# EXHIBIT H-11

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H11

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S II[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S II performs a method for locating information in a computer system.<br><br>The Galaxy S II (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II (AT&T) includes a 1.2 GHz dual-core processor CPU, 16GB of on-board memory, a 4.3" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br><table><tr><td>CPU / Processor</td><td></td></tr><tr><td>Processor Speed, Type</td><td>1.2 GHz, Dual Core (Samsung Exnyos C210)</td></tr></table> |

---

[1] In this document, "Galaxy S II" refers to all of the following accused versions of the Samsung Galaxy S II ("accused versions"): the Samsung Galaxy S II (AT&T) sold with Android 2.3, the Samsung Galaxy S II (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_i777-4130.php (last visited May 5, 2013).  The specifications for the Samsung Galaxy S II (T-Mobile) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_t989-4129.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| **Main Display Resolution** | 480x800 Pixel |
| **Main Display Size** | 4.3" |
| **Main Display Technology** | Super AMOLED Plus |
| **Touch Screen** | Yes |

## Memory

| | |
|---|---|
| **Internal Memory** | 16GB/1024MB RAM (4GLPDDR*2) |
| **External Memory/microSD™ Capacity** | microSD™ Card |

## Network

| | |
|---|---|
| **Frequencies and Data Type** | GSM Quadband:850/900/1800/1900MHz UMTS Triband:850/1900/2100MHz |
| **Data Speed** | GPRS/EDGE/HSPA+ |
| **SAR value - Head (W/kg)** | SAR Value: Head 0.36 W/kg |
| **SAR value - Body Worn (W/kg)** | SAR Value: Body 0.90 W/kg |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; WiFi; WiFi- Hotspot; HTML Browser; Flash®; Java™; GPS |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | *See* n.1, *supra*.[3]  The Galaxy S II (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II (AT&T). |

---

[3]  All accused versions of the Galaxy S II have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S II (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Galaxy S II (AT&T), as shown by the specifications on Samsung's web site:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**AT&T Cell Phones: What Applications Are Pre-Loaded on My AT&T SGH-i777 (Samsung GALAXY S™ II) Mobile Device?**

# AT&T GALAXY S™ II
## Preloaded Application Specifications

### SGH-i777



| AT&T Mobile Applications | |
|---|---|
| AT&T Code Scanner | AT&T Family Map |
| AT&T Navigator | Featured Apps |
| Live TV | myAT&T |
| YP mobile | Movies |

| Google Applications | |
|---|---|
| Books | Talk |
| Gmail | YouTube |
| Gallery | Search |
| Latitude | Maps |
| Market | Navigation |
| Places | Voice Search |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy S II performs the step of inputting an information identifier.<br><br>The Galaxy S II (AT&T) has a 4.3" Super AMOLED screen.<br><br><table><tr><td colspan="2"><strong>Display</strong></td></tr><tr><td><strong>Main Display Resolution</strong></td><td>480x800 Pixel</td></tr><tr><td><strong>Main Display Size</strong></td><td>4.3"</td></tr><tr><td><strong>Main Display Technology</strong></td><td>Super AMOLED Plus</td></tr><tr><td><strong>Touch Screen</strong></td><td>Yes</td></tr></table><br>The 4.3" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy S II (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using | The Samsung Galaxy S II performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |
| --- | --- |

---

[5] Identical functionality can be found in the Google Now package located in ██████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a different heuristic to locate information which matches said identifier; | For example, the Galaxy S II (AT&T)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy S II (AT&T) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box. |
|---|---|
| | "Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ███████ method to execute, as described in the Android online documentation:

6   All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
7   All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r                      The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy S II (AT&T) determines which plug-in modules ██████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[10] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy S II include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Galaxy S II provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy S II the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[16] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮.java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮.java and ▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy S II performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.

For example, in the image below, the Galaxy S II (AT&T) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

<sup>19</sup> All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II (AT&T) contains 16GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy S II (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S II comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S II (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II (AT&T).



The figure below shows the Galaxy S II (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II (AT&T) has a 4.3" Super AMOLED screen. |

21

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 Pixel |
| **Main Display Size** | 4.3" |
| **Main Display Technology** | Super AMOLED Plus |
| **Touch Screen** | Yes |

The 4.3" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Galaxy S II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

[22] Identical functionality can be found in the Google Now package located in ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| of locations which include the Internet and local storage media; | For example, the Galaxy S II (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II (AT&T).  The Galaxy S II (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.  |
| --- | --- |

---

23   All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

24

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

method calls the postDelayed() method.  *Id.*  The postDelayed() method causes the
method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable
will be run on the thread to which this handler is attached.
**Parameters**
r           The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Galaxy S II (AT&T) determines which heuristics
███████████████████████████████████  perform the query upon as described in the Android Developer's
Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to
provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions
from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[24]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[25]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[27]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy S II include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate

---

[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[30] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[32] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

suggestions.



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java and ███████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S II (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy S II

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ██████ | ████████████████ |
| | 4.0.3 | ████████ | ████████████████████ |
| | 4.0.4 | ██████ | ██████████████████████ |
| SGH-I777 | 2.3.4 | ██████ | ██████████████████ |
| | 4.0.3 | ██████ | ████████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████ |



| | Samsung Galaxy S II | | |
|---|---|---|---|
| | ██████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████████ | ████████████████████ |
| | 4.0.3 | ████████ | ██████████████████████████ |
| | 4.0.4 | ████████████ | ███████████████████████████ |
| SGH-I777 | 2.3.4 | ████████ | ████████████████████████ |
| | 4.0.3 | ████████████████████ | ████████████████████████████ |
| | 4.0.4 | ████████ | ███████████████████████████ |

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier )** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████████ | ████████████████ |
| | 4.0.3 | ████████ | ████████████████████ |
| | 4.0.4 | ████████ | ████████████████████████ |
| SGH-I777 | 2.3.4 | ████████ | ███████████████████ |
| | 4.0.3 | █████████ | ████████████████████████ |
| | 4.0.4 | ████████ | ███████████████████████ |

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████ | ████████████████ |
| | 4.0.3 | ██ | ██████████████████ |
| | 4.0.4 | ██ | ████████████████ |
| SGH-I777 | 2.3.4 | ███ | ██████████████████ |
| | 4.0.3 | ██ | █████████████████ |
| | 4.0.4 | ███ | ████████████████ |



| Samsung Galaxy S II | | | |
| --- | --- | --- | --- |
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ██████ | ████████████ |
| | 4.0.3 | ██████ | ███████████████ |
| | 4.0.4 | ██████ | ██████████████████ |
| SGH-I777 | 2.3.4 | █████████████ | |
| | 4.0.3 | █████ | ████████████████ |
| | 4.0.4 | █████ | ████████████████████ |

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████ | ███████████████████ |
| | 4.0.3 | ████ | ██████████████████████ |
| | 4.0.4 | ████ | ██████████████████████████ |
| SGH-I777 | 2.3.4 | ████ | █████████████████████ |
| | 4.0.3 | ████ | ██████████████████████ |
| | 4.0.4 | ████ | ██████████████████████ |

| Samsung Galaxy S II | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-T989 | 2.3.5 | ████████ | ██████████████ |
| | 4.0.3 | ████████ | ██████████████████ |
| | 4.0.4 | ████████ | ████████████████████████████ |
| SGH-I777 | 2.3.4 | ████████ | ███████████████ |
| | 4.0.3 | ████████ | ██████████████████████ |
| | 4.0.4 | ██████████ | ███████████████████████ |



# EXHIBIT H-12

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H12

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S II Epic 4G Touch[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S II Epic 4G Touch performs a method for locating information in a computer system.<br><br>The Galaxy S II Epic 4G Touch (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II Epic 4G Touch (Sprint) includes a 1.2 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, CDMA, WiMax, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br> |

---

[1]   In this document, "Galaxy S II Epic 4G Touch" refers to all of the following accused versions of the Samsung Galaxy S II Epic 4G Touch ("accused versions"): the Samsung Galaxy S II Epic 4G Touch (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II Epic 4G Touch (Sprint) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_epic_4g_touch-3956.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Epic 4G Touch (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Epic 4G Touch or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Epic 4G Touch.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| Main Display Resolution | 800x480 Pixel |
|---|---|
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED Plus |

## Memory

| Internal Memory | 16GB |
|---|---|
| External Memory/microSD™ Capacity | 32GB |

## Network

| Frequencies and Data Type | 1900/800 mHz CDMA, 2.5 Ghz WiMAX |
|---|---|
| SAR value - Head (W/kg) | SAR Value: Head 0.4 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

## Connectivity

| Features | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, HFP 1.5, HSP, MAP, OPP, PBAP; WiFi®; WiFi® Hotspot; WiMAX; HTML Browser, WAP, Flash®, Java™, GPS |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | *See* n.1, *supra*.[3]  The Galaxy S II Epic 4G Touch (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Epic 4G Touch (Sprint). |

---

[3]  All accused versions of the Galaxy S II Epic 4G Touch have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S II Epic 4G Touch (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Galaxy S II Epic 4G Touch (Sprint), as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy S II Epic 4G Touch performs the step of inputting an information identifier.<br><br>The Galaxy S II Epic 4G Touch (Sprint) has a 4.5" Super AMOLED Plus screen.<br><br><br><br>The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using | The Samsung Galaxy S II Epic 4G Touch performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a different heuristic to locate information which matches said identifier; | For example, the Galaxy S II Epic 4G Touch (Sprint)'s Quick Search Box provides a plurality of plug-in modules. As shown below, the Search Settings panel for the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box. |
|---|---|
| | "Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[6] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[7] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

███████████████████████  The postDelayed() method causes the ████████████████
method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable
will be run on the thread to which this handler is attached.
**Parameters**
r              The Runnable that will be executed.[8]

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) determines which
plug-in modules ██████████████████████████████  perform the query upon as described in the
Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled
to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions
from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2,
2013).
[9]  All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code
Appendix.
[10]  All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code
Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy S II Epic 4G Touch include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy S II Epic 4G Touch provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy S II Epic 4G Touch the plurality of plug-in modules each use a different heuristic.

---

[11]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]   All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[13]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]   All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).
[16] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮.java and ▮▮▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy S II Epic 4G Touch performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S II Epic 4G Touch (Sprint) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

<hr />

[19] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II Epic 4G Touch includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II Epic 4G Touch (Sprint) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy S II Epic 4G Touch (Sprint), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S II Epic 4G Touch (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Epic 4G Touch (Sprint).



The figure below shows the Galaxy S II Epic 4G Touch (Sprint)'s screen when the user taps the Quick Search Box on

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S II Epic 4G Touch comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II Epic 4G Touch (Sprint) has a 4.5" Super AMOLED Plus screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 Pixel |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED Plus |

The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

22

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

[22] Identical functionality can be found in the Google Now package located in ██████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| of locations which include the Internet and local storage media; | For example, the Galaxy S II Epic 4G Touch (Sprint)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II Epic 4G Touch (Sprint).  The Galaxy S II Epic 4G Touch (Sprint) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[25]

---

[23] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[24] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[27] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Search Settings panel for the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) determines which heuristics ███████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy S II Epic 4G Touch include a plurality of heuristics to locate information in the

[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[30] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

26

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[32] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[33] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

[34] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

[35] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java and ▮▮▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S II Epic 4G Touch comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. <br><br> For example, in the image below, the Galaxy S II Epic 4G Touch (Sprint) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[36] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

30

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II Epic 4G Touch comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Appendix – 6,847,959 for the Galaxy S II Epic 4G Touch**

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ████████████████████████████ |
| | 4.0.4 | ███ | ████████████████████████████ |
| | 4.0.4 | ███ | ████████████████████████████ |



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ████ | ████████████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████████████ |

2

| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ████████████ |
| | 4.0.4 | ███ | ███████████ |
| | 4.0.4 | ███ | ████████████ |





| Samsung Galaxy S II Epic 4G Touch | | | |
| --- | --- | --- | --- |
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ████ | ████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████ |
| | 4.0.4 | ████ | ████████████████████████ |

| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ███████████████ |
| | 4.0.4 | ███ | ████████████████ |
| | 4.0.4 | ███ | ████████████████ |

| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ███████████████████ | | | |
| **Model Name (Carrier )** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ███ | ████████████████████ |
| | 4.0.4 | ███ | █████████████████████ |
| | 4.0.4 | ███ | ████████████████████ |



| Samsung Galaxy S II Epic 4G Touch | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-D710 | 2.3.5 | ██ | ████████████ |
| | 4.0.4 | ██ | ████████████ |
| | 4.0.4 | ██ | ████████████ |

604 (GALAXY S II EPIC 4G TOUCH - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-13

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H13

# GALAXY SII SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S II Skyrocket[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S II Skyrocket performs a method for locating information in a computer system.<br><br>The Galaxy S II Skyrocket (AT&T) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S II Skyrocket (AT&T) includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br>

| Memory | |
|---|---|
| Internal Memory | 16GB |
| External Memory/microSD™ Capacity | microSD™ card |

|

---

[1]  In this document, "Galaxy S II Skyrocket" refers to all of the following accused versions of the Samsung Galaxy S II Skyrocket ("accused versions"): the Samsung Galaxy S II Skyrocket (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II Skyrocket (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_skyrocket_i727-4303.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Skyrocket (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Skyrocket or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Skyrocket.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Display

| | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

## CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1.5 GHz dual-core processor |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Features of Your Phone

Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.

- 4G LTE network with 1.5 gigahertz dual core processor
- Android Gingerbread platform
- Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens
- Ready access to the Internet
- Built-in Bluetooth and Wi-Fi technology
- Brilliant 4.5" wide-screen Super AMOLED™ Plus display
- 8 Megapixel camera and camcorder
- AT&T GPS Navigation functionality provides real-time navigation
- HSDPA 21 mbps high speed download capability
- Assisted GPS (TeleNav GPS Navigation)
- microSD card compatibility with up to 32GB expandable memory slot
- Sync and update social network applications

*See* n.1, *supra*.[3]  The Galaxy S II Skyrocket (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3] All accused versions of the Galaxy S II Skyrocket have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Skyrocket (AT&T).



The figure below shows the Galaxy S II Skyrocket (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Galaxy S II Skyrocket (AT&T), as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| inputting an information identifier; | The Samsung Galaxy S II Skyrocket performs the step of inputting an information identifier.

The Galaxy S II Skyrocket (AT&T) has a 4.5" Super AMOLED Plus screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 pixels |
| **Main Display Size** | 4.5" |
| **Main Display Technology** | Super AMOLED™ Plus |

The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II Skyrocket (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy S II Skyrocket performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy S II Skyrocket (AT&T)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy S II Skyrocket (AT&T) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box. |

---

[5]  Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'." (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).



<hr />

6 All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
7 All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

████████████████████████ The postDelayed() method causes the ████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)

Since: API Level 1

Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

**Parameters**

r          The Runnable that will be executed.[8]

████████████████████████████████████████████

████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy S II Skyrocket (AT&T) determines which plug-in modules ████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[9]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

[10]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

[REDACTED]

"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

[REDACTED]

All accused versions of the Galaxy S II Skyrocket include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy S II Skyrocket provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy S II Skyrocket the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15] Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area. That is, each plug-in module receives an information descriptor that does not fully convey the intent of the

---

[11]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]   All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[13]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]   All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[15]   The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[16] All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java and ██████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████ <br><br> ████████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ <br><br> ████████████████████████████████████████ ████████████████████ |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy S II Skyrocket performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information. <br><br> For example, in the image below, the Galaxy S II Skyrocket (AT&T) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II Skyrocket includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II Skyrocket (AT&T) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy S II Skyrocket (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S II Skyrocket comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S II Skyrocket (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the claim preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Skyrocket (AT&T).



The figure below shows the Galaxy S II Skyrocket (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Skyrocket (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S II Skyrocket comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II Skyrocket (AT&T) has a 4.5" Super AMOLED Plus screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Display | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II Skyrocket (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

20

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy S II Skyrocket comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy S II Skyrocket (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules. As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II Skyrocket (AT&T).  The Galaxy S II Skyrocket (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected |

---

[22] Identical functionality can be found in the Google Now package located in ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

heuristics.



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable

---

[23] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[24] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

will be run on the thread to which this handler is attached.

**Parameters**

*r*                    The Runnable that will be executed.[25]



The Search Settings panel for the Quick Search Box on the Galaxy S II Skyrocket (AT&T) determines which heuristics ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[27] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy S II Skyrocket include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[29]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java and ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S II Skyrocket comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S II Skyrocket (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

*Id.*

---

[36] All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II Skyrocket comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II Skyrocket comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy S II Skyrocket

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I727 | 2.3.4 | █████████████████████████████ | |
| | 4.0.4 | ████████ | ███████████████████ |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████ | ██████████████████████ |
| | 4.0.4 | ████████ | ██████████████████████ |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████ | ██████████████████████ |
| | 4.0.4 | ████████ | ██████████████████████ |



| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ████████████ | |
| | 4.0.4 | ████████████ | |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ██████ | ████████████ |
| | 4.0.4 | ██████ | ████████████ |

3

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ██████ | ████████████████████████ |
| | 4.0.4 | ██████ | ████████████████████████ |

| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| █████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SGH-I727 | 2.3.4 | ██████ | █████████████████ |
| | 4.0.4 | ██████ | █████████████████ |



| Samsung Galaxy S II Skyrocket | | | |
|---|---|---|---|
| ██████████ | | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SGH-I727 | 2.3.4 | ████ | ████████████████████ |
| | 4.0.4 | ████ | ████████████████████ |

604 (GALAXY S II SKYROCKET - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-14

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H14

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S III[1] |
| --- | --- |
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information in a computer system.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S III (T-Mobile) running Android Jelly Bean includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

[1]  In this document, "Galaxy S III" refers to all of the following accused versions of the Samsung Galaxy S III ("accused versions"): the Samsung Galaxy S III (Verizon) sold with Android 4.0, the Samsung Galaxy S III (AT&T) sold with Android 4.0, the Samsung Galaxy S III (Sprint) sold with Android 4.0, the Samsung Galaxy S III (T-Mobile) sold with Android 4.0, the Samsung Galaxy S III (Verizon) sold with Android Jelly Bean, the Samsung Galaxy S III (AT&T) sold with Android Jelly Bean, the Samsung Galaxy S III (Sprint) sold with Android Jelly Bean and the Samsung Galaxy S III (T-Mobile) sold with Android Jelly Bean.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S III or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S III.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*See* n.1, *supra*.[3]  The Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the

---

[3]  All accused versions of the Galaxy S III have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

default user interface available from the home screen on the Galaxy S III (T-Mobile) running Android Jelly Bean.



The figure below shows the Galaxy S III (T-Mobile) running Android Jelly Bean's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



(See Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

Samsung encourages the use of the feature through the inclusion of the feature in the Galaxy S III (T-Mobile) running Android Jelly Bean user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | (Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121116063950185/T-Mobile_T999_Galaxy_S_III_English_User_Manual_Jelly_Bean_UVLJA_F6.pdf) |
| inputting an information identifier; | The Samsung Galaxy S III performs the step of inputting an information identifier.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean has a 4.8" sAMOLED screen.<br><br><br><br>The 4.8" sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the Quick Search Box:



---

[5] Identical functionality can be found in the Google Now package located in ███████████ .

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy S III performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)

Since: API Level 1

Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

will be run on the thread to which this handler is attached.
**Parameters**
    *r*              The Runnable that will be executed.[8]



The Search Settings panel for the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean determines which plug-in modules ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ perform the query upon as described in the Android Developer's Guide:

       "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

       Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[10]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

[REDACTED]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

[REDACTED]

All accused versions of the Galaxy S III include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Galaxy S III provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy S III the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

[REDACTED]

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮.java in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said | The Samsung Galaxy S III performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| modules; and displaying a representation of said candidate item of information. | For example, in the image below, the Galaxy S III (T-Mobile) running Android Jelly Bean is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *Id.* |

---

[19] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S III (T-Mobile) running Android Jelly Bean contains 16/32 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean, and in particular the Quick Search Box functionality |

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the claim preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | thereon, contain instructions within their computer readable media, to perform the claimed steps. |
|---|---|
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S III comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S III (T-Mobile) running Android Jelly Bean. |

---

[21] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S III (T-Mobile) running Android Jelly Bean's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S III comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean has a 4.8" sAMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Dimension**
- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**
- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**
- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**
- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**
- Pebble Blue and Marble White

**Services and Applications**
- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**
- Android 4.0 (Ice Cream Sandwich)

**Battery**
- 2,100 mAh

**Connectivity**
- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**
- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**
- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**
- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**
- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The 4.8" sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of | The Samsung Galaxy S III comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and |

22  Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮.

24

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| heuristics to locate information in the plurality of locations which include the Internet and local storage media; | local storage media.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S III (T-Mobile) running Android Jelly Bean.  The Galaxy S III (T-Mobile) running Android Jelly Bean provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

---

23  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

25

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  *r*            The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean determines which heuristics ████████████████ perform the query upon as described in the Android Developer's Guide:

  "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[24] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[27] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy S III include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32] Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location. That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user. Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate

---

[28] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[30] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[32] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

suggestions.



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ████████████ .java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the | The Samsung Galaxy S III comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| plurality of heuristics; and display a representation of said candidate item of information. | For example, in the image below, the Galaxy S III (T-Mobile) running Android Jelly Bean is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|--|--|
|  | *Id.* |

---

[36] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37]  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Appendix – 6,847,959 for the Galaxy S III**

     Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy S III | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████████████ |
| | 4.1.1 | ██ | ██████████████████████████ |
| SGH-I747 | 4.0.4 | ████████ | █████████████████████████ |
| | 4.0.4 | ██████ | ██████████████████████████ |
| | 4.1.1 | ████████ | ███████████████████ |
| SPH-L710 | 4.0 | ████ | ██████████████████████████ |

| | 4.1 | ███ | ████████████████████████████ |
|---|---|---|---|
| SGH-T999 | 4.0.4 | ████████ ██ | █████████████████████████ |
| | 4.1.1 | ████████ | ███████████████████████ |
| SCH-R530 | 4.0 | ███ | ██████████████████████████ |
| | 4.1.1 | ████ | ███████████████████████████ |

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | | ████████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ███ | █████████████████████ |
| | 4.1.1 | ███ | ██████████████████████████ |
| SGH-I747 | 4.0.4 | ████████ | ███████████████████████████ |





| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
|---|---|---|---|
| | 4.0.4 | ██████ | █████████████████ |
| | 4.1.1 | ██████ | █████████████ |
| SPH-L710 | 4.0 | ██ | █████████████ |
| | 4.1 | ██ | █████████████ |
| SGH-T999 | 4.0.4 | ██████ | █████████████ |
| | 4.1.1 | ██████ | █████████████ |
| SCH-R530 | 4.0 | ██ | █████████████ |
| | 4.1.1 | ██ | █████████████ |

| **Samsung Galaxy S III** | | | |
|---|---|---|---|
| | ███████████ | | |
| **Model Name (Carrier )** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |



| Samsung Galaxy S III | | | |
|---|---|---|---|
| █████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████████████████ |
| | 4.1.1 | ██ | ███████████████████████████ |
| SGH-I747 | 4.0.4 | ████ | ███████████████████████ |
| | 4.0.4 | ████ | █████████████████████████ |
| | 4.1.1 | ████ | ████████████████████ |
| SPH-L710 | 4.0 | ██ | ███████████████████████ |
| | 4.1 | ██ | ███████████████████████ |



| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
|---|---|---|---|
| SGH-T999 | 4.0.4 | ███ | ████████████████ |
| | 4.1.1 | ███ | ████████████ |
| SCH-R530 | 4.0 | ██ | ████████████ |
| | 4.1.1 | ██ | ████████████ |

| Samsung Galaxy S III | | | |
|---|---|---|---|
| | | ██████ | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ | ████████████ |
| | 4.1.1 | ██ | ████████████ |
| SGH-I747 | 4.0.4 | ███ | ████████████ |



| Samsung Galaxy S III | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ███ | ████████████████ |
| | 4.1.1 | ███ | ████████████████ |
| SGH-I747 | 4.0.4 | ████ | ████████████████ |
| | 4.0.4 | ████ | ████████████████ |
| | 4.1.1 | ████ | ████████████ |
| SPH-L710 | 4.0 | ███ | ████████████████ |
| | 4.1 | ███ | ████████████████ |



| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
|---|---|---|---|
| SGH-T999 | 4.0.4 | ▮ | ▮ |
| | 4.1.1 | ▮ | ▮ |
| SCH-R530 | 4.0 | ▮ | ▮ |
| | 4.1.1 | ▮ | ▮ |



| Samsung Galaxy S III | | | |
|---|---|---|---|
| ▮ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ▮ | ▮ |
| | 4.1.1 | ▮ | ▮ |



| Samsung Galaxy S III | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I535 | 4.0.4 | ██ ████████████████ | ████████████████████████ |
| | 4.1.1 | ██ | █████████████████████████ |
| SGH-I747 | 4.0.4 | ████ █ | ████████████ ███████████ |
| | 4.0.4 | ████ █ | █████████████████████ |
| | 4.1.1 | ████ █ | ████████ |
| SPH-L710 | 4.0 | ██ | █████████ ████████████ |
| | 4.1 | ██ | ██████████████████████ |



604 (GALAXY S III - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-15

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H15

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Tab 7.0 Plus[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus performs a method for locating information in a computer system. The Galaxy Tab 7.0 Plus (Wifi) is used herein as an exemplary device. All the accused versions are identical in all relevant respects. The Galaxy Tab 7.0 Plus (Wifi) includes a 2x1.2 GHz processor CPU, 16/32 GB of on-board memory, a 7" TFT screen, WiFi radio providing the connectivity listed below, and software comprising the Honeycomb version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.  |

---

[1] In this document, "Galaxy Tab 7.0 Plus" refers to all of the following accused versions of the Samsung Galaxy Tab 7.0 Plus ("accused versions"): the Samsung Galaxy Tab 7.0 Plus (Wifi) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system. The specifications for the Galaxy Tab 7.0 Plus (Wifi) can be found here: http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAEXAR-specs (last visited May 5, 2013). The specifications cited in the main text of this document refer to the Galaxy Tab 7.0 Plus (Wifi), unless otherwise specified. The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 7.0 Plus or their respective carriers. Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 7.0 Plus. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.
[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Network | |
|---|---|
| Frequencies and Data Type | Wi-Fi Only |

| Display | |
|---|---|
| Display | 7" Display |
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

*See* n.1, *supra*.[3]  The Galaxy Tab 7.0 Plus (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 7.0 Plus (Wifi).

---

[3] All accused versions of the Galaxy Tab 7.0 Plus have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy  Tab 7.0 Plus (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 7.0 Plus (Wifi) , as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy Tab 7.0 Plus performs the step of inputting an information identifier.<br><br>The Galaxy Tab 7.0 Plus (Wifi) has a 7" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display | 7" Display |
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

The 7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy  Tab 7.0 Plus (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information | The Samsung Galaxy Tab 7.0 Plus performs the step of providing said information identifier to a plurality of plug-in |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Tab 7.0 Plus (Wifi)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Tab 7.0 Plus (Wifi) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the

---

6  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
7  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r               The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Tab 7.0 Plus (Wifi) determines which plug-in modules ███████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[10] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Tab 7.0 Plus include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Galaxy Tab 7.0 Plus provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Tab 7.0 Plus the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[16] All accused versions of the device implement the same functionality. *See* Table for ████████████ java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ████████████ java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Galaxy Tab 7.0 Plus performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy  Tab 7.0 Plus (Wifi) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Tab 7.0 Plus (Wifi) contains 16/32 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>| Memory | |<br>|---|---|<br>| Internal | 16GB |<br>| External | micro SD card slot supports up to 32GB |<br><br>The Galaxy Tab 7.0 Plus (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Tab 7.0 Plus (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

---

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 7.0 Plus (Wifi).



The figure below shows the Galaxy Tab 7.0 Plus (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy  Tab 7.0 Plus (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Tab 7.0 Plus (Wifi) has a 7" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The 7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy  Tab 7.0 Plus (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the |

---

[22]   Identical functionality can be found in the Google Now package located in █████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| heuristics to locate information in the plurality of locations which include the Internet and local storage media; | Internet and local storage media.<br><br>For example, the Galaxy  Tab 7.0 Plus (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Tab 7.0 Plus (Wifi).  The Galaxy  Tab 7.0 Plus (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

[REDACTED] The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r                The Runnable that will be executed.[25]

[REDACTED]

[REDACTED]

The Search Settings panel for the Quick Search Box on the Galaxy Tab 7.0 Plus (Wifi) determines which heuristics [REDACTED] perform the query upon as described in the Android Developer's Guide:

---

[23] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[24] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[27] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Galaxy Tab 7.0 Plus include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a

---

[28]   http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29]   All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[30]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]   All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[32]   The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[33] All accused versions of the device implement the same functionality.  *See* Table for ██████████ java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality.  *See* Table for ██████████ in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ██████████ java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy  Tab 7.0 Plus (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

28

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy Tab 7.0 Plus

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| | ███████████ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | █████ | ████████████████████████ |
| | 4.0 | █████ | ████████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██████ | ████████████████████ |
| | 4.0 | ██████ | ███████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██████ | ████████████████████ |
| | 4.0 | ██████ | ███████████████████████ |

2

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██ ███ | ███████████████████████ |
| | 4.0 | ██ █ | ████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| █████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ████ | ███████████████████████ |
| | 4.0 | ████ | ██████████████████ |

3

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██ | ████████████████████ |
| | 4.0 | ██ | ████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ████ | ████████████████ |
| | 4.0 | ████ | ████████████████████ |

| Samsung Galaxy Tab 7.0 Plus | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P6210 | 3.2 | ██ | ███████████████████████ |
| | 4.0 | ██ | ███████████████████████ |

604 (GALAXY TAB 7.0 PLUS - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-16

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H16

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Tab 8.9[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Tab 8.9 performs a method for locating information in a computer system.<br><br>The Galaxy Tab 8.9 (Wifi) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy Tab 8.9 (Wifi) includes a 1 GHz dual-core processor CPU, 16/32/64 GB of on-board memory, a 8.9" TFT screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Honeycomb version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1]   In this document, "Galaxy Tab 8.9" refers to all of the following accused versions of the Samsung Galaxy Tab 8.9 ("accused versions"): the Samsung Galaxy Tab 8.9 (Wifi) and the Samsung Galaxy Tab 8.9 (AT&T) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system.  The specifications for the Galaxy Tab 8.9 (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_lte_i957-4125.php (last visited May 5, 2013).  The specifications for the Galaxy Tab 8.9 (Wifi) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_p7310-3893.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Tab 8.9 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 8.9 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 8.9.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Performs at a higher level. So you can, too.

Surf the internet just like on a PC, and get the full enjoyment of Adobe® Flash® Player compatible sites, games, and videos. The Dual core 1GHz processor runs every function and app effortlessly. A full gig of ram gives you plenty of memory. The Tab's Android ™ 3.1, Honeycomb platform is the proven gold standard to perform the full range of Google services like optimized Gmail™ and Google Maps™.

### Memory

| Internal | 16GB Internal Memory |
|---|---|

### Connectivity

| WiFi | WiFi 802.11 a/b/g/n |
|---|---|
| USB | USB 2.0 H/S |
| Bluetooth | Bluetooth 3.0 |

### Display

| Display | 8.9" WXGA (1280x800) TFT (PLS) |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | *See* n.1, *supra*.[3]  The Galaxy Tab 8.9 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 8.9 (Wifi). |
| --- | --- |

---

[3]  All accused versions of the Galaxy Tab 8.9 have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.
[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Tab 8.9 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 8.9 (Wifi), as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| inputting an information identifier; | The Samsung Galaxy Tab 8.9 performs the step of inputting an information identifier.<br><br>The Galaxy Tab 8.9 (Wifi) has a 8.9" TFT screen. |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Display** | 8.9" WXGA (1280x800) TFT (PLS) |

The 8.9" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Tab 8.9 (Wifi) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[5] Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy Tab 8.9 performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy Tab 8.9 (Wifi)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy Tab 8.9 (Wifi) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

6   All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

███████████████████████████████████████ The postDelayed() method causes the ██████████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r            The Runnable that will be executed.[8]

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy Tab 8.9 (Wifi) determines which plug-in modules ████████████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[10]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Tab 8.9 include a plurality of plug-in modules each using a different heuristic. Each accused version of the Galaxy Tab 8.9 provides a subset of the plug-in modules listed below; therefore on any given version of the Galaxy Tab 8.9 the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.



---

16   All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
17   All accused versions of the device implement the same functionality.  *See* Table for ███████████ the Source Code Appendix.
18   All accused versions of the device implement the same functionality.  *See* Table for ██████████ in the Source Code Appendix.
19   All accused versions of the device implement the same functionality.  *See* Table for ██████ .java and ███████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a | The Samsung Galaxy Tab 8.9 performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Tab 8.9 (Wifi) is providing and displaying the candidate items "Apple |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| representation of said candidate item of information. | Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | *Id.* |

---

[20] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| A computer readable medium[21] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 8.9 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Tab 8.9 (Wifi) contains 16/32/64 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Galaxy Tab 8.9 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 8.9 comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Tab 8.9 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[22]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the |

---

[21] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[22] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

default user interface available from the home screen on the Galaxy Tab 8.9 (Wifi).



The figure below shows the Galaxy Tab 8.9 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium including instructions to receive an information identifier. |

21

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Galaxy Tab 8.9 (Wifi) has a 8.9" TFT screen.

| Display | |
|---|---|
| **Display** | 8.9" WXGA (1280x800) TFT (PLS) |

The 8.9" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Tab 8.9 (Wifi) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



23 Identical functionality can be found in the Google Now package located in ▉▉▉▉▉▉▉▉▉▉▉

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Tab 8.9 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Tab 8.9 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Tab 8.9 (Wifi).  The Galaxy Tab 8.9 (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[24] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

█████████████████████████████████████ The postDelayed() method causes the █████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[26]



The Search Settings panel for the Quick Search Box on the Galaxy Tab 8.9 (Wifi) determines which heuristics ████ ███████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[25] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

[26] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[27] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

[28] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[29]



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[31]

---

[29]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[30]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[31]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[32]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[33]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



suggestions.

---

[34] All accused versions of the device implement the same functionality.  *See* Table for .java in the Source Code Appendix.

[35] All accused versions of the device implement the same functionality.  *See* Table for .java in the Source Code Appendix.

[36] All accused versions of the device implement the same functionality.  *See* Table for in the Source Code Appendix.

[37] All accused versions of the device implement the same functionality.  *See* Table for .java and .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Tab 8.9 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[38] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 8.9 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[39]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

32

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Galaxy Tab 8.9

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | ████████████████████████████████ |
| | 4.0 | █████ | ██████████████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | █████████████████████████████ |
| | 4.0 | █████ | ██████████████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | █████████████████ |
|  | 4.0 | █████ | ███████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | ███████████████████ |
|  | 4.0 | ████ | ██████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | █████████████████████████ |
|  | 4.0 | █████ | ████████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ████ | █████████████████████████ |
|  | 4.0 | ████ | ████████████████████████████ |



3

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ███████████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ██████ | ████████████████████████████████ |
| | 4.0 | ████████ | ████████████████████████████████████ |

| Samsung Galaxy Tab 8.9 | | | |
|---|---|---|---|
| ██████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| P7310 | 3.1 | ██████ | ████████████████████████████████ |
| | 4.0 | ██████ | ██████████████████████████████████████ |

604 (GALAXY TAB 8.9 - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-17

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H17

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Illusion[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Illusion performs a method for locating information in a computer system.<br><br>The Illusion (Verizon) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Illusion (Verizon) includes a 1 GHz processor CPU, 2 GB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1]  In this document, "Illusion" refers to all of the following accused versions of the Samsung Illusion ("accused versions"): the Samsung Illusion (Verizon) sold with Android 2.3.  The specifications for the Illusion (Verizon) can be found here: http://www.gsmarena.com/samsung_i110_illusion-4344.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Illusion (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Illusion or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Illusion.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Features**
- 3.5"-inch 320x480 HVGA touch screen
- Digital CDMA/PCS 1X EV-DO Rev-A Wireless Technology
- Android™ 2.3 platform
- Google™ applications, including Google Talk™ and Gmail™
- Android Market™, plus pre-loaded applications
- Connections
  - Wi-Fi® 802.11 a/b/g/n
  - Mobile Hotspot
  - Bluetooth 3.0
  - Tethering
  - VPN
- Messaging Services
  - Text Messaging
  - Picture Messaging
  - Video Messaging
  - Voice Messaging
  - Email
  - Mobile Instant Messenger (IM)
  - Chat

- 3 Megapixel CMOS Camera/Camcorder
- Picture Gallery
- Video Player
- DivX Certified® to play DivX® video up to HD 720p, including premium content
- Music Player
- Speakerphone
- Support for microSD™ and microSDHC™ Memory Cards up to 32GB capacity
- Bluetooth® 3.0 Wireless Technology. For more information about supported profiles, see *"Bluetooth profiles"* on page 104.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | See n.1, *supra*.[3]  The Illusion (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Illusion (Verizon). |

---

[3] All accused versions of the Illusion have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra.*

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Illusion (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the feature through the inclusion of the feature in the Illusion (Verizon) user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| inputting an information identifier; | The Samsung Illusion performs the step of inputting an information identifier.<br><br>The Illusion (Verizon) has a 3.5" TFT screen.<br><br><br><br>The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Illusion (Verizon) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing said information identifier to a plurality of | The Samsung Illusion performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |

[5] Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| plug-in modules each using a different heuristic to locate information which matches said identifier; | For example, the Illusion (Verizon)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Illusion (Verizon) provides a plurality of plug-in modules. Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the

---

[6] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[7] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r           The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Illusion (Verizon) determines which plug-in modules ████████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[10] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Illusion include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Illusion provides a subset of the plug-in modules listed below; therefore on any given version of the Illusion the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[11]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]   All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[13]   *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]   All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[15]   The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

16 All accused versions of the device implement the same functionality.  *See* Table for ██████████ .java in the Source Code Appendix.
17 All accused versions of the device implement the same functionality.  *See* Table for ████████ .java in the Source Code Appendix.
18 All accused versions of the device implement the same functionality.  *See* Table for ███████ .java in the Source Code Appendix.
19 All accused versions of the device implement the same functionality.  *See* Table for ██████ .java and ████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said | The Samsung Illusion performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Illusion (Verizon) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| candidate item of information. | modules as a result of a search for the information identifier "app": |
|---|---|
| |  |

[20] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

16

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████████████████████ |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion |
|---|---|
| A computer readable medium[21] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Illusion includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Illusion (Verizon) contains 2 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>MEMORY   Card slot     microSD, up to 32GB, 2 GB included<br>           Internal        2 GB storage, 512 MB RAM<br><br>The Illusion (Verizon), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Illusion comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Illusion (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[22] |

---

[21] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[22] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for-android.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

██████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Illusion (Verizon).



The figure below shows the Illusion (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Illusion (Verizon), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Illusion comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Illusion (Verizon) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Illusion (Verizon) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Illusion comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

[23]   Identical functionality can be found in the Google Now package located in ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Illusion (Verizon)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Illusion (Verizon).  The Illusion (Verizon) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.  |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ███████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[26]

The Search Settings panel for the Quick Search Box on the Illusion (Verizon) determines which heuristics ████████████████████████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[24] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[25] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[26] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[27] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[28] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[29]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[31]

All accused versions of the Illusion include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[33]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information

---

[29]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[30]  All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[31]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[32]  All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[33]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[34] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[36] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java in the Source Code Appendix.
[37] All accused versions of the device implement the same functionality.  *See* Table for ███████████ .java and ███████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of | The Samsung Illusion comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. |
|---|---|
| | For example, in the image below, the Illusion (Verizon) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| said candidate item of information. | search for the information identifier "app":  |

[38] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

28

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Illusion comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[39]  All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Illusion comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Appendix – 6,847,959 for the Illusion

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ██████████████████████████████████ |
| | 2.3 | ██ | ██████████████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ██████████████████████████████████ |
| | 2.3 | ██ | ██████████████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████ |
|  | 2.3 | ██ | ████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████████ |
|  | 2.3 | ██ | ████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ██████████████████████ |
| | 2.3 | ██ | ██████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ███████████████████████████████ |
| | 2.3 | ██ | ███████████████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ████████████████████ |
| | 2.3 | ██ | ████████████████████ |

| Samsung Illusion | | | |
|---|---|---|---|
| ██████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I110 | 2.3 | ██ | ███████████████████████████ |
| | 2.3 | ██ | ███████████████████████████ |

604 (ILLUSION - SOURCE CODE APPENDIX).DOCX

4

# EXHIBIT H-18

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H18

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Stratosphere[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Stratosphere performs a method for locating information in a computer system.<br><br>The Stratosphere (Verizon) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Stratosphere (Verizon) includes a 1 GHz processor CPU, 4GB of on-board memory, a 4.0" Super AMOLED screen, LTE/CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited.<br><br>**CPU / Processor**<br><br>Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz)<br><br>**Memory**<br><br>Internal Memory — 4GB<br><br>External Memory/microSD™ Capacity — microSD™ card |

---

[1] In this document, "Stratosphere" refers to all of the following accused versions of the Samsung Stratosphere ("accused versions"): the Samsung Stratosphere (Verizon) sold with Android 2.3.  The specifications for the Stratosphere (Verizon) can be found here: http://www.gsmarena.com/samsung_i405_stratosphere-4262.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Stratosphere (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Stratosphere or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Stratosphere.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Network | |
| --- | --- |
| Frequencies and Data Type | LTE 700, CDMA 800/1900 |
| Data Speed | 4G LTE/EVDO RevA/1X |
| SAR value - Head (W/kg) | SAR Value: Head 0.45 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 1.15 W/kg |

| Connectivity | |
| --- | --- |
| Features | Bluetooth®, Bluetooth® Profiles, A2DP, AVCTP, AVDTP, GAVDP, HID, HFP, OPP, PBAP, SPP, AVRCP, Wi-Fi, HTML Browser with Adobe® Flash®, GPS |

| Display | |
| --- | --- |
| Main Display Resolution | 800x480 Pixel |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED |
| Touch Screen | Yes |

*See* n.1, *supra*.[3]  The Stratosphere (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

---

[3]  All accused versions of the Stratosphere have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Stratosphere (Verizon). |

Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Stratosphere (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Stratosphere (Verizon), as shown by the specifications on Samsung's web site:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



## Verizon Wireless Cell Phones: What Advanced Applications/Content Come Preloaded on My Verizon Wireless SCH-i405 (Stratosphere™) Mobile Device?

| | Applications |
|---|---|
| | **AllShare** - Allows you to share your on-device media content with other external devices using DLNA (Digital Living Network Alliance) and built-in AllShare™ technology |
| | **Books** - Allows you to purchase and download ebooks from the Google ebooks website<br><br>Visit http://books.google.com for more information |
| | **Calculator** - Launches the onscreen calculator application |
| | **Calendar** - Launches the calendar application that syncs itself to either your Google or Outlook® Work calendar |
| | **Camera** - Launches the built-in camera/camcorder |
| | **Clock** - Accesses the alarm, world clock, stopwatch, and timer applications |
| | **Downloads** - Allows you to view your downloaded applications |
| | **Email** - Provides access to both your Outlook (Exchange Server-based) work email and Internet email accounts (such as Gmail and Yahoo! Mail) |
| | **Gallery** - Displays a gallery of camera images and video stored in the microSD™ card or mobile device |
| | **Gmail** - Provides access to your Gmail account<br><br>Visit http://mail.google.com for more information |
| | **Google Search** - Provides an onscreen Internet search engine powered by Google™ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| inputting an information identifier; | The Samsung Stratosphere performs the step of inputting an information identifier. |
|---|---|
| | The Stratosphere (Verizon) has a 4.0" Super AMOLED screen. |



| Display | |
|---|---|
| Main Display Resolution | 800x480 Pixel |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED |
| Touch Screen | Yes |

The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Stratosphere (Verizon) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using a different heuristic to | The Samsung Stratosphere performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Stratosphere (Verizon)'s Quick Search Box provides a plurality of plug-in modules.  As shown |
| --- | --- |

[5]  Identical functionality can be found in the Google Now package located in ▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| locate information which matches said identifier; | below, the Search Settings panel for the Quick Search Box on the Stratosphere (Verizon) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html).<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
    *r*            The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Stratosphere (Verizon) determines which plug-in modules ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

---

[6]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[7]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[10]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Stratosphere include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Stratosphere provides a subset of the plug-in modules listed below; therefore on any given version of the Stratosphere the plurality of plug-in modules each use a different heuristic.

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.



---

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).
[16]  All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.
[17]  All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Stratosphere performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Stratosphere (Verizon) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[18] All accused versions of the device implement the same functionality.  *See* Table for ▇▇▇▇▇▇.java and ▇▇▇▇▇▇.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Stratosphere includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Stratosphere (Verizon) contains 4GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Stratosphere (Verizon), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Stratosphere comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Stratosphere (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21] |

[20]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Stratosphere (Verizon).



The figure below shows the Stratosphere (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Stratosphere (Verizon), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. | |
| receive an information identifier; | The Samsung Stratosphere comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Stratosphere (Verizon) has a 4.0" Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 Pixel |
| **Main Display Size** | 4.0" |
| **Main Display Technology** | Super AMOLED |
| **Touch Screen** | Yes |

The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Stratosphere (Verizon) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Stratosphere comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

[22] Identical functionality can be found in the Google Now package located in ███████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| of locations which include the Internet and local storage media; | For example, the Stratosphere (Verizon)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Stratosphere (Verizon).  The Stratosphere (Verizon) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

---

23 All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
24 All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

22

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

▮▮▮▮▮▮ The postDelayed() method causes the ▮▮▮▮▮▮ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
 r                The Runnable that will be executed.[25]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The Search Settings panel for the Quick Search Box on the Stratosphere (Verizon) determines which heuristics ▮▮▮▮▮▮▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

---

[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[27] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Stratosphere include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.

---

[28]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[33] All accused versions of the device implement the same functionality. *See* Table for █████████ .java in the Source Code Appendix.
[34] All accused versions of the device implement the same functionality. *See* Table for ███████ .java in the Source Code Appendix.
[35] All accused versions of the device implement the same functionality. *See* Table for █████ .java and ████████ .java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Stratosphere comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Stratosphere (Verizon) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Stratosphere comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Stratosphere comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Appendix – 6,847,959 for the Stratosphere**

   Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accused device or another Maintenance Release listed in this chart.

| Samsung Stratosphere | | | |
|---|---|---|---|
| | ▮▮▮▮▮ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ▮ | ▮▮▮▮▮▮▮▮▮▮ |
| | 2.3.6 | ▮ | ▮▮▮▮▮▮▮▮▮▮ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| | ▮▮▮▮▮ | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ▮ | ▮▮▮▮▮▮▮▮▮▮ |
| | 2.3.6 | ▮ | ▮▮▮▮▮▮▮▮▮▮ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████████ |
| | 2.3.6 | ██ | ████████████████████████ |

2

| Samsung Stratosphere | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ████ | ████████████████████████████ |
|  | 2.3.6 | ████ | ████████████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ████ | ██████████████████████████████████ |
|  | 2.3.6 | ████ | ██████████████████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ██████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | ████████████████████ |
| | 2.3.6 | ██ | ████████████████████ |

| Samsung Stratosphere | | | |
|---|---|---|---|
| ████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SCH-I405 | 2.3.5 | ██ | █████████████████████████ |
| | 2.3.6 | ██ | █████████████████████████ |

604 (STRATOSPHERE - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-19

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H19

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Transform Ultra[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Transform Ultra performs a method for locating information in a computer system.<br><br>The Transform Ultra (Boost Mobile) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Transform Ultra (Boost Mobile) includes a 1 GHz processor CPU, 952 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising version 2.3 of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited. |

---

[1] In this document, "Transform Ultra" refers to all of the following accused versions of the Samsung Transform Ultra ("accused versions"): the Samsung Transform Ultra (Boost Mobile) sold with Android 2.3 and the Samsung Transform Ultra (Sprint) sold with Android 2.3.  The specifications for the Transform Ultra (Boost Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKABST-specs (last visited May 5, 2013).  The specifications for the Transform Ultra (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Transform Ultra (Boost Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Transform Ultra or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Transform Ultra.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

1

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



## Samsung M930 Transform Ultra — SAMSUNG

This is not a GSM device, it will not work on any GSM network worldwide.

| | | |
|---|---|---|
| GENERAL | 2G Network | CDMA 800 / 1900 / 850 |
| | 3G Network | CDMA2000 1xEV-DO |
| | Announced | 2011, September |
| | Status | Available. Released 2011, October |
| BODY | Dimensions | 116 x 61 x 14 mm |
| | Weight | 139 g |
| | Keyboard | QWERTY |
| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |
| SOUND | Alert types | Vibration; MP3, WAV ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| MEMORY | Card slot | microSD, up to 32GB, 2 GB included |
| | Internal | 952 MB |
| DATA | GPRS | No |
| | EDGE | No |
| | Speed | Rev. A, up to 3.1 Mbps |
| | WLAN | Wi-Fi 802.11 a/b/g/n, Wi-Fi hotspot |
| | Bluetooth | Yes, v3.0 with A2DP |
| | USB | Yes, microUSB v2.0 |
| CAMERA | Primary | 3.15 MP, 2048x1536 pixels, LED flash |
| | Features | Geo-tagging |
| | Video | Yes, VGA |
| | Secondary | Yes |
| FEATURES | OS | Android OS, v2.3 (Gingerbread) |
| | Chipset | Qualcomm MSM8655 Snapdragon |
| | CPU | 1 GHz Scorpion |
| | GPU | Adreno 205 |

Read opinions
Compare
Pictures
Related phones
Manual

CHECK PRICE
▸ WElectronics

POPULARITY
Daily interest
0.2%
Total hits: 91806

VOTING RESULTS
Design
7.2
Features
7.2
Performance

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | *See* n.1, *supra*.[3]  The Transform Ultra (Boost Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Transform Ultra (Boost Mobile). |
| --- | --- |

---

[3]   All accused versions of the Transform Ultra have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Transform Ultra (Boost Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung promotes the Quick Search Box as a standard feature of the Transform Ultra (Boost Mobile), as shown by the specifications on Samsung's web site:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| inputting an information identifier; | The Samsung Transform Ultra performs the step of inputting an information identifier. |
| | The Transform Ultra (Boost Mobile) has a 3.5" TFT screen. |
| |  |
| | The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard. |
| | The Android Quick Search Box on the Transform Ultra (Boost Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| providing said information identifier to a plurality of plug-in modules each using | The Samsung Transform Ultra performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier. |
| --- | --- |

---

[5]  Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a different heuristic to locate information which matches said identifier; | For example, the Transform Ultra (Boost Mobile)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Transform Ultra (Boost Mobile) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information descriptor to the plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ████████████ method to execute, as described in the Android online documentation:

[6] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[7] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

11

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*         The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Transform Ultra (Boost Mobile) determines which plug-in modules ████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[10] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Transform Ultra include a plurality of plug-in modules each using a different heuristic.  Each accused version of the Transform Ultra provides a subset of the plug-in modules listed below; therefore on any given version of the Transform Ultra the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[15]  Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area.  That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user.  Each plug-in module uses a different rule of thumb appropriate to its search area to utilize the information identifier to formulate an appropriate query or queries to search its search area and generate suggestions.

The Web plug-in module takes the information descriptor and formulates a query appropriate for searching browser

---

[11]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[12]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

history and bookmarks on the device in addition to content available on the Internet through at least one Internet search engine.



---

[16] All accused versions of the device implement the same functionality. *See* Table for ███████████.java in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ███████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ███████.java and ███████████.java in the Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████ |
| providing at least one candidate item of information from said modules; and displaying a representation of said candidate item of information. | The Samsung Transform Ultra performs the step of providing at least one candidate item of information from said modules and displaying a representation of said candidate item of information.<br><br>For example, in the image below, the Transform Ultra (Boost Mobile) is providing and displaying the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[19] All accused versions of the Transform Ultra implement the same functionality. *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Transform Ultra includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Transform Ultra (Boost Mobile) contains 952 MB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>MEMORY   Card slot   microSD, up to 32GB, 2 GB included<br>Internal   952 MB<br><br>The Transform Ultra (Boost Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Transform Ultra comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Transform Ultra (Boost Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[21]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Transform Ultra (Boost Mobile). |

---

[20]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[21]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document as shown in the following source code files:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Transform Ultra (Boost Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Transform Ultra (Boost Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Transform Ultra comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Transform Ultra (Boost Mobile) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
|---|---|---|---|
| | | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | | Multitouch | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Transform Ultra (Boost Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Transform Ultra comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

[22] Identical functionality can be found in the Google Now package located in ▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Transform Ultra (Boost Mobile)'s Quick Search Box provides a plurality of heuristics, or modules. As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Transform Ultra (Boost Mobile).  The Transform Ultra (Boost Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[25]

The Search Settings panel for the Quick Search Box on the Transform Ultra (Boost Mobile) determines which heuristics ████████████████████████████ perform the query upon as described in the Android Developer's Guide:

---

[23] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[24] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[25] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[26] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[27] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[28]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[30]

All accused versions of the Transform Ultra include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[32]  Each of the heuristics in the list below corresponds to a different location and employs a

---

[28]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[29]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[30]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[31]  All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[32]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its search area to utilize the information descriptor to formulate an appropriate query or queries to search its search area and generate suggestions.



---

33 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
34 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java in the Source Code Appendix.
35 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮.java and ▮▮▮▮▮▮.java in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Transform Ultra comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Transform Ultra (Boost Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



*Id.*

---

[36] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Transform Ultra comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[37] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Transform Ultra comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Appendix – 6,847,959 for the Transform Ultra

Samsung's response to Apple's Interrogatory No. 41 stated that "An asterisk by a given 'Date Available' denotes a Maintenance Release ('MR') meant to alter one or more functionalities that may relate to Apple's Patent-in-Suit." Therefore versions of the software available on the accused device listed in this table are either the initial software release available on the accused device or a Maintenance Release denoted with an asterisk by Samsung.  All other software releases available on the accused device including all other Maintenance Releases, per Samsung's admission, are identical for purposes of analysis of the functionalities related to the Patents-In-Suit to the initial software release on the accuse device or another Maintenance Release listed in this chart.

| Samsung Transform Ultra | | | |
|---|---|---|---|
| | ██████████████ | | |
| Model Name (Carrier) | Android Operating System | S/W Version No. | Source Code File Location |
| SPH-M930 | 2.3.4 | ██████ | ████████████████████████████ |
| | 2.3.6 | ██████ | ████████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ███ | ████████████████████████ |
| | 2.3.6 | ███ | ████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | █████████████████████████████████ |
| | 2.3.6 | ████ | █████████████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ███████████████████████████ |
| | 2.3.6 | ████ | ███████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ████████████████████████████████ |
| | 2.3.6 | ████ | ████████████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ██████████████████████████ |
| | 2.3.6 | ████ | ██████████████████████████ |

| Samsung Transform Ultra | | | |
|---|---|---|---|
| ███████████████ | | | |
| **Model Name (Carrier)** | **Android Operating System** | **S/W Version No.** | **Source Code File Location** |
| SPH-M930 | 2.3.4 | ████ | ████████████████████████████████ |
| | 2.3.6 | ████ | ████████████████████████████████ |

604 (TRANSFORM ULTRA - SOURCE CODE APPENDIX).DOCX

# EXHIBIT H-20

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT H20

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
## FILED UNDER SEAL

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S4[1] |
|---|---|
| A method for locating information in a computer system, comprising the steps of[2]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S4 performs a method for locating information in a computer system.<br><br>The Galaxy S4 (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S4 (Sprint) includes a 1.9 GHz Quad Core processor CPU, 2 GB (RAM) plus 16 GB (ROM) of on-board memory, a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen, LTE/CDMA/HSPA/UMTS/GSM, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited as shown in the screenshots of the Galaxy S4's specifications below: |

---

[1]  In this document, "Galaxy S4" refers to all of the following accused versions of the Samsung Galaxy S4 ("accused versions"): the Samsung Galaxy S4 (any and all carriers) sold with Android Jelly Bean.  The specifications for the Galaxy S4 (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L720ZWASPR-specs (last visited May 9, 2013).  Upon information and belief, these specifications do not vary across carriers.  All citations to source code are to publicly available Android source code available for download at http://source.android.com/source/downloading.html.  On information and belief the Samsung Galaxy S4 runs a version of the Android operating system that for purposes of the analysis contained herein is identical in all relevant respects to the publicly available Android source code referenced herein.  The specifications cited in the main text of this document refer to the Galaxy S4 (Sprint), unless otherwise specified.  Upon information and belief, the infringing functionality outlined in this document does not vary across any accused version of the Galaxy S4 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S4.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Category

| Type | Galaxy S |
|------|----------|

## Carrier

| Type | Sprint |
|------|--------|

## Form Factor

| Form Factor | Bar, Touch screen |
|-------------|-------------------|

## Size

| Product Dimensions (inches) | 5.38" x 2.74" x 0.31" |
|-----------------------------|-----------------------|
| Weight (ounces) | 4.59 oz. |

## Color

| Color | White Frost |
|-------|-------------|

## Battery

| Battery, Standby | 3G: Up to 350 Hours; 4G: Up to 300 Hours* |
|------------------|-------------------------------------------|
| Battery, Talk Time | Up to 17 Hours* |
| Battery Type and Size | 3.8 Volt, Lithium Ion, 2600 mAh |
| Music Play Time | Up to 69 Hours* |
| Video Play Time | Up to 11 Hours* |
| Internet Use Time | 3G: Up to 8 Hours; 4G: Up to 8 Hours; WiFi: Up to 10 Hours* |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Network

| | |
|---|---|
| Frequencies and Data Type | LTE: Band 25; CDMA 1x/EVDO Rev.A: 800/1900MHz; HSPA+/UMTS: 850/900/1900/2100MHz; GSM: 850/900/1800/1900MHz |
| SAR value - Head (W/kg) | SAR Value: Head 0.98 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 1.58 W/kg |

### Platform

| | |
|---|---|
| Platform | Android™ 4.2.2, Jelly Bean |

### CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1.9GHz Quad Core |

### Display

| | |
|---|---|
| Main Display Resolution | 1920 x 1080 Pixel, 441 ppi |
| Main Display Size | 5" |
| Main Display Technology | HD Super AMOLED™ |

### User Interface

| | |
|---|---|
| Features | Accelerometer; Air Gestures™; Air View™; Barometer; Geomagnetic; Gyro; Proximity; RGB Light; Samsung Traditional UI; Smart Gestures; Smart Pause™; Smart Scroll™; Smart Unlock; Temperature & Humidity; TouchWiz®; Widgets |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Features

| | |
|---|---|
| GPS Navigation | Yes |
| Business/Enterprise | Yes |
| Premium Camera | Yes |
| NFC | Yes |
| Noise Cancellation | Yes |
| Enabled for 4G LTE | Yes |

## Camera

| | |
|---|---|
| Camera Resolution | 13MP |
| Front-facing Camera Resolution | 2.0MP |
| Digital Optical Zoom | 4x |
| Features | Auto Focus; Dual-Camera; Dual-Recording; Geo-Tagging; HD Playback; HD Recording; LED Flash; Online Image Uploading; Photo Editing; Sharing Capabilities: Bluetooth®, Buddy Photo Share, Dropbox®, Email, Flipboard, Gmail™, Google+™, Group Play, Messaging, NFC, Picasa™, S Beam™, S Memo, Samsung Link, Share Shot, Wi-Fi Direct™; Shot Modes: Animated Photo, Auto, Beauty Face, Best Face, Best Photo, Drama Shot, Eraser Shot, Rich tone (HDR), Night, Panorama, Sound & Shot, Sports, Slow Motion Recording; TV/Video-Out; Video; Video Editing; Zero Shutter Lag |

## Audio

| | |
|---|---|
| Features | Audio Streaming; Compatible Music Files: AAC, AMR, MP3, OGG, WMA/ASF, 3GA/M4A, FLAC, WAV; MP3/MP4/Music Tones; Music Player; Ringtones, Polyphonic |

## Video

| | |
|---|---|
| Features | Compatible Video Files: AVI/DIVX, WMV/ASF, FLV, MKV, MP4/3GP, WEBM; Video Player; Video Streaming |

## Fun and Entertainment

| | |
|---|---|
| Features | Downloadable Content; IR Remote Control; S Translator; S Voice™; Samsung Hub; Samsung Widget Gallery; Wallpapers, Animated; WatchON |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Business & Office | |
|---|---|
| Features | Enterprise-Ready; Corporate E-mail/Calendar/Contacts; Microsoft® Office-compatible; Mobile Device Management; OCR/Business Card/Photo Scanner; On-Device Encryption (ODE); SAFE™; Virtual Private Network; Polaris Office 5 |

| Messaging Options | |
|---|---|
| Features | Email; Picture Messaging; Text Messaging; Video Messaging |

| Connectivity | |
|---|---|
| Features | Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP, HFP, HID, HSP, MAP, OBEX, OPP, PAN, PBAP, SPP; NFC; Wi-Fi®; Wi-Fi® Hotspot |

| Memory | |
|---|---|
| Internal Memory | 2 GB RAM, 16 GB ROM |
| External Memory/microSD™ Capacity | Up to 64GB |

| Calling Functions | |
|---|---|
| Features | Airline Mode; Call Block; Hearing Aid Compatible (HAC); Multitasking; Picture Caller ID; Speakerphone; Speech-to-Text; Text-to-Speech; TTY; Visual Voicemail; Voicemail; Voice Recognition |

*See* Galaxy S4 (Sprint)'s specifications (n.1, *supra*).[3]

The Galaxy S4 (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S4 (Sprint).

---

[3] Upon information and belief, all accused versions of the Galaxy S4 have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the Galaxy S4, the Quick Search Box is now referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Samsung encourages the use of the Search feature through the inclusion of the feature in the Galaxy S4 user's manual:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Front View of Your Phone



**10. Google Quick Search bar**: a shortcut to Google Search that allows you to search for items on the internet.

### Google Search Bar

The Google Search Bar provides you an on-screen Internet search engine powered by Google™.

1. From the main Home screen, tap the Google Search bar Google .

2. Use the on-screen keypad to enter the item you want to search for, then tap 🔍 .

3. Tap 🎤 to use Google Voice Search. Follow the on-screen instructions.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | (Samsung Galaxy S4 User Manual, available at http://downloadcenter.samsung.com/content/UM/201305/20130511001211468/ATT_SGH-i337_Galaxy_S4_English_User_Manual_MDB_F4.pdf) |
| inputting an information identifier; | The Samsung Galaxy S4 performs the step of inputting an information identifier.<br><br>The Galaxy S4 (Sprint) has a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen.<br><br><br><br>*See* Galaxy S4 (Sprint)'s specifications (n.1, *supra*).[5]  The Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[6]  The Galaxy S4 (Sprint)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information description is subsequently displayed on the Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen as shown in the screenshot above.[7]<br><br>The Android Quick Search Box on the Galaxy S4 (Sprint) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box. |

---

[5]  Upon information and belief, all accused versions of the Galaxy S4 have similar hardware as shown in the Galaxy S4's specifications.  *See* n.1, *supra*.
[6]  Upon information and belief, all accused versions of the Galaxy S4 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects.  *See* n.1, *supra*.
[7]  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

8  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality. Identical functionality can be found in the Google Now class and package.  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy S4 performs the step of providing said information identifier to a plurality of plug-in modules each using a different heuristic to locate information which matches said identifier.<br><br>For example, the Galaxy S4 (Sprint)'s Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Galaxy S4 (Sprint) provides a plurality of plug-in modules.  Users can select which modules to enable or disable (*i.e.* plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to plug-in modules.  Moreover, developers can configure their own applications to provide a plug-in module for the Quick Search Box.<br><br>"Once you configure your application to provide custom search suggestions, making them available to the globally accessible Quick Search Box is as easy as modifying your searchable configuration to include android:includeInGlobalSearch as 'true'."  (Android Developer's Guide at Exposing search suggestions to the Quick Search Box, available at http://developer.android.com/guide/topics/search/adding-custom-suggestions.html). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the example above, the Galaxy S4 (Sprint) provides an information identifier to at least the Apps, Chrome, Contacts, Play Books, Play Movies & TV and Play Music plug-n modules.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*          The Runnable that will be executed.[11]

The Search Settings panel for the Quick Search Box on the Galaxy S4 (Sprint) determines which plug-in modules are

---

[9] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[10] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[11] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[12] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[13] For all functionality described above, similar functionality that operates identically for relevant purposes can be found in Google Now code, found in

[14] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

███████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[15]

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████

> "A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[16]

███████████████████████████████████████████
██████████████████████████████

All accused versions of the Galaxy S4 include a plurality of plug-in modules each using a different heuristic. Versions of the Galaxy S4 provide a subset of the plug-in modules listed below; therefore on any given version of the

---

[15]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/search/adding-custom-suggestions.html (last visited May 3, 2013).
[16]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Galaxy S4 the plurality of plug-in modules each use a different heuristic.

Each of the plug-in modules listed below employs a different heuristic.[17] Each plug-in module in the list below corresponds to a different area of search and employs a rule of thumb to search for information in that respective area. That is, each plug-in module receives an information descriptor that does not fully convey the intent of the user. Each uses a different rule of thumb appropriate to its area to utilize the information descriptor to formulate an appropriate query specification appropriate for that area.

The Apps plug-in module takes the information identifier and formulates a query appropriate for searching a device's APPLICATIONS_TABLE, which contains identifying information about the apps on the device. Moreover, the Apps plug-in module uses an ORDER BY clause in at least one SQL query. This functionality is illustrated in the Android public code at https://android.googlesource.com/platform/packages/providers/ApplicationsProvider/+/e1d0f8650361fe8509f6dee52066619f88943e6d/src/com/android/providers/applications/ApplicationsProvider.java (last visited May 9, 2013).

The Chrome plug-in module takes the information identifier and formulates a query appropriate for searching the browser history and bookmarks. The Chrome plug-in module searches information stored locally in the device's browser history and bookmarks. Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.

The Contacts plug-in module takes the information identifier and formulates a query appropriate for searching a user's contacts. This can include searching for information such as phone numbers, email addresses and names stored locally on the device. In addition on information and belief the Contacts plug-in module uses the LIKE operator in at least one SQL query. This functionality is illustrated in the Android public code at http://grepcode.com/file/repository.grepcode.com/java/ext/com.google.android/android-apps/4.0.1_r1/com/android/providers/contacts/ContactsProvider2.java (last visited May 9, 2013). The LIKE operator is described at http://www.sqlite.org/lang_expr.html.

The Email plug-in module takes the information identifier and formulates a query appropriate for searching a user's email content sent from the Email app. In addition on information and belief the Email plug-in module uses   the LIKE operator in at least one SQL query.

---

[17] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Music plug-in module takes the information identifier and formulates a query appropriate for searching a user's music.  This search can include a search for artist, album and track names.  In addition on information and belief the Music plug-in module uses the LIKE operator in at least one SQL query.<br><br>The Play Books plug-in module takes the information identifier and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library.<br><br>The Play Movies & TV plug-in module takes the information identifier and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library.<br><br>The Play Music plug-in module takes the information identifier and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en.  This music library is separate and distinct from the music library searched by the Music plug-in  module and stores the library in a different manner.<br><br>The Sprint Zone plug-in module takes the information identifier and formulates a query appropriate for searching Sprint-related content on the device and remotely as describe at http://www.sprint.com/landings/mysprint/index.html?ECID=vanity:mysprint.<br><br>The TripAdvisor plug-in module takes the information identifier and formulates a query appropriate for searching travel related information from Trip Advisor.<br><br>The Voicemail plug-in module takes the information identifier and formulates a query appropriate for searching a user's voicemails. |
| providing at least one candidate item of information from said modules; | The Samsung Galaxy S4 performs the step of providing at least one candidate item of information from said modules. |

---

[18]   Upon information and belief, all accused versions of the Galaxy S4 implement the same functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | For example, in the image below, the Galaxy S4 (Sprint) is providing the candidate items "Apple Customer Support," and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |
| and displaying a representation of said | The Samsung Galaxy S4 performs the step of displaying a representation of said candidate item of information. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| candidate item of information. | For example, in the screen capture below, the Galaxy S4 (Sprint) is displaying representations of the candidate items to the screen.  |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

[19] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S4 |
|---|---|
| A computer readable medium[20] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S4 includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Galaxy S4 (Sprint) contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site: <br><br> The Galaxy S4 (Sprint) is used herein as an exemplary device.  All the accused versions are identical in all relevant respects.  The Galaxy S4 (Sprint) includes a 1.9 GHz Quad Core processor CPU, 2 GB (RAM) plus 16 GB (ROM) of on-board memory, a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen, LTE/CDMA/HSPA/UMTS/GSM, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore is a machine capable of implementing the method recited as shown in the screenshots of the Galaxy S4's specifications below: |

---

[20] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Category | |
|---|---|
| Type | Galaxy S |

| Carrier | |
|---|---|
| Type | Sprint |

| Form Factor | |
|---|---|
| Form Factor | Bar, Touch screen |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.38" x 2.74" x 0.31" |
| Weight (ounces) | 4.59 oz. |

| Color | |
|---|---|
| Color | White Frost |

| Battery | |
|---|---|
| Battery, Standby | 3G: Up to 350 Hours; 4G: Up to 300 Hours* |
| Battery, Talk Time | Up to 17 Hours* |
| Battery Type and Size | 3.8 Volt, Lithium Ion, 2600 mAh |
| Music Play Time | Up to 69 Hours* |
| Video Play Time | Up to 11 Hours* |
| Internet Use Time | 3G: Up to 8 Hours; 4G: Up to 8 Hours; WiFi: Up to 10 Hours* |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

### Network

| | |
|---|---|
| Frequencies and Data Type | LTE: Band 25; CDMA 1x/EVDO Rev.A: 800/1900MHz; HSPA+/UMTS: 850/900/1900/2100MHz; GSM: 850/900/1800/1900MHz |
| SAR value - Head (W/kg) | SAR Value: Head 0.98 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 1.58 W/kg |

### Platform

| | |
|---|---|
| Platform | Android™ 4.2.2, Jelly Bean |

### CPU / Processor

| | |
|---|---|
| Processor Speed, Type | 1.9GHz Quad Core |

### Display

| | |
|---|---|
| Main Display Resolution | 1920 x 1080 Pixel, 441 ppi |
| Main Display Size | 5" |
| Main Display Technology | HD Super AMOLED™ |

### User Interface

| | |
|---|---|
| Features | Accelerometer; Air Gestures™; Air View™; Barometer; Geomagnetic; Gyro; Proximity; RGB Light; Samsung Traditional UI; Smart Gestures; Smart Pause™; Smart Scroll™; Smart Unlock; Temperature & Humidity; TouchWiz®; Widgets |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

## Features

| | |
|---|---|
| GPS Navigation | Yes |
| Business/Enterprise | Yes |
| Premium Camera | Yes |
| NFC | Yes |
| Noise Cancellation | Yes |
| Enabled for 4G LTE | Yes |

## Camera

| | |
|---|---|
| Camera Resolution | 13MP |
| Front-facing Camera Resolution | 2.0MP |
| Digital Optical Zoom | 4x |
| Features | Auto Focus; Dual-Camera; Dual-Recording; Geo-Tagging; HD Playback; HD Recording; LED Flash; Online Image Uploading; Photo Editing; Sharing Capabilities: Bluetooth®, Buddy Photo Share, Dropbox®, Email, Flipboard, Gmail™, Google+™, Group Play, Messaging, NFC, Picasa™, S Beam™, S Memo, Samsung Link, Share Shot, Wi-Fi Direct™; Shot Modes: Animated Photo, Auto, Beauty Face, Best Face, Best Photo, Drama Shot, Eraser Shot, Rich tone (HDR), Night, Panorama, Sound & Shot, Sports, Slow Motion Recording; TV/Video-Out; Video; Video Editing; Zero Shutter Lag |

## Audio

| | |
|---|---|
| Features | Audio Streaming; Compatible Music Files: AAC, AMR, MP3, OGG, WMA/ASF, 3GA/M4A, FLAC, WAV; MP3/MP4/Music Tones; Music Player; Ringtones, Polyphonic |

## Video

| | |
|---|---|
| Features | Compatible Video Files: AVI/DIVX, WMV/ASF, FLV, MKV, MP4/3GP, WEBM; Video Player; Video Streaming |

## Fun and Entertainment

| | |
|---|---|
| Features | Downloadable Content; IR Remote Control; S Translator; S Voice™; Samsung Hub; Samsung Widget Gallery; Wallpapers, Animated; WatchON |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Business & Office | |
|---|---|
| Features | Enterprise-Ready; Corporate E-mail/Calendar/Contacts; Microsoft® Office-compatible; Mobile Device Management; OCR/Business Card/Photo Scanner; On-Device Encryption (ODE); SAFE™; Virtual Private Network; Polaris Office 5 |

| Messaging Options | |
|---|---|
| Features | Email; Picture Messaging; Text Messaging; Video Messaging |

| Connectivity | |
|---|---|
| Features | Bluetooth® Profiles: A2DP, AVRCP, GAVDP, GOEP, HFP, HID, HSP, MAP, OBEX, OPP, PAN, PBAP, SPP; NFC; Wi-Fi®; Wi-Fi® Hotspot |

| Memory | |
|---|---|
| Internal Memory | 2 GB RAM, 16 GB ROM |
| External Memory/microSD™ Capacity | Up to 64GB |

| Calling Functions | |
|---|---|
| Features | Airline Mode; Call Block; Hearing Aid Compatible (HAC); Multitasking; Picture Caller ID; Speakerphone; Speech-to-Text; Text-to-Speech; TTY; Visual Voicemail; Voicemail; Voice Recognition |

*See* Galaxy S4 (Sprint)'s specifications (n.1, *supra*).[21]
The Galaxy S4 (Sprint), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.

| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S4 comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S4 (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[22] |
|---|---|

---

[21] Upon information and belief, all accused versions of the Galaxy S4 have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[22] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the «Device», the Quick Search Box is now referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).  "Google Now" includes the Google Search box which functions identically to the Quick Search Box in all relevant respects for purposes of this document.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S4 (Sprint).



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S4 (Sprint), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy S4 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S4 (Sprint) has a 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Main Display Resolution | 1920 x 1080 Pixel, 441 ppi |
| Main Display Size | 5" |
| Main Display Technology | HD Super AMOLED™ |

*See* Galaxy S4 (Sprint)'s specifications (n.1, *supra*).[23]  The Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen is a user-input device comprising a touchscreen which the user manipulates by touching displayed objects on an onscreen keyboard.[24]  The Galaxy S4 (Sprint)'s onscreen keyboard allows the user to enter the "app" information descriptor into the Quick Search Box and the inputted information description is subsequently displayed on the Galaxy S4 (Sprint)'s 5" 1920 x 1080 Pixel, 441 ppi HD Super AMOLED screen as shown in the screenshot above.[25]

The Android Quick Search Box on the Galaxy S4 (Sprint) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box.

---

[23]  Upon information and belief, all accused versions of the Galaxy S4 have similar hardware as shown in the Galaxy S4's specifications.  *See* n.1, *supra*.

[24]  Upon information and belief, all accused versions of the Galaxy S4 have screens which are user-input devices comprising touchscreens which users can manipulate by touching displayed objects.  *See* n.1, *supra*.

[25]  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

26 Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality. Identical functionality can be found in the Google Now class and package.  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy S4 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy S4 (Sprint)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S4 (Sprint).  The Galaxy S4 (Sprint) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

27  Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the ▮▮▮▮▮▮▮▮▮▮▮▮ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[29]

The Search Settings panel for the Quick Search Box on the Galaxy S4 (Sprint) determines which heuristics ▮▮▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[28] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[29] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[30] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.
[31] For all functionality described above, similar functionality that operates identically for relevant purposes can be found in ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
[32] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[33]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[34]

All accused versions of the Galaxy S4 include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[35]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.  That is, each heuristic module receives an information descriptor that does not fully convey the intent of the user.  Each uses a rule of thumb appropriate to its area to utilize the information descriptor to formulate an appropriate query specification appropriate for that location.

---

[33] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[34] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[35] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Apps heuristic takes the information identifier and formulates a query appropriate for searching a device's APPLICATIONS_TABLE, which contains identifying information about the apps on the device.  Moreover, the Apps heuristic uses an ORDER BY clause in at least one SQL query.  This functionality is illustrated in the Android public code at https://android.googlesource.com/platform/packages/providers/ApplicationsProvider/+/e1d0f8650361fe8509f6dee52066619f88943e6d/src/com/android/providers/applications/ApplicationsProvider.java (last visited May 9, 2013).

The Chrome heuristic takes the information identifier and formulates a query appropriate for searching the browser history and bookmarks.  The Chrome heuristic searches information stored locally in the device's browser history and bookmarks.  Such searches would include a search of the URLs and titles of bookmarks and visited web pages, but not the contents of visited web sites and not information accessed over the Internet.

The Contacts heuristic takes the information identifier and formulates a query appropriate for searching a user's contacts.  This can include searching for information such as phone numbers, email addresses and names stored locally on the device.  In addition on information and belief the Contacts heuristic uses the LIKE operator in at least one SQL query.  This functionality is illustrated in the Android public code at http://grepcode.com/file/repository.grepcode.com/java/ext/com.google.android/android-apps/4.0.1_r1/com/android/providers/contacts/ContactsProvider2.java (last visited May 9, 2013). The LIKE operator is described at http://www.sqlite.org/lang_expr.html.

The Email heuristic takes the information identifier and formulates a query appropriate for searching a user's email content sent from the Email app. In addition on information and belief the Email heuristic uses the LIKE operator in at least one SQL query.

The Music heuristic takes the information identifier and formulates a query appropriate for searching a user's music.  This search can include a search for artist, album and track names.  In addition on information and belief the Music heuristic uses the LIKE operator in at least one SQL query.

The Play Books heuristic takes the information identifier and formulates a query appropriate for searching a user's books in a user's Play Store library, but not movies or TV shows stored in a user's Play Store library.

The Play Movies & TV heuristic takes the information identifier and formulates a query appropriate for searching a user's rented videos and TV shows, but not music stored in a user's Play Store library.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Play Music heuristic takes the information identifier and formulates a query appropriate for searching a user's Play Store Music library.  The Play Store stores a user's music library both online and on local storage as described at https://play.google.com/store/apps/details?id=com.google.android.music&hl=en.  This music library is separate and distinct from the music library searched by the Music plug-in  module and stores the library in a different manner.<br><br>The Sprint Zone heuristic takes the information identifier and formulates a query appropriate for searching Sprint-related content on the device and remotely as describe at http://www.sprint.com/landings/mysprint/index.html?ECID=vanity:mysprint.<br><br>The TripAdvisor heuristic takes the information identifier and formulates a query appropriate for searching travel related information from Trip Advisor.<br><br>The Voicemail heuristic takes the information identifier and formulates a query appropriate for searching a user's voicemails. |
| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S4 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S4 (Sprint) is providing  candidate items as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[36] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| and display a representation of said candidate item of information. | The Samsung Galaxy S4 comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S4 (Sprint) is displaying representations of the candidate items to the screen.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

---

[37] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S4 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S4 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S4 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S4 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief the Chrome heuristic locates items of information in the device's browser history and bookmarks on the basis of names of files.<br><br>Upon information and belief, the Music heuristic locates items of information in the device's music files on the basis of names of files. |

---

[38] Upon information and belief, all accused versions of the Galaxy S4 have similar functionality.