# EXHIBIT 3

# Unredacted Version of Document Sought To Be Filed Under Seal

# EXHIBIT 3
# FILED UNDER SEAL - Contains Source Code – Highly Confidential – Attorney's Eyes Only

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III [1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S III (T-Mobile) running Android Jelly Bean contains 16/32 GB of on-board memory, as indicated on the specifications on Samsung's web site: |

---

[1]  In this document, "Galaxy S III" refers to all of the following accused versions of the Samsung Galaxy S III ("accused versions"): the Samsung Galaxy S III (Verizon) sold with Android 4.0, the Samsung Galaxy S III (AT&T) sold with Android 4.0, the Samsung Galaxy S III (Sprint) sold with Android 4.0, the Samsung Galaxy S III (T-Mobile) sold with Android 4.0, the Samsung Galaxy S III (Verizon) sold with Android Jelly Bean, the Samsung Galaxy S III (AT&T) sold with Android Jelly Bean, the Samsung Galaxy S III (Sprint) sold with Android Jelly Bean and the Samsung Galaxy S III (T-Mobile) sold with Android Jelly Bean.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S III or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S III.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

1

Case 5:12-cv-00630-LHK   Document 1577-21   Filed 04/03/14   Page 4 of 18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | **Dimension**<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br>**Display**<br>• 4.8 inch HD Super AMOLED (1280x720) display<br>**Network/Bearer and Wireless Connectivity**<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br>**Memory**<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br>**Colour**<br>• Pebble Blue and Marble White<br><br>**Services and Applications**<br>• S Beam, Buddy photo share, Share shot<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br>**OS**<br>• Android 4.0 (Ice Cream Sandwich)<br>**Battery**<br>• 2,100 mAh<br>**Connectivity**<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>**Audio and Video**<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br>**Camera**<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br>**Sensors**<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br>**Google™ Mobile Services**<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>*See* n.1, *supra*.[3] The Galaxy S III (T-Mobile) running Android Jelly Bean, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S III comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

---

[3] All accused versions of the Galaxy S III have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the device, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

Case 5:12-cv-00630-LHK   Document 1577-21   Filed 04/03/14   Page 5 of 18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S III (T-Mobile) running Android Jelly Bean.



The figure below shows the Galaxy S III (T-Mobile) running Android Jelly Bean's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy S III comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean has a 4.8" sAMOLED screen. |

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | **Dimension**<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>**Display**<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>**Network/Bearer and Wireless Connectivity**<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>**Memory**<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>**Colour**<br>• Pebble Blue and Marble White<br><br>**Services and Applications**<br>• S Beam, Buddy photo share, Share shot<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>**OS**<br>• Android 4.0 (Ice Cream Sandwich)<br><br>**Battery**<br>• 2,100 mAh<br><br>**Connectivity**<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>**Audio and Video**<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>**Camera**<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>**Sensors**<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>**Google™ Mobile Services**<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>The 4.8" sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
|  | |
| provide said information identifier to a plurality of | The Samsung Galaxy S III comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and |

---

[5] Identical functionality can be found in the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| heuristics to locate information in the plurality of locations which include the Internet and local storage media; | local storage media.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S III (T-Mobile) running Android Jelly Bean.  The Galaxy S III (T-Mobile) running Android Jelly Bean provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

---

[6] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

[REDACTED] The postDelayed() method causes the [REDACTED] method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[8]

[REDACTED]

The Search Settings panel for the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean determines which heuristics [REDACTED] perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[10] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

Case 5:12-cv-00630-LHK   Document 1577-21   Filed 04/03/14   Page 12 of 18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

█████████████████████████████

"A content provider manages access to a central repository of data. A provider is part of an Android application, which often provides its own UI for working with the data. However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

█████████████████████████████

All accused versions of the Galaxy S III include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

█████████████████████████████

---

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[13] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

Case 5:12-cv-00630-LHK   Document 1577-21   Filed 04/03/14   Page 13 of 18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S III comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S III (T-Mobile) running Android Jelly Bean is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

---

[19] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>[REDACTED] |

---

[20] All accused versions of the Galaxy S III implement the same functionality. *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |