HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Admire includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Admire (Metro PCS) contains 196 MB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Admire (Metro PCS), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of | The Samsung Admire comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Admire" refers to all of the following accused versions of the Samsung Admire ("accused versions"): the Samsung Admire (Metro PCS) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Admire running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Admire (Metro PCS), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Admire or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Admire.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Admire have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| locations containing program instructions to: | For example, the Admire (Metro PCS) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Admire (Metro PCS). |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Admire (Metro PCS)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Admire (Metro PCS), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Admire comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Admire (Metro PCS) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 320x480 |
| **Main Display Size** | 3.5" |
| **Main Display Technology** | HVGA 262K TFT |
| **Touch Screen** | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Admire (Metro PCS) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Admire comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

[5] Identical functionality can be found in ███████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| information in the plurality of locations which include the Internet and local storage media; | For example, the Admire (Metro PCS)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Admire (Metro PCS).  The Admire (Metro PCS) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>When the user enters characters in the Quick Search Box on the Admire (Metro PCS), the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r            The Runnable that will be executed.[8]

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[6]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[7]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[10]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Admire include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[15]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Admire comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Admire (Metro PCS) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[16] All accused versions of the device implement this functionality ███████████████████████████████
███████████████████████

[17] All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ███████████ n the Source Code Appendix.
[19] All accused versions of the device implement the same functionality.  *See* Table for ██████████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Admire comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Admire implement the same functionality.  *See* Table for indicated file in 959 - Admire - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Admire |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Admire comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, the Browser or Web heuristic maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file. The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. The Browser or Web heuristics therefore locate items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Captivate Glide includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Captivate Glide (AT&T) running Android 2.3 contains 1 GB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> *See* n.1, *supra*.[3]  The Captivate Glide (AT&T) running Android 2.3, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Captivate Glide comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1] In this document, "Captivate Glide" refers to all of the following accused versions of the Samsung Captivate Glide ("accused versions"): the Samsung Captivate Glide (AT&T) sold with Android 2.3, the Samsung Captivate Glide (AT&T) sold with Android 4.0, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Captivate Glide (shipped with Android 2.3 but upgradeable to Android 4.0 according to http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00048593&fm_seq=53023 (last visited May 3, 2013)) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Captivate Glide (AT&T) running Android 2.3, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Captivate Glide or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Captivate Glide.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3] All accused versions of the Captivate Glide have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Captivate Glide (AT&T) running Android 2.3 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Captivate Glide (AT&T) running Android 2.3. |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Captivate Glide (AT&T) running Android 2.3's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| receive an information identifier; | The Samsung Captivate Glide comprises a computer-readable medium including instructions to receive an information identifier.

The Captivate Glide (AT&T) running Android 2.3 has a 4.0" Super AMOLED screen. |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 Pixels |
| **Main Display Size** | 4.0" |
| **Main Display Technology** | Super AMOLED™ |

The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate | The Samsung Captivate Glide comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

---

[5] Identical functionality can be found in the ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Captivate Glide (AT&T) running Android 2.3's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Captivate Glide (AT&T) running Android 2.3.  The Captivate Glide (AT&T) running Android 2.3 provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>████████████████████████████████<br>████████████████████<br>████████ The postDelayed() method causes the ████████ |

---

[6]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[7]  All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**

    r              The Runnable that will be executed.[8]

The Captivate Glide (AT&T) running Android 2.3 includes a plurality of heuristics.  For instance,

The Search Settings panel for the Quick Search Box on the Captivate Glide (AT&T) running Android 2.3 determines which heuristics are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[10] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Captivate Glide include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[15]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.

---

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[13] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.
[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Captivate Glide comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Captivate Glide (AT&T) running Android 2.3 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

<sup></sup>16  All accused versions of the device implement this functionality in ███████████████████████████
███████████████████████

17  All accused versions of the device implement the same functionality.  *See* Table for █████████████  in the Source Code Appendix.
18  All accused versions of the device implement the same functionality.  *See* Table for █████████████ n the Source Code Appendix.
19  All accused versions of the device implement the same functionality.  *See* Table for ███████████████████████  the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Captivate Glide comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Captivate Glide implement the same functionality.  *See* Table for indicated file in 959 - Captivate Glide - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Conquer 4G includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Conquer 4G (Sprint) contains 512MB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> *See* n.1, *supra*.[3]  The Conquer 4G (Sprint), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Conquer 4G comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Conquer 4G (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide |

---

[1]  In this document, "Conquer 4G" refers to all of the following accused versions of the Samsung Conquer 4G ("accused versions"): the Samsung Conquer 4G (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Conquer 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Conquer 4G (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Conquer 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Conquer 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Conquer 4G have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

1

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Conquer 4G (Sprint). |
|---|---|

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Conquer 4G (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Conquer 4G (Sprint), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Conquer 4G comprises a computer-readable medium including instructions to receive an information identifier. |
| | The Conquer 4G (Sprint) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | HVGA |
| **Main Display Size** | 3.5" Display |
| **Main Display Technology** | 262K TFT |
| **Touch Screen** | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Conquer 4G (Sprint) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Conquer 4G comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

[5] Identical functionality can be found in ██████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Conquer 4G (Sprint)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Conquer 4G (Sprint).  The Conquer 4G (Sprint) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.  |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

███████████████████████████████████████████████ The postDelayed() method causes the ██████████████████ method to execute, as described in the Android online documentation:

**public final boolean postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r              The Runnable that will be executed.[8]

The mUpdateSuggestionsTask.run() method calls the updateSuggestions()  method, as shown in SearchActivity.java.[9]

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Conquer 4G (Sprint) determines which heuristics are ██████████████████████████████ to perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[6]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[7]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[10]  All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Conquer 4G include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[15]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Conquer 4G implement the same functionality.  See Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[13]  See Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Conquer 4G implement the same functionality.  See Table for indicated file in 959 - Conquer 4G - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Conquer 4G comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Conquer 4G (Sprint) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[16] All accused versions of the device implement this functionality in ████████████████████████████████
████████████████████████

[17] All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.
[19] All accused versions of the device implement the same functionality.  *See* Table for ████████████████ the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Conquer 4G comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Conquer 4G implement the same functionality.  *See* Table for indicated file in 959 - Conquer 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Conquer 4G |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Conquer 4G comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Dart includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Dart (T-Mobile) contains 2GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>MEMORY    Card slot      microSD, up to 32GB, 2GB included<br><br>*See* n.1, *supra*.[3]  The Dart (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Dart comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Dart (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

---

[1]   In this document, "Dart" refers to all of the following accused versions of the Samsung Dart ("accused versions"): the Samsung Dart (T-Mobile) sold with Android 2.2, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Dart running Android 2.2 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Dart (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Dart or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Dart.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]   All accused versions of the Dart have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ███████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Dart (T-Mobile).



The figure below shows the Dart (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Dart (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Dart comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Dart (T-Mobile) has a 3.1" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The 3.1" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Dart (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:<br><br><br><br>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Dart comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

---

[5] Identical functionality can be found in the ■■■■■■■■■■■■■■■■■■■■■■■■

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| of locations which include the Internet and local storage media; | For example, the Dart (T-Mobile)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Dart (T-Mobile).  The Dart (T-Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>████████████████████████████████ The postDelayed() method causes the ████████ method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)<br>Since: API Level 1<br>Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable |

---

[6]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[7]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



will be run on the thread to which this handler is attached.

**Parameters**

*r*        The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Dart (T-Mobile) determines which heuristics ███████ ████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[10]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.
[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[12]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[14]  All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement the same functionality.  *See* Table for ██████████████ in the Source Code Appendix.

[17]  All accused versions of the device implement the same functionality.  *See* Table for ██████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Dart comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Dart (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

---

[18] All accused versions of the device implement this functionality in ████████████████████████████████

[19] All accused versions of the device implement the same functionality.  *See* Table for ████████████████████████ in the Source Code Appendix.

9

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

---

[20] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Dart comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Dart implement the same functionality.  *See* Table for indicated file in 959 - Dart - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Dart |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Dart comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Exhibit II 4G includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Exhibit II 4G (T-Mobile) contains 4 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Exhibit II 4G (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Exhibit II 4G comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Exhibit II 4G" refers to all of the following accused versions of the Samsung Exhibit II 4G ("accused versions"): the Samsung Exhibit II 4G (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Exhibit II 4G running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Exhibit II 4G (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Exhibit II 4G or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Exhibit II 4G.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Exhibit II 4G have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Exhibit II 4G (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Exhibit II 4G (T-Mobile).<br><br> |
| --- | --- |

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the device, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ██████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Exhibit II 4G (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.





In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Exhibit II 4G (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Exhibit II 4G comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Exhibit II 4G (T-Mobile) has a 3.7" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 Pixel |
| **Main Display Size** | 3.7" |
| **Main Display Technology** | 16M TFT |
| **Touch Screen** | Yes |

The 3.7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Exhibit II 4G (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local | The Samsung Exhibit II 4G comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.

For example, the Exhibit II 4G (T-Mobile)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an |

---

[5] Identical functionality can be found in ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| storage media; | information identifier is provided by the Exhibit II 4G (T-Mobile).  The Exhibit II 4G (T-Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br> The postDelayed() method causes the method to execute, as described in the Android online documentation:<br><br>public final boolean **postDelayed** (Runnable r, long delayMillis)<br>Since: API Level 1 |

---

6  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
7  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*              The Runnable that will be executed.[8]



The Search Settings panel for the Quick Search Box on the Exhibit II 4G (T-Mobile) determines which heuristics ▮▮▮▮ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[10] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.
[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object. Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[12]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[14]  All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Exhibit II 4G comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Exhibit II 4G (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

[17] All accused versions of the device implement the same functionality.  *See* Table for ███████████ in the Source Code Appendix.

[18] All accused versions of the device implement the same functionality.  *See* Table for ███████████████████████ in the Source Code Appendix.

[19] All accused versions of the device implement this functionality in ████████████████████████████

████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Exhibit II 4G comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Exhibit II 4G implement the same functionality.  *See* Table for indicated file in 959 - Exhibit II 4G - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Exhibit II 4G |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Exhibit II 4G comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Nexus includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Nexus (Verizon) running Android 4.0 contains 32GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>**Memory**<br>Internal Memory   32GB<br><br>*See* n.1, *supra*.[3]  The Galaxy Nexus (Verizon) running Android 4.0, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of | The Samsung Galaxy Nexus comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Galaxy Nexus" refers to all of the following accused versions of the Samsung Galaxy Nexus ("accused versions"): the Samsung Galaxy Nexus (Verizon) sold with Android 4.0, the Samsung Galaxy Nexus (Sprint) sold with Android 4.0, the Samsung Galaxy Nexus (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Nexus (Sprint) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the Verizon Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to
http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here:
http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs (last visited May 3, 2013).  The specifications for the Sprint Samsung Galaxy Nexus (shipped with Android 4.0 but upgradeable to Android Jelly Bean according to
http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 (last visited May 3, 2013)) can be found here:
http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs (last visited May 3, 2013).  The specifications cited in the main text of this document refer to the Galaxy Nexus (Verizon) running Android 4.0, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Nexus or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Nexus.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy Nexus have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| locations containing program instructions to: | For example, the Galaxy Nexus (Verizon) running Android 4.0 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Nexus (Verizon) running Android 4.0. |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the device, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Nexus (Verizon) running Android 4.0's screen when the user taps the Quick Search Box on the home screen.

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| receive an information identifier; | The Samsung Galaxy Nexus comprises a computer-readable medium including instructions to receive an information identifier.

The Galaxy Nexus (Verizon) running Android 4.0 has a 4.65" HD Super AMOLED screen. |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 1280x720 pixels |
| **Main Display Size** | 4.65" Display |
| **Main Display Technology** | HD Super AMOLED™ contoured display |

The 4.65" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information | The Samsung Galaxy Nexus comprises a computer readable medium including instructions to provide the information |

[5] Identical functionality can be found in the ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

For example, the Galaxy Nexus (Verizon) running Android 4.0's Quick Search Box provides a plurality of heuristics, or modules. As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Nexus (Verizon) running Android 4.0. The Galaxy Nexus (Verizon) running Android 4.0 provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The postDelayed() method causes the ██████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
   *r*            The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Nexus (Verizon) running Android 4.0 determines which heuristics ████████████████████████ perform the query upon as described in the Android Developer's Guide:

    "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

---

[6]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[7]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[10]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality.  *See* Table for ███████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ███████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ███████ in the Source Code Appendix.
[19] All accused versions of the device implement this functionality in ████████████████████████████
[20] All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████ ████ ████████████████ ████████████████████████████ ██████████████████ █████████ ████ ████████████████████████████ ██████ ████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Nexus comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Nexus (Verizon) running Android 4.0 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Once the Quick Search Box has obtained the suggestions, via the getSuggestionsProvider().getSuggestions() method, as described above, the Quick Search Box calls the showSuggestions() method in order to display the list of suggestions, as shown in SearchActivity.java.[21]  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Nexus (Verizon) running Android 4.0 to show the results on its screen.  *Id.*

---

[21]  All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Nexus comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the heuristics each implement ██████████████████ ████████████████████████████ ███████ |

---

[22] All accused versions of the Galaxy Nexus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Nexus - Source Code Appendix.

15

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Nexus |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Nexus comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Note includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Note (AT&T) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy Note (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Galaxy Note comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Galaxy Note" refers to all of the following accused versions of the Samsung Galaxy Note ("accused versions"): the Samsung Galaxy Note (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note running Android 2.3 can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I717ZBAATT-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy Note have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Galaxy Note (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |
| | As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note (AT&T). |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). █████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Note (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Note comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Note (AT&T) has a 5.8" HD Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 1280 x 800 Pixel |
| **Main Display Size** | 5.3" |
| **Main Display Technology** | HD Super AMOLED™ |

The 5.8" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Note (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include | The Samsung Galaxy Note comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.

For example, the Galaxy Note (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown |

[5] Identical functionality can be found in the ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| the Internet and local storage media; | below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Note (AT&T).  The Galaxy Note (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

6  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
7  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

████████████████████████████████  The postDelayed() method causes the ████████████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](Runnable) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
    r                    The Runnable that will be executed.[8]

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy Note (AT&T) determines which heuristics ████ ████████████████████████████████████  perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[10]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of | The Samsung Galaxy Note comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Note (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

16 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮ in the Source Code Appendix.
17 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in the Source Code Appendix.
18 All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.
19 All accused versions of the device implement this functionality in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information.



---

[20] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Galaxy Note implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |