HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Note II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Note II (T-Mobile) contains 16GB, 32GB, or 64GB of on-board memory, as indicated on the specifications on Samsung's web site: |

---

[1] In this document, "Galaxy Note II" refers to all of the following accused versions of the Samsung Galaxy Note II ("accused versions"): the Samsung Galaxy Note II (T-Mobile) sold with Android Jelly Bean, the Samsung Galaxy Note II (AT&T) sold with Android Jelly Bean, the Samsung Galaxy Note II (Sprint) sold with Android Jelly Bean, the Samsung Galaxy Note II (Verizon) sold with Android Jelly Bean, the Samsung Galaxy Note II (US Cellular) sold with Android Jelly Bean, including versions upgraded to later versions of Android operating system.  The specifications for the AT&T Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I317TSAATT-specs(last visited May 5, 2013).  The specifications for the Sprint Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L900TSASPR-specs(last visited May 5, 2013).  The specifications for the T-Mobile Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs(last visited May 5, 2013).  The specifications for the Verizon Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I605TSAVZW-specs(last visited May 5, 2013).  The specifications for the US Cellular Samsung Galaxy Note II running Android Jelly Bean can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-R950TSAUSC-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Note II (T-Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Note II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Note II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

# Specifications

**Network**
- 3G: HSPA+21Mbps
  (HSDPA 21Mbps / HSUPA 5.76Mbps)
- 4G LTE: 100Mbps / 50Mbps

**Processor**
- 1.6 GHz quad-core processor

**OS**
- Android 4.1 (Jelly Bean)



**Display**
- 140.9 mm (5.5") HD Super AMOLED (1,280 x 720)



**Dimension**
- 80.5 x 151.1 x 9.4 mm, 180g



**Battery**
- Standard battery, Li-Ion 3,100mAh

**Memory**
- 16/32/64GB User memory + 2GB (RAM)
- microSD slot (up to 64GB)

**S Pen Optimized Features**
- S Pen Experience
- S Note, S Planner, Email with hand-writing integration
- S Pen Keeper
- Quick Command, Easy Clip, Photo Note, Paper Artist
- Shape Match, Formula Match



**1 Step tasking / Multitasking features**
- Air View
- Popup Note, Popup Video
- Page Buddy / Tag Buddy / Word Buddy



**Connectivity / Sharing Features**
- Bluetooth® v 4.0 (Apt-X Codec support) LE
- USB 2.0 Host
- WiFi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi HT40
- Wi-Fi Direct
- NFC
- S Beam
- Samsung AllShare Play & Control
- Samsung AllShare Cast (WiFi Display)
- Mirroring & Extention
- Samsung AllShare Framework

**Other**
- Samsung TouchWiz / Samsung Live Panel
- Samsung Kies /Samsung Kies Air
- Samsung ChatOn mobile communication service
- Smart Stay, Direct claa, Screen Recorder, Quick Glance
- Samsung ChatOn mobile communication service
- Samsung S Suggest

**Camera**
- Main (Rear) : 8 Megapixel Auto Focus Camera with LED Flash, BSI
- Sub (Front) : 1.9 Megapixel VT Camera, BSI
- Best Photo, Best Face, Low light shot



**Video**
- Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7, WMV8, WMV9, VP8
- Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV, WebM
- Full HD(1080p) Playback & Recording

**Audio**
- Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+, AMR(NB,WB), MIDI, WAV, AC-3, Flac
- Music Player with SoundAlive
- 3.5mm Ear Jack

**Content / Services**
- Samsung Apps
- Samsung Hub
- Game Hub
- Media Hub (US only)
- Learning Hub / Music Hub / Video Hub
  ※ The availability of each Samsung Hubs may differ by country

**Sensor**
- Accelerometer, RGB Light, Digital Compass, Proximity, Gyro, Barometer

**GPS**
- A-GPS
- Glonass

**Enterprise Solutions**
- On Device Encryption (H/W)
- Microsoft Exchange ActiveSync
- VPN(F5, Cisco, Juniper)
- MDM(Sybase Afaria, MobileIron, SOTI, Good)
- CCX
- VMware MVP

*Some specifications may vary by country

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | *See* n.1, *supra*.[3]  The Galaxy Note II (T-Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Note II comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy Note II (T-Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Note II (T-Mobile). |

---

[3]  All accused versions of the Galaxy Note II have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4]  "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Note II (T-Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II (T-Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| receive an information identifier; | The Samsung Galaxy Note II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Note II (T-Mobile) has a 5.5" HD Super AMOLED screen. |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The 5.5" HD Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Note II (T-Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Note II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

[5] Identical functionality can be found in the ███████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

---

6  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
7  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Parameters**

*r*                    The Runnable that will be executed.[8]



The Search Settings panel for the Quick Search Box on the Galaxy Note II (T-Mobile) determines which heuristics ███████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[10] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.
[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



All accused versions of the Galaxy Note II include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[15]   Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.

---

[12]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[14]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement this functionality in ███████████████████████ or similar files.

[17]  All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of | The Samsung Galaxy Note II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Note II (T-Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[19] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ n the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information.



Once the Quick Search Box has obtained the suggestions, via the getSuggestionsProvider().getSuggestions() method, as described above, the Quick Search Box calls the showSuggestions() method in order to display the list of suggestions, as shown in SearchActivity.java.[20]  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II (T-Mobile) to show the results on its screen.  *Id.*

---

[20]  All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Galaxy Note II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Note II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Player 4.0 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Player 4.0 (Wifi) contains 8GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy Player 4.0 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of | The Samsung Galaxy Player 4.0 comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

[1]  In this document, "Galaxy Player 4.0" refers to all of the following accused versions of the Samsung Galaxy Player 4.0 ("accused versions"): the Samsung Galaxy Player 4.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy Player 4.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G1CWY/XAA-specs (last visited May 5, 2013).  The specifications for its processor can be found here: http://www.samsung.com/uk/news/presskit/samsung-launches-galaxy-s-wifi-4-0-smart-player (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Player 4.0 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 4.0 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 4.0.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy Player 4.0 have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| locations containing program instructions to: | For example, the Galaxy Player 4.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 4.0 (Wifi). |
|---|---|

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Player 4.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 4.0 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Player 4.0 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Player 4.0 (Wifi) has a 4.0" HD Super Clear LCD screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 4.0" |
| Type | Super Clear LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

The 4.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Player 4.0 (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Player 4.0 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.

For example, the Galaxy Player 4.0 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Player 4.0 (Wifi).  The Galaxy Player 4.0 (Wifi) provides the |

---

<sup>5</sup> Identical functionality can be found in the ███████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

information identifier to the heuristics and permits the user to modify the default list of selected heuristics.



The postDelayed() method causes the ▮▮▮▮▮▮▮▮▮▮▮▮ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

---

[6]   All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.
[7]   All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



**Parameters**

*r*           The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy Player 4.0 (Wifi) determines which heuristics ████████ ██████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[9] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[10] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Player 4.0 include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

---

[12]  All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[14]  All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement this functionality in ████████████████████████████████

[17]  All accused versions of the device implement the same functionality.  *See* Table for ████████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Player 4.0 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Player 4.0 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[18] All accused versions of the device implement the same functionality.  *See* Table for ████████████  in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[19] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Player 4.0 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

[20] All accused versions of the Galaxy Player 4.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 4.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Player 4.0 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Player 5.0 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy Player 5.0 (Wifi) contains 8GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br>**General**<br>Storage Type — Flash Memory<br>Memory Capacity — 8GB<br>SD MMC Expansion Slot — Up to 32GB microSD Card (not included)<br><br>*See* n.1, *supra*.[3]  The Galaxy Player 5.0 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of | The Samsung Galaxy Player 5.0 comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Galaxy Player 5.0" refers to all of the following accused versions of the Samsung Galaxy Player 5.0 ("accused versions"): the Samsung Galaxy Player 5.0 (Wifi) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy Player 5.0 (Wifi) can be found here: http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-specs (last visited May 5, 2013).  The specifications for its processor can be found here: http://www.theverge.com/products/compare/3686/3687/2557/5262 (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Player 5.0 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Player 5.0 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Player 5.0.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy Player 5.0 have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| locations containing program instructions to: | For example, the Galaxy Player 5.0 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Player 5.0 (Wifi). |
|---|---|

---

[4]   "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy Player 5.0 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Player 5.0 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | <br><br>As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Player 5.0 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy Player 5.0 (Wifi) has a 5.0" HD Super Clear LCD screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| Display Resolution | WVGA (800 x 480) |
| Display Screen Size | 5.0" |
| Type | LCD |
| Display Options | Wallpaper Image Setting, Live Wallpaper, Font Setting, Auto Brightness Control |

The 5.0" HD Super Clear LCD screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy Player 5.0 (Wifi) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Galaxy Player 5.0 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

---

[5] Identical functionality can be found in the ████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Galaxy Player 5.0 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Player 5.0 (Wifi).  The Galaxy Player 5.0 (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

[REDACTED] The postDelayed() method causes the [REDACTED]
method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r            The Runnable that will be executed.[8]

[REDACTED]

[REDACTED]

The Search Settings panel for the Quick Search Box on the Galaxy Player 5.0 (Wifi) determines which heuristics [REDACTED] perform the query upon as described in the Android Developer's Guide:

---

[6] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[7] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[10] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

All accused versions of the Galaxy Player 5.0 include a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Player 5.0 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | Each of the heuristics listed below is used to locate information in the plurality of locations which include the Internet and local storage media.[15]  Each of the heuristics in the list below corresponds to a different location and employs a rule of thumb to search for information in that location.<br><br> |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Player 5.0 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Player 5.0 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).
[16]  All accused versions of the device implement this functionality in QuickSearchBox.apk, ██████████████████████████████████████████
[17]  All accused versions of the device implement the same functionality.  *See* Table for ██████████████ in 959 - Galaxy Player 5.0 - Source Code Appendix.
[18]  All accused versions of the device implement the same functionality.  *See* Table for ██████████████ in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[19] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Player 5.0 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[20] All accused versions of the Galaxy Player 5.0 implement the same functionality. *See* Table for indicated file in 959 - Galaxy Player 5.0 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Player 5.0 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II (AT&T) contains 16GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy S II (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Galaxy S II comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1]  In this document, "Galaxy S II" refers to all of the following accused versions of the Samsung Galaxy S II ("accused versions"): the Samsung Galaxy S II (AT&T) sold with Android 2.3, the Samsung Galaxy S II (T-Mobile) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_i777-4130.php (last visited May 5, 2013).  The specifications for the Samsung Galaxy S II (T-Mobile) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_t989-4129.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy S II have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Galaxy S II (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II (AT&T). |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S II (AT&T)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II (AT&T) has a 4.3" Super AMOLED screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 Pixel |
| **Main Display Size** | 4.3" |
| **Main Display Technology** | Super AMOLED Plus |
| **Touch Screen** | Yes |

The 4.3" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Galaxy S II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

[5] Identical functionality can be found in the ████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| of locations which include the Internet and local storage media; | For example, the Galaxy S II (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II (AT&T).  The Galaxy S II (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>When the user enters characters in the Quick Search Box on the Galaxy S II (AT&T), the ██████████████████████ method is called, which calls the |

⁶  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

████████████████████████████████ The postDelayed() method causes the ████████████ method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r          The Runnable that will be executed.[8]

███████████████████████████████████████████████

███████████████████████████████████████████████

The Search Settings panel for the Quick Search Box on the Galaxy S II (AT&T) determines which heuristics ██ ███████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[10] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of information based upon the | The Samsung Galaxy S II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. |
| --- | --- |

---

[16] All accused versions of the device implement the same functionality. *See* Table for ███████████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ██████████████████ in the Source Code Appendix.
[19] All accused versions of the device implement this functionality in ████████████████████ ███████████ or similar files.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| plurality of heuristics; and display a representation of said candidate item of information. | For example, in the image below, the Galaxy S II (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":  |

[20] All accused versions of the Galaxy S II implement the same functionality.  See Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the heuristics each implement a getContentResolver().query() method to generate suggestion results, and each heuristic's method is separately called as shown in SearchableSource.java.[21] |

---

[21] All accused versions of the Galaxy S II implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II Epic 4G Touch includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II Epic 4G Touch (Sprint) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy S II Epic 4G Touch (Sprint), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

---

[1] In this document, "Galaxy S II Epic 4G Touch" refers to all of the following accused versions of the Samsung Galaxy S II Epic 4G Touch ("accused versions"): the Samsung Galaxy S II Epic 4G Touch (Sprint) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II Epic 4G Touch (Sprint) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_epic_4g_touch-3956.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Epic 4G Touch (Sprint), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Epic 4G Touch or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Epic 4G Touch.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3] All accused versions of the Galaxy S II Epic 4G Touch have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Galaxy S II Epic 4G Touch (Sprint) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Epic 4G Touch (Sprint). |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Galaxy S II Epic 4G Touch (Sprint)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy S II Epic 4G Touch comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II Epic 4G Touch (Sprint) has a 4.5" Super AMOLED Plus screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| Display | |
|---|---|
| **Main Display Resolution** | 800x480 Pixel |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED Plus |

The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

6

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

[5] Identical functionality can be found in the ██████████████████████

7

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| of locations which include the Internet and local storage media; | For example, the Galaxy S II Epic 4G Touch (Sprint)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II Epic 4G Touch (Sprint).  The Galaxy S II Epic 4G Touch (Sprint) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
    *r*        The Runnable that will be executed.[8]

---

[6] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

[7] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[9] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

[10] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The Search Settings panel for the Quick Search Box on the Galaxy S II Epic 4G Touch (Sprint) determines which heuristics ████████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

> "A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.
[13] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one | The Samsung Galaxy S II Epic 4G Touch comprises a computer-readable medium containing instructions to |

[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).
[16] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮ n the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for ▮▮▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[19] All accused versions of the device implement this functionality in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ or similar files.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S II Epic 4G Touch (Sprint) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | suggestions, as shown in ███████████████████████████████████████ class to set the suggestions, which signals the Galaxy S II Epic 4G Touch (Sprint) to show the results on its screen.  *Id.* |

---

[20] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II Epic 4G Touch comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Galaxy S II Epic 4G Touch implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Epic 4G Touch - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Epic 4G Touch |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II Epic 4G Touch comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S II Skyrocket includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S II Skyrocket (AT&T) contains 16 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy S II Skyrocket (AT&T), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing | The Samsung Galaxy S II Skyrocket comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |

[1]  In this document, "Galaxy S II Skyrocket" refers to all of the following accused versions of the Samsung Galaxy S II Skyrocket ("accused versions"): the Samsung Galaxy S II Skyrocket (AT&T) sold with Android 2.3, including versions upgraded to later versions of Android operating system.  The specifications for the Samsung Galaxy S II Skyrocket (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_s_ii_skyrocket_i727-4303.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S II Skyrocket (AT&T), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S II Skyrocket or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S II Skyrocket.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy S II Skyrocket have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| program instructions to: | For example, the Galaxy S II Skyrocket (AT&T) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S II Skyrocket (AT&T).<br><br> |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  See http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy S II Skyrocket (AT&T)'s screen when the user taps the Quick Search Box on the home screen.





In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S II Skyrocket (AT&T), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy S II Skyrocket comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S II Skyrocket (AT&T) has a 4.5" Super AMOLED Plus screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 pixels |
| **Main Display Size** | 4.5" |
| **Main Display Technology** | Super AMOLED™ Plus |

The 4.5" Super AMOLED Plus screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S II Skyrocket (AT&T) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy S II Skyrocket comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy S II Skyrocket (AT&T)'s Quick Search Box provides a plurality of heuristics, or modules. As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S II Skyrocket (AT&T). The Galaxy S II Skyrocket (AT&T) provides the information identifier to the heuristics and permits the user to modify the default list of selected |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

heuristics.



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable

---

6 All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
7 All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

will be run on the thread to which this handler is attached.

**Parameters**

   *r*                          The Runnable that will be executed.[8]



The Search Settings panel for the Quick Search Box on the Galaxy S II Skyrocket (AT&T) determines which heuristics ███████████████████████████████ perform the query upon as described in the Android Developer's Guide:

> "When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default. It is the user's choice whether to include suggestions from your application in the Quick Search Box. To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.
>
> Each application that is available to Quick Search Box has an entry in the Searchable items settings page. The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box. To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

---

[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[10] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.
[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[12]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).

[14]  All accused versions of the Galaxy S II Skyrocket implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement the same functionality.  *See* Table for ██████████ in the Source Code Appendix.

[17]  All accused versions of the device implement the same functionality.  *See* Table for ██████████ n the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S II Skyrocket comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S II Skyrocket (AT&T) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

[18]  All accused versions of the device implement the same functionality.  *See* Table for ███████████████████████████ in the Source Code Appendix.
[19]  All accused versions of the device implement this functionality in ███████████████████████████
███████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S II Skyrocket comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

[21] All accused versions of the Galaxy S II Skyrocket implement the same functionality. *See* Table for indicated file in 959 - Galaxy S II Skyrocket - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S II Skyrocket comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy S III (T-Mobile) running Android Jelly Bean contains 16/32 GB of on-board memory, as indicated on the specifications on Samsung's web site: |

---

[1]  In this document, "Galaxy S III" refers to all of the following accused versions of the Samsung Galaxy S III ("accused versions"): the Samsung Galaxy S III (Verizon) sold with Android 4.0, the Samsung Galaxy S III (AT&T) sold with Android 4.0, the Samsung Galaxy S III (Sprint) sold with Android 4.0, the Samsung Galaxy S III (T-Mobile) sold with Android 4.0, the Samsung Galaxy S III (Verizon) sold with Android Jelly Bean, the Samsung Galaxy S III (AT&T) sold with Android Jelly Bean, the Samsung Galaxy S III (Sprint) sold with Android Jelly Bean and the Samsung Galaxy S III (T-Mobile) sold with Android Jelly Bean.  The specifications for the Galaxy S III (Verizon) can be found here: http://www.samsung.com/us/mobile/cell-phones/SCH-I535MBBVZW-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (AT&T) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-I747RWBATT-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-L710MBBSPR-specs (last visited May 5, 2013).  The specifications for the Galaxy S III (T-Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SGH-T999MBATMB-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy S III (T-Mobile) running Android Jelly Bean, unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy S III or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy S III.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
| --- | --- |
|  | **Dimension**<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>**Display**<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>**Network/Bearer and Wireless Connectivity**<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>**Memory**<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>**Colour**<br>• Pebble Blue and Marble White<br><br>**Services and Applications**<br>• S Beam, Buddy photo share, Share shot<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>**OS**<br>• Android 4.0 (Ice Cream Sandwich)<br><br>**Battery**<br>• 2,100 mAh<br><br>**Connectivity**<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>**Audio and Video**<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>**Camera**<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>**Sensors**<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>**Google™ Mobile Services**<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads |
|  | *See* n.1, *supra*.[3]  The Galaxy S III (T-Mobile) running Android Jelly Bean, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy S III comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

---

[3] All accused versions of the Galaxy S III have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy S III (T-Mobile) running Android Jelly Bean.



The figure below shows the Galaxy S III (T-Mobile) running Android Jelly Bean's screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy S III comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy S III (T-Mobile) running Android Jelly Bean has a 4.8" sAMOLED screen. |

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The 4.8" sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of | The Samsung Galaxy S III comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| heuristics to locate information in the plurality of locations which include the Internet and local storage media; | local storage media.<br><br>For example, the Galaxy S III (T-Mobile) running Android Jelly Bean's Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy S III (T-Mobile) running Android Jelly Bean.  The Galaxy S III (T-Mobile) running Android Jelly Bean provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

6  All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  r          The Runnable that will be executed.[8]

The Search Settings panel for the Quick Search Box on the Galaxy S III (T-Mobile) running Android Jelly Bean determines which heuristics ████████████████████████ perform the query upon as described in the Android Developer's Guide:

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[10] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[13] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.
[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



More specifically, this

---

[16] All accused versions of the device implement the same functionality.  *See* Table for ████████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for █████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for █████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ███████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy S III comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy S III (T-Mobile) running Android Jelly Bean is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[19] All accused versions of the device implement this functionality in ████████████████████████ ██████████████████████ or similar files.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

---

[21] All accused versions of the Galaxy S III implement the same functionality.  *See* Table for indicated file in 959 - Galaxy S III - Source Code Appendix.

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Galaxy  Tab 7.0 Plus (Wifi) contains 16/32 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Galaxy  Tab 7.0 Plus (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Galaxy  Tab 7.0 Plus (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices |

---

[1]   In this document, "Galaxy Tab 7.0 Plus" refers to all of the following accused versions of the Samsung Galaxy Tab 7.0 Plus ("accused versions"): the Samsung Galaxy 7.0 Plus (Wifi) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system.  The specifications for the Galaxy Tab 7.0 Plus (Wifi) can be found here: http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAEXAR-specs (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy  Tab 7.0 Plus (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 7.0 Plus or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 7.0 Plus.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]   All accused versions of the Galaxy Tab 7.0 Plus have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 7.0 Plus (Wifi).



---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy  Tab 7.0 Plus (Wifi)'s screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy  Tab 7.0 Plus (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



|  | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
|---|---|
| receive an information identifier; | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Galaxy  Tab 7.0 Plus (Wifi) has a 7" TFT screen. |

4

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The 7" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Galaxy  Tab 7.0 Plus (Wifi) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the |

---

[5]  Identical functionality can be found in the ████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| heuristics to locate information in the plurality of locations which include the Internet and local storage media; | Internet and local storage media.<br><br>For example, the Galaxy  Tab 7.0 Plus (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Tab 7.0 Plus (Wifi).  The Galaxy  Tab 7.0 Plus (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The postDelayed() method causes the method to execute, as described in the Android online documentation:

public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**

r               The Runnable that will be executed.[8]

---

[6] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[7] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[10] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[15] The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).
[16] All accused versions of the device implement the same functionality.  *See* Table for █████████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality.  *See* Table for █████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality.  *See* Table for █████████████ in the Source Code Appendix.
[19] All accused versions of the device implement this functionality in ██████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████████████████████ ████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.  ██████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Galaxy Tab 7.0 Plus implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 7.0 Plus - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |