HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 8.9 includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Galaxy Tab 8.9 (Wifi) contains 16/32/64 GB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> *See* n.1, *supra*.[3]  The Galaxy Tab 8.9 (Wifi), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 8.9 comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Galaxy Tab 8.9 (Wifi) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

---

[1]  In this document, "Galaxy Tab 8.9" refers to all of the following accused versions of the Samsung Galaxy Tab 8.9 ("accused versions"): the Samsung Galaxy Tab 8.9 (Wifi) and the Samsung Galaxy Tab 8.9 (AT&T) sold with Android Honeycomb, including versions upgraded to later versions of Android operating system.  The specifications for the Galaxy Tab 8.9 (AT&T) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_lte_i957-4125.php (last visited May 5, 2013).  The specifications for the Galaxy Tab 8.9 (Wifi) can be found here: http://www.gsmarena.com/samsung_galaxy_tab_8_9_p7310-3893.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Galaxy Tab 8.9 (Wifi), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Galaxy Tab 8.9 or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Galaxy Tab 8.9.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Galaxy Tab 8.9 have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Galaxy Tab 8.9 (Wifi).



---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013. See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013. For some versions of the device, the Quick Search Box may be referred to as the "Google Search box." *See* http://www.google.com/mobile/search/ (last visited May 2, 2013) ████████████████

█████████████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Galaxy Tab 8.9 (Wifi)'s screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9 (Wifi), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| receive an information identifier; | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium including instructions to receive an information identifier. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | The Galaxy Tab 8.9 (Wifi) has a 8.9" TFT screen.<br><br>**Display**<br><br>Display \| 8.9" WXGA (1280x800) TFT (PLS)<br><br>The 8.9" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Galaxy Tab 8.9 (Wifi) receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[5] Identical functionality can be found in the █████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | The Samsung Galaxy Tab 8.9 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Tab 8.9 (Wifi)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Galaxy Tab 8.9 (Wifi).  The Galaxy Tab 8.9 (Wifi) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[6]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



public final boolean **postDelayed** (Runnable r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
r                The Runnable that will be executed.[8]

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user

---

[7] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[10] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]



"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



[16] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.
[19] All accused versions of the device implement this functionality in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or similar files.
[20] All accused versions of the device implement the same functionality. *See* Table for ▮▮▮▮▮▮▮▮▮ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ███████████████████████████████████████ |
| | ███████████████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Galaxy Tab 8.9 (Wifi) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[21] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 8.9 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[22] All accused versions of the Galaxy Tab 8.9 implement the same functionality.  *See* Table for indicated file in 959 - Galaxy Tab 8.9 - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Illusion includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Illusion (Verizon) contains 2 GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Illusion (Verizon), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Illusion comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Illusion (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

[1] In this document, "Illusion" refers to all of the following accused versions of the Samsung Illusion ("accused versions"): the Samsung Illusion (Verizon) sold with Android 2.3.  The specifications for the Illusion (Verizon) can be found here: http://www.gsmarena.com/samsung_i110_illusion-4344.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Illusion (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Illusion or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Illusion.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3] All accused versions of the Illusion have similar hardware, software, and functionality as shown in each version's respective specifications. *See* n.1, *supra*.

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013). ████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Illusion (Verizon).



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

The figure below shows the Illusion (Verizon)'s screen when the user taps the Quick Search Box on the home screen.





In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Illusion (Verizon), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| | |
|---|---|
| receive an information identifier; | The Samsung Illusion comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Illusion (Verizon) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Features**

- 3.5"-inch 320x480 HVGA touch screen

| DISPLAY | Type | TFT capacitive touchscreen |
|---|---|---|
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Illusion (Verizon) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

5

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate | The Samsung Illusion comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
|---|---|

[5] Identical functionality can be found in the ████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| information in the plurality of locations which include the Internet and local storage media; | For example, the Illusion (Verizon)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Illusion (Verizon).  The Illusion (Verizon) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics. <br><br>  |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



public final boolean **postDelayed** ([Runnable](#) r, long delayMillis)
Since: API Level 1
Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.
**Parameters**
  *r*              The Runnable that will be executed.[8]

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to

[6] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[7] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[10] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters."  Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[16] All accused versions of the device implement the same functionality. *See* Table for ███████████████ in the Source Code Appendix.
[17] All accused versions of the device implement the same functionality. *See* Table for ███████████████ in the Source Code Appendix.
[18] All accused versions of the device implement the same functionality. *See* Table for ███████████████ in the Source Code Appendix.
[19] All accused versions of the device implement the same functionality. *See* Table for ███████████████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | ████████████████████████████████████ |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Illusion comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Illusion (Verizon) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[20]  All accused versions of the device implement this functionality in ████████████████████████ ████████████████ or similar files.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



21 All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Illusion comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

[22] All accused versions of the Illusion implement the same functionality.  *See* Table for indicated file in 959 - Illusion - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Illusion comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Stratosphere includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  For example, the Stratosphere (Verizon) contains 4GB of on-board memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>*See* n.1, *supra*.[3]  The Stratosphere (Verizon), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Stratosphere comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>For example, the Stratosphere (Verizon) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on |

---

[1]  In this document, "Stratosphere" refers to all of the following accused versions of the Samsung Stratosphere ("accused versions"): the Samsung Stratosphere (Verizon) sold with Android 2.3.  The specifications for the Stratosphere (Verizon) can be found here: http://www.gsmarena.com/samsung_i405_stratosphere-4262.php (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Stratosphere (Verizon), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Stratosphere or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Stratosphere.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Stratosphere have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | the web."[4] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Stratosphere (Verizon). |
| --- | --- |

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Stratosphere (Verizon)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Stratosphere (Verizon), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps.

| receive an information identifier; | The Samsung Stratosphere comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Stratosphere (Verizon) has a 4.0" Super AMOLED screen. |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 Pixel |
| **Main Display Size** | 4.0" |
| **Main Display Technology** | Super AMOLED |
| **Touch Screen** | Yes |

The 4.0" Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Stratosphere (Verizon) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| provide said information identifier to a plurality of heuristics to locate information in the plurality | The Samsung Stratosphere comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |

---

[5] Identical functionality can be found in the ██████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| of locations which include the Internet and local storage media; | For example, the Stratosphere (Verizon)'s Quick Search Box provides a plurality of heuristics, or modules.  As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Stratosphere (Verizon).  The Stratosphere (Verizon) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |

---

6  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
7  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

public final boolean **postDelayed** (Runnable r, long delayMillis)

Since: API Level 1

Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

**Parameters**

r              The Runnable that will be executed.[8]

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

---

[8]  Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).

[9]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

[10]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11]  http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[13]  *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14]  All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.
[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ███████████████████████████████<br>████████████████████████████████████<br><br>██████████████████████████████████<br>████████████████████████████<br>████████████████████████████████ |
| determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | The Samsung Stratosphere comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information.<br><br>For example, in the image below, the Stratosphere (Verizon) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |

---

[16] All accused versions of the device implement this functionality in ████████████████████
███████████████████████

[17] All accused versions of the device implement the same functionality. *See* Table for ██████████████ in the Source Code Appendix.

[18] All accused versions of the device implement the same functionality. *See* Table for ██████████████ in the Source Code Appendix.

[19] All accused versions of the device implement the same functionality. *See* Table for ████████████████████████ in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



---

[20] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Stratosphere comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[21] All accused versions of the Stratosphere implement the same functionality.  *See* Table for indicated file in 959 - Stratosphere - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Stratosphere |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Stratosphere comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra[1] |
|---|---|
| A computer readable medium[2] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Transform Ultra includes computer readable media. <br><br> Computer memory is a form of computer-readable medium.  For example, the Transform Ultra (Boost Mobile) contains 952 MB of on-board memory, as indicated on the specifications on Samsung's web site: <br><br>  <br><br> *See* n.1, *supra*.[3]  The Transform Ultra (Boost Mobile), and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Transform Ultra comprises a computer readable medium for locating information from a plurality of locations containing program instructions. <br><br> For example, the Transform Ultra (Boost Mobile) includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4] |

---

[1]  In this document, "Transform Ultra" refers to all of the following accused versions of the Samsung Transform Ultra ("accused versions"): the Samsung Transform Ultra (Boost Mobile) sold with Android 2.3 and the Samsung Transform Ultra (Sprint) sold with Android 2.3.  The specifications for the Transform Ultra (Boost Mobile) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKABST-specs (last visited May 5, 2013).  The specifications for the Transform Ultra (Sprint) can be found here: http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR (last visited May 5, 2013).  The specifications cited in the main text of this document refer to the Transform Ultra (Boost Mobile), unless otherwise specified.  The infringing functionality outlined in this document does not vary across any accused version of the Transform Ultra or their respective carriers.  Therefore, the contentions in this document apply to all accused versions of the Transform Ultra.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

[2]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[3]  All accused versions of the Transform Ultra have similar hardware, software, and functionality as shown in each version's respective specifications.  *See* n.1, *supra*.

1

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Transform Ultra (Boost Mobile). |
|---|---|

---

[4] "Introducing Quick Search Box for Android," Android Developers Blog, http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html, last accessed May 2, 2013.  See also "Search Overview," Android Developer's Guide, http://developer.android.com/guide/topics/search/index.html, last accessed May 2, 2013; "Creating a Search Interface," Android Developer's Guide, http://developer.android.com/guide/topics/search/search-dialog.html, last accessed May 2, 2013.  For some versions of the device, the Quick Search Box may be referred to as the "Google Search box."  *See* http://www.google.com/mobile/search/ (last visited May 2, 2013)

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The figure below shows the Transform Ultra (Boost Mobile)'s screen when the user taps the Quick Search Box on the home screen.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Transform Ultra (Boost Mobile), and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | As described further below, each module in the Quick Search Box represents a location containing program instructions to perform the recited steps. |
| --- | --- |
| receive an information identifier; | The Samsung Transform Ultra comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Transform Ultra (Boost Mobile) has a 3.5" TFT screen. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| DISPLAY | Type | TFT capacitive touchscreen, 256K colors |
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |

The 3.5" TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Transform Ultra (Boost Mobile) receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| | |
|---|---|
| provide said information identifier to a plurality of heuristics to locate | The Samsung Transform Ultra comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |

[5]  Identical functionality can be found in the ███████████████████████████/.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information in the plurality of locations which include the Internet and local storage media; | For example, the Transform Ultra (Boost Mobile)'s Quick Search Box provides a plurality of heuristics, or modules. As shown below, the Search Settings panel for the Quick Search Box provides a plurality of heuristics to which an information identifier is provided by the Transform Ultra (Boost Mobile).  The Transform Ultra (Boost Mobile) provides the information identifier to the heuristics and permits the user to modify the default list of selected heuristics.<br><br> |
|---|---|

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



public final boolean **postDelayed** (Runnable r, long delayMillis)

Since: API Level 1

Causes the Runnable r to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the thread to which this handler is attached.

**Parameters**

r              The Runnable that will be executed.[8]

---

[6] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[7] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[8] Android Developer's Guide, http://developer.android.com/reference/android/os/Handler.html#postDelayed(java.lang.Runnable,%20long) (last visited May 2, 2013).
[9] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[10] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

"When your application is configured to provide suggestions in Quick Search Box, it is not actually enabled to provide suggestions in Quick Search Box, by default.  It is the user's choice whether to include suggestions from your application in the Quick Search Box.  To enable search suggestions from your application, the user must open 'Searchable items' (in Settings > Search) and enable your application as a searchable item.

Each application that is available to Quick Search Box has an entry in the Searchable items settings page.  The entry includes the name of the application and a short description of what content can be searched from the application and made available for suggestions in Quick Search Box.  To define the description text for your searchable application, add the android:searchSettingsDescription attribute to your searchable configuration."[11]

"A content provider manages access to a central repository of data.  A provider is part of an Android application, which often provides its own UI for working with the data.  However, content providers are primarily intended to be used by other applications, which access the provider using a provider client object.  Together, providers and provider clients offer a consistent, standard interface to data that also handles inter-process communication and secure data access."[13]

---

[11] http://developer.android.com/guide/topics/search/adding-custom-suggestions.html, (last visited May 3, 2013).
[12] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[13] *See* Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html (last visited May 3, 2013).
[14] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



| determine at least one candidate item of | The Samsung Transform Ultra comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of |
|---|---|

---

[15]  The Court construed "heuristic algorithm" to mean "a search algorithm that employs some 'rule of thumb' and does not consist solely of constraint satisfaction parameters." Order Granting Preliminary Injunction (D.I. 221).

[16]  All accused versions of the device implement this functionality in

[17]  All accused versions of the device implement the same functionality.  *See* Table for                in the Source Code Appendix.

[18]  All accused versions of the device implement the same functionality.  *See* Table for            in the Source Code Appendix.

[19]  All accused versions of the device implement the same functionality.  *See* Table for                    in the Source Code Appendix.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| information based upon the plurality of heuristics; and display a representation of said candidate item of information. | information.

For example, in the image below, the Transform Ultra (Boost Mobile) is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":

 |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Transform Ultra comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic. |

---

[20] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.
[21] All accused versions of the Transform Ultra implement the same functionality.  *See* Table for indicated file in 959 - Transform Ultra - Source Code Appendix.

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Transform Ultra |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Transform Ultra comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. |