1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER DENYING IN PART APPLE |
| | ) | INC.'S MOTION FOR PERMISSION TO |
| v. | ) | PRESENT EVIDENCE THAT APPLE |
| | ) | PRACTICES THE '414, '172, AND '959 |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | PATENTS AND CURATIVE |
| Korean corporation; SAMSUNG | ) | INSTRUCTIONS; ORDER |
| ELECTRONICS AMERICA, INC., a New York | ) | REQUESTING FURTHER BRIEFING |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

United States District Court
For the Northern District of California

Apple's motion for curative action as whether Apple currently practices the '414, '172, and '959 Patents is DENIED.  The Court ORDERS both sides to file a two page supplemental brief as to what timely produced and/or timely disclosed evidence exists in the record as to whether Apple in the past practiced Claim 20 of the '414 Patent, Claim 18 of the '172 Patent, and Claim 25 of the '959 Patent by 7:30 a.m. on Friday, April 4, 2014.

Apple's motion for a curative instruction as to Samsung's reference to the possibility of a permanent injunction is DENIED.

Case No.: 12-CV-00630-LHK
ORDER DENYING IN PART APPLE'S MOTION AND REQUESTING FURTHER BRIEFING

1          Apple's motion for a curative instruction as to Samsung's reference to the Federal Circuit's

2    Preliminary Injunction Decision is DENIED.

3

4    **IT IS SO ORDERED.**

5    Dated: April 3, 2014

6    *Lucy H. Koh*
            LUCY H. KOH
            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No.: 12-CV-00630-LHK
ORDER DENYING IN PART APPLE'S MOTION AND REQUESTING FURTHER BRIEFING