# EXHIBIT 2

# Herriot, Liv

| | |
|---|---|
| **From:** | Michael Fazio <michaelfazio@quinnemanuel.com> |
| **Sent:** | Wednesday, April 02, 2014 6:38 PM |
| **To:** | Herriot, Liv; Samsung NEW |
| **Cc:** | 'Apple630Team@mofo.com'; '*** Apple/Samsung (Apple/Samsung@gibsondunn.com)'; WH Apple Samsung NDCal II Service |
| **Subject:** | RE: Apple/Samsung - 630 Matter - Sealing Schiller, Cockburn and Christie Exhibits |

Liv,

Apple's assertion that on examination of Mr. Schiller Samsung does not intend to use any pages from documents other than DX 413 over which Apple maintains a claim of confidentiality is not correct.

Samsung does intend to use pages from DX 405 which, per your 4/1 email at 9:46 am, Apple intends to maintain a claim of confidentiality.  In an effort to resolve this issue expeditiously, Samsung is willing to agree to turn off the public monitor when using any of the pages of DX 405 listed in your email. This proposal is limited to this exhibit – DX 405 -- and does not represent agreement that this information is properly designated.  Samsung reserves all rights to oppose Apple's sealing motion.

Additionally, Samsung does intend to use exhibits listed in your 4/1 email with an asterisk.  Samsung's understanding is that Apple does not object to Samsung's use of those exhibits in open court and that Apple only intends to later move to seal pages not shown in open court.

With respect to Apple's request to identify all exhibits and interrogatory responses identified by either party for use with Mr. Cockburn and Mr. Christie for which that party maintains a claim of confidentiality, Samsung is agreeable to doing so at 9 am pst tomorrow with motions to seal being filed at noon, or shortly thereafter.

Best regards,
Michael Fazio

---

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Wednesday, April 02, 2014 8:26 PM
**To:** Samsung NEW
**Cc:** Apple630Team@mofo.com; *** Apple/Samsung (Apple/Samsung@gibsondunn.com); WH Apple Samsung NDCal II Service
**Subject:** Apple/Samsung – 630 Matter – Sealing Schiller, Cockburn and Christie Exhibits

Counsel –

In light of Judge Koh's Order yesterday that the parties present any sealing issues to the Court in advance of witness testimony (Tr. 366), Apple proposes that the parties identify by 9pm this evening all exhibits and interrogatory responses identified by either party for use with Cockburn and Christie for which that party maintains a claim of confidentiality.  Apple further proposes that the parties file any necessary motions to seal documents for these witnesses by noon tomorrow.  Please let us know if this is agreeable.

With respect to Mr. Schiller, Apple already has identified the exhibits identified for use with Mr. Schiller over which Apple maintains a claim of confidentiality.  Apple understands that Samsung only intends to use pages 8, 14 and 46 from DX 413  (Tr. 364-366), which Apple has said may be used publicly (Tr. 416).  Apple further understands that Samsung does not intend to use any other pages from DX413 or any pages from the other documents over which Apple maintains

a claim of confidentiality.  Accordingly, Apple will not include any exhibits for Mr. Schiller in its motion to seal tomorrow.

-- Liv

**Liv Herriot | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6138 (t)
+1 650 858 6100 (f)
liv.herriot@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.