1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

    Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS THAT SAMSUNG MAY USE DURING THE EXAMINATIONS OF SCHILLER, CHRISTIE, AND COCKBURN**

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal Exhibits that Samsung May Use During the Examinations of Schiller, Christie, and Cockburn ("Apple's Motion to Seal").

Apple has filed the Declaration of Mark Selwyn in support of its motion. For good cause shown, the Court grants Apple's motion to seal the confidential unredacted versions of the exhibits discussed in Apple's Motion to Seal:

| Document | Portion to be Sealed |
|---|---|
| DX413 | Entire document other than pages 8, 14, and 46 if they are used with Mr. Schiller during his examination at trial. Cover page also not sealed. |
| DX405 | Pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, 48, 52-54, 57-62, and all other pages not used with Mr. Schiller during his examination at trial. |
| DX377 | All pages that are not shown to the jury. |
| DX404 | All pages that are not shown to the jury. |
| DX407 | All pages that are not shown to the jury. |
| DX416 | All pages that are not shown to the jury. |
| DX418 | All pages that are not shown to the jury. |
| DX421 | All pages that are not shown to the jury. |
| DX422 | All pages that are not shown to the jury. |
| DX427 | All pages that are not shown to the jury. |
| DX428 | All pages that are not shown to the jury. |
| DX429 | All pages that are not shown to the jury. |
| DX452 | All pages that are not shown to the jury. |
| DX457 | All pages that are not shown to the jury. |
| DX458 | All pages that are not shown to the jury. |

**IT IS SO ORDERED.**

Dated: __April 3_____, 2014

_____
Hon. Lucy H. Koh
United States District Judge