1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Exhibits 3 and 4 to the Declaration of Rachel Krevans in support of Apple's Supplemental Brief in Response to the Court's April 3, 2014 Order ("Exhibits 3 and 4").  Apple has filed the Declaration of Rachel Krevans in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit 3 | Portion highlighted in yellow by Apple |
| Exhibit 4 | Portion highlighted in yellow by Apple |

**IT IS SO ORDERED.**

Dated: _____, 2014        _____
                                                                  Hon. Lucy H. Koh
                                                                  United States District Judge