1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   12-cv-00630-LHK<br><br>**APPLE INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S APRIL 3, 2014 ORDER** |

1  In response to the Court's April 3, 2014 Order (Dkt. 1578), Apple identifies the following timely produced and/or timely disclosed evidence in the record as to whether Apple in the past practiced claim 20 of the '414 patent, claim 18 of the '172 patent, and claim 25 of the '959 patent:

**Claim 20 of the '414 Patent:**  Gordon Freedman, the inventor of the '414 patent, testified during his deposition that an iPhone synchronization prototype and the original iPhone included "software that embodied all the ideas in Claim 20 of the '414 patent." (Krevans Decl., Ex. 1, 7/25/2013 Freedman Dep. at 217:23-218:11; *see also id.* at 216:14-217:8 (identifying "software on the iPhone in the first release").)

**Claim 18 of the '172 Patent:**  Kenneth Kocienda, an inventor of the '172 patent, testified during his deposition that Japanese, Chinese, and other non-English language keyboards for the iPhone "employ" claim 18 of the '172 patent. (Krevans Decl., Ex. 2, 7/16/2013 Kocienda Dep. at 128:13-21.) He also testified that he built a prototype in the 2005-2006 time period that met all the elements of claim 18. (*Id.* at 162:15-163:14.)

**Claim 25 of the '959 Patent:**  In Apple's Response to Interrogatory No. 42 dated June 13, 2013 and Apple's Third Supplemental Response to Interrogatory No. 25 dated June 19, 2013, Apple identified specific source code files with respect to iOS version 6 as implementing the feature or functionality that practices the asserted claims of the '959 patent, which included claim 25. (Krevans Decl., Ex. 3 at 17-18; Krevans Decl., Ex. 4 at 16.)

At the time of expert reports, Apple's experts did not provide opinions that Apple practices or has practiced claim 20 of the '414 patent, claim 18 of the '172 patent, or claim 25 of the '959 patent and instead opined that Apple practices other claims of those patents (*see* Dkt. 1567 at 3 & n.1; Dkt. 1567-3; Dkt. 1567-4).

Dated: April 4, 2014　　　　　　　　　　MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
　　　Harold J. McElhinny

Attorneys for Plaintiff
APPLE INC.

APPLE INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S APRIL 3, 2014 ORDER
Case No. 12-cv-00630-LHK

2