JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF RACHEL KREVANS IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S APRIL 3, 2014 ORDER** |

I, Rachel Krevans, hereby declare as follows:

1.     I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein and understand them to be true.  I submit this declaration in support of Apple Inc.'s Supplemental Brief in Response to the Court's April 3, 2013 Order.

2.     Attached as **Exhibit 1** hereto is a true and correct copy of excerpts of the July 25, 2013 deposition transcript of Gordon Freedman in the above-captioned matter.

3.     Attached as **Exhibit 2** hereto is a true and correct copy of excerpts of the July 14, 2013 deposition transcript of Kenneth Kocienda in the above-captioned matter.

4.     Attached as **Exhibit 3** hereto is a true and correct copy of Apple Inc.'s Objections and Responses to Samsung's Ninth Set of Interrogatories (No. 42).

5.     Attached as **Exhibit 4** hereto is a true and correct copy of Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Second Set of Interrogatories.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 4th day of April, 2014, in San Jose, California.

Dated:  April 4, 2014

*/s/ Rachel Krevans*
Rachel Krevans

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:   April 4, 2014                    */s/ Harold J. McElhinny*
                                                          Harold J. McElhinny