# EXHIBIT 1

Highly Confidential - Outside Attorneys' Eyes Only  - Source Code

Page 198

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                Plaintiff,
 7
         vs.                              Case No.
 8                                        12-cv-00630-LHK (PSG)
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     and SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                Defendants.
13   _____
14
                   HIGHLY CONFIDENTIAL
15
        OUTSIDE ATTORNEYS' EYES ONLY - SOURCE CODE
16
17       VIDEOTAPED DEPOSITION OF GORDON FREEDMAN
18
19              Palo Alto, California
20             Thursday, July 25, 2013
21
22
23   Job No. 63998
24   BY:  LESLIE ROCKWOOD, RPR
25   CSR LICENSE NO. 3462
```

Highly Confidential - Outside Attorneys' Eyes Only  - Source Code

Page 216

1   for a legal conclusion.

2          You can answer.

3          THE WITNESS:  Again, just to clarify, you're

4   limiting this to Claim 11 and not --

5   BY MR. CURRAN:                                              01:32

6      Q.   Yes, sir.

7      A.   -- all the claims put together as a whole?

8      Q.   Yes, sir.

9      A.   Right, uh-huh.

10         MR. VALEK:  Same objection.  That it calls for     01:32

11  a legal conclusion.

12         THE WITNESS:  I'm not sure.

13  BY MR. CURRAN:

14     Q.   Sir, before your counsel objected, you told me

15  that yes, you believed that you had.  So I want to         01:32

16  follow up on your answer saying that, yes, you do

17  believe you created software that included the ideas in

18  Claim 11.

19     A.   Uh-huh.

20     Q.   So when you answered my question "yes," what      01:32

21  did you have in mind as the software that you had

22  created that included all of the ideas in Claim 11?

23     A.   The software on the iPhone in the first

24  release.

25     Q.   What software on the iPhone are you referring    01:32

Highly Confidential - Outside Attorneys' Eyes Only  - Source Code

Page 217

1   to?

2       A.  I had prototype which allowed synchronization

3   while you also used applications on the iPhone.

4       Q.  And what was the name of that prototype?

5       A.  Well, it didn't -- I'm not sure if it had a                01:33

6   name other than the project names, and it's been quite a

7   while, but that was the iPhone Contact and Calendar

8   syncing code.

9       Q.  How about for Claim 20 of the patent?

10      A.  Claim 20, including 21?                                    01:33

11      Q.  Uh-huh.  I'm sorry, Claim 20.  Just Claim 20.

12      A.  Just 20, not 21?

13      Q.  Yes, sir.

14      A.  And this is a dependent claim based on Claim 11

15  since it references that; correct?                                 01:34

16      Q.  That's correct.

17          MR. VALEK:  I'll object that it calls for a

18  legal conclusion.

19          THE WITNESS:  Okay.  I read the claim.  Just to

20  clarify your question was what about Claim 20?  Can you            01:35

21  just narrow that to specifically what you're asking?

22  BY MR. CURRAN:

23      Q.  Do you believe that you ever created a piece of

24  software that embodied all the ideas in Claim 20 of the

25  '414 patent?                                                       01:35

Highly Confidential - Outside Attorneys' Eyes Only - Source Code

Page 218

1    A.  Yes.

2    Q.  And what was the first such piece of software

3 you wrote that included those ideas?

4    A.  The one I'm thinking of when you asked that

5 question is the same one I described for Claim 11.    01:35

6    Q.  And this is an iPhone synchronization

7 prototype?

8    A.  This was actually -- excuse me, when you asked

9 about the first, we prototyped it, and then we built it

10 out for the shipping product.  So it's essentially what   01:36

11 was in the shipping product.

12    Q.  Sir, you specifically mentioned Contact and

13 Calendar sync earlier.

14    A.  Uh-huh.

15    Q.  Why did you mention Contact and Calendar sync?   01:36

16        MR. VALEK:  Objection.  Vague.

17        THE WITNESS:  I guess that was just a concrete

18 example that I could see.

19 BY MR. CURRAN:

20    Q.  What were the different types of data that    01:36

21 could be synchronized by the iPhone prototype -- iPhone

22 synchronization prototype software you discussed?

23        MR. VALEK:  Objection.  Vague.

24        THE WITNESS:  When you say "types," can you

25 clarify that?    01:36