# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4   APPLE INC., a California       )
5   corporation,                   )
6          Plaintiff,              )
7                                  )Case No.
8        vs.                       )12-cv-00630-LHK (PSG)
9   SAMSUNG ELECTRONICS CO., LTD.,)
10  a Korean corporation; SAMSUNG  )
11  ELECTRONICS AMERICA, INC.,     )
12  a New York corporation; and    )
13  SAMSUNG TELECOMMUNICATIONS     )
14  AMERICA, LLC, a Delaware       )
15  limited liability company,     )
16         Defendants.             )
17  _____)
18     *** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY ***
19     *** CONFIDENTIAL BUSINESS INFORMATION FOR APPLE ***
20        VIDEOTAPED DEPOSITION OF KENNETH KOCIENDA
21                Palo Alto, California
22                Tuesday, July 16, 2013
23
24   Job No. CS1692647
25   Reported by: Kelli Combs, CSR No. 7705

Veritext Corporate Services

800-567-8658                                    973-410-4040

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 128

1  know when you're done.
2     A    Okay.
3     Q    Okay.
4          Do you have an understanding of Claim 18?
5     A    Yes.
6     Q    Did the first original iPhone practice
7  Claim 18 of the '172 patent?
8          MR. PIEJA:  Objection; calls for a legal
9  conclusion.
10         THE WITNESS:  No, I don't think that it
11 did.
12 BY MS. DAVIS:
13    Q    Did other non-English keyboards
14 practice -- excuse me.  Strike that.
15         Do other non-English language keyboards
16 for the iPhone practice Claim 18 of the '172 patent?
17         MR. PIEJA:  Objection; calls for a legal
18 conclusion, vague and ambiguous.
19         THE WITNESS:  I believe that the languages
20 which I listed earlier, Japanese, Chinese, et
21 cetera, do employ this.
22 BY MS. DAVIS:
23    Q    Okay.
24         And I'll just direct you to one more claim
25 at this time.  If you look in Column 14, you'll see

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 162

1  A   I -- I believe that's -- is a fair
2  characterization of what the patent says.
3  Q   Okay.
4      And so you would agree that if a current
5  character string is kept in the first area, that
6  that would be different than if the current
7  character string in the first area is replaced by
8  something else?
9      MR. PIEJA:  Objection; calls for a legal
10 conclusion, vague, incomplete hypothetical.
11     THE WITNESS:  Certainly from the user's
12 point of view, it would be different.
13 BY MS. DAVIS:
14 Q   Okay.
15     So taking Claim 18 as a whole, when was
16 the earliest time that you had Claim 18 in mind?
17     MR. PIEJA:  Objection; calls for a legal
18 conclusion.
19     THE WITNESS:  I don't recall specifically.
20 BY MS. DAVIS:
21 Q   Can you give your best estimate?
22 A   Again, it's that time period, that late
23 2005 to 2006 time period we've been discussing.
24 Q   Is there -- are there any documents that
25 you could look at that would refresh you as --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 163

1  refresh your recollection as to when during that
2  late 2005 to 2006 time period you first had the idea
3  for Claim 18 in mind?
4      A    There are no such documents that I'm aware
5  of.
6      Q    And when did you first build a prototype
7  that met all the elements of Claim 18?
8          MR. PIEJA:  Objection; calls for a legal
9  conclusion.
10         THE WITNESS:  I don't know.
11 BY MS. DAVIS:
12     Q    Can you give me your best estimate?
13     A    Again, it's that same 2005 to 2006 time
14 period.
15     Q    And are there any documents you could look
16 at that would refresh your recollection as to when
17 you first had that prototype that met the elements
18 of Claim 18?
19     A    I'm not aware of any such specific
20 documents, no.
21     Q    Okay.
22         Let's look, if you will, at Claim 27.
23         You can take a moment to read to yourself
24 if that's helpful.
25     A    Okay.