1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation,           | CASE NO. 12-CV-00630-LHK (PSG)
20 |            Plaintiff,                            | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
21 |            vs.                                   |
22 | SAMSUNG ELECTRONICS CO., LTD., a                 |
   | Korean business entity; SAMSUNG                  |
23 | ELECTRONICS AMERICA, INC., a New                 |
   | York corporation; SAMSUNG                        |
24 | TELECOMMUNICATIONS AMERICA,                      |
   | LLC, a Delaware limited liability company,       |
25 |                                                  |
   |            Defendants.                           |
26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's Supplemental Brief on Apple's Non-Practice of Asserted Claim 20 of the '414 Patent, Asserted Claim 18 of the '172 Patent, and Asserted Claim 25 of the '959 Patent. ("Samsung's Supplemental Brief in Response to the Court's April 3 Order").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of any declaration in support. |
| Exhibit 2 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of any declaration in support. |
| Exhibit 3 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of any declaration in support. |
| Exhibit 4 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of any declaration in support. |

Samsung does not maintain a claim of confidentiality over any of the documents listed above.  Apple has designated the documents – or portions thereof – confidential under the Protective Order, and Samsung files this motion because it is required to do so by Civil L.R. 79-5(e).

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Supplemental Brief in Response to the Court's April 3 Order as a procedural mechanism for filing portions of Samsung's Supplemental Brief in Response to the Court's April 3 Order and supporting documents under seal.  Apple reserves the

1  right to challenge any proposed redactions to the extent it believes those redactions improperly
2  seal non-confidential information. Within 7 days of Apple filing its declaration in support of
3  sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of
4  the motion and exhibits thereto identifying what information parties have supported sealing in
5  their declarations.
6      Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
7  confidential, unredacted version of the aforementioned documents will be served on counsel for
8  Apple so that Apple's counsel may indicate what Apple information Apple believes should be
9  redacted from the public version of Samsung's filing. After receiving Apple's proposed
10 redactions, Samsung will file a public, proposed redacted version of these documents.

DATED: April 4, 2014        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                          /s/ Michael L. Fazio
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           William C. Price
                                           Michael L. Fazio

                                           Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: April 4, 2014

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis