1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 20         Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21         vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25         Defendants. | |

Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO ISO
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion To File Under Seal Documents Relating to Samsung's Supplemental Brief on Apple's Non-Practice of Asserted Claim 20 of the '414 Patent, Asserted Claim 18 of the '172 Patent, and Asserted Claim 25 of the '959 Patent ("Samsung's Supplemental Brief in Response to the Court's April 3 Order").

3. Samsung moves to file under seal:

- Samsung's Supplemental Brief in Response to the Court's April 3 Order; and

- Exhibits 2, 3, and 4 to the Declaration of Michael L. Fazio In Support of Samsung's Supplemental Brief in Response to the Court's April 3 Order.

4. The documents listed in paragraph 3 include information Apple has designated confidential under the Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 4, 2014, at San Jose, California.

/s/ Michael L. Fazio
———————————————
Michael L. Fazio

-1-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO ISO
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: April 4, 2014

/s/ Victoria F. Maroulis
Victoria F. Maroulis