UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Supplemental Brief on Apple's Non-Practice of Asserted Claim 20 of the '414 Patent, Asserted Claim 18 of the '172 Patent, and Asserted Claim 25 of the '959 Patent ("Samsung's Supplemental Brief in Response to the Court's April 3 Order").

Having considered Samsung's motion, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 2 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 3 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 4 to the Fazio Declaration ISO Samsung's Supplemental Brief in Response to the Court's April 3 Order | See conformed highlighted version of document to be filed within 7 days of declarations in support. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge