QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF ON APPLE'S NON-PRACTICE OF ASSERTED CLAIM 20 OF THE '414 PATENT, ASSERTED CLAIM 18 OF THE '172 PATENT, AND ASSERTED CLAIM 25 OF THE '959 PATENT** |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories, served on November 8, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49, served on October 4, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the deposition of Dr. Andrew Cockburn, taken on September 26, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the rebuttal expert report of Dr. Martin Rinard, dated September 13, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2014, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: April 4, 2014

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

-2-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF