# EXHIBIT 1

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>        Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

| | |
|---|---|
| 1 | |
| 2 | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S <u>FIRST SET OF INTERROGATORIES (NOS. 1-24)</u>** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby objects and responds to the First Set of Interrogatories to Apple Inc. (Nos. 1-24) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on September 25, 2012. These responses are based on information reasonably available to Apple at the present time. Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available. Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**GENERAL OBJECTIONS**

Apple makes the following general responses and objections ("General Objections") to each definition, instruction, and interrogatory propounded in Samsung's First Set of Interrogatories to Apple Inc. These General Objections are hereby incorporated into each specific response. The assertion of the same, similar, or additional objections or partial responses to individual interrogatories does not waive any of Apple's General Objections.

1. Apple provides these objections and responses to the best of its current knowledge. Discovery or further investigation may reveal additional or different information warranting amendment of these objections and responses. Apple reserves the right to produce at trial and make reference to any evidence, facts, documents, or information not discovered at this time, omitted through good-faith error, mistake, or oversight, or the relevance of which Apple has not presently identified. Apple's response to any particular Interrogatory should not be taken as an admission that it accepts or admits the existence of any fact set forth or assumed by the interrogatory, or that the response constitutes admissible evidence. No response to any portion of any interrogatory shall be deemed a waiver of any objection

-1-

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

**INTERROGATORY NO. 20:**

If YOU contend or believe that any of the asserted claims of the APPLE PATENTS are not practiced by any of the APPLE COVERED PRODUCTS, identify each such asserted claim and explain in detail the reasons why the respective APPLE COVERED PRODUCT

-86-

1  does not practice each such claim, including a description of the differences between the
2  respective APPLE COVERED PRODUCT and any APPLE COVERED PRODUCT that
3  YOU do contend or believe practices the same claim of the APPLE PATENTS.

4  **RESPONSE TO INTERROGATORY NO. 20**

5        Apple objects to this Interrogatory as overly broad, unduly burdensome, vague,
6  ambiguous, and as not reasonably calculated to lead to the discovery of admissible evidence,
7  including but not limited to the grounds that it seeks information regarding Apple products,
8  or "APPLE COVERED PRODUCTS," upon which Apple will not rely as practicing the
9  asserted patents, as well as on the grounds that it seeks a "description of the differences
10 between the respective APPLE COVERED PRODUCT and any APPLE COVERED
11 PRODUCT that YOU do content or believe practices the same claim of the APPLE
12 PATENTS." Apple further objects to this Interrogatory to the extent that it seeks information
13 protected from disclosure by the attorney-client privilege, the attorney work product doctrine,
14 the joint defense or common interest privilege, or any other applicable privilege, doctrine, or
15 immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple
16 still further objects to this Interrogatory on the grounds and to the extent it is compound and
17 comprises discrete subparts resulting in separate interrogatories, seeks a legal conclusion, and
18 seeks expert opinion.

19                         INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

28                            -87-

| | | |
|---|---|---|
| Dated: November 8, 2012 | By: | /s/ H. Mark Lyon |

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

-92-

**CERTIFICATE OF SERVICE**

I, Angela L. Wilkins, hereby certify that on this 8th day of November, 2012, I did cause the following documents to be served in the following manner:

**Apple's Responses to Samsung's First Set of Interrogatories**

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

| | |
|---|---|
| William Price | |
| Victoria F. Maroulis | John M. Caracappa |
| Charles K. Verhoeven | Huan-Yi Lin |
| Michael Fazio | Michael Heimbold |
| Kevin A. Smith | **Steptoe & Johnson LLP** |
| Kevin P.B. Johnson | 1330 Connecticut Avenue, NW |
| **Quinn Emanuel Urquart & Sullivan, LLP** | Washington, DC 20036 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (202) 429-3000 |
| Redwood Shores, California 94065 | jcaracappa@steptoe.com |
| Telephone: (650) 801-5000 | hlin@steptoe.com |
| williamprice@quinnemanuel.com | mheimbold@steptoe.com |
| victoriamaroulis@quinnemanuel.com | |
| kevinjohnson@quinnemanuel.com | |
| charlesverhoeven@quinnemanuel.com | |
| kevinsmith@quinnemanuel.com | |
| michaelfazio@quinnemanuel.com | |

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from awilkins@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 8, 2012 in Dallas, TX.

Dated:   November 8, 2012

*Angela L. Wilkins*
Angela L. Wilkins
Gibson, Dunn & Crutcher
2100 McKinney Ave., Suite 1100
Dallas, TX 75201
(214) 698-3145

CASE NO. 12-CV-00630-LHK
CERTIFICATE OF SERVICE

Gibson, Dunn & Crutcher LLP