**UNITED STATES DISTRICT COURT**
**Judge Lucy H. Koh, Presiding**
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Tuesday, April 1, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown                    Time in Court: 5hr 40min
Court Reporter: Lee-Anne Shortridge

**TITLE:**

| **APPLE INC.** | **V.** | **SAMSUNG ELECTRONICS CO. LTD., ET AL** |
|---|---|---|
| PLAINTIFF | | DEFENDANTS |

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY  TWO**

| | |
|---|---|
| 9:02 a.m. | All parties present, jury not present, a call is placed to Juror Number 3, who has informed the Courtroom Deputy that she is ill.  By agreement of the parties, Juror Number 3 is thanked and excused.  Juror Number 7 is brought into the Courtroom and voir dired about the hardships she discovered after proceedings concluded yesterday. By agreement of the parties, Juror Number 7 is also thanked and excused. |
| 9:12 a.m. | The remaining 8 members of the jury now present, the Court pre-instructs the Jury. |
| 9:44 a.m. | The Federal Patent video is shown. |
| 10:00 a.m. | Opening statement is made on behalf of Apple. |
| 10:30 a.m. | The morning reces is taken. |
| 10:52 a.m. | All parties present, opening statements continue. |
| 11:47 a.m. | Opening statement is made on behalf of Samsung. |
| 12:01 p.m. | The noon recess is taken. |
| 12:59 p.m. | All parties present, jurors not present, the Court and Counsel discuss matters. |
| 1:07 p.m. | Jury now present, opening statements continue. |
| 2:21 p.m. | The first afternoon recess is taken. |
| 2:37 p.m. | All parties present the matter resumes.  Witness Philip William Schiller is sworn and testifies. |

| | |
|---|---|
| 3:29 p.m. | The jury is excused for the 2nd afternoon recess.  The Court and counsel discuss matters. |
| 3:33 p.m. | The 2nd recess is taken. |
| 3:44 p.m. | All parties present the matter resumes. |
| 4:32 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss. |
| 4:33 p.m. | Court is adjourned until Friday, April 4, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
PX118, PX 135a, PX 180, 144a, 113a, 127a, 133, 134, 143, 122a, 123,