QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT PX300** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung

2    Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3    "Samsung") hereby bring this administrative motion for an order to seal one trial exhibit disclosed

4    by Apple Inc. ("Apple") in its direct disclosures for Andrew Cockburn that comprises a selection

5    of Samsung's source code.   (PX300.)   PX300 comprises Samsung's response, and supplemental

6    response, to Interrogatory No. 41, and includes source code file names and paths.   (*Id.*, at 5-17.)

7    As the Court has found, "'[s]ource code is undoubtably [sic] a trade secret.'" (Case No. 11-cv-

8    1846 ("1846 case") Dkt. 1649 at 8 (quoting *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*,

9    819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)).)   Reproductions of source code are properly

10   sealable under the "compelling reasons" standard.   (*Id.* at 8, 16-17.)   Samsung maintains a claim

11   of confidentiality over only pages 5-17.   If PX300 is admitted into evidence, Samsung requests

12   that pages 5-17 be admitted under seal.

13       Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel

14   regarding this motion to seal.   Apple does not oppose Samsung's Administrative Motion as a

15   procedural mechanism for requesting that PX300 be admitted under seal.   Apple reserves the right

16   to challenge any proposed redactions to the extent it believes those redactions improperly seal

17   non-confidential information.

18   DATED:   April 4, 2014                 QUINN EMANUEL URQUHART &
19                                          SULLIVAN, LLP

20

21                                           */s/ Michael L. Fazio*
22                                          Victoria F. Maroulis
23                                          William C. Price
                                            Michael L. Fazio

24                                          Attorneys for Defendants
25                                          SAMSUNG ELECTRONICS CO., LTD.,
                                            SAMSUNG ELECTRONICS AMERICA, INC.,
26                                          and SAMSUNG TELECOMMUNICATIONS
                                            AMERICA, LLC

27

28