# EXHIBIT B

Highly Confidential

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4    APPLE INC., a California
     Corporation,
5                                  No. 12: CV00630LHK              09:45
                   Plaintiff,
6    vs.
7    SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity; SAMSUNG
8    ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG
9    TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
10   company,                                                      09:45
11                 Defendants.
12   _____/
13
14      ** TRANSCRIPT MARKED HIGHLY CONFIDENTIAL **
15                                                                 09:45
          VIDEOTAPED DEPOSITION OF DR. JIM MILLER
16
                  Palo Alto, California
17
                   Monday, July 8, 2013
18
19
20                                                                 09:45
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 63210                                                 09:45

1  mean in any way providing the images.

2     A.   I provided that information to Apple patent
3  attorneys for them to use in the preparation of the
4  patent.  I don't recall where these particular figures
5  came from.                                                    10:32
6     Q.   Aside from viewing it at a deposition, have
7  you had occasion to read through this patent yourself
8  any time in the past?
9     A.   Yes.
10    Q.   Do you recall when that was?                          10:33
11    A.   Perhaps five to seven years ago.
12    Q.   And that was the last time you did that?
13    A.   Yes.
14    Q.   Did you review any document aside from the
15 patent itself that contained the text that's in this          10:33
16 patent?
17         MR. VINCENT:  Objection.  Vague.
18 BY MR. PRICE:
19    Q.   And I'll give you an example.  Say an
20 application for the patent as opposed to the patent           10:33
21 itself.
22    A.   I don't believe so.
23    Q.   Sitting here today, do you have any opinion
24 on the meaning of any of the terms in the claims which
25 appear starting Column 7, second to the last page of          10:34

Page 29

```
 1   this patent?
 2           MR. VINCENT:  Objection.  Calls for a legal
 3   conclusion and expert testimony.
 4           THE WITNESS:  No.
 5   BY MR. PRICE:                                           10:34
 6       Q.   Do you have any opinion as to the meaning of
 7   any of the disclosures in the body of the patent which
 8   is Columns 1 through 7?
 9           MR. VINCENT:  Same objections.  Compound.
10           THE WITNESS:  No.                               10:34
11   BY MR. PRICE:
12       Q.   Sitting here today do you have any knowledge
13   of the code in Apple's iPhone or iPad products?
14       A.   No.
15       Q.   Sitting here today, do you have any knowledge 10:35
16   of the code in Android products?
17       A.   No.
18       Q.   Do you recall what programming languages you
19   used during your work at Apple?
20       A.   I worked code in AppleScript and SuperCard.   10:35
21   I may have written LISP code.  I believe that's all.
22       Q.   What kind of language is AppleScript?
23       A.   It's what's called a scripting language.
24   It's a relatively simple language often used to
25   control other Apple applications.                      10:36
```

Highly Confidential

Page 35

1  on it?

2           MR. VINCENT:  Same objections.

3           THE WITNESS:  I believe we started working in

4  that general area somewhere in the middle of 1994.

5  BY MR. PRICE:                                              10:55

6      Q.  When you say "that general area," what are

7  you referring to?

8      A.  Looking at user documents and finding ways to

9  help people do their work with those documents.

10     Q.  At the time in the middle of 1994, do you         10:55

11 recall whether you referenced any books in your work

12 involving looking at documents and finding ways to

13 help people work with those documents?

14          MR. VINCENT:  Objection.  Vague.

15          THE WITNESS:  I'm not certain.                    10:56

16 BY MR. PRICE:

17     Q.  Were you subscribed to any periodicals?

18     A.  Yes.

19     Q.  Which ones do you recall?

20     A.  ACM, Communications of ACM, SIGCHI Bulletin.      10:56

21 Not certain if there were others.

22     Q.  Do you recall if in the period of middle of

23 1994 you had any reference books at your workstation

24 available?

25     A.  I believe I did.                                   10:57

Page 114

1  proceedings.

2    Q.  Are these proceedings that you attended?

3    A.  I believe so.

4    Q.  Do you recall presenting a paper at this

5  conference?                                              02:34

6    A.  I don't recall.

7    Q.  If you will turn to the page ending 306.

8        Do you see your name appears in the top

9  center?

10   A.  Yes.                                               02:35

11   Q.  It appears under "Papers Subcommittee

12 Chairs"?

13   A.  I believe so.

14   Q.  What does it mean for you to be a member of

15 the Papers Subcommittee Chairs?                          02:35

16       MR. VINCENT:  Objection.  Vague.

17       THE WITNESS:  I was involved in reviewing

18 some subset of the papers presented at the conference,

19 but beyond that I'm not now sure.

20 BY MR. PRICE:                                            02:36

21   Q.  If you will turn back to the page ending

22 299.

23   A.  Okay.

24   Q.  Five listings from the bottom, across from

25 Page Number 119, do you see a paper entitled "User       02:36

Page 115

1   Interface Valuation in the Real World"?

2       A.   Yes.

3       Q.   Is that a paper you authored?

4       A.   Co-authored, yes.

5       Q.   So was this a paper you presented at the          02:36
6   conference?

7       A.   I'm not sure who actually presented it.
8   Typically the first author of the paper is responsible
9   for the presentation, which would be Robin Jeffries.
10  I was very likely at that session.                         02:37

11      Q.   Do you recall what that paper was about
12  generally?

13      A.   We were looking at ways or techniques for
14  evaluating user interfaces, different ways of doing
15  that evaluation process, and we had been able to           02:37
16  collect some data about different kind of techniques.
17  And the point of the paper was to compare those and
18  say something about what the different techniques were
19  good at or not so good at.

20      Q.   If you will turn to the page ending 732.          02:38
21           This portion of Exhibit 17 entitled,
22  "Documents As User Interfaces," by Eric A. Bier and
23  Ken Pier.  Do you recognize this document?

24      A.   I have some memory of it but not in detail.

25      Q.   What do you recall about it?                      02:38

Page 116

```
 1      A.   Just that it existed.
 2      Q.   Is this a description of a video that was
 3  shown at the conference?
 4           MR. VINCENT:  Objection.  Foundation.  Calls
 5  for speculation.                                          02:38
 6           THE WITNESS:  I'm not certain.
 7  BY MR. PRICE:
 8      Q.   Turning back to Page 302.
 9      A.   I am there.
10      Q.   Do you see that under videos the first entry    02:39
11  is, Documents As User Interfaces, on Page 443?
12      A.   All right.
13      Q.   Does that mean that on Page 443, which we
14  have previously looked at, Bates number ending 732, is
15  a description of a video?                                02:39
16           MR. VINCENT:  Objection.  Foundation.  Vague,
17  calls for speculation.
18           THE WITNESS:  Evidently it is.
19  BY MR. PRICE:
20      Q.   As a paper subcommittee chair would you have    02:39
21  received a copy of this book?
22      A.   Yes.
23      Q.   Would you receive a copy of the videos that
24  were present at the conference?
25      A.   Not necessarily.                                02:40
```

Page 117

| | | |
|---|---|---|
| 1 | Q.   Do you recall if you did? | |
| 2 | A.   I don't recall. | |
| 3 | Q.   Do you know who Eric Bier is? | |
| 4 | A.   Other than as a researcher who had been at | |
| 5 | Park at one time, not really. | 02:40 |
| 6 | Q.   Do you recall if you attended this video | |
| 7 | presentation entitled "Documents As User Interfaces"? | |
| 8 |       MR. VINCENT:  Objection.  Foundation. | |
| 9 |       THE WITNESS:  I don't recall. | |
| 10 | BY MR. PRICE: | 02:40 |
| 11 | Q.   If you will turn to page ending 733. | |
| 12 | A.   Uh-huh. | |
| 13 | Q.   Under the title, "Scene 6:  Navigating | |
| 14 | Buttons with Editors," in the second paragraph down | |
| 15 | from that, reads, "Technical search combined with | 02:41 |
| 16 | editing macro operations can be used to make many | |
| 17 | buttons at once.  Given an existing file that contains | |
| 18 | phone numbers, research for all the phone numbers and | |
| 19 | turn them into buttons that dial the phone number when | |
| 20 | pressed." | 02:41 |
| 21 |       Did I read that correctly? | |
| 22 | A.   Yes. | |
| 23 | Q.   Do you recall ever reading that before? | |
| 24 | A.   No. | |
| 25 | Q.   Does that describe Apple Data Detectors? | 02:41 |

Highly Confidential

Page 130

1    testimony.
2             THE WITNESS:  I don't have a sense of what
3    the invention is here in a legal sense.
4    BY MR. PRICE:
5        Q.   And you can't tell me what -- when you first         03:08
6    conceived of the invention that is embodied in the 647
7    patent, correct?
8             MR. VINCENT:  Objection.  Misstates
9    testimony.
10            THE WITNESS:  I don't know what the invention        03:08
11   is.
12   BY MR. PRICE:
13       Q.   So that's a yes, since you don't know what
14   the invention is, you don't know when you first
15   conceived of it, right?                                       03:08
16            MR. VINCENT:  Objection.  Asked and answered,
17   calls for a legal conclusion.
18            THE WITNESS:  I don't know what the invention
19   is so I can't say anything about it.
20   BY MR. PRICE:                                                 03:08
21       Q.   Just to be clear, you've been hired as a
22   consultant relating to the 647 patent about five or
23   six times, right?
24       A.   I've been hired as a consultant for our work
25   on Apple Data Detectors.                                      03:09

Highly Confidential

Page 131

| | | |
|---|---|---|
| 1 | Q.  For litigation related to the 647 patent? | |
| 2 | A.  Yes. | |
| 3 | Q.  And you've testified about your work for | |
| 4 | Apple Data Detectors as it relates to the 647 patent. | |
| 5 | This would be your seventh time testifying; is that | 03:09 |
| 6 | right? | |
| 7 | A.  I've testified about our work on Apple Data | |
| 8 | Detectors. | |
| 9 | Q.  And your testimony included this patent, 647 | |
| 10 | patent, correct? | 03:09 |
| 11 | MR. VINCENT:  Objection.  Vague, compound. | |
| 12 | THE WITNESS:  Questions were sometimes raised | |
| 13 | about the patent, but I was not in a position to | |
| 14 | evaluate the patent in any way. | |
| 15 | BY MR. PRICE: | 03:10 |
| 16 | Q.  And I believe you testified at a trial once | |
| 17 | about your work related to the detectors as it relates | |
| 18 | to the 647 patent; is that right? | |
| 19 | A.  I testified about our work. | |
| 20 | Q.  In the litigation involving the 647 patent? | 03:10 |
| 21 | A.  No. | |
| 22 | Q.  The litigation didn't involve the 647 patent | |
| 23 | at all? | |
| 24 | A.  Well, let me slightly rephrase.  I was there | |
| 25 | to testify about the work that we did.  I was not | 03:10 |

Highly Confidential

Page 132

1  testifying about the patent itself.
2          The patent may have been brought up during
3  that trial, but I was not speaking to it.
4      Q.  So you've never before given an opinion about
5  what an analyzer server is, right?                           03:10
6          MR. VINCENT:  Objection.  Vague.
7          THE WITNESS:  Not in the context of the
8  patent, no.
9  BY MR. PRICE:
10     Q.  In the context of the patent you've never            03:11
11 given an opinion about what an action processor is,
12 right?
13         MR. VINCENT:  Same objection.
14         THE WITNESS:  I have not.
15 BY MR. PRICE:                                                03:11
16     Q.  Same for linked action, right?
17     A.  I have not given an opinion on that.
18     Q.  Sitting here today, do you have any intention
19 of reviewing the 647 patent in detail?
20     A.  No.                                                  03:11
21     Q.  The three number signs, dash four number
22 signs that we saw in the video, do you have that in
23 mind?
24     A.  Yes.
25     Q.  Is that an example of context free grammar?          03:12