# EXHIBIT E

Highly Confidential - Outside Attorneys' Eyes Only

```
                                                            Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                                   NO. 12-CV-00630-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware limited liability
     company,
12
                 Defendants.
13   _____/
14
15   **  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY  **
16
17         GIBSON DUNN & CRUTCHER, LLP
18            2-4 Temple Avenue
19      Videotaped Deposition of THOMAS DENIAU
20               London, UK
21             July 12, 2013
22              9:00 A.M.
23
24   Reported by: Ailsa Williams
25   Job No: 63261
```

## Page 30

```
 1        A.  Okay.                        10:43:20
 2        Q.  Have you read it?            10:43:52
 3        A.  Yes.                         10:43:53
 4        Q.  Do you see here, it says: "Apple     10:43:55
 5   generally refers to the functionality covered by the   10:43:57
 6   asserted claims in the '647 patent as 'data    10:43:59
 7   detectors'."  I am assuming -- do you have any    10:44:00
 8   knowledge of what the '647 patent is?           10:44:04
 9        A.  No I do not.                 10:44:07
10        Q.  Have you ever seen it?       10:44:09
11        A.  No, I don't believe so.      10:44:09
12        Q.  We have been having a discussion about    10:44:18
13   your understanding of the term "data detectors",    10:44:21
14   correct?                              10:44:22
15        A.  Yes.                         10:44:23
16        Q.  At least as to that understanding, is it   10:44:23
17   correct that you are the individual with primary    10:44:26
18   responsibility for creating and maintaining the source   10:44:28
19   code implementing data detectors?     10:44:32
20        A.  Yes, on iOS.                 10:44:34
21        Q.  Specifically here you see there is some    10:44:37
22   files at line eight that it lists with respect to iOS    10:44:40
23   version 5.  Then there is a number of files down below    10:44:45
24   that.  Do you see that?               10:44:48
25        A.  Yes, I do.                   10:44:50
```

## Page 31

```
 1        Q.  Do you recognize all of the files that    10:44:51
 2   are listed from lines nine to 13?     10:44:53
 3        A.  Not all of them, but most, yes.    10:44:57
 4        Q.  Could you tell me which ones you don't    10:45:00
 5   recognize?                            10:45:02
 6        A.  I am not sure what GSEvent.c does, but    10:45:04
 7   it must be there for a reason.  So I am not saying    10:45:08
 8   that it is not related, I just don't come across it.    10:45:13
 9        Q.  Solely asking about your familiarity.    10:45:19
10   So you are not familiar with line 10, GSEvent.c?    10:45:21
11        A.  Yes.                         10:45:28
12        Q.  Is there any other files on here?    10:45:28
13        A.  I recognize the others.      10:45:30
14        Q.  Just for my benefit, I sort of wanted to    10:45:32
15   understand what the extensions are after each file.    10:45:35
16   So I see there is a dot M file.  Do you have an    10:45:39
17   understanding of what that file extension is?    10:45:42
18        A.  Dot M is a file extension for objective    10:45:45
19   C source code.                        10:45:48
20        Q.  Does it have a particular meaning?    10:45:49
21        A.  What do you mean?            10:45:51
22        Q.  Does it represent a particular kind of    10:45:52
23   file?                                 10:45:53
24        A.  Objective C, yes.            10:45:54
25        Q.  Objective C, thank you.  Then I see    10:45:56
```

## Page 32

```
 1   there is also some dot C files.  Do you have an    10:45:58
 2   understanding of what dot C files are?    10:46:03
 3        A.  Dot C is C code, plain C, I mean, not    10:46:05
 4   objective C.                          10:46:10
 5        Q.  I see there is also dot H files?    10:46:11
 6        A.  Dot H is a header file.      10:46:14
 7        Q.  A header file, is that right?    10:46:24
 8        A.  Header file yes, which is used to    10:46:24
 9   advertise functionality in C (inaudible).    10:46:26
10        Q.  I see there is dot cpp files.  Do you    10:46:35
11   have an understanding what those are?    10:46:38
12        A.  Cpp is C plus plus.  Again C plus plus,    10:46:39
13   there are a number of C languages and each has its own    10:46:45
14   capabilities and file extension.      10:46:54
15        Q.  Last question, the dot ddx files?    10:46:56
16        A.  Ddx is specific to data detectors.    10:46:59
17   Those are the files where we store the patterns to    10:47:01
18   implement data detection.             10:47:07
19        Q.  You recognize the dot DDC files here as    10:47:17
20   the files that store the patterns for data detectors?    10:47:21
21        A.  Dot ddx, not DDC.            10:47:24
22        Q.  Thank you.  Same question for -- I will    10:47:27
23   try to ask that question without botching the file    10:47:30
24   extension.  You recognize the dot ddx files as the    10:47:33
25   files where you store the patterns for data detectors?    10:47:37
```

## Page 33

```
 1        A.  Yes.  There might be other files which    10:47:40
 2   show patterns too but those are maybe the main ones.    10:47:47
 3        Q.  Can you explain what you mean by    10:47:51
 4   patterns with regards to data detectors?    10:47:53
 5        A.  Patterns explains what the format of    10:47:57
 6   phone numbers and addresses is and how to recognize    10:48:03
 7   a phone number or what are the basic reading blocks of    10:48:09
 8   each.                                 10:48:18
 9        Q.  I see on line 12 there is an addresses    10:48:18
10   underscore EN dot ddx file.           10:48:21
11        A.  Um hum.                      10:48:24
12        Q.  Does that store a particular kind of    10:48:26
13   pattern?                              10:48:28
14        A.  It is probably addresses in English    10:48:29
15   speaking countries.  It might not be that but the file    10:48:34
16   indicates that it is that.            10:48:46
17        Q.  Do you know is that addresses in    10:48:47
18   a street address?                     10:48:48
19        A.  In that file, yes, probably.    10:48:51
20        Q.  Is there another file here that you    10:48:56
21   recognize that recognizes email addresses instead?    10:48:57
22        A.  I don't think the files for email are    10:49:02
23   there.  It may be in another file.    10:49:06
24        Q.  Do you see the ddx files listed here?    10:49:11
25   There is also one: "phone underscore common"?    10:49:14
```