# EXHIBIT F

– E R R A T A –

## Deposition of James Miller (October 29, 2010)

*In the Matter of Certain Personal Data and
Mobile Communications Devices and Related Software
International Trade Commission Investigation No. 337-TA-710*

| Page | Line | Change From | Change To | Reason |
|---|---|---|---|---|
| 83 | 24 | Intelligence | Intelligent | Mis-heard |
| 84 | 1 | Intelligence | Intelligent | Mis-heard |
| 96 | 1 | Internet address s | Internet addresses | Typo |
| 114 | 23 | Dan Russel | Dan Russell | Misspelling |
| 114 | 24 | Dan Russel | Dan Russell | Misspelling |
| 115 | 2 | Dan Russel | Dan Russell | Misspelling |
| 115 | 6 | Dan Russel | Dan Russell | Misspelling |
| 115 | 24 | Dan Russel | Dan Russell | Misspelling |
| 116 | 12 | Dan Russel | Dan Russell | Misspelling |
| 122 | 17 | Dan Russel | Dan Russell | Misspelling |
| 124 | 25 | Dan Russel | Dan Russell | Misspelling |
| 157 | 21 | can I belabor it? | can I elaborate? | Mis-heard |
| 168 | 11 | without a context-free | with a context-free | Mis-heard |
| 246 | 21 | communications of the ACM | Communications of the ACM | Incorrect title capitalization |
| 279 | 25 | Miss Nardi | Ms. Nardi | Mis-heard |

I, the undersigned, do hereby certify that I have read the foregoing transcript and that, to the best of my knowledge, said testimony is true (with the exception of the following changes listed above).

Signed: *James R Miller*

Highly Confidential - Attorneys' Eyes Only                                                                             APLNDC630-0000109846

Page 1

```
 1    IN THE UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                      WASHINGTON, D.C.
 3         BEFORE THE HONORABLE CARL C. CHARNESKI
 4                  ADMINISTRATIVE LAW JUDGE
 5
 6    In the Matter of:                  )
      CERTAIN PERSONAL DATA AND MOBILE   )  Investigation No.
 7    COMMUNICATIONS DEVICES AND RELATED)   337-TA-710
      SOFTWARE,                          )
 8    _____)
 9
10
11
12
13                    HIGHLY CONFIDENTIAL
14          VIDEOTAPED DEPOSITION OF JAMES MILLER
15                FRIDAY, OCTOBER 29, 2010
16
17
18
19
20
21
22
23
24       Job No. CS293401
25    PAGES 1 - 298
```

Veritext Corporate Services

800-567-8658                                              973-410-4040

Highly Confidential - Attorneys' Eyes Only                APLNDC630-0000109847

Page 234

1  Q   Would a person with your education and
2  work experience have understood the phrase
3  "determine the location of the detected structure
4  as presented by the application," in February of
5  1996?                                              03:56p
6     MR. MIZZO:  Same objections.
7     THE WITNESS:  I am not certain.
8  BY MR. CURRAN:
9   Q   And in February of 1996 would a person
10 with your education and work experience have       03:56p
11 known how to determine the location of a detected
12 structure as presented by an application?
13    MR. MIZZO:  Same objections.
14    THE WITNESS:  I am not certain.
15 BY MR. CURRAN:                                     03:56p
16  Q   Do you believe you invented the first
17 way to determine the location of a detected
18 structure as presented by an application?
19    MR. MIZZO:  Same objections.
20    THE WITNESS:  I am not certain.                 03:56p
21 BY MR. CURRAN:
22  Q   Did Apple Data Detectors know how to
23 determine the location of a detected structure as
24 presented by an application?
25    MR. MIZZO:  Same objections.                    03:56p

Page 235

1     THE WITNESS:  I am not certain.
2  BY MR. CURRAN:
3   Q   Did LiveDoc know how to determine the
4  location of a detected structure as presented by
5  an application?                                    03:56p
6     MR. MIZZO:  Same objections.
7     THE WITNESS:  I am not certain.
8  BY MR. CURRAN:
9   Q   Did Live Simple Text know how to
10 determine the location of a detected structure as  03:56p
11 presented by an application?
12    MR. MIZZO:  Same objections.
13    THE WITNESS:  I am not certain.
14 BY MR. CURRAN:
15  Q   Sir, based on your education and your         03:56p
16 work experience, what does it mean to determine
17 if a detected structure and a linked action have
18 been selected?
19    MR. MIZZO:  Objection.  Legal conclusion,
20 expert testimony.                                  03:57p
21    THE WITNESS:  I am not certain.
22 BY MR. CURRAN:
23  Q   Would a person of your education and
24 work experience have known how to determine if a
25 detected structure and a linked action had been    03:57p

Page 236

1  selected in February of 1996?
2     MR. MIZZO:  Same objections.
3     THE WITNESS:  I am not certain.
4  BY MR. CURRAN:
5   Q   Would a person of your education and         03:57p
6  work experience in February 1996 have understood
7  the phrase "determine if the detected structure
8  and a linked action have been selected"?
9     MR. MIZZO:  Same objections.
10    THE WITNESS:  I am not certain.                03:57p
11 BY MR. CURRAN:
12  Q   Do you believe that you invented the
13 first method to determine if a detected structure
14 and a linked action had been selected?
15    MR. MIZZO:  Same objections.                   03:57p
16    THE WITNESS:  I am not certain.
17    MR. MIZZO:  Close to taking a break?
18    MR. CURRAN:  Why don't we take a break.
19    MR. MIZZO:  Yeah.
20    THE VIDEOGRAPHER:  This is the end of Disc     03:58p
21 Number 4, Volume 1.  We are off record at
22 3:58 p.m.
23    (Recess taken from 3:58 p.m. to 4:15 p.m.)
24    THE VIDEOGRAPHER:  This is the beginning of
25 Disc Number 5, Volume 1.  We are back on the      04:15p

Page 237

1  record at 4:15 p.m.  You may proceed.
2     MR. CURRAN:  I would like to mark as Exhibit
3  9 a printout of a web page.
4     (Exhibit 9 was marked for identification.)
5  BY MR. CURRAN:                                    04:15p
6   Q   Mr. Miller, just some clerical questions
7  about this.  I'll represent to you that this was
8  printed yesterday from the Miramontes interactive
9  web page.  Are you familiar with that web page?
10  A   Yes.                                         04:16p
11  Q   And do you maintain or run that website?
12  A   Yes.
13  Q   Is this a true and correct copy of a
14 page you host on that website?
15  A   It appears to be.                            04:16p
16  Q   And is this -- putting aside the border
17 area and the box titled "In Retrospect" on the
18 first and second pages, is this a copy of a paper
19 entitled Collaborative Programmable Intelligent
20 Agents" that you, Ms. Nardi, and Mr. Wright wrote 04:17p
21 in March of 1998?
22  A   I believe so.
23  Q   Can I ask you, when did you write the
24 section in the box titled "In Retrospect"?
25  A   I believe perhaps two years ago, perhaps     04:18p

Page 238

1  a bit more.
2     MR. CURRAN: Couple other exhibits and the
3  same clerical questions I'll mark at the same
4  time as Exhibit 10 and 11, two other printouts
5  from that same website.                    04:18p
6     (Exhibits 10 and 11 were marked for
7  identification.)
8  BY MR. CURRAN:
9     Q  Could I ask you to look to the exhibit
10 marked 10 which is entitled "From Documents to   04:19p
11 Objects and Overview of LiveDoc"? Does this also
12 appear to be printout of a web page on the
13 Miramontes website?
14    A  It appears to be.
15    Q  And the text, putting aside the border   04:20p
16 areas in the box marked "In Retrospect," is this
17 a copy of a paper that you and Tom Bonura wrote
18 in April of 1998?
19    A  The paper was published in April of
20 1998.                                        04:20p
21    Q  Do you recall when you wrote the paper?
22    A  Probably during late 1997 and early
23 1998.
24    Q  And the box on the first page on the
25 Exhibit 10 entitled "in Retrospect," do you   04:20p

Page 239

1  recall when you wrote that?
2     A  About the same time as the "in
3  Retrospect" box on the other paper, number 9,
4  until possibly three years ago.
5     Q  Same questions for Exhibit 11. Does    04:21p
6  this appear to be a true and correct copy of a
7  web page hosted on your website?
8     A  It appears to be.
9     Q  And excluding the border area and the
10 "In Retrospect" box, is this a paper that you   04:22p
11 yourself and Tom Bonura published in April of
12 1998?
13    A  I believe so.
14    Q  And when did you write the paper?
15    A  Most likely in late 1997 or early 1998.  04:22p
16    Q  And when did you write the box entitled
17 "in Retrospect"?
18    A  About the same time as the others.
19 Probably two or three years ago.
20    Q  Best of your recollection, all these    04:22p
21 went up at about the same time?
22       MR. MIZZO: Objection. Vague.
23       THE WITNESS: Were originally published or
24 went up on my web site?
25 BY MR. CURRAN:                               04:22p

Page 240

1     Q  I apologize. To the best of your
2  recollection, were each of these web pages placed
3  on your website at about the same time?
4     A  I believe so.
5     Q  Sir, in February of 1996 were Data     04:23p
6  Detectors or structures detectors of any form
7  known to persons of ordinary skill in computer
8  science?
9       MR. MIZZO: Objection. Calls for a legal
10 conclusion, expert testimony.                04:23p
11      THE WITNESS: I am not certain.
12 BY MR. CURRAN:
13    Q  Do you recall whether there was any
14 long-felt need by people of average competence in
15 the field of computer science for what you  04:23p
16 believe to be your invention?
17      MR. MIZZO: Same objections.
18      THE WITNESS: I am not certain.
19 BY MR. CURRAN:
20    Q  Why do you say you're not certain?    04:24p
21      MR. MIZZO: Same objections.
22      THE WITNESS: I don't know the meanings of
23 those terms.
24 BY MR. CURRAN:
25    Q  In February of 1996, do you believe that   04:24p

Page 241

1  a person with your education and your work
2  experience would have felt that the field of
3  computer science needed your invention and had
4  needed your invention for some time?
5       MR. MIZZO: Objection. Legal conclusion,   04:24p
6  expert testimony, hypothetical.
7       THE WITNESS: I am not certain.
8  BY MR. CURRAN:
9     Q  No opinion one way or the other?
10      MR. MIZZO: Same objections.            04:25p
11      THE WITNESS: I have no opinion one way or
12 the other.
13 BY MR. CURRAN:
14    Q  Sir, were Apple Data Detectors ever sold
15 as a stand-alone product?                   04:25p
16      MR. MIZZO: Objection. Vague.
17      THE WITNESS: I don't believe so.
18 BY MR. CURRAN:
19    Q  Do you believe that Apple Data Detectors
20 were a commercial success?                  04:25p
21      MR. MIZZO: Objection. Calls for a legal
22 conclusion, expert testimony.
23      THE WITNESS: I don't know.
24 BY MR. CURRAN:
25    Q  No opinion one way or the other?     04:25p

Page 246

1  would characterize as a failed attempt to solve
2  whatever problem you believe you solved with your
3  invention?
4      MR. MIZZO: Objection. Asked and answered.
5      THE WITNESS: I don't know.                04:31p
6  BY MR. CURRAN:
7    Q   Nothing comes to mind today?
8    A   Not at this time.
9    Q   Do you believe that the three papers we
10 have marked as Exhibit 9, 10, or 11, disclose any   04:31p
11 aspect of the '647 patent?
12     MR. MIZZO: Objection. Calls for a legal
13 conclusion.
14     THE WITNESS: I am not certain.
15 BY MR. CURRAN:                                 04:31p
16   Q   Were any of these papers, Exhibits 9,
17 10, or 11, published in peer-reviewed journals?
18   A   Yes.
19   Q   Which ones?
20   A   Exhibit 9 was published in          04:32p
21 communications of the ACM, which is a peer-
22 reviewed journal.
23   Q   Were Exhibit 10 or 11 published in peer-
24 reviewed journals?
25   A   No.                                   04:32p

Page 247

1    Q   Did you present Exhibit 9 at any
2  conferences?
3    A   I don't believe so.
4    Q   Did you receive any comments from peers
5  regarding Exhibit 9 following its publication?  04:33p
6    A   I believe so.
7    Q   How would you characterize those --
8  strike that.
9        How would you characterize the reception
10 of Exhibit 9 among peers?                       04:33p
11     MR. MIZZO: Objection. Vague.
12     THE WITNESS: I don't recall in detail. My
13 memory is generally that it was positive.
14 BY MR. CURRAN:
15   Q   No specific recollections of awards or   04:33p
16 specific congratulations from peers or from an
17 audience?
18   A   Not at this time.
19   Q   Are you aware of any publications or
20 teachings that taught away from the idea of using  04:34p
21 a program to detect structures and link actions?
22     MR. MIZZO: Objection. Calls for a legal
23 conclusion, expert testimony.
24     THE WITNESS: I am not certain.
25 BY MR. CURRAN:                                 04:34p

Page 248

1    Q   Are you aware of any publications that
2  taught away from linking structures to actions?
3      MR. MIZZO: Same objections.
4      THE WITNESS: I am not certain.
5  BY MR. CURRAN:                                04:34p
6    Q   Are you aware of any publications that
7  taught away from specific methods of linking
8  structures to actions?
9      MR. MIZZO: Same objections.
10     THE WITNESS: I am not certain.           04:34p
11 BY MR. CURRAN:
12   Q   Are you aware of any publications that
13 taught away from specific methods of detecting
14 structures?
15     MR. MIZZO: Same objections.              04:34p
16     THE WITNESS: I am not certain.
17 BY MR. CURRAN:
18   Q   Are you aware of any publications or
19 teachings after your patent issued that copied
20 your invention?                               04:35p
21     MR. MIZZO: Objection. Calls for a legal
22 conclusion.
23     THE WITNESS: I am not certain.
24 BY MR. CURRAN:
25   Q   Anything that you personally believe has  04:35p

Page 249

1  or presently copies your invention?
2      MR. MIZZO: Objection. Legal conclusion.
3      THE WITNESS: I am not certain.
4  BY MR. CURRAN:
5    Q   Before you filed your patent, did you do  04:35p
6  a search for -- strike that.
7        About to ask you some questions about
8  your patent. I would like to state that I'm not
9  asking for any privileged information. So as I
10 ask questions about the patent and the patenting  04:35p
11 process, please don't reveal any communications
12 you had with Apple attorneys. Does that make
13 sense?
14   A   All right.
15   Q   Before you filed your patent, did you   04:36p
16 search for any systems or publications that might
17 be similar to what you considered the core ideas
18 of your patent?
19     MR. MIZZO: Objection. Vague, assumes facts.
20     THE WITNESS: I believe we did.           04:36p
21 BY MR. CURRAN:
22   Q   And who would have done that research?
23   A   I did.
24   Q   Anyone else?
25   A   I am not certain.                       04:36p