# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ILLINOIS

APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.)

Plaintiffs,

-vs- Case No. 11-8540

MOTOROLA, INC., and MOTOROLA, MOBILITY, INC.,

Defendants.

DEPOSITION OF JAMES R. MILLER

REDWOOD SHORES, CALIFORNIA

TUESDAY, DECEMBER 13, 2011

Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575

Certified LiveNote Reporter

Job # 44595



Highly Confidential - Attorneys' Eyes Only

of the Apple Data Detector program labeled 250, the action processor.

What is the action processor?

MS. WEISWASSER: I'm going to object to the form of the question.

THE WITNESS: I'm not certain.

BY MR. ERWINE:

Q. Do you know what the action processor was in the Apple Data Detector program?

A. I don't know how to apply that term to the Apple Data Detector program.

Q. Would it help to look at the description of the term in the context of the patent specification?

A. That would require my understanding the content of the patent.

Q. Right. I'm saying there's a description in the patent. Would it help if you took a look?

A. I don't think so, because I don't know how the terms in the patent are to be construed.

Q. Let's take a look at the patent for a moment, to potentially refresh your recollection of what the action processor is as it relates to the Apple Data Detector program.

And I would direct your attention to column 4, line 54 to 57, "Action processor 250 retrieves the



Highly Confidential - Attorneys' Eyes Only

sequence of operations that constitute the selected action and performs the sequence using the selected structure as the object of the selected action."

Do you see that, sir?

A. I see that.

Q. Do you understand what's described there?

A. I don't know how to interpret some of the terms in this section, given their presence in the patent.

Q. What terms don't you understand?

A. Structure, action, action processor.

Q. So previously you gave me your understanding of what the term "action" means.

Is that inconsistent with your understanding here?

A. I'm not sure what the meaning of the term is in the patent.

Q. Okay. So if you turn to column 2, lines 31 to 34, if you see that, it says "Each action is a computer subroutine that causes the CPU to perform a sequence of operations on the particular structure to which it is linked."

Is that consistent with your understanding of the word "action"?

A. I'm not certain what's meant here by



Highly Confidential - Attorneys' Eyes Only