1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT PX300** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2   Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3   Motion to Seal Trial Exhibit PX300.

4       Having considered Samsung's motion, and compelling reasons having been shown, the

5   Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

6

7
| Exhibit | Portions to be Sealed |
|---------|----------------------|
8
| PX300 | Pages 5-17. |

9

10   **IT IS SO ORDERED.**

11

12   DATED:        April 4, 2014                                                         *Lucy H. Koh*

13                                         The Honorable Lucy H. Koh
                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT