# Exhibit C
# (Submitted Under Seal)

## In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.,*

_____

*JUN WON LEE - Vol. 1*

March 5, 2012

_____

## *HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION**
**JUN WON LEE - 3/5/2012**

33

|  |  |
|---|---|
| 1 | have said that or might not, but I don't remember |
| 2 | exactly what was said. |
| 3 | BY MR. HEYISON: |
| 4 | Q   So sitting here today, you have no memory one |
| 10:19:30  5 | way or the other of whether Samsung asserted that Apple |
| 6 | was infringing Samsung patents at that first meeting? |
| 7 |         MR. WEINSTEIN:  Objection; outside the scope, |
| 8 | mischaracterizes prior testimony. |
| 9 |         THE WITNESS:  I can only recall that Samsung |
| 10:20:23  10 | did not assert that any specific Samsung's patents were |
| 11 | infringed. |
| 12 |         MR. WEINSTEIN:  Counsel, we have been going for |
| 13 | a little over an our.  Would this be a good time for a |
| 14 | break? |
| 10:20:36  15 |         MR. HEYISON:  You know what?  Could I -- I just |
| 16 | have a couple more questions on this first meeting.  I |
| 17 | would like to get through that and then we will take our |
| 18 | break.  Is that okay? |
| 19 |         MR. WEINSTEIN:  Okay.  That's fine. |
| 10:20:44  20 | BY MR. HEYISON: |
| 21 | Q   Okay.  So at that first meeting that you |
| 22 | attended, Mr. Lee, do you recall Apple stating that |
| 23 | Samsung had copied Apple's products? |
| 24 | A   Yes. |
| 10:21:16  25 |         MR. WEINSTEIN:  Objection; outside the scope, |

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

165

1      CERTIFICATE OF REPORTER
2          I, RACHEL FERRIER, a Certified Shorthand
3  Reporter, hereby certify that the witness in the
4  foregoing deposition was by me duly sworn to tell the
5  truth, the whole truth, and nothing but the truth in the
6  within-entitled cause;
7          That said deposition was taken down in
8  shorthand by me, a disinterested person, at the time and
9  place therein stated, and that the testimony was
10 thereafter reduced to typewriting by computer under my
11 direction and supervision and is a true record of the
12 testimony given by the witness;
13         That before completion of the deposition,
14 review of the transcript [X] was [ ] was not requested.
15 If requested, any changes made by the deponent (and
16 provided to the reporter) during the period allowed are
17 appended hereto.
18         I further certify that I am not of counsel or
19 attorney for either or any of the parties to the said
20 deposition, nor in any way interested in the event of
21 this cause, and that I am not related to any of the
22 parties thereto.
23         DATED:
24         _____
25         RACHEL FERRIER, CSR No. 6948