# EXHIBIT 5
# (Filed Under Seal)

| | |
|---|---|
| **差出人:** | 김민경 [mk7792.kim@samsung.com] |
| **送信日時:** | Thursday, October 20, 2011 11:25 |
| **宛先:** | 성정식; 오강환; 김인수 |
| **CC:** | 김호; 김융관; 한나웅; 이효진; 양영준; 김아영; 김자영; 김민경; 권중헌; Joe Jo; 김미영; 안성연; 최규옥; 이명로; 이선영; 김준석; 주민지; Minjoo Kweon; 원성준; 이혜정; 김형중; 전홍희; 유승헌; Baeksan Oh; Anne C. Suh; Paul Jonghoon Kim; Vandan Desai; 류동석; 원준호; Allison White; 이성식; 김병환; 남상득; 장인환; 김형남; 이종승; 김용운; 임혜원; 허은정; 김규성; 박의정; 태은주; 김민혁; 성진하; 남성국; 이숙경; 육승주; 배수정; 이화준; 한종현; 윤수정; 이승룡; 권양희; 이호영 |
| **件名:** | Fwd: P8 Circle Lock 적용 건 |
| **重要度:** | 高 |
| **添付ファイル:** | 201110201124958_YKENUIXH.gif; 201110201124972_LLKJ9INH.jpg; 201110201124212_TEACQZUW.gif |

201110201124958_YKENUIXH.gif (... 201110201124972_LLKJ9INH.jpg (... 201110201124212_TEACQZUW.gif (...

ㅁ수신: 오강환상무, 김인수수석, 성정식수석

ㅁ참조: 김병환전무

안녕하세요. Tablet UX 김민경입니다.

하기와 같이 Lockscreen에 대한 전사 DA안이 완료되어

Tablet 전 지역, 전 단말에 빠르게 확산 적용하려고 합니다.

이에 아직 미 출시된 단말 (P2, P8, Galaxy Tab 10.1 Note)에 대한 적용계획을 문의드리며,

급한건은 하기 메일 history와 같이 미주 사업자에서

P8용 당사의 변경된 DA안의 apk를 요청하고 있습니다.

Lockdown 일정이 10/28이며, 이를 금주 금요일에는 전달하여야 하는데,

불가해 보이니,

역으로 개발이 가능한 시점을 알려주시면 그를 토대로 커뮤니케이션 해 보겠습니다.

EXHIBIT 3
SS Lee
7-11-13 JH
PENGAD 800-631-6989

\*\*\* Tablet DA안 (세부 내용 PPT 파일 참조, 금일 GUI full 가이드 release 예정)

\*\*\* Phone DA안 (Interaction은 첨부된 동영상파일 참조, Tablet 동일)

감사합니다.

Minkyung Kim l User eXperience Part l Design Group

SAMSUNG Electronics l +82 (0)2 2255 5574 l mk7792.kim@samsung.com

------- Original Message -------

Sender : 김호<ho4u.kim@samsung.com> D5(책임)/책임/UX디자인파트(무선)/삼성전자

Date : 2011-10-19 17:27 (GMT+09:00)

Title : P8 Circle Lock 적용 건

수신: 성정식 수석, 김융관 선임, 한나웅 선임, 이효진 선임, 양영준 사원

발신: 김호 책임

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10506420

안녕하십니까.

UX디자인 파트 김호입니다.


미주 VZW향 P8 Circle lock 적용관련 긴급 업무요청 드리기 위해 메일 드립니다.

본 컨셉은 P8 MR에 적용 예정이었으나, VZW P8에 사업자 확인을 위해 긴급으로 적용이 필요한 상황입니다.

현재 당사의 lock screen identity 유지를 위하여도 동일안을 추구하는 만큼,

사업자 협의를 위한 apk나 바이너리 제공 가능한 일정 부탁드립니다.

개발에 필요한 GUI데이타는 내일 오후 중으로 모두 이관 가능합니다.

(참고로 VZW P8은 10/28일 lock down 목표로 금주 중 apk 송부 받기를 요청하고 있음)


[히스토리 요약]

P8에 현재 circle lock을 탑재하여 사업자와 재 협의를 추진중 사업자측에서 실재 working 시료 검토 요청 P8용 circle lock에 대한 apk 혹은 circle lock이 적용된 바이너리가 긴급히 필요한 상황임


이상입니다.

감사합니다.


------- Original Message -------

Sender : 김아영<ahyoung08.kim@samsung.com> D5(책임)/책임/UX디자인파트(무선)/삼성전자

Date : 2011-10-19 14:03 (GMT+09:00)

Title : Re: RE: Re: RE: RE: [Lock screen] Fwd: [P8-LTE] GUI document for UI submission


□ 수신 : 김자영 책임, 김민경 책임, 김호 책임, 권중헌 선임 / Tablet UX

　　　김미영 책임 / CD

　　　조장현 책임 / SVL


□ 참조 : 참조처 제위

□ 발신 : 김아영 책임 / UX 디자인파트 북미 CDMA


안녕하십니까.

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10506421

구두로 논의 드렸던 사항으로,
이미 최신 동영상으로는 사업자와 논의하였으나
VZW에서는 당사의 circle lock 에 대하여 unlock visual cue로서의 역할에 대하여 부정적인 반응이 있었습니다.

MNO 조장현 책임 측에서는 P8에 현재 circle lock을 탑재하여 사업자와 재 협의를 추진중입니다.
사업자측에서는 실재 working 시료로 검토를 요청하여,
P8용 circle lock에 대한 apk 혹은 circle lock이 적용된 바이너리가 긴급히 필요한 상황입니다.


김자영 책임, 김민경 책임, 김호 책임님

당사의 lock screen identity 유지를 위하여도 동일안을 추구하는 만큼, 사업자 협의를 위한 apk나 바이너리 제공 가능한 일정 부탁드립니다.
(당 모델은 10/28일 lock down을 목표로 금주 중 apk 송부 받기를 요청하고 있습니다)


김미영 책임님,

Sprint 역시 동일 이슈로 dali(s2) MR 적용을 위하여 폰용 apk 혹은 바이너리 공유가 필요합니다.
적용 예정이라고 하신 text (swipe screen to unlock) 까지 적용된 최신 버젼으로 공유 부탁드립니다.


감사합니다.


Ahyoung Kim

North America CDMA UX Lead, UX Design Part

Product Strategy Team

Mobile Communications Division

SAMSUNG  ELECTRONICS  CO., LTD


office +82.(0)2.22.555.222

mobile +82.(0)10.4005.1807

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10506422