1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                        UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 18 | APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
|---|---|---|
| 19 | Plaintiff, | |
| 20 | vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, DICARLO, LEE, MOWRY, SEXTON, SHEPPARD, AND SNOEREN** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |

26

27

28

98.51981/5858291.1

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS
AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES

1  I, Michael L. Fazio, declare:

2  1.  I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.  Attached as Exhibit A is a true and correct copy of excerpts from the June 28, 2013 deposition transcript of Rory Sexton.

3.  Attached as Exhibit B is a true and correct copy of excerpts from the August 12, 2013 Opening Expert Report of Dr. Alex Snoeren.

4.  Attached as Exhibit C is a true and correct copy of Exhibit 2 to the August 12, 2013 Opening Expert Report of Dr. Alex Snoeren.

5.  Attached as Exhibit D is a true and correct copy of excerpts from the August 12, 2013 Opening Expert Report of Dr. Todd C. Mowry.

6.  Attached as Exhibit E is a true and correct copy of excerpts from the October 25, 2011 Rebuttal Expert Report of Dr. Todd C. Mowry (Apple v. Motorola, Case No. 10-CV-662).

7.  Attached as Exhibit F is a true and correct copy of excerpts from the September 15, 2011 Opening Expert Report of Dr. Todd C. Mowry (Apple v. Motorola, Case No. 10-CV-662).

I declare under penalty of perjury that the foregoing is true and correct.   Executed on April 5, 2014, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

98.51981/5858291.1

-2-
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES