# EXHIBIT A

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3             SAN JOSE DIVISION
4
5  APPLE INC., a California
6  corporation,
7        Plaintiff,
8  vs.                              NO. 12-CV-00630-LHK
9  SAMSUNG ELECTRONICS CO., LTD.,
10 a Korean corporation; SAMSUNG
11 ELECTRONICS AMERICA, INC., a
12 New York corporation; SAMSUNG
13 TELECOMMUNICATIONS AMERICA,
14 LLC, a Delaware limited
15 liability company,
16        Defendants.
17                                /
18  HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
19        30(b)(6) DEPOSITION OF APPLE INC.
20          DESIGNEE:  RORY SEXTON
21           PALO ALTO, CALIFORNIA
22           FRIDAY, JUNE 28, 2013
23
24  TSG Job # 62597
    REPORTED BY:
25  JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Highly Confidential - Outside Attorneys' Eyes Only

Page 8

1  answering the question if he thinks it involves
2  potentially privileged information.
3  BY MR. ANDERSON:
4      Q.   Have you ever submitted a declaration or an
5  affidavit in a civil case before?                          09:42:06
6      A.   No.
7      Q.   Have you ever testified in court before?
8      A.   No.
9      Q.   Have you ever testified in an arbitration
10 before?                                                    09:42:17
11     A.   No.
12     Q.   Have you ever testified in an administrative
13 hearing before?
14     A.   No.
15          MR. ANDERSON:  I will ask the court reporter      09:42:35
16 to mark the first two exhibits.
17          (Exhibits 1 and 2 were marked for
18          identification and attached hereto.)
19          MR. STONE:  Are you numbering these 1 and 2
20 for --                                                     09:42:39
21          MR. ANDERSON:  Yeah.
22          DEPOSITION REPORTER:  Notice of deposition
23 is Exhibit 1, and Samsung's deposition is
24 Exhibit 2 -- or deposition notice to Apple.
25 BY MR. ANDERSON:                                           09:43:08

Highly Confidential - Outside Attorneys' Eyes Only

Page 9

1    Q.   Actually, let me ask you to start with
2    what's been marked as Exhibit 2, Samsung's Seventh
3    30(b)(6) Deposition Notice to Apple.
4         Do you recognize this document?
5    A.   No.                                               09:43:23
6    Q.   Do you understand that you are here today,
7    in part, to testify as a corporate representative
8    for Apple?
9    A.   Yes.
10   Q.   Can I ask you to turn to page 5 of that          09:43:37
11   exhibit.
12        Is it your understanding that you are here
13   to testify on behalf of Apple as to topic 1 on page
14   5?
15   A.   That's correct.                                  09:43:53
16        MR. STONE:  I would just like to note for
17   the record that Apple has served written objections
18   to this deposition notice.  There have also been
19   extensive discussions and meet-and-confer
20   conversations between our firms regarding the scope  09:44:05
21   of the topics in this notice.  And Mr. Sexton is
22   testifying here today on topic 1, subject to those
23   objections and those discussions.
24   BY MR. ANDERSON:
25   Q.   Are you here to testify on behalf of Apple      09:44:17

Highly Confidential - Outside Attorneys' Eyes Only

Page 10

1  for any other topics?
2      A.   No.
3      Q.   Do you understand you -- so let's turn to
4  Exhibit 1.  Do you recognize that document?
5      A.   No.                                         09:44:34
6      Q.   Do you understand that you are also here to
7  testify in your personal capacity?
8      A.   Yes.
9      Q.   How long have you worked at Apple?
10     A.   Just under 12 years.                        09:45:02
11     Q.   What's your current title?
12     A.   I'm the vice president of supply/demand
13 management.
14     Q.   Well, I'm not going ask you to go through
15 all 12 years.  Can you tell me what your position    09:45:18
16 was in January of 2010.
17     A.   Same position as I occupy now.
18     Q.   And have you had that position continuously
19 since January of 2010?
20     A.   Correct.  I may not have been a vice        09:45:29
21 president, but I had the same function.  I need to
22 check the date I became a vice president.
23     Q.   What are your responsibilities in that job?
24     A.   To assist in forecasting demand and
25 providing a demand signal to our manufacturing       09:45:47

Highly Confidential - Outside Attorneys' Eyes Only

Page 11

1  partners for how much supply we need, and then if --
2  to make -- to maximize Apple's sales across the
3  world by balancing that supply.
4      Q.   Do you have any direct reports?
5      A.   I do.                                          09:46:04
6      Q.   How many?
7      A.   I currently have 10 -- approximately 10
8  direct reports.
9      Q.   And in general terms, what are the job
10 responsibilities of those direct reports?              09:46:20
11     A.   They would do supply/demand planning for
12 specific products or geos, geographies.
13     Q.   Do you have any job responsibilities outside
14 of supply-and-demand management?
15     A.   No.                                            09:46:35
16     Q.   When did you first learn about this case?
17     A.   Last year.
18     Q.   And what were the circumstances under which
19 you learned about it?
20     A.   I read it in the press, first of all, and     09:46:53
21 also counsel asked me to prepare with the documents
22 that we have prepared for this case.
23     Q.   Did you prepare for your deposition today?
24     A.   Yes.
25     Q.   What did you do to prepare?                   09:47:10