# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**EXPERT REPORT OF DR. ALEX C. SNOEREN CONCERNING U.S. PATENT NOS. 6,847,959 AND 7,761,414**<br><br><br>**HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

397. Under the Court's construction, two threads can be considered active during an overlapping time interval even when in some instances one or the other threads is blocked waiting for an event to occur. For example, a UI thread would be considered active even if it is waiting for user input. Similarly a synchronization processing thread can be considered active even if it is waiting for a network communication or an I/O event. This is true for at least two reasons. First, an "active" thread need not be running at a particular moment, particularly if there is nothing for the thread to do while it is waiting for input. Indeed, one of skill in the art appreciates that UI threads are event-driven, in that they spend most of their time blocked waiting on asynchronous user-input events. Similarly, threads that process network data also typically block awaiting network activity. In each case, in the context of the '414 Patent one of skill in the art would describe these threads as running, as they are able to be scheduled the moment such an event occurs. Second, even if one or the other of two threads that are being executed is momentarily blocked, it does not mean that they are mutually exclusive and therefore can be concurrently executed. So in the previous example, the UI thread waiting for user input and the synchronization thread waiting for I/O events could both unblock at the same time due to, for example, the simultaneous arrival of a network packet and a user's keystroke, and would therefore both be simultaneously available to execute. The scheduler will choose which will execute first and rapidly switch between the two.

Intentionally Omitted

EXPERT REPORT OF DR. ALEX SNOEREN
CONCERNING U.S. PATENT NOS. 6,847,959 AND
7,761,414                                                                 145