# EXHIBIT C

# EXHIBIT 2

**EXHIBIT 2**

This Exhibit includes a list of documents I have reviewed in preparing my report. In preparing my report I have also reviewed the documents cited or referenced in my report and the exhibits thereto. I reserve the right to rely upon any additional information or materials that may be provided to me or that are relied upon by any of Samsung's experts or witnesses, if called to testify or to give additional opinions regarding this matter.

**A. PATENTS AND CASE DOCUMENTS**

| Description |
|---|
| U.S. Patent No. 7,761,414, July 20. 2010 |
| U.S. Patent No. 6,847,959, January 25, 2005 |
| U.S. Patent No. 8,086,604, December 27, 2011 |
| Prosecution History for United States Patent No. 7,761,414, filed January 7, 2007 |
| Prosecution History for United States Patent No. 8,086,604, filed January 5, 2000 |
| Prosecution History for United States Patent No. 6,847,959, filed January 5, 2000 |
| Motion and Memorandum in Support of Apple Inc.'s Motion for a Preliminary Injunction, February 8, 2012 [Dkt No. 10] |
| Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604, and Exhibits, dated February 8, 2012 [Dkt No. 16] |
| Samsung's Opposition to Apple's Motion for a Preliminary Injunction, April 23, 2012 [Dkt No. 114] |
| Expert Declaration of Jaime Carbonell, Ph.D., Concerning Non-Infringement and Invalidity of U.S. Patent No. 8.086, 604, April 23, 2012 and Exhibits [Dkt Nos. 117, 148-150] |
| Apple Inc.'s Reply Memorandum in Support of Its Motion for a Preliminary Injunction, May 14, 2012 [Dkt No. 175] |
| Reply Expert Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604; and Exhibits, filed May 15, 2012 [Dkt No. 179] |
| Order Granting Motion for Preliminary Injunction, June 29, 2012[Dkt No. 222] |
| Samsung's Motion to Stay Pending Appeal, filed July 1, 2012 [Dkt. 219] |
| Apple Inc.'s Opposition to Samsung's Motion to Stay and Suspend The June 29, 2012 Preliminary Injunction, filed July 1, 2012 [Dkt. 220] |
| Order Denying Samsung's Motion to Stay and Suspend The June 29, 2012 Preliminary |

| Description |
|---|
| Injunction Pending Appeal Or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal, filed July 3, 2012 [Dkt. 230] |
| Joint Claim Construction and Prehearing Statement Pursuant to Patent Local Rule 4-3, filed November 9, 2012 [Dkt. 300] |
| Apple Inc.'s Opening Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed December 21, 2012 [Dkt. 333] |
| Samsung's Opening Claim Construction Brief, filed December 21, 2012 [Dkt. 335] |
| Apple Inc.'s Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed January 25, 2013 [Dkt. 350] |
| Samsung's Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed January 25, 2013 [Dkt. 352] |
| Apple Inc.'s Amended Opening Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed February 7, 2013 [Dkt. 356] |
| Apple Inc.'s Reply Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed February 8, 2013 [Dkt. 362] |
| Samsung's Responsive Claim Construction Brief Pursuant to Patent Local Rule 4-5, filed February 8, 2013 [Dkt. 363] |
| Order Construing Disputed Claim Terms of U.S. Patent Nos. 5,579,239; 5,666,502; 5,946,647; 7,577,757; 7,756,087; 7,761,414; 8,014,760, filed April 10, 2013 [Dkt. 447] |

B.  DISCOVERY DOCUMENTS

| Description |
|---|
| Apple's Infringement Contentions for the '959 and '414 Patents |
| Final Charts found at Exhibits C and D to Samsung's Invalidity Contentions |
| Samsung's Further Supplemental Responses to Apple's First, Third and Tenth Set of Interrogatories (Interrogatory Nos. 4, 5, 6, 8, 20, 23, 24, 27, 29, 45), July 15, 2013 |
| Samsung's Further Supplemental Response to Apple's Third Set of Interrogatories (Interrogatory No. 28), July 15, 2013 |
| Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), July 15, 2013 |
| Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), July 15, 2013 |

2

**C. DEPOSITION TRANSCRIPTS & EXHIBITS**

| Description |
|---|
| Deposition Transcript of Juan V. Esteve Balducci, dated July 18, 2013 and Exhibits |
| Deposition Transcripts of Bjorn Erik Bringert, dated May 10, 2012 and June 28, 2013; and Exhibits |
| Deposition Transcript of Joonkyo (Joseph) Cheong, June 24, 2013 and Exhibits |
| Deposition Transcript of Justin Denison, dated July 18, 2013 and Exhibits |
| Deposition Transcripts of Gordon Freedman, dated January 16-17, 2013 and July 25, 2013; and Exhibits |
| Deposition Transcript of Huijae Lee, dated July 5, 2013 and Exhibits |
| Deposition Transcript of Hiroshi Lockheimer, dated July 26, 2013 and Exhibits |
| Deposition Transcript of Sang-Guen Park, dated July 3, 2013 |
| Deposition Transcript of Fred Quintana, dated June 13, 2013 and Exhibits |
| Deposition Transcript of Paul Westbrook, dated June 11, 2013 and Exhibits |
| Trial Testimony of Justin Denison, *Apple Inc. v. Samsung Electronics Co., Ltd.*, et al., Case No. 11-cv-01846 LHK (SG) |
| Deposition Testimony of Tim Sheppard, December 21, 2011, *In the matter of Certain Electronic Digital Media Devices and Components*, Investigation No. 337-TA-796 |
| Deposition Testimony of Timothy Sheppard, January 24, 2012, *Apple Inc. v. Samsung Electronics Co., Ltd.*, et al., Case No. 11-cv-01846 LHK (SG) |

**D. DOCUMENTS**

| Description |
|---|
| Baker et. al., "Megastore: Providing Scalable, Highly Available Storage for Interactive Services," Proc. of CIDR 2011, available at http://research.google.com/pubs/pub36971.html and produced at APLNDC630-0000879847 |
| Corbett et. al., "Spanner: Google's Globally-Distributed Database," Proc. of OSDI. 2012, available at http://research.google.com/archive/ spanner.html and produced at APLNDC630-0000879868 |

| Description |
|---|
| Chang et. al., "Bigtable: A Distributed Storage System for Structured Data," Proc. of OSDI. 2006, available at http://research.google.com/archive/bigtable.html and produced at APLNDC630-0001903922 |
| Mike LeBeau, Quick Search Box for Android: Search your phone and the web, Google Mobile Blog (Oct. 9, 2009, 11:38 AM), http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html and produced at APLNDC630-0000171798 |
| Mike LeBeau & Karl Rosaen, *Introducing Quick Search Box for Android*, Android Developers Blog (Sept. 17, 2009, 3:45 PM), http://android-developers.blogspot.com/2009/09/introducing-quick-search-box-for.html and produced at APLNDC630-00001370894 |
| ABSource Reference available at http://developer.apple.com/library/ios/documentation/AddressBook/Reference/ABSourceRef_iPhoneOS/ABSourceRef_iPhoneOS.pdf and produced at APLNDC630-0001911803 |
| Apple Developer: EKSource Reference available at http://developer.apple.com/library/ios/documentation/EventKit/Reference/EKSourceClassRef/EKSourceClassRef.pdf and produced at APLNDC630-0001911812 |
| AbstractThreadedSyncAdapter, *available at* http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html and produced at APLNDC630-0000879625 |
| Android Developers, Transferring Data Using Sync Adapters available at http://developer.android.com/training/sync-adapters/index.html and produced at APLNDC630-0001906247 |
| Application Fundamentals, available *at* http://developer.android.com/guide/components/fundamentals.html and produced at APLNDC630-0000879654 |
| Autocomplete, available *at* https://support.google.com/websearch/answer/106230?hl=en and produced at APLNDC630-0001906232 |
| Calendar Provider, available at http://developer.android.com/guide/topics/providers/calendar-provider.html and produced at APLNDC630-0000879641 |
| Contacts Provider, available at http://developer.android.com/guide/topics/providers/contacts-provider.html and produced at APLNDC630-0000879662 |

| Description |
|---|
| "Content Provider Basics," Android Developer's Guide, http://developer.android.com/guide/topics/providers/content-provider-basics.html, and produced at APLNDC630-0000879683 |
| Content Providers, available at http://developer.android.com/guide/topics/providers/content-providers.html and produced at APLNDC630-0000879700 |
| Overview of Exchange Server Database Architecture and Database Engine, available at http://support.microsoft.com/kb/271987 and produced at APLNDC630-0000879859 |
| Processes and Threads, and produced at http://developer.android.com/guide/components/processes-and-threads.html and produced at APLNDC630-0000879713 |
| "Protocol Buffers – Google's data interchange format," available at http://code.google.com/p/protobuf/ |
| Running a Sync Adapter, available *at* http://developer.android.com/training/sync-adapters/running-sync-adapter.html and produced at APLNDC630-0001906238 |
| Search Engine Land, Google now personalizes everyone's search results available *at* http://searchengineland.com/google-now-personalizes-everyones-search-results-31195 and produced at APLNDC630-0001911839 |
| "Search Overview," Android Developer's Guide, available at http://developer.android.com/guide/topics/search/index.html and produced at APLNDC630-0001370897 |
| Xing, Ming, Doozan, Snoeren et al., Take This Personally: Pollution Attacks on Personalized Services, USENIX Security '13, Washington, DC (August 2013) available at http://cseweb.ucsd.edu/~snoeren/papers/pollution-usesec13.pdf and produced at APLNDC630-0001911823 |
| User Guides and Manuals for the Samsung Accused Products |
| Certificate of Interested Entities or Persons of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (Dkt. 41), March 5, 2012 |

**E. DISCOVERY DOCUMENTS**

- Source code produced and made available for inspection by Samsung and Google.

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| APLNDC630-0000159333 |
| APLNDC630-0000160973 |
| APLNDC630-0000161177 |
| APLNDC630-0000161385 |
| APLNDC630-0000162108 |
| APLNDC630-0000879654 |
| APLNDC630-0000879683 |
| APLNDC630-0000879713 |
| APLNDC630-0000879772 |
| APLNDC630-0000879773 |
| APLNDC630-0000879775 |
| APLNDC630-0000879776 |
| APLNDC630-0000879778 |
| APLNDC630-0000879780 |
| APLNDC630-0000879784 |
| APLNDC630-0000879786 |
| APLNDC630-0000879788 |
| APLNDC630-0000879790 |
| APLNDC630-0000879792 |
| APLNDC630-0000879794 |
| APLNDC630-0000879809 |
| APLNDC630-0000879813 |
| APLNDC630-0000879819 |
| APLNDC630-0000879821 |
| APLNDC630-0000879823 |
| APLNDC630-0000879825 |
| APLNDC630-0000879829 |
| APLNDC630-0000879831 |
| APLNDC630-0000879833 |
| APLNDC630-0000879835 |
| APLNDC630-0000879837 |
| APLNDC630-0000879845 |
| APLNDC630-0000879887 |
| APLNDC630-0001370745 |
| APLNDC630-0001370765 |
| APLNDC630-0001370791 |
| APLNDC630-0001370827 |
| APLNDC630-0001370853 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| APLNDC630-0001899028 |
| APLNDC630-0001899041 |
| APLNDC630-0001899148 |
| APLNDC630-0001899389 |
| APLNDC630-0001899758 |
| APLNDC630-0001900018 |
| APLNDC630-0001900256 |
| APLNDC630-0001900658 |
| APLNDC630-0001900903 |
| APLNDC630-0001901126 |
| APLNDC630-0001901361 |
| APLNDC630-0001901612 |
| APLNDC630-0001901865 |
| APLNDC630-0001902119 |
| APLNDC630-0001902278 |
| APLNDC630-0001902652 |
| APLNDC630-0001902866 |
| APLNDC630-0001903070 |
| APLNDC630-0001903243 |
| APLNDC630-0001903246 |
| APLNDC630-0001903249 |
| APLNDC630-0001903435 |
| APLNDC630-0001903913 |
| APLNDC630-0001903916 |
| APLNDC630-0001903919 |
| APLNDC630-0001904393 |
| APLNDC630-0001904873 |
| APLNDC630-0001905061 |
| APLNDC630-0001905358 |
| APLNDC630-0001905653 |
| APLNDC630-0001905895 |
| APLNDC630-0001911538 |
| GOOG-NDCAL630-00000005 |
| GOOG-NDCAL630-00000019 |
| GOOG-NDCAL630-00000041 |
| GOOG-NDCAL630-00000110 |
| GOOG-NDCAL630-00000204 |
| GOOG-NDCAL630-00000289 |
| GOOG-NDCAL630-00000293 |
| GOOG-NDCAL630-00000317 |
| GOOG-NDCAL630-00000383 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| GOOG-NDCAL630-00000400 |
| GOOG-NDCAL630-00000419 |
| GOOG-NDCAL630-00000654 |
| GOOG-NDCAL630-00000659 |
| GOOG-NDCAL630-00000680 |
| GOOG-NDCAL630-00000686 |
| GOOG-NDCAL630-00000787 |
| GOOG-NDCAL630-00000794 |
| GOOG-NDCAL630-00001031 |
| GOOG-NDCAL630-00001040 |
| GOOG-NDCAL630-00001054 |
| GOOG-NDCAL630-00004877 |
| GOOG-NDCAL630-00004918 |
| GOOG-NDCAL630-00007345 |
| GOOG-NDCAL630-00007363 |
| GOOG-NDCAL630-00008180 |
| GOOG-NDCAL630-00010212 |
| GOOG-NDCAL630-00010422 |
| GOOG-NDCAL630-00010435 |
| GOOG-NDCAL630-00010445 |
| GOOG-NDCAL630-00010452 |
| GOOG-NDCAL630-00010459 |
| GOOG-NDCAL630-00010870 |
| GOOG-NDCAL630-00010961 |
| GOOG-NDCAL630-00010964 |
| GOOG-NDCAL630-00012025 |
| GOOG-NDCAL630-00012039 |
| GOOG-NDCAL630-00012056 |
| GOOG-NDCAL630-00012239 |
| GOOG-NDCAL630-00012246 |
| GOOG-NDCAL630-00012466 |
| GOOG-NDCAL630-00012502 |
| GOOG-NDCAL630-00012814 |
| GOOG-NDCAL630-00013396 |
| GOOG-NDCAL630-00013482 |
| GOOG-NDCAL630-00014948 |
| GOOG-NDCAL630-00015024 |
| GOOG-NDCAL630-00024223 |
| GOOG-NDCAL630-00024316 |
| GOOG-NDCAL630-00024324 |
| GOOG-NDCAL630-00024327 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| GOOG-NDCAL630-00024341 |
| GOOG-NDCAL630-00024379 |
| GOOG-NDCAL630-00024602 |
| GOOG-NDCAL630-00024621 |
| GOOG-NDCAL630-00024628 |
| GOOG-NDCAL630-00024642 |
| GOOG-NDCAL630-00024786 |
| GOOG-NDCAL630-00024803 |
| GOOG-NDCAL630-00024860 |
| GOOG-NDCAL630-00025005 |
| GOOG-NDCAL630-00025125 |
| GOOG-NDCAL630-00025138 |
| GOOG-NDCAL630-00025251 |
| GOOG-NDCAL630-00025320 |
| GOOG-NDCAL630-00025349 |
| GOOG-NDCAL630-00025456 |
| GOOG-NDCAL630-00025772 |
| GOOG-NDCAL630-00025958 |
| GOOG-NDCAL630-00028076 |
| GOOG-NDCAL630-00028826 |
| GOOG-NDCAL630-00035435 |
| GOOG-NDCAL630-00035862 |
| GOOG-NDCAL630-00037192 |
| GOOG-NDCAL630-00037369 |
| GOOG-NDCAL630-00038982 |
| GOOG-NDCAL630-00039253 |
| GOOG-NDCAL630-00039349 |
| GOOG-NDCAL630-00040405 |
| GOOG-NDCAL630-00040450 |
| GOOG-NDCAL630-00046083 |
| GOOG-NDCAL630-00046699 |
| GOOG-NDCAL630-00049691 |
| GOOG-NDCAL630-00049717 |
| GOOG-NDCAL630-00050880 |
| GOOG-NDCAL630-00051748 |
| GOOG-NDCAL630-00053028 |
| GOOG-NDCAL630-00053215 |
| GOOG-NDCAL630-00053361 |
| GOOG-NDCAL630-00053415 |
| GOOG-NDCAL630-00054666 |
| GOOG-NDCAL630-00054672 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| GOOG-NDCAL630-00058454 |
| GOOG-NDCAL630-00060080 |
| GOOG-NDCAL630-00060289 |
| GOOG-NDCAL630-00060317 |
| GOOG-NDCAL630-00070082 |
| GOOG-NDCAL630-00060740 |
| GOOG-NDCAL630-00060772 |
| GOOG-NDCAL630-00060774 |
| GOOG-NDCAL630-00060860 |
| GOOG-NDCAL630-00060931 |
| GOOG-NDCAL630-00060950 |
| GOOG-NDCAL630-00061016 |
| GOOG-NDCAL630-00061060 |
| GOOG-NDCAL630-00061189 |
| GOOG-NDCAL630-00061307 |
| GOOG-NDCAL630-00061339 |
| GOOG-NDCAL630-00061382 |
| GOOG-NDCAL630-00061396 |
| GOOG-NDCAL630-00061564 |
| GOOG-NDCAL630-00061769 |
| GOOG-NDCAL630-00061778 |
| GOOG-NDCAL630-00061779 |
| GOOG-NDCAL630-00061790 |
| GOOG-NDCAL630-00061793 |
| GOOG-NDCAL630-00061805 |
| GOOG-NDCAL630-00061808 |
| GOOG-NDCAL630-00061811 |
| GOOG-NDCAL630-00061813 |
| GOOG-NDCAL630-00061818 |
| GOOG-NDCAL630-00062038 |
| GOOG-NDCAL630-00062048 |
| GOOG-NDCAL630-00062054 |
| GOOG-NDCAL630-00062065 |
| GOOG-NDCAL630-00062076 |
| GOOG-NDCAL630-00062083 |
| GOOG-NDCAL630-00062102 |
| GOOG-NDCAL630-00062230 |
| GOOG-NDCAL630-00062246 |
| GOOG-NDCAL630-00062249 |
| GOOG-NDCAL630-00062277 |
| GOOG-NDCAL630-00062278 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| GOOG-NDCAL630-00062281 |
| GOOG-NDCAL630-00062283 |
| GOOG-NDCAL630-00062284 |
| GOOG-NDCAL630-00062291 |
| GOOG-NDCAL630-00062302 |
| GOOG-NDCAL630-00062359 |
| GOOG-NDCAL630-00062378 |
| GOOG-NDCAL630-00062544 |
| GOOG-NDCAL630-00062546 |
| GOOG-NDCAL630-00062591 |
| GOOG-NDCAL630-00062651 |
| GOOG-NDCAL630-00062744 |
| GOOG-NDCAL630-00062800 |
| GOOG-NDCAL630-00062926 |
| GOOG-NDCAL630-00062948 |
| GOOG-NDCAL630-00062959 |
| GOOG-NDCAL630-00062964 |
| GOOG-NDCAL630-00062967 |
| GOOG-NDCAL630-00062973 |
| GOOG-NDCAL630-00062978 |
| GOOG-NDCAL630-00062994 |
| GOOG-NDCAL630-00063001 |
| GOOG-NDCAL630-00063004 |
| GOOG-NDCAL630-00063006 |
| GOOG-NDCAL630-00063034 |
| GOOG-NDCAL630-00063039 |
| GOOG-NDCAL630-00063050 |
| GOOG-NDCAL630-00063057 |
| GOOG-NDCAL630-00063065 |
| GOOG-NDCAL630-00063079 |
| GOOG-NDCAL630-00063084 |
| GOOG-NDCAL630-00063086 |
| GOOG-NDCAL630-00063091 |
| GOOG-NDCAL630-00063092 |
| GOOG-NDCAL630-00063097 |
| GOOG-NDCAL630-00063106 |
| GOOG-NDCAL630-00063118 |
| GOOG-NDCAL630-00063127 |
| GOOG-NDCAL630-00063133 |
| GOOG-NDCAL630-00063147 |
| GOOG-NDCAL630-00063220 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| GOOG-NDCAL630-00063293 |
| GOOG-NDCAL630-00063358 |
| GOOG-NDCAL630-00063361 |
| GOOG-NDCAL630-00063375 |
| GOOG-NDCAL630-00063416 |
| GOOG-NDCAL630-00063504 |
| GOOG-NDCAL630-00063778 |
| GOOG-NDCAL630-00065054 |
| GOOG-NDCAL630-00065335 |
| GOOG-NDCAL630-00065422 |
| GOOG-NDCAL630-00065426 |
| GOOG-NDCAL630-00065628 |
| GOOG-NDCAL630-00065644 |
| GOOG-NDCAL630-00065655 |
| GOOG-NDCAL630-00065677 |
| GOOG-NDCAL630-00065708 |
| GOOG-NDCAL630-00065709 |
| GOOG-NDCAL630-00065710 |
| GOOG-NDCAL630-00065712 |
| GOOG-NDCAL630-00065713 |
| GOOG-NDCAL630-00065715 |
| GOOG-NDCAL630-00065717 |
| GOOG-NDCAL630-S-00004453 |
| GOOG-NDCAL630-S-00004454 |
| GOOG-NDCAL630-S-00005815 |
| GOOG-NDCAL630-S-00005817 |
| GOOG-NDCAL630-S-00007789 |
| GOOG-NDCAL630-S-00007799 |
| GOOG-NDCAL630-S-00007801 |
| GOOG-NDCAL630-S-00007957 |
| GOOG-NDCAL630-S-00007958 |
| GOOG-NDCAL630-S-00007959 |
| GOOG-NDCAL630-S-00007960 |
| GOOG-NDCAL-S-00007801 |
| SAMNDCA10090989 |
| SAMNDCA630-00217804 |
| SAMNDCA630-00349861 |
| SAMNDCA630-00911800 |
| SAMNDCA630-00920057 |
| SAMNDCA630-00920471 |
| SAMNDCA630-00920874 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| SAMNDCA630-00921130 |
| SAMNDCA630-00921729 |
| SAMNDCA630-00922217 |
| SAMNDCA630-00923282 |
| SAMNDCA630-00924419 |
| SAMNDCA630-00924878 |
| SAMNDCA630-00925908 |
| SAMNDCA630-00925915 |
| SAMNDCA630-01038734 |
| SAMNDCA630-04295266 |
| SAMNDCA630-05099024 |
| SAMNDCA630-05148754 |
| SAMNDCA630-05446122 |
| SAMNDCA630-05450924 |
| SAMNDCA630-05658428 |
| SAMNDCA630-05662425 |
| SAMNDCA630-06034311 |
| SAMNDCA630-06175532 |
| SAMNDCA630-06224750 |
| SAMNDCA630-06242541 |
| SAMNDCA630-06268364 |
| SAMNDCA630-06305483 |
| SAMNDCA630-06390206 |
| SAMNDCA630-06390294 |
| SAMNDCA630-06391548 |
| SAMNDCA630-06406540 |
| SAMNDCA630-06488970 |
| SAMNDCA630-06519666 |
| SAMNDCA630-06642200 |
| SAMNDCA630-06643293 |
| SAMNDCA630-07313173 |
| SAMNDCA630-07329664 |
| SAMNDCA630-07515681 |
| SAMNDCA630-07515686 |
| SAMNDCA630-07517047 |
| SAMNDCA630-07694668 |
| SAMNDCA630-07831241 |
| SAMNDCA630-07865073 |
| SAMNDCA630-07866179 |
| SAMNDCA630-07878226 |
| SAMNDCA630-S00025054 |

| DOCUMENTS FOUND AT THE FOLLOWING BATES NUMBERS |
|---|
| SAMNDCA630-S00025055 |
| SAMNDCA630-S00025066 |
| SAMNDCA630-S00025428 |
| SAMNDCA630-S00051531 |
| SAMNDCA630-S00051541 |
| SAMNDCA630-S00051542 |
| SAMNDCA630-SC00025055 |
| SAMNDCA630-SC00025066 |
| SAMNDCA630-SC00025430 |
| SAMNDCA630-SC00025431 |
| SAMNDCA630-SC00025444 |
| SAMNDCA630-SC00025459 |
| SAMNDCA630-SC00025484 |
| SAMNDCA630-SC00051530 |
| SAMNDCA630-SC00051539 |
| SAMNDCA630-SC00053806 |
| SAMNDCA630-SC00053833 |
| SAMNDCA630-SC00065911 |
| SAMNDCA630-SC00065921 |
| SAMNDCA630-SC00065922 |
| SAMNDCA630-SC00065924 |
| SAMNDCA630-SC00065946 |
| SAMNDCA630-SC00065990 |
| SAMNDCA630-SC00065991 |
| S-ITC-003856763 |
| S-ITC-003860399 |