# EXHIBIT E

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| APPLE INC., and NEXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),<br><br>　　　　Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>MOTOROLA, INC. and MOTOROLA MOBILITY, INC.<br><br>　　　　Defendants and Counterclaim-Plaintiffs | Case No. 10-CV-662 (BBC) |

**REBUTTAL EXPERT REPORT OF TODD C. MOWRY REGARDING VALIDITY OF U.S. PATENT NO. 5,946,647**

---

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

structures in data and user interfaces generally used in the industry." Rather, as I stated above, I believe it is more appropriate that a person of ordinary skill in the art would have a general knowledge of computer science. Nonetheless, I have considered Dr. Clark's proposed level of ordinary skill and it does not change my opinion that the asserted claims of the '647 patent are valid or any of my opinions in my '647 patent Opening Report. In particular, the expression "detecting structures in data" has a particular meaning in the context of the ' 647 patent, and I disagree that a person of ordinary skill would have this type of expertise.

10. To the extent that a student would encounter related technology while pursuing a bachelor's degree in computer science, the closest subject matter that comes to mind is learning about "parsing" in an undergraduate compilers class. However, parsing in a compiler is quite different from "detecting structures in data." since it involves applying a grammar to an entire source code file to understand its complete structure. In contrast, the "structure detection" of the '647 patent is quite different in that it involves finding and identifying semantically-significant "nuggets" of information such as email addresses, phone numbers, postal addresses, etc. In addition, undergraduate compilers courses are typically elective courses that are taken by only a relatively small fraction of undergraduate computer science majors: e.g., at Carnegie Mellon University, our equivalent course (15-411 Compiler Design) typically has an enrollment of roughly 15% of our undergraduate computer science majors. Hence, to the extent that Dr. Clark is asserting that a person of ordinary skill in the art would be likely to have taken a course on compiler design, I disagree.

11. Regarding Dr. Clark's statement that a person of ordinary skill in the art "would be familiar with computer programming related to … *user interfaces* generally used in the industry," I disagree. While a person or ordinary skill in the art in the mid-1990's would

Todd C. Mowry Rebuttal Expert Report Case No. 10-CV-662
3

Highly Confidential - Attorneys' Eyes Only                                                                                           APLNDC630-0000069211

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

certainly be familiar with *using* various user interfaces, having expertise in *programming* user interfaces would be a far more specialized skill.  A typical undergraduate computer science major would not take a course on user interface programming, for example.

12.   Finally, the combination of having familiarity with both computer programming related to "detecting structures in data" and computer programming related to "user interfaces generally used in the industry" would be quite unusual, since compiler design and user interfaces are separate specialties within computer science where there is typically very little overlap.  In my opinion, a person with expertise in both of these areas would be a person of exceptional skill in the art, not a person of ordinary skill in the art.

## VI.   FURTHER BACKGROUND OF THE '647 PATENT AND RELATED TECHNOLOGY

13.   I provided a general discussion of the '647 patent and related technology in my '647 patent Opening Report and incorporate it by reference herein.  To the extent Dr. Clark's statements or opinions set forth in the Clark Validity Report contradict my '647 patent Opening Report, I disagree with those statements or opinions. I also specifically disagree with Dr. Clark for the reasons described below.

14.   In paragraphs 40-64 of the Clark Validity Report, Dr. Clark provides opinions regarding the technology disclosed in the '647 patent, using many direct quotations from the patent itself.  In many of these paragraphs, Dr. Clark seeks to explain how "the '647 inventors" defined certain terms in the patent.  I disagree with Dr. Clark's assertions as to his views of the meanings of these claim terms.  I understand that the Court in this Action has not construed any of the terms of the '647 patent, and the parties have likewise not stipulated or agreed to any constructions.

---

Todd C. Mowry Rebuttal Expert Report Case No. 10-CV-662
4

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000069212

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Dated: October 25, 2011

*[signature]*

Todd C. Mowry

Highly Confidential - Attorneys' Eyes Only                                    APLNDC630-0000069324