1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES FOR DENISON, DICARLO, LEE, MOWRY, SEXTON, SHEPPARD, AND SNOEREN** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits related to the parties' disclosures for Denison, DiCarlo, Lee, Mowry, Sexton, Sheppard, and Snoeren.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Exhibit | Portions to be Filed Under Seal |
|---|---|
| JX50 | Exhibit in its entirety. |
| JX51 | Exhibit in its entirety. |
| JX53 | Exhibit in its entirety. |
| PDX91 | Pages 16-18. |
| Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), July 15, 2013 | Pages 4, 5, 6, and 8-17. |
| Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), July 15, 2013 | Pages 12-41. |
| Appendix A to Samsung's Response to Apple's Interrogatory No. 48 [contained within Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), July 15, 2013] | Pages 1-77. |
| Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45), October 4, 2013 | Pages 279:3-7, 293:7-10, 294:23-25, 295:23-296:2, 296:23-25, 297:23-28, 304:9-28, 305:13-28. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

02198.51981/5858340.1

-1-    Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL