1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Justin Denison, Nick DiCarlo, Jun Won Lee, Todd Mowry, Rory Sexton, Tim Sheppard and Alex Snoeren and Motion to Seal ("Apple's Objections and Responses") and Exhibits 1 and 2 to the Declaration of Ruth N. Borenstein in Support of Apple's Objections and Responses ("Exhibits 1 and 2").  Apple has filed the Declaration of Ruth N. Borenstein in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Objections and Responses to Objections Regarding Justin Denison, Nick DiCarlo, Jun Won Lee, Todd Mowry, Rory Sexton, Tim Sheppard and Alex Snoeren and Motion to Seal ("Apple's Objections and Responses") | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 1 | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 2 | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014        _____
                                       Hon. Lucy H. Koh
                                       United States District Judge