1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF SEXTON, MOWRY, AND SNOEREN** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Ruth n. Borenstein in Support of Sealing Materials that Apple and Samsung May Use During the Examinations of Sexton, Mowry, and Snoeren ("Borenstein Declaration"). The Court grants Apple's request to seal the materials disclosed in the Borenstein Declaration as indicated below:

| Document | Portion to be Sealed |
|---|---|
| PX128 | Sealed in full. |
| DX411 | Sealed in full, except for pages 1, 2, and 32 if shown in Court. |
| DX415 | Sealed in full. |
| DX430 | Pages 2, 3, 5, and all pages not shown in court. |
| Apple's Supplemental Responses to Interrogatories Nos. 25, 26, 41, 42 (dated Oct. 4, 2013) (75:1-83:11; 91:1-92:10; 104:4-10; 121:1-16; 322:3-324:18; 329:3-16; 329:17-336:18; 340:24-27) | Portion(s) identified by Apple on pages 83, 91, 336 and 340. |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge