1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   12-cv-00630-LHK<br><br>**APPLE'S NOTICE REGARDING ITS DISCLOSURES OF DEMONSTRATIVES, EXHIBITS, AND DESIGNATIONS THAT ARE THE SUBJECT OF OBJECTIONS AND RESPONSES REGARDING JUSTIN DENISON, NICK DICARLO, JUN WON LEE, TODD MOWRY, RORY SEXTON, TIM SHEPPARD AND ALEX SNOEREN** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Apple Inc. ("Apple") will deliver Chambers copies of those demonstratives, exhibits, and deposition testimony that Apple disclosed regarding Justin Denison, Nick DiCarlo, Jun Won Lee, Todd Mowry, Rory Sexton, Tim Sheppard, and Alex Snoeren that are the subject of Samsung's objections.

Dated: April 5, 2014          MORRISON & FOERSTER LLP

                              By: */s/ Rachel Krevans*
                                  Rachel Krevans

                                  Attorneys for Plaintiff
                                  APPLE INC.

APPLE'S NOTICE REGARDING DISCLOSURES RE DENISON, DICARLO, LEE, MOWRY, SEXTON, SHEPPARD, AND SNOEREN
Case No. 12-cv-00630-LHK
sf-3403110

1