QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**NOTICE OF ERRATA REGARDING SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, DICARLO, LEE, MOWRY, SEXTON, SHEPPARD, AND SNOEREN [DKT. NO. 1592]** |

1    PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby serve this Notice of Errata Regarding Samsung's High Priority Objections and

4  Responses Regarding Exhibits and Demonstratives Disclosed For Denison, DiCarlo, Lee, Mowry,

5  Sexton, Sheppard and Snoeren:

6         •    The word "public" is inadvertently omitted from Samsung's objection to JX53 on

7              page 4, lines 18-19.   The final sentence of Samsung's objection to JX53 should

8              read: "Importantly, Apple has not and cannot point to a single specific page of Dr.

9              Mowry's report that cites to public Android code."

10  There are no other changes.

11

12  DATED: April 5, 2014                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
13
                                            By  /s/ Michael L. Fazio
14                                          _____
                                               Charles K. Verhoeven
15                                             Kevin P.B. Johnson
                                               Victoria F. Maroulis
16                                             William C. Price
                                               Michael L. Fazio
17
                                               Attorneys for SAMSUNG ELECTRONICS
18                                             CO., LTD., SAMSUNG ELECTRONICS
                                               AMERICA, INC., and SAMSUNG
19                                             TELECOMMUNICATIONS AMERICA, LLC

20

21

22

23

24

25

26

27

28