| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal relating to Samsung's Supplemental Brief on Apple's Non-Practice of Asserted Claim 20 of the '414 Patent, Asserted Claim 18 of the '172 Patent, and Asserted Claim 25 of the '959 Patent ("Samsung's Supplemental Brief in Response to the Court's April 3 Order") (Dkt. No. 1582) and Exhibits 2, 3, and 4 to the Declaration of Michael L. Fazio in Support of Samsung's Supplemental Brief in Response to the Court's April 3 Order ("Fazio Declaration") (Dkt. No. 1582-4).

3. Exhibits 2 and 4 to the Fazio Declaration contain a list of source code file names. The following portions of Exhibit 2 to the Fazio Declaration identify specific source code file names:

| Page | Lines |
|---|---|
| 336 | 13-18; 24-27 |
| 337 | 1-3; 17-21; 26-27 |
| 338 | 1-14; 26-27 |
| 339 | 1-9; 13-17; 23-27 |
| 340 | 1-7; 8-19 |

The following portions of Exhibit 4 to the Fazio Declaration identify specific source code file names:

| Page | Lines |
|---|---|
| 198 | Para. 501, lines 3-5 |
| 200 | Para. 505, lines 9-13 |

Accordingly, these portions of Exhibits 2 and 4 to the Fazio Declaration should be sealed. As this Court has previously held, "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable under the "compelling reasons" standard. (Case No. 11-cv-1846, Dkt. No.

2190 at 3 (Dec. 10, 2012), Dkt. No. 2046 at 3 (Oct. 16, 2012), Dkt. No. 1649 at 8 (Aug. 9, 2012) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).) The specific Apple technical information at issue here is nonpublic. In this litigation, source code is treated with the utmost confidentiality and additional restrictions regarding its protection were implemented. (*See* Dkt. No. 512 at ¶ 11; Declaration of Cyndi Wheeler, Dkt. No. 803-2.) The technical information at issue here, derived from or related to source code, is similar to other information the Court has ordered sealed. Apple has extremely tight controls on its source code to limit access and that revelation of source code or the underlying functionality of its products would cause Apple competitive harm. (Declaration of Cyndi Wheeler, Dkt. No. 685.) For all of these reasons, the source code file names included in Exhibits 2 and 4 to the Fazio Declaration should be sealed.

4. Apple is serving on Samsung a highlighted version of Exhibits 2 and 4 to the Fazio Declaration identifying the portions of those documents which Apple is supporting sealing. Apple understands that Samsung will file a conformed copy of these documents with the Court identifying what information Apple, Samsung and any third parties have supported sealing in their declarations.

5. Apple does not maintain a claim of confidentiality over any portions of Samsung's Supplemental Brief in Response to the Court's April 3 Order and Exhibits 2, 3, and 4 to the Fazio Declaration other than those identified above.

6. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding trade secret information pertaining to the accused Apple products.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of April, 2014, in San Jose, California.

Dated: April 5, 2014          */s/ Peter J. Kolovos*
                              Peter J. Kolovos

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 5, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

# ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:   April 5, 2014

*/s/ Mark D. Selwyn*
Mark D. Selwyn