# EXHIBIT 3

## Unredacted Version of
## Document Sought to Be Sealed

Highly Confidential Attorneys Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4

5   APPLE, INC., a California       )
    corporation,                    )
6                                   )
                        PLAINTIFF,  )
7            VS.                     )   12-cv-00630-LHK
                                    )
8   SAMSUNG ELECTRONICS, CO., LTD,)
    a Korean business entity;       )   VOLUME I
9   SAMSUNG ELECTRONICS AMERICA,    )
    INC., a New York corporation;  )
10  SAMSUNG TELECOMMUNICATIONS       )
    AMERICA, LLC, a Delaware        )
11  limited liability company,      )
                        DEFENDANTS. )
12  _____)
13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15

16   VIDEOTAPED DEPOSITION OF ANDREW COCKBURN, Ph.D.
17            LOS ANGELES, CALIFORNIA
18          THURSDAY, SEPTEMBER 26, 2013
19
20
21
22
23  REPORTED BY:
24  CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, RSA
25  JOB NO.: 66065

Highly Confidential Attorneys Eyes Only

Page 43

1    claim 27 at the moment.

2         Q.     Claim 27 for the moment.

3         A.     I would read, for instance, through a

4    punctuation mark key of the keyboard, for instance.

5    That's clearly directed at interacting with the          09:45

6    keyboard.

7         Q.     You would agree that there were virtual

8    keyboards before 2006; is that correct?

9         A.     I would.  Yes.

10        Q.     And users could type on virtual             09:46

11   keyboards before 2006?

12        A.     Correct.

13        Q.     And users could interact with virtual

14   keyboards by entering punctuation before 2006?

15        A.     Correct.                                    09:46

16        Q.     We discussed claim 18 previously.  You

17   agree that the iOS operating system does not

18   practice claim 18 of the '172 patent; correct?

19        A.     It does not claim -- it does not

20   practice all elements of the claim.                     09:46

21        Q.     And with respect to your infringement

22   positions in this case, it's your opinion -- it's

23   your opinion that the Samsung products practice

24   claim 18; is that correct?

25        A.     The Samsung products referred to in my      09:47