# EXHIBIT 2

## Unredacted Version of
## Document Sought to Be Sealed

1    JOSH A. KREVITT (CA SBN 208552)          WILLIAM F. LEE (*pro hac vice*)
     jkrevitt@gibsondunn.com                  william.lee@wilmerhale.com
2    H. MARK LYON (CA SBN 162061)             WILMER CUTLER PICKERING
     mlyon@gibsondunn.com                       HALE AND DORR LLP
3    GIBSON, DUNN & CRUTCHER LLP              60 State Street
     1881 Page Mill Road                      Boston, Massachusetts  02109
4    Palo Alto, California  94304-1211        Telephone:  (617) 526-6000
     Telephone:  (650) 849-5300               Facsimile:  (617) 526-5000
5    Facsimile:  (650) 849-5333

6    MICHAEL A. JACOBS (CA SBN 111664)        MARK D. SELWYN (CA SBN 244180)
     mjacobs@mofo.com                         mark.selwyn@wilmerhale.com
7    RICHARD S.J. HUNG (CA SBN 197425)        WILMER CUTLER PICKERING
     rhung@mofo.com                             HALE AND DORR LLP
8    MORRISON & FOERSTER LLP                  950 Page Mill Road
     425 Market Street                        Palo Alto, California  94304
9    San Francisco, California  94105-2482    Telephone:  (650) 858-6000
     Telephone:  (415) 268-7000               Facsimile:  (650) 858-6100
10   Facsimile:  (415) 268-7522

11

12   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN JOSE DIVISION

15   APPLE INC., a California corporation,

16                  Plaintiff,

17        vs.                                 Case No. 12-cv-00630-LHK (PSG)

18   SAMSUNG ELECTRONICS CO., LTD.,           APPLE INC.'S FURTHER
     a Korean business entity; SAMSUNG        SUPPLEMENTAL OBJECTIONS AND
19   ELECTRONICS AMERICA, INC., a             RESPONSES TO SAMSUNG'S
     New York corporation; SAMSUNG            INTERROGATORIES NOS.  1, 2, 3, 5, 9,
20   TELECOMMUNICATIONS AMERICA,              10, 25, 26, 27, 39, 40, 41, 42, 49
     LLC, a Delaware limited liability
21   company,                                 HIGHLY CONFIDENTIAL –
                                              ATTORNEYS' EYES ONLY
22                  Defendants.

23

24

25

26

27

28

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides its supplemental responses to Interrogatory Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, and 49 served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung"). These responses are based on information reasonably available to Apple at the present time. Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available. Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's Interrogatories are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Tenth Set of Interrogatories as follows:

## INTERROGATORIES

## INTERROGATORY NO. 1:

Separately identify and describe in detail each and every instance in which APPLE or anyone else has ever given notice to SAMSUNG of the existence and/or the alleged infringement of the APPLE PATENTS, including without limitation: the date of notice; the manner in which notice was given; the patent(s) and the patent claim(s) at issue; the sum and substance of the notice; and the identity of all documents or oral communications constituting such notice.

- 1 –

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

Interrogatory, including during expert discovery, in the event that Samsung further clarifies its response to Apple's Interrogatory No. 29 and its non-infringement arguments generally.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 41**

Additional evidence supporting that certain of Samsung's non-infringing alternatives infringe the patents-in-suit includes, but is not limited to, the Samsung accused devices that Apple has made available for inspection and the documents identified in the attached Appendices A, C, and E.

In addition, Apple's contentions regarding that certain of Samsung's non-infringing alternatives infringe the patents-in-suit are the subject of expert opinion found in the following expert reports which are hereby incorporated by reference:

- Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 And 7,761,414 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Initial Expert Report Of Dr. Todd C. Mowry Regarding Infringement Of U.S. Patent No. 5,946,647 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Expert Report Of Professor Andrew Cockburn dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto

**INTERROGATORY NO. 42:**

To the extent not already provided in response to Samsung's Interrogatory No. 25, for each APPLE COVERED PRODUCT that APPLE contends, for any purpose, practices any asserted claim of the APPLE PATENTS-IN-SUIT, IDENTIFY, in chart format, specifically where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of each limitation of each asserted claim, and INCLUDING, but not limited to, for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in the APPLE COVERED PRODUCT that performs the claimed

- 329 –

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

function.

**RESPONSE TO INTERROGATORY NO. 42:**

In addition to its General Objections above, which it hereby incorporates by reference, Apple objects to this Interrogatory on the grounds that: (i) it is compound and comprises discrete subparts resulting in separate interrogatories; (ii) it calls for legal conclusions; and (iii) it prematurely calls for expert testimony or opinions at this stage of litigation. Apple further objects to this Interrogatory on the grounds and to the extent that it is overly broad and unduly burdensome, seeking information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an identification of "each APPLE COVERED PRODUCT," defined overly broadly as "any PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant to this litigation; and (ii) seeks an identification of "where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of each limitation of each asserted claim," particularly to the extent that it seeks an identification of "the specific portion or portions of APPLE's SOURCE CODE . . . for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6). . . .;" and (iii) seeks an identification "in chart form . . . [of] where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT." Apple further objects to this Interrogatory to the extent that it calls for legal conclusions and prematurely calls for expert testimony or opinions at this stage of litigation to the extent that it seeks an identification of the "function of each limitation of each asserted claim, " it seeks an identification of "where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT, INCLUDING, but not limited to, an identification of the specific portion or portions of APPLE'S SOURCE CODE that allegedly perform(s) the function of

each limitation of each asserted claim," particularly to the extent that it seeks an identification of "the specific portion or portions of APPLE's SOURCE CODE . . . for each limitation that APPLE contends is governed by 35 U.S.C. § 112(6). . . .;" and it seeks an identification "in chart form . . . [of] where each limitation of each asserted claim is found within each APPLE COVERED PRODUCT." Apple additionally objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney client privilege, work product doctrine, or other applicable privilege or immunity against disclosure. Apple also objects to this Interrogatory because it is compound and comprises discrete subparts resulting in separate interrogatories. Apple still further objects to this Interrogatory as duplicative of prior discovery served by Samsung, including Interrogatory No. 25 in Samsung's Second Set of Interrogatories. Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows: Apple incorporates by reference in full its Objections and Responses set forth in Apple Inc.'s Supplemental Objections and Responses to Samsung's Second Set of Interrogatories, served on May 28, 2013, and any supplementations thereto. Apple further responds as follows:

The Apple devices, identified with iOS version where appropriate, that practice claims of the asserted Apple Patents are indicated below, along with an identification of claims practiced of such Apple Patent:

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| **iPad** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPad Mini** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

- 332 –

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | **iOS 1** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

- 333 –

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | 20, 22-24, 26 | | | | | | | |
| iPhone 3GS | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22, 24, 26- | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4S | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone 4S | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPhone 5** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| **iPod touch** | **iOS 1** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 2** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 3** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 4** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 5** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 11 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPod touch** | **iOS 6** | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 11 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

Apple further responds with the following identification. With respect to the identification below of file directories where source code implementing the patented features

– 335 –

or functionalities may be found, Apple's identification is not intended to be an exhaustive listing of every file in which practicing source code may be found. To the extent the source code in the identified file may reference other source code files, those files are incorporated herein by reference. Apple reserves the right to further supplement its response to the extent information becomes available during discovery.

U.S. Patent No. 5,946,647

Apple generally refers to the functionality covered by the asserted claims of the '647 patent as "data detectors," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality (although this "data detectors" functionality is not necessarily coterminous with the asserted claims). File names where code implementing the feature or functionality may be found with respect to iOS version 5 include at least the following: ████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████

U.S. Patent No. 8,014,760

Apple generally refers to the functionality covered by the asserted claims of the '760 patent as the "missed calls list," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality (although this "missed call lists" functionality is not necessarily coterminous with the asserted claims). File names where code implementing the feature or functionality may be found with respect to iOS version 5 include at least the following: ██████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████

- 336 –

1

2

3

4

5

### U.S. Patent No. 8,074,172

Apple generally refers to the functionality covered by the asserted claim of the '172 patent as "auto-correction," "word-correction," or "word suggestion," and these terms have also been used in numerous reviews and discussions of Apple products to describe this functionality (although the discussed functionality is not necessarily coterminous with the asserted claims). The '172 patent is a user interface patent, and therefore any infringement or practicing of the patent occurs at the user interface level, regardless of the manner in which the source code implements the patented features. Accordingly, Apple is not relying on any source code either to prove infringement of the '172 patent, or to demonstrate its practice of the patent, and therefore objects to identifying source code files in connection with Apple's implementation of its auto-correction, word correction, or word suggestion functionality. Subject to these objections, Apple is informed and believes that file and project names where code implementing the feature or functionality may be found with respect to iOS version 5 include at least the following:

### U.S. Patent No. 5,666,502

Apple practices the asserted claims of the '502 patent through the use of history list or search histories in certain applications available on its devices (although references to history list or search history functionality are not necessarily coterminous with the asserted claims). File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:



U.S. Patent No. 8,046,721

Apple generally refers to the functionality covered by the asserted claim of the '721 patent as "slide to unlock," and that term has also been used in numerous reviews and discussions of Apple products to describe this functionality (although this "slide to unlock" functionality is not necessarily coterminous with the asserted claims). The '721 patent is a user interface patent, and therefore any infringement or practicing of the patent occurs at the user interface level, regardless of the manner in which the source code implements the patented features. Accordingly, Apple is not relying on any source code either to prove infringement of the '721 patent, or to demonstrate its practice of the patent, and therefore objects to identifying source code files in connection with Apple's implementation of its slide to unlock functionality. Subject to these objections, Apple is informed and believes that file names where code implementing the feature or functionality may be found with respect to iOS version 5 include at least the following: ███████████████████

U.S. Patent Nos. 6,847,959 and 8,066,604:

Apple practices the asserted claims of the '959 and '604 patents through the use of the Siri Personal Assistant. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

U.S. Patent No. 7,761,414

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

- 339 –

Additional file names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following: ██████████

Apple will provide a further response in accordance with, and pursuant to, the parties' meet and confer discussions regarding this interrogatory. Discovery in this matter and Apple's investigation is ongoing. Apple reserves the right to supplement and/or amend its response as appropriate.

## FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 42:

Apple hereby incorporates by reference its response and all supplemental responses to Interrogatory No. 25.

1

2    Dated:  October 4, 2013                    By: */s/ H. Mark Lyon*
                                              ────────────────────────
3                                             JOSH A. KREVITT (CA SBN 208552)
                                              jkrevitt@gibsondunn.com
4                                             H. MARK LYON (CA SBN 162061)
                                              mlyon@gibsondunn.com
5                                             GIBSON, DUNN & CRUTCHER LLP
                                              1881 Page Mill Road
6                                             Palo Alto, California 94304-1211
                                              Telephone: (650) 849-5300
7                                             Facsimile: (650) 849-5333

8                                             HAROLD J. MCELHINNY (CA SBN
                                              66781)
9                                             hmcelhinny@mofo.com
                                              MICHAEL A. JACOBS (CA SBN
10                                            111664)
                                              mjacobs@mofo.com
11                                            RICHARD S.J. HUNG (CA SBN 197425)
                                              rhung@mofo.com
12                                            MORRISON & FOERSTER LLP
                                              425 Market Street
13                                            San Francisco, California  94105-2482
                                              Telephone:  (415) 268-7000
14                                            Facsimile:  (415) 268-7522

15                                            MARK D. SELWYN (SBN 244180)
                                              (mark.selwyn@wilmerhale.com)
16                                            WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
17                                            950 Page Mill Road
                                              Palo Alto, California 94304
18                                            Telephone:  (650) 858-6000
                                              Facsimile:  (650) 858-6100
19
                                              WILLIAM F. LEE (admitted *pro hac vice*)
20                                            (william.lee@wilmerhale.com)
                                              WILMER CUTLER PICKERING
21                                              HALE AND DORR LLP
                                              60 State Street
22                                            Boston, Massachusetts 02109
                                              Telephone:  (617) 526-6000
23                                            Facsimile:  (617) 526-5000

24                                            ***Attorneys for Plaintiff and Counterclaim-***
                                              ***Defendant Apple Inc.***
25

26

27

28
                                    - 350 –

I, Philip K. Lum, hereby certify that on this 4th day of October, 2013, I did cause the

following document **APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS**

**AND RESPONSES TO SAMSUNG'S INTERROGATORIES NOS.  1, 2, 3, 5, 9, 10, 25,**

**26, 27, 39, 40, 41, 42, 49** to be served in the following manner on the interested parties in this

action addressed as follows:

### ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

William Price
Victoria F. Maroulis
Charles K. Verhoeven
Michael Fazio
Kevin A. Smith
Kevin P.B. Johnson
Amar Thakur
**Quinn Emanuel Urquart & Sullivan, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
williamprice@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com

Aaron P Maurer
David Michael Horniak
David M. Krinsky
Dov Grossman
**Williams & Connolly , LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5282
Fax: 202 434 5029
amaurer@wc.com
dhorniak@wc.com
dkrinsky@wc.com
dgrossman@wc.com

<u>X</u>     **BY ELECTRONIC MAIL TRANSMISSION** from plum@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 4, 2013 in New York, NY

1  Dated:   October 4, 2013                    /s/ Phillip K. Lum
2                                              Phillip K. Lum
                                               Gibson, Dunn & Crutcher
3                                              200 Park Avenue
                                               New York, NY  10166
4                                              (212) 351-2667
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Apple's Further Supplemental Responses to Samsung's Interrogatories
Nos.  1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49
Case No. 12-cv-00630-LHK (PSG)