# EXHIBIT 4

# Unredacted Version of Document Sought to Be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE** |

**REBUTTAL EXPERT REPORT OF MARTIN RINARD, PH.D. REGARDING NONINFRINGEMENT OF CLAIMS 24 AND 25 OF U.S. PATENT NO. 6,847,959**

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

### X.   THERE IS NO EVIDENCE THAT APPLE PRACTICES THE '959 PATENT

501.   I have reviewed the source code that Apple identified in its Interrogatory Responses as practicing the asserted claims of the '959 patent, specifically ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ all in version 6.0 of the Siri source code. This code is written in Objective C. I have also reviewed the allegations put forward in the Opening Snoeren Report regarding Apple's practicing the '959 patent. I have also reviewed Apple's Interrogatory Responses and Disclosure of Asserted Claims & Infringement Contentions. Based on this review, I see no evidence that Apple practices Claim 24, Claim 25, or Claim 34 of the '959 patent.

### A.   There Is No Evidence That Apple Practices Claim 24 Or Claim 25 Of The '959 Patent

502.   In coming to this opinion, I first reviewed Apple's disclosures concerning its alleged practice of the '959 patent.  In its initial infringement contentions, Apple provided a chart entitled: "Apple Products Practicing the Asserted Claims" pursuant to Patent Local Rule 3-1(g) which provided the following disclosure for the '959 patent:

| Device | U.S. Patent No. 6,847,959 |
|---|---|
| iPad | None |
| iPad 2 | None |
| New iPad | None |
| iPhone | None |
| iPhone 3G | None |
| iPhone 3GS | None |

| | |
|---|---|
| iPhone 4 | None |
| iPhone 4S | 1, 3-6, 12, 14-16, 19, 20, 24, 25, 29, 30 |
| iPod touch | None |

503.  In this disclosure, Apple only alleged that the iPhone 4S, and no other product, practiced any claim of the '959 patent.

504.  Apple later alleged in an interrogatory response that other Apple products practiced claims of the '959 patent.  Specifically, Apple added allegations that the "New iPad," "iPad Mini," "iPhone 5," and "iPod touch" running iOS 6 practiced claims of the '959 patent:

| Device | OS | U.S. Patent No. 6,847, 959 |
|---|---|---|
| iPad | iOS 3 | None |
| iPad | iOS 4 | None |
| iPad | iOS 5 | None |
| iPad 2 | iOS 4 | None |
| iPad 2 | iOS 5 | None |
| iPad 2 | iOS 6 | None |
| New iPad | iOS 5 | None |
| New iPad | iOS 6 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| iPad Mini | iOS 6 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| iPhone | iOS 1 | None |
| iPhone | iOS 2 | None |
| iPhone | iOS 3 | None |
| iPhone 3G | iOS 2 | None |
| iPhone 3G | iOS 3 | None |
| iPhone 3G | iOS 4 | None |
| iPhone 3GS | iOS 3 | None |
| iPhone 3GS | iOS 4 | None |
| iPhone 3GS | iOS 5 | None |
| iPhone 3GS | iOS 6 | None |
| iPhone 4 | iOS 4 | None |
| iPhone 4 | iOS 5 | None |
| iPhone 4 | iOS 6 | None |
| iPhone 4S | iOS 5 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| iPhone 4S | iOS 6 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| iPhone 5 | iOS 6 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| iPod touch | iOS 1 | None |
| iPod touch | iOS 2 | None |
| iPod touch | iOS 3 | None |
| iPod touch | iOS 4 | None |
| iPod touch | iOS 5 | None |

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**

| Device | OS | U.S. Patent No. 6,847, 959 |
|---|---|---|
| iPod touch | iOS 6 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |

505. I also reviewed Apple's interrogatory responses concerning its alleged practice of the '959 patent. In a relevant part of these interrogatory responses, Apple responded as follows:

> Apple practices the asserted claims of the '959 and '604 patents through the use of the Siri Personal Assistant. Benjamin Phipps is one individual responsible for creating and/or maintaining source code implementing this functionality. File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:
>
> 

(APPLE'S 7/15/2013 SUPPLEMENTAL RESPONSES TO SAMSUNG'S INTERROGATORIES (NOS. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, AND 41)

506. The Opening Snoeren Report provides no analysis of this source code or any other Siri source code, and in fact does not even reference any Siri source code at all.

507. Moreover, when I analyzed the source code that Apple identified in its interrogatory responses, I was unable to find any search algorithms, any heuristics that located information at all, any code that located information in the Internet, or any code that located information in local storage media. I was also unable to find any code that displayed a representation of any item of information.

508. The Opening Snoeren Report also does not allege that Siri practices Claims 24 and 25 of the '959 patent. It also provides no evidence or analysis that would support any allegation that Siri practices Claim 24 or 25.

509. The Opening Snoeren Report does not allege that Siri provides any single query to a plurality of heuristics to locate information in a plurality of locations that include the Internet

and local storage media as required by Claim 24. The Opening Snoeren Report instead alleges that "Siri receives an information identifier from the voice processing system and employs a global heuristic to selectively provide the information identifier to *one* or more heuristics" (Opening Snoeren Report, ¶ 361, emphasis added.) The Opening Snoeren Report's subsequent allegations regarding the operation of Siri do not identify any situation in which Siri provides any single information identifier to multiple "heuristics" to locate information in a plurality of locations that include the Internet and local storage media (Opening Snoeren Report, ¶¶ 361-367.)

510. The Opening Snoeren Report also does not allege that Siri applies any information identifier separately to each heuristic as required by Claim 25. (*See* Opening Snoeren Report, ¶¶ 361-367)

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

_____
Name

_____
Date

Sept. 13, 2013