| | | |
|---|---|---|
|1| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
|2| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com |   HALE AND DORR LLP |
|3| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts  02109 |
|4| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| | Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
|5| Facsimile:  (650) 849-5333 | |
| | | |
|6| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| | hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
|7| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| | jbennett@mofo.com |   HALE AND DORR LLP |
|8| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| | jlonden@mofo.com | Palo Alto, California  94304 |
|9| RACHEL KREVANS (CA SBN 116421) | Telephone:  (650) 858-6000 |
| | rkrevans@mofo.com | Facsimile:  (650) 858-6100 |
|10| RUTH N. BORENSTEIN (CA SBN133797) | |
| | rborenstein@mofo.com | |
|11| ERIK J. OLSON (CA SBN 175815) | |
| | ejolson@mofo.com | |
|12| Morrison & Foerster LLP | |
| | 425 Market Street | |
|13| San Francisco, California  94105-2482 | |
| | Telephone:  (415) 268-7000 | |
|14| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner at the law firm of Morison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal regarding Apple's Objections and Responses to Objections Regarding Mark Buckley, John Hauser, and Christopher Vellturo and Motion to Seal ("Apple's Objections and Responses"). **Exhibit 2** to my declaration in support of Apple's Objections and Responses contains information that Samsung and/or Google may consider confidential.

3. Apple expects that Samsung and/or Google will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Exhibit 2 should be sealed.

4. Apple does not maintain a claim of confidentiality with respect to **Exhibit 2**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 6th day of April, 2014, in San Jose, California.

*/s/ Erik J. Olson*
Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:  April 6, 2014              */s/ Rachel Krevans*
                                   Rachel Krevans