1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
Case No. 12-cv-00630-LHK (PSG)
sf-3403180

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Mark Buckley, John Hauser, and Christopher Vellturo and Motion to Seal ("Apple's Objections and Responses"). Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
| --- | --- |
| Exhibit 2 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses to Objections Regarding Mark Buckley, John Hauser, and Christopher Vellturo and Motion to Seal ("**Exhibit 2**"). | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014    _____
                                   Hon. Lucy H. Koh
                                   United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
Case No. 12-cv-00630-LHK (PSG)                1
sf-3403180