**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF BUCKLEY, HAUSER, AND VELLTURO** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Erik J. Olson in Support of Sealing Materials that Apple and Samsung May Use During the Examinations of Buckley, Hauser, and Vellturo ("Olson Declaration").  The Court grants Apple's request to seal the materials disclosed in the Olson Declaration as indicated below:

| Document | Portion to be Sealed |
|---|---|
| PX128 | Sealed in full. |
| PX130 | Sealed in full. |
| PX131 | Sealed in full. |
| PX136 | Sealed in full. |
| PX198 | All pages not shown in court. |
| PX199 | All pages not shown in court. |
| PX222 | Pages 11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, 42. |
| PX222A | Pages 11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, 42. |
| PX223 | Pages 5-8, 11-14, 17-20, 23-26, 29-32, 59-63. |
| PX223A | Pages 5-8, 11-14, 17-20, 23-26, 29-32, 59-63. |
| PX243 | All pages not shown in court. |
| PX244 | All pages not shown in court. |
| PX245 | All pages not shown in court. |
| DX401 | Sealed in full. |
| DX411 | Sealed in full except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32, if those pages are shown in court. |
| DX412 | Sealed in full except for pages 1, 2, 17, and 22, if those pages are shown in court. |
| DX413 | Previously sealed (Dkt. No. 1580), but pages 1, 2, 3, 5, 6, 8, 14, 16-18, 42, and 46, may be shown in court. |
| DX415 | Sealed in full. |
| DX417 | Sealed in full. |
| DX420 | Sealed in full. |
| DX425 | Sealed in full. |
| DX430 | Pages 2, 3, 5, and all pages not shown in court. |
| DX489 | Pages 34, 39-55, 73-75, 77-80, 82-91, 95, 100-105, 107, 109-114, 165, 174, 176-177, 181-197, 201, 206, 208, 215, 217-218, 220, 222-224, and 226-230 and all pages not shown in court. |
| DX500 | Sealed in full except for pages 1, 12, 13, 16-18, and 20, if those pages are shown in court. |

[PROPOSED] ORDER RE SEALING MATERIALS TO BE USED DURING EXAMS OF BUCKLEY, HAUSER AND VELLTURO
Case No. 12-cv-00630-LHK (PSG)
sf-3403183

1

| PDX92.26, PDX92.27, PDX92.34, PDX92.39, PDX92.58, PDX92.59, PDX92.64, PDX92.70-.73, PDX92.79, and PDX92.82 | Sealed. |
|---|---|

**IT IS SO ORDERED.**

Dated: _____, 2014           _____
                                        Hon. Lucy H. Koh
                                        United States District Judge

[PROPOSED] ORDER RE SEALING MATERIALS TO BE USED DURING EXAMS OF BUCKLEY, HAUSER AND VELLTURO
Case No. 12-cv-00630-LHK (PSG)
sf-3403183

2