UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Buckley, Hauser, and Vellturo.

Having considered Samsung's motion, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Buckley, Hauser, and Vellturo ("HPO Brief") | See consolidated highlighted version of document to be filed within 7 days |
| Exhibit A to the Declaration of Michael L. Fazio In Support of Samsung's HPO Brief ("Fazio Declaration") | Document in its Entirety |
| Exhibit B to the Fazio Declaration | Document in its Entirety |
| Exhibit C to the Fazio Declaration | Document in its Entirety |

**IT IS SO ORDERED.**

DATED: _____        _____

The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL