QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR BUCKLEY, HAUSER, AND VELLTURO** |

1   I, Michael L. Fazio, declare:

2   1.   I am a member of the State Bar of California, admitted to practice before this
3   Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5   Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of
6   personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7   set forth below.

8   2.   Attached as Exhibit A is a true and correct copy of excerpts from the September
9   25, 2013 deposition of Dr. Chris Vellturo.   Apple has designated this deposition "Highly
10  Confidential – Attorney's Eyes Only."

11  3.   Attached as Exhibit B is a true and correct copy of excerpts from the April 18,
12  2012 deposition of Dr. Chris Vellturo.   Apple has designated this deposition "Highly
13  Confidential – Attorney's Eyes Only."

14  4.   Attached as Exhibit C is a true and correct copy of excerpts from the August 12,
15  2013 Opening Export Report of Dr. Daniel Wigdor.   The expert report has been designated
16  "Highly Confidential – Attorney's Eyes Only" by the parties.

18  I declare under penalty of perjury that the foregoing is true and correct.   Executed on
19  April 6, 2014, at San Jose, California.

21              */s/ Michael L. Fazio*
22                Michael L. Fazio