1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                        UNITED STATES DISTRICT COURT
19
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REQUEST TO SEAL TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES FOR BUCKLEY, HAUSER, AND VELLTURO** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's request to seal certain trial exhibits related to the parties' disclosures for John Hauser, Mark Buckley, and Chris Vellturo ("Samsung's Request") as indicated in Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Buckley, Hauser, and Vellturo, Section III.

3. Samsung requests an order sealing the following pages:

| Exhibit | Portions to be Sealed |
|---|---|
| PX142 | Exhibit in its entirety |
| PX154 | Pages 5, 9, 10 |
| PX158 | Exhibit in its entirety |
| PX160 | Exhibit in its entirety |
| PX161 | Pages 1, 7-18 |
| PX162 | Exhibit in its entirety |
| PX208 | Pages 1-4 |
| PX222 | Exhibit in its entirety |
| PX222A | Exhibit in its entirety |
| PX223 | Exhibit in its entirety |
| PX223A | Exhibit in its entirety |
| PX226 | Exhibit in its entirety |
| DX431 | Page 6 |

-1-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Exhibit | Portions to be Sealed |
|---|---|
| DX433 | Page 17 |

4. Samsung also requests an order sealing the portions of the exhibits below that are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| DX432 | Pages not used during an examination |
| DX433 | Pages not used during an examination |
| DX434 | Pages not used during an examination |
| DX435 | Pages not used during an examination |
| DX436 | Pages not used during an examination |
| DX437 | Pages not used during an examination |
| DX438 | Pages not used during an examination |
| DX439 | Pages not used during an examination |
| PX217 | Pages not used during an examination |
| PX182 | Pages not used during an examination |
| PX185 | Pages not used during an examination |

5. The documents listed in paragraphs 3 and 4 include Samsung's highly confidential financial data, including product-specific revenues, profits, costs, and sales, information about future business and product strategy, and confidential market research reports. Specifically:

- Exhibits DX431, PX142, PX158, PX160, PX161, PX162, PX208, PX222, PX222A, PX223, and PX223A include Samsung's financial data;
- Exhibits DX433, PX154, PX182, PX185, and PX226 contain details of Samsung's future product development efforts and/or product research and marketing efforts; and

-2-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

- Exhibits DX432, DX433, DX434, DX435, DX436, DX437, DX438, DX439, and PX217 include information reflecting confidential market research conducted by Samsung.

6. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

7. I am informed and believe that Samsung considers its survey and market research data highly confidential. This data is generally purchased pursuant to confidentiality agreements and third parties' ability to sell data would be harmed by public disclosure. Additionally, disclosure of Samsung's market research data allow competitors to discover what Samsung considers important functions and features of its phones and tablets, and predict Samsung's future product and marketing strategies, removing any first-mover advantage Samsung may otherwise enjoy.

8. I am informed and believe that Samsung considers information about its unreleased products, future product and marketing strategies, and deliberations regarding product development highly confidential as the disclosure of this information could allow competitors to gain insight into unreleased products and features.

9. I am informed and believed that Samsung considers the financial data included in these documents highly confidential. Samsung does not report the type of data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

10. Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

11. I am informed and believed that Samsung considers the information regarding specific profit data to be far more sensitive and confidential than company-wide financial statements because they can be used to determine the lowest price at which Samsung can profitably sell its products. Armed with that information, a competitor could charge a lower price in an effort to gain market share. Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

12. Suppliers could use the same information as leverage to negotiate higher prices for components, and carrier and retail partners would be able to leverage knowledge of Samsung's margins to negotiate lower prices for Samsung's smart phone and tablet products.

13. For the foregoing reasons, Samsung requests that Samsung's request to seal be granted as to the pages listed in paragraphs 3 and 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2014, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio