1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES FOR BUCKLEY, HAUSER, AND VELLTURO** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits related to the parties' disclosures for Buckley, Hauser, and Vellturo.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

1. The following pages are to be sealed:

| Exhibit | Portions to be Sealed |
|---|---|
| PX142 | Exhibit in its entirety |
| PX154 | Pages 5, 9, 10 |
| PX158 | Exhibit in its entirety |
| PX160 | Exhibit in its entirety |
| PX161 | Pages 1, 7-18 |
| PX162 | Exhibit in its entirety |
| PX208 | Pages 1-4 |
| PX222 | Exhibit in its entirety |
| PX222A | Exhibit in its entirety |
| PX223 | Exhibit in its entirety |
| PX223A | Exhibit in its entirety |
| PX226 | Exhibit in its entirety |
| DX431 | Page 6 |
| DX433 | Page 17 |

2. The following exhibits are to be sealed to the extent the pages listed below are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| DX432 | Pages not used during an examination |

| Exhibit | Portions to Sealed |
|---|---|
| DX433 | Pages not used during an examination |
| DX434 | Pages not used during an examination |
| DX435 | Pages not used during an examination |
| DX436 | Pages not used during an examination |
| DX437 | Pages not used during an examination |
| DX438 | Pages not used during an examination |
| DX439 | Pages not used during an examination |
| PX217 | Pages not used during an examination |
| PX182 | Pages not used during an examination |
| PX185 | Pages not used during an examination |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge