1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF SEALING [DKT. NO. 1592]** |

1  I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2  1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Samsung's motion to seal source code set forth in Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Denison, DiCarlo, Lee, Mowry, Sexton, Sheppard, and Snoeren ("Motion to Seal"). (Docket No. 1592.) I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Selected portions of the following materials included in Apple's direct disclosures for Dr. Snoeren and Dr. Mowry, and identified in Samsung's Motion to Seal, discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). As this Court has previously found, third-party source code may remain confidential and is properly sealable. *See, e.g.*, Docket No. 1150 at 48 (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

3. The portions of Apple's direct disclosures for Dr. Snoeren and Dr. Mowry that Google seeks to seal are identified and described below:

| Document | Portion Sought to be Sealed | Information to be Sealed |
|---|---|---|
| JX51 | Entire document | Compilation of Google's highly confidential and proprietary source code. |
| PDX91.16; PDX91.17; PDX91.18 | Entire document | Detailed descriptions of Google's highly confidential and proprietary source code. |
| Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45), October 4, 2013 | 295:25-27; 296:23-25; 304:14-28 | Detailed descriptions of Google's highly confidential and proprietary source code. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2014, in San Jose, California.

By /s/ Kristin J. Madigan
Kristin J. Madigan