# EXHIBIT B

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4  APPLE, INC., a California  ) Case No. 12-CV-00630-LHK
   corporation,               )
5                             )
             Plaintiff,       )
6                             )
       v.                     )
7                             )
   SAMSUNG ELECTRONICS CO.,   )
8  LTD., a Korean corporation;)
   SAMSUNG ELECTRONICS        )
9  AMERICA, INC., a New York  )
   corporation; and SAMSUNG   )
10 TELECOMMUNICATIONS AMERICA,)
   LLC, a Delaware limited    )
11 liability company,         )
                              )
12           Defendants.      )
                              )
13
14       * * *OUTSIDE ATTORNEYS' EYES ONLY* * *
15          HIGHLY CONFIDENTIAL VIDEOTAPED
16       DEPOSITION OF CHRISTOPHER VELLTURO
17              New York, New York
18           Wednesday, April 18, 2012
19
20
21  Reported by:
22  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
23  JOB NO. 48000
24
25

1  recollection of and looked at his testimony on.
2      Q.   And what about Mr. Sinclair's
3  evaluation of the patented features did you
4  refresh your recollection and look at his
5  testimony on?
6      A.   I would say that was done in the
7  context of just reacquainting myself with the
8  nature of the features, when they came about and
9  how they manifested themselves in the Apple
10 products.
11     Q.   Do you have any understanding about
12 what you have referred to as the patented
13 features beyond what you have learned from Mr.
14 Sinclair's declaration and his deposition?
15     A.   Yes.
16     Q.   And what other sources have informed
17 you about the nature of the patents which are
18 the subject of the preliminary injunction
19 motion?
20     A.   Well, I sought to identify those, and
21 I believe I did, in my declaration.  So I kind
22 of stand by the footnotes I have in there.
23          Speaking from recollection, I reviewed
24 the patents themselves and I also reviewed
25 declarations -- declarations, my apologies,

Highly Confidential - Outside Attorneys' Eyes Only

Page 12

1  relating to four of the technical experts who
2  spoke to those patents.
3      Q.   And did reviewing the declarations of
4  the technical experts who spoke to the patents,
5  did that in any way inform or support the
6  opinion that you gave in your declaration?
7           MR. REITER:  Objection.  Vague.
8      A.   I wouldn't characterize it that way,
9  no.
10     Q.   And why not?
11     A.   What I derived from the technical
12 experts was an understanding of the nature of
13 the patents and how they manifest themselves in,
14 largely, in Apple's products, but also in the
15 Galaxy Nexus.
16          Given that I'm not a technical expert,
17 I don't try to opine or evaluate the positions
18 of those experts.  I take those as an
19 understanding for the purposes of my work.  So
20 it really didn't go into forming my opinions, so
21 to speak.  It was more a set of understandings
22 under which I formed my opinions.
23     Q.   You said you also looked at Mr.
24 Rangel's or Rangel (different pronunciation),
25 his deposition.  Was there anything in his

Highly Confidential - Outside Attorneys' Eyes Only

Page 65

1      you want a break, just let me know.
2            THE VIDEOGRAPHER:  The time is 10:10
3      A.M.  We're off the record.
4            (Recess.)
5            THE VIDEOGRAPHER:  The time is 10:26
6      A.M.  We're on the record.
7   BY MR. PRICE:
8      Q.   Dr. Vellturo, I just want to ask you a
9   couple of other questions about Siri.  You were
10  talking about this ability to do universal
11  searches.  In the advertisements you have seen
12  of Siri, you have seen people tell Siri, for
13  example, would you play this song, right?  "I'd
14  like you to play 'Stairway To Heaven.'"  You
15  have seen that on the advertisement?
16     A.   I'm not sure I've seen that
17  specifically asked.
18     Q.   I don't mean that particular song.
19     A.   No, I understand.  I meant, you know,
20  "Play me a song."  I know that it has the
21  capability to do that.  I'm just not recalling
22  that as one of the examples in an ad.
23     Q.   How about that ability of Siri to be
24  told "play me a song" and then the song is
25  played, do you know one way or another whether

Page 66

1  that uses this universal search function you
2  were talking about?
3      A.    I think you're taking me a little
4  deeper into the technical aspects of the nature
5  of the patents.  My understanding is that the
6  universal search is looking at multiple sources.
7  To the extent that would require looking at a
8  multiple source, I just technically can't tell
9  you whether the option of searching multiple
10 sources, I just don't know.
11     Q.    Okay.  So if I asked you the same
12 thing about, say, you know, "Check my calendar"
13 or where you're directed to do something or,
14 "Set my alarm," or, you know, "What's the
15 weather?" I mean, do you know whether or not
16 those kinds of commands bring into play a
17 universal search function?  And if you don't,
18 that's fine.
19     A.    From a technical --
20           MR. REITER:  Objection.
21     A.    From a technical standpoint, I don't
22 have a specific understanding as to how those
23 would relate to the invention itself.
24     Q.    Do you have any reason to believe
25 there would be a market demand for a deaf Siri?

Highly Confidential - Outside Attorneys' Eyes Only

Page 84

1  Q.   And do you know how -- how -- what
2  percentage of consumers have a passcode on their
3  phone?
4  A.   I don't.
5  Q.   You have a passcode on yours?
6  A.   No.
7  Q.   So if you slide to unlock, yours goes
8  straight to the main screen so anyone who had
9  your phone could look at your e-mails and --
10 A.   They could not look at my e-mails, but
11 they could look at the rest and they would be
12 sadly disappointed what they find, but yes, they
13 could.
14 Q.   How does the slide to unlock
15 feature -- just describing it.  I know you have
16 told me that Steve Jobs talked a lot about it
17 and there's some discussion as to why he chose
18 that, but can you explain to me how it makes
19 things easier, easier than say pushing a button
20 or --
21      MR. REITER:  Objection.
22 A.   Well, are you asking me personally my
23 perception?  I mean, I can do it with one hand,
24 which is -- which is a nice thing to be able to
25 do, and I remember my -- date myself here -- my

Highly Confidential - Outside Attorneys' Eyes Only

Page 85

1  Palm Treos before that, that was a pain that I
2  couldn't do it with one hand, if I remember
3  correctly.
4          So, from my standpoint, I certainly
5  recognize that as a nice ease of use feature,
6  and I again recall the documents relating to the
7  accidental phone calls in terms of something to
8  be avoided with respect to the slide to unlock.
9          You know, the ergonomics as to why
10 that's the case, you're talking to the wrong guy
11 about design engineering.  That's not anything
12 I'm familiar with.
13     Q.   So you're not familiar with whether or
14 not there would be other ways that are just as
15 easy to unlock a phone other than slide from
16 left to right?
17     A.   Well, the only -- what I can observe
18 as an economist is what are the mechanisms
19 people are using, and as I sit here I recall
20 slide to unlock is fairly universally used among
21 these smartphones.
22     Q.   And by smartphones, in particular,
23 you're talking about phones that have a kind of
24 a glass panel where you're using touch?
25     A.   I think -- I think the definition of

Page 86

1  smartphones has evolved a little bit over the
2  years.  I think originally it was technically
3  defined as a -- a telecommunications device that
4  was able to render HTML images.
5          I think realistically the definition
6  has drifted a little bit more towards something
7  a little more consistent with your
8  characterization; that it's a, you know, got a
9  touchscreen interface; allows Web access and has
10 various features of a phone.
11     Q.   So when you were saying the ones --
12 the smartphones in the marketplace fairly
13 universally use slide to unlock, you were
14 referring to phones with a touchscreen?
15     A.   Yes.
16     Q.   Otherwise, you couldn't slide to
17 unlock?
18     A.   Again, I'm not a design engineer, but,
19 I mean, you could probably install some little
20 device below the screen that could still allow
21 you to slide to unlock.  But again, I'm not a
22 design engineer.
23     Q.   On iPhones when you initially power
24 them up, is there slide to unlock as default?
25     A.   You mean when I initially power them