# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. DANIEL WIGDOR CONCERNING INVALIDITY OF U.S. PATENT NO. 8,074,172**

1  select the desired letter (e.g., the letter C would require three taps on the 2 key). Another
2  unambiguous text entry method can be referred to as the "two-key method", in which the user
3  presses two keys for every letter. *See, e.g., id.* In the two-key method, a user presses a first key to
4  specify a group of letters, and a second key to specify the position in the group. *See, e.g., id.* In
5  order to select the letter C, for example, a user might press the 2 key to specify the ABC group of
6  letters, and the 3 key to specify the third letter in the group. *See, e.g., id.*

7  117. Many text disambiguating functions were also well known to a person of ordinary
8  skill in the art. One example of a disambiguating 12-key text input system is the T9 software by
9  Tegic Communications, which was available for touch screen key, as well as physical key,
10 devices. *See, e.g., id.* When using T9, the user presses only one key for each intended letter, and
11 the T9 software compares the word possibilities to a database, or dictionary, to guess the intended
12 word. *See, e.g., id.* In T9 systems, the "0" key is equivalent to a spacebar, and is used to "delimit[]
13 words and terminate[] disambiguation of the preceding keys." *Id.* To enter the well-known
14 pangram "the quick brown fox jumps over the lazy dog", the user merely needs to press the
15 following keys, and select from among possible words:

```
843 78425 27696   369 58677  6837  843 5299 364
the quick brown   fox jumps  over  the jazz dog
tie stick crown       lumps  muds  tie lazy fog
vie                                vie
```

19 For 8 out of the 9 entered words (which together utilize every letter in the English language), T9's
20 default word is the correct one. *See, e.g., id.*

21 118. Various alternatives to T9 existed in the art as well. Motorola's iTAP was a
22 disambiguating technology similar to T9. *See, e.g., id.* Other examples included Zi Corp.'s
23 eZiText and WordWise by Eatoni Ergomics. *See, e.g., id.* at 169-170. These well-known methods
24 were frequently licensed, and available for multiple languages. *See, e.g., id.* at 169.

25 **3.   U.S. Patent No. 5,818,437 ("Grover")**

26 119. U.S. Patent No. 5,818,437 ("Grover") is entitled "Reduced Keyboard
27 Disambiguating Computer". SAMNDCA630-06405313. Grover describes a text entry system on
28 nine keys, where text entry keystrokes are ambiguous. *Id.* at Abstract. Each keystroke sequence is