| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF ERRATA REGARDING DECLARATION OF ERIK J. OLSON IN SUPPORT OF SEALING MATERIAL THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF BUCKLEY, HAUSER, AND VELLTURO (DOCKET NO. 1600-7)** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") submits this Notice of Errata regarding the Declaration of Erik J. Olson in Support of Sealing Material that Apple and Samsung May Use During the Examinations of Buckley, Hauser, and Vellturo ("Olson Declaration").

On April, 3, 2014, the Court sealed pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, 48, 52-54, 57-62 and all other pages not shown to the jury of DX405.  (Dkt. 1580.)  Paragraph 6 of the Olson Declaration inadvertently omitted pages 52-54 and 57-62 from the list of pages of DX405 that the Court has sealed.

Apple hereby notifies the Court that Paragraph 6 of the Olson Declaration should have read:

DX405 is a highly confidential document that discusses Apple's strategy for future corporate plans and has the potential to cause considerable competitive harm to Apple if publicly disclosed. Pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, and 48 of DX405 discuss Apple's strategy for future corporate plans and would cause competitive harm to Apple if publicly disclosed. Pages 52-54 and 57-62 of DX405 discuss Apple's component costs and comparisons of Apple's costs with estimates of competitors' costs.  The Court has already granted Apple's request to seal pages 2, 5-8, 15, 23-25, 30, 34, 36, 38-46, 48, 52-54, 57-62 and all other pages that are not shown to the jury. Dkt. 1580.

Dated:  April 6, 2014

WILMER CUTLER PICKERING
   HALE AND DORR LLP

*/s/* Mark D. Selwyn  _____
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 6, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                              */s/* Mark D. Selwyn
                                                              Mark D. Selwyn