UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaimants. | Case No.: 12-CV-00630-LHK<br><br>ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES |

On April 5, 2014, Samsung filed objections to Apple's disclosures. ECF No. 1592. On April 5, 2014, Apple filed a response. ECF No. 1593-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Justin Denison** | |
| Dep. Tr. at 7:21-9:07, 20:07-20:14 | Overruled. |

| | |
|---|---|
| **B. Nick DiCarlo** | |
| Dep. Tr. at 19:12-16 | Overruled. |
| Dep. Tr. at 200:17-201:09 | Overruled. |
| **C. Jun Won Lee** | |
| PX132.17-22 | Sustained. |
| Dep. Tr. at 31:15-16; 31:18-23; 33:21-24 | Overruled. |
| **D. Todd Mowry** | |
| JX53 | Overruled. |
| PDX88.39 | Sustained as to "Linking = Associating."  Apple must delete this phrase from the slide.  Overruled otherwise. |
| **G. Alex Snoeren** | |
| PDX91.31A | Sustained. |

**IT IS SO ORDERED.**

Dated: April 6, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES