UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON SAMSUNG'S MOTION TO |
| ) | SEAL IN CONNECTION WITH |
| v. ) | APPLE'S DISCLOSURES |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

On April 5, 2014, Samsung filed objections to Apple's disclosures. ECF No. 1592. Samsung also requests to seal JX50, JX51, JX53, PDX 91.16, PDX91.17, PDX91.18, and excerpts of several written discovery responses. *Id.* at 5.

Samsung's motion is DENIED without prejudice. Samsung must identify which portions of the source code listed for sealing are proprietary, as opposed to publicly available open source information or source code. Samsung must also file by ECF copies of the demonstratives and written discovery excerpts Samsung seeks to seal for the Court's review. Samsung shall file the foregoing by 7:30 A.M. on April 7, 2014.

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S MOTION TO SEAL IN CONNECTION WITH APPLE'S DISCLOSURES

**IT IS SO ORDERED.**

Dated: April 6, 2014

_____
LUCY H. KOH
United States District Judge