1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                            SAN JOSE DIVISION

20 | APPLE INC., a California corporation, |  |
   |---|---|
21 | Plaintiff, | Case No. 12-cv-00630-LHK (PSG) |
22 | v. | **APPLE'S APRIL 6, 2014, ROLLING WITNESS LIST** |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendant. | |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. Andrew Cockburn
2. Thomas Deniau
3. Todd Mowry
4. James Miller
5. Alex Snoeren
6. Jun Won Lee (Deposition)
7. Justin Denison (Deposition and Designated 1846 Trial Testimony)

Apple further notes that Apple may read into the record or otherwise enter into evidence:

- Samsung's July 15, 2013, Third Supplemental Response to Interrogatory No. 41 and Amended Attachment A referenced therein, marked as PX300 for identification.
- Paragraph 1 from Stipulation and Order re Ownership of Asserted Patents (Dkt. No. 1549.)
- Undisputed Facts 2-5 and 13 from the parties' Joint Amended Pretrial Statement. (Dkt. No. 1455-1.)
- Samsung's First Supplemental Response to Interrogatory No. 4, lines 4-7, page 3, of Samsung's July 15, 2013, Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories, and PX132.

Apple reasonably anticipates that it will close its case-in-chief before the end of the day Friday, April 11, 2014, and that there will be time for Samsung to commence its case. That date, however, is dependent on the length of Samsung's cross examinations. Apple has assumed Samsung's cross examinations will be roughly equivalent to what Samsung has done in the past. If Samsung proceeds with very short cross examinations or no cross examinations for Apple's remaining witnesses, Apple may rest on Tuesday, April 8.

1 Dated: April 6, 2014

MORRISON & FOERSTER LLP
By: /s/ Rachel Krevans
RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.