QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

Pursuant to the Court's Order on Samsung's Motion to Seal in connection with Apple's Disclosures (Dkt. No. 1609), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this renewed administrative motion for an order to seal certain portions of three joint trial exhibits, demonstratives and interrogatory responses that Apple has disclosed for questioning of Drs. Mowry and Snoeren.

When Samsung filed its previous High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Drs. Mowry and Snoeren (Dkt. No. 1592) ("Samsung's April 5 Motion"), Samsung did not have sufficient information from Apple such that Samsung could request more specific excerpts of source code information for sealing.  Apple did not provide its final list of source code exhibits until Sunday, April 6, the day after Samsung filed its high priority objections brief according to the parties' procedure.  *See, e.g.,* Chart provided by Apple on April 6, 2014 detailing source code citations to be used with Dr. Mowry (Fazio Decl., Exh. A).  To avoid recurrence of this belated disclosure, the Court should require the parties to identify, according to the normal disclosure and counter-disclosure schedule, which portions of any source code exhibits, by bates number or file name, they intend to use with a particular witness.

Apple has disclosed the following source code exhibits and demonstratives for use with Dr. Mowry and Dr. Snoeren.  Samsung has reviewed each of them, and has determined that each contains references to proprietary source code information, to include source code itself, source code file names, source code file paths, and information related to source code function.

**PDX91.16, PDX 91.17, PDX 91.18.**  Samsung has concurrently filed ECF copies of PDX 91.16, PDX 91.17 and PDX 91.18 with highlighting indicating proprietary source code information that Samsung requests be sealed.

**Written discovery requests in Samsung's April 5 Motion.**  Samsung has concurrently filed ECF copies of the three interrogatory responses discussed in Samsung's April 5 Motion with highlighting indicating proprietary source code information that Samsung requests be sealed.

1     **JX50.** Apple has identified the portions of JX50 for use with Dr. Mowry, attached to the concurrently filed Declaration of Michael L. Fazio as Exhibit A. The source code information contained within the documents identified by bates number in Exhibit A is proprietary and Samsung requests that they be sealed.

    Additionally, Apple has identified the following portions of JX50 for use with Dr. Snoeren: SAMNDCA630-SC00057422-57423; SAMNDCA630-SC-00057444-57446; SAMNDCA630-SC00057493-57495. These documents identified by bates numbered range contain proprietary source code information and Samsung requests that they be sealed.

    **JX51.** Apple has identified the following portions of JX51 for use with Dr. Snoeren: GOOG-NDCAL630-S-00002419, GOOG-NDCAL630-S-00005903-04. These bates numbered ranges contain proprietary source code information and Samsung requests that they be sealed.

    Samsung withdraws its request to seal **JX53**.

    Samsung requests that, consistent with the prior practice in this case, proprietary source code information be displayed only on the closed courtroom monitors and not the public monitors. To the extent that Apple's witnesses seek to divulge the specific contents of the proprietary source code information on closed monitors during their examination, then Samsung respectfully requests that the courtroom be sealed.

DATED: April 7, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

        */s/ Michael L. Fazio*
William C. Price
Victoria F. Maroulis
Michael L. Fazio
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC