# EXHIBIT A

| Dr. Mowry | |
|---|---|
| **Begin Bates** | **End Bates** |
| SAMNDCA630-SC000 66358 | SAMNDCA630-SC000 66385 |
| SAMNDCA630-SC000 66386 | SAMNDCA630-SC000 66402 |
| SAMNDCA630-SC000 67883 | SAMNDCA630-SC000 67969 |
| SAMNDCA630-SC000 69504 | SAMNDCA630-SC000 69505 |
| SAMNDCA630-SC000 70351 | SAMNDCA630-SC000 70362 |
| SAMNDCA630-SC000 70363 | SAMNDCA630-SC000 70370 |
| SAMNDCA630-SC000 70371 | SAMNDCA630-SC000 70371 |
| SAMNDCA630-SC000 70372 | SAMNDCA630-SC000 70401 |
| SAMNDCA630-SC000 70402 | SAMNDCA630-SC000 70424 |
| SAMNDCA630-SC000 70425 | SAMNDCA630-SC000 70426 |
| SAMNDCA630-SC000 70427 | SAMNDCA630-SC000 70441 |
| SAMNDCA630-SC000 70442 | SAMNDCA630-SC000 70449 |
| SAMNDCA630-SC000 70450 | SAMNDCA630-SC000 70458 |
| SAMNDCA630-SC000 70459 | SAMNDCA630-SC000 70461 |
| SAMNDCA630-SC000 70462 | SAMNDCA630-SC000 70469 |
| SAMNDCA630-SC000 70470 | SAMNDCA630-SC000 70475 |
| SAMNDCA630-SC000 70476 | SAMNDCA630-SC000 70476 |
| SAMNDCA630-SC000 70477 | SAMNDCA630-SC000 70502 |
| SAMNDCA630-SC000 70503 | SAMNDCA630-SC000 70514 |
| SAMNDCA630-SC000 70515 | SAMNDCA630-SC000 70518 |
| SAMNDCA630-SC000 70519 | SAMNDCA630-SC000 70520 |
| SAMNDCA630-SC000 70521 | SAMNDCA630-SC000 70527 |
| SAMNDCA630-SC000 70528 | SAMNDCA630-SC000 70537 |
| SAMNDCA630-SC000 70538 | SAMNDCA630-SC000 70575 |
| SAMNDCA630-SC000 70576 | SAMNDCA630-SC000 70576 |
| SAMNDCA630-SC000 70577 | SAMNDCA630-SC000 70578 |
| SAMNDCA630-SC000 70579 | SAMNDCA630-SC000 70591 |
| SAMNDCA630-SC000 70592 | SAMNDCA630-SC000 70598 |
| SAMNDCA630-SC000 70599 | SAMNDCA630-SC000 70607 |
| SAMNDCA630-SC000 70608 | SAMNDCA630-SC000 70609 |
| SAMNDCA630-SC000 70610 | SAMNDCA630-SC000 70617 |
| SAMNDCA630-SC000 70618 | SAMNDCA630-SC000 70623 |
| SAMNDCA630-SC000 70624 | SAMNDCA630-SC000 70660 |
| SAMNDCA630-SC000 70661 | SAMNDCA630-SC000 70661 |
| SAMNDCA630-SC000 70662 | SAMNDCA630-SC000 70692 |
| SAMNDCA630-SC000 71035 | SAMNDCA630-SC000 71046 |
| SAMNDCA630-SC000 71047 | SAMNDCA630-SC000 71050 |
| SAMNDCA630-SC000 71051 | SAMNDCA630-SC000 71089 |
| SAMNDCA630-SC000 71090 | SAMNDCA630-SC000 71116 |
| SAMNDCA630-SC000 71117 | SAMNDCA630-SC000 71136 |
| SAMNDCA630-SC000 71137 | SAMNDCA630-SC000 71138 |
| SAMNDCA630-SC000 71139 | SAMNDCA630-SC000 71172 |
| SAMNDCA630-SC000 71173 | SAMNDCA630-SC000 71187 |
| SAMNDCA630-SC000 71188 | SAMNDCA630-SC000 71190 |

| | |
|---|---|
| SAMNDCA630-SC000 71191 | SAMNDCA630-SC000 71198 |
| SAMNDCA630-SC000 71199 | SAMNDCA630-SC000 71241 |
| SAMNDCA630-SC000 71242 | SAMNDCA630-SC000 71291 |
| SAMNDCA630-SC000 71292 | SAMNDCA630-SC000 71341 |
| SAMNDCA630-SC000 71407 | SAMNDCA630-SC000 71432 |
| SAMNDCA630-SC000 71433 | SAMNDCA630-SC000 71444 |
| SAMNDCA630-SC000 71445 | SAMNDCA630-SC000 71473 |
| SAMNDCA630-SC000 71474 | SAMNDCA630-SC000 71498 |
| SAMNDCA630-SC000 74001 | SAMNDCA630-SC000 74022 |
| SAMNDCA630-SC000 74023 | SAMNDCA630-SC000 74033 |
| SAMNDCA630-SC000 74037 | SAMNDCA630-SC000 74082 |
| SAMNDCA630-SC000 74083 | SAMNDCA630-SC000 74083 |
| SAMNDCA630-SC000 74084 | SAMNDCA630-SC000 74104 |
| SAMNDCA630-SC000 74105 | SAMNDCA630-SC000 74120 |
| SAMNDCA630-SC000 74121 | SAMNDCA630-SC000 74121 |
| SAMNDCA630-SC000 74122 | SAMNDCA630-SC000 74133 |
| SAMNDCA630-SC000 74173 | SAMNDCA630-SC000 74184 |
| SAMNDCA630-SC000 74185 | SAMNDCA630-SC000 74186 |
| SAMNDCA630-SC000 74187 | SAMNDCA630-SC000 74199 |