UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal certain portions of joint trial exhibits, demonstratives, and interrogatory responses that Apple has disclosed for the examinations of Drs. Mowry and Snoeren.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Exhibit | Portions to be Sealed |
|---|---|
| PDX91.16 | Portions highlighted in Samsung's submission to the Court |
| PDX91.17 | Portions highlighted in Samsung's submission to the Court |
| PDX91.18 | Portions highlighted in Samsung's submission to the Court |
| Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrogatories (No. 41), July 15, 2013 | Portions highlighted in Samsung's submission to the Court |
| Excerpts from Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), July 15, 2013 | Portions highlighted in Samsung's submission to the Court |
| Appendix A to Samsung's Response to Apple's Interrogatory No. 48 [contained within Samsung's Objections and Responses to Apple's Twelfth Set of Interrogatories (Nos. 47-50), July 15, 2013] | Portions highlighted in Samsung's submission to the Court |
| Excerpts from Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45), October 4, 2013 | Portions highlighted in Samsung's submission to the Court |
| JX50 | Bates SAMNDCA630-SC00057422-57423; SAMNDCA630-SC-00057444-57446; SAMNDCA630-SC00057493-57495; Bates numbers set forth in Exhibit A to the Declaration of Michael L. Fazio filed concurrently with Samsung's Renewed Motion to Seal. |

| JX51 | GOOG-NDCAL630-S-00002419, GOOG-NDCAL630-S-00005903-04 |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge