[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE "VICTORY" PHONE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. It is stipulated that the "Victory" is Samsung's internal product name for the Epic 4G phone (model number SPH-D700), an actually released product sold by Samsung beginning in July 2010.  The Epic 4G phone is not an accused product in this case.

2. Either party may read Paragraph 1 into evidence during trial.

IT IS SO STIPULATED.

Dated:  April 7, 2014

| By: _/s/ Rachel Krevans_ | By: _/s/ Victoria Maroulis_ |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | CHARLES K. VERHOEVEN<br>(Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP |

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | 555 Twin Dolphin Drive, 5th Floor |
| jkrevitt@gibsondunn.com | Redwood Shores, California 94065 |
| H. MARK LYON (CA SBN 162061) | Telephone: (650) 801-5000 |
| mlyon@gibsondunn.com | Facsimile: (650) 801-5100 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1881 Page Mill Road | WILLIAM C. PRICE (Bar No. 108542) |
| Palo Alto, CA  94304-1211 | williamprice@quinnemanuel.com |
| Telephone: (650) 849-5300 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Facsimile: (650) 849-5333 | 865 South Figueroa Street, 10th Floor |
| WILLIAM F. LEE (*pro hac vice*) | Los Angeles, California 90017-2543 |
| William.lee@wilmerhale.com | Telephone: (213) 443-3000 |
| WILMER CUTLER PICKERING  HALE AND DORR LLP | Facsimile: (213) 443-3100 |
| 60 State Street | |
| Boston, Massachusetts 02109 | |
| Telephone: (617) 526-6000 | |
| Facsimile: (617) 526-5000 | |
| | |
| MARK D. SELWYN (CA SBN 244180) | |
| mark.selwyn@wilmerhale.com | |
| WILMER CUTLER PICKERING  HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 858-6000 | |
| Facsimile: (650) 858-6100 | |

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated:  April 7, 2014                                                  /s/ Rachel Krevans_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge