[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE "VICTORY" PHONE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  It is stipulated that the "Victory" is Samsung's internal product name for the Epic 4G phone (model number SPH-D700), an actually released product sold by Samsung beginning in July 2010.  The Epic 4G phone is not an accused product in this case.

2.  Either party may read Paragraph 1 into evidence during trial.

IT IS SO STIPULATED.

Dated:  April 7, 2014

By:   */s/ Rachel Krevans*

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By:   */s/ Victoria Maroulis*

Attorney for Defendants and Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated:  April 7, 2014                    /s/ Rachel Krevans_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 7, 2014

_____
Hon. Lucy H. Koh
United States District Judge