QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN APPLE DEMONSTRATIVES DISCLOSED FOR DR. SNOEREN** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain Apple demonstratives containing source code information disclosed for Dr. Snoeren.

In addition to the demonstratives set forth in Samsung's Renewed Motion to Seal (Dkt. No. 1611) Samsung believes that Apple intends to use the following three demonstratives during Dr. Snoeren's questioning. Samsung has reviewed each of them, and has determined that each contains references to proprietary source code information, to include source code itself, source code file names, source code file paths, and information related to source code function.

**PDX91.44, PDX 91.45, PDX 91.46.**[1]  Samsung has concurrently filed ECF copies of PDX91.44, PDX91.45 and PDX91.46 with highlighting indicating proprietary source code information that Samsung requests be sealed.

DATED:  April 7, 2014                QUINN EMANUEL URQUHART & SULLIVAN, LLP

   */s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

---

[1] While Samsung did not list these three demonstratives in its April 5, 2014 High Priority Objections brief, upon further review of the demonstratives, Samsung believes that they are properly sealable under the "compelling reasons" standard, and that disclosure of the source code included in these demonstratives will cause Samsung competitive harm.