| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) |
| | kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 7 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| 8 | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 9 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 10 | Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) |
| | michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California  90017-2543 |
| 14 | Telephone:   (213) 443-3000 |
| | Facsimile:   (213) 443-3100 |
| 15 | |
| | Attorneys for SAMSUNG ELECTRONICS |
| 16 | CO., LTD., SAMSUNG ELECTRONICS |
| | AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

98.51981/5859083.1

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion To File Under Seal Certain Apple Demonstratives Disclosed for Dr. Snoeren.

3. Samsung moves to file under seal highlighted portions of the following demonstratives that contain source code information:

- PDX 91.44;
- PDX 91.45; and
- PDX 91.46.

4. Samsung maintains a claim of confidentiality over the portions of the demonstratives listed in paragraph 3 that are highlighted in green.[1]  The green highlighted portions of the PDX 91.44, PDX 91.45, and PDX 91.46 contain Samsung proprietary source code information.

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

---

[1] These demonstratives were provided to Samsung by Apple as video files (.wav format). For the Court's convenience in reviewing these demonstratives, Samsung has converted the relevant portions of these videos into image files (.pdf format) with attendant green highlighting.

1  6. I am informed and believed that Samsung considers the information regarding its source code and the development of its code highly confidential because competitors could use the information to copy certain features exclusively found on Samsung's products, and to gain insight into Samsung's development processes.

7. For the foregoing reasons, Samsung requests that Samsung's Administrative Motion to File Under Seal be granted as to the portions highlighted in green for the reasons stated in the aforementioned Shim declarations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 7, 2014, at San Jose, California.

*/s/ Michael L. Fazio*

Michael L. Fazio