UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON SEALING AND |
| ) | OBJECTIONS FOR TRIAL EXHIBITS |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

To address recurring issues regarding the parties' submissions of objections and motions to seal trial exhibits, it is hereby ORDERED that:

• The parties shall file any exhibits and demonstratives at issue in the parties' objections on ECF, to ensure that any disputed documents are placed on the docket and timely accessible to the Court. The parties shall not send those files by File Transfer Protocol or other secure file transfer services.

• Any requests to seal exhibits and demonstratives filed in connection with objections must identify with specificity the portions that require sealing. Copies of documents subject to sealing

1

1  requests shall be filed on ECF.  The parties may have one additional page for purposes of

2  identifying documents for sealing.

3  • The parties must file accompanying declarations with their motions to seal that explain

4  why the specifically identified information meets the compelling reasons standard for sealing.

5  **IT IS SO ORDERED.**

6  Dated: April 7, 2014                            _____*Lucy H. Koh*_____
                                                   LUCY H. KOH
7                                                  United States District Judge