UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

### Civil Minute Order

Court Proceedings: Jury Trial, Friday, April 4, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown　　　　　　　Time in Court: 5 hr 49 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
　　**APPLE INC.**　　　　V.　　　　**SAMSUNG ELECTRONICS CO. LTD., ET AL**
　　　　PLAINTIFF　　　　　　　　　　　　　　DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson, Dave Nelson |
| Nathan Sabri | |

### PROCEEDINGS: JURY TRIAL—DAY THREE

| Time | Event |
|---|---|
| 9:08 a.m. | All parties present, all jurors present, Witness Schiller resumes the stand for further testimony. |
| 10:29 a.m. | The morning recess is taken. |
| 10:45 a.m. | Jury not present, the Court and counsel discuss matters. |
| 10:53 a.m. | Jury not present, Witness Schiller resumes the stand for further testiony. |
| 11:02 a.m. | Witness Schiller is excused subject to recall. |
| 11:05 a.m. | Witness Gregory Nicholas Christie is sworn and testifies. |
| 12:02 p.m. | The noon recess is taken. |
| 1:06 p.m. | Out of the presence of the jury, the Court and counsel discuss matters. |
| 1:12 p.m. | Jury now present, Witness Christie resumes the stand. |
| 1:17 p.m. | Witness Andrew Jeremy Gavin Cockburn is sworn and testifies. |
| 2:16 p.m. | The jury is excused for the first afternoon recess. The Court and counsel discuss matters. |
| 2:21 p.m. | The recess is taken. |
| 2:33 p.m. | All parties present, Witness Cockburn resumes the stand for further testimony. |
| 3:35 p.m. | The jury is excused for the second afternoon recess. The Court and counsel discuss matters. |
| 3:39 p.m. | The recess is taken. |
| 3:47 p.m. | All parties present, Witness Cockburn resumes the stand. |

| | |
|---|---|
| 4:31 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:33 p.m. | Court is adjourned until Monday, April 7, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    DX 377 (under seal except for .024, .028), 444, 445, 446, 459 (under seal except for .002, .003), 418 (under seal except for .020, .021, .099), 407 (under seal except for .002-.005), 408a, 498, 410, 409, 405 (under seal except for .014, .032), 413 (under seal except for .008, .014, .046), 489 (under seal except for .245-.248)
    PX 11, 121, 119, 230, 231, 232, 234, 235, 236, 239, 241, 120, 181, 168, 169, 219
    JX 10, 28B, 29B, 29D, 32C, 33B, 34C, 37A, 13, 30A