QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF ERRATA REGARDING SAMSUNG'S REQUEST TO SEAL CERTAIN TRIAL EXHIBITS RELATED TO THE PARTIES' DISCLOSURES FOR JOHN HAUSER, MARK BUCKLEY, AND CHRIS VELLTURO [RELATED TO DKT. NO. 1601-3]** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby serve this Notice of Errata Regarding Samsung's request to seal certain trial exhibits related to the parties' disclosures for John Hauser, Mark Buckley, and Chris Vellturo as indicated in Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Buckley, Hauser, and Vellturo, Section III [filed at Dkt. No. 1601-3] ("HPO Brief").

While listing the Apple demonstratives sought to be sealed by Samsung as part of Apple's April 5, 2014 disclosures for John Hauser, Mark Buckley, and Chris Vellturo, Samsung inadvertently omitted the following demonstratives – which reflect Samsung's financial data – from Samsung's HPO Brief: PDX92.17-20; PDX92.54-57; PDX92.60-61; PDX92.65; PDX92.67; and PDX92.69. Accordingly, page 5, lines 18-20 of Samsung's HPO Brief should read "Samsung moves to seal portions of the following exhibits and demonstratives, which are listed in the parties' April 5th disclosures: Samsung's financial data (PX142; PX158; PX160; PX161; PX162; PX208; PX222; PX222A; PX223; PX223A; DX431; DX432; PDX92.17-20; PDX92.54-57; PDX92.60-61; PDX92.65; PDX92.67; and PDX92.69) . . . ."

There are no other changes.

Concurrently with this Notice, Samsung will file the additional demonstratives – highlighted to identify confidential information – that it seeks to seal on ECF.

DATED: April 7, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Victoria F. Maroulis
Kevin P.B. Johnson
Michael L. Fazio
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC