| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **NOTICE OF SUBMISSION OF DEMONSTRATIVES SUBJECT TO PENDING MOTION TO SEAL (DOCKET NO. 1600-3) AND MOTION TO SEAL VIDEO DEMONSTRATIVES** |

Pursuant to the Court's Order (Dkt. 1616), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") submits herewith demonstratives for use during the examination of Dr. Christopher Vellturo that are the subject of a pending motion to seal. *See* Dkt. Nos. 1600-3; 1600-7 ¶ 5 (requesting the Court seal PDX92.26, PDX92.27, PDX92.34, PDX92.39, PDX92.58, PDX92.59, PDX92.64, PDX92.70-.73, PDX92.79, and PDX92.82). The other materials subject to that motion to seal are trial exhibits already in the possession of the Court.

Apple further notifies the Court that Apple has prepared and timely disclosed to Samsung video demonstratives, numbered PDX 29-31, PDX92.35, PDX92.40, PDX92.63, PDX92.66, PDX92.68, PDX92.75, PDX92.80-81 and PDX92.83-.84, which present the same information as found in the PDF demonstratives submitted herewith.[1] Apple requests that the Court seal the videos on the same grounds provided by Apple for sealing the corresponding PDF demonstratives. Dkt. 1600-7 ¶ 5. Because these video files cannot be submitted via ECF (*see* http://cand.uscourts.gov/ecf/restrictions (discussing non-documents "such as music or video files")), Apple is not filing them with the Court, but at the Court's direction will submit these video files via Secure File Transfer or lodge them with the Court on CD.

Dated:  April 7, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

---

[1] PDX92.29-.31 are videos that contain the same information as PDX92.34. PDX92.35 is a video that contains the same information as PDX92.39. PDX92.40, PDX92.63, PDX92.66, and PDX92.68 are videos that contain the same information as PDX92.64. PDX92.75 is a video that contains the same information as PDX92.79. PDX92.80-.81 and PDX92.83-.84 are videos that contain the same information as PDX92.82.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 7, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        */s/* Mark D. Selwyn
                                        Mark D. Selwyn