1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA          )  C-12-00630 LHK
6  CORPORATION,                      )
                                     )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,            )
                                     )  MARCH 31, 2014
8         VS.                        )
                                     )  VOLUME 1
9  SAMSUNG ELECTRONICS CO., LTD.,    )
   A KOREAN BUSINESS ENTITY;         )  PAGES 1-267
10 SAMSUNG ELECTRONICS AMERICA,      )
   INC., A NEW YORK CORPORATION;     )
11 SAMSUNG TELECOMMUNICATIONS        )
   AMERICA, LLC, A DELAWARE          )
12 LIMITED LIABILITY COMPANY,        )
                                     )
13             DEFENDANTS.           )
   _____   )

14

15

16         TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20        APPEARANCES ON NEXT PAGE

21

22 OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23                              IRENE RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074

24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
        TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2      A P P E A R A N C E S:

 3      FOR PLAINTIFF          MORRISON & FOERSTER
        APPLE:                 BY:  HAROLD J. MCELHINNY
 4                                  RACHEL KREVANS
                               425 MARKET STREET
 5                             SAN FRANCISCO, CALIFORNIA  94105

 6

 7                             WILMER, CUTLER, PICKERING,
                               HALE AND DORR
 8                             BY:  WILLIAM F. LEE
                               60 STATE STREET
 9                             BOSTON, MASSACHUSETTS  02109

10                             BY:  MARK D. SELWYN
                               950 PAGE MILL ROAD
11                             PALO ALTO, CALIFORNIA  94304

12

13      FOR SAMSUNG:           QUINN, EMANUEL, URQUHART & SULLIVAN
                               BY:  JOHN B. QUINN
14                                  WILLIAM PRICE
                               865 S. FIGUEROA STREET, FLOOR 10
15                             LOS ANGELES, CALIFORNIA  90017

16                             BY:  VICTORIA F. MAROULIS
                                    KEVIN B. JOHNSON
17                             555 TWIN DOLPHIN DRIVE
                               SUITE 560
18                             REDWOOD SHORES, CALIFORNIA  94065

19

20

21

22

23

24

25
```

```
 1       SAN JOSE, CALIFORNIA                    MARCH 31, 2014

 2                        P R O C E E D I N G S

 3          (COURT CONVENED AT 9:08 A.M.)

 4              THE COURT:  NOW, WE ARE GOING TO NEED MORE ROOM FOR

 5       OUR JURY PANEL.

 6          I'M JUST TOLD THAT THERE WAS A JUROR WHO CAME WHO HAS

 7       CANCER AND THEY WERE EXCUSED.  SO THEY WILL NOT BE COMING UP.

 8              MR. PRICE:  YOUR HONOR, GOOD MORNING.  THIS IS BILL

 9       PRICE.  BEFORE YOU START BRINGING THE JURORS, WE DO HAVE A

10       MATTER WE'D LIKE TO BRING BEFORE THE COURT.

11              THE COURT:  OKAY.  WHAT IS THAT?

12              MR. PRICE:  THAT'S A QUESTION OF WHAT TO DO ABOUT, I

13       GUESS KIND OF THE MEDIA AROUND ONE OF APPLE'S KEY WITNESSES.

14       THERE'S A GENTLEMAN NAMED GREG CHRISTIE WHO WAS LISTED AS ONE

15       OF APPLE'S FIRST FOUR WITNESSES, AND APPARENTLY LAST WEEK APPLE

16       MADE HIM AVAILABLE ON THE EVE OF THEIR TRIAL TO HIGHLIGHT KEY

17       ELEMENTS OF THEIR DEFENSE -- I'M SORRY, NOT THEIR DEFENSE,

18       THEIR STRATEGY -- AND HE DID INTERVIEWS WITH "THE WALL STREET

19       JOURNAL" AND NPR, AND THAT'S BEEN PICKED UP BY CNN AND

20       "FORTUNE" AND YOU CAN GOOGLE IT EVERYWHERE.

21          BASICALLY IT'S ONE OF THEIR FIRST WITNESSES TESTIFYING

22       SAYING WHAT HE'S GOING TO SAY, SAYING THINGS THAT WOULD NEVER

23       BE ADMISSIBLE IN COURT, AND BASICALLY SAYING AGAIN THAT SAMSUNG

24       HAS RIPPED OFF APPLE AND HIS INVENTION.

25              NOW, THIS WAS -- THIS WAS PLANNED.  IT WAS PART OF A
```

```
 1    PRETRIAL STRATEGY, AND THE WORRY IS THERE'S BEEN A LOT OF

 2    PUBLICITY.  SO I THINK WHAT WE WOULD REQUEST ARE A COUPLE

 3    THINGS.

 4         OBVIOUSLY WE NEED TO FIND OUT IF THE JURORS HAVE BEEN

 5    READING ALL OF THIS THAT'S BEEN GETTING OUT IN THE LAST WEEK

 6    ABOUT ONE OF THE FIRST WITNESSES THEY'RE GOING TO SEE.

 7         I ALSO THINK, YOUR HONOR, YOU KNOW, GIVEN THE FACT THAT,

 8    YOU KNOW, MOST JURORS WILL SAY, YES, IF THEY DID READ IT, YES,

 9    I READ IT, I READ WHERE HE SAID SAMSUNG RIPPED APPLE OFF, ET

10    CETERA, BUT I CAN BE FAIR.

11         I THINK THAT IT WOULD BE APPROPRIATE AND NECESSARY, GIVEN

12    THIS PRETRIAL PUBLICITY STRATEGY, FOR SAMSUNG TO GET THREE

13    ADDITIONAL PEREMPTORIES BECAUSE I -- YOU'RE GOING TO HEAR

14    PEOPLE, I'M SURE, WHO HAVE READ THESE ARTICLES THAT WERE

15    PLANTED IN THE PRESS.  AND I JUST WANT TO MAKE SURE WE HAVE A

16    CHANCE, AT SAMSUNG, TO MAKE SURE WE HAVE A FAIR TRIAL AND CAN

17    TRY TO GET A JURY PANEL THAT HAS NOT HEARD MR. CHRISTIE'S

18    TESTIMONY ALREADY.

19         THE COURT:  MAY I ACTUALLY SEE THOSE?  I'M NOT

20    FAMILIAR WITH WHAT HE SAID --

21         MR. PRICE:  CERTAINLY.

22         THE COURT:  -- OR WHO HE IS AND WHAT THE ARTICLES

23    SAY.

24         WHAT IS APPLE'S RESPONSE?

25         MR. MCELHINNY:  APPLE'S RESPONSE WAS THAT IN RESPONSE
```

1    TO REQUESTS AND QUESTIONS ABOUT -- FROM THE PRESS --

2    MR. CHRISTIE WAS INTERVIEWED LAST WEEK BY NPR AND BY THE

3    "WALL STREET JOURNAL."

4         THERE'S A TON OF PUBLICITY ABOUT THIS CASE.  THERE'S

5    ARTICLES IN THE "TIMES" AND THE "WALL STREET JOURNAL" THIS

6    MORNING.

7         I DON'T THINK THIS IS OUT OF THE ORDINARY.  I MEAN, THIS

8    IS THE SAME FIRM THAT ISSUED A PRESS RELEASE IN THE MIDDLE OF

9    OUR TRIAL IN THE FIRST CASE THAT'S COMPLAINING ABOUT THIS.

10        BUT I -- THERE'S NOTHING PREJUDICIAL ABOUT THIS.  THIS

11   IS -- THESE CASES GET A LOT OF PUBLICITY.

12             MR. PRICE:  MAY I, YOUR HONOR?

13             THE COURT:  YES, PLEASE.

14        (PAUSE IN PROCEEDINGS.)

15             MR. PRICE:  AND TO RESPOND QUICKLY, YOUR HONOR,

16   THIS -- UNLIKE THE PRESS RELEASE, THIS IS THE TESTIMONY OF

17   BASICALLY WHAT MAY BE THEIR FIRST WITNESS.

18             THE COURT:  WELL, THE PRESS RELEASE WAS ABOUT

19   INADMISSIBLE EXCLUDED EVIDENCE.  SO I THINK THAT WAS WORSE THAN

20   THIS -- IF THIS IS WHAT HE'S GOING TO TESTIFY TO, I THINK THE

21   PREJUDICE IS SLIGHTLY WORSE IN DOING A PRESS RELEASE ON

22   INADMISSIBLE EXCLUDED EVIDENCE THAT THE JURY WAS NOT SUPPOSED

23   TO HEAR.

24             MR. PRICE:  I UNDERSTAND, YOUR HONOR.  AT THAT TIME

25   THE JURY HAD BEEN SELECTED AND YOU TOLD THEM NOT TO READ THE

```
 1      PRESS.  THIS IS PRE-SELECTION, AND IT'S BASICALLY AN OUTLINE OF

 2      HIS TESTIMONY WITHOUT AN OPPORTUNITY TO OBJECT AS TO WHAT'S

 3      ADMISSIBLE, WHAT'S NOT.

 4          (PAUSE IN PROCEEDINGS.)

 5              THE COURT:  ALL RIGHT.  ONE OPTION WOULD BE TO GIVE

 6      SAMSUNG FIVE ADDITIONAL MINUTES OF ATTORNEY VOIR DIRE.  WHAT'S

 7      APPLE'S RESPONSE TO THAT?

 8              MR. MCELHINNY:  WE HAVE NO OBJECTION TO THAT.

 9              THE COURT:  ALL RIGHT.  THAT'S GOING TO BE THE

10      REMEDY.  I'M NOT GOING TO GIVE EITHER SIDE MORE PEREMPTORIES

11      THAN THE OTHER.

12          ALL RIGHT.  IS OUR JURY READY?

13              THE CLERK:  MS. PULI IS OUT WAITING.  I DON'T KNOW IF

14      THEY'RE WAITING UNTIL EVERYBODY HAS COME UP IN THE ELEVATOR,

15      BUT THEY'RE ON THEIR WAY.

16              THE COURT:  WHY DON'T WE -- IT'S GOING TO TAKE A

17      WHILE TO HAVE THAT NUMBER OF PEOPLE IN, SO WHY DON'T WE HAVE

18      THEM START TAKING SEATS.

19          (PAUSE IN PROCEEDINGS.)

20              THE COURT:  ALL RIGHT.  THE LIST OF THE JURORS

21      HAVEN'T BEEN PREPARED YET, SO THAT'S WHAT WE'RE WAITING ON, AND

22      WAITING FOR THEM TO COME UP FROM THE SECOND FLOOR TO THE FIFTH

23      FLOOR.

24          (PAUSE IN PROCEEDINGS.)

25          (PROSPECTIVE JURORS PRESENT.)
```

1          THE CLERK:  CALLING CASE NUMBER C-12-00630 LHK,

2     APPLE, INCORPORATED VERSUS SAMSUNG ELECTRONICS COMPANY LIMITED,

3     ET AL.

4          WILL ALL THE PROSPECTIVE JURORS WHO AREN'T ALREADY

5     STANDING PLEASE STAND AND RAISE YOUR RIGHT HANDS, PLEASE, AND

6     EVERYBODY ELSE.

7          (PROSPECTIVE JURY PANEL SWORN.)

8          PROSPECTIVE JUROR:  YES.

9          THE COURT:  GOOD MORNING AND WELCOME.

10         YOU WILL NOT BE STANDING LONG.  WE WILL HAVE A SHORT

11    DISCUSSION HERE AND THEN WE'RE GOING TO EXCUSE A NUMBER OF

12    PEOPLE TO RETURN TO THE JURY ASSEMBLY ROOM.  SO I APOLOGIZE FOR

13    THOSE OF YOU WHO ARE STANDING, BUT HOPEFULLY THAT WILL BE ONLY

14    FOR A SHORT TIME.

15         SO THANK YOU FOR YOUR SERVICE TODAY.  MY NAME IS LUCY KOH,

16    AND I WILL BE THE JUDGE PRESIDING OVER THIS TRIAL.

17         WE ARE ABOUT TO BEGIN SELECTING A JURY FOR A CIVIL TRIAL.

18    EACH SIDE IN THIS CASE IS ENTITLED TO A FAIR, UNBIASED,

19    UNPREJUDICED JURY.

20         THE PROCESS WE ARE ABOUT TO BEGIN OF JURY SELECTION IS

21    DESIGNED TO HELP THE PARTIES AND THE COURT IDENTIFY SUCH A FAIR

22    AND IMPARTIAL JURY.  SO IF YOU ARE SELECTED AS A JUROR IN THIS

23    CASE, YOU MUST DECIDE THE CASE BASED ONLY ON THE EVIDENCE

24    THAT'S RECEIVED DURING THE TRIAL AND ON THE INSTRUCTIONS OF THE

25    LAW THAT I GIVE TO YOU.

1        YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES OR

2   DISLIKES, OPINIONS, PREJUDICES OR SYMPATHY.

3        SO WE'RE GOING TO ASK YOU QUESTIONS TO TRY TO DETERMINE

4   WHETHER YOU HAVE ANY PARTICULAR LIKES, DISLIKES, OPINIONS,

5   PREJUDICES OR SYMPATHY THAT MAY AFFECT YOUR ABILITY TO BE FAIR

6   AND IMPARTIAL IN THIS CASE.

7        IT COULD BE THAT THERE ARE OTHER CASES IN THE COURTHOUSE

8   FOR WHICH YOU WOULD BE A FAIR AND IMPARTIAL JUROR, BUT IF THIS

9   IS NOT THE CASE FOR YOU, WE NEED TO MAKE THAT DETERMINATION.

10        SO YOU HAVE TAKEN AN OATH JUST NOW.  IT IS YOUR DUTY TO

11   DISCLOSE ANY OF YOUR PERSONAL LIKES, DISLIKES, OPINIONS,

12   PREJUDICES OR SYMPATHY.  PLEASE DO NOT BE EMBARRASSED.  WE ARE

13   NOT HERE TO JUDGE YOU.

14        AND BY DISCLOSING SUCH INFORMATION, YOU ARE MERELY DOING

15   YOUR DUTY, AND YOU'RE MERELY DOING WHAT WE ARE ASKING YOU TO

16   DO.

17        SO WE'RE GRATEFUL FOR YOUR CANDOR.  IF AT ANY TIME DURING

18   THESE PROCEEDINGS YOU WANT PRIVACY, PLEASE LET ME KNOW.  WE

19   WILL EXCUSE ALL THE OTHER POTENTIAL JURORS TO GIVE YOU PRIVACY.

20        SO AS YOU'VE HEARD, THIS IS A PATENT CASE.  IT'S CALLED

21   APPLE, INC. TO WHICH I WILL REFER AS APPLE, VERSUS SAMSUNG

22   ELECTRONICS COMPANY, SAMSUNG ELECTRONICS AMERICA, AND SAMSUNG

23   TELECOMMUNICATIONS AMERICA.  I WILL REFER TO THESE ENTITIES AS

24   SAMSUNG.

25        SO THE FOLLOWING RESTRICTIONS APPLY TO ALL OF YOU UNTIL

1    YOU HAVE BEEN EXCUSED AS A POTENTIAL JUROR, OR UNTIL YOU'VE

2    BEEN EXCUSED AS A JUROR IF YOU ARE SELECTED.  AND THESE

3    INSTRUCTIONS AND RESTRICTIONS APPLY WHEN YOU'RE WAITING DOWN IN

4    THE JURY ASSEMBLY ROOM, WHEN YOU'RE WAITING IN ANOTHER

5    COURTROOM, WHEN YOU'RE WAITING IN A JURY ROOM, WHICH I'LL

6    EXPLAIN IN A MINUTE.

7         BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON THE

8    EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO THE

9    LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

10   INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

11   THE COURSE OF YOUR JURY DUTY.

12        THUS, UNTIL THE END OF THE CASE, OR UNLESS I TELL YOU

13   OTHERWISE, DO NOT COMMUNICATE WITH ANYONE, AND THAT'S INCLUDING

14   EACH OTHER, OTHER POTENTIAL JURORS, IN ANY WAY, AND DO NOT LET

15   ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

16   THE CASE OR ANYTHING TO DO WITH IT.

17        THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

18   BY PHONE OR ELECTRONIC MEANS VIA E-MAIL, TEXT MESSAGING, OR ANY

19   INTERNET CHAT ROOM, BLOG, WEBSITE OR OTHER FEATURE.

20        THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

21   UNTIL I GIVE YOU THE CASE FOR DELIBERATION.

22        AND IT APPLIES TO COMMUNICATING WITH EVERYONE ELSE,

23   INCLUDING YOUR FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR

24   PRESS, AND THE PEOPLE INVOLVED IN THE TRIAL.

25        ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND YOUR EMPLOYER THAT

1    YOU HAVE BEEN SEATED AS A JUROR IN THE CASE, OR THAT YOU'RE IN

2    THE PROCESS OF POTENTIAL JURY SELECTION, BUT IF YOU ARE ASKED

3    OR APPROACHED IN ANY WAY ABOUT YOUR JURY SERVICE OR ANYTHING

4    ABOUT THIS CASE, YOU MUST RESPOND THAT YOU HAVE BEEN ORDERED

5    NOT TO DISCUSS THE MATTER AND TO REPORT THE CONTACT TO THE

6    COURT.

7            BECAUSE YOU WILL RECEIVE ALL THE EVIDENCE AND LEGAL

8    INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT, DO

9    NOT READ, WATCH OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

10   COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.

11           DO NOT DO ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES,

12   SEARCHING THE INTERNET, OR USING OTHER REFERENCE MATERIALS, AND

13   DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN

14   ABOUT THE CASE ON YOUR OWN.

15           THE LAW REQUIRES THESE RESTRICTIONS TO ENSURE THE PARTIES

16   HAVE A FAIR TRIAL BASED ON THE SAME EVIDENCE THAT EACH PARTY

17   HAS HAD AN OPPORTUNITY TO ADDRESS.

18           A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

19   FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

20   WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

21           IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

22   NOTIFY THE COURT IMMEDIATELY.

23           NOT COMMUNICATING ABOUT ANYTHING TO DO WITH THE CASE MEANS

24   THAT YOU CANNOT TALK ABOUT SMARTPHONES OR TABLETS, THESE

25   COMPANIES, OR THESE COMPANIES' PRODUCTS, AND THIS INCLUDES

1   WHILE YOU'RE WAITING TO BE CALLED INTO COURT FOR JURY

2   SELECTION.

3          SO PLEASE DO NOT DISCUSS WHAT KIND OF PHONES YOU HAVE,

4   WHAT KIND OF TABLETS YOU HAVE, OR ANYTHING YOU'VE HEARD ABOUT

5   THE CASE WHILE YOU'RE WAITING IN THE JURY ROOMS OR IN THE OTHER

6   COURTROOMS OR IN THE JURY ASSEMBLY ROOM.

7          FOR THOSE OF YOU WHO ARE ULTIMATELY SELECTED AS JURORS IN

8   THE CASE, THE RESTRICTIONS WILL APPLY TO YOU UNTIL THE VERY END

9   OF THE CASE WHEN YOU START DELIBERATING AS A JURY.

10         IN ORDER FOR YOU NOT TO FEEL LEFT OUT, OUR COURT

11  LIBRARIAN, LEE VAN DUZER, WILL COLLECT ALL THE NEWS ARTICLES

12  ABOUT THE CASE AND GIVE YOU A SCRAPBOOK AND WHATEVER OTHER

13  MATERIALS HE CAN FIND ABOUT THE CASE TO YOU AT THE END.

14         SO YOU WILL NOT BE MISSING OUT ON ANYTHING, BUT YOU ARE

15  ASKED THAT YOU CANNOT TAKE A LOOK AT IT DURING THE TRIAL UNTIL

16  YOU ARE EXCUSED AS A JUROR.  SO YOU MUST COMPLY WITH THESE

17  RESTRICTIONS UNTIL THAT POINT IF YOU ARE SELECTED.

18         NOW, LET ME FIRST INTRODUCE THE COURT TEAM.  MS. MARTHA

19  PARKER BROWN.  ANY SUBSTANTIVE COMMENTS, AND THERE SHOULDN'T BE

20  ANY, NEED TO BE IN WRITING BECAUSE I NEED TO SHARE THEM WITH

21  THE PARTIES, BECAUSE IF THERE'S A SCHEDULING ISSUE, YOU CAN

22  CONTACT MS. PARKER BROWN.

23         LEE-ANNE SHORTRIDGE IS OUR COURT REPORTER.  SHE'S SITTING

24  TO MY LEFT, AND SHE IS RECORDING EVERYTHING THAT IS SAID WORD

25  FOR WORD.  SO SHE CAN'T RECORD A NODDING OR A SHAKING OF THE

1    HEAD.  SO YOU DO NEED TO SPEAK IN WORDS SO SHE CAN GET THE

2    RECORD DOWN.

3         OKAY.  IN ADDITION, I HAVE LAW CLERKS AND EXTERNS.  SOME

4    OF YOU WHO WILL -- SOME OF WHOM WILL BE ESCORTING YOU TODAY TO

5    THE VARIOUS ROOMS AS WE'RE ABOUT TO START.  THEY ARE LARA

6    PALANJIAN; VICTIM SWARUUP; HENRY HUANG, JOSEPH AUDAL, EVAN

7    BREWER, CHRISTINA BAUTISTA, AND NICHOLAS SNAVELY.

8         PLEASE RAISE YOUR HAND IF YOU KNOW ANY MEMBERS OF THIS

9    COURT TEAM.

10        OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

11   RAISED.

12        NOW, WE EXPECT THAT THIS TRIAL, WHICH BEGINS TODAY, MAY

13   END AND JURY DELIBERATIONS BEGIN ON APPROXIMATELY TUESDAY,

14   APRIL 29TH OF 2014.

15        ONCE JURY DELIBERATIONS BEGIN, THE JURY WILL TAKE AS LONG

16   AS NEEDED TO DELIBERATE.

17        WE WILL BE IN TRIAL THREE DAYS A WEEK, MONDAY, TUESDAY,

18   AND FRIDAY.  WE WILL NOT BE IN TRIAL ON WEDNESDAYS AND

19   THURSDAYS.  SO THE JURY WILL NOT COME TO COURT ON WEDNESDAYS

20   AND THURSDAYS.  I HAVE HEARINGS IN MY OTHER CRIMINAL AND CIVIL

21   CASES ON WEDNESDAYS AND THURSDAYS.

22        HOWEVER, ONCE THE TRIAL IS OVER AND THE JURY BEGINS

23   DELIBERATING, THEN THE JURY WILL DELIBERATE EVERY BUSINESS DAY

24   MONDAY THROUGH FRIDAY BECAUSE I CAN HAVE THE JURY DELIBERATING

25   WHILE I'M CALLING OTHER CASES ON WEDNESDAY AND THURSDAY.  SO AT

1    THAT POINT, IF YOU'RE SELECTED AS A JUROR, YOU'LL NEED TO PLAN

2    TO BE HERE FROM 9:00 TO 4:30 MONDAY THROUGH FRIDAY.

3         NOW, EACH DAY OF TRIAL IS -- STARTS AT 9:00 A.M. AND ENDS

4    AT 4:30 P.M., AND THAT IS TRUE OF DELIBERATIONS AS WELL.

5    DELIBERATIONS WILL ALSO ONLY GO FROM 9:00 TO 4:30.  EVEN IF YOU

6    WANTED TO STAY UNTIL MIDNIGHT, I WOULDN'T LET YOU DO THAT.

7         NOW, EVERY DAY WE WILL TAKE A ONE HOUR LUNCH FROM NOON TO

8    1:00.  WE WILL TAKE A 15 MINUTE BREAK AT ABOUT 10:30 A.M. AND A

9    TEN MINUTE BREAK AT ABOUT 2:00 P.M. AND ABOUT 3:15 P.M.

10        ONCE THE JURY STARTS DELIBERATING, ALTHOUGH THEY'RE

11   REQUIRED TO GO FROM 9:00 TO 4:30, THE JURY CAN DECIDE FOR

12   ITSELF WHEN AND HOW LONG TO TAKE LUNCH BREAKS AND ANY OTHER

13   BREAKS THEY WISH TO TAKE.

14        NOW, IF THE LENGTH AND DATES OF THIS TRIAL AND JURY

15   DELIBERATIONS WOULD PRESENT A HARDSHIP FOR YOU, WE'RE GOING TO

16   ASK YOU TO RAISE YOUR HAND AND STATE YOUR NAME ONE BY ONE.  WE

17   WILL RECORD YOUR NAME, AT WHICH TIME YOU CAN PLEASE LOWER YOUR

18   HAND, AND THEN THOSE OF YOU CLAIMING HARDSHIP WILL BE ESCORTED

19   BACK TO THE JURY ASSEMBLY ROOM TO AWAIT FURTHER INSTRUCTIONS.

20        WE WILL TRY TO SELECT A JURY FROM THE REMAINING POOL, BUT

21   IF WE'RE NOT ABLE TO DO THAT, THEN WE WILL CALL SOME OF YOU

22   FROM THE JURY ASSEMBLY ROOM TO COME BACK AND JOIN US HERE FOR

23   FURTHER JURY SELECTION.

24        WHILE YOU'RE WAITING IN THE JURY ASSEMBLY ROOM AND UNTIL

25   YOU ARE EXCUSED FROM THIS CASE COMPLETELY, YOU ARE STILL A

1    POTENTIAL JUROR IN THIS CASE, SO ALL THE RESTRICTIONS ABOUT

2    DISCUSSING AND RESEARCHING THE CASE AND ANYTHING TO DO WITH THE

3    CASE APPLY TO YOU.

4         ALL RIGHT.  WITH THAT -- AND UNFORTUNATELY, WE'RE GOING TO

5    NEED A MINUTE OR TWO TO IDENTIFY EVERYONE.  WE HAVE AN

6    ALPHABETIZED LIST BY LAST NAME, AND WE ALSO HAVE A RANDOMIZED

7    LIST.  SO WHEN YOU STATE YOUR NAME, WE'LL NEED JUST A SECOND TO

8    TRY TO FIND YOU ON OUR LIST.

9         SO ANYONE WHO HAS A HARDSHIP -- AND LET ME GIVE SOME

10   EXAMPLES.  IF YOU HAVE SURGERY SCHEDULED DURING THIS TIME AND

11   YOU CAN'T RESCHEDULE IT, THAT WOULD BE A HARDSHIP.  IF YOUR

12   FAMILY HAS A PREPAID VACATION AND YOU CAN'T CHANGE THAT, THAT

13   WOULD BE A HARDSHIP.  IF YOU ARE CARING FOR A PARENT WHO'S IN

14   HOSPICE CARE AT THIS TIME, THAT WOULD BE A HARDSHIP.

15        SO THOSE ARE JUST A FEW EXAMPLES.

16        NOW, WHY DON'T WE START WITH OUR GROUP ON THE LEFT SITTING

17   IN THE BOX.

18        ALL RIGHT.  WOULD YOU STATE YOUR NAME, PLEASE, AND GIVE US

19   A MINUTE TO FIND YOU ON OUR LIST.  WHAT'S YOUR NAME?

20             PROSPECTIVE JUROR:  LAST NAME IS MARTIN, SPELLED JUST

21   LIKE MARTIN, FIRST NAME IS ELADIO, E-L-A-D, AS IN DAN, I-O.

22             THE COURT:  OKAY.  THANK YOU.  IF YOU WOULD, PLEASE,

23   GO TO THE JURY ASSEMBLY ROOM.  HE IS RANDOM NUMBER 11.

24             PROSPECTIVE JUROR:  AND LEAVE THE MATERIALS HERE.

25             THE COURT:  YES, IF YOU WOULD PLEASE LEAVE THE

1          MATERIALS ON THE CHAIR THAT YOU'RE LEAVING.

2                OKAY.  GO AHEAD, PLEASE.

3                      PROSPECTIVE JUROR:  LAST NAME PAIGE, P-A-I-G-E, FIRST

4     NAME KIRK.

5                      THE COURT:  ALL RIGHT.  HE IS RANDOM JUROR NUMBER 6.

6                ALL RIGHT.  THANK YOU.  PLEASE GO AHEAD AND GO DOWN TO THE

7     JURY ASSEMBLY ROOM.

8                ANYONE ELSE ON THAT ROW?  GO AHEAD, PLEASE, YOUR NAME.

9                      PROSPECTIVE JUROR:  LEVITSKY, MARCIA.  L-E-V, AS IN

10    VICTOR, I-T --

11                     THE COURT:  I FOUND YOU.  YOU'RE JUROR NUMBER 3.

12    THANK YOU.  ALL RIGHT.  IN THE BACK ROW.  GO HEAD, PLEASE.

13                     PROSPECTIVE JUROR:  LAST NAME LE, L-E.  FIRST NAME

14    DIEP, D-I-E-P.

15                     THE COURT:  ALL RIGHT.  THANK YOU.  YOU MAY GO TO THE

16    JURY ASSEMBLY ROOM.  ON THAT BACK ROW, I THOUGHT I SAW -- YOUR

17    NAME, PLEASE.

18                     PROSPECTIVE JUROR:  FORT, F-O-R-T.  FIRST NAME

19    ROBERT.  I REALLY HAVE NO CONFLICT UNLESS THIS WOULD EXTEND

20    PAST THESE DATES, BUT THAT'S ALWAYS A POSSIBILITY.

21                     THE COURT:  THAT IS A POSSIBILITY BECAUSE THE JURY

22    WILL BE DELIBERATING STARTING ON APRIL 29TH OR APRIL 30TH, AND

23    I JUST DO NOT KNOW HOW LONG THEY WILL NEED.  SO YOUR LAST NAME

24    IS F-O-R-T?  OKAY.  I THINK IT'S 57.  ROBERT?

25                     PROSPECTIVE JUROR:  YES.

```
 1              THE COURT:  ALL RIGHT.  THANK YOU.  YOU MAY GO DOWN

 2      TO THE JURY ASSEMBLY ROOM.

 3           ANYONE ELSE?  OKAY.  YOUR NAME, PLEASE.

 4              PROSPECTIVE JUROR:  BHAT, B AS IN BOY, H-A-T.

 5      NIRMALA, N-I-R-M-A-L-A.

 6              THE COURT:  N-I-R-M-A-L-A.  ALL RIGHT.  THANK YOU.

 7      THAT'S JUROR NUMBER 34.

 8           ANYONE ELSE ON THE LEFT SIDE?  OKAY, NAME PLEASE.

 9              PROSPECTIVE JUROR:  PORTER, LINDA.

10              THE CLERK:  NUMBER 14.

11              THE COURT:  THANK YOU.

12           ALL RIGHT.  THANK YOU.  YOU ARE EXCUSED FOR NOW.  GO TO

13      THE JURY ASSEMBLY ROOM.

14           OKAY.  NAME, PLEASE.

15              PROSPECTIVE JUROR:  FIRST NAME SHIRLEY, LAST NAME

16      PHILIP, P-H-I-L-I-P.

17              THE COURT:  I'M SORRY.  CAN YOU SPELL THE LAST NAME

18      ONE MORE TIME?

19              PROSPECTIVE JUROR:  P-H-I-L-I-P, PHILIP.

20              THE CLERK:  NUMBER 15.

21              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

22      JURY ASSEMBLY ROOM.

23           NO ONE ELSE ON THE LEFT SIDE.  OKAY.  WHAT ABOUT THE RIGHT

24      SIDE?

25           ALL RIGHT.  LET'S START WITH THE ROW CLOSEST TO ME.  NAME,
```

1    PLEASE.

2              PROSPECTIVE JUROR:  JULIEN SPALANZANI.

3    S-P-A-L-A-N-Z-A-N-I.  FIRST NAME IS JULIEN, J-U-L-I-E-N.

4              THE COURT:  OKAY.  35.  SPALANZANI, CORRECT?

5              PROSPECTIVE JUROR:  YES.

6              THE COURT:  ALL RIGHT.  THANK YOU.  GO TO THE JURY

7    ASSEMBLY ROOM.  PLEASE.  NAME, PLEASE.

8              PROSPECTIVE JUROR:  LOUIE YBARRA.

9              THE COURT:  ALL RIGHT.  NUMBER 23.  THANK YOU.

10   PLEASE GO TO THE JURY ASSEMBLY ROOM.

11        ALL RIGHT.  NAME, PLEASE.

12             PROSPECTIVE JUROR:  NGUYEN.

13             THE COURT:  IS IT JENNIFER?

14             PROSPECTIVE JUROR:  HUONG NGUYEN.  FIRST NAME IS

15   HUONG, H-U-O-N-G.

16             THE COURT:  AH, OKAY.  AND HUONG THI?  T-H-I?

17             PROSPECTIVE JUROR:  UH-HUH, HUONG THI NGUYEN.

18             THE COURT:  ALL RIGHT.  PLEASE GO TO THE JURY

19   ASSEMBLY ROOM.  THAT IS NUMBER 30.

20        OKAY.  YOUR NAME, PLEASE.

21             PROSPECTIVE JUROR:  BOLGER, LISA.

22             THE COURT:  ALL RIGHT.  THAT'S NUMBER 28.  THANK YOU.

23   PLEASE GO TO THE JURY ASSEMBLY ROOM.

24        BACK ROW, PLEASE.

25             PROSPECTIVE JUROR:  MACLEOD, M-A-C.

```
 1              THE COURT:  WOULD THOSE STANDING LIKE -- WELL,

 2       ACTUALLY, I'M SORRY.  I'M GOING TO ASK YOU TO KEEP STANDING

 3       JUST SO WE CAN KEEP THE GROUPS SEPARATE.

 4          BUT ALEXANDER DONALD?

 5              PROSPECTIVE JUROR:  UM-HUM.

 6              THE COURT:  ALL RIGHT.  THAT'S JUROR NUMBER 20.

 7       THANK YOU.  PLEASE GO TO THE JURY ASSEMBLY ROOM.  NAME, PLEASE.

 8              PROSPECTIVE JUROR:  LAST NAME N-G-U-Y-E-N.  FIRST

 9       NAME T-H-I.

10              THE COURT:  IS IT T-U AND THEN THI THI, T-H-I?

11              PROSPECTIVE JUROR:  UM-HUM.

12              THE COURT:  OKAY.  THAT'S JUROR NUMBER 25.  ALL

13       RIGHT.  PLEASE GO TO THE JURY ASSEMBLY ROOM.

14          NAME, PLEASE.

15              PROSPECTIVE JUROR:  BONE, JOHN.

16              THE COURT:  BONE, YOU SAID?

17              PROSPECTIVE JUROR:  UM-HUM, B-O-N-E.

18              THE COURT:  AH, NUMBER 32.  THANK YOU.  PLEASE GO TO

19       THE JURY ASSEMBLY ROOM.

20          OKAY.  NO FURTHER HANDS.

21          ALL RIGHT.  LET'S START IN THE BACK.  ALL RIGHT.  I'M

22       SORRY.  I'M SORRY.  YOU KNOW WHAT, WHY DON'T YOU GO AHEAD,

23       SINCE YOU'RE NOT ALL STANDING, IF YOU'D LIKE TO COME -- FOR THE

24       ONES WHO ARE NOT HOLDING YOUR HANDS, DO YOU WANT TO JUST TAKE A

25       SEAT BECAUSE IT'S GOING TO TAKE US A MINUTE.  FOR THE ONES WHO
```

```
 1        ARE NOT STANDING, YOU CAN TAKE ANY OF THE EMPTY SEATS.

 2              ALL RIGHT.  LET'S GO AHEAD WITH RAISING YOUR HAND.  YES,

 3        PLEASE.  SO FOR THE ONES WHO ARE NOT RAISING THEIR HAND FOR

 4        HARDSHIP, PLEASE GO AHEAD AND TAKE ANY EMPTY SEAT SO YOU'RE NOT

 5        HAVING TO STAND UNNECESSARILY.

 6              ALL RIGHT.  THERE ARE MORE EMPTY SEATS IF ANYONE WHO IS

 7        NOT LEAVING FOR HARDSHIP WOULD LIKE TO TAKE A SEAT IN THE

 8        FRONT.  ALL RIGHT.  GO AHEAD, PLEASE.  YOUR NAME, PLEASE.

 9                  PROSPECTIVE JUROR:  MACHADO.  FIRST THREE LETTERS OF

10        THE LAST NAME ARE M-A-C, C, C.  51.

11                  THE COURT:  ALL RIGHT.  THOSE OF YOU WHO ARE IN THE

12        BACK, PLEASE GO ON OUT.

13              NEXT NAME, PLEASE.

14                  PROSPECTIVE JUROR:  GHAFARI, G-H-A-F-A-R-I.

15                  THE COURT:  G-H-A-F-A-R-I?

16                  PROSPECTIVE JUROR:  G-H-A-F-A-R-I, GHAFARI.

17                  THE CLERK:  131.

18                  THE COURT:  I'M SORRY?

19                  THE CLERK:  131.

20                  THE COURT:  OKAY.  ALL RIGHT.  SHOHREH, CORRECT?

21                  PROSPECTIVE JUROR:  YES.

22                  THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

23        JURY ASSEMBLY ROOM.

24              NEXT, GO AHEAD, PLEASE.

25                  PROSPECTIVE JUROR:  LAST NAME W-U.
```

```
1                    THE COURT:  I'M SORRY.  SAY THAT AGAIN.

2                    PROSPECTIVE JUROR:  LAST NAME W-U, YONGJIAN.

3                    THE COURT:  W-U?

4                    PROSPECTIVE JUROR:  YEP.

5                    THE COURT:  OKAY.

6                    THE CLERK:  NUMBER 106.

7                    THE COURT:  NUMBER 106.  ALL RIGHT.  THANK YOU.

8                    PROSPECTIVE JUROR:  TONY VO.

9                    THE COURT:  YOU KNOW WHAT, YOU CAN LEAVE THAT WAY,

10      OKAY, THAT'S FINE.  THAT'S FINE.  BUT IN THE FUTURE, JUST GO

11      OUT THE BACK DOOR, PLEASE.

12                   PROSPECTIVE JUROR:  TONY VO, V-O, LAST NAME.

13                   THE COURT:  V-O.

14                   THE CLERK:  HE'S ONE OF THE -- NOT ON THE LIST

15      PEOPLE.

16                   THE COURT:  HE'S NOT ON THE LIST, TONY VO.  OKAY.

17      THERE ARE THREE INDIVIDUALS WHO DIDN'T MAKE IT ONTO THE LIST.

18          MR. VO, PLEASE GO AHEAD AND GO TO THE JURY ASSEMBLY ROOM

19      OUT THE BACK DOOR, THE COURTROOM DOOR, I SHOULD SAY.

20          ALL RIGHT.  NEXT, PLEASE.

21                   PROSPECTIVE JUROR:  LAST NAME ZUO, Z-U-O.

22                   THE COURT:  Z-U-O?

23                   PROSPECTIVE JUROR:  Z-U-O.

24                   THE COURT:  ALL RIGHT.  Z-U-O?

25                   PROSPECTIVE JUROR:  YES, Z-U-O.
```

```
1              THE COURT:  AND THEN WENOIAN, W-E-N-O-I-A-N.

2              THE CLERK:  NUMBER 70.

3              THE COURT:  IT'S Z-U-O, RIGHT?

4              PROSPECTIVE JUROR:  YES.

5              THE COURT:  AND WHAT'S YOUR FIRST NAME?

6              PROSPECTIVE JUROR:  WENOIAN ZUO.

7              THE COURT:  I SEE.  IT WAS SPELLED WRONG.  THANK YOU.

8      NEXT IN LINE, PLEASE.

9              PROSPECTIVE JUROR:  YEAH.  Y-O-U-N-G, LAST NAME.

10     PETER YOUNG, TAPENG, Y-O-U-N-G.

11             THE COURT:  TAPENG PETER?

12             PROSPECTIVE JUROR:  RIGHT.

13             THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

14     JURY ASSEMBLY ROOM.

15         NEXT PLEASE.

16             PROSPECTIVE JUROR:  LAST NAME VALENTINE, FIRST NAME

17     VIRGINIA.

18             THE COURT:  ALL RIGHT.  THAT'S NUMBER 96.  GO AHEAD

19     TO THE JURY ASSEMBLY ROOM, PLEASE.

20             PROSPECTIVE JUROR:  CARROLL, LAST NAME PATRICK.

21             THE COURT:  YOU SAID CHERYL?

22             PROSPECTIVE JUROR:  CARROLL.

23             PROSPECTIVE JUROR:  C-A-R-R.

24             THE COURT:  ALL RIGHT.  THAT'S 130.  GO AHEAD,

25     PLEASE, TO THE JURY ASSEMBLY ROOM.
```

```
1              THANK YOU.

2                   PROSPECTIVE JUROR:  LAST NAME BOYLE, B O Y L E, FIRST

3        NAME DENNIS.

4                   THE CLERK:  NUMBER 18.

5                   THE COURT:  ALL RIGHT.  THANK YOU.

6              (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

7        CLERK.)

8                   PROSPECTIVE JUROR:  MY NAME IS MCGOWEN,

9        M-C-G-O-W-E-N, FIRST NAME CHERYL, WITH A C.

10                  THE COURT:  OKAY.  54.  THANK YOU.  GO AHEAD, PLEASE,

11       TO THE JURY ASSEMBLY ROOM.

12                  PROSPECTIVE JUROR:  LAST NAME THOMPSON, FIRST NAME

13       ALLAN.

14                  THE CLERK:  NUMBER 89.  THANK YOU.

15                  PROSPECTIVE JUROR:  LAST NAME CHEONG, CHUNG,

16       C-H-U-N-G, FIRST NAME VINH, V-I-N-H.

17                  THE COURT:  I'M SORRY.  CAN YOU SPELL THE LAST NAME

18       ONE MORE TIME?

19                  PROSPECTIVE JUROR:  C-H-U-N-G.

20                  THE COURT:  V-I-N-H IS THE FIRST NAME?

21                  PROSPECTIVE JUROR:  YES.

22                  THE COURT:  ALL RIGHT, THANK YOU.  NUMBER 97, YOU ARE

23       FREE TO GO TO THE JURY ASSEMBLY ROOM.

24                  PROSPECTIVE JUROR:  COLEY, C-O-L-E-Y, DENISE.

25                  THE COURT:  ALL RIGHT.  THANK YOU.  95.  PLEASE GO TO
```

```
 1        THE JURY ASSEMBLY ROOM.

 2              PROSPECTIVE JUROR:  COWART, C-O-W-A-R-T.

 3              THE COURT:  ALL RIGHT.  94.  PLEASE GO TO THE JURY

 4    ASSEMBLY ROOM.  THANK YOU.

 5              PROSPECTIVE JUROR:  MEDLEY, LESA.  PLEASE, I'M

 6    UNEMPLOYED AND MY HUSBAND WORKS CONSTRUCTION AND IT'S REALLY

 7    SLOW RIGHT NOW.

 8              THE CLERK:  I'M SORRY.  YOUR NAME AGAIN, MA'AM?

 9              PROSPECTIVE JUROR:  LESA MEDLEY.

10              THE COURT:  AH, 121.  ALL RIGHT.  PLEASE GO TO THE

11    JURY ASSEMBLY ROOM.

12              PROSPECTIVE JUROR:  LAST NAME LIN, L-I-N, FIRST NAME

13    FONGMEI.

14              THE CLERK:  NUMBER 37.

15              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

16    JURY ASSEMBLY ROOM.

17         NEXT.

18              PROSPECTIVE JUROR:  LAST NAME ACEVEDO, A-C-E-V-E-D-O.

19              THE COURT:  IS IT PALMIRA?

20              PROSPECTIVE JUROR:  YES, MA'AM.

21              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

22    JURY ASSEMBLY ROOM.  THAT IS NUMBER 42.

23              PROSPECTIVE JUROR:  LAST NAME SAEDI, S-A-E-D-I.

24              THE COURT:  ALL RIGHT.  SHARAREH?

25              PROSPECTIVE JUROR:  YES.
```

```
 1              THE COURT:  ALL RIGHT.  NUMBER 64.  THANK YOU.
 2     PLEASE GO TO THE JURY ASSEMBLY ROOM.
 3              PROSPECTIVE JUROR:  I HAVE A QUESTION.
 4              THE COURT:  YES.
 5              PROSPECTIVE JUROR:  I HAVE A TRIP PLANNED STARTING
 6     MAY 14TH.  I DON'T KNOW -- PAID FOR ALREADY.
 7              THE COURT:  I THINK YOU'LL BE FINE.
 8              PROSPECTIVE JUROR:  GREAT.  THANKS.
 9          (LAUGHTER.)
10              THE COURT:  I MEAN, THE PARTIES CAN -- I THINK YOU'RE
11     OKAY.  THANK YOU.
12              PROSPECTIVE JUROR:  LAST NAME SIMON, S, AS IN SAM,
13     I-M-O-N, FIRST NAME TRACY.
14              THE COURT:  OKAY.  91.  THANK YOU.  PLEASE GO TO THE
15     JURY ASSEMBLY ROOM.
16              PROSPECTIVE JUROR:  HI.  LAST NAME CORBUS,
17     C-O-R-B-U-S, LEAH.
18              THE COURT:  OKAY.  NUMBER 110.  THANK YOU.  PLEASE GO
19     TO THE JURY ASSEMBLY ROOM.
20              PROSPECTIVE JUROR:  LAST NAME KINGSTON, FIRST NAME
21     JOHN.
22              THE COURT:  I'M SORRY.  I COULDN'T HEAR YOUR LAST
23     NAME.
24              PROSPECTIVE JUROR:  KINGSTON, WITH A K.
25              THE COURT:  OKAY.
```

```
 1              THE CLERK:  NUMBER 73.

 2              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

 3      JURY ASSEMBLY ROOM.

 4              PROSPECTIVE JUROR:  LAST NAME IS SUSSMAN,

 5      S-U-S-S-M-A-N.

 6              THE COURT:  IS IT MERYLE LAURA?

 7              PROSPECTIVE JUROR:  YES.

 8              THE COURT:  ALL RIGHT.  THAT'S NUMBER 78.  THANK YOU.

 9      PLEASE GO TO THE JURY ASSEMBLY ROOM.

10         YES.

11              PROSPECTIVE JUROR:  I HAVE A CERTIFICATE FOR JURY

12      SERVICE.  I WANT TO SEE IF I COULD BE EXCUSED.

13              THE COURT:  A CERTIFICATE FOR JURY SERVICE?

14              PROSPECTIVE JUROR:  YEAH.  IT WAS AFTER THE FIVE

15      DAYS.

16              THE COURT:  OH, THAT YOU'VE ALREADY SERVED?

17              PROSPECTIVE JUROR:  YEAH (HANDING).

18              THE CLERK:  IT LOOKS LIKE SANTA CLARA (HANDING).

19              THE COURT:  THANK YOU.

20         YOU APPEARED FOR JURY DUTY ON OCTOBER 22ND, 2013 IN STATE

21      COURT?

22              PROSPECTIVE JUROR:  YES.

23              THE COURT:  I'M NOT GOING TO EXCUSE YOU FOR THAT.

24      BUT THANK YOU FOR YOUR SERVICE.

25              PROSPECTIVE JUROR:  THANK YOU.
```

1          THE COURT:  ALL RIGHT.

2          PROSPECTIVE JUROR:  LAST NAME MACBEAN.

3          THE COURT:  IS THAT M-A-C-B-E-A-N?

4          PROSPECTIVE JUROR:  YES, M-A-C-B-E-A-N.

5          THE COURT:  OH, BENJAMIN JAMES?

6          PROSPECTIVE JUROR:  YES.

7          THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

8    JURY ASSEMBLY ROOM.

9          MR. PRICE:  YOUR HONOR, WHAT NUMBER IS THAT?

10         THE COURT:  THAT WAS 123.

11         MR. PRICE:  THANK YOU.

12         PROSPECTIVE JUROR:  LAST NAME HINCK, H-I-N-C-K.

13         THE COURT:  OH, JAMES?

14         PROSPECTIVE JUROR:  YEAH.

15         THE COURT:  ALL RIGHT.  HE WAS ONE OF THE THREE WHO

16   DIDN'T MAKE IT ON THE LIST.  I'VE JUST GIVEN HIM THE NUMBER

17   137.

18      OKAY.  THANK YOU.  PLEASE GO TO THE JURY ASSEMBLY ROOM.

19         PROSPECTIVE JUROR:  SNIDER, WITH AN I, FIRST NAME

20   JAMIE.

21         MR. AUDAL:  52.

22         THE COURT:  JAMIE ELIZABETH?

23         PROSPECTIVE JUROR:  YEAH.

24         THE COURT:  ALL RIGHT.  THANK YOU.  NUMBER 52.

25   PLEASE GO TO THE JURY ASSEMBLY ROOM.

```
 1                    PROSPECTIVE JUROR:  LAST NAME CUPPETT, C-U-P-P-E-T-T,
 2         LISA.
 3                    THE CLERK:  NUMBER 82.
 4                    THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE
 5         JURY ASSEMBLY ROOM.
 6                    PROSPECTIVE JUROR:  HOLMES, H-O-L-M-E-S, RANDALL.
 7                    THE COURT:  46.  THANK YOU.  PLEASE GO TO THE JURY
 8         ASSEMBLY ROOM.
 9                    PROSPECTIVE JUROR:  COLLAZO, BEATRIZ, C-O-L-L-A-Z-O.
10                    THE COURT:  COLLAZO, BEATRIZ?
11                    PROSPECTIVE JUROR:  YES.
12                    THE COURT:  OKAY.  THANK YOU.  53.  GO TO THE JURY
13         ASSEMBLY ROOM, PLEASE.
14                    PROSPECTIVE JUROR:  MIRIAM DAVILA.
15                    MR. SWARUUP:  86.
16                    THE COURT:  ALL RIGHT.  PLEASE GO TO THE JURY
17         ASSEMBLY ROOM.
18                    PROSPECTIVE JUROR:  LAST NAME BUTLER, FIRST NAME
19         STEPHANIE.
20                    THE COURT:  NUMBER 104.  THANK YOU.  PLEASE GO TO THE
21         JURY ASSEMBLY ROOM.
22                    PROSPECTIVE JUROR:  LAST NAME IS PHAM, P-H-A-M, FIRST
23         NAME NIHAN.
24                    THE COURT:  M-I-N-H.
25                    PROSPECTIVE JUROR:  N-I-H-A-N IS MY FIRST NAME.  MY
```

```
 1        LAST NAME IS P-H-A-M.

 2                THE COURT:  OKAY.  WELL, I FOUND PHAM, BUT I DID NOT

 3        FIND YOUR FIRST NAME.  YOUR FIRST NAME IS NOT MINH; IS THAT

 4        CORRECT?

 5                PROSPECTIVE JUROR:  NO.

 6                THE CLERK:  POSSIBLY JUST A SPELLING ERROR.

 7                PROSPECTIVE JUROR:  I THINK I'M ON AN ADDITIONAL LIST

 8        BECAUSE THEY DIDN'T CALL ME FIRST.

 9                THE COURT:  OH, NIHAM PHAM.  N-I-H-A-M P-H-A-M.

10                PROSPECTIVE JUROR:  YES.

11                THE COURT:  ALL RIGHT.  THANK YOU.  NUMBER 136.

12        PLEASE GO TO THE JURY ASSEMBLY ROOM.  THANK YOU.

13                PROSPECTIVE JUROR:  FARRELL, PETER, F-A-R-R-E-L-L.

14                THE COURT:  OKAY.  66.  THANK YOU.  PLEASE GO TO THE

15        JURY ASSEMBLY ROOM.

16                PROSPECTIVE JUROR:  LAST NAME IS RACKLEY,

17        R-A-C-K-L-E-Y.

18                THE COURT:  BRENDA LYNN?

19                PROSPECTIVE JUROR:  UM-HUM.

20                THE COURT:  ALL RIGHT.  43.  THANK YOU.  PLEASE GO TO

21        THE JURY ASSEMBLY ROOM.

22                PROSPECTIVE JUROR:  DUNCAN, JOHN, D-U-N-C-A-N.

23                THE COURT:  NUMBER 67, JOHN MARTIN?

24                PROSPECTIVE JUROR:  YES.

25                THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE
```

```
 1        JURY ASSEMBLY ROOM.

 2                PROSPECTIVE JUROR:  STONE, ANGELA.

 3                THE COURT:  ANGELA, 122.  THANK YOU.  PLEASE GO TO

 4     THE JURY ASSEMBLY ROOM.

 5                PROSPECTIVE JUROR:  SMITHNAKAO.

 6                THE COURT:  SMITHNAKAO?

 7                PROSPECTIVE JUROR:  UH-HUH.

 8                THE COURT:  JUANITA PEARL?

 9                PROSPECTIVE JUROR:  YES.

10                THE COURT:  ALL RIGHT.  122.  PLEASE GO TO THE JURY

11     ASSEMBLY ROOM.

12                PROSPECTIVE JUROR:  CHONG, C-H-O-N-G, HYUN.

13                THE COURT:  YOU SAID CHONG?

14                PROSPECTIVE JUROR:  C-H-O-N-G.

15                THE COURT:  HYUN?

16                PROSPECTIVE JUROR:  YES.

17                THE COURT:  ALL RIGHT.  74.  THANK YOU.  PLEASE GO TO

18     THE JURY ASSEMBLY ROOM.

19                PROSPECTIVE JUROR:  HESS, H-E-S-S.

20                THE COURT:  JOHN JAY?

21                PROSPECTIVE JUROR:  YES.

22                THE COURT:  41.  THANK YOU.  PLEASE GO TO THE JURY

23     ASSEMBLY ROOM.

24                PROSPECTIVE JUROR:  KANDEK.  K-A-N.

25                THE COURT:  WAIT.  YOUR LAST NAME IS K-A-N?
```

```
1              PROSPECTIVE JUROR:  KANDEK, K-A-N-D-E-K.

2              THE COURT:  I'M SORRY.  I COULDN'T HEAR THAT.

3              PROSPECTIVE JUROR:  K-A-N-D-E-K.

4              THE COURT:  OKAY.  THANK YOU.

5              THE CLERK:  NUMBER 56.

6              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE GO TO THE

7     JURY ASSEMBLY ROOM.

8              PROSPECTIVE JUROR:  TREJO, T-R-E-J-O.  FIRST NAME

9     NEREIDA.

10             MR. PRICE:  44, YOUR HONOR.

11             THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.  PLEASE GO

12    DOWN TO THE JURY ASSEMBLY ROOM.

13             PROSPECTIVE JUROR:  LAST NAME IS R-A-I-S-Z-A-D-E-H.

14             THE COURT:  YOU SAID R-A-I-S?

15             PROSPECTIVE JUROR:  Z-A-D-E-H, D LIKE DAVID, E LIKE

16    EDUARDO, H.

17             THE COURT:  R-A-I-S-Z-E-D-E-H, RAISZADEH?

18             PROSPECTIVE JUROR:  YES.  THANK YOU.

19             THE COURT:  ALL RIGHT.  103.

20             PROSPECTIVE JUROR:  WHAT WAS THE NUMBER?

21             THE COURT:  103.

22             PROSPECTIVE JUROR:  LAST NAME HOLDEN, H-O-L-D-E-N.

23    FIRST NAME ERIC.

24             THE COURT:  ALL RIGHT.  29.  THANK YOU.  PLEASE GO TO

25    THE JURY ASSEMBLY ROOM.
```

```
 1              ANYONE ELSE?

 2                   PROSPECTIVE JUROR:  LAST NAME PHAM.  FIRST NAME MINH.

 3                   THE COURT:  ALL RIGHT.  MINH PHAM.  71.  ALL RIGHT.

 4      ANYONE ELSE?  ANYONE WHO HAS A HARDSHIP?  ALL RIGHT.  THANK

 5      YOU.  THANK YOU VERY MUCH FOR BEING WILLING TO SERVE.

 6              ALL RIGHT.  SO I'M NOW GOING TO -- WE ARE GOING TO

 7      SEPARATE YOU FURTHER, AND WE ARE BASICALLY GOING TO CALL 35

 8      JURORS INTO OUR BOX HERE, WHICH IS THE LEFT SIDE AND THE RIGHT

 9      SIDE OF, WE CALL THIS THE WELL, THE INNER PART OF THE

10      COURTROOM.

11              AND FOR THOSE OF YOU WHO ARE NOT CALLED, YOU WILL BE GOING

12      TO ACTUALLY MY COURTROOM ON THE FOURTH FLOOR, WHICH IS NUMBER

13      8, AND WAITING UNTIL WE CALL YOU.

14              WE'LL TRY TO SELECT THE JURY FROM THE 35, BUT IF WE

15      CANNOT, THEN YOU'LL BE CALLED UP.

16              OKAY.  SO SAME RESTRICTIONS, SAME INSTRUCTIONS ABOUT NOT

17      TALKING ABOUT THESE COMPANIES, THEIR PRODUCTS, WHAT PHONE YOU

18      HAVE, WHAT TABLET YOU HAVE, THOSE STILL APPLY.

19              ALL RIGHT.  MS. PARKER BROWN.

20              NOW, WE'RE GOING TO HAVE -- WHEN YOU'RE CALLED UP, CLOSEST

21      TO ME ON THE LEFT-HAND SIDE AGAINST THE WALL IS SEAT NUMBER 1.

22      SO YOU'LL JUST SIT IN THAT ORDER AS YOU'RE CALLED, YOU KNOW, 1

23      THROUGH 7, ET CETERA.

24              AND THEN WE'LL FILL UP FROM THE BACK ROW UP AGAINST THE

25      CALL TO THE CENTER, AND THEN WE'LL START WITH THE BACK ROW
```

 1     AGAINST THE WALL ON THE RIGHT-HAND SIDE AND FILLING UP TO THE

 2     CLOSEST TO THE CENTER OF THE ROOM.

 3          ALL RIGHT.  LET'S GO AHEAD AND CALL UP OUR JURORS, PLEASE.

 4          THE CLERK:  DO YOU WANT THOSE PEOPLE TO MOVE OUT TO

 5     FILL IN THE SEATS?

 6          THE COURT:  YES, BUT I'M NOT SURE WHERE I'M GOING TO

 7     PUT THEM.

 8          THE CLERK:  I KNOW.

 9          THE COURT:  SO LET'S GO AHEAD THEN WITH KIM BERG.

10          THE CLERK:  KIM BERG.

11          THE COURT:  ALL RIGHT.  IF YOU WOULD TAKE SEAT NUMBER

12     1, PLEASE, AGAINST THE WALL ON THE LEFT-HAND SIDE.

13          THE CLERK:  JENNIFER NGUYEN; MARCIA LEVITSKY -- OH,

14     SHE WAS EXCUSED, I BELIEVE.

15          THE COURT:  YES.  WELL, SHE'S NOT EXCUSED.

16          THE CLERK:  RIGHT, BUT SHE'S DOWNSTAIRS.

17          CHINGHSING.  DO YOU HAVE -- MA'AM, WHAT'S YOUR LAST -- IS

18     YOUR NAME CHINGHSING?

19          PROSPECTIVE JUROR:  CHINGHSING CHEN.

20          THE COURT:  YOUR LAST NAME IS CHEN; CORRECT?

21          PROSPECTIVE JUROR:  YES.

22          THE COURT:  OKAY.  THANK YOU.

23          THE CLERK:  PAMELA SAGE; DONALD VON DOLLEN; LAURA

24     ANDERSON; RENE FRAGOSO; THOMAS DUNHAM; MARGARITA PALMADA;

25     SHIRLEY PHILIP.

```
1                 THE COURT:  NO, SHE WAS A HARDSHIP.

2                 THE CLERK:  OKAY.  IT WAS HARD TO KEEP UP.

3            MARGARET STEPHAN OR STEPHAN; DMITRIY KRICHEVSKIY.  SO

4     YOU'LL TAKE SEAT NUMBER 11, BECAUSE NUMBER 10 HAD A HARD TIME

5     GETTING OUT.

6            ARMEN HAMSTRA; ANNE CHEN; ANDREW MORGAN.

7                 MS. PULI:  WHICH OF THESE IS THE NEXT CHAIR?

8                 THE CLERK:  SHE WOULD GO IN THE LAST ONE IN THE BOX.

9                 MS. PULI:  AND THEN IT STARTS WITH --

10                THE CLERK:  YES.

11           ANNE-MARIE BUMB; GARRISON RAJKOVICH; BENJAMIN GENEGABUS.

12        SIR, DID I PRONOUNCE THAT CLOSE?

13                PROSPECTIVE JUROR:  IT WAS CLOSE ENOUGH.

14                MS. PULI:  TAKE THAT CHAIR BACK THERE.

15                THE CLERK:  FARSHID SABETSHARGHI; ANN MARIE PATE;

16    EDNA WANG; JOHN MACKIE.

17           SIR, IF YOU COULD LEAVE THE PAPERWORK ON THE CHAIR.  THERE

18    SHOULD BE SOME ON THE CHAIR THAT YOU'RE GOING TO.  THANK YOU.

19           HERSHEL YOUNG; LINDA JOHNSON.

20                MS. PULI:  NO, NO.  THERE YOU GO.

21                THE CLERK:  SLOBODANKA GALONJA; GUADALUPE ZAPATA.

22                PROSPECTIVE JUROR:  RIGHT HERE.

23                THE CLERK:  KOREY WOO; DENNIS MCELROY; LOUIS HSIAO;

24    CHERYL MCGOWEN.

25                THE COURT:  NO, SHE WAS A HARDSHIP.
```

```
 1            THE CLERK:  OKAY.  LEILA ARIAS.

 2            MS. PULI:  LEILA ARIAS?  NOT HERE?  SHE CHECKED IN

 3     DOWNSTAIRS, AND SHE'S NOT HERE.  WAS SHE A HARDSHIP?

 4            THE COURT:  NO.

 5            THE CLERK:  SHOULD I JUST GO TO THE NEXT NAME?

 6            MS. PULI:  JUST GO TO THE NEXT ONE.

 7            THE CLERK:  ROOP KARIHALDO; SHEILA BRUNNER; NEWMAN

 8     VU; IAN SULLIVAN; PETER PALMER; DAVID LADD; JESSICA MARIE

 9     SANCHEZ.

10         DO YOU WANT THE OTHER STANDING PEOPLE TO FILL IN, IN THE

11     BACK NOW, OR NOT YET?

12            THE COURT:  NO.

13            THE CLERK:  OKAY.

14            THE COURT:  ALL RIGHT.  SO FOR THOSE OF YOU WHO WERE

15     NOT CALLED INTO THE BOX OF 35, YOU WILL NOW BE ESCORTED TO MY

16     COURTROOM, WHICH IS COURTROOM NUMBER 8 ON THE FOURTH FLOOR, TO

17     WAIT FOR FURTHER INSTRUCTION.

18         WE ARE -- WE WILL TRY TO SELECT THE JURY FROM THIS GROUP

19     OF 35, BUT IF WE CANNOT, THEN YOU MAY BE CALLED BACK INTO THE

20     COURTROOM FOR FURTHER JURY SELECTION.

21         IN THE MEANTIME, WHILE YOU ARE WAITING, ALL OF THE

22     INSTRUCTIONS AND RESTRICTIONS APPLY.  PLEASE DO NOT DISCUSS THE

23     CASE, THE PARTIES, THEIR PRODUCTS, WHAT PHONES YOU HAVE, WHAT

24     TABLETS YOU HAVE, ET CETERA.

25         SO FOR EVERYONE ELSE, WOULD YOU PLEASE STAND UP AND YOU
```

```
1    WILL BE ESCORTED TO THE FOURTH FLOOR TO COURTROOM 8.  THANK YOU

2    VERY MUCH FOR YOUR PATIENCE AND YOUR SERVICE.

3              MS. PULI:  YOUR HONOR, THE LIGHT ON THIS IS BOTHERING

4    THE JURORS.

5              THE COURT:  OH, YES.  IS IT TURNED OFF NOW?  WHY IS

6    IT ON?  THERE WON'T BE ANY PROJECTIONS TODAY.

7         OKAY.  THANK YOU.

8         (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND

9    MS. PULI.)

10             THE COURT:  OKAY.  SO NOW FOR OUR GROUP OF 35, I'M

11   GOING TO ASK YOU WHETHER YOU HAVE HEARD ANYTHING ABOUT ANY

12   DISPUTE BETWEEN APPLE AND SAMSUNG.  IF YOU HAVE, THEN WE'RE

13   GOING TO ASK YOU SOME QUESTIONS ABOUT THAT ONE BY ONE IN THE

14   COURTROOM.

15        IF YOU HAVE NOT, THEN I'M GOING TO ASK THAT YOU PLEASE GO

16   TO JUDGE LLOYD'S COURTROOM, WHICH IS COURTROOM NUMBER 2 ON THIS

17   FLOOR, IT'S JUST A LITTLE BIT DOWN THE HALLWAY, AND JUST WAIT

18   FOR FURTHER INSTRUCTIONS.

19        SO WHY DON'T WE ASK, IF YOU HAVE HEARD ANYTHING ABOUT ANY

20   DISPUTE BETWEEN APPLE AND SAMSUNG -- ACTUALLY, MAYBE WE SHOULD

21   GO THE OPPOSITE WAY.

22        IF YOU HAVE NOT HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND

23   SAMSUNG, WOULD YOU PLEASE RAISE YOUR HAND.

24        ALL RIGHT.  THEN I'M GOING TO ASK THAT YOU ALL PLEASE GO

25   TO JUDGE LLOYD'S COURTROOM AND JUST WAIT FURTHER INSTRUCTION.
```

```
1     OKAY?  JUST FOLLOW MS. PALANJIAN IN THE RED JACKET IN THE BACK.

2     SHE WILL TAKE YOU BACK THERE.

3         IF YOU WOULD PLEASE JUST -- ACTUALLY, DO WE HAVE THE

4     WITNESS LIST FOR THEM TO REVIEW WHILE THEY'RE WAITING?

5             PROSPECTIVE JUROR:  DO I LEAVE THIS?

6             THE COURT:  YOU CAN LEAVE THAT ON YOUR CHAIR, BUT

7      WE'LL HAVE EXTRA COPIES.

8         SO WHILE YOU'RE WAITING, YOU WILL HAVE A LIST OF THE

9     COMPANIES AND LAWYERS AND WITNESSES INVOLVED IN THE CASE, AND

10    IF YOU WOULD PLEASE TAKE A LOOK AT THAT LIST, WE'LL ASK YOU

11    QUESTIONS ABOUT THAT WHEN YOU RETURN.

12        YES?

13            PROSPECTIVE JUROR:  I HEARD ABOUT THESE TWO COMPANIES

14     BUT NOT -- NOT KNOW ABOUT THE DETAILS.

15            THE COURT:  OKAY.  THAT'S FINE.  YOU JUST STAY HERE,

16     PLEASE.

17        ALL RIGHT.  ANYONE ELSE WHO HAS NOT HEARD ABOUT ANY

18    DISPUTES BETWEEN APPLE AND SAMSUNG?

19        OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

20    RAISED.

21        ALL RIGHT.  NOW, WE ARE GOING TO ASK FOR THOSE OF YOU WHO

22    HAVE HEARD ABOUT -- WHO HAVE HEARD ABOUT ANY DISPUTE BETWEEN

23    THESE PARTIES, WE'RE ACTUALLY GOING TO HAVE YOU WAIT IN ONE OF

24    THE THREE JURY ROOMS OFF THE BACK HALLWAY AND WE'RE GOING TO

25    ASK YOU QUESTIONS INDIVIDUALLY ONE BY ONE.  OKAY?
```

```
1              NOW, WHILE YOU'RE WAITING IN THE JURY ROOM, SAME

2    INSTRUCTIONS, SAME RESTRICTIONS APPLY.  PLEASE DON'T DISCUSS

3    ANYTHING ABOUT THESE PARTIES, THEIR PRODUCTS, WHAT PHONES YOU

4    HAVE, WHAT TABLETS YOU HAVE.  OKAY?

5              ALL RIGHT.  SO HOW DO YOU WANT THEM TO --

6              MR. SWARUUP:  JUST HAVE THE THEM GO THAT WAY.

7              THE COURT:  SO THE FIRST GROUP OF NINE, I WOULD LIKE,

8    MR. BIRD, FOR YOU TO STAY, YOU'LL BE QUESTIONED FIRST, BUT I

9    WOULD LIKE TO ASK MS. NGUYEN THROUGH -- WE HAVE NINE CHAIRS IN

10   THERE, RIGHT?

11             THE CLERK:  THROUGH MR. HAMSTRA.

12             THE COURT:  OKAY, THROUGH MR. HAMSTRA, I'M GOING TO

13   ASK YOU TO GO TO THE JURY ROOM THAT'S BEHIND THIS DOOR, AND

14   WE'LL BRING YOU IN ONE BY ONE FOR QUESTIONING.

15             AGAIN, PLEASE DO NOT DISCUSS THIS CASE OR ANYTHING YOU'VE

16   HEARD ABOUT IT.  YES, PLEASE.  WE HAVE NINE CHAIRS IN THERE,

17   SO.

18             PROSPECTIVE JUROR:  I THINK THAT'S ALL OF US, RIGHT?

19             THE COURT:  YES, PLEASE.

20             PROSPECTIVE JUROR:  OH, ALL OF US.

21             THE COURT:  YES, MR. DUNHAM ALL THE WAY UP THROUGH

22   MR. HAMSTRA.

23             MS. CHEN, HAVE I SEEN YOU BEFORE?

24             PROSPECTIVE JUROR:  YES.

25             THE COURT:  THAT NEEDS TO BE DISCLOSED.  WHERE WAS
```

1    THAT?

2           PROSPECTIVE JUROR:  I CLERKED -- I WAS AN EXTERN FOR

3    JUDGE BARRETT AND FOR JUSTICE MIHARA, AND FOR JUDGE WEISSBRODT.

4           THE COURT:  OH, I SEE.  ALL RIGHT.  WOULD THAT IN ANY

5    WAY AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

6           PROSPECTIVE JUROR:  THOSE FACTS, NO.

7           THE COURT:  OKAY.  BUT THERE ARE OTHER FACTS YOU CAN

8    TELL US ABOUT LATER?

9           PROSPECTIVE JUROR:  YES.

10          THE COURT:  OKAY.  ALL RIGHT.  THEN I'M GOING TO ASK

11    MS. CHEN THROUGH -- ALL RIGHT.  THEN THROUGH -- I DON'T KNOW

12    WHAT SEAT THAT IS.  IS THAT MS. JOHNSON?

13     ALL RIGHT.  IF YOU WOULD THEN PLEASE FOLLOW MR. SWARUUP,

14    AND THEY'LL BE GOING TO, WHAT, JUDGE LLOYD'S COURTROOM?

15          MR. SWARUUP:  YES.

16          THE COURT:  AND WE'LL BY BRINGING YOU IN ONE BY ONE.

17    ACTUALLY, DO YOU HAVE THE LIST FOR THEM?

18     OKAY.  YOU CAN LEAVE THOSE LISTS ON THE CHAIR BECAUSE MANY

19    PEOPLE WILL BE COMING THROUGH POTENTIALLY.  BUT WE'LL HAVE

20    LISTS FOR TO YOU REVIEW WHILE YOU'RE WAITING.

21     OKAY.  AND THEN OUR LAST GROUP -- WE ONLY HAVE FIVE CHAIRS

22    IN THAT JURY ROOM.  DO YOU KNOW IF THAT HAS CHANGED?

23     (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

24    CLERK.)

25          THE COURT:  EVAN, CAN YOU PLEASE TAKE THIS GROUP OF

1     SEVEN JURORS TO JUDGE FREEMAN'S JURY ROOM, PLEASE.  OKAY.

2     THANK YOU.

3          ALL RIGHT.  MR. BERG.

4          THE RECORD SHOULD REFLECT THAT ALL THE OTHER JURORS HAVE

5     LEFT THE COURTROOM.

6          WOULD YOU PLEASE SHARE WITH US WHAT YOU HAVE HEARD OR KNOW

7     ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG.

8               PROSPECTIVE JUROR:  I JUST KNOW THAT THERE ARE

9     DISPUTES.  THAT'S THE EXTENT OF IT.  I -- OVER THE PERIOD OF,

10    YOU KNOW, OVER THE LAST FEW YEARS, I'VE HEARD ABOUT THE

11    DISPUTES, THAT THEY EXIST, BUT I'VE NOT READ ANY OF THE

12    DETAILS.

13              THE COURT:  FROM WHAT SOURCES DID YOU LEARN OR HEAR

14    ABOUT THE DISPUTES?

15              PROSPECTIVE JUROR:  JUST GENERAL.

16              THE COURT:  WAS IT NEWSPAPER?  RADIO?  TV?  DO YOU

17    RECALL?

18              PROSPECTIVE JUROR:  YEAH.  PUBLIC RADIO, BASICALLY

19    PUBLIC RADIO OR, LIKE, HEADLINES, HEADLINES BASICALLY.  THAT'S

20    IT.

21              THE COURT:  MY REALTIME IS NOT WORKING.

22         SO HEADLINES IN THE PAPER?  IS THAT RIGHT?  OR ON THE

23    INTERNET?  WHAT IS YOUR SOURCE?

24              PROSPECTIVE JUROR:  YEAH, ON THE INTERNET.

25              THE COURT:  OKAY.  AND HOW DID YOU COME UPON THAT?

```
 1     WERE YOU LOOKING FOR IT OR YOU JUST HAPPENED TO GO ON AND IT

 2     POPPED UP?

 3               PROSPECTIVE JUROR:  JUST ON A DAILY BASIS I JUST LOOK

 4     AT WHAT THE NEWS IS.

 5               THE COURT:  OKAY.

 6               PROSPECTIVE JUROR:  FOR INSTANCE, ON THE AP WEBSITE.

 7     AND -- BUT I'M NOT SOMEBODY THAT REALLY DELVES INTO THE DETAILS

 8     OF THE NEWS VERY MUCH.

 9               THE COURT:  ALL RIGHT.  DO YOU KNOW THE OUTCOMES OF

10     ANY OF THE DISPUTES?

11               PROSPECTIVE JUROR:  NO.

12               THE COURT:  HOW MANY DISPUTES DO YOU THINK THERE ARE

13     BETWEEN THESE TWO COMPANIES?

14               PROSPECTIVE JUROR:  I DON'T KNOW.  MAYBE A HANDFUL.

15               THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

16     ANY OF THE DISPUTES?

17               PROSPECTIVE JUROR:  NO.

18               THE COURT:  HAVE YOU TALKED ABOUT ANY OF THE DISPUTES

19     BETWEEN APPLE AND SAMSUNG WITH ANYONE ELSE?

20               PROSPECTIVE JUROR:  NO.

21               THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION

22     ABOUT ANY OF THE DISPUTES WITH YOU?

23               PROSPECTIVE JUROR:  NO.

24               THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR IN

25     THIS CASE?
```

```
1              PROSPECTIVE JUROR:  YES.

2              THE COURT:  ALL RIGHT.

3         I'M GOING TO ALLOW EACH SIDE TO ASK ONE QUESTION OF

4    MR. BERG.

5              MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

6              THE COURT:  ALL RIGHT.  MR. QUINN?

7              MR. QUINN:  MY NAME IS JOHN QUINN, AND I'M ONE OF THE

8    ATTORNEYS FOR SAMSUNG IN THIS CASE.

9         DO YOU HAVE ANY IMPRESSION ABOUT WHAT THE SUBJECT MATTER

10   OF THE DISPUTES ARE THAT YOU'VE HEARD ABOUT?

11             PROSPECTIVE JUROR:  I -- IF I HAD TO SAY, IT'S

12   PROBABLY LOOK AND FEEL ISSUES.  THAT'S ABOUT ALL I KNOW.

13             MR. QUINN:  THANK YOU.

14             THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR TO

15   ALL PARTIES IN THIS CASE?

16             PROSPECTIVE JUROR:  YES.

17             THE COURT:  ALL RIGHT.  THANK YOU.

18        MR. BERG, I'M GOING TO ASK THAT YOU GO DOWN AND JOIN JUDGE

19   LLOYD'S COURTROOM IN COURTROOM 2, WHICH IS JUST DOWN THIS

20   HALLWAY, AND I'LL ASK MS. PALANJIAN OR MS. BAUTISTA -- IF YOU

21   WOULD HOLD YOUR HAND UP, PLEASE, MS. BAUTISTA.  SHE'S GOING TO

22   TAKE YOU DOWN THERE.

23             PROSPECTIVE JUROR:  OKAY.

24             THE COURT:  EVERYONE IS GOING TO BE LOOKING AT YOU

25   SAYING WHAT HAPPENED, AND YOU HAVE TO SAY I WAS TOLD I COULD
```

```
 1        NOT DISCUSS IT.  ALL RIGHT?

 2                 PROSPECTIVE JUROR:  YES.

 3                 THE COURT:  ALL RIGHT.  THANK YOU.

 4                 THE CLERK:  IS IT EVERYBODY'S REALTIME THAT'S NOT

 5        WORKING?

 6                 THE REPORTER:  THEY NEED TO ALL TURN THEIR PHONES OFF

 7        IN THE WELL.

 8                 THE COURT:  OH, OKAY.  I UNDERSTAND THAT IF THERE ARE

 9        PHONES ON IN THE WELL, THAT'S WHY NO ONE'S IS WORKING.  I DON'T

10        KNOW IF ANYONE HAS ANY.  SHE'LL HAVE TO SHUT IT DOWN AND

11        RESTART IT AT THE BREAK, WHICH WILL TAKE ABOUT FIVE MINUTES.

12        BUT IF YOU -- I'M GOING TO ASK IF YOU COULD PLEASE TURN YOUR

13        CELL PHONES OFF IN THE WELL, THAT WILL ENABLE US ALL TO GET THE

14        REALTIME.

15             OKAY.  LET'S BRING IN MS. NGUYEN, PLEASE.  THANK YOU.

16             (MS. NGUYEN PRESENT.)

17                 THE COURT:  MS. NGUYEN, WHAT HAVE YOU HEARD OR

18        LEARNED ABOUT ANY DISPUTES BETWEEN APPLE AND SAMSUNG.

19                 PROSPECTIVE JUROR:  A FEW MONTHS AGO, I JUST HEARD ON

20        THE RADIO THAT APPLE SUED SAMSUNG.

21                 THE COURT:  OKAY.  AND DO YOU RECALL WHAT YOU HEARD

22        THE LAWSUIT WAS ABOUT?

23                 PROSPECTIVE JUROR:  YEAH.  IT'S ABOUT SAMSUNG COPIED

24        SOME OF THE TECHNOLOGY FROM APPLE.

25                 THE COURT:  HOW DID YOU COME UPON THAT SOURCE?
```

```
1              PROSPECTIVE JUROR:  I'M NOT A TECHNOLOGY PERSON SO I
2    DON'T REALLY -- THANK YOU.
3              THE COURT:  DO YOU KNOW IF YOU HEARD THAT ON THE
4    RADIO OR VIDEO --
5              PROSPECTIVE JUROR:  YES, I DID HEARD IT ON THE RADIO.
6              THE COURT:  OR READ IT IN THE PAPER?
7              PROSPECTIVE JUROR:  I HEARD IT ON THE RADIO ON THE
8    WAY TO WORK.
9              THE COURT:  OKAY.  DO YOU RECALL WHAT RADIO STATION
10   THAT WAS?
11             PROSPECTIVE JUROR:  NO, I'M SORRY, BECAUSE I JUST SET
12   ONE STATION I LISTEN EVERY DAY.  IT'S 97.5 -- EITHER 97.7 OR
13   97.5.
14             THE COURT:  DO YOU UNDERSTAND THAT ANYTHING YOU HAVE
15   HEARD IS A -- THAT THIS CASE WOULD SOLELY BE DECIDED ONLY ON
16   THE EVIDENCE THAT'S ADMITTED AT THE TRIAL?  DO YOU UNDERSTAND
17   THAT?
18             PROSPECTIVE JUROR:  YES.
19             THE COURT:  OKAY.  AND THAT IF YOU ARE SELECTED AS A
20   JUROR, YOU ARE NOT TO CONSIDER ANYTHING THAT YOU HAVE HEARD ON
21   THE RADIO OR FROM ANY OTHER SOURCE?
22             PROSPECTIVE JUROR:  OKAY.
23             THE COURT:  CAN YOU DO THAT?
24             PROSPECTIVE JUROR:  YES.
25             THE COURT:  DO YOU HAVE ANY OPINION ABOUT ANY OF THE
```

```
1       DISPUTES BETWEEN APPLE AND SAMSUNG?

2              PROSPECTIVE JUROR:  NO, MISS.

3              THE COURT:  ALL RIGHT.  DO YOU AGREE OR DISAGREE WITH

4       ANY OF THE OUTCOMES OR ANYTHING THAT YOU HEARD ABOUT THE

5       DISPUTES?

6              PROSPECTIVE JUROR:  ACTUALLY, I DON'T KNOW BECAUSE I

7       DON'T KNOW THE DETAILS.  SO I CANNOT CHECK PROPERLY.

8              THE COURT:  OKAY.  HAVE YOU TALKED ABOUT ANY OF THE

9       DISPUTES OF THESE COMPANIES WITH ANYONE ELSE?

10             PROSPECTIVE JUROR:  NO.

11             THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION

12      ABOUT THE DISPUTES BETWEEN THESE COMPANIES WITH YOU?

13             PROSPECTIVE JUROR:  NO.  I JUST HEARD ON THE RADIO

14      AND THEN I KEPT -- I HEARD ON THE RADIO AND THEN I KEPT TO

15      MYSELF.  I DIDN'T TALK TO NOBODY.

16             THE COURT:  OH, I SEE.  BUT YOU UNDERSTAND THAT IF

17      YOU'RE SELECTED AS A JUROR IN THIS CASE, YOU ARE NOT TO

18      CONSIDER ANYTHING ELSE THAT YOU HAVE HEARD AND MUST BASE YOUR

19      DECISION ON THE EVIDENCE THAT'S PRESENTED HERE?

20             PROSPECTIVE JUROR:  I UNDERSTAND.

21             THE COURT:  OKAY.  AND YOU WILL DO THAT?

22             PROSPECTIVE JUROR:  YES, DEFINITELY.

23             THE COURT:  ALL RIGHT.  I'LL GIVE EACH COUNSEL AN

24      OPPORTUNITY TO ASK A QUESTION.

25             MR. LEE:  GOOD MORNING.  MY NAME IS BILL LEE.
```

```
1              HAVE YOU HEARD ABOUT THE OUTCOME OF ANY OF THE PRIOR CASES

2     BETWEEN APPLE AND SAMSUNG?

3              PROSPECTIVE JUROR:  I DID HEARD.

4              THE COURT:  YOU CAN FOLLOW UP.

5              MR. LEE:  OKAY.  COULD I ASK YOU WHAT YOU HEARD?

6              PROSPECTIVE JUROR:  I HEARD THAT APPLE WON THE CASE.

7              MR. LEE:  AND MAY I ASK ONE MORE?

8              THE COURT:  YOU CAN FOLLOW UP.

9              MR. LEE:  WITH THAT INFORMATION, WOULD YOU STILL BE

10    ABLE TO SIT ON THIS CASE AND BE A FAIR AND IMPARTIAL JUROR?

11             PROSPECTIVE JUROR:  DEFINITELY BECAUSE I WANT TO KNOW

12    MORE DETAILS ABOUT IT.

13             MR. LEE:  THANK YOU.

14             THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

15             MR. QUINN:  HELLO.  MY NAME IS JOHN QUINN, AND I'M

16    ONE OF THE ATTORNEYS FOR SAMSUNG.

17         YOU TOLD US THAT YOU HEARD THE NEWS REPORT THAT THERE HAD

18    BEEN A SUIT FOR COPYING.  DID I HEAR YOU CORRECTLY?

19             PROSPECTIVE JUROR:  RIGHT, YES.

20             MR. QUINN:  BASED ON EVERYTHING YOU'VE HEARD, DO YOU

21    THINK THAT -- DO YOU HAVE SOME IMPRESSION THAT BECAUSE THERE

22    WAS A LAWSUIT, THERE MUST HAVE BEEN SOME COPYING BY SAMSUNG?

23             PROSPECTIVE JUROR:  YEAH.  I JUST HEARD ON THE RADIO,

24    AND I'M NOT BIAS AGAINST ANY COMPANY BECAUSE I DON'T KNOW THE

25    DETAIL.  SO I CANNOT JUDGE, YOU KNOW, NOBODY BECAUSE I DON'T
```

```
1    KNOW THE DETAILS.  JUST VERY VAGUE.  SO I CANNOT JUDGE NOBODY

2    SINCE I DON'T KNOW THE DETAILS OF BOTH SIDES.

3                MR. QUINN:  MAY I FOLLOW UP, YOUR HONOR?

4                THE COURT:  PLEASE, GO AHEAD.

5                MR. QUINN:  YOU HAVE AN IMPRESSION -- IF I UNDERSTAND

6    YOUR ANSWER, YOU DO HAVE SOME IMPRESSION ABOUT COPYING?

7                PROSPECTIVE JUROR:  YES, I UNDERSTAND.  I JUST HEARD

8    ABOUT IT AND THEN THAT'S IT.  YOU KNOW, I MEAN, I NEVER THOUGHT

9    ABOUT IT OR NEVER TALKED TO NOBODY ABOUT IT.

10               MR. QUINN:  DO YOU THINK, SITTING HERE NOW, BECAUSE

11   YOU KNOW THERE WAS A PRIOR LAWSUIT AND YOU HAD HEARD THAT APPLE

12   HAD WON THE PRIOR LAWSUIT, AND THERE WAS ALLEGATIONS OF

13   COPYING, DO YOU THINK THAT PROBABLY THERE WAS SOME COPYING BY

14   SAMSUNG?

15               PROSPECTIVE JUROR:  YOU KNOW, I -- BECAUSE I DON'T

16   KNOW THE DETAILS, SO I CANNOT JUDGE NOBODY.  I'M SORRY, SIR.  I

17   CANNOT SAY, YOU KNOW, THIS IS WRONG, APPLE OR SAMSUNG, BECAUSE

18   I DON'T KNOW THE DETAILS OF IT.  AFTER I HEARD ABOUT IT, AND

19   THEN I JUST LEAVE ON THE SIDE AND THEN MOVE ON WITH MY DAILY

20   WORK.

21               MR. QUINN:  THANK YOU.

22               THE COURT:  ALL RIGHT.  I WANTED TO CLARIFY.  IT

23   SOUNDS LIKE THERE ARE TWO QUESTIONS.  ONE IS DID YOU HEAR ABOUT

24   AN ALLEGATION OF COPYING?  THE OTHER ONE IS DO YOU HAVE AN

25   OPINION ABOUT A CLAIM OF COPYING?
```

```
 1            SO LET ME ASK THEM SEPARATELY.  NUMBER ONE IS YOU DID HEAR

 2     ABOUT A CLAIM OF COPYING; IS THAT RIGHT?

 3            PROSPECTIVE JUROR:  YES.

 4            THE COURT:  OKAY.  NUMBER TWO, DO YOU HAVE AN OPINION

 5     ABOUT THE CLAIM OF COPYING?

 6            PROSPECTIVE JUROR:  ACTUALLY, I JUST DON'T THINK MUCH

 7     ABOUT IT.  I JUST HEARD.  I JUST HEARD THE REGULAR NEWS AND

 8     THEN, YOU KNOW, CONTINUE WITH MY WORK.  SO I DON'T KNOW.  I

 9     DIDN'T THINK MUCH ABOUT IT.

10            THE COURT:  OKAY.  DOES ANYONE WANT TO FOLLOW UP?

11            MR. QUINN:  IF I COULD ASK, WE REPRESENT SAMSUNG OVER

12     HERE, AND WE'RE TRYING TO PICK, ALL OF US HERE, ARE TRYING TO

13     PICK JURORS WHO REALLY COME TO THIS WITHOUT LEANING ONE WAY OR

14     ANOTHER AND WITHOUT ANY IMPRESSIONS OR PREJUDICES GOING INTO

15     THE CASE.

16         AND LET ME JUST ASK YOU, BASED UPON WHAT YOU'VE HEARD, DO

17     YOU FIND THAT AT THE BEGINNING THAT SORT OF YOUR MIND IS

18     TILTING IN ONE DIRECTION OR ANOTHER BASED ON WHAT YOU'VE HEARD

19     THAT MIGHT INFLUENCE YOUR APPROACH TO THIS CASE?

20            PROSPECTIVE JUROR:  ACTUALLY, I TOLD YOU THAT I -- I

21     DON'T KNOW THE DETAILS SO I CANNOT JUDGE.  YOU KNOW WHAT I

22     MEAN?  IT DOESN'T MEAN -- ALL THE PEOPLE SAY THIS WAS BAD,

23     MAYBE THEY BAD.

24         SO YOU HAVE TO LOOK BOTH WAYS, GO INTO MORE DETAIL AND

25     LISTEN TO BOTH, BOTH SIDES IN ORDER TO DECIDE.  BUT NOT JUST
```

```
1      BECAUSE THE NEWS OR READ THE -- YOU KNOW, OR HEARD FROM SOMEONE

2      ELSE, AND THEN GO AND THEN DETERMINE THIS PERSON BAD.

3            SO I JUST WANT TO KNOW MORE DETAIL ABOUT BOTH SIDES,

4      LISTEN TO, YOU KNOW, BOTH SIDES TO DECIDE.  SO I CANNOT JUST

5      SAY BASED ON THE NEWS AND THEN COME TO THE CONCLUSION.

6            MR. QUINN:  SO YOU DON'T FEEL LIKE YOU'RE LEANING ONE

7      WAY OR ANOTHER AT THIS POINT?

8            PROSPECTIVE JUROR:  CORRECT.

9            MR. QUINN:  THANK YOU.

10           THE COURT:  ALL RIGHT.  THANK YOU.

11           ALL RIGHT.  MS. NGUYEN, I'M GOING TO ASK YOU TO GO TO

12     JUDGE LLOYD'S COURTROOM.  IT'S COURTROOM NUMBER 2.  IT'S ON

13     THIS FLOOR.

14           I'M GOING TO ASK, MS. PALANJIAN, IF YOU WOULD TAKE

15     MS. NGUYEN THERE.

16           BUT LET'S GO AHEAD NOW AND TAKE A 15 MINUTE BREAK.  WHEN

17     WE RETURN, WE'LL RESUME WITH MS. CHEN.  ALL RIGHT?  THANK YOU.

18           (RECESS FROM 10:35 A.M. UNTIL 10:48 A.M.)

19           THE COURT:  WELCOME BACK, EVERYONE.  PLEASE TAKE A

20     SEAT.

21           YOU CAN JUST SIT ANYWHERE, MS. CHEN.  ANYWHERE IS FINE.

22           MS. CHEN, WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE

23     AND SAMSUNG?

24           PROSPECTIVE JUROR:  HELLO.  NO.  I JUST HEARD THAT

25     THEY HAVE A DISPUTE BUT NO DETAILS.
```

```
 1              THE COURT:  OKAY.  DO YOU RECALL WHAT YOU HEARD ABOUT

 2   THE DISPUTES?

 3              PROSPECTIVE JUROR:  NOT REALLY.  MY HUSBAND JUST --

 4   WE JUST -- WE WERE IN THE CAR, THE CONVERSATION, AND HE JUST

 5   SAID, OH, THERE'S A DISPUTE BETWEEN THE TWO COMPANIES.

 6       BUT HE DIDN'T SAY FURTHER.

 7              THE COURT:  OKAY.  SO WHAT IS THE SOURCE OF

 8   INFORMATION ABOUT THE DISPUTE?  JUST YOUR HUSBAND?

 9              PROSPECTIVE JUROR:  UM-HUM.

10              THE COURT:  OKAY.  SO YOU HAVEN'T HEARD ABOUT IT FROM

11   ANY OUR SOURCE?

12              PROSPECTIVE JUROR:  NO.

13              THE COURT:  ALL RIGHT.  DID YOUR HUSBAND TELL YOU ANY

14   OUTCOME OF ANY DISPUTE?

15              PROSPECTIVE JUROR:  NO.

16              THE COURT:  DID YOUR HUSBAND EXPRESS AN OPINION ABOUT

17   ANY DISPUTE?

18              PROSPECTIVE JUROR:  NO, NOT REALLY.

19              THE COURT:  NOT REALLY.  DOES THAT MEAN YES OR NO?

20              PROSPECTIVE JUROR:  OH.  A LITTLE BIT.

21              THE COURT:  A LITTLE BIT.  WHAT DID YOUR HUSBAND SAY

22   ABOUT THE DISPUTE?

23              PROSPECTIVE JUROR:  HE MAYBE SAY, OH, IT'S -- APPLE

24   IS A BIG COMPANY AND THEN -- I THINK HE SAY THAT THEY BOTH HAD

25   THE DISPUTES FOR WHO, WHO IS MAYBE -- I COULDN'T REALLY
```

```
 1      REMEMBER, BUT IT'S JUST, APPLE IS A BIG COMPANY AND THEN THEY

 2      HAVE -- THEY THINK THEIR PRODUCT HAS BEEN INVADED BY THE

 3      SAMSUNG, SOMETHING LIKE THAT.  BUT NOT -- YEAH.  I DIDN'T

 4      REALLY PAY ATTENTION.

 5              THE COURT:  ALL RIGHT.  AND DOES YOUR HUSBAND HAVE A

 6      VIEW ONE WAY OR THE OTHER AS TO WHICH COMPANY IS IN THE RIGHT?

 7              PROSPECTIVE JUROR:  NO.

 8              THE COURT:  OKAY.  OTHER THAN YOUR CONVERSATIONS WITH

 9      YOUR HUSBAND, HAVE ANYONE -- HAS ANYONE ELSE SHARED THEIR

10      OPINION ABOUT THE CASE WITH YOU?

11              PROSPECTIVE JUROR:  NO.

12              THE COURT:  HAVE YOU TALKED WITH ANYONE ELSE ABOUT

13      ANY OF THE DISPUTES?

14              PROSPECTIVE JUROR:  NO.

15              THE COURT:  OKAY.  I'LL ASK EACH ATTORNEY TO ASK ONE

16      QUESTION IF YOU'D LIKE.

17              MR. LEE:  HI.  MY NAME IS BILL LEE, AND I REPRESENT

18      APPLE.

19          DO YOU HAVE ANY OPINION ABOUT THE DISPUTE BETWEEN APPLE

20      AND SAMSUNG?

21              PROSPECTIVE JUROR:  NO.

22              MR. LEE:  THANK YOU.  NOTHING FURTHER.

23              MR. QUINN:  GOOD MORNING.  MY NAME IS JOHN QUINN, AND

24      I REPRESENT SAMSUNG.

25          DID I HEAR YOU SAY THAT YOU HAD -- YOU HAD THE IMPRESSION
```

1          THAT SAMSUNG HAD INVADED APPLE?  OR DID I MISHEAR YOU?

2                    PROSPECTIVE JUROR:  NO, NO.  I -- I SAID THAT'S MY

3          HUSBAND'S OPINION, YEAH.  AND I HEARD -- I HEARD THAT.

4                    MR. QUINN:  AND IF I MAY, YOUR HONOR?

5                    THE COURT:  PLEASE FOLLOW UP.

6                    MR. QUINN:  WHAT DID YOU UNDERSTAND HIM TO MEAN WHEN

7          HE SAID THAT?

8                    PROSPECTIVE JUROR:  NOT REALLY HAVE, LIKE, A LOT OF

9          FEELING ABOUT THAT, BUT YEAH.  SO I DIDN'T REALLY ANSWER OR

10         RESPOND TO WHAT HE SAID.

11                   MR. QUINN:  UH-HUH.  AND IN TERMS OF WHAT HE SAID

12         ABOUT SAMSUNG INVADING APPLE, WHAT DID YOU UNDERSTAND HIM TO BE

13         SAYING?

14                   PROSPECTIVE JUROR:  BECAUSE I JUST THOUGHT EVERYONE

15         KNOW APPLE IS A BIG COMPANY.

16                   MR. QUINN:  UH-HUH.

17                   PROSPECTIVE JUROR:  YEAH.  AND THEN -- AND THEN --

18         AND IF THERE'S A DISPUTE, IT'S CERTAINLY, IT'S ALWAYS SOMETHING

19         ARGUING ABOUT SOMETHING.

20                   MR. QUINN:  OKAY.

21                   PROSPECTIVE JUROR:  SO THAT'S MAYBE A TOPIC THAT THEY

22         WERE ARGUING ABOUT.  SO THAT IS WHAT I WAS UNDERSTANDING ABOUT

23         THAT.

24                   MR. QUINN:  ALL RIGHT.  WAS HE TELLING YOU THAT THAT

25         WAS -- HE WAS TELLING YOU HIS OPINION OR SOMETHING THAT HE HAD

```
 1      HEARD FROM SOMEPLACE ELSE?

 2                  PROSPECTIVE JUROR:  I THINK IT'S HIS OPINION.

 3                  MR. QUINN:  HIS OWN OPINION?

 4                  PROSPECTIVE JUROR:  YES.

 5                  MR. QUINN:  AND IF I COULD ASK ONE FINAL QUESTION,

 6      YOUR HONOR?

 7                  THE COURT:  GO AHEAD, PLEASE.

 8                  MR. QUINN:  DO YOU HAVE ANY IMPRESSION ABOUT WHAT THE

 9      DISPUTES ARE ABOUT, OR HAVE BEEN ABOUT BETWEEN THESE COMPANIES?

10                  PROSPECTIVE JUROR:  NO.

11                  MR. QUINN:  OKAY.  THANKS VERY MUCH.

12                  PROSPECTIVE JUROR:  YOU'RE WELCOME.

13                  THE COURT:  SO I'M UNCLEAR.  YOUR HUSBAND'S OPINION

14      IS THAT SAMSUNG INVADED APPLE, A BIG COMPANY?  THAT'S HIS

15      OPINION?

16                  PROSPECTIVE JUROR:  YES.

17                  THE COURT:  DO YOU AGREE WITH YOUR HUSBAND?

18                  PROSPECTIVE JUROR:  NO.  NOT SAY -- NOT AGREE OR

19      AGREE, BECAUSE I DIDN'T KNOW ABOUT THE DETAILS.  YEAH.

20                  THE COURT:  OKAY.  WOULD YOU BASE YOUR OPINION SOLELY

21      ON THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND NOT ON

22      ANYTHING YOUR HUSBAND SAID OR YOU MAY HAVE HEARD FROM SOMEWHERE

23      ELSE, ONLY WHAT GETS ADMITTED IN THIS COURTROOM DURING THE

24      TRIAL?

25                  PROSPECTIVE JUROR:  SURE, DEFINITELY.
```

```
 1              THE COURT:  ALL RIGHT.  WILL YOU BE A FAIR AND

 2     IMPARTIAL JUROR TO BOTH SIDES, APPLE AND SAMSUNG, IN THIS CASE?

 3              PROSPECTIVE JUROR:  DEFINITELY.

 4              THE COURT:  OKAY.  THANK YOU.

 5         I'M GOING TO ASK MS. BAUTISTA TO ESCORT YOU, SHE'S GOT HER

 6     HAND UP IN THE BACK OF THE ROOM, TO JUDGE LLOYD'S COURTROOM,

 7     THAT'S NUMBER 2, AND IF YOU WOULD WAIT THERE, PLEASE.

 8              PROSPECTIVE JUROR:  SURE.

 9              THE COURT:  UNTIL FURTHER INSTRUCTIONS TO RETURN

10     HERE.  IF PEOPLE SAY, HEY, WHAT HAPPENED?  YOU HAVE TO SAY,

11     I'VE BEEN INSTRUCTED THAT I CANNOT DISCUSS THIS.  OKAY?

12              PROSPECTIVE JUROR:  SURE.

13              THE COURT:  OKAY.  THANK YOU.

14         ALL RIGHT.  MR. BREWER, IF YOU WOULD PLEASE BRING IN

15     MS. SAGE.

16              MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.

17              THE COURT:  ACTUALLY, I DIDN'T RECORD THE ONES WHO

18     HAD NOT GONE -- WHO ARE THE ONES -- I APOLOGIZE.  WHO ARE THE

19     ONES WHO DID NOT HEAR ABOUT THE CASE?  THAT WAS MS. SAGE.  WHO

20     ELSE?

21              THE CLERK:  THAT WAS MS. SAGE, NUMBER 6, ANDERSON.

22              THE COURT:  OKAY.

23              THE CLERK:  NUMBER 20, WANG.

24              THE COURT:  OKAY.

25              THE CLERK:  NUMBER 22, YOUNG.
```

```
1              THE COURT:  22, YOUNG?

2              THE CLERK:  YES.  24, GALONJA.

3              THE COURT:  OKAY.

4              THE CLERK:  25, ZAPATA.

5              THE COURT:  OKAY.

6              THE CLERK:  26, WOO.

7              THE COURT:  OKAY.

8              THE CLERK:  34, LADD, AND 35, SANCHEZ.

9              THE COURT:  ALL RIGHT.  THANK YOU.

10        THEN WE NEED MR. -- IS IT VON DOLLEN?

11             MR. BREWER:  YES.

12             THE COURT:  ALL RIGHT.  THANK YOU.

13        (MR. VON DOLLEN PRESENT.)

14             THE COURT:  JUST TAKE THE NEAREST SEAT, PLEASE.

15   THERE SHOULD BE A MICROPHONE.

16             MR. BREWER:  I HAVE IT RIGHT HERE (HANDING).

17             THE COURT:  OKAY.  WELCOME, MR. VON DOLLEN.

18        IS THAT PRONOUNCED CORRECTLY?

19             PROSPECTIVE JUROR:  VON DOLLEN, YES.

20             THE COURT:  OKAY.  WHAT HAVE YOU HEARD OR WHAT DO YOU

21   KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

22             PROSPECTIVE JUROR:  NOT, NOT THAT MUCH.  PRETTY MUCH

23   WHAT YOU JUST SAID.  I KNOW THAT THERE'S A -- THAT APPLE IS

24   SUING SAMSUNG OVER PATENT INFRINGEMENT.

25             THE COURT:  AND FROM WHAT SOURCE DID YOU LEARN ABOUT
```

```
1     THAT?

2              PROSPECTIVE JUROR:  FROM THE "SAN JOSE MERCURY NEWS."

3              THE COURT:  ALL RIGHT.  AND DO YOU RECALL WHEN YOU

4     LEARNED THAT FROM THE "SAN JOSE MERCURY NEWS"?

5              PROSPECTIVE JUROR:  NOT EXACTLY.  IT SEEMS LIKE IT

6     WAS A GOOD WHILE AGO, I MEAN, SEVERAL MONTHS AGO.

7              THE COURT:  SEVERAL MONTHS AGO.  OKAY.

8          DO YOU KNOW ANY OUTCOME OF ANY DISPUTE BETWEEN APPLE AND

9     SAMSUNG?

10             PROSPECTIVE JUROR:  NO.

11             THE COURT:  OKAY.  DO YOU HAVE AN OPINION ABOUT ANY

12    DISPUTE BETWEEN APPLE AND SAMSUNG?

13             PROSPECTIVE JUROR:  NO.

14             THE COURT:  HAVE YOU TALKED ABOUT THIS CASE OR ANY

15    DISPUTE BETWEEN APPLE AND SAMSUNG WITH ANYONE?

16             PROSPECTIVE JUROR:  NO.

17             THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

18    DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?

19             PROSPECTIVE JUROR:  NO.

20             THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR IN

21    THIS CASE?

22             PROSPECTIVE JUROR:  I BELIEVE SO.

23             THE COURT:  ALL RIGHT.  ANY FURTHER QUESTIONS?

24             MR. LEE:  NOT FOR APPLE, YOUR HONOR.

25             MR. QUINN:  MR. VON DOLLEN, IS IT?
```

```
1              PROSPECTIVE JUROR:  YES.

2              MR. QUINN:  MY NAME IS JOHN QUINN, AND I'M ONE OF THE

3    ATTORNEYS FOR SAMSUNG.

4         YOU'VE INDICATED THAT YOU'VE HEARD THAT THERE ARE DISPUTES

5    RELATING TO PATENTS.

6              PROSPECTIVE JUROR:  YES.

7              MR. QUINN:  IS THAT RIGHT?  DO YOU HAVE -- BASED ON

8    WHAT YOU'VE HEARD, DO YOU HAVE ANY IMPRESSION ONE WAY OR

9    ANOTHER ABOUT WHETHER THERE MUST BE SOME MERIT TO THOSE CLAIMS?

10             PROSPECTIVE JUROR:  NO.

11             MR. QUINN:  AND HAVE YOU HEARD ABOUT WHETHER THERE

12   HAVE BEEN ANY LAWSUITS FILED?

13             PROSPECTIVE JUROR:  NO.

14             MR. QUINN:  THANK YOU.

15             THE COURT:  ALL RIGHT.  THANK YOU.

16        MR. VON DOLLEN, MS. BAUTISTA IS GOING TO ESCORT YOU TO

17   COURTROOM NUMBER 2, WHICH IS JUDGE LLOYD'S COURTROOM, AND IF

18   YOU WOULD PLEASE JUST WAIT THERE UNTIL WE BRING YOU BACK IN.

19   PEOPLE WILL BE EXTREMELY CURIOUS WHEN YOU WALK IN TO KNOW WHAT

20   HAPPENED.  SO JUST LET THEM KNOW THAT YOU CAN'T TALK ABOUT IT.

21   ALL RIGHT?  THANK YOU.

22        I'M GOING TO ASK MR. BREWER TO PLEASE BRING IN

23   MS. FRAGOSO.

24        (MR. FRAGOSO PRESENT.)

25             THE COURT:  I'M SORRY, MR. FRAGOSO.  WELCOME.
```

```
 1                  PROSPECTIVE JUROR:  YES.

 2                  THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

 3     BETWEEN APPLE AND SAMSUNG?

 4                  PROSPECTIVE JUROR:  I'VE JUST HEARD ABOUT IT ON, ON

 5     THE NEWS, ON NBC.  I'VE JUST BEEN HEARING ABOUT IT ON THE NEWS.

 6                  THE COURT:  DO YOU KNOW WHEN YOU HEARD ANYTHING ABOUT

 7     THE DISPUTE?

 8                  PROSPECTIVE JUROR:  THIS WAS PROBABLY, LIKE, ABOUT A

 9     YEAR AGO.  NOTHING RECENT.

10                  THE COURT:  OKAY.  AND WERE YOU IN PARTICULAR LOOKING

11     FOR NEWS ABOUT THESE PARTIES?  OR YOU JUST WERE WATCHING THE

12     NEWS AND THAT SUDDENLY POPPED UP?

13                  PROSPECTIVE JUROR:  EXACTLY.  IT JUST SUDDENLY POPPED

14     UP.

15                  THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT ANY

16     DISPUTE BETWEEN THESE PARTIES?

17                  PROSPECTIVE JUROR:  NO, I DO NOT.

18                  THE COURT:  ALL RIGHT.  DO YOU KNOW OF ANY OUTCOMES

19     OF ANY DISPUTES BETWEEN THESE PARTIES?

20                  PROSPECTIVE JUROR:  NOT THAT I KNOW OF, NO.

21                  THE COURT:  OKAY.  HAVE YOU TALKED ABOUT THE DISPUTES

22     BETWEEN THESE PARTIES WITH ANYONE?

23                  PROSPECTIVE JUROR:  NO, I HAVE NOT.

24                  THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

25     DISPUTE BETWEEN THESE PARTIES WITH YOU?
```

```
 1              PROSPECTIVE JUROR:  NO, THEY HAVE NOT.

 2              THE COURT:  ALL RIGHT.  WILL YOU BE A FAIR AND

 3    IMPARTIAL JUROR TO BOTH APPLE AND SAMSUNG IN THIS CASE?

 4              PROSPECTIVE JUROR:  YES, I WILL.

 5              THE COURT:  ALL RIGHT.  THANK YOU.

 6              MR. LEE:  MR. FRAGOSO, MY NAME IS BILL -- WHOOPS.

 7    JUST VERY QUICKLY.  HER HONOR ASKED YOU WHETHER ANYBODY HAD

 8    SHARED THEIR OPINIONS ABOUT THE DISPUTE WITH YOU.

 9         DO YOU HAVE ANY OPINIONS ABOUT THE DISPUTE?

10              PROSPECTIVE JUROR:  NO, I DO NOT.

11              MR. LEE:  THANK YOU.

12              MR. QUINN:  MR. FRAGOSO, MY NAME IS JOHN QUINN, AND

13    I'M ONE OF THE ATTORNEYS FOR SAMSUNG.

14         YOU'VE INDICATED THAT YOU HAD HEARD ABOUT SOME DISPUTES.

15              CAN YOU TELL US WHAT YOU HAD HEARD, WHAT YOU REMEMBER THAT

16    YOU HEARD?

17              PROSPECTIVE JUROR:  WHAT I HEARD WAS ONE OF THE TECHS

18    FOR NBC WAS JUST TALKING ABOUT THE, THE JURY -- I MEAN, TALKING

19    ABOUT THIS BEING A LONG PROCESS THAT'S GOING TO BE REAL

20    TECHNICAL, JUST ABOUT -- THAT'S ALL I REALLY HEARD --

21              MR. QUINN:  DID I --

22              PROSPECTIVE JUROR:  -- ABOUT THIS.

23              MR. QUINN:  I'M SORRY.  DID YOU SAY SOMETHING ABOUT

24    THE JURY, THAT --

25              PROSPECTIVE JUROR:  WHAT I MEANT IS THAT -- BECAUSE
```

```
1        IT WAS ON THE NEWS THAT YOU GUYS HAD WENT TO COURT, SAMSUNG AND

2    APPLE, AND I HEARD ABOUT IT.

3         AND THE TECH WAS TALKING ABOUT IT, THAT THROUGH A

4    TECHNICAL -- IT'S A LONG PROCESS, AND THAT'S ABOUT ALL I HEARD.

5              MR. QUINN:  AND HAD YOU HEARD THAT THERE HAD BEEN

6    SOME JURY RULING OR JURY VERDICT IN THE CASE?

7              PROSPECTIVE JUROR:  NO, I DIDN'T HEAR ANYTHING ABOUT

8    THAT.

9              MR. QUINN:  SO DO YOU HAVE ANY IMPRESSION AS TO

10   WHETHER THERE WAS A RESULT, AND, IF SO, WHICH SIDE CAME OUT

11   AHEAD?

12             PROSPECTIVE JUROR:  NO, I HAVE NO IMPRESSION.

13             MR. QUINN:  THANK YOU VERY MUCH.

14             THE COURT:  ALL RIGHT.  THANK YOU.

15             PROSPECTIVE JUROR:  UM-HUM.

16             THE COURT:  ALL RIGHT.  MR. FRAGOSO, MS. BAUTISTA IN

17   THE BACK WITH HER HAND RAISED IS GOING TO TAKE YOU TO

18   JUDGE LLOYD'S COURTROOM WHERE YOU'RE GOING TO WAIT WITH THE

19   OTHERS OF THE 35.

20             PROSPECTIVE JUROR:  OKAY.

21             THE COURT:  AND, PLEASE, IF ANYONE ASKS YOU WHAT

22   HAPPENED, LET THEM KNOW YOU CANNOT DISCUSS IT.

23             PROSPECTIVE JUROR:  I WILL.

24             THE COURT:  ALL RIGHT.  THANK YOU.

25             THE CLERK:  SIR, IF YOU COULD JUST LEAVE THE PLASTIC
```

1    THINGS.  PERFECT.  THANK YOU.

2              THE COURT:  ALL RIGHT.  MR. DUNHAM, PLEASE.

3         MR. DUNHAM, JUST TAKE THE FIRST AVAILABLE SEAT.  I DIDN'T

4    REALIZE THAT EVERYONE HAD TAKEN THEIR PLASTIC NUMBERS.

5              PROSPECTIVE JUROR:  YEP.

6              THE COURT:  OKAY.  WHAT DO YOU KNOW ABOUT ANY DISPUTE

7    BETWEEN APPLE AND SAMSUNG?

8              PROSPECTIVE JUROR:  I JUST KNOW THAT THERE IS A

9    DISPUTE CURRENTLY.  AND THAT'S ABOUT IT.

10             THE COURT:  FROM WHAT SOURCE DID YOU LEARN ABOUT THE

11   CURRENT DISPUTE?

12             PROSPECTIVE JUROR:  MEDIA, MAYBE ABOUT A YEAR OR SO

13   AGO IT SEEMS.

14             THE COURT:  AND DO YOU RECALL IF IT WAS RADIO,

15   NEWSPAPER, INTERNET, TV?

16             PROSPECTIVE JUROR:  NEWSPAPER.

17             THE COURT:  OKAY.  AND DO YOU RECALL ANYTHING

18   SPECIFIC ABOUT THE CURRENT DISPUTE THAT YOU HEARD?

19             PROSPECTIVE JUROR:  JUST THAT IT WAS, THAT APPLE WAS

20   ALLEGING INFRINGEMENT.

21             THE COURT:  DO YOU HAVE AN OPINION ABOUT THE DISPUTE

22   BETWEEN THESE PARTIES?

23             PROSPECTIVE JUROR:  NO.

24             THE COURT:  HAVE YOU TALKED ABOUT THIS DISPUTE WITH

25   ANYONE ELSE?

```
 1              PROSPECTIVE JUROR:  NO.

 2              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

 3    CASE WITH YOU?

 4              PROSPECTIVE JUROR:  NO.

 5              THE COURT:  WILL YOU BASE YOUR DECISION SOLELY ON THE

 6    EVIDENCE THAT'S ADMITTED DURING THE TRIAL?

 7              PROSPECTIVE JUROR:  I WOULD.

 8              THE COURT:  ALL RIGHT.  WILL YOU BE A FAIR AND

 9    IMPARTIAL JUROR TO BOTH SIDES?

10              PROSPECTIVE JUROR:  I WOULD.

11              THE COURT:  ALL RIGHT.  THANK YOU.

12         MS. BAUTISTA IS GOING TO TAKE YOU TO COURTROOM NUMBER 2.

13              PROSPECTIVE JUROR:  OKAY.

14              THE COURT:  AND IF YOU WOULD --

15              MR. QUINN:  YOUR HONOR, CAN WE --

16              THE COURT:  -- JUST RESPOND.

17              MR. QUINN:  -- MAY WE ASK A QUESTION?

18              THE COURT:  I DON'T -- I DON'T THINK IT'S NECESSARY.

19              MR. QUINN:  ALL RIGHT.

20              THE COURT:  I THINK IT'S ONLY NECESSARY IF WE FEEL

21    LIKE THERE'S SOME MORE INFORMATION.

22         ALL RIGHT.  MR. DUNHAM, IF YOU WOULD, PLEASE, GO WITH

23    MS. BAUTISTA.  AND IF ANYONE ASKS YOU WHAT HAPPENED, JUST LET

24    THEM KNOW YOU CAN'T DISCUSS IT.

25              PROSPECTIVE JUROR:  GREAT.
```

```
 1            THE COURT:  ALL RIGHT.  THANK YOU.

 2         LET'S GO TO MS. PALMADA.

 3         (MS. PALMADA PRESENT.)

 4            THE COURT:  PLEASE TAKE THE FIRST AVAILABLE SEAT, AND

 5    THERE IS A MICROPHONE.  WELCOME.

 6            PROSPECTIVE JUROR:  THANK YOU.

 7            THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

 8    BETWEEN APPLE AND SAMSUNG?

 9            PROSPECTIVE JUROR:  ALL THAT I KNOW IS THAT I HAD

10    READ, MAYBE A YEAR OR MORE BACK, ABOUT SOME PATENT DISPUTE, AND

11    WHAT I REMEMBER IS THAT I THINK FIRST APPLE WAS THE ONE

12    COMPLAINING ABOUT SAMSUNG HAVING USED SOME PATENT.

13         AND THEN LATER ON ALSO SAMSUNG CLAIMED THAT APPLE HAD

14    COPIED SOMETHING.

15         BUT THAT'S, THAT'S ALL WHAT I REMEMBER READING.

16            THE COURT:  FROM WHAT SOURCE DID YOU LEARN ABOUT THE

17    DISPUTE?

18            PROSPECTIVE JUROR:  I THINK THE "NEW YORK TIMES."

19            THE COURT:  OKAY.  DID YOU HEAR ABOUT ANY OUTCOME OF

20    ANY DISPUTE BETWEEN THE PARTIES?

21            PROSPECTIVE JUROR:  NO, NOT REALLY.

22            THE COURT:  YOU SAY "NOT REALLY."  DOES THAT MEAN YES

23    OR NO?

24            PROSPECTIVE JUROR:  NO.  I JUST READ THAT THERE WERE

25    SEVERAL THINGS IN EUROPE AND SEVERAL THINGS IN THE STATES BUT
```

1          NOT THAT ANYTHING HAD BEEN RESOLVED.

2               THE COURT:  DO YOU HAVE AN OPINION ABOUT THE DISPUTE

3     BETWEEN THE PARTIES?

4               PROSPECTIVE JUROR:  NO, I DON'T KNOW.  I DON'T KNOW.

5     I DON'T THINK I KNOW ENOUGH ABOUT HOW THESE PATENTS WORK TO

6     REALLY KNOW WHO IS RIGHT OR NOT.  I REALLY DON'T HAVE AN

7     OPINION.

8               THE COURT:  HAVE YOU TALKED ABOUT THE DISPUTE BETWEEN

9     THESE PARTIES WITH ANYONE ELSE?

10              PROSPECTIVE JUROR:  NO.

11              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

12    DISPUTE BETWEEN THESE PARTIES WITH YOU?

13              PROSPECTIVE JUROR:  NO.

14              THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR IN

15    THIS CASE?

16              PROSPECTIVE JUROR:  I THINK I COULD, YES.

17              THE COURT:  OKAY.  WILL YOU BASE YOUR DECISION SOLELY

18    ON THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND NOT ON

19    ANYTHING THAT YOU HAVE PREVIOUSLY OR MAY HEAR ABOUT THE CASE

20    FROM ANYONE ELSE?

21              PROSPECTIVE JUROR:  YES.

22              THE COURT:  OR ANY OTHER SOURCE?

23              PROSPECTIVE JUROR:  YES.

24              THE COURT:  OKAY.  THANK YOU.

25         YOU'RE GOING TO GO, PLEASE, WITH MS. BAUTISTA, WHOSE HAND

1    IS RAISED IN THE BACK, TO COURTROOM NUMBER 2 AND WAIT UNTIL WE

2    BRING YOU BACK.

3         THANK YOU.

4              PROSPECTIVE JUROR:  THANK YOU.

5              THE COURT:  PLEASE DON'T DISCUSS WHAT WE'VE TALKED

6    ABOUT WITH ANYONE.

7              PROSPECTIVE JUROR:  SURE.

8              THE COURT:  THANK YOU.

9         LET'S BRING IN MS. STEPHAN, PLEASE.

10        (MS. STEPHAN PRESENT.)

11             THE COURT:  MS. STEPHAN, PLEASE TAKE THE FIRST

12   AVAILABLE SEAT.  WELCOME.

13             PROSPECTIVE JUROR:  THANK YOU.

14             THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

15   BETWEEN APPLE AND SAMSUNG?

16             PROSPECTIVE JUROR:  IT SEEMS ABOUT TWO OR THREE

17   MONTHS AGO, MAYBE A MONTH OR SO LONGER, RIDING AROUND IN THE

18   CAR I HEARD SOMETHING ON THE NEWS ABOUT APPLE SUING SAMSUNG.

19        AND IT -- I THOUGHT AT THE TIME IT WAS IN TRIAL BUT

20   APPARENTLY NOT.  THOSE MUST HAVE BEEN PRETRIAL MOTIONS OR

21   SOMETHING.  I HEARD A COUPLE OF TIMES, AND I -- I DIDN'T PAY

22   ATTENTION.  I DON'T HAVE A DOG IN THAT FIGHT.

23        SO I HAVE -- I SHOULD TELL YOU, I DO WORK FOR A PATENT LAW

24   FIRM, AND SO I PAY ATTENTION -- I DO PAY ATTENTION WHEN THE

25   TECHNOLOGY COMPANIES ARE IN DISPUTE.

```
1              BUT IT -- AGAIN, IT WASN'T A DOG THAT I HAD.

2                  THE COURT:  WHAT PATENT FIRM DO YOU WORK FOR?

3                  PROSPECTIVE JUROR:  KILPATRICK, TOWNSEND & STOCKTON.

4                  THE COURT:  AND WHAT DO YOU DO THERE?

5                  PROSPECTIVE JUROR:  WELL, I'M AN ADMIN, A PATENT

6       SECRETARY, ALTHOUGH MY TITLE IS PATENT PROSECUTION SPECIALIST.

7           I'VE BEEN IN THIS FIELD FOR 40 YEARS.

8                  THE COURT:  SO YOU WORK WITH A PATENT PROSECUTOR?

9                  PROSPECTIVE JUROR:  UM-HUM.

10             THE COURT:  HAVE ANY OF THE ATTORNEYS WITH WHOM, OR

11      PROSECUTING AGENTS WITH WHOM YOU WORK PROSECUTED ANY PATENTS

12      FOR SMARTPHONES OR TABLETS?

13                 PROSPECTIVE JUROR:  I DON'T KNOW.  ONE ATTORNEY, NO,

14      NO.  HE'S NOT IN THAT FIELD AT ALL.

15          HOWEVER, THE OTHER ATTORNEY, SHE MAY.  ALTHOUGH I'M NOT A

16      TECHNICAL PERSON, SO I -- I DON'T KNOW.  I DO THE PROSECUTION,

17      THE PAPERWORK, THE FILINGS AT THE PATENT OFFICE AND SO FORTH.

18          NOW, I SHOULD TELL YOU THAT AS WE SPEAK, SHE IS IN

19      WASHINGTON D.C. DOING EXAMINER INTERVIEWS.  SHE IS ABOUT 30

20      LINED UP OVER THE NEXT COUPLE OF WEEKS, AND I BELIEVE ONE OF

21      THEM IS FOR APPLE.

22          SHE DOES NOT PROSECUTE IT.  SHE ONLY DOES -- FLIES BACK

23      AND DOES EXAMINER INTERVIEWS, AND I NEVER SEE THE FILES.

24                 THE COURT:  SO SHE IS BEING INTERVIEWED BY THE PATENT

25       EXAMINER ON AN APPLE APPLICATION?
```

1        PROSPECTIVE JUROR:  WELL, YEAH.  IT'S CALLED AN

2   INTERVIEW.  THEY DISCUSS.  THEY SIT DOWN AND DISCUSS WHERE IT

3   IS IN THE PROSECUTION.  AND -- YEAH, THEY CALL IT AN EXAMINER

4   INTERVIEW.

5        THE COURT:  HAS ANYONE TALKED ABOUT ANY DISPUTE

6   BETWEEN APPLE AND SAMSUNG WITH YOU?

7        PROSPECTIVE JUROR:  NO.

8        THE COURT:  YOU HAVEN'T OVERHEARD ANY CONVERSATION

9   BETWEEN PATENT COUNSEL AT KILPATRICK, TOWNSEND ABOUT ANY PATENT

10  DISPUTE BETWEEN APPLE AND SAMSUNG?

11       PROSPECTIVE JUROR:  NO.  I'M IN PROSECUTION.  I'M NOT

12  IN LITIGATION.  I DON'T HEAR ANY OF THAT.

13       THE COURT:  BUT EARLIER YOU SAID THAT YOU HEAR ABOUT

14  DISPUTES BETWEEN THE TECH COMPANIES?

15       PROSPECTIVE JUROR:  ON THE NEWS, YEAH.  AND I PAY

16  ATTENTION IF IT'S ONE OF OUR TECH COMPANIES.  BUT I DON'T KNOW

17  ANYTHING MORE THAN THAT.

18       THE COURT:  ALL RIGHT.  I'LL GO AHEAD AND ASK -- OR

19  HAVE COUNSEL ASK QUESTIONS.

20       MR. LEE:  GOOD MORNING.  MY NAME IS BILL LEE.  I

21  REPRESENT APPLE.

22       PROSPECTIVE JUROR:  YES.

23       MR. LEE:  AND JUST SO THE RECORD IS CLEAR, THE PERSON

24  YOU WORK FOR IS GOING TO WASHINGTON TO DO AN EXAMINER INTERVIEW

25  ON AN APPLE APPLICATION?

```
1              PROSPECTIVE JUROR:  YES.
2              MR. LEE:  IS THERE ANOTHER LAWYER WITHIN YOUR FIRM
3    THAT'S WORKING ON THE APPLE PROSECUTION.
4              PROSPECTIVE JUROR:  YES.  WE HAVE A TEAM THAT WORKS
5    ON APPLE PATENT APPLICATIONS.  I'M NOT A MEMBER OF THAT TEAM.
6    NEITHER IS SHE.  SHE SPECIALIZES IN EXAMINER INTERVIEWS.  SHE
7    USED TO BE AN EXAMINER.
8              MR. LEE:  NOTHING FURTHER, YOUR HONOR.
9              THE COURT:  GO AHEAD, PLEASE, MR. QUINN.
10             MR. QUINN:  MS. STEPHAN, I'M JOHN QUINN.
11             PROSPECTIVE JUROR:  YES.
12             MR. QUINN:  AND I'M ONE OF THE ATTORNEYS FOR SAMSUNG.
13             PROSPECTIVE JUROR:  UM-HUM.
14             MR. QUINN:  YOU INDICATED THAT YOU PAY ATTENTION TO
15   THE NEWS WHEN THEY MENTION ONE OF OUR TECH COMPANIES?
16             PROSPECTIVE JUROR:  UM-HUM.
17             MR. QUINN:  WHEN YOU SAY "OUR TECH COMPANIES," WHAT
18   WERE YOU REFERRING TO?
19             PROSPECTIVE JUROR:  WELL, IF IT'S A, A COMPANY THAT I
20   KNOW WE REPRESENT.
21        MY ATTORNEYS DON'T REPRESENT THE BIG COMPANIES, SHALL WE
22   SAY --
23             MR. QUINN:  OKAY.
24             PROSPECTIVE JUROR:  -- SUCH AS I'M LOOKING AT HERE.
25             MR. QUINN:  OKAY.
```

```
 1              PROSPECTIVE JUROR:  AND, AGAIN, I'M ON THE
 2    PROSECUTION SIDE.  SO --
 3              MR. QUINN:  BUT THIS -- THE PATENT THAT'S BEING --
 4    ONE OF YOUR ATTORNEYS IS INVOLVED IN TRYING TO GET A PATENT FOR
 5    APPLE, ONE OF THE --
 6              PROSPECTIVE JUROR:  SHE'S DOING AN EXAMINER INTERVIEW
 7    ON A PATENT APPLICATION, AND I -- I, FRANKLY, DON'T KNOW
 8    ANYTHING MORE ABOUT IT THAN THAT.
 9              MR. QUINN:  AND YOU INDICATED TO US THAT YOU HAD
10    HEARD SOMETHING ABOUT A DISPUTE BETWEEN --
11              PROSPECTIVE JUROR:  WELL, IT WAS ON THE NEWS.  I
12    HEARD IT ON MY CAR RADIO.
13              MR. QUINN:  CAN YOU --
14              PROSPECTIVE JUROR:  THIS WAS, LIKE, THREE OR FOUR
15    MONTH AS GO.  AND I THOUGHT, OH, OKAY, GIANTS ARE WRESTLING.
16    AND I -- BUT I THOUGHT IT -- I THOUGHT THAT IT HAD BEEN SETTLED
17    OR TRIED OR RESOLVED IN SOME WAY, AND I DIDN'T PAY ANY
18    ATTENTION.
19              MR. QUINN:  DO YOU HAVE ANY --
20              THE COURT:  ACTUALLY -- I'M SORRY, MR. QUINN.
21              MR. QUINN:  YEAH.
22              THE COURT:  IS THERE A MOTION TO EXCUSE FOR CAUSE?
23              MR. QUINN:  YES, YOUR HONOR.
24              THE COURT:  ALL RIGHT.  THAT'S GRANTED.
25         MS. STEPHAN, THE FACT THAT ONE OF THE ATTORNEYS YOU WORK
```

1    WITH IS GOING TO THE PTO TO TRY TO GET AN APPLICATION FOR APPLE

2    APPROVED IS ENOUGH FOR ME TO EXCUSE YOU.

3         SO THANK YOU FOR YOUR WILLINGNESS TO SERVE.

4              PROSPECTIVE JUROR:  SURE.

5              THE COURT:  BUT YOU'RE DONE WITH YOUR JURY DUTY.  SO

6    YOU CAN GO DOWN TO THE SECOND FLOOR JURY ASSEMBLY ROOM,

7    MS. TIFFANY SALINAS-HARWELL SHOULD BE DOWN THERE AND LET HER

8    KNOW THAT YOU'VE BEEN EXCUSED.

9              PROSPECTIVE JUROR:  ALL RIGHT.  THANK YOU.

10             THE COURT:  ALL RIGHT.  LET'S GO ON TO MR. -- IS IT

11   KRICHEVSKIY?

12        THANK YOU VERY MUCH FOR YOUR SERVICE AND YOUR WILLINGNESS

13   TO SERVE.

14             PROSPECTIVE JUROR:  DO I GO THIS WAY (INDICATING)?

15             THE COURT:  YES, JUST GO AHEAD AND GO OUT OF THE MAIN

16   COURTROOM DOOR.  THANK YOU.

17             PROSPECTIVE JUROR:  THANK YOU.

18        (MR. KRICHEVSKIY PRESENT.)

19             THE COURT:  ALL RIGHT.  MR., IS IT KRICHEVSKIY?

20             PROSPECTIVE JUROR:  YES.

21             THE COURT:  ALL RIGHT.  WELCOME.

22        SIR, WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND

23   SAMSUNG?

24             PROSPECTIVE JUROR:  JUST IN THE NEWS, I'VE HEARD

25   BEFORE IN EUROPE ABOUT THE PATENTS AND INFRINGEMENT ON THE - OF

1      THE, OF CERTAIN FEATURES OF THE DEVICES FROM EITHER APPLE OR

2      SAMSUNG AND VICE-VERSA.

3              THE COURT:  YOU HEARD THAT THEY'RE BOTH SUING EACH

4      OTHER IN EUROPE?

5              PROSPECTIVE JUROR:  YEAH, YEAH.

6              THE COURT:  OKAY.  DO YOU KNOW ABOUT ANY OUTCOMES OF

7      ANY DISPUTES BETWEEN APPLE AND SAMSUNG?

8              PROSPECTIVE JUROR:  SO I KNOW THAT IN EUROPE I

9      BELIEVE THAT APPLE HAD WON AGAINST -- WHEN SAMSUNG WAS SUING

10     IT, BUT I DON'T REMEMBER ANYTHING ELSE.

11             THE COURT:  ALL RIGHT.  WHAT WAS THE SOURCE OF YOUR

12     INFORMATION ABOUT THE DISPUTE?

13             PROSPECTIVE JUROR:  JUST THE NEWS AND PART OF MY JOB

14     IS WE KIND OF HAVE TO KEEP TRACK OF OUR SUPPLIERS, SUCH AS

15     WHAT'S GOING ON IN THE WORLD.

16             THE COURT:  SO WHO ARE YOUR SUPPLIERS?

17             PROSPECTIVE JUROR:  I WORK FOR A SEMICONDUCTOR

18     COMPANY, AND SO WE DEAL WITH A LOT OF MICROCHIP SUPPLIERS, AND

19     SO SAMSUNG IS ONE OF THEM.

20             THE COURT:  DO YOU WORK DIRECTLY WITH ANYONE FROM

21     SAMSUNG?

22             PROSPECTIVE JUROR:  NO.

23             THE COURT:  DO YOU HAVE ANY OPINION ABOUT ANY OF THE

24     DISPUTES BETWEEN THE COMPANIES?

25             PROSPECTIVE JUROR:  NOT REALLY.

```
1              THE COURT:  OKAY.  WHAT DOES A "NOT REALLY" MEAN?

2    EITHER YOU DO OR YOU DON'T?

3              PROSPECTIVE JUROR:  I'M NEUTRAL WITH EITHER PARTY.

4    SO I DO NOT.

5              THE COURT:  HAVE YOU TALKED ABOUT THE CASE WITH

6    ANYONE?

7              PROSPECTIVE JUROR:  ABOUT THIS CASE?

8              THE COURT:  OR ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

9              PROSPECTIVE JUROR:  AT WORK WE'VE DISCUSSED IT.

10             THE COURT:  OKAY.  AND WHAT HAVE YOU DISCUSSED AT

11   WORK?

12             PROSPECTIVE JUROR:  JUST THEIR REASONING AND THE

13   OUTCOME, JUST WITH IT BEING -- WHAT IT'S GOING TO BE FOR US,

14   WHAT IT COULD IMPACT FOR US.

15             THE COURT:  OKAY.  AND WHAT OUTCOMES HAVE YOU TALKED

16   ABOUT AT WORK?

17             PROSPECTIVE JUROR:  THE OUTCOME OF -- TO THE BEST OF

18   MY MEMORY, THE OUTCOME THAT APPLE HAD WON AGAINST SAMSUNG AND

19   HOW IT COULD ACTUALLY IMPACT ON SOME OF OUR PRODUCTS, SOME OF

20   OUR PRODUCTS BECAUSE OF THE CERTAIN CHIPSETS THAT COME FROM

21   SAMSUNG TO OUR PRODUCTS FOR THE COMPANY THAT I WORK FOR.

22             THE COURT:  WHAT IS THE COMPANY THAT YOU WORK FOR?

23             PROSPECTIVE JUROR:  JUNIPER NETWORKS.

24             THE COURT:  AND WHAT OUTCOMES ARE YOU TALKING ABOUT?

25   AND WHAT FEATURES?
```

1          PROSPECTIVE JUROR:  SO I CAN'T PER SE SPEAK ON THE

2    EXACT CHIPSET PARTS, BUT IN GENERAL, IF IT'S A SUPPLY AND

3    DEMAND WHERE IF A CERTAIN, A CERTAIN COMPANY IMPACTS

4    FINANCIALLY, THEREFORE, THE PRICES COULD BE DRIVEN UP FOR --

5    DOWN THE SUPPLY CHAIN.  SO THIS IS WHAT WE TALKED ABOUT.

6          THE COURT:  AND YOU'RE TALKING IN THE U.S. ABOUT

7    EUROPEAN OUTCOMES?  YOU'RE NOT TALKING ABOUT ANYTHING IN THE

8    U.S.?

9          PROSPECTIVE JUROR:  NOTHING IN THE U.S., JUST THE

10   EUROPEAN.

11         THE COURT:  HAS ANYONE THAT YOU HAVE SPOKEN TO ABOUT

12   THE CASE WITH EXPRESSED AN OPINION ABOUT ANY DISPUTE BETWEEN

13   APPLE AND SAMSUNG HERE?

14         PROSPECTIVE JUROR:  EVERYONE SEEMED TO BE NEUTRAL AND

15   NOT BIASED TOWARDS ANY PARTY.  IT WAS JUST MORE OF WHAT'S --

16   HOW DO WE GET IMPACTED BY THIS.

17         THE COURT:  IS THERE ANY CONCERN THAT THE OUTCOME OF

18   THIS CASE WILL AFFECT YOUR COMPANY'S PRICES AND SALES?

19         PROSPECTIVE JUROR:  IT COULD, BUT I DON'T KNOW.

20         THE COURT:  AND IS THAT WHAT YOU'VE DISCUSSED AT

21   WORK?

22         PROSPECTIVE JUROR:  FOR THE OTHER CASES, FOR THE

23   OTHER ONES, YES.

24         THE COURT:  ALL RIGHT.  I'M GOING TO ASK COUNSEL TO

25   GO AHEAD AND ASK YOUR QUESTIONS?

```
 1            MR. LEE:  GOOD MORNING.

 2            PROSPECTIVE JUROR:  GOOD MORNING.

 3            MR. LEE:  MY NAME IS BILL LEE, AND I REPRESENT APPLE.

 4        LET ME ASK YOU JUST A FEW QUESTIONS ABOUT THE RELATIONSHIP

 5    BETWEEN JUNIPER AND SAMSUNG IF I COULD.

 6        IS SAMSUNG A SUPPLIER TO JUNIPER?

 7            PROSPECTIVE JUROR:  FOR SOME OF THE COMPONENTS, YES.

 8            MR. LEE:  AND ARE THEY CHIPSETS?

 9            PROSPECTIVE JUROR:  YES, THEY ARE.

10            MR. LEE:  AND WHEN YOU AND YOUR COLLEAGUES AND YOUR

11    FRIENDS AT WORK WERE DISCUSSING THE IMPACT OF LITIGATION

12    BETWEEN APPLE AND SAMSUNG UPON JUNIPER, WOULD YOU TELL US A

13    LITTLE BIT ABOUT WHAT YOU WERE WORRIED ABOUT?

14            PROSPECTIVE JUROR:  SO, LIKE I MENTIONED, IT'S JUST A

15    MATTER OF IF, IF THE -- IF CERTAIN FEES WOULD BE INCURRED BY

16    SAMSUNG, HOW WOULD THAT IMPACT US?  COULD THAT DRIVE A

17    POSSIBILITY OF OUR CHIPSETS RISING IN PRICES?  OR COULD THE

18    DEMAND DIMINISH OR ANYTHING OF THAT SORT?  DO WE NEED TO LOOK

19    FOR AN ALTERNATIVE SUPPLIER?  SO THAT'S WHAT WE'VE BEEN

20    DISCUSSING.

21            MR. LEE:  SO WOULD IT BE CORRECT TO SAY THAT YOUR

22    CONCERN WAS THAT IF SAMSUNG LOSES, IT WOULD HAVE AN ADVERSE

23    EFFECT ON YOUR BUSINESS?

24            PROSPECTIVE JUROR:  SAMSUNG LOSES OR SAMSUNG WINNING.

25    IT'S -- IT WOULD GO BOTH WAYS.  IT'S KIND OF IN THE MIDDLE OF
```

```
1     WHAT THE OUTCOME WOULD BE.  WE STILL HAVE TO DO THAT ANALYSIS.

2              MR. LEE:  AND WOULD IT HAVE AN EFFECT ON YOUR

3     BUSINESS?

4              PROSPECTIVE JUROR:  IT COULD, YES.

5              MR. LEE:  NOTHING FURTHER, YOUR HONOR.

6              THE COURT:  OKAY.  MR. QUINN?

7              MR. QUINN:  IS THERE ANYTHING ABOUT THE RELATIONSHIP

8     BETWEEN YOUR COMPANY, JUNIPER, AND APPLE OR SAMSUNG THAT YOU

9     THINK WOULD PREVENT YOU FROM BEING A FAIR OR IMPARTIAL JUROR IN

10    THIS CASE?

11             PROSPECTIVE JUROR:  I DON'T BELIEVE SO.

12             MR. QUINN:  THANK YOU.

13             THE COURT:  IF THE PRICES OF JUNIPER PRODUCTS ARE

14    DRIVEN UP IF SAMSUNG LOSES, IS THAT GOING TO AFFECT JUNIPER'S

15    SALES?

16             PROSPECTIVE JUROR:  YES.

17             THE COURT:  NEGATIVELY?

18             PROSPECTIVE JUROR:  I'M SORRY.

19             THE COURT:  NEGATIVELY?

20             PROSPECTIVE JUROR:  WELL, YEAH.  IF JUNIPER HAS TO

21    PAY MORE FOR ITS PRODUCTS, FOR ITS COMPONENTS, THEREFORE, THE

22    PRICES WOULD HAVE TO GO UP AND THERE'S A HIGHER CHANCE OF

23    PRODUCTS NOT BEING BOUGHT.

24         SO THERE WOULD BE A POSSIBILITY OF DECREASE IN THE DEMAND

25    FOR THOSE SPECIFIC PRODUCTS.
```

1          THE COURT:  OKAY.  IS THERE A CHALLENGE FOR CAUSE?

2          MR. LEE:  I WOULD CHALLENGE FOR CAUSE, YOUR HONOR.

3          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR

4     WILLINGNESS TO SERVE, BUT YOU HAVE COMPLETED YOUR JURY DUTY.

5     SO YOU CAN GO DOWN, PLEASE, TO THE JURY ASSEMBLY ROOM ON THE

6     SECOND FLOOR AND JUST LET THEM KNOW THAT YOU HAVE BEEN EXCUSED

7     AND HAVE FULFILLED YOUR DUTY.  OKAY?

8          THANK YOU VERY MUCH.

9          PROSPECTIVE JUROR:  THANKS.

10         THE COURT:  ALL RIGHT.  THANK YOU.

11         MR. HAMSTRA, H-A-M-S-T-R-A, PLEASE.

12         (MR. HAMSTRA PRESENT.)

13         THE COURT:  ALL RIGHT.  WELCOME.  PLEASE TAKE A SEAT.

14         MR. HAMSTRA, WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN

15    APPLE AND SAMSUNG?

16         PROSPECTIVE JUROR:  THAT'S A PRETTY BROAD QUESTION.

17    I KNOW THAT I'VE -- I'M IN THE INDUSTRY.  I'M A SOFTWARE

18    ENGINEER FOR --

19         THE COURT:  FOR WHO?

20         PROSPECTIVE JUROR:  -- FOR LINKEDIN.

21         SO IT'S CERTAINLY -- THE DISPUTE BETWEEN SAMSUNG AND APPLE

22    IS SOMETHING THAT'S BEEN IN THE OFFICE FOR A LONG TIME.

23         CERTAINLY THEY'RE COMPLAINING TO EACH OTHER ABOUT DESIGN

24    AND PATENTS AND VARIOUS OTHER THINGS.  SO IT'S JUST TWO

25    COMPANIES GOING AT EACH OTHER WITH THEIR PATENT LIBRARIES.

```
 1              THE COURT:  DO YOU KNOW ANY OF THE OUTCOMES OF ANY

 2     DISPUTE BETWEEN APPLE AND SAMSUNG?

 3              PROSPECTIVE JUROR:  THERE'S BEEN SO MANY OF THEM, I

 4     CAN'T REMEMBER.

 5          I KNOW THAT APPLE'S WON A FEW, SAMSUNG'S WON A FEW.

 6          BUT I DON'T HAVE THE DIRECT RECOLLECTION OF ANY OF THE

 7     PARTICULARS.

 8              THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINIONS ABOUT

 9     ANY OF THE OUTCOMES OR ABOUT ANY OF THE DISPUTES BETWEEN APPLE

10     AND SAMSUNG?

11              PROSPECTIVE JUROR:  CERTAINLY IT WOULD BE HARD NOT TO

12     HAVE OPINIONS ABOUT IT.

13          WOULD YOU LIKE TO KNOW WHAT THEY ARE?

14              THE COURT:  YES, I DO.

15          (LAUGHTER.)

16              PROSPECTIVE JUROR:  OKAY.  NEITHER COMPANY IS A

17     PARTICULAR FAVORITE OF MINE.  BOTH OF THEM ARE BULLIES WITH

18     THEIR, WITH THEIR PATENT LIBRARIES.  AND IT -- APPLE HAS HAD

19     ISSUES WITH TRYING TO PATENT AND TAKE TRADEMARK FOR DESIGNS

20     THAT ARE JUST OBVIOUS.  AND SAMSUNG HAS HAD -- IS BASICALLY A

21      PROXY FOR GOOGLE IN THIS CASE.

22          SO IT'S BASICALLY AN -- SO BASICALLY IT'S AN APPLE VERSUS

23     GOOGLE CASE.  SAMSUNG'S BASICALLY A PROXY BEING -- PROVIDING 70

24     PERCENT OF THE ANDROID PRODUCT.  SO THEY'RE A LITTLE EASIER TO

25     GO AFTER THAN GOOGLE.
```

```
 1            THE COURT:  SO TELL ME WHAT YOU REALLY THINK.

 2        (LAUGHTER.)

 3            THE COURT:  ALL RIGHT.

 4            PROSPECTIVE JUROR:  I'M IN THE INDUSTRY.  WHAT DO YOU

 5    WANT?  IT'S WHAT WE DO.

 6            THE COURT:  ALL RIGHT.  DOES LINKEDIN HAVE ANY

 7    RELATIONSHIP WITH EITHER COMPANY?

 8            PROSPECTIVE JUROR:  WE CERTAINLY PRODUCE PRODUCTS FOR

 9    BOTH ANDROID AND IOS.  WHETHER WE HAVE A DIRECT RELATIONSHIP

10    WITH -- YES, I BELIEVE WE DO.  I BELIEVE THAT LINKED IN

11    PROVIDES HIRING SOLUTIONS FOR APPLE IF I'M NOT MISTAKEN.  I

12    DON'T KNOW THAT FOR CERTAIN.  I'M NOT IN THAT AREA OF THE

13    COMPANY.

14            THE COURT:  ALL RIGHT.  WOULD YOUR EMPLOYER BE

15    FINANCIALLY BENEFITED OR DISADVANTAGED IN ANY WAY BASED ON THE

16    OUTCOME OF THIS LAWSUIT?

17            PROSPECTIVE JUROR:  AGAIN, THAT'S NOT REALLY AN AREA

18    OF THE COMPANY THAT I'M IN, BUT WE ARE HEAVILY INVESTED IN

19    APPLE.  ALL OF OUR LAPTOPS ARE APPLE.  WE PROVIDE IPADS.  AND

20    WHEN WE DO ANDROID DEVELOPMENT, WE DON'T PROVIDE SAMSUNG.  WE

21    PROVIDE LG.

22            THE COURT:  OKAY.  BUT WOULD ANY OF THAT BE AFFECTED

23    BY THE OUTCOME OF THIS LAWSUIT?

24            PROSPECTIVE JUROR:  IT'S HARD TO SAY WITHOUT KNOWING

25    THE ACTUAL EXACT ITEM THAT THEY'RE CONTENDING HERE.
```

```
1              BUT I -- IT'S -- IT'S BASICALLY AT A PURCHASING LEVEL, SO
2       I WOULDN'T IMAGINE.  SO I DOUBT EITHER COMPANY IS GOING TO GO
3       AWAY AS A RESULT OF THIS CASE.
4              THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR TO
5        BOTH SIDES IN THIS CASE?
6              PROSPECTIVE JUROR:  THAT'S A TOUGH QUESTION.  I'M
7       UNCERTAIN.  I CERTAINLY HAVE A LOT OF OPINIONS ABOUT PATENT LAW
8       AND THESE COMPANIES IN PARTICULAR, NEITHER OF WHICH IS A
9        PARTICULAR FAVORITE OF MINE.
10          I BELIEVE I COULD BE IF FOR NO OTHER REASON OTHER THAN I
11      DON'T HAVE A PARTICULAR OPINION ONE WAY OR THE OTHER AS TO
12      WHICH COMPANY IS A BETTER COMPANY.  I'M NOT CERTAIN.
13             THE COURT:  ALL RIGHT.  I'LL ALLOW THE COUNSEL TO ASK
14       QUESTIONS.
15             MR. LEE:  JUST IN ADDITION TO HAVING VIEWS ON THE TWO
16      COMPANIES, YOU ALSO HAVE VIEWS ON THE PATENT LAWS?
17             PROSPECTIVE JUROR:  I -- I APOLOGIZE.  I HAVE A
18      HEARING LOSS, SO I DO APOLOGIZE.  MAY I TAKE A SEAT A LITTLE
19       BIT CLOSER?
20             THE COURT:  GO AHEAD.
21             MR. LEE:  ALL RIGHT.  YOU MOVE CLOSER, AND I'LL MOVE
22       CLOSER.
23          IN ADDITION TO HAVING OPINIONS ABOUT THE TWO COMPANIES, I
24      THINK YOU TOLD ME YOU HAD SOME OPINIONS ON THE PATENT LAWS AS
25       WELL?
```

```
 1              PROSPECTIVE JUROR:  YES.

 2              MR. LEE:  AND IN GENERAL TERMS, CAN YOU TELL US WHAT

 3       THOSE ARE?

 4              PROSPECTIVE JUROR:  MY OPINION IS THAT, AS MOST

 5       ENGINEERS WHO ARE IN THE FIELD, IS THAT THE PATENT SYSTEM AT

 6       THE MOMENT IS FAIRLY BROKEN; THAT WHAT GETS PATENTED TODAY IS

 7       OFTENTIMES OBVIOUS AND BASICALLY ANY PATENT -- I HAVE SEVERAL

 8       PATENTS.  AND THE FUNNY PART IS THAT FOR THE STUFF THAT I FOUND

 9       THAT WAS TRULY NOVEL, I WON'T PATENT IT BECAUSE MY COMPANY WILL

10       OWN IT AND THEN I DON'T GET TO USE IT.

11           SO WHEN A SYSTEM IS SET UP LIKE THAT, CLEARLY IT'S NOT

12       WORKING LIKE IT'S SUPPOSED TO.  AND THE 17-YEAR PERIOD THAT'S

13       CURRENTLY SET UP WAS SET UP IN A TIME WHERE 17 YEARS WAS

14       SOMETHING REASONABLE, AND IN THE COMPANY THAT IS TODAY, THAT

15       DOESN'T MAKE SENSE ANY MORE, ESPECIALLY WHEN YOU CAN RENEW THEM

16       BASICALLY FOREVER.

17           SO IT'S NOT A SYSTEM THAT WORKS PARTICULARLY WELL.

18              MR. LEE:  AND I TAKE IT THESE ARE STRONGLY HELD VIEWS

19       THAT YOU HAVE?

20              PROSPECTIVE JUROR:  YOU MIGHT SAY THAT.

21              MR. LEE:  THANK YOU.

22           NOTHING FURTHER, YOUR HONOR.

23              THE COURT:  GO AHEAD, PLEASE.

24              MR. QUINN:  MY NAME IS JOHN QUINN.  I'M COUNSEL FOR

25       SAMSUNG.
```

```
 1              PROSPECTIVE JUROR:  UM-HUM.

 2              MR. QUINN:  IF THE COURT INSTRUCTS YOU ON WHAT THE

 3    LAW IS TO BE APPLIED IN THIS CASE, DO YOU THINK THAT YOU COULD

 4    FOLLOW THE LAW AS GIVEN TO YOU BY THE COURT?

 5              PROSPECTIVE JUROR:  I WOULD DO MY BEST, CERTAINLY.

 6              MR. QUINN:  DO YOU THINK YOU COULD BE FAIR TO BOTH

 7    BULLIES?

 8              PROSPECTIVE JUROR:  I WOULD IMAGINE SO.  IT'S HARD TO

 9    KNOW WITHOUT ACTUALLY SEEING IT.

10              MR. LEE:  YOUR HONOR, I WOULD MOVE TO DISMISS THE

11    WITNESS -- THE JUROR FOR CAUSE.

12              MR. QUINN:  WE WOULD OPPOSE THAT, YOUR HONOR.

13              MR. LEE:  STRONGLY HELD VIEWS ON THE PARTIES,

14    STRONGLY HELD VIEWS ON THE PATENTS, STRONGLY HELD VIEWS ON THE

15    PATENT SYSTEM, YOUR HONOR.

16              THE COURT:  IT'S OVERRULED.  MR. HAMSTRA, IF YOU

17    WOULD PLEASE GO TO COURTROOM NUMBER 2 AND JUST WAIT UNTIL WE

18    HAVE FURTHER JURY SELECTION.

19              PROSPECTIVE JUROR:  OKAY.

20              THE COURT:  IF ANYONE ASKS YOU ABOUT WHAT JUST

21    HAPPENED, JUST LET THEM KNOW YOU CAN'T TALK ABOUT IT.

22              PROSPECTIVE JUROR:  FAIR ENOUGH?  GO THAT WAY.

23              THE COURT:  YES.  IS THAT AN IPAD?

24              PROSPECTIVE JUROR:  I'M SORRY?  SAY AGAIN.

25              THE COURT:  IS THAT AN IPAD?
```

```
 1              PROSPECTIVE JUROR:  IT IS.

 2              THE COURT:  OKAY.  THANK YOU.

 3          (LAUGHTER.)

 4              THE COURT:  ALL RIGHT.  LET'S BRING IN MS. CHEN.

 5          (MS. CHEN PRESENT.)

 6              THE COURT:  OKAY.  WELCOME, PLEASE JUST TAKE THE

 7      FIRST AVAILABLE SEAT.  MR. BREWER IS GOING TO HAND YOU A

 8      MICROPHONE.

 9          EARLIER YOU SAID THAT YOU DIDN'T THINK YOU COULD BE FAIR.

10      WHY DON'T WE START OFF WITH THAT FIRST.

11              PROSPECTIVE JUROR:  I, I WAS BORN IN SEATTLE,

12      WASHINGTON, BUT I GREW UP IN CUPERTINO.  MY ENTIRE EDUCATIONAL

13      CAREER I'VE ALWAYS BEEN AN APPLE FAN.  THEY'VE ALWAYS

14      CONTRIBUTED TO OUR SCHOOLS, I JUST -- IT'S JUST A FACT THAT I

15      GREW UP IN CUPERTINO.

16              THE COURT:  OKAY.  YOU'RE A LAWYER BY TRAINING;

17      CORRECT?

18              PROSPECTIVE JUROR:  YES.

19              THE COURT:  ALL RIGHT.  WHAT KIND OF LAW DO YOU

20      PRACTICE?

21              PROSPECTIVE JUROR:  RIGHT NOW I WORK AT

22      ERNST & YOUNG.  I DON'T PRACTICE LAW TECHNICALLY BECAUSE IT'S

23      AN ACCOUNTING FIRM, AND WE'RE NOT ALLOWED TO PRACTICE LAW.

24              THE COURT:  OKAY.

25              PROSPECTIVE JUROR:  BUT I DO A LOT OF RESEARCH AND
```

```
 1          WRITING WITH REGARD TO TAX ISSUES.

 2                 THE COURT:  WITH REGARD TO TAX ISSUES?

 3                 PROSPECTIVE JUROR:  YES, INTERNATIONAL TAX ISSUES.

 4                 THE COURT:  ALL RIGHT.  ARE YOU WORKING AS AN

 5          ACCOUNTANT THEN?

 6                 PROSPECTIVE JUROR:  KIND OF, NOT -- YEAH, KIND OF.

 7          NOT REALLY.  I MEAN, I DON'T HAVE AN ACCOUNTING BACKGROUND, BUT

 8          I'M LEARNING IT THROUGH PRACTICING IT.

 9                 THE COURT:  OKAY.  ALL RIGHT.  NOW, YOU UNDERSTAND

10          THAT IF YOU'RE SELECTED AS A JUROR IN THIS CASE, YOU WOULD HAVE

11          TO SET ASIDE, AND YOU'LL RECEIVE A JURY INSTRUCTION THAT YOU

12          HAVE TO SET ASIDE ANY LIKES, DISLIKES, PREJUDICES OR

13          SYMPATHIES.  NO BIASES ALLOWED.

14            CAN YOU DO THAT?

15                 PROSPECTIVE JUROR:  I MEAN, I CAN TRY MY BEST.

16                 THE COURT:  OKAY.  YOU WOULD ALSO BE GIVEN AN

17          INSTRUCTION THAT YOU HAVE TO DECIDE THIS CASE BASED SOLELY ON

18          THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL.

19            CAN YOU DO THAT?

20                 PROSPECTIVE JUROR:  YES.

21                 THE COURT:  OKAY.

22                 PROSPECTIVE JUROR:  I MEAN, AND LIKE I SAID, WHICH IS

23          WHY I DIDN'T RAISE MY HAND EARLIER, IS THAT I'VE READ ARTICLES

24          ABOUT THE PRIOR CASE AND THERE HAVE BEEN SOME ARTICLES ALREADY

25          OUT WITH REGARD TO WHAT'S -- WHAT THE ISSUES ARE WITH REGARD TO
```

1    THIS CASE.  SO I'M JUST -- THERE HAVE BEEN SOME MEDIA REPORTS

2    ALREADY.

3                 THE COURT:  OKAY.

4                 PROSPECTIVE JUROR:  I MEAN, THEY'RE VERY GENERAL

5    THOUGH.

6                 THE COURT:  ALL RIGHT.  WHY DON'T WE GET TO THAT.

7    WHAT DO YOU KNOW ABOUT ANY DISPUTES BETWEEN APPLE AND SAMSUNG?

8                 PROSPECTIVE JUROR:  WITH THIS CASE?

9                 THE COURT:  ANY CASE.

10                 PROSPECTIVE JUROR:  WELL, I -- I THINK IN THE PAST

11    WEEK THERE HAVE BEEN SOME ARTICLES.  I WAS JUST READING THEM

12    ON, LIKE, THE LOCAL NEWS, "MERCURY" OR KTVU, AND WHAT -- I

13    THINK WHAT THIS CASE IS ABOUT IS ABOUT KIND OF THE FUNCTIONS.

14    APPLE IS CLAIMING THAT SAMSUNG ARE USING SOME OF THEIR

15    FUNCTIONS, SUCH AS THE SWIPING FUNCTION, THE ABILITY TO CALL

16    NUMBERS JUST BY TAPPING.

17        AND SAMSUNG IS COUNTERCLAIMING THAT -- I CAN'T SAY.  IT

18    WAS REALLY TECHNICAL.

19                 THE COURT:  OKAY.  AND YOU GOT THAT FROM THE "MERCURY

20    NEWS" AND FROM KTV NEWS?

21                 PROSPECTIVE JUROR:  KTVU.COM.

22                 THE COURT:  KTVU.COM.  OKAY.

23        WHAT ELSE HAVE YOU HEARD ABOUT ANY OTHER DISPUTES?

24                 PROSPECTIVE JUROR:  THAT THE PRIOR -- THE PRIOR CASE

25    IT WAS -- THE JURY CAME BACK AFTER A COUPLE DAYS AND AWARDED

```
1        APPLE OR -- YEAH, I DON'T KNOW THE TECHNICAL TERMS.  BUT

2     AWARDED APPLE ABOUT A BILLION DOLLARS.

3              THE COURT:  ANY OTHER CASES THAT YOU'RE AWARE OF?

4              PROSPECTIVE JUROR:  NO.

5              THE COURT:  NO.  OKAY.

6        DO YOU HAVE AN OPINION ABOUT EITHER THE PREVIOUS CASE OR

7     ABOUT THIS CURRENT CASE?

8              PROSPECTIVE JUROR:  NOT FROM A TECHNICAL STANDPOINT,

9     NO.

10             THE COURT:  WHAT ABOUT ANY OTHER STANDPOINT?

11             PROSPECTIVE JUROR:  NO.  I JUST -- I THOUGHT IT WAS

12    INTERESTING TO READ.  RIGHT NOW, LIKE, I JUST -- I DON'T KNOW.

13    I THOUGHT THEY WERE INTERESTING ARTICLES TO READ.  THAT'S IT.

14             THE COURT:  OKAY.  AND IT WAS THE "MERCURY NEWS" AND

15    KTVU.

16        ANY OTHER SOURCES OF INFORMATION?

17             PROSPECTIVE JUROR:  ABOVETHELAW.COM.

18             THE COURT:  WHICH ONE?

19             PROSPECTIVE JUROR:  ABOVETHELAW.COM.  BUT THAT WAS

20    FOR THE PRIOR CASES.  I JUST -- YOU KNOW, I READ ABOUT THE

21    PRIOR CASES.

22             THE COURT:  ALL RIGHT.  HAVE YOU TALKED ABOUT ANY OF

23    THESE DISPUTES BETWEEN APPLE AND SAMSUNG WITH ANYONE?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  OKAY.  HAS ANYONE SHARED ANY OF THEIR
```

1          OPINIONS ABOUT ANY OF THESE DISPUTES WITH YOU?

2                    PROSPECTIVE JUROR:  NO, NOT TO MY RECOLLECTION.

3                    THE COURT:  NOT TO YOUR RECOLLECTION.  OKAY.

4          DO YOU OWN ANY SAMSUNG PRODUCTS IN YOUR HOME OR YOUR

5     FAMILY'S HOME?

6                    PROSPECTIVE JUROR:  NO.

7                    THE COURT:  OKAY.  ALL RIGHT.

8          I'M GOING TO HAVE THE PARTIES ASK ANY QUESTIONS THAT YOU'D

9     LIKE.

10                   MR. LEE:  GOOD MORNING.  MY NAME IS BILL LEE.  I

11     REPRESENT APPLE.

12         WHEN HER HONOR GIVES YOU HER INSTRUCTIONS ON THE LAW, WILL

13     YOU BE ABLE TO FOLLOW THOSE INSTRUCTIONS IN REACHING A VERDICT?

14                   PROSPECTIVE JUROR:  YES.

15                   MR. LEE:  THANK YOU.

16                   THE COURT:  ALL RIGHT.  MR. QUINN?

17                   MR. QUINN:  GOOD MORNING, MS. CHEN.  MY NAME IS JOHN

18     QUINN, AND I'M ONE OF THE ATTORNEYS FOR SAMSUNG.

19                   PROSPECTIVE JUROR:  UM-HUM.

20                   MR. QUINN:  IN THE MATERIALS THAT YOU SAID THAT YOU

21     HAD READ IN THE MEDIA RECENTLY, DID YOU SEE A -- AN INTERVIEW

22     WITH A GREG CHRISTIE, AN APPLE ENGINEER?  DOES THAT NAME RING A

23     BELL?

24                   PROSPECTIVE JUROR:  NO.

25                   MR. QUINN:  YOU DIDN'T SEE ANYTHING ABOUT THAT?

1        PROSPECTIVE JUROR:  I DON'T REMEMBER THAT.

2        MR. QUINN:  OR THE INVENTION OF THE SLIDE TO UNLOCK?

3        PROSPECTIVE JUROR:  THE INVENTION OF IT.

4        MR. QUINN:  YES.  DID YOU SEE ANYTHING ABOUT THAT IN

5   THE NEWSPAPERS YOU READ?

6        PROSPECTIVE JUROR:  NO.

7        MR. QUINN:  NOW, YOU INDICATED THAT YOU GREW UP IN

8   CUPERTINO?

9        PROSPECTIVE JUROR:  YES, AND I STILL LIVE THERE.

10       MR. QUINN:  AND THAT'S HAD SOME EFFECT ON YOUR --

11  PERHAPS ON YOUR ATTITUDES TOWARDS APPLE?

12       PROSPECTIVE JUROR:  OF COURSE.  I MEAN, YOU GROW UP

13  IN A CITY THAT'S VERY STRONGLY CONNECTED WITH A COMPANY, AND

14  YOU JUST HAVE NATURAL AFFINITIES TOWARDS COMPANIES, AND THAT'S

15  JUST WHAT I'M SAYING.

16       MR. QUINN:  NOW, I -- I ABSOLUTELY APPRECIATE YOUR

17  CANDOR ABOUT THAT.

18     BUT REPRESENTING SAMSUNG --

19       PROSPECTIVE JUROR:  RIGHT.

20       MR. QUINN:  -- DO YOU THINK IN YOUR OWN MIND,

21  STRAIGHT UP, DO YOU THINK MAYBE I'M A LITTLE BIT STARTING WITH

22  A DISADVANTAGE WITH YOU IF YOU'RE A JUROR IN THIS CASE?

23       PROSPECTIVE JUROR:  I THINK SO.  AND I THINK THERE

24  MIGHT BE OTHER JURORS THAT COULD HAVE LESS OF A BIAS THAN ME.

25       MR. QUINN:  WE HOPE SO.

```
1            PROSPECTIVE JUROR:  YEAH.

2            MR. QUINN:  THANK YOU, YOUR HONOR.

3            THE COURT:  SO, MS. CHEN, I WILL GIVE YOU AT LEAST

4    TWICE, MAYBE MORE, AN INSTRUCTION THAT YOU HAVE TO SET ASIDE

5    ANY BIASES, PREJUDICES, SYMPATHY, LIKES, DISLIKES, AND THAT IF

6    YOU'RE SELECTED AS A JUROR, THAT CANNOT BE IN ANY WAY A FACTOR

7    IN YOUR DELIBERATIONS AS A JUROR.

8            PROSPECTIVE JUROR:  RIGHT.

9            THE COURT:  CAN YOU FOLLOW THAT INSTRUCTION?

10           PROSPECTIVE JUROR:  YES, I CAN FOLLOW THAT

11   INSTRUCTION.

12           THE COURT:  ALL RIGHT.  THANK YOU.

13        ALL RIGHT.  IF YOU WOULD PLEASE GO WITH MS. BAUTISTA,

14   SHE'S GOING TO TAKE YOU TO COURTROOM NUMBER 2.

15           MR. QUINN:  YOUR HONOR, WE HAVE A MOTION.

16           THE COURT:  GO AHEAD, PLEASE.

17           MR. QUINN:  THE MOTION TO EXCUSE FOR CAUSE.

18           THE COURT:  ALL RIGHT.  THAT'S OVERRULED.

19        ALL RIGHT.  THANK YOU.  IF YOU WOULD PLEASE GO TO THE

20   COURTROOM OF JUDGE LLOYD.

21           MR. LEE:  YOUR HONOR, BEFORE WE DO THE NEXT JUROR,

22    COULD I JUST ASK ONE QUESTION?

23        ON THE GROUND RULES, I THINK WE'RE LAPSING INTO A VOIR

24   DIRE HERE OF FIVE, TEN QUESTIONS, WHICH IS BASICALLY EXTENDING

25    THE VOIR DIRE PROCESS.
```

```
1          THE COURT:  I KNOW.  I'M GOING TO CUT YOUR VOIR DIRE
2   QUESTIONS AT THE END.  YOU WON'T GET 25 MINUTES.  OKAY.  THAT'S
3   GOING TO BE REDUCED.  YOU'RE GETTING A LOT OF QUESTIONING NOW,
4   FAR BEYOND THE 25 MINUTES.
5          MR. LEE:  WHAT I UNDERSTOOD YOUR HONOR IS WHEN WE GET
6   UP, WE'RE ALLOWED TO ASK ONE QUESTION, AND IF YOUR HONOR ALLOWS
7   US TO FOLLOW UP, WE CAN.  AND THAT'S THE RULE I'VE BEEN TRYING
8   TO LIVE BY.  I JUST WANT TO MAKE SURE --
9          THE COURT:  LET'S HAVE MS. CHEN -- YOU CAN LEAVE.
10  YOU DON'T NEED TO STAY FOR THIS.  THANK YOU.
11         MR. LEE:  I JUST WANT TO MAKE SURE THE GROUND RULES
12  ARE THE SAME.
13         THE COURT:  THAT'S WHAT I'M --
14     OKAY.  LET'S HAVE MR. MORGAN, M-O-R-G-A-N.
15     (MR. MORGAN PRESENT.)
16         THE COURT:  MR. MORGAN, WHAT DO YOU KNOW ABOUT ANY
17  DISPUTE BETWEEN APPLE AND SAMSUNG?
18         PROSPECTIVE JUROR:  I JUST KNOW OF THE DISPUTE IN
19  GENERAL.  NOTHING SPECIFIC.  JUST THAT ONE COMPANY IS SUING THE
20  OTHER COMPANY.
21         THE COURT:  AND WHAT IS YOUR SOURCE OF INFORMATION?
22         PROSPECTIVE JUROR:  I DON'T RECALL EXACTLY HOW I
23  HEARD ABOUT IT BUT NEWS.
24         THE COURT:  DO YOU RECALL WHAT NEWS SOURCE?
25         PROSPECTIVE JUROR:  NO.
```

```
1              THE COURT:  DO YOU RECALL HOW LONG AGO YOU HEARD
2     ANYTHING ABOUT THESE COMPANIES BEING IN A DISPUTE?
3              PROSPECTIVE JUROR:  MAYBE TWO WEEKS.
4              THE COURT:  DO YOU RECALL IF IT WAS RADIO, TV,
5     NEWSPAPER, INTERNET?
6              PROSPECTIVE JUROR:  IT MAY HAVE BEEN ON TV.
7              THE COURT:  OKAY.  DO YOU KNOW OF ANY OTHER DISPUTES
8     BETWEEN THE PARTIES?
9              PROSPECTIVE JUROR:  NO.
10             THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT ANY
11    DISPUTE BETWEEN APPLE AND SAMSUNG?
12             PROSPECTIVE JUROR:  NO.
13             THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY
14    DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?
15             PROSPECTIVE JUROR:  NO.
16             THE COURT:  HAVE YOU TALKED ABOUT ANY DISPUTES
17    BETWEEN APPLE AND SAMSUNG WITH ANYONE?
18             PROSPECTIVE JUROR:  NO.
19             THE COURT:  WILL YOU BE A FAIR AND IMPARTIAL JUROR IN
20    THIS CASE?
21             PROSPECTIVE JUROR:  I HAVE A CRIMINAL JUSTICE DEGREE.
22             THE COURT:  YOU HAVE A WHAT?
23             PROSPECTIVE JUROR:  I HAVE A CRIMINAL JUSTICE DEGREE,
24    AND I WORK FOR THE LOS GATOS POLICE DEPARTMENT.
25             THE COURT:  OKAY.  AND HOW WOULD THAT AFFECT YOUR
```

```
 1    ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

 2              PROSPECTIVE JUROR:  I BELIEVE JURORS ARE SUPPOSED TO

 3    HAVE AN IMPARTIAL OPINION, AND I FEEL LIKE I AM MORE EDUCATED

 4    IN THE AREA OF THE LAW THAN THE AVERAGE PERSON OUT THERE.

 5              THE COURT:  OKAY.  WOULD THAT AFFECT YOUR ABILITY TO

 6    FOLLOW THE LAW AS I INSTRUCT YOU?

 7              PROSPECTIVE JUROR:  NO.

 8              THE COURT:  WOULD YOU BASE YOUR DECISION SOLELY ON

 9    THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL?

10              PROSPECTIVE JUROR:  YES.

11              THE COURT:  YOU WOULD KEEP AN OPEN MIND UNTIL THE END

12    OF THE CASE?

13              PROSPECTIVE JUROR:  YES.

14              THE COURT:  ALL RIGHT.  YOU WOULD NOT LET ANY BIAS,

15    PREJUDICE, SYMPATHY, LIKES, DISLIKES AFFECT YOUR DELIBERATIONS

16    AS A JUROR?

17              PROSPECTIVE JUROR:  NO.

18              THE COURT:  ALL RIGHT.  THANK YOU.

19         MS. BAUTISTA IS GOING TO TAKE YOU TO JUDGE LLOYD'S

20    COURTROOM.  PLEASE DON'T DISCUSS WHAT WE'VE DISCUSSED WITH

21    ANYONE.

22         LET'S HAVE MS. BUMB, PLEASE, ANN MARIE BUMB.

23         (MS. BUMB PRESENT.)

24              THE COURT:  MS. BUMB, WELCOME.  PLEASE TAKE THE FIRST

25    SEAT.
```

```
 1              MR. BREWER IS GOING TO HAND YOU A MICROPHONE.

 2              WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND

 3      SAMSUNG?

 4                   PROSPECTIVE JUROR:  THAT THERE WAS A DISPUTE SOME

 5      TIME AGO.  IT WAS A COURT CASE.  THAT'S --

 6                   THE COURT:  DO YOU RECALL HOW LONG AGO?

 7                   PROSPECTIVE JUROR:  WITHIN THE LAST YEAR.

 8                   THE COURT:  IN THE LAST YEAR?  DO YOU RECALL HEARING

 9      ABOUT ANY OUTCOMES OF ANY DISPUTE BETWEEN THESE PARTIES?

10                   PROSPECTIVE JUROR:  I THINK I DID, BUT I DON'T

11      REMEMBER WHAT IT WAS.

12                   THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

13      ANY DISPUTE BETWEEN THESE PARTIES?

14                   PROSPECTIVE JUROR:  NO.

15                   THE COURT:  HAVE YOU TALKED ABOUT ANY DISPUTE BETWEEN

16      THESE PARTIES WITH ANYONE?

17                   PROSPECTIVE JUROR:  NO.

18                   THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

19      DISPUTE BETWEEN THESE PARTIES WITH YOU?

20                   PROSPECTIVE JUROR:  NO.

21                   THE COURT:  WOULD YOU BASE YOUR DECISION AS A JUROR

22      SOLELY ON THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND

23      BASED ON THE LAW AS I INSTRUCT YOU?

24                   PROSPECTIVE JUROR:  YES.

25                   THE COURT:  WILL YOU FOLLOW MY INSTRUCTION THAT
```

```
 1        LIKES, DISLIKES, BIASES, AND PREJUDICES OR ANY SYMPATHIES
 2        CANNOT PLAY ANY ROLE IN YOUR DELIBERATIONS AS A JUROR?
 3              PROSPECTIVE JUROR:  YES.
 4              THE COURT:  ALL RIGHT.  THANK YOU.
 5        IF YOU WOULD PLEASE FOLLOW MS. BAUTISTA, SHE'S GOING TO
 6    TAKE YOU DOWN TO COURTROOM NUMBER 2.  THAT'S JUDGE LLOYD'S
 7    COURTROOM WHERE YOU'LL WAIT UNTIL WE BRING YOU BACK FOR FURTHER
 8    JURY SELECTION.
 9        PLEASE DON'T DISCUSS WHAT WE'VE JUST DISCUSSED WITH
10    ANYONE.
11           THANK YOU.
12        ALL RIGHT.  LET'S BRING MR. RAJKOVICH.
13              MR. QUINN:  YOUR HONOR, IF WE COULD ASK THE COURT TO
14    ASK IF THEY'VE HEARD ABOUT THE CASE AND ASK IF THEY'VE HEARD
15    ABOUT THE RESULT OR THE OUTCOME.
16              THE COURT:  OKAY.  LET ME ASK, MS. BUMB, HAVE YOU
17    HEARD OF ANY OUTCOMES OF ANY DISPUTE BETWEEN APPLE AND SAMSUNG?
18    I THINK I ALREADY ASKED HER.
19              PROSPECTIVE JUROR:  NO.
20              THE COURT:  YOU HAVE NOT; CORRECT?
21              PROSPECTIVE JUROR:  NO.
22              THE COURT:  ALL RIGHT.  THANK YOU.
23        (MR. RAJKOVICH PRESENT.)
24              THE COURT:  LET'S BRING IN MR. -- IS IT RAJKOVICH?
25              PROSPECTIVE JUROR:  RAJKOVICH.
```

```
1          THE COURT:  RAJKOVICH, OKAY.
2       WELCOME.  WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN
3    APPLE AND SAMSUNG?
4           PROSPECTIVE JUROR:  I READ AN ARTICLE EARLY THIS
5    MORNING BEFORE COMING HERE THAT THIS WAS THE SECOND LAWSUIT
6    BETWEEN APPLE AND SAMSUNG, AND THAT THERE ARE OVER FIVE PATENTS
7    THAT ARE THE ISSUE OF THIS LAWSUIT.
8           THE COURT:  DO YOU RECALL WHAT THE SOURCE WAS FROM --
9           PROSPECTIVE JUROR:  I DON'T.  IT WAS A NEWS FEED.  I
10   THINK -- IT WAS JUST AN ABBREVIATED SUMMARY OF AN ARTICLE.
11          THE COURT:  WAS IT ON THE INTERNET?
12          PROSPECTIVE JUROR:  IT WAS.
13          THE COURT:  OKAY.  DO YOU RECALL WHAT SITE YOU WERE
14   ON WHEN YOU SAW THAT ARTICLE ON THE INTERNET?
15          PROSPECTIVE JUROR:  I GOT THE LINK THROUGH REDDIT.
16   SO IT COULD HAVE COME FROM A NUMBER OF SOURCES.  I BELIEVE IT
17   EITHER CAME FROM "FORBES MAGAZINE" OR THE "WALL STREET
18   JOURNAL."
19          THE COURT:  OKAY.  OTHER THAN THE ARTICLE THAT YOU
20   READ THIS MORNING ON THE INTERNET, HAVE YOU HEARD ANYTHING ELSE
21   ABOUT ANY DISPUTE?
22          PROSPECTIVE JUROR:  NO, I HAVEN'T.
23          THE COURT:  OKAY.  HAVE YOU HEARD ABOUT ANY OUTCOMES
24   OF ANY DISPUTE?
25          PROSPECTIVE JUROR:  NO.
```

```
1              THE COURT:  DO YOU HAVE AN OPINION ABOUT ANY DISPUTE

2      BETWEEN THESE TWO PARTIES?

3              PROSPECTIVE JUROR:  NO.

4              THE COURT:  HAVE YOU TALKED ABOUT ANY DISPUTE BETWEEN

5      THESE TWO PARTIES WITH ANYONE ELSE?

6              PROSPECTIVE JUROR:  NO.

7              THE COURT:  DO YOU HAVE -- BLESS YOU.

8         BASED ON WHAT YOU READ THIS MORNING, DO YOU HAVE ANY

9      LEANINGS ONE WAY OR THE OTHER ABOUT THIS CASE?

10             PROSPECTIVE JUROR:  NO.

11             THE COURT:  DO YOU HAVE ANY OPINIONS ABOUT THE

12     PATENTS THAT YOU READ ABOUT?

13             PROSPECTIVE JUROR:  NO.

14             THE COURT:  ALL RIGHT.  WILL YOU BE A FAIR AND

15     IMPARTIAL JUROR IN THIS CASE?

16             PROSPECTIVE JUROR:  YES.

17             THE COURT:  ALL RIGHT.  THANK YOU.

18        MS. BAUTISTA IS GOING TO TAKE TO YOU COURTROOM 2, AND

19     YOU'LL WAIT THERE UNTIL WE BRING YOU BACK FOR FURTHER JURY

20     SELECTION.

21        PLEASE DON'T DISCUSS WHAT WE'VE JUST DISCUSSED WITH

22     ANYONE.

23             PROSPECTIVE JUROR:  OKAY.

24             THE COURT:  ALL RIGHT.  THANK YOU.

25        OKAY.  LET'S BRING IN MR., I THINK IT'S GENEGABUS.
```

```
 1              (MR. GENEGABUS PRESENT.)

 2              THE COURT:  ALL RIGHT.  WELCOME, SIR.  JUST TAKE THE

 3      FIRST AVAILABLE SEAT AND THERE IS A MICROPHONE FOR YOU TO USE.

 4              WHAT HAVE YOU HEARD OR WHAT DO YOU KNOW ABOUT ANY DISPUTE

 5      BETWEEN APPLE AND SAMSUNG?

 6              PROSPECTIVE JUROR:  WELL, THE LITTLE I KNOW IS THAT

 7      THERE WAS A USER INTERFACE SORT OF A COMPLAINT FROM ONE OF THE,

 8      I THINK IT'S FROM APPLE AGAINST SAMSUNG, AND I HEARD SOMETHING

 9      ON THE RADIO, BUT I KIND OF TUNED IT OUT.  IT WAS KIND OF LIKE

10      IN THE BACKGROUND.  BUT IT WAS, AGAIN, ABOUT ANOTHER LAWSUIT

11      THEY SAY THAT'S BEEN GOING ON BETWEEN THE TWO FOR SEVERAL

12      TIMES.

13              AND MAYBE ABOUT A MONTH OR TWO AGO A FRIEND OF MINE FROM

14      WORK MENTIONED SOMETHING ABOUT A PENDING LAWSUIT BETWEEN THE

15      TWO.

16              THAT'S PRETTY MUCH IT.

17              THE COURT:  WHEN DID YOU HEAR THE RADIO STORY?

18              PROSPECTIVE JUROR:  IT HAD TO HAVE BEEN LAST YEAR

19      SOMETIME, BEFORE I RETIRED.  IT WAS PROBABLY SUMMERTIME, JULY,

20      AUGUST, I THINK.

21              THE COURT:  JULY, AUGUST.  WHEN DID YOU RETIRE?

22              PROSPECTIVE JUROR:  NOVEMBER 1ST.

23              THE COURT:  SO SOME TIME BEFORE NOVEMBER 1ST, YOU

24      HEARD ABOUT THE CASE ON THE RADIO?

25              PROSPECTIVE JUROR:  IT WAS ON THE WAY TO WORK, YEAH.
```

```
1            THE COURT:  DO YOU RECALL WHAT RADIO STATION IT WAS?

2            PROSPECTIVE JUROR:  NO, MA'AM.

3            THE COURT:  OKAY.  OTHER THAN THE RADIO AND YOUR

4    FRIEND FROM WORK, DO YOU HAVE ANY OTHER SOURCES OF INFORMATION

5    ABOUT THE DISPUTE BETWEEN THESE PARTIES?

6            PROSPECTIVE JUROR:  NO, I DO NOT.

7            THE COURT:  OKAY.  SO DO YOU KNOW ANY OUTCOMES OF ANY

8    DISPUTE BETWEEN THESE COMPANIES?

9            PROSPECTIVE JUROR:  YOU KNOW, I REMEMBER READING

10   SOMETHING ABOUT IT, BUT I DON'T -- I DON'T REALLY RECALL.  IT

11   WAS JUST SOMETHING I DIDN'T REALLY PAY ATTENTION TO.

12           THE COURT:  DO YOU AGREE OR DISAGREE WITH ANY

13   OUTCOMES OF ANY DISPUTE BETWEEN THESE PARTIES?

14           PROSPECTIVE JUROR:  I GUESS -- I DON'T KNOW.  I --

15   MAYBE -- IT'S KIND OF HARD TO SAY.  I GUESS IT'S SORT OF,

16   SOMETIMES IT SEEMS LIKE IT'S KIND OF FRIVOLOUS, SOME OF THE

17   STUFF THAT THE LAWSUITS ARE ABOUT.  I DON'T KNOW IF I AGREE OR

18   DISAGREE.  I'M NOT -- I DON'T KNOW THE WHOLE STORY BEHIND IT,

19   SO --

20           THE COURT:  ALL RIGHT.  WHAT DO YOU BASE YOUR IDEA

21   THAT THESE DISPUTES ARE FRIVOLOUS, OR SOME OF THEM -- OR SOME

22   ASPECT OF THEM ARE FRIVOLOUS.  WHAT DO YOU BASE THAT ON?

23           PROSPECTIVE JUROR:  SORRY ABOUT THAT.  THAT WORD I

24   GUESS IS KIND OF STRONG.

25           BUT I GUESS WHAT I'M TRYING TO SAY IS THAT SOMETIMES
```

1        THERE'S DISPUTES ABOUT, I DON'T KNOW, COLOR OR THE SHAPE OF

2        SOMETHING, OR SOMEONE THINKS THAT IT WAS THEIR IDEA FIRST.

3            I DON'T KNOW.  I -- I DON'T THINK THAT'S RIGHT SOMETIMES.

4                THE COURT:  OKAY.  YOU WILL BE ASKED, IF YOU'RE

5        SELECTED AS A JUROR, TO DECIDE THE VERDICT BASED SOLELY ON THE

6        EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND NOT BASED ON

7        ANYTHING YOU MAY HAVE HEARD ABOUT ANY OTHER DISPUTE OR ANYTHING

8        YOU EVEN HEARD ABOUT THIS DISPUTE.

9            CAN YOU DO THAT?  WILL YOU DO THAT?

10               PROSPECTIVE JUROR:  I WILL TRY MY BEST, YES.

11               THE COURT:  OKAY.  YOU'LL ALSO RECEIVE AN INSTRUCTION

12       THAT YOU CANNOT, CANNOT LET LIKES, DISLIKES, PREJUDICES,

13       SYMPATHIES, BIAS IN ANY WAY INFLUENCE YOUR DECISION AS A JUROR.

14           WILL YOU FOLLOW THAT INSTRUCTION?

15               PROSPECTIVE JUROR:  I WILL TRY, YES.

16               THE COURT:  ALL RIGHT.  I'LL ALLOW EACH ATTORNEY ONE

17       QUESTION AND ONE FOLLOW UP.  SO USE IT WISELY.

18               MR. LEE:  GOOD MORNING.  MY NAME IS BILL LEE, AND I

19       REPRESENT APPLE.

20               PROSPECTIVE JUROR:  GOOD MORNING.

21               MR. LEE:  IN RESPONSE TO HER HONOR'S LAST QUESTION

22       YOU SAID THAT YOU WILL TRY.

23               PROSPECTIVE JUROR:  YES.

24               MR. LEE:  DO YOU HAVE SOME DOUBT ABOUT YOUR ABILITY

25       TO JUDGE A PATENT CASE BETWEEN THE PARTIES?

```
1              PROSPECTIVE JUROR:  CAN YOU SAY THAT AGAIN, PLEASE.

2              MR. LEE:  SURE.  DO YOU HAVE ANY WORRIES ABOUT YOUR

3        ABILITY TO SIT ON A JURY IN A PATENT CASE BETWEEN TWO

4        COMPANIES?

5              PROSPECTIVE JUROR:  NO, I DON'T THINK SO.

6              MR. LEE:  THANK YOU.

7              MR. QUINN:  NOTHING, YOUR HONOR.

8              THE COURT:  ALL RIGHT.  MR. GENEGABUS -- IS IT

9        GENEGABUS?  HOW DO YOU PRONOUNCE IT?

10             PROSPECTIVE JUROR:  IT WAS CLOSE.  GENEGABUS.

11             THE COURT:  GENEGABUS?

12             PROSPECTIVE JUROR:  GENEGABUS, YES.

13             THE COURT:  GENEGABUS.  OKAY.

14         SIR, YOU'LL BE FAIR TO BOTH SIDES IN THIS CASE; CORRECT?

15             PROSPECTIVE JUROR:  YES, YES, I WILL.  I'LL TRY.

16             THE COURT:  ALL RIGHT.  THANK YOU.

17         MS. BAUTISTA IS GOING TO TAKE YOU DOWN TO COURTROOM 2,

18       PLEASE.  DON'T DISCUSS WHAT WE'VE TALKED ABOUT WITH ANYONE

19       THERE, OR ANYONE ELSE TODAY AT LUNCH OR DURING A BREAK.

20             PROSPECTIVE JUROR:  I WON'T.

21             THE COURT:  OKAY.  THANK YOU.

22         LET'S BRING IN MR. SABETSHARGHI, PLEASE.

23         (MR. SABETSHARGHI PRESENT.)

24             THE COURT:  WELCOME.  HOW DO YOU PRONOUNCE YOUR LAST

25       NAME?
```

```
1              PROSPECTIVE JUROR:  SABETSHARGHI.

2              THE COURT:  SABETSHARGHI?

3              PROSPECTIVE JUROR:  THAT'S RIGHT.

4              THE COURT:  ALL RIGHT.  WELCOME.

5          WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND

6      SAMSUNG?

7              PROSPECTIVE JUROR:  WELL, WHAT I'VE READ IN THE PAPER

8      FROM THE PREVIOUS CASE, ABOUT THE SIMILARITY OF THE OPERATING

9      SYSTEM, THE SLIDING, SOME MINOR DETAILS THAT I'VE READ IN THE

10     PAPER.

11             THE COURT:  WHAT PAPER DID YOU READ?

12             PROSPECTIVE JUROR:  IT WAS A -- "WALL STREET

13     JOURNAL," ALPHA NEWS, OMG, SOME OF THE TECHNICAL BLOGS.

14             THE COURT:  WHEN DID YOU READ THOSE ARTICLES?

15             PROSPECTIVE JUROR:  THE LAST FEW WEEKS.  I WAS

16     ACTUALLY TRAVELLING IN KOREA, I WAS -- I WAS ON A BUSINESS

17     TRIP, AND I WAS READING PAPERS THAT WERE DISCUSSING ABOUT THE

18     CASE.

19             THE COURT:  WHAT DO YOU DO FOR WORK?

20             PROSPECTIVE JUROR:  I'M A SENIOR VICE-PRESIDENT OF A

21     START-UP COMPANY, A COMPANY CALLED MOBIDIA, AND MOBILE

22     CUSTOMERS, MOBILE PHONE MANUFACTURERS ARE MY CUSTOMERS.

23             THE COURT:  SO ARE APPLE OR SAMSUNG YOUR CUSTOMERS?

24             PROSPECTIVE JUROR:  ONE OF THEM, YES.

25             THE COURT:  WHICH ONE?
```

```
1              PROSPECTIVE JUROR:  SAMSUNG.

2              THE COURT:  WERE YOU IN KOREA TO VISIT SAMSUNG?

3              PROSPECTIVE JUROR:  I WAS VISITING TWO COMPANIES.

4    ONE OF THEM WAS SAMSUNG.

5              THE COURT:  SO SAMSUNG IS YOUR MOBILE PHONE CUSTOMER?

6              PROSPECTIVE JUROR:  IT WAS A PROSPECT.  I DON'T HAVE

7    BUSINESS WITH THEM YET.  I'M WORKING WITH THEM.  I KNOW THEIR

8    EXECUTIVES AND WE'RE WORKING WITH THEM.  I DON'T HAVE A

9    BUSINESS RELATIONSHIP.

10             THE COURT:  BUT YOU HOPE TO?

11             PROSPECTIVE JUROR:  THAT'S CORRECT.

12             THE COURT:  I SEE.  AND YOU WERE VISITING WITH

13   SAMSUNG JUST LAST WEEK?

14             PROSPECTIVE JUROR:  LAST WEEK, CORRECT.

15             THE COURT:  OKAY.  IS THERE A CHALLENGE FOR CAUSE?

16             MR. LEE:  THERE IS, YOUR HONOR.

17             THE COURT:  ALL RIGHT.  THAT'S GRANTED.  THANK YOU,

18   MR. SABETSHARGHI.  YOU'VE FULFILLED YOUR JURY DUTY.  SO IF YOU

19   WOULD, PLEASE, JUST GO DOWN TO THE SECOND FLOOR TO THE JURY

20   ASSEMBLY ROOM AND JUST LET THEM KNOW THAT YOU HAVE BEEN

21   EXCUSED.  SO YOU'VE FULFILLED IT.  THEY'LL GIVE YOU ALL YOUR

22   PAPERWORK.

23          ALL RIGHT.  THANK YOU FOR YOUR WILLINGNESS TO SERVE.

24          ALL RIGHT.  LET'S GO TO MS. PATE, PLEASE.

25          (MS. PATE PRESENT.)
```

```
 1              THE COURT:  WELCOME, MS. PATE.

 2              PROSPECTIVE JUROR:  THANK YOU.

 3              THE COURT:  PLEASE TAKE THE FIRST AVAILABLE SEAT.

 4       MR. BREWER IS GOING TO HAND YOU A MICROPHONE.

 5           WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND

 6       SAMSUNG?

 7              PROSPECTIVE JUROR:  I ONLY KNOW THAT IT'S AN

 8       INTELLECTUAL PROPERTY CASE, BUT I DON'T KNOW THE DETAILS.

 9           AND THAT'S ALL THAT I'VE FOLLOWED UP WITH IN MEDIA

10       OUTREACH.

11              THE COURT:  OUTREACH BY WHOM?

12              PROSPECTIVE JUROR:  JUST READING YAHOO AND OTHER

13       TYPES OF MEDIA FEEDS.  SO I'VE REALLY NOT CHOSEN TO READ ABOUT

14       THE CASE ANY MORE THAN WHAT THE UNDERLYING PREMISE IS, WHICH IS

15       INTELLECTUAL PROPERTY.

16              THE COURT:  ALL RIGHT.  OTHER THAN YAHOO, WHAT OTHER

17       SOURCES OF INFORMATION DO YOU HAVE ABOUT ANY DISPUTE BETWEEN

18       THESE COMPANIES?

19              PROSPECTIVE JUROR:  THAT'S IT.  THAT'S THE ONLY FEED

20       THAT I READ.

21              THE COURT:  IS YAHOO?

22              PROSPECTIVE JUROR:  TYPICALLY.

23              THE COURT:  OKAY.  AND WERE YOU -- WERE YOU SEARCHING

24       FOR ARTICLES ABOUT THIS CASE?  OR YOU JUST WENT TO THE HOME

25       PAGE AND --
```

```
1              PROSPECTIVE JUROR:  I JUST WENT TO THE HOME PAGE, AND

2    WHATEVER COMES UP, IF IT'S OF INTEREST I'LL READ IT.  SO I READ

3    IT JUST AT THE HIGHEST LEVEL.

4              THE COURT:  ALL RIGHT.  DO YOU RECALL WHEN YOU READ

5    ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

6              PROSPECTIVE JUROR:  ABOUT A WEEK AGO, JUST KNOWING

7    THAT THE CASE IS COMING UP.  THAT'S IT.

8              THE COURT:  AND WHAT SPECIFICALLY DID YOU READ ABOUT

9    THIS CASE?

10             PROSPECTIVE JUROR:  NOTHING.

11             THE COURT:  YOU DIDN'T READ THE ARTICLE, OR YOU

12   DON'T --

13             PROSPECTIVE JUROR:  NO.  I JUST GLANCED OVER THE

14   TITLE.

15             THE COURT:  OH.  YOU DIDN'T READ THE ARTICLE ITSELF?

16             PROSPECTIVE JUROR:  NO, I DID NOT.

17             THE COURT:  OH, I SEE.

18        HAVE YOU READ ANY ARTICLES ABOUT ANY DISPUTE BETWEEN THESE

19   COMPANIES?

20             PROSPECTIVE JUROR:  NO.

21             THE COURT:  OKAY.  DO YOU KNOW ABOUT ANY OUTCOMES OF

22   ANY DISPUTE BETWEEN THESE COMPANIES?

23             PROSPECTIVE JUROR:  NO.

24             THE COURT:  DO YOU HAVE AN OPINION ABOUT ANY DISPUTE

25   BETWEEN THESE COMPANIES, INCLUDING THIS CASE?
```

```
 1                PROSPECTIVE JUROR:  I DO NOT.

 2                THE COURT:  HAS ANYONE TALKED WITH YOU ABOUT THIS

 3     CASE OR ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

 4                PROSPECTIVE JUROR:  NO.

 5                THE COURT:  HAVE YOU TALKED WITH ANYONE ABOUT --

 6                PROSPECTIVE JUROR:  NO.

 7                THE COURT:  -- ANY DISPUTE?

 8         OKAY.  YOU WILL RECEIVE AN INSTRUCTION THAT IF YOU'RE

 9     SELECTED AS A JUROR, YOU MUST BASE YOUR DECISION SOLELY ON THE

10     EVIDENCE THAT'S ADMITTED DURING THIS TRIAL.  AND THAT YOU

11     CANNOT --

12                PROSPECTIVE JUROR:  YES.

13                THE COURT:  -- CONSIDER OTHER SOURCES OF INFORMATION,

14      AND THAT YOU ARE TO APPLY THE LAW AS I INSTRUCT YOU.

15         WILL YOU FOLLOW THAT INSTRUCTION?

16                PROSPECTIVE JUROR:  YES.

17                THE COURT:  WILL YOU BE FAIR AND IMPARTIAL TO BOTH

18      SIDES?

19                PROSPECTIVE JUROR:  YES.

20                THE COURT:  ALL RIGHT.  THANK YOU.

21         IF YOU WOULD, PLEASE, FOLLOW MS. BAUTISTA, WHO'S IN THE

22      BACK OF THE ROOM, SHE'S GOING TO TAKE YOU TO COURTROOM 2.

23         AND PLEASE DON'T DISCUSS WHAT WE'VE JUST DISCUSSED WITH

24      ANYONE.

25                PROSPECTIVE JUROR:  YES.
```

1          THE COURT:  THANK YOU.  WE'LL BRING YOU BACK WHEN

2     WE'RE READY FOR MORE QUESTIONS.

3          LET'S DO MR. MACKIE, PLEASE.

4          (MR. MACKIE PRESENT.)

5          THE COURT:  TAKE THE FIRST AVAILABLE SEAT.  ANY SEAT

6     IS FINE.  THAT'S FINE.  WHEREVER.

7          WELCOME, MR. MACKIE.

8          PROSPECTIVE JUROR:  THANK YOU.

9          THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

10    BETWEEN APPLE AND SAMSUNG?

11         PROSPECTIVE JUROR:  I CAN'T HEAR WITH THESE.  THEY'RE

12    JUST FEEDING BACK.

13         WHAT WAS THAT AGAIN?

14         THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

15    BETWEEN APPLE AND SAMSUNG?

16         PROSPECTIVE JUROR:  I KNOW THERE'S A BILLION DOLLAR

17    LAWSUIT IN EUROPE FOR PATENT INFRINGEMENTS.

18         THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?

19         PROSPECTIVE JUROR:  MY SOURCE IS NEWS, RADIO.

20         THE COURT:  RADIO?

21         PROSPECTIVE JUROR:  RADIO AND NEWS BOTH.  NEWSPAPER

22    AND RADIO.

23         THE COURT:  OKAY.  CAN YOU TELL ME WHAT THOSE SOURCES

24    ARE?

25         PROSPECTIVE JUROR:  WHAT THE SOURCES ARE?

```
1              THE COURT:  YES.  WHAT NEWSPAPER IS IT?  WHAT RADIO

2      STATION?

3              PROSPECTIVE JUROR:  KSBW, "SAN JOSE MERCURY."

4              THE COURT:  OKAY.  HOW LONG AGO DID YOU READ

5      INFORMATION OR HEAR INFORMATION ABOUT --

6              PROSPECTIVE JUROR:  THIS MORNING WAS THE LAST TIME.

7              THE COURT:  WHEN WAS THE FIRST TIME, AND ANYTHING IN

8      THE MIDDLE.

9              PROSPECTIVE JUROR:  THE FIRST TIME?  I DON'T KNOW.

10     BACK A WHILE AGO.

11          THE REASON I KEEP UP ON IT IS BECAUSE I'M A STOCKHOLDER

12     WITH APPLE.

13             THE COURT:  OKAY.  HOW MUCH STOCK DO YOU OWN?

14             PROSPECTIVE JUROR:  I COULDN'T TELL YOU EXACTLY RIGHT

15     NOW.  IT'S IN THE THOUSANDS.

16             THE COURT:  OKAY.  SO YOU OWN ABOUT A THOUSAND SHARES

17     OF APPLE?

18             PROSPECTIVE JUROR:  YEAH, AND I KEEP UP ON IT A

19     LITTLE BIT BECAUSE I'VE BEEN IN COMMUNICATIONS FOR 41 YEARS.

20     I'M RETIRED.

21             THE COURT:  OKAY.  SO -- SO IF APPLE WINS IN THIS

22     LAWSUIT, THE VALUE OF YOUR SHARES MAY INCREASE?

23             PROSPECTIVE JUROR:  I HOPE SO.

24          (LAUGHTER.)

25             THE COURT:  ALL RIGHT.  IS THERE A CHALLENGE FOR
```

1    CAUSE?

2              MR. QUINN:  THERE IS, YOUR HONOR.

3              THE COURT:  ALL RIGHT.  THAT'S GRANTED.

4         MR. MACKIE, THANK YOU SO MUCH FOR YOUR WILLINGNESS TO

5    SERVE.  BUT YOU HAVE FULFILLED YOUR JURY DUTY.  SO IF YOU WOULD

6    GO TO THE JURY ASSEMBLY ROOM DOWN ON THE SECOND FLOOR, JUST LET

7    THEM KNOW THAT I'VE EXCUSED YOU.  SO YOU'RE DONE.

8              PROSPECTIVE JUROR:  OKAY.  THANK YOU.

9              THE COURT:  THANK YOU.

10        LET'S BRING IN MS. JOHNSON.

11        (MS. JOHNSON PRESENT.)

12             THE COURT:  WELCOME, MS. JOHNSON.

13             PROSPECTIVE JUROR:  THANK YOU.

14             THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

15   BETWEEN APPLE AND SAMSUNG?

16             PROSPECTIVE JUROR:  I REALLY DON'T KNOW ANYTHING AT

17   ALL ABOUT IT.  I MEAN, I KNOW -- I'VE HEARD THAT THERE WAS AN

18   ISSUE.  BUT WE DON'T REALLY PAY A LOT OF ATTENTION TO THE NEWS.

19   I SHOULDN'T SAY THAT.  THAT SOUNDS REALLY BAD.

20             THE COURT:  ESPECIALLY BECAUSE THERE'S A LOT OF MEDIA

21   IN HERE.

22        (LAUGHTER.)

23             PROSPECTIVE JUROR:  WE TRY NOT TO WATCH A LOT OF NEWS

24   IN OUR HOUSE.  IT'S JUST --

25             THE COURT:  WELL, LET ME ASK YOU A QUESTION.

```
 1              PROSPECTIVE JUROR:  OKAY.

 2              THE COURT:  WHATEVER YOU HAVE HEARD ABOUT ANY DISPUTE

 3    BETWEEN APPLE AND SAMSUNG, DO YOU RECALL WHEN YOU HEARD IT?

 4              PROSPECTIVE JUROR:  I'M SURE THAT AT SOME POINT WE'VE

 5    SEEN SOMETHING ONLINE, BUT IT'S JUST BEEN, YOU KNOW, HEADLINES,

 6    AND WE'VE GONE PAST IT.

 7              THE COURT:  SO HAVE YOU EVER ACTUALLY READ THE

 8    ARTICLE?  OR YOU JUST SAW THE HEADLINES?

 9              PROSPECTIVE JUROR:  NO, DON'T READ IT.  DON'T READ

10    IT.

11              THE COURT:  ALL RIGHT.  SO DO YOU -- WHAT ARE YOUR

12    SOURCES OF INFORMATION ABOUT THIS DISPUTE?  IS IT JUST ON THE

13    INTERNET OR WAS IT ON TELEVISION, NEWSPAPER, RADIO?

14              PROSPECTIVE JUROR:  WE DON'T GET A NEWSPAPER.  WE

15    WOULD PROBABLY HAVE HEARD SOMETHING ON THE EVENING NEWS AT SOME

16    POINT, BUT, AGAIN, YOU KNOW, WE DON'T REALLY LISTEN TO THE NEWS

17    VERY MUCH.

18        WHEN WE SEE THE ARTICLES IN -- ON THE INTERNET, WE PASS

19    OVER A LOT OF THAT SORT OF STUFF.

20        I'M SURE MY HUSBAND PROBABLY READS A LOT OF THAT STUFF

21    BECAUSE HE WAS INVOLVED IN ELECTRONICS WHEN HE WAS WORKING.  HE

22    WAS A DESIGN VERIFICATION ENGINEER FOR SUN FOR MANY, MANY

23    YEARS.  SO HE MIGHT ACTUALLY HAVE, HAVE READ SOME OF THE STUFF.

24        BUT I JUST AM NOT INTERESTED.

25              THE COURT:  HAS HE DISCUSSED ANYTHING THAT HE'S READ
```

1    ABOUT THESE DISPUTES WITH YOU?

2              PROSPECTIVE JUROR:  NO, NO, NO.

3              THE COURT:  OKAY.  AND HAVE YOU DISCUSSED --

4              PROSPECTIVE JUROR:  FOR 40 YEARS, IT'S GONE RIGHT

5    OVER MY HEAD, AND THAT'S JUST FINE.

6              THE COURT:  OKAY.  HAVE YOU DISCUSSED ANY DISPUTE

7    BETWEEN APPLE AND SAMSUNG WITH ANYONE?

8              PROSPECTIVE JUROR:  NO.

9              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

10   DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?

11             PROSPECTIVE JUROR:  NO.

12             THE COURT:  OKAY.  DO YOU KNOW ANY OUTCOME OF ANY

13   DISPUTE BETWEEN APPLE AND SAMSUNG?

14             PROSPECTIVE JUROR:  NO.

15             THE COURT:  OKAY.  WILL YOU BE A FAIR AND IMPARTIAL

16   JUROR TO BOTH SIDES IN THIS CASE?

17             PROSPECTIVE JUROR:  ABSOLUTELY.

18             THE COURT:  ALL RIGHT.  THANK YOU.

19        MS. BAUTISTA IS STANDING IN THE BACK OF THE ROOM.  SHE'S

20   GOING TO TAKE YOU TO JUDGE LLOYD'S COURTROOM, AND YOU --

21   ACTUALLY, WE'RE PROBABLY GOING TO BREAK FOR LURCH NOW THAT IT'S

22   NOON.  WE'LL HAVE A LUNCH HOUR OF -- FROM NOON TO 1:00.  AND

23   THEN IF YOU'LL WAIT IN JUDGE LLOYD'S COURTROOM, WHEN WE'RE

24   FINISHED SPEAKING WITH EVERYONE INDIVIDUALLY, THEN WE'LL BRING

25   THE 35 BACK AND CONTINUE WITH QUESTIONS.  ALL RIGHT?

```
 1          PROSPECTIVE JUROR:  OKAY.

 2          THE COURT:  BUT PLEASE DON'T DISCUSS ANYTHING THAT

 3     WE'VE DISCUSSED WITH ANYONE BECAUSE THEY MIGHT BE CURIOUS WHEN

 4     YOU GET IN THERE ABOUT WHAT HAPPENED.  JUST SAY YOU CAN'T TALK

 5     ABOUT IT.

 6          PROSPECTIVE JUROR:  ALL RIGHT.  THAT'S EASY ENOUGH.

 7          THE COURT:  ALL RIGHT.  THANK YOU.

 8          PROSPECTIVE JUROR:  THANK YOU.

 9     (NO PROSPECTIVE JURORS PRESENT.)

10          THE COURT:  THE RECORD SHOULD REFLECT THAT ALL THE

11     JURORS HAVE LEFT THE COURTROOM.

12          BOTH SIDES HAVE HAD FAR MORE THAN TEN MINUTES TO

13     INDIVIDUALLY VOIR DIRE THE JURORS THUS FAR, AND SO I WOULD LIKE

14     TO REDUCE YOUR VOIR DIRE TIME.  CURRENTLY APPLE HAS 20 MINUTES

15     AND SAMSUNG HAS 25 MINUTES, BUT I WANTED TO HEAR FROM YOU AS TO

16     THE REDUCTION.

17          YOU CERTAINLY HAD WAY MORE THAN THAT BECAUSE YOU'VE HAD A

18     LOT OF FOLLOWUPS WITH INDIVIDUAL JURORS.

19          MR. QUINN:  YOUR HONOR, THERE WERE SOME JURORS WHO

20     HAD MULTIPLE ISSUES AND A COUPLE OF THEM THAT RAISED A COUPLE

21     OF DIFFERENT ISSUES THAT NEEDED TO BE INQUIRED INTO.  I

22     APOLOGIZE FOR NOT ASKING THE COURT FOR PERMISSION TO FOLLOW UP

23     AS I BEGAN DOING.

24          BUT I, I --

25          THE COURT:  WHAT IF I REDUCE EACH SIDE BY TEN
```

```
 1        MINUTES?

 2               MR. QUINN:  I'M SORRY, YOUR HONOR?

 3               THE COURT:  WHAT IF I REDUCE EACH SIDE'S ATTORNEY

 4        VOIR DIRE BY TEN MINUTES?  AND I WILL ALLOW, AS WE DO THIS

 5        INDIVIDUAL QUESTIONING, IF ISSUES COME UP, I'LL ALLOW YOU TO

 6        QUESTION JURORS INDIVIDUALLY.

 7             BUT I'M JUST SAYING AT THE VERY, VERY END -- I'M GOING TO

 8        DO A VERY EXHAUSTIVE VOIR DIRE.  I'M TALKING ABOUT ONES AT THE

 9        END, NOT THIS INDIVIDUAL VOIR DIRE, I'LL ALLOW YOU TO CONTINUE

10        WHEN THERE'S ANY POTENTIAL ISSUE.

11               MR. LEE:  THAT'S FINE WITH APPLE, YOUR HONOR.

12               THE COURT:  OKAY.  SO IT'LL BE 10 MINUTES FOR APPLE,

13         15 MINUTES FOR SAMSUNG.

14             ALL RIGHT.  THANK YOU ALL.  I'LL SEE YOU BACK AT 1:00

15        O'CLOCK.

16             (LUNCH RECESS WAS TAKEN FROM 12:04 P.M. TO 1:02 P.M.)

17

18

19

20

21

22

23

24

25
```

```
 1                         AFTERNOON SESSION

 2          (COURT CONVENED AT 1:02 P.M.)

 3          (MR. MCELROY PRESENT.)

 4              THE COURT:  ANYWHERE IS FINE, MR. MCELROY.

 5          IS THE MICROPHONE WORKING?  YEP, SOUNDS GOOD.

 6          WELCOME.

 7          WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN APPLE AND

 8     SAMSUNG?

 9              PROSPECTIVE JUROR:  I DON'T KNOW ANY DETAILS.  I JUST

10     KNOW THE HEADLINE OF APPLE HAVING WON ITS SUIT OF A SIGNIFICANT

11     AMOUNT.

12          BUT I DON'T KNOW -- I DON'T KNOW THE STORY.

13              THE COURT:  ALL RIGHT.  AND THAT IS A DIFFERENT --

14     THAT'S NOT THE CASE THAT'S BEFORE YOU TODAY, YOU UNDERSTAND

15     THAT?

16              PROSPECTIVE JUROR:  I DON'T KNOW ANYTHING OF THIS

17     CASE.

18              THE COURT:  OKAY.  DO YOU RECALL WHERE YOU READ THAT

19     HEADLINE?

20              PROSPECTIVE JUROR:  NO.  IT WAS PROBABLY OFF THE

21     INTERNET.

22              THE COURT:  OFF THE INTERNET?

23              PROSPECTIVE JUROR:  OFF THE -- I DON'T RECALL.  IT

24     WAS -- IT SEEMED LIKE IT WAS MULTIPLE SOURCES.

25              THE COURT:  OKAY.  AND DO YOU RECALL WHEN YOU READ
```

1    THAT?

2              PROSPECTIVE JUROR:  NO, I DON'T.

3              THE COURT:  WHAT GENERALLY ARE YOUR SOURCES OF

4    INFORMATION?

5              PROSPECTIVE JUROR:  OH, THE LOCAL NEWSPAPER, WHICH IN

6    MY CASE IS THE "MONTEREY HERALD," AND THE INTERNET, "U.S.A.

7    TODAY," CNN.

8         AND THEN TELEVISION, LOCAL NEWS AND VARIOUS CHANNELS.

9              THE COURT:  DID YOU ACTUALLY LOOK AT THE ARTICLE

10   ITSELF?  OR DID YOU JUST SEE THE HEADLINE?

11             PROSPECTIVE JUROR:  I THINK I READ A LITTLE BIT OF

12   THE STORY ENOUGH TO UNDERSTAND THAT IT WAS A SIGNIFICANT RULING

13   DOLLAR-WISE, AND THAT IT WAS LIKELY TO APPEAL.

14        SO I THINK IT HAD SOMETHING TO DO WITH COPYRIGHT

15   INFRINGEMENT, BUT I DON'T -- I DON'T KNOW.

16             THE COURT:  OKAY.  DO YOU KNOW ANY OTHER OUTCOME

17   ABOUT ANY DISPUTE BETWEEN THE PARTIES?

18             PROSPECTIVE JUROR:  NO, I DON'T.

19             THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

20   ANY DISPUTE BETWEEN THE PARTIES?

21             PROSPECTIVE JUROR:  NO, I DO NOT.

22             THE COURT:  HAVE YOU SPOKEN WITH ANYONE ABOUT ANY

23   DISPUTE BETWEEN THE COMPANIES?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  DO YOU RECALL IF YOU HAD HEARD ABOUT ANY

```
 1        DISPUTE BETWEEN THE PARTIES, OTHER THAN WHAT YOU JUST TOLD US

 2        ABOUT A SIGNIFICANT VERDICT?

 3              PROSPECTIVE JUROR:  NO.

 4              THE COURT:  WOULD YOU DECIDE THIS CASE BASED SOLELY

 5        ON THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL?

 6              PROSPECTIVE JUROR:  I BELIEVE SO.

 7              THE COURT:  ALL RIGHT.  I'LL LET EACH COUNSEL ASK ONE

 8        QUESTION WITH ONE FOLLOWUP.

 9              MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

10              MR. QUINN:  MR. MCELROY, GOOD AFTERNOON.  MY NAME IS

11        JOHN QUINN.  I'M COUNSEL FOR SAMSUNG.

12           IF YOU GET ON THE JURY IN THIS CASE AND THE EVIDENCE ABOUT

13        THE PREVIOUS VERDICT, WHICH YOU SAID YOU HEARD OF, DOESN'T COME

14        INTO EVIDENCE IN THIS CASE, CAN YOU PROMISE THAT THAT'S

15        SOMETHING THAT YOU WON'T TALK TO THE OTHER JURORS ABOUT?  IF

16        IT'S NOT IN EVIDENCE IN THIS CASE?

17              PROSPECTIVE JUROR:  YES.

18              MR. QUINN:  THANK YOU VERY MUCH.

19              THE COURT:  MR. MCELROY, DO YOU HAVE ANY LIKES,

20        DISLIKES, PREJUDICES, SYMPATHIES, BIASES OR PREJUDICES THAT

21        WOULD AFFECT YOUR DECISION IN THIS CASE IF YOU'RE SELECTED AS A

22        JUROR?

23              PROSPECTIVE JUROR:  NO.  I'VE OWNED BOTH -- I'VE

24        OWNED PRODUCTS BY BOTH, BY -- OR FROM BOTH MANUFACTURERS.

25              THE COURT:  I SEE.  OKAY.  AND WHEN WE BRING EVERYONE
```

1    BACK IN, WE'RE GOING TO GET INTO THAT IN DETAIL?

2              PROSPECTIVE JUROR:  OKAY.

3              THE COURT:  ALL RIGHT.  WELL, THANK YOU VERY MUCH.

4        YOU'RE GOING TO BE TAKEN BY MS. BAUTISTA, WHO'S IN THE

5    BACK OF THE ROOM, TO COURTROOM 2 WHERE YOU'LL WAIT UNTIL WE

6    BRING EVERYONE BACK IN.

7              PROSPECTIVE JUROR:  ALL RIGHT.

8              THE COURT:  PLEASE DON'T DISCUSS WHAT WE'VE DISCUSSED

9    WITH ANYONE.  ALL RIGHT?

10             PROSPECTIVE JUROR:  ALL RIGHT.

11             THE COURT:  ALL RIGHT.  THANK YOU.

12        ALL RIGHT.  LET'S BRING IN, PLEASE, LOUIS HSIAO

13        (MR. HSIAO PRESENT.)

14             THE COURT:  WELCOME.

15             PROSPECTIVE JUROR:  THANK YOU.

16             THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

17   BETWEEN APPLE AND SAMSUNG?

18             PROSPECTIVE JUROR:  JUST THAT I'VE READ IN THE

19   PAPERS, THE JUDGMENT IN FAVOR OF APPLE, AND THE APPEALS THAT

20   SAMSUNG IS MAKING.

21             THE COURT:  YOU SAID THE APPEALS?

22             PROSPECTIVE JUROR:  YES.

23             THE COURT:  OKAY.  DO YOU RECALL WHEN AND WHERE YOU

24   READ THAT INFORMATION?

25             PROSPECTIVE JUROR:  PROBABLY WITHIN THE LAST WEEK.

```
 1                    THE COURT:  OKAY.  WHAT WAS YOUR SOURCE OF

 2     INFORMATION?

 3                    PROSPECTIVE JUROR:  JUST STUFF I READ ON THE

 4     INTERNET, HEARD ON THE NEWS LAST NIGHT THAT THIS COURT, OR THIS

 5     CASE WAS GOING TO BEGIN THE JURY SELECTION.

 6                    THE COURT:  SO CAN YOU TELL ME WHAT YOUR INTERNET

 7     SOURCES WERE AND WHAT YOUR NEWS LAST NIGHT SOURCE WAS?

 8                    PROSPECTIVE JUROR:  THE NEWS LAST NIGHT WAS PROBABLY

 9     ONE OF THE LOCAL NEWS STATIONS.  I DON'T RECALL WHICH ONE.

10                    THE COURT:  TV?

11                    PROSPECTIVE JUROR:  TV, YES.

12                    THE COURT:  OKAY.  AND INTERNET, I --

13                    PROSPECTIVE JUROR:  I PROBABLY COULD TELL YOU YAHOO

14     OR SOMETHING LIKE THAT.

15                    THE COURT:  ALL RIGHT.  AND WERE YOU SPECIFICALLY

16     LOOKING FOR INFORMATION ABOUT THIS DISPUTE, OR YOU WERE JUST

17     GOING TO ONE OF THESE SOURCES AND INFORMATION ABOUT THIS

18     DISPUTE WAS JUST INCLUDED IN THEIR NEWS?

19                    PROSPECTIVE JUROR:  IT WAS JUST INCLUDED.  I WAS NOT

20     LOOKING.

21                    THE COURT:  ALL RIGHT.  OTHER THAN WHAT YOU'VE READ

22     IN THE LAST WEEK OR SEEN LAST NIGHT, DO YOU HAVE ANY OTHER

23     INFORMATION ABOUT ANY DISPUTE BETWEEN THESE PARTIES?

24                    PROSPECTIVE JUROR:  NO, I DO NOT.

25                    THE COURT:  DO YOU KNOW OF ANY OUTCOMES OF ANY
```

```
1          DISPUTES BETWEEN THESE PARTIES?

2               PROSPECTIVE JUROR:  NO.

3               THE COURT:  DO YOU HAVE AN OPINION ABOUT ANY DISPUTE

4     BETWEEN THESE PARTIES?

5               PROSPECTIVE JUROR:  I WOULDN'T SAY I HAVE AN OPINION.

6     I HAVE PROBABLY A PRODUCT BIAS.

7               THE COURT:  OKAY.  COULD YOU TELL US ABOUT THAT,

8     PLEASE?

9               PROSPECTIVE JUROR:  WELL, I RUN MY OWN DESIGN

10    COMPANY, AND WE ARE FULLY EQUIPPED WITH APPLE COMPUTERS.  I'M A

11    BIG PROPONENT FOR APPLE PRODUCTS.  AND I OUTFIT MY FAMILY WITH

12    APPLE PRODUCTS.

13              THE COURT:  WILL YOU BE A FAIR JUROR TO SAMSUNG IN

14    THIS CASE?

15              PROSPECTIVE JUROR:  I WILL CERTAINLY TRY.

16              THE COURT:  SO YOU'LL GET AN INSTRUCTION THAT YOU

17    MUST SET ASIDE ANY LIKES, DISLIKES, PREJUDICES, SYMPATHIES OR

18    BIAS IN YOUR DELIBERATIONS IF YOU'RE SELECTED AS A JUROR.

19         WILL YOU FOLLOW THAT INSTRUCTION?

20              PROSPECTIVE JUROR:  YES, I WILL FOLLOW THOSE

21    INSTRUCTIONS.

22              THE COURT:  YOU ALSO MUST BASE YOUR DELIBERATIONS AS

23    A JUROR ON THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND

24    APPLY THE LAW AS I INSTRUCT YOU.

25         WILL YOU DO THAT?
```

```
 1              PROSPECTIVE JUROR:  YES, I WILL.

 2              THE COURT:  ALL RIGHT.  I'LL GIVE EACH COUNSEL AN

 3    OPPORTUNITY TO ASK ONE QUESTION AND HAVE ONE FOLLOWUP.

 4              MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

 5              THE COURT:  ALL RIGHT.  MR. QUINN?

 6              MR. QUINN:  MR. HSIAO, IS IT?

 7              PROSPECTIVE JUROR:  HSIAO.

 8              MR. QUINN:  HSIAO.  MY NAME IS JOHN QUINN, AND I'M

 9    ONE OF THE ATTORNEYS FOR SAMSUNG.

10         IF YOU GET ON THIS JURY AND THERE'S A WITNESS FROM APPLE

11    WHO TESTIFIES AND A WITNESS FROM SAMSUNG WHO TESTIFIES, DO YOU

12    HAVE ANY KIND OF INCLINATION THAT YOU'RE GOING TO BE MORE

13    LIKELY TO BELIEVE AN APPLE WITNESS THAN A SAMSUNG WITNESS?

14              PROSPECTIVE JUROR:  NO, I WOULD HAVE NO REASON TO.

15              MR. QUINN:  THANK YOU VERY MUCH.

16              THE COURT:  ALL RIGHT.  YOU ARE FREE TO GO TO THE

17    COURTROOM OF JUDGE LLOYD.  MS. BAUTISTA, STANDING IN THE BACK,

18    IS GOING TO TAKE YOU BACK THERE.

19         PLEASE DON'T DISCUSS WHAT WE'VE DISCUSSED WITH ANYONE.

20              PROSPECTIVE JUROR:  OKAY.

21              THE COURT:  WE'LL CALL YOU BACK IN SHORTLY TO DO THE

22    REST OF THE QUESTIONING.

23              PROSPECTIVE JUROR:  THANK YOU.

24              THE COURT:  THANK YOU.

25         CAN WE HAVE MR. KARIHALDO, ROOP KARIHALDO.
```

```
 1              (MR. KARIHALDO PRESENT.)

 2              THE COURT:  WELCOME.

 3              PROSPECTIVE JUROR:  THANK YOU.

 4              THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

 5      BETWEEN APPLE AND SAMSUNG.

 6              PROSPECTIVE JUROR:  I KNOW JUST GOING THROUGH THE

 7      NEWS FOR SOME INFRINGEMENT ON THE PATENTS BY SAMSUNG ON APPLE'S

 8      PATENTS.  THAT'S WHAT I HEARD ABOUT IN THE NEWS.

 9              THE COURT:  WHEN DID YOU HEAR THAT?

10              PROSPECTIVE JUROR:  MAYBE A COUPLE OF MONTHS BACK.

11              THE COURT:  A COUPLE OF MONTHS BACK?

12              PROSPECTIVE JUROR:  YEAH.

13              THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?

14              PROSPECTIVE JUROR:  THIS WAS GOING THROUGH THE --

15      USUALLY I SEE THE NEWS ON THE INTERNET.

16              THE COURT:  WHAT ARE YOUR INTERNET SOURCES?

17              PROSPECTIVE JUROR:  BASICALLY IT IS GOOGLE.

18              THE COURT:  ON GOOGLE?

19              PROSPECTIVE JUROR:  YEP.

20              THE COURT:  OKAY.  AND WERE YOU SEARCHING FOR ANY

21      INFORMATION ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

22              PROSPECTIVE JUROR:  NO.

23              THE COURT:  OKAY.  DID YOU JUST READ THE HEADLINES OR

24      DID YOU ACTUALLY READ THE ARTICLES?

25              PROSPECTIVE JUROR:  I JUST READ THE HEADLINES.
```

```
 1              THE COURT:  OKAY.  SO YOU DID NOT GO AND READ THE

 2   ARTICLES THEMSELVES?

 3              PROSPECTIVE JUROR:  YEAH.

 4              THE COURT:  OKAY.  DO YOU KNOW OF ANY OUTCOMES OF ANY

 5   DISPUTES BETWEEN THESE COMPANIES?

 6              PROSPECTIVE JUROR:  NOT REALLY.  I DON'T KNOW MUCH.

 7              THE COURT:  OKAY.  DO YOU KNOW ANYTHING ABOUT THEM?

 8              PROSPECTIVE JUROR:  I THINK SOMETIMES -- I HAVE A

 9   MEMORY THAT THERE WAS A BAN ON SAMSUNG PHONES HERE IN THE

10   UNITED STATES.

11              THE COURT:  DO YOU RECALL WHEN THAT WAS?

12              PROSPECTIVE JUROR:  MAYBE A COUPLE OF MONTHS BACK.

13   I'M NOT SURE ABOUT IT.

14              THE COURT:  OKAY.  DO YOU KNOW IF THERE WAS ONE OR

15   JUST YOU THOUGHT YOU HEARD THERE MAY BE ONE?  WHAT EXACTLY IS

16   IT THAT YOU HEARD?

17              PROSPECTIVE JUROR:  MAYBE.  I'M NOT SURE.  I DID NOT

18   FOLLOW IT.

19              THE COURT:  DID YOU NOT FOLLOW IT?

20              PROSPECTIVE JUROR:  NO.

21              THE COURT:  OKAY.  DO YOU KNOW OF ANY OUTCOMES OF ANY

22   OF THE DISPUTES?  AND I APOLOGIZE IF I'VE ALREADY ASKED YOU

23   THAT?

24              PROSPECTIVE JUROR:  NO.

25              THE COURT:  YOU DON'T KNOW ANY OUTCOMES.
```

```
 1            DO YOU HAVE ANY OPINION ABOUT ANY DISPUTE BETWEEN THESE

 2    COMPANIES?

 3            PROSPECTIVE JUROR:  NO.

 4            THE COURT:  HAVE YOU TALKED WITH ANYONE ABOUT ANY

 5    DISPUTE BETWEEN THESE COMPANIES?

 6            PROSPECTIVE JUROR:  NO.

 7            THE COURT:  YOU WILL RECEIVE AN INSTRUCTION, IF YOU

 8    ARE A JUROR IN THIS CASE, THAT YOUR DELIBERATIONS MUST NOT BE

 9    INFLUENCED BY LIKES, DISLIKES, PREJUDICES, SYMPATHIES OR BIAS.

10       WOULD YOU FOLLOW THAT INSTRUCTION?

11            PROSPECTIVE JUROR:  YEAH, I WILL ABIDE BY THAT.

12            THE COURT:  I'M SORRY?

13            PROSPECTIVE JUROR:  YES, I WILL ABIDE BY THAT.

14            THE COURT:  OKAY.  YOU WOULD ABIDE BY THAT.

15            WOULD YOU ALSO DECIDE THIS CASE BASED SOLELY ON THE

16    EVIDENCE THAT'S ADMITTED DURING THE TRIAL AND NOT CONSIDER

17    ANYTHING ELSE THAT YOU MAY HAVE READ OR HEARD ABOUT ANY OTHER

18    DISPUTE BETWEEN THESE PARTIES?

19            PROSPECTIVE JUROR:  IT WILL BE CLEAR FROM ALL THE

20    EVIDENCE PROVIDED.

21            THE COURT:  ALL RIGHT.  THANK YOU.

22       ALL RIGHT.  I'M GOING TO ASK THAT YOU PLEASE FOLLOW

23    MS. BAUTISTA GOING INTO JUDGE LLOYD'S COURTROOM.

24            PROSPECTIVE JUROR:  OKAY.

25            THE COURT:  WHERE YOU'LL WAIT UNTIL WE BRING YOU BACK
```

1        HERE FOR MORE QUESTIONS.

2                  PROSPECTIVE JUROR:  OKAY.

3                  THE COURT:  OKAY.  THANK YOU.  PLEASE DON'T DISCUSS

4        WHAT WE HAVE DISCUSSED WITH ANYONE.  THANK YOU.

5             AND LET'S BRING IN MS. BRUNNER, PLEASE.

6             YES.  IF YOU WOULD PLEASE GO TO THE BACK OF THE COURTROOM.

7        MS. BAUTISTA HAS HER HAND RAISED.

8             (MS. BRUNNER PRESENT).

9                  THE COURT:  MS. BRUNNER, WELCOME.  PLEASE TAKE ANY

10       SEAT IN THE COURTROOM.

11            THERE ARE NO JURORS IN THE COURTROOM OTHER THAN

12       MS. BRUNNER.

13            AM I PRONOUNCING YOUR NAME CORRECTLY?

14                 PROSPECTIVE JUROR:  YES.  YES.

15                 THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

16       BETWEEN APPLE AND SAMSUNG?

17                 PROSPECTIVE JUROR:  ALL I KNOW IS THAT I HEARD ON

18       THE -- IN THE MEDIA SOMETHING ABOUT THEM, SAMSUNG AND APPLE.

19       THAT'S ALL I KNOW.  I DON'T KNOW ANYTHING ELSE ABOUT THE

20       DISPUTE OR ANYTHING MORE THAN THAT, EXCEPT I HEARD SOMETHING

21       WHEN I WAS GETTING READY.

22                 THE COURT:  YOU MEAN THIS MORNING?

23                 PROSPECTIVE JUROR:  UM-HUM.

24                 THE COURT:  OKAY.  HAD YOU HEARD ANYTHING ABOUT ANY

25       DISPUTE BETWEEN THESE COMPANIES BEFORE THIS MORNING?

```
1                    PROSPECTIVE JUROR:  NO.

2                    THE COURT:  OKAY.  WHAT WAS YOUR SOURCE OF

3     INFORMATION THIS MORNING?

4                    PROSPECTIVE JUROR:  THE TELEVISION.

5                    THE COURT:  TV NEWS?

6                    PROSPECTIVE JUROR:  YEAH, NEWS.

7                    THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT ANY

8     DISPUTE BETWEEN APPLE AND SAMSUNG?

9                    PROSPECTIVE JUROR:  NO.

10                   THE COURT:  DO YOU KNOW OF ANY OUTCOME OF ANY DISPUTE

11    BETWEEN APPLE AND SAMSUNG?

12                   PROSPECTIVE JUROR:  NO.

13                   THE COURT:  HAVE YOU TALKED ABOUT ANY DISPUTE BETWEEN

14    APPLE AND SAMSUNG WITH ANYONE?

15                   PROSPECTIVE JUROR:  NO.

16                   THE COURT:  WHEN YOU HEARD THE TV NEWS THIS MORNING,

17    WERE YOU SPECIFICALLY SEARCHING FOR ANY INFORMATION ABOUT THIS

18    CASE?  OR YOU JUST HAPPENED TO HAVE IT ON AS PART OF --

19                   PROSPECTIVE JUROR:  NO.  IT WAS JUST ON IN THE

20    BACKGROUND.  I DIDN'T HEAR ANYTHING EXCEPT I HEARD THOSE TWO

21    NAMES.

22                   THE COURT:  OKAY.  WILL YOU BE A FAIR AND IMPARTIAL

23    JUROR TO BOTH SIDES IN THIS CASE?

24                   PROSPECTIVE JUROR:  YES.

25                   THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  IF YOU
```

```
1        WOULD PLEASE GO TO THE COURTROOM NUMBER 2 AND WAIT UNTIL WE

2     BRING YOU BACK FOR FURTHER QUESTIONS.

3            PLEASE DON'T DISCUSS WITH ANYONE WHAT WE'VE JUST TALKED

4     ABOUT.

5                 PROSPECTIVE JUROR:  OKAY.

6                 THE COURT:  OKAY.  THANK YOU.

7        OKAY.  LET'S BRING IN MR. VU.

8        (MR. VU PRESENT.)

9                 THE COURT:  MR. VU, WELCOME.

10                 PROSPECTIVE JUROR:  HI.

11                 THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE

12    BETWEEN APPLE AND SAMSUNG?

13                 PROSPECTIVE JUROR:  I RECALL A WHILE BACK THERE WAS A

14    DISPUTE ABOUT THE INTERFACE, HOW THEY WERE SIMILAR, THE ICON

15    AND ALL THAT WERE KIND OF SIMILAR AND STUFF.

16                 THE COURT:  OKAY.  WHAT WAS YOUR SOURCE OF

17    INFORMATION ABOUT THAT?

18                 PROSPECTIVE JUROR:  I THINK THE INTERNET.

19                 THE COURT:  AND WHAT SOURCES ON THE INTERNET?

20                 PROSPECTIVE JUROR:  GOOGLE.

21                 THE COURT:  WHEN DID YOU READ THE INFORMATION ABOUT

22    THE SIMILARITIES ABOUT THE ICONS?

23                 PROSPECTIVE JUROR:  I THINK THREE YEARS BACK, FOUR

24    YEARS BACK.

25                 THE COURT:  THREE OR FOUR YEARS AGO?
```

```
 1              PROSPECTIVE JUROR:  YEAH.

 2              THE COURT:  OKAY.  OTHER THAN THAT TIME, HAVE YOU

 3    HEARD ANYTHING ELSE ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

 4              PROSPECTIVE JUROR:  I'VE HEARD, BUT I HAVEN'T REALLY

 5    REMEMBERED.  JUST -- IT JUST PASSED BY.  I SKIMMED ARTICLES AND

 6    STUFF.

 7              THE COURT:  OKAY.  YOU'VE SEEN HEADLINES?

 8              PROSPECTIVE JUROR:  YEAH, HEADLINES.

 9              THE COURT:  ALSO ON GOOGLE INTERNET?

10              PROSPECTIVE JUROR:  YES.

11              THE COURT:  AND DID YOU EVER CLICK ON THE LINKS AND

12    ACTUALLY READ THE FULL ARTICLE, OR YOU JUST SAW THE HEADLINE?

13              PROSPECTIVE JUROR:  JUST BASICALLY HEADLINES.

14              THE COURT:  OKAY.  DO YOU RECALL WHEN YOU SAW THOSE

15    HEADLINES?

16              PROSPECTIVE JUROR:  NOT REALLY.  THROUGHOUT THE

17    YEARS.

18              THE COURT:  PRETTY CONSISTENTLY THROUGHOUT ALL OF

19    THOSE YEARS?

20              PROSPECTIVE JUROR:  YEAH.

21              THE COURT:  ALL RIGHT.  DO YOU KNOW OF ANY OUTCOMES

22    OF ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

23              PROSPECTIVE JUROR:  NO.

24              THE COURT:  DO YOU HAVE AN OPINION ABOUT ANY OF THE

25    DISPUTES BETWEEN APPLE AND SAMSUNG?
```

1          PROSPECTIVE JUROR:  NO, NOT REALLY.

2          THE COURT:  WHEN YOU SAY "NOT REALLY," DOES THAT MEAN

3    YOU HAVE A MILD OPINION OR A SOFT OPINION?

4          PROSPECTIVE JUROR:  OH, I DON'T REALLY KEEP IN TOUCH

5    WITH THAT -- THE TOPICS.  I DON'T REALLY FOLLOW.  SO I DON'T

6    REALLY HAVE AN OPINION ABOUT IT.

7          THE COURT:  HAVE YOU TALKED WITH ANYONE ABOUT ANY

8    DISPUTE BETWEEN APPLE AND SAMSUNG?

9          PROSPECTIVE JUROR:  NO.

10          THE COURT:  HAS ANYONE SHARED THEIR OPINION WITH YOU

11    ABOUT APPLE AND SAMSUNG DISPUTES?

12          PROSPECTIVE JUROR:  YES.

13          THE COURT:  WHO HAS?

14          PROSPECTIVE JUROR:  MY FRIENDS.  THEY BROUGHT IT UP,

15    BUT I DON'T REALLY TALK ABOUT IT.

16          THE COURT:  WHAT DO YOUR FRIENDS SAY?

17          PROSPECTIVE JUROR:  I CAN'T RECALL.  THEY JUST TALK

18    ABOUT IT.  I JUST HEAR IT.

19          THE COURT:  HOW LONG AGO WAS THAT?

20          PROSPECTIVE JUROR:  A WHILE BACK WHEN THE -- LIKE ONE

21    OR TWO YEARS AGO, EASIER STUFF.

22          THE COURT:  SO WHAT WAS YOUR FRIENDS' OPINIONS ABOUT

23    THE CASE, IF YOU REMEMBER?

24          PROSPECTIVE JUROR:  I DON'T REALLY REMEMBER.

25          THE COURT:  ALL RIGHT.  DID YOUR FRIENDS HAVE

```
1        OPINIONS ONE WAY OR THE OTHER?

2                 PROSPECTIVE JUROR:  I BELIEVE SO.

3                 THE COURT:  AND WHAT WERE THOSE -- YOU DON'T RECALL

4        THOSE OPINIONS?

5                 PROSPECTIVE JUROR:  I DON'T RECALL THOSE OPINIONS.

6        BUT THEY HAD THEIR, THEIR STORY, THEIR STANCE.  I DON'T

7        REMEMBER WHAT THEY'RE REALLY --

8                 THE COURT:  DO YOU REMEMBER WHICH SIDE THEY WERE ON,

9        EVEN IF YOU DON'T REMEMBER WHAT THE OPINION WAS?

10                PROSPECTIVE JUROR:  PROBABLY THE SAMSUNG SIDE.

11                THE COURT:  OKAY.  ALL OF YOUR FRIENDS?

12                PROSPECTIVE JUROR:  NO.  MIXED REVIEWS.  BUT THEY'RE

13       ON BOTH SIDES.

14                THE COURT:  THERE WERE SOME THAT WERE FAVORABLE TO

15       APPLE?

16                PROSPECTIVE JUROR:  YES.

17                THE COURT:  OKAY.  WOULD YOU BE A FAIR AND IMPARTIAL

18       JUROR TO BOTH SIDES IN THIS CASE?

19                PROSPECTIVE JUROR:  YES.

20                THE COURT:  ALL RIGHT.  I'M GOING TO ALLOW A QUESTION

21       AND A FOLLOWUP FROM EACH COUNSEL.  GO AHEAD, PLEASE.

22                MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

23                THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

24                MR. QUINN:  NOTHING FOR SAMSUNG.

25                THE COURT:  OKAY.  ALL RIGHT.
```

```
 1              ALL RIGHT.  MR. VU, WILL YOU DECIDE THIS CASE BASED SOLELY
 2     ON THE EVIDENCE THAT'S ADMITTED DURING THE CASE?
 3              PROSPECTIVE JUROR:  YES.
 4              THE COURT:  AND NOT ON ANYTHING YOU MAY HAVE HEARD
 5     FROM YOUR FRIENDS OR ANY HEADLINE YOU MAY HAVE READ OVER THE
 6     YEARS?
 7              PROSPECTIVE JUROR:  YEAH.
 8              THE COURT:  ALL RIGHT.  I'M GOING TO ASK THAT YOU
 9     PLEASE GO TO JUDGE LLOYD'S COURTROOM AND WAIT UNTIL WE BRING
10     YOU BACK FOR FURTHER QUESTIONS.  PLEASE DON'T DISCUSS WHAT WE
11     HAVE DISCUSSED WITH ANYONE.
12              PROSPECTIVE JUROR:  OKAY.
13              THE COURT:  THANK YOU.
14         (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE
15     CLERK.)
16              THE COURT:  ALL RIGHT.  LET ME INFORM THE PARTIES
17     THAT WE'VE JUST BEEN INFORMED BY THE JURY COORDINATOR THAT
18     RANDOM JUROR NUMBER 10, DIEP HONG LE, LAST NAME SPELLED L-E,
19     LEARNED OVER LUNCH THAT SHE'S HAD A DEATH IN THE FAMILY AND SHE
20     WOULD LIKE TO BE EXCUSED.  SO I'M GOING TO EXCUSE HER.
21         ANY OBJECTION TO THAT?
22              MR. QUINN:  NO OBJECTION.
23              MR. LEE:  NO OBJECTION.
24              THE COURT:  ALL RIGHT.  SO IF YOU WOULD LET
25     MS. HARWELL KNOW TO GO AHEAD AND EXCUSE HER FOR HARDSHIP.
```

1    NONE OF THE HARDSHIPS HAVE BEEN EXCUSED.  IF WE NEED TO

2    BRING ANY OF THEM UP, THEY'RE POTENTIAL JURORS.  THEY'RE ALL

3    POTENTIALLY JURORS RIGHT NOW.

4    OKAY.  LET'S GO WITH IAN SULLIVAN, PLEASE.

5    (MR. SULLIVAN PRESENT.)

6    THE COURT:  WELCOME, MR. SULLIVAN.  PLEASE TAKE THE

7    FIRST AVAILABLE CHAIR.

8    WHAT DO YOU KNOW ABOUT ANY DISPUTE BETWEEN THESE

9    COMPANIES?

10    PROSPECTIVE JUROR:  WELL, I BELIEVE I'VE HEARD

11    SOMETHING ABOUT A PATENT DISPUTE.  AND IF I RECALL, I KNOW

12    SOMETHING ABOUT A CASE MAYBE IN EUROPE WHERE APPLE WON.

13    OTHER THAN THAT, MAYBE SOMETHING TO DO WITH ANDROID

14    OPERATING SYSTEM AND HOW, HOW IT'S IMPLEMENTED ON THE DEVICES

15    IN QUESTION.

16    THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?

17    PROSPECTIVE JUROR:  PROBABLY OFF THE INTERNET.  I

18    CAN'T RECALL SPECIFICALLY.  I HAVE VARIOUS FEEDS ON MY PHONE.

19    THE COURT:  ALL RIGHT.  WHAT ARE THE FEEDS?

20    PROSPECTIVE JUROR:  BUZZ FEED, GEEK BYTE.  THAT'S A

21    FEED READER.  IT'S VARIOUS SOURCES ON IT.  I DON'T EVEN KNOW

22    WHAT THE VARIOUS SOURCES THAT COME IN ON IT.

23    THE COURT:  AND DO YOU RECALL WHEN YOU READ ANY

24    INFORMATION ABOUT THESE DISPUTES?

25    PROSPECTIVE JUROR:  IT WOULD HAVE BEEN A WHILE AGO.

1    I DON'T REMEMBER READING ANYTHING ABOUT IT RECENTLY.  IT WOULD

2    HAVE BEEN PROBABLY MORE THAN A MONTH AGO.  I'VE BEEN PRETTY

3    BUSY AT WORK LATELY.

4         THE COURT:  AND WHEN WAS THE FIRST TIME YOU HEARD

5    ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

6         PROSPECTIVE JUROR:  PROBABLY NEAR THE END OF LAST

7    YEAR.

8         THE COURT:  END OF LAST YEAR?  NEAR THE END OF LAST

9    YEAR?

10         PROSPECTIVE JUROR:  YEAH.

11         THE COURT:  OKAY.  DID YOU HEAR ABOUT, DO YOU KNOW,

12    ABOUT ANY OUTCOMES OF ANY DISPUTES BETWEEN THESE COMPANIES?  I

13    KNOW YOU ALREADY SAID YOU HEARD APPLE WON IN EUROPE?

14         PROSPECTIVE JUROR:  YEAH, THAT'S --

15         THE COURT:  THAT'S YOUR UNDERSTANDING.

16         PROSPECTIVE JUROR:  THAT'S THE ONLY THING I REMEMBER.

17         THE COURT:  THAT'S IT?

18         PROSPECTIVE JUROR:  YEAH.

19         THE COURT:  OKAY.  NOW, DID YOU JUST READ HEADLINES

20    OR DID YOU ACTUALLY READ THE ARTICLES?

21         PROSPECTIVE JUROR:  I DID READ SOME ARTICLES AND I

22    MAY HAVE -- I PROBABLY DISCUSSED THIS WITH SOME OF MY

23    COLLEAGUES.  I WORK IN --

24         THE COURT:  WHERE DO YOU WORK?

25         PROSPECTIVE JUROR:  I WORK AT MICROSOFT.

```
1              THE COURT:  OKAY.  WHAT DO YOU DO FOR MICROSOFT?

2              PROSPECTIVE JUROR:  I'M A PROGRAMMER ON OUTLOOK.COM,

3       IT'S A FREE WEB, FREE E-MAIL, WEB MAIL.

4              THE COURT:  AND WHAT HAVE YOUR CO-WORKERS SAID ABOUT

5       THE CASE?

6              PROSPECTIVE JUROR:  IT PROBABLY -- THAT'S PROBABLY

7       WHERE I'VE FOUND THE CLARIFICATIONS ABOUT ANDROID OPERATING

8       SYSTEM AND SPECIFIC IMPLEMENTATIONS OF U/I.  THAT SEEMS LIKE

9       THAT'S WHERE I WOULD HAVE HEARD THAT.

10             THE COURT:  AND HAVE YOU HAD ANY DISCUSSIONS ABOUT

11      THIS SPECIFIC CASE?

12             PROSPECTIVE JUROR:  NO.

13             THE COURT:  DO YOU HAVE ANY OPINION ABOUT ANY DISPUTE

14      BETWEEN APPLE AND SAMSUNG?

15             PROSPECTIVE JUROR:  NO.

16             THE COURT:  NOW, WILL MICROSOFT BENEFIT IF EITHER

17      SIDE WINS?

18             PROSPECTIVE JUROR:  I -- NO.  I THINK THEY'VE -- THEY

19      WOULD BE THE SAME EITHER WAY AS FAR AS I CAN TELL.

20             THE COURT:  WHAT WERE YOUR CO-WORKERS' OPINIONS ABOUT

21      THE CASE?

22             PROSPECTIVE JUROR:  I THINK IT WAS MOSTLY MORE ABOUT

23      TALKING ABOUT HOW THE ANDROID OPERATING SYSTEM WORKS AND, YOU

24      KNOW, WHO GOT THERE FIRST ON WHAT TYPES OF U/I OR WHAT KIND OF

25      FEEDBACK OR WHATEVER IT WAS.  IT'S VERY HAZY.  I DON'T REMEMBER
```

1    IT CLEARLY.

2              THE COURT:  WHY DIDN'T YOU DISCUSS THE APPLE

3    OPERATING SYSTEM?

4              PROSPECTIVE JUROR:  I COULDN'T SAY.  I MEAN,

5    SPECIFICALLY, MY GUESS WOULD BE THAT THE FEELING IS THAT IT WAS

6    THERE FIRST MAYBE, THAT IT WAS SOME SORT OF -- THAT WE MAY HAVE

7    TAKEN THE POSITION THAT THAT WAS THE, LIKE, THE ORIGINATOR OR

8    THE STARTING PLACE AND THAT ANDROID MIGHT HAVE BEEN THE THING

9    AFTERWARDS.

10        AGAIN, LIKE, I'M JUST MAKING A GUESS NOW, BUT THAT'S

11   PROBABLY MY FEELING, YEAH.

12             THE COURT:  SO DOES APPLE HAVE A LEG UP WITH YOU IN

13   THIS DISPUTE BASED ON WHAT YOU'VE SAID?  OR ANYTHING ELSE THAT

14   YOU'VE HEARD OR THOUGHT?

15             PROSPECTIVE JUROR:  UM, I -- I COULDN'T SAY REALLY.

16   I MEAN, I DON'T KNOW WHAT -- I DON'T KNOW WHAT THE SPECIFIC

17   DISPUTE IS.  LIKE I SAID, THAT WAS -- THAT WAS PRETTY MUCH THE

18   POSITION I TOOK BECAUSE -- YEAH.  I COULDN'T SAY REALLY.  I

19   DON'T THINK -- I DON'T THINK SO.

20             THE COURT:  DO YOU KNOW ABOUT ANY OF THE INTELLECTUAL

21   PROPERTY THAT'S THE SUBJECT OF THIS LAWSUIT?

22             PROSPECTIVE JUROR:  NO.

23             THE COURT:  OKAY.

24             PROSPECTIVE JUROR:  NOT -- I DON'T THINK SO.  I

25   CERTAINLY -- ANYTHING I KNOW, I DON'T KNOW SPECIFICALLY ABOUT

1  THIS CASE.

2          THE COURT:  ALL RIGHT.  WOULD YOU BE A FAIR AND

3  IMPARTIAL JUROR IN THIS CASE TO BOTH SIDES?

4          PROSPECTIVE JUROR:  I THINK SO, YES.

5          THE COURT:  DO YOU HAVE ANY LIKES OR DISLIKES,

6  SYMPATHIES AS FAR AS EITHER PARTY IS CONCERNED?

7          PROSPECTIVE JUROR:  I USED MACINTOSH COMPUTERS A LOT

8  IN MY YOUNGER YEARS, BUT I WORK FOR MICROSOFT NOW.  I DON'T

9  THINK I HAVE ANY SPECIFIC BIAS THERE.

10          THE COURT:  DO YOU HAVE ANY UNSPECIFIC BIAS?

11          PROSPECTIVE JUROR:  NO, NOTHING.  NO, I HAVE NO BIAS.

12          THE COURT:  OKAY.  ALL RIGHT.

13  I'M GOING TO ALLOW EACH COUNSEL TO ASK A QUESTION AND ASK

14  A FOLLOWUP, PLEASE.

15          MR. LEE:  MY NAME IS BILL LEE, AND I'M ONE OF THE

16  LAWYERS REPRESENTING APPLE.  I JUST WANT TO ASK YOU ONE

17  QUESTION.

18  YOU SAID YOU'RE A SOFTWARE PROGRAMMER.

19          PROSPECTIVE JUROR:  YES.

20          MR. LEE:  DO YOU HAVE ANY VIEW ONE WAY OR THE OTHER

21  ON THE PATENTING OF SOFTWARE AND SOFTWARE PATENTS?

22          PROSPECTIVE JUROR:  DO I HAVE ANY -- YES, I BELIEVE

23  THEY'RE A GOOD THING.

24          MR. LEE:  OKAY.  THANK YOU.  NOTHING FURTHER.

25          THE COURT:  ALL RIGHT.  MR. QUINN?

```
 1              MR. QUINN:  MR. SULLIVAN, MY NAME IS JOHN QUINN, AND

 2     I'M ONE OF THE ATTORNEYS FOR SAMSUNG.

 3          DO YOU HAVE ANY FEELINGS ONE WAY OR ANOTHER ABOUT IOS

 4     OPERATING SYSTEM VERSUS THE ANDROID OPERATING SYSTEM?  ANY --

 5              PROSPECTIVE JUROR:  THE ONLY SPECIFIC FEELING IS THAT

 6     I'VE NEVER OWNED AN ANDROID.  I DID OWN AN IPHONE A WHILE BACK,

 7     AND I OWN WINDOWS PHONES, BUT I'VE NEVER -- THAT'S THE ONLY

 8     FEELING.  I'VE NEVER USED AN ANDROID PHONE.

 9              MR. QUINN:  ALL RIGHT.  THANK YOU.

10              THE COURT:  MR. SULLIVAN, WOULD YOU DECIDE THIS CASE

11     BASED SOLELY ON THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL?

12              PROSPECTIVE JUROR:  YES.

13              THE COURT:  AND YOU WOULD APPLY THE LAW AS I INSTRUCT

14     YOU?

15              PROSPECTIVE JUROR:  YES.

16              THE COURT:  ALL RIGHT.  IF YOU WOULD, PLEASE, FOLLOW

17     MS. BAUTISTA TO JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT UNTIL

18     WE BRING YOU BACK FOR FURTHER QUESTIONS.  THANK YOU.

19          PLEASE DON'T DISCUSS WHAT WE'VE DISCUSSED WITH ANYONE.

20     JUST GO AHEAD AND USE THAT MAIN ENTRANCE TO THE COURTROOM IN

21     THE BACK.  THANK YOU.

22          LET'S BRING IN MR. PALMER, PLEASE.

23          (MR. PALMER PRESENT.)

24              THE COURT:  WELCOME, MR. PALMER.

25              PROSPECTIVE JUROR:  GOOD AFTERNOON.
```

```
1              THE COURT:  WHAT DO YOU KNOW ABOUT ANY DISPUTE
2    BETWEEN APPLE AND SAMSUNG?
3              PROSPECTIVE JUROR:  VERY LITTLE, OTHER THAN HEADLINES
4    IN THE NEWS.
5              THE COURT:  AND WHAT HEADLINES HAVE YOU READ?
6              PROSPECTIVE JUROR:  INTELLECTUAL PROPERTY RIGHTS
7    ISSUES, SAME LOOK AND FEEL, SOFTWARE, SOMETHING TO THAT EFFECT.
8              THE COURT:  DO YOU RECALL WHEN YOU READ THAT?
9              PROSPECTIVE JUROR:  SOMETIME OVER THE PAST YEAR.
10             THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?
11             PROSPECTIVE JUROR:  GLANCING AT THE NEWSPAPER
12   PERHAPS, OR LISTENING TO THE NEWS.  I'M NOT QUITE SURE.
13             THE COURT:  ALL RIGHT.  DO YOU RECALL IF YOU JUST
14   READ HEADLINES OR WHETHER YOU ACTUALLY READ THE STORIES?
15             PROSPECTIVE JUROR:  NO.  I MEAN, I SKIPPED TO THE
16   SPORTS SECTION, SO I DON'T RECALL MANY OF THE DETAILS.
17             THE COURT:  BUT DID YOU READ THE ACTUAL STORIES ABOUT
18   THE -- ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?
19             PROSPECTIVE JUROR:  VERY LITTLE.  CURSORY, CURSORY
20   LOOK.
21             THE COURT:  OKAY.  BUT YOU DID READ IT THEN?
22             PROSPECTIVE JUROR:  YES.
23             THE COURT:  OKAY.  DO YOU KNOW ABOUT ANY OUTCOMES OF
24   ANY APPLE AND SAMSUNG DISPUTES?
25             PROSPECTIVE JUROR:  I'M NOT CLEAR ON HOW THIS WAS --
```

```
 1        HOW IT ACTUALLY TURNED OUT, BUT MY PERCEPTION SEEMS TO BE THAT

 2        APPLE HAS WON CERTAIN INTELLECTUAL PROPERTY RIGHTS ON THIS

 3        PARTICULAR CASE.  BUT I MAY BE WRONG.

 4              THE COURT:  WELL, THIS PARTICULAR CASE THE JURY IS

 5        GOING TO DECIDE.  DO YOU KNOW ANYTHING ABOUT THIS PARTICULAR

 6        CASE THAT'S CURRENTLY BEFORE US?

 7              PROSPECTIVE JUROR:  NO, I DO NOT.

 8              THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT ANY

 9        OF THE OUTCOMES ABOUT ANY OF THE APPLE AND SAMSUNG DISPUTES?

10              PROSPECTIVE JUROR:  NO, I DO NOT.

11              THE COURT:  HAVE YOU DISCUSSED ANY APPLE AND SAMSUNG

12        DISPUTE WITH ANYONE?

13              PROSPECTIVE JUROR:  NO, I HAVE NOT.

14              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

15        APPLE AND SAMSUNG DISPUTE WITH YOU?

16              PROSPECTIVE JUROR:  NO.

17              THE COURT:  WILL YOU BE FAIR AND IMPARTIAL TO BOTH

18        SIDES IN THIS CASE?

19              PROSPECTIVE JUROR:  I BELIEVE I CAN.

20              THE COURT:  WOULD YOU DECIDE THIS CASE BASED SOLELY

21        ON THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL?

22              PROSPECTIVE JUROR:  YES, YOUR HONOR.

23              THE COURT:  ALL RIGHT.

24           ANY QUESTIONS?

25              MR. LEE:  NO, YOUR HONOR.
```

```
 1              MR. QUINN:  NO, YOUR HONOR.

 2              THE COURT:  ALL RIGHT.  THEN LET'S GO AHEAD AND,

 3     MR. PALMER, CAN YOU TAKE YOUR SEAT, I THINK YOU'RE IN 33 OVER

 4     HERE, AND I'M GOING TO ASK THAT WE BRING IN EVERYONE FROM

 5     JUDGE LLOYD'S COURTROOM, THE REST OF OUR 35.

 6              WE NEED EVERYONE BROUGHT IN FROM COURTROOM 2.  THANK YOU.

 7              (PAUSE IN PROCEEDINGS.)

 8              THE COURT:  DOES EVERYONE REMEMBER THEIR SEATS, OR

 9     WOULD YOU LIKE US TO --

10              PROSPECTIVE JUROR:  IT MIGHT BE HELPFUL.

11              THE COURT:  OKAY.  MS. PARKER BROWN, IF YOU COULD GO

12     AHEAD AND READ OUT THE NAMES.

13          OKAY.  SEAT NUMBER 1 IS MR. BERG; NUMBER 2 IS MS. NGUYEN;

14     NUMBER 3 IS MS. CHEN; NUMBER 4 IS MS. SAGE; MR. VON DOLLEN IS

15     NUMBER 5; MR. FRAGOSO IS NUMBER 7.  EVERYBODY IS IN THE BACK

16     ROW.

17              MR. DUNHAM IS NUMBER 8; MS. PALMADA IS NUMBER 9; SEAT 10

18     IS -- 10 AND 11 ARE EMPTY BECAUSE THEY WERE EXCUSED.

19              MR. HAMSTRA IS NUMBER 12; MS. CHEN IS NUMBER 13;

20     MR. MORGAN IS NUMBER 14.

21              THE COURT:  MS. BUMB IS NUMBER 15, MR. KRICHEVSKIY,

22     AND MR. SABETSHARGHI IS 16.

23          ALL RIGHT.  EVERYONE IS SEATED.

24          ALL RIGHT.  PLEASE TAKE A SEAT.  THANK YOU.  BEFORE I --

25              MR. SWARUUP:  WE HAVE ANOTHER JUROR WHO DOESN'T HAVE
```

```
1        A SEAT NUMBER.  WHAT'S YOUR NAME?

2                PROSPECTIVE JUROR:  YOUNG, Y-O-U-N-G, FIRST NAME

3        HERSHEL.

4                THE CLERK:  OH, 22.

5                PROSPECTIVE JUROR:  AM I 23, THEN, JOHNSON?

6                THE COURT:  YES, 22, WHICH IS THE FIRST SEAT ON THE

7        LAST ROW ON THE LAST SIDE.

8                PROSPECTIVE JUROR:  SORRY.

9                PROSPECTIVE JUROR:  THAT'S OKAY.  THANK YOU.

10               THE COURT:  ALL RIGHT.  THANK YOU.  IS EVERYONE

11       SEATED NOW?  I'M SORRY I DIDN'T CATCH THAT.  ALL RIGHT.

12       EVERYONE IS SEATED.

13           SO WE'RE NOW GOING TO ASK QUESTIONS OF ALL OF YOU.

14           DOES EVERYONE HAVE A LIST OF THE WITNESSES ON THEIR CHAIR,

15       LAWYERS, COMPANIES?  DOES ANYONE NEED ONE?  IF YOU DO, RAISE

16       YOUR HAND.

17           OKAY.  DOES EVERYONE -- DO YOU HAVE ONE AS WELL,

18       MS. PALMADA?

19               PROSPECTIVE JUROR:  YES.

20               THE COURT:  OKAY.  BEFORE I ASK THAT, LET ME ASK IF

21       ANY OF YOU, YOUR FAMILY MEMBER OR CLOSE FRIEND -- WELL,

22       ACTUALLY, LET ME FIRST JUST START OFF WITH DO ANY OF YOU OWN

23       ANY STOCK IN APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC, NOKIA OR

24       SEAGATE, OR HAVE A BUSINESS RELATIONSHIP WITH ANY OF THOSE

25       ENTITIES.
```

```
1              AND I MIGHT AS WELL FIND OUT ABOUT WHETHER YOU HAVE A
2      FAMILY MEMBER OR A CLOSE FRIEND WHO IS IN THAT SITUATION AS
3      WELL.
4              WOULD YOU RAISE YOUR HAND.
5              OKAY.  LET'S START THEN WITH NUMBER 4, MS. SAGE.  GO
6      AHEAD, PLEASE.
7                   PROSPECTIVE JUROR:  I WORK FOR SEAGATE.
8                   THE COURT:  ALL RIGHT.  CAN WE HAVE THE MICROPHONE
9       PASSED BACK?
10                  PROSPECTIVE JUROR:  I'M EMPLOYED BY SEAGATE.
11                  THE COURT:  AND WHAT DO YOU DO FOR SEAGATE?
12                  PROSPECTIVE JUROR:  EXECUTIVE ASSISTANT.
13                  THE COURT:  WOULD THAT IN ANY WAY AFFECT YOUR ABILITY
14      TO BE FAIR AND IMPARTIAL IN THIS CASE?
15                  PROSPECTIVE JUROR:  I DON'T BELIEVE SO.
16                  THE COURT:  DO YOU HAVE ANY DEALINGS WITH SAMSUNG IN
17      YOUR JOB OR OTHERWISE?
18                  PROSPECTIVE JUROR:  I DON'T.
19                  THE COURT:  YOU DON'T.  OKAY.  THANK YOU.  WE MAY
20      EXPLORE THAT FURTHER LATER.
21                  PROSPECTIVE JUROR:  OKAY.
22                  THE COURT:  DID ANYONE ELSE RAISE THEIR HAND?  I
23      THINK, MR. HAMSTRA, YOU DID.  OKAY.  GO AHEAD, PLEASE.
24                  PROSPECTIVE JUROR:  YES.  I OWN THE STOCKS.  I HAVE
25      SEVERAL OF THOSE.
```

```
1              THE COURT:  WHICH ONES DO YOU OWN?

2              PROSPECTIVE JUROR:  I KNOW I OWN GOOGLE AND APPLE.

3       I'D HAVE TO CHECK TO SEE IF I OWN OTHERS.

4              THE COURT:  ALL RIGHT.  WOULD THAT IN ANY WAY AFFECT

5       YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

6              PROSPECTIVE JUROR:  PROBABLY NOT.

7              THE COURT:  DO YOU OWN MORE OF ONE VERSUS THE OTHER?

8       DO YOU KNOW HOW MUCH YOU OWN OF EACH?

9              PROSPECTIVE JUROR:  I'D HAVE TO LOOK.  I DO NOT KNOW.

10             THE COURT:  ALL RIGHT.  THANK YOU.  MS. CHEN.

11             PROSPECTIVE JUROR:  MY BROTHER WORKS FOR HTC.

12             THE COURT:  YOUR BROTHER WORKS FOR HTC.  WHAT DOES HE

13      DO FOR HTC?

14             PROSPECTIVE JUROR:  HE'S A MECHANICAL ENGINEER AND

15      PROGRAM MANAGER.

16             THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

17      ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

18             PROSPECTIVE JUROR:  I DON'T THINK SO.

19             THE COURT:  WHERE DOES -- WHERE IS HE BASED?

20             PROSPECTIVE JUROR:  HE'S BASED IN SAN FRANCISCO.

21             THE COURT:  IN SAN FRANCISCO.  OKAY.  THANK YOU.

22          ANYONE ELSE RAISE THEIR HAPPENED ON THE LEFT SIDE?

23          OKAY.  LET'S GO TO MR. RAJKOVICH.

24             PROSPECTIVE JUROR:  YES.

25             THE COURT:  OKAY.  GO AHEAD, PLEASE.
```

```
 1                    PROSPECTIVE JUROR:  I OWN GOOGLE AND APPLE.

 2                    THE COURT:  ALL RIGHT.  DO YOU KNOW HOW MUCH YOU OWN

 3    OF EACH?

 4                    PROSPECTIVE JUROR:  NO.

 5                    THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

 6    ABILITY TO BE FAIR IN THIS CASE?

 7                    PROSPECTIVE JUROR:  NO.

 8                    THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO TO

 9    MR. GENEGABUS.

10                    PROSPECTIVE JUROR:  I OWN STOCK IN POSSIBLY BOTH OF

11    THEM.

12                    THE COURT:  IN BOTH GOOGLE -- WHICH ONES?

13                    PROSPECTIVE JUROR:  PROBABLY GOOGLE AND APPLE THROUGH

14    A MUTUAL FUND.  SO I'M NOT SURE WHAT THE PERCENTAGES ARE.

15                    THE COURT:  OKAY.  SO YOU HAVE A MUTUAL FUND --

16                    PROSPECTIVE JUROR:  YES.

17                    THE COURT:  -- INVESTMENT?  AND DO YOU KNOW IF THE

18    MUTUAL FUND INVESTS IN GOOGLE OR APPLE, OR YOU'RE JUST

19    GUESSING?

20                    PROSPECTIVE JUROR:  I'M 99 PERCENT SURE THE LAST TIME

21    I CHECKED.

22                    THE COURT:  THAT THEY DO?

23                    PROSPECTIVE JUROR:  YES.

24                    THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

25    ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?
```

```
1              PROSPECTIVE JUROR:  NO.

2              THE COURT:  ALL RIGHT.  ANYONE ELSE ON THE LEFT SIDE?

3    I'M SORRY.  LET'S GO BACK TO MS. NGUYEN.

4              PROSPECTIVE JUROR:  MY NIECE WORKS FOR GOOGLE.

5              THE COURT:  YOU HAVE A NIECE WHO WORKS FOR GOOGLE?

6              PROSPECTIVE JUROR:  YES.

7              THE COURT:  OKAY.  DO YOU KNOW WHAT SHE DOES FOR

8    GOOGLE?

9              PROSPECTIVE JUROR:  SHE'S A RECRUITER.

10             THE COURT:  SHE'S A -- A RECRUITER.  A HUMAN

11   RESOURCES RECRUITER?

12             PROSPECTIVE JUROR:  YES.

13             THE COURT:  OKAY.  DOES SHE WORK IN -- WHERE DOES SHE

14   WORK?

15             PROSPECTIVE JUROR:  I BELIEVE IN MOUNTAIN VIEW.

16             THE COURT:  IN MOUNTAIN VIEW.

17             PROSPECTIVE JUROR:  YES.

18             THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

19   ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

20             PROSPECTIVE JUROR:  NO.

21             THE COURT:  ALL RIGHT.  THANK YOU.  I THINK I SAW

22   SOME MORE HANDS RAISED.  OKAY.

23         LET'S GO TO, IS IT MS. PATE?

24             PROSPECTIVE JUROR:  PATE, YES.  I OWN 20 SHARES OF

25   APPLE STOCK.
```

```
 1              THE COURT:  YOU OWN 20 SHARES OF APPLE STOCK.

 2         DO YOU WANT TO VOIR DIRE MS. PATE, MR. QUINN?

 3              MR. QUINN:  NO, NOT AT THIS POINT, YOUR HONOR.

 4              THE COURT:  OKAY.  ALL RIGHT.

 5         WOULD YOUR OWNERSHIP OF 20 SHARES -- DO YOU OWN STOCK IN

 6   GOOGLE OR ANY OF THE OTHER COMPANIES?

 7              PROSPECTIVE JUROR:  NO.

 8              THE COURT:  OKAY.  WOULD THAT AFFECT YOUR ABILITY TO

 9    BE FAIR AND IMPARTIAL IN THIS CASE?

10              PROSPECTIVE JUROR:  NO.

11              THE COURT:  ALL RIGHT.  THANK YOU.

12         LET'S GO TO MS., IS IT WANG OR WANG?

13              PROSPECTIVE JUROR:  WANG.

14              THE COURT:  MS. WANG?

15              PROSPECTIVE JUROR:  MY NEPHEW WORKS FOR GOOGLE.

16              THE COURT:  YOUR NEPHEW WORKS FOR GOOGLE.  DO YOU

17   KNOW WHAT HE DOES FOR GOOGLE?

18              PROSPECTIVE JUROR:  ENGINEER.

19              THE COURT:  OKAY.  AND DO YOU KNOW WHAT PRODUCTS OR

20   FEATURES HE WORKS ON AT GOOGLE?

21              PROSPECTIVE JUROR:  IT'S A SECRET.  HE WON'T TELL.

22         (LAUGHTER.)

23              THE COURT:  ALL RIGHT.  WELL, WE DON'T WANT YOU TO

24   GET IN TROUBLE WITH HIM BY ASKING.

25         WOULD THAT IN ANY WAY AFFECT YOUR ABILITY TO BE FAIR AND
```

```
1        IMPARTIAL?

2                PROSPECTIVE JUROR:  NO.

3                THE COURT:  ALL RIGHT.  THANK YOU.  ANYONE ELSE ON

4        THE LEFT SIDE?  LET'S GO TO THE RIGHT SIDE.  DID ANYONE ELSE

5        RAISE THEIR HAND?  LET'S START OFF WITH THE BACK ROW.

6            I'M GOING TO ASK IF YOU COULD PASS THE MICROPHONE BACK.

7            LET'S START WITH MR. ZAPATA.

8                PROSPECTIVE JUROR:  YES.

9                THE COURT:  OKAY.  GO AHEAD, PLEASE, SIR.

10               PROSPECTIVE JUROR:  YES.  MY FRIEND'S DAUGHTER WORKS

11       FOR APPLE.

12               THE COURT:  DOES OR USED TO?

13               PROSPECTIVE JUROR:  NO, DOES.

14               THE COURT:  DOES NOW.  DO YOU KNOW WHAT THE

15       DAUGHTER'S JOB IS?

16               PROSPECTIVE JUROR:  NO, I DON'T KNOW WHAT SHE DOES.

17               THE COURT:  OKAY.  HOW CLOSE A FRIEND IS THAT?

18               PROSPECTIVE JUROR:  WELL, I GOLF WITH HIM EVERY,

19       EVERY WEEK.

20               THE COURT:  ALL RIGHT.  HOW OFTEN DO YOU SEE THE

21       DAUGHTER?

22               PROSPECTIVE JUROR:  JUST ON GET-TOGETHERS.  NOT VERY

23       OFTEN.

24               THE COURT:  NOT VERY OFTEN.  LIKE ONCE A YEAR?

25               PROSPECTIVE JUROR:  ONCE, TWICE A YEAR.
```

```
1              THE COURT:  ALL RIGHT.  WOULD THAT IN ANY WAY AFFECT

2    YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

3              PROSPECTIVE JUROR:  NO.

4              THE COURT:  ALL RIGHT.  THANK YOU.  WHO ELSE RAISED

5    THEIR HAND IN THE BACK ROW?

6          ALL RIGHT.  LET'S GO TO MR. HSIAO.

7              PROSPECTIVE JUROR:  I'M A, A STOCKHOLDER IN APPLE.

8              THE COURT:  I'M SORRY.

9              PROSPECTIVE JUROR:  I OWN A THOUSAND SHARES OF APPLE.

10             MR. PRICE:  YOUR HONOR, CAN I ASK A COUPLE QUESTIONS

11   OF MR. HSIAO?

12             THE COURT:  GO AHEAD, PLEASE.

13             MR. PRICE:  MR. HSIAO, FIRST, DO YOU KNOW -- DO YOU

14   HAVE ANY IDEA OF THE APPROXIMATE MARKET SHARE OF THOSE SHARES?

15             PROSPECTIVE JUROR:  I'M SORRY?

16             MR. PRICE:  DO YOU KNOW THE MARKET VALUE OF THOSE

17   SHARES?

18             PROSPECTIVE JUROR:  I HAVE NOT CHECKED IN A WHILE.

19   MY FINANCIAL PLANNER KEEPS TABS ON THAT.  LAST TIME I CHECKED

20   WE WERE IN THE 500 PLUS RANGE.

21             MR. PRICE:  FIVE HUNDRED DOLLARS FOR A THOUSAND

22   SHARES?

23             PROSPECTIVE JUROR:  YEAH.

24             MR. PRICE:  AND HOW IS IT YOU ACQUIRED THESE SHARES?

25   WAS IT PART OF -- WAS IT YOUR OWN INVESTMENT PLAN, OR AN
```

```
1     INVESTIGATION YOU DID, OR WHAT?

2               PROSPECTIVE JUROR:  NO.  MY FINANCIAL PLANNER PICKED

3     THE STOCK AFTER DISCUSSING IT WITH ME.

4               MR. PRICE:  DO YOU HAVE ANY BELIEF THAT --

5               THE COURT:  YOU KNOW WHAT?  EXCUSE ME.  I'M SORRY TO

6     INTERRUPT YOU.  I THINK THAT'S A SIGNIFICANT ENOUGH INVESTMENT.

7     OKAY.

8          DO YOU WANT TO BE HEARD ON THAT, MR. LEE?

9               MR. LEE:  NO, YOUR HONOR.  BUT I THINK THERE HAVE

10    BEEN A COUPLE OTHER PROSPECTIVE JURORS WHO ARE NOT QUITE SURE

11    HOW MANY SHARES THEY HAVE.  SO WE SHOULD PROBABLY FIND OUT HOW

12    MANY SHARES THE OTHERS HAVE.

13              THE COURT:  WELL, BUT IF THEY HAVE BOTH GOOGLE AND

14    APPLE STOCK, I FEEL LIKE --

15              MR. LEE:  WELL, IT'S APPLE AND SAMSUNG, YOUR HONOR,

16    THAT ARE THE PARTIES.

17              THE COURT:  WOULD YOU LIKE TO VOIR DIRE MR. HSIAO ON

18    THE SHARES?

19              MR. LEE:  NO.

20              THE COURT:  WHAT ARE YOU PROPOSING, THAT WE TAKE A

21    BREAK SO EVERYONE CAN GO CALL THEIR FINANCIAL PLANNERS TO GET

22    THE SHARES?  I DON'T MEAN TO BE FLIP.  I WOULD LIKE TO PROCEED

23    BECAUSE I WOULD LIKE TO SELECT A JURY TODAY.

24              MR. LEE:  YOUR HONOR, I'M FLIPPING BACK THROUGH MY

25    NOTES.  I THINK THAT THE ONLY -- I'M NOT SUGGESTING WE TAKE A
```

```
1        BREAK AND EVERYBODY GO BACK AND DO THAT BUT I THINK --

2                THE COURT:  MR. HAMSTRA OWNS GOOGLE AND APPLE.

3                MR. LEE:  YES.  MR. HAMSTRA IS MAYBE THE ONLY ONE --

4                THE COURT:  MR. RAJKOVICH OWNS GOOGLE AND APPLE.

5                MR. LEE:  AND I THINK WE ASKED MR. HAMSTRA HOW MANY

6        OF EACH AND HE WASN'T SURE.  I'M NOT SURE WE ASKED

7        MR. RAJKOVICH HOW MUCH OF EACH.

8                PROSPECTIVE JUROR:  I BELIEVE THEY DID ASK ME.

9                THE COURT:  I DID ASK HIM.  HE DOESN'T KNOW.  DO YOU

10       WANT ME TO TAKE A BREAK AND THEY CAN GO TRY AND FIND THAT OUT?

11       WHAT'S YOUR SUGGESTION?

12               MR. LEE:  YOUR HONOR, I -- I DON'T HAVE A SPECIFIC

13       SUGGESTION OTHER THAN WE OUGHT TO TREAT THEM ALL FAIRLY SO THAT

14       IF ONE PERSON HAPPENS TO REMEMBER THAT HE HAS 500 SHARES, HE'S

15       NOT TREATED DIFFERENTLY THAN SOMEONE WHO DOESN'T.

16               THE COURT:  ALL RIGHT.  WHO WOULD BE IMPLICATED BY

17       THAT?  IT WOULD BE MR. HAMSTRA, MR. RAJKOVICH, MR. HSIAO.

18          ANYONE ELSE?

19               PROSPECTIVE JUROR:  YOU HAVEN'T ASKED ME YET, BUT I

20       HAVE APPLE STOCK AS WELL.

21               THE COURT:  HOW MANY SHARES DO YOU HAVE?

22               PROSPECTIVE JUROR:  ABOUT 50 SHARES, BUT THEY'RE

23       PRETTY OLD ACTUALLY.

24               THE COURT:  NOW, MS. PATE HAS 20 SHARES.  IS ANYONE

25       GOING TO MAKE A CAUSE CHALLENGE OVER 20 SHARES?
```

1           MR. QUINN:  NO, YOUR HONOR.

2           THE COURT:  ALL RIGHT.  SO WHO ELSE WOULD BE

3     IMPLICATED?  MR. HAMSTRA, MR. RAJKOVICH, MR. HSIAO, AND

4     MR. SULLIVAN.  IS THAT CORRECT?  THOSE FOUR?

5           MR. LEE:  I THINK THAT'S CORRECT.

6           MR. QUINN:  I BELIEVE THAT IS RIGHT, YOUR HONOR.

7           THE COURT:  ALL RIGHT.  I THINK THAT IS FAIR.  ALL

8     RIGHT.  MR. HSIAO, YOU'RE THANKED AND EXCUSED.

9         MR. SULLIVAN, YOU ARE THANKED AND EXCUSED.

10        MR. RAJKOVICH, YOU ARE THANKED AND EXCUSED.

11        MR. HAMSTRA, YOU ARE THANKED AND EXCUSED.  YOU HAVE

12    FULFILLED YOUR JURY DUTY.

13        IF YOU WOULD PLEASE GO TO THE SECOND FLOOR JURY ASSEMBLY

14    ROOM AND JUST NOTIFY MS. SALINAS HARWELL THAT YOU HAVE BEEN

15    EXCUSED AND HAD FULFILLED YOUR JURY DUTY, OKAY, SO THEY CAN

16    PROCESS YOUR PAPERWORK AND YOU ARE FREE TO LEAVE.

17        THANK YOU VERY MUCH.  IF YOU WOULD LEAVE YOUR NUMBERS AND

18    THE LIST OF WITNESSES AND LAWYERS ON YOUR CHAIR.  PLEASE LEAVE

19    EVERYTHING ON YOUR CHAIR.  THANK YOU.

20        ALL RIGHT.  ANYONE ELSE HAVE SHARES OF STOCK IN EITHER

21    COMPANY, ANY OF THESE COMPANIES ACTUALLY?  APPLE, SAMSUNG,

22    GOOGLE, MOTOROLA, HTC, NOKIA, OR SEAGATE?

23           PROSPECTIVE JUROR:  I JUST HAVE A QUESTION.

24           THE COURT:  YES.  THAT'S MS. CHEN.  GO AHEAD.

25           PROSPECTIVE JUROR:  WE HAVE A 401(K) AND I KIND OF

```
1    PUT, LIKE, EVERY, EVERY PAY CHECK, LIKE, 10 PERCENT OR 15

2    PERCENT.  BUT I THINK THEY, THEY INVESTED, INVESTED IN THE HIGH

3    TECH COMPANY, BUT I'M NOT TOO SURE IF ONE OF THOSE COMPANIES --

4          THE COURT:  SO YOU HAVE A 401(K).  IS THAT DIRECTLY

5    INVESTED IN SPECIFIC STOCK?

6          PROSPECTIVE JUROR:  NO.  IT'S, IT'S --

7          THE COURT:  IT'S A MUTUAL FUND?

8          PROSPECTIVE JUROR:  IT'S A -- IT'S KIND OF A GROUP OF

9    THE HIGH TECH COMPANIES.

10         THE COURT:  AND DO YOU INVEST IT AND YOU MAKE THE

11   SELECTION?  OR A, A --

12         PROSPECTIVE JUROR:  I THINK THE RETIREMENT COMPANY

13   MAKES THE SELECTION.

14         THE COURT:  OKAY.

15         PROSPECTIVE JUROR:  YEAH.  AND I KNOW THEY, THEY

16   INVEST IN HIGH TECH COMPANY, BUT I NEED TO GO BACK TO CHECK.

17   I'M NOT TOO SURE.  BUT I JUST WANT TO BE HONEST AND SAY I'M --

18   I THINK IT'S INVEST IN MY 401(K).

19         THE COURT:  OKAY.

20         PROSPECTIVE JUROR:  AND NOT ONLY THAT, I THINK IT'S

21   OVER, OVER 10 -- 100,000.

22         THE COURT:  IS IN YOUR 401(K)?

23         PROSPECTIVE JUROR:  YES.

24         THE COURT:  OKAY.  LET ME HEAR FROM THE PARTIES HOW

25   YOU'D LIKE TO PROCEED WITH MS. CHEN.  DO YOU WANT HER TO GO AND
```

```
1        TRY AND FIND OUT?

2                  MR. LEE:  NO.  I THINK, YOUR HONOR, THIS IS FINE.  WE

3        HAVE NO OBJECTION.

4                  THE COURT:  ALL RIGHT.  LET ME HEAR FROM MR. QUINN.

5                  MR. QUINN:  NO OBJECTION.

6                  THE COURT:  ALL RIGHT.  I'M GOING TO ASK, MS. CHEN,

7        YOU DO NOT FIND OUT UNTIL THIS TRIAL IS OVER.  CAN YOU COMMIT

8        TO THAT?  YOU ARE NOT GOING TO FIND OUT WHO YOUR 401(K)

9        INVESTED IN UNTIL AFTER THIS TRIAL IS DONE.

10                 PROSPECTIVE JUROR:  SURE.

11                 THE COURT:  NOW, WE DO HAVE AN ISSUE WITH

12       MR. GENEGABUS.  HE HAS A MUTUAL FUND THAT INVESTS IN BOTH

13       GOOGLE AND APPLE.  IS THERE A REQUEST FOR EXCUSAL FOR CAUSE?

14                 MR. LEE:  YOUR HONOR, I THINK HE HAS -- YES.

15                 PROSPECTIVE JUROR:  I -- SHE JUST BROUGHT SOMETHING

16       UP.  I DO HAVE OTHER INVESTMENTS THROUGH A TSP, WHICH IS A

17       THRIFT SAVINGS PLAN, WHICH WAS MY RETIREMENT FUND, AND THAT IS

18       ALSO -- I FORGOT ABOUT THAT, TOO.

19                 THE COURT:  AND WHO IS THAT INVESTED IN?  OR DO YOU

20       KNOW?

21                 PROSPECTIVE JUROR:  IT WAS A FEDERAL EMPLOYEES

22       PROGRAM.

23                 THE COURT:  OKAY.  BUT DO YOU KNOW IF THAT MONEY IS

24       INVESTED FOR ANY OF THE COMPANIES I'VE NAMED?

25                 PROSPECTIVE JUROR:  YES.
```

```
1              THE COURT:  SEAGATE, NOKIA, HTC, MOTOROLA, GOOGLE,
2    SAMSUNG, APPLE?
3              PROSPECTIVE JUROR:  YES, I'M ALMOST POSITIVE.
4              THE COURT:  WHAT DO THE PARTIES WANT TO DO?  DO YOU
5    WANT TO CHALLENGE MR. GENEGABUS FOR CAUSE?  I WILL GRANT IT.
6              MR. LEE:  YES, YOUR HONOR.
7              MR. PRICE:  YOUR HONOR, NO, THERE'S NO SHOWING THAT
8    HE WOULD BE BIASED EITHER WAY.  IT'S A GENERAL MUTUAL FUND.
9              THE COURT:  ALL RIGHT.  I DON'T NEED TO HEAR
10   ARGUMENT.  YOU'RE EXCUSED, SIR.  THANK YOU.
11        ALL RIGHT.  PLEASE GO AHEAD AND REPORT DOWN TO THE SECOND
12   FLOOR JURY ASSEMBLY ROOM AND LET THEM KNOW THAT YOU'VE
13   FULFILLED YOUR JURY DUTY.
14        OKAY.  I THINK I HAVE NOW -- WOULD COUNSEL PLEASE CHECK
15   YOUR LISTS?  WAS THERE ANYONE ELSE?
16             THE CLERK:  MS. SAGE IS RAISING HER HAND.
17             PROSPECTIVE JUROR:  I JUST WANTED TO MAKE SURE, SINCE
18   I WORK FOR SEAGATE, AND I'M IN A STOCK PURCHASE PLAN.  IS THAT
19   OKAY?
20             THE COURT:  OKAY.  WOULD ANY PARTY LIKE TO VOIR DIRE
21   MS. SAGE?  SHE'S IN A STOCK PURCHASE PLAN WITH HER EMPLOYER,
22   WHO IS SEAGATE.
23             MR. LEE:  NOT FOR APPLE, YOUR HONOR.
24             MR. PRICE:  NOT FOR SAMSUNG, YOUR HONOR.
25             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
```

```
1           NOW, HOW MANY JURORS -- ALL RIGHT.  SO I STILL HAVE 26

2     JURORS LEFT.

3           OKAY.  NOW, WOULD YOU PLEASE TAKE A LOOK AT THE LIST THAT

4     IS ON YOUR CHAIR, AND IF YOU DO NOT HAVE ONE, WOULD YOU PLEASE

5     LET ME KNOW.  THAT IS A LIST OF ALL OF THE LAWYERS AND THE

6     WITNESSES, THE FIRMS INVOLVED IN THIS CASE.

7           HAS ANYONE NOT REVIEWED THAT LIST?  IF SO, WOULD YOU

8     PLEASE RAISE YOUR HAND, IF YOU HAVE NOT REVIEWED THAT LIST.  WE

9     PASSED THOSE OUT THIS MORNING, SO EVERYONE HAS HAD THEM ALL

10    MORNING.  DID ANYONE NOT REVIEW THE LIST?

11          OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

12    RAISED.

13          HAVE ANY OF YOU HEARD OF, READ ABOUT, OR HAVE ANY PRIOR

14    KNOWLEDGE OF OR ACQUAINTANCE WITH ANY OF THE INDIVIDUALS OR

15    FIRMS IDENTIFIED ON THAT LIST?  IF SO, WOULD YOU PLEASE RAISE

16    YOUR HAND.

17          OKAY.  LET'S GO TO MS. CHEN.

18              PROSPECTIVE JUROR:  I KNOW PERSONALLY RYAN IWAHASHI.

19              THE COURT:  OKAY.  AND HOW DO YOU KNOW THAT PERSON?

20              PROSPECTIVE JUROR:  HE WENT TO MY HIGH SCHOOL, AND HE

21    ALSO WAS A YEAR AHEAD OF ME AT LAW SCHOOL.  SO I KNOW HIM

22    REALLY WELL.

23              THE COURT:  ALL RIGHT.  AND WHEN WAS THE LAST TIME

24    YOU HAD ANY CONTACT WITH MR. IWAHASHI?

25              PROSPECTIVE JUROR:  I THINK IN DECEMBER.
```

```
1                    THE COURT:  DECEMBER OF?

2                    PROSPECTIVE JUROR:  OH, 2013.  JUST OVER THE

3      HOLIDAYS.

4                    THE COURT:  OKAY.  SO THIS IS A FRIEND OF YOURS?

5                    PROSPECTIVE JUROR:  YEAH.

6                    THE COURT:  OKAY.  DID YOU DISCUSS THIS CASE AT ALL?

7                    PROSPECTIVE JUROR:  NO.

8                    THE COURT:  OR ANY CASE?

9                WOULD COUNSEL IDENTIFY WHO MR. IWAHASHI IS?  IS HE A

10     LAWYER FOR ONE OF THE LAW FIRMS OR --

11                   PROSPECTIVE JUROR:  IWAHASHI.  HIS LAST NAME IS

12     IWAHASHI.

13                   THE COURT:  THANK YOU.  WHERE DOES MR. IWAHASHI WORK?

14     DO YOU KNOW WHERE HE WORKS?

15                   PROSPECTIVE JUROR:  I THINK IT'S GIBSON, DUNN.

16                   THE COURT:  HE WORKS AT GIBSON, DUNN.  OKAY.

17                BUT HE HAS NEVER DISCUSSED WITH YOU ANY DISPUTE BETWEEN

18     APPLE AND SAMSUNG?

19                   PROSPECTIVE JUROR:  NO.

20                   THE COURT:  OKAY.  WOULD YOUR FRIENDSHIP WITH

21     MR. IWAHASHI IN ANY WAY AFFECT YOUR ABILITY TO BE FAIR AND

22     IMPARTIAL IN THIS CASE?

23                   PROSPECTIVE JUROR:  NO.  IF I DON'T SEE HIM, NO.

24                   THE COURT:  OKAY.  AND IF YOU ARE SELECTED AS A

25     JUROR, I WOULD ORDER THAT YOU NOT HAVE ANY CONTACT WITH HIM
```

```
 1        UNTIL THIS TRIAL IS OVER, UNTIL YOU'VE BEEN EXCUSED AS A JUROR.

 2            CAN YOU DO THAT?  AND WILL YOU DO THAT?

 3                 PROSPECTIVE JUROR:  YES.  I MEAN, I WOULDN'T TALK

 4        ABOUT IT.  BUT I -- THERE ARE A COUPLE OF WEDDINGS COMING UP,

 5        SO --

 6                 THE COURT:  OH, DURING THE PENDENCY OF THIS CASE?

 7                 PROSPECTIVE JUROR:  YEAH.

 8                 THE COURT:  OKAY.  AND YOU'RE GOING TO SEE HIM AT THE

 9        WEDDINGS?

10                 PROSPECTIVE JUROR:  YEAH, HE WOULD BE INVITED.

11                 THE COURT:  I'M SORRY.  HE WOULD?

12                 PROSPECTIVE JUROR:  HE WOULD BE INVITED.

13                 THE COURT:  HE WOULD BE INVITED.  I SEE.

14            ALL RIGHT.  BUT YOU WOULD BE ORDERED NOT TO SPEAK WITH HIM

15        ABOUT THIS CASE.

16                 PROSPECTIVE JUROR:  OKAY.

17                 THE COURT:  AND YOU WOULD FOLLOW THAT ORDER?

18                 PROSPECTIVE JUROR:  OF COURSE.

19                 THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

20            ANYONE ELSE RAISE THEIR HAND AS TO WITNESSES?  ALL RIGHT.

21        LET'S GO TO MS. PATE.

22                 PROSPECTIVE JUROR:  LAST YEAR I WORKED FOR A STARTUP

23         AND OUR CORPORATE COUNSEL AND WE HAD SOME I.P. APPLICATIONS

24         WITH MORRISON & FOERSTER.

25                 THE COURT:  ALL RIGHT.  DID YOU HAVE ANY INVOLVEMENT
```

```
 1        DIRECTLY WITH THAT LAW FIRM?

 2                PROSPECTIVE JUROR:  JUST WITH THEIR CLERK AND THE

 3        ATTORNEY THAT WAS HANDLING OUR APPLICATION.

 4                THE COURT:  ALL RIGHT.  ARE YOU AN INVENTOR ON THAT?

 5                PROSPECTIVE JUROR:  NO.

 6                THE COURT:  NO.  WHAT IS YOUR JOB?

 7                PROSPECTIVE JUROR:  DIRECTOR OF FINANCE.

 8                THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

 9        ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

10                PROSPECTIVE JUROR:  NO.

11                THE COURT:  SO YOU DEALT WITH A CLERK AND WHO ELSE AT

12        MORRISON & FOERSTER?

13                PROSPECTIVE JUROR:  IT WAS AN ATTORNEY.  I DON'T

14        REMEMBER HER NAME THOUGH.  IT'S NOT ONE THAT'S LISTED.

15                THE COURT:  IT'S NOT A LISTED NAME ON HERE?

16                PROSPECTIVE JUROR:  NO.

17                THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

18            ANYONE ELSE?

19            OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

20        RAISED.

21            I'M NOW GOING TO ASK EACH OF THE SIDES TO PLEASE STAND,

22        IDENTIFY YOURSELVES, IDENTIFY THE MEMBERS OF YOUR TEAMS THAT

23        YOU WANT TO IDENTIFY SO THE PROSPECTIVE JURORS CAN SEE YOU ALL

24        AND WE'LL ASK THEM IF THEY HAVE SEEN, HEARD OR KNOW OF YOU.

25                GO AHEAD, PLEASE.
```

 1            MR. LEE:  THANK YOU, YOUR HONOR.  SOME OF YOU KNOW, I

 2    SAID EARLIER, MY NAME IS BILL LEE, AND I'M ONE OF THE LAWYERS

 3    REPRESENTING APPLE.

 4        WITH ME YOU'LL SEE A NUMBER OF DIFFERENT PEOPLE, BUT WITH

 5    ME TODAY ARE HAROLD MCELHINNY, RACHEL KREVANS, DOUG GREEN,

 6    JAMIE LAIRD, MARK SELWYN, AND PETER KOLOVOS.  WE ARE FROM THE

 7    LAW FIRMS OF WILMER, HALE AND MOFO.

 8            THE COURT:  YOU MIGHT WANT TO SAY WHAT MOFO IS.

 9            MR. MCELHINNY:  I WOULD LIKE TO SAY IN THAT CONTEXT,

10    FOR THE RECORD, WE'LL SAY MORRISON & FOERSTER.

11            MR. LEE:  AND NOW YOU KNOW THAT I'M FROM WILMER,

12    HALE.

13            THE COURT:  ALL RIGHT.  HAS ANY PROSPECTIVE JUROR

14    EVER SEEN, HEARD OF OR KNOW OF ANY OF THESE INDIVIDUALS?

15        OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

16    RAISED.

17        ALL RIGHT.  MR. QUINN, PLEASE GO AHEAD.

18            MR. QUINN:  THANK YOU, YOUR HONOR.  MY NAME IS JOHN

19    QUINN, AND I'M WITH THE LAW FIRM OF QUINN, EMANUEL, AND WE

20    REPRESENT THE SAMSUNG DEFENDANTS IN THIS CASE.

21        WITH ME HERE TODAY IS MY PARTNER BILL PRICE; OUR

22    ASSISTANT, REIKO HASUIKE; CINDY MORELAND, WHO'S GENERAL COUNSEL

23    OF SAMSUNG AMERICA TELECOMMUNICATIONS; BACK HIDING OVER THERE,

24    MY PARTNER, KEVIN -- WHAT'S YOUR LAST NAME?

25            MR. JOHNSON:  JOHNSON.

1          MR. QUINN:   KEVIN JOHNSON; AND DAVID NELSON.

2      OH, I'M SORRY.   AND VICKY MAROULIS.

3      I APOLOGIZE.   I DIDN'T SEE YOU BEHIND THE SCREEN.

4          THE COURT:   ALL RIGHT.   HAS ANY PROSPECTIVE JUROR

5  SEEN, HEARD OF OR KNOW OF ANY OF THESE INDIVIDUALS?   PLEASE

6  RAISE YOUR HAND IF YOU DO.

7      THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN RAISED.

8      OKAY.   NOW, WE'VE STARTED THIS, BUT LET ME COMPLETE IT.

9      DO YOU, A FAMILY MEMBER, OR CLOSE FRIEND -- AND BY "CLOSE

10  FRIEND" I WANT TO INCLUDE NEIGHBORS, I WANT TO INCLUDE IF YOU

11  ARE IN A SPORTS LEAGUE, OTHER PEOPLE IN YOUR SPORTS LEAGUE, A

12  CHURCH GROUP, PARENTS OF YOUR CHILDRENS' FRIENDS.   I JUST WANT

13  THAT TO BE AS BROAD AS POSSIBLE -- WORK FOR OR HAVE EVER WORKED

14  FOR APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC, NOKIA, OR SEAGATE?

15      IF SO, WOULD YOU PLEASE RAISE YOUR HAND?

16      ALL RIGHT.   LET'S START WITH MS. NGUYEN.

17      GO AHEAD, PLEASE.

18      AND IF YOU CAN PASS THE MICROPHONE TO MS. NGUYEN.

19          PROSPECTIVE JUROR:   I HAD A FRIEND WORK FOR APPLE IN

20  THE PAST.

21          THE COURT:   OKAY.   AND DO YOU KNOW WHAT THAT FRIEND

22  DID FOR APPLE?

23          PROSPECTIVE JUROR:   HE'S IN ENGINEERING.

24          THE COURT:   ENGINEERING.   AND DO YOU KNOW WHAT

25  PRODUCTS OR --

```
1              PROSPECTIVE JUROR:  NO, I'M SORRY.

2              THE COURT:  ALL RIGHT.  HOW LONG AGO DID THAT PERSON

3     WORK FOR APPLE, OR DO THEY WORK THERE CURRENTLY?

4              PROSPECTIVE JUROR:  NO, IN THE PAST.

5              THE COURT:  IN THE PAST?

6              PROSPECTIVE JUROR:  I BELIEVE AT LEAST SEVEN OR EIGHT

7     YEARS.

8              THE COURT:  SEVEN OR EIGHT YEARS AGO?

9              PROSPECTIVE JUROR:  YES.

10             THE COURT:  OKAY.  DO YOU KNOW IF THEY LEFT APPLE ON

11    GOOD OR BAD TERMS?

12             PROSPECTIVE JUROR:  GOOD TERMS.

13             THE COURT:  ON GOOD TERMS.  OKAY.

14          DID THAT FRIEND TELL YOU WHAT HIS OR HER JOB WAS AT APPLE?

15             PROSPECTIVE JUROR:  NO.

16             THE COURT:  NO.  OKAY.  WOULD YOUR FRIENDSHIP WITH

17    THAT PERSON AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN

18    THIS CASE?

19             PROSPECTIVE JUROR:  NO.

20             THE COURT:  NO.  OKAY.  AND COULD YOU AVOID THAT

21    PERSON DURING THE DURATION OF THIS TRIAL?

22             PROSPECTIVE JUROR:  YES.

23             THE COURT:  ALL RIGHT.  THANK YOU.

24          WHO ELSE RAISED THEIR HAND IN THE BACK ROW?

25             PROSPECTIVE JUROR:  WELL --
```

```
1              THE COURT:  MS. SAGE, YOU WORK AT SEAGATE.  HOW LONG

2      HAVE YOU WORKED AT SEAGATE?

3              PROSPECTIVE JUROR:  TWO YEARS IN MAY, THIS COMING

4      MAY.

5              THE COURT:  OKAY.  SO TWO YEARS AS OF MAY.

6          OKAY.  ANYONE ELSE OF YOUR FRIENDS OR FAMILY ALSO WORK AT

7      SEAGATE?

8              PROSPECTIVE JUROR:  NO.

9              THE COURT:  NO.  OKAY.  ALL RIGHT.  THANK YOU.

10         ANYONE ELSE IN THE BACK ROW?

11         WHAT ABOUT THE SECOND ROW?  NO?

12         ALL RIGHT.  MS. CHEN.

13             PROSPECTIVE JUROR:  ONE OF MY BROTHER'S BEST FRIEND'S

14     DAD WORKS AT APPLE.

15             THE COURT:  ONE OF YOUR BROTHER'S BEST FRIEND'S DAD.

16     ALL RIGHT.

17         DO YOU KNOW WHAT THE DAD DOES AT APPLE?

18             PROSPECTIVE JUROR:  I THINK HE'S JUST AN ENGINEER OF

19     SOME SORT.

20             THE COURT:  HE'S AN ENGINEER.  DO YOU KNOW WHAT

21     EITHER PRODUCTS OR FEATURES THE DAD WORKS ON?

22             PROSPECTIVE JUROR:  NO.

23             THE COURT:  OKAY.  WOULD YOU BE ABLE TO AVOID YOUR

24     BROTHER'S BEST FRIEND AND HIS DAD DURING THE DURATION OF THIS

25     TRIAL?
```

```
1                    PROSPECTIVE JUROR:  YES.

2                    THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

3            ANYONE ELSE?

4            ROW THREE.  ALL RIGHT.  LET'S GO TO MR. MORGAN.

5            WOULD YOU PASS THE MICROPHONE, PLEASE?

6                    PROSPECTIVE JUROR:  I HAVE A FAMILY FRIEND THAT WORKS

7        FOR APPLE IN THE MACHINE SHOP.

8                    THE COURT:  IN THE MACHINE SHOP.  OKAY.

9                    PROSPECTIVE JUROR:  OR MACHINING.

10                   THE COURT:  OKAY.  DO YOU KNOW ANY PARTICULAR

11       PRODUCTS THAT FRIEND WORKS ON?

12                   PROSPECTIVE JUROR:  THAT'S ALSO A SECRET.

13           (LAUGHTER.)

14                   THE COURT:  OKAY.  THAT'S ALSO A SECRET.  OKAY.

15           HOW CLOSE A FRIEND IS THAT?

16                   PROSPECTIVE JUROR:  IT'S A GOOD FRIEND'S BROTHER.

17                   THE COURT:  A GOOD FRIEND'S BROTHER.

18                   PROSPECTIVE JUROR:  ONE OF MY BEST FRIEND'S BROTHERS.

19                   THE COURT:  ONE OF YOUR BEST FRIEND'S BROTHERS.

20       OKAY.  HOW OFTEN DO YOU SEE THE BEST FRIEND'S BROTHER?

21                   PROSPECTIVE JUROR:  NOT FREQUENTLY.

22                   THE COURT:  LIKE ONCE A YEAR, ONCE EVERY FIVE YEARS?

23                   PROSPECTIVE JUROR:  MAYBE TWICE A YEAR AT MOST.

24                   THE COURT:  OKAY.  CAN YOU AVOID THAT PERSON DURING

25       THE DURATION OF THIS TRIAL?
```

```
 1              PROSPECTIVE JUROR:  YES.

 2              THE COURT:  ALL RIGHT.  WILL YOUR FRIENDSHIP WITH

 3      YOUR BEST FRIEND WHOSE BROTHER WORKS AT APPLE IN ANY WAY AFFECT

 4      YOUR ABILITY TO BE FAIR IN THIS CASE?

 5              PROSPECTIVE JUROR:  NO.

 6              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

 7           LET'S GO -- I THINK MS. PATE, YOU RAISED YOUR HAND.

 8           I THINK MS. WANG, YOU RAISED YOUR HAND, TOO.

 9           LET'S GO TO MS. PATE, PLEASE.

10              PROSPECTIVE JUROR:  I HAVE SEVERAL NEIGHBORS THAT

11      WORK FOR APPLE.

12              THE COURT:  OKAY.  AND DO YOU KNOW WHAT THEY DO OR IS

13      THAT A SECRET?

14              PROSPECTIVE JUROR:  THE ENGINEERS THAT I KNOW, I HAVE

15      NO IDEA WHAT PROJECTS THEY WORK ON.  ONE OTHER NEIGHBOR IS A

16      MATERIALS MANAGER.  HE SOURCES THE MATERIALS.  THAT'S ALL THAT

17      I KNOW.

18              THE COURT:  OKAY.  AND WOULD YOU BE ABLE TO AVOID

19      YOUR NEIGHBORS DURING THE DURATION OF THIS TRIAL?

20              PROSPECTIVE JUROR:  I CAN DO THAT.  I LIVE IN THE

21      MOUNTAINS.  THEY'RE PRETTY DISPERSED.  NOT A PROBLEM.

22              THE COURT:  OKAY.  ALL RIGHT.  ARE THESE NEIGHBORS

23      THAT YOU ACTUALLY SOCIALIZE WITH?  HOW CLOSE ARE YOU TO YOUR

24      NEIGHBORS?

25              PROSPECTIVE JUROR:  QUITE A FEW -- OUR KIDS GO TO
```

```
1        SCHOOL TOGETHER, BUT I REALLY DON'T SEE THEM OFTEN ENOUGH.  I'M

2        BUSY WORKING AND SO ARE THEY, AND MAYBE I SEE THEM AROUND

3        HOLIDAYS AND THAT'S ABOUT IT.

4               THE COURT:  OKAY.  SO, WHAT, MAYBE TWICE A YEAR?

5               PROSPECTIVE JUROR:  YEAH, THROUGH SCHOOL SOCIAL

6        EVENTS AND SUCH LIKE THAT.

7               THE COURT:  OKAY.  ALL RIGHT.  WOULD YOUR NEIGHBORS'

8        EMPLOYMENT AT APPLE AFFECT YOUR ABILITY TO BE FAIR AND

9        IMPARTIAL IN THIS CASE?

10              PROSPECTIVE JUROR:  NO.

11              THE COURT:  ALL RIGHT.  THANK YOU.

12           LET ME GO TO MS. WANG, PLEASE.  IF YOU COULD PASS THE

13       MICROPHONE.

14              PROSPECTIVE JUROR:  MY DAUGHTER'S BEST FRIEND'S

15       FATHER HAS BEEN WORKING FOR APPLE OVER PROBABLY 15 YEARS.

16              THE COURT:  DAUGHTER'S BEST FRIEND'S FATHER HAS

17       WORKED AT APPLE FOR, YOU SAID, 10, 15 YEARS?

18              PROSPECTIVE JUROR:  MORE THAN 15.

19              THE COURT:  OKAY.  AND HE'S CURRENTLY THERE NOW.

20              PROSPECTIVE JUROR:  YEAH, HE'S CURRENTLY THERE.

21              THE COURT:  DO YOU KNOW WHAT PROJECT OR PRODUCT HE

22       WORKS ON?

23              PROSPECTIVE JUROR:  NO.

24              THE COURT:  OKAY.  HAVE YOU EVER MET HIM?

25              PROSPECTIVE JUROR:  UH-HUH.
```

 1            THE COURT:  OKAY.  HOW OFTEN -- HOW FREQUENTLY DO YOU

 2    SEE THE DAUGHTER'S BEST FRIEND'S DAD?

 3            PROSPECTIVE JUROR:  ONCE A YEAR.

 4            THE COURT:  ONCE A YEAR.  CAN YOU AVOID HIM DURING

 5    THE DURATION OF THIS TRIAL?

 6            PROSPECTIVE JUROR:  TRY TO.  WE USUALLY BUMP INTO

 7    EACH OTHER IN THE RESTAURANT, SO --

 8            THE COURT:  OKAY.  WELL, I'M NOT TELLING YOU NOT TO

 9    GO OUT TO EAT OR ANYTHING, BUT IF YOU CAN, JUST TRY TO AVOID

10    HAVING ANY CONVERSATIONS WITH HIM DURING THIS TRIAL?

11            PROSPECTIVE JUROR:  YEAH, OKAY.

12            THE COURT:  OKAY.  THANK YOU.

13        WOULD THAT IN ANY WAY AFFECT YOUR ABILITY TO BE FAIR AND

14    IMPARTIAL, YOUR FRIENDSHIP WITH THIS PERSON?

15            PROSPECTIVE JUROR:  NO.

16            THE COURT:  NO?  OKAY.  THANK YOU.

17        ANYONE ON THE THIRD ROW?

18        ALL RIGHT.  LET'S GO TO MS. JOHNSON.

19            PROSPECTIVE JUROR:  ONLY BECAUSE YOU SAID TO MAKE IT

20    REALLY BROAD.  MY DAUGHTER WORKED AS A TEMP FOR SEAGATE ABOUT,

21    MAYBE TEN YEARS AGO, AND SHE WAS OFFICE STAFF.  I THINK SHE

22    WORKED IN DOCUMENTS.

23            THE COURT:  ALL RIGHT.  AND DO YOU KNOW IF YOUR

24    DAUGHTER LEFT ON GOOD OR BAD TERMS FROM SEAGATE?

25            PROSPECTIVE JUROR:  SHE WAS A TEMP.  SHE JUST WORKED

1    FOR A MATTER OF A FEW MONTHS AND IT WAS -- SHE NEVER HAD A

2    PROBLEM WITH THEM AT ALL.

3           THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ABOUT YOUR

4    DAUGHTER'S EMPLOYMENT THAT WOULD AFFECT YOUR ABILITY TO BE FAIR

5    AND IMPARTIAL IN THIS CASE?

6           PROSPECTIVE JUROR:  NOT AT ALL.

7           THE COURT:  NO?  OKAY.  THANK YOU.

8       LET'S GO OVER TO THE RIGHT SIDE.

9       ANYONE RAISE THEIR HAND?  ALL RIGHT.  I THINK WE HAVE TWO.

10      LET'S START, PLEASE, WITH MR. VU ON ROW TWO.

11          PROSPECTIVE JUROR:  YEAH.  MY GIRLFRIEND'S BEST

12   FRIEND WORKS AT APPLE.  SHE'S IN FINANCE.

13          THE COURT:  YOUR GIRLFRIEND'S BEST FRIEND.

14          PROSPECTIVE JUROR:  YEAH.

15          THE COURT:  DOES FINANCE AT APPLE?

16          PROSPECTIVE JUROR:  YES.

17          THE COURT:  OKAY.  AND THEN DO YOU SEE THE

18   GIRLFRIEND'S BEST FRIEND OFTEN?

19          PROSPECTIVE JUROR:  ONCE A MONTH MAYBE.

20          THE COURT:  ONCE A MONTH.  OKAY.  CAN YOU AVOID YOUR

21   GIRLFRIEND'S BEST FRIEND DURING THE DURATION OF THIS TRIAL?

22          PROSPECTIVE JUROR:  YES.

23          THE COURT:  OKAY.  WOULD YOUR -- WOULD THE FACT THAT

24   YOUR GIRLFRIEND'S BEST FRIEND WORKS AT APPLE AFFECT YOUR

25   ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

1          PROSPECTIVE JUROR:  NO.

2               THE COURT:  OKAY.  THANK YOU.

3          LET ME GO TO ROW THREE, I THINK MR. LADD, YOU HAD RAISED

4     YOUR HAND.

5               PROSPECTIVE JUROR:  I HAD ACTUALLY WORKED AT THE

6     SEAGATE CAMPUS ABOUT SEVEN YEARS AGO, BUT I DIDN'T WORK FOR

7     SEAGATE.  I WAS A CONTRACT EMPLOYEE FOR A YEAR.  IT WAS -- I

8     WAS A FACILITIES PROJECT MANAGER.

9               THE COURT:  OKAY.  SO YOU WERE A CONTRACT EMPLOYEE AT

10    SEAGATE FOR ONE YEAR SEVEN YEARS AGO?  IS THAT WHAT I HEARD?

11              PROSPECTIVE JUROR:  CORRECT.

12              THE COURT:  AND WAS YOUR EXPERIENCE THERE POSITIVE OR

13    NEGATIVE?

14              PROSPECTIVE JUROR:  A LITTLE BIT OF BOTH.

15         (LAUGHTER.)

16              THE COURT:  OKAY.  ALL RIGHT.

17              PROSPECTIVE JUROR:  EVERY OTHER FRIDAY IT WAS

18    POSITIVE.

19         (LAUGHTER.)

20              THE COURT:  DID YOU LEAVE SEAGATE ON GOOD OR BAD

21    TERMS?

22              PROSPECTIVE JUROR:  WELL, I DIDN'T LEAVE SEAGATE.  I

23    LEFT THE COMPANY THAT --

24              THE COURT:  THE CONTRACTING COMPANY?

25              PROSPECTIVE JUROR:  YES.  I LEFT ON GOOD TERMS.

```
 1            THE COURT:  OKAY.  ALL RIGHT.  WOULD YOUR CONTRACT
 2    EMPLOYMENT AT SEAGATE IN ANY WAY AFFECT YOUR ABILITY TO BE FAIR
 3    AND IMPARTIAL IN THIS CASE?
 4            PROSPECTIVE JUROR:  NO.
 5            THE COURT:  NO?  OKAY.
 6            PROSPECTIVE JUROR:  AND I STILL HAVE SOME FRIENDS,
 7    BUT I RARELY SEE THEM.
 8            THE COURT:  YOU STILL HAVE FRIENDS AT SEAGATE?
 9            PROSPECTIVE JUROR:  YES.
10            THE COURT:  OKAY.
11            PROSPECTIVE JUROR:  AND IF I DO TALK TO THEM, I WILL
12    NOT --
13            THE COURT:  DISCUSS THIS CASE?
14            PROSPECTIVE JUROR:  YES.
15            THE COURT:  ALL RIGHT.  WERE YOUR MIXED FEELINGS JUST
16    ABOUT WORK IN GENERAL OR ABOUT SEAGATE SPECIFICALLY?  OR WAS IT
17    ABOUT YOUR CONTRACTING COMPANY?
18            PROSPECTIVE JUROR:  WELL, IT -- WELL, THERE'S -- HOW
19    DO I MAKE THAT SIMPLE?  NO, IT WAS -- IT WAS FINE.
20            THE COURT:  OKAY.
21            PROSPECTIVE JUROR:  I -- YOU KNOW, IT WAS -- IT
22    WASN'T A BIG PROBLEM.
23            THE COURT:  ALL RIGHT.  YOU JUST ENJOYED YOUR
24    FRIDAYS.
25            PROSPECTIVE JUROR:  EVERY OTHER FRIDAY.  PAY DAY.
```

```
 1                THE COURT:  OH, I SEE.  I GOT IT.  IT TAKE AWHILE,

 2      BUT I GET IT EVENTUALLY.

 3                ALL RIGHT.  THANK YOU.

 4           BUT NOTHING ABOUT THAT EMPLOYMENT THAT WOULD AFFECT YOUR

 5      ABILITY TO BE FAIR IN THIS CASE?

 6                PROSPECTIVE JUROR:  YEAH.  I HAVE NO ANIMOSITY, NO

 7      PROBLEM.

 8                THE COURT:  ALL RIGHT.  THANK YOU.

 9           IF YOU HAVE READ ANY BOOK ABOUT APPLE OR SAMSUNG, CAN YOU

10      IDENTIFY WHAT BOOK YOU'VE READ AND WHAT THOUGHT OR IMPRESSION

11      YOU HAD FROM THAT BOOK.

12           OKAY.  ALL RIGHT.  MS. CHEN, YOU RAISED YOUR HAND.

13           AND, MS. BUMB, YOU RAISED YOUR HAND.

14           I DIDN'T SEE -- OH, OKAY.  WE'VE GOT TWO OTHERS HERE AND

15      TWO OTHERS THERE.

16           LET'S START WITH MS. CHEN.  I ALWAYS LIKE TO GO FROM THE

17      LOWEST NUMBER TO THE HIGHEST NUMBER JUST -- OTHERWISE I'LL GET

18      CONFUSED.

19           OKAY.  MS. CHEN, WHAT HAVE YOU READ?

20                PROSPECTIVE JUROR:  A REALLY LARGE WHITE STEVE JOBS

21      BOOK.  I FORGET WHO IT WAS BY.

22                THE COURT:  OKAY.  THOUGHTS OR IMPRESSIONS ABOUT

23      APPLE OR SAMSUNG FORMED FROM THAT BOOK?

24                PROSPECTIVE JUROR:  THAT STEVE JOBS WAS AN

25      INTERESTING CHARACTER AND THAT HE WAS PRETTY ANGRY ABOUT
```

```
 1   ANDROIDS.

 2            THE COURT:  OKAY.  ANYTHING ABOUT THAT BOOK THAT

 3   WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS

 4   TRIAL?

 5            PROSPECTIVE JUROR:  NO.  IT WAS INTERESTING.

 6            THE COURT:  YOU UNDERSTAND THAT IN THIS TRIAL, IF

 7   YOU'RE SELECTED AS A JUROR, YOUR VERDICT MUST BE BASED SOLELY

 8   ON THE EVIDENCE ADMITTED AT THE TRIAL AND NOT ANYTHING FROM ANY

 9   OTHER BOOK YOU'VE READ OR ANY OTHER SOURCES?

10            PROSPECTIVE JUROR:  I'LL TRY, YEAH.

11            THE COURT:  OKAY.

12            PROSPECTIVE JUROR:  I UNDERSTAND THAT.

13            THE COURT:  ALL RIGHT.  THANK YOU.  LET ME GO TO

14   MS. BUMB.

15            PROSPECTIVE JUROR:  I'M SORRY.  I WATCHED THE MOVIE

16   JOBS.

17            THE COURT:  YOU WATCHED THE MOVIE JOBS.  OKAY.

18       THOUGHTS OR IMPRESSIONS ABOUT APPLE OR SAMSUNG THAT YOU

19   FORMED FROM THAT MOVIE?

20            PROSPECTIVE JUROR:  NEITHER ONE WAY NOR THE OTHER.

21   IT'S JUST INTERESTING TO LEARN A LOT OF STUFF ABOUT ALL OF

22   THAT.

23            THE COURT:  OKAY.  YOU WOULD BASE YOUR DECISION ON

24   THIS CASE SOLELY ON THE EVIDENCE THAT'S ADMITTED AND NOT ON THE

25   MOVIE OR ANYTHING ELSE?
```

```
 1              PROSPECTIVE JUROR:  YES.

 2              THE COURT:  OKAY.  THANK YOU.

 3         I THINK I SAW MR. MCELROY AND MR. VU RAISE YOUR HANDS.

 4    WAS THERE ANYONE ELSE ON THE RIGHT SIDE?  NO, JUST MR. MCELROY.

 5         OKAY.  LET'S GO TO MR. MCELROY AND FIND OUT --

 6              PROSPECTIVE JUROR:  I READ THE BIOGRAPHY ON JOBS.

 7              THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

 8    ABILITY TO BE FAIR AND IMPARTIAL IN THIS TRIAL?

 9              PROSPECTIVE JUROR:  NO, I DON'T THINK SO.

10              THE COURT:  OKAY.  WOULD YOU BASE YOUR DECISION IN

11    THIS CASE SOLELY ON THE EVIDENCE THAT'S ADMITTED IN THE TRIAL?

12              PROSPECTIVE JUROR:  YES.

13              THE COURT:  OKAY.  THANK YOU.

14         ALL RIGHT.  NOW, THIS ONE I THINK EVERYONE WILL HAVE AN

15    ANSWER TO.

16         I'D LIKE TO KNOW, FOR YOU AND YOUR IMMEDIATE FAMILY,

17    ANYONE IN YOUR HOUSEHOLD, WHAT CELL PHONE, MOBILE PHONE,

18    SMARTPHONE AND/OR TABLET COMPUTER DO YOU OWN, IF YOU OWN ONE,

19    WHO MAKES IT, AND WHAT OPERATING SYSTEM DOES IT HAVE?

20         SO LET'S JUST GO STRAIGHT DOWN THE LINE.

21         IF WE CAN HAVE THE MICROPHONE, PLEASE, WE'LL PASS IT UP TO

22    MR. BERG.

23         ALL RIGHT.  WE'RE NOT GOING TO GET THROUGH THIS QUESTION

24    BEFORE OUR BREAK, BUT LET'S GET STARTED.

25         WE'LL START WITH MR. BERG.  WHAT DO YOU HAVE?
```

```
1              PROSPECTIVE JUROR:  COULD YOU LIST THE DEVICES AGAIN,

2      PLEASE.

3              THE COURT:  YES.  I WANT TO KNOW BASICALLY WHAT YOU

4      HAVE, WHAT YOUR IMMEDIATE FAMILY HAS FOR A PHONE, AND IF YOU

5      HAVE A TABLET COMPUTER.

6              PROSPECTIVE JUROR:  MYSELF AND MY IMMEDIATE FAMILY,

7      WHICH IS A WIFE AND TWO CHILDREN, WE HAVE FOUR APPLE IPHONES

8      TOTAL; AND THREE IPADS AMONG THE FOUR OF US.

9              THE COURT:  I'M JUST GOING TO GO AHEAD AND COMBINE

10     THIS WITH THE NEXT QUESTION, AND THAT IS GOING TO BE, HAVE YOU

11     EVER OWNED A PRODUCT OF SAMSUNG?

12             PROSPECTIVE JUROR:  YES.

13             THE COURT:  WHAT HAVE YOU OWNED OF SAMSUNG?

14             PROSPECTIVE JUROR:  MOBILE PHONES.

15             THE COURT:  WHAT KIND OF PHONES DID YOU OWN?

16             PROSPECTIVE JUROR:  THIS WAS PRE-SMARTPHONE ERA.  I

17     DON'T KNOW THE NUMBER OF THEM.

18             THE COURT:  OKAY.  ANY OTHER SAMSUNG DEVICES IN YOUR

19     HOME?

20             PROSPECTIVE JUROR:  NO.

21             THE COURT:  NO?  OKAY.  ARE YOU THINKING ABOUT BUYING

22     A PRODUCT -- I'M COMBINING THREE QUESTIONS HERE.

23         ARE YOU THINKING ABOUT BUYING ANY OTHER PRODUCTS OF EITHER

24     COMPANY?

25             PROSPECTIVE JUROR:  NOT IN THE IMMEDIATE FUTURE.
```

```
1                THE COURT:  NOT IN THE IMMEDIATE FUTURE, OKAY.  THANK

2       YOU.

3            LET'S GO TO MS. NGUYEN.

4                PROSPECTIVE JUROR:  I JUST BOUGHT A SAMSUNG TV.

5                THE COURT:  OKAY.

6                PROSPECTIVE JUROR:  AND I HAVE A CELL PHONE BY

7       SAMSUNG.

8                THE COURT:  YOU HAVE A SAMSUNG CELL PHONE?

9                PROSPECTIVE JUROR:  YEAH, CELL PHONE.

10               THE COURT:  OKAY.  IS IT A SMARTPHONE OR IT'S A

11      STRAIGHT CELL PHONE?

12               PROSPECTIVE JUROR:  IT'S A BASIC CELL PHONE.

13               THE COURT:  A BASIC CELL PHONE, OKAY.

14           ANY OTHER PHONES, TABLETS, I MIGHT AS WELL ASK -- YOU

15      KNOW, WHY DON'T I ASK YOU ABOUT YOUR COMPUTERS, TOO.

16           ANY COMPUTERS IN YOUR HOUSEHOLD?

17               PROSPECTIVE JUROR:  NOT SAMSUNG.

18               THE COURT:  OKAY.  ANY OTHER COMPUTERS IN YOUR

19      HOUSEHOLD?

20               PROSPECTIVE JUROR:  NO.

21               THE COURT:  NO.  OKAY.  HAVE YOU EVER OWNED AN APPLE

22      PRODUCT?

23               PROSPECTIVE JUROR:  IN THE PAST, YES.

24               THE COURT:  WHAT DID YOU OWN?

25               PROSPECTIVE JUROR:  A COMPUTER.
```

```
 1                 THE COURT:  WHAT --

 2                 PROSPECTIVE JUROR:  A COMPUTER, IT WAS A LONG TIME

 3      AGO.

 4                 THE COURT:  WAS IT A MACINTOSH?

 5                 PROSPECTIVE JUROR:  YEAH, MACINTOSH.

 6                 THE COURT:  OKAY.  ARE YOU THINKING ABOUT BUYING ANY

 7      PRODUCTS OF EITHER COMPANY?

 8                 PROSPECTIVE JUROR:  NOT IN THE FUTURE.

 9                 THE COURT:  NOT IN THE FUTURE, OKAY, NEAR FUTURE.

10      ALL RIGHT.  ANY IN THE DISTANT FUTURE?

11                 PROSPECTIVE JUROR:  NOT RIGHT NOW.

12                 THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

13          LET ME GO BACK TO MR. BERG.

14          WHAT ABOUT COMPUTERS?  SO NOT JUST TABLETS, YOU KNOW,

15      P.C.'S, ANYTHING LIKE THAT?

16                 PROSPECTIVE JUROR:  YEAH, WE -- THE THREE OF FOUR OF

17      US OWN APPLE MACINTOSHES.

18                 THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

19          LET'S GO TO MS. CHEN.  PLEASE TELL ME ABOUT THE PHONES,

20      TABLETS, LAPTOPS, P.C.'S IN YOUR HOME.

21                 PROSPECTIVE JUROR:  ONE IPAD, ONE IPHONE; ONE

22      COMPUTER FROM THE COMPANY.

23                 THE COURT:  AND WHAT'S YOUR COMPANY?

24                 PROSPECTIVE JUROR:  MY COMPANY IS PHARMACEUTICAL,

25      GENENTECH.
```

```
 1              THE COURT:  OH, YOU HAVE A GENENTECH COMPUTER.

 2              PROSPECTIVE JUROR:  YEAH.

 3              THE COURT:  ALL RIGHT.  HAVE YOU EVER OWNED ANY

 4    SAMSUNG PRODUCTS?

 5              PROSPECTIVE JUROR:  NO.

 6              THE COURT:  ARE YOU THINKING ABOUT BUYING A PRODUCT

 7    OF EITHER COMPANY?

 8              PROSPECTIVE JUROR:  NOT IN THE NEAR FUTURE.

 9              THE COURT:  OKAY.  ALL RIGHT.  ANYONE IN YOUR

10    HOUSEHOLD HAVE ANY OTHER PHONES?

11              PROSPECTIVE JUROR:  YEAH, BUT NOT -- NOT THESE TWO.

12    ONLY ONE IPHONE.

13              THE COURT:  OKAY.  BUT -- IT DOESN'T HAVE TO BE AN

14    APPLE OR A SAMSUNG PRODUCT.  IF ANYONE ELSE IN YOUR FAMILY OWNS

15    A PHONE OF ANOTHER COMPANY, CAN YOU PLEASE IDENTIFY THAT PHONE?

16              PROSPECTIVE JUROR:  ACTUALLY, IT'S MINE, BUT I --

17    IT'S FROM CHINA.  I -- I DON'T KNOW THE BRAND.

18              THE COURT:  YOU CAN'T REMEMBER THE BRAND?

19              PROSPECTIVE JUROR:  YEAH.

20              THE COURT:  OKAY.  THANK YOU.

21         AND IS THAT A SMARTPHONE OR A CELL PHONE?

22              PROSPECTIVE JUROR:  IT'S A CELL PHONE.

23              THE COURT:  OKAY.  THANK YOU.

24         LET'S GO TO MS. SAGE.

25              PROSPECTIVE JUROR:  I HAVE AN IPHONE; MY DAUGHTER HAS
```

```
1     THE SAMSUNG; MY OTHER DAUGHTER, I DON'T KNOW WHAT SHE HAS.  I

2     JUST BOUGHT AN IPAD; I HAVE A MACBOOK PRO; I WORK ON A MAC AT

3     WORK; AND A DELL AT WORK; AND THEN I HAVE A SAMSUNG TV.

4              THE COURT:  CAN YOU TELL ME ABOUT YOUR DAUGHTER'S

5     SAMSUNG PHONE?  IS IT A SMARTPHONE OR A CELL PHONE?

6              PROSPECTIVE JUROR:  A SMARTPHONE.

7              THE COURT:  AND DO YOU KNOW WHICH ONE IT IS?

8              PROSPECTIVE JUROR:  I DON'T.

9              THE COURT:  OKAY.  THANK YOU.

10         ALL RIGHT.  LET'S GO TO MR. VON DOLLEN.

11              PROSPECTIVE JUROR:  THERE'S FOUR OF US IN MY

12     IMMEDIATE FAMILY.  WE HAVE FOUR IPHONES; FOUR IPADS; FOUR

13     MACBOOK PRO'S.

14              THE COURT:  OKAY.  DO YOU OWN ANY SAMSUNG PRODUCTS?

15              PROSPECTIVE JUROR:  NO.

16              THE COURT:  OKAY.  ARE YOU THINKING ABOUT BUYING ANY

17     PRODUCTS OF EITHER COMPANY?

18              PROSPECTIVE JUROR:  NO.

19              THE COURT:  NO.  OKAY.  THANK YOU.

20         LET'S GO TO MR. -- I'M SORRY, MS. ANDERSON.

21              PROSPECTIVE JUROR:  IT'S JUST ME, AND I HAVE AN

22     IPHONE; AN H-P COMPUTER; AND A KINDLE FIRE.

23              THE COURT:  ALL RIGHT.  DO YOU OWN OR HAVE YOU EVER

24     OWNED ANY SAMSUNG PRODUCTS?

25              PROSPECTIVE JUROR:  NO.
```

```
1            THE COURT:  THINKING ABOUT MAKING ANY PURCHASES FROM

2    EITHER COMPANY IN THE FUTURE?

3            PROSPECTIVE JUROR:  NO.

4            THE COURT:  OKAY.  THANK YOU.

5        LET'S GO TO MR. FRAGOSO.

6            PROSPECTIVE JUROR:  YES.  I DON'T OWN ANY APPLE OR

7    SAMSUNG PHONES, JUST A SAMSUNG TV.  AND MY BROTHER HAS THE NEW

8    APPLE IPHONE.

9            THE COURT:  OKAY.  DO YOU HAVE ANY EITHER CELL PHONE,

10   MOBILE PHONE?

11           PROSPECTIVE JUROR:  NO.  I DON'T WANT ONE.

12           THE COURT:  OKAY.  ALL RIGHT.  SO YOU'VE NEVER OWNED

13   AN APPLE PRODUCT?

14           PROSPECTIVE JUROR:  NO, I HAVE NOT.

15           THE COURT:  OKAY.  DO YOU HAVE ANY THOUGHTS ABOUT

16   BUYING A PRODUCT OF EITHER COMPANY?

17           PROSPECTIVE JUROR:  NOT IN THE NEAR FUTURE, NO.

18           THE COURT:  ALL RIGHT.  THANK YOU.

19       ALL RIGHT.  LET'S GO, PLEASE, TO MR. DUNHAM.

20       IF YOU CAN PASS THE MICROPHONE FORWARD.

21           PROSPECTIVE JUROR:  YOUR HONOR, I HAVE TWO IPHONES IN

22   MY FAMILY; AND MY SON HAS AN ANDROID, I BELIEVE IT'S A GALAXY.

23           THE COURT:  WHAT'S THE NAME OF THE COMPANY?  OH, HE

24   HAS A SAMSUNG GALAXY?

25           PROSPECTIVE JUROR:  YES.
```

```
1              THE COURT:  OKAY.  THAT'S YOUR SON?

2              PROSPECTIVE JUROR:  I HAVE A NOOK TABLET; AN H-P

3     COMPUTER.  I THINK THAT'S ABOUT IT.

4              THE COURT:  ALL RIGHT.  THANK YOU.

5              PROSPECTIVE JUROR:  A SAMSUNG TV AND DVD PLAYER.

6              THE COURT:  YOU HAVE A SAMSUNG TV AND DVD PLAYER?

7              PROSPECTIVE JUROR:  YES.

8              THE COURT:  OKAY.  ARE YOU THINKING ABOUT BUYING ANY

9     PRODUCTS OF EITHER COMPANY?

10             PROSPECTIVE JUROR:  NOT IN THE NEAR FUTURE.

11             THE COURT:  NOT IN THE NEAR FUTURE.  ALL RIGHT.

12    THANK YOU.

13         OKAY.  LET'S GO TO MS. PALMADA.

14             PROSPECTIVE JUROR:  YES.  I HAVE AN IPHONE; I HAVE AN

15    IMAC; AND I ALSO HAVE THE IPAD.

16         AND THEN I ALSO OWN A SAMSUNG TV.

17             THE COURT:  OKAY.  ARE YOU THINKING ABOUT BUYING ANY

18    PRODUCTS OF EITHER COMPANY?

19             PROSPECTIVE JUROR:  NOT IN THE NEAR FUTURE.

20             THE COURT:  OKAY.  THANK YOU.

21         LET'S GO AHEAD AND TAKE A TEN MINUTE BREAK NOW UNTIL 2:30.

22    WE'LL COME BACK AT 2:30 AND CONTINUE.

23         I AM GOING TO TRY TO PICK A JURY TODAY, OKAY?

24         THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE.  AGAIN,

25    PLEASE DO NOT DISCUSS THE CASE WITH ANYONE.
```

```
 1            (RECESS FROM 2:21 P.M. UNTIL 2:30 P.M.)

 2            THE COURT:  OKAY.  WELCOME BACK.  I THINK EVERYONE IS

 3      HERE NOW.

 4            LET'S START WITH MS. CHEN.  THE PHONES, COMPUTERS IN YOUR

 5      HOUSEHOLD, AND ANY PRODUCTS OF EITHER PARTY.

 6            PROSPECTIVE JUROR:  I HAVE AN IPHONE; MY BROTHER HAS

 7      AN HTC; MY PARENTS HAVE FLIP PHONES; WE HAVE AN IPAD; AND MY

 8      BROTHER HAS A MAC AIR, I THINK; AND WE HAVE LENOVO LAPTOPS.

 9            THE COURT:  AND WHO MAKES THE FLIP PHONE?

10            PROSPECTIVE JUROR:  I HONESTLY DON'T KNOW.

11            THE COURT:  YOU DON'T KNOW.  OKAY.  HAVE YOU EVER

12      OWNED, ANYONE IN YOUR FAMILY OWNED ANY SAMSUNG PRODUCT IN YOUR

13      IMMEDIATE HOUSEHOLD?

14            PROSPECTIVE JUROR:  I'M SURE TV'S OR DVD PLAYERS.

15            THE COURT:  OKAY.  ALL RIGHT.  ARE YOU THINKING ABOUT

16      BUYING A PRODUCT OF EITHER COMPANY?

17            PROSPECTIVE JUROR:  NO.

18            THE COURT:  ALL RIGHT.  LET'S GO TO THE NEXT ROW,

19      MR. MORGAN, PLEASE.

20            PROSPECTIVE JUROR:  I HAVE AN IPHONE.

21            THE COURT:  ALL RIGHT.  ANY OTHER COMPUTERS OR

22      PRODUCTS OF EITHER COMPANY?

23            PROSPECTIVE JUROR:  MY MOM HAS AN IPHONE AND AN IPAD,

24      AND A SAMSUNG TV, I BELIEVE.

25            THE COURT:  WHO OWNS THE SAMSUNG TV THAT'S IN YOUR
```

1    HOUSEHOLD?

2              PROSPECTIVE JUROR:  MY MOM.

3              THE COURT:  OKAY.  ARE YOU THINKING OF BUYING A

4    PRODUCT OF EITHER COMPANY?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

7         LET'S GO TO MS. BUMB.

8              PROSPECTIVE JUROR:  TWO IPHONES; AN IPOD; A MACBOOK

9    PRO; IMAC; H-P COMPUTER; VISIO TELEVISION; KINDLE, SECOND

10   GENERATION.

11             THE COURT:  ALL RIGHT.  ANY SAMSUNG PRODUCTS?

12             PROSPECTIVE JUROR:  I DON'T THINK SO.

13             THE COURT:  OKAY.  ARE YOU THINKING OF BUYING A

14   PRODUCT OF EITHER COMPANY?

15             PROSPECTIVE JUROR:  NO.

16             THE COURT:  ALL RIGHT.  THANK YOU.

17        LET'S GO TO MS. PATE.

18             PROSPECTIVE JUROR:  FAMILY OF FOUR:  THREE IPHONES;

19   THREE IPADS; ONE IPOD; ALL COMPUTERS ARE HEWLETT-PACKARD, ONE

20   IS A TABLET RUNNING WINDOWS 8; SAMSUNG TV; SAMSUNG DVD.

21        AND NOT CONTEMPLATING ANY PURCHASE.

22             THE COURT:  ALL RIGHT.  THANK YOU.

23        MS. WANG.

24             PROSPECTIVE JUROR:  ONE IPAD MINI; ONE IPOD; ONE

25   IPHONE; I HAVE -- WE'RE A FAMILY OF FOUR -- AND ONE ITOUCH; AND

```
1        WE USED TO OWN A SAMSUNG TV, AND SAMSUNG CELL PHONE.

2              THE COURT:  OKAY.  ARE YOU CONTEMPLATING BUYING A

3    PRODUCT OF EITHER COMPANY?

4              PROSPECTIVE JUROR:  NO.

5              THE COURT:  NO.  OKAY.  THANK YOU.  LET'S GO TO

6    MR. --

7          I'M SORRY.  MS. PATE?

8              PROSPECTIVE JUROR:  MY YOUNGEST HAS A SAMSUNG, NOT

9    SMARTPHONE.

10             THE COURT:  A SAMSUNG REGULAR PHONE?

11             PROSPECTIVE JUROR:  A FLIP PHONE, YEAH.

12             THE COURT:  OKAY.

13         ALL RIGHT.  LET'S GO TO MR. YOUNG, PLEASE.

14             PROSPECTIVE JUROR:  MY WIFE AND I BOTH HAVE VERIZON

15   PHONES; WE HAVE AN H-P LAPTOP; AND A P.C. THAT'S ABOUT 15 YEARS

16   OLD.  I HAVE NO IDEA WHAT BRAND IT IS.

17             THE COURT:  OKAY.  WHICH OPERATING SYSTEM IS ON THE

18   VERIZON PHONES?  DO YOU KNOW?

19             PROSPECTIVE JUROR:  I HAVE NO IDEA.

20             THE COURT:  OKAY.  ARE THEY -- ARE THEY FLIP PHONES

21   OR CELL PHONES?

22             PROSPECTIVE JUROR:  MINE IS A FLIP PHONE.  I DON'T

23   KNOW WHAT KIND MY WIFE'S IS.  I'M KIND OF DUMB ABOUT IT.  I

24   DON'T EVEN KNOW WHAT AN IPAD IS.

25             THE COURT:  OKAY.  SO YOU HAVE AN H-P LAPTOP, AND
```

```
 1      THEN YOU SAID YOU HAVE ANOTHER P.C. AND YOU'RE NOT SURE WHAT

 2      KIND OF BRAND IT IS?

 3             PROSPECTIVE JUROR:  IT'S A HOME SHOPPING NETWORK

 4      BRAND.

 5             THE COURT:  OKAY.  ALL RIGHT.  DO OWN ANY PRODUCTS

 6      OF -- EITHER COMPANY'S PRODUCTS?

 7             PROSPECTIVE JUROR:  NO, NEVER.

 8             THE COURT:  THINKING OF PURCHASING EITHER COMPANY'S

 9      PRODUCTS?

10             PROSPECTIVE JUROR:  NO, NEITHER ONE.

11             THE COURT:  ALL RIGHT.

12        MS. JOHNSON.

13             PROSPECTIVE JUROR:  WE HAVE MOTOROLA DROID PHONES,

14      BOTH OF US; WE HAVE A SAMSUNG TELEVISION; I BELIEVE WE HAVE A

15      DVD PLAYER THAT'S SAMSUNG; WE HAVE AN IMAC, VERY OLD; MY

16      HUSBAND HAS -- I'M NOT EVEN SURE, I THINK IT'S CALLED A

17      MACBOOK.

18        AND WE'RE BOTH RETIRED AND WE'RE NOT LOOKING TO BUY

19      ANYTHING ELSE.  SO I THINK THAT PRETTY WELL COVERS IT.

20             THE COURT:  ALL RIGHT.  THANK YOU.

21        MS., IS IT GALONJA?

22             PROSPECTIVE JUROR:  YES.  WE HAVE AN H-P COMPUTER;

23      TWO APPLE LAPTOPS; MY KIDS HAVE TWO IPHONES, BUT I DON'T KNOW

24      WHICH KIND; AND WE HAVE TWO CELL PHONES, BUT IT'S JUST AT&T,

25      SIMPLE CELL PHONE.
```

```
 1              THE COURT:  OKAY.  EVER OWN ANY SAMSUNG PRODUCTS?

 2              PROSPECTIVE JUROR:  NO.

 3              THE COURT:  ARE YOU THINKING OF BUYING ANY PRODUCT

 4     FROM EITHER OF THESE COMPANIES?

 5              PROSPECTIVE JUROR:  NOT FOR NOW.

 6              THE COURT:  OKAY.  THANK YOU.  CAN WE PASS THE

 7     MICROPHONE.

 8          LET'S START WITH MR. ZAPATA IN THE BACK.

 9              PROSPECTIVE JUROR:  YES, YOUR HONOR.  WE HAVE TWO H-P

10     LAPTOPS; MY WIFE AND I HAVE TWO SAMSUNG FLIP PHONES; WE'VE

11     GOT -- MY DAUGHTER'S GOT, AND MY GRANDSON BOTH HAVE IPHONES;

12     ONE SAMSUNG TV; ONE LG; AND ONE SAMSUNG COOKING RANGE.  THAT'S

13     IT.

14              THE COURT:  ARE YOU THINKING OF MAKING A PURCHASE OF

15     EITHER COMPANY'S PRODUCTS?

16              PROSPECTIVE JUROR:  NO.

17              THE COURT:  OKAY.  THANK YOU.

18          LET'S GO TO MS. WOO.

19              PROSPECTIVE JUROR:  I HAVE FOUR SAMSUNG CELL PHONES,

20     ONE APPLE MINI IPAD, AND ONE APPLE IPOD.

21              THE COURT:  ALL RIGHT.  THINKING OF MAKING ANY

22     PURCHASES OF PRODUCTS FROM EITHER COMPANY?

23              PROSPECTIVE JUROR:  NO.

24              THE COURT:  NO?  OKAY.  THANK YOU.

25          LET'S GO TO MR. MCELROY.
```

1          PROSPECTIVE JUROR:  YES.  WE HAVE ONE IMAC COMPUTER;

2   FIVE APPLE LAPTOPS; THREE IPADS; AND FOUR IPHONES; ONE SAMSUNG

3   BASIC CELL PHONE; AND ONE HTC CELL PHONE.

4          THE COURT:  ALL RIGHT.  THANK YOU.  THINKING OF

5   MAKING ANY PURCHASES FROM EITHER COMPANY?

6          PROSPECTIVE JUROR:  YES.  I'M CONSIDERING A PURCHASE

7   FROM APPLE.

8          THE COURT:  OKAY.  AND WHAT KIND OF PRODUCT?

9          PROSPECTIVE JUROR:  A CELL PHONE.

10          THE COURT:  OKAY.  NOT A SMARTPHONE, BUT A CELL

11   PHONE?

12          PROSPECTIVE JUROR:  A SMARTPHONE.

13          THE COURT:  A SMARTPHONE, OKAY.  ALL RIGHT.  THANK

14   YOU.

15       LET'S GO TO MR. KARIHALDO, PLEASE.

16          PROSPECTIVE JUROR:  WE HAVE THREE IPHONES; ONE IPAD;

17   AND TWO MAC LAPTOPS; ONE H-P LAPTOP; AND TWO APPLE TV'S.

18          THE COURT:  HAVE YOU EVER OWNED ANY SAMSUNG PRODUCTS?

19          PROSPECTIVE JUROR:  I HAVE NOT.

20          THE COURT:  ARE YOU CONSIDERING BUYING A PRODUCT OF

21   EITHER COMPANY?

22          PROSPECTIVE JUROR:  NOT IN THE NEAR FUTURE.

23          THE COURT:  ALL RIGHT.  THANK YOU.

24       LET'S GO TO MS. BRUNNER.

25          PROSPECTIVE JUROR:  I HAVE AN APPLE CELL, A

```
1        SMARTPHONE; AND THEN I HAVE A DELL COMPUTER; I HAVE A MACBOOK

2    PRO LAPTOP; AND I HAVE A SAMSUNG DVD PLAYER.

3               THE COURT:  OKAY.  THINKING OF MAKING A PURCHASE FROM

4    EITHER COMPANY?

5               PROSPECTIVE JUROR:  NO.

6               THE COURT:  OKAY.  THANK YOU.

7        I'M SORRY.  I MAY HAVE CUT YOU OFF.  AFTER SAMSUNG DVD,

8    WERE YOU GOING TO ADD ANOTHER PRODUCT?

9               PROSPECTIVE JUROR:  NO.  I DON'T HAVE ANY MYSELF, NO.

10               THE COURT:  OKAY.  THANK YOU.

11        LET'S GO TO MR. VU.

12               PROSPECTIVE JUROR:  SO WE HAVE SIX PEOPLE IN OUR

13    FAMILY, SO WE HAVE FIVE MOTOROLA SMARTPHONES; ONE IPHONE; WE

14    HAVE IPOD; IPOD TOUCH; IPOD SHUFFLE; ONE SAMSUNG TV; ONE

15    SAMSUNG DESKTOP MONITOR; TWO CUSTOM DESKTOPS; AND LAPTOPS, WE

16    HAVE TWO LENOVOS AND ONE ASICS; AND A SONY.

17               THE COURT:  OKAY.  WHO RUNS -- WHAT OPERATING SYSTEM

18    IS ON THE MOTOROLA SMARTPHONES?  IS THAT ANDROID?

19               PROSPECTIVE JUROR:  ANDROID.

20               THE COURT:  OKAY.  THANK YOU.

21        LET'S GO THEN TO THE LAST ROW, MR. PALMER FIRST.

22               PROSPECTIVE JUROR:  I REPRESENT A FAMILY OF FOUR, OF

23    WHICH THERE ARE FOUR IPHONES; TWO MACBOOKS; NO PRODUCTS FROM

24    SAMSUNG TO THE BEST OF MY KNOWLEDGE.

25               AND NO PLANS TO BUY ANY NEW PRODUCTS.
```

```
 1              THE COURT:  OKAY.  THANK YOU.

 2         MR. LADD?

 3              PROSPECTIVE JUROR:  I HAVE AN ACER LAPTOP AT HOME; MY

 4    WIFE HAS AN IPAD; SHE HAS AN ANDROID PHONE; I HAVE A FLIP

 5    PHONE, I BELIEVE IT'S SAMSUNG THAT MAKES IT; I HAVE A

 6    BLACKBERRY FROM WORK, WHICH ACTUALLY I GOT ISSUED AN IPHONE

 7    TODAY, BUT I'M NOT PICKING IT UP.

 8              THE COURT:  YOU MEAN YOUR WORK IS GOING TO GIVE YOU

 9    ONE?

10              PROSPECTIVE JUROR:  THEY'RE GOING TO GIVE ME AN

11    IPHONE TODAY.

12              THE COURT:  I SEE.

13              PROSPECTIVE JUROR:  AND I HAVE A DELL LAPTOP AT WORK.

14              THE COURT:  OKAY.  DO YOU -- I'M SORRY.  GO AHEAD.

15              PROSPECTIVE JUROR:  AND I HAVE FOUR GROWN OFFSPRING.

16    TWO OF THEM HAVE IPHONES; ONE OF THEM HAS AN IPAD; AND I DON'T

17    KNOW WHAT THE OTHER TWO ARE USING.

18              THE COURT:  OKAY.  DO YOU RECALL WHO MAKES YOUR

19    WIFE'S ANDROID PHONE?

20              PROSPECTIVE JUROR:  NO.

21              THE COURT:  OKAY.  YOU DON'T KNOW IF THAT'S A SAMSUNG

22    PHONE?

23              PROSPECTIVE JUROR:  I HAVE NO IDEA.

24              THE COURT:  OKAY.  ALL RIGHT.  ARE YOU THINKING OF

25    MAKING ANY PURCHASES FROM EITHER COMPANY?
```

```
 1              PROSPECTIVE JUROR:  NO.

 2              THE COURT:  OKAY.  THANK YOU.

 3         LET'S GO TO MS. SANCHEZ?

 4              PROSPECTIVE JUROR:  MY MOM, DAD, FIANCEE AND I ALL

 5    HAVE IPHONES; MY BROTHER HAS A SMARTPHONE THAT'S SAMSUNG; I

 6    HAVE A MACBOOK AIR; AND AT WORK I'M ON A DELL, AND I THINK MY

 7    MONITOR IS SAMSUNG.

 8         AND THEN IN OUR FAMILY, I THINK TWO SAMSUNG TELEVISIONS.

 9              THE COURT:  YOU SAID FOUR IPHONES; A SAMSUNG

10    SMARTPHONE; A DELL P.C. WITH A SAMSUNG MONITOR; AND SAMSUNG TV.

11    DID I MISS SOMETHING?

12              PROSPECTIVE JUROR:  WE ALL HAVE IPADS AS WELL.

13              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

14         OKAY.  PLEASE RAISE YOUR HAND IF YOU HAVE STRONG FEELINGS

15    OR STRONG OPINIONS ABOUT THE UNITED STATES PATENT SYSTEM OR

16    LAWS.

17         CAN YOU RAISE YOUR HAND IF YOU HAVE STRONG FEELINGS OR

18    OPINIONS ABOUT THE UNITED STATES PATENT SYSTEM OR LAWS?

19         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

20    RAISED.

21         DO YOU HAVE ANY BELIEF OR FEELING TOWARD ANY OF THE

22    PARTIES, ATTORNEYS, OR WITNESSES THAT WOULD MAKE IT DIFFICULT

23    FOR YOU TO BE FAIR AND IMPARTIAL TO BOTH SIDES?  IF SO, PLEASE

24    RAISE YOUR HAND.

25         THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN RAISED.
```

```
 1              DO YOU HAVE ANY SPECIAL INTEREST IN THE OUTCOME OF THIS

 2      TRIAL?  IF SO, PLEASE RAISE YOUR HAND.

 3              THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN RAISED.

 4              IS THERE ANYONE WHO, FOR RELIGIOUS OR PHILOSOPHICAL

 5      REASONS, WOULD BE UNABLE TO RESOLVE A CONFLICT IN THE EVIDENCE?

 6      IF SO, PLEASE RAISE YOUR HAND.

 7              OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

 8      RAISED.

 9              IF YOU HAVE BEEN NEGATIVELY IMPACTED BY THE RECENT

10      ECONOMIC DOWNTURN, PLEASE RAISE YOUR HAND.

11                   PROSPECTIVE JUROR:  EVERYONE.

12                   THE COURT:  OKAY.

13                   PROSPECTIVE JUROR:  HOW RECENT?

14                   THE COURT:  HANDS UP.

15              OKAY.  ALL RIGHT.  WHERE IS THE MICROPHONE?

16              OKAY.  ANYONE IN THE FRONT ROW?

17              OKAY.  WHAT ABOUT THE SECOND ROW?

18              WHAT ABOUT THIRD ROW?

19                   PROSPECTIVE JUROR:  HOW RECENT ARE YOU TALKING ABOUT?

20       IN THE LAST --

21                   THE COURT:  WELL, I MEAN EITHER THE LOSS OF A JOB, I

22      MEAN A HOME FORECLOSURE, I MEAN ANYTHING, A BANKRUPTCY FILING,

23      A LOSS IN STOCK.  I MEAN, IF YOU'VE JUST BEEN NEGATIVELY

24      IMPACTED BY THE RECENT ECONOMIC DOWN TURN.

25                   PROSPECTIVE JUROR:  JUST IN GENERAL, BUT NO.
```

```
 1            THE COURT:  NOTHING SPECIFIC?

 2            PROSPECTIVE JUROR:  NO.

 3            THE COURT:  OKAY.  I THINK THAT -- OKAY.  SO

 4    MS. JOHNSON, YOU SAID JUST IN GENERAL, NOT ANYTHING SPECIFIC;

 5    IS THAT RIGHT?

 6            PROSPECTIVE JUROR:  RIGHT.  I THINK EVERYBODY HAS

 7    BEEN AFFECTED BY THE RECENT DOWNTURN IN THE ECONOMY BECAUSE IT

 8    SORT OF SUCKS, BUT -- I MEAN, I WAS LOOKING FOR SOME DIRECTION

 9    FROM YOU AS FAR AS WHERE YOU WANTED TO GO WITH THAT.

10        IT'S --

11            THE COURT:  WELL, THAT'S WHAT I SAID.  YOU GOT LAID

12    OFF, YOU HAD A HOME FORECLOSURE, YOU HAD A BANKRUPTCY FILING.

13            PROSPECTIVE JUROR:  RETIRED.

14            THE COURT:  YOU LOST YOUR JOB.

15            PROSPECTIVE JUROR:  RETIRED.

16            THE COURT:  YOU KNOW, OTHER JOB IMPLICATIONS.

17            PROSPECTIVE JUROR:  HUM-UM.  IT'S JUST HARD ALL

18    AROUND.  IT'S NOT, NOT ANYTHING IN PARTICULAR.

19            THE COURT:  OKAY.  WHAT ABOUT MR. YOUNG?

20            PROSPECTIVE JUROR:  YOUR HONOR, MY -- THE AMOUNT OF

21    WORK THAT I GET NOW HAS BEEN SEVERELY IMPACTED WITH THE HOUSING

22    DOWNTURN.

23        I'M IN THE MOVING AND STORAGE INDUSTRY.  BECAUSE OF A

24    SHOULDER INJURY I'VE HAD, I'VE HAD TO CURTAIL THE MOVING PART

25    OF MY JOB.  NOW I ONLY DO PACKING SO IT'S LESS STRESS ON THE
```

```
1    SHOULDER.

2         SO I'VE ONLY WORKED THREE DAYS IN THE LAST EIGHT WEEKS, SO

3    I WENT FROM NUMBER 1 DOWN TO NUMBER 6 ON THE ROSTER.

4            THE COURT:  OKAY.  WOULD IT BE A FINANCIAL HARDSHIP

5    FOR YOU TO BE HERE AND NOT BE WORKING?

6            PROSPECTIVE JUROR:  WELL, I HAD TO MISS WORK TODAY TO

7    BE HERE, BUT -- I KNOW THAT'S NOT AN EXCUSE THAT I COULD MISS

8    JURY DUTY.

9            THE COURT:  ARE YOU GOING TO GET PAID FOR YOUR JURY

10   DUTY?

11           PROSPECTIVE JUROR:  NO.  JUST FOR MILEAGE AND -- THE

12   REIMBURSEMENT FROM THE COURT.

13           THE COURT:  OH, NO.  OKAY.  YOU WOULD GET PAID HERE,

14   I THINK IT'S, WHAT, $45 A DAY, PLUS YOUR MILEAGE AND PARKING.

15        BUT I'M ASKING WHETHER YOUR EMPLOYER WILL PAY YOU.

16           PROSPECTIVE JUROR:  NO.  I'M UNEMPLOYED RIGHT NOW.

17           THE COURT:  OKAY.  WOULD THAT BE A FINANCIAL HARDSHIP

18   FOR YOU?

19           PROSPECTIVE JUROR:  YEAH.  I HAVE TO ADMIT, IT IS.

20   IT HAS BEEN.

21           THE COURT:  DO YOU -- DOES YOUR FAMILY HAVE OTHER

22   SOURCES OF INCOME?

23           PROSPECTIVE JUROR:  MY WIFE WORKS, YES.  IT'S JUST MY

24   WIFE AND I.

25           THE COURT:  OKAY.  BUT IF YOU DIDN'T WORK -- I'M JUST
```

1    TRYING TO GET A SENSE OF HOW MUCH OF A FINANCIAL HARDSHIP WOULD

2    IT BE FOR YOU NOT TO --

3            PROSPECTIVE JUROR:  IT'S A STRAIN.  IT IS A STRAIN.

4    WE LIVE IN A -- IN AN AREA WHERE THE REAL ESTATE HAS GONE UP,

5    BUT THE -- OUR INCOMES HAVEN'T.  SO WE'RE NOW PAYING MORE

6    FOR -- WE RENT, SO WE NOW PAY MORE FOR WHERE WE LIVE, BUT I'M

7    ACTUALLY MAKING LESS, MUCH LESS NOW THAN I DID EVEN LAST YEAR.

8            THE COURT:  OKAY.  IS THERE ANY OBJECTION TO EXCUSING

9    MR. YOUNG FOR HARDSHIP?

10           MR. LEE:  NO OBJECTION, YOUR HONOR.

11           MR. PRICE:  NO OBJECTION.

12           THE COURT:  OKAY.  MR. YOUNG, I WANT TO THANK YOU FOR

13   BEING WILLING TO SERVE AND FOR NOT GOING DOWN THERE AT THE

14   EARLIEST CHANCE YOU HAD TO FLEE.

15       AND I WANT TO THANK YOU VERY, VERY MUCH FOR YOUR

16   WILLINGNESS TO SERVE THIS LONG.

17           PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.  MY

18   PLEASURE.

19           THE COURT:  YOU'VE FULFILLED YOUR JURY DUTY.  IF YOU

20   CAN JUST GO DOWN TO THE SECOND FLOOR AND LET THEM KNOW THAT

21   I'VE EXCUSED YOU FOR GOOD AND THAT YOU'RE FREE TO LEAVE.

22           PROSPECTIVE JUROR:  YES, I WILL.

23           THE COURT:  OKAY?

24           PROSPECTIVE JUROR:  THANK YOU.

25           THE COURT:  THANK YOU.

```
1            OKAY.  ANYONE ELSE ON THE RIGHT SIDE?

2            OKAY.  LET ME GO TO MS. WOO.

3                 PROSPECTIVE JUROR:  YES, YOUR HONOR.  I FILED

4     BANKRUPTCY ABOUT A YEAR AND A HALF AGO.

5                 THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

6     ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

7                 PROSPECTIVE JUROR:  NO, NOT AT ALL.

8                 THE COURT:  OKAY.  ANYTHING ABOUT YOUR FINANCIAL

9     CIRCUMSTANCES THAT MAY HAVE BEEN AFFECTED BY EITHER THE

10    COMPANIES THAT I'VE MENTIONED OR -- HOW WOULD YOU EXPLAIN

11    THE --

12                PROSPECTIVE JUROR:  IT WAS DUE TO REPO, A VEHICLE

13    REPO.

14                THE COURT:  ALL RIGHT.  SO UNRELATED.

15                PROSPECTIVE JUROR:  UNRELATED.

16                THE COURT:  ALL RIGHT.  THANK YOU.  YOU'D BE ABLE TO

17    BE A FAIR AND IMPARTIAL JUROR IN THIS CASE?

18                PROSPECTIVE JUROR:  ABSOLUTELY.

19                THE COURT:  ALL RIGHT.  THANK YOU.

20          ANYONE ELSE?

21          OKAY.  LET'S GO TO MR. PALMER, PLEASE.

22                PROSPECTIVE JUROR:  MY WIFE HAS BEEN LAID OFF FROM

23    ERICSSON FOR TWO YEARS.

24                THE COURT:  OKAY.  AND WOULD THAT AFFECT YOUR ABILITY

25    TO BE FAIR AND IMPARTIAL IN THIS CASE?
```

```
1              PROSPECTIVE JUROR:  NOT SO LONG AS I CAN STILL EARN A

2    LIVING IN MY CURRENT POSITION.

3              THE COURT:  OKAY.  SO YOU ARE THE SOLE PROVIDER NOW?

4              PROSPECTIVE JUROR:  THAT'S CORRECT.

5              THE COURT:  ALL RIGHT.  WHO DO YOU WORK FOR?

6              PROSPECTIVE JUROR:  I'M A PROFESSOR OF CHEMISTRY AT

7    SAN FRANCISCO STATE UNIVERSITY.

8              THE COURT:  OKAY.  SO CAN YOU MAINTAIN YOUR JOB AND

9    STILL SERVE AS A JUROR THREE DAYS A WEEK?

10             PROSPECTIVE JUROR:  IT'S VERY DIFFICULT TO FIND

11   SUBSTITUTES FOR JUNIOR AND SENIOR LEVEL CLASSES, CLASSES THAT

12   HAVE LAB EQUIPMENT.

13             THE COURT:  WHEN DO YOU TEACH?

14             PROSPECTIVE JUROR:  MONDAY, TUESDAY, WEDNESDAY,

15   THURSDAY.

16             THE COURT:  DURING THE DAYTIME OR EVENING?

17             PROSPECTIVE JUROR:  YES.  NOT DURING THE EVENING.

18             THE COURT:  SO HOW DIFFICULT WOULD IT BE FOR YOU TO

19   EITHER RESCHEDULE THE CLASS -- I GUESS YOU'LL BE ABLE TO KEEP

20   YOUR THURSDAY CLASSES SINCE WE WON'T BE IN SESSION, BUT YOUR

21   MONDAY AND TUESDAY --

22             THE CLERK:  AND WEDNESDAY.  HE SAID WEDNESDAY ALSO.

23             THE COURT:  I'M SORRY.  REPEAT WHEN YOUR CLASSES ARE

24   AGAIN.

25             PROSPECTIVE JUROR:  MY MONDAY/WEDNESDAY CLASSES RUN
```

```
1        FROM --
2                THE COURT:  OKAY.  WEDNESDAY WE'RE NOT HAVING COURT,
3        SO YOU SHOULD BE FINE ON WEDNESDAY.
4                PROSPECTIVE JUROR:  MONDAY CLASS RUNS 2:00 TO 5:00.
5        TUESDAY CLASSES RUN FROM 8:00 A.M. TO 10:00 A.M.
6                THE COURT:  I SEE.  AND WOULD IT BE A HARDSHIP FOR
7        YOU TO RESCHEDULE THOSE CLASSES TO ANOTHER DAY?
8                PROSPECTIVE JUROR:  IT WOULD BE VERY DIFFICULT.  ONE
9        OF THE CLASSES ON TUESDAY AND THURSDAY HAS A HUNDRED STUDENTS.
10               THE COURT:  ALL RIGHT.  ARE YOU REQUESTING TO BE
11       EXCUSED FOR HARDSHIP THEN?
12               PROSPECTIVE JUROR:  IT WOULD BE VERY DIFFICULT TO
13       FIND SUBSTITUTES, YOUR HONOR.  I THINK IT WOULD NOT JUST PUT
14       ME -- I WOULD BE ABLE TO DO MY DUTY TO THE JURY, BUT IT WOULD
15       BE A HARDSHIP ON MY COLLEAGUES TO COVER FOR ME.
16               THE COURT:  ALL RIGHT.  I DON'T WANT ANYONE ELSE
17       GETTING ANY IDEAS, BUT I AM GOING TO EXCUSE MR. PALMER FOR
18       HARDSHIP UNLESS THERE'S ANY OBJECTION FROM EITHER OF THE
19       PARTIES, EITHER SIDE.
20               MR. LEE:  NO OBJECTION, YOUR HONOR.
21               MR. PRICE:  NO OBJECTION.
22               THE COURT:  ALL RIGHT.  THANK YOU, MR. PALMER, FOR
23       BEING WILLING TO SERVE.
24               PROSPECTIVE JUROR:  THANK YOU.
25               THE COURT:  ALL RIGHT.  IT MAY APPEAR THAT ONE OR
```

1    MORE OF THE PARTIES, THE ATTORNEYS, THE WITNESSES COME FROM A

2    PARTICULAR NATIONAL, RACIAL, RELIGIOUS, OR ETHNIC GROUP OR

3    COUNTRY OR MAY HAVE A LIFESTYLE THAT'S DIFFERENT THAN YOURS.

4         IF THIS WOULD IN ANY WAY AFFECT YOUR JUDGMENT OR THE

5    WEIGHT AND CREDIBILITY YOU WOULD GIVE TO SUCH PERSON'S

6    TESTIMONY, OR SUCH PERSON'S ARGUMENT, WOULD YOU PLEASE RAISE

7    YOUR HAND?

8         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

9    RAISED.

10         IT IS IMPORTANT THAT I HAVE YOUR ASSURANCE THAT YOU WILL,

11    WITHOUT RESERVATION, FOLLOWING MY INSTRUCTIONS AND RULINGS ON

12    THE LAW AND THAT YOU APPLY THE LAW AS I INSTRUCT YOU.  WHETHER

13    YOU APPROVE OR DISAPPROVE OF MY RULINGS OR INSTRUCTIONS, IT'S

14    YOUR SOLEMN DUTY TO ACCEPT AS CORRECT THE STATEMENTS OF THE LAW

15    THAT I GIVE YOU.  YOU MAY NOT AND MUST NOT SUBSTITUTE YOUR OWN

16    IDEA OF WHAT YOU THINK THE LAW SHOULD BE.

17         IF YOU WILL NOT FOLLOW THE LAW AS I INSTRUCT YOU, PLEASE

18    RAISE YOUR HAND.

19         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

20    RAISED.

21         IF YOU HAVE EVER OWNED A BUSINESS, WOULD YOU PLEASE RAISE

22    YOUR HAND?

23         OKAY.  THE RECORD SHOULD REFLECT, I SEE THREE HANDS

24    RAISED.

25         LET'S START FIRST WITH MS. BUMB.

```
1              PROSPECTIVE JUROR:  I HAD A SMALL PHOTO BUSINESS AND

2     MY FAMILY RUNS A FLEA MARKET.

3              THE COURT:  A MONTGOMERY SUPERMARKET?  I'M SORRY.  I

4     COULDN'T HEAR THAT.

5         OH.  YOU HAVE A SMALL PHOTO BUSINESS.

6              PROSPECTIVE JUROR:  I DID, YES.

7              THE COURT:  OKAY.  AND YOUR FAMILY RUNS A FLEA

8     MARKET?

9              PROSPECTIVE JUROR:  RIGHT.

10             THE COURT:  OKAY.  ANYTHING ABOUT THOSE EXPERIENCES

11    THAT WOULD AFFECT YOUR ABILITY TO BE FAIR?

12             PROSPECTIVE JUROR:  NO.

13             THE COURT:  OKAY.  THANK YOU.

14         THE FLEA MARKET BUSINESS IS ONGOING?

15             PROSPECTIVE JUROR:  YES.

16             THE COURT:  OKAY.  THE PHOTO BUSINESS, HOW LONG AGO

17    DID YOU HAVE THAT?

18             PROSPECTIVE JUROR:  SEVEN OR EIGHT YEARS AGO.

19    PROBABLY EIGHT YEARS AGO.

20             THE COURT:  EIGHT YEARS AGO.  AND WERE YOU ACTUALLY

21    TAKING THE PHOTOS AND THEN DEVELOPING HARD COPY PRINTS?

22             PROSPECTIVE JUROR:  PHOTO ALBUMS, SELLING PHOTO

23    ALBUMS.

24             THE COURT:  YOU WERE SELLING PHOTO ALBUMS?

25             PROSPECTIVE JUROR:  RIGHT.
```

```
1              THE COURT:  EMPTY?

2              PROSPECTIVE JUROR:  YES.

3              THE COURT:  I SEE.  OKAY.  SO YOU WERE NOT ACTUALLY

4    DEVELOPING ANY PHOTOS?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  ALL RIGHT.  THANK YOU.  ALL RIGHT.

7         I THINK I SAW, MS. JOHNSON, YOUR HAND WAS RAISED.

8              PROSPECTIVE JUROR:  UM-HUM.

9              THE COURT:  OKAY.  GO AHEAD, PLEASE.

10             PROSPECTIVE JUROR:  I WAS A FLORAL DESIGNER AND I HAD

11   A FANTASY WEDDING BUSINESS DURING THE '80S.  I DID FANTASY

12   WEDDINGS.  I -- MY BRIDES CAME TO ME AND TOLD ME WHAT THEIR

13   FANTASY WAS AND I MADE IT HAPPEN.

14        AND THEN I GOT TOO OLD TO STAND ON MY FEET FOR THE NUMBER

15   OF HOURS THAT IT TOOK TO, YOU KNOW, TO DO THAT AND I GAVE IT

16   UP.

17             THE COURT:  OKAY.  THANK YOU.

18        ANYONE ELSE?  OKAY.  MR. MCELROY AND MR. KARIHALDO, I

19   BELIEVE.

20        LET'S START WITH MR. -- OKAY.  GO AHEAD, MR. KARIHALDO.

21             PROSPECTIVE JUROR:  I WAS RUNNING A CONSULTANCY

22   SERVICE IN SOLAR ENERGY, AND I HAVE A FULL-TIME JOB RIGHT NOW,

23   BUT -- AND NOW AND AGAIN I DO THAT, SELLING THE SOLAR.

24             THE COURT:  ALL RIGHT.  THAT WAS MR. KARIHALDO.

25        AND YOU HAVE A CONSULTANCY BUSINESS IN SOLAR ENERGY, BUT
```

1        YOU ALSO HAVE A FULL-TIME JOB AS WELL?

2                    PROSPECTIVE JUROR:  RIGHT.

3                    THE COURT:  AND IS THE FULL-TIME JOB ALSO IN SOLAR?

4                    PROSPECTIVE JUROR:  YES.

5                    THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

6            LET'S GO TO MR. MCELROY.  I THINK HE RAISED HIS HAND.

7                    PROSPECTIVE JUROR:  YES.  I'VE BEEN A LICENSED

8        BUILDING CONTRACTOR SINCE 1976, AND I'M IN THE PROCESS OF

9        RETIRING, PROBABLY BY THE END OF THIS SUMMER.

10                   THE COURT:  END OF THE SUMMER.  OKAY.  THANK YOU.

11           LET ME ASK IF YOU HAVE EVER BEEN INVOLVED IN A LAWSUIT AS

12       A PLAINTIFF, A DEFENDANT, OR A WITNESS.

13           IF YOU HAVE, WOULD YOU PLEASE RAISE YOUR HAND?

14           I SEE THREE HANDS HAVE GONE UP.

15           LET'S GO TO MR. DUNHAM, PLEASE.

16           GO AHEAD AND LET US KNOW WHAT YOUR INVOLVEMENT IN A

17       LAWSUIT WAS.

18                   PROSPECTIVE JUROR:  I WAS A WITNESS IN A TRIAL

19       BETWEEN IBM AND COMPUWARE CORPORATION.  IT'S A SOFTWARE

20       COMPANY.

21                   THE COURT:  WHAT KIND OF CASE WAS THAT?

22                   PROSPECTIVE JUROR:  IT WAS -- I WORKED FOR IBM AND

23       WE'D BEEN ACCUSED OF COPYING SOME OF THEIR CODE.

24                   THE COURT:  AND WHAT WAS YOUR JOB AT IBM?

25                   PROSPECTIVE JUROR:  I WAS A BUSINESS UNIT EXECUTIVE

1    WITH THEM, AND I WAS RESPONSIBLE FOR THE P&L, AND ALSO THE

2    TECHNICAL DIRECTION FOR A SIGNIFICANT AMOUNT OF IBM'S LARGE

3    SYSTEMS SOFTWARE.

4           THE COURT:  ALL RIGHT.  WHAT HAPPENED IN THAT

5    LAWSUIT?

6           PROSPECTIVE JUROR:  IT SETTLED JUST PRIOR TO GOING TO

7    TRIAL.

8           THE COURT:  I SEE.  SO YOU NEVER TESTIFIED AT THE

9    TRIAL; RIGHT?

10          PROSPECTIVE JUROR:  NO, I DID NOT.

11          THE COURT:  WAS YOUR DEPOSITION TAKEN?

12          PROSPECTIVE JUROR:  YES, IT WAS.

13          THE COURT:  WOULD THAT IN ANY WAY AFFECT YOUR ABILITY

14   TO BE FAIR AND IMPARTIAL IN THIS CASE?

15          PROSPECTIVE JUROR:  NOT AT ALL.

16          THE COURT:  ALL RIGHT.  WERE YOU ACTUALLY INVOLVED IN

17   WRITING THE CODE?

18          PROSPECTIVE JUROR:  NO, I WAS NOT.

19          THE COURT:  YOU WERE INVOLVED MORE ON THE BUSINESS

20   AND THE FINANCE SIDE?

21          PROSPECTIVE JUROR:  YES.

22          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

23      LET ME GO TO MS. BUMB.  I THOUGHT YOU RAISED YOUR HAND.

24          PROSPECTIVE JUROR:  NEVER MIND, NO.

25          THE COURT:  YOU HAVEN'T BEEN INVOLVED IN A LAWSUIT IN

1        ANY WAY?

2                PROSPECTIVE JUROR:  IT WAS JUST A FAMILY THING.

3                THE COURT:  LIKE FAMILY COURT?

4                PROSPECTIVE JUROR:  NO.  IT WAS A FAMILY BUSINESS.

5                THE COURT:  OH, A DISPUTE WITHIN THE FAMILY ABOUT THE

6        FLEA MARKET?

7                PROSPECTIVE JUROR:  YEAH.

8                THE COURT:  I SEE.  WERE YOU A WITNESS, OR --

9                PROSPECTIVE JUROR:  I WAS DEPOSED.

10               THE COURT:  ALL RIGHT.  BUT WERE YOU ALSO A PARTY?

11       LIKE WERE YOU SUING OR WERE YOU BEING SUED?

12               PROSPECTIVE JUROR:  NO.

13               THE COURT:  ALL RIGHT.  WAS IT A BREACH OF CONTRACT

14       KIND OF CLAIM?

15               PROSPECTIVE JUROR:  NO.

16               THE COURT:  FRAUD?

17               PROSPECTIVE JUROR:  NO.  IT WAS A -- IT WAS A FAMILY

18       THING.  IT WAS A -- YOU KNOW.  I'M NOT QUITE SURE HOW TO

19       EXPLAIN IT ACTUALLY.

20               THE COURT:  OKAY.  ALL RIGHT.  WELL, I HAVE SOME MORE

21       QUESTIONS, BUT I WILL MOVE ON.

22           OKAY.  LET ME GO TO MS. JOHNSON.  YOU RAISED YOUR HAND.

23               PROSPECTIVE JUROR:  YES.  WE HAD SOME WORK DONE ON

24       OUR DRIVEWAY.  WE LIVE IN THE MOUNTAINS.  WE HAD SOME WORK DONE

25       ON OUR DRIVEWAY, AND AFTER THE VERY FIRST RAIN, WE HAD A

```
1        MASSIVE LANDSLIDE, AND WE SUED THE CONTRACTOR AND WE LOST.

2                  THE COURT:  OKAY.  DID THAT GO TO TRIAL?

3                  PROSPECTIVE JUROR:  YES, IT DID.

4                  THE COURT:  OKAY.  DID YOU TESTIFY?

5                  PROSPECTIVE JUROR:  I DID.

6                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

7            DID ANYONE ELSE RAISE THEIR HAND?

8            OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

9        RAISED.

10           HAVE YOU EVER APPLIED FOR A PATENT, COPYRIGHT, OR

11       TRADEMARK?  IF SO, WHAT WAS IT FOR?  WAS IT GRANTED?  WHEN AND

12       FOR WHOM?

13           RAISE YOUR HAND IF YOU WOULD ANSWER YES THAT YOU HAVE

14       APPLIED FOR A PATENT, A TRADEMARK, OR A COPYRIGHT.

15           GO AHEAD, PLEASE.  THAT'S MS. PATE.

16                 PROSPECTIVE JUROR:  YES.  FOR THE START-UP THAT I

17       WORKED FOR BEFORE, IT WAS NOT MY PATENT.  AS BEING ON THE

18       BUSINESS SIDE, I JUST FACILITATED THE APPLICATION.  AND IT WAS

19       FOR SOCIAL MEDIA.

20                 THE COURT:  AND WAS THE PATENT APPLICATION GRANTED?

21                 PROSPECTIVE JUROR:  NO.

22                 THE COURT:  OKAY.  AND HOW LONG AGO WAS YOUR

23       INVOLVEMENT IN THE APPLICATION?

24                 PROSPECTIVE JUROR:  IT WAS ABOUT A YEAR AGO.  BUT

25       THEN THE START-UP COULDN'T GET FUNDING, SO IT STALLED.
```

```
1                THE COURT:  I SEE.  CAN YOU IDENTIFY THE NAME OF THE
2      START-UP?
3                PROSPECTIVE JUROR:  KAMERE.
4                THE COURT:  HOW DO YOU SPELL THAT?
5                PROSPECTIVE JUROR:  K-A-M-E-R-E.
6                THE COURT:  K-A-M-E-R-E, OKAY.  SO DID THE START-UP
7      FOLD?
8                PROSPECTIVE JUROR:  IT'S STILL GOING, BUT I'M NOT
9      INVOLVED.
10               THE COURT:  I SEE.  OKAY.
11          ANYONE ELSE?  OKAY.  THE RECORD SHOULD REFLECT NO HANDS
12     HAVE BEEN RAISED.
13          NOW, LET ME ASK YOU, WHEN YOU SAY THE PATENT WASN'T
14     GRANTED, IS THAT BECAUSE IT'S STILL PENDING OR THERE WAS --
15               PROSPECTIVE JUROR:  IT WAS PENDING AND WE JUST
16     HAVEN'T SHOWN THE USAGE FOR IT.  AND IT WAS ACTUALLY A LOGO
17     MORE THAN ANYTHING.  NO TECHNOLOGY.
18               THE COURT:  OH, OKAY.  ALL RIGHT.  SO IT WASN'T A
19     PATENT, IT WAS A TRADEMARK?
20               PROSPECTIVE JUROR:  YES.
21               THE COURT:  OKAY.
22               PROSPECTIVE JUROR:  WE HADN'T STARTED UP YET.
23               THE COURT:  OKAY.  THANK YOU.
24          ALL RIGHT.  HAVE YOU EVER CREATED OR DEVELOPED SOMETHING
25     AND HAD THE IDEA TAKEN FROM YOU?  IF YES, PLEASE RAISE YOUR
```

```
 1    HAND.

 2            OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

 3    RAISED.

 4            HAVE YOU EVER BEEN ACCUSED OF TAKING THE IDEA OF ANOTHER?

 5    IF YES, PLEASE RAISE YOUR HAND.

 6            LET ME ASK WITH MR. MORGAN -- I SEE NO HANDS RAISED AS TO

 7    THAT QUESTION.

 8            LET ME ASK WITH MR. MORGAN -- I'M SORRY -- MR. DUNHAM, SO

 9    YOU, YOURSELF PERSONALLY WERE NOT ACCUSED OF COPYING CODE?

10            PROSPECTIVE JUROR:  THAT'S CORRECT.

11            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

12            ALL RIGHT.  I'M GOING TO ASK YOU, PLEASE, TO ANSWER -- YOU

13    SHOULD HAVE A LAMINATED SHEET ON YOUR CHAIR, AND I'M GOING TO

14    ASK YOU TO ANSWER THOSE PERSONAL QUESTIONS.  AND WE'RE JUST

15    GOING TO GO STRAIGHT DOWN THE LINE, PLEASE.

16            WE'LL START WITH MR. BERG.

17            PROSPECTIVE JUROR:  MY NAME IS KIM BERG.  I WAS BORN

18     IN TACOMA, WASHINGTON.  I LIVE IN PALO ALTO.  I HAVE A

19     BACHELOR'S DEGREE IN PHARMACOLOGY AND A MASTER'S DEGREE IN

20     BIOCHEMISTRY.

21            MY LAST JOB TITLE WAS SENIOR SCIENTIFIC PROGRAMMER AT

22     INSIGHT PHARMACEUTICALS.

23            MY RECREATIONAL ACTIVITY IS I'M A REFEREE FOR SOCCER

24     GAMES.

25            I'M MARRIED.
```

1        I WAS PREVIOUSLY A DIRECTOR OF INFORMATION SYSTEMS AT

2   SHANNON PHARMACEUTICALS, ODWALLA AND BIOSYNC.

3        I HAVE A SON WHO'S 22 AND A DAUGHTER 20.  MY DAUGHTER'S IN

4   COLLEGE.  MY SON WORKS AT A MEDICAL DIAGNOSTICS COMPANY IN THE

5   LAB.

6        I WAS PREVIOUSLY ON A JURY ABOUT 20 YEARS AGO IN FREMONT.

7   IT WAS A CRIMINAL CASE, DRUNK IN PUBLIC AND RESISTING ARREST.

8        THE DEFENDANT WAS FOUND GUILTY ON ONE CHARGE AND NOT

9   GUILTY ON ANOTHER CHARGE.

10           THE COURT:  I MAY HAVE MISSED, DID YOU -- DO YOU HAVE

11    A SPOUSE?

12           PROSPECTIVE JUROR:  YES.

13           THE COURT:  AND WHAT WAS YOUR SPOUSE'S OCCUPATION, IF

14    ANY, OUTSIDE THE HOME?

15           PROSPECTIVE JUROR:  SHE'S A SCIENTIFIC AND GENERAL

16    MANAGER FOR A BIOTECH COMPANY.

17           THE COURT:  A SCIENTIST AND A GENERAL MANAGER FOR

18    BIOTECH COMPANY.  CAN YOU TELL US WHICH ONE THAT IS?

19           PROSPECTIVE JUROR:  YES.  BIO -- IT'S CALLED

20    DISCOVEREX, BUT SHE'S THE MANAGER OF A DIVISION CALLED BIOSEEK.

21           THE COURT:  OKAY.  THANK YOU.

22        YOU UNDERSTAND THAT IN A CRIMINAL CASE THE STANDARD OF

23    PROOF IS BEYOND A REASONABLE DOUBT -- AND I'LL GIVE YOU

24    INSTRUCTIONS THAT HERE IN A CIVIL CASE IT'S EITHER

25    PREPONDERANCE OF THE EVIDENCE OR CLEAR AND CONVINCING EVIDENCE.

```
1           THOSE ARE LOWER STANDARDS THAN BEYOND A REASONABLE DOUBT.

2                   PROSPECTIVE JUROR:  YES, I UNDERSTAND THAT.

3                   THE COURT:  ALL RIGHT.  THANK YOU.

4           LET'S GO TO MS. NGUYEN, PLEASE.

5                   PROSPECTIVE JUROR:  MY NAME IS JENNIFER NGUYEN.  I

6    WAS BORN IN VIETNAM.  CURRENTLY I LIVE IN SAN JOSE.

7                   AND I'VE GOT A B.A. IN ACCOUNTING.

8               AND CURRENTLY I'M WORKING AS AN ACCOUNTING ASSISTANT AT

9    DEANZA COLLEGE, AND ALSO I'VE GOT A PART-TIME JOB, A CASHIER AT

10   WHOLE FOODS.

11              AND MY HOBBY IS LISTEN TO MUSIC AND SHOPPING.

12              AND I'M A SINGLE PERSON.

13                  THE COURT:  ALL RIGHT.  THANK YOU.  HAVE YOU EVER

14   SERVED ON A JURY?

15                  PROSPECTIVE JUROR:  NO, I HAVEN'T.

16                  THE COURT:  ALL RIGHT.  THANK YOU.  HAVE YOU EVER

17   BEEN MARRIED?

18                  PROSPECTIVE JUROR:  NO.

19                  THE COURT:  OKAY.  THANK YOU.

20           ALL RIGHT.  LET'S MOVE ON, PLEASE.  MS. CHEN?

21                  PROSPECTIVE JUROR:  MY NAME IS CHINGHSING CHEN.  I

22   WAS BORN IN TAIPEI, TAIWAN.  CURRENTLY I LIVE IN SUNNYVALE.

23              I HAVE TWO BACHELOR'S DEGREES, ONE IS COMPUTER SCIENCE,

24   THE OTHER ONE IS MANAGEMENT INFORMATION SYSTEMS.

25              I HAVE BEEN A STATISTICAL PROGRAM ANALYST FOR 13 YEARS.
```

```
1              I CURRENTLY WORK AT GENENTECH IN SOUTH SAN FRANCISCO.

2              I LIKE TO DRAW, AND I LIKE TO BIKE WITH MY FAMILY.

3              I'M CURRENTLY MARRIED.

4              AND THEN -- OKAY.  MY HUSBAND'S JOB, HE'S A SOFTWARE

5      ENGINEER.  AND HE WORK AT LIFE TECH IN SOUTH SAN FRANCISCO AS

6      WELL.

7              AND I HAVE TWO BOYS.  ONE IS 11 YEARS OLD, THE OTHER ONE

8      IS 10 YEARS OLD, AND THEY ARE STUDENTS.

9              I NEVER COMMITTED ANY CRIME.  AND DON'T HAVE THE JURY,

10     JURY EXPERIENCE BEFORE.

11             THE COURT:  TELL US ABOUT LIFE TECH.  THAT'S WHERE

12     YOUR HUSBAND WORKS?

13             PROSPECTIVE JUROR:  LIVE TECH IS THE BIOTECH COMPANY.

14     THEY ARE DOING THE SEQUENCING FOR DNA.  YEAH.

15             THE COURT:  OH, THEY'RE DOING DNA SEQUENCING.

16             THE WITNESS:  YES.

17             THE COURT:  OKAY.  THANK YOU.

18         OKAY.  MS. SAGE.

19             PROSPECTIVE JUROR:  MY NAME IS PAMELA SAGE.  I WAS

20     BORN IN ANAHEIM, CALIFORNIA.  I LIVE IN SAN JOSE.  I HAVE A

21     HIGH SCHOOL EDUCATION WITH SOME COLLEGE.

22             I'M AN EXECUTIVE ASSISTANT, AND I'VE BEEN DOING THAT FOR

23     ABOUT 20 YEARS.  I WORK AT SEAGATE RIGHT NOW.

24             MY HOBBIES ARE OUTDOORS ACTIVITIES, RUNNING, HIKING,

25     SPENDING TIME WITH MY GRAND KIDS.
```

```
1        I'M MARRIED BUT GOING THROUGH A DIVORCE.  AND MY -- I HAVE

2   THREE KIDS.  MY SON IS 34 AND MY DAUGHTERS ARE 30 AND 29.  THE

3   DAUGHTERS ARE STAY-AT-HOME MOMS AND MY SON DOES CONSTRUCTION.

4        AND I'VE BEEN TO JURY SERVICE BUT WASN'T PICKED.

5        AND NO CRIMINAL BACKGROUND.

6        THE COURT:  OKAY.  AND WHAT DOES YOUR -- I KNOW

7   YOU'RE DIVORCING, BUT WHAT DOES YOUR SPOUSE DO?

8        PROSPECTIVE JUROR:  HE DOES, LIKE, PAVING WORK.  HE

9   WORKS FOR A PAVING COMPANY.

10       THE COURT:  OKAY.  THANK YOU.

11   LET'S GO TO MR. VON DOLLEN, PLEASE.

12       PROSPECTIVE JUROR:  I'M DONALD VON DOLLEN.  I WAS

13   BORN IN SAN LUIS OBISPO, CALIFORNIA.  I CURRENTLY LIVE IN

14   PALO ALTO.

15       I HAVE A B.S. DEGREE IN PHYSICS.  I WORK FOR THE ELECTRIC

16   POWER RESEARCH INSTITUTE.  I'M A PROGRAM MANAGER.  I MANAGE A

17   RESEARCH PROGRAM.

18       HOBBIES, HIKING, BASEBALL.

19       I'M MARRIED.  MY WIFE IS A FITNESS TRAINER.

20       I HAVE THREE CHILDREN:  A DAUGHTER WHO'S 24 YEARS OLD AND

21   WORKS FOR A SOLAR COMPANY; A SON WHO'S 19 YEARS OLD AND IS A

22   COLLEGE STUDENT; AND A DAUGHTER WHO'S 17 YEARS OLD WHO'S A HIGH

23   SCHOOL STUDENT.

24       I SERVED ON A JURY AS AN ALTERNATE 20 YEARS AGO.  IT WAS A

25   CRIMINAL CASE IN CONTRA COSTA COUNTY.
```

```
 1              THE COURT:  OKAY.  AND DO YOU -- SO YOU DIDN'T GET TO

 2    DELIBERATE?

 3              PROSPECTIVE JUROR:  NO.

 4              THE COURT:  OKAY.  AND YOU UNDERSTAND THE CRIMINAL

 5    CASE HAS AN ENTIRELY DIFFERENT BURDEN OF PROOF.  BEYOND A

 6    REASONABLE DOUBT IS A HIGHER BURDEN OF PROOF THAN WHAT YOU'LL

 7    SEE IN A CIVIL CASE?

 8              PROSPECTIVE JUROR:  YES.

 9              THE COURT:  OKAY.  THANK YOU.

10         LET'S GO TO MS. ANDERSON.

11              PROSPECTIVE JUROR:  MY NAME IS LAURA ANDERSON.  I WAS

12    BORN IN ANCHORAGE, ALASKA.  I LIVE IN MONTEREY.

13         I HAVE A B.A. IN GLOBAL STUDIES.  I AM CURRENTLY A MANAGER

14    AT MONTEREY PENINSULA PEDIATRICS.  I OVERSEE THE BILLING

15    DEPARTMENT AND ALSO DO THEIR BOOKS.  AND I'M ALSO AN ONSITE

16    MANAGER AT AN APARTMENT COMPLEX WITH TEN UNITS.

17         I ENJOY HIKING AND SURFING.

18         AND I AM SINGLE, AND I HAVE NO CHILDREN.

19         AND I HAVE NEVER DONE JURY DUTY.

20              THE COURT:  THANK YOU.

21              PROSPECTIVE JUROR:  MY NAME IS RENE FRAGOSO.  I WAS

22    BORN IN GRANADA HILLS, CALIFORNIA.  I LIVE IN SAN JOSE.

23         I HAVE MY HIGH SCHOOL DIPLOMA IN ALMADEN VALLEY HIGH

24    SCHOOL.  I WORK IN SALES FOR AUTO ZONE.

25         FOR HOBBIES ARE I LIKE TO RUN A LOT.
```

1        I'M SINGLE.

2        MY PAST OCCUPATION?  I WORKED AT INTEGRATED COPY SOLUTIONS

3    AS AN ACCOUNT EXECUTIVE.

4        I HAVE NO CHILDREN.

5        AND I WENT TO JURY DUTY TWICE BEFORE, BUT THEY ALL SETTLED

6    OUT OF COURT.

7            THE COURT:  SO YOU NEVER SERVED?

8            PROSPECTIVE JUROR:  YEAH.

9            THE COURT:  OKAY.  THANK YOU.

10       ALL RIGHT.  LET'S GO TO MR. DUNHAM, PLEASE.

11           PROSPECTIVE JUROR:  MY NAME IS TOM DUNHAM.  I WAS

12    BORN IN OKLAHOMA CITY, OKLAHOMA.  I'M CURRENTLY LIVING IN SAN

13    MARTIN, CALIFORNIA.

14       I HAVE A BACHELOR OF ARTS IN FINANCE AND A MASTER'S IN

15    PROJECT MANAGEMENT.

16       AS I MENTIONED, MY PAST JOB WAS AS A BUSINESS UNIT

17    EXECUTIVE FOR IBM IN THEIR SOFTWARE GROUP RESPONSIBLE FOR LARGE

18    SYSTEMS SOFTWARE DEVELOPMENT AND DIRECTIONS.

19       I RETIRED APPROXIMATELY FOUR YEARS AGO.  AND MY CURRENT

20    JOB IS MY LIFELONG HOBBY, WHICH IS RESTORING CLASSIC

21    AUTOMOBILES.

22       I WORK FOR ON THE ROAD TO CLASSICS.  IT'S A RESTORATION

23    SHOP IN MORGAN HILL.  THAT ALSO HAPPENS TO BE MY FAVORITE HOBBY

24    AND RECREATIONAL ACTIVITY.

25           AND I'M LIVING WITH A LADY.  SHE HAS A JOB IN A FINANCIAL

```
1     SERVICES COMPANY AS A MARKETING REPRESENTATIVE.

2          MY SONS, I HAVE TWO.  ONE IS 25 AND ONE IS 29 AND BOTH ARE

3     MECHANICAL ENGINEERS.  ONE IS LOOKING FOR WORK AND THE OTHER IS

4     STARTING A STARTUP HERE IN THE VALLEY RELATED TO HEALTH.

5          I HAVE BEEN CALLED TO JURY DUTY, BUT I'VE NEVER SAT.

6          THE COURT:  ALL RIGHT.  THANK YOU.

7     LET'S GO TO MS. PALMADA, PLEASE.

8          PROSPECTIVE JUROR:  MY NAME IS MARGARITA PALMADA, AND

9     I WAS BORN IN CATALONIA, SPAIN.  I LIVE IN SANTA CLARA.  I HAVE

10    FOR THE LAST 30 YEARS.  AND I HAVE A MASTER'S IN LINGUISTICS

11    AND SPANISH LITERATURE.

12         I HAVE WORKED, WHILE I WAS IN BARCELONA, FOR MANY YEARS,

13    BUT HERE I HAVE BEEN TEACHING UNTIL I RETIRED.  SO I'M RETIRED

14    NOW.

15         I LIKE TRAVELLING AND I LIKE DANCING.

16         I'M A WIDOW AND MY HUSBAND WAS ALSO A TEACHER.

17         I HAVE A DAUGHTER WHO IS 36 AND SHE'S STAYING AT HOME WITH

18    3 KIDS RIGHT NOW.

19         AND I HAVE NEVER SERVED BEFORE ON JURY DUTY.

20         THE COURT:  OKAY.  THANK YOU.  WHERE DID YOU TEACH?

21         PROSPECTIVE JUROR:  AT WEST VALLEY COLLEGE AND ALSO

22    AT LEIGH HIGH SCHOOL.

23         THE COURT:  OKAY.  THANK YOU.

24    ALL RIGHT.  LET'S PLEASE GO TO MS. CHEN.

25         PROSPECTIVE JUROR:  MY NAME IS ANNE CHEN.  I WAS BORN
```

1      IN SEATTLE, WASHINGTON.  I LIVE IN CUPERTINO.  I HAVE A B.A. IN

2      INTERNATIONAL STUDIES, ECONOMICS, AND POLITICAL SCIENCE AND A

3      J.D.

4           MY CURRENT JOB IS AT ERNST & YOUNG WHERE I'M IN THE

5      INTERNATIONAL TAX DEPARTMENT.

6           FAVORITE HOBBY, WORK TOO MUCH -- NO.  I LIKE TO READ.

7           I'M SINGLE.

8           MY PAST JOB WAS ALSO AT ANOTHER ACCOUNTING FIRM.

9           I HAVE NO CHILDREN, AND I'VE NEVER SERVED ON A JURY.

10          THE COURT:  ALL RIGHT.  THANK YOU.

11          LET'S GO TO MR. MORGAN, PLEASE.

12          PROSPECTIVE JUROR:  MY NAME IS ANDREW MORGAN.  I WAS

13      BORN IN LOS GATOS, CALIFORNIA AND I LIVE HERE IN SAN JOSE.

14          I HAVE A B.A. IN CRIMINAL JUSTICE AND MINOR IN SOCIOLOGY.

15      I'M A COMMUNITY SERVICE OFFICER AT THE LOS GATOS POLICE

16      DEPARTMENT.

17          I LIKE ANYTHING OUTDOORS, SNOW BOARDING, BACKPACKING,

18      RIDING, SO FORTH.

19          I'M SINGLE.

20          LIKE I SAID, I WORK FOR THE POLICE DEPARTMENT.

21          AND I'VE ALSO INTERNED AT THE CHICO POLICE DEPARTMENT.

22      AND I WORKED AT A SPORTING GOODS STORE.

23          I HAVE NO CHILDREN, AND I'VE NEVER SERVED ON A JURY.

24          THE COURT:  ALL RIGHT.  THANK YOU.

25          MS. BUMB.

1          PROSPECTIVE JUROR:  I'M ANN MARIE BUMB.  I WAS BORN

2     IN SAN JOSE.  I LIVE IN SAN JOSE.

3          HIGH SCHOOL, BUSINESS SCHOOL, I HAVE AN A.A. IN

4     BOOKKEEPING.

5          I'M A BOOKKEEPER AT THE FLEA MARKET.

6          MY FAVORITE HOBBIES ARE TRAVELLING AND WALKING AND

7     PHOTOGRAPHY.

8          I'M NOT MARRIED.  I HAVE NO CHILDREN.

9          AND I HAVE NOT SERVED.

10          THE COURT:  OKAY.  THANK YOU.

11          LET'S GO TO MS. PATE, PLEASE.

12          PROSPECTIVE JUROR:  MY NAME IS ANN MARIE PATE.  I WAS

13     BORN IN TORRANCE, CALIFORNIA.  I RESIDE IN LOS GATOS.

14          MY EDUCATIONAL BACKGROUND, I HAVE A BACHELOR'S OF SCIENCE

15     IN BUSINESS ADMINISTRATION, A MASTER'S IN BUSINESS

16     ADMINISTRATION, AND A J.D.

17          MY PAST RESPONSIBILITIES?  I USED TO WORK IN HIGH TECH

18     MANY, MANY YEARS AGO.  I WORKED FOR HEWLETT-PACKARD IN PRODUCT

19     MANAGEMENT FOR SEVEN YEARS.  WENT ON TO A SEMICONDUCTOR I.P.

20     COMPANY CALLED TESSERA TECHNOLOGIES.  THE LAST TIME I SAW HIGH

21     TECH WAS IN 2004.

22          SINCE THEN, I'VE WORKED FOR NONPROFITS IN A DIRECTOR OF

23     FINANCE TYPE OF ROLE.  I DID A LITTLE BIT OF A STINT WITH A

24     STARTUP.  I DO VERY MINOR BOOKKEEPING WITH THEM, BUT NOTHING OF

25     SIGNIFICANT TIME OR VALUE IN THE HIGH TECHNOLOGY FIELD.

```
 1          FAVORITE HOBBY?  PHOTOGRAPHY.  RECREATIONAL ACTIVITY?

 2   WATCHING MY KIDS PLAY SPORTS.  THEY'RE TEENAGERS, TWO

 3   DAUGHTERS.

 4          I AM CURRENTLY MARRIED.  MY HUSBAND JUST RETIRED FROM

 5   HEWLETT-PACKARD A YEAR AGO DECEMBER AFTER 32-PLUS YEARS WITH

 6   THAT COMPANY.  HE WORKED IN THE INK JET PRINTER DIVISION.

 7          CHILDREN DON'T WORK.

 8          AND NO JURY SERVICE IN THE PAST.

 9              THE COURT:  WHAT WAS YOUR HUSBAND'S JOB AT H-P?  WAS

10   HE AN ENGINEER OR --

11              PROSPECTIVE JUROR:  HE DID I.T. AT THE OLD SCIENTIFIC

12   INSTRUMENTS DIVISION, AND THEN HE DID LOGISTICAL SUPPORT FOR

13   ALL THE MAJOR SUBASSEMBLIES FOR INK JET PRINTERS, AND HIS TEAM

14   WAS IN BRAZIL.

15              THE COURT:  DID YOU -- WERE YOU INVOLVED IN ANY

16   PATENT LITIGATION AT TESSERA?

17              PROSPECTIVE JUROR:  NO, NOT AT THAT TIME.  I WAS ONLY

18   THE PRODUCTS -- WE WERE LOOKING, WE WERE ACTUALLY IN LITIGATION

19   WITH PATENTS WITH THEM, BUT I WAS NOT INVOLVED.  I WAS A

20   PRODUCT MANAGER.  SO MY FUNCTION WAS TO SELL THE I.P. AND GET

21   OTHER LICENSEES.

22              THE COURT:  OKAY.  HOW LONG WERE YOU AT TESSERA?

23              PROSPECTIVE JUROR:  THREE, THREE AND A HALF YEARS.

24              THE COURT:  OKAY.

25              PROSPECTIVE JUROR:  I THINK IT WAS 2003, 2004.  SO
```

1        IT'S BEEN A VERY LONG TIME.

2                THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

3            MS. WANG.

4                PROSPECTIVE JUROR:  MY NAME IS EDNA WANG.  I WAS BORN

5        IN TAIPEI, TAIWAN, AND I LIVE IN MILPITAS.  I HAVE A B.A.

6        DEGREE IN ACCOUNTING, AND I'M NOW AN ACCOUNTANT FOR A NONPROFIT

7        ORGANIZATION.

8                I LOVE TO READ AND WATCH DVD'S.

9                AND I'M CURRENTLY MARRIED.  MY HUSBAND IS AN ADMINISTRATOR

10       FOR A CHRISTIAN ORGANIZATION.

11               AND I HAVE TWO CHILDREN.  MY DAUGHTER IS 25.  SHE'S

12       WORKING FOR A COMPLIANCE LAB AS A DOCUMENT CLERK.

13               AND MY SON IS 21, AND HE'S CURRENTLY A COLLEGE STUDENT AT

14       SAN JOSE STATE.

15               AND I NEVER HAVE HAD JURY SERVICE BEFORE.

16               THE COURT:  OKAY.  THANK YOU.  DID YOU SAY YOUR

17       DAUGHTER WAS A DOCUMENT CLERK FOR A --

18               PROSPECTIVE JUROR:  FOR A COMPLIANCE LAB.

19               THE COURT:  SHE'S A DOCUMENT CLERK AT A COMPLIANCE

20       LAB?

21               PROSPECTIVE JUROR:  UH-HUH.

22               THE COURT:  OKAY.  THANK YOU.

23               PROSPECTIVE JUROR:  MY NAME IS LINDA SUNSHINE

24       JOHNSON.  I WAS BORN IN SCOTIA, CALIFORNIA.  I NOW LIVE IN

25       BOULDER CREEK, CALIFORNIA.  I HAVE A BACHELOR'S DEGREE IN FINE

1    ARTS FROM SAN JOSE STATE.

2        I WAS A, A FLORAL DESIGNER FOR MANY YEARS.  THAT WAS MY

3    LIFE.  I ALSO WORKED FOR A TIME AS A COOK.

4        MY FAVORITE HOBBY IS MAKING JEWELRY.

5        I AM CURRENTLY MARRIED TO THE BEST MAN ON THE FACE OF THE

6    EARTH.  HE PUTS UP WITH ME AND HAS DONE THAT FOR 44 YEARS.

7        HIS WORK -- I HAVE TO LOOK BECAUSE I ALWAYS GET IT

8    WRONG -- HE IS RETIRED.  HE WAS A COMPUTER HARDWARE DESIGN

9    VERIFICATION ENGINEER FOR SUN MICROSYSTEMS.

10       WE HAVE A 44 YEAR OLD DAUGHTER.  SHE IS A FINE ARTS

11   RESTORER IN WASHINGTON STATE.

12       I HAVE SERVED ON A JURY BEFORE.  IT WAS A CRIMINAL CASE IN

13   SANTA CRUZ COUNTY.  AND WE WERE ABLE TO REACH A JURY -- A

14   VERDICT.

15           THE COURT:  HOW LONG AGO WAS THAT?

16           PROSPECTIVE JUROR:  OH, GOSH.  IT WAS PROBABLY 20

17    YEARS.

18           THE COURT:  ALL RIGHT.  AND YOU DO UNDERSTAND THAT A

19    CRIMINAL CASE HAS A BEYOND A REASONABLE DOUBT BURDEN OF PROOF,

20    WHICH IS NOT --

21           PROSPECTIVE JUROR:  YEAH.

22           THE COURT:  -- WHAT WE HAVE HERE.

23       ALL RIGHT.  THANK YOU.  LET'S GO TO MS. GALONJA.

24           PROSPECTIVE JUROR:  MY NAME IS SLOBODANKA GALONJA.  I

25    WAS BORN IN BOSNIA IN HERZEGOVINA WHERE I FINISHED HIGH SCHOOL.

```
 1        I WORK IN TWO PART-TIME JOBS.  ONE IS FULL SERVICE IN ANDERSON

 2     SCHOOL, AND THE OTHER ONE IS A RECOVERY CLERK IN BIG LOTS

 3     STORE.

 4        MY FAVORITE HOBBY IS HIKING.

 5        AND I'M MARRIED FOR LONG TIME.  AND MY HUSBAND NOW IS --

 6     HE WAS LAID OFF FOUR YEARS AGO.  NOW HE'S IN THE PROCESS FOR

 7     SOCIAL SECURITY DISABILITY.  HE DOES NOT WORK FOR FOUR YEARS.

 8        I HAVE TWO BOYS.  ONE IS ON -- HE GOES TO SAN JOSE STATE

 9     UNIVERSITY, AND THE OTHER ONE IS DEANZA COLLEGE.

10        AND I NEVER SERVED.

11           THE COURT:  AND WHAT IS YOUR CITY OF RESIDENCE, NOT

12     YOUR ADDRESS, BUT YOUR CITY?

13           PROSPECTIVE JUROR:  OH.  SAN JOSE.

14           THE COURT:  OKAY.  WHAT DID YOUR HUSBAND DO BEFORE HE

15     WENT OUT ON DISABILITY?

16           PROSPECTIVE JUROR:  HE WAS SECURITY.

17           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

18           PROSPECTIVE JUROR:  YOUR HONOR.

19           THE COURT:  YES.

20           PROSPECTIVE JUROR:  JUST ONE THING.  I SAY I'M

21     RETIRED, BUT I'M ALSO -- I'M DISABLED FOR THE LAST 19 YEARS.

22     SO ALL THE STANDING AND EVERYTHING, I BECAME DISABLED AFTER A

23     FALL.  SO JUST TO BE CLEAR, I DIDN'T RETIRE.  I FELL AND THEN

24     BECAME DISABLED.  SO JUST SO YOU KNOW.

25           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
```

```
 1              BUT IF YOU HAD TO SIT THROUGH A JURY TRIAL, WOULD THAT BE

 2   OKAY TO SIT FOR A LONG TIME.

 3              PROSPECTIVE JUROR:  OH, YEAH.  I CAN SIT.  AS LONG AS

 4   I CAN MOVE AROUND IN MY SEAT, I'M FINE.

 5              THE COURT:  OKAY.

 6              PROSPECTIVE JUROR:  I JUST CAN'T STAND FOR MANY

 7   HOURS.

 8              THE COURT:  YOU WILL NOT BE REQUIRED TO STAND.

 9         ALL RIGHT.  THANK YOU.  MR. ZAPATA.

10              PROSPECTIVE JUROR:  YES, MY NAME IS GUADALUPE ZAPATA.

11   I GO BY LUPE.  PLACE OF BIRTH, DEL RIO, TEXAS.  I'VE BEEN

12   RESIDING IN SAN JOSE FOR 65 YEARS.

13         I GRADUATED HIGH SCHOOL, WENT TO A FIVE-YEAR

14   APPRENTICESHIP WITH LOCAL 393 PLUMBERS, BECAME A JOURNEYMAN,

15   FOREMAN, GENERAL FOREMAN, SUPERVISOR, AND RETIRED.  AND NOW I

16   TEACH AT THE APPRENTICESHIP FOR THAT.

17         MY FAVORITE HOBBY IS GOLFING.

18         I'M CURRENTLY MARRIED.  SHE'S BEEN A HOMEMAKER, HOUSEWIFE

19   SINCE SHE RIGHT TIRED.

20         CHILDREN?  I HAVE THREE CHILDREN 47, 45, AND 40.

21         I HAVE NO PRIOR JURY SERVICE.

22              THE COURT:  ALL RIGHT.  LET ME ASK, WHAT DID YOUR

23   SPOUSE DO BEFORE RETIRING?

24              PROSPECTIVE JUROR:  HOUSEWIFE.

25              THE COURT:  OKAY.  WHAT ABOUT YOUR KIDS, WHAT DO THEY
```

1    DO?

2              PROSPECTIVE JUROR:  YEAH.  ONE WORKS FOR GREAT

3    ENVIRONMENTAL -- HE WORKS AS A SUBCONTRACTOR FOR PG&E.

4              THE COURT:  OKAY.

5              PROSPECTIVE JUROR:  AND MY DAUGHTER JUST -- THEY'VE

6    BEEN LAID OFF FOR A LONG TIME.  SO MY DAUGHTER JUST GOT A JOB

7    HERE IN SAN JOSE AS A WAFER -- I DON'T KNOW WHAT ACTUALLY SHE

8    REALLY DOES BECAUSE SHE'S JUST BEEN THERE.

9              THE COURT:  WAFER MANUFACTURER OR SOMETHING?

10             PROSPECTIVE JUROR:  YEAH.

11             THE COURT:  FOR SEMICONDUCTOR WAFER, IS THAT WHAT

12   WE'RE TALKING ABOUT?

13             PROSPECTIVE JUROR:  I THINK SO, YEAH.

14             THE COURT:  OKAY.  BUT YOU DON'T KNOW WHICH COMPANY

15   SHE WORKS FOR?

16             PROSPECTIVE JUROR:  NO, NOT RIGHT NOW.  LIKE I SAID,

17   SHE JUST GOT A JOB.

18             THE COURT:  OKAY.  WHAT ABOUT YOUR THIRD KID?

19             PROSPECTIVE JUROR:  MY OTHER SON IS A PLUMBER, BUT

20   HE'S BEEN OUT OF WORK BECAUSE WORK HAS BEEN KIND OF SLOW.

21             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  AND YOU

22   SAID NO JURY SERVICE; RIGHT?

23             PROSPECTIVE JUROR:  NO JURY SERVICE.

24             THE COURT:  ALL RIGHT.  THANK YOU.

25        LET'S GO TO MS. WOO, PLEASE.

```
1                    PROSPECTIVE JUROR:  MY NAME IS KOREY WOO.  PLACE OF
2         BIRTH IS MEXICO.  I LIVE IN SALINAS, CALIFORNIA.
3                    AND MY EDUCATIONAL BACKGROUND IS HIGH SCHOOL DIPLOMA WITH
4         SOME COLLEGE.
5                    AND MY CURRENT OCCUPATION IS I WORK FOR THE COUNTY OF
6         MONTEREY.  AND I'M A BUSINESS SERVICES SPECIALIST.  I'VE BEEN
7         DOING THAT FOR ABOUT 17 YEARS.
8                    AND MY HOBBY WOULD BE SPENDING TIME WITH MY FAMILY.
9                    I'M CURRENTLY SINGLE.  AND, LET'S SEE, I HAVE THREE
10        CHILDREN.  A BOY AGE 19, HE'S A COLLEGE STUDENT; I HAVE A 10
11        YEAR OLD BOY; AND A 2 YEAR OLD FEMALE.
12                   AND I'VE NEVER ATTENDED JURY DUTY.
13                   THE COURT:  OKAY.  THANK YOU.
14             LET'S GO TO MR. MCELROY.
15                   PROSPECTIVE JUROR:  YES.  MY NAME IS DENNIS MCELROY.
16        I WAS BORN IN PASADENA.  I LIVE IN MONTEREY.  I HAVE A B.A. IN
17        ARCHITECTURE.  I'VE BEEN A GENERAL CONTRACTOR SINCE 1976.
18                   AND HOBBIES INCLUDE WOODWORKING AND GARDENING AND JUST
19        LEISURE ACTIVITIES ON THE PENINSULA.
20             I AM MARRIED.  AND SHE JUST RECENTLY RETIRED FROM THE
21        EDUCATION DEPARTMENT AT THE MONTEREY BAY AQUARIUM.
22             WE HAVE THREE BOYS, AGES 33 TO 38.  THE YOUNGEST IS IN AN
23        ADVENTURE GUIDE FOR VACATION ADVENTURERS; THE MIDDLE SON WAS
24        SELF-EMPLOYED, BUT HE'S GONE BACK TO GRADUATE SCHOOL; AND MY
25        OLDEST SON IS A MANAGER OF AN AUTOMOBILE DEALERSHIP.
```

1    AND I SERVED ABOUT 20 YEARS AGO ON A CRIMINAL TRIAL AND NO

2    VERDICT WAS REACHED.

3              THE COURT:  ALL RIGHT.  AND YOU DO UNDERSTAND THAT

4    HAS A HIGHER BURDEN OF PROOF THAN IN A CIVIL CASE; CORRECT?

5              PROSPECTIVE JUROR:  YES.

6              THE COURT:  ALL RIGHT.  THANK YOU.

7              PROSPECTIVE JUROR:  MY NAME IS ROOP KARIHALDO.  I WAS

8    BORN IN INDIA.  I PRESENTLY RESIDE IN SAN JOSE.  MY EDUCATIONAL

9    BACKGROUND IS I HAVE A MASTER'S IN PHYSICS AND SCIENTIFIC

10   INSTRUMENTATION.

11        I HAVE BEEN WORKING IN REAL MANAGEMENT, AND MY CURRENT JOB

12   TITLE IS VICE-PRESIDENT FOR A SOLAR COMPANY.

13        MY FAVORITE HOBBIES ARE HIKING AND LISTENING TO MUSIC.

14        I AM MARRIED.  MY WIFE IS WORKING AT A BANK.

15        AND I HAVE TWO -- WE HAVE TWO CHILDREN.  MY DAUGHTER IS

16   MARRIED.  SHE'S A HOUSEWIFE.  SHE'S 23 YEARS OLD.

17        AND MY SON IS WORKING FOR A SOFTWARE COMPANY.  HE'S 27.

18        AND I HAVE NO EXPERIENCE IN JURY.

19              THE COURT:  WHAT DOES YOUR WIFE DO AT THE BANK?

20              PROSPECTIVE JUROR:  SHE'S A CUSTOMER CARE PERSON.

21              THE COURT:  OKAY.  DOES SHE HAVE ACCOUNTING OR

22   FINANCE EXPERIENCE, BACKGROUND?

23              PROSPECTIVE JUROR:  YEAH.

24              THE COURT:  WHAT ABOUT YOUR SON, WHICH SOFTWARE

25   COMPANY DOES HE WORK FOR?

1          PROSPECTIVE JUROR:  FOR WHITAX.

2          THE COURT:  HOW DO YOU SPELL WHITAX?

3          PROSPECTIVE JUROR:  W-H-I-T, WHITAX.  IT'S PROBABLY

4     FOR THE SOFTWARE.  I DON'T KNOW.  HE'S IN SOFTWARE.

5          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

6       LET'S GO TO MS. BRUNNER.

7          THE WITNESS:  I'M SHEILA BRUNNER.  I WAS BORN IN

8     SANTA CLARA COUNTY, SANTA CLARA.  I RESIDE IN SAN JOSE.

9       I HAVE A BACHELOR OF SCIENCE AND RECREATION ADMINISTRATION

10    WITH A CONCENTRATION IN THERAPY.

11       I WORK AT LUCILLE PACKARD CHILDREN'S HOSPITAL AS A CHILD

12    LIFE SPECIALIST.  I'VE BEEN THERE FOR 23 YEARS.

13       MY HOBBIES INCLUDE HIKING AND TRAVELLING.

14       I AM SINGLE.  I HAVE NEVER BEEN MARRIED.

15       AND SO I HAVE NO CHILDREN.

16       AND I DO HAVE JURY EXPERIENCE, PROBABLY ABOUT SEVEN TO TEN

17    YEARS AGO ON A CRIMINAL CASE, AND WE REACHED A VERDICT.

18          THE COURT:  OKAY.  THANK YOU.

19       LET'S GO TO MR. VU.

20          PROSPECTIVE JUROR:  MY NAME IS NEWMAN VU.  I WAS BORN

21     IN SAN JOSE.  I LIVE IN SAN JOSE.

22       I HAVE A BACHELOR'S IN SOCIOLOGY WITH A CONCENTRATION IN

23    CRIMINOLOGY.

24       MY PAST JOB, I WORKED AS A TEST TECHNICIAN IN A

25    SEMICONDUCTOR COMPANY.  I WORK UNDER ENGINEERS TESTING

```
1        MICROCHIPS.

2               AND MY HOBBIES, I LIKE WORKING ON CARS AND COMPUTERS.

3               I LIKE TO -- RECREATIONAL ACTIVITY, BASKETBALL AND

4        FOOTBALL.

5               I'M NOT MARRIED.  I HAVE A GIRLFRIEND, BUT I'M NOT LIVING

6        WITH HER.  DO I NEED TO -- AND SHE WORKS, I GUESS, AS AN

7        ACCOUNTANT, BOOKKEEPING, TAX FIRM.

8               AND NO CHILDREN.

9               AND I HAVE NOT SERVED ON A JURY.

10               THE COURT:  WHAT WAS THE SEMICONDUCTOR COMPANY THAT

11        YOU WORKED FOR?

12               PROSPECTIVE JUROR:  DISCERA.

13               THE COURT:  HOW DO YOU SPELL THAT?

14               PROSPECTIVE JUROR:  D-I-S-C-E-R-A.

15               THE COURT:  OKAY.  DO YOU KNOW IF IT HAD ANY BUSINESS

16        WITH APPLE OR SAMSUNG?

17               PROSPECTIVE JUROR:  NOT THAT I KNOW OF.

18               THE COURT:  OKAY.  THANK YOU.

19          LET'S GO TO MR. LADD, PLEASE.

20               PROSPECTIVE JUROR:  DAVID LADD.  I WAS BORN IN

21        COVENA, CALIFORNIA.  I'M CURRENTLY LIVING IN FELTON.

22          HIGH SCHOOL WITH A LITTLE COLLEGE.

23          I CURRENTLY WORK IN MARKETING FOR A RETAIL COMPANY.

24          MY FAVORITE HOBBY IS SURFING AND BASKETBALL.

25          I'M MARRIED.  MY WIFE WORKS AS A REGISTRAR AT A JUNIOR
```

```
 1        HIGH SCHOOL.
 2             I HAVE FOUR DAUGHTERS, 23, 29, 31, AND 35.  AND IN THAT
 3        ORDER, PARAMEDIC, EXECUTIVE ASSISTANT, MARKETING DIRECTOR, AND
 4        DIRECTOR OF A NONPROFIT.
 5             NEVER BEEN ON A JURY.
 6                  THE COURT:  ALL RIGHT.  THANK YOU.
 7                  PROSPECTIVE JUROR:  JESSICA SANCHEZ.  BORN IN
 8         MOUNTAIN VIEW, CALIFORNIA.  LIVE IN MOUNTAIN VIEW, CALIFORNIA.
 9             I HAVE A BACHELOR'S DEGREE IN BUSINESS.  I AM AN OFFICE
10        MANAGER AT A VENTURE CAPITAL FIRM.
11             I LOVE TO COOK AND BAKE.
12             I AM ENGAGED TO BE MARRIED.  MY FIANCEE IS AN ATTORNEY.
13        HE'S IN-HOUSE COUNSEL AT A REAL ESTATE FIRM.
14             NO CHILDREN.
15             AND NO PRIOR JURY SERVICE.
16                  THE COURT:  OKAY.  THANK YOU.
17             DO YOU KNOW IF YOUR FIANCEE HAS EVER PRACTICED PATENT LAW?
18                  PROSPECTIVE JUROR:  I DON'T.
19                  THE COURT:  OKAY.  OR DONE LITIGATION?  NO, HE'S JUST
20         ALL REAL ESTATE LAW.
21                  PROSPECTIVE JUROR:  YEAH, IT'S REAL PROPERTY.
22                  THE COURT:  ALL RIGHT.  THANK YOU.
23             ALL RIGHT.  THIS IS WHAT WE'RE GOING TO DO.
24             WE ARE GOING TO TAKE A TEN MINUTE BREAK, AND THEN WHEN WE
25        COME BACK, APPLE WILL HAVE TEN MINUTES FOR QUESTIONING OF OUR
```

```
 1          JURY POOL, SAMSUNG WILL HAVE 15 MINUTES, AND THEN AFTER THAT,

 2          WE WILL START EXERCISING PEREMPTORY CHALLENGES, AND WE WILL

 3          HAVE A JURY BY 4:30.

 4               OKAY?  ALL RIGHT.

 5               LET'S TAKE A TEN MINUTE BREAK NOW.  WE'LL SEE YOU BACK AT

 6          3:45.  THANK YOU.

 7               (RECESS FROM 3:36 P.M. UNTIL 3:46 P.M.)

 8                    THE COURT:  ALL RIGHT.  LET'S GET STARTED, PLEASE.

 9                    ALL RIGHT.  I HAVE ONE FOLLOW-UP QUESTION.  I'M SORRY.

10          DID SOMEONE SAY SOMETHING?

11               I HAVE ONE FOLLOW-UP QUESTION FOR MS. PATE.  CAN YOU

12          REMIND ME AGAIN FOR WHEN YOU WORKED FOR TESSERA, WHAT YEARS?

13                    PROSPECTIVE JUROR:  2000 THROUGH THE VERY BEGINNING

14          OF 2004.

15                    THE COURT:  OKAY.  I HAD IN MY NOTES YOU WORKED THERE

16          THREE YEARS.  DOES THAT SOUND RIGHT?

17                    PROSPECTIVE JUROR:  IT WAS LIKE THREE, THREE -- IT

18          WAS ALMOST THREE AND A HALF, FOUR YEARS.

19                    THE COURT:  OKAY.

20                    PROSPECTIVE JUROR:  I MAY BE OFF BY A FEW MONTHS.

21                    THE COURT:  ALL RIGHT.  ARE YOU AWARE OF ANY LAWSUITS

22          THAT TESSERA HAD AGAINST ANY OF THE PARTIES IN THIS CASE FOR

23          PATENT INFRINGEMENT?

24                    PROSPECTIVE JUROR:  AT THE TIME THEY WERE IN

25          LITIGATION.  I BELIEVE SAMSUNG WAS --
```

```
 1              THE COURT:  OKAY.  WELL, WHY DON'T YOU HOLD IT RIGHT
 2       THERE.
 3              ALL RIGHT.  I WOULD LIKE TO GIVE THE PARTIES AN
 4       OPPORTUNITY TO -- I WOULD LIKE TO GIVE THE PARTIES AN
 5       OPPORTUNITY TO ASK QUESTIONS OF OUR JURORS.  SO WHY DON'T I
 6       GIVE TEN MINUTES TO APPLE.  THE TIME IS NOW, ACCORDING TO THE
 7       TRANSCRIPT, 3:48.
 8              GO AHEAD, PLEASE.
 9              MR. LEE:  THANK YOU, YOUR HONOR.  LADIES AND
10       GENTLEMEN, AGAIN, I'M BILL LEE, ONE OF THE LAWYERS REPRESENTING
11       APPLE.
12              THIS IS OUR OPPORTUNITY TO ASK YOU SOME QUESTIONS.  FOR
13       THOSE OF YOU WHO GET SEATED AS JURORS, FOR THE REST OF THE TIME
14       YOU'LL BE LISTENING TO US AND THE WITNESSES.  SO THIS IS THE
15       RARE OPPORTUNITY WHERE WE GET TO ASK YOU A FEW QUESTIONS.
16              AS YOUR HONOR SAID THIS MORNING, I DON'T INTEND TO ASK
17       ANYTHING THAT WOULD MAKE ANYBODY UNCOMFORTABLE.  IF I DO AND
18       YOU WANT TO TALK ABOUT IT PRIVATELY, YOU SHOULD LET HER HONOR
19       KNOW, AND WE'LL TALK ABOUT IT PRIVATELY.
20              AND GIVEN THAT YOU'VE ANSWERED A TON OF QUESTIONS ALREADY,
21       I'M NOT GOING TO ASK EVERYBODY A QUESTION, AND I WILL BE
22       SHORTER THAN MY ALLOTTED TEN MINUTES.
23              MR. DUNHAM, CAN I ASK YOU A COUPLE OF QUESTIONS ABOUT YOUR
24       WORK AT IBM.  WERE YOU RESPONSIBLE FOR THE SOFTWARE DIVISION,
25       OR A PORTION OF THE SOFTWARE DIVISION?
```

1          PROSPECTIVE JUROR:  YES, FROM THE STANDPOINT OF --

2     OBVIOUSLY A BIG COMPANY.

3          MR. LEE:  YES.

4          PROSPECTIVE JUROR:  I HAD RESPONSIBILITY FOR $2

5     BILLION WORTH OF P&L AND THE DIRECTION OF THAT SOFTWARE.

6          MR. LEE:  AND DID THAT DIVISION -- DID YOUR DIVISION

7     SEEK SOFTWARE PATENTS ON -- OR PATENTS ON THE SOFTWARE

8     INVENTIONS --

9          PROSPECTIVE JUROR:  YES.

10          MR. LEE:  -- OF YOUR DIVISION?

11          PROSPECTIVE JUROR:  YES.

12          MR. LEE:  AND THAT WAS PART OF -- WITHIN --

13          PROSPECTIVE JUROR:  JUST PART OF.  IBM, AS YOU KNOW,

14     HAS QUITE A PATENT PORTFOLIO, AND I HAD RESPONSIBILITY FOR

15     DEVELOPERS THAT CREATED PATENTS.

16          MR. LEE:  AND DID YOU THINK THOSE PATENTS WERE

17     IMPORTANT TO IBM?

18          PROSPECTIVE JUROR:  YES, I DID.

19          MR. LEE:  AND DID IBM THINK THEY WERE IMPORTANT TO

20     IBM?

21          PROSPECTIVE JUROR:  YES, THEY DID.

22          MR. LEE:  MS. CHEN, I THINK YOU SAID THAT YOUR

23     HUSBAND IS A SOFTWARE ENGINEER?

24          PROSPECTIVE JUROR:  UM-HUM.

25          MR. LEE:  HAS HE EVER EXPRESSED ANY VIEWS TO YOU ON

```
 1        SOFTWARE PATENTS, SOFTWARE INVENTIONS POSITIVELY?  NEGATIVELY?

 2                 PROSPECTIVE JUROR:  NO.

 3                 MR. LEE:  NOT ONE WAY OR ANOTHER?

 4                 PROSPECTIVE JUROR:  HUM-UM.

 5                 MR. LEE:  HAS ANY OF YOU EVER HAD ANYBODY EXPRESS TO

 6        YOU OR DO YOU HAVE AN OPINION ON SOFTWARE PATENTS AND WHETHER

 7        THEY SHOULD BE PATENTED OR NOT PATENTED, ONE WAY OR ANOTHER?

 8            HAS ANY OF YOU EVER HEARD OF A CONCEPT CALLED OPEN SOURCE

 9        AT ALL?  MR. BERG, I THINK YOU'RE SHAKING YOUR HEAD.  WHAT DO

10        YOU KNOW ABOUT IT?

11                 PROSPECTIVE JUROR:  IT'S A METHOD, AN ORGANIZATION OF

12        SOFTWARE DEVELOPMENT.

13                 MR. LEE:  OKAY.

14                 PROSPECTIVE JUROR:  YES.

15                 MR. LEE:  SAME THING?

16                 PROSPECTIVE JUROR:  YES.

17                 THE COURT:  AND MR. DUNHAM, SAME THING?  MS. PATE,

18        SAME THING?

19                 PROSPECTIVE JUROR:  YES.

20                 MR. LEE:  ANY MORE INVOLVED OR ANY MORE DETAILED

21        INVOLVED WITH OPEN SOURCE BY ANYBODY?

22                 PROSPECTIVE JUROR:  MY COMPANY, MY GROUP WITHIN MY

23        COMPANY WE'VE DEVELOPED OPEN SOURCE SOFTWARE.

24                 MR. LEE:  WHAT KIND OF OPEN SOURCE SOFTWARE HAVE YOU

25        DEVELOPED?
```

```
1              PROSPECTIVE JUROR:  WE'VE DONE OPEN SOURCE SOFTWARE

2    AROUND ELECTRICAL POWER SYSTEM MODELING.

3              MR. LEE:  AND YOU'RE WITH EPRI; CORRECT?

4              PROSPECTIVE JUROR:  YES.

5              MR. LEE:  HAS EPRI ALSO SOUGHT PATENTS FOR SOME OF

6    THESE EFFORTS?

7              PROSPECTIVE JUROR:  YES.

8              MR. LEE:  AND DO YOU BELIEVE THOSE PATENTS HAVE BEEN

9    GRANTED TO EPRI?

10             PROSPECTIVE JUROR:  YES.

11             MR. LEE:  SOME OF YOU HAVE SERVED ON JURIES BEFORE.

12   LET ME JUST, FOR THOSE OF YOU WHO HAVE, HAS ANYBODY SERVED AS A

13   FOREPERSON BEFORE ON A JURY?

14        MR. DUNHAM, ONE QUESTION I JUST FORGOT TO ASK YOU, AND I

15   APOLOGIZE FOR GOING BACK.  WHILE YOU WERE AT IBM, YOU DESCRIBED

16   ONE LITIGATION AT IBM, WITH IBM AS A DEFENDANT.  WHILE YOU WERE

17   RESPONSIBLE FOR THE DIVISION, WAS IBM IN ANY LITIGATION

18   ENFORCING ANY OF ITS PATENTS?

19             PROSPECTIVE JUROR:  I WAS NOT PERSONALLY INVOLVED IN

20   THAT ENFORCEMENT, BUT I KNOW THAT OUR PATENT GROUP WAS, ON A

21   REGULAR BASIS, WAS ENFORCING PATENTS.

22             MR. LEE:  NOW, I PROMISED YOU NOT TO USE MY WHOLE TEN

23   MINUTES.  I'M GOING TO KEEP THAT PROMISE TO YOU.  LET ME ASK

24   YOU THIS, IT'S BEEN A LONG DAY, YOU'VE BEEN ASKED A LOT OF

25   QUESTIONS, BUT YOU KNOW THAT THIS IS AN IMPORTANT CASE TO BOTH
```

```
1        PARTIES, TO SAMSUNG AND TO APPLE.

2            IS THERE ANYTHING THAT WE HAVEN'T ASKED ANY OF YOU THAT

3    MIGHT BE IMPORTANT TO MR. QUINN AND MR. PRICE, OR TO MY

4    COLLEAGUES AND ME, IN HELPING ENSURE THAT WE HAVE A FAIR AND

5    IMPARTIAL JURY?

6            NOTHING?

7            JUST ONE LAST THING.  MR. MORGAN, I WANTED TO ASK YOU

8    ABOUT YOUR SERVICE AT LOS GATOS POLICE DEPARTMENT.  HAS THAT

9    GOTTEN YOU INVOLVED IN TRIALS IN ANY WAY, OTHER THAN JURY

10   SERVICE?

11               PROSPECTIVE JUROR:  NO.

12               MR. LEE:  OKAY.  NOTHING FURTHER, YOUR HONOR.  THANK

13    YOU.

14               THE COURT:  ALL RIGHT.  TIME IS NOW 3:52.  GO AHEAD,

15    PLEASE.

16               MR. PRICE:  THANK YOU.

17        GOOD AFTERNOON.  GOOD LONG AFTERNOON.  MY NAME IS BILL

18   PRICE, AND I'M ONE OF THE ATTORNEYS REPRESENTING SAMSUNG.

19            AND WE'RE HERE -- YOU'RE GOING TO HEAR EVIDENCE THAT

20   SAMSUNG SOLD A LOT OF SMARTPHONES.  LOOKING AT AMONGST YOU

21   FOLKS, IT'S HARD TO BELIEVE, I MEAN, I'M THINKING APPLE, APPLE,

22   APPLE, APPLE, APPLE, APPLE, APPLE, APPLE, APPLE, AND NOT APPLE.

23               PROSPECTIVE JUROR:  MOTOROLA.

24               MR. PRICE:  MOTOROLA.  AND WE'RE GOING TO END UP WITH

25    TEN JURORS AND EACH SIDE GETS A COUPLE LIMITED STRIKES, BUT
```

 1      WE'LL END UP WITH TEN JURORS, WHICH IS WHY, BY THE WAY, YOU

 2      FOLKS MIGHT SEE THIS SIDE OF ME MORE THAN THIS SIDE, BUT I'M

 3      GOING TO TRY MY BEST TO SHOW YOU MY BEST SIDE EVERY NOW AND

 4      THEN.

 5          SO I GUESS -- SO HERE'S MY CONCERN:  NOW, BOTH SIDES ARE

 6      ENTITLED TO A FAIR TRIAL.  A LOT OF YOU FOLKS HAVE NO

 7      EXPERIENCE WITH ANDROID PHONES AND A LOT ON THIS SIDE.  AND I'M

 8      WONDERING, IS THERE ANYONE HERE, HERE, TOO, WHO THINKS THAT

 9      WITH RESPECT TO YOU, INDIVIDUALLY, THAT SAMSUNG IS STARTING OUT

10      A LITTLE BIT BEHIND?  THAT IS, IF THERE WAS A STARTING LINE IN

11      A RACE, THAT APPLE'S A LITTLE BIT AHEAD BEFORE WE EVEN HEAR ANY

12      EVIDENCE?  DOES ANYONE FEEL THAT, FOR THEMSELVES PERSONALLY,

13      THAT THAT IS TRUE?  IS THAT SOMETHING THAT I SHOULD BE

14      CONCERNED ABOUT WITH RESPECT TO HOW YOU GUYS FEEL?

15          NO?  OKAY.

16              PROSPECTIVE JUROR:  I DON'T UNDERSTAND THE QUESTION.

17              MR. PRICE:  SURE.  IT'S THAT -- THIS IS SUPPOSED TO

18       BE A FAIR TRIAL WHERE YOU JUST LISTEN TO THE EVIDENCE AND MAKE

19       YOUR DECISION.

20          AND, OF COURSE, WE WANT A FAIR TRIAL.

21          BUT SOMETIMES WHEN YOU START A TRIAL, SOME JURORS MIGHT

22      THINK, YOU KNOW, I'M LEANING A LITTLE BIT MORE THIS WAY THAN

23      THAT WAY, BEFORE I EVEN HEAR ANY EVIDENCE.

24          AND SO I GUESS THAT'S WHAT I'M ASKING IS WHETHER OR NOT

25      ANYONE, BECAUSE OF THEIR PERSONAL EXPERIENCE, THEY LOVE THEIR

1    IPHONES, THAT THEY THINK THAT SAMSUNG IS STARTING A LITTLE BIT

2    LATE IN THE RACE HERE, THAT IS, THAT THEY MIGHT BE A LITTLE

3    BIT, YOU KNOW, MORE FAVORABLE TOWARD APPLE THAN SAMSUNG, BEFORE

4    YOU HEAR ANY EVIDENCE?

5         DOES THAT HELP?

6              PROSPECTIVE JUROR:  WELL, I CAN ANSWER THAT.  I

7    THINK -- MY UNDERSTANDING OF THE TECHNOLOGY IS THAT IPHONE DID

8    INITIATE THEIR, THEIR FORM OF AN I -- OF A SMARTPHONE BEFORE

9    OTHERS DID.

10        SO THEY WERE THE LEADER.  AND SO OTHER COMPANIES FOLLOWED

11   BEHIND.

12        DID THAT ANSWER YOUR QUESTION?

13             MR. PRICE:  NO.  I GUESS MY QUESTION IS THERE ARE

14   SPECIFIC -- THERE'S GOING TO BE SPECIFIC ACCUSATIONS HERE ABOUT

15   WHETHER OR NOT PATENTS WERE INFRINGED.

16             PROSPECTIVE JUROR:  OH, I SEE.

17             MR. PRICE:  WHETHER OR NOT SAMSUNG DID SOMETHING

18   WRONG.  AND I GUESS THE QUESTION IS DOES ANYONE KIND OF HAVE A

19   PRECONCEIVED NOTION ABOUT WHETHER THAT'S TRUE OR NOT?

20             PROSPECTIVE JUROR:  OH, I SEE.  NO.

21             MR. PRICE:  THANKS.  I'M SORRY I WASN'T CLEAR TO

22   BEGIN WITH.

23        SO ANOTHER CONCERN I HAVE IS THAT SAMSUNG IS NOT A LOCAL

24   COMPANY.  I MEAN, THERE ARE LOCAL SAMSUNG OFFICES HERE.  IN

25   FACT, THERE'S A NUMBER OF THEM, BUT SAMSUNG'S MANUFACTURING,

```
 1      ITS MAIN HEADQUARTERS IS NOT LOCAL.  APPLE'S IS.  IT'S IN

 2      CUPERTINO.

 3            YOU MAY HAVE HEARD THAT APPLE BRANDING CAMPAIGN A YEAR

 4      AGO, YOU KNOW, DESIGNED IN CALIFORNIA.  YOU KNOW, THAT WAS --

 5      I'M SURE A LOT OF YOU SAW THAT.

 6            SO ANOTHER CONCERN THAT YOU MIGHT THINK A SAMSUNG ATTORNEY

 7      MIGHT HAVE IS THAT CAN YOU BE FAIR, YOU KNOW, WHEN, YOU KNOW,

 8      WE'RE HERE IN APPLE'S BACKYARD, AND YOU'RE BEING ASKED TO

 9      ANSWER VERY IMPORTANT QUESTIONS ABOUT WHAT HAPPENED.

10            I MEAN, IS THERE ANYONE HERE WHO THINKS THAT THEY MIGHT

11      NOT BE ABLE TO BE AS FAIR TO SAMSUNG AS THEY WOULD BE TO APPLE

12      BECAUSE OF THE GEOGRAPHIC LOCATIONS OF THE COMPANIES?

13            OKAY.  I'M FEELING A LITTLE BETTER.  I'M KIND OF FEELING

14      BETTER.

15            BUT NOW I WANT TO ASK SPECIFICALLY ABOUT, ABOUT APPLE

16      FANDOM.

17            AND, MS. CHEN, I'LL PICK ON YOU JUST FOR A SEC BECAUSE I

18      THINK YOU'RE A PRETTY BIG APPLE FAN, CORRECT?  YOU GREW UP IN

19      CUPERTINO?

20                  PROSPECTIVE JUROR:  YES.

21                  MR. PRICE:  AND AT ONE POINT I THINK RIGHT AT THE

22      BEGINNING OF THE DAY YOU MENTIONED SOMETHING THAT YOU WEREN'T

23      SURE YOU COULD BE FAIR.  DO YOU RECALL THAT?

24                  PROSPECTIVE JUROR:  I JUST -- YES.  YES.

25                  MR. PRICE:  AND NOW I'M -- I HEARD YOU SAY THAT YOU
```

```
1        WENT AND YOU READ THE STEVE JOBS BOOK; RIGHT?

2             PROSPECTIVE JUROR:  I SAID THAT, YEAH.

3             MR. PRICE:  IT WAS A BEST SELLER.  DID YOU GO OUT --

4        I MEAN, BECAUSE YOU WERE AN APPLE FAN, WERE YOU KIND OF CURIOUS

5        AS TO WHAT WAS IN THERE?

6             PROSPECTIVE JUROR:  SURE.  I MEAN, I'VE ALWAYS BEEN

7        INTRIGUED BY STEVE JOBS.  SO, I MEAN, YOU GO OUT AND BUY THE

8        BOOK AND YOU READ IT.

9             MR. PRICE:  AND YOU SAID YOU'VE ALWAYS BEEN INTRIGUED

10       BY STEVE JOBS.  WERE YOU, PRIOR TO READING THE BOOK, A FAN OF

11       STEVE JOBS?

12            PROSPECTIVE JUROR:  A FAN?  I'M INTRIGUED.  HE WAS AN

13       INTERESTING CHARACTER.

14            MR. PRICE:  OKAY.  WELL, YOU MENTIONED THAT ONE OF

15       THE THINGS YOU REMEMBERED FROM THAT BOOK WAS THAT STEVE JOBS

16       WAS ANGRY ABOUT ANDROID.  DO YOU REMEMBER?

17            PROSPECTIVE JUROR:  YEAH.  HE -- HE JUST -- I JUST

18       REMEMBER READING SOMETHING ABOUT HIM NOT BEING -- BEING REALLY

19       ANGRY ABOUT ANDROIDS.  I DON'T REALLY REMEMBER.  IT FELL INTO

20       ONE OF THE -- THAT WAS JUST SOMETHING THAT I READ.

21            MR. PRICE:  DO YOU REMEMBER READING AT ALL HIS SAYING

22       THINGS ABOUT WANTING TO DESTROY GOOGLE AND GOOGLE BEING EVIL?

23            MR. LEE:  YOUR HONOR, THIS IS SUBJECT TO YOUR IN

24       LIMINE RULINGS.

25            THE COURT:  I'LL ALLOW A LIMITED QUESTION.
```

```
 1              MR. PRICE:  THANK YOU.

 2         DO YOU REMEMBER THOSE SORTS OF COMMENTS IN THAT BOOK THAT

 3    YOU READ?

 4              PROSPECTIVE JUROR:  I JUST REMEMBER ANDROIDS.

 5              MR. PRICE:  AND I GUESS -- SO MY QUESTION TO YOU,

 6    BECAUSE I KNOW THAT YOU READ THIS BOOK, WHICH I READ, TOO,

 7    BECAUSE IT WAS INTERESTING.

 8              PROSPECTIVE JUROR:  YEAH.  IT WAS A REALLY LONG BOOK,

 9    THOUGH.

10              MR. PRICE:  IS -- YEAH.  IS WHETHER OR NOT READING

11    THAT BOOK AND, AND READING STEVE JOBS' SIDE OF THINGS, RIGHT,

12    WHETHER OR NOT THAT MIGHT MAKE YOU A LITTLE BIT BIASED WHEN YOU

13    LISTEN TO THE EVIDENCE IN THIS CASE?

14              PROSPECTIVE JUROR:  WELL, I THINK I HAD MADE MY

15    FEELINGS CLEAR EARLIER ABOUT MY AFFINITIES.  I DON'T KNOW

16    HOW -- OF COURSE, AS A JUROR, I WOULD TRY TO BE AS UNBIASED AS

17    POSSIBLE.  BUT I THINK I'VE ALREADY MADE MY AFFINITIES PRETTY

18    CLEAR.

19              MR. PRICE:  THE AFFINITY BEING EVEN THOUGH YOU WOULD

20    TRY, YOUR AFFINITY IS TOWARD APPLE?

21              PROSPECTIVE JUROR:  YEAH.

22              MR. PRICE:  SO, FOR EXAMPLE, I'M GOING TO TELL YOU

23    THAT THERE WILL BE GOOGLE ENGINEERS WHO MAY BE TESTIFYING;

24    THERE WILL BE APPLE FOLKS WHO MAY BE TESTIFYING.

25         YOU KNOW, ALL THINGS BEING EQUAL, RIGHT, WOULD YOU HAVE
```

```
 1      MORE AFFINITY TOWARDS THE APPLE WITNESSES INSTEAD OF THE

 2      NON-APPLE WITNESSES?

 3                  PROSPECTIVE JUROR:  I WOULD TRY NOT TO, NO.  I MEAN,

 4      NO.

 5                  MR. PRICE:  ALL RIGHT.  SO WHEN YOU SAY -- WHEN YOU

 6      SAY YOU WOULD HAVE AN AFFINITY, THEN WHAT -- MAYBE YOU CAN

 7      EXPLAIN TO ME, BECAUSE I DON'T WANT TO PUT WORDS IN YOUR MOUTH.

 8      MAYBE YOU CAN EXPLAIN TO ME WHAT YOU MEAN BY THAT?

 9                  PROSPECTIVE JUROR:  I DON'T KNOW.  I JUST -- I JUST

10      GREW UP WITH APPLE.  I HAVE SEEN HOW THEY HELPED OUR SCHOOLS,

11      MY SCHOOLS.  I DON'T KNOW.  I GREW UP IN CUPERTINO.  IT'S

12      JUST -- IT'S AN AFFINITY.

13                  MR. PRICE:  NOW MY SALESMEN ARE GOING BACK A LITTLE

14      BIT.  BUT I UNDERSTAND WHAT YOU'RE SAYING.

15          SO YOU KNOW MOUNTAIN VIEW IS NOT FAR AWAY EITHER?

16                  PROSPECTIVE JUROR:  YEAH.

17                  MR. PRICE:  OKAY.  SO LET ME ASK FOLKS HERE, DOES

18      ANYONE HAVE ANY, ANY NEGATIVE FEELINGS ABOUT, GENERAL NEGATIVE

19      FEELINGS ABOUT SAMSUNG?  THAT OF COURSE WOULD GO TO EVERYONE.

20                  MR. QUINN:  FIVE MINUTES.

21                  MR. PRICE:  I KNOW -- I WOULD ASK YOU MORE ABOUT

22      THAT, TOO, EXCEPT YOU'RE ON THIS SIDE.

23                  AND -- OKAY.  SO WE TALKED ABOUT MOUNTAIN VIEW.  ARE THERE

24      PEOPLE HERE WHO HAVE ANY GENERAL NEGATIVE FEELINGS ABOUT, YOU

25      KNOW, THAT BIG COMPANY IN MOUNTAIN VIEW, GOOGLE?
```

```
 1           IS THERE ANYONE HERE WHO HAS ANY PARTICULAR NEGATIVE VIEW

 2    ABOUT THE ANDROID -- I SHOULD HAVE ASKED THIS FIRST.

 3           IS THERE ANYONE HERE WHO REALLY HAS MUCH EXPERIENCE WITH

 4    THE ANDROID OPERATING SYSTEM?

 5               PROSPECTIVE JUROR:  I HAD AN ANDROID.

 6               MR. PRICE:  AND THAT WAS WHEN?

 7               PROSPECTIVE JUROR:  FOUR YEARS AGO.

 8               MR. PRICE:  OKAY.  WHICH PHONE -- DO YOU KNOW WHICH

 9    PHONE THAT WAS?

10               PROSPECTIVE JUROR:  HTC.

11               MR. PRICE:  AH, OKAY.  AND A COUPLE OF YOU I NOTICED

12    HAVE CHILDREN WITH SMARTPHONES, THE BEST I'M GETTING WITH THIS

13    GROUP.  SO YOU SAID YOUR DAUGHTER HAD A SAMSUNG SMARTPHONE?

14               PROSPECTIVE JUROR:  YES.  AND THEN THINKING BACK, MY

15    SON HAD ONE WHEN IT FIRST CAME OUT, AND HE THOUGHT IT WAS,

16    LIKE, THE COOLEST THING EVER.

17               MR. PRICE:  OKAY.  DID YOU --

18               PROSPECTIVE JUROR:  AND MY HUSBAND ALSO, FOR HIS

19    BUSINESS, HE ALSO HAD ONE.

20               MR. PRICE:  DID YOU HELP YOUR SON OR HUSBAND IN

21    BUYING THOSE PHONES?

22               PROSPECTIVE JUROR:  I DIDN'T HELP THEM BUY IT.  I'M

23    NOT A TECHY PERSON.

24               MR. PRICE:  OKAY.  AND, MR. DUNHAM, I GUESS YOU SAID

25    YOUR PHONE -- YOUR SON OWNED A GALAXY?
```

```
1              PROSPECTIVE JUROR:  YES.

2              MR. PRICE:  AND HAVE YOU HAD ANY EXPERIENCE WITH THAT

3       PHONE, OR DID YOU TALK TO HIM ABOUT IT?

4              PROSPECTIVE JUROR:  OH, YEAH.

5              MR. PRICE:  HELP HIM SELECT IT?

6              PROSPECTIVE JUROR:  NO.

7              MR. PRICE:  OKAY.  ANY NEGATIVE OR POSITIVE VIEWS OF

8       ANDROID VERSUS -- APPLE'S OPERATING SYSTEMS IOS.

9          ANY NEGATIVE OR POSITIVE VIEWS ABOUT THAT?

10             PROSPECTIVE JUROR:  THE COMPANIES BUILD GOOD

11      PRODUCTS.

12             MR. PRICE:  I GUESS, MS. BUMB, I SHOULD HAVE ASKED

13      YOU ABOUT THE MOVIE ABOUT STEVE JOBS.  BUT ANYTHING NEGATIVE OR

14      POSITIVE THAT YOU GOT FROM THAT OTHER THAN HOW GOOD AN ACTOR

15      ASHTON KUTCHER IS?

16             PROSPECTIVE JUROR:  BUT HE'S NOT.  BUT THAT'S ANOTHER

17      THING.  HE'S NOT A GOOD ACTOR.

18             MR. PRICE:  AND YOU'RE WILLING TO LISTEN TO THE

19      EVIDENCE HERE AS TO, AS TO WHAT ACTUALLY FACTUALLY DEVELOPED

20      WITH RESPECT TO ANDROID OR APPLE?  CORRECT?

21             PROSPECTIVE JUROR:  YES.

22             MR. PRICE:  ONE MOMENT, YOUR HONOR, ALTHOUGH I DON'T

23      HAVE I HAVE ANY MINUTES LEFT.

24             THE COURT:  YOU HAVE TWO MINUTES LEFT.  IT'S 4:04.

25             (PAUSE IN PROCEEDINGS.)
```

```
 1              MR. PRICE:  SO THE OTHER THING IS THE WAY THAT THE

 2     TRIAL WORKS IS THAT APPLE GOES FIRST, THEY CALL WITNESSES

 3     FIRST.  WE DO GET TO EXAMINE THEM AFTER THEY CALL THE

 4     WITNESSES.

 5              AND, YOU KNOW, THERE'S ALWAYS THIS TENDENCY SOMETIMES FOR

 6     PEOPLE TO START TO KIND OF LEAN TOWARD ONE SIDE, AND THEN ONCE

 7     YOU START LEANING TOWARD ONE SIDE, YOU VIEW THINGS DIFFERENTLY,

 8     LIKE IF YOUR FAVORITE FOOTBALL TEAM, YOU'RE WATCHING YOUR

 9     FAVORITE FOOTBALL TEAM AND THERE'S A PASS INTERFERENCE CALL

10     THAT'S MADE, I DON'T KNOW IF YOU'VE EVER BEEN IN THAT

11     SITUATION, YOU WERE NEXT TO A FRIEND THAT WAS AGAINST THE TEAM

12     AND YOU SAID THAT WAS OBVIOUSLY PASS INTERFERENCE, AND YOUR

13     FRIEND SAID, NO, IT'S NOT.  WHAT, ARE YOU BLIND?

14         SO WHEN YOU START SIDING WITH ONE SIDE OR ANOTHER, YOU

15     KNOW, THAT CAN CHANGE HOW YOU LISTEN TO THE EVIDENCE AND YOUR

16     PERCEPTIONS.

17              SO I'M GOING TO ASK IF ALL OF YOU, CAN YOU PROMISE TO KEEP

18     AN OPEN MIND UNTIL YOU'VE HEARD ALL THE EVIDENCE AND SAMSUNG

19     HAS HAD A CHANCE TO PUT ON ITS EVIDENCE BEFORE YOU DECIDE THE

20     ISSUES IN THIS CASE?

21              IS THERE ANYONE HERE WHO THINKS THEY MIGHT HAVE A HARD

22     TIME DOING THAT OVER A MONTH PERIOD OF TIME?

23         OKAY.  GOOD LUCK WITH THAT.

24         YOUR HONOR, JUST A -- JUST RESERVE THE INDIVIDUAL

25     QUESTIONS THAT WE TALKED ABOUT.
```

```
 1            THE COURT:  OKAY.  UNDERSTOOD.

 2       ALL RIGHT.  I HAVE A FEW WRAP-UP QUESTIONS, AND THEN I'D

 3  LIKE US TO HAVE A BRIEF PRIVATE SESSION.

 4       LET ME FIRST JUST ASK AGAIN, AND I APOLOGIZE, I KNOW I'VE

 5  ASKED A NUMBER OF TIMES, BUT I WILL GIVE YOU AN INSTRUCTION

 6  THAT YOU MUST BASE YOUR DECISION AS A JUROR, IF YOU ARE

 7  SELECTED, ONLY ON THE EVIDENCE THAT IS ADMITTED DURING THE

 8  TRIAL AND THAT YOU MUST APPLY THE LAW AS I INSTRUCT YOU.

 9       RAISE YOUR HAND IF YOU WILL NOT FOLLOW THAT INSTRUCTION.

10       OKAY.  NO HANDS HAVE BEEN RAISED.

11       ALSO, I'LL GIVE YOU AN INSTRUCTION THAT YOU MUST NOT LET

12  ANY LIKES, DISLIKES, BIASES, PREJUDICES OR SYMPATHY IN ANY WAY

13  INFLUENCE YOUR DECISION AS A JUROR.

14       RAISE YOUR HAND IF YOU WILL NOT FOLLOW THAT INSTRUCTION.

15       OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

16  RAISED.

17       MR. PRICE IS CORRECT, YOU WILL GET AN INSTRUCTION THAT YOU

18  MUST KEEP AN OPEN MIND UNTIL YOU'VE HEARD ALL OF THE EVIDENCE,

19  ALL OF THE ARGUMENTS, AND UNTIL YOU'VE HEARD FROM ALL OF YOUR

20  OTHER JURORS.  YOU'LL GET A JURY INSTRUCTION THAT SAYS YOU'VE

21  GOT TO KEEP AN OPEN MIND, AND ONLY WHEN YOU'VE HAD THAT

22  EXCHANGE WITH ALL OF YOUR CO-JURORS, ONLY AT THAT POINT SHOULD

23  YOU START MAKING YOUR DECISION AND MAKING UP YOUR MIND.

24       IS THERE ANYONE WHO WILL NOT DO THAT, WHO WILL NOT KEEP AN

25  OPEN MIND UNTIL THE JURY DELIBERATIONS BEGIN, UNTIL THEY'VE
```

```
 1        HEARD FROM ALL OF THEIR FELLOW JURORS AS TO WHAT THEIR FELLOW

 2        JURORS' VIEWS ARE?  RAISE YOUR HAND IF THAT'S THE CASE.

 3             OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

 4        RAISED.

 5             NOW, THERE IS NO EVIDENCE THAT'S BEEN PRESENTED SO FAR.

 6        SO AT THIS POINT YOU SHOULD HAVE -- YOU MUST -- YOU SHOULD BE A

 7        BLANK SLATE.  THERE'S BEEN NO EVIDENCE IN THIS CASE.  YOU

 8        SHOULD NOT BE HAVING ANY OPINION ONE WAY OR THE OTHER.

 9             NOW, THIS IS WHAT I WOULD LIKE TO DO:  WE'RE ALMOST DONE.

10        BEAR WITH ME.

11             I WOULD LIKE TO ASK EVERYONE TO JUST STEP OUTSIDE OF THE

12        COURTROOM.  I'D LIKE MS. PATE TO JUST STAY A MINUTE.

13             SO IF YOU COULD JUST GO TO THE RESTROOM.  JUST TAKE A

14        BREAK OUTSIDE, AND WE'LL CALL YOU BACK PROBABLY IN ABOUT FIVE

15        MINUTES.

16             ALL RIGHT?  THANK YOU.

17             AGAIN, PLEASE DON'T DISCUSS THE CASE OR ANYTHING ABOUT THE

18        CASE WITH ANYONE.

19             (JURY PANEL NOT PRESENT, ONLY MS. PATE PRESENT.)

20               THE COURT:  PLEASE TAKE A SEAT.

21             THE RECORD SHOULD REFLECT THAT ALL THE JURORS HAVE LEFT

22        THE COURTROOM EXCEPT MS. PATE.

23             MS. PATE, I DID WANT TO ASK YOU FURTHER ABOUT WHAT YOU

24        KNEW ABOUT TESSERA'S LITIGATION AND WHAT YOUR INVOLVEMENT AT

25        ALL WAS.
```

```
1              PROSPECTIVE JUROR:  WHEN I WORKED AT TESSERA

2      TECHNOLOGIES, I WAS IN PRODUCT MARKETING.  I WENT TO TRADE

3      SHOWS AND I CREATED COLLATERAL.

4          I WAS NOT PART OF THEIR LICENSING TEAM.  I HAD NO PART IN

5      ENFORCEMENT OF THEIR I.P.

6          SO WHATEVER WAS GOING ON AT THE TIME, IT WAS OUTSIDE OF MY

7      JOB SCOPE.

8              THE COURT:  DO YOU RECALL WHAT YOU HEARD ABOUT THAT

9      LITIGATION?

10             PROSPECTIVE JUROR:  THE PREMISE WAS TESSERA BELIEVES

11     THAT THE COMPLIANT LAYER IN THE SEMICONDUCTOR BELONGS TO THEM.

12     THAT WAS SORT OF THE, THE ESSENCE OF WHAT THEIR PATENT WAS ALL

13     ABOUT.

14         AND THAT WAS WHAT MARKETING WAS ALL ABOUT.  THAT'S WHY YOU

15     HAVE A HIGH RELIABILITY.

16             THE COURT:  DO YOU KNOW THE OUTCOME OF THAT CASE?

17             PROSPECTIVE JUROR:  IT'S BEEN A LONG TIME.  I DON'T

18     REMEMBER.

19             THE COURT:  DO YOU KNOW IF THERE WAS AN OUTCOME WHILE

20     YOU WERE PRESENT.

21             PROSPECTIVE JUROR:  NOT WHEN I WAS PRESENT.

22             THE COURT:  OKAY.

23             PROSPECTIVE JUROR:  NO, I HAD LEFT BY THAT TIME.

24             THE COURT:  OKAY.  AND WHAT WERE YOUR SOURCES OF

25     INFORMATION ABOUT THAT LITIGATION?
```

```
1              PROSPECTIVE JUROR:  WHATEVER WAS PRESENTED IN AN

2    ALL-HANDS STAFF MEETING.  VERY GENERAL.

3              THE COURT:  DO YOU HAVE AN OPINION ABOUT THAT

4    LITIGATION?

5              PROSPECTIVE JUROR:  I DO NOT.

6              THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION

7    ABOUT THAT CASE WITH YOU?

8              PROSPECTIVE JUROR:  I HAVE NOT TALKED WITH ANYONE AT

9    TESSERA SINCE I LEFT THE COMPANY.

10             THE COURT:  OKAY.  BUT DID ANYONE, WHILE YOU WERE AT

11   THE COMPANY, SPEAK WITH YOU?  I KNOW YOU SAID THERE WERE

12   ALL-HANDS MEETINGS WHERE?

13             PROSPECTIVE JUROR:  IT WAS JUST WITH ALL THE STAFF,

14   ALL THE PEOPLE WHO WORKED AT TESSERA.  THE PRESIDENT OF THE

15   COMPANY WOULD HAVE THEIR ALL-HANDS STAFF MEETING, SORT OF GIVE

16   THIS IS WHAT'S GOING ON, WE'VE GOT A COURT DATE NEXT WEEK, SEE

17   HOW IT'S GOING.  IT WAS VERY, VERY HIGH LEVEL.  THERE WERE NO

18   PARTICULARS OF THE CASE THAT WERE EVER DISCUSSED WITH THE

19   EMPLOYEES AT THE LEVEL OF WHAT WAS GOING ON IN LITIGATION.

20             THE COURT:  WOULD YOUR KNOWLEDGE OF THIS LITIGATION

21   BETWEEN TESSERA AND SAMSUNG AFFECT YOUR ABILITY TO BE FAIR AND

22   IMPARTIAL IN THIS CASE?

23             PROSPECTIVE JUROR:  IT WOULD NOT AFFECT ME.

24             THE COURT:  ALL RIGHT.

25             PROSPECTIVE JUROR:  AND IT WASN'T -- AND I DO
```

```
 1      RECOLLECT THAT IT WAS WITH OTHER LICENSEES AS WELL.  SO IT WAS

 2      NOT JUST TESSERA V. SAMSUNG.  IT WAS A LICENSING --

 3              THE COURT:  DO YOU KNOW IF APPLE WAS SUED AS WELL?

 4              PROSPECTIVE JUROR:  I DO NOT RECALL APPLE BEING PART

 5      OF THAT.

 6              THE COURT:  OKAY.  I'M GOING TO ALLOW THE ATTORNEYS

 7      TO --

 8              PROSPECTIVE JUROR:  IT WAS ALSO MOSTLY MEMORY DATA,

 9      MEMORY CHIPS MORE THAN ANYTHING.

10              THE COURT:  ALL RIGHT.  LET ME ASK, DO YOU WANT TO

11      FOLLOW UP?

12              MR. PRICE:  YEAH, IF I MAY ASK JUST A FEW QUESTIONS.

13              PROSPECTIVE JUROR:  SURE.

14              MR. QUINN:  WHEN YOU HAD THESE ALL-HANDS MEETINGS AND

15      SOMETIMES THE CEO WOULD TALK, IN GENERAL, I ASSUME THE CEO OR

16      WHOEVER WAS TALKING WOULD SAY THAT, THAT THEY THOUGHT THAT

17      SAMSUNG HAD DONE SOMETHING WRONG, THAT IT HAD USED TESSERA'S

18      TECHNOLOGY.

19              PROSPECTIVE JUROR:  I RECALL THAT WHEN THINGS WERE

20      PRESENTED, IT WAS MORE ABOUT THAT WE HAVE A CLAIM THAT OUR

21      I.P., THEY FELT, WAS BEING COMPROMISED AND WE ARE NOW IN A

22      COURT OF LAW, WHICH IS HANDLING THOSE ISSUES.

23          AND SO THE BEST PEOPLE ARE IN THE BEST PLACES TO MAKE THAT

24      DECISION.

25              MR. PRICE:  OKAY.  AND SO WHEN YOU -- DID YOU HEAR ON
```

```
1      MORE THAN ONE OCCASION THE FACT THAT TESSERA HAD CLAIMED AND

2      THAT TESSERA THOUGHT THAT SAMSUNG HAD DONE SOMETHING TO

3      COMPROMISE TESSERA'S INTELLECTUAL PROPERTY?

4                  PROSPECTIVE JUROR:  THEY FELT THAT LICENSEES WHO WERE

5      A PART OF THAT WERE NOT PAYING THEIR PART OF THE LICENSING FEE

6      FOR THAT.

7                  MR. PRICE:  AND THAT WAS SAMSUNG?

8                  PROSPECTIVE JUROR:  THAT WOULD BE ONE PARTY BEING

9      SAMSUNG.

10                  MR. PRICE:  AND OTHER THAN THESE, THESE BIG ALL-HANDS

11      MEETINGS, WERE THERE OTHER TIMES WHEN PEOPLE -- YOU WOULD HEAR

12      PEOPLE AT THE COMPANY TALKING ABOUT WHETHER OR NOT SAMSUNG WAS

13      UNFAIRLY WITHHOLDING FEES FROM TESSERA, OR DOING SOMETHING TO

14      TESSERA THAT IT SHOULDN'T BE DOING.

15                  PROSPECTIVE JUROR:  SITTING IN THE MARKETING GROUP, I

16      WAS REALLY SORT OF OFF ON ONE SIDE OF THE BUILDING AND DIDN'T

17      SIT AROUND THE ENGINEER, WASN'T IN CLOSE PROXIMITY WITH GENERAL

18      COUNSEL, IN-HOUSE COUNSEL, ALONG THE EXECUTIVE ROW.

19          I WAS JUST ON ONE SIDE OF THE BUILDING DOING MY MARKING

20      JOB.

21          SO THE DISCUSSION -- I THINK EVERYONE, BECAUSE IT WAS SO

22      IMPORTANT, IT WAS IMPORTANT TO THE COMPANY BEING -- GENERATING

23      REVENUE, THAT I DON'T THINK ANYONE REALLY WANTED TO BE

24      OUTSPOKEN AND THEY WANTED TO MAKE SURE THE RIGHT COURSE OF

25      ACTION WAS TAKING PLACE.
```

```
 1              NO ONE WANTED TO PUT THAT IN JEOPARDY.

 2              SO THE CONVERSATIONS THAT I'VE HAD WHEN I WAS AT THE

 3     COMPANY, I WAS NOT PRIVY TO A LOT OF THINGS THAT OTHERS MAY

 4     HAVE FELT BECAUSE THEY WERE PART OF THE ENGINEERING TEAM, THEY

 5     WERE PART OF THE PATENT.  THEY WERE FAR MORE INVOLVED IN THE

 6     TECHNICAL ASPECT.

 7              MR. PRICE:  BUT YOU UNDERSTOOD IT WAS IMPORTANT FOR

 8     TESSERA, THE COMPANY, TO PREVAIL IN ITS CLAIM?  YOU KNEW THAT?

 9              PROSPECTIVE JUROR:  IT WAS IMPORTANT THAT IT WAS

10     DECIDED THAT THE CLAIM WAS EITHER TRUE OR UNTRUE FOR TESSERA.

11              IF IT WAS UNTRUE, THEN TESSERA NEEDED TO GO AND FIND ITS

12     WAY AND FIND REVENUES IN OTHER DIRECTIONS.

13              IF IT CAME OUT THAT, YES, TESSERA WAS RIGHT, THEN, YES,

14     THEN TESSERA WAS DUE THAT.

15              BUT I -- YOU KNOW, IT WAS ABOUT MAKING SURE THAT OUR I.P.

16     WAS RECOGNIZED AND PAID FOR.

17              MR. PRICE:  AND AT THE TIME YOU WERE AT TESSERA, DID

18     YOU THINK THAT SAMSUNG HAD NOT RECOGNIZED OR PAID FOR TESSERA'S

19     I.P.?

20              PROSPECTIVE JUROR:  NOT BEING PART OF THE LICENSING

21     GROUP, I HAD NEVER SEEN ANY OF THE RECEIVABLES SO I DID NOT

22     KNOW THAT.  I JUST KNOW THAT LICENSEES WERE NOT RECOGNIZING THE

23     I.P.

24              DOES THAT ANSWER --

25              MR. PRICE:  I GUESS -- AND AMONG THOSE LICENSEES, YOU
```

```
1     THOUGHT WERE SAMSUNG, THAT SAMSUNG WASN'T RECOGNIZING -- I

2     THINK YOU SAID THE I.P.?

3                 PROSPECTIVE JUROR:  CORRECT.

4                 MR. PRICE:  OKAY.  AND SO, SO YOUR UNDERSTANDING AT

5     THAT TIME WAS THAT SAMSUNG WAS SOMEHOW IN THE WRONG BECAUSE IT

6     WASN'T RECOGNIZING TESSERA'S I.P.?

7                 PROSPECTIVE JUROR:  I NEVER THOUGHT THAT SAMSUNG WAS

8     WRONG.  THERE WAS JUST A CLAIM AGAINST SAMSUNG FOR WHAT THE

9     COMPANY BELIEVED WAS NOT BEING RECOGNIZED WAS THE DIFFERENCE I

10    THINK.

11                MR. PRICE:  I'M SORRY.  I DIDN'T MEAN TO PICK ON YOU.

12                PROSPECTIVE JUROR:  NO, NO, NO.

13                MR. PRICE:  WHEN I HEARD THE WORD TESSERA, I HAD TO

14    ASK THESE QUESTIONS.

15                PROSPECTIVE JUROR:  NO, NO.  I TOTALLY UNDERSTAND.

16                THE COURT:  MR. LEE, DO YOU HAVE ANY QUESTIONS?

17                MR. LEE:  JUST A COUPLE.

18          WAS THERE ANYTHING ABOUT YOUR EXPERIENCE AT TESSERA THAT

19    WOULD MAKE IT IMPOSSIBLE FOR YOU TO FOLLOW THE JUDGE'S

20    INSTRUCTIONS.

21                PROSPECTIVE JUROR:  NO.

22                MR. LEE:  IS THERE ANYTHING THAT WOULD MAKE IT NOT

23    POSSIBLE TO LISTEN TO THE EVIDENCE FAIRLY?

24                PROSPECTIVE JUROR:  NO.

25                MR. LEE:  IS THERE ANYTHING ABOUT THAT EXPERIENCE
```

```
 1      THAT WOULD MAKE IT IMPOSSIBLE OR DIFFICULT FOR YOU TO DECIDE

 2      THIS CASE ON THE FACTS?

 3              PROSPECTIVE JUROR:  NO.

 4              MR. LEE:  THANK YOU.  NOTHING FURTHER, YOUR HONOR.

 5              THE COURT:  ALL RIGHT.  MS. PATE, I'M GOING TO ASK

 6      YOU TO STEP OUTSIDE, PLEASE.

 7          (NO PROSPECTIVE JURORS PRESENT.)

 8              THE COURT:  ALL THE JURORS HAVE LEFT THE COURTROOM.

 9      ARE THERE ANY CHALLENGES FOR CAUSE?

10              MR. PRICE:  I'LL GO FIRST.

11      YES, YOUR HONOR, THERE ARE.

12      JUROR NUMBER 13, MS. CHEN.  I KNOW SHE OBVIOUSLY IS SAYING

13      THAT SHE IS GOING TO TRY TO BE FAIR, BUT SHE WILL NOT -- OR HAS

14      NOT, IN FACT, STEPPED BACK FROM HER STATEMENT THAT SHE HAS AN

15      AFFINITY FOR APPLE AND SHE'S MADE IT VERY CLEAR THAT SHE HAS AN

16      AFFINITY FOR APPLE.

17              AND ONE OF THE VERY FIRST THINGS SHE SAID IN THIS

18      COURTROOM, WHEN SHE WAS ASKED BEFORE THE OTHER JURORS, WHETHER

19      OR NOT ANYONE HAD HEARD ABOUT THIS CASE, SHE SAID, WELL, I, I

20      HAVE, BUT THAT'S NOT WHY -- AND I DON'T HAVE THE EXACT WORD --

21      BUT I THINK SHE SAID THAT'S WHY I CAN'T BE FAIR, OR DON'T THINK

22      I CAN BE FAIR.  THOSE WERE KIND OF THE FIRST WORDS OUT OF HER

23      MOUTH.  I'D HAVE TO CHECK THE TRANSCRIPT.  SO DON'T QUOTE ME,

24      BUT I DO REMEMBER HER SAYING THAT.

25              AND SHE JUST HASN'T BACKED OFF HER AFFINITY, ALTHOUGH SHE
```

1    KNOWS THAT SHE'S SUPPOSED TO TRY TO BE FAIR, AND I HAVE NO

2    DOUBT SHE WILL TRY TO BE.

3         JUST GIVEN WHAT SHE SAID AND HER BACKGROUND AND APPLE'S

4    INVOLVEMENT IN HER COMMUNITY, IN HER SCHOOL, I BELIEVE THAT

5    SAMSUNG -- SAMSUNG WOULD LIKE A FAIR JURY AND I THINK THAT

6    EXCUSING HER WOULD MAKE THIS JURY MORE FAIR.

7              THE COURT:  OKAY.  DO YOU HAVE ANY OTHER CHALLENGES

8    FOR CAUSE OTHER THAN MS. CHEN?

9              MR. PRICE:  I DO, YOUR HONOR, IT'S MS. PATE.

10             THE COURT:  OKAY.

11             MR. PRICE:  ALTHOUGH SHE SAYS SHE DOESN'T THINK HER

12   EXPERIENCE AT TESSERA WILL AFFECT HER AS A JUROR, SHE WAS THERE

13   AT A TIME WHEN THERE WAS A HUGE DISPUTE BETWEEN TESSERA AND

14   SAMSUNG WHERE TESSERA --

15             THE COURT:  WHEN WAS THAT LAWSUIT STARTED?

16             MR. PRICE:  I HAVE SOMEBODY WHO ACTUALLY KNOWS.

17   MR. JOHNSON.

18             MR. JOHNSON:  YOUR HONOR, I THINK IT BEGAN -- IT WAS

19   PENDING WHILE MS. PATE WAS THERE AT TESSERA.  IT LOOKS LIKE IT

20   STARTED IN ABOUT 2000 THROUGH 2004.  AND I'M JUST GOING OFF OF

21   WHAT WE WERE ABLE TO PUBLICLY FIND.

22             THE COURT:  OKAY.

23             MR. JOHNSON:  IT LOOKS LIKE THERE WAS ALSO SOME --

24             THE COURT:  YOU MEAN FOLLOW-ON LITIGATION?

25             MR. JOHNSON:  YES.

```
1            THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE, MR. PRICE.
2            MR. PRICE:  AND I THINK SHE WAS TOLD, IN THESE
3    DISCUSSIONS, THAT SAMSUNG WAS NOT RECOGNIZING THE INTELLECTUAL
4    PROPERTY, THAT IT WASN'T PAYING WHAT IT SHOULD.  AND SHE SAID
5    THAT, YOU KNOW, AT THE TIME THAT WAS HER BELIEF, EVEN THOUGH
6    SHE WASN'T HEAVILY INVOLVED IN IT.
7            SO SHE WAS -- SHE HAS BEEN INVOLVED IN A PREVIOUS DISPUTE
8    WITH A COMPANY THAT SHE WORKED FOR, AND SHE HAD THE BELIEF THAT
9    SAMSUNG WAS NOT RECOGNIZING -- YEAH, THAT SAMSUNG WAS NOT
10   RECOGNIZING INTELLECTUAL PROPERTY.
11           AND SO WE RUN THE RISK THAT, YOU KNOW, YOU'VE DONE IT
12   ONCE -- ONE OF MY COMPANIES, THIS IS THE KIND OF COMPANY
13   SAMSUNG IS.
14           AND SO, AGAIN, I THINK IT'S TOO MUCH TO EXPECT HER TO PUT
15   THAT OUT OF HER MIND, YOU KNOW, BEING SOLD THAT SAMSUNG WAS
16   VIOLATING TESSERA'S I.P. RIGHTS, HER OWN OPINION AT THE TIME
17   THAT SAMSUNG WAS NOT RESPECTING THOSE RIGHTS.  I THINK IT'S
18   IMPOSSIBLE TO EXPECT HER TO PUT THAT OUT OF HER MIND.
19           THE COURT:  ALL RIGHT.  ARE THERE ANY OTHER
20   CHALLENGES FOR CAUSE OTHER THAN MS. PATE AND MS. CHEN?
21           MR. QUINN:  NO, YOUR HONOR.
22           MR. PRICE:  NO, YOUR HONOR.
23           THE COURT:  ALL RIGHT.  LET ME HEAR FROM APPLE.
24   DO YOU HAVE ANY CHALLENGES FOR CAUSE, AND WHAT IS YOUR
25   RESPONSE TO SAMSUNG'S CHALLENGES FOR CAUSE?
```

1        MR. LEE:  WE HAVE NO CHALLENGES FOR CAUSE.

2        AND FOR MS. CHEN, WHICH IS THE FIRST PERSON I THINK

3    MR. PRICE SAID, WE ACTUALLY WOULD NOT OPPOSE THE MOTION.  I

4    THINK THAT SHE HAS BEEN OPEN AND HONEST WITH US.  IT WOULD BE

5    DIFFICULT FOR HER, AND IN THE INTEREST OF A FULL AND FAIR JURY,

6    I THINK HAVING HER EXCUSED WOULD BE THE RIGHT THING TO DO.

7        AS TO MS. PATE, I THINK SHE'S HONESTLY ANSWERED THAT SHE

8    WASN'T IN THE LICENSING GROUP, SHE WASN'T IN THE LEGAL GROUP,

9    SHE WAS IN THE MARKETING GROUP.

10       YES, SHE KNEW IT WAS IMPORTANT TO THE COMPANY, BUT SHE'S

11   ANSWERED THE QUESTIONS THAT YOUR HONOR ASKED HER THIS MORNING

12   ASKING WHETHER SHE COULD BE FAIR AND IMPARTIAL, AND SHE'S

13   ANSWERED THEM UNEQUIVOCALLY, AS OPPOSED TO MS. CHEN.

14       AND WE THINK THAT THERE'S NO BASIS FOR EXCUSING HER.

15           THE COURT:  ALL RIGHT.  ANYONE ELSE WANT TO BE HEARD

16   ON THIS?  NO.  YOU HAVE NO OTHER CHALLENGES FOR CAUSE; CORRECT?

17           MR. PRICE:  NO OTHER CHALLENGES FOR CAUSE, CORRECT.

18           THE COURT:  ALL RIGHT.  THEN LET'S BRING OUR JURY IN,

19   PLEASE.

20       I WILL EXCUSE MS. CHEN AND MS. PATE.  OKAY?

21       (PROSPECTIVE JURORS PRESENT.)

22           THE COURT:  WELCOME BACK, EVERYONE.  PLEASE TAKE A

23   SEAT.  I WANT TO APOLOGIZE BECAUSE I TOLD YOU WE WOULD END AT

24   4:30, AND I'M ALREADY GOING TO BE WRONG TODAY.  BUT I DO THINK

25   WE'RE VERY CLOSE TO SELECTING A JURY, AND I THINK IT WOULD BE

1    BEST FOR US TO FINISH TODAY AND NOT HAVE EVERYONE COME BACK

2    TOMORROW UNNECESSARILY.

3         I'M GOING TO THANK AND EXCUSE BOTH MS. CHEN AND MS. PATE.

4    THANK YOU SO MUCH FOR YOUR WILLINGNESS TO SERVE.  YOU HAVE

5    FULFILLED YOUR JURY DUTY, AND IF YOU WOULD PLEASE GO TO THE

6    SECOND FLOOR JURY ASSEMBLY ROOM AND JUST LET THEM KNOW THAT YOU

7    HAVE FULFILLED YOUR DUTY.

8         ALL RIGHT.  THANK YOU.

9         NOW, WITH THAT, I'M GOING TO ASK MS. PARKER BROWN TO HAND

10   THE LIST TO THE PARTIES, AND WE'RE ALL GOING TO SIT HERE

11   QUIETLY AS THE PARTIES DECIDE WHO THEY WOULD LIKE TO EXCUSE.

12        AND I KEEP YOU HERE SO THEY CAN ATTACH A FACE TO THEIR

13   NOTES ABOUT EACH OF YOU.

14        (PAUSE IN PROCEEDINGS.)

15        MR. LEE:  YOUR HONOR, COULD WE JUST CONFER ON ONE

16   THING WITH MR. PRICE?

17        THE COURT:  OKAY, THAT'S FINE.

18        (DISCUSSION OFF THE RECORD BETWEEN COUNSEL.)

19        (PAUSE IN PROCEEDINGS.)

20        MR. PRICE:  YOUR HONOR, WE'VE COMPLETED THE PRODUCT

21   SESSION.

22        THE COURT:  OKAY.  THANK YOU.

23   CAN YOU PLEASE RETURN THE FORM TO MS. PARKER BROWN.

24   CAN YOU JUST SAY WHO'S BEING THANKED AND EXCUSED NOW.

25        THE CLERK:  OKAY.  THE FOLLOWING PEOPLE WILL BE

```
1        THANKED AND EXCUSED.

2              THE COURT:  AND ONCE YOUR NAME IS CALLED -- EXCUSE

3        ME -- YOU ARE FREE TO GO DOWN TO THE JURY ASSEMBLY ROOM ON THE

4        SECOND FLOOR AND JUST LET THEM KNOW THAT YOU HAVE FULFILLED

5        YOUR JURY DUTY.

6              OKAY.  GO AHEAD, PLEASE.

7              THE CLERK:  MR. FRAGOSO, MR. BERG, MS. CHEN,

8        MS. BUMB, MS. JOHNSON, MR. VON DOLLEN, MS. WANG, AND

9        MR. MCELROY.

10             DO YOU WANT ME TO READ THE NAMES OF THE JURORS AND HAVE

11       THEM MOVE THEIR SEATS.

12             THE COURT:  SURE.

13             THE CLERK:  OKAY.  MS. NGUYEN, IF YOU COULD MOVE INTO

14       SEAT ONE, PLEASE; MS. SAGE, SEAT TWO; MS. ANDERSON, SEAT THREE,

15       PLEASE; MR. DUNHAM, SEAT FOUR; MS. PALMADA, SEAT FIVE;

16       MR. MORGAN, SEAT SIX; MS. GALONJA, SEAT SEVEN; MR. ZAPATA, SEAT

17       EIGHT; MS. WOO, SEAT NUMBER NINE; AND MR. KARIHALDO, SEAT

18       NUMBER TEN.

19             THE COURT:  YOU WANT TO SWEAR IN OUR JURY, PLEASE.

20             THE CLERK:  AND WOULD YOU ALL TEN OF YOU PLEASE STAND

21       AND RAISE YOUR RIGHT HANDS.

22          (SELECTED JURY PANEL SWORN.)

23             PROSPECTIVE JUROR:  I DO.

24             THE CLERK:  THANK YOU.

25             THE COURT:  ALL RIGHT.  SO I'M GOING TO THANK AND
```

```
 1        EXCUSE OUR FOUR JURORS.

 2             YOU ARE EXCUSED.  IF YOU WOULD -- EVERYONE NEEDS TO GO

 3        DOWN TO THE SECOND FLOOR, RIGHT, MS. PARKER BROWN?

 4                  THE CLERK:  YES.

 5                  THE COURT:  OKAY.  LET THEM KNOW THAT YOU'VE BEEN

 6        EXCUSED.  THEY'LL HELP YOU FILL OUT ALL YOUR PAPERWORK FOR YOUR

 7        REIMBURSEMENTS AND YOUR FEES.  THANK YOU SO MUCH FOR YOUR

 8        WILLINGNESS TO SERVE.

 9             I'M GOING TO ASK MS. PARKER BROWN IF YOU WOULD HAVE

10        EVERYONE IN THE JURY ASSEMBLY ROOM, ALSO RELEASED, AS WELL AS

11        EVERYONE WAITING IN MY COURTROOM AS WELL.  THEY ALL CAN BE

12        EXCUSED.

13             SO FOR OUR JURORS, I JUST WANTED TO GIVE YOU A LITTLE BIT

14        OF A HEADS UP ABOUT WHAT WILL HAPPEN TOMORROW.

15             WHEN YOU COME IN TOMORROW, WE'LL BEGIN AT 9:00 O'CLOCK.  I

16        WILL READ YOU PRELIMINARY JURY INSTRUCTIONS.  YOU WILL ALSO

17        RECEIVE A BINDER THAT HAS HELPFUL INFORMATION ABOUT THE CASE.

18             YOU WILL ALSO WATCH A VIDEO THAT GIVES YOU BASIC

19        INFORMATION ABOUT PATENTS.

20             THEN EACH SIDE WILL HAVE AN OPPORTUNITY TO ADDRESS YOU IN

21        AN OPENING STATEMENT.  THEY EACH HAVE 90 MINUTES TO DO SO.

22             AFTER THAT, THEN WE'LL BEGIN WITH WITNESSES AND EVIDENCE.

23             I'M GOING TO ASK MS. PARKER BROWN TO GO BACK TO -- THIS IS

24        OUR JURY DELIBERATE ROOM, THE ONE THAT'S ATTACHED TO THIS

25        COURTROOM.  EVERY MORNING AND DURING BREAKS, THIS IS WHERE YOU
```

1    REPORT TO.  YOU NO LONGER HAVE TO REPORT TO THE SECOND FLOOR

2    JURY ASSEMBLY ROOM.

3         WHEN YOU GO IN, MS. PARKER BROWN IS GOING TO ISSUE YOU

4    YOUR JUROR BADGES AND GIVE YOU OTHER INFORMATION ABOUT

5    LOGISTICS.  I'M SORRY THAT WE WENT LONGER TODAY THAN NORMAL.

6    WE WILL NORMALLY BE ENDING AT 4:30.  BUT I WANTED TO COMPLETE

7    OUR PROCESS TODAY.  THANK YOU FOR YOUR PATIENCE.

8         ALL THE SAME INSTRUCTIONS THAT I GAVE YOU EARLIER, YOU ARE

9    NOT TO RESEARCH THE CASE.  YOU ARE NOT TO DISCUSS THE CASE WITH

10   ANYONE.  YOU CAN TELL YOUR FAMILY MEMBERS AND YOUR EMPLOYERS

11   THAT YOU HAVE BEEN CHOSEN AS A JUROR IN THIS CASE, BUT THAT IS

12   IT.  IF PEOPLE WANT TO GIVE YOU A PIECE OF THEIR MIND ABOUT

13   PATENT LAW AND THIS CASE, YOU HAVE TO TELL THEM, I'M SORRY, I

14   CANNOT LISTEN.  TALK TO ME IN TWO MONTHS.  OKAY?

15        YOU CANNOT DISCUSS THIS CASE WITH ANYONE OR ANY OF THE

16   PARTIES, THE PRODUCTS, ANY OF THE SUBJECT MATTER OF THIS CASE.

17        ALL RIGHT?  THANK YOU SO MUCH FOR YOUR WILLINGNESS TO

18   SERVE AND YOUR PATIENCE TODAY.  MS. PARKER BROWN IS GOING TO

19   TAKE YOU BACK TO THE JURY ROOM.

20        WE ALSO WOULD LIKE YOUR BEST CONTACT INFORMATION, CELL

21   PHONE NUMBERS, WHETHER YOU'D LIKE TO BE TEXTED, HOWEVER BEST TO

22   CONTACT YOU IF WE NEED TO DO SO.

23        ALL RIGHT.  THANK YOU.  WE'LL SEE YOU TOMORROW AT 9:00

24   O'CLOCK.

25        (JURY OUT AT 4:53 P.M.)

```
 1              THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT THE

 2     JURORS HAVE LEFT THE COURTROOM.

 3          I WANTED TO, NUMBER ONE, ASK YOU TO RETURN YOUR JUROR

 4     LISTS, BOTH THE ALPHABETIZED LIST AND THE RANDOMIZED LISTS.

 5     YOU CAN JUST LEAVE THEM UP HERE AT PASSPORT'S TABLE.

 6          I ALSO WANTED TO ASK, WHERE ARE THE JURY BINDERS SO I CAN

 7     TAKE A LOOK AT THEM BEFORE WE DISTRIBUTE THEM IN THE MORNING.

 8          DO YOU HAVE THEM?  WHERE ARE THEY?  THEY'RE UP HERE IN A

 9     BOX?

10              MR. LEE:  YEAH.  TWO BOXES.

11              THE COURT:  OKAY.  AND WHERE ARE THOSE BOXES?  ARE

12     THOSE THE TWO BOXES?

13          OKAY.  I'LL TAKE A LOOK AT THESE.

14          AND YOU PUT THE PRELIMINARY JURY INSTRUCTIONS IN THERE.

15          WHAT, IF ANY, THINGS DO YOU HAVE TO DO IN RESPONSE TO THE

16     COURT'S CLAIM CONSTRUCTION RULING ON FRIDAY AND THE RULING ON

17     THE MOTION TO STRIKE REGARDING DR. VELLTURO'S REPORT?

18     ANYTHING?  I ASSUME THE PRELIMINARY JURY INSTRUCTIONS ARE

19     UNAFFECTED; CORRECT?

20              MS. MAROULIS:  YOUR HONOR, WE'RE UPDATING THE FINAL

21     JURY INSTRUCTIONS JOINTLY.

22              THE COURT:  OKAY.  BUT THE PRELIMINARY JURY

23     INSTRUCTIONS ARE UNAFFECTED, SO THESE ARE FINE.

24              MR. LEE:  YES, AND THE CLAIM CONSTRUCTION HAS BEEN

25     UPDATED.  SO EVERYTHING IS READY TO GO.
```

```
 1              THE COURT:  EVERYTHING IS UPDATED.

 2           ALL RIGHT.  WHAT ELSE?  ANYTHING ELSE THAT WE NEED TO --

 3              MR. LEE:  YOUR HONOR, IF WE CAN HAVE A MINUTE OR TWO.

 4    I DO HAVE A COUPLE OF THINGS I WOULD LIKE TO RAISE BEFORE THE

 5    OPENINGS, IF I COULD.

 6              THE COURT:  OKAY.  WHAT'S THAT?

 7              MR. LEE:  IF I COULD, YOUR HONOR, THE FIRST RELATES

 8    TO THE QUESTION OF WHETHER -- AND YOUR HONOR HAS CONSIDERED,

 9    CONSIDERED THESE WHEN YOU RULED ON THE, THE OPENING STATEMENTS,

10    BUT I -- BECAUSE THIS RAISES AN IMPORTANT QUESTION, I JUST

11    WANTED TO ASK YOUR HONOR TO TAKE A LOOK AT IT AGAIN.

12           THIS IS SLIDE 3 AND 4 FROM SAMSUNG'S OPENING SLIDE

13    PRESENTATION, AND IN PARTICULAR, THE SECOND HALF OF SLIDE 3,

14    WHICH SAYS, "AND THEN APPLE THEN SEEKS PERMANENT INJUNCTIONS

15    BARRING THE SALE OF PHONES AND TABLETS IN THE UNITED STATES."

16           AND, YOUR HONOR, AS WE KNOW FROM THE PRIOR PROCEEDING, THE

17    QUESTION OF INJUNCTIVE RELIEF IS FOR YOUR HONOR.  IT'S NOT FOR

18    THE JURY.

19           AS THE SUPREME COURT HAS SAID, THAT IN THE SHANNON CASE,

20    THAT TO THE EXTENT THERE ARE CONSEQUENCES THAT ARE NOT --

21              THE COURT:  LET ME INTERRUPT YOU ONE SECOND.  THE

22    REASON I ALLOWED THAT IS I UNDERSTOOD THAT APPLE IS GOING TO

23    MAKE THE ARGUMENT THAT SAMSUNG REINCORPORATED A FEATURE BECAUSE

24    THERE WAS AN UPROAR FROM CUSTOMERS ABOUT THE ABSENCE OF THE

25    FEATURE, AND IF YOU'RE GOING TO DO THAT, THEN I THINK IT DOES
```

```
1      OPEN UP THE QUESTION OF WHY THE FEATURE WAS REMOVED.

2              MR. LEE:  YOUR HONOR, THERE ARE TWO DIFFERENT ISSUES.

3              THE COURT:  UM-HUM.

4              MR. LEE:  SO ONE IS SLIDE 3 AND ONE IS SLIDE 4, AND

5      THE ISSUE YOUR HONOR IS REFERRING TO IS THE QUESTION OF WHETHER

6      THE FEATURE WAS REMOVED, THEY CLAIM IT'S BECAUSE OF THE

7      PRELIMINARY INJUNCTION RULING.

8              THE COURT:  UM-HUM.

9              MR. LEE:  THE FEDERAL CIRCUIT REVERSED, THEY CLAIMED

10     TO PUT IT BACK IN.  NOW THERE'S A QUESTION FOR WHETHER THEY

11     HAVE THE PROOF OF THAT GIVEN WHAT THE WITNESSES SAID.

12         THAT'S DIFFERENT FROM SLIDE 3 THAT SAYS AT THE END OF THIS

13     CASE -- IF I COULD HAND IT UP TO YOUR HONOR --

14             THE COURT:  OKAY.  DO YOU HAVE AN OBJECTION TO HAVING

15     THOSE BULLETS THAT SAY THE HIGHER COURT DISAGREED, AN

16     INJUNCTION WAS ISSUED?  BECAUSE IF IT'S GOING TO BE DISPUTED

17     ABOUT THE REMOVAL OF FEATURE AND THE REINCORPORATION OF THE

18     FEATURE AND WHY THAT WAS, I THINK THAT'S HIGHLY RELEVANT AND

19     COMES IN.

20             MR. LEE:  YOUR HONOR, LET ME SAY TWO THINGS, IF I

21     COULD TAKE THEM IN ORDER.

22         SO IF I COULD TAKE THE ISSUE YOUR HONOR'S -- THE SLIDE

23     YOUR HONOR HAS NOW IS THE QUESTION -- IT HAS NOTHING TO DO WITH

24     THIS REMOVAL OF THE FEATURE AND THE REINCORPORATION.  IT'S

25     SIMPLY A QUESTION OF CAN THEY --
```

```
 1              THE COURT:  I KNOW.  BUT LET'S DO THE REMOVAL OF THE

 2     FEATURE FIRST.  ARE YOU OBJECTING TO THAT OR NOT?

 3              MR. LEE:  YES.  AND HERE'S THE REASON WHY, YOUR

 4     HONOR.

 5              THE COURT:  OKAY.  IF YOU SAY THAT YOU ARE NOT GOING

 6     TO INTRODUCE EVIDENCE OF ANY UPROAR OF CONSUMERS ABOUT THE

 7     REMOVAL OF THE FEATURE, THEN I'LL AGREE WITH YOU AND NONE OF

 8     THAT COMES IN.  BUT IF YOU'RE GOING TO SAY, YES, WE WANT TO GET

 9     INTO THE FACT THAT THIS WAS REMOVED AND CUSTOMERS COMPLAINED

10     AND IT WAS REINCORPORATED, THEN I THINK THAT COMES IN.

11              MR. LEE:  ALL RIGHT.

12              THE COURT:  SO TAKE YOUR PICK.  WHICH ONE DO YOU

13     WANT?

14              MR. LEE:  THE FIRST.  WE'RE GOING TO PUT IT IN.

15              THE COURT:  OKAY.  THEN I THINK THE FACT THAT THE

16     INJUNCTION WAS ISSUED AND IT WAS REVERSED BY THE HIGHER COURT

17     COMES IN.  ALL RIGHT.  WE'RE DONE.  WHAT'S THE OTHER ONE?

18              MR. LEE:  THE OTHER ONE IS THE PERMANENT INJUNCTION

19     AT THE END OF THE TRIAL.

20              THE COURT:  OKAY.

21              MR. LEE:  I MEAN, THAT'S COMPLETELY IN YOUR HONOR'S

22     DISCRETION.  IT'S A JUDGMENT FOR YOUR HONOR TO MAKE.  IT'S THE

23     REASON THAT SEVERAL COURTS HAVE SAID HAVING THE JURY HEAR

24     THERE'S A PERMANENT INJUNCTION AS A POSSIBILITY AT THE END OF

25     THE CASE IS PREJUDICIAL AND SHOULDN'T HAPPEN.  THEY'VE EXCLUDED
```

```
1        IT.

2             THE COURT:  ALL RIGHT.  WELL, I'LL TAKE THAT UNDER

3    CONSIDERATION.

4             MR. LEE:  OKAY.

5             THE COURT:  OKAY.  ARE YOU DONE?

6             MR. LEE:  YEAH.  LAST QUESTION IS THIS?

7             THE COURT:  OKAY.

8             MR. LEE:  THE QUESTION COMES FROM THE PRIOR

9    LITIGATIONS, AND WE'VE TRIED TO MEET AND CONFER ON WHAT SHOULD

10   BE SAID ABOUT THEM, IF ANYTHING.

11        AND THE PRIOR LITIGATIONS ARE GOING TO BE RELEVANT TO AT

12   LEAST THE REASONABLE ROYALTY DETERMINATION BECAUSE OF THE TIME

13   THAT THEY WERE COMMENCED.

14        SO WHAT WE HAVE PROPOSED IS THIS:  WE THINK THAT THE

15   FILING OF THE LITIGATION AND THE DATA FILING OF THE LITIGATION

16   IS RELEVANT TO THE REASONABLE ROYALTY DETERMINATION AND TO

17   OTHER ISSUES THAT ARE BEFORE THE JURY LIKE WILLFULNESS.

18        WE THINK, AND I THINK WE AGREE WITH SAMSUNG ON THIS, THAT

19   THE QUESTION OF WHAT THE VERDICT WAS, WHAT THE AMOUNT OF THE

20   VERDICT WAS, WHAT THE COURT'S DECISION ON THE DAMAGES RETRIAL

21   WAS, THE QUESTION OF THE APPEALS SHOULDN'T COME IN AND NEITHER

22   OF US SHOULD REFER TO IT.

23        THE QUESTION OF WHETHER ANYTHING THAT HAPPENED IN THE

24   FIRST TRIAL COMES IN IS GOVERNED BY YOUR HONOR'S IN LIMINE

25   RULINGS ON THE CROSS-EXAMINATION OF THE WITNESSES.
```

1            BUT I THINK WHERE WE DISAGREE IS THIS:  WE THINK THAT THE

2      FACT THAT LITIGATION WAS COMMENCED, PARTICULARLY SINCE IT TIES

3      VERY CLOSELY TO THE DATE OF THE HYPOTHETICAL NEGOTIATION, IS

4      RELEVANT AND THE JURORS HAVE ALREADY BEEN ASKED WHETHER THEY

5      KNOW ABOUT PRIOR LITIGATION, SOME OF THEM DID, AND SOME OF THEM

6      DIDN'T.

7            BUT I THINK BEING ABLE TO SAY THERE WAS A LITIGATION

8      COMMENCED ON THIS DATE, THERE WAS LITIGATION COMMENCED ON THIS

9      DATE, IT WAS DURING THE PERIOD OF THE HYPOTHETICAL NEGOTIATION

10     IS RELEVANT.

11            WE DON'T INTEND TO OFFER ANY EVIDENCE ABOUT THE RESULT,

12     THE VERDICT, THE INJUNCTION PROCEEDINGS, THE APPEALS.

13            IT'S THE FACT OF LITIGATION, THE FACT THAT IT WAS

14     COMMENCED, AND WE THINK THAT THAT'S RELEVANT.

15            AND THERE'S A CASE, YOUR HONOR, APPLIED MEDICAL RESOURCES,

16     435 --

17                THE COURT:  HOW CAN THAT BE NOTICE OF THESE PATENTS,

18     THE 1846 COMPLAINT OF OUR PATENTS?  HOW IS THAT NOTICE OF THESE

19     PATENTS?

20                MR. LEE:  YOUR HONOR, IT'S NOT NOTICE OF THESE

21     PATENTS.  THE FACT THAT THERE IS LITIGATION COMMENCED BETWEEN

22     THE PARTIES IS A FACTOR THAT'S RELEVANT TO WHAT SOMEONE WOULD

23     DO IN THE HYPOTHETICAL NEGOTIATION, AND THAT'S WHAT THIS

24     APPLIED RESOURCES CASE SAYS AT 435 F.3D 1356.

25            IT SAYS THAT IF THERE'S A LITIGATION PENDING, AND THE

1    PARTIES ARE ENTERING INTO A HYPOTHETICAL NEGOTIATION, THAT'S

2    RELEVANT.

3        THE QUESTION OF WHAT YOU WOULD BE WILLING TO LICENSE FOR

4    IS DETERMINED BY YOUR STATE OF MIND AS YOU COME INTO THE

5    HYPOTHETICAL NEGOTIATION.

6        IF THERE IS PENDING LITIGATION, IF APPLE HAS SUED ON OTHER

7    PATENTS, THAT IS RELEVANT TO WHAT APPLE WOULD BE WILLING TO DO

8    IN THE HYPOTHETICAL NEGOTIATION.

9            MR. QUINN:  YOUR HONOR, IF I MAY?

10           THE COURT:  OKAY.  GO AHEAD, PLEASE.

11           MR. QUINN:  WE -- WE, FRANKLY, DON'T THINK

12   DR. VELLTURO, WHO DOES THE -- GIVES THE OPINION CONCERNING THE

13   REASONABLE ROYALTY ANALYSIS MAKES ANY REFERENCE -- WE WANT TO

14   DOUBLE-CHECK, BUT OUR RECOLLECTION IS HE DOESN'T MAKE ANY

15   REFERENCE TO PRIOR LITIGATION AS GOING INTO HIS CALCULATION AT

16   ALL IN TERMS OF THE HYPOTHETICAL NEGOTIATION.

17       AND THE CASE THAT MR. LEE IS REFERRING TO, THE APPLIED

18   MEDICAL RESOURCES CASE, BOTH CASES, THE FIRST CASE AND THE

19   SECOND CASE, CONCERNED THE VERY SAME PATENT AND THE COURT SAYS,

20   WELL, THAT'S, YOU KNOW, THAT'S RELEVANT TO NOTICE.

21           THE COURT:  LET ME ASK YOU A QUESTION.  I'M SORRY TO

22   INTERRUPT YOU.  DO YOU NEED TO HAVE AN ANSWER FOR YOUR OPENINGS

23   TOMORROW, OR WHEN DOES THIS COME UP?

24           MR. LEE:  IT WILL COME UP IN THE OPENINGS, I THINK,

25   WHICH IS WHY WE TRIED TO WORK IT OUT OVER THE WEEKEND.

```
 1              MR. QUINN:  WE DON'T PLAN TO MENTION THE PREVIOUS
 2    LITIGATION IN THE OPENING.
 3              MR. LEE:  YOUR HONOR, LET ME SHOW YOU THE OPENING
 4    SLIDE.  THIS IS THE OPENING SLIDE, DX 453.
 5              MR. QUINN:  WE'RE NOT GOING TO USE THAT SLIDE.
 6              MR. LEE:  BUT, YOUR HONOR, THIS IS EXACTLY THE
 7    PROBLEM, BECAUSE IT SAYS APPLE I CASE, AND THIS SLIDE FOR THEIR
 8    DAMAGES EXPERT TALKS ABOUT THE VALUATION IN THE PRIOR CASE.
 9         SO REACHING SOME AGREEMENT -- AND THAT'S WHAT WE TRIED TO
10    DO OVER THE WEEKEND.  WE'RE NOT TRYING TO BACKDOOR IN THE
11    VERDICT BUT THE FACT OF THE OTHER LITIGATION.
12              THE COURT:  WHAT'S THE OTHER SLIDE NUMBER?
13              MR. QUINN:  I'LL SAY, YOUR HONOR, WE ARE NOT GOING TO
14    USE EITHER ONE OF THESE SLIDES IN THE OPENING STATEMENT.
15              THE COURT:  WHAT'S THE OTHER NUMBER OTHER THAN DX
16    453?
17              MR. QUINN:  I DON'T HAVE THOSE NUMBERS.
18              THE COURT:  WHAT'S THE OTHER ONE?  THOSE AREN'T
19    NUMBERED?
20              MR. QUINN:  THESE ARE NOT NUMBERED.  IT'S SLIDE, IT'S
21    SLIDE 1 -- IT'S 113, BUT IT'S DERIVED, I UNDERSTAND, FROM 453.
22         THE POINT IS, YOUR HONOR, WHAT OUR EXPERT WILL SAY -- AND
23    THIS IS CONSIDERABLY A WAYS DOWN THE ROAD -- OUR EXPERT WOULD
24    SAY THAT SHE LOOKED AT METHODOLOGIES THAT APPLE HAD USED
25    PREVIOUSLY IN ARRIVING AT ROYALTIES.
```

```
 1          WE'RE NOT GOING TO BE OPENING THE DOOR AS TO OTHER

 2   LITIGATIONS AND WHAT HAPPENED IN OTHER LITIGATIONS.  WE'LL BE

 3   LOOKING AT METHODOLOGIES THAT APPLE HAD USED.

 4          MR. MCELHINNY:  MAY I --

 5          THE COURT:  RIGHT, APPLE USED IT IN THE PREVIOUS

 6   LAWSUIT, SO THEN I THINK IT IS GOING TO COME UP.

 7          MR. MCELHINNY:  MAY I SPEAK JUST TO THE TIMING ISSUE,

 8   YOUR HONOR?  WE WOULD LIKE TO MENTION IN THE OPENING, BUT

 9   MR. SCHILLER IS GOING TO BE OUR FIRST WITNESS.

10      THE HYPOTHETICAL NEGOTIATION IN THIS CASE, THE DATE OF

11   FIRST INFRINGEMENT WAS IN AUGUST OF 2011.  AT THAT TIME, THERE

12   WERE TWO LAWSUITS PENDING.

13      THE QUESTION OF WHAT THE FACTOR -- WHAT APPLE KNEW ABOUT

14   SAMSUNG'S STRATEGY, WHAT APPLE'S VIEW OF SAMSUNG'S STRATEGY,

15   ALL OF THE GEORGIA PACIFIC FACTORS THAT WOULD HAVE BEEN IN

16   THEIR NEGOTIATION WOULD BE INFLUENCED BY THE EXISTENCE OF THAT

17   LITIGATION.

18          THAT'S WHAT THE CASE SAYS.

19          THE COURT:  WELL, THE WHOLE POINT OF SAMSUNG'S EXPERT

20   TALKING ABOUT THE METHODOLOGIES THAT MS. DAVIS AND MR. MUSIKA

21   USED IN THE FIRST CASE IS NECESSARILY GOING TO GET INTO THE

22   FACT THAT THESE TWO PARTIES HAD A PREVIOUS LAWSUIT AND THIS IS

23   THE METHODOLOGY THAT THOSE EXPERTS USED IN THAT PREVIOUS

24   LAWSUIT.

25          SO I THINK NECESSARILY THE FACT THAT THERE WAS A PREVIOUS
```

```
1         LAWSUIT IS GOING TO COME UP.

2              SO AT THIS POINT I WOULD ALLOW JUST THE DATE OF FILING,

3         BUT NO VERDICT, NO AMOUNT, NOTHING ELSE.

4                  MR. QUINN:  YOUR HONOR, WE HAVE DOUBLE-CHECKED NOW

5         AND MR. VELLTURO DOES NOT RELY, FOR HIS -- IN HIS REASONABLE

6         ROYALTY ANALYSIS AT ALL ON ANY ISSUE ABOUT OTHER LITIGATION

7         PENDING.

8              SO THIS IS AN UNDISCLOSED BASIS FOR AN EXPERT OPINION.  WE

9         HEAR ABOUT THIS FOR THE FIRST TIME, YOU KNOW, IN THE LAST 48

10        HOURS.

11             AND I'D SUBMIT, I THINK THERE'S A BIG DIFFERENCE --

12                 THE COURT:  WELL, LET ME UNDERSTAND.  I -- THERE WAS

13        A MOTION IN LIMINE WITH REGARD TO YOUR EXPERT.  AND I SAID YOUR

14        EXPERT CAN CRITICIZE APPLE BY SAYING THAT APPLE'S PREVIOUS

15        EXPERTS USED THIS METHODOLOGY, WHICH UNDERMINES THE CURRENT

16        APPLE METHODOLOGY.

17             AND I RULED IN YOUR FAVOR.

18             SO HOW ARE YOU NOT GOING TO GET IN THE FACT THAT THERE WAS

19        A PREVIOUS LAWSUIT?  ISN'T THAT THE WHOLE BASIS FOR YOU TO

20        CRITICIZE AND SAY THESE PARTIES WERE IN ANOTHER LAWSUIT, THIS

21        IS WHAT MUSIKA AND DAVIS SAID, THAT'S TOTALLY INCONSISTENT WITH

22        WHAT VELLTURO IS SAYING IN THIS LAWSUIT?

23                 MR. QUINN:  YOUR HONOR, IT SEEMS TO ME THERE'S A

24        DIFFERENCE BETWEEN SAYING THERE WAS A PRIOR LAWSUIT AND THESE

25        ARE THE POSITIONS THAT WERE TAKEN, AND THEN GETTING INTO WHEN
```

1          WAS THAT LAWSUIT.

2              WE'RE NOT PUTTING AT ISSUE THE CHRONOLOGY OF WHEN THE

3     LAWSUIT WAS.  AND THEY WANT TO DO THAT --

4              THE COURT:  BUT ISN'T THAT RELEVANT?  HOW CAN YOU

5     CRITICIZE THE METHODOLOGY?  IF WE SAY THAT HAPPENED 50 YEARS

6     AGO VERSUS 2 YEARS AGO, THAT'S RELEVANT TO THE CREDIBILITY OF

7     THE METHODOLOGY THAT WAS USED AT THE TIME, WHAT PERIOD WAS IT

8     COVERING.

9              MR. QUINN:  WELL, I --

10             THE COURT:  RIGHT?

11             MR. QUINN:  YOUR HONOR, I DON'T THINK ANYBODY IS

12    GOING TO BE THINKING WE'RE TALKING ABOUT SOMETHING THAT'S 50

13     YEARS AGO.

14             THE POINT IS, WE ARE MERELY REFERRING TO A METHODOLOGY

15    THAT WAS USED PREVIOUSLY.  THAT DOESN'T OPEN THE DOOR TO THE

16    CHRONOLOGY OF WHEN IT WAS.  AND, YOU KNOW, AGAIN, YOUR HONOR,

17    THIS IS NO MENTION OF THIS IN MR. VELLTURO'S EXPERT REPORT.

18             THE COURT:  WELL, THE QUESTION OF WHETHER THEY GET TO

19    USE IT FOR EXPERT DISCOVERY OR EXPERT REPORT OR EXPERT

20    TESTIMONY IS A SEPARATE QUESTION, AND THAT ONE I WOULD LIKE TO

21    KNOW -- I WANT A CITE FROM APPLE AS TO WHERE YOUR EXPERT EVEN

22    RAISES THIS THEORY THAT THE PENDENCY OF THE FIRST LAWSUIT WOULD

23    HAVE AFFECTED HIS HYPOTHETICAL NEGOTIATION ANALYSIS.

24             MR. LEE:  YOUR HONOR, MR. QUINN IS NARROWING THE

25     INQUIRY.

```
 1          THE PROOF ON THE HYPOTHETICAL NEGOTIATION DOESN'T HAVE TO

 2    COME -- WE WENT THROUGH THIS IN THE DAMAGES RETRIAL -- ALL FROM

 3    EXPERT WITNESS.

 4          FACT WITNESSES ARE GOING TO LAY FACTUAL PREDICATES THAT

 5    THE JURY IS ENTITLED TO CONSIDER.

 6          YOUR HONOR IS GOING TO CHARGE THEM ON THE 15

 7    GEORGIA PACIFIC FACTORS.  ONLY THE 15TH IS EXPERT TESTIMONY.

 8          AND THERE IS FACTUAL TESTIMONY IN THE OTHER 14, AND THAT

 9    FACTUAL TESTIMONY WOULD INCLUDE THE FACT THAT THERE WERE OTHER

10    LAWSUITS AND THE DATE.

11          ALL -- I THINK THE PROPOSAL WE MADE TO SAMSUNG --

12          THE COURT:  OKAY.  WELL, THEN YOU'VE CONFIRMED FOR ME

13     THAT IT'S NOT IN DR. VELLTURO'S, CORRECT?

14          MR. LEE:  I THINK THAT'S CORRECT, THAT'S CORRECT.

15          THE COURT:  AND IF THIS IS A SORT OF END RUN, LIKE

16     THE LOST PROFITS, WHERE YOU COULDN'T GET IT IN THROUGH

17     MS. DAVIS DURING THE DAMAGES RETRIAL AND WANTED TO GET IT IN

18     THROUGH FACT WITNESSES, I THINK THAT'S NOT PROPER.

19          SO AS FAR AS IN OPENINGS, THAT IS NOT GOING TO BE ALLOWED.

20          NOW, AT SOME POINT I THINK THE DATE OF FILING OF THE

21     COMPLAINT IN THE 1846 CASE, I THINK THAT SEEMS RELEVANT BASED

22     ON THE CRITICISM THAT SAMSUNG'S EXPERT IS GOING TO LEVY AGAINST

23     APPLE'S EXPERT.

24          BUT IT'S NOT GOING TO COME IN IN OPENING STATEMENTS, THE

25     DATE OF THE FILING.
```

```
 1            MR. QUINN:  VERY WELL, YOUR HONOR.  AND IF I CAN JUST

 2       SAY, ON THAT OTHER EXHIBIT THAT MR. LEE WAS --

 3            THE COURT:  CAN I ASK YOU ONE QUICK QUESTION?

 4            MR. QUINN:  I APOLOGIZE.

 5            THE COURT:  IF THERE IS A FURTHER ISSUE ABOUT -- I

 6       MEAN, WE'LL TAKE A LOOK AT THIS 435 F.3D 1356, I DON'T THINK I

 7       NEED TO RULE ON IT, BUT IF THERE'S A FURTHER ISSUE ON THIS

 8       TOPIC, ARE YOU GOING TO INCLUDE IT IN OBJECTIONS?

 9            MR. LEE:  I THINK WE WILL.

10            MR. QUINN:  WE WILL, YOUR HONOR.

11            THE COURT:  OKAY.  ALL RIGHT.  IS THERE ANY CASE

12       OTHER THAN APPLIED MEDICAL RESOURCES.

13            MR. QUINN:  WE'D LIKE A CHANCE TO LOOK AT IT, YOUR

14       HONOR.  WE -- THIS CASE WAS CITED TO US TODAY.

15            THE COURT:  OKAY.

16            MR. LEE:  WELL, YEAH.  I THINK, YOUR HONOR, THIS CASE

17       GOES TO THE ISSUE YOUR HONOR ALREADY RULED ON IN PART, AND IT

18       WILL COME UP LATER IF IT COMES UP AT ALL.

19            I THINK THE ONLY ISSUE LEFT BEFORE YOU FOR THE OPENING IS

20       THE QUESTION OF WHETHER ANYBODY CAN MENTION THE FACT THAT

21       THERE'S PERMANENT INJUNCTIVE RELIEF.

22            THE COURT:  I WILL RETHINK THAT ONE, AND I'LL JUST

23        FILE ONE SENTENCE FOR TODAY.

24            MR. MCELHINNY:  OKAY.

25            MR. QUINN:  OKAY.
```

1              THE COURT:  OKAY.  SO I -- I THINK IT'S CLEAR, AT

2     LEAST FOR PURPOSES OF THE OPENING STATEMENT, THE DATE OF FILING

3     OF THE COMPLAINT IN THE 1846 CASE IS NOT COMING IN.

4         CORRECT?  THAT'S CLEAR?

5              MR. QUINN:  THAT'S MY UNDERSTANDING, YOUR HONOR.

6              THE COURT:  OKAY.  ALL RIGHT.  I DON'T WANT TO ASK

7     ANYTHING ELSE AT THIS POINT.

8              MS. MAROULIS:  I'M SORRY, YOUR HONOR.  VERY BRIEF

9     CLARIFICATION ON THE ORDER THAT CAME DOWN WHILE WE WERE PICKING

10    THE JURY.

11         THE COURT RULED THAT THE OBJECTION OF APPLE WAS SUSTAINED

12    AS TO EXHIBITS, NON-PARTY'S EXHIBIT LISTS, AND WE JUST WANTED

13    TO CLARIFY THAT THAT DOES NOT APPLY TO IMPEACHMENT EXHIBITS

14    BECAUSE IN BOTH THE DAMAGES RETRIAL AND THE FIRST TRIAL BOTH

15    PARTIES USED IMPEACHMENT EXHIBITS THAT WERE NOT ON THE LIST,

16    AND I CAN CITE THE COURT TO VARIOUS EXAMPLES OF BOTH APPLE AND

17    SAMSUNG DOING THAT.

18         FOR EXAMPLE, IN THE RETRIAL, THERE WERE EXHIBIT DX 2708

19    AND 2709 THAT WERE INTRODUCED AT DOCKET NUMBER 2842, AND THAT

20    WAS SAMSUNG IMPEACHMENT EXHIBITS.

21         AND, SIMILARLY, APPLE HAD A NUMBER OF DIFFERENT EXHIBITS,

22    BUT JUST BY WAY OF EXAMPLE, EXHIBITS 2250, PX 2257 AND 2261,

23    THEY WERE ADMITTED IN TRANSCRIPT AT DOCKET NUMBER 1840.

24         IN SHORT, WE UNDERSTOOD THE COURT'S ORDER TO APPLY TO

25    EXHIBITS, BUT NOT IMPEACHMENT, BUT WE WANTED TO CLARIFY BECAUSE

1    TOMORROW IS ANOTHER EXCHANGE BETWEEN THE PARTIES AND WE THOUGHT

2    WE SHOULD SEEK CLARITY.

3              MS. KREVANS:  YOUR HONOR, IF I MAY?

4              THE COURT:  YES.

5              MS. KREVANS:  THAT IS NOT HOW THE OBJECTION WAS MADE.

6    IT WAS MADE WITH RESPECT TO EXHIBITS THAT EITHER WOULD BE

7    OFFERED OR THAT WOULD BE USED FOR IMPEACHMENT.

8         THEIR ONLY EXCUSE FOR PUTTING THESE EXHIBITS IN THEIR

9    DISCLOSURE NOW WHEN THEY WEREN'T ON THE LIST WAS THAT THEY SAY

10   THAT THEY'RE GOING TO USE THEM FOR IMPEACHMENT, AND WE OBJECT

11   TO THE USE ON THAT BASIS.

12        THIS IS A HISTORY, AS MS. MAROULIS HAS SAID, OF RULINGS AT

13   ISSUE IN THIS CASE.  IN THE 1846 ACTION, THERE WERE A FEW

14   EXHIBITS THAT WERE DISCLOSED FOR USE FOR IMPEACHMENT IN

15   ADDITION TO EXHIBIT LISTS EXHIBITS THAT WERE USED, AND THE

16   COURT LET THE PARTIES USE A FEW.

17        IN THE DAMAGES RETRIAL, SAMSUNG DISCLOSED A FEW ADDITIONAL

18   ONES AND THE COURT LET THEM USE THEM.

19        BUT APPLE THEN DISCLOSED, LATER IN THE DAMAGES RETRIAL, AN

20   EXHIBIT FOR USE FOR IMPEACHMENT THAT HAD NOT BEEN ON ITS

21   EXHIBIT LIST.  SAMSUNG OBJECTED.  AND ON THAT ONE, AND THAT'S

22   THE MOST RECENT ONE THE COURT HAS MADE, THE COURT SAID, NO, I'M

23   NOT GOING TO LET THIS BE DONE.

24        AND THAT IS THE CITE THAT WE GAVE YOU IN OUR BRIEFING,

25   DOCKET 1846, DOCKET 2746 AT 3 TO 5.

1          THAT'S THE RULING THAT SAMSUNG ASKED FOR MOST RECENTLY IN

2     THE DAMAGES RETRIAL.  IT WAS INCONSISTENT WITH THEIR PRIOR

3     BEHAVIOR, BUT THEY PERSUADED YOUR HONOR, AND NOW THEY WANT TO

4     GO BACK TO THE PREVIOUS ONE.

5          THE COURT:  WELL, I LOOKED AT ALL THE ONES, ALL THE

6     DOCUMENTS THAT SAMSUNG IS SEEKING TO ADD AS IMPEACHMENT, AND IT

7     IS, LIKE, A WHOLESALE CHANGE.  IT IS A SLEW OF DOCUMENTS.

8          SO MY RULING REMAINS.  OKAY.  RECONSIDERATION IS DENIED.

9     THANK YOU ALL VERY MUCH.

10          MS. KREVANS:  THANK YOU, YOUR HONOR.

11          THE COURT:  OKAY.  PLEASE RETURN YOUR JUROR LISTS,

12     BOTH ALPHABETICAL AND RANDOMIZED TO MS. PARKER BROWN.

13          (WHEREUPON, THE EVENING RECESS WAS TAKEN.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076

17

18

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  MARCH 31, 2014

22

23

24

25