1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA        )  C-12-00630 LHK
6  CORPORATION,                    )
                                   )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,          )
                                   )  APRIL 1, 2014
8         VS.                      )
                                   )  VOLUME 2
9  SAMSUNG ELECTRONICS CO., LTD.,  )
   A KOREAN BUSINESS ENTITY;       )  PAGES 268-497
10 SAMSUNG ELECTRONICS AMERICA,    )
   INC., A NEW YORK CORPORATION;   )
11 SAMSUNG TELECOMMUNICATIONS      )
   AMERICA, LLC, A DELAWARE        )
12 LIMITED LIABILITY COMPANY,      )
                                   )
13             DEFENDANTS.         )
   _____ )

14

15

16          TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17          UNITED STATES DISTRICT JUDGE

18

19

20          APPEARANCES ON NEXT PAGE

21

22 OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23                              IRENE RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074

24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1

2      A P P E A R A N C E S:

3      FOR PLAINTIFF          MORRISON & FOERSTER
       APPLE:                 BY:  HAROLD J. MCELHINNY
4                                  RACHEL KREVANS
                              425 MARKET STREET
5                             SAN FRANCISCO, CALIFORNIA  94105

6

7                             WILMER, CUTLER, PICKERING,
                              HALE AND DORR
8                             BY:  WILLIAM F. LEE
                              60 STATE STREET
9                             BOSTON, MASSACHUSETTS  02109

10                            BY:  MARK D. SELWYN
                              950 PAGE MILL ROAD
11                            PALO ALTO, CALIFORNIA  94304

12

13     FOR SAMSUNG:           QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  JOHN B. QUINN
14                                 WILLIAM PRICE
                              865 S. FIGUEROA STREET, FLOOR 10
15                            LOS ANGELES, CALIFORNIA  90017

16                            BY:  VICTORIA F. MAROULIS
                                   KEVIN B. JOHNSON
17                            555 TWIN DOLPHIN DRIVE
                              SUITE 560
18                            REDWOOD SHORES, CALIFORNIA  94065

19

20

21

22

23

24

25

1               INDEX OF PROCEEDINGS

2   OPENING STATEMENT BY MR. MCELHINNY      P. 298

3   OPENING STATEMENT BY MR. LEE            P. 338

4   OPENING STATEMENT BY MR. QUINN          P. 351

5

6

7               INDEX OF WITNESSES

8   PLAINTIFF'S

9   **PHILIP SCHILLER**
        DIRECT EXAM BY MR. MCELHINNY        P. 417
10       CROSS-EXAM BY MR. PRICE            P. 475

11

12               INDEX OF EXHIBITS

13
                            MARKED    ADMITTED
14
    PLAINTIFF'S
15
    118                               428
16  135A                              429
    180                               432
17  1441                              436
    113A                              437
18  127A                              439
    133                               440
19  134                               441
    143                               445
20  123                               461

21

22  DEFENDANT'S

23

24

25

```
1    SAN JOSE, CALIFORNIA                      APRIL 1, 2014

2                    P R O C E E D I N G S

3        (JURY OUT AT 9:02 A.M.)

4        (JUROR ANDERSON PRESENT TELEPHONICALLY.)

5              JUROR ANDERSON:  THIS IS LAURA ANDERSON.

6              THE CLERK:  HI, MS. ANDERSON.  WE'RE CALLING FROM THE

7    COURTROOM.

8              JUROR ANDERSON:  HELLO.

9              THE COURT:  HI, MS. ANDERSON.  TELL US WHAT IS

10   HAPPENING TODAY.

11             JUROR ANDERSON:  I'M NOT FEELING WELL.  I WOKE UP

12   EARLY THIS MORNING WITH VOMITING AND DIARRHEA, AND IT'S BEEN

13   GOING ON THROUGHOUT THE MORNING.  I HAVE BEEN RIDING FROM

14   MONTEREY TO SAN JOSE.  I'VE HAD TO PULL OVER MULTIPLE TIMES.

15             THE COURT:  OKAY.  ALL RIGHT.  THEN I -- IS THERE ANY

16   OBJECTION TO EXCUSING MS. LAURA ANDERSON FOR HARDSHIP?

17             MR. LEE:  NONE FOR APPLE, YOUR HONOR.

18             MR. QUINN:  NOR FOR SAMSUNG.

19             THE COURT:  ALL RIGHT.  THEN, MS. ANDERSON, THANK YOU

20   VERY MUCH FOR YOUR SERVICE.  WE HOPE THAT YOU RECOVER QUICKLY,

21   AND YOU HAVE FULFILLED YOUR JURY DUTY.

22             JUROR ANDERSON:  OKAY.

23             THE COURT:  ALL RIGHT.  THANK YOU.

24             JUROR ANDERSON:  THANK YOU.

25             THE COURT:  THANK YOU.  FEEL BETTER.
```

```
 1                JUROR ANDERSON:  THANK YOU.

 2                THE COURT:  OKAY.  THEN LET'S BRING IN MS. GALONJA,

 3        NUMBER 7.

 4            (JUROR GALONJA PRESENT.)

 5                THE COURT:  MS. GALONJA, WELCOME.  TAKE A SEAT

 6        ANYWHERE THAT'S COMFORTABLE FOR YOU.  CAN YOU PLEASE TELL US

 7        WHAT ISSUE YOU'RE HAVING?

 8                JUROR GALONJA:  FIRST, I HAVE TO APOLOGIZE, AND THEN

 9        I HAVE TO TELL, IT'S AN HONOR FOR ME TO BE CHOSEN HERE.

10            BUT YESTERDAY WHEN I CAME HOME AND I LOOKED FOR ALL PROS

11        AND, YOU KNOW, AGAINST THE DUTIES, DUTY, I REALIZED I HAVE SOME

12        ISSUE TO ASK YOU TO DISMISS ME BECAUSE YESTERDAY YOU ASKED IF

13        SOMEBODY HAD SOME HARDSHIP FOR THE, LIKE FINANCIAL SIDE, AND

14        FIRST, I HAVE TO APOLOGIZE.  I'M HERE 16 YEARS, BUT MY ENGLISH

15        IS STILL LIMITED.

16            FIRST TIME I RAISED THE HAND AND THEN AFTER THAT, BECAUSE

17        I REALLY DIDN'T THINK I WOULD BE CHOSEN 100 PERCENT.

18            AND THEN I SAID, OKAY, I'M NOT GOING TO TELL MY REASON

19        BECAUSE IT'S FINANCIAL SIDE, HARD FOR ME.

20            BUT WHEN I CAME HOME AND I LOOK ON THAT, YOU KNOW, I'M

21        WORKING TWO PART-TIME JOBS, NOT WELL PAID.  MY HUSBAND DOESN'T

22        WORK FOR FOUR YEARS.  WE HAVE SOME FINANCIAL ISSUE.

23            AND I LOOK IN MY HANDBOOK, THE SCHOOL DISTRICT WHERE I'M

24        WORKING, THEY PAY ME, LIKE I WOULD BE PAID $40 PER DAY.

25            TODAY I LEARNED SOMETHING MORE, AND I WILL BE PAID ONE
```

1    MONTH LATER BECAUSE WE HAVE TO GIVE THE PROOF UNTIL THE 10TH OF

2    THE MONTH, AND THEN WE'LL BE PAID, YOU KNOW, THE FOLLOWING

3    MONTH.

4         IT MEANS ONE MONTH I WILL BE LATE, AND I LIVE PAY CHECK TO

5    PAY CHECK.

6              THE COURT:  OKAY.

7              JUROR GALONJA:  THERE WILL BE ISSUE FOR ME

8    FINANCIALLY.

9         AND THEN I'M NOT DRIVING.  MY HUSBAND GIVE ME RIDE RIGHT

10   NOW, AND HE WILL PICK ME UP.

11        THAT MEANS, YOU KNOW, I DON'T HAVE PROOF, I DON'T PARK THE

12   CAR, I DON'T HAVE MILEAGE.

13             THE COURT:  OH, WELL, YOUR HUSBAND WOULD STILL GET

14   REIMBURSED FOR THE MILEAGE, EVEN IF YOU'RE NOT DRIVING, WHOEVER

15   IS DRIVING WILL GET REIMBURSED FOR THE MILEAGE.

16        SO YOU WILL GET REIMBURSED FOR THAT.  IF THAT WOULD MAKE A

17   DIFFERENCE, YOU CAN LET ME KNOW.

18             JUROR GALONJA:  AND THEN THIS MORNING I CALL MY

19   JOB -- I WORK IN THE KITCHEN IN THE SCHOOL.  YOU KNOW, THEY

20   HAVE TO FIND SUBSTITUTE FOR ME.  IT'S NOT EVERY TIME EASY TO

21   FIND, AND THEY TOLD ME THAT.

22        YOU KNOW, I TOLD MAYBE WHOLE MONTH AND MY SUPERVISOR WAS,

23   LIKE, OH, YOU KNOW, HOW WE CAN FIND FOR ONE-MONTH SUBSTITUTE?

24             THE COURT:  UM-HUM.

25             JUROR GALONJA:  AND IT'S ALSO ISSUE --

```
1              THE COURT:  DO YOU THINK THAT MIGHT PUT YOUR JOB AT

2       RISK?

3              JUROR GALONJA:  YEAH, I THINK SO.

4              THE COURT:  ALL RIGHT.  IS THERE ANY OBJECTION TO

5       EXCUSING MS. GALONJA FOR HARDSHIP?

6              MR. LEE:  NOT FOR APPLE, YOUR HONOR.

7              MR. QUINN:  NOT FOR SAMSUNG.

8              THE COURT:  OKAY.  MS. GALONJA, I WANTED TO THANK YOU

9       SO MUCH FOR YOUR WILLINGNESS TO SERVE, AND I REALLY APPRECIATE

10      THAT YOU TRIED TO SERVE ON THIS JURY AND YOU'VE FULFILLED YOUR

11      DUTY.  SO THANK YOU.

12             JUROR GALONJA:  OKAY.  I THANK YOU, EVERYBODY, FOR

13      UNDERSTANDING.

14             THE COURT:  CAN YOU GO TO THE SECOND FLOOR TO THE

15      JURY ASSEMBLY ROOM, AND THEY CAN WORK OUT ALL OF YOUR

16      PAPERWORK.

17             JUROR GALONJA:  OKAY.  THANK YOU.

18             THE COURT:  THANK YOU.

19             THE CLERK:  LET ME GO CHECK.  I THINK WE'RE STILL

20      MISSING ONE OR TWO.

21             THE COURT:  WE'RE STILL MISSING A JUROR.

22             THE CLERK:  WHEN SHE CAME OUT.

23             THE COURT:  WE HAD BEEN MISSING ONE OR TWO JURORS,

24      BUT LET'S SEE IF THEY'VE NOW ARRIVED.

25          WAIT ONE SECOND.
```

```
 1              (PAUSE IN PROCEEDINGS.)

 2                  THE COURT:  OKAY.  THE DOOR IS CLOSED.

 3          I ASSUME YOU STOOD UP FOR AN ISSUE?

 4                  MR. MCELHINNY:  I DID.  JUST TWO, ACTUALLY NOT EVEN

 5          ISSUES, WE'VE REACHED AGREEMENT ON SOMETHING.

 6                  THE COURT:  OKAY.  YOU'RE SETTLING?

 7              (LAUGHTER.)

 8                  MR. MCELHINNY:  LET'S SEE.  WHAT'S THE CALENDAR DATE?

 9              MR. QUINN AND I WOULD JOINTLY MOVE THE COURT FOR AN ORDER

10          EXCLUDING PERCIPIENT WITNESSES FROM THIS COURTROOM AND THE

11          OVERFLOW COURTROOM DURING THE TRIAL.

12                  THE COURT:  THAT'S GRANTED.

13                  MR. MCELHINNY:  WITH EACH SIDE TO POLICE THEIR OWN

14          WITNESSES.

15                  THE COURT:  THAT'S GRANTED.  THAT MOTION IS GRANTED.

16                  MR. MCELHINNY:  AND, SECONDLY, WITH THE COURT'S

17          PERMISSION, AS WE DID IN THE FIRST TRIAL, MR. LEE AND I WOULD

18          LIKE TO SPLIT OUR OPENINGS WITHIN THE TWO CASES WITHIN THE TIME

19          LIMIT THAT YOUR HONOR HAS SET.

20                  THE COURT:  THAT'S FINE.

21              (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

22          CLERK.)

23                  THE COURT:  LET ME INFORM THE PARTIES THAT

24          MS. NGUYEN, WHO IS JUROR NUMBER 1, HAS JUST INFORMED

25          MS. PARKER BROWN THAT SHE IS GOING ON VACATION AS OF THE
```

```
 1        EVENING OF WEDNESDAY, MARCH 7TH.

 2                THE CLERK:  MAY 7TH.

 3                THE COURT:  MAY 7TH.  SO THAT WOULD BE, YOU KNOW,

 4        SHOULD BE A FULL WEEK OF JURY DELIBERATIONS.

 5            I'M HOPING THAT THE JURY MAY BEGIN DELIBERATING ON

 6        TUESDAY, APRIL 29TH.  CERTAINLY BY APRIL 30TH, WEDNESDAY.

 7            SO I DON'T PERCEIVE THAT TO BE A PROBLEM.  DO YOU WANT TO

 8        BE HEARD ON THAT?  I'M NOT ANXIOUS TO LOSE ANOTHER JUROR RIGHT

 9        NOW.

10                MR. LEE:  I'M ACTUALLY PETRIFIED ABOUT LOSING ANOTHER

11         JUROR.

12            BUT I DON'T THINK IT'S A PROBLEM.  WE SHOULD BE DONE BY

13        THEN.

14                THE COURT:  OKAY.  MR. QUINN?

15                MR. QUINN:  IT DOESN'T SEEM TO BE A PROBLEM, YOUR

16         HONOR.

17                THE COURT:  OKAY.  SO WHEN SHE COMES OUT, I'M JUST

18        GOING TO REASSURE HER THAT I'VE CONSULTED WITH YOU ALL, AND WE

19        DON'T PERCEIVE THAT TO BE A PROBLEM.

20            OKAY.  THEN I THINK WE HAVE EVERYONE NOW.  IS THAT RIGHT,

21        MS. PARKER BROWN?

22                THE CLERK:  WE DO.

23                THE COURT:  ALL RIGHT.  THEN LET'S START.

24                THE CLERK:  I'M GOING TO TAKE A SECOND AND TELL THEM

25        THAT THEY DON'T HAVE TO SPREAD ALL THE WAY, THEY CAN --
```

```
 1              THE COURT:  SURE, THAT'S FINE.

 2         I'M SORRY.  HAVE YOU ALREADY DISTRIBUTED THE JURY BINDERS?

 3              THE CLERK:  NO.

 4         (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

 5    CLERK.)

 6              THE COURT:  LET ME ASK THE PARTIES, WOULD YOU LIKE

 7     THEM TO GET THEIR JURY BINDERS NOW?  I THINK IT MAKES SENSE

 8     BECAUSE THE JURY INSTRUCTIONS ARE IN THERE.

 9         AND I THINK MR. SWARUUP CONFIRMED THAT THEY HAVE THE

10    LATEST VERSIONS.  OKAY.  THANK YOU.

11         (JURY IN AT 9:12 A.M.)

12              THE COURT:  ALL RIGHT.  WELCOME.  PLEASE TAKE A SEAT.

13     WELCOME AND GOOD MORNING.

14         UNFORTUNATELY, MS. ANDERSON WAS VERY, VERY ILL, HAS HAD A

15    LOT OF VOMITING.  SO SHE HAD TO BE EXCUSED.

16         AND MS. GALONJA AS WELL HAD SOME PRETTY SEVERE HARDSHIPS.

17    SO SHE HAD TO BE EXCUSED.

18         SO I HAVE EIGHT OF YOU LEFT AND YOU ARE EACH PRECIOUS, AND

19    I AM GOING TO BE PUTTING IMMUNE ENHANCING POWDERS AND VITAMIN C

20    DRINKS IN THE JURY ROOM.  I'M GOING TO ASK YOU TO EACH DRINK

21    ONE OR TWO EVERY DAY.  OKAY.

22         NO BUNGEE JUMPING, NOTHING CRAZY IN THE NEXT MONTH, REALLY

23    CAUTIOUS, BECAUSE I NEED TO HAVE ALL OF YOU REMAIN ON THE JURY.

24    OKAY?

25         ALL RIGHT.
```

1    I'M NOW GOING TO READ TO YOU THE PRELIMINARY JURY

2    INSTRUCTIONS.

3         AND, MS. NGUYEN, I UNDERSTAND THAT YOU HAVE A VACATION

4    PLANNED THE EVENING OF MAY 7TH, WEDNESDAY.  I THINK THAT SHOULD

5    BE FINE.

6         JUROR NGUYEN:  OKAY.

7         THE COURT:  WE DO HOPE THAT THE JURY WILL BEGIN

8    DELIBERATING SOME TIME ON EITHER TUESDAY, APRIL 29TH, OR

9    WEDNESDAY, APRIL 30TH.  SO THAT SHOULD BE SUFFICIENT TIME.

10        BUT IF IT'S NOT, THEN WE CAN ALWAYS DISCUSS AT THAT POINT

11   HOW TO PROCEED.

12        OKAY.  YOU NOW HAVE JURY BINDERS WHICH YOU CAN LOOK

13   THROUGH THAT HAVE HELPFUL INFORMATION ABOUT THE CASE.

14        I WANT TO POINT YOU TO THE PRELIMINARY JURY INSTRUCTIONS

15   WHICH, EVEN THOUGH YOU HAVE A HARD COPY, I AM REQUIRED TO READ

16   THEM TO YOU.

17        SO IF YOU WOULD PLEASE TURN TO YOUR PRELIMINARY JURY

18   INSTRUCTIONS IN YOUR BINDERS.  SO IT'S THE THIRD BIG TAB.  IS

19   EVERYONE THERE?  ALL RIGHT.  THANK YOU.

20        ALL RIGHT.  DUTY OF THE JURY.

21        LADIES AND GENTLEMEN, YOU ARE NOW THE JURY IN THIS CASE.

22   IT IS MY DUTY TO INSTRUCT YOU ON THE LAW.

23        THESE INSTRUCTIONS ARE PRELIMINARY INSTRUCTIONS TO HELP

24   YOU UNDERSTAND THE PRINCIPLES THAT APPLY TO CIVIL TRIALS AND TO

25   HELP YOU UNDERSTAND THE EVIDENCE AS YOU LISTEN TO IT.

1        YOU WILL BE ALLOWED TO KEEP THIS SET THROUGHOUT THE TRIAL

2    TO WHICH TO REFER.  THIS SET OF INSTRUCTIONS IS NOT TO BE TAKEN

3    HOME.

4        ACTUALLY, YOUR JURY BINDERS ARE ALSO NOT TO BE TAKEN HOME.

5    PLEASE LEAVE THEM IN THE JURY ROOM DURING BREAKS AND IN THE

6    EVENINGS.  THANK YOU.

7        THIS SET OF INSTRUCTIONS MUST REMAIN IN THE JURY ROOM WHEN

8    YOU LEAVE IN THE EVENINGS.  AT THE END OF THE TRIAL, I WILL

9    GIVE YOU A FINAL SET OF INSTRUCTIONS.  IT IS THE FINAL SET OF

10   INSTRUCTIONS WHICH WILL GOVERN YOUR DELIBERATIONS.

11       YOU MUST NOT INFER FROM THESE INSTRUCTIONS OR FROM

12   ANYTHING I MAY SAY OR DO AS INDICATING THAT I HAVE AN OPINION

13   REGARDING THE EVIDENCE OR WHAT YOUR VERDICT SHOULD BE.

14       IT IS YOUR DUTY TO FIND THE FACTS FROM ALL THE EVIDENCE IN

15   THE CASE.  TO THOSE FACTS YOU WILL APPLY THE LAW AS I GIVE IT

16   TO YOU.

17       YOU MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER YOU

18   AGREE WITH IT OR NOT.

19       DO NOT LET PERSONAL LIKES OR DISLIKES, OPINIONS,

20   PREJUDICES, BIAS OR SYMPATHY INFLUENCE YOUR DECISION.

21       BIAS INCLUDES BIAS FOR OR AGAINST ANY PARTY OR ANY WITNESS

22   BASED UPON NATIONALITY, RACE OR ETHNICITY.

23       THAT MEANS THAT YOU MUST DECIDE THE CASE SOLELY ON THE

24   EVIDENCE BEFORE YOU.  YOU WILL RECALL THAT YOU TOOK AN OATH TO

25   DO SO.

1    IN FOLLOWING MY INSTRUCTIONS, YOU MUST FOLLOW ALL OF THEM

2    AND NOT SINGLE OUT SOME AND IGNORE OTHERS.  THEY ARE ALL

3    IMPORTANT.

4    WHAT IS EVIDENCE?

5    THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

6    FACTS ARE CONSISTS OF:

7    1.  THE SWORN TESTIMONY OF ANY WITNESS;

8    2.  THE EXHIBITS WHICH ARE RECEIVED INTO EVIDENCE; AND,

9    3.  ANY FACTS TO WHICH THE LAWYERS HAVE AGREED.

10   WHAT IS NOT EVIDENCE?

11   IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE

12   TESTIMONY AND EVIDENCE RECEIVED INTO EVIDENCE.

13   CERTAIN THINGS ARE NOT EVIDENCE, AND YOU MAY NOT CONSIDER

14   THEM IN DECIDING WHAT THE FACTS ARE.  I WILL LIST THEM FOR YOU.

15   NUMBER 1.  ARGUMENTS AND STATEMENTS BY LAWYERS ARE NOT

16   EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.  WHAT THEY WILL SAY

17   IN THEIR OPENING STATEMENTS, WILL SAY IN THEIR CLOSING

18   ARGUMENTS, AND AT OTHER TIMES IS INTENDED TO HELP YOU INTERPRET

19   THE EVIDENCE, BUT IT IS NOT EVIDENCE.

20   IF THE FACTS AS YOU REMEMBER THEM DIFFER FROM THE WAY THE

21   LAWYERS HAVE STATED THEM, YOUR MEMORY OF THEM CONTROLS.

22   NUMBER 2.  QUESTIONS AND OBJECTIONS BY LAWYERS ARE NOT

23   EVIDENCE.  ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT

24   WHEN THEY BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF

25   EVIDENCE.

1          YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY THE

2     COURT'S RULING ON IT.

3          NUMBER 3.  TESTIMONY THAT HAS BEEN EXCLUDED OR STRICKEN OR

4     THAT YOU HAVE BEEN INSTRUCTED TO DISREGARD IS NOT EVIDENCE AND

5     MUST NOT BY CONSIDERED.

6          IN ADDITION, SOMETIMES TESTIMONY AND EXHIBITS ARE RECEIVED

7     ONLY FOR A LIMITED PURPOSE.  WHEN I GIVE A LIMITING

8     INSTRUCTION, YOU MUST FOLLOW IT.

9          NUMBER 4.  ANYTHING YOU MAY HAVE SEEN OR HEARD WHEN THE

10    COURT WAS NOT IN SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE

11    THE CASE SOLELY ON THE EVIDENCE RECEIVED AT THE TRIAL.

12         EVIDENCE FOR A LIMITED PURPOSE.

13         SOME EVIDENCE MAY BE ADMITTED FOR A LIMITED PURPOSE ONLY.

14         WHEN I INSTRUCT YOU THAT AN ITEM OF EVIDENCE HAS BEEN

15    ADMITTED FOR A LIMITED PURPOSE, YOU MUST CONSIDER IT ONLY FOR

16    THAT LIMITED PURPOSE AND FOR NO OTHER.

17         DIRECT OR CIRCUMSTANTIAL EVIDENCE.

18         EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

19    IS DIRECT PROOF OF A FACT, SUCH AS TESTIMONY BY A WITNESS ABOUT

20    WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

21         CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

22    WHICH YOU COULD FIND ANOTHER FACT.

23         YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE.  THE LAW MAKES

24    NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

25    OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

```
 1        WEIGHT TO GIVE TO ANY EVIDENCE.

 2             NUMBER 6.  RULING ON OBJECTIONS.

 3             THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

 4        RECEIVED INTO EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR

 5        OFFERS AN EXHIBIT INTO EVIDENCE AND A LAWYER ON THE OTHER SIDE

 6        THINKS THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT

 7        LAWYER MAY OBJECT.

 8             IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

 9        OR THE EXHIBIT RECEIVED.

10             IF I SUSTAIN THE OBJECTION, THE QUESTION CANNOT BE

11        ANSWERED AND THE EXHIBIT CANNOT BE RECEIVED.

12             WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST

13        IGNORE THE QUESTION AND MUST NOT GUESS WHAT THE ANSWER MIGHT

14        HAVE BEEN.

15             SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

16        RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

17        MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

18        CONSIDER THE EVIDENCE THAT I TOLD YOU TO DISREGARD.

19             CREDIBILITY OF WITNESSES.

20             IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

21        WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

22        YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

23        NONE OF IT.

24             PROOF OF A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER

25        OF WITNESSES WHO TESTIFY ABOUT IT.
```

1        IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

2    INTO ACCOUNT:

3        NUMBER 1.  THE OPPORTUNITY AND ABILITY OF THE WITNESS TO

4    SEE OR HEAR OR KNOW THE THINGS TESTIFIED TO;

5        NUMBER 2.  THE WITNESS'S MEMORY;

6        NUMBER 3.  THE WITNESS'S MANNER WHILE TESTIFYING;

7        NUMBER 4.  THE WITNESS'S INTEREST IN THE OUTCOME OF THE

8    CASE AND ANY BIAS OR PREJUDICE;

9        NUMBER 5.  WHETHER OTHER EVIDENCE CONTRADICTED THE

10   WITNESS'S TESTIMONY;

11       NUMBER 6.  THE REASONABLENESS OF THE WITNESS'S TESTIMONY

12   IN LIGHT OF ALL THE EVIDENCE; AND,

13       NUMBER 7.  ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

14       THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

15   NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT

16   IT.

17       IMPEACHMENT EVIDENCE -- WITNESS.

18       THE EVIDENCE THAT A WITNESS LIED UNDER OATH OR GAVE

19   DIFFERENT TESTIMONY ON A PRIOR OCCASION MAY BE CONSIDERED,

20   ALONG WITH ALL OTHER EVIDENCE, IN DECIDING WHETHER OR NOT TO

21   BELIEVE A WITNESS AND HOW MUCH WEIGHT TO GIVE THE TESTIMONY OF

22   THE WITNESS AND FOR NO OTHER PURPOSE.

23       NUMBER 9.  CONDUCT OF THE JURY.

24       I WILL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

25       FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL, AND DO NOT

1    DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

2    JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

3    CASE.

4         SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

5    THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

6    THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

7    INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

8    THE COURSE OF YOUR JURY DUTY.

9         THUS, UNTIL THE END OF THE CASE, OR UNLESS I TELL YOU

10   OTHERWISE, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY, AND DO

11   NOT LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY, ABOUT THE

12   MERITS OF THE CASE OR ANYTHING TO DO WITH IT.

13        THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

14   BY PHONE OR ELECTRONIC MEANS VIA E-MAIL, TEXT MESSAGING OR ANY

15   INTERNET CHAT ROOM, BLOG, WEBSITE OR ANY OTHER FEATURE.

16        THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

17   UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND IT APPLIES TO

18   COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR FAMILY

19   MEMBERS, YOUR EMPLOYER, AND THE PEOPLE INVOLVED IN THE TRIAL,

20   ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND YOUR EMPLOYER THAT YOU

21   HAVE BEEN SEATED AS A JUROR IN THIS CASE.

22        BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

23   JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

24   YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND TO REPORT

25   THE CONTACT TO THE COURT.

1    BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

2    INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT:  DO

3    NOT READ, WATCH OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

4    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT; DO NOT DO

5    ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, SEARCHING THE

6    INTERNET OR USING OTHER REFERENCE MATERIALS; AND DO NOT MAKE

7    ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN ABOUT THE

8    CASE ON YOUR OWN.

9    THE LAW REQUIRES THESE RESTRICTIONS TO ENSURE THE PARTIES

10   HAVE A FAIR TRIAL BASED ON THE SAME EVIDENCE THAT EACH PARTY

11   HAS HAD AN OPPORTUNITY TO ADDRESS.  A JUROR WHO VIOLATES THESE

12   RESTRICTIONS JEOPARDIZES THE FAIRNESS OF THESE PROCEEDINGS AND

13   A MISTRIAL COULD RESULT THAT WOULD REQUIRE THE ENTIRE TRIAL

14   PROCESS TO START OVER.

15   IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

16   NOTIFY THE COURT IMMEDIATELY.

17   NUMBER 10.

18   DURING DELIBERATIONS YOU WILL HAVE TO MAKE YOUR DECISION

19   BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL NOT HAVE A

20   TRANSCRIPT OF THE TRIAL.  I URGE YOU TO PAY CLOSE ATTENTION TO

21   THE TESTIMONY AS IT IS GIVEN.

22   IF AT ANY TIME YOU CANNOT HEAR OR SEE THE TESTIMONY,

23   EVIDENCE, QUESTIONS OR ARGUMENTS, LET ME KNOW SO THAT I CAN

24   CORRECT THE PROBLEM.

25   IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

1    EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF

2    UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE

3    THE CASE.

4         DO NOT LET NOTE-TAKING DISTRACT YOU.

5         WHEN YOU LEAVE, YOUR NOTES SHOULD BE LEFT IN THE JURY

6    ROOM.  NO ONE WILL READ YOUR NOTES.  THEY WILL BE DESTROYED AT

7    THE CONCLUSION OF THE CASE.

8         WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

9    MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

10   YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF

11   YOUR FELLOW JURORS.

12        NUMBER 11.

13        THE PARTIES HAVE AGREED TO CERTAIN FACTS THAT WILL BE READ

14   TO YOU.  YOU SHOULD THEREFORE TREAT THESE FACTS AS HAVING BEEN

15   PROVED.

16        NUMBER 12.

17        A DEPOSITION IS THE SWORN TESTIMONY OF A WITNESS TAKEN

18   BEFORE TRIAL.  THE WITNESS IS PLACED UNDER OATH TO TELL THE

19   TRUTH, AND LAWYERS FOR EACH PARTY MAY ASK QUESTIONS.  THE

20   QUESTIONS AND ANSWERS ARE RECORDED.

21        YOU SHOULD CONSIDER DEPOSITION TESTIMONY, PRESENTED TO YOU

22   IN COURT IN LIEU OF LIVE TESTIMONY, INSOFAR AS POSSIBLE, IN THE

23   SAME WAY AS IF THE WITNESS HAD BEEN PRESENT TO TESTIFY.

24        NUMBER 13.

25        EVIDENCE MAY BE PRESENTED TO YOU IN THE FORM OF ANSWERS OF

1    ONE OF THE PARTIES TO WRITTEN INTERROGATORIES SUBMITTED BY THE

2    OTHER SIDE.  THESE ANSWERS WERE GIVEN IN WRITING AND UNDER OATH

3    BEFORE THE ACTUAL TRIAL IN RESPONSE TO QUESTIONS THAT WERE

4    SUBMITTED IN WRITING UNDER ESTABLISHED COURT PROCEDURES.

5         YOU SHOULD CONSIDER THE ANSWERS, INSOFAR AS POSSIBLE, IN

6    THE SAME WAY AS IF THEY WERE MADE FROM THE WITNESS STAND.

7         14.

8         SOME WITNESSES, BECAUSE OF EDUCATION OR EXPERIENCE, ARE

9    PERMITTED TO STATE OPINIONS AND THE REASONS FOR THOSE OPINIONS.

10        OPINION TESTIMONY SHOULD BE JUDGED JUST LIKE ANY OTHER

11   TESTIMONY.  YOU MAY ACCEPT IT OR REJECT, AND GIVE IT AS MUCH

12   WEIGHT AS YOU THINK IT DESERVES, CONSIDERING THE WITNESS'S

13   EDUCATION AND EXPERIENCE, THE REASONS GIVEN FOR THE OPINION,

14   AND ALL THE OTHER EVIDENCE IN THE CASE.

15        15.

16        LANGUAGES OTHER THAN ENGLISH MAY BE USED DURING THIS

17   TRIAL.

18        WITNESSES WHO DO NOT SPEAK ENGLISH OR ARE MORE PROFICIENT

19   IN ANOTHER LANGUAGE TESTIFY THROUGH AN OFFICIAL COURT

20   INTERPRETER.  ALTHOUGH SOME OF YOU MAY KNOW KOREAN, IT IS

21   IMPORTANT THAT ALL JURORS CONSIDER THE SAME EVIDENCE.

22   THEREFORE, YOU MUST ACCEPT THE INTERPRETER'S TRANSLATION OF THE

23   WITNESS'S TESTIMONY.  YOU MUST DISREGARD ANY DIFFERENT MEANING.

24        16.

25        YOU MUST NOT MAKE ANY ASSUMPTION ABOUT A WITNESS OR A

1     PARTY BASED SOLELY UPON THE USE OF AN INTERPRETER TO ASSIST

2     THAT WITNESS OR PARTY.

3          17.

4          FROM TIME TO TIME DURING THE TRIAL, IT MAY BECOME

5     NECESSARY FOR ME TO TALK WITH THE ATTORNEYS OUT OF THE HEARING

6     OF THE JURY, EITHER BY HAVING A CONFERENCE AT THE BENCH WHEN

7     THE JURY IS PRESENT IN THE COURTROOM, OR BY CALLING A RECESS.

8          PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE ARE

9     WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

10    RELEVANT INFORMATION FROM YOU BUT TO DECIDE HOW CERTAIN

11    EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

12    AVOID CONFUSE AND ERROR.

13         OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

14    LENGTH OF THESE CONFERENCES TO A MINIMUM.

15         I MAY NOT ALWAYS GRANT AN ATTORNEY'S REQUEST FOR A

16    CONFERENCE.  DO NOT CONSIDER MY GRANTING OR DENYING A REQUEST

17    FOR A CONFERENCE AS ANY INDICATION OF MY OPINION OF THE CASE OR

18    OF WHAT YOUR VERDICT SHOULD BE.

19         18.

20         THIS CASE INVOLVES DISPUTES RELATING TO UNITED STATES

21    PATENTS.  BEFORE SUMMARIZING THE POSITIONS OF THE PARTIES AND

22    THE LEGAL ISSUES INVOLVED IN THE DISPUTE, LET ME TAKE A MOMENT

23    TO EXPLAIN WHAT PATENTS ARE AND HOW THEY ARE OBTAINED.

24         PATENTS ARE GRANTED BY THE UNITED STATES PATENT AND

25    TRADEMARK OFFICE (SOMETIMES CALLED "THE PTO.") IN GENERAL

1    TERMS, A PATENT PROTECTS THE WAY AN ARTICLE IS USED OR WORKS.

2    IT ALSO PROTECTS A METHOD OR PROCESS OF MAKING OR DOING

3    SOMETHING.

4         A VALID UNITED STATES PATENT GIVES THE PATENT OWNER THE

5    RIGHT TO PREVENT OTHERS FROM MAKING, USING, OFFERING TO SELL OR

6    SELLING THE PATENTED INVENTION WITHIN THE UNITED STATES, OR

7    FROM IMPORTING IT INTO THE UNITED STATES, DURING THE TERM OF

8    THE PATENT WITHOUT THE PATENT HOLDER'S PERMISSION.

9         A VIOLATION OF THE PATENT OWNER'S RIGHTS IS CALLED

10   INFRINGEMENT.  THE PATENT OWNER MAY TRY TO ENFORCE A PATENT

11   AGAINST PERSONS BELIEVED TO BE INFRINGERS BY A LAWSUIT FILED IN

12   FEDERAL COURT.

13        A PATENT INCLUDES WHAT IS CALLED A "SPECIFICATION."  THE

14   SPECIFICATION MUST CONTAIN A WRITTEN DESCRIPTION OF THE CLAIMED

15   INVENTION TELLING WHAT THE INVENTION IS, HOW IT WORKS, HOW TO

16   MAKE IT, AND HOW TO USE IT SO OTHERS SKILLED IN THE FIELD WILL

17   KNOW HOW TO MAKE OR USE IT.

18        THE SPECIFICATION CONCLUDES WITH ONE OR MORE NUMBERED

19   SENTENCES.  THESE ARE THE PATENT "CLAIMS ."  WHEN THE PATENT IS

20   EVENTUALLY GRANTED BY THE PTO, THE CLAIMS DEFINE THE BOUNDARIES

21   OF ITS PROTECTION AND GIVE NOTICE TO THE PUBLIC OF THOSE

22   BOUNDARIES.

23        THE PROCESS OF OBTAINING A PATENT IS CALLED PATENT

24   PROSECUTION.  TO OBTAIN A PATENT, ONE MUST FILE AN APPLICATION

25   WITH THE PTO.  THE PTO IS AN AGENCY OF THE FEDERAL GOVERNMENT

1    AND EMPLOYS TRAINED EXAMINERS WHO REVIEW APPLICATIONS FOR

2    PATENTS.

3         AFTER THE APPLICANT FILES THE APPLICATION, A PTO PATENT

4    EXAMINER REVIEWS THE PATENT APPLICATION TO DETERMINE WHETHER

5    THE CLAIMS ARE PATENTABLE AND WHETHER THE SPECIFICATION

6    ADEQUATELY DESCRIBES THE INVENTION CLAIMED.

7         IN EXAMINING A PATENT APPLICATION, THE PATENT EXAMINER

8    REVIEWS RECORDS AVAILABLE TO THE PTO FOR WHAT IS REFERRED TO AS

9    "PRIOR ART."

10        THE EXAMINER ALSO WILL REVIEW PRIOR ART IF IT IS SUBMITTED

11   TO THE PTO BY AN APPLICANT.

12        PRIOR ART IS DEFINED BY LAW AND I WILL GIVE YOU, AT A

13   LATER TIME, SPECIFIC INSTRUCTIONS AS TO WHAT CONSTITUTES PRIOR

14   ART.

15        HOWEVER, IN GENERAL, PRIOR ART INCLUDES THINGS THAT EXISTS

16   BEFORE THE CLAIMED INVENTION, THAT WERE PUBLICLY KNOWN OR USED

17   IN A PUBLICLY ACCESSIBLE WAY IN THIS COUNTRY, OR THAT WERE

18   PATENTED OR DESCRIBED IN A PUBLICATION IN ANY COUNTRY.

19        THE EXAMINER CONSIDERS, AMONG OTHER THINGS, WHETHER EACH

20   CLAIM DEFINES AN INVENTION THAT IS NEW, USEFUL, AND NOT OBVIOUS

21   IN VIEW OF THE PRIOR ART.  A PATENT LISTS THE PRIOR ART THAT

22   THE EXAMINER CONSIDERED; THIS LIST IS CALLED THE "CITED

23   PREFERENCES."

24        AFTER THE PRIOR ART SEARCH AND EXAMINATION OF THE

25   APPLICATION, THE PATENT EXAMINER THEN INFORMS THE APPLICANT IN

1   WRITING WHAT THE EXAMINER HAS FOUND AND WHETHER ANY CLAIM IS

2   PATENTABLE, AND THUS WILL BE "ALLOWED."

3        THIS WRITING FROM THE PATENT EXAMINER IS CALLED AN "OFFICE

4   ACTION."

5        IF THE EXAMINER REJECTS THE CLAIMS, THE APPLICANT THEN

6   RESPONDS AND SOMETIMES CHANGES THE CLAIMS OR SUBMITS NEW

7   CLAIMS.

8        THIS PROCESS, WHICH TAKES PLACE ONLY BETWEEN THE EXAMINER

9   AND THE PATENT APPLICANT, MAY GO BACK AND FORTH FOR SOME TIME

10  UNTIL THE EXAMINER IS SATISFIED THAT THE APPLICATION AND CLAIMS

11  MEET THE REQUIREMENTS FOR A PATENT.

12       THE PAPERS GENERATED DURING THIS TIME OF COMMUNICATING

13  BACK AND FORTH BETWEEN THE PATENT EXAMINER AND THE APPLICANT

14  MAKE UP WHAT IS CALLED THE "PROSECUTION HISTORY."  ALL OF THIS

15  MATERIAL BECOMES AVAILABLE TO THE PUBLIC NO LATER THAN THE DATE

16  WHEN THE PATENT ISSUES.

17       THE FACT THAT THE PTO GRANTS A PATENT DOES NOT NECESSARILY

18  MEAN THAT ANY INVENTION CLAIMED IN THE PATENT, IN FACT,

19  DESERVES THE PROTECTION OF A PATENT.  FOR EXAMPLE, THE PTO MAY

20  NOT HAVE HAD AVAILABLE TO IT ALL THE INFORMATION THAT WILL BE

21  PRESENTED TO YOU.

22       A PERSON ACCUSED OF INFRINGEMENT HAS THE RIGHT TO ARGUE

23  HERE IN FEDERAL COURT THAT A CLAIMED INVENTION IN THE PATENT IS

24  INVALID BECAUSE IT DOES NOT MEET THE REQUIREMENTS FOR A PATENT.

25       19.

1        THERE ARE SEVEN PATENTS ASSERTED IN THIS CASE.

2        APPLE ACCUSES SAMSUNG OF INFRINGING UNITED STATES PATENT

3   NUMBERS 5,946,647; 6,847,959; 7,761,414; 8,046,172.

4        PATENTS ARE OFTEN REFERRED TO BY THEIR LAST THREE DIGITS,

5   SO APPLE'S PATENTS MAY BE REFERRED TO IN SHORTHAND AS THE '647,

6   '959, '414, '721, AND '172 PATENTS.

7        SAMSUNG ACCUSES APPLE OF INFRINGING UNITED STATES PATENT

8   NUMBERS 6,226,445 AND 5,579,239.

9        SAMSUNG'S PATENTS MAY BE REFERRED TO IN SHORT HAPPENED AS

10  THE 449 AND 239 PATENTS.

11       TO HELP YOU FOLLOW THE EVIDENCE, I WILL NOW GIVE YOU A

12  SUMMARY OF THE POSITIONS OF THE PARTIES WITH RESPECT TO THE

13  PATENT CLAIMS.

14       THE PARTIES IN THIS CASE ARE APPLE, INCORPORATED, WHICH WE

15  WILL REFER TO AS "APPLE" AND SAMSUNG ELECTRONICS COMPANY

16  LIMITED, SAMSUNG ELECTRONICS AMERICA, INCORPORATED, AND SAMSUNG

17  TELECOMMUNICATIONS AMERICA LIMITED LIABILITY CORPORATION, WHICH

18  I WILL REFER TO COLLECTIVELY AS "SAMSUNG" UNLESS I THINK IT IS

19  IMPORTANT TO DISTINGUISH BETWEEN THESE ENTITIES FOR THE

20  PURPOSES OF A SPECIFIC INSTRUCTION.

21       YOU MUST DECIDE THE CASE AS TO SAMSUNG ELECTRONICS

22  COMPANY, SAMSUNG ELECTRONICS AMERICA, AND SAMSUNG

23  TELECOMMUNICATIONS AMERICA SEPARATELY REGARDLESS OF WHETHER I

24  REFER TO THEM COLLECTIVELY AS "SAMSUNG" OR INDIVIDUALLY.

25       THE CASE INVOLVES FIVE UNITED STATES PATENTS OWNED BY

1    APPLE AND TWO UNITED STATES PATENTS OWNED BY SAMSUNG.

2        APPLE FILED THIS LAWSUIT AGAINST SAMSUNG SEEKING MONEY

3    DAMAGES FROM SAMSUNG FOR ALLEGEDLY INFRINGING THE '647, '959,

4    '414, '721, AND '172 PATENTS BY MAKING, IMPORTING, USING,

5    SELLING, AND/OR OFFERING FOR SALE THE TABLET AND SMARTPHONE

6    PRODUCTS THAT APPLE ARGUES ARE COVERED CLAIM 9 OF THE '647

7    PATENT, CLAIM 25 OF THE '959 PATENT, CLAIM 20 OF THE '414

8    PATENT, CLAIM 8 OF THE '721 PATENT, AND CLAIM 18 OF THE '172

9    PATENT.

10       APPLE ALSO ARGUES THAT SAMSUNG ELECTRONICS COMPANY

11   ACTIVELY INDUCED SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG

12   TELECOMMUNICATIONS AMERICA LLC TO INFRINGE.

13       APPLE CONTENDS THAT SAMSUNG'S INFRINGEMENT HAS BEEN

14   WILLFUL.

15       SAMSUNG DENIES THAT IT HAS INFRINGED THE ASSERTED CLAIMS

16   OF THE '647, '959, '414, AND '721 PATENTS AND ARGUES THAT, IN

17   ADDITION, THE ASSERTED CLAIMS ARE INVALID.  INVALIDITY IS A

18   DEFENSE TO INFRINGEMENT.

19       YOUR DUTY FOR APPLE'S '172 PATENT IS DIFFERENT FROM THE

20   OTHER PATENTS.  THE COURT HAS ALREADY FOUND THAT THE ADMIRE,

21   GALAXY NEXUS, GALAXY NOTE (EXCLUDING ONE RELEASE), GALAXY SII

22   (EXCLUDING ONE RELEASE), GALAXY SII EPIC 4G TOUCH (EXCLUDING

23   ONE RELEASE), GALAXY SII SKYROCKET (EXCLUDING ONE RELEASE), AND

24   STRATOSPHERE INFRINGE CLAIM 18 OF THE '172 PATENT.  YOU NEED

25   ONLY DETERMINE WHETHER CLAIM 18 IS INVALID.

1       SAMSUNG HAS ALSO BROUGHT CLAIMS AGAINST APPLE FOR PATENT

2    INFRINGEMENT.  SAMSUNG SEEKS MONEY DAMAGES FROM APPLE FOR

3    ALLEGEDLY INFRINGING THE '449 AND '239 PATENTS BY MAKING,

4    IMPORTING, USING, SELLING AND/OR OFFERING FOR SALE APPLE'S, 1,

5    CERTAIN IPHONE AND IPOD TOUCH PRODUCTS THAT SAMSUNG ARGUES ARE

6    COVERED BY CLAIM 27 OF THE '449 PATENT; AND, NUMBER 2, CERTAIN

7    IPHONE AND IPAD PRODUCTS THAT SAMSUNG ARGUES ARE COVERED BY

8    CLAIM 15 OF THE '239 PATENT.

9       SAMSUNG ALSO CONTENDS THAT APPLE'S INFRINGEMENT HAS BEEN

10   WILLFUL.

11       APPLE DENIES THAT IT HAS INFRINGED THE CLAIMS ASSERTED BY

12   SAMSUNG.  APPLE DOES NOT ARGUE THAT SAMSUNG'S PATENTS ARE

13   INVALID.  THEREFORE, YOU NEED ONLY DETERMINE WHETHER THE '449

14   AND THE '239 PATENTS ARE INFRINGED AND WHETHER THAT

15   INFRINGEMENT HAS BEEN WILLFUL.

16       IN THIS CASE, APPLE DOES NOT CONTEND THAT IT PRACTICES THE

17   '414, '172 OR '959 PATENTS, AND SAMSUNG DOES NOT CONTEND THAT

18   IT PRACTICES THE '449 PATENT.

19       FOR EACH PARTY'S PATENT INFRINGEMENT CLAIMS AGAINST THE

20   OTHER, THE FIRST ISSUE YOU WILL BE ASKED TO DECIDE IS WHETHER

21   THE ALLEGED INFRINGER HAS INFRINGED THE CLAIMS OF THE PATENT

22   HOLDER'S PATENTS.  FOR APPLE'S PATENTS, YOU WILL ALSO BE ASKED

23   TO DECIDE WHETHER THOSE PATENTS ARE VALID.

24       IF YOU DECIDE THAT ANY CLAIM OF EITHER PARTY'S PATENTS HAS

25   BEEN INFRINGED AND, FOR APPLE'S PATENTS, IS NOT INVALID, YOU

1    WILL THEN NEED TO DECIDE ANY MONEY DAMAGES TO BE AWARDED TO THE

2    PATENT HOLDER TO COMPENSATE IT FOR THE INFRINGEMENT.

3         YOU WILL ALSO NEED TO MAKE A FINDING AS TO WHETHER THE

4    INFRINGEMENT WAS WILLFUL.

5         IF YOU DECIDE THAT ANY INFRINGEMENT WAS WILLFUL, THAT

6    DECISION SHOULD NOT AFFECT ANY DAMAGE AWARD YOU GIVE.  I WILL

7    TAKE WILLFULNESS INTO ACCOUNT LATER.

8         BEFORE YOU DECIDE WHETHER EITHER PARTY HAS INFRINGED THE

9    OTHER'S PATENTS, OR WHETHER APPLE'S PATENTS ARE INVALID, YOU

10   WILL NEED TO UNDERSTAND THE PATENT CLAIMS.  AS I MENTIONED, THE

11   PATENT CLAIMS ARE NUMBERED SENTENCES AT THE END OF THE PATENT

12   THAT DESCRIBE THE BOUNDARIES OF THE PATENT'S PROTECTION.

13        IT IS MY JOB AS JUDGE TO EXPLAIN TO YOU THE MEANING OF ANY

14   LANGUAGE IN THE CLAIMS THAT NEEDS INTERPRETER.

15        I HAVE ALREADY DETERMINED THE MEANING OF CERTAIN TERMS OF

16   THE CLAIMS OF SOME OF THE PATENTS AT ISSUE.  YOU WILL BE ASKED

17   TO APPLY MY DEFINITIONS OF THESE TERMS IN THIS CASE.

18        HOWEVER, MY INTERPRETATION OF THE LANGUAGE OF THE CLAIMS

19   SHOULD NOT BE TAKEN AS AN INDICATION THAT I HAVE A VIEW

20   REGARDING ISSUES, SUCH AS INFRINGEMENT (EXCEPT FOR APPLE'S '172

21   PATENT) AND INVALIDITY.  THOSE ISSUES ARE YOURS TO DECIDE.

22        I WILL PROVIDE YOU WITH MORE DETAILED INSTRUCTIONS ON THE

23   MEANING OF THE CLAIMS BEFORE YOU RETIRE TO DELIBERATE YOUR

24   VERDICT.

25        FINAL INSTRUCTION.

1       THE TRIAL WILL NOW BEGIN.  FIRST, EACH SIDE MAY MAKE AN

2   OPENING STATEMENT.  AN OPENING STATEMENT IS NOT EVIDENCE.  IT

3   IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND WHAT THAT PARTY

4   EXPECTS THE EVIDENCE WILL SHOW.

5       THE PRESENTATION OF EVIDENCE WILL THEN BEGIN.  WITNESSES

6   WILL TAKE THE WITNESS STAND AND THE DOCUMENTS WILL BE OFFERED

7   AND ADMITTED INTO EVIDENCE.

8       THERE ARE TWO STANDARDS OF PROOF THAT YOU WILL APPLY TO

9   THE EVIDENCE, DEPENDING ON THE ISSUE YOU ARE DECIDING.  ON SOME

10  ISSUES, YOU MUST DECIDE WHETHER SOMETHING IS MORE LIKELY TRUE

11  THAN NOT.  ON OTHER ISSUES, YOU MUST USE A HIGHER STANDARD AND

12  DECIDE WHETHER IT IS HIGHLY PROBABLE THAT SOMETHING IS TRUE.

13      APPLE WILL START BY PRESENTING ITS EVIDENCE ON ITS

14  CONTENTIONS THAT SAMSUNG HAS INFRINGED APPLE'S PATENTS.  APPLE

15  WILL ALSO PRESENT ITS EVIDENCE THAT SAMSUNG'S INFRINGEMENT HAS

16  BEEN WILLFUL.

17      THESE WITNESSES WILL BE QUESTIONED BY APPLE'S COUNSEL IN

18  WHAT IS CALLED DIRECT EXAMINATION.

19      AFTER THE DIRECT EXAMINATION OF A WITNESS IS COMPLETED,

20  SAMSUNG HAS AN OPPORTUNITY TO CROSS-EXAMINE THE WITNESS.

21      TO PROVE INFRINGEMENT OF ANY CLAIM, APPLE MUST PERSUADE

22  YOU THAT IT IS MORE LIKELY THAN NOT THAT SAMSUNG HAS INFRINGED

23  APPLE'S PATENTS.

24      AFTER APPLE HAS PRESENTED ITS WITNESSES, SAMSUNG WILL CALL

25  ITS WITNESSES, WHO WILL ALSO BE EXAMINED AND CROSS-EXAMINED.

1      SAMSUNG WILL PRESENT ITS EVIDENCE ON ITS CONTENTIONS THAT APPLE

2      HAS INFRINGED SAMSUNG'S PATENTS.

3          SAMSUNG WILL ALSO PRESENT ITS EVIDENCE THAT APPLE'S

4      INFRINGEMENT HAS BEEN WILLFUL.

5          TO PROVE INFRINGEMENT OF ANY CLAIM, SAMSUNG MUST PERSUADE

6      YOU THAT IT IS MORE LIKELY THAN NOT THAT APPLE HAS INFRINGED

7      SAMSUNG'S PATENTS.

8          SAMSUNG WILL ALSO PRESENT ITS EVIDENCE THAT ASSERTED

9      CLAIMS OF APPLE'S PATENTS ARE NOT INFRINGED AND ARE INVALID.

10     TO PROVE INVALIDITY OF ANY CLAIM, SAMSUNG MUST PERSUADE YOU

11     THAT IT IS HIGHLY PROBABLE THAT THE CLAIM IS INVALID.

12         APPLE WILL THEN RETURN AND WILL PUT ON EVIDENCE RESPONDING

13     TO SAMSUNG'S CONTENTION THAT THE APPLE PATENTS ARE INVALID.

14     APPLE WILL THEN PRESENT ITS EVIDENCE THAT ASSERTED CLAIMS OF

15     SAMSUNG'S PATENTS ARE NOT INFRINGED.

16         BECAUSE THE EVIDENCE IS INTRODUCED PIECEMEAL, YOU MAY NEED

17     TO KEEP AN OPEN MIND AS THE EVIDENCE COMES IN AND WAIT FOR ALL

18     THE EVIDENCE BEFORE YOU MAKE ANY DECISIONS.  IN OTHER WORDS,

19     YOU SHOULD KEEP AN OPEN MIND THROUGHOUT THE ENTIRE TRIAL.

20         AFTER THE EVIDENCE HAS BEEN PRESENTED, I WILL GIVE YOU

21     FINAL INSTRUCTIONS ON THE LAW THAT APPLIES TO THE CASE, AND THE

22     ATTORNEYS WILL MAKE CLOSING ARGUMENTS.  CLOSING ARGUMENTS ARE

23     NOT EVIDENCE.

24         AFTER THE INSTRUCTIONS AND CLOSING ARGUMENTS, YOU WILL

25     THEN DECIDE THE CASE.

1           WOULD EVERYONE JUST LIKE A MINUTE TO JUST STAND UP.  WHY

2       DON'T WE ALL JUST TAKE A STAND UP MOMENT BEFORE THE LIGHTS GO

3       OFF FOR THE VIDEO.

4               THE COURT:  WE'RE NOW GOING TO WATCH A VIDEO.  IT'S

5       ABOUT 17 MINUTES.  I'M GOING TO ASK MS. PARKER BROWN IF YOU

6       WOULD DIM THE LIGHTS, PLEASE.

7           (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

8               THE COURT:  ALL RIGHT.  WE ARE NOW READY FOR OPENING

9       STATEMENTS.  EACH SIDE MAY MAKE ONE, BUT THEY'RE NOT REQUIRED

10      TO DO SO.

11          I REMIND YOU THAT AN OPENING STATEMENT IS NOT EVIDENCE.

12          WE ARE GOING TO KEEP OUR REGULAR SCHEDULE OF TAKING A

13      BREAK AT 10:30 FOR AT LEAST 15 MINUTES.  WE'LL STILL TAKE OUR

14      LUNCH BREAK FROM NOON TO 1:00 AND HAVE OUR REGULAR AFTERNOON

15      BREAKS.  OKAY?

16          ALL RIGHT.  GO AHEAD, PLEASE.  TIME IS NOW 10:00 O'CLOCK.

17              MR. MCELHINNY:  THANK YOU, YOUR HONOR.

18          **(MR. MCELHINNY GAVE HIS OPENING STATEMENT ON BEHALF OF**

19      **PLAINTIFF.)**

20              MR. MCELHINNY:  MAY IT PLEASE THE COURT.

21          GOOD MORNING.

22              JURORS:  GOOD MORNING.

23              MR. MCELHINNY:  WHERE WERE YOU ON JANUARY 9TH, 2007?

24          THERE ARE A LOT OF PROBLEMS WITH LAWSUITS, AND I THINK BY

25      THE TIME WE'RE DONE, YOU'LL HAVE YOUR OWN LITTLE LIST OF ALL

1    THE PROBLEMS WITH LAWSUITS AND IMPORTANT TRIALS.

2         BUT ONE OF THEM THAT I WANT TO ILLUSTRATE FOR YOU IS THAT

3    IT TAKES A WHILE TO GET TO COURT.  IT TAKES A WHILE TO BRING A

4    DISPUTE TO A JURY LIKE YOU, AND DURING THAT TIME, TIME PASSES

5    AND LIFE CHANGES AND THINGS THAT WERE NEW BEFORE NOW SEEM

6    COMMON.

7         AND SO ONE OF THE TESTS HERE, ONE OF THE THINGS THAT YOU

8    SORT OF HAVE TO DO IS PUT YOURSELF BACK IN TIME WHEN THESE

9    EVENTS OCCURRED AND REMEMBER WHAT LIFE WAS LIKE THEN.

10        SO THAT'S WHY I STARTED WITH THAT QUESTION.  WHERE WERE

11   YOU ON JANUARY 9TH, 2007?

12        WE KNOW THAT ON THAT DATE HUNDREDS OF PEOPLE IN THE BAY

13   AREA WERE IN THE MOSCONE CONVENTION CENTER IN SAN FRANCISCO AT

14   THE MACWORLD CONVENTION BECAUSE THAT IS THE DATE THAT THE

15   IPHONE WAS INTRODUCED.

16        AND WE KNOW THAT BECAUSE WE HAVE A VIDEOTAPE OF THAT

17   PRESENTATION WHICH I WOULD LIKE TO SHOW YOU.

18        (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

19           MR. MCELHINNY:  MY NAME IS HAROLD MCELHINNY.  YOU MET

20   MY GOOD FRIEND, BILL LEE, YESTERDAY.  AND ALONG WITH MARK

21   SELWYN AND MY PARTNER, RACHEL KREVANS, AND OTHER MEMBERS OF OUR

22   TEAM, IT IS OUR PRIVILEGE AND HONOR TO BE REPRESENTING APPLE IN

23   THIS LITIGATION AGAINST SAMSUNG ELECTRONICS AND ITS

24   SUBSIDIARIES.

25        IT IS OUR JOB TO BRING YOU THE EVIDENCE THAT YOU'RE GOING

1    TO NEED IN ORDER TO DO YOUR JOB, WHICH IS TO DECIDE THE ISSUES

2    THAT JUDGE KOH WILL GIVE YOU AT THE END OF THIS CASE.

3          WHILE I'M MAKING INTRODUCTIONS, I WOULD LIKE TO INTRODUCE

4    TWO OTHER PEOPLE TO YOU.  IN THE AUDIENCE WE HAVE BRUCE SEWELL,

5    WHO'S THE GENERAL COUNSEL OF APPLE, AND NOREEN KRALL, WHO'S THE

6    VICE-PRESIDENT AND IN CHARGE OF LITIGATION FOR APPLE.  AND

7    NOREEN IS MY BOSS.

8          ON BEHALF OF ALL OF APPLE'S EMPLOYEES, WE WOULD LIKE TO

9    THANK YOU FOR SERVING ON THIS JURY.

10         ALMOST SEVEN YEARS AGO, THE INTRODUCTION OF THE IPHONE

11   LITERALLY CHANGED THE NATURE OF THE TELEPHONE.  THE PEOPLE AT

12   APPLE INVENTED A WAY TO PUT THE COMPUTING POWER OF A MAC

13   COMPUTER ON A HANDHELD COMMUNICATIONS DEVICE.

14         THEY ALSO MOVED THE WORLD FROM A PHYSICAL KEYBOARD TO

15   TAPPING ON AN INTERACTIVE GLASS FACE.

16         THOSE WERE TWO DRAMATIC CHANGES THAT HAPPENED AT THAT

17   MOMENT, AND THAT'S WHY TODAY, WHEN EVERYBODY DOESN'T --

18   SOMEBODY THE OTHER DAY JUST SAID TO ME, DO YOU REMEMBER WHEN

19   PEOPLE USED TO TALK ON TELEPHONES?  DO YOU REMEMBER WHEN THEY

20   USED TO HAVE THOSE BIG BACK TELEPHONES?  DO YOU REMEMBER WHEN

21   THERE USED TO BE PAY TELEPHONE BOOTHS ON EVERY CORNER?

22         THAT WORLD IS GONE, AND IT CHANGED ON THAT DAY IN JANUARY

23   OF 2007.

24         YOU DON'T NEED TO TAKE MY WORD FOR THE EFFECT THAT THE

25   IPHONE HAD.  DURING THIS TRIAL, YOU'LL SEE A NUMBER OF

1      CONTEMPORANEOUS ARTICLES AND REVIEWS THAT WILL REMIND YOU OF

2      THOSE EFFECTS.

3           SO, FOR EXAMPLE, YOU WILL SEE PLAINTIFF'S EXHIBIT 135A.

4      WE WILL USE SOME TERMINOLOGY, PLAINTIFF'S EXHIBIT, YOU CAN SEE

5      THAT THE LOWER RIGHT-HAND CORNER, IT SAYS PDX, PLAINTIFF'S

6      EXHIBIT 135A, AS WE REFER TO THOSE, IF YOU WANT TO TAKE NOTES,

7      YOU WILL HAVE THESE IN THE JURY ROOM WHEN YOU'RE DONE.

8           THIS EXHIBIT WAS AN ARTICLE THAT APPEARED IN THE

9      "NEW YORK TIMES" THE DAY AFTER THE ANNOUNCEMENT.  IT WAS

10     WRITTEN BY A GENTLEMAN BY THE NAME OF DAVID POGUE, WHO IS A

11     WELL-KNOWN TECHNOLOGY REPORTER.

12          AND AMONG OTHER THINGS HE SAID IN THE ARTICLE, HE SAID

13     "THIS MACHINE IS SO PACKED WITH POSSIBILITIES THAT THE CELL

14     PHONE MAY ACTUALLY BE THE LEAST INTERESTING PART."

15          YOU WILL SEE THIS DOCUMENT, WHICH IS PX 133.  IN 2007,

16     "TIME MAGAZINE" NAMED THE IPHONE THE TIME BEST INVENTIONS OF

17     2007.

18          ON THE COVER, IT SAID, "FROM THE PHONE THAT HAS CHANGED

19     PHONES FOREVER."

20          AND AS WE NOW KNOW, THAT TURNED OUT TO BE PROPHETICALLY

21     CORRECT.  IT ACTUALLY SPELLED OUT, THEY PUT THE COVER, THE

22     PRODUCT ITSELF ON THE COVER OF "TIME MAGAZINE" AND SPELLED OUT

23     "BEST INVENTIONS" USING APPLE'S NEW ICONIC ICONS.

24          THE ARTICLE ITSELF SAID THAT THE PHONE WAS TOUCHY FEELY.

25     IT WAS A TOUCHSCREEN DEVICE.

1          IT SAID, "APPLE'S ENGINEERS USED THE TOUCHSCREEN TO

2     INNOVATE PAST THE GRAPHICAL USER INTERFACE (WHICH APPLE HELPED

3     PIONEER WITH MACINTOSH IN THE 1980S) TO CREATE A WHOLE NEW KIND

4     OF INTERFACE."

5          AND, FINALLY, IT SAID "THIS IS, AS ENGINEERS SAY,

6     NONTRIVIAL."

7          THAT LAST QUOTE I HOPE YOU WILL FIND, AS I DO, THAT IT'S

8     PARTICULARLY IMPORTANT AND RELEVANT.

9          IN THIS CASE, SAMSUNG'S LAWYERS AND WITNESSES WILL TRY TO

10    TELL YOU EXACTLY THE OPPOSITE.  THEY WILL TRY TO TELL YOU THAT

11    OUR INVENTIONS ARE AND WERE TRIVIAL AND THAT THEY ARE NOT

12    VALUABLE.

13         BUT THAT'S NOT WHAT THE WORLD WAS SAYING IN 2007.

14         YOU WILL ALSO SEE THIS ARTICLE, WHICH IS PLAINTIFF'S

15    EXHIBIT 134.  THIS IS SEVERAL YEARS LATER IN 2011.  HERE IS AN

16    ARTICLE FROM THE "NEW YORK TIMES" REPORTING THAT THE U.S.

17    PATENT AND TRADEMARK OFFICE, THE OFFICE THAT YOU JUST HEARD

18    ABOUT THAT ISSUES PATENTS, PUT TOGETHER A DISPLAY FOR THE

19    PUBLIC TO EXPLAIN PART OF ITS WORK, AND IT PUT TOGETHER A

20    DISPLAY BASED ON THE INVENTIONS OF STEVE JOBS.

21         AND IN THIS ARTICLE BY MR. BRIAN CHEN, A FAMOUS REPORTER

22    FOR THE "NEW YORK TIMES," IT SAID "PATENTS ON TECHNOLOGICAL

23    DEVICES DO NOT ALWAYS RESULT IN REAL PRODUCTS THAT HIT THE

24    CONSUMER MARKET, BUT THEY DOCUMENT AN INVENTOR'S RESEARCH AND

25    METHODOLOGY IN DIFFERENT AREAS OF DESIGN AND ENGINEERING."

1          THAT'S HOW THE WORLD HAS REACTED TO THIS INVENTION.

2          BUT AT THE SAME TIME, AT THIS SAME KEYNOTE ADDRESS WHEN

3     MR. JOBS INTRODUCED THE IPHONE, HE ALSO WARNED APPLE'S

4     COMPETITORS THAT APPLE HAD APPLIED FOR PATENT PROTECTION TO

5     PROTECT THE MANY INVENTIONS THAT HAD BEEN DEVELOPED AS PART OF

6     THE IPHONE PROJECT.

7          YOU WILL HEAR EVIDENCE FROM PEOPLE WHO WERE THERE DURING

8     THIS TRIAL, THAT THE IPHONE WAS THE RESULT OF A THREE YEAR, TOP

9     SECRET RESEARCH AND DEVELOPMENT PROJECT THAT HAPPENED AT APPLE,

10    THOUSANDS AND THOUSANDS OF PEOPLE -- OF ENGINEERING HOURS THAT

11    WENT INTO THE DEVELOPMENT OF THIS PROGRAM.

12         YOU WILL ALSO HEAR -- AND, FRANKLY, AGAIN, TIME CHANGES

13    EVERYTHING.  THIS -- THIS MAY SEEM INCONCEIVABLE TO YOU, BUT

14    YOU WILL HEAR THAT AT THE TIME, IN 1974 WHEN THIS PROJECT

15    STARTED, IT WAS CONSIDERED AN EXTRAORDINARILY RISKY PROJECT.

16    SEVERAL YEARS BEFORE THEN, APPLE AS A COMPANY HAD ALMOST GONE

17    OUT OF BUSINESS.

18         AND YET, THEY WERE GOING TO TAKE ON THIS CHALLENGE OF A

19    PHONE.

20         IN 2004, APPLE WAS A COMPUTER COMPANY.  IT HAD NO PHONE

21    EXPERIENCE.  AND IT WAS GOING TO INVEST THIS TIME TO COME UP

22    WITH A PRODUCT TO COMPETE AGAINST SOME OF THE LARGEST COMPANIES

23    IN THE WORLD:  MOTOROLA, NOKIA, SAMSUNG.  THEY WERE ALL

24    ESTABLISHED IN THE PHONE BUSINESS.

25         BUT APPLE, FRESH FROM THIS NEAR DEATH EXPERIENCE, WAS

1     PUTTING ITS TIME AND ITS MONEY AND ITS INVESTMENT AND ITS

2     PEOPLE TO WORK ON A PHONE TO COMPETE IN THIS MARKET.

3          SO APPLE WAS NOT WILLING TO GIVE AWAY ITS INVENTIONS TO

4     ITS COMPETITORS.  IT SOUGHT AND IT OBTAINED PATENTS TO PROTECT

5     THEM.

6          THIS CASE IS ABOUT FIVE OF THE PATENTS THAT APPLE WAS

7     AWARDED IN CONNECTION WITH THAT PROJECT AND WORK THAT WAS DONE

8     AT APPLE.

9          THE FIRST IS THE '721 PATENT.  YOU SAW PICTURES OF IT IN

10    THE MOVIE.  THIS IS WHAT A PATENT ACTUALLY LOOKS LIKE WHEN IT'S

11    ISSUED BY THE PATENT AND TRADEMARK OFFICE.  YOU SAW THE

12    PRINTING, THE COVER, THE GOLD SEAL.  UNFORTUNATELY, IN YOUR

13    ROOM YOU'LL ONLY HAVE A COPY OF THIS BECAUSE THIS IS THE

14    ORIGINAL, BUT THIS IS WHAT A PATENT LOOKS LIKE (INDICATING).

15         THIS PATENT, WHICH YOU'LL SEE WE'VE BLOWN UP, WAS APPLIED

16    FOR IN 2009.  BUT, AGAIN, GIVEN THE DELAY IN THE PATENT OFFICE,

17    IT DIDN'T ISSUE UNTIL OCTOBER 2011.

18         SO I WANT TO TALK ABOUT THIS PATENT, BUT BEFORE I DO, I

19    WANT TO REPEAT SOMETHING THAT YOU'VE NOW HEARD TWICE AND SO

20    INDULGE ME, PLEASE, ONCE SO THAT YOU HAVE THIS ONCE AND THEN WE

21    WON'T HAVE TO TALK ABOUT IT AGAIN, BUT THAT'S HOW TO READ A

22    PATENT.  YOU HAVE A COPY OF THIS PATENT ALSO IN YOUR BINDER IF

23    YOU WANT TO LOOK AT IT.  YOU DON'T HAVE TO.  I HAVE THE SLIDES.

24         MUCH OF THE BASIC INFORMATION THAT'S IMPORTANT ABOUT A

25    PATENT IS ON THE FIRST PAGE.  THAT INCLUDES THE PATENT NUMBER,

1       WHICH IN THIS CASE IS 8,046,721.

2            AS YOU HEARD, WE DON'T SAY THE WHOLE NUMBER.  WE SAY WE'LL

3       CALL THIS THE '721 PATENT.

4            THE FIRST PAGE ALSO CONTAINS THE FORMAL NAME OF THE

5       PATENT, AND IN THIS CASE, THAT IS "UNLOCKING A DEVICE BY

6       PERFORMING GESTURES ON AN UNLOCK IMAGE."

7            IT CONTAINS THE NAMES OF THE INVENTORS AND THE COMPANY

8       THAT OWNS THE PATENT, AND IN THIS CASE THAT, OF COURSE, IS

9       APPLE.

10           AND THEN FINALLY -- NOT FINALLY, BUT IT ALSO CONTAINS THE

11      DATE ON WHICH IT WAS ISSUED, IN THIS CASE OCTOBER 25TH, 2011.

12           AND ALSO ON THE FRONT PAGE YOU'LL FIND SOMETHING CALLED

13      THE ABSTRACT, WHICH IS A SUMMARY OF THE INVENTION.

14           THE FIRST PAGE OF THE PATENT AND THE REMAINING PAGES UP TO

15      THE END ARE FREQUENTLY CALLED THE SPECIFICATION.  AND THEY

16      INCLUDE PICTURES WHICH LAWYERS CALL FIGURES.  THAT'S WHY YOU'LL

17      SEE THEM NUMBERED, FIGURE 1, FIGURE 2, FIGURE 3.

18           AND THEN THERE ARE PAGES OF TEXT THAT EXPLAIN THE

19      INVENTION IN DETAIL.

20           AND THEN FINALLY, EACH PATENT CONTAINS WHAT IS CALLED THE

21      CLAIMS.  THE CLAIMS COME AT THE END OF THE PATENT, AND EACH

22      CLAIM IS AN ATTEMPT TO CAPTURE IN WORDS THE IDEA OF THE

23      INVENTION THAT THE INVENTOR IS CLAIMING IN HIS PATENT.  AND

24      THEY ARE, LIKE YOU'VE NOW HEARD THREE TIMES, THEY GIVE YOU THE

25      BOUNDARIES OF THE CLAIM.  THEY'RE LIKE THE WORDS THAT YOU USE

1    IN A DEED TO EXPLAIN THE PROPERTY LINES.  BUT IT'S THIS ATTEMPT

2    TO TAKE AN IDEA AND CAPTURE IT IN WORDS SO THAT PEOPLE

3    UNDERSTAND WHAT IS YOUR PROPERTY.

4         TO MAKE IT EVEN TOUGHER, BECAUSE IT IS A CHALLENGE,

5    PATENTS DON'T HAVE PAGE NUMBERS.  INSTEAD, THEY HAVE COLUMNS.

6    AND SO WHEN YOU LOOK AT THE TEXT OF THE PATENT, YOU'LL SEE

7    COLUMN NUMBERS.  EACH PAGE IS DIVIDED INTO TWO COLUMNS.  AND AT

8    THE TOP OF EACH COLUMN THERE WILL BE A COLUMN NUMBER.

9         AND THEN THEY HAVE LINES.  AND RUNNING DOWN THE MIDDLE OF

10    THE PAGE THERE ARE REFERENCES FOR LINE NUMBERS.

11         SO IF YOU WANT TO REFER SOMEBODY -- AND THIS'LL HAPPEN TO

12    YOU IN THIS CASE -- IF WE SAY WE WANT YOU TO SEE WHAT WAS

13    WRITTEN, WE'LL SAY LOOK AT COLUMN WHATEVER AT LINES SO AND SO,

14    SO YOU GO TO THE COLUMN, THE TOP OF THE PAGE, RUN DOWN THAT

15    INDEX IN THE MIDDLE AND FIND THE LINES THAT YOU'RE LOOKING FOR,

16    AND THAT'S THE WAY THAT YOU REFERENCE A PATENT.

17         IN THE '721 PATENT, THE CLAIMS START AT COLUMN 19, LINE

18    22, AND THEY START WITH ONE OF THE PHRASES THAT'S TYPICAL IN

19    PATENTS, IT SAYS AFTER -- "WHAT IS CLAIMED IS."

20         SO WE'VE GIVEN YOU THE DESCRIPTION.  WE'RE NOW DOWN TO THE

21    END, AND IT SAYS THIS IS WHERE THE CLAIMS START FROM HERE ON.

22         AND AS YOU HEARD FROM JUDGE KOH, IN THIS CASE WE ARE

23    ASSERTING CLAIM 8 OF THE '721 PATENT, AND AS YOU WILL SEE, THIS

24    IS A KIND OF PATENT -- CLAIM 8 IS WHAT -- WE HAVE TWO KINDS OF

25    CLAIMS.  WE HAVE A CLAIM THAT'S CALLED AN INDEPENDENT CLAIM,

1    WHICH MEANS IT JUST STANDS ON ITS OWN, AND WE HAVE A CLAIM

2    THAT'S CALLED A DEPENDENT CLAIM.  AND A DEPENDENT CLAIM

3    REQUIRES YOU TO LOOK AT SOME OTHER CLAIM TO PUT IT ALL

4    TOGETHER.

5        SO IF YOU LOOK AT THE LANGUAGE OF CLAIM 8 THAT STARTS WITH

6    ANOTHER ONE OF THESE MAGIC PHRASES, IT SAYS "THE DEVICE OF

7    CLAIM 7 FURTHER COMPRISING INSTRUCTIONS."

8        SO THAT TELLS YOU THAT IN ORDER TO UNDERSTAND WHAT IS IN

9    CLAIM 8, YOU READ EVERYTHING THAT IS IN CLAIM 7 AND YOU INCLUDE

10   CLAIM 8.

11       SO IT'S A, IT'S A DIFFERENT WAY OF EXPRESSING THE

12   INVENTION.  CLAIM 7 IS ONE WAY, CLAIM 8 ADDS ANOTHER WHAT WE

13   CALL A LIMITATION IN ORDER TO EXPLAIN IT IN GREATER DETAIL.

14       BUT THE BOUNDARIES OF CLAIM 8 INCLUDE ALL OF THE LANGUAGE

15   IN CLAIM 7 AND THE EXTRA LANGUAGE IN CLAIM 8.

16       WE CALL THE '721 PATENT THE SLIDE TO UNLOCK PATENT.

17   THAT'S OUR NAME FOR IT INSTEAD OF THE FORMAL NAME THAT I SHOWED

18   YOU BEFORE.

19       THIS PATENT RESPONDED TO PROBLEMS THAT WE'RE ALL FAMILIAR

20   WITH CALLED POCKET DIALLING.  OLD CELL PHONES THAT HAD BUTTONS,

21   IF YOU WOULD PUT THEM IN YOUR POCKET, EVERY ONCE IN A WHILE YOU

22   WOULD END UP CALLING SOMEBODY OR SOMEBODY WOULD CALL YOU OR

23   THERE WOULD BE A PROBLEM, AND IT WAS AN UNINTENDED CALL.

24       I'VE HAD A NUMBER OF THOSE WHERE I COULD LISTEN TO MY

25   GRANDCHILDREN BECAUSE THEY WERE PLAYING WITH THE PHONE, AND I'M

1    LISTENING AND THEY DON'T KNOW THAT I'M ON IT.  IT'S AN

2    UNINTENDED CALL.

3        THERE WAS A CONCERN THAT ON A TOUCHSCREEN PHONE, THESE

4    UNINTENDED CALLS WOULD BE MORE COMMON BECAUSE YOU DIDN'T EVEN

5    HAVE TO HIT BUTTONS.  YOU JUST TOUCH THE SCREEN -- THEY WERE

6    AFRAID YOU COULD SEND E-MAILS, YOU COULD DELETE THINGS.  PEOPLE

7    WERE CONCERNED ABOUT THAT SO THEY WANTED A MECHANISM THAT WOULD

8    MAKE IT POSSIBLE TO LOCK THE PHONE AND THEN TO UNLOCK THE

9    DEVICE, LIKE A SMARTPHONE, BY CONTINUOUSLY MOVING AN UNLOCKED

10   IMAGE FROM ONE PREDEFINED LOCATION TO ANOTHER.

11       THE DEVICE ALSO DISPLAYS VISUAL CUES -- THIS IS ALL PART

12   OF THE CLAIMS -- TO SHOW YOU HOW TO MOVE THE UNLOCKED IMAGE IN

13   ORDER TO UNLOCK THE DEVICE.

14       THE DEVICE WAS -- THE INVENTION WAS IMPORTANT FOR TWO

15   REASONS:  ONE, IT SOLVED THIS PROBLEM OF UNINTENDED USES.

16       BUT IT DID IT IN A PARTICULARLY ATTRACTIVE WAY.  THE

17   UNLOCKING DEVICE, IF YOU THINK ABOUT IT, IS THE FIRST WAY YOU

18   EVER APPROACH ONE OF THESE DEVICES.  IT'S THE FIRST THING YOU

19   DO ON THE PHONE.

20       AND THE APPLE UNLOCKING DEVICE ATTRACTED PEOPLE'S

21   ATTENTION, ATTRACTED PEOPLE'S INTEREST.  YOU'LL SEE REVIEWS

22   THAT TALK ABOUT THE SLIDE BEING FUN AND WHIMSICAL.  IT WAS HOW

23   APPLE INTRODUCED THIS NEW PROJECT TO THE WORLD.

24       THIS PARTICULAR INVENTION WAS SO SIGNIFICANT THAT MR. JOBS

25   ACTUALLY DEMONSTRATED IT AT THE ORIGINAL KEYNOTE, AND I'LL SHOW

1      YOU THAT.

2              (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

3              MR. MCELHINNY:  ANYBODY WHO HAS SEEN AN APPLE DEVICE

4      IS FAMILIAR WITH THAT WAY OF UNLOCKING IT.  IT'S BECOME A

5      SIGNATURE MOVEMENT FOR APPLE AND ITS PHONES AND PRODUCTS.

6              THE SECOND PATENT THAT WE'RE ASSERTING IS A PATENT CALLED

7      THE '172 PATENT, AND WE CALL THAT THE AUTOMATIC WORD CORRECTION

8      PATENT.

9              AND IN THE '172 PATENT, WE ARE ASSERTING CLAIM 18, AND

10     THAT COVERS AN EFFECTIVE WAY TO DISPLAY AND ACCEPT WORD

11     CORRECTIONS WHEN TYPING ON A MOBILE DEVICE WITH A TOUCHSCREEN.

12             PEOPLE WERE MOVING FROM KEYBOARDS TO TOUCHSCREENS.  IT WAS

13     A NEW WAY OF APPROACHING THINGS.  THE TOUCHSCREEN IS A LITTLE

14     TOUGHER BECAUSE THE TARGETS ARE SMALLER.  THERE WAS A CONCERN

15     WHETHER OR NOT YOU COULD TYPE ACCURATELY, AND IN ORDER TO

16     ASSIST THAT, IN ORDER TO MAKE IT USABLE, AN AUTOMATIC

17     CORRECTION INVENTION GAVE PEOPLE THE CONFIDENCE THAT THEY COULD

18     DO CORRECT AND ACCURATE TYPING ON THE TOUCHSCREEN DEVICE.

19             THIS INVENTION IN THE '172 DISPLAYS AS A PARTICULAR WAY OF

20     DOING THAT, DISPLAYS THE TEXT THAT YOU ARE ACTUALLY TYPING IN

21     ONE PLACE AND ON A SECOND PLACE ON THE PHONE IT SHOWS ONE OR

22     MORE WORD SUGGESTIONS AND THE EXACT TEXT THAT YOU HAVE TYPED.

23             THE PHONE WILL AUTOMATICALLY ACCEPT THE CORRECTION AND PUT

24     IN THE CORRECTED WORD IF YOU TAP ON THAT WORD OR IF YOU PRESS

25     THE SPACE KEY.

1          SO IF YOU ARE A TYPIST AND YOU GO ON, THE SOFTWARE IS, IN

2     FACT, CORRECTING YOUR TYPING AS YOU GO AHEAD SO THAT YOU CAN DO

3     IT WITH SPEED AND WITH CONFIDENCE.

4          THE THIRD PATENT, THE '647 PATENT, IS WHAT WE CALL THE

5     QUICK LINKS PATENT OR THE DATA CONNECTORS PATENT.

6          THIS IS ANOTHER PART YOU WILL RECOGNIZE IT AS SOON AS I

7     TELL YOU WHAT IT IS, BUT IT'S ANOTHER PART OF BEING A VERY

8     EFFECTIVE AND USEFUL COMMUNICATIONS DEVICE.

9          UNDER THIS PATENT, A PHONE THAT USES THIS INVENTION

10    RECOGNIZES THE PATTERNS OF CERTAIN KIND OF DATA THAT HAVE BEEN

11    ENTERED INTO THE PHONE.  SO IT RECOGNIZES THAT SOMETHING IS A

12    PHONE NUMBER, OR IT RECOGNIZES THAT SOMETHING IS AN E-MAIL

13    ADDRESS, OR IT RECOGNIZES SOMETHING IS A RESIDENTIAL ADDRESS.

14          AND WHEN IT SEES THAT FORMAT, IT PRESENTS IT TO YOU ALONG

15    WITH A MENU THAT ALLOWS YOU TO USE THAT INFORMATION IN AN

16    EFFECTIVE AND EFFICIENT WAY.

17          IN OTHER WORDS, IF I SENT YOU -- WELL, I WON'T DO IT FOR

18    ME BECAUSE YOU WOULDN'T CALL ME BACK.  BUT IF SOMEONE YOU LIKED

19    CALLED YOU, SENT YOU A PHONE NUMBER IN AN E-MAIL, INSTEAD OF

20    YOU HAVING TO REMEMBER WHAT THAT PHONE NUMBER WAS OR PUT YOUR

21    PHONE DOWN AND WRITE IT DOWN AND THEN GO BACK AND ENTER IT INTO

22    THE PHONE, WHAT THIS INVENTION DOES IS IT RECOGNIZES THAT IT'S

23    A PHONE NUMBER AND IT PRESENTS YOU A MENU THAT ALLOWS YOU TO

24    SAY CALL THE NUMBER BACK, PUT IT INTO MY CONTACTS, RESPOND TO

25    AN E-MAIL, AND YOU CAN DO THAT ALL ON A TOUCHSCREEN WITHOUT

1    EVER LOSING YOUR ATTENTION TO THE DEVICE THAT'S IN FRONT OF

2    YOU, AN EFFICIENT, FUN, AND USEFUL WAY TO COMMUNICATE BETTER.

3        THE FOURTH PATENT IS SOMETHING THAT IS CALLED THE

4    UNIVERSAL SEARCH PATENT.  AGAIN, REMEMBER WHAT MR. JOBS SAID,

5    THEY WERE COMBINING AN INTERNET BROWSER WITH A TELEPHONE.

6        AND WHAT UNIVERSAL SEARCH, THE IDEA BEHIND THIS INVENTION

7    WAS TO ALLOW A USER OF A PHONE TO SEARCH FOR DATA

8    SIMULTANEOUSLY ON THE PHONE ITSELF AND ON THE INTERNET.  AND

9    I'LL SHOW YOU EXAMPLES OF THESE A LITTLE BIT LATER.

10       BUT WHAT IT MEANS IS YOU COULD ADD SEARCH TERMS, AND THEY

11   WOULD COME BACK TO YOU WITH A SEARCH THAT SEARCHED EVERYTHING

12   THAT WAS ON YOUR PHONE BUT ALSO THE INTERNET.

13       BUT BETTER THAN THAT, IT USED SMART SOFTWARE SO THAT IT

14   PRESENTED THE RESULTS OF THOSE SEARCHES TO YOU NOT RANDOMLY,

15   BUT BASED ON YOUR USAGE OF THE PHONE, IT PRESENTED THE

16   SUGGESTIONS TO YOU IN A WAY THAT THEY THOUGHT THAT YOU WOULD

17   FIND USEFUL.

18       THE LAST PATENT, THE '414 PATENT, IS WHAT WE CALL THE

19   BACKGROUND SYNC PATENT.  AND THIS IS A PROGRAM THAT ALLOWS

20   CERTAIN APPLICATIONS ON YOUR PHONE, SUCH AS THE CALENDAR AND

21   THE CONTACTS APPLICATION, TO SHARE INFORMATION EITHER WITH EACH

22   OTHER OR WITH OTHER COMPUTERS IN THE BACKGROUND WHILE YOU ARE

23   STILL USING YOUR PHONE.

24       SOME OF YOU MAY BE FAMILIAR WITH OLDER PHONES WHERE TO

25   SYNC THIS INFORMATION, YOU WOULD HAVE TO STOP USING IT OR YOU

1    WOULD GET A SIGNAL ON THE PHONE THAT SAY WAIT UNTIL WE'RE

2    THROUGH SYNCING OR I HAD AN OLD BLACKBERRY WHERE YOU HAD TO PUT

3    IT ON THE STAND AND THAT WAS INTERRUPTING, YOU COULDN'T KEEP

4    USING YOUR PHONE, AND THIS INVENTION ALLOWS THE PHONE TO DO IT

5    AT THE SAME TIME SO THAT THE USER IS NEVER DISRUPTED AND NEVER

6    UNDERSTANDS ACTUALLY THAT THE SYNCING IS HAPPENING IN THE

7    BACKGROUND.

8            SO THERE ARE FIVE APPLE PATENTS INVOLVED IN THIS TRIAL.

9            BUT I NEED TO MAKE ONE THING CLEAR.  THE EVIDENCE IN THIS

10   CASE WILL BE THAT SAMSUNG COPIED THE IPHONE.

11           AND IT ALSO TOOK MANY OTHER NOVEL APPLE INVENTIONS THAT

12   MAY NOT YET HAVE APPEARED IN APPLE PRODUCTS.  IT COPIED MANY,

13   MANY FEATURES.

14           BUT THERE ARE LIMITS ON WHAT WE CAN ACCOMPLISH IN A SINGLE

15   TRIAL.  YOU'RE ALREADY GIVEN US A MONTH OF YOUR TIME.  WE CAN'T

16   TRY 50 PATENTS IN THIS CASE, SO WE ARE TRYING 5.

17           MR. QUINN:  YOUR HONOR, I OBJECT.  THIS IS NOT

18   PROPER.

19           THE COURT:  OVERRULED.

20           MR. MCELHINNY:  I HAVE ALREADY SHOWN YOU HOW

21   CRITIQUES AND THE WORLD IN GENERAL REACTED TO THE INTRODUCTION

22   OF THE IPHONE.  BUT WE ARE HERE TODAY, NOT BECAUSE OF A GENERAL

23   REACTION, WE'RE HERE TODAY BECAUSE OF HOW ONE PARTICULAR

24   COMPETITOR, SAMSUNG ELECTRONICS, CHOSE TO REACT TO THE IPHONE.

25           AS I PREVIOUSLY MENTIONED, SAMSUNG WAS ALREADY A PLAYER, A

1    HUGE PLAYER IN THE PHONE FIELD IN 2007.

2         BUT ONCE THE IPHONE WENT ON SALE, SAMSUNG PRETTY QUICKLY

3    RECOGNIZED TWO THINGS.

4         FIRST, THAT THE IPHONE WAS TAKING THE WORLD BY STORM.

5    CONSUMERS LOVED IT.  IPHONES FOLLOWED BY THE IPADS WERE

6    LITERALLY FLYING OFF THE SHELVES OF STORES.

7         BUT THE OTHER THING THAT SAMSUNG RECOGNIZED WAS THAT IT

8    SIMPLY DID NOT HAVE A PRODUCT THAT COULD COMPETE SUCCESSFULLY

9    AGAINST THE IPHONE.

10        AND SO BY FEBRUARY 10TH, 2010, SAMSUNG HAD REACHED A

11   CRISIS POINT, A CRISIS POINT.  "CRISIS" IS NOT MY WORD.

12   "CRISIS" IS SAMSUNG'S WORD.

13        LET ME GIVE YOU A LITTLE BACKGROUND FOR THOSE OF YOU WHO

14   ARE NOT FAMILIAR WITH LITIGATION.

15        PART OF THE PROCESS HERE, AS THIS LAWSUIT HAS BEEN

16   PENDING, IS THAT EACH SIDE HAS TO TURN OVER TO THE OTHER ITS

17   INTERNAL DOCUMENTS, ITS INTERNAL E-MAILS, ITS INTERNAL HISTORY

18   OF DOCUMENTS.

19        AND BECAUSE WE HAVE OBTAINED SAMSUNG'S INTERNAL DOCUMENTS,

20   WE HAVE BEEN ABLE TO RECONSTRUCT WHAT SAMSUNG WAS ACTUALLY

21   THINKING, WHAT WAS REALLY HAPPENING.  AND IT MAY NOT BE THE

22   SAME AS WHAT YOU GET TOLD IN THIS TRIAL, BUT WE HAVE THE

23   DOCUMENTS TO SHOW YOU WHAT WAS REALLY HAPPENING AT A PARTICULAR

24   PERIOD OF TIME.

25        AND SO IN THIS CASE WE WILL BE ABLE TO SHOW YOU THE

1    FOLLOWING EXHIBIT:  THIS IS AN E-MAIL THAT REFLECTS A MEETING

2    THAT WAS HELD ON FEBRUARY 10TH, 2010.  AND AT THAT MEETING,

3    J.K. SHIN, WHO WAS THE HEAD OF THE ENTIRE PHONE DIVISION AT

4    SAMSUNG, CALLED A HUGE MEETING OF ALL THE SAMSUNG'S SENIOR

5    MANAGERS.  HE SCOLDED THEM.  HE TOLD THEM THAT SAMSUNG WAS

6    SUFFERING, IN HIS WORDS, "A CRISIS OF DESIGN."

7         HE SAID "THE DIFFERENCE IN USER EXPERIENCE" -- UX STANDS

8    FOR USER EXPERIENCE IN THE SAMSUNG TERMINOLOGY -- "THE

9    DIFFERENCE IN USER EXPERIENCE BETWEEN THE IPHONE AND SAMSUNG

10   PHONES WAS," QUOTE, "'THE DIFFERENCE BETWEEN HEAVEN AND

11   EARTH.'"

12        AND HE TOLD HIS MANAGERS THAT U.S. PHONE CARRIERS -- AND

13   THE UNITED STATES, AS YOU KNOW, THEY ARE THE LARGEST SELLERS OF

14   PHONES IN THE UNITED STATES, U.S. PHONE CARRIER COMPANIES,

15   MR. SHIN TOLD HIS MANAGERS THAT THE U.S. PHONE CARRIERS WERE

16   TELLING HIM TO, QUOTE, "MAKE SOMETHING LIKE THE IPHONE."

17        BECAUSE -- AND, AGAIN, I QUOTE HIM, "THE IPHONE HAS BECOME

18   THE STANDARD."

19        IF WE MOVE FORWARD TO TODAY, WHAT WE ALL KNOW IS THAT THIS

20   IS EXACTLY WHAT SAMSUNG HAS PROCEEDED TO DO.  THESE ARE WHAT

21   THE PHONES THAT WE ARE ACCUSING IN THIS CASE LOOK LIKE.

22        WE ALL KNOW NOW THAT SAMSUNG CHOSE TO MAKE AND SELL IN THE

23   UNITED STATES PHONES AND A TABLET THAT INFRINGED THE FIVE

24   PATENTS I SHOWED YOU EARLIER.

25        THIS CASE IS ABOUT THE FOLLOWING LIST OF PHONES AND

1    TABLETS.  WHEN YOU DO YOUR VERDICT, YOU WILL HAVE A LIST

2    SIMILAR TO THIS.  YOU WON'T HAVE THE X'S FILLED IN, BUT YOU

3    WILL HAVE A LIST THAT LISTS THE VARIOUS SAMSUNG PHONES THAT WE

4    ARE ACCUSING.  AND IN THESE CASES WE ACCUSE SOME OF INFRINGING

5    ALL FIVE PHONES, SOME OF FOUR, AND SO ON.

6         BUT OUR EXPERTS AND OUR -- AS THE EVIDENCE COMES IN, YOU

7    WILL GET MORE DETAIL ABOUT THIS.  BUT THIS IS THE LIST OF

8    PHONES THAT WE'RE ACCUSING IN THIS CASE OF INFRINGING THESE

9    FIVE PATENTS.

10        WOULD NOW BE A GOOD TIME FOR A BREAK?

11             THE COURT:  THAT'S FINE.  IT'S 10:30.

12             MR. MCELHINNY:  THANK YOU, YOUR HONOR.

13             THE COURT:  ALL RIGHT.  AGAIN, PLEASE DON'T RESEARCH

14     OR DISCUSS THE CASE.

15        THERE ARE A LOT OF PEOPLE HERE, SO I THINK THERE MIGHT BE

16    A LENGTH OF TIME TO USE THE RESTROOM.  WE'LL TAKE A 20 MINUTE

17    BREAK.

18        BUT PLEASE BE READY TO GO RIGHT IN 20 MINUTES.  ALL RIGHT?

19        PLEASE DON'T RESEARCH OR DISCUSS THE CASE.  THANK YOU.

20        (RECESS FROM 10:30 A.M. TO 10:51 A.M.)

21        (JURY IN AT 10:51 A.M.)

22             THE COURT:  OKAY.  WELCOME BACK.  TIME IS NOW 10:51.

23        GO AHEAD, PLEASE.

24             MR. MCELHINNY:  THANK YOU.

25        WE ALSO KNOW NOW FROM THE DOCUMENTS THAT WE HAVE OBTAINED

1    THAT SAMSUNG SPECIFICALLY CHOSE TO COPY THE FEATURES THAT WE'RE

2    ASSERTING IN THIS CASE.

3         IN FACT, WHAT YOU'LL SEE FROM THE DOCUMENTS IS THAT

4    COPYING THE IPHONE WAS LITERALLY BUILT INTO THE SAMSUNG

5    DEVELOPMENT PROCESS.

6         DURING THE TRIAL, YOU WILL SEE THIS DOCUMENT, PLAINTIFF'S

7    EXHIBIT 119.  THIS IS A 2009 DOCUMENT FROM THE SAMSUNG DESIGN

8    GROUP IN EUROPE.

9         THE TITLE OF THE DOCUMENT IS "MIEUX."  THAT'S A FRENCH

10   WORD THAT MEANS -- I'VE BEEN WAITING FOR 35 YEARS IN A

11   COURTROOM TO SAY PARDON MY FRENCH -- BUT THAT IS A FRENCH WORD

12   THAT I AM TOLD MEANS "BETTER."

13        SO IT SAID "MIEUX, EMOTIONAL UX," WHICH IS USER

14   EXPERIENCE, AND THEN IT SAID "MAKE IT EMOTIONAL UX," WHICH IS

15   M-I-E-U-X.

16        ON THE NEXT PAGE, THEY TELL US THAT WHAT THEY WERE

17   STUDYING WAS "CREATING A MORE INTUITIVE AND EMOTIONAL SAMSUNG

18   MOBILE INTERFACE."

19        AND ON THE THIRD PAGE, THEY SAY THAT WHAT THEY WERE

20   LOOKING AT "SMALL, YET FUNDAMENTAL, PARTS OF THE USER INTERFACE

21   ."

22        REMEMBER THAT WORD, FUNDAMENTAL.  YOU WILL NOT BE HEARING

23   FUNDAMENTAL FROM ANY SAMSUNG WITNESS OR EXPERT OR ANYONE WHO

24   TESTIFIES ON THEIR BEHALF AT THIS TRIAL.

25        BUT THIS IS WHAT THEY WERE CALLING THESE INTERFACES IN

1    THEIR INTERNAL DOCUMENTS, DOCUMENTS THAT THEY NEVER EXPECTED TO

2    SEE PUBLICLY IN A COURTROOM.  FUNDAMENTAL.

3         SO LET'S SEE WHAT THEY SAID ABOUT SLIDE TO UNLOCK.

4         ON PAGE 11, THEY HAD A PAGE THAT WAS CALLED "APPLYING

5    MEANINGFUL CREATIVITY."

6         AT THE TOP, IN THE PICTURES AND THE TWO BOXES ON THE LEFT,

7    THEY TALK ABOUT THE EXISTING UNLOCK FUNCTIONS ON THE SAMSUNG

8    PHONES, WHAT THEY HAD AT THE TIME.  ONE WAS WHERE YOU PRESSED

9    AN UNLOCK SCREEN OR AN OKAY BUTTON, AND THE OTHER WAS WHERE YOU

10   HELD DOWN THE HOLD KEY.

11        AND SAMSUNG'S OWN DESIGNERS SAID THAT THOSE WAYS OF

12   UNLOCKING THE PHONE "DO NOT EVOKE EMOTION," AND FOR THE OTHER

13   ONE, "IS NOT APPEALING."

14        IN CONTRAST, AT THE BOTTOM HALF OF THE PAGE, THE DESIGNERS

15   CALLED OUT WHAT THEY CALLED, QUOTE, "A CREATIVE WAY TO SOLVE

16   USER INTERFACE COMPLEXITY," AND THE EXAMPLE THAT THEY SHOWED

17   WAS THE IPHONE.

18        AND WHAT THEY SAID WAS "SWIPING UNLOCK ON THE SCREEN

19   ALLOWS TO PREVENT ERRONEOUS UNLOCK EVEN WITHOUT USING A HARD

20   KEY AND USERS FIND IT FUN TO SWIPE."

21        THIS IS ONE OF THEIR EXAMPLES OF A FUNDAMENTAL PART OF THE

22   USER INTERFACE.

23        NOW, SAMSUNG IS GOING TO TELL YOU THAT THERE'S NOTHING

24   WRONG WITH THEM LOCKING AT THE IPHONE.  THEY'RE GOING TO SAY

25   EVERY COMPANY KEEPS AN EYE ON THEIR COMPETITORS.  IT'S CALLED

PLAINTIFF'S OPENING STATEMENT

 1        COMPETITIVE INTELLIGENCE.  THEY'RE GOING TO SAY APPLE DOES

 2    THAT.  ALL COMPANIES KEEP AN EYE ON WHAT THEIR COMPETITORS ARE

 3    DOING AND THERE'S NOTHING WRONG WITH THAT.

 4        AND TO A POINT, ALL OF THAT IS TRUE.

 5        BUT THE EVIDENCE IS GOING TO SHOW YOU THAT SAMSUNG DID NOT

 6    STOP WITH COMPETITIVE INTELLIGENCE.

 7        YOU WILL SEE ALSO THIS DOCUMENT.  THIS IS PLAINTIFF'S

 8    EXHIBIT 121.  THIS IS ACTUALLY TWO COPIES OF IT.  IT'S IN THE

 9    ORIGINAL KOREAN AND WITH AN ENGLISH TRANSLATION, SO IT'S NOT

10    QUITE THIS THICK, BUT IT'S HALF THIS THICK, AND I'M GOING TO

11    SHOW YOU SOME PAGES OF IT.

12        AND IT'S DATED MAY 31ST, 2010, AND IT WAS CALLED VICTOR

13    USABILITY EVALUATION RESULTS.

14        AND THE EVIDENCE WILL BE THAT VICTOR WAS A CODE NAME FOR A

15    TELEPHONE THAT THEY HAD UNDER DEVELOPMENT.  SO THIS WAS A

16    SURVEY THAT WAS DONE USING THE VICTORY TO DETERMINE WHAT

17    CHANGES THEY NEEDED TO MAKE.

18        THE DOCUMENT IS 219 PAGES LONG.

19        THE THIRD SECTION WAS CALLED "MAIN USER EXPERIENCE

20    USABILITY ISSUES."

21        AND IT BEGINS ON PAGE 22.

22        THE DOCUMENT THEN SETS OUT 88 OF THE MAIN ISSUES OR

23    PROBLEMS THAT HAD BEEN IDENTIFIED BY A SURVEY GROUP WHO IT

24    TESTED THIS VICTORY PROTOTYPE, AND EACH OF THOSE ISSUES IS

25    PRESENTED IN EXACTLY THE SAME KIND OF FORMAT.

1        SO LET'S LOOK AT PAGE 30 -- 29 OF THE EXHIBIT.  I JUST

2   WANT TO SHOW YOU THE FORMAT.

3        AT THE TOP OF THE PAGE IS THE NAME OF THE PARTICULAR ISSUE

4   THAT THEY'RE LOOKING AT.  IN THIS CASE, IT SAID

5   "EFFICIENCY_BROWSING."

6        THEN IT DESCRIBED THE PROBLEM, AND IN THIS CASE THE

7   PROBLEM WAS THAT THE PROTOTYPE DOES NOT PROVIDE A FOLDER

8   FUNCTION IN THE ADD TO FAVORITES.

9        AND THEN THERE'S A COMPARISON WITH THE VICTORY ON THE LEFT

10  SIDE AND THE IPHONE ON THE RIGHT SIDE AND A DESCRIPTION OF THE

11  DIFFERENCES.

12       AND THEN AT THE BOTTOM OF EACH PAGE, THERE IS AN ENTRY

13  THAT SAYS "DIRECTION OF IMPROVEMENT" TO THE DESIGN.  SO IN THIS

14  EXAMPLE, THE DIRECTION WAS TO ADD A FOLDER FUNCTION TO ALLOW

15  THE USER TO ORGANIZATION THEIR FAVORITES.

16       "MODIFY TO ADD THE FOLDER FUNCTION TO THE WEBSITE

17  FAVORITES."

18       88 IN THIS DOCUMENT ALONE OF THESE SIMILAR COMPARISONS.

19       IT TURNS OUT THAT SEVERAL OF THE 88 ISSUES IN THIS

20  DOCUMENT INVOLVED THE UNLOCKING FUNCTION.

21       ON PAGE 27, WE SEE THIS ONE, NUMBER 5, "EFFICIENCY_SCREEN

22  LOCK."

23       THE PROBLEM WAS THAT THE VICTORY FREQUENTLY COULDN'T BE

24  UNLOCKED WITH ONE SWIPE.  BUT THEY NOTED THAT THE IPHONE,

25  HOWEVER, WAS EASILY UNLOCKED BY SLIDING A FIXED DISTANCE.

1      SO THE DIRECTION OF IMPROVEMENT FOR THE NEW SAMSUNG

2  PHONES -- THINK ABOUT IT.  THIS IS HOW THEY ARE DESIGNING THE

3  PHONES.

4      AND THE DIRECTION OF IMPROVEMENT IS "MODIFY THE DEFAULT

5  UNLOCKING METHOD SO AS TO ALLOW EASY UNLOCKING WITH ONE MOTION,

6  BY MAKING THE TOUCH DISTANCE CLEAR SUCH AS WITH SLIDING OR

7  MOVING A PUZZLE (PIECE)."

8      BUT IF THAT'S NOT CLEAR ENOUGH FOR YOU, IF THAT LEAVES ANY

9  DOUBT IN YOUR MIND, TURN TO PAGE 100 OF THE EXHIBIT, AND THERE

10  WE COME BACK TO LOCK, "SATISFACTION LEVEL_LOCK SCREEN."

11      HERE THE PROBLEM WAS THAT THE VICTORY PROTOTYPE WAS TOO

12  EASY TO UNLOCK WITH A SIMPLE FLICK MOTION.  THE UNLOCKING IN

13  THE IPHONE WAS DESCRIBED AS "PRECISE."

14      SO READ THE DIRECTION OF IMPROVEMENT.  "SAME AS IPHONE,

15  CLARIFY THE UNLOCKING STANDARD BY SLIDING."

16      THE DIRECTION OF IMPROVEMENT IN THEIR INTERNAL DOCUMENTS,

17  SAME AS IPHONE.

18      SAMSUNG WENT FAR BEYOND THE WORLD OF COMPETITIVE

19  INTELLIGENCE AND THEN CROSSED INTO THE DARK SIDE OF INTENTIONAL

20  COPYING.

21      YOU WILL FIND THAT THE SAME IS TRUE WITH THE QUICK LINKS

22  OR DATA DETECTORS.  THERE WE'LL SHOW YOU THIS EXHIBIT -- THIS

23  DOCUMENT, WHICH IS PLAINTIFF'S EXHIBIT 106.

24      WHAT THIS IS, AND YOU'LL HERE MORE ABOUT IT IN TRIAL, IS

25  THAT THIS IS A COPY OF AN ARTICLE THAT HAD BEEN WRITTEN IN 1998

1      AND THEN POSTED ON AN APPLE -- THE INVENTOR, ONE OF THE

2      INVENTORS OF THE APPLE PATENT AND THEN IT HAD BEEN POSTED IN

3      2010, I BELIEVE, ON THE APPLE WEBSITE.

4           SO I JUST WANT YOU TO SEE THIS ARTICLE.  ON THE SECOND

5      PAGE OF THE ARTICLE, IT HAD A FIGURE -- IT HAS A SECTION CALLED

6      APPLE DATA DETECTORS, WHICH AS YOU'LL RECALL IS THE OTHER NAME

7      FOR OUR PATENT, WHAT WE CALL THE QUICK LINKS PATENT.

8           ON THE NEXT PAGE, IT HAD A FIGURE THAT ILLUSTRATED, AND AS

9      YOU SEE THE TITLE AT THE BOTTOM, IT SAYS FIGURE 1, APPLE DATA

10     DETECTORS IN ACTION.  AND JUST HOLD THIS PICTURE IN YOUR MIND

11     FOR A MOMENT.  THAT'S THE FIGURE DESCRIBED AS APPLE DATA

12     DETECTORS IN ACTION.

13          NOW WE'RE GOING TO JUMP FORWARD TO 2011, AND WE'RE GOING

14     TO LOOK AT THIS SAMSUNG DOCUMENT, WHICH IS PLAINTIFF'S EXHIBIT

15     107, WHICH WAS CALLED A USER EXPERIENCE ROADMAP.

16          THERE, ON PAGE 52, WE HAVE SOMETHING WHICH THEY CALLED A

17     PROJECT PROPOSAL FOR A SMART ORGANIZER.

18          AND IT DESCRIBES THE PROPOSAL AND IT SAYS THAT IT, QUOTE,

19     "AUTOMATICALLY APPLIES TO CALENDAR SCHEDULE IN THE E-MAIL

20     CONTENTS ACCORDING TO THE USER'S INTENT."

21          AND THERE, LO AND BEHOLD, SAMSUNG SIMPLY CUT AND PASTED

22     THE ILLUSTRATION FROM THE APPLE ARTICLE INTO ITS OWN ROADMAP,

23     BUT TOOK SPECIAL CARE TO CHANGE THE CAPTION SO THAT IT NOW SAYS

24     "E-MAIL CONTENT RECOGNITION, ARROW, CALENDAR."

25          THIS IS NOT COMPETITIVE INTELLIGENCE.  THIS IS CUT AND

```
 1        PASTE COPYING OF A PATENTED INVENTION.

 2             THE COURT ALREADY TOLD YOU, IT'S IN THOSE INSTRUCTIONS AND

 3        I HOPE IT JUMPED OUT AT YOU, BUT THE COURT HAS ALREADY TOLD YOU

 4        THAT SAMSUNG INFRINGES THE AUTOMATIC WORD CORRECTION PATENT.

 5        THAT IS A DETERMINATION THAT THE COURT HAS ALREADY MADE.

 6             SO LET'S TALK ABOUT BACKGROUND SYNC.

 7             IN BACKGROUND SYNC, YOU'LL SEE THIS ARTICLE, WHICH IS

 8        EXHIBIT 115.  AND THIS IS AN INTERNAL SAMSUNG E-MAIL DATED

 9        NOVEMBER 5, 2009 DESCRIBING PRODUCTS THAT WERE UNDER

10        DEVELOPMENT.

11             ON PAGE 3, IT HAS A SECTION THAT EXPRESSLY DESCRIBES

12        BACKGROUND SYNC.  IT SAYS "ACCESS TO PHONEBOOK WHILE SYNC IS IN

13        PROGRESS."

14             IT DESCRIBES THAT INVENTION AS SOMETHING THAT IS

15        MANDATORY, AND AT THE END, IN TERMS OF WHAT IT INTENDS TO DO,

16        IT SAYS "THIS MUST BE SUPPORTED FOR THE NEXT DEVICE OR

17        PLATFORM."

18             WITH RESPECT TO UNIVERSAL SEARCH, THE EVIDENCE IS A LITTLE

19        BIT DIFFERENT.

20             IN UNIVERSAL SEARCH, THE EVIDENCE WILL BE THAT AFTER WE

21        FILED THIS CASE, SAMSUNG TURNED THE UNIVERSAL SEARCH FUNCTION

22        OFF IN ITS PHONES.

23             BUT WHEN ITS USERS COMPLAINED ABOUT IT, IT MADE THE

24        DECISION TO TURN THE FUNCTION BACK ON BECAUSE THEIR USERS'

25        RESPONSE TO USING UNIVERSAL SEARCH WAS NEGATIVE AND STRONG.
```

1          YOU WILL SEE THIS ARGUMENT -- THIS ARTICLE, PLAINTIFF'S

2     EXHIBIT 137, WHICH IS A CLIPPING FROM AN ARTICLE, A NEWSPAPER

3     CALLED "TMO NEWS," AND ON THE SECOND PAGE DESCRIBING THIS

4     HISTORY, THE NEWSPAPER SAYS, "IN WHAT APPEARS TO BE A LITTLE

5     KNOWN DEVELOPMENT FROM YESTERDAY'S GALAXY S III JELLY BEAN

6     UPDATE," THAT WAS A SOFTWARE UPDATE, "SAMSUNG LOOKS TO HAVE

7     SNUCK LOCAL SEARCH BACK INTO THEIR TOUCHWIZ SOFTWARE.  LOCAL

8     SEARCH, IF YOU'LL RECALL, WAS REMOVED TO THE GALAXY S III IN

9     RESPONSE TO APPLE'S LAWSUITS COURTESY OF A MAINTENANCE UPDATE

10     THIS PAST AUGUST."

11          IT GOES ON TO SAY, "WE'RE THRILLED TO SEE ITS RETURN.

12     LOCAL SEARCH ALLOWS FOR THE SEARCH APP TO LOOK FOR FILES ON THE

13     PHONE, LIKE CONTACTS OR APPS, WHEN USERS ATTEMPT A WEB SEARCH

14     FROM A PRELOADED SEARCH APP.  THIS IS AN AWESOME FEATURE FOR

15     ANDROID AND ITS REMOVAL BACK IN AUGUST WAS DISHEARTENING.

16     SEEING IT RETURN IS WONDERFUL."

17          FINALLY, YOU'LL SEE MORE OF THESE IN TRIAL, BUT FINALLY

18     FOR MY OPENING, I WANT TO SHOW YOU THIS DOCUMENT, WHICH IS

19     PLAINTIFF'S EXHIBIT 147.  THIS IS A 2008 DOCUMENT THAT ASSESSED

20     THE IMPACT OF THE IPHONE 3G ON THE U.S. MARKET.

21          ON PAGE 2, AS ITS OVERALL CONCLUSION, SAMSUNG NOTED "3G

22     IPHONE IS REDEFINING THE U.S. MARKET DYNAMICS."

23          IT CONCLUDES, "WHILE TRADITIONAL OEM'S," WHICH STANDS FOR

24     ORIGINAL EQUIPMENT MANUFACTURERS, "ARE BUSY FIGHTING EACH OTHER

25     IN THE FEATURE PHONE SPACE" YOU HEARD THAT WAS THE BUTTON

1    PHONES, "IN THE FEATURE PHONE SPACE APPLE IS BUSY MAKING THE

2    CATEGORY OBSOLETE."

3              THIS IS A SAMSUNG DOCUMENT.

4              ON PAGE 9 THEY SAID "SAMSUNG STRENGTHS DO NOT TRANSLATE

5    WELL TO TOUCH."

6              THEY CONCLUDE -- IT'S INTERESTING, YOU WILL HEAR FROM

7    SAMSUNG, "WE'RE SUCCESSFUL BECAUSE WE MAKE A HUNDRED DIFFERENT

8    KINDS OF PHONES AND APPLE ONLY MAKES ONE," ET CETERA.

9              BUT IN THEIR INTERNAL DOCUMENT, THEY SAY "IN THE TOUCH

10   SEGMENT DIFFERENTIATED ID'S" IN THE INDUSTRIAL DESIGNS "HAVE

11   LITTLE UTILITY.  SAMSUNG'S COMPETITIVE ADVANTAGE TO PROVIDE A

12   VARIETY OF UNIQUE ID'S" FOR INDUSTRIAL DESIGNS "SERVES IT VERY

13   WELL IN THE FEATURE PHONE SEGMENT.  FOR TOUCH, THIS CAPABILITY

14   IS ALMOST IRRELEVANT."

15             I WANT TO SHOW YOU THEIR CONCLUSION, WHICH IS PARTICULARLY

16   COMPELLING FOR THIS CASE, AND THAT'S ON PAGE 13.

17             THE CONCLUSION AT THE TOP SAID "SOFTWARE IS THE NEW VALUE

18   DRIVER."

19             AND THEY SAY, "WHAT MAKES THE IPHONE UNIQUE IS SOFTWARE

20   (APPLICATIONS) AND SERVICES, BEAUTIFUL HARDWARE IS JUST A

21   BONUS."

22             IN THIS CASE, AS YOU HEAR LAWYERS, AS YOU HEAR THE

23   WITNESSES FOR SAMSUNG GET UP THERE AND SAY OUR SOFTWARE PATENTS

24   ARE NOT VALUABLE, THEY'RE TRIVIAL, THEY DON'T MAKE A

25   DIFFERENCE, CUSTOMERS DON'T CARE, REMEMBER WHAT THEIR INTERNAL

```
1    DOCUMENTS SAID.

2         THEY CHOSE TO USE OUR INVENTIONS BECAUSE THEY BELIEVED

3    THOSE INVENTIONS WERE FUNDAMENTAL TO HAVING A SUCCESSFUL

4    PRODUCT.

5         ALSO KEEP IN MIND THAT WHILE EVIDENCE OF COPYING MAKES

6    INFRINGEMENT MORE LIKELY, AND HELPS SHOW SAMSUNG'S STATE OF

7    MIND -- YOU'VE HEARD ABOUT WILLFULNESS -- WE DON'T HAVE TO

8    PROVE COPYING TO PROVE INFRINGEMENT.  ALL WE NEEDED TO SHOW IS

9    THAT SAMSUNG IS ACTUALLY USING OUR PATENTED INVENTIONS.

10        SO LET'S TALK ABOUT INFRINGEMENT.  IN THIS CASE, YOU WILL

11   MEET SOME OF THE INVENTORS WHO CREATED THESE FEATURES.

12   FRANKLY, WE'RE ON A TIME CLOCK.  I THINK THE JUDGE MENTIONED

13   THAT TO YOU.  YOU WILL NOT SEE ALL OF THE INVENTORS, BUT YOU

14   WILL SEE SOME OF THEM.

15        BUT WE WILL ALSO BRING EXPERT EVIDENCE THAT SAMSUNG

16   INFRINGES EACH OF THE FIVE CLAIMS THAT WE'RE ASSERTING.

17        YOU WILL HEAR FROM PROFESSOR ANDREW COCKBURN, WHO WILL

18   TALK ABOUT THE '172 AND '721 PATENTS.  PROFESSOR COCKBURN IS AN

19   EXPERT IN SOFTWARE RELATING TO HUMAN COMPUTER INTERFACES.

20        AGAIN, WE WON'T TALK ABOUT INFRINGEMENT OF THE '172

21   BECAUSE SAMSUNG INFRINGES AND THAT'S ALREADY BEEN DETERMINED.

22        PROFESSOR COCKBURN WILL WALK US THROUGH THE SLIDE TO

23   UNLOCK PATENT AND SHOW HOW EASY IT IS TO USE IN THE SAMSUNG

24   DEVICES, HOW IT IS USED IN THE SAMSUNG DEVICES.

25        LET'S LOOK AT THIS VIDEO.
```

1          THIS IS ONE EXAMPLE OF THE WAY SAMSUNG HAS IMPLEMENTED

2     APPLE'S SLIDE TO UNLOCK TECHNOLOGY.  THIS IS AN ACCUSED ADMIRE

3     PHONE.  THEY ALL HAVE THESE TITLES WHICH WE'RE GOING TO HAVE TO

4     PLAY WITH, BUT THIS IS THE ADMIRE PHONE.

5          ON THE LOCK SCREEN -- I'M SHOW YOU THE VIDEO IN A MINUTE.

6     LET ME TELL YOU WHAT HAPPENS.  ON THE LOCK SCREEN, THERE'S A

7     GREEN PADLOCK ICON ON THE LEFT-HAND SIDE OF THE PHONE.  WHEN

8     YOU ARE READY TO UNLOCK THE PHONE, YOU TOUCH THAT GREEN PADLOCK

9     ICON.  THE ICON ON THE RIGHT SLIDE OF THE SCREEN SLIDES OUT OF

10    VIEW AND A SMALL DOT APPEARS IN ITS PLACE.  YOU SUPPLIED THE

11    ICON OVER TO THE DOT AND THAT UNLOCKS THE PHONE.

12          (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

13               MR. MCELHINNY:  DR. TODD MOWRY WILL TALK ABOUT THE

14     '647 PATENT.  PROFESSOR MOWRY IS A PROFESSOR FROM CARNEGIE

15     MELLON UNIVERSITY, AGAIN, AN EXPERT IN HIS FIELD.

16          HERE IS AN EXAMPLE OF HOW SAMSUNG HAS IMPLEMENTED THE

17    QUICK LINKS TECHNOLOGY IN THE '647 PATENT INTO ITS PRODUCTS.

18    WE'RE GOING TO SHOW YOU WHAT'S CALLED THE MESSAGING APPLICATION

19    IN THE SAMSUNG EPIC 4G PHONE.

20          SO YOU'LL SEE HERE IN THIS VIDEO THAT THE USER HAS

21    RECEIVED A TEXT MESSAGE WITH A PHONE NUMBER AND AN E-MAIL

22    ADDRESS.  WHEN THE USER SELECTS THE PHONE NUMBER, A POP-UP MENU

23    WITH VARIOUS ACTIONS APPEARS.  THE USER CAN SELECT ONE OF THOSE

24    ACTIONS, SUCH AS CALLING THE NUMBER, AND THE PHONE APPLICATION

25    COMES UP AUTOMATICALLY TO MAKE THE CALL.

1          AND, FINALLY, DR. ALEX SNOEREN WILL PRESENT THE '959

2     UNIVERSAL SEARCH PATENT AND THE '414 BACKGROUND SYNC PATENT.

3     DR. SNOEREN IS A PROFESSOR OF COMPUTER SCIENCE AND ENGINEERING

4     AT U.C. SAN DIEGO.

5          THIS IS A VIDEO FOR THE '959 PATENT, AGAIN, USING THE

6     EPIC 4G PHONE.  THIS IS THE USER -- HOW UNIVERSAL SEARCH WORKS

7     ON THE SAMSUNG PHONE.

8          (VIDEO PLAYING.)

9          MR. MCELHINNY:  A USER IS GOING TO LAUNCH A GOOGLE

10     SEARCH APPLICATION FROM THE HOME SCREEN, AND YOU CAN SEE THE

11     USER START TYPING IN A QUERY, AND HE PUT IN THE LETTERS APP.

12          THE SEARCH IMMEDIATELY RETURNS BOTH LOCAL RESULTS, JOHN

13     APPLESEED COMES FROM THE PHONE'S CONTACTS APPLICATION, AND

14     INTERNET RESULTS, AND YOU CAN SEE APPLE AND APPLE STORE HERE.

15          THE USER THEN SELECTS ONE OF THE INTERNET RESULTS, APPLE,

16     TO LAUNCH THAT RESULT IN THE BROWSER.

17          UNIVERSAL SEARCH ON A SAMSUNG PHONE.

18          AND, FINALLY -- AND I APOLOGIZE, THIS TAKES A MINUTE.

19     WE'RE GOING TO BE TALKING ABOUT BACKGROUND SYNC, AND IF WE

20     THINK ABOUT THE TECHNOLOGY ON BACKGROUND SYNC, A MESSAGE HAS TO

21     GO FROM THE PHONE TO A SERVER AND THEN BACK TO ANOTHER PHONE.

22     SO IT'S GOING TO TAKE A MINUTE FOR THAT SYNCING TO HAPPEN, BUT

23     YOU'LL SEE IT.

24          ON THE LEFT WE'VE GOT LARRY AND ON THE RIGHT WE'VE GOT

25     AARON.  BOTH OF THEM HAVE GMAIL ACCOUNTS.  SO THE E-MAILS SENT

1    TO THEM GO FROM THEIR PHONES TO THE GMAIL SERVER BEFORE SYNCING

2    TO THE SMARTPHONE THAT YOU SEE HERE.  SO WE SEE AARON TYPING AN

3    E-MAIL.  MEANWHILE, LARRY SENDS AARON A MESSAGE.

4         AS AARON CONTINUES TO TYPE, YOU WILL SEE PRETTY SOON AFTER

5    IT GOES TO THE SERVER AND COMES BACK, AT THE TOP LEFT OF

6    AARON'S PHONE THE NAME LARRY ANDERSON WILL POP-UP, SHOWING THAT

7    AARON RECEIVES A NEW MESSAGE WHILE HE WAS USING THE PHONE.

8         WE'VE FROZEN IT THERE SO YOU CAN SEE THE NAME COMING UP

9    HERE.  WE KNOW WHILE HE WAS USING THE PHONE TYPING, SYNCING WAS

10   GOING ON IN THE BACKGROUND BECAUSE THE MESSAGE CAME AND THE

11   PHONE WAS ABLE TO SYNC THE INCOMING MESSAGE WITHOUT ANY

12   INTERRUPTION OR DELAY.

13        LADIES AND GENTLEMEN, WE'RE GOING TO MOVE A LITTLE BIT TO

14   NUMBERS.  BUT YOU'RE GOING TO HEAR IN THIS CASE THAT SAMSUNG

15   HAS SOLD MORE THAN 37 MILLION INFRINGING PHONES AND TABLETS IN

16   THE UNITED STATES.  37 MILLION.

17        SO WHAT IS SAMSUNG GOING TO SAY IN ITS DEFENSE?

18        OBVIOUSLY WE DON'T KNOW EXACTLY.  THEY HAVEN'T TOLD ME

19   EXACTLY WHAT THEY'RE GOING TO SAY.

20        BUT IN GENERAL YOU CAN EXPECT TO HEAR THE FOLLOWING

21   THINGS:

22        THEY'RE GOING TO SAY THAT THEY DON'T INFRINGE; THEY'RE

23   GOING TO SAY THAT THE EVIDENCE THAT THEY COPIED THE IPHONE IS

24   SIMPLY LAWFUL COMPETITION, LOOKING AT COMPETITOR'S PRODUCT.

25        BUT YOU WILL HAVE THE DOCUMENTS I SHOWED YOU.  YOU WILL

1    HAVE OTHER DOCUMENTS, AND YOU WILL HAVE THE TESTIMONY OF

2    EXPERTS SO YOU WILL DETERMINE THAT INFRINGEMENT DISPUTE.

3         SAMSUNG IS ALSO GOING TO SAY THAT EVEN IF THEY DO

4    INFRINGE, IT DOESN'T REALLY MATTER BECAUSE APPLE ISN'T USING

5    SOME OF THESE INVENTIONS IN ITS PRODUCTS.

6         THE FIRST PROBLEM WITH THAT ARGUMENT IS A LITTLE BIT

7    OBVIOUS.  I MEAN, YOU CAN'T TAKE SOMEONE'S PROPERTY BECAUSE

8    THEY'RE NOT USING IT.  SO IT'S SORT OF A PROBLEM AT THE

9    BEGINNING.

10        BUT IF YOU THINK ABOUT IT, IT HAS AN EVEN MORE DEEP

11   SIGNIFICANCE BECAUSE WHEN SAMSUNG HAS TAKEN AN APPLE INVENTION

12   AND THEN INTRODUCED IT INTO THE MARKETPLACE, APPLE -- OR

13   SAMSUNG HAS BEEN TELLING THE MARKETPLACE THAT IT'S ITS

14   INVENTION AND THAT IT'S ITS CREATIVITY AND IT'S ALLOWED TO GIVE

15   THE IMPRESSION THAT IT ISN'T FROM APPLE BECAUSE IT IS USING

16   THESE APPLICATIONS THAT APPLE DOESN'T USE, EVEN THOUGH IT WAS

17   APPLE'S ENGINEERS WHO ACTUALLY ARE MAKING THAT CONTRIBUTION TO

18   THE IMPROVEMENT OF THIS WORLD.

19        THEY USE OUR INVENTIONS TO COMPETE AGAINST US.

20        YOU'RE ALSO GOING TO HEAR SAMSUNG POINT THE FINGER AT

21   GOOGLE.  THEY'RE GOING TO SAY, HEY, THIS IS ANDROID SOFTWARE.

22   SOME OF THESE PATENTS INVOLVE SOFTWARE.  AND YOU ACTUALLY HEARD

23   THIS A LITTLE BIT IN THE VOIR DIRE YESTERDAY.  THIS IS ANDROID

24   SOFTWARE.  WE GET IT THROUGH GOOGLE.

25        BUT DON'T, DON'T BE MISLED BY THAT.  THIS CASE IS NOT

1    ABOUT GOOGLE.

2         AS YOU SAW FROM THESE DOCUMENTS AND AS YOU'LL SEE FROM

3    MORE, IT IS SAMSUNG THAT HAS MADE THE DECISION TO COPY THESE

4    FEATURES.  IT IS SAMSUNG, NOT GOOGLE, THAT CHOSES TO PUT THESE

5    FEATURES INTO ITS PHONES.

6         AND IT IS SAMSUNG, NOT GOOGLE, THAT IS SELLING THESE

7    PHONES FOR A PROFIT.

8         AND, FINALLY, IT IS SAMSUNG THAT HAS MADE THE CORPORATE

9    DECISION TO KEEP ON INFRINGING APPLE'S INTELLECTUAL PROPERTY.

10        NEXT, SAMSUNG IS GOING TO SAY EVEN IF THEY DID COPY AND

11   EVEN IF THEY DO INFRINGE, THAT'S OKAY BECAUSE EVERY ONE, EACH

12   OF THESE FIVE PATENTS IS INVALID.  THEY'RE GOING TO TRY TO

13   CONVINCE YOU THAT THE PATENT AND TRADEMARK OFFICE MADE A

14   MISTAKE NOT ONCE, NOT TWICE, BUT ON EVERY ONE OF THE FIVE

15   PATENTS THAT WE CHOSE TO ASSERT IN THIS CASE.

16        AS YOU HEARD FROM THE VIDEO, TO PROVE THAT DEFENSE,

17   SAMSUNG HAS A HIGHER BURDEN OF PROOF, WHICH JUDGE KOH WILL

18   EXPLAIN TO YOU AT THE END OF THE TRIAL.

19        AND THEN SAMSUNG IS GOING TO SAY, OKAY, EVEN IF WE DID

20   COPY, AND EVEN IF WE DID INFRINGE VALID PATENTS, IT'S NOT

21   REALLY A VERY BIG DEAL BECAUSE THESE INVENTIONS ARE TRIVIAL.

22   THEY'RE NOT IMPORTANT.  AND THERE'S A LOT OF DIFFERENT WAYS

23   THAT WE COULD HAVE DONE THE SAME THING THAT AREN'T COVERED BY

24   YOUR PATENTS.

25        THIS HAS A TECHNICAL NAME.  THE LAWYERS CALL IT

1    ACCEPTABLE, NON-INFRINGING ALTERNATIVES.  I CALL IT THE

2    SHOULDA, COULDA, WOULDA LAW DEFENSE, BUT THAT'S NOT LEGAL.

3         BUT WHAT THEY'LL SAY IS EVEN THOUGH YOU'LL SEE DOCUMENT

4    AFTER DOCUMENT FROM SAMSUNG SAYING IT WAS THESE FEATURES THAT

5    WERE IMPORTANT TO CONSUMERS AND EVEN THOUGH SAMSUNG CHOSE TO

6    COPY THESE FEATURES, NOT SOME OTHER WAY, THAT BECAUSE THEY

7    COULD HAVE DONE IT SOME OTHER WAY, MAYBE THEY SHOULD HAVE DONE

8    IT SOME OTHER WAY, MAYBE THEY CAN DO IT SOME OTHER WAY, THESE

9    PATENTS HAVE NO VALUE.

10        BUT THE TRUTH IS, AND YOU CAN TELL FROM THE DOCUMENTS,

11   THAT IF SAMSUNG HAD EVEN SUSPECTED FOR A MOMENT THAT A JURY

12   WOULD BE ORDERING THEM TO PAY A FAIR PRICE FOR USING OUR

13   INVENTIONS, THEY MIGHT HAVE MADE DIFFERENT DECISIONS.  BUT THEY

14   DIDN'T, BECAUSE THEY WENT WITH WHAT THEY THOUGHT WOULD SELL

15   THEIR PRODUCTS.

16        SO, FINALLY, YOU WILL HEAR EVIDENCE ABOUT DAMAGES.  I

17   THINK ACTUALLY THIS PART WILL MAKE MORE -- IF ANYTHING I'VE

18   SAID TO YOU MAKES SENSE, I'M GLAD ABOUT THAT.  BUT I THINK THIS

19   PART WILL MAKE MORE SENSE AFTER YOU'VE HEARD ALL THE EVIDENCE,

20   BUT I WANT TO GIVE YOU A HIGH OVERVIEW OF WHAT'S GOING TO

21   HAPPEN.

22        IF YOU FIND INFRINGEMENT, AND AS I MENTIONED, WE ALREADY

23   KNOW THAT AT LEAST ONE OF THESE PATENTS IS INFRINGED, AND IF

24   YOU DECIDE THAT THE PATENT AND TRADEMARK OFFICE ACTUALLY WAS

25   CORRECT WHEN IT ISSUED THESE PATENTS, THEN YOU WILL BE CALLED

1     UPON TO DECIDE THE ISSUE OF DAMAGES, AND YOU'RE GOING TO HEAR

2     TESTIMONY ABOUT TWO DIFFERENT KINDS OF DAMAGES.

3          THE FIRST ONE IS ACTUALLY PRETTY STRAIGHTFORWARD.  IT'S

4     CALLED LOST PROFITS.  WE WILL PRESENT EVIDENCE TO YOU THAT IT

5     IS PROPER THAT IF SAMSUNG HAD NOT BEEN ABLE TO SELL BECAUSE IT

6     COULDN'T USE OUR PROPERTY, IF IT HAD NOT BEEN ABLE TO SELL ITS

7     37 MILLION INFRINGING PHONES AND TABLETS, THAT SOME OF THOSE

8     CONSUMERS, SOME OF THEM WHO COULD NOT BUY AN INFRINGING PHONE

9     WOULD HAVE, INSTEAD, PURCHASED AN APPLE PRODUCT.

10         AND IF YOU BELIEVE THAT, YOU WILL HEAR THAT WE'RE ENTITLED

11    TO RECOVER LOST PROFITS ON THE SALES AND WE WILL PRESENT THAT

12    NUMBER TO YOU.

13         SAMSUNG IS GOING TO TELL YOU THAT NOT ONE, I'M NOT

14    EXAGGERATING HERE, THEY'RE GOING TO TELL YOU THAT NOT ONE OF

15    THOSE 37, OVER 37 MILLION BUYERS WOULD NOT HAVE BOUGHT AN APPLE

16    PRODUCT, EVEN IF THEY COULDN'T GET THEIR SAMSUNG PRODUCT.

17         FRANKLY, WE THOUGHT WE WERE BEING CONSERVATIVE BECAUSE OUR

18    EXPERT IS GOING TO TELL YOU IT'S A NUMBER UNDER 10 PERCENT.

19         BUT SAMSUNG SAYS NOT ONE.  NOT ONE.

20         THIS IS GOING TO BE ANOTHER SITUATION WHERE WHAT SAMSUNG

21    TELLS YOU HERE WILL NOT MATCH WHAT YOU SEE IN THEIR INTERNAL

22    DOCUMENTS.  FOR EXAMPLE, YOU'LL SEE PLAINTIFF'S EXHIBIT 154.

23    THIS IS A DOCUMENT THAT WAS CREATED BY -- YOU HEARD ONE OF THE

24    SUBSIDIARIES, SAMSUNG TELECOMMUNICATIONS AMERICA.  IT WAS

25    CALLED "2011 SUMMARY AND LESSONS LEARNED" AND A BUSINESS

1    FORECAST FOR 2012.

2         AND ON PAGE 7 WHAT THEY TELL US, THEIR "HIGH LEVEL

3    INITIATIVES - BEAT APPLE."  THEY SAY "BEATING APPLE IS A NUMBER

4    ONE PRIORITY (EVERYTHING MUST BE IN THE CONTEXT OF BEATING

5    APPLE.)"

6         AND THEY SAY "THE THREAT FROM APPLE IS EXTREMELY REAL AND

7    URGENT, UP TO A 12.5 MILLION SELLING IN THE FOURTH QUARTER

8    VENDOR."

9         AND IN THE NEXT YEAR, IN A TOP SECRET REPORT FROM SAMSUNG

10   TELECOMMUNICATIONS AMERICA BACK TO HEADQUARTERS, YOU'LL SEE

11   THIS DOCUMENT WHERE THEY TALK ABOUT A PARADIGM SHIFT, AND

12   YOU'LL SEE PAGE 156 WHERE SAMSUNG DESCRIBED THE U.S. MARKET AS

13   "BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG."

14        DESPITE THESE INTERNAL DOCUMENTS, DESPITE CALLING IT A

15   "TWO HORSE RACE" AND DESPITE SAYING THAT THE THREAT FROM APPLE

16   IS, TO USE THEIR WORDS, "EXTREMELY URGENT AND REAL," THEY WILL

17   STAND HERE AND TELL YOU, THEIR WITNESSES WILL TELL YOU UNDER

18   OATH THAT IF THOSE 38 MILLION PHONES HADN'T BEEN ON THE MARKET,

19   NOT ONE OF THE PURCHASERS WOULD HAVE PURCHASED AN APPLE

20   PRODUCT.

21        THAT'S LOST PROFITS.  LESS THAN 10 PERCENT OF THE SALES.

22        THE SECOND TYPE OF DAMAGES IS, FRANKLY, A LITTLE MORE

23   COMPLICATED.

24        FOR THE SALES, FOR THE OTHER 90 PERCENT OF THIS 38 MILLION

25   FOR WHICH WE DO NOT GET LOST PROFITS, THE LAW SAYS, I BELIEVE

1      THE JUDGE WILL INSTRUCT YOU AT THE END OF THE CASE THAT WE'RE

2   ENTITLED TO RECOVER -- YOU HEARD IT ON THE VIDEO -- WHAT IS

3   CALLED A REASONABLE ROYALTY.

4      AND AS THEY MENTIONED ON THE VIDEO, YOU THINK A REASONABLE

5   ROYALTY IS THE SAME AS RENT, YOU USE SOMEONE'S REAL PROPERTY,

6   YOU PAY THEM RENT.  IF YOU USE SOMEONE'S INTELLECTUAL PROPERTY,

7   YOU PAY THEM A REASONABLE ROYALTY.

8      SO THE CONCEPT THAT SOMEBODY WOULD PAY RENT FOR USING

9   THESE, THAT'S NOT HARD.

10      BUT THE TRICKY QUESTION IS HOW DO YOU, AS A JURY, DECIDE

11   WHAT THAT REASONABLE ROYALTY SHOULD BE.  AND THAT'S OBVIOUSLY A

12   REALLY IMPORTANT QUESTION.

13      AS SHE TOLD YOU, AT THE END OF THE TRIAL JUDGE KOH WILL

14   GIVE YOU THE ACTUAL INSTRUCTIONS.

15      BUT IN A BROAD SENSE SHE WILL TELL YOU, I BELIEVE, TO USE

16   SOMETHING WHICH IS CALLED A HYPOTHETICAL NEGOTIATION, THE

17   PROCESS BY WHICH YOU GET TO THE ROYALTY IS YOU CREATE A

18   NEGOTIATION THAT NEVER HAPPENED AND PROBABLY NEVER WOULD HAVE

19   HAPPENED IN THE REAL WORLD.

20      SO WHAT YOU DO IS YOU PUT APPLE AND SAMSUNG IN A ROOM AND

21   YOU PUT YOURSELF IN THEIR HEADS AND YOU FORCE THEM TO NEGOTIATE

22   OVER THE VALUE OF THESE FIVE PATENTS.

23      AND YOU WILL HEAR TESTIMONY AND AT THE END OF THAT

24   TESTIMONY, YOU DECIDE WHERE THEY WOULD HAVE ENDED UP IN THAT

25   NEGOTIATION, AND THAT'S THE REASONABLE ROYALTY.

1           SO WE'RE GOING TO PRESENT EVIDENCE TO HELP YOU WITH THAT

2      PROCESS.  YOU WILL GET THE EVIDENCE OF MR. JOHN HAUSER.

3      MR. HAUSER IS ONE OF THE WORLD'S EXPERTS IN THE AREA OF

4      CONDUCTING SURVEYS TO DETERMINE HOW CONSUMERS VALUE OPTIONS

5      THEY MAY BE GIVEN IN PARTICULAR PRODUCTS.

6           IN THIS CASE, DR. HAUSER, CONDUCTING ONE OF THE SURVEYS,

7      IT'S CALLED A CONJOINT SURVEY, AND YOU'LL GET A LOT OF

8      EXPLANATION ABOUT THAT, TO DETERMINE THE DEGREE TO WHICH

9      CONSUMERS VALUE THE FIVE SPECIFIC FEATURES THAT WE'RE TALKING

10     ABOUT IN THIS CASE.

11          WE WILL ALSO PRESENT THE TESTIMONY OF DR. CHRIS VELLTURO.

12     DR. VELLTURO IS AN EXPERT IF IN THE FIELD OF CALCULATING

13     DAMAGES IN INTELLECTUAL PROPERTY CASES, PARTICULARLY IN THIS

14     PROCESS OF CARRYING ON A HYPOTHETICAL NEGOTIATION.

15          WHAT I WANT YOU TO UNDERSTAND NOW, SO THAT IT WILL HELP

16     YOU WITH THE EVIDENCE, IS THAT THIS NEGOTIATION WOULD HAVE

17     TAKEN PLACE IN AUGUST OF 2011.  AND IT WOULD HAVE BEEN THAT

18     DATE BECAUSE THAT'S THE DATE ON WHICH SAMSUNG FIRST INFRINGED

19     THE '647, '414, AND '959 PATENTS.

20          AND IT'S A CRITICALLY IMPORTANT DATE BECAUSE THE EVIDENCE

21     WILL BE THAT THE PHONES IN THIS CASE REPRESENTED THE SECOND

22     WAVE OF PRODUCTS THAT SAMSUNG HAD STARTED TO SELL IN THE

23     UNITED STATES.

24          APPLE HAD ALREADY SEEN THE EFFECT OF THE FIRST WAVE, AND

25     APPLE HAD FIGURED OUT SAMSUNG'S STRATEGY OF COPYING THE IPHONE

1    AND SELLING ITS OWN COPIES AT LOWER PRICES.

2         SO THE EVIDENCE WILL BE THAT IN AUGUST OF 2011, APPLE

3    WOULD HAVE BROUGHT THE FOLLOWING KNOWLEDGE TO THE HYPOTHETICAL

4    NEGOTIATION:  IT WOULD HAVE BEEN FULLY AWARE THAT SAMSUNG HAD

5    ADOPTED A STRATEGY OF COPYING ITS PRODUCTS; IT WOULD HAVE KNOWN

6    THAT SAMSUNG WAS UNDERSELLING IT IN THE MARKETPLACE; IT WOULD

7    HAVE KNOWN THAT LARGE NUMBERS OF CONSUMERS WERE PLANNING, IN

8    THAT YEAR AND THE YEAR FOLLOWING, TO MAKE THEIR FIRST PURCHASE

9    OF A SMARTPHONE; AND APPLE WOULD HAVE BELIEVED, FROM WHAT IT

10   HAD SEEN, THAT SAMSUNG DID NOT HAVE THE ABILITY TO CREATE ITS

11   OWN DESIGNS THAT COULD HAVE COMPETED.

12        AND ON THE OTHER SIDE OF THAT NEGOTIATING TABLE WILL BE

13   SAMSUNG.  YOU WILL KNOW WHAT THEY WOULD HAVE BEEN THINKING IN

14   AUGUST 2011 BECAUSE YOU WILL HAVE SEEN THEIR INTERNAL

15   DOCUMENTS.

16        THEY WOULD HAVE BEEN DEEPLY AWARE OF THEIR OWN CRISIS OF

17   DESIGN; THEY WOULD HAVE KNOWN FROM THE DOCUMENT I SHOWED YOU,

18   AND ABOUT FIVE OTHERS THAT YOU'RE GOING TO SEE, THAT THE

19   DESIGNERS FELT THAT THEY HAD TO HAVE THESE FIVE SPECIFIC

20   FEATURES IN ORDER TO BE ABLE TO COMPETE AGAINST APPLE; AND THEY

21   WOULD HAVE BEEN THINKING THAT COMPETING AGAINST APPLE WAS THEIR

22   NUMBER 1 PRIORITY.

23        SO UNDER THESE CIRCUMSTANCES, IN THIS NEGOTIATING ROOM, WE

24   THINK YOU WILL AGREE THAT SAMSUNG WOULD NOT HAVE BEEN -- THAT

25   APPLE WOULD NOT HAVE BEEN WILLING TO LICENSE THESE PATENTS

1    CHEAPLY, IF IT WOULD HAVE BEEN WILLING TO LICENSE THEM AT ALL.

2         DR. VELLTURO WILL GIVE YOU MUCH MORE DETAIL ABOUT THIS,

3    BUT HE'LL EXPLAIN TO YOU THAT IN HIS OPINION UNDER THESE

4    CIRCUMSTANCES APPLE WOULD HAVE ASKED FOR AN AVERAGE ROYALTY OF

5    ABOUT $33 PER PHONE, $40 AT THE TOP END FOR EVERY PHONE THAT

6    INFRINGED ALL FIVE OF THE PATENTS.

7         GIVEN THE YEARS OF RESEARCH, GIVEN THE RISK THAT APPLE HAD

8    TAKEN, GIVEN THE SUCCESS OF THESE FEATURES IN THE MARKETPLACE,

9    AND GIVEN THE IMPORTANCE OF THE IPHONE TO APPLE'S SUCCESS,

10   APPLE WOULD NOT HAVE AGREED TO LICENSE THESE PATENTS TO THIS

11   COMPANY FOR LESS.

12        BUT BECAUSE YOU'RE GOING TO BE MULTIPLYING THIS AVERAGE

13   TIMES MILLIONS AND MILLIONS OF INFRINGING PHONES, YOU PROBABLY

14   HAVE ALREADY RECOGNIZED BUT YOU WILL CERTAINLY GET THERE, THAT

15   ALTHOUGH THE ROYALTY PER PHONE IS REASONABLE, THE TOTAL DAMAGES

16   THAT WE'RE GOING TO ASK YOU TO AWARD IS HIGH.  IT'S OVER $2

17   BILLION.

18        BUT I HOPE AT THE END OF THE TRIAL YOU WILL UNDERSTAND

19   THAT THE REASON THAT THE DAMAGES IN THIS CASE ARE HIGH IS

20   BECAUSE THE SCOPE OF SAMSUNG'S INFRINGEMENT HAS BEEN MASSIVE.

21        IT IS NOT A SECRET THAT APPLE IS PROUD OF ITS INTELLECTUAL

22   PROPERTY.  IT'S NOT A SECRET THAT IT WAS THE ABILITY OF APPLE'S

23   DESIGNERS AND ENGINEERS TO CREATE AND INVENT THAT HAS BEEN

24   RESPONSIBLE FOR MAKING APPLE, WHAT CAN BE CALLED YESTERDAY THE

25   BIG COMPANY, THE SUCCESSFUL COMPANY, THE WEALTHY COMPANY THAT

```
 1        IT IS TODAY, THAT WAS NOT A FOREORDAINED CONCLUSION.  THEY GOT

 2    THERE THROUGH HARD WORK, THROUGH INTRODUCING PRODUCTS THAT THE

 3    WORLD HAD NOT SEEN, AND BY BEING RIGHT IN THEIR DESIGN CHOICES.

 4        AND IT WILL NOT BE A SECRET, AFTER YOU'VE HEARD THE

 5    EVIDENCE, THAT APPLE HAS BEEN HURT VERY, VERY BADLY BY THE

 6    INFRINGEMENT STRATEGY THAT SAMSUNG INTENTIONALLY ADOPTED IN

 7    THIS CASE AND WHICH IT HAS USED SO EFFECTIVELY TO CARVE OUT ITS

 8    CURRENT PLACE IN THE MARKETPLACE.

 9        I SPENT A MINUTE LAYING OUT FOR YOU WHAT SAMSUNG WAS GOING

10    TO SAY IN THIS CASE, BUT I LEFT OUT ONE PARTICULARLY CYNICAL

11    ARGUMENT THAT THEY INTEND TO MAKE, AND FOR A PREVIEW OF THAT

12    ARGUMENT, I'M GOING TO GIVE YOU BACK TO MY GOOD FRIEND

13    BILL LEE.

14        THE COURT:  ALL RIGHT.  TIME IS 11:27.  YOU HAVE

15    UNTIL 11:49.

16        MR. LEE:  22 MINUTES.

17        THE COURT:  YES.

18        MR. LEE:  THANK YOU, YOUR HONOR.

19    (MR. LEE GAVE HIS OPENING STATEMENT ON BEHALF OF

20    PLAINTIFF.)

21        MR. LEE:  GOOD MORNING, LADIES AND GENTLEMEN.  GOOD

22    TO SEE YOU AGAIN.

23        MR. MCELHINNY HAS JUST DISCUSSED WITH YOU THE EVIDENCE

24    THAT WILL DEMONSTRATE THAT IT WAS APPLE THAT INVESTED,

25    INNOVATED AND TOOK THE RISK OF BRINGING TO MARKET REVOLUTIONARY
```

1   PRODUCTS, PRODUCTS THAT HAVE CHANGED THE WAY THAT WE

2   COMMUNICATE WITH EACH OTHER ON A DAILY BASIS.

3        HE HAS ALSO DESCRIBED TO YOU THE EVIDENCE THAT

4   DEMONSTRATES THAT SAMSUNG NOT ONLY INFRINGED ON APPLE'S

5   INTELLECTUAL PROPERTY, BUT INTENTIONALLY COPIED THAT

6   INTELLECTUAL PROPERTY TO GAIN A POSITION IN THE MARKETPLACE.

7        BUT AS HER HONOR EXPLAINED TO YOU, SAMSUNG HAS ALSO

8   ASSERTED TWO PATENTS AGAINST APPLE.  IN MY PORTION OF THE

9   OPENING, IN LESS THAN 22 MINUTES, I'M GOING TO DESCRIBE TO YOU

10  THOSE CLAIMS AGAINST APPLE.

11       AND LET ME BEGIN BY TELLING YOU A LITTLE BIT ABOUT THE

12  THOSE PATENTS.

13       IN A FEW MINUTES, WE ANTICIPATE THAT SAMSUNG WILL TELL YOU

14  THAT IT INVESTS ENORMOUS AMOUNTS IN RESEARCH AND DEVELOPMENT.

15       WE EXPECT THAT THEY'LL TELL YOU THAT THEY HAVE TENS OF

16  THOUSANDS OF PATENTS.

17       BUT, LADIES AND GENTLEMEN, YOU WILL NOT HEAR ABOUT ONE OF

18  THOSE PATENTS HERE.  YOU WILL NOT HEAR ABOUT ONE PATENT THAT

19  RESULTED FROM THE WORK OF ANY SAMSUNG ENGINEER.

20       YOU WILL NOT HEAR OF ONE PATENT THAT RESULTED FROM ANY

21  WORK, ANY INNOVATION THAT SAMSUNG DID BY ITSELF.

22       AND WHY?  BECAUSE FOR SMARTPHONES AND TABLETS, IT WAS

23  APPLE THAT WAS THE INVENTOR, THE INNOVATOR.  LATER IT WAS

24  SAMSUNG THAT WAS THE INTENTIONAL FOLLOWER.

25       INSTEAD WHAT THE EVIDENCE WILL DEMONSTRATE TO YOU IS THIS:

1           IN AUGUST OF 2010, APPLE MET WITH SAMSUNG.  AS

2    MR. MCELHINNY HAS SAID, APPLE KNEW THAT SAMSUNG WAS COPYING.

3    IT ASKED TO MEET WITH SAMSUNG.

4           AND IT SAID TO SAMSUNG, "YOU ARE COPYING OUR PRODUCTS,

5    YOU'RE INFRINGING OUR PATENTS.  STOP."

6           WE DIDN'T RUN OFF TO COURT.  WE DID WHAT GROWNUPS SHOULD

7    DO AND ASKED TO MEET AND SAID "WOULD YOU STOP?"

8           BUT SAMSUNG DIDN'T STOP COPYING.  AS YOU WILL LEARN, THEY

9    DIDN'T STOP INFRINGING.

10          INSTEAD, THEY KEPT ON DOING WHAT THEY HAD BEEN DOING,

11   INTENTIONAL COPYING AS YOU'VE NOW SEEN FROM INTERNAL DOCUMENTS.

12          AND THEY DID TWO OTHER THINGS.  HAVING BEEN ACCUSED OF

13   INFRINGING AND COPYING, THEY WENT OUT AND BOUGHT TWO PATENTS,

14   TWO PATENTS AFTER THEY'D BEEN ACCUSED OF INFRINGING.  THOSE ARE

15   THE TWO PATENTS THAT YOU'RE GOING TO HEAR ABOUT HERE, ONE

16   CALLED THE '449 PATENT, ONE CALLED THE '239 PATENT, BOTH

17   PURCHASED BY SAMSUNG FROM SOMEBODY ELSE AFTER APPLE HAD SAID

18   "PLEASE STOP COPYING."

19          THESE ARE THE PATENTS THAT SAMSUNG WILL ASSERT, NOT

20   PATENTS THAT COME FROM ITS OWN WORK.

21          NOW, AT THIS TRIAL YOU WILL NOT HEAR APPLE ARGUE, AS HER

22   HONOR HAS SAID, THAT THESE TWO PATENTS ARE INVALID.

23          AS YOU LEARNED FROM THE VIDEO FROM THE FEDERAL JUDICIAL

24   CENTER, THERE'S AN APPLICATION PROCESS WHERE EXAMINERS INVEST

25   ENORMOUS AMOUNTS OF TIME IN REVIEWING THE APPLICATIONS FOR THE

1    PATENTS.

2         APPLE IS NOT GOING TO COME HERE AND SAY FOR THESE TWO

3    PATENTS THAT SAMSUNG PURCHASED FROM A THIRD PARTY WHO

4    PROSECUTED THE PATENTS THAT THE PATENT OFFICE MADE A MISTAKE.

5    WE'RE NOT GOING TO SAY THAT.

6         ONLY SAMSUNG IS GOING TO TELL YOU THAT THE PATENT OFFICE

7    MADE A MISTAKE.  ONLY SAMSUNG IS GOING TO TELL YOU THEY MADE A

8    MISTAKE FIVE TIMES.  ONLY SAMSUNG IS GOING TO TELL YOU THAT

9    THEY MADE A MISTAKE EVERY SINGLE TIME RELEVANT TO THIS CASE.

10        WHAT YOU WILL LEARN IS THE TWO PATENTS THAT SAMSUNG

11   ASSERTS HERE, IN FACT, DESCRIBE TECHNOLOGY THAT IS VERY OLD AND

12   VERY OBSOLETE.

13        IN FACT, ONE OF THESE PATENTS IS SO OLD THAT IT'S EXPIRED.

14   DO YOU REMEMBER ON THE VIDEO TODAY WHEN THEY TOLD YOU THAT A

15   PATENT HAS A TERM FOR 20 OR 17 YEARS?  FOR ONE OF THOSE PATENTS

16   THE 20 YEARS IS OVER.

17        WHY THEN DID SAMSUNG -- WHY THEN IS SAMSUNG ASSERTING

18   THESE PATENTS AGAINST APPLE?

19        WELL, LET ME BEGIN WITH TWO REASONS THAT IT IS NOT.

20        THE EVIDENCE WILL DEMONSTRATE TO YOU THAT IT'S NOT BECAUSE

21   SAMSUNG THOUGHT THESE PATENTS DESCRIBED IMPORTANT INVENTIONS.

22   YOU WILL SEE NO SAMSUNG DOCUMENT THAT SAYS SO.

23        THE LAWYERS MAY TELL YOU SOMETHING DIFFERENT TODAY, BUT

24   YOU WON'T SEE ANYTHING FROM SAMSUNG.

25        AND THE EVIDENCE WILL DEMONSTRATE THAT APPLE'S PRODUCTS,

PLAINTIFF'S OPENING STATEMENT

1    THE RESULTS OF ITS INNOVATIONS AND INVENTIONS, ARE, IN FACT,

2    VERY, VERY DIFFERENT FROM THESE OLD TECHNOLOGIES.

3        YOU WILL LEARN, AND YOU WILL HEAR FROM THE PEOPLE WHO DID

4    THIS, THAT APPLE'S ENGINEERS INVESTED ENORMOUS AMOUNTS OF TIME

5    AND EFFORT TO DEVELOP THE PRODUCTS THAT SAMSUNG ACCUSES OF

6    INFRINGING.

7        YOU WILL LEARN, LADIES AND GENTLEMEN, THAT THERE IS NOT A

8    SINGLE PIECE OF EVIDENCE, NOT A SINGLE SHRED OF EVIDENCE, THAT

9    APPLE COPIED THESE PATENTS.

10       IN FACT, YOU WILL LEARN THAT THE PEOPLE WHO DID THE WORK

11   FOR APPLE DIDN'T EVEN KNOW ABOUT THESE PATENTS WHEN THEY

12   DESIGNED THE PRODUCTS THAT NOW HAVE BEEN ACCUSED OF

13   INFRINGEMENT.

14       AND WE'LL ASK YOU AT THE END OF THE CASE TO COMPARE THAT

15   TO WHAT YOU'VE SEEN FROM SAMSUNG.

16       SO WHY THEN DOES SAMSUNG ASSERT THESE PATENTS?  THE

17   ANSWER, THE EVIDENCE WILL DEMONSTRATE, IS IN THE DAMAGE CLAIM

18   THAT SAMSUNG IS GOING TO OFFER YOU FOR THESE TWO PURCHASED

19   PATENTS.

20       FOR THE '239 PATENT, THE PATENT THAT'S EXPIRED, THEY'RE

21   ASKING YOU FOR AROUND $6 MILLION.

22       FOR THE '449 PATENT, THE PATENT THAT HASN'T EXPIRED,

23   THEY'RE GOING TO ASK YOU FOR $158,000.

24       YOU WILL LEARN FROM THE EVIDENCE THAT THEY'VE HIRED

25   MULTIPLE EXPERTS TO COME AND SIT IN THAT STAND AND TALK TO YOU

1    ABOUT THIS PATENT, AND THEY'VE PAID THEM MORE THAN THE AMOUNT

2    OF MONEY THAT THEY'RE ASKING FOR IN DAMAGES.

3        WHY WOULD THEY DO THAT?

4        HERE'S WHAT THE EVIDENCE WILL SHOW:  THE EVIDENCE WILL

5    SHOW THAT THEY PURCHASED THESE PATENTS THAT THEY'RE ASSERTING

6    WITH LOW DAMAGES CLAIMS BECAUSE THEY WANT YOU TO BELIEVE THAT

7    PATENTS DON'T HAVE MUCH VALUE.  THEY WANT YOU TO BELIEVE THAT

8    PATENTS ARE NOT WORTH MUCH.

9        THEY ARE HOPING THAT WHEN YOU TURN THE 37 MILLION ACTS OF

10   INFRINGEMENT, THAT YOU'LL COMPROMISE BECAUSE THE PATENTS ARE

11   NOT WORTH MUCH.

12       THAT IS WHAT THE INFRINGER, THAT IS WHAT THE FOLLOWER,

13   THAT IS WHAT THE COPIER WANTS YOU TO BELIEVE.  PATENTS ARE NOT

14   WORTH MUCH.

15       BUT THE INNOVATORS KNOW BETTER.  THEY KNOW THE RISK THEY

16   TOOK.  THEY KNOW THE INVESTMENT OF TIME THEY MADE.  THEY KNOW

17   HOW DIFFICULT IT IS TO COME UP WITH AN IDEA TO MAKE A PRODUCT

18   BETTER.

19       THEY KNOW WHAT AN INVENTION IS, AND THEY KNOW WHAT THE

20   VALUE OF A PATENT THAT REALLY IS THE RESULT OF HARD WORKING

21   INVENTIONS.  IN CONTRAST TO THE VALUE OF THE PATENT ASSIGNED BY

22   LAWYERS TO PATENTS PURCHASED FROM OTHERS.

23       SO LET ME QUICKLY TELL YOU ABOUT THE TWO PATENTS.  THE

24   FIRST ONE IS CALLED THE '449 PATENT, AS I SAID.

25       YOU WILL HEAR FROM AN APPLE ENGINEER TIMED TIM MILLET,

1    WHO'S ON THE LEFT-HAND SIDE OF THE SCREEN THERE, AND HE'S GOING

2    TO EXPLAIN TO YOU THE VERY DIFFERENT AND NEW HARDWARE

3    COMPONENTS IN APPLE'S PRODUCTS AND HOW THOSE COMPONENTS WORK.

4         YOU WILL ALSO HEAR FROM PROFESSOR JAMES STORER FROM

5    BRANDEIS UNIVERSITY IN BOSTON, A RECOGNIZED EXPERT IN THE FIELD

6    OF VIDEO COMPRESSION, AND HE, TOO, WILL EXPLAIN TO YOU HOW THE

7    NEW TECHNOLOGIES IN THE APPLE PRODUCTS HAVE NOTHING TO DO WITH

8    THE OLD TECHNOLOGIES OF THE '449 PATENT.

9         LET ME GIVE YOU A QUICK EXAMPLE.  I'M GOING TO PUT ON THE

10   SCREEN CLAIMS 25 AND 27 OF THE '449 PATENT.

11        WE'RE NOT GOING TO GO THROUGH IT ALL NOW.  AS

12   MR. MCELHINNY SAID, THE CLAIMS ARE WHAT ARE IMPORTANT.

13        CLAIMS 25 AND 27 TELL YOU WHAT THE INVENTION OF THE '449

14   PATENT IS, AND YOU WILL SEE IT HAS NOTHING TO DO WITH

15   SMARTPHONES.  IT HAS NOTHING TO DO WITH A TABLET COMPUTER.  IT

16   HAS NOTHING TO DO WITH A MOBILE DEVICE.

17        INSTEAD IT DESCRIBES A DIGITAL CAMERA USING OLDER HARDWARE

18   COMPONENTS, COMPONENTS THAT ARE NOT NECESSARY ANY LONGER TODAY.

19        SO LET ME GIVE YOU AN EXAMPLE.

20        ONE OF THE SPECIFIC REQUIREMENTS OF THE '449 PATENT IS

21   THAT IT THE DIGITAL CAMERA DISPLAY A LIST, AND THAT THAT LIST

22   BE IN A SEARCHABLE FORM.

23        THEY EVEN GAVE AN EXAMPLE OF WHAT THE LIST WOULD LOOK

24   LIKE, AND THAT IS FIGURE 7 OF THE PATENT, WHICH IS ON THE

25   SCREEN NOW.  IT IS A LIST OF THE PHOTOS YOU'VE TAKEN.  IT IS IN

1    A FORM THAT CAN BE SEARCHED.

2         THEY DID IT BECAUSE THE TECHNOLOGY OF THAT DAY WOULDN'T

3    ALLOW YOU TO DISPLAY ALL OF THE PHOTOS YOU HAD TAKEN IN A WAY

4    WHERE YOU COULD SIMPLY LOOK AT THEM AND SCROLL THROUGH THEM.

5         BUT THAT'S NOT WHAT THE IPHONE OR THE IPAD DO.  THERE IS

6    NO LIST.  THERE IS NO SEARCH MODE.

7         INSTEAD, THE APPLE -- APPLE'S INVENTORS CAME UP WITH

8    SOMETHING CALLED THE CAMERA ROLL, AND I'M GOING TO PUT THE

9    CAMERA ROLL ON THE SCREEN RIGHT NOW ON THE LEFT-HAND SIDE.

10        USING MODERN TECHNOLOGY AND NEW INNOVATIONS, THE APPLE

11   TECHNOLOGY SIMPLY ALLOWS YOU TO PUT THUMBNAILS OF THE PHOTOS IN

12   A GRID FORMAT WHERE YOU CAN SIMPLY SCROLL THROUGH THEM.  YOU

13   DON'T NEED A LIST.  YOU DON'T HAVE TO GO TO THE LIST TO FIND

14   THE PHOTO.  YOU DON'T NEED TO SEARCH IT.  YOU JUST SCROLL

15   THROUGH THE PHOTOS.

16        NOW, THE APPLE PHONES ACTUALLY DO HAVE A SEARCH FEATURE,

17   AND I'VE PUT IT ON THE RIGHT.  BUT THAT SEARCH FEATURE ONLY

18   SEARCHES FOR WORDS.  IT SEARCHES YOUR E-MAILS.  IT SEARCHES

19   YOUR CONTACTS.  IT DOESN'T SEARCH PHOTOS OR VIDEOS.

20        WHY?  BECAUSE THE NEWER AND MODERN TECHNOLOGY OF THE APPLE

21   PRODUCTS, OF THE APPLE CAMERA ROLL, DOESN'T REQUIRE IT.

22        NOW, LET ME MAKE ONE MORE POINT ABOUT THE '449 PATENT THAT

23   I'LL ASK YOU TO KEEP IN MIND.

24        YOU WILL LEARN THAT SAMSUNG ACTUALLY SELLS PRODUCTS TO

25   APPLE FOR INCLUSION IN THE IPHONE AND THE IPAD, COMPONENTS.

1        YOU WILL LEARN THAT IT ACTUALLY SUPPLIES TWO OF THE

2    COMPONENTS THAT IT'S NOW ACCUSING OF INFRINGING.

3        SO LET ME PAUSE ON THAT FOR A SECOND.  SINCE 2010, SAMSUNG

4    HAS BEEN SELLING AND MAKING BILLIONS OF DOLLARS SELLING

5    COMPONENTS TO APPLE.  SINCE 2010, IT'S BEEN SELLING THESE TWO

6    COMPONENTS.  NEVER ONCE, BEFORE IT WAS ASKED TO STOP COPYING,

7    DID IT SAY, "WE'RE SELLING YOU THESE COMPONENTS, BUT YOU OUGHT

8    TO KNOW THERE'S A PATENT OUT THERE THAT'S GOING TO BE A

9    PROBLEM."  NEVER ONCE.

10       BUT THEN AFTER APPLE SAID, "WOULD YOU PLEASE STOP

11   COPYING," SAMSUNG SAID, "WE HAVE THIS PATENT.  WE PURCHASED IT.

12   THE COMPONENTS YOU'RE BUYING FROM US ARE NOW INFRINGING IT, AND

13   WE'D LIKE YOU TO PAY US."

14       THAT IS A QUESTION WE WILL ASK YOU TO BRING YOUR COMMON

15   SENSE TO BEAR ON WHEN YOU DECIDE THE CASE.

16       LET ME TURN QUICKLY TO THE OTHER PATENT, THE '239 PATENT.

17       THIS IS A PATENT WHERE SAMSUNG CLAIMS THAT THREE FEATURES

18   IN APPLE'S IPHONE, MAIL, MESSAGES, FACETIME, INFRINGE.  AS MANY

19   OF YOU MAY HAVE SEEN ON TV, SOME OF YOU ON YOUR OWN PHONES,

20   THAT ALLOWS YOU TO SEND E-MAIL, SEND TEXT MESSAGES, AND DO A

21   TWO-WAY VIDEO CALL ON FACETIME.

22       AGAIN, YOU'RE GOING TO HEAR FROM THE FOLKS WHO DESIGNED

23   THESE PRODUCTS AND MADE THESE INNOVATIONS.  YOU'LL HEAR FROM

24   TIM MILLET, WHO I'VE IDENTIFIED PREVIOUSLY, BUT YOU'LL ALSO

25   HEAR FROM ROBERTO GARCIA, WHO'S IN THE MIDDLE.  HE IS AN

```
1    ENGINEER WHO HELPED DEVELOP AND WILL DESCRIBE THE TIME AND

2    EFFORT AND INNOVATION THAT WENT INTO FACETIME.

3           PROFESSOR STORER WILL AGAIN TELL YOU JUST HOW DIFFERENT

4    THEY ARE.

5           LET ME EXPLAIN VERY QUICKLY HOW DIFFERENT THEY ARE.

6           THE '239 PATENT YOU WILL SEE DOES NOT DESCRIBE A

7    SMARTPHONE, DOES NOT DESCRIBE A TABLET COMPUTER.  AND CONTRARY

8    TO WHAT SAMSUNG WILL TELL YOU, IT IS NOT THE INVENTION OF

9    SENDING VIDEO OVER SLIDER.

10          INSTEAD IT DESCRIBES A VERY OLD DEVICE THAT HAD -- FOR

11   CAPTURING A VIDEO THAT HAD ALREADY BEEN TAKEN SOMEWHERE ELSE.

12   THIS IS AN INVENTION OF THE VCR BETAMAX DAYS IF ANY OF YOU ARE

13   AS OLD AS I AM AND CAN REMEMBER, RIGHT?

14          SOMEBODY ELSE HAS TO CAPTURE THE VIDEO.  YOU HAVE TO TAKE

15   THE VIDEO, THEN YOU HAVE TO CAPTURE IT.

16          THAT'S WHY, WHEN YOU LOOK AT THE CLAIMS AGAIN, AND I'LL

17   PUT THE CLAIM ON THE SCREEN, THIS CLAIM REQUIRES SOMETHING

18   CALLED A VIDEO CAPTURE MODULE.  THIS IS IN CLAIM 15, WHICH

19   SAMSUNG CLAIMS WE INFRINGE.

20          BUT WHAT YOU WILL LEARN IS THIS PATENT CAME INTO BEING AT

21   A TIME WHEN VIDEO WAS ANALOG, NOT DIGITAL, AND THE ONLY WAY TO

22   GET IT INTO A DIGITAL COMPUTER WAS TO HAVE SOMEONE TAKE IT,

23   RECORD IT, AND THEN CAPTURE IT ON THAT COMPUTER IN DIGITAL

24   FORM.

25          YOU WON'T HAVE TO GUESS AT IT BECAUSE THAT'S EXACTLY WHAT
```

1    THE PATENT DESCRIBES, AND I'M GOING TO SHOW YOU FIGURE 1 FROM

2    THE PATENT.

3         NOW, THE FOCUS OF CLAIM 15 IS THE GREEN REMOTE UNIT, AND

4    I'M GOING TO FOCUS ON THAT.  BUT WHAT THE PATENT WILL TELL YOU

5    IS THE VIDEO IS TAKEN FIRST BY THE VIDEO CAMERA, AND THEN IT'S

6    CAPTURED BY THE REMOTE UNIT, SOMETHING THAT YOU HAD TO DO 20

7    YEARS AGO, SOMETHING THAT YOU DON'T HAVE TO DO TODAY.

8         YOU WILL LEARN THAT THE INVENTORS ACTUALLY BUILT A

9    COMMERCIAL PRODUCT USING THE '239 PATENT.

10        NOW, AT THE TIME THIS WAS SOMETHING THAT WAS INTERESTING

11   AND SIGNIFICANT.  IT WAS USEFUL IN THE ERA OF BETAMAXES AND

12   VCR'S, AND THEY GOT AWARDS FOR IT, AND THIS IS THE PRODUCT THAT

13   THEY PUT ON THE MARKETPLACE.

14        IT IMPROVED THE LAPTOP THROUGH CELLULAR MODEMS AND THROUGH

15   CELL PHONES.  IT WEIGHED 28 POUNDS AND TOOK 16 MINUTES TO

16   TRANSMIT A 15 SECOND VIDEO CLIP.

17        BUT YOU WILL LEARN THAT THE IPHONE AND THE IPAD DON'T NEED

18   A VIDEO CAPTURE MODULE.  THEY DON'T NEED IT BECAUSE THEY'RE NOT

19   CAPTURING VIDEO TAKEN SOMEWHERE ELSE.  IN FACT, THE IPHONE AND

20   THE IPAD CAPTURE THE VIDEO, RECORD THE VIDEO THEMSELVES.

21   THERE'S NO NEED TO RECORD IT SOMEWHERE ELSE AND THEN CAPTURE IT

22   IN THE IPAD OR THE IPHONE.

23        FOR THAT REASON THE TECHNOLOGY IS FUNDAMENTALLY DIFFERENT.

24   THEY'RE OF DIFFERENT TIMES.  AND THE OLDER HARDWARE AND THE

25   OLDER TECHNOLOGY OF THIS PATENT IS SIMPLY NOT USED.

```
 1          SO LET ME RETURN -- WE'RE CLOSE TO THE END OF OUR

 2   OPENING -- TO THE CHRONOLOGY THAT MR. MCELHINNY STARTED WITH

 3   YOU ON.  HE STARTED WITH YOU ON THE YEARS OF INVESTMENT AND THE

 4   RISK THAT APPLE TOOK.

 5          HE TOLD YOU ABOUT -- AND IT'S HARD TO REMEMBER TODAY --

 6   ABOUT THE ENORMOUS RISK THAT APPLE TOOK AS A COMPANY, BUT ALSO

 7   AS PEOPLE, AND YOU WILL HEAR FROM SOME OF THESE PEOPLE, TO

 8   BRING TO THE WORLD DEVICES THAT WOULD FUNDAMENTALLY

 9   REVOLUTIONIZE COMMUNICATIONS.

10          THEY DID NOT KNOW WHETHER THEY WOULD BE A SUCCESS OR A

11   FAILURE.  THEY ONLY KNEW THAT THEY WERE TAKING A RISK.

12          BUT THAT RISK PAID OFF.  IT'S PAID OFF WELL.

13          YOU NOW KNOW THAT AFTER STEVE JOBS INTRODUCED THE IPHONE,

14   IT BECAME THE INVENTION OF THE YEAR.

15          AND WE KNOW THAT APPLE DID IT AGAIN WHEN APPLE INTRODUCED

16   THE IPAD THREE YEARS LATER.  IT, TOO, WAS AN ENORMOUS SUCCESS.

17          NOW, FOCUS ON THE TWO CLAIMS, THE TWO PATENTS THAT THEY'RE

18   NOW ASSERTING AGAINST US.  WHEN THIS STARTED, WHEN ALL THESE

19   DOCUMENTS THAT MR. MCELHINNY WAS SHOWING TO YOU WERE BEING

20   GENERATED, SAMSUNG SAID, OH, BY THE WAY, YOU'RE INFRINGING SOME

21   PATENTS.  HEY, YOU OUGHT TO STOP.  THERE ARE SOME PATENTS OUT

22   THERE THAT YOU'RE INFRINGING FOR THE IPHONE?  NO.  FOR THE

23   IPAD?  NO.  FOR THE IPOD TOUCH?  NO.

24          NOW, AT THAT MOMENT IN TIME, IN 2010, APPLE AND SAMSUNG

25   HAD A MAJOR BUSINESS RELATIONSHIP.  THEY STILL DO TODAY.
```

1          BUT APPLE'S INTELLECTUAL PROPERTY IS SO IMPORTANT THEY

2    COULD NOT STAND BY AND JUST LET SOMEONE TAKE IT.  IT COULD NOT

3    STAND BY WITHOUT RAISING ITS HAND AND SAYING, "STOP.  YOU NEED

4    TO STOP."

5          EVEN FOR ITS BUSINESS PARTNER, IT SAID, "PLEASE STOP."

6          AT THAT POINT IN TIME SAMSUNG HAD TWO CHOICES.

7          IT COULD DO WHAT A GOOD BUSINESS PARTNER WOULD DO AND IT

8    COULD HAVE STOPPED.

9          IT COULD HAVE INVESTED ITS OWN MONEY IN INVENTION AND

10   INNOVATION AND IT COULD HAVE COME OUT WITH ITS OWN PRODUCTS,

11   WITH ITS OWN INVENTIONS AND INNOVATIONS.

12         OR IT COULD HAVE REFUSED TO STOP COPYING.  IT COULD HAVE

13   CONTINUED TO BRING INFRINGING PHONES TO MARKET 37 MILLION

14   TIMES, AND IT COULD HAVE GONE OUT AND BOUGHT TWO PATENTS AND

15   SAID "YOU NOW INFRINGE.  BUT WE'RE NOT GOING TO ASK FOR MUCH

16   MONEY BECAUSE THE PATENTS AREN'T WORTH A WHOLE LOT."

17         NOW, WE ARE AT THE END OF OUR OPENING.  I WANT TO END

18   WHERE MR. MCELHINNY STARTED, BY THANKING YOU FOR YOUR TIME AND

19   ATTENTION ON BEHALF OF MR. MCELHINNY, ME, OUR COLLEAGUES, BUT

20   MOST OF ALL, BY APPLE AND THE EMPLOYEES AND THE INVENTORS AT

21   APPLE.

22         OVER THE NEXT FEW WEEKS, WE'LL BE ASKING YOU TO LISTEN

23   CAREFULLY TO A LOT OF EVIDENCE AND EVIDENCE THAT BEARS ON THE

24   ISSUE THAT HER HONOR INSTRUCTED YOU ON TODAY.

25         AT TIMES, IT WILL SEEM LIKE YOU'RE DRINKING WATER FROM A

1    FIREHOSE.

2         BUT IF WE DO OUR JOB, WE WILL MAKE THAT TECHNOLOGY AND

3    THAT EVIDENCE UNDERSTANDABLE TO YOU.

4         IF WE DO OUR JOB, YOU WILL KNOW WHO THE TRUE INVENTORS AND

5    INNOVATORS ARE.

6         IF WE DO OUR JOB, YOU WILL KNOW WHO THE COPIER IS.

7         IF WE DO OUR JOB, YOU WILL KNOW WHO THE INFRINGER IS.

8         AND, LADIES AND GENTLEMEN, IF WE DO OUR JOB AND WE FOCUS

9    YOU ON THE RISK THAT APPLE TOOK TO REVOLUTIONIZE THE WORLD, WE

10   WILL BRING YOU THE EVIDENCE TO DETERMINE WHAT PATENTS AND

11   INNOVATION ARE REALLY WORTH.

12        THANK YOU.

13        THE COURT:  OKAY.  TIME IS NOW 11:46.  WE'LL STOP AT

14   NOON.  OKAY?  THANK YOU.

15        MR. QUINN:  OKAY.  OPENING.

16        THE COURT:  11:47.  GO AHEAD, PLEASE.

17        MR. QUINN:  THANK YOU, YOUR HONOR.

18        **(MR. QUINN GAVE HIS OPENING STATEMENT ON BEHALF OF**

19   **DEFENDANTS.)**

20        MR. QUINN:  GOOD MORNING, FOLKS.  IT'S STILL MORNING.

21        WOW.  I CAN WONDER WHY SOME OF YOU MIGHT BE LOOKING A

22   LITTLE SIDEWAYS AT ME RIGHT NOW AFTER HEARING THAT PRESENTATION

23   OF APPLE'S CASE FROM TWO VERY SKILLED LAWYERS.

24        BUT DURING JURY SELECTION, YOU PROMISED US THAT YOU'D KEEP

25   AN OPEN MIND UNTIL YOU HEARD ALL THE EVIDENCE, AND I'M SURE

1    THAT YOU APPRECIATE THAT YOU'VE ONLY HEARD A SMALL PART OF THE

2    STORY AT THIS POINT.

3           SO I'D LIKE TO TALK TO YOU ABOUT SOME IMPORTANT FACTS THAT

4    NEITHER MR. MCELHINNY NOR MR. LEE SPOKE ABOUT IN THEIR

5    STATEMENTS TO YOU.

6           BEFORE I SIT DOWN, I'M GOING TO PROVE TO YOU, DURING THE

7    COURSE OF THIS TRIAL, WE WILL PROVE TO YOU THAT, YES, APPLE IS

8    A GREAT COMPANY, BUT THEY DON'T OWN EVERYTHING.  THEY DON'T OWN

9    THE ONLY WAY TO SEARCH ON PHONES.  THEY DON'T OWN THE ONLY WAY

10   TO SYNC.  THEY DON'T OWN THE ONLY WAY TO HAVE AN UNLOCK SCREEN

11   ON A PHONE.

12          WE WILL PROVE TO YOU THAT THEY VASTLY OVERSTATED THE

13   SCOPES OF THOSE PATENT CLAIMS AND THAT THEY'RE COUNTING ON YOU

14   TO BE CONFUSED AND NOT UNDERSTAND THAT, YES, INDEED, THESE ARE

15   VERY, VERY NARROW SOFTWARE CLAIMS THAT COVER ONE ABILITY, ONE

16   WAY TO DO SOMETHING THAT A LOT OF DIFFERENT COMPANIES DO

17   DIFFERENT WAYS.

18          AND WE WILL PROVE TO YOU -- RIGHT NOW I'M JUST GOING TO BE

19   BLUNT RIGHT NOW.  THEIR REQUEST, THEY FINALLY SAID THE WORD,

20   THEY FINALLY -- I WAS WAITING.  I WAS WONDERING WHETHER THEY

21   WOULD SAY IT TO YOU, THE "B" WORD, BILLIONS.

22          AND THEY PUT THAT NUMBER OUT THERE TO PUT IT IN YOUR HEADS

23   SO THAT THAT'S THE DAMAGES HORIZON THAT YOU'RE THINKING OF.

24          FOLKS, I'LL PROVE TO YOU IN MY OPENING STATEMENT THAT THAT

25   IS A GROSS, GROSS EXAGGERATION AND AN INSULT TO YOUR

1    INTELLIGENCE.

2          AS APPLE TOLD YOU, THE IPHONE WAS INNOVATIVE BACK IN 2007.

3    IT WAS THE INVENTION OF THE YEAR ALL THOSE YEARS AGO BACK IN

4    2007.

5          BUT THIS CASE IS REALLY NOT ABOUT THAT IPHONE OR ANY

6    IPHONES THAT COME AFTER IT.  APPLE ADMITS, THE JUDGE HAS

7    INSTRUCTED YOU, I'M SURE IT WENT PAST YOU BECAUSE IT WAS SO

8    QUICK, THE PRELIMINARY INSTRUCTIONS AND MR. MCELHINNY

9    ACKNOWLEDGED IT, APPLE ADMITS THAT THREE OF THE FIVE PATENT

10   CLAIMS THAT IT IS SUING ON WERE NOT IN THAT IPHONE AND HAVE

11   NEVER BEEN IN ANY IPHONE SINCE.  APPLE DOESN'T CONSIDER IT

12   VALUABLE ENOUGH TO EVEN USE.

13         THERE'S A FOURTH ONE, SLIDE TO UNLOCK THAT IN THEIR LATEST

14   PRODUCTS OPERATING SYSTEM, IOS 7, THEY'VE ABANDONED ALSO.

15   WE'LL PROVE THAT TO YOU AS WELL.

16         THIS CASE REALLY IS NOT -- ALSO IT'S NOT ABOUT SAMSUNG

17   COPYING APPLE.

18         THE FEATURES THAT APPLE ACCUSES IN THIS CASE ARE ALL

19   SOFTWARE FEATURES, SOFTWARE THAT RUNS ON THE SMARTPHONES AND

20   TABLETS OF MANY, MANY COMPANIES IN THE WORLD.

21         APPLE AGREES, APPLE AGREES THAT THAT SOFTWARE AND THOSE

22   FEATURES WERE PUT ON THAT SOFTWARE -- OR THOSE FEATURES WERE

23   PUT IN THAT SOFTWARE THAT'S USED BY MANY DIFFERENT COMPANIES BY

24   ENGINEERS, SOFTWARE ENGINEERS AT ANOTHER COMPANY, NOT BY

25   SAMSUNG.  AND I'M NOT POINTING THE FINGER AS THEY'VE SAID.

1          WE'LL PROVE TO YOU THAT, IN FACT, THE ENGINEERS AT THAT

2     OTHER COMPANY DID INDEPENDENTLY DEVELOP THOSE SOFTWARE

3     FEATURES, AND THEY DID NOT COPY APPLE.

4          LET ME SHOW YOU WHAT I MEAN.  THIS IS ONE OF THE PHONES

5     THAT'S ACCUSED IN THIS CASE.  IT'S A SAMSUNG PHONE.  IT'S

6     CALLED THE SAMSUNG GALAXY NEXUS.  YOU CAN SEE THAT IT'S JOINT

7     EXHIBIT 29K FOR THE RECORD.  THIS CAME OUT IN DECEMBER 2011, A

8     LITTLE BIT MORE THAN TWO YEARS AGO.

9          SAMSUNG ENGINEERED ALL THE HARDWARE ON THIS PHONE, EVERY

10    BIT OF IT, AND IT OFFERS, THIS PHONE OFFERS CONSUMER,

11    SMARTPHONE USERS, MANY THINGS THAT THE IPHONE DOESN'T JUST IN

12    TERMS NOW OF THE HARDWARE.

13         IT HAS A -- YOU CAN'T SEE IT VERY WELL, BUT IT HAS KIND OF

14    A CURVED SHAPE TO IT.  IT FITS VERY WELL IN THE HAND.

15         IT HAS A 4.65 INCH SCREEN, WHICH IS LARGE -- A THIRD

16    LARGER THAN, YOU KNOW, THE SAMSUNG -- THE IPHONE SCREEN WAS AT

17    THE TIME THIS CAME OUT.  IT'S LARGER THAN ANY SCREEN ON ANY

18    IPHONE TO THIS DAY.

19         IT HAS A REALLY, A HIGH DEFINITION, VERY, VERY CLEAR

20    SCREEN, A SUPER AMOLED SCREEN WHICH IS CLEAR.  YOU CAN SEE

21    THINGS BETTER IN BRIGHT LIGHT.

22         IT'S GOT A BATTERY IN IT THAT'S SWAPPABLE.  YOU CAN BUY AN

23    EXTRA BATTERY AND SWAP IT OUT WHENEVER YOU WANT.  YOU DON'T

24    HAVE TO TAKE YOUR PHONE BACK TO THE STORE TO REPLACE THE

25    BATTERY.

DEFENDANTS' OPENING STATEMENT

1    IT HAS SOMETHING CALLED NEAR FIELD COMMUNICATIONS, REALLY

2    COOL.  WITH A COMPATIBLE PHONE, YOU CAN CLICK THEM TOGETHER AND

3    TRANSFER FILES, INFORMATION, DATA, PHOTO FILES.

4    IT USES THE VERY HIGH SPEED FOR 4G LTE NETWORK, WHICH

5    WASN'T INTRODUCED ON THE IPHONE UNTIL MUCH TIME LATER.  THIS

6    CAME OUT WITH A FASTER NETWORK SPEED.

7    THE TRUTH OF THE MATTER IS, PEOPLE AT SAMSUNG ARE VERY

8    PROUD OF THE HARDWARE THAT THEY DEVELOPED.  THEY BUILT THE BEST

9    SMARTPHONES AND HARDWARE IN THE WORLD.

10    AND TECHNOLOGY REVIEWERS NOTICED WHAT SAMSUNG HAS ACHIEVED

11    WITH ITS PHONES.

12    HERE'S ONE UP HERE FROM "LAPTOP MAGAZINE."  YOU CAN SEE

13    WHAT IT SAYS.  THE BEST HD SCREEN ON THE MARKET.

14    "WIRED MAGAZINE," THE BEST ANDROID PHONE TO DATE.  THE

15    TRUEST REPRESENTATION OF ANDROID.

16    YOU'RE GOING TO LEARN IN THIS CASE THAT WHAT -- WHY DO

17    PEOPLE BUY PHONES?  THEY WANT YOU TO BELIEVE WHAT THEY ARE

18    TRYING TO SELL YOU IN THIS CASE IS THAT PEOPLE BUY PHONES

19    BECAUSE OF FIVE, YES, SMALL SOFTWARE FEATURES, PARTICULAR WAYS

20    OF ACCOMPLISHING THINGS LIKE SYNCING AND SEARCHING.

21    THAT'S WHAT THEY WANT YOU TO BELIEVE.

22    AND THAT BECAUSE OF THOSE FIVE SOFTWARE FEATURES, PEOPLE

23    BOUGHT A LOT MORE SAMSUNG PHONES, AND INSTEAD, IF SAMSUNG

24    DIDN'T HAVE THEM, PEOPLE WOULD HAVE BOUGHT A LOT MORE IPHONES.

25    BUT YOU'LL LEARN THAT IT IS THESE FEATURES THAT I SHOWED

1    YOU ON THIS PHONE, HARDWARE FEATURES, AND OTHERS LIKE IT THAT

2    CAUSED CONSUMERS TO BUY THIS PRODUCT, THINGS LIKE A HIGH

3    QUALITY SCREEN, A HIGH QUALITY CAMERA, CONNECTIVITY, BATTERY

4    LIFE, WEIGHT, SHAPE, THINGS LIKE THAT.

5         THESE ARE THE REASONS, NOT THESE PARTICULAR VARIANTS IN

6    BACKGROUND OF SOFTWARE FEATURES THAT YOU CAN'T EVEN SEE, THE

7    THINGS THAT THEY ARE SUING SAMSUNG OVER.

8         NOW, ALL OF THIS HARDWARE IN THE NEXUS WAS CREATED BY

9    SAMSUNG.  EVERY BIT OF IT.

10        AND THEY'RE SUING OVER THIS.

11        IT DOES NOT ACCUSE -- APPLE DOES NOT ACCUSE ANY OF THAT

12   HARDWARE OF INFRINGING ANY OF ITS RIGHTS, AND MR. MCELHINNY

13   SHOWED YOU A SCREEN OF A NUMBER OF SAMSUNG PRODUCTS.  NONE OF

14   THOSE ARE ACCUSED.  NONE OF THAT HARDWARE.  NONE OF THE SHAPES

15   THAT YOU SEE THERE.  NONE OF THOSE ARE ACCUSED IN THIS CASE OF

16   INFRINGING ANY OF THE RIGHTS.

17        YOU MIGHT BE SURPRISED TO LEARN ONE UNDISPUTED FACT.  NOT

18   A SINGLE SOFTWARE FEATURE IN THIS NEXUS PHONE, WHICH I'M

19   HOLDING IN MY HAND, WAS CONCEIVED BY SAMSUNG, WAS DEVELOPED BY

20   SAMSUNG, OR WAS CODED BY SAMSUNG.  NOT ONE OF THE ACCUSED

21   FEATURES ON THIS PHONE WHICH BRINGS US ALL HERE TODAY WAS

22   DESIGNED, MUCH LESS COPIED, BY ANYONE AT SAMSUNG.

23        THE ACCUSED FEATURES ON THIS PHONE WERE DEVELOPED

24   INDEPENDENTLY BY SOME OF THE MOST SOPHISTICATED AND CREATIVE

25   MINDS IN THE SMARTPHONE INDUSTRY, THE SOFTWARE ENGINEERS AT

DEFENDANTS' OPENING STATEMENT

1    GOOGLE UP THE ROAD IN MOUNTAIN VIEW, WHO CREATED THE ANDROID

2    OPERATING SYSTEM USED BY ALL SMARTPHONE ENGINEERS, MEMBERS OF

3    THE JURY, EXCEPT FOR APPLE, USED BY ALL HARDWARE COMPANIES, ALL

4    HANDSET MANUFACTURERS, EXCEPT FOR APPLE.  IN THE WAY THAT MOST

5    P.C. MAKERS USE THE MICROSOFT WINDOWS OPERATING SYSTEM, ALMOST

6    ALL, EVERYBODY BUT APPLE, IN THE SMARTPHONE INDUSTRY USES

7    ANDROID SOFTWARE, NOT JUST SAMSUNG.

8         AND IN THIS TRIAL, YOU WILL HEAR FROM THOSE GOOGLE

9    ENGINEERS.  AND MR. MCELHINNY SAID WE'RE GOING TO POINT THE

10   FINGER AT GOOGLE.  WE'RE NOT GOING TO POINT THE FINGER AT

11   GOOGLE.  GOOGLE DIDN'T COPY.  THOSE GOOGLE ENGINEERS, WHO YOU

12   WILL HEAR FROM IN THIS TRIAL, WILL EXPLAIN TO YOU HOW THEY

13   INDEPENDENTLY DEVELOPED THIS SOFTWARE WITHOUT COPYING.

14        THIS CASE IS REALLY NOT ABOUT THESE FIVE MINOR SOFTWARE

15   FEATURES AND PATENT CLAIMS THAT APPLE IS ASSERTING.  IT'S NOT

16   ABOUT THEM CAUSING PEOPLE NOT TO BUY IPHONES AND INSTEAD TO BUY

17   SAMSUNG PHONES.

18        IPHONE DOESN'T EVEN USE FOUR OUT OF THESE FIVE FEATURES.

19        SMARTPHONES INVOLVE HUNDREDS OF DIFFERENT FEATURES, SOME

20   OF THEM BIG, SOME OF THEM SMALL.

21        YOUR COMMON SENSE -- AND SEVERAL EXPERTS WHO WILL COME IN

22   AND TESTIFY AND WILL TELL YOU THAT CONSUMERS DON'T CHOOSE ONE

23   PHONE OVER ANOTHER BECAUSE OF THE PARTICULAR WAY WORD

24   CORRECTION SUGGESTIONS ARE PRESENTED ON THE SCREEN, WHICH IS

25   WHAT THEIR PATENT COVERS.  THERE'S A LOT OF DIFFERENT WAYS TO

1    DO THAT.

2         THEY DON'T BUY A PHONE BECAUSE OF THE PARTICULAR WAY THAT

3    THE SOFTWARE SYNCS IN BACKGROUND.  THERE'S MORE THAN ONE WAY TO

4    DO THAT.

5         OR THE PARTICULAR DESIGN OF THE UNLOCK SCREEN.  THAT'S NOT

6    WHY CONSUMERS BUY PRODUCTS.

7         APPLE'S CLAIMS ARE ALL THAT NARROW.  APPLE DOES THIS, TOO,

8    FOLKS.  WE'LL SHOW YOU, WE WILL SHOW YOU APPLE'S REAL WORLD

9    RESEARCH THAT THEY DO.  THEY KNOW WHY PEOPLE BUY PHONES.  THEY

10   GO OUT AND THEY DO RESEARCH.  THEY SURVEY THEM.  AND THEIR OWN

11   REAL WORLD RESEARCH THAT THEY DO FOR BUSINESS EVERY SINGLE, YOU

12   KNOW, EVERY DAY, OR HOWEVER OFTEN THEY DO IT, NOT FOR COURT

13   CASES, NOT FOR HIRED EXPERTS, NOT FOR LAWYERS, BUT WHAT THEY DO

14   IN THEIR BUSINESS SHOWS THAT PEOPLE DON'T BUY -- THEY DON'T

15   EVEN ASK SMARTPHONE PURCHASERS, IPHONE PURCHASERS, DID YOU BUY

16   IT FOR THIS FEATURE OR DID YOU BUY IT FOR THAT FEATURE?  THEY

17   KNOW THEY DON'T.  THEY KNOW THAT'S NOT WHAT MATTERS, AND WE'LL

18   SHOW THAT TO YOU FROM APPLE'S OWN SURVEYS.

19        YET APPLE IS HERE LITERALLY SEEKING BILLIONS OF DOLLARS

20   FOR PARTICULAR SOFTWARE CONFIGURATIONS THAT ARE UNDER THE HOOD

21   IN THE PHONE THAT MOST CONSUMERS ARE NOT EVEN AWARE THAT IT'S

22   THERE, AND THEY WANT TO TAKE THAT BIG NUMBER NOT ONLY TO THE

23   BANK, NOT ONLY TO THE BANK, BUT TO GET AN ORDER SAYING THAT

24   NONE OF THESE PHONES CAN BE SOLD IN THE UNITED STATES ANYMORE.

25   IT'S AN ATTACK ON ANDROID.  IT'S AN ATTACK, IT'S AN ATTACK --

```
 1            MR. MCELHINNY:  OBJECTION, YOUR HONOR.  THIS IS

 2   ARGUMENT.

 3            THE COURT:  OVERRULED.  OVERRULED.

 4            MR. QUINN:  IT'S THE TRUTH.  IT'S AN ATTACK AN

 5   ANDROID, AND THAT'S WHAT THIS CASE IS.

 6            EVEN THOUGH MOST OF THESE PATENT CLAIMS ARE NOT VALUABLE

 7   ENOUGH FOR APPLE TO USE ITSELF, IT CLAIMS THAT ANDROID USES

 8   THEM AND THAT THIS CAUSES CUSTOMERS TO BUY SAMSUNG PHONES.  AND

 9   IF SAMSUNG DIDN'T HAVE THESE FEATURES, THEY'D SELL MORE APPLE

10   PHONES EVEN THOUGH A CUSTOMER LOOKING FOR FOUR OF FIVE OF THESE

11   FEATURES COULDN'T FIND THEM IN AN APPLE PHONE, THEY DON'T USE

12   THEM.

13            AS TO THREE OF THEM, THAT'S UNDISPUTED.

14            SLIDE TO UNLOCK, WE'LL PROVE THAT TO YOU.

15            THE ONLY WAY THAT APPLE CAN MAKE THIS CLAIM FOR BILLIONS

16   OF DOLLARS IS -- WHICH CONFLICTS WITH ALL THE REAL WORLD

17   EVIDENCE YOU'RE GOING TO SEE -- IS TO COME UP WITH A STUDY

18   WHICH THEY DID SPECIALLY FOR YOU BY THE MAN WHOSE NAME WAS

19   INTRODUCED TO YOU, DR. JOHN HAUSER.  AND I'M GOING TO SPEND

20   SOME TIME TALKING WITH YOU THIS AFTERNOON ABOUT DR. HAUSER AND

21   THE SURVEY, AND I WILL SHOW YOU THAT STUDY.

22            WHAT THIS CASE IS REALLY ABOUT IS APPLE TRYING TO LIMIT

23   CONSUMER CHOICE AND TO GAIN AN UNFAIR ADVANTAGE OVER ITS ONE

24   MAJOR COMPETITOR, GOOGLE'S ANDROID, A COMPETITOR THAT HAS

25   PASSED APPLE IN SOME RESPECTS.
```

1          DON'T GET ME WRONG, APPLE IS AN AMAZINGLY INNOVATIVE

2     COMPANY.

3          BUT IN SOME RESPECTS YOU'LL SEE GOOGLE'S ANDROID HAS

4     PASSED APPLE.

5          AND IN THIS CASE, APPLE HAS SUED -- THIS IS WHAT'S GOING

6     ON HERE -- THE BIGGEST USER OF GOOGLE'S ANDROID SOFTWARE AND

7     THE MOST SUCCESSFUL MANUFACTURER OF ANDROID PHONES, SAMSUNG, TO

8     TRY TO PREVENT IT FROM SELLING PHONES WITH THAT LEADING ANDROID

9     SOFTWARE AND TO GET THE PROFITS THAT SAMSUNG HAS EARNED SELLING

10    ANDROID PHONES.

11         IT IS TRYING TO GAIN FROM YOU IN THIS COURTROOM WHAT IT

12    HAS LOST IN THE MARKETPLACE.

13         YOUR HONOR, WOULD THIS BE A GOOD PLACE TO BREAK?

14          THE COURT:  IT'S 12:01.  LET'S GO AHEAD AND BREAK FOR

15     LUNCH.  WE'LL SEE EVERYONE BACK AT 1:00 O'CLOCK.

16         PLEASE DON'T RESEARCH OR DISCUSS THE CASE.

17         THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE.

18         (JURY OUT AT 12:02 P.M.)

19          THE COURT:  THE JURORS HAVE LEFT THE COURTROOM.

20    THANK YOU.

21         (THE LUNCH RECESS WAS TAKEN FROM 12:02 P.M. TO 12:59 P.M.)

22

23

24

25

1                            **AFTERNOON SESSION**

2          (JURY OUT AT 12:59 P.M.)

3              THE COURT:  WELCOME.  TAKE A SEAT, PLEASE.  I

4     UNDERSTAND THERE'S A SEALING ISSUE.  IS THAT RIGHT?  IS THERE

5     AN ISSUE?

6              MR. MCELHINNY:  THERE IS, YOUR HONOR.

7              THE COURT:  OH, OKAY.

8              MR. SELWYN:  GOOD AFTERNOON, YOUR HONOR.  WITH THE

9     FIRST WITNESS THIS AFTERNOON --

10             THE COURT:  YES.

11             MR. SELWYN:  -- MR. SCHILLER, SAMSUNG, WE UNDERSTAND,

12    EXPECTS TO USE CERTAIN CONFIDENTIAL BUSINESS INFORMATION OF

13    APPLE THAT DISCUSSES FUTURE BUSINESS STRATEGY, CAPACITY

14    INFORMATION, FINANCIAL INFORMATION.

15         OUR SUGGESTION TO SAMSUNG WAS THAT WE HANDLE THOSE

16    DOCUMENTS MUCH THE WAY WE'VE HANDLED SOURCE CODE IN THE PAST,

17    WHICH IS SHOW IT TO THE JURY AND COUNSEL, NOT PUT IT UP ON THE

18    SCREEN, AND HAVE COUNSEL REFER TO LINES OF THE DOCUMENT RATHER

19    THAN READING ALOUD THE DOCUMENTS TO THE PUBLIC.

20         THAT WOULD BE ACCEPTABLE TO APPLE, THAT'S WHAT WE'VE DONE

21    IN THE PAST, AND THEN APPLE WOULD MOVE TO SEAL THE DOCUMENT.

22         WE UNDERSTAND THAT THERE ARE PORTIONS OF CERTAIN DOCUMENTS

23    THAT SAMSUNG WOULD LIKE TO READ ALOUD THAT RELATE TO

24    CONFIDENTIAL BUSINESS INFORMATION OF APPLE'S CONCERNING FUTURE

25    STRATEGY.

1          IF SAMSUNG INTENDS TO DO THAT, THAT'S AN ISSUE FOR US.

2     THESE ARE DOCUMENTS THAT SAMSUNG HAS NEVER SEEN BEFORE.

3     SAMSUNG IS NOT ENTITLED TO SEE, VERY SENSITIVE INFORMATION

4     ABOUT APPLE'S ROADMAP AND FUTURE PRODUCT STRATEGY.

5          THE COURT:  ALL RIGHT.  SO YOUR REQUEST IS THAT WE,

6     WHAT, SEAL THE COURTROOM?  I WOULD LIKE TO USE THE PROCEDURE

7     WE'VE USED IN THE PAST AND I DON'T SEE WHY A PARTICULAR PIECE

8     OF INFORMATION HAS GOT TO BE STATED OUT LOUD.  I DON'T WANT TO

9     MOVE ALL THESE PEOPLE OUT TO THE HALLWAY.

10         MR. SELWYN:  THAT IS OUR STRONG PREFERENCE AS WELL,

11    TO DO IT AS WE'VE DONE IN THE PAST, REFERRING THE WITNESS TO

12    PARTICULAR PORTIONS OF THE DOCUMENT, ASKING THE QUESTIONS ABOUT

13    THOSE PORTIONS, BUT NOT READING IT ALOUD AND NOT PUTTING IT UP

14    ON THE SCREEN.

15         MR. PRICE:  THE REASON, YOUR HONOR, THE REASON THEY

16    WANT TO DO THAT IS SO THAT WE CAN'T DO AN EFFECTIVE

17    CROSS-EXAMINATION.

18       THESE DOCUMENTS DON'T HAVE ANYTHING TO DO --

19         THE COURT:  JUST LET ME SEE THE DOCUMENTS.

20         MR. PRICE:  SURE.

21         THE COURT:  PLEASE.

22         MR. PRICE:  I'LL GIVE YOU AN EXAMPLE.  I'LL SHOW TO

23    YOU EXHIBIT 411.  IT'S AN EXAMPLE.  THEY'RE NOT GOING TO SAY OR

24    SHOW ANY OF THE NUMBERS IN THE DOCUMENT.

25         MR. SELWYN:  YOUR HONOR, 411 IS AN IPHONE REVIEW FROM

1     THE SPRING OF LAST YEAR.  IF YOU LOOK AT, BEGINNING AT PAGES

2     '678 AND -9, THERE'S DISCUSSION ABOUT CARRIER SUBSIDIES,

3     SPECIFIC CARRIER SUBSIDIES.

4         WE GET INTO FROM 13, 14, AND THEN MOST OF THE REMAINDER OF

5     THE DOCUMENT, 21, 22, 18 AND 19, 26 THROUGH 32, 36 THROUGH 39

6     AS FINANCIAL FORECASTS, DISCUSSIONS ABOUT SELLING --

7             THE COURT:  OKAY.  I'M SORRY TO INTERRUPT YOU.  I

8     HAVE A JURY WAITING.

9         SO JUST GIVE ME THE PAGE NUMBERS THAT ARE IN DISPUTE, AND

10    I'M GOING TO GIVE YOU A RULING, NOT RIGHT NOW, AND WE'RE GOING

11    TO GO AHEAD WITH THIS OPENING STATEMENT.

12        OKAY.  SO WHAT ARE THE NUMBERS IN DISPUTE?  I'LL TAKE A

13    LOOK, AND I'LL LET YOU KNOW WHAT MY RULING IS BEFORE

14    MR. SCHILLER TESTIFIES.

15            MR. SELWYN:  THANK YOU.

16            THE COURT:  WHAT ARE THE PAGE NUMBERS THAT ARE IN

17    DISPUTE?

18            MR. PRICE:  I CAN MAKE IT EASIER BY TELLING YOU THE

19    PAGES I WOULD USE.

20            THE COURT:  OKAY.

21            MR. PRICE:  IT'S IN A DOCUMENT LIKE THIS, THE VERY

22    SAME INFORMATION.

23            THE COURT:  NO, NO.  I WANT TO SEE THE DOCUMENT YOU

24    WANT TO USE.  I WANT TO SEE THE PAGES THAT ARE IN DISPUTE.  I

25    DON'T WANT IT'S LIKE THIS KIND OF REPRESENTATION.

1          MR. PRICE:  413, 413 THEN, YOUR HONOR.

2          THE COURT:  413.  YOU MEAN DX 413?

3          MR. PRICE:  YES, YOUR HONOR, DX 413.

4          THE COURT:  AND ANY PARTICULAR PAGES, OR THE WHOLE

5     THING.

6          MR. PRICE:  YES.  IN PARTICULAR, YOUR HONOR, PAGE 8.

7          THE COURT:  OKAY.  ALL RIGHT.  WHAT ELSE?

8          MR. PRICE:  PAGE 14.

9          THE COURT:  ALL RIGHT.  PAGE 8, I'M NOT GOING TO

10    ALLOW YOU TO DO THIS OPEN.  THESE ARE PROJECTIONS FOR FUTURE.

11         MR. PRICE:  NO.  THESE ARE CURRENT, YOUR HONOR.

12         THE COURT:  WHEN IS YOUR FISCAL YEAR?  WHEN DOES

13    APPLE'S FISCAL YEAR BEGIN AND END?

14         MR. SELWYN:  OCTOBER IS THE END OF THE FISCAL YEAR.

15         THE COURT:  SO IT RUNS FROM NOVEMBER TO OCTOBER?

16         MR. SELWYN:  CORRECT.

17         THE COURT:  SO ARE YOU IN FISCAL YEAR 2014 OR 2013?

18    OR WHAT'S YOUR CURRENT FISCAL YEAR RIGHT NOW?

19         MR. SELWYN:  2014.

20         THE COURT:  OKAY.  SO YOU WANT PAGE 8.  WHAT ELSE?

21         MR. PRICE:  PAGE 14.

22         THE COURT:  OKAY.

23         MR. PRICE:  AND PAGE 46.

24         THE COURT:  OKAY.  IS THAT IT?  IS THERE ANY OTHER

25    DISPUTE?

```
 1              MR. PRICE:  ONE MOMENT, YOUR HONOR.

 2              MR. SELWYN:  YOUR HONOR, THE PARTIES JUST -- WE MET

 3     AND CONFERRED FOR A LENGTHY AMOUNT OF TIME ABOUT AN ENTIRELY

 4     DIFFERENT DOCUMENT, WHICH IS THE ONE THAT WE HAD BEEN TOLD THAT

 5     THEY WERE GOING TO USE.

 6         SO THESE THREE PAGES ARE NEW TO US AND HAVEN'T BEEN

 7     DISCUSSED SPECIFICALLY BEFORE.

 8              MR. PRICE:  THEY'RE IN THE OTHER DOCUMENT AS WELL.

 9              THE COURT:  OKAY.  WHAT HAPPENED?  I RULED ON THE

10     OBJECTIONS THAT YOU ALL FILED YESTERDAY DURING LUNCH AND LAST

11     NIGHT.  SO WHY AM I GETTING HIT WITH THIS WHEN I HAVE A JURY

12     WAITING FOR AN OPENING STATEMENT?

13         DID YOU CHANGE YOUR MIND --

14              MR. PRICE:  NO.

15              THE COURT:  -- AS TO WHAT EXHIBIT YOU WANTED TO USE?

16              MR. PRICE:  OH, NO, YOUR HONOR.  THESE WERE

17     DISCUSSED.

18              MR. SELWYN:  YOUR HONOR, WE'VE BEEN DISCUSSING THIS

19     FOR THREE DAYS AND TRYING TO GET SPECIFICITY ABOUT WHAT WILL BE

20     OFFERED.

21         THIS IS THE FIRST TIME WE'VE HEARD ABOUT THESE THREE PAGES

22     IN PARTICULAR, AND WE'VE BEEN ASKING TO UNDERSTAND WHAT PAGES

23     WOULD BE USED.

24         WE WERE DISCUSSING BEFORE EXHIBIT 411.  WE MAY BE ABLE TO

25     RESOLVE THESE THREE PARTICULAR PAGES.  THIS IS THE FIRST TIME
```

```
 1      WE'RE HEARING ABOUT THESE.

 2              THE COURT:  ALL RIGHT.  WELL, WE'RE GOING FORWARD

 3      WITH AN OPENING STATEMENT.  I'M NOT HAVING THIS JURY WAIT ANY

 4      LONGER.

 5          SO WHY DON'T YOU MEET AND CONFER, AND LET ME KNOW IF YOU

 6      STILL HAVE A PROBLEM.  OTHERWISE I'LL GIVE YOU MY RULING ON

 7      THESE THREE DOCUMENTS.  OKAY.

 8              MR. SELWYN:  THANK YOU.

 9              THE COURT:  BUT I'M GOING TO KEEP THIS BINDER.

10              MR. PRICE:  THANK YOU, YOUR HONOR.

11              THE COURT:  AND IN THE FUTURE, I WANT YOUR SEALING

12      OBJECTIONS IN THE OBJECTIONS THAT YOU'RE FILING, OKAY?

13          SO WHEN YOU IDENTIFY AN EXHIBIT THAT YOU INTEND TO USE,

14      YOU NEED TO IDENTIFY THE PAGE NUMBERS, OKAY?

15              MR. PRICE:  I HEAR YOU, YOUR HONOR.

16              THE COURT:  ALL RIGHT.  THANK YOU.

17          (JURY IN AT 1:06 P.M.)

18              THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

19      SEAT.

20          MR. QUINN, IF YOU WOULD PLEASE CONTINUE.

21              MR. QUINN:  THANK YOU, YOUR HONOR.

22              THE COURT:  THE TIME IS NOW 1:07.  GO AHEAD, PLEASE.

23              MR. QUINN:  THANK YOU, YOUR HONOR.

24          BEFORE LUNCH I SHOWED YOU THIS NEXUS PHONE, WHICH IS ONE

25      OF THE ACCUSED PHONES HERE.  AS I TOLD YOU, ALL THE HARDWARE IN
```

DEFENDANTS' OPENING STATEMENT

1      HERE IS MADE BY SAMSUNG.  NONE OF THE SOFTWARE.  IT'S PURE

2      ANDROID.

3           THERE ARE SOME PHONES, SOME SAMSUNG PHONES WHERE THE

4      ANDROID SOFTWARE IS SLIGHTLY MODIFIED BY SAMSUNG WHEN WE GET IT

5      AND PUT IT IN THE PHONE.

6           BUT JUST SO YOU KNOW, APPLE'S POSITION IS THAT THOSE

7      MODIFICATIONS DON'T MAKE ANY DIFFERENCE, THAT THE MONEY IS OWED

8      ANYWAY.

9           SO THIS IS REALLY ABOUT APPLE VERSUS GOOGLE'S ANDROID, AND

10     I WANT TO TALK TO YOU A LITTLE BIT ABOUT THAT COMPETITION.  AND

11     I'M GOING TO -- AND WHAT THE EVIDENCE IS GOING TO SHOW ABOUT

12     THAT COMPETITION AND ABOUT WHAT APPLE HAS CALLED IN ITS OWN

13     INTERNAL E-MAILS THE INNOVATOR'S DILEMMA.

14          NOW, THE INNOVATOR'S DILEMMA IS ACTUALLY A PRETTY WELL

15     UNDERSTOOD CONCEPT IN ACADEMIC RESEARCH AND TECHNOLOGY.  THE

16     INNOVATOR'S DILEMMA OCCURS WHEN, AND THESE ARE APPLE'S WORDS,

17     THEY'RE STEVE JOBS' WORDS, WHEN A MARKET LEADER HANGS ON TO AN

18     OLD PARADIGM FOR TOO LONG.  AND WHEN THAT HAPPENS, WHEN A

19     MARKET LEADER HANGS ON TO AN OLD PARADIGM FOR TOO LONG, IT

20     BECOMES VULNERABLE TO INNOVATION BY OTHERS.

21          APPLE WAS AN INNOVATOR, BUT IN 2011, THERE WAS ANOTHER

22     COMPANY THAT GOT INTO THE SMARTPHONE WORLD, WHICH WAS ALSO VERY

23     INNOVATIVE, AND THAT'S GOOGLE.

24          WE ALL KNOW GOOGLE.  I DON'T NEED TO SPEND MUCH TIME

25     INTRODUCING GOOGLE TO YOU.  IT STARTED AS A SEARCH COMPANY

1     HERE, TWO GUYS, STANFORD UNIVERSITY, IN A GARAGE.  I THINK MANY

2     OF YOU KNOW THE STORY.

3         IT STARTED OUT DOING SEARCH, BUT NOW SO MANY DIFFERENT

4     APPLICATIONS, HUNDREDS OF PEOPLE USE IT EVERY DAY, MAPS, GPS,

5     YOUTUBE, GOOGLE DOC, GOOGLE VOICE, GOOGLE NEWS.  LOTS OF

6     DIFFERENT THINGS WHICH PEOPLE FIND VERY, VERY USEFUL IN THEIR

7     EVERY DAY LIVES.

8         THEY HAVE THE FINEST SOFTWARE ENGINEERS IN THE WORLD.  IT

9     SEEMS ON LINE THEY CAN DO JUST ABOUT ANYTHING.  THEY DON'T NEED

10    TO COPY PEOPLE.  THEY DON'T NEED TO COPY APPLE.

11        LET ME TELL YOU ABOUT THE ANDROID STORY AND HOW THE

12    DEVELOPMENT OF THE ANDROID OPERATING SYSTEM HAPPENED AT GOOGLE.

13        BACK IN 2005, TWO YEARS BEFORE THE IPHONE CAME OUT, EIGHT

14    PEOPLE WHO HAD EXPERIENCE DEVELOPING SMARTPHONES GOT TOGETHER,

15    THEY JOINED GOOGLE, AND SET OUT TO SOLVE A PROBLEM IN THE PHONE

16    INDUSTRY.

17        THE PROBLEM WAS THAT HISTORICALLY THE PHONE INDUSTRY HAD

18    BEEN VERY CLOSED.  CARRIERS BASICALLY TOLD HANDSET

19    MANUFACTURERS WHAT PHONES HAD TO DO, WHAT THEY HAD TO LOOK

20    LIKE.

21        AND ALL THE DIFFERENT HANDSET MANUFACTURERS, THE PHONE

22    MAKERS WERE MAKING THEIR OWN HARDWARE AND TRYING TO MAKE THEIR

23    OWN SOFTWARE AT THE SAME TIME, AND IT TURNS OUT THAT THE

24    HANDSET MANUFACTURERS WEREN'T THE BEST IN THE WORLD AT MAKING

25    CUTTING EDGE SOFTWARE.

1             AND BY THE TIME THEIR SOFTWARE GOT TO MARKET, OFTEN THEY

2    WERE BEHIND.

3             SO THESE EIGHT PEOPLE WHO JOINED GOOGLE HAD THE IDEA THAT

4    WHAT THE INDUSTRY REALLY NEEDED WAS A SHARED, OPEN PLATFORM

5    THAT EVERYONE COULD USE AND CUSTOMIZE AND USE TO INNOVATE AND

6    IMPROVE.

7             AND THEY THOUGHT IT WOULD BE BEST IF THIS SOFTWARE, THIS

8    PLATFORM, WAS NOT CONTROLLED BY JUST ONE COMPANY.  INSTEAD,

9    THEY WANTED TO GIVE MANUFACTURERS, PHONE MANUFACTURERS,

10   APPLICATION DEVELOPERS, CARRIERS A PLATFORM WHICH THEY COULD

11   ALL USE, ADJUST, INNOVATE WITH, ADAPT TO THEIR OWN USES, DEEPLY

12   BRAND IT, AND TO GIVE THEM THE FREEDOM TO DO WITH THIS COMMON

13   PLATFORM WHAT THEY WANTED TO DO, OR WHAT THEY COULD DO.

14            THE IDEA WAS TO CREATE THIS OPEN SOURCE PLATFORM, ANDROID,

15   AND GIVE IT AWAY.

16            THEY SPENT THREE YEARS BUILDING IT AT GOOGLE AND GAVE IT

17   AWAY.  ANYBODY CAN DOWNLOAD IT IF YOU GO TO SOURCE.ANDROID.COM,

18   AND PEOPLE IN THE INDUSTRY CAN DOWNLOAD THIS OPEN SOURCE

19   PLATFORM.

20            FROM ABOUT 2005 TO 2008, THIS GROUP WORKED TOGETHER

21   BUILDING ANDROID, WORKING LIKE KIND OF A STARTUP INSIDE A MUCH

22   BIGGER COMPANY.  THEY CONTACTED MANUFACTURERS, THEY CONTACTED

23   CARRIERS TO SEE IF THEY WOULD BE INTERESTED IN THIS OPEN SOURCE

24   PLATFORM, AND IT TURNED OUT THEY WERE.

25            AND SINCE THEN, YOU KNOW, IT CAME TO MARKET.  IT'S BEEN

1    EXTREMELY SUCCESSFUL.

2        IN ADDITION TO BEING ON HUNDREDS OF MILLIONS OF PHONES AND

3    TABLETS, ANDROID IS NOW IN THE DASHBOARD OF SOME CARS.  IT'S --

4    YOU KNOW, THE AMAZON KINDLE RUNS ON ANDROID.  EVEN GOOGLE

5    DOESN'T KNOW ALL THE DEVICES IN THE WORLD THAT RUN ON ANDROID.

6    IT'S BEEN A HUGE SUCCESS.

7        AND THAT SUCCESS IS A TESTAMENT TO THE HARD WORK AND THE

8    INGENUITY OF THE ENGINEERS AT GOOGLE AND THE ANDROID

9    MANUFACTURERS.  IT IS CLEAR THAT GOOGLE'S VISION WAS RIGHT.

10   INNOVATION HAPPENS WHEN EVERYONE IS ABLE TO CONTRIBUTE THEIR

11   OWN IDEAS.

12       AND GOOGLE IS A HIGHLY INNOVATIVE COMPANY.  THEY'RE

13   PERFECTLY CAPABLE OF DEVELOPING THEIR OWN SEARCH FEATURE ON A

14   PHONE WITHOUT COPYING APPLE.

15       BUT THE END OF 2010, THE TOP OF GOOGLE'S MANAGEMENT,

16   STEVE JOBS HIMSELF, RECOGNIZED THAT APPLE ITSELF FACED THE

17   INNOVATOR'S DILEMMA AND THAT GOOGLE INNOVATION WAS DISRUPTING

18   THE SMARTPHONE INDUSTRY THAT APPLE HAD DOMINATED SINCE 2007.

19       IN RESPONSE TO THIS, STEVE JOBS DECLARED, IN 2011, THAT

20   APPLE WOULD START A HOLY WAR, A HOLY WAR ON GOOGLE.

21       APPLE KNEW THAT GOOGLE WAS FURTHER ALONG IN SOME IMPORTANT

22   TECHNOLOGY SO --

23           MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.  AGAIN, I HAVE

24    TO OBJECT.  THERE'S MOTIONS IN LIMINE ON THIS.

25           THE COURT:  THERE WAS A MOTION IN LIMINE THAT THAT

1    WOULD NOT BE PERMITTED, SO THAT'S STRICKEN.

2              MR. QUINN:  THAT WAS --

3              THE COURT:  GO AHEAD, PLEASE.

4              MR. QUINN:  THAT'S NOT MY UNDERSTANDING, YOUR HONOR.

5    THE OBJECTIONS TO THIS WERE OVERRULED.  THIS DOCUMENT.  IT'S

6    EXHIBIT, DEFENSE EXHIBIT 489.

7              THE COURT:  GO AHEAD, PLEASE, WITH THE REST OF YOUR

8    OPENING.

9              MR. QUINN:  SO MR. JOBS DRAFTED THIS AGENDA IN

10   OCTOBER 2010 FOR APPLE'S ANNUAL RETREAT OF THE TOP 100

11   EXECUTIVES AT APPLE WHERE THEY GET TOGETHER AND THEY TALK

12   AMONGST THEMSELVES ABOUT WHAT IS MOST IMPORTANT TO THE COMPANY.

13   WE HAVE STEVE JOBS'S AGENDA.  THERE'S NOTHING MORE

14   AUTHORITATIVE ABOUT WHAT MATTERS TO APPLE.

15        HERE IS THAT AGENDA.  IT'S IN DEFENSE EXHIBIT 489, AND YOU

16   CAN SEE UP AT THE TOP HERE -- I DON'T KNOW IF WE CAN ENLARGE

17   THIS.  STEVE JOBS, OCTOBER 2010, IT'S HIS CUT FOR THE AGENDA.

18        AND THEN IF WE GO FORWARD, GO DOWN BELOW, WHAT DOES HE

19   WRITE?  "2011 HOLY WAR WITH GOOGLE."

20        BELOW THAT.  "APPLE IS IN DANGER OF HANGING ON TO THE OLD

21   PARADIGM TOO LONG (INNOVATOR'S DILEMMA) GOOGLE AND MICROSOFT

22   ARE FURTHER ALONG ON THE TECHNOLOGY.

23        "TIE ALL OUR PRODUCTS TOGETHER SO WE CAN FURTHER LOCK

24   CUSTOMERS INTO OUR ECOSYSTEM."

25        AND THEN IF WE CAN GO FORWARD, COMPARISONS WITH GOOGLE,

1    SAMSUNG.

2         FORWARD.  CATCH UP TO ANDROID WHERE WE ARE BEHIND,

3    NOTIFICATIONS, TETHERING, SPEECH.

4         AND THEN NEXT, "STRATEGY:  CATCH UP TO GOOGLE CLOUD

5    SERVICES.  ANDROID DEEPLY INTEGRATES GOOGLE CLOUD SERVICES.

6    WAY AHEAD OF APPLE IN CLOUD SERVICES FOR CONTACTS, CALENDARS,

7    AND MAIL."

8         DON'T HAVE TIME TO GO THROUGH THE COMPLETE DOCUMENT NOW,

9    BUT THIS WILL COME INTO EVIDENCE.  YOU WILL HAVE THIS DOCUMENT.

10        A HOLY WAR ON ANDROID.  THAT WAS APPLE'S STRATEGY.

11        FROM APPLE'S POINT OF VIEW, GOOGLE'S ANDROID WAS TOO

12   SUCCESSFUL.  PEOPLE WERE BUYING TOO MANY ANDROID PHONES.

13        GOOGLE HAD ALWAYS BEEN A CLOUD COMPANY, AND ITS CLOUD

14   TECHNOLOGY, WHICH AMONG OTHER THINGS, ENABLED PEOPLE TO

15   WIRELESSLY SYNC, SYNC THEIR CALENDARS, CONTACTS, AND MAIL AND

16   SAVE THEIR FILES ON A CLOUD SERVER WAS FAR AHEAD OF APPLE'S AND

17   APPLE'S MISSION FOR 2011 WAS TO CATCH UP AND GET AHEAD OF

18   GOOGLE AND ANDROID, AND THIS LAWSUIT IS PART OF THAT STRATEGY.

19        SAMSUNG -- LET ME TURN NOW TO TALK ABOUT SAMSUNG.

20        SAMSUNG, AS MR. MCELHINNY SAYS, HE'S RIGHT, HE'S BEEN A

21   MOBILE PHONE INDUSTRY LEADER SINCE THE EARLY 1990S, LONG BEFORE

22   APPLE LAUNCHED THE IPHONE JUST SEVEN YEARS AGO.  THERE HAVE

23   BEEN MANY FIRSTS THAT SAMSUNG HAS CONTRIBUTED TO THE CELL PHONE

24   WORLD.

25        IF WE COULD LOOK AT SLIDE 14.

1          YOU CAN SEE SOME OF THEM UP THERE.  FIRST 3G PHONES, FIRST

2    3G WINDOWS SMARTPHONE, FIRST CAMERA PHONE, MORE 4G LTE PRODUCTS

3    IN THE YEAR BEFORE APPLE DID, RECOGNITION SOFTWARE, HIGH DEF

4    DISPLAYS.

5          SAMSUNG HAS CONTINUED THAT INNOVATION TO THIS DAY, OFFERED

6    LARGER SCREENS, PHONES THAT WORK WITH STYLUSES, AND PHONES THAT

7    CAN TRANSFER PHOTOS, VIDEOS AND OTHER DOCUMENTS JUST BY

8    CLICKING THE PHONES TOGETHER.

9          THE PATENT OFFICE HAS RECOGNIZED SAMSUNG'S HARD WORK, AND

10   I FIND IT VERY IRONIC THAT APPLE'S COUNSEL WOULD SAY THAT

11   SAMSUNG DOESN'T CARE ABOUT PATENTS.

12         LAST YEAR THE UNITED STATES PATENT AND TRADEMARK OFFICE

13   AWARDED SAMSUNG THE SECOND HIGHEST NUMBER OF PATENTS IN THE

14   WORLD OF ANY COMPANY IN THE WORLD.  NUMBER 1 WAS IBM.  SAMSUNG

15   CARES ABOUT PATENTS.

16         LET ME SHOW YOU ANOTHER PHONE, ANOTHER EXAMPLE OF ONE OF

17   SAMSUNG'S MOST INNOVATIVE PHONES.  IT'S ANOTHER PHONE THAT

18   APPLE IS SUING OVER HERE.

19         THIS IS THE GALAXY NOTE II.  THIS PHONE HAS -- IT WAS

20   RELEASED IN OCTOBER 2012.  IT'S ONE OF THE PHONES THAT APPLE

21   SAYS WE WOULDN'T HAVE SOLD SO MANY OF THEM IF WE DIDN'T HAVE

22   THESE PARTICULAR VERSIONS OF THESE SOFTWARE FEATURES.

23         THIS PHONE HAS JUST A TON OF UNIQUE FEATURES.  SOME OF

24   THEM UP ON THE SCREEN THERE, THE MULTI WINDOW BROWSING, THE

25   VERY HIGH SPEED PROCESSOR, TWO GIGABYTES OF MEMORY.

DEFENDANTS' OPENING STATEMENT

1    MANY THINGS ON THIS PHONE THAT YOU CAN'T GET ON THE

2    IPHONE.  SOME PEOPLE WANT THESE FEATURES.  IT'S NOT THESE KINDS

3    OF SMALL FEATURES THAT APPLE IS SUING OVER THAT CAUSED THESE

4    PEOPLE TO BUY THE PHONES.

5        SAMSUNG AND APPLE'S HARDWARE WENT IN VERY DIFFERENT

6    DIRECTIONS IN 2013.  YOU CAN SEE A BIG DIFFERENCE IN THEIR

7    PRODUCTS UP THERE ON THE SCREENS, SOME COMPARISONS OF SOME OF

8    THE MORE RECENT PRODUCTS.

9        WE WILL PROVE TO YOU IN THIS CASE THAT IT'S THESE

10   FEATURES, THE KIND OF FEATURES I'M SHOWING YOU ON THE NEXUS, ON

11   THE GALAXY NOTE, THINGS LIKE LARGE SCREENS, REPLACEABLE

12   BATTERIES, VERY HIGH QUALITY CAMERA AND SPEED, USE OF STYLUSES,

13   THEY ARE THE KINDS OF THINGS THAT DISTINGUISH SAMSUNG PRODUCTS

14   AND CAUSE PEOPLE TO BUY THOSE PHONES.

15       THAT'S THE REASON WHY SAMSUNG IS THE LEADING MANUFACTURER

16   OF ANDROID POWERED PHONES.  IT'S WHAT SETS SAMSUNG APART FROM

17   ALL THE OTHER PHONES THAT USE THIS SAME OPEN SOURCE ANDROID

18   PLATFORM.

19       ANOTHER IMPORTANT REASON THAT SAMSUNG SELLS PHONES IS IT'S

20   BEEN ABLE TO DO SOME VERY SUCCESSFUL ADVERTISING AND

21   DEVELOPMENT OF ITS BRAND.

22       IN 2011 SAMSUNG HIRED A NEW U.S. MARKETING CHIEF, A MAN BY

23   THE NAME OF TODD PENDLETON.  AND THEY HIRED HIM FROM NIKE.  AND

24   HE APPROACHED ADVERTISING FOR SAMSUNG IN KIND OF A VERY

25   DIFFERENT WAY.  HE STARTED LOOKING AT SOCIAL MEDIA, TWITTER,

1    FACEBOOK, WEBSITES, AND TRACKING WHAT PEOPLE WERE SAYING ABOUT

2    SAMSUNG'S PHONES.

3         AND THEN HE USED WHAT HE LEARNED FROM SOCIAL MEDIA TO

4    CREATE ADS, AND THEY SOUNDED REAL TO PEOPLE BECAUSE THEY'RE NOT

5    ADS THAT WERE WRITTEN BY AD EXECUTIVES, BUT ADS, THINGS THAT

6    PEOPLE WERE, REAL PEOPLE WERE SAYING ABOUT THEMSELVES AND ABOUT

7    REAL PHONES.

8         AND AROUND THE TIME THAT SAMSUNG WAS DOING THAT AND

9    CHANGING ITS SHIFT AND ITS APPROACH TO ADVERTISING, THERE WAS

10   AN ARTICLE THAT CAME OUT IN THE "WALL STREET JOURNAL,"

11   OCTOBER 5, 2011, ABOUT THE LAUNCH OF THE IPHONE 4S.

12        AND BASICALLY THE GIST OF THE ARTICLE WAS THAT THE IPHONE

13   4S WAS A REALLY GOOD PHONE, BUT IT WAS MORE, AS THE ARTICLE

14   SAID, MORE FIZZLE THAN POP.

15        AND IN THE MIDDLE OF THIS ARTICLE WAS A BOX, AND THE BOX

16   COMPARED THE IPHONE 4S, APPLE'S NEW PHONE, WITH THE SAMSUNG

17   GALAXY S II.  AND IN THIS BOX, IN THE "WALL STREET JOURNAL,"

18   THE TWO OF THEM WERE COMPARED FEATURE BY FEATURE.

19        AND FROM THAT COMPARISON, THE UPSHOT WAS PRETTY CLEAR THAT

20   ALTHOUGH THE IPHONE 4S WAS A VERY FINE PHONE, THE SAMSUNG PHONE

21   WAS ACTUALLY BETTER.

22        AND TODD PENDLETON, THE NEW HEAD OF MARKETING FOR SAMSUNG,

23   SEIZED ON THIS TO START A NEW ADVERTISING CAMPAIGN, THE NEXT

24   BIG THING IS ALREADY HERE.

25        AND THIS ADVERTISING CAMPAIGN USED THE VOICE OF THE

1    CONSUMER, PRESENTED IN KIND OF AN AMUSING WAY, AND THIS THEME

2    OF THE NEXT BIG THING IS ALREADY HERE TO CREATE A DISTINCTIVE

3    BRAND PERSONALITY FOR SAMSUNG, AND IT CAUGHT ON, AND IT WAS

4    POWERFUL.  AND THAT'S ANOTHER REASON SAMSUNG HAS BEEN VERY

5    SUCCESSFUL IN SELLING PHONES.

6         AND SAMSUNG'S BRAND BECAME AS STRONG AS APPLE'S.  HERE'S

7    AN INTERNAL DOCUMENT FROM APPLE SHOWING SOME RESEARCH RESULTS.

8    YOU CAN SEE THIS IS AN APPLE DOCUMENT -- AS MR. MCELHINNY SAID,

9    WE EXCHANGED DOCUMENTS IN DISCOVERY -- AND THIS IS WHAT

10   APPLE -- IT SAYS "SAMSUNG'S BRAND IMPRESSION IS JUST AS STRONG

11   AS APPLE'S IN THE U.S.," AND HERE YOU SEE APPLE HERE AND

12   SAMSUNG HERE.

13        SO THIS NEW, EDGY MARKETING STRATEGY WAS CLEARLY PAYING

14   OFF AND, FRANKLY, IT DROVE APPLE CRAZY.

15        WE WILL SHOW YOU INTERNAL APPLE DOCUMENTS, DOCUMENTS THAT

16   HAVEN'T BEEN MADE PUBLIC BEFORE, DOCUMENTS THAT YOU WILL BE THE

17   FIRST TO SEE THAT SHOW HOW APPLE WAS REALLY CONCERNED ABOUT THE

18   COMPETITION IT WAS GETTING FROM ANDROID AND IN PARTICULAR FROM

19   SAMSUNG.

20        THE "WALL STREET JOURNAL" PUBLISHED AN ARTICLE, THE TITLE

21   OF WHICH WAS "HAS APPLE LOST ITS COOL TO SAMSUNG?"

22        AND APPLE'S HEAD OF WORLDWIDE MARKETING, PHIL SCHILLER,

23   WHO APPLE SAYS WILL BE THE FIRST WITNESS WHO WILL TESTIFY TO,

24   FORWARDED THIS TO HIS ADVERTISING AGENCY SAYING "WE HAVE A LOT

25   OF WORK TO DO TO TURN THIS AROUND."

1          MR. SCHILLER BECAME MAYBE OBSESSED IS THE RIGHT WORD WITH

2     SAMSUNG'S CAMPAIGN THAT PORTRAYED SAMSUNG AS THE YOUNGER,

3     HIPPER CHOICE, AND HE WAS FRUSTRATED THAT APPLE SEEMED

4     UNWILLING TO RESPOND.

5          APPLE HAS HAD ONE ADVERTISING COMPANY THAT THEY'VE USED

6     EXCLUSIVELY FOR YEARS.  THAT ADVERTISING COMPANY HAS ONLY ONE

7     CLIENT.  IT'S APPLE.  THEY MEET EVERY SINGLE WEEK.  THAT

8     MR. SCHILLER WROTE AN E-MAIL TO TIM COOK SAYING I THINK WE'VE

9     GOT TO START LOOKING FOR ANOTHER ADVERTISING AGENCY.  WE'RE

10    JUST NOT GETTING WHAT WE NEED.

11         IT BECAME A SUBJECT OF DISCUSSION AT THE BOARD OF DIRECTOR

12    AT APPLE, WHAT ARE YOU GOING TO DO ABOUT THIS BRANDING PROBLEM?

13         SO THEY INTRODUCED THEIR FIRST BRAND CAMPAIGN SINCE 1997,

14    IT WAS A BRAND CAMPAIGN.  THE TITLE WAS SOMETHING LIKE DESIGNED

15    IN CALIFORNIA.  THE FIRST TIME APPLE HAD DONE A BRAND CAMPAIGN

16    SINCE 1997 WHEN IT WAS ON THE VERGE OF BANKRUPTCY.

17         WHY ALL THIS?  WHY WAS -- WHAT WAS THE SOURCE OF APPLE'S

18    CONCERN?  CLEARLY SAMSUNG WAS OFFERING CONSUMERS A CHOICE, A

19    MORE -- A YOUNGER, MORE PLAYFUL TAKE ON SMARTPHONES AND

20    CONSUMERS WERE LISTENING.

21         NOW, I WANT TO TALK TO YOU ABOUT THE INFRINGEMENT AND

22    ISSUES -- INFRINGEMENT ISSUES AND VALIDITY ISSUES RELATED TO

23    EACH OF THE APPLE PATENTS IN THIS CASE.

24         BUT BEFORE I DO THAT, I WANT TO DISCUSS THE DAMAGES, WHICH

25    I'VE TOLD YOU, FRANKLY, ARE ABSURD, MULTI BILLION NUMBER OF

1        DAMAGES THAT THEY'RE SEEKING IN THIS CASE.

2            I WANT TO TALK ABOUT DAMAGES FIRST BECAUSE I THINK WHEN

3        YOU UNDERSTAND WHAT APPLE IS SEEKING AND HOW THEY WENT ABOUT

4        IT, IT'LL SHED SOME LIGHT ON THE CREDIBILITY OF APPLE'S WHOLE

5        CASE.

6            AS I'VE TOLD YOU, THESE PATENTS ARE VERY NARROW SOFTWARE

7        PATENTS THAT COVER -- THAT COVER ONE WAY TO HAVE A FEATURE THAT

8        CAN BE DONE MORE THAN ONE WAY, FEATURES -- THAT IS TO SAY, WHAT

9        A DEVICE CAN DO, SEARCH, SYNC IN BACKGROUND, THE OTHER THINGS.

10           IT'S NOT THE SAME THING AS A PATENTED CLAIM.  A CLAIM MAY

11       BE ONE WAY TO ACCOMPLISH THAT FEATURE.

12           AND MANY COMPANIES, SAMSUNG, GOOGLE, OTHER COMPANIES HAVE

13       DIFFERENT WAYS OF ACCOMPLISHING THE SAME THING.

14           WE WILL SHOW YOU THAT APPLE HAS TAKEN WHAT REALLY ARE VERY

15       NARROW FEATURES AND OVERSTATED WHAT THEY DO AND WHAT THEY OWN

16       IN THEIR PATENTS TO CLAIM RIDICULOUS DAMAGES NUMBERS.

17           LET ME BEGIN AT THE END.  I'M GOING TO SHOW YOU SOME

18       NUMBERS, AND YOU'LL SEE THE SOLE SUPPORT, THE ONLY WAY THEY

19       COME UP WITH THESE NUMBERS IS FROM A STUDY DONE BY DR. HAUSER.

20           AND I WANT TO TALK TO YOU ABOUT DR. HAUSER'S STUDY AT

21       LENGTH, BUT LET ME BEGIN AT THE END WITH SOME OF HIS

22       CONCLUSIONS.

23           AND I'VE PUT UP ON THE SCREEN WHAT HE'S CONCLUDED, OR SOME

24       OF HIS CONCLUSIONS.

25           AND HE CONCLUDED BASED ON HIS STUDY THAT PEOPLE WHO WOULD

1        PURCHASE A $149 PHONE WOULD BE WILLING TO PAY AN ADDITIONAL

2        10$2 FOR APPLE'S FORM OF WORD SUGGESTION FOR A CORRECTION; THAT

3        THEY WOULD PAY AN EXTRA $44 FOR AN ABILITY TO SEARCH THE PHONE

4        AND THE INTERNET AT THE SAME TIME IN THE WAY, PARTICULAR WAY

5        THAT APPLE DOES.

6             TO GET JUST THESE FOUR FEATURES HE SAID THAT PEOPLE WOULD

7        BE WILLING TO PAY ALMOST DOUBLE THE PRICE OF THE PHONE, $271 ON

8        TOP OF THE $149 PHONE.

9             YOU CAN TELL THERE'S SOMETHING, SOMETHING FISHY HERE.

10            ANOTHER EXAMPLE OF THEIR OVERREACHING, ANOTHER FORM OF

11       DAMAGES THEY SEEK AS WAS MENTIONED IS A ROYALTY ON THESE

12       PATENTS, AND DR. -- APPLE'S OTHER EXPERT, DR. VELLTURO, TOOK

13       DR. HAUSER'S SURVEY RESULTS AND, YOU KNOW, SORT OF SAID, OKAY,

14       LET'S SUPPOSE THERE WAS A HYPOTHETICAL NEGOTIATION BETWEEN

15       APPLE AND SAMSUNG, WHAT WOULD THEY HAVE AGREED TO AS A ROYALTY?

16            AND HE CONCLUDED THAT SAMSUNG WOULD HAVE AGREED TO PAY

17       $40.10 FOR THE SMARTPHONE PATENTS IN THIS CASE.

18            $40.10 JUST FOR THESE FIVE SMART, SMALL SOFTWARE FEATURES.

19       JUST BY WAY OF COMPARISON, A SMARTPHONE COSTS, YOU KNOW, AT THE

20       HIGH END, SAY $199 TO THE CUSTOMER.  YOU HAVE THE SUBSIDIES

21       FROM THE CARRIERS.

22            THE $40 PER PHONE APPLE IS ASKING FOR THESE 5 SMALL

23       SOFTWARE FEATURES IS 20 PERCENT OF THE PRICE.

24            NOW, THEIR EXPERT, DR. VELLTURO, ACKNOWLEDGES THAT SAMSUNG

25       REALLY WOULDN'T AGREE TO DO THIS BECAUSE IT WOULD TAKE UP MOST

1    OF THE PROFIT MARGIN ON THE ACCUSED PHONES IN THIS CASE, BUT NO

2    MATTER.

3         APPLE ALSO CLAIMS THAT THERE IS, ON SMARTPHONES, THEY

4    CLAIM TO HAVE 3,500 PATENTS.  IF EACH OF THOSE PATENTS WAS

5    WORTH $8 A PHONE, WHICH IS BASICALLY AN AVERAGE OF THE 5, YOU

6    KNOW, DIVIDED INTO THE 40 THEY'RE SEEKING HERE, THAT MEANS THAT

7    ONE SMARTPHONE, IF YOU WANTED TO MAKE A PHONE TO COMPETE WITH

8    APPLE AND USE THEIR PATENTS, IT WOULD COST $28,000.  140 TIMES

9    MORE THAN THE ACTUAL COST OF THE PHONE.

10        SO, YOU KNOW, THESE ARE THE KIND OF RESULTS THAT

11   DR. HAUSER'S STUDY LED TO.

12        AND LET'S SEE NOW HOW HE GETS TO THESE CRAZY NUMBERS, AND

13   LET ME TALK ABOUT THAT STUDY.

14        REMEMBER, DR. HAUSER, THE WAY HE DOES HIS STUDY, HE'S

15   SUPPOSED TO BE DECIDING HOW MUCH PEOPLE CARE ABOUT THESE

16   FEATURES, WOULD THEY CHANGE THEIR PHONE PURCHASE DECISIONS IF

17   THE FEATURES WERE THERE OR IF THEY WEREN'T THERE.

18        THE WHOLE POINT IS TO PROVIDE THE VALUE OF THE PATENT, THE

19   DIFFERENCE BETWEEN WHAT YOU HAVE WITH THE PATENT CLAIM AND WHAT

20   YOU WOULD HAVE WITHOUT THE PATENTED CLAIM.

21        IN OTHER WORDS, IF YOU HAD ANOTHER WAY TO DO IT THAT APPLE

22   DIDN'T OWN, IT'S CALLED A NON-INFRINGING ALTERNATIVE, WHAT'S

23   THE DIFFERENCE BETWEEN THE TWO OF THEM.

24        IF YOU HAVE -- IF THERE ISN'T ANOTHER WAY TO DO IT, THEN

25   THE PATENT MAY BE REALLY, REALLY VALUABLE.

1          BUT IF THERE'S ANOTHER WAY TO ACCOMPLISH THE SAME THING,

2     IT'S VERY SIMILAR AND IT'S PERFECTLY ACCEPTABLE, THE PATENT

3     REALLY MAY NOT HAVE MUCH VALUE AT ALL.

4          SO WHAT DR. HAUSER IS TRYING TO DO IS MEASURE WHAT'S THE

5     VALUE OF WHAT APPLE CLAIMS VERSUS WHAT THE ALTERNATIVE WOULD

6     BE, WHAT APPLE DOESN'T OWN.

7          AND, AGAIN, BEFORE I GO INTO THIS, LET ME EMPHASIZE HOW

8     IMPORTANT DR. HAUSER'S STUDY IS TO APPLE'S CASE.  IT IS THE

9     ONLY EVIDENCE, THE ONLY EVIDENCE APPLE HAS TO SUPPORT ITS

10    CLAIMS THAT CONSUMERS MAKE SMARTPHONE PURCHASE DECISIONS BASED

11    ON THESE FIVE SMALL FEATURES.

12         HIS CONCLUSION IS, AS I'VE TOLD YOU, IF SAMSUNG DIDN'T

13    HAVE THEM, WE'D SELL A LOT FEWER AND APPLE WOULD SELL AN AWFUL

14    LOT MORE.

15         IF HE'S WRONG ABOUT THAT, THEN THEY DON'T HAVE ANY

16    EVIDENCE ON THIS AND THERE AREN'T REALLY ANY DAMAGES.

17         IF IT IS THE CASE THAT -- IF IT'S TRUE THAT PEOPLE REALLY

18    AREN'T MOTIVATED, THAT'S NOT WHY YOU BUY SAMSUNG PHONES, THEN

19    APPLE DOESN'T HAVE ANY DAMAGES.

20         SO WHAT DID DR. HAUSER DO?  HE FOUND PEOPLE WHO HAD

21    PURCHASED SAMSUNG PHONES BEFORE AND ASKED THEM SOME QUESTIONS.

22         NOW, ONE OF THE THINGS HE DIDN'T ASK THEM IS WHY DID YOU

23    BUY YOUR SAMSUNG PHONE?  YOU WOULD THINK THAT MIGHT BE

24    SOMETHING THAT YOU WOULD ASK.

25         INTERESTINGLY, HE SAID IN HIS REPORT THAT HE DIDN'T ASK OR

1    CARE WHETHER THE SAMSUNG CUSTOMERS WERE EVEN AWARE THAT THESE

2    FIVE FEATURES WERE IN THEIR PHONES.  HE WASN'T INTERESTED IN

3    THAT.

4         HE HAS THE SUBJECTS COME IN, AND HE DOESN'T GIVE THEM

5    PHONES.  HE GIVES THEM DESCRIPTIONS.  BASICALLY THEY LOOK AT

6    MOCK -- THEY LOOK ON THE COMPUTER SCREEN.  THEY SEE IMAGINARY

7    PHONES WITH DESCRIPTIONS OF FEATURES AND THEY ARE ASKED TO MAKE

8    A SERIES OF DECISIONS BASED ON THE DESCRIPTIONS OF THE FEATURES

9    ABOUT WOULD YOU BUY THIS PHONE OR WOULD YOU BUY THAT PHONE?

10        IN ADDITION TO THE DESCRIPTION OF THE FEATURE, WHICH IS

11   SUPPOSED TO MATCH APPLE'S PATENTED CLAIMS, WHAT IT OWNS, HE

12   ALSO ASKS -- HE TELLS THEM, IF YOU DIDN'T HAVE THAT, YOU WOULD

13   HAVE TO DO THIS.  THIS IS YOUR ALTERNATIVE.

14        IN OTHER WORDS, HERE'S THE APPLE FEATURE.  IF YOU DIDN'T

15   HAVE THAT, YOU WOULD HAVE TO DO THIS.

16        NOW, YOU KNOW, IF THERE'S A BIG DIFFERENCE BETWEEN THE

17   TWO, YOU'RE GOING TO GET A LOT OF PEOPLE SAYING THIS IS REALLY

18   VALUABLE.

19        BUT THE PEOPLE AREN'T GETTING PHONES.  THIS IS ALL JUST

20   TEXT AND THEY GET TO WATCH A VIDEO AND THEN IN THESE

21   DESCRIPTIONS GETTING THEM ACCURATE IS REALLY, REALLY IMPORTANT

22   TO THE INTEGRITY OF THE SURVEY.

23        SO LET'S START WITH THE -- LET'S SEE WHAT HE DID.  LET'S

24   TAKE A LITTLE BIT OF TIME TO WALK THROUGH THIS.  I'M GOING TO

25   START WITH THE WORD CORRECTION OR WORD SUGGESTION PATENT, WHICH

1    AS MR. MCELHINNY TOLD YOU IS ONE THAT THE COURT HAS FOUND

2    INFRINGEMENT ON THIS ONE.  SO I THOUGHT I WOULD TALK ABOUT THAT

3    ONE FIRST, IT'LL TAKE ME A LITTLE WHILE TO WALK THROUGH THIS,

4    BUT I THINK YOU'LL SEE THAT THE DESCRIPTIONS THAT PEOPLE WERE

5    GIVEN WERE, FRANKLY, DISHONEST.  THAT'S THE PUNCH LINE HERE,

6    AND I WANT TO PROVE THAT TO YOU NOW.

7        THIS PATENT RELATES TO THE KEY WORD SOFTWARE.  ON ANDROID

8    PHONES USERS CAN CHOOSE BETWEEN ANY NUMBER OF DIFFERENT

9    KEYBOARDS.  KEYBOARDS ARE CONTAINED IN THE SOFTWARE FROM

10   DIFFERENT COMPANIES, FROM GOOGLE, FROM SAMSUNG, FROM A COMPANY

11   CALLED NUANCE, WHICH IS ANOTHER COMPANY THAT, YOU KNOW,

12   SUPPLIES THESE KEYBOARDS, AND THEY'RE IN SOME OF THE SAMSUNG

13   PHONES.  NUANCE IS A WELL-KNOWN COMPANY.  APPLE ALSO BUYS

14   INTELLECTUAL PROPERTY FROM NUANCE.

15       THE KEYBOARD SOFTWARE ARE CREATED BY SAMSUNG WHICH IS ON

16   MANY OF ITS PHONES APPLE ADMITS DOES NOT INFRINGE.  IT'S THE

17   SWIPE KEYBOARD FROM NUANCE AND THE ANDROID, ONE OF THE ANDROID

18   KEYBOARDS THAT HAVE BEEN FOUND TO INFRINGE.

19       BUT SAMSUNG HAS A KEYBOARD WHICH APPLE ADMITS DOES NOT

20   INFRINGE.  SO, IN OTHER WORDS, THAT'S AN ALTERNATIVE.  THAT'S

21   AN ALTERNATIVE TO APPLE'S PATENTED CLAIM.  IT'S SOMETHING THAT

22   APPLE DOESN'T OWN.

23       THIS -- APPLE'S CLAIM -- LET ME TAKE A LOOK AT IT.  IT'S

24   THE '172 PATENT.  YOU'LL SEE IT'S A VERY, VERY NARROW CLAIM

25   ABOUT A PARTICULAR WAY OF SUGGESTING WORD CORRECTIONS ON A

1    SMARTPHONE.  THE TITLE OF THE PATENT IS NOT "HOW TO SUGGEST

2    WORDS."

3         IT'S "HOW SUGGESTED WORDS ARE PROVIDED AS YOU TYPE," JUST

4    LIKE THE TITLE SAYS.  IT'S A METHOD FOR PROVIDING WORD

5    RECOMMENDATIONS.  OKAY?  IT'S NOT ABOUT WHAT WORDS TO SUGGEST.

6    IT'S ABOUT HOW SUGGESTED WORDS ARE PROVIDED AS YOU TYPE.

7    THAT'S THE APPLE PATENT.

8         IN JUNE 2011, BEFORE APPLE'S PATENTED CLAIM ISSUED,

9    SAMSUNG PUT ITS OWN NON-INFRINGING KEYBOARD ON THE SAMSUNG DART

10   PHONE, AND IT'S SINCE BEEN INSTALLED ON MANY SAMSUNG PHONES,

11   SOMETIMES AS THE PRIMARY KEYBOARD, AND SOMETIMES AS AN

12   ALTERNATIVE KEYBOARD WHICH THE USER CAN SELECT.  THIS

13   NON-INFRINGING KEYBOARD WAS INCLUDED AS AN OPTION ON FIVE OF

14   THE PHONES THAT APPLE ACCUSES IN THIS CASE.

15        LET'S TAKE A LOOK AT IT IN SLIDE 63.  THIS IS THE SAMSUNG

16   DART NON-INFRINGING KEYBOARD.

17        IF YOU TYPE ON THIS KEYBOARD, IT AUTOMATICALLY CORRECTS

18   TYPING ERRORS.  IT ALWAYS SHOWS THE RECOMMENDED CORRECTIONS IN

19   THIS TEXT AREA UP HERE AS YOU TYPE.

20        IF YOU TYPE, IT WILL JUST CORRECT.  IT AUTOMATICALLY

21   CORRECTS.

22        IF YOU WANT TO KEEP ONE OF THE SUGGESTED SPELLINGS, THEY

23   APPEAR HERE IN THIS MESSAGE BAR DOWN HERE, YOU HAVE TO ACTUALLY

24   TOUCH ON IT.

25        SO IF YOU, IF YOU -- IF YOU'RE SENDING AN E-MAIL TO A

1    MR. MESSAF AND WANT TO KEEP THAT, AND NOT MESSAGE, YOU CAN

2    TOUCH ON THIS AND YOU'LL GET MESSAF UP ABOVE.  SO YOU CAN SEE

3    UP HERE, AUTO CORRECTION IS NOT SOMETHING YOU NEED APPLE'S

4    PATENTED CLAIM FOR.  WATCH, I'M GOING TO SHOW YOU A VIDEO NOW,

5    AND WATCH WHAT HAPPENS WHEN THE WORD MESSAGE IS MISS TYPED.

6         IF WE COULD PLAY THAT.

7         (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

8         MR. QUINN:  IT WAS AUTOMATICALLY CORRECTED AFTER

9    EVERY SINGLE LETTER.  YOU END UP AUTOMATICALLY WITH THE

10   CORRECTION UP ABOVE, MESSAGE.

11        NOW, LET'S COMPARE THAT TO THE INFRINGING SWIPE KEYBOARD.

12   THIS IS SLIDE 65.  ON THE LEFT-HAND SIDE YOU HAVE THAT

13   NON-INFRINGING SAMSUNG DART KEYBOARD, WHICH WE JUST DISCUSSED.

14        ON THE RIGHT-HAND SIDE YOU HAVE THE NUANCE SWIPE KEYBOARD

15   WHICH HAS BEEN FOUND TO INFRINGE.  IT PRACTICES APPLE'S PATENT.

16        YOU CAN SEE THEY BOTH LOOK SIMILAR.  WE'RE NOT TALKING

17   ABOUT BIG DIFFERENCES.

18        THEY BOTH HAVE A TEXT AREA THAT YOU CAN SEE ABOVE AND A

19   SUGGESTIONS AREA, A SUGGESTIONS BAR BELOW.

20        IF WE COULD GO TO SLIDE 67.

21        YOU CAN SEE THEY BOTH HAVE THIS SUGGESTION BAR.

22        AND ON BOTH OF THEM, IT WILL TYPE, YOU KNOW, MESSAF, THE

23   MISSPELLING ON THE LEFT-HAND SIDE, AND THEN THERE WILL BE SOME

24   SUGGESTIONS AND IF YOU WANT TO TAKE ONE OF THOSE SUGGESTIONS,

25   YOU CAN JUST TAP ON IT.  BOTH OF THEM WORK IDENTICALLY, THE

1      NON-INFRINGING SAMSUNG DART KEYBOARD AND THE KEYBOARD THAT

2      PRACTICES -- THAT INFRINGES APPLE'S PATENT.

3           HERE IS THE INFRINGING SWIPE KEYBOARD, THE ONE THAT WAS ON

4      THE RIGHT, IN ACTION.  I WANT TO SHOW THAT TO YOU.  YOU SEE

5      THAT AUTOMATICALLY CORRECTS.  BUT THE WAY IT WORKS IS DIFFERENT

6      ON APPLE'S KEYBOARD.  INSTEAD OF CONTINUOUSLY CORRECTING AS

7      YOU'RE TYPING, IT'S NOT UNTIL YOU FINISH AND HIT WHAT'S CALLED

8      A DELIMITER, EITHER A PERIOD OR A COLON OR A SPACE BAR, THAT IT

9      POPS UP WHAT THE SUGGESTED WORD IS.  YOU WOULDN'T KNOW WHAT'S

10     GOING TO POP UP UNLESS YOU LOOK DOWN.  THE SUGGESTED WORD IS

11     DOWN BLOW IN THAT SPACE BAR.  YOU WON'T KNOW WHAT'S GOING TO

12     COME UP WITHOUT ACTUALLY LOOKING DOWN.

13          AND SOME PEOPLE MIGHT SAY THAT THAT, YOU KNOW, APPLE, THAT

14     PATENT, THAT WAY THAT MAKES YOU HAVE TO LOOK DOWN TO SEE IF

15     WHAT YOU REALLY INTENDED TO TYPE IS DOWN THERE IS NOT AS GOOD,

16     IT'S INCONVENIENT, YOU HAVE TO LOOK DOWN.

17          THE WAY YOU KNOW THAT APPLE THINKS THAT'S A NUISANCE,

18     BECAUSE IN THE IPHONE, THEY DON'T USE THAT PATENT, NEVER HAVE.

19     HAVE NEVER USED IT.  THE IPHONE DOES IT DIFFERENTLY.

20          LET'S TAKE A LOOK AT SLIDE 72.

21          THE IPHONE, THE WORD SUGGESTION IS FLOATED IN A BOAT UP IN

22     THE TEXT AREA SO THAT YOU KNOW BY LOOKING UP THERE, YOU DON'T

23     HAVE TO LOOK DOWN, YOU KNOW WHAT'S GOING TO HAPPEN IF YOU HIT

24     THE SPACE BAR OR THE DELIMITER.

25          SO WHAT ARE THE DAMAGES THAT APPLE SEEKS FOR USE OF ITS

1      OWN PARTICULAR FORM OF WORD CORRECTION, WHICH IT DOESN'T EVEN

2      USE, AND WHICH SOME PEOPLE MIGHT CONSIDER INFERIOR?

3           ACCORDING TO DR. HAUSER'S SURVEY, WHAT SHOULD SAMSUNG PAY?

4      $206.4 MILLION OF THE 2 BILLION-PLUS DOLLARS.

5           OF THE -- DR. HAUSER'S STUDY SAID, THAT CHART WE LOOKED AT

6      BEFORE, SUPPOSEDLY HIS CONCLUSION IS PEOPLE WOULD PAY $102 MORE

7      PER PHONE TO HAVE THIS FEATURE WHERE YOU HAVE TO LOOK DOWN AND

8      MAKE YOUR CHOICE, WHICH APPLE DOESN'T EVEN USE.

9           HOW DID HE ARRIVE AT THAT NUMBER?  WELL, DR. HAUSER'S

10     SURVEY WAS SERIOUSLY FLAWED.  REMEMBER, I TOLD YOU, IT'S ALL

11     ABOUT THE DESCRIPTIONS THEY'RE GIVING.  THEY DON'T GET ANY

12     PHONES.  THEY'RE JUST GETTING DESCRIPTIONS.

13          AND LET ME TELL YOU WHAT THEY WERE TOLD ABOUT THESE WORD

14     SUGGESTION FEATURES, AND THIS IS WHAT THEY WERE TOLD ABOUT

15     APPLE'S PATENTED METHOD.  YOU'LL SEE IT UP HERE.  THIS IS WHAT

16     THE SURVEY PARTICIPANTS WERE PRESENTED WITH.  IT SAYS AT THE

17     TOP AUTOMATIC WORD CORRECTION.

18          NOW, YOU KNOW THAT'S NOT THE TITLE OF THEIR PATENT.  WE

19     JUST LOOKED AT THAT.  IF WE GO BACK TO SLIDE 60, THEIR PATENT

20     IS "A METHOD, SYSTEM, AND GRAPHICAL USER INTERFACE FOR

21     PROVIDING WORD RECOMMENDATIONS."

22          BUT PARTICIPANTS AREN'T TOLD THAT WHAT THEY'RE BEING

23     PRESENTED HERE, THE DESCRIPTION IS JUST OF A METHOD.  THEY'RE

24     TOLD THAT THE FEATURE IS AUTOMATIC WORD CORRECTION, PERIOD, IN

25     BIG BOLD LETTERS ON A PICTURE, AN ICON UP HERE, TWO PIECES OF

```
 1    PAPER.

 2         THE ONE IN THE BACK SAYS X, MISTAKE, BEING REPLACED WITH

 3    ANOTHER PIECE OF PAPER, CHECK, CORRECT.

 4         NO METHOD.  ONLY AUTOMATIC WORD CORRECTION.  ONLY WRONG

 5    SPELLING MADE RIGHT.

 6         THAT ICON IS THE SYMBOL FOR THIS PATENT CLAIM IN

 7    DR. HAUSER'S TEST.  THAT ICON TELLS SURVEY PARTICIPANTS THAT

 8    THEIR ONLY CHOICE -- YOU KNOW, THE CHOICE THAT YOU'RE MAKING,

 9    YOU'RE TRYING TO VALUE WHAT THE DIFFERENCE IS BETWEEN SAMSUNG,

10    THE APPLE PATENT AND WHAT WOULD OTHERWISE HAVE TO DO, THEY'RE

11    TOLD THE ONLY CHOICE IS BETWEEN WORD CORRECTION AND NO WORD

12    CORRECTION.

13         NOW, CLEARLY THE DIFFERENCE BETWEEN HAVING AUTOMATIC WORD

14    CORRECTION IS VERY DIFFERENT FROM THE VALUE OF HAVING IT BY ONE

15    METHOD RATHER THAN ANOTHER.  THE DIFFERENCE BETWEEN YOU EITHER

16    HAVE IT OR YOU DON'T OR YOU HAVE IT BY ONE METHOD OR YOU HAVE

17    IT BY ANOTHER, THERE'S A BIG DIFFERENCE.

18         THERE IS NO SUBTLETY IN DR. HAUSER'S DESCRIPTION.

19         OF COURSE APPLE HAS NO RIGHT TO A MONOPOLY UNDER ITS

20    PATENT CLAIM TO AUTOMATIC WORD CORRECTION BECAUSE, AS YOU HAVE

21    SEEN FROM SAMSUNG'S NON-INFRINGING DART KEYBOARD, YOU ALREADY

22    KNOW THERE'S AT LEAST ONE NON-INFRINGING ALTERNATIVE THAT DOES

23    PROVIDE AUTOMATIC WORD CORRECTION, AND SOME WOULD SAY IT'S

24    BETTER.  YOU DON'T HAVE TO LOOK DOWN.  THE CORRECTION, IT

25    HAPPENS WHILE YOU ARE TYPING IN THE TEXT AREA.
```

1    SAMSUNG HAD THAT ON ITS PHONES BEFORE APPLE'S PATENT

2    ISSUED.

3    SAMSUNG DOES NOT -- WELL, APPLE DOES NOT OWN AUTOMATIC

4    WORD CORRECTION.  APPLE DOESN'T INVENT IT.  IT HAS NO RIGHT TO

5    BE PAID FOR IT.

6    THE ASSERTION THAT APPLE OWNS AUTOMATIC WORD CORRECTION IS

7    UNTRUE, AND THAT UNTRUTH INFECTED DR. HAUSER'S SURVEY.

8    AND, AGAIN, THAT SURVEY IS THE ONLY BASIS IN THIS LAWSUIT

9    THAT'S GOING TO BE PRESENTED TO YOU FOR THOSE VERY, VERY LARGE

10   NUMBERS.

11   THIS STUDY IS THE ONLY EVIDENCE OF CONSUMERS' PREFERENCES

12   AND FEATURE VALUE IN THIS LAWSUIT FOR CELL PHONES, FOR TABLETS,

13   FOR EVERY SINGLE CLAIM, ALL FIVE OF THEM, IT ALL COMES BACK TO

14   DR. HAUSER.

15   THIS WASN'T JUST AN INSTANCE OF A CAREFULLY -- CARELESSLY

16   CHOSEN ICON.  IT WAS DELIBERATELY AND CAREFULLY DESIGNED TO

17   MISLEAD YOU.

18   HERE'S THE PART OF THE EXPLANATION THAT WAS GIVEN TO TEST

19   SUBJECTS THAT WAS MEANT TO DESCRIBE WHAT THE ALTERNATIVE WOULD

20   BE, IF YOU DON'T USE APPLE'S PATENTED CLAIM, WHAT'S THE

21   ALTERNATIVE?

22   AND WHAT PEOPLE ARE TOLD, YOU CAN SEE IT HERE, "WITHOUT

23   THIS FEATURE, PRESSING SPACE OR A PERIOD WOULD RETAIN YOUR

24   ORIGINAL TEXT," AND WHAT HE'S TOLD THEM HERE IS IF YOU'RE

25   TRYING TO TYPE BIRTHDAY AND INSTEAD YOU TYPE BIRFDAY WITH AN F,

1       IT TELLS THEM "WITHOUT THIS FEATURE, PRESSING SPACE OR A PERIOD

2    WOULD RETAIN YOUR ORIGINAL TEXT, BIRFDAY.  IF YOU WANT TO

3    REPLACE YOUR ORIGINAL TEXT, YOU NEED TO SELECT THE SUGGESTED

4    BIRTHDAY YOURSELF.  YOU WOULD HAVE TO GO DOWN AND SELECT IT."

5       THAT'S SIMPLY WRONG.  APPLE MADE THAT UP.  YOU KNOW THAT'S

6    WRONG.  YOU'VE SEEN THE DART KEYBOARD.  IT AUTOMATICALLY

7    CORRECTS IN THE SCREEN.

8       IT'S -- THAT'S HOW APPLE COMES UP WITH THESE NUMBERS THAT

9    THIS IS WORTH $206 MILLION.

10      APPLE MAKES A VERY, VERY SERIOUS DAMAGES CLAIM, BUT THEY

11    DIDN'T GO ABOUT STUDYING DAMAGES IN ALL SERIOUSNESS.  IN FACT,

12    DR. HAUSER'S STUDY, YOU WILL SEE, IS COMPLETELY REMOVED FROM

13    REALITY.

14      LET ME GIVE YOU ANOTHER EXAMPLE OF AN UNTRUTHFUL

15    DESCRIPTION OF ANOTHER ONE OF THESE PATENTED FEATURES THAT THEY

16    GAVE TO SURVEY PARTICIPANTS, WHICH IS THE WHOLE BASIS FOR THEIR

17    CLAIM THAT FOLKS PREFERRED -- YOU KNOW, WOULD BUY FEWER SAMSUNG

18    PHONES AND WOULD BUY MORE APPLE PHONES.

19      AND THIS IS THE BACKGROUND SYNCING CLAIM.  THIS IS THE

20    DESCRIPTION THAT PEOPLE WERE GIVEN.  AND AT THE TOP IT

21    DESCRIBES THE APPLE PATENT, AND THEN IT DESCRIBES WHAT THE

22    ALTERNATIVE, WHERE IF YOU DON'T PRACTICE THE APPLE PATENT, THIS

23    IS WHAT WOULD HAPPEN TO YOU.

24      "WITHOUT THIS FEATURE, YOU WOULD HAVE TO WAIT TO USE THE

25    APP, FOR EXAMPLE, THE CONTACTS APP, WHILE THE DATA FOR THE APP

1    IS SYNCHRONIZING WITH A REMOTE COMPUTER, AND THAT WAIT MAY BE

2    LONG OR SHORT."

3         SO IN OTHER WORDS, THE SURVEY PARTICIPANTS ARE TOLD, "YOU

4    EITHER USE APPLE'S PATENT" WHICH, AGAIN, THIS IS ANOTHER ONE,

5    APPLE DOESN'T USE THIS, IT'S NOT IN ANY IPHONE, NEVER HAS BEEN,

6    THEY'RE TOLD, "YOU EITHER USE APPLE'S PATENT, OR YOUR PHONE

7    WILL FREEZE FOR A PERIOD OF TIME, AND THAT MAY BE A LITTLE

8    PERIOD OF TIME, OR IT MAY BE A LONG PERIOD OF TIME."

9         AND THAT IS ALSO, FRANKLY, NOT TRUE.  APPLE DID NOT CREATE

10   THE ONLY WAY TO SYNC DATA WITHOUT THE DEVICE FREEZING.  THIS IS

11   ANOTHER EXAMPLE OF APPLE EXAGGERATING THE SCOPE OF ITS PATENTED

12   CLAIMS.

13        THAT SYNCING, THAT ABILITY, HAD BEEN DEVELOPED USING

14   DIFFERENT PROCESSES BY OTHER INVENTORS AT LEAST SEVEN YEARS

15   BEFORE APPLE'S PATENT ISSUED.  I'LL SHOW YOU THOSE OTHER

16   PROCESSES IN A LITTLE BIT.

17        SO WHEN MR. HAUSER ASKED THEM, YOU KNOW, THE PUNCH LINE IS

18   AFTER THEY'RE GIVEN THESE CHOICES, HE ASKED THEM, HOW IMPORTANT

19   IS THAT FEATURE THAT KEEPS YOUR PHONE FROM FREEZING UP?  OF

20   COURSE WHAT DID THEY SAY, THEY SAID THAT WAS IMPORTANT.  THAT

21   WAS BASED ON A MISREPRESENTATION BECAUSE PHONES CAN USE THOSE

22   OTHER PROCESSES THAT APPLE DOESN'T OWN.  APPLE DOESN'T OWN

23   EVERYTHING WHEN IT COMES TO SYNCING OR WORD CORRECTION OR ANY

24   OF THESE OTHER FEATURES.

25        THE DESCRIPTION ON SYNCING IS WRONG IN ANOTHER RESPECT.

1    ALL THE PARTIES AGREE THAT APPLE'S PATENT REQUIRES THAT YOU

2    HAVE THREE SYNCING COMPONENTS IN THE BACKGROUND.  AND IT'S NOT

3    SO -- IN OTHER WORDS, IT'S NOT JUST ABOUT FREEZING AND SYNCING

4    GENERALLY.  THIS PATENT IS A VERY SPECIFIC ONE.  IT REQUIRES

5    THREE SYNCING COMPONENTS.

6         DR. HAUSER'S DESCRIPTION TO THE SURVEY PARTICIPANTS DIDN'T

7    MENTION THIS AT ALL, AND, IN FACT, THE ANDROID SOFTWARE PROCESS

8    SAMSUNG USES AND APPLE ACCUSES HERE CONTAINS ONLY TWO

9    COMPONENTS THAT ACTUALLY ARE DOING THE SYNCING.

10        WITHOUT A TRUTHFUL DESCRIPTION OF APPLE'S CLAIMS AND WHAT

11   THE ALTERNATIVES WOULD BE, THE SURVEY, DR. HAUSER'S SURVEY IS

12   WORTHLESS.

13        AS I TOLD YOU, CLEARLY THESE DESCRIPTIONS ARE REALLY

14   IMPORTANT SINCE THAT'S WHAT THE SURVEY PARTICIPANTS ARE BASING

15   ALL THEIR JUDGMENTS ON ABOUT THEIR PREFERENCES AND WHAT'S THIS

16   WORTH.

17        SO YOU MIGHT ASK, WHO WROTE THESE DESCRIPTIONS THAT WERE

18   SO IMPORTANT AND CENTRAL TO THIS SURVEY?  IT WASN'T DR. HAUSER.

19   IT WAS APPLE'S LAWYERS.

20        AND GUESS WHAT?  THEY WEREN'T EXACTLY EVEN-HANDED.

21        LET'S LOOK AT WHAT DR. HAUSER SAID IN HIS REPORT.  IN THE

22   FIRST SENTENCE THERE HE ACKNOWLEDGES THAT TO GET RELIABLE

23   RESULTS FROM THE SURVEY, YOU HAVE TO HAVE CLEAR DESCRIPTIONS.

24        THEN HE GOES ON TO ADMIT THAT THEY WERE "PROVIDED TO ME BY

25   COUNSEL."

1          AND HE SAID "I HAVE NOT REVIEWED OR INTERPRETED THE PATENT

2     CLAIMS MYSELF AND DO NOT HAVE A PROFESSIONAL OPINION ON THAT

3     MATTER."

4          HE'S WASHING HIS HANDS OF IT.  HE'S NOT TAKING ANY

5     RESPONSIBILITY FOR THIS.

6          SO HE GIVES -- WHAT HAPPENS WITH THESE SURVEY RESULTS?

7     THEY'RE GIVEN TO ANOTHER APPLE EXPERT, DR. VELLTURO, AND LET'S

8     JUST TALK FOR A MOMENT ABOUT DR. VELLTURO.

9          YOU KNOW, UNLIKE MANY EXPERTS YOU'RE GOING TO SEE WHO ARE

10    FACULTY MEMBERS AT UNIVERSITIES, DR. VELLTURO IS NOT A MEMBER

11    OF A FACULTY ANYWHERE.  HE BASICALLY TESTIFIES FOR A LIVING.

12    HE'S BASICALLY APPLE'S HOUSE PAID EXPERT WITNESS.

13         HE SAYS HE CANNOT REMEMBER EXACTLY HOW MANY TIMES HE'S

14    BEEN HIRED BY APPLE TO COME INTO COURTROOMS AND TESTIFY AND HE

15    THINKS IT'S MAYBE 10 TO 12 TIMES.

16         BUT HE TOOK DR. HAUSER'S SURVEY RESULTS AND RAN SOME

17    NUMBERS, AND HE SAID THAT SYNCING COMPONENT CLAIM WHERE PEOPLE

18    WERE TOLD YOU EITHER USE THE APPLE, YOU KNOW, PATENT OR, YOU

19    KNOW, YOU'RE GOING TO HAVE TO WAIT AND THE WAIT COULD BE LONG

20    OR SHORT, HE TOOK THE RESULTS OF THE SURVEY AND HE SAID, WELL,

21    THAT SYNCING CLAIM IS WORTH $724.9 MILLION.

22         SO THAT'S WHERE PART OF THAT OVER 2 BILLION THEY'RE

23    SEEKING COMES FROM THAT CLAIM.  AND ALL THE STEPS LEADING TO

24    THAT NUMBER COLLAPSE BECAUSE THEY'RE ALL BASED ON DESCRIPTIONS

25    WHICH ARE COMPLETELY UNFAIR AND INACCURATE.

1          WE HAVE -- WE'VE RETAINED AN EXPERT, DR. DAVID REIBSTEIN,

2     WHO'S A PROFESSOR AT THE WARD SCHOOL OF BUSINESS AT THE

3     UNIVERSITY OF PENNSYLVANIA.  HE'S AN EXPERT IN THESE TYPES OF

4     SURVEY, THEY'RE CALLED CONJOINT SURVEYS, AND HE SAYS IT'S

5     COMPLETELY INAPPROPRIATE TO USE THIS TYPE OF SURVEY, A CONJOINT

6     SURVEY, FOR A COMPLEX PRODUCT WHICH HAS LOTS AND LOTS OF

7     FEATURES, THAT IT'S JUST A -- THEY SHOULDN'T HAVE USED IT IN

8     THE FIRST PLACE.

9          HE HAD A REAL QUESTION:  DID THE SURVEY PARTICIPANTS

10    ACTUALLY UNDERSTAND WHAT THEY WERE BEING TOLD, UNDERSTAND THESE

11    DESCRIPTIONS?

12         SO HE DID HIS OWN STUDY.  HE RECRUITED SOME OTHER PEOPLE,

13    JUST LIKE DR. HAUSER HAD, WHO HAD SAMSUNG PHONES.  HE SHOWED

14    THEM THE SAME VIDEOS, WE HAD THEM, SHOWED THEM THE SAME

15    DESCRIPTIONS, AND, YOU KNOW, HAD THEM TAKE THE SAME TEST.

16         AND AFTERWARDS HE ASKED THEM, DID YOU UNDERSTAND?  DID YOU

17    UNDERSTAND THE DESCRIPTIONS IN THE VIDEOS?  THEY ALL SAID, YES.

18         BUT THEN HE INTERVIEWED THEM AND IT TURNED OUT THEY DIDN'T

19    UNDERSTAND AT ALL.

20         MANY OF THE PARTICIPANTS THOUGHT THAT WHEN IT DESCRIBED

21    WORD CORRECTION, THEY THOUGHT THAT MEANT THE CHOICE WAS BETWEEN

22    APPLE'S PATENT CLAIM AND HAVING TO GO BACK AND COMPLETELY

23    RETYPE THE MISSPELLING.

24         SOME THOUGHT THE CHOICE WAS BETWEEN USING APPLE'S THREE

25    PATENT SYNC CLAIM AND NOT HAVING ANY SYNCING AT ALL AND HAVING

1      TO GO TO ANOTHER DEVICE AND RE-ENTER THE INFORMATION.

2           SO THERE'S A REAL QUESTION.  I THINK IT'LL BE IN YOUR

3      MINDS WHEN YOU HEAR THE EVIDENCE AS TO WHETHER PEOPLE REALLY

4      UNDERSTOOD THIS AT ALL.

5           I TOLD YOU BEFORE, APPLE ON ITS OWN DOES SURVEYS AS TO WHY

6      PEOPLE BUY PHONES.

7           IF WE COULD LOOK AT SLIDE 50.

8           THIS IS AN INTERNAL APPLE STUDY, AND IF YOU LOOK AT THE

9      U.S. ON THE LEFT-HAND SIDE, THE WHOLE THEORY OF APPLE'S CASE

10     HERE IS PEOPLE BUY SAMSUNG PHONES BECAUSE OF THESE FIVE

11     FEATURES AND THEY'RE SO IMPORTANT.

12          WHEN IT COMES TO IPHONES, PEOPLE WHO WANT AN IPHONE MODEL

13     OR A SPECIFIC FEATURE, IT'S ONLY 16 PERCENT OF THE PEOPLE WHO

14     BUY PHONES ACCORDING TO APPLE'S OWN DATA.

15          AND THEN IN THEIR DATA, THEIR SURVEY, THEY DRILL DOWN IN

16     THE 16 PERCENT TO SEE WHAT IS THE FEATURE THAT THEY'RE MOST

17     INTERESTED IN.  IS IT OUR PHONE WITH WORD CORRECTION?  IS IT

18     SYNCING, OR WHAT IS IT?

19          IF WE CAN LOOK AT SLIDE 51.

20          THOSE 16 PERCENT, AS I'VE BEEN TELLING YOU, THEY'RE

21     INTERESTED IN THINGS LIKE BIG FEATURES, WHAT'S THE WEIGHT, THE

22     DISPLAY, THE THINLESS, IS THERE LTE, WHAT'S THE BATTERY LIFE?

23          APPLE KNOWS THESE ARE THE KINDS OF THINGS THAT DRIVE SALES

24     OF PHONES.

25          ANOTHER EXAMPLE OF AN IMPORTANT PHONE FEATURE IS THE MAPS

1    APPLICATION.  IN THE FALL OF 2012, APPLE HAD A BIG PROBLEM WITH

2    ITS MAPS APPLICATION.  THEY USED TO HAVE GOOGLE MAPS AND THEY

3    DEVELOPED THEIR OWN MAP, APPLE MAPS FEATURE AND THEY PUT IT IN

4    THE PHONE AND IT WAS A DISASTER.  I MEAN, IT SENT PEOPLE IN

5    CIRCLES TO DEAD ENDS.  POLICE IN AUSTRALIA WARNED THAT THE

6    APPLE MAPS FEATURE COULD KILL BECAUSE IT WOULD SEND PEOPLE INTO

7    THE BARREN OUTBACK WHERE THERE WAS NO WATER.

8         THE PR FALLOUT FROM THAT WAS SO BAD THAT APPLE HAD TO

9    APOLOGIZE TO CONSUMERS, AND TIM COOK WROTE A LETTER TO

10   CONSUMERS ASKING FORGIVENESS AND SUGGESTED THAT THEY ALL SOLVE

11   THE PROBLEM BY REINSTALLING GOOGLE MAPS.

12        BUT YET THAT PHONE THAT HAD THAT APPLE MAPS FEATURE, THE

13   IPHONE 5, WAS THE HIGHEST SELLING IPHONE EVER.

14        WHAT DOES THAT SHOW US?  A PHONE WITHOUT A WORKING MAPS

15   APPLICATION CAN SELL.  A PHONE WITHOUT THESE FIVE SMALL

16   FEATURES, THAT WOULD SELL, TOO.  THESE AREN'T THE THINGS THAT

17   DRIVE SALES.

18        I NOW WANT TO TURN TO APPLE'S INFRINGEMENT CLAIMS.  WE

19   WILL SHOW YOU THAT SAMSUNG DID NOT USE OR INFRINGE FOUR OF THE

20   CLAIMS AND THAT, IN FACT, IN ANY EVENT ALL FIVE ARE INVALID.

21   THEY SHOULDN'T HAVE BEEN ISSUED IN THE FIRST PLACE.  THERE WERE

22   OTHER PEOPLE WHO THOUGHT OF THE IDEAS.

23        LET'S BEGIN WITH THE '414, THE BACKGROUND SYNCING.  WE'VE

24   SPOKEN ABOUT THIS SOME ALREADY.

25        AS I SAID, THIS REQUIRES THAT YOU HAVE THREE SEPARATE SYNC

DEFENDANTS' OPENING STATEMENT

1        COMPONENTS THAT ARE CONFIGURED TO DO SYNC.

2            YOU WILL HEAR IN THIS TRIAL FROM DR. CHASE, OUR EXPERT

3        WITNESS, AND A GOOGLE ENGINEER PAUL WESTBROOK, WHO WAS INVOLVED

4        IN DEVELOPING THIS, WHO WILL TELL YOU THAT ANDROID DOES THIS

5        DIFFERENTLY, DOES NOT USE THIS THREE SYNC PROCESS.  IT HAD BEEN

6        DONE BEFORE.  IT WAS DONE AT WINDOWS MOBILE.  THERE'S A MAN BY

7        THE NAME OF GARY HALL, WHO YOU WILL HEAR FROM, WHO'S A WINDOWS

8        DEVELOPER WHO CALLED BACKGROUND SYNCING A DESIGN PILLAR OF

9        WINDOWS MOBILE.

10           AND YOU WILL SEE THAT HE -- WINDOWS, MICROSOFT HAD THE

11       ABILITY TO SYNC IN BACKGROUND, AND IT WOULDN'T FREEZE UP.  AND

12       THAT WAS ALL BEFORE APPLE'S PATENT.

13           AND THEY ALSO SYNCED WITH THREE SYNC COMPONENTS IN THE

14       BACKGROUND, JUST LIKE APPLE CLAIMS TO DO.

15           YOU KNOW, THE PATENT AND TRADEMARK OFFICE, YES, THEY

16       ISSUED A PATENT ON THIS.  BUT THEY DIDN'T HAVE THIS INFORMATION

17       WHEN IT WAS ISSUED.  THEY DIDN'T HAVE THE INFORMATION ABOUT THE

18       WINDOWS MOBILE IN FRONT OF THEM WHEN THEY ISSUED THIS PATENT.

19           YOU'LL HEAR THAT ANOTHER GREAT COMPANY WHO WAS DEVELOPING

20       BACKGROUND SYNC BEFORE APPLE EVEN FILED FOR ITS PATENT, AND

21       THAT COMPANY WAS USING BACKGROUND SYNC BEFORE APPLE'S PATENT

22       EVEN ISSUED, AND THAT COMPANY IS GOOGLE.  IT JUST STARTED

23       DEVELOPING A SYNCING FEATURE BEFORE THE IPHONE EVER HIT THE

24       MARKET.

25           AS A CLOUD COMPANY, GOOGLE IS WELL AHEAD OF APPLE IN

1    WIRELESS SYNCING.  REMEMBER, YOU SAW THAT IN THE STEVE JOBS

2    E-MAIL.  HE SAID CATCH UP IN SYNCING.

3         AND, YOU KNOW, GOOGLE HAD THE ABILITY FROM THE BEGINNING,

4    AS A CLOUD COMPANY, TO SYNC YOUR CONTACTS AND WIRELESS -- YOUR

5    CONTACTS AND YOUR CALENDAR WIRELESSLY IN THE FIRST ANDROID

6    PHONE.

7         THAT'S SOMETHING YOU COULDN'T DO IN THE FIRST IPHONE.  YOU

8    HAD TO PLUG IT INTO A COMPUTER TO SYNC UNTIL IOS 5 IN 2011.

9         THE '647 PATENT, THE ANALYZER SERVER PATENT, SOMETIMES

10   CALLED QUICK LINKS OR LINKS TO STRUCTURES, THIS IS THE PATENT

11   THAT, YOU KNOW, YOU CAN -- IT WILL HIGHLIGHT A PHONE NUMBER OR

12   AN E-MAIL ADDRESS AND YOU CAN TAP ON IT AND IT'LL DO -- YOU

13   KNOW, EXECUTE AN ACTION.

14        THIS DOES NOT COVER EVERY WAY OF DOING A CLICKABLE LINK.

15   THE SIMPLE ABILITY TO CLICK ON A PHONE NUMBER AND MAKE A CALL,

16   OR CLICK ON AN E-MAIL ADDRESS AND SEND AN E-MAIL, THAT HAS BEEN

17   AROUND FOR A LONG TIME.  APPLE DIDN'T INVENT THIS.  THIS ISN'T

18   SOMETHING THAT APPLE OWNS.

19        GOOGLE DESIGNED THE ANDROID SOFTWARE THAT RUNS ON THE

20   BACKGROUND -- IN THE BACKGROUND DIFFERENTLY FOR ITS ANALYZER

21   SERVER.  YOU'LL HEAR THE EVIDENCE THAT GOOGLE -- THAT THE

22   PATENT THAT APPLE HAS ON THIS PARTICULAR FEATURE REQUIRES

23   SOMETHING CALLED AN ANALYZER SERVER, AND I WON'T GO INTO THE

24   DETAILS ABOUT WHAT THAT'S ABOUT NOW, BUT IF YOU ONLY REMEMBER

25   ONE THING I SAY ABOUT THIS PATENT, IT'S ANALYZER SERVER.

1          AND THE APPLE PATENT REQUIRES THAT THERE BE AN ANALYZER

2    SERVER TO ACCOMPLISH THIS IN THE SOFTWARE.  AND WHEN YOU SEE

3    WHAT GOOGLE DOES, WHAT ANDROID DOES, YOU'LL SEE THAT THERE IS

4    NO ANALYZER SERVER.

5          APPLE TRIES TO SAY IT'S SOMETHING ELSE, THEY KNOW THERE

6    NEEDS TO BE AN ANALYZER SERVER.  SO APPLE TRIES TO SAY IT'S

7    SOMETHING ELSE.  I THINK THEY CALL IT A SOFTWARE LIBRARY.  THEY

8    SAY, WELL, THAT'S REALLY AN ANALYZER SERVER.  BUT YOU'RE GOING

9    TO SEE THAT THAT'S SOMETHING VERY, VERY DIFFERENT.  IN FACT,

10   THEIR OWN INVENTOR WILL TELL YOU THAT SOFTWARE LIBRARIES ARE

11   VERY DIFFERENT THAN AN ANALYZER SERVER.

12         YOU'LL ALSO HEAR IN THIS PATENT THAT THERE WAS PRIOR ART,

13   THAT IT HAD BEEN DONE BEFORE.  THERE'S SOMETHING CALLED

14   EMBEDDED BUTTONS THAT HAD BEEN INVENTED AT A VERY FAMOUS

15   INSTITUTION HERE IN PALO ALTO CALLED XEROX PARK, PALO ALTO

16   RESEARCH CENTER IN 1991 WHERE THEY -- THIS SAME TECHNOLOGY

17   EXISTED.  IT'S NOT NEW.  IT'S NOT A PATENT THAT EVER SHOULD

18   HAVE BEEN ISSUED.

19         THE '721, THE SLIDE TO UNLOCK, YOU KNOW, YOU WILL SEE THAT

20   SAMSUNG, ANDROID HAVE USED LOTS OF DIFFERENT LOCK INTERFACES,

21   VERY DIFFERENT KINDS OF MECHANISMS.

22         ONE IS CALLED THE PUZZLE DESIGN UNLOCK INTERFACE.

23         I MEAN, THE WAY IT WORKS, THE PIECES START UP IN THE

24   CORNER AND YOU CAN MOVE THIS PIECE, THIS PIECE HERE, YOU CAN

25   MOVE IT ALL AROUND.  IT'S NOT LIKE THE SLIDE TO UNLOCK WHERE

1      THERE'S A TRACK AND YOU GO FROM THIS POINT TO THIS POINT ALONG

2      THE TRACK.

3             THIS PUZZLE PIECE, YOU CAN MOVE IT WITH YOUR FINGER ALL

4      AROUND.  IT UNLOCKS WHEN YOU GO INTO THE HOLE THERE.  THIS IS

5      VERY DIFFERENT.  THIS IS NOT AN EFFORT TO COPY THE IPHONE.

6      IT'S AN EFFORT TO COME UP WITH SOMETHING PLAYFUL, FUN.  THE

7      FOLKS AT SAMSUNG WERE TRYING TO DISTINGUISH THEMSELVES.

8             ANOTHER UNLOCK SCREEN THAT SAMSUNG USES IS A GALAXY 3

9      RIPPLE WHICH YOU WILL SEE.  UNFORTUNATELY, YOU CAN'T REALLY --

10     THIS DOESN'T REPRODUCE IN A PHOTOGRAPH, BUT IT'S A REALLY COOL

11     DESIGN WHERE IF YOU PUT YOUR FINGER ON THE SCREEN AND MOVE IT,

12     IT'S LIKE WATER RIPPLES ACROSS THE FACE OF THE SCREEN AND YOU

13     CAN MOVE UP, DOWN, ONE WAY OR ANOTHER, AND IT'S LIKE A LITTLE

14     WAVE OF WATER GOING ACROSS THE STREET.

15            NO SLIDE TO UNLOCK, YOU KNOW, APPLE'S SLIDE TO UNLOCK.

16     THEY DON'T ACCUSE THAT.  THIS IS A BEST SELLING, YOU KNOW, THE

17     GS III, GALAXY 3, BEST SELLING PHONES.  WE'RE SELLING LOTS OF

18     THESE PHONES WITHOUT USING ANY APPLE SLIDE TO UNLOCK FEATURE.

19            AND THEN YOU'RE GOING TO SEE THAT APPLE ITSELF HAS MOVED

20     AWAY FROM THAT ORIGINAL SLIDE TO UNLOCK DESIGN IN THE LATEST

21     IOS 7 SOFTWARE, YOU CAN GO FROM ANYWHERE ON THE LEFT-HAND SIDE

22     OF THE SCREEN TO THE RIGHT-HAND SIDE OF THE SCREEN, ANYWHERE AT

23     ANY POINT.  THERE'S MUCH MORE FREEDOM OF MOVEMENT.  YOU DON'T

24     HAVE THAT LITTLE CHANNEL DOWN AT THE BOTTOM.

25            THE WORDS SLIDE TO UNLOCK ARE STILL ON THE PHONE, BUT

1    THEY'RE NOT CLAIMING THEY OWN THE WORDS.  YOU CAN SEE THAT

2    THEY'VE GONE IN A DIFFERENT DIRECTION ALTOGETHER.

3         IS THIS SOMETHING THAT'S REALLY WORTH MILLIONS AND

4    MILLIONS OF DOLLARS?  IS THIS WHY PEOPLE BUY SMARTPHONES?

5         THOSE ARE SOME OF THE DECISIONS THAT YOU'RE GOING -- THAT

6    YOU WILL HAVE TO DECIDE.

7         WE'LL ALSO SHOW YOU OTHER PRIOR ART.  YOU KNOW, THERE HAVE

8    BEEN SLIDE TO UNLOCK MECHANISMS BEFORE.  IT'S BEEN DONE BEFORE.

9         WHAT THEY CALL UNIVERSAL SEARCH, THIS INVOLVES THE -- THE

10   APPLE PATENT ON UNIVERSAL SEARCH INVOLVES A VERY SPECIFIC WAY

11   OF COMBINING LOCAL SEARCH RESULTS THAT ARE ON THE PHONE FROM,

12   LIKE, YOUR CONTACTS OR YOUR CALENDAR AND THINGS LIKE THAT WITH

13   RESULTS THAT COME FROM THE INTERNET.

14        NOW, I THINK IT'S FAIR TO SAY GOOGLE KNOWS SEARCH.  AND

15   THE ENGINEERS AT GOOGLE DON'T NEED TO TURN TO APPLE, YOU KNOW,

16   WHEN THEY'RE BUILDING THEIR ANDROID SOFTWARE TO FIGURE OUT HOW

17   TO DO SEARCH ON A PHONE.  THEY'VE BEEN DOING SEARCH AT GOOGLE

18   SINCE 1997.  THEY'VE BEEN DOING, ON THE DESKTOP, THEY'VE BEEN

19   DOING LOCAL SEARCH ON THE DESKTOP DEVICE CLEAR BACK TO 2004.

20        THE FUNCTIONS THAT APPLE IS CHALLENGING HERE IN ANDROID ON

21   PHONES, THEY WERE ADDED TO ANDROID AND SAMSUNG PHONES IN 2009.

22        BUT, AGAIN, THIS SEARCH CAPABILITY THAT, YOU KNOW, THEY

23   CLAIM TO HAVE A PATENT ON, IT'S NOT SOMETHING THAT THEY HAVE

24   EVER USED.  IT'S NEVER BEEN DONE ON THE IPHONE.

25        WE ASKED THE INVENTOR IN HIS DEPOSITION, AND HE SAYS HE

1        DOESN'T KNOW ANYONE WHO'S EVER USED THIS.

2            YOU KNOW, YOU HEARD SOMETHING THAT MR. MCELHINNY SAID THAT

3        AFTER WE SUED THEM, THEY REMOVED IT.  DO YOU REMEMBER THIS?

4        AFTER WE SUED THEM, THEY REMOVED IT.  CUSTOMERS COMPLAINED;

5        THEY PUT IT BACK.

6            THAT WAS A COMPLETE DISTORTION, FRANKLY.

7            WHAT HAPPENED IS THEY SUED ON A DIFFERENT SEARCH PATENT.

8        THEY SUED ON THE '604 PATENT, NOT THIS ONE, AND THEY WENT TO

9        COURT AND THEY GOT AN INJUNCTION AGAINST OUR DOING THIS TYPE OF

10       SEARCH.  WE DIDN'T THINK IT WAS RIGHT.  WE DIDN'T AGREE, BUT WE

11       COMPLIED.  AND SO WE -- IT WASN'T HARD TO DO.  I MEAN, WE

12       TURNED THAT OFF.

13           WE APPEALED IT, AND THE COURT OF APPEALS REVERSED AND SAID

14       WE WERE RIGHT, APPLE WAS WRONG, WE'RE ENTITLED TO DO IT, AND

15       THEN DROPPED THAT PATENT.

16           NOW, MR. MCELHINNY LEFT THAT OUT.  HE DIDN'T TELL YOU THAT

17       PART OF THE STORY.

18           NOW, WE DID PUT THAT FEATURE BACK IN THE PHONE, BACK IN

19       ANDROID.  GOOGLE DID THAT.  SAMSUNG DID THAT, NOT BECAUSE IT'S

20       A WILD, WILDLY POPULAR FEATURE THAT PEOPLE NEED TO SEARCH THE

21       PHONES AND THE INTERNET AT THE SAME TIME.

22           IT TURNS OUT, YOU KNOW, GOOGLE CAN TRACK THIS.  THE FOLKS

23       AT GOOGLE WILL TELL YOU THAT WHEN YOU GET RESULTS FROM BOTH, ON

24       THE INTERNET AND USING THIS PHONE AND THE FEATURE, IT'S

25       SOMETHING LIKE ONE OUT OF 50 TIMES THAT PEOPLE TAP ON SELECT

DEFENDANTS' OPENING STATEMENT

1    THE PHONE RESULT.  IT'S JUST NOT THAT BIG A DEAL.  IT'S ONE OF

2    MANY, MANY FEATURES AND WE INCLUDE IT AND WE THINK WE'RE

3    ENTITLED TO INCLUDE IT.

4         WE DO IT IN A VERY, VERY DIFFERENT WAY THAN THEIR PATENT

5    REQUIRES.  THERE'S SOMETHING CALLED A HEURISTIC, WHICH I NEVER

6    HEARD OF BEFORE I GOT IN THIS CASE, BUT THERE'S A RULE CALLED A

7    HEURISTIC WHICH MEANS, IT'S AN ENGINEERING OR SOFTWARE TERM

8    WHICH MEANS BASICALLY A RULE OF THUMB OR SOMETHING THAT'S GOOD

9    ENOUGH.  IT'LL GIVE YOU AN ANSWER TO THIS, GOOD ENOUGH, KIND OF

10   RULE OF THUMB, AND THEIR PATENT REQUIRES THAT YOU MUST SEARCH

11   IN TWO PLACES AND YOU MUST USE HEURISTICS TO SEARCH IN TWO

12   PLACES, BOTH LOCALLY AND ON THE INTERNET.

13        AND THEY WILL POINT TO A HEURISTIC ON THE LOCAL SEARCH IN

14   ANDROID, BUT THERE ISN'T ONE ON THE INTERNET BECAUSE GOOGLE

15   USERS, NOT SURPRISINGLY, THE RESULTS ARE GOOGLE'S SUGGESTIONS

16   THAT COME TO THE PHONE AND THAT'S NOT A HEURISTIC AT ALL.  SO

17   YOU'LL SEE THERE REALLY ISN'T INFRINGEMENT THERE.

18        THERE IS PRIOR ART, SOMETHING CALLED WAIS, W-A-I-S, WHERE

19   AN M.I.T. PROFESSOR, DR. MARTIN RINARD, WILL TESTIFY ABOUT HOW

20   THIS HAD BEEN DONE BEFORE.

21        AGAIN, WHEN THIS PATENT ISSUED, THE PATENT OFFICE DID NOT

22   KNOW ABOUT WAYS.

23        FINAL CATEGORY OF DAMAGES I HAVEN'T HAD A CHANCE TO

24   MENTION YET -- I'VE MENTIONED AT VARIOUS POINTS THE LOST

25   PROFITS WHERE THEY SAY THEY WOULD HAVE SOLD MORE PHONES, AND WE

1    WOULD HAVE SOLD LESS BUT FOR THE USE OF THESE FEATURES.  I'VE

2    MENTIONED THE REASONABLE ROYALTY.

3         ANOTHER CATEGORY OF DAMAGES THEY'RE SEEKING IS THEY CALL

4    BLACKOUT PERIOD OR OFF THE MARKET DAMAGES.  AND BASICALLY THE

5    THEORY OF THIS IS THEY SAY THEY'RE ENTITLED TO $508 MILLION OF

6    THE 2 BILLION BECAUSE THEY SAY, WELL, SAMSUNG WOULD HAVE TO

7    TAKE UP TO FOUR MONTHS TO FIGURE OUT ANY ALTERNATIVE TO THREE

8    OF THESE PATENTED FEATURES.  IT WOULD TAKE US FOUR MONTHS, AND

9    WE WOULD HAVE TO TAKE OUR PHONES OFF THE MARKET.  WE COULDN'T

10   BE SELLING THESE PHONES FOR FOUR MONTHS, AND WHILE SAMSUNG IS

11   GONE, APPLE WILL SELL A LOT MORE PHONES.  ALL RIGHT.  SO THAT'S

12   HOW THEY GET THE $508 MILLION.

13        WELL, LET ME TELL YOU SOMETHING.

14        IF WE LOOK AT SLIDE 109.

15        THE IDEA THAT WE NEED FOUR MONTHS TO COME UP WITH SOME

16   ALTERNATIVE IF, IN FACT, WE INFRINGE THESE AND THEY WERE

17   INVALID -- THAT THEY WERE VALID IS JUST NONSENSE.

18        YOU HAVE SEEN THAT WE HAVE A WORD SUGGESTION FEATURE,

19   WHICH THEY ADMIT IS NOT INFRINGING.  IT'S BEEN ON THE SAMSUNG

20   DART PHONE, WHICH IS AVAILABLE AND COULD BE USED AT ANY TIME.

21   WE DON'T NEED FOUR MONTHS TO PUT THAT IN PHONES.

22        WE HAVE OTHER VERSIONS OF LOCK SCREENS, YOU KNOW, THE

23   RIPPLE.  YOU SAW THAT, THE ONE THAT'S LIKE THE WATER.

24        IT WOULD TAKE US, THE TESTIMONY WILL BE, AT MOST FOUR DAYS

25   TO IMPLEMENT AN ALTERNATIVE TO THE ANALYZER SERVER PATENT.

DEFENDANTS' OPENING STATEMENT

1          SO THERE REALLY IS -- THERE WOULD BE NO BASIS OF ANY AWARD

2     FOR OFF THE MARKET OR BLACKOUT PERIOD DAMAGES.

3          YOU'RE GOING TO HEAR, WITH RESPECT TO REASONABLE ROYALTY,

4     WHICH I TALKED ABOUT A LITTLE BIT EARLIER, REMEMBER THE $40.10

5     A PHONE THEY'RE ASKING FOR WHICH TRANSLATED, IF YOU COUNT ALL

6     THE PATENTS, TO SOMETHING LIKE A $24,000 PHONE.

7          YOU'LL HEAR FROM DR. CHEVALIER, OUR EXPERT, AND SHE DID AN

8     ANALYSIS ABOUT WHAT IS THE APPROPRIATE METHOD OF FIGURING OUT,

9     IF ANY ROYALTY, REASONABLE ROYALTY, IF ANY ROYALTY WAS OWING

10    HERE, WHAT IT WOULD BE.

11         AND SHE DID A STUDY.  YOU'LL HEAR FROM HER, AND SHE

12    CONCLUDES THAT FOR ALL FIVE OF THESE, 35 CENTS ALL OF THEM

13    ALTOGETHER.  SHE LOOKS AT REVIEWS OF SAMSUNG PRODUCTS AND

14    WEBSITES ON AMAZON AND SHE SAYS THERE'S NO MENTION OF THESE

15    FEATURES.  IT'S NOT LIKE PEOPLE ARE WILDLY POPULAR -- EXCITED

16    ABOUT THEM.

17         SHE COMPARED THE PROFITABILITY OF THE PRODUCTS WITH THE

18    FEATURES AND WITHOUT THE FEATURES AND CONCLUDED THAT, YOU KNOW,

19    AT LEAST THE WORD SUGGESTION IN SLIDE TO LOCK CLAIMS HAVE NO

20    VALUE AT ALL BECAUSE SAMSUNG'S MOST PROFITABLE PHONES, THE

21    S III AND THE GALAXY NOTE, DON'T -- AREN'T EVEN ACCUSED.

22         SHE LOOKS AT WHAT APPLE TOLD THE GOVERNMENT ITS SOFTWARE

23    WAS WORTH.  AND WHAT DID APPLE TELL THE GOVERNMENT IT TURNS OUT

24    WAS COMPLETELY INCONSISTENT.

25         AM I RUNNING OUT OF TIME?  THANK YOU.

1        SO YOU'RE GOING TO HEAR FROM HER THAT WHAT APPLE TELLS THE

2   GOVERNMENT THE SOFTWARE IS WORTH IS VERY INCONSISTENT.  SHE

3   LOOKS AT APPLE'S OWN PRIOR REPRESENTATIONS TO COURTS ABOUT WHAT

4   ITS SOFTWARE IS WORTH.  SHE LOOKED AT, YOU KNOW, WHAT'S THE

5   MARKETPLACE, WHAT ARE PEOPLE PREPARED TO PAY FOR APPLICATIONS

6   ON SMARTPHONES.

7        THE MOST POPULAR ANDROID APPLICATION IS SOMETHING CALLED

8   SWIFT KEY.  PEOPLE PAY 24 CENTS A UNIT FOR THAT.

9        SO AFTER CONSIDERING ALL THOSE FACTORS, SHE SAYS 35 CENTS

10  A UNIT, AND IF THERE'S A LUMP SUM ROYALTY PAYMENT, IF ONE WERE

11  OWING -- AGAIN, WE DON'T THINK THERE'S ANY INFRINGEMENT, FOR

12  FOUR OF THE FIVE PATENTS, WE DON'T THINK THEY'RE VALID, BUT IF

13  THERE WERE INFRINGEMENT, IF THEY'RE VALID AND IF A ROYALTY WAS

14  OWING, $39.2 MILLION IS WHAT SHE SAYS IS THE MAXIMUM.

15       SO IN THE BRIEF TIME I'VE GOT LEFT, LET ME TALK A LITTLE

16  BIT ABOUT SAMSUNG'S PATENT CLAIMS AGAINST APPLE.  AND, FRANKLY,

17  NORMALLY WE AT SAMSUNG DON'T SUE OVER PATENTS LIKE THESE.

18  COUNSEL, I AGREE WITH MR. LEE ON THAT, WE DON'T ORDINARILY SUE

19  ON PATENTS LIKE THESE.

20       YOU KNOW, IN THE PRE-HOLY WAR DAYS, WHAT WOULD HAPPEN IN

21  THIS INDUSTRY IS THAT COMPANIES WOULD GET TOGETHER AND ENTER

22  INTO CROSS-LICENSE AGREEMENTS FOR THEIR ENTIRE PORTFOLIOS.

23  THEY WOULD WORK OUT A DEAL AND LEARN TO CO-EXIST.

24       THAT'S WHAT USED TO HAPPEN.

25       BUT WE DID GET SUED, AND SO WE THOUGHT IT WAS APPROPRIATE

1        TO DEFEND OURSELVES.

2             BUT WE UNDERSTAND HOW THIS HAPPENS SOMETIMES.  PEOPLE END

3        UP STEPPING ON EACH OTHER TOES WITH SIMILAR SOLUTIONS TO

4        PROBLEMS.

5             I'M SORRY.  I'M LOSING MY VOICE.

6             YOU HAVE ENGINEERS FOR THOSE SAME SCHOOLS, MAYBE STANFORD,

7        BERKELEY, THEY STUDY ENGINEERING.  THEY OWN THE SMARTPHONE

8        BUSINESS.  THEY GO TO WORK FOR COMPANIES LIKE GOOGLE AND APPLE.

9        THEY FACE THE SAME PROBLEM.  THEY'RE TRYING TO MAKE A PHONE

10       EASY TO USE, TRYING TO MAKE IT EFFECTIVE, FAST, ADDRESSING THE

11       SAME PROBLEMS, AND SOMETIMES THEY MAY END UPCOMING UP WITH

12       SIMILAR SOLUTIONS AND END UP STEPPING ON EACH OTHER TOES.  THAT

13       SOMETIMES HAPPENS.

14            AND IN THAT SAME WAY, APPLE HAS STEPPED ON SAMSUNG'S TOES

15       BY USING SAMSUNG'S VIDEO TRANSMISSION AND VIDEO ALBUM PATENTS.

16            AND WHEN THAT HAPPENS, AND IT DOES HAPPEN, IT'S NOT A HOLY

17       WAR, OR IT SHOULDN'T BE.  IT'S A SIMPLE THAT THE LAW PROVIDES A

18       REMEDY AND IT'S A SIMPLE ECONOMIC TRANSFER, THAT THERE SHOULD

19       BE A PAYMENT FROM THE COMPANY THAT WAS USING THE TECHNOLOGY

20       THAT DIDN'T HAVE A RIGHT TO, TO THE COMPANY THAT OWNED THE

21       TECHNOLOGY AND DID HAVE A RIGHT TO IT.

22            IT'S NOT ABOUT PUNISHING.  IT'S NOT ABOUT PUNISHING THE

23       WRONG DOER.

24            BUT HERE YOU'LL SEE APPLE IS DOING SOMETHING DIFFERENT.

25       IT'S SEEKING MASSIVE DAMAGES ON THE FICTION THAT THEY'VE LOST

1      SALES BECAUSE OF VERY SMALL FEATURES THAT YOU WILL LEARN HAVE

2      NO IMPACT ON SALES AT ALL.

3          NOW, I'M GOING TO SHOW YOU HOW WE CALCULATE THE ROYALTY

4      THAT IS OWING FOR THEIR INFRINGEMENT OF OUR TWO PATENTS, AND WE

5      WILL DO IT REASONABLY.

6          AND I'LL JUST NOTE, THEY'RE NOT CHALLENGING THE VALIDITY

7      OF EITHER ONE OF THEIR PATENTS.  BOTH OF THOSE PATENTS ARE

8      DEEMED VALID FOR PURPOSES OF ALL YOUR DECISION MAKING.

9          SO FIRST THE FACETIME PATENT FROM THE '239, AND THIS

10     RELATES TO TRANSMITTING COMPRESSED VIDEO FOOTAGE.  AND THIS IS

11     A PATENT THAT WAS WAY AHEAD OF ITS TIME.

12         LONG BEFORE MOST PEOPLE EVEN HAD MOBILE PHONES, THE

13     INVENTORS OF THIS PATENT FIGURED OUT A WAY TO TRANSMIT VIDEO

14     FROM REMOTE LOCATIONS BY COMPRESSING VIDEO IN REAL TIME SO IT

15     COULD TRANSMIT QUICKLY WITHOUT INTERRUPTION.

16         AND YOU WILL HEAR FROM OUR EXPERT, DR. SCHONFELD, DR. DAN

17     SCHONFELD FROM THE UNIVERSITY OF CHICAGO WHO WILL EXPLAIN TO

18     YOU THAT APPLE HAS, IN FACT, INFRINGED THIS PATENT.  YOU KNOW,

19     THERE ARE TWO KEY TERMS IN THIS PATENT.  THE FIRST IS THAT

20     IT -- IT SAYS IT INCLUDES A COMPUTER WITH A VIDEO CAPTURE

21     MODULE TO CAPTURE THE COMPRESSED VIDEO IN REAL TIME.  APPLE'S

22     PRODUCTS, AS WELL AS SAMSUNG PRODUCTS, INCLUDE BOTH CAMERAS AND

23     COMPONENTS THAT CAPTURE VIDEO.

24         THE SECOND TERM IS THERE MUST BE A MEANS FOR TRANSMISSION

25     OF THE VIDEO.  DR. SCHONFELD WILL SHOW YOU THAT THERE WAS A

1    MEANS FOR -- THAT BOTH THOSE TERMS ARE SATISFIED.

2         THE APPLE FUNCTIONALITIES THAT INFRINGE INCLUDE FACETIME,

3    FACETIME FEATURE INFRINGES VIDEO, THROUGH VIDEO CONFERENCING.

4    BY THE WAY, A FEATURE THAT APPLE HAS PROMOTED VERY, VERY

5    HEAVILY, UNLIKE, YOU KNOW, THE FIVE MINOR SOFTWARE FEATURES

6    THAT THEY'RE SUING SAMSUNG ON.

7         AND IT ALSO INFRINGES BY THE ABILITY ON APPLE -- THE

8    FUNCTIONALITY THAT PERMITS YOU TO TAKE VIDEOS AND TRANSMIT THEM

9    USING E-MAIL AND MESSAGING ON THE IPHONE.

10        NOW, MR. LEE MADE A BIG TO DO ABOUT THE FACT THAT WE

11   BOUGHT THIS PATENT.  IT'S TRUE.  WE DID BUY THIS PATENT.  WE

12   BOUGHT IT FROM A VERY CREATIVE FAMILY, THE FREEMANS WHO LIVE IN

13   TULSA, OKLAHOMA.

14        IT'S KIND OF AN INTERESTING STORY BEHIND IT.  THEY

15   ORIGINALLY INVENTED THIS IN ORDER TO, YOU KNOW -- THEY LIVE IN

16   AN AREA WHERE THERE'S LOTS OF TORNADOS, AND THEY HAD THE

17   ABILITY TO TRANSFER VIDEO OF TORNADOS TO TV STATIONS AND THINGS

18   LIKE THAT.

19        WHAT'S IMPORTANT TO KNOW IS IT'S NOT IMPORTANT.  IT'S NOT

20   A DEFENSE IN A PATENT CASE THAT A PATENT HAS BEEN PURCHASED.

21   APPLE PURCHASES PATENTS, VOICE RECOGNITION SOFTWARE FROM SIRI.

22   I MEAN, THAT'S ABSOLUTELY IRRELEVANT WHETHER OR NOT THE PATENT

23   WAS PURCHASED.

24        SAMSUNG CHOSE THIS PATH BECAUSE OF HOW IMPORTANT AND

25   INNOVATIVE IT WAS.

DEFENDANTS' OPENING STATEMENT

```
 1          THEY ALSO TOLD YOU THAT THE PATENT HAS NOW EXPIRED.

 2   THAT'S TRUE.  THAT ALSO DOESN'T MATTER.  WE'RE SEEKING DAMAGES

 3   FOR THE PERIOD WHEN THE PATENT WAS ACTIVE, WHICH IS PERFECTLY

 4   APPROPRIATE, PERFECTLY RIGHT.  WE'RE ENTITLED TO DO THAT.

 5          THE OTHER PATENT, THE '449, VIDEO ALBUMS PATENT, THIS

 6   RELATES TO AN INVENTION THAT THE COMPANY HITACHI CAME UP WITH

 7   BACK IN 1997 WHERE THEY CAME UP WITH A REVOLUTIONARY DIGITAL

 8   CAMERA THAT WOULD PERMIT YOU TO COMPRESS AND STORE HUNDREDS OF

 9   PHOTOGRAPHS AND VIDEOS.

10          IN EARLIER CAMERAS, YOU COULD ONLY STORE LIKE TEN PICTURES

11   AND YOU COULDN'T STORE ANY VIDEOS AT ALL.  THIS HITACHI CAMERA

12   USED CUTTING EDGE TECHNOLOGY TO PERMIT YOU TO STORE SO MANY ON

13   THE CAMERA THAT YOU COULDN'T KEEP TRACK OR FIND OUT WHERE THEY

14   WERE.

15          SO THIS IS KIND OF A NIFTY, IF YOU WANT, EASY TO USE

16   FEATURE THAT HITACHI INVENTED.  IT SOLVED THE PROBLEM BY

17   BUILDING FOLDERS RIGHT INTO THE CAMERA TO MAKE IT EASIER TO

18   MANAGE AND TO LOCATE THE PHOTOS AND THE VIDEOS.

19          YOU'LL SEE THAT ON THE LEFT-HAND SIDE HERE, YOU'LL SEE ONE

20   OF THOSE FIGURES FROM THE PATENT.  YOU'LL SEE THERE'S A LIST OF

21   ALBUMS HERE.  IT'S KIND OF AN ENGINEER'S DRAWING, AND PART OF

22   THE PATENT IS THAT YOU ACTUALLY NUMBER, YOU CAN NUMBER THE

23   ACTUAL NUMBER OF PHOTOGRAPHS THAT ARE THERE.

24          AND THEN ON THE RIGHT-HAND SIDE, YOU'LL SEE THE ALBUMS,

25   YOU KNOW, SAME FUNCTIONALITY ON THE IPHONE.
```

1          AND DR. KEN PARULSKI, WHO HAS AN ADVANCED DEGREE FROM

2     M.I.T., WIDELY RECOGNIZED PIONEER IN DIGITAL PHOTOGRAPHY, WILL

3     COME HERE AND WALK YOU THROUGH THESE CLAIMS AND SHOW YOU HOW

4     APPLE INFRINGES THIS PATENT.

5          SO BECAUSE THESE TWO PATENTS ARE INFRINGED, SAMSUNG IS

6     ENTITLED TO DAMAGES, AND THOSE DAMAGES, AGAIN, TAKE THE FORM OF

7     A REASONABLE ROYALTY.

8          UNLIKE THE MINOR SOFTWARE PATENTS APPLE HAS SUED ON, THE

9     VIDEO PATENT, THE '239 PATENT INCLUDES VERY IMPORTANT FEATURES

10    THAT RELATE TO THE TRANSMISSION OF VIDEO WHICH APPLE HAS VERY

11    HEAVILY PROMOTED, FACETIME OVER CELLULAR.

12         ALSO E-MAIL, TRANSMISSION OVER E-MAIL, THROUGH TEXT.

13         THIS IS SOMETHING THAT'S BEEN VERY -- THAT IS, IN FACT,

14    SOMETHING VERY IMPORTANT.  IT'S SOMETHING THAT IS ADVERTISED,

15    AND YOU LOOK AT THOSE -- I SHOWED YOU THE IPHONE CONSUMER

16    SURVEY, WHAT FEATURES PEOPLE FOCUS ON.  I DON'T KNOW IF YOU SAW

17    IT.  FACETIME WAS ONE OF THEM.  THAT'S ONE THAT ACTUALLY DOES

18    RISE TO THE LEVEL OF SOMETHING PEOPLE TAKE NOTE OF.

19         THE OTHER, THE VIDEO ALBUMS PATENT, IT'S A MORE -- YOU

20    KNOW, IT'S A USEFUL BUT MORE LIMITED FEATURE, BUT IT'S

21    VALUABLE.

22         AND WE HAVE DR. KEARL, JAMES KEARL, WHO'S A TRAINED

23    ECONOMIST AT M.I.T., WHO DETERMINED THAT APPLE WOULD HAVE PAID

24    $6.9 MILLION FOR A LICENSE IN A NEGOTIATION.

25         AND, YOU KNOW, IT'S -- I FOUND MR. LEE'S ARGUMENT

DEFENDANTS' OPENING STATEMENT

```
1    SURPRISING, THE FACT THAT, YOU KNOW, WE'RE SUING AND ONLY

2    ASKING FOR $158,000, OR WE'RE ONLY ASKING FOR $6.78 MILLION

3    SOMEHOW MEANS THAT WE DON'T RESPECT PATENTS OR THAT WE DON'T

4    CARE ABOUT PATENTS, THAT THE SUGGESTION SEEMED TO BE THAT IF

5    YOU AREN'T ASKING FOR BILLIONS, YOU'RE NOT TAKING PATENTS

6    SERIOUSLY.

7         YOU WILL SEE -- THE EVIDENCE IN THIS CASE WILL SHOW YOU

8    THAT THEIR BILLION DOLLAR NUMBERS ARE COMPLETELY UNSUPPORTED.

9    THEY ALL TIE BACK TO THAT UNRELIABLE HAUSER SURVEY, AND THEY'RE

10   PUTTING THOSE NUMBERS OUT THERE JUST TO TRY TO GET THEM IN YOUR

11   HEAD.

12        AND WE WILL SHOW YOU HOW PROPERLY TO CALCULATE A ROYALTY

13   ON THESE, YOU KNOW, ON THESE PATENTS WHICH APPLE HAS INFRINGED.

14        DR. KEARL CALCULATED THESE DAMAGES.  IF WE LOOK AT SLIDE

15   125.  HE STARTED WITH SOME REAL WORLD DATA, AND HE HAD SOME

16   ACTUAL DATA THAT HE COULD RELY ON.

17        THERE WAS A TIME WHEN FACETIME WAS FIRST INTRODUCED WHERE

18   APPLE ACTUALLY SOLD THAT AS AN APP ON THE MAC, AND IT WAS A

19   HUGE SUCCESS .  PEOPLE BOUGHT IT.  IT COST 99 CENTS.

20        SO THERE'S A POINT, YOU KNOW, A REAL WORLD DATA POINT THAT

21   DR. KEARL COULD WORK WITH, WHAT WOULD PEOPLE PAY FOR THIS?

22   WHAT IS IT WORTH?

23        AND YOU'LL SEE, HE WILL EXPLAIN TO YOU HOW HE THEN DID

24   MARKET STUDIES COMPARING THAT TO OTHER FEATURES, OVER TEXTING,

25   OVER E-MAIL IN THE VIDEO ALBUMS PATENT AND CAME UP WITH THE
```

```
 1        NUMBERS WHICH I SHOWED YOU.

 2             NOW, HERE'S THE IRONY:  ALTHOUGH THE 6.78 MILLION THAT

 3        SAMSUNG IS ASKING FOR FOR THESE TWO PATENTS IS A FRACTION OF

 4        WHAT APPLE IS ASKING FOR ON ITS PATENTS, APPLE SAYS THAT 6.78

 5        MILLION IS FAR TOO MUCH.

 6             APPLE IS SAYING THAT.  IT'S TELLING YOU THAT EVEN

 7        ASSUMING, EVEN ASSUMING IT INFRINGES THE '239 PATENT BY USING

 8        FACETIME, A FEATURE THAT APPLE VERY HEAVILY PROMOTED AS A

 9        MARQUEE FEATURE, IT SHOULD PAY LESS THAN 6.78 MILLION.

10             AT THE SAME TIME, FOR MUCH MORE MINOR FEATURES, THEY'RE

11        SEEKING BILLIONS.  IT'S THAT SIMPLE.

12             ONE THING THEY'RE CORRECT ON.  THESE TYPES OF FEATURES

13        AREN'T WORTH HUNDREDS OF MILLIONS OF DOLLARS.  THEY DON'T MAKE

14        A SIGNIFICANT DIFFERENCE IN SALES.  THEY HAVE VERY LIMITED

15        VALUE.  IN THIS CASE, DR. KEARL DETERMINED THAT THAT WAS $6.78

16        MILLION.

17             SO JUST TO WRAP UP, YOU'VE HEARD APPLE'S LAWYERS SAY THAT

18        SAMSUNG IS TAKING SALES AWAY FROM APPLE BECAUSE IT HAS THESE

19        FEATURES THAT CUSTOMERS WANT AND THAT IF SAMSUNG DIDN'T HAVE

20        THESE FEATURES, SAMSUNG WOULD SELL FEWER PHONES AND APPLE WOULD

21        SELL MORE.

22             APPLE ITSELF DOESN'T EVEN USE FOUR OF THE FIVE.  THEY

23        AGREE AS TO THREE.  WE HAVE TO PROVE TO YOU THE FOURTH, THE

24        SLIDE TO UNLOCK.

25             YOU CAN'T GET THOSE FEATURES BY BUYING AN APPLE PRODUCT.
```

1        THEY'RE NOT IN A PRODUCT.  THEY DON'T USE THEM.

2             APPLE WANTS YOU TO BELIEVE THAT THESE CLAIMS ARE WORTH

3        OVER $2 BILLION EVEN THOUGH THEY ARE NOT VALUABLE ENOUGH FOR

4        APPLE TO USE.

5             A VERY MUCH MORE COMMON SENSE EXPLANATION AS TO WHY A

6        PATENT CLAIM IS NOT ADVERTISED OR LICENSED OR USED IS NOT

7        BECAUSE IT'S WORTH VERY MUCH, BUT BECAUSE IT'S WORTH VERY

8        LITTLE.

9             THE CLAIMS, THESE APPLE PATENT CLAIMS ARE ORDINARY WAYS TO

10       DO ORDINARY THINGS THAT HAVE BEEN, CAN BE, AND ARE BEING DONE

11       DIFFERENTLY.

12            ANDROID IS IPHONE'S MAIN COMPETITOR, AND GOOGLE IS AN

13       APPLE OBSESSION.  APPLE'S WHOLE FOCUS IS TO BEAT GOOGLE'S

14       ANDROID, AND THAT IS THE PURPOSE OF THIS LAWSUIT.

15            APPLE HERE IS SINGLING OUT, SINGLING OUT, FROM ALL OF THE

16       ANDROID POWERED HANDSET MANUFACTURERS, IT'S SINGLING OUT THE

17       MOST SUCCESSFUL MANUFACTURER'S PRODUCTS THAT RUN ON ANDROID,

18       SAMSUNG, AND TRYING TO CAPTURE THE PROFITS IT MADE FROM SELLING

19       ANDROID CELL PHONES AND TABLETS.

20            HOW DO YOU KNOW THIS IS TRUE, THIS GALAXY NEXUS PHONE

21       WHICH THEY'RE SUING OVER AND THEY ACCUSE?  NOTHING IN THE

22       HARDWARE.  THEY DON'T ACCUSE ANYTHING IN THE HARDWARE.  THE

23       SOFTWARE IS PURE ANDROID.

24            APPLE IS TARGETING NEXUS'S PURE SAMSUNGLESS SOFTWARE.

25       THAT'S WHAT THIS LAWSUIT IS ABOUT.

DEFENDANTS' OPENING STATEMENT                                    415

```
 1        JUST HAVING ANDROID DID NOT GUARANTEE SAMSUNG'S SUCCESS.

 2   THERE ARE MANY DIFFERENT MANUFACTURERS THAT MAKE ANDROID

 3   PRODUCTS.  SAMSUNG'S UNIQUE SUCCESS IN THE ANDROID WORLD WAS

 4   NOT IN THE THINGS THAT WERE THE SAME, BUT THE THINGS THAT WERE

 5   DIFFERENT, LIKE THE INNOVATION, QUALITY, SELECTION, BUSINESS

 6   STRATEGY, OFFERING A LARGE VARIETY OF DIFFERENT PHONES AT MANY

 7   DIFFERENT PRICE POINTS, THE PROMOTION, THE DEVELOPMENT, THE

 8   BRAND, ALL OF THE RESULTS OF THE HARD WORK FROM THE PEOPLE AT

 9   SAMSUNG.

10        LOTS OF PEOPLE, LOTS OF COMPANIES USE ANDROID, BUT NONE OF

11   THEM ARE SELLING NEARLY AS MANY PHONES AS SAMSUNG.

12        SAMSUNG'S SUCCEEDS WHERE OTHERS HAVEN'T BECAUSE OF

13   SAMSUNG'S HARDWARE.

14        IT IS THE SAMSUNG DIFFERENCE -- IT'S THE SAMSUNG

15   DIFFERENCE MAKING CONTRIBUTIONS THAT SELL PHONES AND MAKE IT

16   FAR AND AWAY THE MOST SUCCESSFUL ANDROID -- THE MOST SUCCESSFUL

17   MANUFACTURER IN THE ANDROID WORLD.

18        APPLE DOES NOT ACCUSE THOSE DIFFERENT MAKING HARDWARE

19   FEATURES OF INFRINGEMENT.  APPLE IS NOT ENTITLED TO THE PROFIT

20   ON THESE PHONES, PHONES WHICH PEOPLE BOUGHT BECAUSE THEY CARE

21   ABOUT BIG SCREENS, STYLUSES, SUPER HD, AMOLED SCREENS, HIGH

22   QUALITY CAMERAS, AND THE OTHER THINGS THAT YOU COULD ONLY GET

23   ON THAT SAMSUNG PHONE.  THE MONEY THAT CONSUMERS SPENT SHOULD

24   BE LEFT WHERE THEY SPENT IT.

25        THANK YOU VERY MUCH.
```

```
 1              THE COURT:  OKAY.  THE TIME IS NOW 2:21.

 2         LET'S TAKE A 15 MINUTE BREAK AND WHEN WE COME BACK, APPLE

 3    WILL CALL ITS FIRST WITNESS.

 4         ALL RIGHT.  THANK YOU.  PLEASE DON'T RESEARCH OR DISCUSS

 5    THE CASE.

 6         (JURY OUT AT 2:21 P.M.)

 7              THE COURT:  OKAY.  THE RECORD SHOULD REFLECT THE

 8    JURORS HAVE LEFT THE COURTROOM.

 9         MR. SELWYN, HAVE YOU HAD A CHANCE TO -- PLEASE TAKE A

10    SEAT -- HAVE YOU HAD A CHANCE TO TAKE A LOOK AT THOSE THREE

11    PAGES?

12              MR. SELWYN:  WE HAVE.  WE HAVE NO OBJECTION TO THOSE

13    THREE PAGES OF EXHIBIT 14 BEING DISPLAYED PUBLICLY.

14              THE COURT:  OKAY.  AND THAT'S DX 413.

15              MR. SELWYN:  DX 413.  WE UNDERSTAND THAT THOSE ARE

16    THE ONLY THREE PAGES FROM THAT DOCUMENT OR LIKE DOCUMENT THAT

17    THEY INTEND TO USE.

18              THE COURT:  OKAY.  SO THERE'S NO OBJECTION ANYMORE.

19         ALL RIGHT.  THANK YOU.

20         I'M GOING TO RETURN THIS TO YOU.  THANK YOU.

21         (RECESS FROM 2:22 P.M. UNTIL 2:37 P.M.)

22         (JURY IN AT 2:37 P.M.)

23              THE COURT:  OKAY.  EVERYONE PLEASE TAKE YOUR SEATS.

24         WELCOME BACK.  PLEASE TAKE A SEAT.

25         YOU HAVE JUST RECEIVED A PHOTO OF THE FIRST WITNESS.  YOU
```

```
 1        WILL GET A PHOTO FOR EVERY WITNESS, AND THERE IS A TAB IN YOUR

 2        JURY BINDER THAT SAYS WITNESS PHOTOS.  THAT'S WHERE YOU CAN

 3        INCLUDE THEM.  YOU'RE FREE TO TAKE NOTES.

 4             THIS IS JUST TO HELP YOU REMEMBER DURING YOUR

 5        DELIBERATIONS, WHICH IS BE A NUMBER OF WEEKS FROM NOW, IT JUST

 6        ENABLES YOU TO PUT A NAME WITH A FACE AND PERHAPS YOUR NOTES,

 7        OR AT LEAST YOUR MEMORIES OF WHAT THAT PERSON SAID.

 8             ALL RIGHT.  PLEASE CALL YOUR FIRST WITNESS.

 9             MR. MCELHINNY:  APPLE CALLS AS ITS FIRST WITNESS,

10        YOUR HONOR, MR. PHILIP SCHILLER.

11        (PLAINTIFF'S WITNESS, PHILIP WILLIAM SCHILLER, SWORN.)

12             THE WITNESS:  I DO.

13             THE CLERK:  WOULD YOU HAVE A SEAT, PLEASE.

14             AND PULL THE MICROPHONE TOWARDS YOU AND STATE YOUR NAME,

15        PLEASE, AND SPELL IT.

16             THE WITNESS:  PHILIP WILLIAM SCHILLER.  P-H-I-L-I-P,

17        W-I-L-L-I-A-M, S-C-H-I-L-L-E-R.

18             THE COURT:  ALL RIGHT.  THE TIME IS NOW 2:38.  GO

19        AHEAD, PLEASE.

20                          DIRECT EXAMINATION

21        BY MR. MCELHINNY:

22        Q.  MAKE SURE YOU'RE COMFORTABLE.  I DON'T WANT TO HAVE YOU

23        AWKWARD.

24             READY?

25        A.  YES.
```

1    Q.   LET'S DO IT AGAIN.  PLEASE INTRODUCE YOURSELF TO THE JURY,

2    MR. SCHILLER.

3    A.   MY NAME IS PHILIP SCHILLER.

4    Q.   BY WHOM ARE YOU EMPLOYED, SIR?

5    A.   APPLE.

6    Q.   YOU'RE GOING TO HAVE TO GET THAT MICROPHONE UP THERE.

7    A.   APPLE.

8    Q.   THERE YOU GO.  WHAT IS YOUR POSITION, YOUR CURRENT

9    POSITION WITH APPLE?

10   A.   SENIOR VICE-PRESIDENT OF WORLDWIDE MARKETING.

11   Q.   AND JUST AT A HIGH LEVEL, WHAT ARE YOUR RESPONSIBILITIES?

12   A.   I'M RESPONSIBLE FOR ALL THE MARKETING ORGANIZATIONS AT

13   APPLE.

14   Q.   DOES APPLE HAVE SOMETHING WHICH IT CALLS THE EXECUTIVE

15   TEAM, SIR?

16   A.   YES.

17   Q.   AND ARE YOU A MEMBER OF APPLE'S EXECUTIVE TEAM?

18   A.   I AM.

19   Q.   AND WHAT IS THE EXECUTIVE TEAM AT APPLE?

20   A.   THE EXECUTIVE TEAM IS MADE UP OF NINE OF US THAT RUN --

21   THAT ARE RESPONSIBLE FOR ALL OF THE FUNCTIONS AT APPLE, AND

22   COLLECTIVELY WE MANAGE APPLE.

23   Q.   HOW LONG HAVE YOU PERSONALLY WORKED AT APPLE, SIR?

24   A.   SOMETHING OVER 23 YEARS.

25   Q.   AS OF TODAY TO WHOM DO YOU REPORT AT APPLE?

1      A.   THE CEO, TIM COOK.

2      Q.   LET'S GO BACK.  CAN YOU GIVE US A LITTLE BIT MORE DETAILED

3      VIEW OF WHAT YOUR JOB RESPONSIBILITIES ARE?

4      A.   YES.  I'M RESPONSIBLE, AGAIN, FOR ALL THE MARKETING

5      FUNCTIONS.  SO THAT'S PRODUCT MARKETING, INTERNATIONAL

6      MARKETING, BUSINESS MARKETING, EDUCATION MARKETING, OR

7      DEVELOPER PROGRAMS, CUSTOMER RESEARCH, PRODUCT FINANCE.

8          I THINK THOSE ARE THE MAJORITY OF THE ORGANIZATIONS.

9      Q.   AND AS PART -- IS MARKETING THE SAME AS OR DIFFERENT THAN

10     PUBLIC RELATIONS?

11     A.   IT'S -- AT APPLE IT'S DIFFERENT.  I THINK IN GENERAL IN

12     THE WORLD THEY CONSIDER IT ONE OF THE MANY PARTS OF MARKETING

13     AT APPLE.  WE SEPARATE THE PUBLIC RELATIONS TEAM FROM THE REST

14     OF MARKETING.

15     Q.   AND IS MARKET -- THESE ARE THE LESS ONES I HAD TO LEARN.

16     IS MARKETING THE SAME AS OR DIFFERENT THAN SALES.

17     A.   VERY DIFFERENT FROM SALES.

18     Q.   CAN YOU THEN EXPLAIN THE RELATIONSHIP BETWEEN THOSE THREE

19     FOR US?

20     A.   LET'S SEE.  PUBLIC RELATIONS IS A TEAM THAT WORKS WITH THE

21     PRESS ON ALL OF THE THINGS THAT THEY HAVE QUESTIONS ABOUT, THE

22     STORIES THEY'RE WRITING, AND HOW INTERFACE, AND HAVE

23     RELATIONSHIPS WITH MEMBERS OF THE PRESS.

24         AND MARKETING COVERS, AT APPLE, A HUGE VARIETY OF THESE

25     MARKETING DISCIPLINES, LIKE WORKING ON A PRODUCT AND ALL OF THE

1    FEATURES THAT CUSTOMERS MIGHT WANT, AND WORKING ON THE WEBSITE.

2    APPLE.COM IS PART OF MY MARKETING COMMUNICATIONS TEAM OR

3    WORKING TO LAUNCH A PRODUCT AROUND THE WORLD.  THOSE ARE ALL

4    THINGS IN THE MARKETING DOMAIN.

5         AND THEN SALES IS RESPONSIBLE FOR THE CHANNELS THAT OUR

6    PRODUCT IS OFFERED THROUGH AND SALES TO BOTH END USERS, AS WELL

7    AS ITS OTHER PARTNERS WHO THEN SELL OUR PRODUCT.

8         PERSONALLY, I LIKE TO THINK OF SALES AS VERY SHORT-TERM

9    FOCUS, WHAT DO I HAVE TO DO TO GET A PRODUCT FROM HERE TO THERE

10   AND HELP SOMEBODY BUY IT RIGHT NOW?

11        WHERE MARKETING WE TRY TO HAVE A LONGER HORIZON LINE TO

12   LOOK FURTHER OUT AT WHAT PEOPLE THINK, WHAT TRENDS ARE

13   HAPPENING, WHAT WE MIGHT DO TO IMPROVE OUR PRODUCTS AND SO ON.

14   SO IT'S A LONGER VIEWPOINT.

15   Q.   DOES APPLE HAVE A PROCESS BY WHICH IT DEVELOPS NEW

16   PRODUCTS?

17   A.   YES, WE DO.

18   Q.   AND DO YOU HAVE A FANCY NAME FOR THAT PROCESS?

19   A.   YES.  IT'S CALLED THE APPLE NEW PRODUCT PROCESS.

20   Q.   DOES MARKETING PLAY A ROLE IN THAT PROCESS?

21   A.   WE DO.  THE APPLE NEW PRODUCT PROCESS, OR ANPP, IS A

22   CROSS-FUNCTIONAL ORGANIZATION MADE UP OF PEOPLE FROM ALL THE

23   TEAMS, MARKETING, HARDWARE ENGINEERS, SOFTWARE ENGINEERS,

24   FINANCE, OPERATIONS, SUPPORT.

25        AND COLLECTIVELY THIS CROSS-FUNCTIONAL TEAM WORKS ON

1    WHATEVER PRODUCT THEY'RE WORKING ON.  AND EVERY PRODUCT FOLLOWS

2    THIS PROCESS.

3         SO THAT'S THE APPLE NEW PRODUCT PROCESS.

4    Q.   AND WHAT IS THE ROLE OF MARKETING AS SUCH IN THE NEW

5    PRODUCT PROCESS AT APPLE?

6    A.   I THINK THE SIMPLEST WAY TO LOOK AT OUR ROLE IS TO

7    REPRESENT THE CUSTOMER, THAT WE'RE ON THAT TEAM TO UNDERSTAND

8    WHAT CUSTOMERS WANT AND NEED AND OFTEN IN WORKING ON THE

9    PRODUCT YOU'LL HAVE MANY CHOICES TO MAKE BETWEEN DIFFERENT

10   TECHNOLOGIES, DIFFERENT THINGS YOU WANT TO DO WITH THE PRODUCT.

11        AND THE MARKETING TEAM CAN ADD A LOT OF INSIGHT AND

12   DIRECTION BASED ON OUR KNOWLEDGE OF WHAT CUSTOMERS, IF THEY

13   WERE SITTING IN THE ROOM, THEY MIGHT WANT US TO CHOOSE FOR

14   THEM.

15   Q.   SIR, I'D LIKE TO TALK TO YOU ABOUT THE IPHONE.

16        HOW DID APPLE COME TO DEVELOP THE IPHONE?

17   A.   WELL, A NUMBER OF YEARS AGO A BUNCH OF THINGS WERE

18   HAPPENING IN PARALLEL THAT ALL CAME TOGETHER TO MAKE THE IPHONE

19   COME TO BE.

20        ONE OF THE THINGS IS WE HAD GREAT SUCCESS WITH THE IPOD.

21   IT WAS REALLY OUR FIRST BIG SUCCESS AFTER OUR COMPUTER, AFTER

22   THE MAC, WE DID IPOD.

23        AND THIS GREAT LITTLE MUSIC PLAYER MEANT A LOT TO US, AND

24   WE WONDERED WHAT COULD COME LATER ON AFTER IPOD?  WHAT OTHER

25   DEVICE MIGHT YOU HAVE THAT COULD HOLD YOUR MUSIC AND YOUR

1       PHOTOS AND VIDEOS AND MEDIA TYPES YOU CARE ABOUT THAT YOU CARRY

2       WITH YOU.

3               AND OUR VISION WAS PERHAPS SOME DAY IT WOULD BE THE PHONE,

4       THAT COULD BECOME A DEVICE.

5               SO WE WANTED TO TRY TO INVENT THAT FEATURE RATHER THAN LET

6       IT HAPPEN TO US.

7               SECONDLY, THERE WAS SOME OTHER TECHNOLOGY AND THINGS WE

8       WERE WORKING ON, WE WERE ALREADY WORKING ON WHAT WOULD

9       EVENTUALLY BECOME THE IPAD, AND WE WERE WORKING ON THAT AND WE

10      HAD COME UP WITH TECHNOLOGY FOR MULTITOUCH USER INTERFACES, FOR

11      USING YOUR HANDS ON THE SCREEN TO MANIPULATE OBJECTS.

12              AND WE REALIZED THAT THAT COULD BE A PRETTY BIG

13      BREAKTHROUGH FOR A PHONE, AND WE COULD TAKE THAT TECHNOLOGY AND

14      INSTEAD USE IT FIRST TO MAKE A PHONE.

15              AND I THINK THE THIRD THING THAT WAS HAPPENING AROUND THAT

16      TIME WAS BECAUSE IPOD WAS A SUCCESS, WE WERE ALWAYS WONDERING

17      WHAT ELSE COULD COME DOWN THE ROAD THAT WOULD CHANGE A WHOLE

18      INDUSTRY LIKE THE IPOD DID?

19              WITH THE IPOD, WHAT CHANGED WAS WE MOVED FROM MECHANICAL

20      DEVICES, DVD PLAYERS, CD PLAYERS, INTO DEVICES THAT WERE

21      CONTROLLED BY SOFTWARE.  AND WE ALWAYS THOUGHT WHAT ELSE COULD

22      UNDERGO THAT KIND OF TRANSFORMATION WHERE APPLE COULD BE A

23      LEADER AND MAKING THAT HAPPEN?  AND WE REALIZED THAT COULD BE A

24      PHONE, SOME DAY A PHONE, LIKE THE IPOD, COULD BE DRIVEN MOSTLY

25      BY SOFTWARE, NOT JUST BY BUTTONS AND SWITCHES, AND THAT WAS OUR

1    VIEW OF HERE'S OUR OPPORTUNITY TO CHANGE THIS INDUSTRY AND

2    CHANGE APPLE.

3       Q.   HOW LONG WAS THE DEVELOPMENT PROCESS FOR THE IPHONE?

4       A.   WELL, THERE'S NEVER ONE SIMPLE MOMENT IN TIME WHEN IT

5    STARTS.  A NUMBER OF THINGS ARE ALL BEGINNING AT DIFFERENT

6    TIMES.

7            BUT ROUGHLY, YOU KNOW, TWO AND A HALF YEARS OR SO, EARLY

8    IN 2004 TO 2005 TIMEFRAME PEOPLE WERE BEGINNING TO WORK ON IT.

9       Q.   AND WHEN WAS THE IPHONE EVENTUALLY ANNOUNCED?

10      A.   IN JANUARY OF 2007.

11      Q.   AND WAS THE DEVELOPMENT CONTINUOUS FROM THE TIME FROM 2004

12   TO 2007?

13      A.   YES.  IT -- IT BEGAN AND AS IT PICKED UP STEAM AND GREW,

14   MORE AND MORE PEOPLE WERE ADDED TO THE PROJECT OVER TIME.

15           BUT IT WAS BEING DEVELOPED THAT ENTIRE TIME.

16      Q.   APPROXIMATELY HOW MANY PEOPLE AT APPLE WERE INVOLVED IN

17   THE IPHONE PROJECT?

18      A.   WELL, IT CHANGES OVER TIME.  AT THE BEGINNING IT WAS A

19   SMALL TEAM THAT GREW QUICKLY TO HUNDREDS OF PEOPLE, AND REALLY

20   IN THE END, IT BECAME THE WHOLE COMPANY.  IT WAS OUR NUMBER ONE

21   PRODUCT AND INVOLVES PRETTY MUCH EVERY ORGANIZATION AT APPLE.

22      Q.   WAS THIS PROJECT CONFIDENTIAL AT APPLE?

23      A.   VERY MUCH.

24      Q.   AND WHAT WERE SOME OF THE OBJECTIVE EVIDENCE THAT IT WAS

25   CONFIDENTIAL?

1     A.    WELL, WE TRY TO KEEP ALL OF OUR PROJECTS CONFIDENTIAL, BUT

2     WE KNEW THIS WAS SO BIG AND IMPORTANT TO APPLE THAT EXTRA STEPS

3     WERE TAKEN TO KEEP IT SECRET.

4           NOT ONLY DID WE LIMIT THE NUMBER OF PEOPLE WHO WOULD KNOW

5     WHAT WAS GOING ON, BUT THOSE PEOPLE NEEDED TO ACTUALLY SIGN A

6     SPECIAL NONDISCLOSURE AGREEMENT SPECIFICALLY FOR THIS PROJECT

7     TO SAY THIS IS EXTRA SECRET AND NEEDED, NEEDED THAT

8     DOCUMENTATION.

9           AND YOU WEREN'T ALLOWED TO TALK TO OTHER PEOPLE WHO AREN'T

10    ALREADY APPROVED ON THE LIST OF PEOPLE WORKING ON IPHONE IN THE

11    BEGINNING.

12          AND PEOPLE WHO WORKED ON IT HAD SPECIAL MEETINGS IN

13    SPECIAL LOCATIONS AND EXTRA SECURE ROOMS AND SO ON.  THERE WERE

14    MANY ELEMENTS OF IT THAT WERE SECRET.

15    Q.    WERE YOU PERSONALLY INVOLVED IN THE DECISION TO START THE

16    DEVELOPMENT PROJECT FOR THE IPHONE?

17    A.    YES.

18    Q.    DID APPLE CONSIDER THAT A, A RISKY INVESTMENT AT THE TIME?

19    A.    INCREDIBLY RISKY.  WE HAD A TERM WE CALLED "YOU BET YOUR

20    COMPANY."

21    Q.    AND WHAT WAS IT ABOUT THAT PARTICULAR INVESTMENT THAT YOU

22    SAW AS RISKY?

23    A.    THERE ARE A NUMBER OF WAYS THAT WE THOUGHT ABOUT WHAT A

24    HUGE RISK THIS WAS FOR APPLE.

25          FIRST, APPLE HAD REALLY ONLY HAD TWO PRODUCTS AT THE TIME,

1    THE MAC AND THE IPOD.

2         AND TO TAKE ON A WHOLE NEW PROJECT OF THIS NATURE IS, IS

3    RARE FOR APPLE.  WE LIKE TO THROW OURSELVES FULLY INTO A

4    PRODUCT AND HAVE ALL OF OUR BEST PEOPLE WORK ON SOMETHING.  SO

5    WE DON'T WANT TO DILUTE OURSELVES ACROSS TOO MANY THINGS.

6         THIS WAS AN AREA WE WERE GETTING INTO WITH NO PAST

7    EXPERIENCE.  HAVING NOT MADE A PHONE, WE DIDN'T KNOW ABOUT

8    RADIOS AND ANTENNAS AND ALL THE THINGS THAT GO INTO MAKING A

9    PHONE.

10        AND WE DIDN'T WANT TO HURT OUR REPUTATION AS A COMPANY

11   THAT WAS GROWING AGAIN, STARTING TO BECOME SUCCESSFUL AGAIN,

12   AND TURNING OURSELVES AROUND AND RISK ALL THAT TO DO SOMETHING

13   WE'VE NEVER DONE BEFORE.

14   Q.   WERE YOU PERSONALLY INVOLVED IN THE IPHONE DEVELOPMENT

15   PROJECT?

16   A.   YES.

17   Q.   WHAT ROLE DID YOU PLAY?

18   A.   BOTH AS A MEMBER OF THE EXECUTIVE TEAM WHERE WE ALL TALKED

19   ABOUT IT AND WERE INVOLVED IN IT, AND ALSO AS THE HEAD OF THE

20   PRODUCT MARKETING TEAM, MY TEAM WAS RESPONSIBLE FOR WORKING ON

21   ALL THE PRODUCTS, WORKING DIRECTLY HAND IN HAND WITH THE

22   ENGINEERS ON THE CHOICES AND DECISIONS ON WHAT WE'RE GOING TO

23   DO AND WHAT WE'RE GOING TO MAKE.

24   Q.   WHEN WAS THE IPHONE FIRST PUBLICLY ANNOUNCED?

25   A.   WE ANNOUNCED IT IN JANUARY AT MACWORLD 2007.

1    Q.   AND WHERE WAS THAT?

2    A.   IN SAN FRANCISCO.

3    Q.   WERE YOU PERSONALLY INVOLVED IN PLANNING THAT

4    ANNOUNCEMENT?

5    A.   YES, I WAS.

6    Q.   DID YOU PERSONALLY PARTICIPATE IN THE ANNOUNCEMENT ITSELF?

7    A.   OH, YEAH, IN MANY WAYS.

8         I, AND MY TEAM, WERE RESPONSIBLE FOR WORKING ON THE WHOLE

9    PRESENTATION, THE KEYNOTE, THE DEMOS.

10        AND THEN ALSO I TOOK -- HAD A PERSONAL ROLE IN THE DEMO OF

11   THE VERY FIRST PHONE CALL ON THE IPHONE.

12   Q.   OUR JURY HAS ONLY SEEN PART OF THE VIDEO, AND I DON'T

13   THINK -- FRANKLY, UNFORTUNATELY YOU WERE ON THE CUTTING ROOM

14   FLOOR.  SO CAN YOU TELL US ABOUT WHAT YOUR ROLE WAS AT THE

15   ANNOUNCEMENT?

16   A.   IT WAS MY FAVORITE PART.

17        SO WHEN WE WERE PRESENTING THE IPHONE, ONE OF THE THINGS

18   WE WANTED TO SHOW PEOPLE WAS THAT IT WAS A BREAKTHROUGH

19   TELEPHONE AND THE EXPERIENCE OF MAKING A CALL ON IT WAS

20   SOMETHING REALLY GREAT AND FUN.

21        SO MR. JOBS WAS DOING THE KEYNOTE AND HE FIRST MADE A

22   PHONE CALL TO SIR JONATHAN IVES, THE HEAD OF OUR DESIGN TEAM,

23   WHO WAS IN THE AUDIENCE, AND STEVE SHOWED HOW TO MAKE A PHONE

24   CALL, AND WHILE HE WAS ON THAT CALL TO JONATHAN, I MADE A CALL

25   TO STEVE ALSO FROM THE AUDIENCE.

1              SO YOU SAW A SECOND CALL COME IN, AND THEN STEVE WAS ABLE

2       TO SHOW HOW YOU SWITCH BETWEEN TWO CALLS TO JOIN THEM TOGETHER

3       AND MERGE THEM TOGETHER IN ONE CONFERENCE CALL.  AND THIS WAS

4       ALL DONE WITH A WHOLE NEW EXPERIENCE.  SO I GOT TO BE SOMETHING

5       I'M VERY PROUD OF, PART OF THE VERY FIRST PHONE CALL MADE ON

6       THE IPHONE PUBLICLY.

7       Q.   WAS THERE AN OVERALL THEME OF THIS KEYNOTE ANNOUNCEMENT?

8       A.   YES.  FIRST, THE KEYNOTE WAS KICKED OFF WITH STEVE TELLING

9        EVERYONE WE'RE GOING TO MAKE HISTORY TODAY.  WE ALL KNEW WHAT A

10       BIG MOMENT THIS WAS.

11              AND HE STARTED TO TALK ABOUT IPHONE, FIRST TALKING ABOUT

12       WE'RE GOING TO INTRODUCE THREE NEW PRODUCTS TODAY RATHER THAN

13       JUST ONE, AND THOSE THREE PRODUCTS WERE A REVOLUTIONARY NEW

14       PHONE, AN INTERNET COMMUNICATION DEVICE, AND THE BEST IPOD WE

15       EVER MADE, THOSE THREE THINGS.

16              AND, OF COURSE, THOSE THREE THINGS WERE ULTIMATELY REALLY

17       ONE THING THAT DID ALL OF THAT.

18       Q.   CAN YOU DESCRIBE WHAT THE ATMOSPHERE WAS AT THIS

19        ANNOUNCEMENT?

20       A.   I THINK THE WORD I ALWAYS THINK OF IS ELECTRIC.  THAT WAS

21        THE ENERGY AND FEELING IN THE ROOM.

22       Q.   WAS THERE A VIDEO THAT WAS MADE OF THE ANNOUNCEMENT?

23       A.   YES.

24       Q.   SIR, YOU HAVE A WHITE BINDER IN FRONT OF YOU THAT CONTAINS

25        EXHIBITS.  WOULD YOU OPEN IT UP, PLEASE, TO EXHIBIT,

1        PLAINTIFF'S EXHIBIT 118.

2        A.   OKAY.

3        Q.   CAN YOU TELL ME WHAT THAT IS, PLEASE?

4        A.   THIS IS A DVD WITH A VIDEO FROM THAT ANNOUNCEMENT.

5                MR. MCELHINNY:  YOUR HONOR, I MOVE THE ADMISSION OF

6        PLAINTIFF'S EXHIBIT 118.

7                MR. PRICE:  NO FURTHER OBJECTION.

8                THE COURT:  ALL RIGHT.  IT'S ADMITTED.

9            (PLAINTIFF'S EXHIBIT 118 WAS ADMITTED IN EVIDENCE.)

10               THE COURT:  GO AHEAD, PLEASE.

11       BY MR. MCELHINNY:

12       Q.   SIR, WAS THERE A PUBLIC REACTION TO THE ANNOUNCEMENT?  DID

13       THE PRESS ATTEND?  I SHOULD ASK THAT QUESTION, DID THE PRESS

14       ATTEND THE ANNOUNCEMENT?

15       A.   OH, YES, THERE WERE MANY PRESS IN ATTENDANCE AT THE EVENT,

16       AND THE REACTION WAS ENORMOUS.  IT WAS COVERED BY EVERYONE I

17       CAN IMAGINE IN PRESS AND ONLINE.

18       Q.   WAS THE INITIAL REACTION TO THE ANNOUNCEMENT, WAS IT ALL

19       POSITIVE?

20       A.   OH, NOT AT ALL.  IT WAS VERY MIXED.  THERE WERE FEELINGS

21       THAT THIS WAS ONE OF THE MOST AMAZING BREAKTHROUGHS EVER, AND

22       THERE WERE FEELINGS FROM SOME WHO THOUGHT IT WAS THE BIGGEST

23       MISTAKE AND WE WERE GOING TO FALL FLAT ON OUR FACE.

24       Q.   CAN YOU GIVE US SOME EXAMPLES OF PEOPLE WHO PREDICTED

25       FAILURE OF THE IPHONE?

```
1       A.   NOT SURPRISINGLY MOST OF OUR COMPETITORS DID,

2    MR. BOTTOMER, THEN CEO OF MICROSOFT SAID SOME PRETTY MEAN

3    THINGS ABOUT HOW WE WERE GOING TO FAIL WITH IT.

4         WE HEARD COMMENTS FROM NOKIA, FROM A SMARTPHONE MAKER AT

5    THE TIME, PALM, SAID THAT WE CAN'T JUST COME UP AND MAKE A

6    PHONE THE VERY FIRST TIME OUT AND SO ON.

7         THERE WERE NO END TO THE LIST OF PEOPLE WHO SAID THIS

8    WOULD FAIL.

9       Q.   WOULD YOU LOOK IN YOUR BINDER, PLEASE, TO PLAINTIFF'S

10   EXHIBIT 135A.

11      A.   OKAY.

12      Q.   CAN YOU TELL ME WHAT THAT IS, PLEASE?

13      A.   THIS IS AN ARTICLE FROM THE "NEW YORK TIMES" DATED

14   JANUARY 11TH, 2007.

15      Q.   AND IS THIS PUBLIC REACTION TO THE ANNOUNCEMENT ITSELF?

16      A.   YES.  THIS IS A NEWS STORY ABOUT THE LAUNCH AT THAT TIME

17   WRITTEN BY MR. DAVID POGUE, AND IT DESCRIBES HIS THOUGHTS OF

18   THAT.

19      Q.   JUST A MINUTE.

20         YOUR HONOR, I MOVE THE ADMISSION OF PLAINTIFF'S EXHIBIT

21   135A.

22            MR. PRICE:  NO FURTHER OBJECTION, AND WE REQUEST A

23   LIMITING INSTRUCTION AS TO THIS NOT BEING ENTERED FOR THE TRUTH

24   OF THE MATTER.

25            THE COURT:  THIS IS NOT ADMITTED FOR THE TRUTH OF THE
```

1    MATTER, BUT IT IS ADMITTED.

2         (PLAINTIFF'S EXHIBIT 135A WAS ADMITTED IN EVIDENCE.)

3              THE COURT:  GO AHEAD, PLEASE.

4              MR. MCELHINNY:  THANK YOU.

5    Q.  SIR, WE'VE PUT ON THE -- WE'VE PUT THE ARTICLE ON THE

6    SCREEN AND WE'VE ALSO PUT ON A DEMONSTRATIVE.  CAN YOU USE THIS

7    DEMONSTRATIVE -- WE DON'T HAVE THE TIME TO READ ALL OF THESE

8    ARTICLES.  THE JURY WILL HAVE THEM.  CAN YOU USE THIS

9    DEMONSTRATIVE TO EXPLAIN SOME OF THE SALIENT POINTS, OR THE

10   SALIENT POINT.

11   A.  YES I CAN.

12        AS YOU SEE, IT'S FROM THE "NEW YORK TIMES," THE TITLE OF

13   THE ARTICLE WAS "APPLE WAVES ITS WAND AT THE PHONE."

14        YOU SEE A PICTURE OF THE IPHONE BEING HELD IN A HAND, AND

15   ONE OF THE QUOTES FROM THE ARTICLE IS "THIS MACHINE IS SO

16   PACKED WITH POSSIBILITIES THAT THE CELL PHONE MAY ACTUALLY BE

17   THE LEAST INTERESTING PART."

18   Q.  SIR, DID THE PRESS COVERAGE CONTINUE AFTER THE FIRST WEEK

19   FOLLOWING MACWORLD ANNOUNCEMENT?

20   A.  YES, IT DID.

21   Q.  SO THE PHONE WAS ANNOUNCED IN JANUARY.  WHEN WAS IT FIRST

22   RELEASED FOR SALE?

23   A.  THAT SUMMER, IN JUNE OF 2007.

24   Q.  WHAT ACCOUNTED FOR THE SIX MONTHS IN BETWEEN?

25   A.  WELL, THAT'S, FIRST, THE AMOUNT OF TIME IT TOOK US TO

1     COMPLETE THE PRODUCT AND START TO BUILD THEM AND GET THEM READY

2     FOR SALE.

3     Q.   DID APPLE DO ANYTHING IN THAT SIX MONTHS BETWEEN THE

4     JANUARY ANNOUNCEMENT AND THE JUNE RELEASE TO PROMOTE THE

5     IPHONE?

6     A.   YES, WE DID.

7     Q.   AND WHAT DID YOU DO, SIR?

8     A.   WELL, FIRST, IN THE BEGINNING WE DID NOTHING FOR MANY

9     WEEKS.  WE ACTUALLY HAD A STRATEGY OF GOING SILENT.

10         AND THIS WAS BECAUSE THE PRESS COVERAGE WAS SO ENORMOUS

11    AND SO POSITIVE ABOUT THE EXCITEMENT AROUND THE PRODUCT THAT WE

12    THOUGHT TO JUST LET THAT GO OUT THERE.  THERE WAS NOT A LOT TO

13    ADD TO THE EXCITEMENT.

14         AND THEN TO PREPARE CUSTOMERS FOR THE ARRIVAL OF IPHONE

15    FOR SALE AS WE GOT CLOSER TO JUNE, WE DID END UP WITH SOME TV

16    ADVERTISEMENTS.  FIRST WE DID A TEASER AD AS WE CALL IT ON THE

17    ACADEMY AWARDS.  IT WAS JUST CALLED HELLO, AND IT SHOWED PEOPLE

18    ANSWERING THE PHONE.

19         AND THEN AS WE GOT CLOSER TO THE LAUNCH OF THE IPHONE, WE

20    STARTED TO CREATE ACTUAL TV ADS ABOUT THE IPHONE.

21    Q.   SIR, WOULD YOU LOOK IN YOUR BINDER, PLEASE, AT PLAINTIFF'S

22    EXHIBIT 180.

23    A.   YES.

24    Q.   WHAT IS THAT, SIR?

25    A.   THIS IS A DVD ABOUT THE FIRST ADS WE CREATED TO LAUNCH THE

```
1     IPHONE.

2               MR. MCELHINNY:  YOUR HONOR, I MOVE PDX 180, PLEASE.

3               MR. PRICE:  NO FURTHER OBJECTIONS.  AND AGAIN,

4     LIMITING PURPOSE.

5               THE COURT:  ALL RIGHT.  IT'S ADMITTED AND IT IS --

6     YOU ARE NOT TO CONSIDER IT FOR ITS TRUTH.

7          (PLAINTIFF'S EXHIBIT 180 WAS ADMITTED IN EVIDENCE.)

8               THE COURT:  GO AHEAD, PLEASE.

9     BY MR. MCELHINNY:

10    Q.   MR. SCHILLER, I'D LIKE TO SHOW IT FOR THIS AD, PLEASE.

11         (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

12              MR. MCELHINNY:  NOW CAN WE SEE THEM TOGETHER?

13         (LAUGHTER.)

14         (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

15    BY MR. MCELHINNY:

16    Q.   SIR, THAT WAS THE FIRST AD THAT YOU DID; IS THAT CORRECT?

17    A.   YES.

18    Q.   DO YOU RECALL WHAT THE TITLE OF THAT AD WAS?

19    A.   HOW TO.

20    Q.   HOW TO.  WAS THERE ANY SIGNIFICANCE TO THE FACT THAT IT

21    STARTED WITH THE SLIDE TO UNLOCK FEATURE?

22    A.   ABSOLUTELY.

23    Q.   WAS THAT INTENTIONAL?

24    A.   YES, IT WAS.

25    Q.   CAN YOU EXPLAIN THE LOGIC BEHIND THAT CHOICE, PLEASE?
```

1    A.   WHEN THIS AD RAN, PEOPLE HADN'T HAD THE OPPORTUNITY YET TO

2    ACTUALLY USE AN IPHONE FOR THEMSELVES, AND SO THEY'VE NEVER

3    USED AT THIS POINT IN TIME A DEVICE ANYTHING LIKE IT.

4         THE CHALLENGE IS HOW DO YOU SHOW PEOPLE, IN A SIMPLE,

5    30-SECOND AD, SOMETHING THAT GIVES THEM A FEEL FOR WHAT IT'S

6    LIKE TO USE THIS NEW GENERATION OF APPLE'S SMARTPHONE.

7         AND WE STARTED THE AD WITH SOMETHING YOU'RE GOING TO BE

8    DOING EVERY DAY, MANY, MANY TIMES A DAY, WHICH IS TO UNLOCK THE

9    SCREEN, AND TO DO THAT, YOU USE A SIMPLE GESTURE, SLIDE TO

10   UNLOCK.

11        AND THAT ONE GESTURE, HAVING SEEN THAT ONE THING FIRST,

12   YOU GET AN INSTANT IDEA OF HOW MULTITOUCH WORKS SO THAT YOU'RE

13   DOING A GESTURE ON THE SCREEN, AND IT DOES SOMETHING SIMPLE AND

14   USEFUL TO YOU, AND THAT IT'S EASY TO USE.  YOU DON'T NEED A

15   MANUAL TO FIGURE IT OUT.

16        AND THAT ONE STARTING POINT WAS A GREAT BEGINNING TO YOUR

17   UNDERSTANDING OF WHAT AN IPHONE IS AND WHAT THIS KIND OF DEVICE

18   CAN DO.

19   Q.   HAD YOU IDENTIFIED UNIQUE RISKS IN TRYING TO BRING A

20   MULTITOUCH PRODUCT TO MARKET IN 2007?

21   A.   OH, YES, WE DID.

22   Q.   AND WHAT WERE THE RISKS THAT WERE SPECIFIC TO THAT KIND OF

23   A PRODUCT?

24   A.   WELL, UNTIL THE IPHONE, THE MAJORITY OF PHONES OUT THERE

25   EITHER HAD A NUMERIC KEY PAD, FEATURES PHONES WOULD HAVE A TEN

1    DIGIT KEYPAD, OR HAD A PHYSICAL KEYBOARD ON IT FOR NOT ONLY

2    DIALLING, BUT TYPING ON IT AS WELL, AND PEOPLE WERE VERY

3    FAMILIAR WITH THAT AND COMFORTABLE WITH THAT.

4         THE IDEA THAT YOU WOULD NOW GO TO A FULL GLASS SCREEN THAT

5    YOU WOULD TOUCH WITH YOUR FINGERS AND CONTROL TO TYPE AND MAKE

6    GESTURES WAS, WAS PRETTY UNUSUAL AND RISKY AND MANY PEOPLE

7    CALLED THAT OUT AS PERHAPS THE GREATEST RISK TO IPHONE IS HOW

8    YOU WOULD HAVE AN EASY TO USE, POWERFUL EXPERIENCE ON THIS

9    MULTITOUCH DISPLAY.

10   Q.   OBVIOUSLY IN RETROSPECT THE PRODUCT HAS BEEN SUCCESSFUL.

11   WOULD YOU AGREE WITH ME ABOUT THAT?

12   A.   YES.

13   Q.   AND HOW DID YOU OVERCOME THESE RISKS AND CHALLENGES?  WHAT

14   IS IT ABOUT THAT, THE PRODUCT, THAT YOU THINK NOW IN RETROSPECT

15   MADE IT SUCCESSFUL?

16   A.   WELL, A LOT WENT INTO MAKING IT SUCCESSFUL.

17        MR. PRICE:  OBJECTION.  CALLS FOR IMPROPER OPINION

18   TESTIMONY.

19        THE COURT:  OVERRULED.

20        GO AHEAD, PLEASE.  YOU MAY ANSWER.

21        THE WITNESS:  A LOT OF THINGS WENT INTO MAKING THE

22   IPHONE SUCCESSFUL.

23        TO ME, I THINK IT'S THIS INCREDIBLE, BEAUTIFUL DESIGN.

24   PEOPLE LOVED HOW IT LOOKS.

25        THAT IT DOES THINGS THAT YOU'VE NEVER BEEN ABLE TO DO

 1    BEFORE AT THE TIME WITH PHONES, ALL THIS INTERNET CAPABILITIES

 2    AND ITS IPOD USEFULNESS.

 3          BUT MOST OF ALL, THAT THIS PIECE OF GLASS THAT COMES ALIVE

 4    WITH SOFTWARE IS, IS EASY TO USE, IS FUN TO USE, AND DOES ALL

 5    THESE NEW ACTIONS FOR YOU WITHOUT HAVING TO BE TRAINED OR

 6    TAUGHT.  IT'S INTUITIVE AND EASY TO USE AND POWERFUL AND FUN.

 7          AND MAKING THAT WHOLE EXPERIENCE, IT JUST ADDS UP TO AN

 8    EXPERIENCE THAT'S UNIQUE AND USEFUL TO PEOPLE.

 9          ULTIMATELY, I THINK THAT DROVE ITS SUCCESS.

10    BY MR. MCELHINNY:

11    Q.   WHERE WERE YOU PERSONALLY ON THE DAY THAT THE IPHONE FIRST

12    WENT ON SALE?

13    A.   WHEN IT FIRST WENT ON SALE, I AND MY TEAM KNEW IT WAS A

14    BIG DAY.  SO WE FANNED TO DIFFERENT SELLING LOCATIONS, AND I

15    CHOSE TO GO TO CHICAGO.  WE HAVE AN APPLE RETAIL STORE ON

16    MICHIGAN AVENUE, AND I WENT THERE AND BROUGHT MY SON WITH ME

17    BECAUSE I KNEW IT WOULD BE A BIG DAY FOR BOTH OF US, AND WE

18    WERE THERE TO BE PART OF THE EXCITEMENT OF THE FIRST SALES OF

19    IPHONE.

20    Q.   AND WHY DID YOU HAVE SOMEBODY FROM THE ORGANIZATION GO TO

21    EACH OF THE MAJOR SALES LOCATIONS?

22    A.   BECAUSE FOR US THIS WAS A HISTORIC DAY.  THE CROWDS, THE

23    ENERGY, THE NEWNESS OF A DEVICE LIKE IPHONE COMING INTO THE

24    MARKET WAS GOING TO BE FELT AROUND THE COUNTRY, AND WE WANTED

25    TO BE EVERYWHERE WE COULD AND SEE AND FEEL THAT AS WELL.

1    Q.   AFTER THE IPHONE WAS RELEASED, DID YOU SEE ANY REVIEWS OF

2    PEOPLE WHO HAD ACTUALLY -- BY REPORTERS OR PROFESSIONALS WHO

3    HAD ACTUALLY USED THE PHONE AND WERE REVIEWING IT?

4    A.   YES.

5    Q.   IF YOU OPEN YOUR BINDER, PLEASE, TO EXHIBIT PDX 144A AS IN

6    ALBERT.

7    A.   OKAY.

8    Q.   CAN YOU TELL US WHAT THAT IS, PLEASE?

9    A.   THIS IS A SUMMARY OF SOME OF THE NEWS COVERAGE ABOUT

10   IPHONE.

11   Q.   AND BE MORE SPECIFIC.  WHAT DO YOU MEAN BY A SUMMARY?  HOW

12   MANY PAGES IS IT?

13   A.   IT IS SIX PAGES LONG.

14   Q.   AND DOES IT HAVE EXCERPTS OF VARIOUS ARTICLES?  IS THAT

15   RIGHT?

16   A.   IT DOES.

17        MR. MCELHINNY:  YOUR HONOR, WE MOVE PDX 144A.

18        MR. PRICE:  NO FURTHER OBJECTION, AGAIN, WITH A

19   FURTHER LIMITING INSTRUCTION THAT IT'S NOT TO BE USED FOR THE

20   TRUTH OF WHAT'S SAID.

21        THE COURT:  THIS IS ADMITTED, BUT IT'S NOT TO BE

22   CONSIDERED FOR THE TRUTH OF WHAT IS SAID.

23        (PLAINTIFF'S EXHIBIT 144A WAS ADMITTED IN EVIDENCE.)

24   BY MR. MCELHINNY:

25   Q.   JUST SO THE JURY WILL RECOGNIZE IT, CAN WE DO WHAT WE'VE

1      DONE, PUT THE FIRST PAGE UP.

2          CAN YOU JUST EXPLAIN TO US WHAT THIS SUMMARY IS.

3      A.   YES.   YOU CAN SEE LISTED ON, FOR EXAMPLE, THE FIRST PAGE

4      FOUR DIFFERENT EXAMPLES OF SEPARATE NEWS COVERAGE, EACH ONE

5      ABOUT THE IPHONE.   THERE'S ONE FROM THE SAN FRANCISCO

6      CHRONICLE, ANOTHER FROM THE "NEW YORK TIMES," ANOTHER FROM

7      "U.S.A. TODAY," AND A FOURTH ONE FROM THE "NEW YORK TIMES"

8      AGAIN ON THIS ONE PAGE.

9      Q.   CAN YOU LOOK IN YOUR BINDER, PLEASE, AND SEE PLAINTIFF'S

10     EXHIBIT 113A?

11     A.   YES.

12     Q.   CAN YOU TELL ME WHAT 113A IS, PLEASE.

13     A.   THIS IS A REVIEW OF THE IPHONE THAT APPEARED IN THE

14     "WALL STREET JOURNAL" DATED JUNE 27TH, 2007.

15          MR. MCELHINNY:  YOUR HONOR, I MOVE THE ADMISSION OF

16     113A.

17          MR. PRICE:  AND, AGAIN, NO FURTHER OBJECTIONS, YOUR

18     HONOR, AND WITH A LIMITING INSTRUCTION NOT TO BE CONSIDERED FOR

19     THE TRUTH.

20          THE COURT:  OKAY.  IT'S NOT TO BE CONSIDERED FOR THE

21     TRUTH OF WHAT IS STATED.

22          BUT IT'S ADMITTED.

23          (PLAINTIFF'S EXHIBIT 113A WAS ADMITTED IN EVIDENCE.)

24          THE COURT:  GO AHEAD, PLEASE.

25          MR. MCELHINNY:  THANK YOU.

1    Q.   MR. SCHILLER, I'M SHOWING YOU FIRST 113A AND THEN I'M

2    GOING TO SHOW YOU A DEMONSTRATIVE, PDX 2, WHICH WE'VE CREATED.

3    CAN YOU USE THE DEMONSTRATIVE, PLEASE, AND USE IT TO GIVE US

4    THE SALIENT POINTS THE ARTICLE.

5         FIRST, WHO IS WALTER MOSSBERG.

6    A.   THIS ARTICLE WAS WRITTEN BY WALTER MOSSBERG AND KATHERINE

7    BOEHRET.  AND MR. MOSSBERG HAS BEEN A LONG-TIME PRODUCT

8    REVIEWER IN THE "WALL STREET JOURNAL" AND IS ONE OF THE BEST

9    KNOWN TECHNOLOGY COLUMNISTS IN OUR COUNTRY.

10   Q.   CAN YOU USE THE DEMONSTRATIVE, PLEASE, TO ILLUMINATE THE

11   ARTICLE FOR THE JURY, PLEASE.

12   A.   YES.  THE TITLE OF THE ARTICLE IS "TESTING OUT THE

13   IPHONE."

14        YOU SEE AN IMAGE THERE OF FIVE IPHONES SHOWING DIFFERENT

15   USES ON THE SCREEN.  YOU ALSO SEE A TABLE HERE ON THE BOTTOM

16   RIGHT THAT APPEARED IN THE ARTICLE THAT SHOWED THE IPHONE

17   AGAINST AND COMPARED TO COMMON COMPETITIVE PRODUCTS AT THE

18   TIME.  AND THERE ARE TWO QUOTES CALLED OUT IN THIS

19   DEMONSTRATIVE.

20        THE FIRST IS "THE IPHONE IS, ON BALANCE, A BEAUTIFUL AND

21   BREAKTHROUGH HANDHELD COMPUTER.  ITS SOFTWARE, ESPECIALLY, SETS

22   A NEW BAR FOR THE SMARTPHONE INDUSTRY."

23        AND THE SECOND QUOTE IS "THE IPHONE IS A WHOLE NEW

24   EXPERIENCE AND A PLEASURE TO USE."

25   Q.   SIR, IF YOU LOOK AT THE FOUR PHONES, DO YOU SEE THAT'S THE

1          SAMSUNG BLACKJACK?

2          A.   YES, I DO.

3          Q.   IS THAT WHAT THE BLACKJACK LOOKED LIKE IN 2007?

4          A.   YES, IT DID.

5          Q.   THANK YOU.  SIR, IF YOU WOULD PLEASE TURN TO EXHIBIT 127A

6          IN YOUR BINDER, CAN YOU TELL US WHAT THAT IS?

7          A.   THIS IS ANOTHER PRODUCT REVIEW, THIS ONE FROM THE

8          "NEW YORK TIMES," ALSO DATED JUNE 27TH, 2007.

9               MR. MCELHINNY:  YOUR HONOR, I MOVE 127A.

10              MR. PRICE:  AGAIN, NO FURTHER OBJECTIONS AND NOT TO

11         BE OFFERED FOR THE TRUTH OF THE MATTERS ASSERTED.

12              THE COURT:  ALL RIGHT.  IT IS ADMITTED, AND IT'S NOT

13         TO BE CONSIDERED FOR THE TRUTH OF THE MATTER STATED IN THE

14         ARTICLE.

15           (PLAINTIFF'S EXHIBIT 127A WAS ADMITTED IN EVIDENCE.)

16              THE COURT:  GO AHEAD, PLEASE.

17         BY MR. MCELHINNY:

18         Q.   SIR, WE'VE PUT THE ARTICLE ON THE BOARD, BUT NOW WE'RE

19         GOING TO PUT ON DEMONSTRATIVE PDX 3, AND CAN YOU USE THIS TO

20         SUMMARIZE THE ARTICLE FOR?

21         A.   YES.  THIS ARTICLE WAS TITLED "THE IPHONE MATCHES MOST OF

22         ITS HYPE," WRITTEN BY DAVID POGUE, JUNE 27TH, 2007.

23              TWO OF THE QUOTES IN THE ARTICLE ARE "UNLESS YOU'VE BEEN

24         IN A SENSORY-DEPRIVATION TANK FOR SIX MONTHS, YOU KNOW WHAT THE

25         IPHONE IS:  A TINY, GORGEOUS HAND-HELD COMPUTER WHOSE SCREEN IS

1      A SLAB OF TOUCH-SENSITIVE GLASS.

2          "AND THE BIGGER ACHIEVEMENT IS THE SOFTWARE.  IT'S FAST,

3      BEAUTIFUL, MENU-FREE, AND DEAD SIMPLE TO OPERATE."

4      Q.  SIR, WOULD YOU PLEASE LOOK IN YOUR BINDER AT EXHIBIT

5      PX 133.  CAN YOU TELL US WHAT THAT EXHIBIT IS, PLEASE.

6      A.  YES.  THIS IS A SPECIAL ARTICLE IN "TIME MAGAZINE" THAT

7      APPEARED IN 2007.

8          MR. MCELHINNY:  YOUR HONOR, I MOVE EXHIBIT PX 133.

9          MR. PRICE:  NO FURTHER OBJECTIONS AND NOT FOR THE

10     TRUTH OF THE MATTER ASSERTED.

11         THE COURT:  ALL RIGHT.  IT IS ADMITTED AND NOT TO BE

12     CONSIDERED FOR THE TRUTH OF WHAT'S STATED IN THE ARTICLE.

13         (PLAINTIFF'S EXHIBIT 133 WAS ADMITTED IN EVIDENCE.)

14         THE COURT:  GO AHEAD, PLEASE.

15     BY MR. MCELHINNY:

16     Q.  SIR, LET ME PUT A DEMONSTRATIVES UP, PDX 4, AND CAN YOU

17     USE THAT TO HELP US UNDERSTAND SO WE'VE GOT A SUMMARY OF WHAT

18     WAS IN THE ARTICLE.

19     A.  YES.  THIS STORY IN "TIME MAGAZINE" WAS AN ANNUAL STORY

20     ABOUT THE BEST INVENTIONS OF 2007, AND IN THIS STORY, THEY

21     AWARDED IPHONE THE INVENTION OF THE YEAR FOR 2007.

22         AND AS YOU SEE IN THE DEMONSTRATIVE THERE IS -- THE COVER

23     OF "TIME MAGAZINE," THIS IS PRETTY AMAZING THAT IN NOVEMBER OF

24     2007, THEY PLACED IPHONE ON THE COVER.  YOU DON'T USUALLY SEE

25     PRODUCTS ON THE COVER OF "TIME MAGAZINE."

1          THEY ALSO HAD FUN WITH THE ICONS ON THE HOME SCREEN ON THE

2     ARTICLE AND SPELLED OUT THE TITLE OF THE ARTICLE, "BEST

3     INVENTIONS OF 2007."

4          AND THERE ARE THREE QUOTES HERE DIRECTLY FROM THAT

5     ARTICLE.  THE FIRST IS "TOUCHY FEELY."

6          THE SECOND, "APPLE'S ENGINEERS USED A TOUCHSCREEN INNOVATE

7     PAST THE GRAPHICAL USER INTERFACE (WHICH APPLE HELPED PIONEER

8     WITH THE MACINTOSH IN THE 1980S) TO CREATE A WHOLE NEW KIND OF

9     INTERFACE."

10         AND "THIS IS, AS ENGINEERS SAY, NONTRIVIAL."

11    Q.   SIR, WOULD YOU LOOK PLEASE AT PX 134?

12    A.   YES.

13    Q.   WHAT IS EXHIBIT 134?

14    A.   IT IS A STORY FROM THE TECHNOLOGY SECTION OF THE

15    "NEW YORK TIMES" THAT APPEARED IN NOVEMBER OF 2011.

16    Q.   DID YOU SAY 2011?

17    A.   YES.

18    Q.   OKAY.

19         YOUR HONOR, I MOVE PX 134.

20         MR. PRICE:  NO FURTHER OBJECTIONS AND AGAIN NOT FOR

21    THE TRUTH OF THE MATTER ASSERTED.

22         THE COURT:  ALL RIGHT.  IT'S ADMITTED AND IT'S NOT TO

23    BE CONSIDERED FOR THE TRUTH OF WHAT'S STATED.

24         (PLAINTIFF'S EXHIBIT 134 WAS ADMITTED IN EVIDENCE.)

25    BY MR. MCELHINNY:

1    Q.   SIR, HERE'S THE ARTICLE, 134, AND WE'VE GOT A

2    DEMONSTRATIVES, PDX 5.  AND CAN YOU USE THE DEMONSTRATIVES TO

3    HELP SUMMARIZE THE ARTICLE FOR US, PLEASE.

4    A.   YES.  THIS IS AN ARTICLE THAT, FOR ME, IS SOMETHING PRETTY

5    SPECIAL.  IT WAS TITLED "PATENT OFFICE HIGHLIGHTS JOBS'S

6    INNOVATIONS" AND THE U.S. PATENT AND TRADEMARK OFFICE CREATED

7    AN EXHIBIT ABOUT STEVE JOBS'S PATENTS AND INVENTIONS, AND IN

8    DOING THAT, THEY SET UP DISPLAYS WITH, WITH PATENTS ON THEM,

9    ABOUT A DOZEN ON EACH ONE, AND THEY DESIGNED THEM TO LOOK JUST

10   LIKE THE PHONE.

11        SO YOU'D WALK INTO THIS EXHIBIT, YOU'D SEE AN IMAGE OF

12   STEVE AND YOU'D SEE MANY, MANY, MANY OF HIS PATENTS ALL THERE,

13   AND THAT'S WHAT THAT PHOTO REPRESENTS.

14        AND TWO OF THE PARAGRAPHS FROM THAT ARTICLE READ "THE

15   UNITED STATES PATENT AND TRADEMARK OFFICE IN ALEXANDRIA,

16   VIRGINIA RECENTLY UNVEILED AN EXHIBIT OF 30 GIANT IPHONE-LIKE

17   MODELS HONORING THE INVENTIONS OF THE LATE STEVE JOBS.

18   ALTOGETHER ABOUT 300 PATENTS ARE AN DISPLAY, GIVING EXHIBIT

19   ATTENDEES A VISUAL TOUR THROUGH APPLE'S HISTORY OF DESIGN AND

20   INNOVATION.

21        "PATENTS ON TECHNOLOGICAL DEVICES DO NOT ALWAYS RESULT IN

22   REAL PRODUCTS THAT HIT THE CONSUMER MARKET, BUT THEY DOCUMENT

23   AN INVENTOR'S RESEARCH AND METHODOLOGY IN DIFFERENT AREAS OF

24   DESIGN AND ENGINEERS.  OFTEN, MULTIPLE PATENTED TECHNOLOGIES

25   COME TOGETHER TO FORM ONE REAL PRODUCT, LIKE THE IPAD."

```
 1    Q.   SIR, WHAT'S THE SIGNIFICANCE OF THIS SECOND QUOTE?

 2    A.   WELL, THE SECOND QUOTE TALKS ABOUT --

 3              MR. PRICE:  YOUR HONOR, I'M GOING TO OBJECT TO LACK

 4    OF FOUNDATION, SPECULATION.  IT'S INTERPRETING WHAT THIS

 5    ARTICLE SAYS.

 6              THE COURT:  LAY A FOUNDATION IF HE KNOWS.

 7              MR. MCELHINNY:  I'LL REPHRASE IT.

 8    Q.   SIR, IN YOUR VIEW, BASED ON YOUR EXPERIENCE AT APPLE AND

 9    YOUR KNOWLEDGE OF THE PROCESS, DO YOU FIND SIGNIFICANCE IN THAT

10    SECOND QUOTE?

11    A.   YES, I DO.

12    Q.   WHAT IS THE SIGNIFICANCE THAT YOU FIND, SIR?

13              MR. PRICE:  I'LL OBJECT TO RELEVANCE WITH HIS VIEW OF

14    THE SIGNIFICANCE OF THAT QUOTE.

15              THE COURT:  ALL RIGHT.

16         OVERRULED.

17         GO AHEAD.  YOU MAY ANSWER.

18              THE WITNESS:  AS WE WORK ON PRODUCTS AT APPLE AND THE

19    DEVELOPMENT PROCESSES, AS WE DISCUSSED EARLIER, IT TAKES YEARS,

20    IT INVOLVES MANY HUNDREDS OF ENGINEERS AND PEOPLE WORKING

21    TOGETHER, AND THESE INVENTIONS, MANY OF THEM ARE PATENTED AND

22    THEY APPEAR IN THE PRODUCT, THROUGHOUT TIME, AT DIFFERENT

23    TIMES, SOMETIMES RIGHT AWAY, SOMETIMES NOT UNTIL MUCH LATER .

24    THEY'RE ALL PART OF A PROCESS THAT OCCURS.

25              AND SOMETIMES ALL THOSE PATENTS, A LOT OF PATENTS ALL COME
```

```
1     TOGETHER TO MAKE ONE PRODUCT AS THIS SAYS.

2          THAT'S NOT ALWAYS THE CASE.  IT VARIES AND EACH CASE IS

3     UNIQUE.

4     BY MR. MCELHINNY:

5     Q.  YOU MENTIONED THE APPLE NEW PRODUCT PROCESS, AND YOU MAY

6     HAVE GIVEN US AN EXAMPLE, BUT IS IT A LINEAR PROCESS, ONCE YOU

7     START ON A PRODUCT, YOU WORK ON IT TO THE END AND THEN YOU WORK

8     ON A NEW PRODUCT FROM THE BEGINNING TO THE END?  IS IT IN ORDER

9     LIKE THAT?

10    A.   NO.  THERE IS A PROCESS WE FOLLOW THAT HAS VERY RIGID

11    MILESTONES IN THEM THAT ARE LAID OUT.

12         BUT THE DEVELOPMENT WORK HAPPENS THROUGHOUT.  TIME THINGS

13    ARE INVENTED EARLY IN THE PROCESS, SOMETIMES LATER IN THE

14    PROCESS.  THERE ARE MULTIPLE PROGRAMS AT ANPP GOING ON IN

15    PARALLEL TOGETHER AT DIFFERENT STAGES OF THE DEVELOPMENT.

16         SO IT IS A FORMAL PROCESS WITH MANY ELEMENTS HAPPENING IN

17    PARALLEL.

18    Q.   DID THE IPHONE DEVELOPMENT PROCESS RESULT IN INVENTIONS

19    THAT WEREN'T IMMEDIATELY INCORPORATED INTO THE IPHONE?

20    A.   YES, OF COURSE.

21    Q.   AND FROM APPLE'S PERSPECTIVE, ARE THOSE INVENTIONS STILL

22    VALUABLE TO APPLE?

23    A.   EXTREMELY.  WE'RE STILL IN A MARKET HERE WHERE WE'RE

24    INVENTING NEW VERSIONS OF THE IPHONE, NEW VERSIONS OF OUR

25    OPERATING SYSTEM.  IT'S STILL GROWING AND THERE'S SO MUCH MORE
```

1      TO DO TO HELP CUSTOMERS AND CREATE NEW VALUE IN OUR BUSINESS.

2      IT'S LONG FROM OVER.

3      Q.   SIR, LET'S MOVE TO A SLIGHTLY DIFFERENT SUBJECT.

4           WHAT WERE THE SALES FIGURES LIKE FOR THE ORIGINAL IPHONE?

5      A.   THEY WERE REALLY GREAT.

6      Q.   HAVE YOU PREPARED A SUMMARY FOR THIS JURY WHICH SHOWS

7      THOSE SALES NUMBERS?

8      A.   YES.

9           MR. MCELHINNY:  YOUR HONOR --

10     Q.   OR WOULD YOU OPEN YOUR BINDER, PLEASE, TO PX 143.

11     A.   OKAY.

12     Q.   WHAT IS PX 143?

13     A.   THIS IS A CHART THAT WE PREPARED OF CUMULATIVE UNIT SALES

14     OF THE IPHONE AND IPAD.

15          MR. MCELHINNY:  YOUR HONOR, I MOVE PLAINTIFF'S

16     EXHIBIT 143.

17          MR. PRICE:  NO FURTHER OBJECTION.

18          THE COURT:  IT'S ADMITTED.

19        (PLAINTIFF'S EXHIBIT 143 WAS ADMITTED IN EVIDENCE.)

20          THE COURT:  GO AHEAD, PLEASE.

21          MR. MCELHINNY:  ALL RIGHT.  WE'LL PUT IT ON THE BOARD

22     THERE.

23     Q.   SO CAN YOU -- WHERE DO WE FIND THERE AT LEAST THE INITIAL

24     SALES FOR THE IPHONES?

25     A.   SO THIS IS A CHART OF CUMULATIVE SALES, SO SALES AS

1     THEY'RE GROWING OVER TIME.  THE VERTICAL SCALE IS MILLIONS OF

2     UNITS, AND TIME IS ALONG THE BOTTOM SCALE, FROM 2007 AT THE

3     BEGINNING OF THE IPHONE UNTIL LATE 2013.

4          AND THE BLUE LINE REPRESENTS THE CUMULATIVE SALES OF

5     IPHONE WITH EACH QUARTERLY TOTAL OF SALES.

6     Q.  AND CAN YOU SUMMARIZE FOR US WHAT THE ORIGINAL, THE SALES

7     OF THE ORIGINAL IPHONE WERE?

8     A.  YES.  AS YOU CAN SEE IN THE BEGINNING, THE VERY FIRST

9     QUARTER, WE SOLD THE IPHONE, WE STARTED QUITE MODESTLY WITH

10    300,000 UNITS, A GREAT LAUNCH FOR US, BUT WE HAD NO IDEA WHERE

11    IT WAS ALL GROWING.  AND YOU CAN SEE IT GREW VERY QUICKLY TO

12    OVER A MILLION AND THEN OVER 5 MILLION AT THE START OF 2008,

13    OVER 10 MILLION AT THE START OF 2009, AND ON AND ON.

14          THE COURT:  CAN I ASK YOU ONE QUESTION.  WHEN YOU

15    KEEP SAYING "NO FURTHER OBJECTION," THERE WAS NO OBJECTION

16    FILED TO SOME OF THESE.  WHAT ARE YOU PRESERVING, JUST SO I

17    KNOW?

18          MR. PRICE:  THE MOTIONS IN LIMINE OBJECTIONS, YOUR

19    HONOR.

20          THE COURT:  OKAY.  THEY WERE NOT TO EVERY SINGLE

21    EXHIBIT.

22          MR. PRICE:  PARDON ME?

23          THE COURT:  THEY WERE NOT TO EVERY SINGLE EXHIBIT,

24    BUT LET'S TALK ABOUT THIS LATER.

25          MR. PRICE:  SURE.

```
 1              THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

 2              MR. MCELHINNY:  THANK YOU.

 3    Q.   DOES THIS CHART ALSO SHOW THE SALES OF SUBSEQUENT MODELS

 4    OF THE IPHONE AFTER THE ORIGINAL IPHONE?

 5    A.   IT DOES.  WITH EACH YEAR, THERE WERE NEW MODELS AND EACH

 6    YEAR'S SALES HAVE ACCELERATED AND GROWN THROUGHOUT THIS TIME.

 7    Q.   AND CAN YOU TELL US WHAT THE TOTAL WAS THROUGH THE END OF

 8    2013?

 9    A.   YES.  YOU CAN SEE AT THE TOP RIGHT CORNER ON THAT, AT THE

10    VERY HIGHEST POINT OF THAT BLUE LINE, IT'S JUST SHY OF 170

11    MILLION UNITS.

12    Q.   FROM YOUR POSITION AS THE HEAD OF MARKETING AT APPLE, DID

13    YOU OBSERVE CHANGES IN THE PHONE MARKETPLACE AS A RESULT OF THE

14    INTRODUCTION OF THE IPHONE?

15    A.   YES.

16    Q.   AND CAN YOU DESCRIBE THOSE CHANGES FOR US?

17              MR. PRICE:  OBJECTION.  VAGUE, AMBIGUOUS.

18              THE COURT:  OVERRULED.

19    GO AHEAD, PLEASE.

20              THE WITNESS:  WHAT WE HOPED FOR, WHAT WE EXPECTED TO

21    HAVE HAPPEN DID, IN FACT, OCCUR, WHICH WAS THAT BEFORE THE

22    IPHONE, THE MAJORITY OF PHONES THAT EVERYBODY HAD THAT WE ALL

23    USED WERE WHAT WE CALLED FEATURE PHONES.

24        THEY'RE SIMPLER DEVICES THAT HAD A SCREEN WHERE YOU COULD

25    MAKE YOUR CALLS AND KEEP YOUR CONTACTS ON THEM.  IT HAD A SMALL
```

1    KEYPAD FOR DIALLING ON IT.

2         AND THEN AFTER THE IPHONE, THERE WAS A DRAMATIC CHANGE IN

3    THE MARKETPLACE AND PHONES NOW COULD BECOME SMARTER AND BE

4    DRIVEN BY POWERFUL SOFTWARE THAT LETS YOU DO THINGS ON THE

5    INTERNET AND ACCESS ALL YOUR MEDIA AND ALL THESE THINGS THAT WE

6    DREAMT THE IPHONE COULD DO, IT REALLY DID CHANGE THE WORLD OF

7    PHONES.

8    Q.   SIR, HAS IT BEEN APPLE'S EXPERIENCE THAT WHEN A CUSTOMER

9    BUYS AN APPLE PRODUCT, THEY TEND TO BUY ADDITIONAL APPLE

10   PRODUCTS?  OR SERVICES?

11   A.   YES, IT IS.

12   Q.   AND CAN YOU DESCRIBE THAT FOR US?

13   A.   WELL, OFTEN WHEN A CUSTOMER PURCHASES A PRODUCT OF OURS,

14   AN IPHONE, AN IPAD OR ANOTHER DEVICE, THAT IF THEY HAVE A GREAT

15   EXPERIENCE WITH IT AND THEY REALLY LOVE IT, THEY'LL TEND TO BUY

16   OTHER THINGS WITH IT, THE ECOSYSTEM, ACCESSORIES AND OTHER

17   PRODUCTS THAT THEY MIGHT WANT TO USE WITH IT.

18        AND IF THEY CONTINUE TO HAVE A GREAT EXPERIENCE WITH IT,

19   THEY'RE LIKELY TO BUY MORE PRODUCTS FROM US DOWN THE ROAD, NOT

20   ONLY A SMARTPHONE, BUT MAYBE A COMPUTER.  THEY MIGHT BUY A MAC

21   FROM US.

22        WE ALSO OBSERVED A NETWORK EFFECT OF CUSTOMERS WHO BUY OUR

23   PRODUCTS.  IF THEY'VE HAD A GREAT TIME WITH IT, THEY'LL TELL

24   FAMILY AND FRIENDS AND THEY MAY START TO BUY IPHONES AND MACS

25   AND OTHER PRODUCTS.  OR IN THE WORK PLACE, IF THEY FIND I CAN

1      USE THIS IPHONE AT WORK AND GET MY E-MAIL, OTHER PEOPLE MAY

2      LEARN THAT AND THEY ALL START TO HAVE THEM AS WELL.

3          SO THERE'S A LOT OF ECOSYSTEM EFFECTS ONCE SOMEONE STARTS

4      TO BUY AND USE OUR PRODUCT IF THEY LOVE THEM.

5      Q.   SIR, I WANT TO TURN BRIEFLY TO THE IPAD.

6          CAN YOU TELL US -- AGAIN, I REALLY DO WANT TO DO THIS

7      BRIEFLY -- WHAT WAS THE GENESIS OF THE IPAD PRODUCT?

8      A.   IN THE BEGINNING OF WORKING ON THE IPAD, WE WERE TRYING TO

9      INVENT A MORE AFFORDABLE COMPUTER.  OUR MOST POPULAR MACS WERE

10     NOTEBOOKS AND NOTEBOOK PRICING WAS GOING DOWN AND WE THOUGHT

11     EVENTUALLY NOTEBOOK PRICES WERE GOING TO DROP WELL BELOW $500.

12         BUT COMPETITORS WERE MAKING SOME REALLY CHEAP PRODUCTS

13     THAT WE WOULD NEVER BE PROUD TO MAKE.  THE QUALITY REALLY

14     WASN'T THERE.  SO WE CHALLENGED OUR TEAM TO HELP US FIGURE OUT

15     HOW COULD WE MAKE A FUTURE MOBILE COMPUTER THAT HAD FEWER

16     MOVING PARTS, KEYBOARDS, THAT WOULD ALLOW US TO MAKE A NOTEBOOK

17     REPLACEMENT THAT WAS EVEN MORE AFFORDABLE.

18         AND WE STARTED WORKING ON THAT AND WE HAD PROBABLY ONE OF

19     THE MOST IMPORTANT THINGS TO SOLVE WOULD BE TO GET RID OF THE

20     PHYSICAL KEYBOARD AND USE THE SCREEN TO TYPE DIRECTLY ON -- TO

21     GET RID OF THE MOUSE OR TRACK PAD AND USE THE SCREEN TO

22     MANIPULATE OBJECTS ON.

23         AND THAT'S WHAT LED US TO WORK ON MULTITOUCH TECHNOLOGY

24     THAT EVENTUALLY GAVE RISE TO BOTH THE IPAD AND IPHONE.

25     Q.   WHEN WAS THE IPAD ANNOUNCED?

1     A.   IN JANUARY OF 2010.

2     Q.   SO THAT'S THREE YEARS AFTER THE IPHONE; CORRECT?

3     A.   YES, IT IS.

4     Q.   WHEN WAS THE IPAD RELEASED?

5     A.   IN APRIL OF 2010.

6     Q.   WHAT WAS, GENERALLY, THE RECEPTION FOR THE IPAD?

7     A.   THERE WAS TREMENDOUS EXCITEMENT AND INCREDIBLE MEDIA

8     COVERAGE AROUND THE IPAD.

9     Q.   WAS THE IPAD INVESTMENT PROJECT CONSIDERED A GAMBLE AT

10    APPLE?

11    A.   YES.  IT WAS ALSO A "YOU BET YOUR COMPANY" PRODUCT, FIRST

12    BECAUSE WE WERE ADDING NOW A FOURTH PRODUCT IN OUR BUSINESS,

13    MAC, IPOD, IPHONE, AND NOW IPAD, WE DIDN'T WANT TO DILUTE OUR

14    RESOURCES TOO MUCH BY TAKING ON YET ANOTHER THING.  SO THAT

15    WOULD RISK OTHER WORK.

16         AND UP UNTIL THAT POINT IN TIME, BEFORE IPAD, OTHER

17    COMPANIES HAD TRIED TABLET LIKE COMPUTERS AND NONE HAD DONE

18    WELL.

19         SO HERE WE ARE DOING BETTER WITH -- THE IPOD WAS DOING

20    REALLY WELL, AND NOW THE IPHONE IS DOING REALLY WELL, AND WE'RE

21    ABOUT TO TAKE ON SOMETHING RISKY THAT OTHERS HAD TRIED AND

22    FAILED AT AND WE RISKED THE REPUTATION OF APPLE IF WE WERE TO

23    FAIL AT THAT.

24    Q.   HOW WERE THE SALES OF THE IPAD PRODUCT?

25    A.   OH, THE EARLY SALES OF THE IPOD WERE EVEN STRONGER THAN

1    IPHONE.  IT WAS GREAT.

2    Q.   LET'S GO BACK TO EXHIBIT 143.  WHAT DOES THIS TELL US

3    ABOUT THE SALES OF THE IPAD?

4    A.   WELL, YOU CAN SEE ON THE SAME CHART THE ORANGE LINE ON THE

5    BOTTOM OF THE CHART, AND THAT TRACKS THE CUMULATIVE SALES OF

6    THE IPAD HERE IN THE U.S. FROM THE BEGINNING IN 2010 UP UNTIL

7    2013.

8    Q.   MR. SCHILLER, DID APPLE SEEK PATENT PROTECTION FOR THE

9    INVENTIONS IT MADE LEADING UP TO AND DURING THE DEVELOPMENT OF

10    THE IPHONE AND THE IPAD?

11    A.   YES.

12    Q.   WHY?

13    A.   WELL, THERE ARE MANY REASONS TO WANT, TO GET PATENTS ON

14    OUR INVENTIONS.

15        FIRST, WE HAVE A LOT OF REALLY BRIGHT ENGINEERS WHO PUT IN

16    LONG HOURS AND PUT A LOT OF THEMSELVES PERSONALLY INTO CREATING

17    THESE THINGS, THESE IDEAS THEY DREAM UP AND THE INVENTIONS THAT

18    THEY COME UP WITH.

19        AND THOSE ARE THINGS THAT ARE CREATED FOR APPLE.  WE'RE A

20    PRODUCT COMPANY, A TECHNOLOGY PRODUCT COMPANY.  WE MAKE

21    PRODUCTS THAT ARE HOPEFULLY UNIQUE AND SPECIAL.  THAT'S WHAT WE

22    TRY TO DO.

23        AND THOSE INVENTIONS, IF THEY'RE UNIQUE AND SPECIAL, WE

24    WANT TO USE THEM IN OUR PRODUCTS FOR OURSELVES, TO

25    DIFFERENTIATE OURSELVES FROM THE REST OF THE MARKET.

1          AND PATENTS HOPEFULLY HELP TO PROTECT US SO THAT WE CAN DO

2     THAT AND HAVE OUR UNIQUE ADVANTAGES.

3          THEY ALSO HELP IDENTIFY THOSE THINGS THAT WE'VE CREATED IN

4     OUR PRODUCTS THAT ARE UNIQUE TO APPLE THAT PEOPLE WILL

5     RECOGNIZE AND SEE AS APPLE INVENTING THEM, BEING THE CREATIVE

6     INVENTOR COMPANY WE LIKE TO BE SEEN AS.

7          I THINK IT'S REALLY IMPORTANT TO THE VERY DNA OF APPLE

8     THAT WE'RE AN INNOVATOR WHO CREATES UNIQUE DIFFERENTIATIONS IN

9     OUR PRODUCTS THAT CUSTOMERS VALUE.

10    Q.   SIR, BASED ON YOUR JOB RESPONSIBILITIES, WHAT YOU DO AND

11    YOUR EXPERIENCE AT APPLE, WHAT ARE YOUR VIEWS ABOUT SOME OF THE

12    REASONS WHY THE IPHONE HAS BEEN SO SUCCESSFUL.

13          MR. PRICE:  OBJECTION, YOUR HONOR.  CALLS FOR EXPERT

14    TESTIMONY.

15          THE COURT:  OVERRULED.

16    GO AHEAD, PLEASE.

17          THE WITNESS:  IN MY JOB WORKING ON THE IPHONE, HAVING

18    A UNIQUE PRODUCT THAT SOLVES PROBLEMS FOR CUSTOMERS IN SPECIAL

19    WAYS AND MAKES THEM EASY AND FUN AND POWERFUL TO USE IS THE

20    VERY ESSENCE OF WHAT MAKES IT GREAT AND WHAT MAKES IT

21    SUCCESSFUL.

22    BY MR. MCELHINNY:

23    Q.   AND WHAT ARE THE REASONS FOR THE SUCCESS OF THE IPAD, SIR?

24    A.   IN THE SAME WAY.  WE'VE CREATED A PRODUCT THAT, UNLIKE ANY

25    PRODUCT BEFORE IT IN ITS CATEGORY, HAS SUCCEEDED BECAUSE IT'S

1    BEAUTIFUL AND IT DOES THINGS YOU NEED IT TO DO AND IT DOES IT

2    IN FUN, INTUITIVE, EASY-TO-USE WAYS, AND THAT'S SO MUCH ABOUT

3    THE SOFTWARE AND ULTIMATELY THE ENTIRE USER EXPERIENCE WE

4    CREATED.

5    Q.   SIR, WOULD YOU OPEN YOUR BINDER, PLEASE, TO EXHIBIT 122A.

6    A.   OKAY.

7    Q.   WHAT IS EXHIBIT 122A?

8    A.   THIS IS A, A SUMMARY OF A QUESTION WE'VE ASKED CUSTOMERS

9    IN OUR MARKET RESEARCH SURVEYS, IN THIS CASE IPHONE BUYERS,

10   ABOUT THEIR EXPERIENCE WITH AN IPHONE.

11   Q.   AND WHAT TIME PERIOD DO THOSE SURVEYS COVER, SIR, LOOKING

12   AT BOTH PAGES 1 AND 2?

13   A.   FROM THE FIRST QUARTER OF FISCAL 2011 UP UNTIL THE FOURTH

14   QUARTER OF FISCAL 2012.

15          MR. MCELHINNY:  YOUR HONOR, I MOVE EXHIBIT 122A.

16          MR. PRICE:  YOUR HONOR, I OBJECT AS BEING

17   INAPPROPRIATE SUMMARIES.

18       SPECIFICALLY, AND I THINK WE HAVE AN AGREEMENT ON THIS, I

19   BELIEVE THERE WAS AN AGREEMENT NOT TO EVEN ATTEMPT TO ADMIT

20   PAGE 3.

21          THE COURT:  I'M SORRY.  I COULDN'T HEAR THE LAST

22   THING YOU SAID.

23          MR. PRICE:  I BELIEVE THERE WAS AN AGREEMENT NOT TO

24   ADMIT PAGE 3.

25       (DISCUSSION OFF THE RECORD BETWEEN COUNSEL.)

```
 1              MR. PRICE:  HOLD ON ONE SECOND, YOUR HONOR.  LET ME

 2    LOOK AT THE NEW EXHIBIT.

 3              (DISCUSSION OFF THE RECORD BETWEEN COUNSEL.)

 4              MR. PRICE:  YOUR HONOR, I NOW HAVE A CORRECT COPY.

 5    THE ONLY OBJECTION IS THAT IT'S AN INAPPROPRIATE SUMMARY.  IT'S

 6    NOT -- IT'S NOT A COMPLICATED DOCUMENT OR VOLUMINOUS DOCUMENTS.

 7              THE COURT:  ALL RIGHT.  SO YOU'RE MAKING A 1006

 8    OBJECTION?  THAT'S OVERRULED.

 9         GO AHEAD, PLEASE.

10    BY MR. MCELHINNY:

11    Q.   CAN WE PUT THIS UP ON THE SCREEN, PLEASE, FIRST PAGE.

12         MR. SCHILLER, WHAT IS AN IPHONE BUYER SURVEY?

13    A.   MY MARKET RESEARCH TEAM --

14    Q.   LET ME STOP YOU RIGHT THERE.  WHAT IS A MARKET RESEARCH

15    TEAM?

16    A.   IT'S A SMALL GROUP OF PEOPLE WHO WORK FOR ME WHO HELP US

17    LOOK BOTH AT PRIMARY RESEARCH, QUESTIONS WE CAN ASK OF

18    CUSTOMERS AND PULL TOGETHER RESULTS, AS WELL AS SECONDARY

19    RESEARCH, THAT'S RESEARCH THAT OTHER PEOPLE DO THAT WE CAN

20    PURCHASE AND LOOK AT AND SEE WHAT THEY'VE LEARNED OR FOUND OUT.

21         AND MY TEAM IS RESPONSIBLE FOR THOSE TWO THINGS.

22    Q.   ALL RIGHT.  I APOLOGIZE FOR INTERRUPTING YOU.  BACK TO

23    WHAT IS AN IPHONE BUYER SURVEY?

24    A.   SO THIS IS A SURVEY THAT WE RUN EACH QUARTER THAT ASKS

25    QUESTIONS OF RECENT IPHONE BUYERS TO FIND OUT SOME OF THE
```

1       THINGS THEY THINK ABOUT IPHONE.

2       Q.   AND WHO DETERMINES WHAT QUESTIONS GET ASKED ON THESE

3       SURVEYS?

4       A.   MY TEAM DOES.

5       Q.   AND ARE THE SURVEYS THEMSELVES THAT ARE -- THAT THIS

6       DOCUMENT SUMMARIZES, ARE THEY CONSIDERED CONFIDENTIAL DOCUMENTS

7       AT APPLE?

8       A.   YES, THEY ARE.

9       Q.   AND WHY IS THAT?

10      A.   BECAUSE ANY COMPANY, AND THIS IS CERTAINLY TRUE IN OUR

11      CASE, HAS A UNIQUE ABILITY TO SPEAK TO YOUR OWN CUSTOMER.  OUR

12      COMPETITORS DON'T KNOW OUR CUSTOMERS WELL, BUT WE HAVE AN

13      ABILITY TO SPEAK TO THEM AND ASK THEM QUESTIONS AND THEN GATHER

14      THIS DATA AND GAIN INSIGHTS AS TO WHAT THEY MAY THINK, AND WE

15      CONSIDER THAT CONFIDENTIAL.

16      Q.   SIR, CAN YOU EXPLAIN TO US WHAT WE'RE SEEING ON THIS

17      SUMMARY, ON PAGE 1 OF THE SUMMARY THAT WE'VE GOT HERE?

18      A.   YES.  THIS IS A SUMMARY OF ONE QUESTION THAT WAS ASKED

19      ACROSS MANY SURVEYS OVER PERIODS OF TIME WE LISTED.

20          THE SIMPLE QUESTION WAS HOW IMPORTANT WAS EASE OF USE TO

21      YOUR DECISION TO PURCHASE YOUR IPHONE?

22          AND THESE ARE THE RESPONSES TO THAT QUESTION, AND

23      SPECIFICALLY THE WAY WE LOOK AT THE RESPONSE IS CUSTOMERS ARE

24      ASKED TO RANK THEIR BELIEF ON WHETHER THIS WAS IMPORTANT TO

25      EASE OF USE ON A SCALE OF 1 TO 5.  THE TOP TWO THINGS ARE

1     WHETHER IT WAS SOMEWHAT IMPORTANT OR VERY IMPORTANT.

2          AND IN MARKETING WHAT WE DO IS WE COMBINE THOSE TWO TOP

3     SCORES TO CREATE ONE TOTAL SCORE, AND THAT'S A MEASURE OF HOW

4     IMPORTANT IT IS THAT YOU COMPARE AMONGST DIFFERENT QUESTIONS

5     AND DIFFERENT SURVEYS.

6     Q.   SIR, WHY DO YOU USE THE PHRASE "EASE OF USE" IN YOUR

7     SURVEYS?

8     A.   I THINK EASE OF USE IS ONE OF THE MOST IMPORTANT THINGS

9     APPLE HAS DONE FOR CUSTOMERS OF OUR PRODUCTS OVER THE YEARS.

10    IT'S ONE OF THE MOST IMPORTANT THINGS WE TRY TO DELIVER IN OUR

11    PRODUCTS, AND I THINK IT'S SOMETHING APPLE IS KNOWN FOR.  SO

12    IT'S INCREDIBLY IMPORTANT.

13    Q.   AND WHAT IS IT, BASED ON YOUR UNDERSTANDING OF WHAT IT IS

14    THAT MAKES THE SMARTPHONE EASY TO USE, WHY YOU GET THESE KINDS

15    OF CUSTOMER RANKINGS?

16    A.   WELL, THERE ISN'T ONE SPECIFIC FEATURE THAT SAYS EASE OF

17    USE.  THIS ISN'T A SWITCH ON THE SCREEN THAT SAYS EASY OR HARD.

18    IT'S AN ACCUMULATION OF ALL THE THINGS THAT MAKE UP YOUR

19    EXPERIENCE WITH THAT PRODUCT.  AND THE PREDOMINANT RANGE OF

20    THOSE THINGS ARE SOFTWARE, ALL THE GREAT SOFTWARE FEATURES THAT

21    MAKE IT SO YOU UNDERSTAND HOW YOU CAN GET WHAT YOU WANT DONE

22    AND YOU ENJOY DOING THAT.  I THINK THAT ADDS UP TO YOUR

23    EXPERIENCE OF EASE OF USE.

24    Q.   IF YOU WOULD LOOK AT PAGE 2 OF THE SUMMARY THAT YOU

25    PREPARED, CAN YOU EXPLAIN TO US WHAT WE'RE SEEING THERE,

1    PLEASE.

2    A.   SO THIS LOOKS AT THAT SAME DATA OF ASKING CUSTOMERS ABOUT

3    EASE OF USE WHERE WE HAD SUCH A HIGH RESPONSE RATE OVER TIME

4    AND INSTEAD LOOKS AT IT BY INDIVIDUAL IPHONE MODEL.  SO ACROSS

5    ALL THAT TIME, YOU KNOW, WHAT DO CUSTOMERS THINK ABOUT EASE OF

6    USE FROM IPHONE 4, IPHONE 4S, IPHONE 5 TO SEE IF THERE'S ANY

7    DIFFERENT BY PRODUCT.

8         AND WHAT IT SHOWS IS THERE REALLY ISN'T ANY DIFFERENCE BY

9    PRODUCT.

10        SO OVER TIME, OVER DIFFERENT PRODUCTS, THEY CONSISTENTLY

11   TELL US THAT WELL OVER 90 PERCENT ON AVERAGE THINK EASE OF USE

12   IS EXTREMELY IMPORTANT TO THEIR PURCHASE CHOICE OF AN IPHONE.

13   Q.   SIR, IN YOUR BINDER, WOULD YOU PLEASE TURN TO EXHIBIT 123.

14   A.   OKAY.

15   Q.   AND CAN YOU TELL ME WHAT THAT DOCUMENT IS?

16   A.   SO THIS IS A SURVEY THAT WAS DONE OF SMARTPHONE BUYERS

17   FROM DIFFERENT VENDORS THAT ALSO WAS ASKING THE QUESTION OF

18   EASE OF USE.

19        MR. MCELHINNY:  YOUR HONOR, MAY I OFFER THE JUROR, OR

20   SHOULD SOMEBODY OFFER THE JUROR SOME WATER, PLEASE.

21        JUROR:  THAT WOULD BE GOOD.

22        THE COURT:  OH, YES.

23        JUROR:  I'M SORRY.

24        THE COURT:  THAT WOULD BE GOOD.  YOU KNOW, WE WERE

25   GOING TO TAKE A BREAK AT 3:30.  IT'S 3:29.  IF YOU WOULD LIKE

```
1        TO TAKE ONE NOW, WE CAN DO THAT.

2                JUROR:  THAT WOULD BE GREAT.

3                THE COURT:  OKAY.  IT'S 3:29.  LET'S TAKE A 15 MINUTE

4        BREAK.

5            AND YOU MAY STEP DOWN.

6            (JURY OUT AT 3:29 P.M.)

7                THE COURT:  OKAY.  THE RECORD SHOULD REFLECT THE

8        JURORS HAVE LEFT THE COURTROOM.

9                PLEASE TAKE A SEAT.

10           I'M LOOKING AT THE MOTIONS IN LIMINE THAT SAMSUNG FILED.

11       I DON'T SEE ANY THAT WOULD ADDRESS CUMULATIVE UNIT SALES OF

12       IPHONE AND IPAD.  SO I JUST WANT TO HAVE AN UNDERSTANDING OF

13       WHAT IT IS THAT YOU'RE PRESERVING SINCE THERE WAS NO INDIVIDUAL

14       OBJECTIONS FILED TO THIS PX 143, THE OBJECTIONS WERE TO 122,

15       179, AND 211.

16           SO WHAT IS IT EXACTLY THAT'S BEING PRESERVED HERE, JUST SO

17       I UNDERSTAND?

18               MR. PRICE:  YOUR HONOR, I'VE BEEN TOLD YOU'RE RIGHT,

19       WE DID NOT MAKE MOTIONS IN LIMINE ON THOSE, THOSE SPECIFIC

20       EXHIBITS.

21               THE COURT:  OKAY.

22               MR. PRICE:  SO MY ONLY OBJECTION WAS TO 1006, WHICH

23       YOU --

24               THE COURT:  WHICH WAS NOT TO THIS ONE.  WERE YOU

25       MAKING -- I DIDN'T HEAR YOU MAKING A 1006 OBJECTION TO THIS
```

1        ONE.  YOU SAID YOU WERE PRESERVING YOUR MOTION IN LIMINE

2        OBJECTION, WHICH THERE IS NONE.  SO --

3                MR. PRICE:  AND I'VE BEEN TOLD THAT, AS IS USUALLY

4        THE CASE, YOU'RE RIGHT.

5                THE COURT:  I JUST WANT TO UNDERSTAND WHAT YOU'RE

6        PRESERVING.  I KNOW EVERYONE WANTS TO MAKE A GOOD RECORD.

7                MR. PRICE:  I KNOW THE MAIN THING --

8                THE COURT:  AND I ALSO WANT TO MAKE A GOOD RECORD,

9        TOO.  SO IF YOU'RE MAKING AN OBJECTION, I WANT TO KNOW WHAT IT

10       IS SO THAT I CAN MAKE AN APPROPRIATE RULING.  THAT'S WHY I'M

11       ASKING.

12               MR. PRICE:  I UNDERSTAND WHY YOU'RE ASKING.  WE'VE

13       MADE A LOT OF OBJECTIONS ABOUT NEWSPAPER ARTICLES, ET CETERA.

14               THE COURT:  SURE, I TOTALLY UNDERSTAND.  THAT WAS

15       MOTION IN LIMINE NUMBER --

16           (PAUSE IN PROCEEDINGS.)

17               THE CLERK:  THERE'S A REQUEST FOR SOME LOZENGES.

18               THE COURT:  OH, OKAY.  I HAVE SOME.  OH, LET SAMSUNG

19       INSPECT THOSE.

20           (LAUGHTER.)

21               MS. KREVANS:  THEY'RE MINE, YOUR HONOR.

22               MR. MCELHINNY:  WOULD YOU PLEASE TELL THE JURY THAT

23       SAMSUNG DIDN'T WANT THEM TO HAVE THESE.

24               THE COURT:  AND WE CAN GET SOME MORE.  AND I'M GOING

25       TO BRING UP THE EMERGENCY AND AIRBORNE AND EVERYTHING ELSE.  WE

1      CANNOT --

2           OKAY.  I UNDERSTAND.  ALL RIGHT.  SO FOR 143, I'M

3      UNDERSTANDING THERE WAS NOT A 1006 OBJECTION.  IF THERE WAS, I

4      WOULD OVERRULE IT BECAUSE OTHERWISE TRYING TO INTRODUCE SINGLE

5      SALES NUMBERS FOR EVERY QUARTER FOR A PERIOD OF SEVEN YEARS I

6      THINK WOULD -- IT WOULD BE HELPFUL TO A JURY TO HAVE A

7      CUMULATIVE PRESENTATION, A SUMMARY PRESENTATION OF THAT TYPE OF

8      CUMULATIVE AND LENGTHY EVIDENCE.

9           BUT I UNDERSTAND THERE'S NO MOTION IN LIMINE OBJECTION AS

10     TO 143.

11               MR. PRICE:  YOU'RE CORRECT.

12               THE COURT:  GOT IT.  ALL RIGHT.  THANK YOU.  LET'S

13     TAKE OUR BREAK.

14               MR. MCELHINNY:  WHAT TIME DO YOU WANT US BACK, YOUR

15     HONOR?

16               THE COURT:  TEN MINUTES.

17               MR. MCELHINNY:  TEN MINUTES.  THANK YOU.

18               THE COURT:  YEAH.  THANK YOU.

19          (RECESS FROM 3:33 P.M. UNTIL 3:43 P.M.)

20               THE COURT:  ALL RIGHT.  LET'S PLEASE BRING IN OUR

21     JURY.

22          (JURY IN AT 3:44 P.M.)

23               THE COURT:  ALL RIGHT.  WELCOME BACK.

24          DO WE HAVE EIGHT?

25               THE CLERK:  WE ARE --

1              THE COURT:  OKAY.  I JUST DIDN'T SEE THE EIGHTH

2     PERSON.  THAT'S WHY.

3          (LAUGHTER.)

4              THE COURT:  ALL RIGHT.  AND WOULD EVERYONE PLEASE

5     TAKE A SEAT.

6          TIME IS NOW 3:44.  GO AHEAD, PLEASE.

7     BY MR. MCELHINNY:

8     Q.   MR. SCHILLER, WOULD YOU LOOK, PLEASE, IN YOUR BINDER AT

9     PLAINTIFF'S EXHIBIT 123.

10    A.   YES.

11    Q.   WHAT IS EXHIBIT 123, SIR?

12    A.   THIS IS A SUMMARY OF A SMARTPHONE MARKET BUYER STUDY.

13    Q.   FOR WHAT TIME PERIOD DOES IT COVER?

14    A.   FROM THE FOURTH QUARTER OF FISCAL 2011 UNTIL THE FOURTH

15    QUARTER OF FISCAL 2012.

16             MR. MCELHINNY:  YOUR HONOR, I MOVE THE SUMMARY,

17    PX 123.

18             MR. PRICE:  NO OBJECTION.

19             THE COURT:  ALL RIGHT.  IT'S ADMITTED.

20        (PLAINTIFF'S EXHIBIT 123 WAS ADMITTED IN EVIDENCE.)

21             THE COURT:  GO AHEAD, PLEASE.

22    BY MR. MCELHINNY:

23    Q.   MR. SCHILLER, CAN YOU TELL US WHAT WE'RE LOOKING AT HERE

24    IN THE SUMMARY?

25    A.   YES.  THIS IS ALSO A QUESTION THAT WAS ASKED OF CUSTOMERS

1      OF BOTH IPHONES, AS WELL AS ANDROID PHONES, HOW IMPORTANT OR

2      UNIMPORTANT WAS EASE OF USE TO THEIR DECISION TO PURCHASE A

3      PHONE?

4           AND YOU CAN SEE IN BLUE COLOR THERE ARE THE BARS FOR THE

5      IPHONE OR IOS USERS, AND IN GREEN, THE ANDROID PHONE USERS AND

6      WHAT THEY FELT ABOUT THE IMPORTANCE OF EASE OF USE.

7      Q.   AND, AGAIN, SO WE'RE CLEAR, WHAT'S THE DIFFERENCE BETWEEN

8      THE SURVEYS THAT WENT INTO THIS SUMMARY AND THE SURVEYS OF THE

9      PRIOR SUMMARY THAT YOU WERE TALKING ABOUT?

10     A.   WELL, THE PRIOR SUMMARY, WE HAD ACCESS TO SURVEYING OUR

11     OWN CUSTOMERS.

12          WHEN IT COMES TO A SURVEY WHERE YOU'RE SURVEYING CUSTOMERS

13     OF OTHER PRODUCTS, YOU HAVE TO TURN TO OTHER MEANS THAT ARE

14     USEFUL, BUT NOT QUITE AS GOOD YOUR OWN.

15          IN THIS CASE YOU WORK WITH AN OUTSIDE COMPANY THAT HAD

16     ACCESS TO THE INTERNET COMMUNITY, PEOPLE THAT THEY OFTEN ASK

17     QUESTIONS OF.

18          SO IT'S AN INTERESTING RESULT.  IT'S GOOD, BUT NOT AS

19     GOOD.

20     Q.   LET'S LOOK AT PAGE 2 OF THIS SURVEY, AND WHAT DOES THIS

21     TELL US, OF THE SUMMARIES OF THE SURVEYS.  WHAT DOES THIS TELL

22     US?

23     A.   SO THIS PAGE IS ABOUT THE QUESTION ABOUT HOW LIKELY THESE

24     BUYERS WERE TO PURCHASE AN IPHONE IN THE FUTURE TO FOLLOW ON

25     THEIR PURCHASE WITH ANOTHER IPHONE.

1              AND, AGAIN, IT'S A TOP TWO BOX METRIC USE.  SO PEOPLE WHO

2       SELECTED EITHER SOMEWHAT LIKELY OR VERY LIKELY AS THEIR

3       RESPONSE TOTALLED UP, AND AS YOU SEE, THAT IS A VERY, VERY

4       STRONG RESPONSE TO GET WELL OVER 90 PERCENT OF CUSTOMERS ON

5       AVERAGE TO SAY THAT THEY'RE LIKELY TO PURCHASE AN IPHONE AGAIN.

6       Q.   WOULD YOU SHOW US PAGE 3 OF THE SUMMARY, PLEASE.

7              AND WHAT DOES THIS TELL US?

8       A.   THIS IS A QUESTION THAT WAS ASKED OF THE PEOPLE IN THE

9       SURVEY ABOUT WHETHER THEY ARE -- THIS DEVICE THEY CURRENTLY OWN

10      IS THEIR FIRST SMARTPHONE WHETHER THEY'RE A FIRST-TIME

11      SMARTPHONE BUYER, AND AS YOU SEE ACROSS THE BARS, THE NUMBER

12      WAS VERY HIGH FOR FIRST-TIME BUYERS, ANYWHERE FROM JUST UNDER

13      50 PERCENT TO AS HIGH AS 60 PERCENT OF PEOPLE WHO HAD BOUGHT A

14      SMARTPHONE DURING THE TIME OF THE SURVEY WHO HAD NEVER HAD ONE

15      BEFORE.

16      Q.   AND, AGAIN, I THINK THE YEARS MAY BE IMPORTANT HERE.  WHAT

17      IS THE TIME PERIOD THAT THE SURVEY IS SHOWING US THIS HIGH

18      FIRST-TIME BUYERS PHENOMENA?

19      A.   THIS SURVEY PERIOD STARTED AT FOURTH QUARTER OF FISCAL

20      2011 AND GO INTO THE FOURTH QUARTER OF FISCAL 2012.

21      Q.   WHAT IS THE FOURTH QUARTER OF APPLE'S FISCAL 2012?

22      A.   THAT IS THE JULY/AUGUST/SEPTEMBER QUARTER IS HOW WE COUNT

23      FISCAL QUARTERS.

24      Q.   IN WHAT CALENDAR YEAR WOULD THAT BE?

25      A.   THAT WOULD BE 2012.

1    Q.   THANK YOU.  WHAT IS THE SIGNIFICANCE OF THIS NUMBER TO YOU

2    AS THE HEAD OF MARKETING?

3    A.   OH, IT'S INCREDIBLY IMPORTANT.  IT SHOWS, FIRST OF ALL,

4    WHAT WE'VE BEEN SAYING FROM DAY ONE WHEN WE STARTED WORK ON THE

5    IPHONE IS THAT ONE DAY WE BELIEVE MOST EVERYONE WOULD HAVE A

6    SMARTPHONE, AND WHERE WE ARE THROUGHOUT THIS PERIOD OF TIME IS

7    STILL IN A TIME WHERE MANY, MANY PEOPLE DON'T HAVE A

8    SMARTPHONE.  THEY MAY NOT HAVE A CELL PHONE AT ALL OR THEY'RE

9    LIKELY TO HAVE A FEATURE PHONE, PREVIOUS GENERATION OLDER

10   TECHNOLOGY, AND ARE NOW GETTING A SMARTPHONE.

11        AND AT LEAST DURING THE PERIOD OF ALL OF THIS RESEARCH YOU

12   SEE THAT STILL A VERY LARGE NUMBER OF PEOPLE ARE GETTING THEIR

13   FIRST PHONE, AND THAT FIRST PHONE, AS WE TALKED ABOUT EARLIER,

14   IS THE PHONE PURCHASE THAT WILL THEN HELP YOU DECIDE WHAT

15   FOLLOW-ON PRODUCTS YOU MIGHT GET.  IF YOU LIKE THAT PRODUCT,

16   YOU'RE MORE LIKELY TO STAY WITH IT FOR A LOT LONGER.

17   Q.   SIR, HAS APPLE MADE EFFORTS TO PROMOTE ITS PRODUCTS?

18   A.   YES, IT HAS.

19   Q.   AND WHAT KIND OF THINGS DO YOU DO TO PROMOTE YOUR

20   PRODUCTS?

21   A.   WELL, IN MARKETING WE HAVE MANY ACTIVITIES.  WE PUT ON

22   LARGE KEYNOTES AND EVENTS.  WE DO PRESS REVIEWS OF OUR

23   PRODUCTS; WE DO ADVERTISING; WE DO OUTDOOR MARKETING; WE SET UP

24   DISPLAYS IN OUR RETAIL STORE AND WE TRAIN PEOPLE.

25        MANY, MANY THINGS.

1    Q.   IS ADVERTISING IMPORTANT TO WHAT YOU DO?

2    A.   IT IS.  IT'S ONE OF THE MARKETING FUNCTIONS THAT I RUN.

3    Q.   SIR, IS IT, IN YOUR OPINION, IS IT ADVERTISING THAT DRIVES

4    THE SALES OF THE APPLE PRODUCTS?

5    A.   NOT AT ALL.

6    Q.   HELP ME WITH THAT.  IF YOU SPEND AS MUCH TIME AS YOU DO ON

7    ADVERTISING AND IT'S IMPORTANT, WHY DO YOU SAY IT DOESN'T DRIVE

8    THE SALES OF YOUR PRODUCTS?

9    A.   IN MY BELIEF IS THAT APPLE -- THE THING THAT'S MOST

10   IMPORTANT TO THE MARKETING IS NOT THE MARKETING.  IT'S THE

11   PRODUCT.

12        AT THE END OF THE DAY, YOU CAN HAVE A HORRIBLE PRODUCT AND

13   A GREAT AD.  IT MIGHT NOT SELL WELL BECAUSE THE PRODUCT'S NOT

14   SO GOOD.

15        OR YOU COULD HAVE A GREAT PRODUCT AND A HORRIBLE AD AND

16   THE PRODUCT STILL MIGHT DO WELL BECAUSE IT'S A GREAT PRODUCT.

17        SO ADVERTISING IS A TOOL THAT'S USEFUL IN MARKETING, BUT

18   THE CORRELATION BETWEEN THE AD AND A SALE I'VE NEVER FOUND AT

19   APPLE TO BE VERY STRONG.

20   Q.   IS THE VIEW THAT YOU'VE JUST EXPRESSED REFLECTED IN THE

21   WAY THAT APPLE DOES ITS ADVERTISING?

22   A.   I BELIEVE SO.

23   Q.   AND HOW IS THAT?

24   A.   WELL, WE'VE HAD A STRATEGY FOR QUITE A WHILE IN OUR

25   MARKETING THAT WE CALL "THE PRODUCT AS HERO."

1     Q.   EXPLAIN THAT FOR US, PLEASE.

2     A.   IT'S A SIMPLE THOUGHT, BUT A -- IT HAS A HUGE IMPACT

3     ACROSS OUR MARKETING, THAT IF THE MOST IMPORTANT THING TO THE

4     CUSTOMER WANTING TO PURCHASE A PRODUCT IS THE PRODUCT ITSELF,

5     THEN THE MARKETING SHOULD DO A GOOD JOB OF FOCUSSING FIRST AND

6     FOREMOST ON THE PRODUCT.

7          IT'S WHAT YOU SEE IN THE AD.  IT'S WHAT YOU SEE ON THE

8     BILLBOARD.  IT'S WHAT YOU SEE WHEN YOU WALK INTO THE STORE.

9     THE PRODUCT IS THE MOST IMPORTANT THING, YOU FOCUS MOST ON THAT

10    PRODUCT.

11    Q.   I WANT TO SWITCH SUBJECTS AGAIN.

12         IS SAMSUNG ONE OF APPLE'S COMPETITORS IN THE SMARTPHONE

13    MARKET?

14    A.   YES.

15    Q.   LET ME SHOW YOU PDX 7, SIR, WHICH IS A LIST OF ACCUSED

16    PRODUCTS IN THIS CASE.

17         DURING THE TIME THEY WERE ON THE MARKETPLACE, DID THOSE

18    PRODUCTS COMPETE WITH APPLE'S SMARTPHONES AND TABLETS?

19    A.   YES, THEY DID.

20    Q.   SIR, DID APPLE OFFER ITS PRODUCTS TO ONLY CERTAIN SEGMENTS

21    OF THE SMARTPHONE AND TABLET MARKET?

22    A.   NOT AT ALL.  IN THE WORLD OF MARKETING, THAT'S CALLED

23    SEGMENTATION.

24    Q.   CAN I INTERRUPT YOU?  TELL US -- I SHOULD HAVE ASKED THE

25    QUESTION BETTER.  TELL US, PLEASE, WHAT SEGMENTATION IS IN THE

1      WORLD OF MARKETING?

2      A.   IT'S A SIMPLE THOUGHT, THAT THERE ARE DIFFERENT SEGMENTS

3      OF THE POPULATION, SOME PEOPLE CONSIDER SEGMENTS BY

4      DEMOGRAPHICS, LIKE AGE GROUP OR INCOME.

5           OTHER PEOPLE LOOK AT SEGMENTATION BY WHAT KIND OF JOB YOU

6      MAY HAVE, WHETHER YOU'RE IN EDUCATION OR BUSINESS AND THE KIND

7      OF BUSINESS.

8           AT APPLE, THAT'S NEVER BEEN THE WAY WE WORK ON OUR

9      PRODUCTS.  THAT'S NEVER BEEN THE WAY WE MARKET OUR PRODUCTS.

10          WE HAVE A VERY SIMPLE PRINCIPLE.  WE TRY TO MAKE OUR

11     PRODUCTS FOR EVERYONE.  IF YOU DO THAT, IT ACTUALLY KEEPS

12     THINGS REALLY SIMPLE.

13          THE IPHONE, WHO DO WE MARKET AND DESIGN THE IPHONE FOR,

14     FOR EVERYONE.

15          WE DESIGN THE IPAD FOR EVERYONE.

16     Q.   SAMSUNG'S COUNSEL, IN HIS OPENING ARGUMENT, REFERRED TO

17     SOMETHING, AND I'M NOT SURE WE ALL WOULD HAVE UNDERSTOOD WHAT

18     IT WAS.

19          HE MENTIONED SOMETHING ABOUT CARRIER SUBSIDIES.

20     A.   YES.

21     Q.   CAN YOU TELL US WHAT CARRIER SUBSIDIES ARE AS THEY AFFECT

22     PRICING IN THE CELL PHONE MARKET?

23     A.   WHEN MANY CUSTOMERS HERE IN THE UNITED STATES GO TO

24     PURCHASE A PHONE, IT ALMOST ALWAYS COMES WITH A CONTRACT TIME

25     LENGTH.  YOU CAN PURCHASE A PHONE, AND THEY MAY HAVE A TWO-YEAR

1        CONTRACT WITH THAT.  AND THAT MEANS YOU'RE GOING TO STAY WITH

2        THAT CARRIER FOR THAT PERIOD OF TIME.

3               AND IN EXCHANGE FOR THAT, WHAT THE CARRIER GIVES YOU IS A

4        LOWER PRICE ON THE PHONE, AND THAT LOWERING OF THE PRICE,

5        THAT'S WHAT'S CALLED A SUBSIDY.

6        Q.   AND WHAT IS, TODAY, THE LOWEST PRICE AT WHICH AN IPHONE IS

7        AVAILABLE TO A CONSUMER WHO WANTS TO GET ONE?

8        A.   FOR FREE.

9        Q.   HOW CAN THAT BE?

10       A.   AGAIN, WHAT HAPPENS IS THAT OUR IPHONES ARE OFFERED BY

11       CARRIERS IN THE UNITED STATES, YOU KNOW, CARRIERS LIKE AT&T AND

12       VERIZON AND SPRINT, AND THEY OFFER THEM AND IF YOU PURCHASE IT

13       WITH A CONTRACT TO STAY WITH THAT CARRIER, THAT THERE ARE

14       MODELS OF IPHONE THAT WILL START FOR ZERO DOLLARS DOWN.  YOU

15       JUST GET THE IPHONE.

16       Q.   DO APPLE AND SAMSUNG COMPETE HEAD-TO-HEAD IN PARTICULAR

17       RETAIL CHANNELS?

18       A.   YES, WE DO.

19       Q.   AND CAN YOU GIVE US SOME EXAMPLES OF WHERE YOU COMPETE

20       HEAD-TO-HEAD WITH SAMSUNG?

21       A.   WE BOTH OFFER PRODUCTS FOR SALE IN A WIDE VARIETY OF

22       CHANNELS.  FOR EXAMPLE, CARRIER STORES, AGAIN, LIKE AT&T AND

23       OTHERS, OR IN LARGE RESELLERS, LIKE BEST BUY WOULD BE AN

24       EXAMPLE OF THOSE AND THROUGH ONLINE CHANNELS AND ON AND ON.

25       Q.   SIR, CAN YOU TELL ME WHAT YOUR PERSONAL REACTION WAS WHEN

```
1      SAMSUNG'S GALAXY PHONES FIRST CAME ON TO THE MARKETPLACE?

2              MR. PRICE:  OBJECTION.  I'M GOING TO OBJECT.  IT'S

3      NOT RELEVANT WITH RESPECT TO THESE PATENTS IN THIS CASE.

4              MR. MCELHINNY:  THIS IS FOUNDATIONAL TO THE EFFECTS

5      OF COMPETITION, YOUR HONOR.

6              THE COURT:  OVERRULED.

7          GO AHEAD, PLEASE.

8              THE WITNESS:  I DO REMEMBER WHEN I FIRST SAW A

9      SAMSUNG GALAXY PHONE BEING LAUNCHED.  I READ ABOUT IT IN AN

10     ONLINE NEWS STORY AND THE FIRST REACTION WAS SHOCK THAT IT

11     APPEARED THAT THEY, THAT SAMSUNG, WAS GOING TO BE DOING A LOT

12     OF COPYING OF OUR PRODUCT.  IT LOOKED SO MUCH LIKE AN ATTEMPT

13     TO COPY THE IPHONE.

14     BY MR. MCELHINNY:

15     Q.   SIR, DOES COPYING, AS SUCH, CAUSE APPLE PRODUCTS PROBLEMS

16     IN MARKETING?

17     A.   IT CAUSES A LOT OF PROBLEMS, MUCH.

18             MR. PRICE:  I OBJECT UNLESS IT'S COMING TO DAMAGES,

19     INFLUENCE FROM THESE PATENTS, CLAIMS IN THIS CASE.

20             MR. MCELHINNY:  THE DAMAGE CAUSED BY COPYING IS

21     GENERIC, YOUR HONOR.

22             THE COURT:  OVERRULED.  GO AHEAD.  YOU MAY ANSWER.

23             THE WITNESS:  WELL, WE SPOKE EARLIER ABOUT HOW IN OUR

24     MARKETING IT'S DOMINATED BY THE PRODUCT AS THE HERO.  WE'RE

25     TRYING TO SHOWCASE WHAT OUR PRODUCT IS, WHAT IT DOES, WHY IT'S
```

1       SO SPECIAL, WHY IT'S INNOVATIVE.

2            AND WHEN SOMEONE ELSE COPIES THINGS ABOUT THAT PRODUCT,

3       INNOVATIONS WE'VE CREATED, IT DIMINISHES THE VALUE THAT WE'RE

4       BRINGING TO CUSTOMERS.  IT, FIRST OF ALL, TAKES AWAY

5       CAPABILITIES THAT WERE UNIQUE TO US.  SO THAT UNIQUENESS ISN'T

6       AS EASY TO MARKET.

7            SECONDLY, IT CONFUSES CUSTOMERS ABOUT THE SOURCE OF THOSE

8       THINGS, WHETHER APPLE IS BEING INNOVATOR AND DOING THESE THINGS

9       OR WHETHER SAMSUNG OR SOMEONE ELSE IS INNOVATING, AND THAT

10      CONFUSES CUSTOMERS AND TO THE EXTENT THAT THIS HAPPENS A LOT

11      AND IT'S HAPPENING ON A VERY LARGE SCALE, MORE AND MORE IT

12      DIMINISHES WHETHER PEOPLE EVEN SEE APPLE AS THE INNOVATOR WE

13      ARE IN THE THINGS WE'RE CREATING.

14           AND AS THE MARKETER WHO HAS TO HELP CUSTOMERS UNDERSTAND

15      THE INNOVATIONS AND THE EASE OF USE AND THE GREAT EXPERIENCE OF

16      THE PHONE THAT WE CREATE, IT GETS HARDER AND MORE CHALLENGING

17      IF OTHERS ARE COPYING THOSE THINGS AND YOU CAN'T STAND ON THEM

18      AS YOUR OWN INNOVATIONS.

19      Q.   SIR, ARE YOU GENERALLY FAMILIAR WITH THE FIVE PATENTS THAT

20      ARE BEING SPECIFICALLY ASSERTED IN THIS CASE?

21      A.   GENERALLY I AM, YES.

22      Q.   JUST SO WE UNDERSTAND, AT WHAT LEVEL DO YOU UNDERSTAND

23      THEM?

24      A.   I KNOW THAT THERE ARE FIVE.  I KNOW ROUGHLY WHAT THEY ARE

25      AND CERTAINLY I'M AWARE OF THEM.  AND NOT TO PROGRAMMING LEVEL

1    DETAIL, I'M NOT A PROGRAMMER, BUT I DO KNOW ABOUT THEM.

2    Q.   OKAY.  ARE YOU, AS A MEMBER OF THE EXECUTIVE TEAM, ARE YOU

3    GENERALLY FAMILIAR WITH APPLE'S WILLINGNESS TO LICENSE ITS

4    INTELLECTUAL PROPERTY TO OTHER COMPANIES?  JUST A YES OR NO TO

5    THAT ONE.

6    A.   YES.

7    Q.   OKAY.  I WOULD LIKE YOU TO TAKE YOURSELF BACK, IF YOU CAN,

8    TO AUGUST 2011.  CAN YOU DO THAT FOR ME?

9    A.   I WILL TRY.

10   Q.   CAN YOU HELP ME OUT?  SO THAT WE UNDERSTAND HOW YOU'RE

11   GETTING THERE, ARE SOME GUIDEPOSTS OF EVENTS THAT HAPPENED AT

12   APPLE DURING THAT PERIOD THAT YOU WOULD BE FAMILIAR WITH?

13   A.   WELL, AS I THINK OF THE SUMMER OF 2011, THE FIRST THING I

14   THINK ABOUT WAS WHAT WE WERE WORKING ON AND DOING.  SO IN THAT

15   SUMMER WE HAD INTRODUCED, NOT YET SHIPPED, THE LATEST VERSION

16   OF OUR OPERATING SYSTEM, IOS 5 AT THAT TIME, SOFTWARE THAT

17   WOULD RUN ON IPHONES AND IPADS.

18       SO WE HAD LAUNCHED IOS 5 AND HAD A NUMBER OF NEW

19   CAPABILITIES.  WE INTRODUCED ICLOUD WITH THAT, ONE OF OUR

20   INTERNET SERVICES BUILT INTO THE OPERATING SYSTEM.

21       WE INTRODUCED IMESSAGE, COMMUNICATIONS IN IOS, AND

22   WIRELESS SYNCING WAS ONE OF THE BIG FEATURES THAT WAS PART OF

23   THAT.

24       WE WERE ALSO AT THAT TIME WORKING ON THE NEXT IPHONE THAT

25   WOULD COME OUT JUST SHORTLY AFTER, IN SEPTEMBER.  SO WE WERE

1    DEEPLY INVOLVED IN THAT, AND THAT WOULD BE THE IPHONE 4S,

2    WHICH, AMONG OTHER CAPABILITIES, BROUGHT TO MARKET SIRI AS PART

3    OF THAT, THAT'S OUR INTELLIGENT DIGITAL ASSISTANT.

4         AND CERTAINLY I THINK WHAT'S RELEVANT TO THIS DISCUSSION,

5    WE WERE CLEARLY IN AN EXTREMELY COMPETITIVE ENVIRONMENT WITH

6    SAMSUNG AT THE TIME AND THERE WAS A LOT GOING ON RELATIVE TO

7    THAT.

8    Q.   ACTUALLY, THAT'S WHAT I NOW WANT YOU TO FOCUS ON.

9         CAN YOU DESCRIBE FOR US IN SOME DETAIL WHAT APPLE'S

10   COMPETITIVE VIEW OF SAMSUNG WAS IN AND AROUND AUGUST OF 2011?

11   A.   WELL, AS I HAD STATED EARLIER, I ALREADY HAD EXPERIENCED

12   THE SHOCK OF SEEING SAMSUNG START TO COPY SOME OF OUR PRODUCTS

13   AND WAS WELL AWARE THAT THEY HAD A STRATEGY TO COME AFTER

14   APPLE, BOTH NOT ONLY IN PRODUCTS, BUT IN THEIR MARKETING.

15        AND IT'S CERTAINLY NOT A COMPANY THAT I WOULD SAY WE HAD,

16   AT LEAST I WAS AWARE OF A FRIENDLY RELATIONSHIP WITH, THIS

17   COMPANY THAT WAS COMING AFTER YOUR PRODUCTS AND YOUR CUSTOMERS

18   AND STATED SO MUCH AS THAT.

19        IT WASN'T A GOOD RELATIONSHIP, AND WE SAW IT GROWING AS A

20   VERY COMPETITIVE ENVIRONMENT BETWEEN THE TWO COMPANIES.

21   Q.   HAD THERE BEEN DISCUSSIONS ABOUT LICENSING THE FIVE

22   PATENTS AT ISSUE IN THIS CASE IN AUGUST OF 2011, WOULD THOSE

23   FACTORS HAVE PLAYED A ROLE IN APPLE'S DECISION MAKING?

24   A.   I --

25             MR. PRICE:  YOUR HONOR, I'M GOING TO OBJECT.  LACK OF

1      FOUNDATION.  THIS IS EXPERT TESTIMONY, AND IT'S BEEN

2      UNDISCLOSED.

3             MR. MCELHINNY:  THIS WAS WHAT WAS GOING ON IN APPLE'S

4      EXECUTIVES HEADS, YOUR HONOR.  THEY HAD A MARKETING.

5             MR. PRICE:  ON A HYPOTHETICAL?

6             THE COURT:  I'LL ALLOW ONE LIMITED QUESTION AND THEN

7      YOU NEED TO MOVE ON.

8             MR. MCELHINNY:  I WILL, YOUR HONOR.

9        CAN I ASK YOU TO REPEAT THE QUESTION, PLEASE, SO THAT I'VE

10     GOT IT?

11        (RECORD READ.)

12            THE WITNESS:  YES, THEY WOULD, VERY MUCH SO.

13     BY MR. MCELHINNY:

14     Q.   SIR, HAS SAMSUNG'S INFRINGEMENT OF APPLE'S PATENTS HARMED

15     APPLE IN THE MARKETPLACE?

16     A.   I BELIEVE SO.

17     Q.   AND IN WHAT WAYS?

18            MR. PRICE:  OBJECTION, YOUR HONOR.  CALLS FOR EXPERT

19     OPINION, UNDISCLOSED.

20            MR. MCELHINNY:  THIS IS THE NATURE -- THIS IS THE

21     FACT OF INJURY.  THIS IS BASIC PERCIPIENT WITNESS TESTIMONY.

22            THE COURT:  OVERRULED.

23        GO AHEAD, PLEASE.

24     BY MR. MCELHINNY:

25     Q.   LET ME ASK YOU THE QUESTION AGAIN.  HAS SAMSUNG'S

```
 1        INFRINGEMENT HARMED APPLE IN THE MARKETPLACE?

 2        A.   YES, I BELIEVE SO.

 3              MR. PRICE:  YOUR HONOR, I'M GOING TO ALSO OBJECT IT

 4        ASSUMES FACTS NOT IN EVIDENCE AT THIS POINT.  THERE'S BEEN NO

 5        TESTIMONY COMPARING THESE PATENTS TO WHAT'S IN THESE PRODUCTS

 6        EXCEPT FOR YOUR ONE RULING.

 7              THE COURT:  OVERRULED.

 8          GO AHEAD, PLEASE.

 9        BY MR. MCELHINNY:

10        Q.   DO YOU HAVE THE QUESTION IN MIND?

11        A.   YES.

12        Q.   OKAY.  COULD YOU ANSWER IT?  I THINK YOU CAN ANSWER IT

13        THIS TIME.  GO AHEAD.

14        A.   I BELIEVE IT HAS CAUSED DAMAGE FOR APPLE IN THE

15        MARKETPLACE.  IT HAS CAUSED PEOPLE TO QUESTION SOME OF THE

16        INNOVATIONS THAT WE'VE CREATED AND APPLE'S ROLE AS THE

17        INNOVATOR.

18          I THINK IT HAS CONFUSED PEOPLE AS TO WHICH PRODUCTS ARE,

19        ARE CREATING THIS EXPERIENCE AS THE MOST EASY TO USE AND WILL

20        BEST SERVE CUSTOMER'S NEEDS, AND I THINK THAT CHALLENGE IS MADE

21        HARDER BY THE COPYING AND THAT HURTS APPLE IN THOSE EFFORTS.

22        Q.   THERE WAS A SUGGESTION IN ONE OF THE OPENING ARGUMENTS

23        TODAY THAT APPLE WAS OPPOSED TO FAIR COMPETITION IN THE

24        MARKETPLACE.

25          IS THAT TRUE?
```

1    A.    NOT AT ALL.

2    Q.    WHAT IS APPLE'S VIEW ABOUT FAIR COMPETITION IN THE

3    MARKETPLACE?

4    A.    WELL, COMPETITION IS GREAT.  COMPETITION PUSHES US ALL TO

5    MAKE BETTER PRODUCTS.  IT HELPS THE CUSTOMER.  THEY BENEFIT BY

6    COMPANIES COMPETING WITH EACH OTHER TO MAKE BETTER PRODUCTS AND

7    OFFER, OFFER THINGS TO THEM.

8         BUT THE WAY IN WHICH THAT COMPETITION HAPPENS MATTERS.

9    COMPANIES NEED TO CREATE NEW PRODUCTS, THINK OF NEW IDEAS,

10   SOLVE PROBLEMS IN NEW WAYS.  THAT IS HOW THE CUSTOMER BENEFITS.

11        AND THAT'S HOW WE ALL COMPETE WITH EACH OTHER.  I THINK

12   COMPETITION IS A GREAT THING WHEN DONE WELL AND DONE TO THE

13   BENEFIT OF THE CUSTOMER.

14             MR. MCELHINNY:  I HAVE NOTHING FURTHER, YOUR HONOR.

15             THE COURT:  ALL RIGHT.  THE TIME IS NOW 4:03.

16             MR. PRICE:  MAY WE HAVE A MINUTE TO SET UP?

17             THE COURT:  SURE, I'LL GIVE YOU TIME TO SET UP.

18        (PAUSE IN PROCEEDINGS.)

19             MR. PRICE:  YOUR HONOR?

20             THE COURT:  ALL RIGHT.  ARE YOU READY.  TIME IS NOW

21   4:04.  GO AHEAD, PLEASE.

22             MR. PRICE:  THANK YOU, YOUR HONOR.

23                         **CROSS-EXAMINATION**

24   BY MR. PRICE:

25   Q.    MR. SCHILLER, WE WERE JUST TALKING ABOUT COMPETITION, AND

CROSS SCHILLER

```
 1        I BELIEVE THAT IT HAS BEEN YOUR TESTIMONY THAT WHEN YOU WERE AT

 2     APPLE AND APPLE CAME OUT IN 2007 WITH THAT IPHONE, YOU EXPECTED

 3     THAT IN THE FUTURE, THERE WOULD BE OTHER SMARTPHONE COMPANIES.

 4     CORRECT?

 5     A.   YES.

 6     Q.   AND IT WAS YOUR OBSERVATION THAT, YOU KNOW, THAT COMPANIES

 7     TENDED TO FOLLOW TRENDS WITHIN THE SMARTPHONE INDUSTRY.  YOU

 8     HAD OBSERVED THAT?

 9     A.   I'M NOT SURE WHAT YOU MEAN BY "TRENDS."

10     Q.   LIKE FOR A WHILE THERE WERE THESE FLIP PHONES, YOU KNOW.

11     THERE WERE, YEAR TO YEAR, THINGS IN THE MARKET THAT, THAT

12     MANUFACTURERS OFFERED THAT MIGHT BE SIMILAR.

13     A.   YES, THAT DID HAPPEN WITH THE FLIP PHONES.

14        I'M NOT SURE ABOUT THE QUESTION WITH SMARTPHONES WHAT YOU

15     MEAN.

16     Q.   WELL, YOU CERTAINLY EXPECTED COMPETITION IN THE SMARTPHONE

17     MARKET; CORRECT?

18     A.   YES.

19     Q.   AND YOU KNEW THAT OTHER COMPANIES WERE ALLOWED TO COMPETE

20     WITH APPLE IN THE SMARTPHONE MARKET AS LONG AS THOSE COMPANIES

21     DIDN'T DO THINGS THAT APPLE ITSELF HAD THE SOLE RIGHT TO DO;

22     CORRECT?

23     A.   I'M NOT SURE IF YOU'RE ASKING A LEGAL QUESTION ABOUT WHAT

24     PEOPLE HAVE, COMPANIES HAVE THE RIGHTS TO DO AND NOT DO.  I

25     PREFER NOT TO RESPOND AS A LAWYER.
```

```
 1              I JUST KNOW GENERALLY AS A MARKETER WHAT, WHAT IS GOOD

 2       COMPETITION AND -- BUT I SHOULDN'T SPEAK ON A LEGAL BASIS.

 3       Q.   WELL, I DON'T WANT YOU TO SPEAK ON A LEGAL BASIS, BUT I

 4       THINK YOUR ATTORNEY ASKED YOU SOME QUESTIONS ABOUT WHETHER YOU

 5       WERE FAMILIAR WITH THE PATENTS IN THIS CASE.

 6              DO YOU RECALL THAT?

 7       A.   YES, AND I AM GENERALLY FAMILIAR WITH THE FIVE PATENTS.

 8       Q.   AND WHAT PATENTS DO IS THEY GIVE A COMPANY THE SOLE RIGHT

 9       TO DO A PARTICULAR THING; CORRECT?

10       A.   I BELIEVE SO.

11       Q.   AND SO TO FIND OUT WHETHER OR NOT SOMEONE IS DOING

12       SOMETHING YOU HAVE THE SOLE RIGHT TO DO, YOU REALLY HAVE TO

13       LOOK AT THE LANGUAGE OF THE PARTICULAR PATENT CLAIM; CORRECT?

14       A.   I -- AGAIN, I'M NOT AN EXPERT ON THE DIFFERENCE BETWEEN

15       CLAIMS IN A PATENT.  I THINK THAT'S A LEVEL OF DETAIL THAT'S

16       BETTER ANSWERED BY A LAWYER IF WE'RE GOING TO GET INTO WHAT

17       CLAIMS MEAN.

18       Q.   OKAY.  WELL, SO I GUESS WHAT YOU'RE TELLING ME IS THAT, IS

19       THAT YOU'RE NOT REALLY IN A POSITION TO SAY, YOU KNOW, WHETHER

20       OR NOT SAMSUNG CAN USE A PARTICULAR METHOD, FOR EXAMPLE, FOR

21       WORD SUGGESTION OR A PARTICULAR METHOD FOR SLIDE TO UNLOCK

22       BECAUSE YOU'RE NOT A LAWYER AND HAVEN'T REALLY COME TO TERMS

23       WITH THOSE CLAIMS IN THAT DETAIL; CORRECT?

24       A.   YES, I'M NOT A LAWYER AND I SHOULDN'T SAY WHETHER SPECIFIC

25       IMPLEMENTATION OF A PATENT IS LEGAL OR NOT.  THAT'S FOR OTHERS
```

1    TO SAY.

2    Q.   AND SO YOU MENTIONED, FOR EXAMPLE, THAT APPLE CAME OUT --

3    THAT PHONE IN 2007, WHICH WE HEARD ALL THE APPLAUSE FOR ON THE

4    VIDEO EARLIER, THAT APPLE MADE AN EASY TO USE SMARTPHONE;

5    CORRECT?

6    A.   YES, WE SURE DID.

7    Q.   AND YOU UNDERSTAND THAT OTHER COMPANIES WERE ALLOWED TO

8    COMPETE WITH APPLE TO MAKE SMARTPHONES THAT WERE EASY TO USE AS

9    LONG AS -- AS LONG AS THEY WEREN'T USING APPLE'S PATENTED WAY

10   OF DOING IT; THAT IS, USING WAYS THAT ONLY APPLE HAD THE RIGHT

11   TO DO; CORRECT?

12   A.   I BELIEVE SO.

13   Q.   OKAY.  AND SO IF YOU'RE LOOKING AT WHETHER OR NOT -- LET

14   ME STEP BACK AGAIN.

15        SO IT WASN'T YOUR VIEW THAT, THAT, FOR EXAMPLE, ANDROID,

16   WHICH YOU UNDERSTAND WAS CREATED BY GOOGLE; CORRECT?

17   A.   YES.

18   Q.   SO IT WASN'T YOUR UNDERSTANDING THAT GOOGLE, IN CREATING

19   AN ANDROID OPERATING SYSTEM, HAD TO COME UP WITH SOMETHING HARD

20   TO USE.

21        MR. MCELHINNY:  BEYOND THE SCOPE, YOUR HONOR.  I

22   DIDN'T MENTION THE WORD "GOOGLE" ONCE IN MY EXAMINATION.

23        MR. PRICE:  HE SAID --

24        THE COURT:  OVERRULED.

25        GO AHEAD.  YOU MAY ANSWER.

```
 1              THE WITNESS:  I'M SORRY.  COULD I HAVE THE QUESTION

 2      AGAIN.

 3              MR. PRICE:  SURE.

 4      Q.   LET ME JUST CHECK SOMETHING.  DIDN'T YOU TALK ABOUT EASE

 5      OF USE FOR ANDROID.  DIDN'T YOU COMMENT ABOUT EASE OF USE FOR

 6      ANDROID?

 7      A.   IN THE CHART, YES.

 8      Q.   AND YOU LOOKED AT SURVEYS CONCERNING THE USE OF USE FOR

 9      ANDROID; RIGHT?

10      A.   YES.

11      Q.   AND YOUR UNDERSTANDING IS THAT ANDROID IS CREATED BY

12      GOOGLE; CORRECT?

13      A.   YES.

14      Q.   SO I JUST WANT TO MAKE SURE, IT'S NOT YOUR TESTIMONY THAT

15      JUST BECAUSE APPLE CAME OUT WITH THIS REMARKABLE PHONE IN 2007,

16      THAT GOOGLE, IN COMPETING, HAD TO COME OUT WITH SOMETHING HARD

17      TO USE.

18      A.   NO.

19      Q.   I MEAN, GOOGLE WAS ALLOWED TO DEVELOP SOFTWARE THAT WAS

20      EASY TO USE SO LONG AS IT DID NOT VIOLATE APPLE'S RIGHTS;

21      CORRECT?

22              MR. MCELHINNY:  OBJECTION.  RELEVANCE, YOUR HONOR.

23      GOOGLE IS NOT A PLAYER IN THIS CASE.  THEY'RE NOT A DEFENDANT.

24      THE QUESTION HAS BEEN ABOUT SAMSUNG.

25              THE COURT:  OVERRULED.
```

```
 1          GO AHEAD, PLEASE.

 2              THE WITNESS:  I'M SORRY.  COULD I HAVE THE QUESTION

 3      AGAIN, PLEASE.

 4      BY MR. PRICE:

 5      Q.   SURE.  GOOGLE COULD DEVELOP ANDROID SOFTWARE THAT WAS EASY

 6      TO USE THAT COMPETED WITH APPLE SO LONG AS IT DIDN'T DO IT IN A

 7      WAY THAT VIOLATED APPLE'S RIGHTS; CORRECT?

 8      A.   I BELIEVE SO.

 9      Q.   OKAY.  SO LET'S GO BACK THEN TO, TO, IF I CAN, TO THAT

10      2007 TIMEFRAME WHEN WE WERE LOOKING -- WE SAW ALL THOSE REVIEWS

11      OF THE IPHONE -- THAT FIRST IPHONE.

12          AND THERE WAS A LOT OF DEMAND FOR THAT IPHONE; CORRECT?

13      A.   YES, THERE WAS.

14      Q.   OKAY.  NOW, WE KNOW, HOWEVER, THAT THE PATENTS THAT ARE

15      ACCUSED -- THAT ARE BEING ASSERTED IN THIS CASE, THE PATENT

16      CLAIMS, AT LEAST FOUR OF FIVE OF THEM HAD NOTHING TO DO WITH

17      THE DEMAND FOR THAT FIRST IPHONE; CORRECT?

18              MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.  MAY WE

19      APPROACH?  THERE IS A LIMITATION ON WHAT WE'RE ALLOWED TO

20      ASSERT IN THIS CASE, BUT THE WITNESS HAS TO ANSWER QUESTIONS

21      HONESTLY IF THEY'RE ASKED IN THAT FORM.

22              THE COURT:  GIVE ME ONE MINUTE, PLEASE.

23              MR. MCELHINNY:  THANK YOU, YOUR HONOR.

24          (PAUSE IN PROCEEDINGS.)

25              THE COURT:  YOU MAY ANSWER.
```

1    BY MR. QUINN:

2    Q.   DO YOU REMEMBER THE QUESTION?

3    A.   YES.   YOU ASKED ABOUT WHETHER PATENTS IN THE IPHONE WERE A

4    PART OF WHAT CREATED DEMAND IN THE BEGINNING.   IS THAT CORRECT?

5    Q.   NO, THAT'S NOT MY QUESTION.

6         MY QUESTION WAS THAT THE PATENT CLAIMS THAT YOU ARE

7    ASSERTING, THAT APPLE IS ASSERTING IN THIS CASE, THAT THOSE

8    CLAIMS HAD NOTHING TO DO WITH THE DEMAND FOR THAT IPHONE IN

9    2007 BECAUSE THAT IPHONE DID NOT PRACTICE FOUR OF THOSE FIVE

10   CLAIMS?

11   A.   I'M -- I'M FAMILIAR WITH THE PATENTS, NOT THE INDIVIDUAL

12   CLAIMS ON THE PATENTS THAT YOU'RE DISCUSSING HERE THAT ARE

13   ASSERTED.

14        SO IF YOU WANT TO TALK MORE BROADLY ABOUT THE PATENTS,

15   WHICH I'M NOT SUGGESTING, THAT'S THE AREA I KNOW.

16        INDIVIDUAL ASSERTIONS OF CLAIMS I THINK IS FOR OTHERS TO

17   SPEAK TO.

18   Q.   OKAY.   SO WHAT YOU'RE TELLING US IS THAT YOU PERSONALLY

19   AREN'T FAMILIAR WITH THE ACTUAL PATENT CLAIMS THAT APPLE IS

20   ASSERTING IN THIS CASE THAT SAMSUNG HAS INFRINGED IN ITS

21   PHONES?   IS THAT WHAT YOU'RE SAYING?

22   A.   THE ASSERTION OF THE PATENT CLAIMS ARE NOT MY AREA OF

23   EXPERTISE, NO.

24   Q.   AND SO WHEN YOU WERE SAYING, TALKING ABOUT THE EFFECT

25   OF -- I'M GOING TO TRY TO GET THE WORDS -- YOU WERE TALKING

1    ABOUT THE EFFECT OF COPYING OF THE IPHONE -- DO YOU RECALL THAT

2    IN THE LAST PART OF YOUR TESTIMONY?  CORRECT?

3    A.   YES.

4    Q.   OKAY.  SO WHEN YOU WERE TALKING ABOUT THAT EFFECT, YOU

5    WEREN'T TALKING ABOUT THE EFFECT OF ANYONE USING THE PARTICULAR

6    CLAIMS THAT ARE ASSERTED IN THIS CASE BECAUSE YOU DON'T EVEN

7    KNOW WHAT THOSE CLAIMS ARE?

8    A.   I WAS TALKING ABOUT THE TOTALITY OF ALL OF THE COPYING,

9    WHICH INCLUDE MANY THINGS, AND NOT ABOUT ANY SPECIFIC CLAIM

10   ASSERTION.

11   Q.   AND YOU UNDERSTAND THAT THIS CASE THAT THE JURY IS TO

12   DECIDE IS ABOUT A SPECIFIC NUMBER OF PRODUCTS AND SPECIFIC -- I

13   THINK FIVE SPECIFIC CLAIMS?  DO YOU UNDERSTAND THAT MUCH?

14   A.   YES.

15   Q.   OKAY.  AND SO LET'S TALK ABOUT THAT 2007 IPHONE WHICH

16   THERE WAS ALL THIS EXCITEMENT ABOUT.

17        NOW, IT -- I GUESS IT DOESN'T HAVE A -- IT DOESN'T HAVE A

18   FORWARD FACING CAMERA SO YOU COULDN'T DO A SELFIE LIKE

19   ELLEN DEGENERES DID IN THE OSCARS; RIGHT?

20   A.   I'M SORRY.  WOULD ELLEN DEGENERES USE -- AGAIN, I WASN'T

21   INVOLVED IN THAT, SO I'M NOT SURE WHAT EXACTLY SHE USED.  SO

22   MAYBE YOU CAN TELL ME.

23   Q.   YOU DIDN'T WATCH THE OSCARS?

24   A.   NO, I DIDN'T.  I WAS TRAVELLING THAT NIGHT UNFORTUNATELY.

25   Q.   AH.  WELL, IN ANY EVENT, THAT FIRST IPHONE THAT WE WERE

```
 1     TALKING ABOUT CAME OUT IN 2007.  THERE WAS NO APP STORE AT THAT

 2     TIME; CORRECT?

 3     A.   NO.  THE APP STORE CAME A YEAR LATER.

 4     Q.   AND THERE WAS NO VIDEO; CORRECT?

 5     A.   WELL, IT PLAYED VIDEOS, YES.

 6     Q.   COULD IT TAKE VIDEOS?

 7     A.   IT DID NOT HAVE A VIDEO CAMERA, NO.

 8     Q.   I APOLOGIZE FOR BEING A LITTLE BIT UNCLEAR THERE.

 9          IT DIDN'T HAVE 3G; CORRECT?

10     A.   CORRECT.  IT WAS AT&T EDGE NETWORKING WAS THE NETWORK THAT

11     WAS USED.

12     Q.   AND THAT'S -- IS THAT SLOWER THAN 3G GENERALLY?

13     A.   DEPENDS.  IT'S VERY COMPLICATED.  IT CAN BE.  IT DOESN'T

14     HAVE TO BE AT THE TIME.

15     Q.   SO STILL PRETTY REMARKABLE PRODUCT, ELECTRIFYING?  YOU

16     AGREE?

17     A.   I THINK SO, THANKS.  YES.

18     Q.   SO IF WE LOOK AT THAT PRODUCT -- I WANT TO LOOK, IF WE

19     COULD, AT A SERIES OF PRODUCTS.  I WANT TO LOOK AT THE BINDER

20     IN FRONT OF YOU -- NOT THE GREEN ONE.  THE GREEN ONE IS YOUR

21     DEPOSITION TESTIMONY.

22          I WANT TO LOOK AT THE OTHER ONE, AND TOWARD THE END THERE

23     ARE SOME DEMONSTRATIVES, COLORED PICTURES OF PHONES.  IT'S SDX

24     2312.

25          AND MAYBE YOU CAN TELL ME -- HAVE YOU FOUND IT?  I'VE GOT
```

```
 1       IT UP HERE ON THE SCREEN.

 2       A.   NO.  I'VE GOT 2310.  THEY DON'T --

 3       Q.   THEY KEEP GOING RIGHT AFTER THAT.

 4       A.   I DON'T HAVE ANOTHER TAB AFTER THAT.

 5       Q.   THEY'RE ALL BEHIND THAT TAB.

 6       A.   THERE IS NO TAB 2312.

 7       Q.   I MEAN THERE ARE THREE PAGES AFTER THAT.

 8            AND IF IT'S EASIER, I THINK IT MIGHT BE ON YOUR MONITOR.

 9       A.   I SEE THIS, YES.

10       Q.   AND THIS IS A DEMONSTRATIVE SO I JUST WANT TO GO THROUGH.

11            SO IN JUNE 2007 WHEN YOU CAME OUT WITH THE ORIGINAL

12       IPHONE, ISN'T IT TRUE THAT THAT IPHONE DID NOT USE THE WORD

13       RECOMMENDATION METHODOLOGY THAT'S SET FORTH IN APPLE'S PATENT

14       172, CLAIM 18, THAT APPLE IS SUING ON TODAY?

15            MR. MCELHINNY:  LACKS FOUNDATION.  IT'S BEYOND THE

16       SCOPE.  IT'S ASKED AND ANSWERED.

17            THE COURT:  THAT'S SUSTAINED.

18       BY MR. PRICE:

19       Q.   WELL, LET ME ASK YOU IF YOU KNOW, OKAY?  DO YOU KNOW

20       WHETHER OR NOT THAT FIRST IPHONE PRACTICED THE APPLE PATENT

21       '172, CLAIM 18 THAT'S BEING FILED IN THIS CASE?

22            MR. MCELHINNY:  SAME OBJECTION, YOUR HONOR.

23            MR. PRICE:  I ASKED HIM IF HE KNOWS.

24            THE COURT:  IT HAS BEEN ASKED AND ANSWERED, BUT I'LL

25       ALLOW HIM TO GO AHEAD.
```

```
 1            THE WITNESS:  NO, I'M NOT AN EXPERT ON THE

 2   PROGRAMMING OF THE INDIVIDUAL CLAIMS AND THE ASSERTIONS.  SO I

 3   WOULDN'T KNOW.

 4   BY MR. PRICE:

 5   Q.   OKAY.  SO I'M GOING TO TRY TO SHORTEN THIS THEN.  SO IF I

 6   WENT THROUGH EVERY ONE OF THESE APPLE PHONES FROM THE ORIGINAL

 7   IPHONE UP TO THE 5, IF I WENT THROUGH THOSE AND ASKED YOU

 8   WHETHER OR NOT ANY OF THOSE PHONES PRACTICED ANY OF THE

 9   SPECIFIC CLAIMS IN THIS CASE, WOULD YOU KNOW THE ANSWER TO

10   THAT?

11   A.   NO.  I'M NOT THE ONE TO ASK ABOUT ASSERTED CLAIMS WITHIN

12   THE PATENTS.  THAT'S NOT MY AREA OF EXPERTISE.

13   Q.   OKAY.  SO IN ALL THOSE REVIEWS THAT THE JURY SAW ABOUT

14   THIS WONDERFUL, INNOVATIVE DEVICE, THE INVENTION OF THE YEAR,

15   YOU KNOW, YOU CAN'T TELL US WHETHER OR NOT THOSE REVIEWERS

16   ACTUALLY OBSERVED, YOU KNOW, OR SAW, YOU KNOW, ANY

17   IMPLEMENTATION OF THE SPECIFIC PATENT CLAIMS THAT ARE ASSERTED

18   IN THIS CASE?

19            MR. MCELHINNY:  OBJECTION, YOUR HONOR.

20            THE COURT:  I DIDN'T HEAR THE OBJECTION.  WHAT IS IT?

21            MR. MCELHINNY:  WE'RE STILL TALKING ABOUT SPECIFIC

22   CLAIMS.  HE'S SAID NOW 18 TIMES.

23            THE COURT:  ALL RIGHT.  OVERRULED.

24        GO AHEAD.  YOU MAY ANSWER.

25            THE WITNESS:  I CAN'T SAY EITHER WAY.  THEY MAY HAVE.
```

1     THEY MAY NOT HAVE SINCE I DON'T HAVE DEEP KNOWLEDGE OF ASSERTED

2     CLAIMS.

3     BY MR. PRICE:

4     Q.   OKAY.  NOW, YOU HAD TALKED A LITTLE BIT ABOUT -- LET ME

5     ASK YOU THIS:  WITH RESPECT TO THE TYPES OF FEATURES THAT

6     YOU'RE SO PROUD OF THAT APPLE HAS, IF YOU TOOK AWAY A SPECIFIC

7     EASE OF USE FEATURE, WOULD THAT AFFECT, DO YOU BELIEVE, THE

8     SALES OF AN APPLE IPHONE?

9     A.   HYPOTHETICALLY, YES.  I THINK EASE OF USE IS IMPORTANT AND

10    WE HAVE A LOT OF THINGS THAT ADD UP TO EASE OF USE.

11         BUT DEPENDING ON WHAT THEY ARE AND WHAT THE USER'S

12    EXPERIENCE IS, IT COULD IMPACT SALES.

13    Q.   WELL, I'M ASKING YOU, DO YOU GENERALLY THINK -- IN FACT,

14    LET ME STEP BACK A BIT FURTHER FROM THAT.

15         WITH RESPECT TO EASE OF USE, YOU HAVE ASKED YOUR CUSTOMERS

16    TO CHECK WHETHER OR NOT EASE OF USE IS IMPORTANT; CORRECT?

17    A.   YES, WE ASKED QUESTIONS ABOUT THAT.

18    Q.   AND IN THOSE SURVEYS, YOU DON'T DEFINE EASE OF USE ANY

19    FURTHER THAN EASE OF USE; CORRECT?

20    A.   CORRECT.

21    Q.   AND YOU -- IN YOUR SURVEYS, DO YOU ASK CUSTOMERS TO

22    COMPARE WHETHER ONE WAY OF DOING, SAY, A WORD RECOMMENDATION AS

23    YOU'RE TYPING IS EASIER TO USE THAN ANOTHER WAY OF DOING A WORD

24    CORRECTION?

25    A.   NO, I DON'T RECALL ASKING THAT QUESTION EVER.

1    Q.   OKAY.  HOW ABOUT SYNCING?  WE'VE HEARD THAT WORD SYNCING

2    USED BEFORE, AND I THINK YOU SAID ACTUALLY THAT IT WAS IN 2011

3    WHEN -- AUGUST OF 2011 THAT APPLE WAS FIRST COMING OUT WITH

4    INTRODUCING WIRELESS SYNCING THROUGH THE CLOUD.

5    A.   NOT THROUGH THE CLOUD, BUT WIRELESS SYNCING, YES, IN IOS

6    5.

7    Q.   OKAY.  SO IF WE CAN -- KEN, IF WE CAN PUT THAT BACK UP,

8    SLIDE 2312 -- AND SO SOMEWHERE AROUND BETWEEN THE 4 AND 4S THAT

9    APPLE, FOR THE FIRST TIME, CAME OUT WITH THIS WIRELESS SYNCING?

10   A.   YES.  WE HAD WIRED SYNCING BEFORE YOU COULD DO OVER A

11   CABLE, AND NOW YOU COULD DO IT WIRELESSLY.

12        AND IT'S NOT LIMITED BY MODEL.  YOU COULD DO THAT -- YOU

13   COULD OPERATE THE OPERATING SYSTEM ON SOME PREVIOUS DEVICES AND

14   DO THAT AS WELL.

15   Q.   YOU COULD DOWNLOAD THAT SOFTWARE?

16   A.   YES.

17   Q.   OKAY.  AND SO, FOR EXAMPLE, I MEAN, THERE HAD BEEN A

18   COMMENT IN OPENING THAT BEFORE APPLE, YOU HAD TO PLUG IN

19   DEVICES IN ORDER TO SYNC YOUR DEVICES.

20        THAT'S NOT TRUE, IS IT?

21   A.   I'M SORRY.  I DON'T KNOW WHAT THAT COMMENT IS AND WHAT IT

22   WAS REFERRING TO.  I WOULDN'T WANT TO RESPOND TO WHAT SOMEONE

23   ELSE SAID OUT OF CONTEXT.

24   Q.   OKAY.  WELL, AS SOMEONE WHO'S HEAD OF MARKETING, YOU HAD

25   SOME KIND OF A RESPONSIBILITY TO KNOW WHAT WAS IN THE MARKET.

1    A.   IT DEPENDS ON THE SITUATION AND WHAT WE'RE TALKING ABOUT.

2    I'M SORRY.   THAT'S A VERY BROAD STATEMENT.

3    Q.   OKAY.   YOU HAD THE -- YOU WANTED TO KNOW WHAT YOUR

4    COMPETITORS WERE DOING, PEOPLE LIKE GOOGLE OR MOTOROLA OR HTC?

5    A.   SOMETIMES YES, SOMETIMES NO.

6    Q.   OKAY.   AND SO I'M JUST ASKING YOU, AUGUST -- I'M SORRY.   I

7    WANT TO GET IT RIGHT HERE.   SO AUGUST 2011, PRIOR TO THEN,

8    DIDN'T ONE OF YOUR COMPETITORS ALREADY HAVE WIRELESS SYNCING?

9    A.   I DON'T KNOW.

10    Q.   ONE WAY OR THE OTHER?

11    A.   I DON'T KNOW EITHER WAY.

12    Q.   OKAY.   IN ANY EVENT, DO YOU KNOW HOW THE ANDROID SYSTEM

13    DOES BACKGROUND SYNCING?

14    A.   NO, I'M NOT FAMILIAR WITH THAT.

15    Q.   DO YOU KNOW WHAT BACKGROUND SYNCING IS?

16    A.   I CAN MAKE A GUESS TO THE TERMINOLOGY.   I DON'T KNOW THE

17    SPECIFICS OF WHAT THE IMPLEMENTATION IS.   I WOULD BE JUST

18    MAKING UP A GUESS IF YOU ASKED ME TO RESPOND TO THAT.

19    Q.   I DON'T WANT YOU TO GUESS.

20    A.   OKAY.

21    Q.   NOW, WHEN YOU USED THE PHRASE "EASE OF USE" IN YOUR

22    SURVEYS, I THINK YOU TESTIFIED THAT THAT, THAT TERM REFERS TO

23    HUNDREDS OF FEATURES.

24    A.   YES, IT DOES.

25    Q.   AND THAT YOU'VE SAID THAT YOU PERSONALLY COULDN'T RANK

1    THOSE HUNDREDS OF FEATURES AS TO EASE OF USE?

2    A.   NO, I DON'T BELIEVE I COULD.

3    Q.   AND CERTAINLY AS OF JULY 2013, YOU WEREN'T AWARE OF

4    ANYBODY AT APPLE WHO HAD DONE ANY KIND OF RANKING AS TO THESE

5    HUNDREDS OF FEATURES OF EASE OF USE?

6    A.   I'M NOT AWARE THAT WE DID THAT, NO.

7    Q.   AND I ASKED YOU WHETHER OR NOT, IF YOU TAKE OUT -- IF YOU

8    TOOK OUT ONE OF THOSE HUNDREDS OF FEATURES OF EASE OF USE,

9    WHETHER IT WOULD AFFECT APPLE'S SALES.

10        I BELIEVE YOU SAID THAT IT VERY WELL COULD.

11   A.   IT'S POSSIBLE.  I DON'T KNOW.  WE'RE SPEAKING VERY

12   HYPOTHETICALLY ABOUT VAGUE TOPICS.

13   Q.   WELL, YOU'D WANT TO ACTUALLY LOOK INTO THAT TO SEE WHETHER

14   OR NOT THAT WOULD ACTUALLY AFFECT SALES; CORRECT?

15   A.   AGAIN, I DON'T KNOW WHAT WE'RE TALKING ABOUT REALLY HERE,

16   SO MAYBE YOU CAN HELP ME BE MORE SPECIFIC.

17   Q.   OKAY.  I'LL TRY TO BE SPECIFIC.

18        EASE OF USE, HUNDREDS OF FEATURES.  IF YOU TAKE OUT ONE,

19   COULD YOU ASSUME THAT THAT'S GOING TO IMPACT APPLE'S SALES?

20   A.   IT'S POSSIBLE.  I'LL GIVE YOU A SIMPLE FOR INSTANCE.

21        IF I TOOK OUT THE EASE WITH WHICH YOU CAN SIMPLY MAKE A

22   PHONE CALL WITH A PHONE, YOU MIGHT NOT WANT TO BUY THAT PHONE

23   BECAUSE IT'S REALLY HARD TO DO THE ONE THING YOU REALLY NEED TO

24   DO ALL THE TIME.

25        SO IT DEPENDS.  WE WOULD HAVE TO TALK ABOUT THE SPECIFIC

CROSS SCHILLER

```
 1    SITUATION.
 2    Q.   OKAY.  SO YOU CAN'T USE BROAD CATEGORIES OF EASE OF USE TO
 3    DETERMINE WHETHER OR NOT, IF YOU HAVE ONE FEATURE VERSUS
 4    ANOTHER, WHETHER IT'S GOING TO IMPACT SALES.  YOU NEED TO LOOK
 5    AT THE SPECIFIC FEATURE AND ITS IMPACT ON CONSUMERS; CORRECT?
 6    A.   AGAIN, I DON'T NEED TO.  I DO MY JOB IN MARKETING.  I'M
 7    TRYING TO HELP YOU ANSWER YOUR QUESTION, AND IT'S NOT SOMETHING
 8    I'VE HAD TO LOOK AT AND HAD TO STUDY.
 9         EASE OF USE IS INCREDIBLY IMPORTANT, ONE OF THE MOST
10    IMPORTANT THINGS IN OUR PRODUCT.
11         BUT I'VE NEVER HAD TO PICK IT APART MYSELF IN MARKETING
12    AND SEGREGATE OUT DIFFERENT FEATURES AND RANK NUMBER VALUE
13    THEM.  SO IT'S NOT SOMETHING I NORMALLY HAVE TO DO AND I THINK
14    ABOUT.
15    Q.   OKAY.  SO LET ME ASK YOU THEN WHAT YOU HAVE LOOKED AT
16    THAT -- I MEAN YOU AND YOUR MARKETING TEAM -- AS TO WHAT HELPS
17    DRIVE SALES, OKAY --
18    A.   SURE.
19    Q.   -- OF APPLE PRODUCTS.
20         AND I THINK YOU WOULD PROBABLY AGREE WITH ME THAT YOU
21    BELIEVE THAT THE APPLE IPHONES ARE THE EASIEST TO USE?
22    A.   I BELIEVE SO.
23    Q.   AND -- BUT YOU'VE -- IN LOOKING AT ONE OF THE SURVEYS IN
24    YOUR DIRECT EXAMINATION WHICH CONCERNED THE USE OR THE FACT
25    THAT THERE WERE NEW CONSUMERS BEING BROUGHT INTO THE MARKET.
```

```
 1              DO YOU REMEMBER THAT?

 2     A.    YES.

 3     Q.    AND LET ME SEE IF I CAN CALL YOUR ATTENTION TO THAT.  THAT

 4     WAS, I THINK, EXHIBIT 123-3.

 5              IF WE CAN PUT THAT UP?  THAT WAS A PX 123-3.  THAT'S A

 6     PLAINTIFF'S EXHIBIT.

 7              HERE WE GO.  THIS IS THE ONE YOU WERE TALKING ABOUT IN THE

 8     PERCENTAGE OF FIRST-TIME SMARTPHONE BUYERS AND HOW IT HAD GROWN

 9     UP THROUGH FISCAL YEAR, AND WE WERE TALKING ABOUT THESE

10     NUMBERS, 60 PERCENT, 47 PERCENT, ET CETERA; CORRECT?

11     A.    YES.

12     Q.    AND OBVIOUSLY -- AND I GUESS YOU WERE SAYING THAT A LOT OF

13     PEOPLE BEFORE, YOU KNOW, THIS TIMEFRAME, WERE USING PHONES THAT

14     WEREN'T SMARTPHONES.

15     A.    CORRECT.

16     Q.    IS THERE A TERM IN THE INDUSTRY FOR THOSE SORTS OF PHONES?

17     A.    YES.  WE CALL THEM FEATURE PHONES.

18     Q.    AND YOU'VE GOT SOME EXPERTISE, YOU BELIEVE YOU HAVE A

19     SIGNIFICANT AMOUNT OF EXPERTISE, AT LEAST YOU BELIEVE, IN DOING

20     SURVEYS; CORRECT?

21     A.    YES.

22     Q.    YOU'VE DONE THEM MOST OF YOUR LIFE?

23     A.    CERTAINLY SINCE COLLEGE, YES.

24     Q.    OKAY.  WHICH IS -- WELL, WHICH HAS BEEN MOST OF YOUR LIFE?

25     A.    A VERY LONG TIME AGO.
```

```
 1              (LAUGHTER.)

 2      BY MR. PRICE:

 3      Q.   YEAH.  AND THERE'S A GOOD WAY AND A BAD WAY TO DO A

 4      SURVEY?  YOU AGREE WITH THAT?

 5              ACTUALLY, BAD QUESTION.

 6              THERE ARE GOOD AND BETTER WAYS TO DO SURVEYS; CORRECT?

 7      A.   OFTEN THAT'S TRUE.

 8      Q.   AND WHAT YOU FOUND IS THAT YOU LIKE ASKING QUESTIONS OF

 9      PEOPLE ABOUT WHAT DO YOU THINK, KIND OF OPEN-ENDED QUESTIONS,

10      AND THEN TRY TO LEARN FROM THEM?

11      A.   I'M SORRY.  I THINK THAT'S TAKEN OUT OF CONTEXT.

12              I THINK YOU CAN ASK PEOPLE WHAT THEY THINK.  I DON'T LIKE

13      OPEN-ENDED QUESTIONS AS MUCH IN TERMS OF -- I MEAN, YOU CAN ASK

14      THEM.  IT'S NOT GOOD OR BAD.

15              BUT I THINK YOU GET A MORE DEFINITIVE, CLEAR RESULT IF

16      THERE'S A SPECIFIC LIST OF THINGS TO PICK FROM.

17              I THINK WHEN YOU MADE THAT STATEMENT, I BELIEVE I WAS MORE

18      REFERRING TO IT'S BETTER TO ASK PEOPLE, IN MY SURVEYS FOR

19      MARKETING, ABOUT THINGS THEY HAVE A KNOWLEDGE OF, LIKE WHAT

20      THEY THINK OF THEIR PHONE, VERSUS THINGS THAT THEY DON'T HAVE

21      KNOWLEDGE OF.

22              BUT THAT'S IN MY MARKETING SURVEYS.

23      Q.   SO LET ME FOLLOW UP THEN.

24              IN YOUR SURVEYS, YOU PREFER TO ASK PEOPLE THINGS WHAT THEY

25      HAVE A KNOWLEDGE OF RATHER THAN GIVING THEM KNOWLEDGE AND THEN
```

1    ASKING THEM ABOUT IT?

2    A.   ON THE WORK I DO, YES.

3    Q.   I'M SORRY.  I COULDN'T HEAR YOU.

4    A.   YES.  FOR THE WORK I DO, YES.

5    Q.   AND, IN FACT, YOU SAID THAT, THAT YOU -- YOU DON'T TRY TO

6    CREATE A SURVEY WHERE YOU ACTUALLY HAVE TO PUT SOMETHING IN

7    THEIR HEAD TO THEN GET IT OUT?

8    A.   I THINK THAT'S MORE DIFFICULT.  IT CAN BE DONE.  IT IS

9    DONE.  BUT I THINK IT'S A MORE DIFFICULT METHODOLOGY.

10   Q.   AND YOU SAID THAT IF YOU USE THAT METHODOLOGY WHERE,

11   INSTEAD OF ASKING SOMETHING THEY'RE ALREADY KNOWLEDGEABLE

12   ABOUT, YOU HAVE TO TELL THEM ABOUT SOMETHING, YOU FIND THAT

13   THAT DATA, IN YOUR EXPERIENCE, IS LESS RELIABLE.

14   A.   IT DEPENDS ON THE QUESTION.  IT CAN BE.

15   Q.   WELL, WHEN YOU SAY, QUOTE, "HERE'S SOMETHING YOU DIDN'T

16   KNOW, LET ME TELL IT TO YOU, AND NOW YOU TELL ME BACK WHAT YOU

17   THINK, WELL, THAT'S GETTING LESS RELIABLE DATA"?

18       YOU AGREE WITH THAT; CORRECT?

19   A.   I THINK GENERALLY IT IS BUT NOT ALWAYS.

20       A SIMPLE EXAMPLE, IF I ASKED YOU, WOULD YOU BE UPSET

21   TOMORROW IF THE SUN NEVER CAME UP AGAIN?  I THINK THAT'S A

22   PRETTY EASY ONE.  I THINK WE WOULD ALL SAY, YES, WE WOULD BE

23   VERY UPSET, AND I THINK THAT WOULD BE A VERY RELIABLE ANSWER.

24       I MIGHT ASK SOMETHING MORE DIFFICULT FOR YOU TO IMAGINE

25   AND THAT MIGHT NOT BE RIGHT.  I THINK IT DEPENDS.

1      Q.   AND YOU'RE TALKING ABOUT YOUR EXPERIENCE DOING SURVEYS,

2      MOST OF THAT IS WITH SMARTPHONES?

3      A.   NO.

4      Q.   PRODUCT?

5      A.   NO.

6      Q.   WHAT'S IT WITH?

7      A.   QUITE A LOT.  AS I SAID, I'VE BEEN DOING THIS SINCE THE

8      EARLY '80S.  I'VE DONE IT IN MEDICAL RESEARCH, OTHER PRODUCTS,

9      I'VE PLAYED WITH A NUMBER OF THINGS.

10     Q.   OKAY.  SO ACROSS THE BOARD, WHEN YOU SAY "HERE'S SOMETHING

11     YOU DIDN'T KNOW, LET ME TELL IT TO YOU, AND NOW YOU TELL ME

12     BACK WHAT YOU THINK, THAT'S GETTING LESS RELIABLE DATA THAN

13     ASKING THEM ABOUT WHAT THEY ALREADY KNOW ABOUT," DO YOU AGREE

14     WITH THAT?

15     A.   I THINK THAT'S TRUE IN MANY SITUATIONS.

16     Q.   OKAY.  AND IF WE CAN PUT BACK UP THAT DOCUMENT, 133.

17          OH, NO.

18              THE COURT:  TIME IS 4:31.  IS THIS A QUICK QUESTION?

19              MR. PRICE:  YEAH, IF I CAN ASK THAT QUICK QUESTION

20     ABOUT THE SURVEY THEN.

21     Q.   AND WHAT YOU'RE SAYING THE TREND IS SHOWING US IN THE

22     YEARS, FISCAL YEARS TWO, THREE, FOUR HERE -- I'M SORRY.  '12 --

23     FISCAL YEAR '11, '12, '13, FISCAL YEAR, FOURTH QUARTER.

24          DO YOU SEE THOSE?

25     A.   YES.

1   Q.   YOU'RE GETTING A LOT OF PEOPLE WHO MAY HAVE LESS KNOWLEDGE

2   ABOUT THE SMARTPHONES THAN PEOPLE WHO ALREADY OWN SMARTPHONES

3   THAT ARE COMING INTO THE MARKET; CORRECT?

4   A.   NO, I WOULDN'T SAY THAT.   THESE ARE PEOPLE WHO NOW OWN A

5   SMARTPHONE.   AND TO SUGGEST THAT SOMEONE WHO OWNS A SMARTPHONE

6   FOR A SHORT PERIOD OF TIME IS LESS KNOWLEDGEABLE THAN SOMEONE

7   WHO'S OWNED IT FOR ONE OR TWO YEARS, I WOULDN'T SAY THAT THAT'S

8   WHAT THIS DATA SAYS.

9        THERE'S NO QUESTION HERE ABOUT THEIR KNOWLEDGE.

10  Q.   AND I APOLOGIZE ABOUT --

11             THE COURT:  IT IS 4:32.

12             MR. PRICE:  I'LL CLARIFY TOMORROW.

13             THE COURT:  IT'S TIME TO GO.  ACTUALLY, WE'RE NOT

14  GOING TO BE IN SESSION TOMORROW OR THURSDAY, BUT WE'LL RESUME

15  ON FRIDAY MORNING AT 9:00 A.M. WITH MR. PRICE'S CROSS OF

16  MR. SCHILLER.

17       YOU'RE EXCUSED NOW.  PLEASE DO NOT RESEARCH OR DISCUSS THE

18  CASE.

19             AND, MR. DUNHAM, LOTS OF VITAMIN C AND REST.

20             JUROR:  I'LL BE FINE.

21             THE COURT:  OKAY.  THANK YOU.  WE'LL SEE YOU ALL ON

22  FRIDAY MORNING.  THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE.

23       IF YOU WOULD PLEASE LEAVE YOUR JURY BINDERS IN THE JURY

24  DELIBERATION ROOM.  THANK YOU.

25             (JURY OUT AT 4:32 P.M.)

1          THE COURT:  YOU MAY STEP DOWN.

2      THE RECORD SHOULD REFLECT THE JURORS HAVE LEFT THE

3  COURTROOM.

4      ARE THERE ANY ISSUES OR SHOULD WE GO AHEAD AND ADJOURN

5  OURSELVES FOR THE DAY?

6          MS. MAROULIS:  NONE FOR SAMSUNG, YOUR HONOR.

7          THE COURT:  ALL RIGHT.  ANYTHING FOR APPLE?

8          MR. MCELHINNY:  NOTHING FOR APPLE, YOUR HONOR.

9          THE COURT:  NO?  ALL RIGHT.  THANK YOU.  WE'LL SEE

10  YOU ON FRIDAY MORNING THEN AT 9:00 O'CLOCK.

11      (PAUSE IN PROCEEDINGS.)

12          MR. MCELHINNY:  EXCUSE ME, YOUR HONOR.  OUR NEXT

13  WITNESS IN ORDER IS HERE AND I JUST WANT TO LET HIM SIT IN THE

14  WITNESS CHAIR AND GET A FEEL FOR IT.  IT'LL ONLY TAKE ONE

15  SECOND.

16          THE COURT:  I NEED TO NOTIFY SAMSUNG -- EXCUSE ME.

17  THERE'S BEEN A REQUEST TO HAVE THE NEXT WITNESS SIT IN THE

18  CHAIR SO HE CAN KNOW WHAT IT FEELS LIKE.  IS THERE ANY

19  OBJECTION?

20          MR. QUINN:  NO.

21          MR. MCELHINNY:  THANK YOU.

22          THE COURT:  IS HE HERE?

23          MR. MCELHINNY:  HE IS HERE.  WE'LL GO AHEAD, YOUR

24  HONOR.

25          THE COURT:  ALL RIGHT.  I'M GOING TO STAY TO

1          CHAPERONE.

2                    MR. MCELHINNY:  ALL RIGHT.

3              (PAUSE IN PROCEEDINGS.)

4                    MR. MCELHINNY:  YOUR HONOR, THIS IS MR. CHRISTIE.

5     HE'LL BE OUR NEXT WITNESS.

6                    THE COURT:  OKAY.

7                    MR. MCELHINNY:  YOU'LL HAVE WATER, YOU'LL HAVE YOUR

8     OWN SET OF BINDERS.  BE CAREFUL, DON'T ROLL OFF.

9              (DISCUSSION OFF THE RECORD.)

10                    THE WITNESS:  THANK YOU VERY MUCH.  I APPRECIATE IT.

11                    THE COURT:  OKAY.

12             (THE EVENING RECESS WAS TAKEN AT 4:35 P.M.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8076

17

18

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595

20

21       DATED:  APRIL 1, 2014

22

23

24

25