| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S APRIL 7, 2014, ROLLING WITNESS LIST** |

Apple Inc.'s rolling list of its anticipated next nine trial witnesses:

1. Alex Snoeren
2. Jun Won Lee (Deposition)
3. Justin Denison (Deposition and Designated 1846 Trial Testimony)
4. Timothy Sheppard (Deposition)
5. Nick DiCarlo (Deposition)
6. Rory Sexton
7. John Hauser
8. Christopher Vellturo
9. Mark Buckley

Apple discloses nine witnesses as a courtesy as it may reach all nine tomorrow. As discussed in Court, Apple may also recall Dr. Mowry if necessary to authenticate and admit source code, absent an agreement.

Apple further notes that Apple may read into the record or otherwise enter into evidence:

- Paragraph 1 from Stipulation and Order re Ownership of Asserted Patents. (Dkt. 1549.)
- Undisputed Facts 2-5 and 13 from the parties' Joint Amended Pretrial Statement. (Dkt. 1455-1.)
- Samsung's First Supplemental Response to Interrogatory No. 4, lines 4-7, page 3, of Samsung's July 15, 2013, Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories, and PX132.
- Samsung's Response to Apple's Interrogatory No. 30 from Samsung's Further Supplemental Responses to Apple's Third Set of Interrogatories.
- Samsung's Responses to Apple's Requests for Admission Nos. 4 and 6.

As stated in its previous filing, Apple reasonably anticipates that it will close its case-in-chief before the end of the day Friday, April 11, 2014, and that there will be time for Samsung to

commence its case. That date, however, is dependent on the length of Samsung's cross examinations. Apple has assumed Samsung's cross examinations will be roughly equivalent to what Samsung has done in the past. If Samsung proceeds with very short cross examinations or no cross examinations for Apple's remaining witnesses, Apple may rest on Tuesday, April 8.

Dated: April 7, 2014

MORRISON & FOERSTER LLP

By:  /s/ Rachel Krevans
   RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.