UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S OBJECTIONS TO |
| | ) | SAMSUNG'S DISCLOSURES |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

On April 6, 2014, Apple filed objections to Samsung's disclosures. ECF No. 1600-3. On April 6, 2014, Samsung filed a response. ECF No. 1601-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Mark Buckley** | |
| 6/28/13 Deposition of Rory Sexton | Overruled. |

| | |
|---|---|
| and exhibits thereto | |
| **B. John Hauser** | |
| SDX2414 | Sustained. |
| SDX2420 | Sustained as to image of iOS 7 keyboard.  Samsung must remove the iOS 7 image to use the slide.  Overruled otherwise. |
| **C. Christopher Vellturo** | |
| 11/5/2012 trial testimony of Dr. Vellturo in the VirnetX litigation | Sustained. |

Apple also requests to seal various documents. ECF Nos. 1600-3, 1600-7, 1620. Having considered Apple's requests, and compelling reasons having been shown, the Court seals the following documents as follows:

| **Exhibit and pages requested to be sealed** | **COURT'S RULING ON SEALING REQUEST** |
|---|---|
| PX 128 in its entirety | GRANTED. |
| PX 130 in its entirety | GRANTED. |
| PX 131 in its entirety | GRANTED. |
| PX 136 in its entirety | GRANTED. |
| PX 198: all pages not shown in court | GRANTED. |
| PX 199: all pages not shown in court | GRANTED. |
| PX 222 | DENIED.  Apple has replaced this exhibit with PX 222A. |
| PX 222A: pages 11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, 42 | GRANTED as to pages 11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, and 42.<br>DENIED as to the rest of the exhibit. |
| PX 223 | DENIED.  Apple has replaced this exhibit with PX 223A. |
| PX 223A | GRANTED as to pages 5-8, 11-14, 17-20, 23-26, 29-32, and 59-63.<br>DENIED as to the rest of the exhibit. |
| PX 243: all pages not shown in court | GRANTED. |
| PX 244: all pages not shown in court | GRANTED. |
| PX 245: all pages not shown in court | GRANTED. |
| DX 401 in its entirety | GRANTED. |
| DX 411: sealed in full except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32, if shown in court | GRANTED. |
| DX 412: sealed in full except for pages 1, 2, 17, and 22, if shown in court | GRANTED. |

| | |
|---|---|
| DX 413: previously sealed (ECF No. 1580), but pages 1, 2, 3, 5, 6, 8, 14, 16-18, 42, and 46 may be shown in court. | GRANTED. |
| DX 415 in its entirety | GRANTED. |
| DX 417 in its entirety | GRANTED. |
| DX 420 in its entirety | GRANTED. |
| DX 425 in its entirety | GRANTED. |
| DX 430: pages 2, 3, 5, and all pages not shown in court | Previously granted as to pages 2, 3, and 5, and denied as to pages 1, 4, and 6, as set forth in ECF No. 1607. |
| DX 489: pages 34, 39-55, 73-75, 77-80, 82-91, 95, 100-105, 107, 109-114, 165, 174, 176-177, 181-197, 201, 206, 208, 215, 217-218, 220, 222- 224, and 226-230 and all pages not shown in court | GRANTED. |
| DX 500: sealed in full except for pages 1, 12, 13, 16-18, and 20, if shown in court | GRANTED. |
| PDX 92.26, PDX 92.27, PDX 92.34, PDX 92.39, PDX 92.58, PDX 92.59, PDX 92.64, PDX 92.70-.73, PDX 92.79, and PDX 92.82 | GRANTED. |
| PDX 92.29-.31, PDX 92.35, PDX 92.40, PDX 92.63, PDX 92.66, PDX 92.68, PDX 92.75, PDX 92.80-.81 and PDX 92.83-.84 | For these video files, identified for the first time in ECF No. 1620, Apple shall submit them via Secure File Transfer by 8:00 P.M. on April 7, 2014, and file the videos on a CD by 9:00 A.M. on April 8, 2014. |

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
LUCY H. KOH
United States District Judge