```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
    San Francisco, California 94111
 4  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 5
    Kevin P.B. Johnson (Bar No. 177129)
 6  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 7  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 8  Redwood Shores, California 94065
    Telephone: (650) 801-5000
 9  Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
11  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS CO.,
15  LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

Pursuant to the Court's Order on Samsung's Motion to Seal in connection with Apple's Disclosures (Dkt. No. 1619), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this renewed administrative motion for an order to seal certain portions of trial exhibits to the extent they are not used during a witness examination.  The documents Samsung seeks to seal contain Samsung's proprietary market research information and data.  While Samsung does not seek to seal any pages used in court or any pages that do not include highly sensitive information, Samsung requests that the specific pages listed below be sealed to the extent they are not used during an examination.

| **Exhibit** | **Portions to Sealed** |
|---|---|
| DX432 | Pages 5-13, 15-34, 40-42, and 44-45 to the extent not used during an examination |
| DX433 | Pages 3-13 and 16 to the extent not used during an examination; page 17[1] |
| DX434 | Pages 4-13, 15-19, and 21-22 to the extent not used during an examination |
| DX435 | Pages 12, 15, 17-27, 41, 44-45, 47-49, 51, 55, 57, 61-62, 65, 68-69, 71-72, 76, 77, 79, 82, 86, 87, 89-92, 94, 99-103, 105, 108, 111, 114, 119, 120, 123, 125, 130-132, 134, 140, 142, 145-146, 150, 154-158, 164-166, 170-173, 175, 176, 179-186, 190-193, 196, 198-200, 205 to the extent not used during an examination |
| DX436 | Pages 4-8, 17-20, 22-29, 31-38, 40-46, 48-56, and 58-60 to the extent not used during an examination |
| DX437 | Pages 6-14, 16-24, 26, 28-30, 32-36, 39-44 to the extent not used during an examination |
| DX438 | Pages 5-7, 9-14, 16 to the extent not used during an examination |

---

[1] Page 17 includes a discussion of capacity, and the Court has found page 17 sealable regardless of whether it is used during an examination.  (Dkt. No. 1619 at 2.)

| Exhibit | Portions to Sealed |
|---|---|
| DX439 | Pages 9, 46-59, 61-66 to the extent not used during an examination |
| PX217 | Pages 9, 46-59, 61-66 to the extent not used during an examination |
| PX182 | Pages 5-14, 16-17, 48-60 to the extent not used during an examination |
| PX185 | Pages 7-11, 18, 24, 28, 31, 35, 39, 43, 47, 51, 54, 56, 59, 64, 66, 69, 72, 75, and 85 to the extent not used during an examination |

The information above should be sealed for the reasons stated in the previously filed Declaration of Michael L. Fazio (Dkt. No. 1601-9) and the Court's prior guidance (Dkt. No. 1580). Concurrently with this Motion, Samsung will file excerpts of trial exhibits Samsung seeks to seal.

DATED: April 7, 2014            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                      */s/ Michael L. Fazio*
William C. Price
Victoria F. Maroulis
Michael L. Fazio
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC