UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal certain portions of trial exhibits to the extent pages are not used during a witness examination.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Exhibit | Portions to Sealed |
|---|---|
| DX432 | Pages 5-13, 15-34, 40-42, and 44-45 to the extent not used during an examination |
| DX433 | Pages 3-13 and 16 to the extent not used during an examination; page 17 |
| DX434 | Pages 4-13, 15-19, and 21-22 to the extent not used during an examination |
| DX435 | Pages 12, 15, 17-27, 41, 44-45, 47-49, 51, 55, 57, 61-62, 65, 68-69, 71-72, 76, 77, 79, 82, 86, 87, 89-92, 94, 99-103, 105, 108, 111, 114, 119, 120, 123, 125, 130-132, 134, 140, 142, 145-146, 150, 154-158, 164-166, 170-173, 175, 176, 179-186, 190-193, 196, 198-200, 205 to the extent not used during an examination |
| DX436 | Pages 4-8, 17-20, 22-29, 31-38, 40-46, 48-56, and 58-60 to the extent not used during an examination |
| DX437 | Pages 6-14, 16-24, 26, 28-30, 32-36, 39-44 to the extent not used during an examination |
| DX438 | Pages 5-7, 9-14, 16 to the extent not used during an examination |
| DX439 | Pages 9, 46-59, 61-66 to the extent not used during an examination |
| PX217 | Pages 9, 46-59, 61-66 to the extent not used during an examination |
| PX182 | Pages 5-14, 16-17, 48-60 to the extent not used during an examination |
| PX185 | Pages 7-11, 18, 24, 28, 31, 35, 39, 43, 47, 51, 54, 56, 59, 64, 66, 69, 72, 75, and 85 to the extent not used during an examination |

1     **IT IS SO ORDERED.**

2

3     DATED:          April 7, 2014                              *Lucy H. Koh*

4                                                          The Honorable Lucy H. Koh
                                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51981/5861743.1
                                                 -2-                    Case No. 12-CV-00630-LHK (PSG)
        [PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMIN. MOT. TO SEAL TRIAL MATERIALS