**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
|---|---|---|
| Plaintiff and Counterdefendant, | ) ) ) | ORDER ON APPLE'S MOTION TO SEAL VIDEO FILES |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) | |

On April 7, 2014, Apple moved to seal various video files. ECF No. 1620. Having considered Apple's request, and compelling reasons having been shown, the Court seals the following documents as follows:

| Exhibit and pages requested to be sealed | COURT'S RULING ON SEALING REQUEST |
|---|---|
| PDX 92.29-.31, PDX 92.35, PDX 92.40, PDX 92.63, PDX 92.66, PDX 92.68, PDX 92.75, PDX 92.80-.81 and PDX 92.83-.84 | GRANTED. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S MOTION TO SEAL VIDEO FILES

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
LUCY H. KOH
United States District Judge