**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 126792562v.1

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Ruth N. Borenstein in Support of Sealing Attachments A and B to the Joint Stipulation re Entry of Source Code into Evidence ("Borenstein Declaration").  The Court grants Apple's request to seal the materials disclosed in the Borenstein Declaration as indicated below:

| Document | Portion to be Sealed |
| --- | --- |
| Attachments A and B to the Joint Stipulation re Entry of Source Code into Evidence | Sealed in full. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge

ActiveUS 126792562v.1