UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Ruth N. Borenstein in Support of Sealing Attachments A and B to the Joint Stipulation re Entry of Source Code into Evidence ("Borenstein Declaration").  The Court grants Apple's request to seal the materials disclosed in the Borenstein Declaration as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Attachments A and B to the Joint Stipulation re Entry of Source Code into Evidence | Sealed in full. |

**IT IS SO ORDERED.**

Dated:   April 8        , 2014

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge