1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                            SAN JOSE DIVISION

20 APPLE INC., a California corporation,            Case No.   12-cv-00630-LHK (PSG)

21                Plaintiff,                        **APPLE'S NOTICE OF LODGING
                                                    DEPOSITION TESTIMONY**
22         v.

23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
26
                  Defendant.
27

28

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Apple Inc. ("Apple") hereby lodges the following clip reports of deposition testimony played in Court:

1. Deposition testimony of Justin Denison marked as Plaintiff's Exhibit No. 3001. This is attached as Exhibit A and was lodged on the record at trial.

2. Deposition testimony of Nick DiCarlo marked as Plaintiff's Exhibit No. 3002. This is attached as Exhibit B and was lodged on the record at trial.

3. Deposition testimony of Jun Won Lee marked as Plaintiff's Exhibit No. 3003. This is attached as Exhibit C and was lodged on the record at trial.

4. Deposition testimony of Tim Sheppard marked as Plaintiff's Exhibit No. 3004. This is attached as Exhibit D and was lodged on the record at trial.

Dated: April 8, 2014                    MORRISON & FOERSTER LLP

                                        By:  */s/ Harold J. McElhinny*
                                             Harold J. McElhinny

                                             Attorneys for Plaintiff and
                                             Counterclaim-Defendant
                                             APPLE INC.