# Exhibit A

Case 5:12-cv-00630-LHK   Document 1634-1   Filed 04/08/14   Page 2 of 3

PLAINTIFF'S EXHIBIT NO. 3001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Apple v Samsung II Video DB**

📁 **Denison, Justin (Vol. 01) - 07/18/2013**                                                    1 CLIP  (RUNNING 00:02:14.765)

 VIDEOGRAPHER:  This is the start of tape         09:28 ...

**DENISON_JUSTIN_DES**                6 SEGMENTS  (RUNNING 00:02:14.765)

**1. PAGE 5:23 TO 5:24  (RUNNING 00:00:02.034)**

```
         23     Q.   Good morning, Mr. Denison.                      09:30
         24     A.   Good morning.                                   09:30
```

**2. PAGE 6:19 TO 7:02  (RUNNING 00:00:22.945)**

```
         19     Q.   What is your title at -- well, let me start with 09:30
         20   this:  Where do you work?                               09:30
         21     A.   I work at Samsung Telecommunications America.    09:30
         22     Q.   STA?                                             09:30
         23     A.   Yes.                                             09:30
         24     Q.   Any position at SEC Samsung Electronics          09:30
         25   Corporation?  Do you hold a position at SEC?            09:30
   00007:01     A.   My understanding is STA is part of SEC, so I     09:30
         02   guess the answer to that would be yes.                  09:31
```

**3. PAGE 7:21 TO 8:02  (RUNNING 00:00:17.903)**

```
         21     Q.   So you understand in this case between Apple and 09:32
         22   Samsung, devices that are at issue, at least from       09:32
         23   Apple's point of view are smartphones and tablets and   09:32
         24   perhaps MP3 players, music players.  Do you understand  09:32
         25   that?                                                   09:32
   00008:01     A.   I do.                                            09:32
         02     Q.   Who designs those devices for Samsung?           09:32
```

**4. PAGE 8:04 TO 8:09  (RUNNING 00:00:21.171)**

```
         04     A.   I assume designers do.                           09:32
         05     Q.   Designers working for whom?                      09:32
         06     A.   Well, I think we've established that employees at 09:32
         07   STA and SEA ultimately are part of SEC.  So I would just 09:32
         08   say by extension, it would be an employee within Samsung 09:32
         09   Electronics Corporation.                                 09:32
```

**5. PAGE 8:21 TO 9:07  (RUNNING 00:00:38.450)**

```
         21     Q.   I'm not asking for any names or any groups.  I   09:33
         22   just want to know generally or confirm generally that it 09:33
         23   is SEC, Samsung Electronics Corporation, the Korean     09:33
         24   entity that actually designs the smartphones that are   09:33
         25   sold by Samsung?                                        09:33
   00009:01     A.   Again, what I can say is inasmuch as my          09:33
         02   understanding of the corporate structure holds, every   09:33
         03   subsidiary of Samsung Electronics Corporation I can say 09:33
         04   is part of Samsung Electronics Corporation.  So the     09:33
         05   design, regardless of which subsidiary it might occur   09:33
         06   within, ultimately is part of Samsung Electronics       09:33
         07   Corporation.                                            09:34
```

**6. PAGE 20:07 TO 20:14  (RUNNING 00:00:32.262)**

```
         07     Q.   Does STA write a check for the tablets that it   09:50
         08   receives?                                               09:50
         09     A.   Again, I'm uncomfortable with the question       09:50
         10   because I'm not sure it is such a -- what is almost     09:50
         11   implied as an arm's length transaction.  We're all part 09:50
         12   of the same company.  So you know, shipping a tablet    09:51
         13   from what you are calling SEC to SEA or STA, we're all  09:51
```

**Apple v Samsung II Video DB**

```
14   part of the same company.                                    09:51
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:14.765)

**PLAINTIFF'S EXHIBIT NO. 3001, Page 2 of 2**