# Exhibit B



PLAINTIFF'S EXHIBIT NO. 3004

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Apple v Samsung II Video DB**

📁 **DiCarlo, Nick (Vol. 01) - 06/26/2013**                                1 CLIP  (RUNNING 00:01:38.504)

 Okay.  So you're employed by Samsung, correct? ...

**DICARLO_NICK_DES**              4 SEGMENTS  (RUNNING 00:01:38.504)

**1. PAGE 8:09 TO 8:10  (RUNNING 00:00:05.503)**

```
     09                So, Mr. DiCarlo, as I said, my name is
     10   Mike Heyison.  I'm one of the lawyers for Apple.  I'm
```

**2. PAGE 8:16 TO 8:25  (RUNNING 00:00:35.911)**

```
     16        Q.   Okay.  So you're employed by Samsung, correct?
     17        A.   Samsung Telecommunications American.
     18        Q.   Okay.  And what is your job?
     19        A.   I'm the vice president of product planning and
     20   product marketing.
     21        Q.   Okay.  What are your duties and
     22   responsibilities as vice president?
     23        A.   I work with US carriers and a local marketing
     24   team and local STA staff to both plan our products and
     25   market them to carriers and consumers.
```

**3. PAGE 19:12 TO 19:16  (RUNNING 00:00:12.877)**

```
     12        Q.   So who is Samsung's largest competitor among
     13   the ones you named?
     14        A.   I think that based on market share, Apple
     15   would be the largest smartphone competitor in the -- in
     16   the US market.
```

**4. PAGE 200:17 TO 201:09  (RUNNING 00:00:44.213)**

```
     17        Q.   Is that one of Samsung's marketing strategies
     18   is -- to get more business is switch Apple customers to
     19   Samsung customers?
     20        A.   We've talked, you know, throughout the day
     21   today that, you know, our strategies, you know, evolve
     22   with the rapidly evolving market.  One of the
     23   dimensions, you know, in the kind of closer to today
     24   time horizon has been, you know, that Apple has a large
     25   population of users, and so if we can switch some of
00201:01   them, there's -- there's a benefit to us in that.
     02   It's, you know, easy to say, hard to do kind of thing,
     03   so ...
     04        Q.   So the answer would be yes, you want to
     05   convert Apple --
     06        A.   To --
     07        Q.   -- customers to Samsung customers?
     08        A.   Today that's, you know, a viable portion of
     09   our strategy, yeah.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:38.504)**