# Exhibit C



**PLAINTIFF'S EXHIBIT NO. 3005**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Apple v Samsung II Video DB**

 **Lee, Jun Won (Vol. 01) - 03/05/2012**                                                                1 CLIP  (RUNNING 00:04:01.607)

Okay.  Who is your employer? ...

**LEE_JUN_WON_DES**                9 SEGMENTS  (RUNNING 00:04:01.607)

**1. PAGE 9:01 TO 9:11  (RUNNING 00:01:00.448)**

```
00009:01      Q    Okay.  Who is your employer?
      02      A    Samsung Electric -- Electronics.
      03      Q    Okay.  Are you employed by any other Samsung
      04   entity?
      05      A    No.
      06      Q    What is your job title?
      07      A    Director of licensing.
      08      Q    What are your duties and responsibilities as
      09   director of licensing?
      10      A    The licensing-related work in relation to
      11   mobile phones.
```

**2. PAGE 27:18 TO 27:19  (RUNNING 00:00:17.734)**

```
      18      Q    Okay.  You testified earlier that you met with
      19   Apple; correct?
```

**3. PAGE 27:21 TO 27:21  (RUNNING 00:00:01.793)**

```
      21           THE WITNESS:  Correct.
```

**4. PAGE 31:15 TO 31:16  (RUNNING 00:00:16.020)**

```
      15      Q    Please tell me in as much detail as you can
      16   what Apple said and what Samsung said.
```

**5. PAGE 31:18 TO 31:23  (RUNNING 00:00:50.807)**

```
      18           THE WITNESS:  Samsung mostly was listening to
      19   what Apple said in the first meeting.  Apple was talking
      20   about Samsung's smartphone infringed Apple phone's
      21   patents and design, so they were complaining about our
      22   infringement about Apple's patent and design in their
      23   phone.
```

**6. PAGE 33:21 TO 33:24  (RUNNING 00:00:33.365)**

```
      21      Q    Okay.  So at that first meeting that you
      22   attended, Mr. Lee, do you recall Apple stating that
      23   Samsung had copied Apple's products?
      24      A    Yes.
```

**7. PAGE 37:08 TO 37:09  (RUNNING 00:00:00.927)**

```
      08           (Exhibit 1 was marked for identification by the
      09           court reporter.)
```

**8. PAGE 37:21 TO 37:25  (RUNNING 00:00:41.410)**

```
      21      Q    Mr. Lee, you testified earlier that you thought
      22   that Apple made a written presentation at the first
      23   meeting you attended.
      24           Is this the written presentation that Apple
      25   provided at that meeting?
```

**9. PAGE 38:02 TO 38:05  (RUNNING 00:00:19.103)**

```
      02           THE WITNESS:  I don't remember the contents of
      03   this document entirely, but it appears to be the one.
      04           MR. HEYISON:  Okay.
```

**Apple v Samsung II Video DB**

```
05              THE WITNESS:  To my recollection.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:01.607)

CONFIDENTIAL