# Exhibit D



**PLAINTIFF'S EXHIBIT NO. 3006**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Apple v Samsung II Video DB**

 **Sheppard, Tim (Vol. 01) - 12/21/2011**                                    **1 CLIP  (RUNNING 00:01:42.700)**

Can you please state your name for ...

**SHEPPARD_TIM_DES**          **6 SEGMENTS  (RUNNING 00:01:42.700)**

**1. PAGE 6:12 TO 6:14  (RUNNING 00:00:03.610)**

```
    12        Q.   Can you please state your name for
    13   the record.
    14        A.   My name is Tim Sheppard.
```

**2. PAGE 19:23 TO 20:04  (RUNNING 00:00:18.428)**

```
    23        Q.   Do you understand that you're here
    24   to testify as a corporate witness for the
    25   knowledge of STA on certain topics, and you're
00020:01   also going to be the corporate witness to
    02   testify on behalf of SEC on certain topics?
    03   Do you understand that?
    04        A.   Yes.
```

**3. PAGE 87:23 TO 88:07  (RUNNING 00:00:33.115)**

```
    23        Q.   And it says, "STA works with SEC to
    24   design, develop, test, commercialize and
    25   support Samsung telecommunication products
00088:01   sold in the United States."
    02            Do you agree with that last
    03   statement?
    04        A.   I do.
    05        Q.   How does STA work with SEC to
    06   design telecommunication products sold in the
    07   United States?
```

**4. PAGE 88:10 TO 88:18  (RUNNING 00:00:28.591)**

```
    10        A.   Okay.  Very briefly, SEC has a
    11   corporate R&D team based in Suwon.
    12   BY MS. YOHANNAN:
    13        Q.   Based in?
    14        A.   Suwon, South Korea, which is the
    15   headquarters of SEC.  Inside the US market
    16   there are also teams working under direction
    17   from that corporate organization to design,
    18   develop, test and commercialize products.
```

**5. PAGE 188:09 TO 188:10  (RUNNING 00:00:04.180)**

```
    09        Q.   Does STA have a role in setting
    10   wholesale price?
```

**6. PAGE 188:12 TO 188:17  (RUNNING 00:00:14.776)**

```
    12        A.   Direct responsibility, no.  SEC
    13   sets the wholesale price.
    14   BY MS. YOHANNAN:
    15        Q.   SEC sets the wholesale price for a
    16   product being sold to a carrier?
    17        A.   Yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:42.700)**