# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Monday, April 7, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 6hr 18min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
    PLAINTIFF                                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson, Dave Nelson |
| Nathan Sabri | |
| Joseph Mueller | |

**PROCEEDINGS:  JURY TRIAL—DAY FOUR**

| | |
|---|---|
| 9:06 a.m. | All parties present, jurors not present, the Court and counsel discuss matters. |
| 9:19 a.m. | Jury now present, Witness Cockburn resumes the stand for further testimony. |
| 9:40 a.m. | Witness Thomas Deniau is sworn and testifies. |
| 10:07 a.m. | The jury is excused for the morning recess. The Court and counsel discuss matters. |
| 10:15 a.m. | The morning recess is taken. |
| 10:24 a.m. | All paraties present the matter resumes.  Witness Todd Carl Mowry is sworn and testifies. |
| 11:46 a.m. | A short recess is taken. |
| 11:50 a.m. | All parties present, jurors not present, the Court and counsel discuss matters. |
| 11:52 a.m. | Jury now present, the matter resumes with further testimony by Witness Mowry. |
| 12:01 p.m. | The jury is excused for the noon recess.  The Court and counsel discuss matters. |
| 12:04 p.m. | The noon recess is taken. |
| 1:07 p.m. | All parties present the matter resumes with further testimony by Witness Mowry. |
| 2:09 p.m. | Witness Mark Alexander Connell Snoeren is sworn and testifies. |
| 2:40 p.m. | The first afternoon recess is taken. |
| 2:50 p.m. | All parties present the matter resumes, with Witness Snoeren still on the stand. |
| 3:34 p.m. | The second afternoon break is taken. |
| 3:49 p.m. | All parties present the matter resumes with Witness Snoeren |

| | |
|---|---|
| 4:30 p.m. | The jury is admonished and excused for the day. The Court and counsel discuss matters. |
| 4:45 p.m. | Court is adjourned until Tuesday, April 8, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    PX 300 (Pg 5-17 sealed), 233, 237, 146, 115, 116, 103, 104, 107, 106, 238, 110, 172, 175, 157
    JX 1, 4, 7, 50, 51, 53, 28C, 29A, C, E, G, H, I; 30A, B, C; 31A, B, C; 32A, B, D, E, F; 33A, C; 34A, B, D; 35A-J, L, M; 36A, B, C, D, E; 37A, B