# Exhibit A

Case 5:12-cv-00630-LHK   Document 1636-1   Filed 04/08/14   Page 2 of 2

DEFENDANT'S EXHIBIT
NO. 501.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

**Apple v. Samsung**

 **Lee, JunWon (Vol. 01) - 03/05/2012**     1 CLIP  (RUNNING 00:01:20.177)

 Samsung Counter Designations- cut 04-04-14 PM

    LEEJ-0305-SAMCNT03         4 SEGMENTS  (RUNNING 00:01:20.177)    

**1. PAGE 32:08 TO 32:08  (RUNNING 00:00:05.578)**

      08      Q    What did Samsung say in response?

**2. PAGE 32:10 TO 32:12  (RUNNING 00:00:37.914)**

      10           THE WITNESS:  Samsung contended that there was
      11   no such infringement and also requested the evidences
      12   for the contention of the infringement.

**3. PAGE 34:03 TO 34:05  (RUNNING 00:00:27.800)**

      03      Q    And what, if any, reply did Samsung make to
      04   Apple's assertion that Samsung had copied Apple's
      05   products?

**4. PAGE 34:07 TO 34:08  (RUNNING 00:00:08.885)**

      07           THE WITNESS:  I guess Samsung said it did not
      08   copy.

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:20.177)