JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Erik J. Olson, hereby declare as follows:

1. I am a partner at the law firm of Morison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal regarding Apple's Objections and Responses to Objections Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer and Dale Sohn ("Apple's Objections and Responses") and Exhibits 2, 7, and 9 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 2, 7 and 9"). Apple's Objections and Responses and Exhibits 2, 7, and 9 contain information that Samsung and/or Google may consider confidential.

3. Apple expects that Samsung and/or Google will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Apple's Objections and Responses and Exhibits 2, 7, and 9 should be sealed.

4. Apple does not maintain a claim of confidentiality with respect to Apple's Objections and Responses and Exhibits 2, 7, and 9.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 9th day of April, 2014, in San Jose, California.

*/s/ Erik J. Olson*
Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 9, 2014

*/s/ Rachel Krevans*
Rachel Krevans