1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer and Dale Sohn ("Apple's Objections and Responses") and Exhibits 2, 7 and 9 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 2, 7 and 9"). Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's Objections and Responses | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 2 | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 7 | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 9 | Portion(s) indicated by Samsung and/or Google |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge