| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING THOMAS BONURA, CARY CLARK, DIANNE HACKBORN, HIROSHI LOCKHEIMER AND DALE SOHN** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Objections and Responses to Objections Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer and Dale Sohn ("Apple's Objections and Responses").

2. Attached as **Exhibit 1** is a true and correct copy of SDX2451.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the transcript of the April 20, 2012 deposition of Dae Il ("Dale") Sohn.

4. Attached as **Exhibit 3** is a true and correct copy of an email from Michael Fazio, counsel for Samsung, to Ruth Borenstein, counsel for Apple, dated April 9, 2014.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt from Samsung's First Set of Interrogatories to Apple containing Samsung Interrogatory No. 10.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt from Samsung's Tenth Set of Interrogatories to Apple containing Samsung Interrogatory Nos. 49 and 50.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt from Samsung's Fourth Set of Interrogatories to Apple containing Samsung Interrogatory No. 27.

8. Attached as **Exhibit 7** is a true and correct copy of Samsung's Objections and Responses to Apple's Third Set of Interrogatories containing Samsung's Objections and Response to Interrogatory No. 32 dated September 24, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpt from Apple's Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41.

10. Attached as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the August 16, 2013 deposition of James Maccoun.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge. Executed this 9th day of April, 2014, in San Jose, California.

                                        */s/ Erik J. Olson*
                                        Erik J. Olson

## **ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 9, 2014                        */s/ Rachel Krevans*
                                                  Rachel Krevans