Exhibit 1

# iOS 5 and Android



*Business Insider*, May 4, 2012, by Steve Kovach

SDX2451