# Exhibit 3

# Exhibit 3

| | |
|---|---|
| From: | Michael Fazio <michaelfazio@quinnemanuel.com> |
| Sent: | Wednesday, April 09, 2014 3:19 AM |
| To: | rborenstein@mofo.com; Shahin Rezvani; '*** Apple/Samsung'; WH Apple Samsung NDCal II Service; 'AppleMoFoHPO' |
| Cc: | Samsung NEW |
| Subject: | RE: Apple v. Samsung (N.D. Cal. '630)   High Priority Objections to Apple's Cross Disclosures |

Ruth,

PX 227 is responsive to at least one of Samsung interrogatories Nos. 10, 27, 49, or 50,

Best regards,
Michael Fazio

---

**From:** Borenstein, Ruth N. [mailto:RBorenstein@mofo.com]
**Sent:** Wednesday, April 09, 2014 1:59 AM
**To:** Shahin Rezvani; '*** Apple/Samsung'; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; AppleMoFoHPO
**Cc:** Samsung NEW
**Subject:** RE: Apple v. Samsung (N.D. Cal. '630) - High Priority Objections to Apple's Cross Disclosures

Counsel:
With respect to PX227 (Sohn), please let us know what interrogatories Samsung contends required disclosure of this document.

In addition, in response to your objections and to narrow disputes, Apple withdraws its disclosures of PX176 and PDX89.3 for use during the examination of Gary Clark, and withdraws its disclosure of PDX88.10 for use during the examination of Dianne Hackborn.  Apple reserves the right to disclose this exhibit and these demonstratives for future witnesses.

Ruth

---

**From:** Shahin Rezvani [mailto:shahinrezvani@quinnemanuel.com]
**Sent:** Tuesday, April 08, 2014 9:58 PM
**To:** '*** Apple/Samsung'; 'WHAppleSamsungNDCalIIService@wilmerhale.com'; Apple630MoFoTeam
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung (N.D. Cal. '630) - High Priority Objections to Apple's Cross Disclosures

Counsel:

Please find below Samsung's High Priority Objections to Apple's Cross Disclosures for Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer, and Dale Sohn are set forth below.

Kind regards,
Shahin

Thomas Bonura

1

Beyond the Scope of Designation:  26:8-10 & 26:13-27:1
Leading/Beyond the Scope of Designation: 156:15-20, 156:23-158:3, 158:6-160:12

Cary Clark
PX176    FRE 602 (lack of foundation); FRE 802 (hearsay)
PDX89.3    FRE 602 (lack of foundation); FRE 402 (Apple's products are not relevant to Cary Clark's testimony)
Deposition of Cary Clark, June 25, 2013, Exhibit 5    not on the exhibit list

Dianne Hackborn
Deposition of Dianne Hackborn, June 18, 2013, Exhibit 4    not on the exhibit list
PDX88.10    FRE 402 (Dr. Mowry's expert opinions are irrelevant to any testimony Ms. Hackborn may give concerning her work at Google); FRE 602 (no personal knowledge)
Deposition of Cary Clark, June 25, 2013, Exhibit 5    FRCP 32(a)(2)-(8)(improper impeachment);  not on the exhibit list

Hiroshi Lockheimer
PX212:  Outside scope of witness disclosure; FRE 602 (lack of foundation)
PX221:  Outside scope of witness disclosure; FRE 602 (lack of foundation)
Order Granting Motion for Preliminary Injunction, July 1, 2012 (Dkt. 221):  Not a trial exhibit, FRE 403 (prejudicial)

Dale Sohn
PX147:  FRE 602 (no foundation as to this witness); FRE 403 (prejudicial to have a witness speculate about a document without foundation)
PX227: Not cited in interrogatory responses; FRE 602 (no foundation as to this witness)
Order Granting Motion for Preliminary Injunction, July 1, 2012 (Dkt. 221, Dkt. 222): Not a trial exhibit, FRE 403 (prejudicial)


To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.