Exhibit 4

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S FIRST SET OF INTERROGATORIES TO APPLE** |

1    ACCUSED PRODUCT by or on the behalf of APPLE with respect to possible infringement of

2    any claim of one or more of the APPLE PATENTS, including without limitation the date,

3    procedures, and results of such analyses, tests, or studies; and an identification of all persons

4    involved in any such analyses, tests, or studies and any related documents.

5

6    **INTERROGATORY NO. 8:**

7         Describe in detail all communications with THIRD PARTIES relating to actual or

8    potential licenses, sublicenses, settlement agreements, technology sharing agreements, or other

9    agreements regarding the APPLE PATENTS, including by identifying by Bates range all

10   documents relating to any such communications.

11

12   **INTERROGATORY NO. 9:**

13        For EACH of the APPLE PATENTS, please set forth the royalty (expressed as a

14   percentage to be applied to gross revenue in the case of a running royalty, AND expressed as a

15   dollar amount in the case of a lump sum royalty, AND expressed as the royalty base) which

16   APPLE believes is appropriate for a non-exclusive license to use such patent.

17

18   **INTERROGATORY NO. 10:**

19        Separately for each of the APPLE PATENTS, state the complete factual and legal basis for

20   YOUR contentions that APPLE is entitled to injunctive relief against infringement of the APPLE

21   PATENTS, including but not limited to: (a) what irreparable injury APPLE has suffered; (b) why

22   other remedies such as monetary damages are inadequate to compensate for that injury; (c) why

23   the balance of hardships between APPLE and SAMSUNG warrants a permanent injunction; and

24   (d) why the public interest would not be disserved by an injunction.

25

26   **INTERROGATORY NO. 11:**

27        Separately for each claim of the SAMSUNG PATENTS, identify each secondary

28   consideration that YOU contend supports the obviousness of the invention(s) claimed, and for