Exhibit 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S TENTH SET OF INTERROGATORIES TO APPLE (NOS. 43-50)** |

1        Separately, for each SOURCE CODE file produced by APPLE, identify (i) any publicly

2  released SOFTWARE compiled in whole or in part from the SOURCE CODE file, (ii) the internal

3  name and version number of any such SOFTWARE, (iii) the external name and version number of

4  any such SOFTWARE, (iv) the date of first public use or disclosure of any such SOFTWARE,

5  and (v) the date of first sale or offer for sale of any such SOFTWARE.

6

7  **INTERROGATORY NO. 48**:

8        State the costs incurred by APPLE to design and develop the Japanese (Kana) keyboard

9  accused in this lawsuit of infringing U.S. Patent No. 6,282,179, including any available

10  breakdown of costs by cost category.

11

12  **INTERROGATORY NO. 49**:

13        Separately for each of the Apple Patents-in-Suit, identify the following: (1) the role, if

14  any, that each of the Apple Patented Features has in consumer purchase decisions, (2) whether

15  each of the Apple Patented Features is the basis of consumer demand for, or substantially

16  creates the value of, the component parts of the Apple Practicing Devices and Samsung Accused

17  Devices, and (3) any documents upon which APPLE relies in providing its response to this

18  Interrogatory.

19

20  **INTERROGATORY NO. 50**:

21        Identify all facts that support YOUR contention that consumers purchase the Accused

22  Apple Products for reasons other than the Apple Accused Features and identify any

23  DOCUMENTS upon which APPLE relies in providing its response to this Interrogatory.

24

25

26

27

28

1 | DATED:  June 7, 2013

2 |                                     QUINN EMANUEL URQUHART &
3 |                                     SULLIVAN, LLP

4 |

5 |                                     By   /s/ Amar L. Thakur
                                            _____
6 |                                         Charles K. Verhoeven
                                            Kevin P.B. Johnson
7 |                                         Victoria F. Maroulis
                                            William C. Price
8 |                                         Attorneys for Defendants
                                            SAMSUNG ELECTRONICS CO., LTD.,
9 |                                         SAMSUNG ELECTRONICS AMERICA, INC.
                                            and SAMSUNG TELECOMMUNICATIONS
10 |                                        AMERICA, LLC

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |