Exhibit 6

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S FOURTH SET OF INTERROGATORIES TO APPLE (NOS. 27 - 37)** |

1  recipients AND ANY individual to whom the information, DOCUMENT, OR

2  COMMUNICATION was distributed, shown, OR explained; (iii) the information, DOCUMENT,

3  OR COMMUNICATION'S current custodian; AND (iv) ALL bases, factual AND legal, on which

4  such protection from discovery rests. Please provide this log at the time YOU serve YOUR

5  responses to these Interrogatories.

6       4.    The following Interrogatory shall be deemed continuing so as to require

7  supplementation in the event that APPLE obtains additional knowledge OR information

8  responsive to the Interrogatories.

9

10  **INTERROGATORIES**

11  **INTERROGATORY NO. 27**

12       Identify by Bates Number all DOCUMENTS or things on which APPLE intends to rely at

13  trial in this LITIGATION, including but not limited to all DOCUMENTS APPLE will use to

14  support its claims of infringement on the APPLE PATENTS-IN-SUIT, its claims that the APPLE

15  PATENTS-IN-SUIT are valid and enforceable, its damages and injunctive relief claims for the

16  APPLE PATENTS-IN-SUIT, its claims that it does not infringe the SAMSUNG PATENTS-IN-

17  SUIT, its claims that the SAMSUNG PATENTS-IN-SUIT are invalid or unenforceable, its claims

18  RELATING to Samsung's claims for damages and injunctive relief on the SAMSUNG

19  PATENTS-IN-SUIT, and any other claims, affirmative defense, or counterclaim APPLE has or

20  will assert in this LITIGATION.

21

22  **INTERROGATORY NO. 28**

23       Separately for each APPLE ACCUSED PRODUCT, IDENTIFY: (1) the Baseband

24  Processor used (listed by name, model number, serial number, part number, and internal code

25  name); (2) the Executable Software incorporated or installed in the Baseband Processor (listed by

26  file name, Build ID, and Software release version); (3) the 3GPP Release(s) supported (including

27  which versions and subversions of the 3GPP specification are supported within each Release); (4)

28