| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DISCLOSED BY APPLE AND SUBJECT TO SAMSUNG'S APRIL 9 HIGH PRIORITY OBJECTIONS REGARDING THOMAS BONURA, CARY CLARK, DIANNE HACKBORN, HIROSHI LOCKHEIMER, AND DALE SOHN** |

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") hereby moves
2  to seal certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and
3  Subject to Samsung's April 9 High Priority Objections Regarding Thomas Bonura, Cary Clark,
4  Dianne Hackborn, Hiroshi Lockheimer, and Dale Sohn ("Attachments to Apple's Notice of
5  Filing").
6    Certain Attachments to Apple's Notice of Filing contain information that Samsung and/or
7  Google may consider confidential. Apple expects that Samsung and/or Google will file the
8  required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to
9  confirm whether certain Attachments to Apple's Notice of Filing should be sealed.
10   Apple does not maintain a claim of confidentiality with respect to the Attachments to
11 Apple's Notice of Filing. Apple does not file a proposed redacted version of the aforementioned
12 attachments in accordance with the Court's Order requiring the parties to meet and confer before
13 filing public redacted documents. (1846 Dkt. 2934.)
14   For the foregoing reasons, Apple has moved to file certain Attachments to Apple's Notice
15 of Filing under seal. Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with
16 Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's
17 Administrative Motion to File Documents Under Seal as a procedural mechanism for filing
18 Attachments to Apple's Notice of Filing under seal. Samsung reserves the right to challenge any
19 proposed redactions to the extent it believes those redactions improperly seal non-confidential
20 information. Within 7 days of Samsung filing its declaration in support of sealing, the parties
21 will prepare and Apple will file a final consolidated and conformed copy of the Attachments to
22 Apple's Notice of Filing identifying what information Samsung and/or Google have supported
23 sealing.

1  Dated: April 9, 2014                                MORRISON & FOERSTER LLP

                                                       */s/ Rachel Krevans*
                                                       Rachel Krevans

                                                       *Attorneys for Plaintiff and
                                                       Counterclaim-Defendant Apple Inc.*