# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to Samsung's April 9 High Priority Objections Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer, and Dale Sohn ("Attachments to Apple's Notice of Filing"). Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| **Witness/Document** | **Portion to be Sealed** |
| --- | --- |
| Cary Clark<br>• Deposition of Cary Clark, June 25, 2013, Exhibit 5 | Portion(s) indicated by Samsung and/or Google. |
| Dianne Hackborn<br>• Deposition of Dianne Hackborn, June 18, 2013, Exhibit 4<br>• Deposition of Cary Clark, June 25, 2013, Exhibit 5 | Portion(s) indicated by Samsung and/or Google. |
| Hiroshi Lockheimer<br>• PX212<br>• PX221 | Portion(s) indicated by Samsung and/or Google. |
| Dale Sohn<br>• PX147<br>• PX227 | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge