| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF FILING OF MATERIALS SUBJECT TO SAMSUNG'S APRIL 9 HIGH PRIORITY OBJECTIONS REGARDING THOMAS BONURA, CARY CLARK, DIANNE HACKBORN, HIROSHI LOCKHEIMER, AND DALE SOHN** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to the Court's Order on Sealing and Objections
for Trial Exhibits (Dkt. No. 1616), Apple Inc. ("Apple") files as attachments hereto the materials
disclosed by Apple that are the subject of Samsung's April 9, 2014 high priority objections
regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer and Dale Sohn:

**Thomas Bonura**
- 12/11/12 Deposition, Apple's Counter Designations (PUBLIC)

**Cary Clark**
- Deposition of Cary Clark, June 25, 2013, Exhibit 5 (SEALED)

**Dianne Hackborn**
- Deposition of Dianne Hackborn, June 18, 2013, Exhibit 4 (SEALED)
- Deposition of Cary Clark, June 25, 2013, Exhibit 5 (SEALED)

**Hiroshi Lockheimer**
- PX212 (SEALED)
- PX221 (SEALED)

**Dale Sohn**
- PX147 (SEALED)
- PX227 (SEALED)

Dated: April 9, 2014           MORRISON & FOERSTER LLP

                               */s/ Rachel Krevans*
                               Rachel Krevans

                               *Attorneys for Plaintiff and
                               Counterclaim-Defendant Apple Inc.*