```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4   APPLE INC., a California
     Corporation,
 5                              No. 12-CV-00630-LHK
                   Plaintiff,
 6   vs.

 7   SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity; SAMSUNG
 8   ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG
 9   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,

10
                   Defendants.
11
     _____/
12

13

14

15

16         DEPOSITION OF DR. THOMAS BONURA

17              Palo Alto, California

18            Tuesday, December 11, 2012

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 55457
```

1    detectors, also known as Apple data detectors,

2    also known as structure detectors.  There was a

3    project called LiveSimpleText.  There was a

4    project called Eudora Live.  There was a project

5    called OD Live, or OpenDoc Live, or Live

6    OpenDoc.  I think that characterizes all of the

7    terms I remember.

8          Q.    Without getting into specifics,

9    what is the relationship between the projects you

10   just named and the 647 patent?

11               MR. VINCENT:  Objection.  Vague.

12          Calls for a legal conclusion.

13               THE WITNESS:  Well, I can tell you

14          what the projects had as their core,

15          their core fundamental ideas.  Each of

16          those projects had as its foundation the

17          notion that we could, in an automated

18          fashion, identify interesting bits of

19          information in unstructured documents,

20          documents just that consist of words, or

21          words and other interspersed media, and

22          that we could associate with those found

23          structures a set of reasonable actions to

24          take on those structures.  And each of

25          the projects that I described had at its

1              core that basic idea.

2              Q.    In your opinion, are there

3    difference between what you just described as the

4    core of those projects and the intelligent

5    assistant functionality that's depicted in the

6    Knowledge Navigator video?

7                    MR. VINCENT:  Objection.  Vague.

8              Calls for speculation.

9                    THE WITNESS:  Yes, there's --

10             there are differences, substantial

11             differences between those two concepts.

12             Q.    What are the substantial

13   differences between those concepts?

14             A.    A key component of Knowledge

15   Navigator was interaction of natural language.

16   That was not part of any of the -- that was

17   really not part of any of the work that we were

18   doing with respect to LiveDoc or data detectors.

19                   The Knowledge Navigator never

20   showed anything like the analysis of a document

21   and the association of actions with found or

22   identified structures in the document.  So they

23   are really quite different.

24                   They shared a similar intent,

25   which was a very, sort of very general one.  But

1          Q.     So, for instance, if you had an

2     address book on your Macintosh, you --

3          A.     You could do that.

4          Q.     This implementation in LISP could

5     --

6          A.     Could have talked to it.

7          Q.     Talked to that application?

8          A.     Exactly.

9          Q.     Do you have an understanding of

10    what it means to say software employs a client

11    server model?

12               MR. VINCENT:  Objection.  Vague.

13               THE WITNESS:  In general terms, I

14          have an idea of what that might be.

15          Q.     And what is that understanding?

16          A.     In very general terms, and this

17    may not be technically the most precise, but I

18    looked at a client server model as a

19    computational model where there exists some piece

20    of software that executes and provides

21    information to or receives information from

22    another software component.

23          Q.     Talking just about the first

24    implementation in LISP?

25          A.     Uh-huh.

```
 1          Q.    This system.  Would you have
 2    considered it to have employed a client server
 3    model?
 4                    MR. VINCENT:  Objection.  Vague.
 5                    THE WITNESS:  In the sense, in the
 6              very general sense that I just mentioned,
 7              there was a software component, that is
 8              the recognition component, that
 9              recognized text and communicated with the
10              UI element, the UI component.  So, you
11              know, in that sense of communication
12              between software components, yes.
13          Q.    Did the component that analyzed
14    the text have to request the text from, for
15    instance, the kind of text window you were
16    describing?
17          A.    Did it have to, or did it --
18          Q.    Did it, in fact?
19          A.     In the first implementation, it
20    had access to the contents of that window, so it
21    didn't have to ask anyone for it.  In subsequent
22    implementations, for example, in LiveSimpleText,
23    the analysis component did have to obtain the
24    text from the SimpleText application.  So the
25    answer is, it varied, depending on which
```

1   I am just assuming that in this case, you know

2   it's an assumption, it's an old message, in this

3   case I was probably referring to LiveDoc as

4   LiveSimpleText and its associated components.

5            As I said, you know, there's a lot

6   of names that got thrown around in this project.

7            Q.    Do you recall this specific

8   implementation?

9            A.    I don't recall it any more than

10  what I'm reading here.

11           Q.    And do you recall a component that

12  was called the analyzer server?

13           A.    I don't recall it very well.  Now,

14  I remember there was a component, but I can't

15  describe it to you, I'm afraid.

16           Q.    Do you recall the component, the

17  data detectors engine?

18           A.    Yes, I do recall that.  I think of

19  it as a black box.

20           Q.    And you see where it refers to

21  LiveSimpleText, is that referring to the sort of

22  modified SimpleText code we were discussing

23  earlier?

24           A.    That's correct.

25           Q.    Do you recall writing code for the

1    between the various components?

2         A.    Well, the various components

3    needed to communicate with one another and so

4    really the only practical way of doing that was

5    through Apple Events.

6         Q.    Do you remember what would trigger

7    passing Apple Events between these components in

8    this implementation?

9         A.    Not specifically.

10         Q.    Just thinking about one example

11    well, scratch that.  Actually, let's look down at

12    the second paragraph then.  So it says,

13    "Conclusion I don't really know.  Everything that

14    I've been thinking regarding LiveDoc employs a

15    client server model and hence is strongly

16    dependent on Apple Events."

17              Do you have an understanding today

18    about what you meant when you wrote that?

19         A.    I think I would be speculating,

20    but I suspect that I was saying that everything

21    that we were envisioning depends on communication

22    mediated by Apple Events.  That's all I could say

23    about it.

24         Q.    So up to this point in I guess the

25    date is November 26, 1996, what you've been

1    thinking had been about this implementation had

2    required passing Apple Events between the various

3    processes?

4              MR. VINCENT:   Objection.

5         Misstates the document and misstates the

6         testimony.

7              THE WITNESS:   I don't know if

8         everything I was thinking was along those

9         lines but certainly Apple Events was the

10        mechanism of choice at the time for

11        application to communicate with one

12        another.

13   BY MR. SUMMERS:

14        Q.    And do you see in the third

15   sentence there it says, "LiveDoc could be recast

16   as being simply data detectors with a different

17   user face"?

18        A.    Uh-huh.

19        Q.    Do you recall what you meant by

20   that?

21        A.    I don't recall.

22        Q.    And the final sentence there says,

23   "We would eliminate analyzer server app and the

24   overhead it brings."

25        A.    Uh-huh.

1        A.    Uh-huh.

2        Q.    This is an e-mail from you, I see

3   again; is that right?

4        A.    Yes.

5        Q.    Apparently.

6              And it's to Jim Miller?

7        A.    To Jim Miller.

8        Q.    And if you review it, see it says

9   "December status report"?

10       A.    Uh-huh.

11       Q.    Did you give monthly status

12  reports to Jim Miller on your work on LiveDoc?

13       A.    I don't know whether they were

14  monthly.  We gave periodic status reports.

15       Q.    Go ahead and read that paragraph,

16  starting at LiveDoc.

17       A.    Okay.

18       Q.    Have you had a chance to review

19  it?

20       A.    Yes.

21       Q.    So does this refresh your

22  recollection about how you addressed the

23  performance issues with the analyzer server that

24  was discussed in Exhibit 1?

25       A.    Well, I wish it did.  It doesn't

1    really refresh very well.  I'm afraid.

2                   I see that that's what is

3    described here, but I can't recall whether we

4    pursued this or didn't.

5              Q.    So you see it says the third

6    sentence down says, "I'm looking into

7    implementing the server as a shared library"?

8              A.    Uh-huh.

9              Q.    "Rather than the first class

10   application"?

11             A.    Uh-huh.

12             Q.    What does first class application

13   mean?

14             A.    An application that would run in

15   its own process.

16             Q.    Okay.  So you say, "I'm looking

17   into implementing the server as a shared library

18   rather than as a first class application."

19                   So do you have an understanding

20   what that sentence means?

21             A.    Not really.  It doesn't sound

22   logical, since if I were talking about a

23   shared -- a server it wouldn't be a shared

24   library.

25             Q.    Okay.

1          A.     So I am not quite sure what I was

2     talking about.

3          Q.     But you say a first class

4     application would be its own process?

5          A.     Yes.

6          Q.     Okay.

7          A.     That's what I would think.

8          Q.     So do you understand this to refer

9     to implementation of the analyzer server in its

10    own separate process?

11               MR. VINCENT:   Objection.  Calls

12          for speculation.

13               THE WITNESS:   Yes.  That's what I

14          would interpret this to mean.  And that's

15          probably how it was running up to this

16          point.

17    BY MR. SUMMERS:

18          Q.     Did you implement it that way so

19    that various applications could call into the

20    analyzer server to have text analyzed?

21          A.     That was the goal.  That was the

22    intent.

23          Q.     And do you see the next sentence

24    there, it says, "This should greatly improve the

25    overall performance of LiveDoc and should also

1    decrease its memory footprint so no interface

2    functionality will be required."

3            A.     Right.

4            Q.     Do you understand why a shared

5    library mode would eliminate interface

6    functionality?

7            A.     No.

8                   Okay.  I don't know what I was

9    driving at there.  I can understand what I was

10   talking about with respect to performance,

11   because there's no longer communication between

12   processes.  But I'm not quite sure what I was

13   driving at.

14           Q.     Do you know, is there anything

15   that would refresh your recollection about that?

16           A.     No, not at the moment.

17           Q.     And so kind of stepping back from

18   these e-mails, do you recall ever resolving this

19   performance issue associated with LiveDoc?

20           A.     I don't recall.  I don't recall

21   one way or the other, actually.

22           Q.     Is there anything that would

23   refresh your recollection?

24           A.     No.

25           Q.     So I want to switch gears and ask

1    Figure 3?

2           A.    I recall that the analyzer server

3    was a piece of code that would communicate with

4    any analyzers or detectors and act as sort of the

5    mediator between the analyzer and the

6    applications as they call on the services of the

7    server.

8           Q.    Does this refresh your

9    recollection about sort of the solution to the

10   LiveDoc performance problems we were discussing

11   earlier?

12          A.    Well, it doesn't really refresh my

13   recollection.  I think it illustrates that there

14   is -- there are communication channels between

15   these pieces, but that's about all it does.

16          Q.    Do you see up at the top there

17   Figure 3, there's kind of a number of what look

18   like icons with a piece of paper with handwriting

19   on it?

20          A.    Uh-huh.

21          Q.    And it says "application" next to

22   that?

23          A.    Uh-huh.

24          Q.    Is that representative of kind of

25   the set of applications that can use the LiveDoc

1            of the whole corpus of text is

2            significantly different in my mind than

3            having the user identify the thing of

4            interest.

5   BY MR. SUMMERS:

6            Q.    In your opinion is having the user

7   identify the structure of interest rather than

8   having the system identify the various bits of

9   information that are of interest -- actually,

10  scratch that.

11           In your opinion is having the user

12  identify the structure of interest rather than

13  having the system identify that structure covered

14  by the 647 patent?

15                MR. VINCENT:  Objection.  Calls

16           for a legal conclusion.

17                THE WITNESS:  I don't know that

18           it's covered by the 647 or not.  I know

19           that that's what we implemented in our

20           various projects.  That was always the

21           intent of each of the implementations of

22           LiveDoc was to have the system analyze

23           and continuously analyze, I should add,

24           that text, because the text could also

25           change.

1    Bates stamp at the bottom right-hand corner that

2    ends 3442.

3              A.    Yes.

4              Q.    I believe this is part of the

5    e-mail you were discussing that you wrote that

6    you were discussing earlier?

7              A.    Yes.

8              Q.    If you look at the very last

9    sentence down that page that spills over to the

10   next page, it states, "LiveDoc was a library one

11   could link with that allowed for the automatic

12   background scanning of any document containing

13   any kind of data."  Do you see that text?

14             A.    Yes.

15             Q.    Was it true that at least one

16   implementation of LiveDoc was a library one could

17   link with that allows for the automatic

18   background scanning of documents containing any

19   kind of data?

20             A.    Yes.

21             Q.    You can put that exhibit aside.

22             A.    (Witness complies.)

23             Q.    If you will grab Exhibit 3.

24             A.    Okay.

25             Q.    I believe this is also an e-mail

1    that you wrote?

2            A.    Right.

3            Q.    To Jim Miller, which you discussed

4    earlier.

5            A.    Yes.

6            Q.    If you look at the fifth

7    paragraph, there's a sentence that begins, "I am

8    looking," do you see that?

9            A.    Yes.

10           Q.    It says, "I am looking into

11   implementing the server" -- let me back up.  The

12   sentence before that says, "Currently

13   LiveSimpleText has a LiveDoc code, has LiveDoc

14   code linked into the application and also uses

15   another application to dispatch content to

16   various analyzers.  This is the analyzer

17   server."  Do you see that?

18           A.    I see that.

19           Q.    And then it's written, "I am

20   looking into implementing the server as a shared

21   library rather than a first class application."

22   Do you see that?

23           A.    Yes.

24           Q.    So it's fair to say that at least

25   at this time you viewed the server as being able

1   to be implemented as a shared library or as a

2   first class application; is that fair to say?

3          A.    I think that's fair.

4          Q.    You can set that aside.

5          A.    (Witness complies.)

6          Q.    I would like you to grab Exhibit 5

7   if you would.

8          A.    Okay.

9          Q.    And if you will flip to Page 56 of

10  this publication or this document or to the

11  extent the bottom right-hand ends in 427.

12         A.    Okay.

13         Q.    If you look at Figure 3 in the top

14  left-hand corner.

15         A.    Yes.

16         Q.    Do you recall giving testimony

17  regarding this figure?

18         A.    Yes.

19         Q.    Is the architecture or the figure

20  that's the implementation that's depicted in

21  Figure 3 the only implementation of LiveDoc that

22  you worked on?

23         A.    No.

24         Q.    I believe you said there was a

25  first or initial LISP-based version that was

1    self-contained; is that correct?

2           A.    That's correct.  We had all of the

3    components that we discussed in one application

4    space or address space.

5           Q.    So that implementation did not

6    involve a separate application; is that correct?

7           A.    The initial one did not.

8           Q.    Now, that implementation, that had

9    functionality that performed the detection of

10   structures and associated actions to those

11   detected structures; is that correct?

12          A.    That's correct.

13          Q.    And also functionality or code

14   that executed those selected actions once a user

15   selected the actions?

16          A.    That's correct.

17          Q.    Would you characterize this

18   implementation, this first LISP-based

19   implementation, as implementing a client server

20   model?

21          A.    Not in the strict sense, no,

22   because everything was -- there was no

23   communication between separate processes

24   required.  It was all in one place.

25          Q.    So would it be analogous to more

1   of a shared library type model?

2          A.     More analogous to that.

3          Q.     Would you characterize this LISP-

4   based implementation as a systemwide service?

5          A.     You could look at the LISP

6   implementation as an entire system.

7          Q.     So the functionality that performs

8   the detection of structures and the associating

9   of actions of those structures, would that

10  functionality be -- would you characterize that

11  as a systemwide service for that system?

12         A.     Yes, for that system I would.

13         Q.     I don't have any further

14  questions.

15                FURTHER EXAMINATION

16  BY MR. SUMMERS:

17         Q.     Okay.  I've got some follow-up

18  questions for you.

19                So counsel for Apple just asked

20  you if in the implementation where LiveSimpleText

21  was modified in order to create -- scratch that.

22  Counsel for Apple just asked you if in the

23  implementation where SimpleText was modified to

24  create LiveSimpleText, if some of the user

25  interface code that showed detected structures to

1    it.  I remember more of the boxing and the

2    identification of the location of the identified

3    structure.  Something that the application had to

4    handle, because we didn't have a mechanism to

5    handle that externally.

6            Q.    Would you expect because the

7    system used a pop-up menu that it might use a

8    system-level resource instead of an application-

9    level resource to create that pop-up menu?

10                 MR. VINCENT:  Objection.  Calls

11           for speculation.

12                 THE WITNESS:  I don't know.

13   BY MR. SUMMERS:

14           Q.    Okay.

15                 Would you expect that all of the

16   implementations of all of the LiveDoc projects

17   that you worked on are covered by the 647 patent?

18                 MR. VINCENT:  Objection.  Calls

19           for a legal conclusion, compound.

20                 THE WITNESS:  I can only describe

21           the details of the applications that I

22           worked on.

23   BY MR. SUMMERS:

24           Q.    So you don't have an opinion?

25           A.    I don't have an opinion on that.

```
 1              covered by the patent.  Certainly in the

 2              LiveDoc systems that we built, which

 3              really followed onto structured

 4              detectors, user initiation was not what

 5              we were doing.  We were doing system

 6              initiation.

 7    BY MR. SUMMERS:

 8              Q.    So you would not expect a system

 9    in which a user identified a structured piece of

10    information ended up being what was claimed in

11    the 647 patent?

12                   MR. VINCENT:  Objection.

13              Misstates testimony, calls for a legal

14              conclusion.

15                   THE WITNESS:  I wouldn't make the

16              statement about that at all since I don't

17              know exactly what is covered in 647 to

18              that extent.  I would just say that

19              LiveDoc, which is the work that I'm most

20              familiar with, used -- did not use user

21              initiated detection but rather used the

22              idea of system detecting all structures,

23              so.

24    BY MR. SUMMERS:

25              Q.    Okay.  So going back to the
```

1    BY MR. SUMMERS:

2          Q.    And is one of the differences that

3    a shared library wouldn't require the

4    interprocess communication that a client server

5    model requires?

6                MR. VINCENT:  Objection.  Calls

7          for speculation.

8                THE WITNESS:  As far as I know

9          that's correct.

10   BY MR. SUMMERS:

11         Q.    And do you have an opinion about

12   whether using a shared library rather than a

13   client server model for detection would be

14   covered by the 647 patent?

15               MR. VINCENT:  Objection.  Calls

16         for a legal conclusion.

17               THE WITNESS:  I don't know.

18   BY MR. SUMMERS:

19         Q.    Are you aware of any documentation

20   or evidence that would show when your group first

21   considered the use of shared libraries as opposed

22   to a client server model for detecting structures

23   in documents?

24               MR. VINCENT:  Objection.

25         Foundation, calls for speculation.