```
 1  QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
     charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
     San Francisco, California 94111
 4  Telephone: (415) 875-6600
     Facsimile: (415) 875-6700
 5
     Kevin P.B. Johnson (Bar No. 177129)
 6  kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
 7  victoriamaroulis@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
 8  Redwood Shores, California 94065
     Telephone: (650) 801-5000
 9  Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
     williamprice@quinnemanuel.com
11  Michael L. Fazio (Bar No. 228601)
     michaelfazio@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
     Los Angeles, California  90017-2543
13  Telephone:   (213) 443-3000
     Facsimile:   (213) 443-3100
14
     Attorneys for SAMSUNG ELECTRONICS CO.,
15  LTD., SAMSUNG ELECTRONICS AMERICA,
     INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR BONURA, CLARK, HACKBORN, LOCKHEIMER, AND SOHN** |

99999.77965/5864338.1

-1-                                      Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH
PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED
FOR BONURA, CLARK, HACKBORN, LOCKHEIMER, AND SOHN

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Bonura, Clark, Hackborn, Lockheimer, and Sohn ("HPO Objections").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Exhibit B to the Fazio Declaration ISO Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Bonura, Clark, Hackborn, Lockheimer, and Sohn | Document in its entirety |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's HPO Objections as a procedural mechanism for filing portions of Samsung's HPO Objections and supporting documents under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be

1  redacted from the public version of Samsung's filing.  After receiving Apple's proposed
2  redactions, Samsung will file a public, proposed redacted version of these documents.
3      Pursuant to the Court's Order (Dkt. 1616), Samsung files the exhibits and demonstratives
4  subject to the parties' objections, and those subject to Samsung's request to seal trial exhibits on
5  ECF.  Samsung requests that exhibits and demonstratives subject to the parties' objections remain
6  under seal until the relevant exhibit is admitted at trial.  Samsung further requests that exhibits and
7  demonstratives subject to Samsung's request to seal trial exhibits be sealed for the reasons stated
8  in the Declaration of Michael L. Fazio in Support of Samsung's Request to Seal Trial Materials.

10  DATED:   April 9, 2014                    QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP

                                               /s/ Michael L. Fazio
                                              Charles K. Verhoeven
                                              Kevin P.B. Johnson
                                              Victoria F. Maroulis
                                              William C. Price
                                              Michael L. Fazio

                                              Attorneys for Defendants
                                              SAMSUNG ELECTRONICS CO., LTD.,
                                              SAMSUNG ELECTRONICS AMERICA, INC.,
                                              and SAMSUNG TELECOMMUNICATIONS
                                              AMERICA, LLC