1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3   San Francisco, California 94111
Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8   Telephone: (650) 801-5000
Facsimile: (650) 801-5100

9
William C. Price (Bar. No. 108542)
10  williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
11  michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,          CASE NO. 12-cv-00630-LHK (PSG)

19          Plaintiff,

20      vs.                                        **DECLARATION OF MICHAEL L. FAZIO
                                                   IN SUPPORT OF SAMSUNG'S HIGH
21  SAMSUNG ELECTRONICS CO., LTD., a               PRIORITY OBJECTIONS AND
Korean business entity; SAMSUNG                    RESPONSES REGARDING EXHIBITS
22  ELECTRONICS AMERICA, INC., a New               AND DEMONSTRATIVES DISCLOSED
York corporation; SAMSUNG                          FOR BONURA, CLARK, HACKBORN,
23  TELECOMMUNICATIONS AMERICA,                    LOCKHEIMER, AND SOHN**
LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

099.77965/5864331.1

-2-

1    I, Michael L. Fazio, declare:

2    1.    I am a member of the State Bar of California, admitted to practice before this

3    Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for

4    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5    Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of

6    personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as

7    set forth below.

8    2.    Attached as Exhibit A is a true and correct copy of excerpts from the April 20,

9    2012 deposition transcript of Dale Sohn.

10    3.    Attached as Exhibit B is a true and correct copy of excerpts from Apple Inc.'s

11    Objections and Responses to Samsung's Interrogatories, including interrogatories 10, 27, 49, and

12    50.   Apple has designated these objections and responses "Highly Confidential – Attorney's

13    Eyes Only."

14    4.    Attached as Exhibit C is a true and correct copy of excerpts from the December

15    11, 2012 deposition transcript of Thomas Bonura.

16    5.    Attached as Exhibit D is a true and correct copy of Apple Inc.'s Thomas Bonura

17    Counter Designation Disclosure, dated April 08, 2014.

18

19    I declare under penalty of perjury that the foregoing is true and correct.   Executed on

20    April 09, 2013, at San Jose, California.

21

22    */s/ Michael L. Fazio*

23    Michael L. Fazio

24

25

26

27

28

-2-

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS
AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR BONURA, CLARK,
HACKBORN, LOCKHEIMER, AND SOHN