# EXHIBIT A

Highly Confidential - Attorneys Eyes Only

```
                                                              Page 1
 1             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JONES DIVISION
 3                                    )
    APPLE, INC., A CALIFORNIA         )
 4  CORPORATION,                      )
                                      )
 5       Plaintiff,                   )
                                      )
 6                                    )
    VS.                               ) CASE
 7                                    ) NO.
                                      ) 11-CV-01846-LHK(PSG)
 8  SAMSUNG ELECTRONICS CO.,          )
    LTD., A KOREAN BUSINESS           )
 9  ENTITY; SAMSUNG                   )
    ELECTRONICS AMERICA,              )
10  INC., A NEW YORK                  )
    CORPORATION; SAMSUNG              )
11  TELECOMMUNICATIONS                )
    AMERICA, LLC, A DELAWARE          )
12  LIMITED LIABILITY                 )
    COMPANY,                          )
13                                    )
                                      )
14       Defendant.                   )
15
    ***********************************************************
16             ORAL AND VIDEOTAPED DEPOSITION OF
                       DAE IL "DALE" SOHN
17                  Friday, April 20, 2012
          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18  ***********************************************************
19
20       ORAL AND VIDEOTAPED DEPOSITION OF DAE IL "DALE" SOHN,
    produced as a witness at the instance of the Plaintiff(s),
21  and duly sworn, was taken in the above-styled and numbered
    cause on Friday, April 20, 2012, from 9:33 a.m. to
22  5:27 p.m., before Tamara K. Chapman, CSR in and for the
    State of Texas, reported by machine shorthand, at Regus,
23  4515 Cole Avenue, Dallas, Texas, pursuant to the Federal Rules of
    Civil Procedure and the provisions stated on the record or
24  attached hereto.
25  JOB NO: 48590
```

Page 7

```
 1              THE VIDEOGRAPHER:  This is the start of tape
 2   labeled No. 1 of the videotaped deposition of Dale Sohn in
 3   the matter of Apple, Inc., versus Samsung Electronics
 4   Company, Ltd., for the Northern District of California,
 5   San Jose Division, No. 11-CV-01846-LHK (PSG).  This
 6   deposition is being held in Dallas, Texas, on April 20th,
 7   2012, at approximately 9:33 a.m.  The court reporter is
 8   Tamara Chapman.
 9              Will counsel please introduce yourselves,              09:33
10   after which the court reporter will swear in the witness.         09:33
11              MR. OLSON:  Erik Olson from Morrison &                 09:33
12   Foerster on behalf of Apple, and with me is Emily                 09:33
13   Sheffield from my office.                                         09:33
14              MS. MAROULIS:  Victoria Maroulis with Quinn            09:33
15   Emanuel, counsel for Samsung and the witness, Mr. Dale            09:33
16   Sohn.  With my is Cindi Moreland, general counsel of STA.         09:33
17                  DAE IL "DALE" SOHN,                                09:33
18   having been first duly sworn, testified as follows:               09:33
19                       EXAMINATION                                   09:33
20   BY MR. OLSON:                                                     09:33
21       Q.  Mr. Sohn, state your full name for the record.            09:34
22       A.  My Korean name is Dae Il Sohn.                            09:34
23              THE INTERPRETER:  D-A-E I-L S-O-H-N.                   09:34
24       Q.  (BY MR. OLSON)  Do you go by a different name in          09:34
25   the United States?                                                09:34
```

Page 44

1  your recollection at the time?    11:47
2          MS. MAROULIS:  Objection; asked and    11:47
3  answered, calls for speculation.    11:47
4     A.  I do not have an accurate understanding as to    11:47
5  your statement.  And, once again, I do not have a    11:48
6  recollection as to specifics with regard to the 2010    11:48
7  market situation.    11:48
8          (Exhibit 2713 was marked.)    11:48
9     Q.  (BY MR. OLSON)  I'm handing you a document I've    11:48
10  had marked as Exhibit 2713.  It is a PowerPoint    11:48
11  presentation.  On the front, says:  Samsung 3G iPhone US    11:48
12  market impact - July 2008.    11:48
13          SAMNDCA251506 through 251522.    11:48
14          Please take a look at that.  And my first    11:49
15  question for you -- well, why don't you take a look at    11:49
16  that.  And when you're done, let me ask my question.    11:49
17          (Witness reviews document.)    11:50
18     Q.  (BY MR. OLSON)  Okay.  Is Exhibit 2713 a    11:55
19  PowerPoint presentation prepared at Samsung regarding the    11:55
20  3G iPhone in the U.S.?    11:55
21          MS. MAROULIS:  Objection; lacks foundation,    11:55
22  calls for speculation.    11:55
23     A.  It appears to be the case.    11:55
24     Q.  (BY MR. OLSON)  If you'll turn to the first    11:55
25  substantive page of the document, the second page of it,    11:55

Highly Confidential - Attorneys Eyes Only

Page 45

| | | |
|---|---|---|
| 1 | it has a 2 at the bottom.  Is it correct that in 2008 the | 11:55 |
| 2 | 3G iPhone was redefining the U.S. market dynamics? | 11:56 |
| 3 | MS. MAROULIS:  Objection; lacks foundation, | 11:56 |
| 4 | calls for speculation.  The witness has not established | 11:56 |
| 5 | that he's seen the document, let alone authored it. | 11:56 |
| 6 | A.  First all -- first of all, I do not recall seeing | 11:57 |
| 7 | this document.  And second of all, I do not have a clear | 11:57 |
| 8 | understanding with regard to the intention of the author | 11:57 |
| 9 | of this document. | 11:57 |
| 10 | Q.  (BY MR. OLSON)  From your recollection as CEO of | 11:57 |
| 11 | STA, was it the case that the 3G iPhone was redefining | 11:57 |
| 12 | U.S. market dynamics in July of 2008? | 11:57 |
| 13 | MS. MAROULIS:  Objection; vague, calls for | 11:57 |
| 14 | speculation. | 11:57 |
| 15 | A.  I believe it had a certain level of impact in the | 11:58 |
| 16 | market.  But what makes me a little hesitant is the words | 11:58 |
| 17 | "redefining."  I'm not quite sure what it meant by that. | 11:58 |
| 18 | Q.  (BY MR. OLSON)  Do you see at the bottom of that | 11:58 |
| 19 | page it says:  While traditional OEMs are busy fighting | 11:58 |
| 20 | each other in the feature phone space, Apple is busy | 11:58 |
| 21 | making the category obsolete. | 11:58 |
| 22 | Based on your experience as CEO of STA in 2008, | 11:58 |
| 23 | is that statement accurate? | 11:58 |
| 24 | MS. MAROULIS:  Objection; vague, calls for | 11:59 |
| 25 | speculation. | 11:59 |