# EXHIBIT C

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4   APPLE INC., a California
    Corporation,
5                                    No. 12-CV-00630-LHK
                  Plaintiff,
6   vs.

7   SAMSUNG ELECTRONICS CO., LTD,
    a Korean business entity; SAMSUNG
8   ELECTRONICS AMERICA, INC., a
    New York corporation; SAMSUNG
9   TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
10
                  Defendants.
11
    _____/
12

13

14

15

16       DEPOSITION OF DR. THOMAS BONURA

17            Palo Alto, California

18         Tuesday, December 11, 2012

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 55457

Page 90

```
 1  patenting inventions?
 2      A.  I don't recall a policy.
 3      Q.  Do you recall, was it important to
 4  your group that was working on these four or five
 5  projects we have been discussing to get patent
 6  protection for the ideas that you were working
 7  on?
 8          MR. VINCENT:  Objection.  Vague.
 9      Calls for speculation.  Compound.
10          THE WITNESS:  I don't remember it
11      being something that we worried about.
12      We were researchers and just doing
13      interesting things.
14      Q.  Do you recall, was there a formal
15  process by which one would apply for a patent at
16  Apple?
17      A.  I do recall a process.
18      Q.  What do you recall about that
19  process?
20      A.  From what I remember, it was very
21  simple.  It was just write down a page, a
22  description of what you're doing.  You know.  And
23  I frankly don't remember what happened after that
24  point, but somebody evidently must have reviewed
25  it.  And then some mechanism must have taken
```

Page 91

```
 1  over, but I don't remember what that process
 2  was.  I don't know what it was.  I don't know
 3  what that process was.
 4      Q.  Let's take a break.  I don't have
 5  the time anymore, so we may have been going --
 6          THE VIDEOGRAPHER:  Off the
 7      record.  1:27 p.m.
 8      (Recess taken from 1:27 p.m. to
 9  1:33 p.m.)
10          THE VIDEOGRAPHER:  Back on the
11      record.  The time is 1:33 p.m.
12  BY MR. SUMMERS:
13      Q.  Welcome back.  I want to go back
14  just a little bit to talking about the projects
15  that led to the 647 patent and talk about
16  LiveDoc.  So of the projects we were discussing
17  where does LiveDoc fall?
18          MR. VINCENT:  Objection.  Vague.
19          THE WITNESS:  LiveDoc is what I
20      refer to as my LISP implementation of
21      this basic idea, this basic
22      functionality.
23  BY MR. SUMMERS:
24      Q.  So going back through the projects
25  that we were discussing and to that list of
```

Page 92

```
 1  implementation, did LiveDoc -- would you refer to
 2  that first prototype that you created for the
 3  LISP implementation in 1995 as LiveDoc or was
 4  LiveDoc a later iteration?
 5      A.  I refer it to as, yeah, the early
 6  implementation.  This is what I started to work
 7  on right after Super Card Demo.
 8      Q.  And do you recall as part of that
 9  work that at some point when you were working on
10  the prototype you started to see performance
11  problems on the system?
12          MR. VINCENT:  Objection.  Vague.
13          THE WITNESS:  There were
14      performance issues.  I do recall, yeah.
15  BY MR. SUMMERS:
16      Q.  What were those performance
17  issues?
18      A.  A little hazy, but I think one of
19  them was an issue that surfaced when we first
20  started using Apple data detectors and we were
21  communicating between LISP, LiveDoc and Apple
22  data detectors using Apple Events.
23      Q.  And when you say "using Apple data
24  detectors," you're talking about using Apple data
25  detectors that was running on the Mac OS?
```

Page 93

```
 1      A.  Correct.
 2      Q.  Great.  And I may have asked you
 3  this, do you recall what programming language the
 4  data detectors was written in at that time.
 5      A.  Yes.  That was CC++.
 6      Q.  And do you recall at any point
 7  that you conceived of that relationship between
 8  LISP, the LISP program, and Apple data detectors
 9  as a client server model?
10          MR. VINCENT:  Objection.  Vague.
11          THE WITNESS:  I don't recall
12      actually thinking about it that way, but
13      I don't recall.
14  BY MR. SUMMERS:
15      Q.  I'm going to have a -- sorry.
16          (Exhibit 1 was marked for
17      identification.)
18  BY MR. SUMMERS:
19      Q.  Go ahead and take your time and
20  you can review that whole e-mail.
21          So the document marked Bonura
22  Exhibit 1 is a document with the production
23  number APLNDC 630-0000133392.  It's a one-page
24  document.
25      A.  Uh-huh.
```

Page 94

1   Q.  Whenever you're ready.
2       So Dr. Bonura, do you recognize
3   this document?
4   A.  It appears to be an e-mail from
5   me.
6   Q.  Have you seen it before?
7   A.  I do recall having seen it.
8   Q.  And I'm guessing that -- do you
9   recall writing this e-mail?
10  A.  I don't recall writing it, but
11  I've written a lot of e-mails.
12  Q.  Does it refresh your recollection
13  about any performance issues with LiveDoc that
14  you were having while developing it?
15  A.  Well, it didn't refresh my
16  recollection, but it does describe poor
17  performance.
18  Q.  When it says it refers to LiveDoc
19  at the top, update on performance of LiveDoc, you
20  understand that's referring to sort of the LISP
21  implementation you were working on?
22  A.  Yes.  That's my belief.
23  Q.  And I see in the second sentence
24  of the first paragraph it says specifically the
25  analyzer server in the background gets an Apple

Page 95

1   event from LiveSimpleText?
2   A.  Yes.
3   Q.  Do you have an understanding of
4   what that's referring to?
5   A.  It is referring to a component
6   that LiveDoc is communicating with -- let me back
7   up.  Maybe I didn't really get this right.  Just
8   a second.
9   Q.  That's okay.
10  A.  Okay.  My reading of this says
11  that when I'm referring to LiveDoc I'm really
12  referring to LiveSimpleText.
13  Q.  What makes you think that?
14  A.  Because the only components that I
15  am seeing here are the analyzer server,
16  LiveSimpleText and Apple data detectors.  I don't
17  believe there's any LISP code in this particular
18  scenario.
19  Q.  And what makes you think that?
20  A.  I think I would have mentioned
21  it.  So in other words, it's actually a rather
22  complete simple system.  We have LiveSimpleText
23  communicating with Apple data detectors through
24  what is another component here, the analyzer
25  server.  So there's no mention of LISP in here.

Page 96

1   I am just assuming that in this case, you know
2   it's an assumption, it's an old message, in this
3   case I was probably referring to LiveDoc as
4   LiveSimpleText and its associated components.
5       As I said, you know, there's a lot
6   of names that got thrown around in this project.
7   Q.  Do you recall this specific
8   implementation?
9   A.  I don't recall it any more than
10  what I'm reading here.
11  Q.  And do you recall a component that
12  was called the analyzer server?
13  A.  I don't recall it very well.  Now,
14  I remember there was a component, but I can't
15  describe it to you, I'm afraid.
16  Q.  Do you recall the component, the
17  data detectors engine?
18  A.  Yes, I do recall that.  I think of
19  it as a black box.
20  Q.  And you see where it refers to
21  LiveSimpleText, is that referring to the sort of
22  modified SimpleText code we were discussing
23  earlier?
24  A.  That's correct.
25  Q.  Do you recall writing code for the

Page 97

1   analyzer server component in this implementation?
2   A.  No.  I don't recall personally
3   writing code.
4   Q.  So looking at this first sentence,
5   it says there's Apple Event traffic passing.
6   What is Apple Event traffic passing?
7       MR. VINCENT:  Objection.  Calls
8   for speculation.
9       THE WITNESS:  I suspect that what
10  we are referring to here is the Apple
11  events that are used to communicate
12  between the different components of our
13  system.  Our systems employ some kind of
14  remote procedure call when one
15  application wants to talk to another
16  application.  And on the Mac, that is
17  most -- was most often done by Apple
18  Events, which are ways of doing remote
19  procedure calls.
20  BY MR. SUMMERS:
21  Q.  So Apple Events are a form of
22  interprocess communication?
23  A.  Yes.
24  Q.  And do you recall in this
25  implementation why Apple Events were passed

Page 98

1  between the various components?
2      A.  Well, the various components
3  needed to communicate with one another and so
4  really the only practical way of doing that was
5  through Apple Events.
6      Q.  Do you remember what would trigger
7  passing Apple Events between these components in
8  this implementation?
9      A.  Not specifically.
10     Q.  Just thinking about one example
11 well, scratch that.  Actually, let's look down at
12 the second paragraph then.  So it says,
13 "Conclusion I don't really know.  Everything that
14 I've been thinking regarding LiveDoc employs a
15 client server model and hence is strongly
16 dependent on Apple Events."
17         Do you have an understanding today
18 about what you meant when you wrote that?
19     A.  I think I would be speculating,
20 but I suspect that I was saying that everything
21 that we were envisioning depends on communication
22 mediated by Apple Events.  That's all I could say
23 about it.
24     Q.  So up to this point in I guess the
25 date is November 26, 1996, what you've been

Page 99

1  thinking had been about this implementation had
2  required passing Apple Events between the various
3  processes?
4          MR. VINCENT:  Objection.
5      Misstates the document and misstates the
6      testimony.
7          THE WITNESS:  I don't know if
8      everything I was thinking was along those
9      lines but certainly Apple Events was the
10     mechanism of choice at the time for
11     application to communicate with one
12     another.
13 BY MR. SUMMERS:
14     Q.  And do you see in the third
15 sentence there it says, "LiveDoc could be recast
16 as being simply data detectors with a different
17 user face"?
18     A.  Uh-huh.
19     Q.  Do you recall what you meant by
20 that?
21     A.  I don't recall.
22     Q.  And the final sentence there says,
23 "We would eliminate analyzer server app and the
24 overhead it brings."
25     A.  Uh-huh.

Page 100

1      Q.  Why would recasting LiveDoc as
2  just data detectors with a different interface
3  eliminate the analyzer server app and the
4  overhead it brings?
5          MR. VINCENT:  Objection.  Calls
6      for speculation.
7          THE WITNESS:  Again, I'm not
8      really sure what I was thinking at the
9      time.  The gist of this message says
10     Apple Event traffic is a problem.  Maybe
11     what I was saying is put everything
12     together sort of as I did with the LISP
13     world.  You know, in the LISP world
14     everything was all together in one big
15     mush.  That's not so easy to do on the
16     Mac, you know.  But maybe that's what I
17     was thinking.  I don't know.  I would be
18     speculating, though.
19 BY MR. SUMMERS:
20     Q.  So if you ran everything in the
21 same -- scratch that.  So if you ran data
22 detectors with a different user interface why
23 would it eliminate the use of Apple Events?
24         MR. VINCENT:  Objection.  Calls
25     for speculation.

Page 101

1          THE WITNESS:  It would probably
2      eliminate Apple Events because everything
3      would be done within the application so
4      there's no need to communicate with
5      something else.
6  BY MR. SUMMERS:
7      Q.  It would all be in the same
8  process?
9      A.  Think of it that way.
10     Q.  Sitting here today do you recall
11 whether you solved this problem?
12     A.  I don't recall.  I don't recall
13 what the next step was.
14         (Exhibit 2 was marked for
15     identification.)
16 BY MR. SUMMERS:
17     Q.  So Dr. Bonura, do you recognize
18 this e-mail?
19     A.  Yes, this was a reply from Dave to
20 me.
21     Q.  You can see at the top there it
22 says, "RE update on performance of LiveDoc," and
23 if you look back at Exhibit 1, I think that's the
24 same subject line.
25     A.  Yeah.  Looks like it.

26 (Pages 98 to 101)

Page 102

1  Q. And he says, "Soon I will have a
2 shared library version of data detectors."
3  A. Uh-huh.
4  Q. Do you have an understanding of
5 what he meant by that?
6      MR. VINCENT: Objection. Calls
7    for speculation.
8      THE WITNESS: Yes. A shared
9    library being a piece of code that could
10   be linked that the application developer
11   would link with their application and
12   compile build time and allow for the data
13   detectors code to operate within that
14   applications process space.
15 BY MR. SUMMERS:
16  Q. So was David Wright proposing an
17 alternative solution to the one you had proposed
18 in Exhibit 1?
19      MR. VINCENT: Objection.
20   Foundation, calls for speculation.
21      THE WITNESS: I am not sure if you
22   could say that it's an alternative
23   solution. It appears to be a solution,
24   but I am not actually sure that we went
25   with this or we didn't. I really don't

Page 103

1 recall.
2 BY MR. SUMMERS:
3  Q. And do you recall as of
4 November 26, 1996, it says, "Soon I will have a
5 shared library version of data detectors"?
6      Prior to November 26, 1996, do you
7 recall any shared library version of data
8 detectors?
9  A. I don't recall one.
10  Q. And do you recall who had the idea
11 for a shared library version of data detectors?
12  A. I don't recall.
13  Q. Did you work on a shared library
14 version of data detectors?
15  A. I did not personally.
16  Q. Now, referring back to Exhibit 1,
17 you say in the second paragraph there, this is
18 your e-mail earlier in the day to Jim Miller, in
19 the second paragraph you say, "Conclusions I
20 don't really know. Everything I've been thinking
21 regarding LiveDoc employs a client server model
22 and hence strongly dependent on Apple Events."
23  A. Uh-huh.
24  Q. Do you have an understanding of
25 what you meant by "client server model" in that

Page 104

1 paragraph?
2  A. I believe that my thinking was
3 there would be a service that would be providing
4 we could call it a LiveDoc service, if you will,
5 that would be provided to any application that
6 was interested in it. And that service would
7 analyze text and inform the application of what
8 was found and would communicate with the
9 application using Apple Events. That was
10 principally what I was thinking at the time. And
11 the idea being that it obviated the need for an
12 application developer to essentially link to a
13 static library, essentially incorporating code
14 and it was a service, was sort of a systemwide
15 service. Just seemed like a good idea at the
16 time.
17      So you have two kind of different
18 approaches that you could see we were exploring.
19 One where the capabilities were included in the
20 application and the executable itself and another
21 in which the capabilities were outside the
22 application and the application would communicate
23 with the service. So there was just two
24 approaches to the same problem.
25  Q. When you say two approaches,

Page 105

1 you're contrasting the client server model with
2 the solution that Dave Wright proposed in
3 Exhibit 2?
4  A. Uh-huh. And there may have been
5 other solutions that we entertained. I can't
6 recall them now.
7  Q. So you would -- would you consider
8 the shared library solution that David Wright
9 proposed as separate from the client server model
10 that you had been thinking about in the LiveDoc
11 model?
12      MR. VINCENT: Objection. Vague,
13   calls for speculation.
14      THE WITNESS: I would guess that
15   it was a different thing.
16      (Exhibit 3 was marked for
17   identification.)
18 BY SUMMERS:
19  Q. And this is a relatively long
20 e-mail, so I'll try to save you -- see, it's
21 dated December 18, 1996?
22  A. Uh-huh.
23  Q. And so I just want to call your
24 attention to the paragraph on LiveDoc, that
25 second one down here.

Page 106

1  A. Uh-huh.
2  Q. This is an e-mail from you, I see
3  again; is that right?
4  A. Yes.
5  Q. Apparently.
6     And it's to Jim Miller?
7  A. To Jim Miller.
8  Q. And if you review it, see it says
9  "December status report"?
10 A. Uh-huh.
11 Q. Did you give monthly status
12 reports to Jim Miller on your work on LiveDoc?
13 A. I don't know whether they were
14 monthly. We gave periodic status reports.
15 Q. Go ahead and read that paragraph,
16 starting at LiveDoc.
17 A. Okay.
18 Q. Have you had a chance to review
19 it?
20 A. Yes.
21 Q. So does this refresh your
22 recollection about how you addressed the
23 performance issues with the analyzer server that
24 was discussed in Exhibit 1?
25 A. Well, I wish it did. It doesn't

Page 107

1  really refresh very well. I'm afraid.
2     I see that that's what is
3  described here, but I can't recall whether we
4  pursued this or didn't.
5  Q. So you see it says the third
6  sentence down says, "I'm looking into
7  implementing the server as a shared library"?
8  A. Uh-huh.
9  Q. "Rather than the first class
10 application"?
11 A. Uh-huh.
12 Q. What does first class application
13 mean?
14 A. An application that would run in
15 its own process.
16 Q. Okay. So you say, "I'm looking
17 into implementing the server as a shared library
18 rather than as a first class application."
19    So do you have an understanding
20 what that sentence means?
21 A. Not really. It doesn't sound
22 logical, since if I were talking about a
23 shared -- a server it wouldn't be a shared
24 library.
25 Q. Okay.

Page 108

1  A. So I am not quite sure what I was
2  talking about.
3  Q. But you say a first class
4  application would be its own process?
5  A. Yes.
6  Q. Okay.
7  A. That's what I would think.
8  Q. So do you understand this to refer
9  to implementation of the analyzer server in its
10 own separate process?
11    MR. VINCENT: Objection. Calls
12    for speculation.
13    THE WITNESS: Yes. That's what I
14    would interpret this to mean. And that's
15    probably how it was running up to this
16    point.
17 BY MR. SUMMERS:
18 Q. Did you implement it that way so
19 that various applications could call into the
20 analyzer server to have text analyzed?
21 A. That was the goal. That was the
22 intent.
23 Q. And do you see the next sentence
24 there, it says, "This should greatly improve the
25 overall performance of LiveDoc and should also

Page 109

1  decrease its memory footprint so no interface
2  functionality will be required."
3  A. Right.
4  Q. Do you understand why a shared
5  library mode would eliminate interface
6  functionality?
7  A. No.
8     Okay. I don't know what I was
9  driving at there. I can understand what I was
10 talking about with respect to performance,
11 because there's no longer communication between
12 processes. But I'm not quite sure what I was
13 driving at.
14 Q. Do you know, is there anything
15 that would refresh your recollection about that?
16 A. No, not at the moment.
17 Q. And so kind of stepping back from
18 these e-mails, do you recall ever resolving this
19 performance issue associated with LiveDoc?
20 A. I don't recall. I don't recall
21 one way or the other, actually.
22 Q. Is there anything that would
23 refresh your recollection?
24 A. No.
25 Q. So I want to switch gears and ask

**Page 154**

A. I don't know.

Q. Okay. And go ahead. You feel free to if you want to enter additional texts that test that functionality again.

MR. VINCENT: Is that a question or --

MR. SUMMERS: It's an offer, I guess.

THE WITNESS: It's okay.

MR. SUMMERS: Let's take a break and I think when I come back, let me think about it, but I think when I come back.

THE VIDEOGRAPHER: We are going off the record. The time is 3:36 p.m.

(Recess taken from 3:36 p.m. to 3:38.)

THE VIDEOGRAPHER: Back on the record. The time is 3:38 p.m.

MR. SUMMERS: So I understand that counsel for Apple has some questions for the witness.

EXAMINATION
BY MR. VINCENT:

Q. So you remember talking about an

**Page 155**

implementation you worked on called LiveSimpleText?

A. Yes.

Q. And do you recall discussing that in your work on that implementation you had to make changes to the source code of the SimpleText application in order to have pieces of the system work together?

A. Yes.

Q. Do you recall that testimony? I believe you testified that one of the pieces of the code that you modified in SimpleText was the user interface?

A. Yes. I believe that was right.

Q. In that implementation, LiveSimpleText, if the user interface code enables the selection of a detected structure was that code part of the application?

A. The user interface code that enabled the selection of a detected structure I believe was part of the application.

Q. If you will go ahead and look at Exhibit 4 in front of you.

A. Yes.

Q. And turn to the page that's the

**Page 156**

Bates stamp at the bottom right-hand corner that ends 3442.

A. Yes.

Q. I believe this is part of the e-mail you were discussing that you wrote that you were discussing earlier?

A. Yes.

Q. If you look at the very last sentence down that page that spills over to the next page, it states, "LiveDoc was a library one could link with that allowed for the automatic background scanning of any document containing any kind of data." Do you see that text?

A. Yes.

Q. Was it true that at least one implementation of LiveDoc was a library one could link with that allows for the automatic background scanning of documents containing any kind of data?

A. Yes.

Q. You can put that exhibit aside.

A. (Witness complies.)

Q. If you will grab Exhibit 3.

A. Okay.

Q. I believe this is also an e-mail

**Page 157**

that you wrote?

A. Right.

Q. To Jim Miller, which you discussed earlier.

A. Yes.

Q. If you look at the fifth paragraph, there's a sentence that begins, "I am looking," do you see that?

A. Yes.

Q. It says, "I am looking into implementing the server" -- let me back up. The sentence before that says, "Currently LiveSimpleText has a LiveDoc code, has LiveDoc code linked into the application and also uses another application to dispatch content to various analyzers. This is the analyzer server." Do you see that?

A. I see that.

Q. And then it's written, "I am looking into implementing the server as a shared library rather than a first class application." Do you see that?

A. Yes.

Q. So it's fair to say that at least at this time you viewed the server as being able

Page 166

covered by the patent. Certainly in the LiveDoc systems that we built, which really followed onto structured detectors, user initiation was not what we were doing. We were doing system initiation.

BY MR. SUMMERS:
Q. So you would not expect a system in which a user identified a structured piece of information ended up being what was claimed in the 647 patent?
    MR. VINCENT: Objection. Misstates testimony, calls for a legal conclusion.
    THE WITNESS: I wouldn't make the statement about that at all since I don't know exactly what is covered in 647 to that extent. I would just say that LiveDoc, which is the work that I'm most familiar with, used -- did not use user initiated detection but rather used the idea of system detecting all structures, so.
BY MR. SUMMERS:
Q. Okay. So going back to the

Page 167

discussion earlier, would you expect that all implementation of the projects we have been discussing today, structure detectors, LiveDocs, OpenDoc are covered by the 647 patent?
    MR. VINCENT: Objection. Calls for a legal conclusion, compound, asked and answered.
    THE WITNESS: Yeah, I think I've said that. I can't speak to that. I can only speak to the projects that I worked on and how they operated and I think I've said that all of the projects that involve LiveDoc involved system initiated action. And if we recall the sequence of events that occurred, we wanted to get something out in the hands of users early on. And we ran into as we discussed earlier, we ran into some technical roadblocks that prevented us from getting access to the contents of documents.
        So that's why Dave pursued the approach that's mentioned here, where the user identifies structured piece of information.
BY MR. SUMMERS:

Page 168

Q. And so I want to turn back to Exhibit 3.
    And counsel for Apple asked you a couple questions about this document and did you tell me as well; is that correct?
A. Uh-huh.
Q. And specifically counsel asked you about the sentence, the third one down saying, "I am looking into implementing the servers as a shared library rather than a first class application."
A. Yes.
Q. I understood you to testify when I asked you questions about this that shared library implementation was distinct from a client server implementation; is that correct?
    MR. VINCENT: Objection. Asked and answered, misstates prior testimony, misstates the document.
    THE WITNESS: It's -- constructurally it shares some similarities with client server, but in truth it's a different kind of implementation, where a library is linked to the application.

Page 169

BY MR. SUMMERS:
Q. And is one of the differences that a shared library wouldn't require the interprocess communication that a client server model requires?
    MR. VINCENT: Objection. Calls for speculation.
    THE WITNESS: As far as I know that's correct.
BY MR. SUMMERS:
Q. And do you have an opinion about whether using a shared library rather than a client server model for detection would be covered by the 647 patent?
    MR. VINCENT: Objection. Calls for a legal conclusion.
    THE WITNESS: I don't know.
BY MR. SUMMERS:
Q. Are you aware of any documentation or evidence that would show when your group first considered the use of shared libraries as opposed to a client server model for detecting structures in documents?
    MR. VINCENT: Objection. Foundation, calls for speculation.

Page 170

 1       THE WITNESS: No, other than what
 2    we have seen today.
 3  BY MR. SUMMERS:
 4       Q.  If such evidence existed where
 5  would you expect it to exist?
 6          MR. VINCENT: Calls for
 7    speculation.
 8          THE WITNESS: I don't know.
 9  BY MR. SUMMERS:
10       Q.  Did your group around the December
11  1996 time frame have a centralized code
12  management system?
13       A.  To my knowledge we did not.
14          Rather unusual, but we are a
15  research group, so.
16       Q.  And do you recall at any time
17  prior to December of 1996 considering a shared
18  library as opposed to a client server model for
19  detecting structures in unstructured data?
20          MR. VINCENT: Objection. Vague,
21    foundation.
22          THE WITNESS: I really don't `
23    recall.
24          MR. SUMMERS: Okay. Counsel, any
25    questions?

Page 171

 1       MR. VINCENT: No further
 2    questions.
 3       MR. SUMMERS: With that I will
 4    conclude the deposition. Thank you.
 5       THE VIDEOGRAPHER: This concludes
 6  today's deposition of Dr. Tomas Bonura.
 7       Master tapes of today's deposition
 8  will remain in the custody of TSG.
 9          The time is four o'clock p.m.
10  We are now off the record.
11
12          (Time noted: 2:21 p.m.)
13
14
15
16
17       _____
18          Dr. Thomas Bonura
19
20
21  Subscribed and sworn to before me
22  This     day of        , 201_.
23  _____
24
25

Page 172

 1       C E R T I F I C A T E
 2  STATE OF CALIFORNIA   )
 3                        )
 4  COUNTY OF SAN FRANCISCO )
 5       I, LINDA VACCAREZZA, a Certified
 6  Shorthand Reporter for the State of
 7  California, do hereby certify:
 8       That Dr. Thomas Bonura, the witness
 9  whose deposition is hereinbefore set
10  forth, was duly sworn by me and that such
11  deposition is a true record of the
12  testimony given by such witness.
13       I further certify that I am not
14  related to any of the parties to this
15  action by blood or marriage; and that I
16  am in no way interested in the outcome of
17  this matter.
18       IN WITNESS WHEREOF, I have hereunto
19  set my hand this 11th day of December
20  2012.
21
22       _____
23    LINDA VACCAREZZA, CSR. NO. 10201
24
25

Page 173

 1  -------------I N D E X----------------
 2  WITNESS    EXAMINATION BY      PAGE
 3  T. BONURA    MR. SUMMERS      5  160
 4        MR. VINCENT          154
 5  --------------EXHIBITS----------------
 6  PLAINTIFF'S              PAGE LINE
 7  Exhibit 1
 8  Email from Tom Bonura dated November
 9  26, 1996........................93   16
10
11  Exhibit 2
12  Email from DAvid Wright dated November
13  26, 1996........................101   14
14
15  Exhibit 3
16  Email from Tom Bonura dated December
17  18, 1996........................105   16
18
19  Exhibit 4
20  Email from Jerome Bellegarda dated June
21  23, 1996........................124   3
22
23
24
25