# EXHIBIT D

*Apple v. Samsung,* No. 12-00630
# Thomas Bonura Counter Designation Disclosure
# December 11, 2012 Deposition

*Apple's counter designations are subject to its objections to testimony designated by Samsung.*

- 26:8-10
- 26:13-1
- 70:23-71:3
- 71:5-12
- 96:7-10
- 98:11-99:3
- 99:7-12
- 106:21-107:4
- 108:23-109:13
- 109:17-21
- 133:8-15
- 152:11-14
- 152:17-25
- 156:15-20
- 156:23-158:3
- 158:6-160:12
- 163:15-17
- 163:20-25
- 166:15-23
- 169:11-14
- 169:17