UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits and
3  demonstratives related to the parties' disclosures for Bonura, Clark, Hackborn, Lockheimer, and
4  Sohn.

5  Having considered Samsung's request, and compelling reasons having been shown, the
6  Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

7  1.  The following pages are to be sealed:

| Exhibit | Portions to be Sealed |
|---|---|
| PX202 | Page 11 |
| PX212 | Exhibit in its entirety |
| PX221 | Exhibit in its entirety |
| PX229 | Exhibit in its entirety |
| PX242 | Exhibit in its entirety |
| PDX88 | Slides .18A, .19A, .20, .22-.24, .26-.33, .35 |
| DX336 | Exhibit in its entirety |

2.  The following exhibits are to be sealed to the extent the pages listed below are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| PX164 | Pages 3-7, 18, 20-24 |
| PX165 | Pages 3-7, 17, 19-22 |
| PX200 | Pages 71-81 |
| PX203 | Pages 3 & 7 |

1  **IT IS SO ORDERED.**

2

3

4  DATED: _____

5                                                           The Honorable Lucy H. Koh
United States District Judge