UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**[PROPOSED] VERDICT FORM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S CLAIMS**

**APPLE'S PATENT CLAIMS AGAINST SAMSUNG**

**1. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 9 of the '647 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '647 Patent Representative Exhibits | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|---|
| Admire (JX28) | JX28-B, JX28-C | | | |
| Galaxy Nexus (JX29) | JX29-A, JX29-B, JX29-C, JX29-D, JX29-E, JX-29-G, JX29-H, JX-29-I | | | |
| Galaxy Note (JX30) | JX30-A, JX30-B, JX30-C | | | |
| Galaxy Note II (JX31) | JX31-A, JX31-B, JX31-C | | | |
| Galaxy S II (JX32) | JX32-B, JX32-C, JX32-E, JX32-F | | | |
| Galaxy S II Epic 4G Touch (JX33) | JX33-A, JX33-B, JX33-C | | | |
| Galaxy S II Skyrocket (JX34) | JX34-A, JX34-B, JX34-C | | | |
| Galaxy S III (JX35) | JX35-G, JX35-H, JX35-I, JX35-J, JX35-M | | | |
| Galaxy Tab 2 10.1 (JX36) | | | | |
| Stratosphere (JX37) | JX37-A | | | |

**2. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 25 of the ’959 Patent?**

(Please answer in each cell with a “Y” for “yes” (for Apple), or with an “N” for “no” (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | ‘959 Patent Representative Exhibits | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|---|
| Admire (JX28) | JX28-B, JX28-C | | | |
| Galaxy Nexus (JX29) | JX29-A, JX29-B, JX29-C, JX29-D, JX29-E, JX29-G, JX29-H, JX29-I | | | |
| Galaxy Note (JX30) | JX30-A, JX30-B, JX30-C | | | |
| Galaxy Note II (JX31) | JX31-A, JX31-B, JX31-C | | | |
| Galaxy S II (JX32) | JX32-B, JX32-C, JX32-E, JX32-F | | | |
| Galaxy S II Epic 4G Touch (JX33) | JX33-A, JX33-B, JX33-C | | | |
| Galaxy S II Skyrocket (JX34) | JX34-A, JX34-B, JX34-C | | | |
| Galaxy S III (JX35) | JX35-G, JX35-H, JX35-I, JX35-J, JX35-M | | | |
| Galaxy Tab 2 10.1 (JX36) | JX36-C | | | |
| Stratosphere (JX37) | JX37-A | | | |

**3. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) has infringed Claim 20 of the ’414 Patent?**

(Please answer in each cell with a “Y” for “yes” (for Apple), or with an “N” for “no” (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | ‘414 Patent Representative Exhibits | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|---|
| Admire (JX28) | JX28-B, JX28-C | | | |
| Galaxy Nexus (JX29) | JX29-A, JX29-B, JX29-C, JX29-D, JX29-E, JX-29-G, JX29-H, JX-29-I | | | |

| Accused Samsung Product | '414 Patent Representative Exhibits | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|---|
| Galaxy Note (JX30) | JX30-A, JX30-B, JX30-C | | [blacked out] | |
| Galaxy Note II (JX31) | JX31-A, JX31-B, JX31-C | | [blacked out] | |
| Galaxy S II (JX32) | JX32-B, JX32-C, JX32-E, JX32-F | | [blacked out] | |
| Galaxy S II Epic 4G Touch (JX33) | JX33-A, JX33-B, JX33-C | | [blacked out] | |
| Galaxy S II Skyrocket (JX34) | JX34-A, JX34-B, JX34-C | | [blacked out] | |
| Galaxy S III (JX35) | JX35-G, JX35-H, JX35-I, JX35-J, JX35-M | | [blacked out] | |
| Galaxy Tab 2 10.1 (JX36) | JX36-C | | | |
| Stratosphere (JX37) | JX37-A | | [blacked out] | |

**4. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) and/or Samsung Telecommunications America (STA) has infringed Claim 8 of the '721 Patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | '721 Patent Representative Exhibits | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|---|
| Admire (JX28) | JX28-B | | [blacked out] | |
| Galaxy Nexus (JX29) | JX29-A, JX29-B, JX29-C, JX29-D, JX29-H, JX-29-I | | [blacked out] | |
| Galaxy Note (JX30) | [blacked out] | [blacked out] | [blacked out] | [blacked out] |
| Galaxy Note II (JX31) | [blacked out] | [blacked out] | [blacked out] | [blacked out] |
| Galaxy S II (JX32) | JX32-C, JX32-E | | [blacked out] | |
| Galaxy S II Epic 4G Touch (JX33) | JX33-A, JX33-B | | [blacked out] | |
| Galaxy S II Skyrocket (JX34) | JX34-C | | [blacked out] | |
| Galaxy S III (JX35) | [blacked out] | [blacked out] | [blacked out] | [blacked out] |
| Galaxy Tab 2 10.1 (JX36) | [blacked out] | [blacked out] | [blacked out] | [blacked out] |
| Stratosphere (JX37) | JX37-A | | [blacked out] | |

**5. If you found that Samsung Electronics America (SEA) or Samsung Telecommunications America (STA) infringed in any of Questions 1 through 4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC) took action that it knew or should have known would induce SEA or STA to infringe the ’<u>647 Patent, ’959 Patent, ’414 Patent, and/or ’721 Patent?</u>**

(Please answer in each cell with a “Y” for “yes” (for Apple), or with an “N” for “no” (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | ’647 Patent | ’959 Patent | ’414 Patent | ’721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | [blacked out] |
| Galaxy Note II (JX 31) | | | | [blacked out] |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | [blacked out] |
| Galaxy Tab 2 10.1 (JX 36) | | | | [blacked out] |
| Stratosphere (JX 37) | | | | |

**6. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. (SEC), Samsung Electronics America (SEA), and/or Samsung Telecommunications America (STA) took action it knew or should have known would contribute to infringement of the ’<u>647 Patent, ’959 Patent, ’414 Patent, and/or ’721 Patent</u>?**

(Please answer in each cell with a “Y” for “yes” (for Apple), or with an “N” for “no” (for Samsung). Do not provide an answer for any cell that is blacked out.)

| Accused Samsung Product | ’647 Patent | ’959 Patent | ’414 Patent | ’721 Patent |
|---|---|---|---|---|
| Admire: (JX 28) | | | | |
| Galaxy Nexus (JX 29) | | | | |
| Galaxy Note (JX 30) | | | | [blacked out] |
| Galaxy Note II (JX 31) | | | | [blacked out] |
| Galaxy S II (JX 32) | | | | |
| Galaxy S II Epic 4G Touch (JX 33) | | | | |
| Galaxy S II Skyrocket (JX 34) | | | | |
| Galaxy S III (JX 35) | | | | [blacked out] |
| Galaxy Tab 2 10.1 (JX 36) | | | | [blacked out] |
| Stratosphere (JX 37) | | | | |

**7. Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | | | |
| '959 Patent (Claim 25) | | | |
| '414 Patent (Claim 20) | | | |
| '721 Patent (Claim 8) | | | |
| '172 Patent (Claim 18) | | | |

**8. Has Samsung proven by clear and convincing evidence that Apple's asserted patent claims are invalid?**

| | | |
|---|---|---|
| ’647 Patent (Claim 9) | Yes ____ (for Samsung) | No ____ (for Apple) |
| ’959 Patent (Claim 25) | Yes ____ (for Samsung) | No ____ (for Apple) |
| ’414 Patent (Claim 20) | Yes ____ (for Samsung) | No ____ (for Apple) |
| ’721 Patent (Claim 8) | Yes ____ (for Samsung) | No ____ (for Apple) |
| ’172 Patent (Claim 18) | Yes ____ (for Samsung) | No ____ (for Apple) |

**DAMAGES TO APPLE FROM SAMSUNG (IF APPLICABLE)**

**9. What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?**

$ ______________________.

**10. a. For the total dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products:**

| Accused Samsung Product | Amount |
|---|---|
| Admire: (JX 28) | |
| Galaxy Nexus (JX 29) | |
| Galaxy Note (JX 30) | |
| Galaxy Note II (JX 31) | |
| Galaxy S II (JX 32) | |
| Galaxy S II Epic 4G Touch (JX 33) | |
| Galaxy S II Skyrocket (JX 34) | |
| Galaxy S III (JX 35) | |
| Galaxy Tab 2 10.1 (JX 36) | |
| Stratosphere (JX 37) | |

**b. For the dollar amount in your answer to Question 9, please provide the dollar breakdown for the following products and following periods:**

| Accused Samsung Product | August 1, 2011 – June 30, 2012 | July 1, 2012 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|---|
| Galaxy S II | | | |
| Galaxy S II Epic 4G | | | |
| Galaxy S II Skyrocket | | | |

**SAMSUNG'S PATENT CLAIMS AGAINST APPLE**

**11. For each of the following products, has Samsung proven by a preponderance of the evidence that Apple has infringed the indicated Samsung patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple). Do not provide an answer for any cell that is blacked out.)

| Accused Apple Products | '239 Patent | '449 Patent |
|---|---|---|
| | Claim 15 | Claim 27 |
| iPhone 4 (JX 38) | | |
| iPhone 4S (JX 39) | | |
| iPhone 5 (JX 40) | | |
| iPad 2 (JX 41) (cellular-enabled only) | | ■ |
| iPad 3rd gen. (JX 42) (cellular-enabled only) | | ■ |
| iPad 4th gen. (JX 43) (cellular-enabled only) | | ■ |
| iPad mini (JX 44) (cellular-enabled only) | | ■ |
| iPod touch (JX 45) (4th gen.) | ■ | |
| iPod touch (JX 46) (5th gen.) | ■ | |

**DAMAGES TO SAMSUNG FROM APPLE (IF APPLICABLE)**

**12. What is the total dollar amount that Samsung is entitled to receive from Apple on the claims on which you have ruled in favor of Samsung?**

$ ______________________.

**13. For the total dollar amounts in your answers to Questions 12, please provide the dollar breakdown for the following products.**

| Accused Samsung Product | Amount |
|---|---|
| iPhone 4 (JX 38) | |
| iPhone 4S (JX 39) | |
| iPhone 5 (JX 40) | |
| iPad 2 (JX 41) (cellular-enabled only) | |
| iPad 3rd gen. (JX 42) (cellular-enabled only) | |
| iPad 4th gen. (JX 43) (cellular-enabled only) | |
| iPad mini (JX 44 ) (cellular-enabled only) | |
| iPod touch 4th gen. (JX 45) | |
| iPod touch 5th gen. (JX 46) | |

Have the presiding juror sign and date this form.

Signed: ______________________________ Date: ____________________________________

PRESIDING JUROR