QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S PROPOSED VERDICT FORM**<br><br>Judge:        Hon. Lucy H. Koh<br>Place:        Courtroom 1, 5th Floor<br>Trial Date:  March 31, 2014 at 9 A.M. |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON APPLE'S CLAIMS

1. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 20 of the '414 patent?**

   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '414 patent.   Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire (Accused Versions: JX28(b)-(c)) | | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | | | | |
| Galaxy Note (Accused Versions: JX30(a)-(c)) | | | | |
| Galaxy Note II (Accused Versions: JX31(a)-(c)) | | | | |
| Galaxy S II (Accused Versions: JX32(a)-(g)) | | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | | |
| Galaxy Tab 2 10.1 (Accused Versions: | | | | |

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| JX36(a)-(d)) | | | | |
| Stratosphere (Accused Versions: JX37(a)-(b)) | | ████ | | |

1

2

**2.** **For each of the following products that you found infringed claim 20 of the '414 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '414 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 20 of the '414 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | |
| Galaxy Note (Accused Versions: JX30(a)-(c)) | |
| Galaxy Note II (Accused Versions: JX31(a)-(c)) | |
| Galaxy S II (Accused Versions: JX32(a)-(g)) | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | |
| Galaxy Tab 2 10.1 (Accused Versions: JX36(a)-(d)) | |
| Stratosphere (Accused Versions: JX37(a)-(b)) | |

3.     For each of the following products that you found infringed claim 20 of the '414 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '414 patent and knowledge that the component was especially made or adapted for use in an infringing manner?

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72 | | | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | | | |
| Galaxy Note II (Accused Versions: JX31(a)-(c)) | | | |
| Galaxy S II    (Accused Versions: JX32(a)-(g)) | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | |
| Galaxy Tab 2 10.1 (Accused Versions: JX36(a)-(d)) | | | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | | | |

4.  **If in response to Question Nos. 1, 2, and/or 3 you found that Samsung has infringed claim 20 of the '414 Patent, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?**

Yes _____ (for Apple)      No _____ (for Samsung)

5.  **Has Samsung proven by clear and convincing evidence that claim 20 of the '414 patent is invalid?**

Yes _____ (for Samsung)    No _____ (for Apple)

6. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 8 of the '721 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '721 patent. Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire (Release EH02) (Accused Versions: JX-28(b)) [Tongue/Dot Design] | | | | |
| Galaxy Nexus – Ice Cream Sandwich (Accused Versions: JX-29(a)-(c), (i-k)) | | | | |
| Galaxy Nexus – Jelly Bean (Accused Versions: JX-29(d), (e), (h); (m); (n); JX72) | | | | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1) (Accused Versions: JX-32(c), (e)) [Tongue/No Dot Design] | | | | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29) (Accused Versions: JX-33(a)-(b)) [Tongue/No Dot Design] | | | | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 ) (Accused Versions: JX-34(c)) [Tongue/No Dot Design] | | | | |
| Stratosphere (Release EI2) (Accused Versions: JX-37(a)) [Puzzle] | | | | |

7. **For each of the following products that you found infringed claim 8 of the '721 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '721 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 8 of the '721 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).    Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire (Release EH02) (Accused Versions: JX-28(b))<br><br>[Tongue/Dot Design] | |
| Galaxy Nexus – Ice Cream Sandwich (Accused Versions: JX-29(a)-(c), (i-k)) | |
| Galaxy Nexus – Jelly Bean (Accused Versions: JX-29(d), (e), (h), (m); (n); JX72) | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1) (Accused Versions: JX-32(c), (e))<br><br>[Tongue/No Dot Design] | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29) (Accused Versions: JX-33(a)-(b))<br><br>[Tongue/No Dot Design] | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 ) (Accused Versions: JX-34(c))<br><br>[Tongue/No Dot Design] | |
| Stratosphere (Release EI2) (Accused Versions: JX-37(a))<br><br>[Puzzle] | |

SAMSUNG'S PROPOSED VERDICT FORM

8. **For each of the following products that you found infringed claim 8 of the '721 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '721 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (Release EH02) (Accused Versions: JX-28(b))  [Tongue/Dot Design] | | | |
| Galaxy Nexus – Ice Cream Sandwich (Accused Versions: JX-29(a)-(c), (i-k)) | | | |
| Galaxy Nexus – Jelly Bean (Accused Versions: JX-29(d), (e), (h), (m); (n); JX72) | | | |
| Galaxy S II (Releases I777UCKH7, I777UCKK6, T989UVKID, T989UVKL1) (Accused Versions: JX-32(c), (e))  [Tongue/No Dot Design] | | | |
| Galaxy S II Epic 4G Touch (Releases EG30, EK02, EL29) (Accused Versions: JX-33(a)-(b))  [Tongue/No Dot Design] | | | |
| Galaxy S II Skyrocket (Releases: I727UCKJ2, I727UCKK1 ) (Accused Versions: JX-34(c))  [Tongue/No Dot Design] | | | |
| Stratosphere (Release EI2) (Accused Versions: JX-37(a))  [Puzzle] | | | |

9.  **If in response to Question Nos. 6, 7, and/or 8 you found that Samsung has infringed claim 8 of the '721 Patent, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?**

Yes _____ (for Apple)      No _____ (for Samsung)

10.  **Has Samsung proven by clear and convincing evidence that claim 8 of the '721 patent is invalid?**

Yes _____ (for Samsung)    No _____ (for Apple)

**11.** For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 25 of the '959 patent?

(Please answer in each cell with a "Y" for yes (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '959 patent. Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | | ███████ | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n)) | | ███████ | | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | | ███████ | | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | | ███████ | | |
| Galaxy S II (Accused Versions: JX32(a)-(c), (e)-(g)) | | ███████ | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | ███████ | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(c)) | | ███████ | | |
| Galaxy S III (Accused Versions: JX35(g)-(j); (m); (o)) | | ███████ | | |
| Galaxy Tab 2 10.1 (Accused Versions: JX36(b), (c)) | | | | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | | ███████ | | |

1

2   **12.   For each of the following products that you found infringed claim 25 of the '959**
    **patent, has Apple proven by a preponderance of the evidence that Samsung**
3   **Electronics Co., Ltd. ("SEC"), knowing of the '959 patent, took action that it knew or**
    **should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or**
4   **Samsung Telecommunications America, LLC ("STA") to infringe claim 25 of the '959**
    **patent?**
5

6   (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for
    Samsung).   Do not answer any cell that is blacked out.)
7

8

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n)) | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | |
| Galaxy Note II (Accused Versions: JX31(a)-(c)) | |
| Galaxy S II   (Accused Versions: JX32(a)-(c), (e)-(g)) | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(c)) | |
| Galaxy S III (Accused Versions: JX35(g)-(j); (m); (o)) | |
| Galaxy Tab 2 10.1 (Accused Versions: JX36(b), (c)) | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13. **For each of the following products that you found infringed claim 25 of the '959 patent, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '959 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).    Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n)) | | | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | | | |
| Galaxy Note II (Accused Versions: JX31(a)-(c)) | | | |
| Galaxy S II    (Accused Versions: JX32(a)-(c), (e)-(g)) | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(c)) | | | |
| Galaxy S III (Accused Versions: JX35(g)-(j); (m); (o)) | | | |
| Galaxy Tab 2 10.1 (Accused Versions: JX36(b), (c)) | | | |
| Stratosphere    (Accused Versions: JX37(a)) | | | |

14. **If in response to Question Nos. 11, 12, and/or 13 you found that Samsung has infringed claim 25 of the '959 Patent, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?**

      Yes _____ (for Apple)     No _____ (for Samsung)

15. **Has Samsung proven by clear and convincing evidence that claim 25 of the '959 patent is invalid?**

      Yes _____ (for Samsung)   No _____ (for Apple)

16. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '647 patent.   Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72 | | | | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | | | | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | | | | |
| Galaxy S II   (Accused Versions: JX32(a)-(g)) | | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | | |
| Stratosphere   (Accused Versions: JX37(a)) | | | | |

02198.51981/5861790.5

17. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | |
| Galaxy Note II    (Accused Versions: JX31(a)-(c)) | |
| Galaxy S II    (Accused Versions: JX32(a)-(g)) | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | |
| Stratosphere    (Accused Versions: JX37(a)) | |

18. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Gingerbread or Ice Cream Sandwich versions of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | | | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | | | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | | | |
| Galaxy S II   (Accused Versions: JX32(a)-(g)) | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | | | |

19. **For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung), and for each product for which you answer with a "Y" for yes indicate the date Apple provided Samsung written notice that such product infringed the '647 patent.   Do not answer for any cell that is blacked out).

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m);(n); JX72 | | | | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | | | | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | | | | |
| Galaxy S II   (Accused Versions: JX32(a)-(g)) | | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**20.   For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | |
| Galaxy Note II    (Accused Versions: JX31(a)-(c)) | |
| Galaxy S II    (Accused Versions: JX32(a)-(g)) | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | |
| Stratosphere    (Accused Versions: JX37(a)-(b)) | |

21. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Browser</u> application in Samsung products with the Jelly Bean version of Android, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | | | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | | | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | | | |
| Galaxy S II   (Accused Versions: JX32(a)-(g)) | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | | | |

1

2      **22.    For each of the following products, has Apple proven by a preponderance of the**
3           **evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America**
           **("SEA"), and/or Samsung Telecommunications America, LLC ("STA") infringed**
4           **claim 9 of the '647 patent through the <u>Messenger</u> application?**

5           (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for
           Samsung), and for each product for which you answer with a "Y" for yes indicate the date
6           Apple provided Samsung written notice that such product infringed the '647 patent.   Do
           not answer for any cell that is blacked out).
7

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC | Date of Notice |
|---|---|---|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72) | | | | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | | | | |
| Galaxy Note II    (Accused Versions: JX31(a)-(c)) | | | | |
| Galaxy S II    (Accused Versions: JX32(a)-(g)) | | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | | |
| Stratosphere    (Accused Versions: JX37(a)-(b)) | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**23.** **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Messenger</u> application, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '647 patent, took action that it knew or should have known would induce Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") to infringe claim 9 of the '647 patent through the <u>Messenger</u> application?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).   Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. |
|---|---|
| Admire   (Accused Versions: JX28(b)-(c)) | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72 | |
| Galaxy Note   (Accused Versions: JX30(a)-(c)) | |
| Galaxy Note II   (Accused Versions: JX31(a)-(c)) | |
| Galaxy S II   (Accused Versions: JX32(a)-(g)) | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | |
| Stratosphere   (Accused Versions: JX37(a)-(b)) | |

24. **For each of the following products that you found infringed claim 9 of the '647 patent through the <u>Messenger</u> application, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and/or Samsung Telecommunications America, LLC ("STA") supplied an important component of the infringing part of the product; that the component was not a common component suitable for non-infringing use; and that SEC, SEA, or STA supplied the component with knowledge of the '647 patent and knowledge that the component was especially made or adapted for use in an infringing manner?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).    Do not answer any cell that is blacked out.)

| Accused Samsung Product | Samsung Electronics Co. Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire    (Accused Versions: JX28(b)-(c)) | | | |
| Galaxy Nexus (Accused Versions: JX29(a)-(e); (g)-(k); (m); (n); JX72 | | | |
| Galaxy Note    (Accused Versions: JX30(a)-(c)) | | | |
| Galaxy Note II    (Accused Versions: JX31(a)-(c)) | | | |
| Galaxy S II    (Accused Versions: JX32(a)-(g)) | | | |
| Galaxy S II Epic 4G Touch (Accused Versions: JX33(a)-(d)) | | | |
| Galaxy S II Skyrocket (Accused Versions: JX34(a)-(d)) | | | |
| Galaxy S III (Accused Versions: JX35(a)-(j); (l)-(o)) | | | |
| Stratosphere    (Accused Versions: JX37(a)-(b)) | | | |

25. **If in response to Question Nos. 16, 17, 18, 19, 20, 21, 22, 23, and/or 24 you found that Samsung has infringed claim 9 of the '647 Patent, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?**

Yes _____ (for Apple)      No _____ (for Samsung)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**26.    Has Samsung proven by clear and convincing evidence that claim 9 of the '647 patent is invalid?**

Yes _____ (for Samsung)    No _____ (for Apple)

**27.   Has Apple proven by clear and convincing evidence that Samsung's infringement of claim 18 of the '172 Patent was willful?**

Yes _____ (for Apple)        No _____ (for Samsung)

**28.   Has Samsung proven by clear and convincing evidence that claim 18 of the '172 patent is invalid?**

Yes _____ (for Samsung)   No _____ (for Apple)

## DAMAGES TO APPLE FROM SAMSUNG

29.  **What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple, if any?**

$_____.

30.  **How is the total amount of damages stated in Question No. 29 divided?**

Lost profits $_____
Reasonable royalty $_____

31.  **For the total dollar amount in your answer to Question No. 29, please provide the dollar breakdown by product and asserted claim**

| Accused Samsung Product | '414 Patent Claim 20 | '172 Patent Claim 18 | '721 Patent Claim 8 | '959 Patent Claim 25 | '647 Patent Claim 9 | TOTAL |
|---|---|---|---|---|---|---|
| Admire (JX 28(b)-(c)) | | | | | | |
| Galaxy Nexus (JX 29(a)-(e); (g)-(k); (m); (n); JX72) | | | | | | |
| Galaxy Note (JX 30(a)-(c)) | | | ■ | | | |
| Galaxy Note II (JX 31(a)-(c)) | | ■ | ■ | | | |
| Galaxy S II (JX32(a)-(c), (e)-(g)) | | | | | | |
| Galaxy S II Epic 4G Touch (JX 33(a)-(d)) | | | | | | |
| Galaxy S II Skyrocket (JX 34(a)-(d)) | | | | | | |
| Galaxy S III (JX 35(a)-(j); (l)-(o)) | | ■ | ■ | | | |
| Galaxy Tab 2 10.1 (JX 36(a)-(e)) | | ■ | ■ | | | |

SAMSUNG'S PROPOSED VERDICT FORM

| Accused Samsung Product | '414 Patent Claim 20 | '172 Patent Claim 18 | '721 Patent Claim 8 | '959 Patent Claim 25 | '647 Patent Claim 9 | TOTAL |
|---|---|---|---|---|---|---|
| Stratosphere (JX 37(a)-(b)) | | | | | | |

**32.** For the dollar amount in your answer to Question 29, please provide the dollar breakdown for the following products and following periods:

| Accused Samsung Product | August 1, 2011 – August 24, 2012 | August 25, 2012 - Present |
|---|---|---|
| Galaxy S II (JX 32(a)-(j); (l)-(o)) | | |
| Galaxy S II Epic 4G Touch (JX 33(a)-(d)) | | |
| Galaxy S II Skyrocket (JX 34(a)-(d)) | | |

1

**FINDINGS ON SAMSUNG'S CLAIMS**

2

3   33.   **For each of the following products, has Samsung proven by a preponderance of the
4         evidence that Apple infringed claim 15 of the '239 patent?**

5         (Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no"
6         (for Apple).    Do not answer any cell that is blacked out.)

7

| Accused Apple Product | '239 Patent |
| --- | --- |
| | Claim 15 |
| iPhone 4 (Accused Versions: JX 38(a)) | |
| iPhone 4S (Accused Versions: JX 39(a)) | |
| iPhone 5 (Accused Versions: JX 40(a); (b)) | |
| iPad 2 (Accused Versions: JX 41(a)) | |
| iPad 3 (Accused Versions: JX 42(a)) | |
| iPad 4 (Accused Versions: JX 43(a); (b)) | |
| iPad Mini (Accused Versions: JX 44(a)) | |

18

19   34.   **If in response to Question No. 33 you found that Apple has infringed claim 15 of the
20         '239 Patent, has Samsung proven by clear and convincing evidence that Apple's
          infringement was willful?**

21

         Yes _____ (for Samsung)          No _____ (for Apple)

22

23

24

25

26

27

28

35.    For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed claim 27 of the '449 patent?

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).   Do not answer any cell that is blacked out.)

| Accused Apple Product | '449 Patent |
|---|---|
| | Claim 27 |
| iPhone 4 (Accused Versions: JX 38(a)) | |
| iPhone 4S (Accused Versions: JX 39(a)) | |
| iPhone 5 (Accused Versions: JX 40(a); (b)) | |
| iPod Touch, 4th gen. (Accused Versions: JX 46(a)) | |
| iPod Touch, 5th gen. (Accused Versions: JX 45(a); (b)) | |

36.    If in response to Question No. 35 you found that Apple has infringed claim 27 of the '449 Patent, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?

Yes _____ (for Samsung)          No _____ (for Apple)

**DAMAGES TO SAMSUNG FROM APPLE**

37.   What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's patent infringement claims on the '239 and '449 patents?

$_____.

38.   For the total dollar amount in your answer to Question 37, please provide the dollar breakdown by product and asserted claim

| Accused Apple Product | '449 Patent Claim 27 | '239 Patent Claim 15 | TOTAL |
|---|---|---|---|
| iPhone 4 (JX 38) | | | |
| iPhone 4S (JX 39) | | | |
| iPhone 5 (JX 40) | | | |
| iPad 2 (JX 41) | ███ | | |
| iPad 3 (JX 42) | ███ | | |
| iPad 4 (JX 43) | ███ | | |
| iPad Mini (JX 44) | ███ | | |
| iPod Touch, 4th gen. (JX 46) | | ███ | |
| iPod Touch, 5th gen. (JX 45) | | ███ | |

Have the presiding juror sign and date this form.

Signed:_____

Date:_____

PRESIDING JUROR