# Exhibit A

PLAINTIFF'S EXHIBIT NO. 137B
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:__________ By:_______

search the site

# Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update?

November 15, 2012 David Beren 38 Comments

Tweet Like +1

PhoneDog Media Exclusive

**Do you want a social network that can truly improve your real-life?** PhoneDog Media is providing a sneak peek to iM5 - the "Do It" Social Network. See the video



In what appears to be a little known development from yesterdays Galaxy S III Jelly Bean update, Samsung looks to have snuck local search back into their TouchWiz software. Local Search, if you'll recall was removed from the Galaxy S III in response to Apple's lawsuits courtesy of a maintenance update this past August. The update deleted the option for local search on all T-Mobile Galaxy S III devices. Now, it looks to be completely restored, though there's no mention of it on T-Mobile's support page. We've yet to verify with T-Mobile or Samsung on local search, but if this holds we're thrilled to see its return.

Local search allows for the search app to look for files on the phone, like contacts or apps when users attempt a web search from the pre-loaded search app. This is an awesome feature for Android and it's removal back in August was disheartening. Seeing it return is wonderful.




Tags: android 4.1, galaxy s III, jelly bean, local search, software update, universal search

---

# Bitdefender Antivirus Review

by Joe Hindy / Android Authority

Like 23 Tweet 13 Share 0

Jump To: Jump To: Android has amazing security. In most cases, you don't need anti-virus or anti-malware app because Android rocks. For those of you that like to remain protected and enjoy peace of mind, we have for you a review of Bitdefender Antivirus Free. The app is provided by a security c... read more

promoted stories by inPowered

**Sponsored From Around the Web**

Testosterone Booster Takes GNC By Storm

Why Snoring Can Kill - and How to Stop It

5 Warning Signs That Cancer Is Starting in Your Body

A 101 Year Old Marathon Runner Shares His Secret To Limitless Energy

How Penny Stocks Create Millionaires Every Day

?

## About David Beren

David is the founder and Editor-in-Chief of TmoNews.com. He considers himself a Jedi Knight, capable of leaping tall buildings in a single bound and a connoisseur of fine cell phones. He has been involved in the wireless industry since 2003 and has been known to swap out phones far too many times in any given year. Should you wish to contact him, you can do so: david@tmonews.com.

View all posts by David Beren 

 T-Mobile's Full Smartphone/Tablet Holiday Lineup Now Available

Play Store, T-Mobile Nexus 4 Orders Backordered As Much As Three Weeks? 

**AROUND THE WEB**

  

9 Huge Celebrities Who Are Surprisingly Small Celeb Zen

5 Signs if Cancer is Activated in Your Body Newsmax Health

2014 Pin-Ups: The 5 Best-selling Calendars This Year TheRichest

ALSO ON TMONEWS

AT&T ordered to stop infringing on T-Mobile's magenta trademark color by … 49 comments

Company planning to offer free talk and text to Mexico to Simple Choice … 72 comments

Credit Score changes allow up to 5 lines and reduced deposits for … 56 comments

T-Mobile named among most innovative companies of 2014, alongside … 15 comments

**38 Comments** **TmoNews** d

Sort by Newest Share Favorite

Join the discussion…

B.Sharp · a year ago

Searching for the new Jordan's huh? Nice!

Reply · Share ›

DP · a year ago

Did anyone notice that LTE was added to the network settings?

Reply · Share ›

Mark Fortune · a year ago

got the update and am happy. really thought that holding down the menu button would have launched voice commands. this really helps a lot. oh well. maybe next time. i really used to like the search button on last years phones.....any chance google renews their license with microsoft to bring that back?

Reply · Share ›

Abe_The_Babe · a year ago

David, I was happily surprised when I noticed that universal search was back. This update has been

Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update? | TmoNewsTmoNews

a great, my phone is faster than ever and universal search is back, I can't ask for more.

Reply · Share ›

Guest · a year ago

Is there a reason why I wouldnt have recieved the update yet? Please respond. Thanks in advance

1 · Reply · Share ›

Eric Eason · a year ago

Is there a reason why I wouldnt have recieved the update yet? Please respond. Thanks in advance

1 · Reply · Share ›

od312 · a year ago

Is it me or do the blacks and deep colors seemed washed out after jellybean update??

Reply · Share ›

yvrcouve · a year ago

It doesn't search for documents. :(

Reply · Share ›

atari37 · a year ago

[redacted]

Anyway, universal search was never removed on my Galaxy Nexus.

Reply · Share ›

AndTheWorldMayNeverKnow · a year ago

I noticed this with the Jelly Bean update, I have been messing with all the new stuff since last night but I don't like the fact that Now requires your location at all times when in use. I use the search function but I won't be using Google Now, I'm a little sketchy about apps that say they always need

http://www.tmonews.com/2012/11/did-local-universal-search-get-restored-in-galaxy-s-iii-jelly-bean-update/[2/10/2014 6:33:46 PM]
PLAINTIFF'S EXHIBIT NO. 137B, Page 6 of 10

my location. I keep my location off 99% of the time, I only use it when I'm using GPS out of town and I don't know where I'm going, otherwise never. Big brother doesn't need to be in my business any more than he already is lol

Reply · Share ›

bumrocky · a year ago

Actually, I have a manually 3rd party app, and it found it when I searched for it.

Reply · Share ›

trickbiker121 · a year ago

This has been put back in the Galaxy Nexus with Android 4.2

Reply · Share ›

vinterchaos · a year ago

Who cares, we've had content searches on OS since way before the iPhone did it.

4 Reply · Share ›

Jamille Browne > vinterchaos · a year ago

1 Reply · Share ›

gpt2010 · a year ago

I have done a few tests on my phone and it seems to work. Statements like "open gmail", call "home" worked fine. Either way. I am happy it is back.

Reply · Share ›

Chris > gpt2010 · a year ago

□ ┃ □ · Reply · Share ›

Josue · a year ago

□ ┃ □ · Reply · Share ›

Chris > Josue · a year ago

□ ┃ □ · Reply · Share ›

Jamille Browne > Josue · a year ago

□ ┃ □ · Reply · Share ›

Josue > Jamille Browne · a year ago

1 □ ┃ □ · Reply · Share ›

tekmonkey · a year ago

FYI, shortcut to open Google Now. Hold the MENU button.

6 □ ┃ □ · Reply · Share ›



GersonT1000 > tekmonkey • a year ago

I prefer using Nova Launcher and using a double finger swype down gesture!

| 1 • Reply • Share ›

od312 > tekmonkey • a year ago

I prefer just tapping the google search bar. Much faster.

1 | • Reply • Share ›

tekmonkey > od312 • a year ago

That works but most people dont like the Google search bar on their home screen. Plus the MENU button shortcut works in any application.

| 1 • Reply • Share ›

od312 > tekmonkey • a year ago

Didnt know it worked in any app. Good point!

| • Reply • Share ›

Chris > tekmonkey • a year ago

Doesn't work that way on the Note 2. Holding Menu mimics pressing a dedicated search key, so depending on what app you're in, it does different things. I have to be on the home screen holding Menu to bring up google now. It's kinda lame.

| • Reply • Share ›

**About PhoneDog**

PhoneDog is one of the largest and most popular interactive mobile news and reviews resource that attracts a community of more than 2.5 million unique visitors each month. The site may have a "cute" name, but it offers up serious editorial content and video reviews that users rely on to make important decisions about their next mobile purchases.

**PhoneDog Media Family**

**PhoneDog** - Cell phone news
**Android And Me** - Google & Android
**TmoNews** - The Unofficial T-Mobile Blog
**TodaysiPhone** - iPhone News & Rumors

**Company**

About us
In the press
Advertising info
Jobs & careers
Data licensing

**Popular**

Reviews
Rumors
Upcoming Phones
Rate plans

**Research & Shop**

Buying guide
Phone finder
Compare plans
Phone specials
Long distance

© 2001-2014 PhoneDog, LLC.
Reproduction without explicit permission is prohibited. All rights reserved.