EXHIBIT 1

 The Unofficial T-Mobile Blog



search the site

# Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update?

November 15, 2012  David Beren  38 Comments

Tweet   Like   +1

**PhoneDog Media Exclusive**

**Do you want a social network that can truly improve your real-life?** PhoneDog Media is providing a sneak peek to iM5 - the "Do It" Social Network. See the video

PLAINTIFF'S EXHIBIT NO. 137

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____



In what appears to be a little known development from yesterdays Galaxy S III Jelly Bean update, Samsung looks to have snuck local search back into their TouchWiz software. Local Search, if you'll recall was removed from the Galaxy S III in response to Apple's lawsuits courtesy of a maintenance update this past August. The update deleted the option for local search on all T-Mobile Galaxy S III devices. Now, it looks to be completely restored, though there's no mention of it on T-Mobile's support page. We've yet to verify with T-Mobile or Samsung on local search, but if this holds we're thrilled to see its return.

Local search allows for the search app to look for files on the phone, like contacts or apps when users attempt a web search from the pre-loaded search app. This is an awesome feature for Android and it's removal back in August was disheartening. Seeing it return is wonderful.

PLAINTIFF'S EXHIBIT NO. 137, Page 2 of 10





🏷 Tags: android 4.1, galaxy s III, jelly bean, local search, software update, universal search

---

## Bitdefender Antivirus Review

by Joe Hindy / Android Authority

**f** Like ⟨ 23 ⟩    🐦 Tweet ⟨ 13 ⟩    in Share ⟨ 0 ⟩

Jump To: Jump To: Android has amazing security. In most cases, you don't need anti-virus or anti-malware app because Android rocks. For those of you that like to remain protected and enjoy peace of mind, we have for you a review of Bitdefender Antivirus Free. The app is provided by a security c... read more ›

promoted stories by inPowered

PLAINTIFF'S EXHIBIT NO. 137, Page 3 of 10

**Sponsored From Around the Web**











Testosterone Booster Takes GNC By Storm

Why Snoring Can Kill - and How to Stop It

5 Warning Signs That Cancer Is Starting in Your Body

A 101 Year Old Marathon Runner Shares His Secret To Limitless Energy

How Penny Stocks Create Millionaires Every Day

## About David Beren

David is the founder and Editor-in-Chief of TmoNews.com. He considers himself a Jedi Knight, capable of leaping tall buildings in a single bound and a connoisseur of fine cell phones. He has been involved in the wireless industry since 2003 and has been known to swap out phones far too many times in any given year. Should you wish to contact him, you can do so: david@tmonews.com.

View all posts by David Beren 





 T-Mobile's Full Smartphone/Tablet Holiday Lineup Now Available

Play Store, T-Mobile Nexus 4 Orders Backordered As Much As Three Weeks? 

**AROUND THE WEB**









9 Huge Celebrities Who Are
Surprisingly Small Celeb Zen

5 Signs if Cancer is Activated in
Your Body Newsmax Health

2014 Pin-Ups: The 5 Best-selling
Calendars This Year TheRichest

**ALSO ON TMONEWS**

**AT&T ordered to stop infringing on T-Mobile's
magenta trademark color by …** 49 comments

**Credit Score changes allow up to 5 lines and
reduced deposits for …** 56 comments

**Company planning to offer free talk and text to
Mexico to Simple Choice …** 72 comments

**T-Mobile named among most innovative companies
of 2014, alongside …** 15 comments

---

**38 Comments**    **TmoNews**                                                          d    ▾

Sort by Newest ▾                                                       Share 🔲    Favorite 🔲

⬜  Join the discussion…

⬜  **B.Sharp** · a year ago
    Searching for the new Jordan's huh? Nice!

    🔲 | 🔲 · Reply · Share ›

⬜  **DP** · a year ago
    Did anyone notice that LTE was added to the network settings?

    🔲 | 🔲 · Reply · Share ›

⬜  **Mark Fortune** · a year ago
    got the update and am happy. really thought that holding down the menu button would have launched
    voice commands. this really helps a lot. oh well. maybe next time. i really used to like the search
    button on last years phones.....any chance google renews their license with microsoft to bring that
    back?

    🔲 | 🔲 · Reply · Share ›

⬜  **Abe_The_Babe** · a year ago
    David, I was happily surprised when I noticed that universal search was back. This update has been

PLAINTIFF'S EXHIBIT NO. 137, Page 5 of 10

a great, my phone is faster than ever and universal search is back, I can't ask for more.

▢ ▌ ▢ · **Reply** · **Share ›**

**Guest** · a year ago

Is there a reason why I wouldnt have recieved the update yet? Please respond. Thanks in advance

▢ ▌ 1 ▢ · **Reply** · **Share ›**

**Eric Eason** · a year ago

Is there a reason why I wouldnt have recieved the update yet? Please respond. Thanks in advance

▢ ▌ 1 ▢ · **Reply** · **Share ›**

**od312** · a year ago

Is it me or do the blacks and deep colors seemed washed out after jellybean update??

▢ ▌ ▢ · **Reply** · **Share ›**

**yvrcouve** · a year ago

It doesn't search for documents. :(

▢ ▌ ▢ · **Reply** · **Share ›**

**atari37** · a year ago

I thought the universal search patent was invalidated but I'm not too sure. Can't find it anywhere. The Bounce back patent was however invalidated and that might be what I was thinking of.

Anyway, universal search was never removed on my Galaxy Nexus.

▢ ▌ ▢ · **Reply** · **Share ›**

**AndTheWorldMayNeverKnow** · a year ago

I noticed this with the Jelly Bean update, I have been messing with all the new stuff since last night but I don't like the fact that Now requires your location at all times when in use. I use the search function but I won't be using Google Now, I'm a little sketchy about apps that say they always need

my location. I keep my location off 99% of the time, I only use it when I'm using GPS out of town and I don't know where I'm going, otherwise never. Big brother doesn't need to be in my business any more than he already is lol

☐ | ☐ · Reply · Share ›

**bumrocky** · a year ago

Actually, I have a manually 3rd party app, and it found it when I searched for it. They must have bypassed the patent, and found a loophole to do it using a new process.

☐ | ☐ · Reply · Share ›

**trickbiker121** · a year ago

This has been put back in the Galaxy Nexus with Android 4.2

☐ | ☐ · Reply · Share ›

**vinterchaos** · a year ago

Who cares, we've had content searches on OS since way before the iPhone did it. Hate this lawsuit garbage.

4 ☐ | ☐ · Reply · Share ›

**Jamille Browne** › vinterchaos · a year ago

The people that were deprived of such privileges due to crapple's non-sense

1 ☐ | ☐ · Reply · Share ›

**gpt2010** · a year ago

I have done a few tests on my phone and it seems to work. Statements like "open gmail", call "home" worked fine. Not sure how Samsung and Google are getting away with this since one of the major reasons for the lawsuit was local search. Either way, I am happy it is back.

☐ | ☐ · Reply · Share ›

**Chris** › gpt2010 · a year ago

PLAINTIFF'S EXHIBIT NO. 137, Page 7 of 10



They are getting away with it because it's not doing a "Siri" like search. That's what the whole lawsuit is about.

So technically, if you don't do a siri like search, you would then be allowed to go on.

Like Google said before, they found a work around and that lifted the ban.

☐ | ☐ · Reply · Share ›



**Josue** · a year ago

ismell another stupid lawsuit by crapple

☐ | ☐ · Reply · Share ›



**Chris** › Josue · a year ago

The ban was already lifted because Google got a workaround a week after the ban was issued. You can find this article/google statement if you google it.

That's what allowed the GNexus to continue selling.

☐ | ☐ · Reply · Share ›



**Jamille Browne** › Josue · a year ago

I think they restored it because the verdict was overturned maybe? I'm not 100% sure but that may be the reason.

☐ | ☐ · Reply · Share ›



**Josue** › Jamille Browne · a year ago

hope so i hate when apple sues ppl for BS things

1 ☐ | ☐ · Reply · Share ›



**tekmonkey** · a year ago

FYI, shortcut to open Google Now. Hold the MENU button.

6 ☐ | ☐ · Reply · Share ›

PLAINTIFF'S EXHIBIT NO. 137, Page 8 of 10



**GersonT1000** > tekmonkey  ·  a year ago

I prefer using Nova Launcher and using a double finger swype down gesture!

☐ | 1 ☐  ·  Reply  ·  Share ›



**od312** > tekmonkey  ·  a year ago

I prefer just tapping the google search bar. Much faster.

1 ☐ | ☐  ·  Reply  ·  Share ›



**tekmonkey** > od312  ·  a year ago

That works but most people dont like the Google search bar on their home screen. Plus the MENU button shortcut works in any application.

☐ | 1 ☐  ·  Reply  ·  Share ›



**od312** > tekmonkey  ·  a year ago

Didnt know it worked in any app. Good point!

☐ | ☐  ·  Reply  ·  Share ›



**Chris** > tekmonkey  ·  a year ago

Doesn't work that way on the Note 2. Holding Menu mimics pressing a dedicated search key, so depending on what app you're in, it does different things. I have to be on the home screen holding Menu to bring up google now. It's kinda lame.

☐ | ☐  ·  Reply  ·  Share ›

**About PhoneDog**

PhoneDog is one of the largest and most popular interactive mobile news and reviews resource that attracts a community of more than 2.5 million unique visitors each month. The site may have a "cute" name, but it offers up serious editorial content and video reviews that users rely on to make important decisions about their next mobile purchases.

**PhoneDog Media Family**

PLAINTIFF'S EXHIBIT NO. 137, Page 9 of 10

**PhoneDog** - Cell phone news

**Android And Me** - Google & Android

**TmoNews** - The Unofficial T-Mobile Blog

**TodaysiPhone** - iPhone News & Rumors

## Company

About us

In the press

Advertising info

Jobs & careers

Data licensing

## Popular

Reviews

Rumors

Upcoming Phones

Rate plans

## Research & Shop

Buying guide

Phone finder

Compare plans

Phone specials

Long distance





© 2001-2014 PhoneDog, LLC.

Reproduction without explicit permission is prohibited. All rights reserved.