# EXHIBIT 2

PLAINTIFF'S EXHIBIT NO. 159C
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____



search the site

# Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update?

November 15, 2012   David Beren   38 Comments

Tweet   Like   +1



PhoneDog Media Exclusive

Do you want a social network that can truly improve your real-life? PhoneDog Media is providing a sneak peek to iM5 - the "Do It" Social Network. See the video



In what appears to be a little known development from yesterdays Galaxy S III Jelly Bean update, Samsung looks to have snuck local search back into their TouchWiz software. Local Search, if you'll recall was removed from the Galaxy S III in response to Apple's lawsuits courtesy of a maintenance update this past August. The update deleted the option for local search on all T-Mobile Galaxy S III devices. Now, it looks to be completely restored, though there's no mention of it on T-Mobile's support page. We've yet to verify with T-Mobile or Samsung on local search, but if this holds we're thrilled to see its return.

Local search allows for the search app to look for files on the phone, like contacts or apps when users attempt a web search from the pre-loaded search app. This is an awesome feature for Android and it's removal back in August was disheartening. Seeing it return is wonderful.




Tags: android 4.1, galaxy s III, jelly bean, local search, software update, universal search



Sponsored From Around the Web


Testosterone Booster Takes GNC By Storm


Why Snoring Can Kill - and How to Stop It


5 Warning Signs That Cancer Is Starting in Your Body


A 101 Year Old Marathon Runner Shares His Secret To Limitless Energy


How Penny Stocks Create Millionaires Every Day



## About David Beren



David is the founder and Editor-in-Chief of TmoNews.com. He considers himself a Jedi Knight, capable of leaping tall buildings in a single bound and a connoisseur of fine cell phones. He has been involved in the wireless industry since 2003 and has been known to swap out phones far too many times in any given year. Should you wish to contact him, you can do so: david@tmonews.com.

View all posts by David Beren



 T-Mobile's Full Smartphone/Tablet Holiday Lineup Now Available

Play Store, T-Mobile Nexus 4 Orders Backordered As Much As Three Weeks? 

AROUND THE WEB





