# EXHIBIT 4

(Redacted Version of Document Sought to be Sealed)

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:    (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC,, a California corporation,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
a Delaware limited liability company,

        Defendants.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
a Delaware limited liability company,

        Counterclaim-Plaintiffs,

    v.

APPLE INC., a California corporation,

        Counterclaim-Defendant.

Civil Action No. 12-CV-00630-LHK (PSG)

**APPLE INC.'S THIRD
SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO SAMSUNG'S
SECOND SET OF
INTERROGATORIES**

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY –
SOURCE CODE**

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S
SECOND SET OF INTERROGATORIES (NO. 25)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides its supplemental response to Interrogatory No. 25 served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on December 13, 2012.  These responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available.  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories, served on January 14, 2013, are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Second Set of Interrogatories as follows:

**INTERROGATORY NO. 25:**

If YOU contend that any APPLE COVERED PRODUCT practices any asserted claim of the APPLE PATENTS, IDENTIFY: (i) the APPLE COVERED PRODUCT; (ii) the asserted claim of the APPLE PATENT; (iii) the features or functionality of the APPLE COVERED PRODUCT that practice the asserted claim; (iv) the software, by name and version, responsible for those features or functionality; (v) the source code (identified by file

-1-

1   name and line number) that implements any software features or functionality that YOU

2   contend practices any asserted claim of the APPLE PATENTS, including an identification

3   (by file name and line number) of source code YOU contend was properly produced under

4   Patent Local Rule 3-2(e); (vi) the names of any engineers, designers, and authors responsible

5   for creating or maintaining the features or functionality and/or the source code implementing

6   them; and (vii) the person(s) most knowledgeable regarding the response to this

7   interrogatory.

8

9   **RESPONSE TO INTERROGATORY NO. 25:**

10          In addition to its General Objections above, which it hereby incorporates by

11   reference, Apple objects to this Interrogatory on the grounds and to the extent that it is overly

12   broad and unduly burdensome, seeking information that is neither relevant nor reasonably

13   calculated to lead to the discovery of admissible evidence, to the extent that it (i) seeks an

14   identification of "any APPLE COVERED PRODUCT," defined overly broadly as "any

15   PRODUCT sold or offered for sale at any time by APPLE that APPLE contends practices

16   any of the APPLE PATENTS-IN-SUIT," regardless of whether all such products are relevant

17   to this litigation; and (ii) seeks an identification of "the source code (identified by file name

18   and line number) that implements any software features or functionality that YOU contend

19   practices any asserted claim of the APPLE PATENTS, including an identification (by file

20   name and line number) of source code YOU contend was properly produced under Patent

21   Local Rule 3-2(e)."  Apple further objects to this Interrogatory to the extent that it calls for

22   legal conclusions and prematurely calls for expert testimony or opinions at this stage of

23   litigation to the extent that it (i) seeks an identification of "the features or functionality of the

24   APPLE COVERED PRODUCT that practice the asserted claim;" (ii) seeks an identification

25   of "the software, by name and version, responsible for those features or functionality;" (iii)

26   seeks an identification of "the source code (identified by file name and line number) that

-2-

27

28

1  implements any software features or functionality that YOU contend practices any asserted

2  claim of the APPLE PATENTS, including an identification (by file name and line number)

3  of source code YOU contend was properly produced under Patent Local Rule 3-2(e);" and

4  (iv) seeks an identification of "the names of any engineers, designers, and authors

5  responsible for creating or maintaining the features or functionality and/or the source code

6  implementing them." Apple additionally objects to this Interrogatory to the extent that it

7  seeks information protected from disclosure by the attorney-client privilege, work product

8  doctrine, or other applicable privilege or immunity against disclosure. Apple also objects to

9  this Interrogatory because it is compound and comprises discrete subparts resulting in

10  separate interrogatories.

11       Subject to and without waiving the foregoing General and Specific Objections, Apple

12  responds as follows:

13       The Apple devices, identified with iOS version where appropriate, that practice any

14  of the asserted Apple Patents are indicated below, along with the claims practiced of such

15  Apple Patent:

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| iPad | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |

-3-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| iPad | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad 2 | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad 2 | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPad 2 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| New iPad | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| New iPad | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

-4-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| iPad Mini | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone | iOS 1 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3G | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 3G | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-5-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| **iPhone 3G** | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3GS** | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22- | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31- | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

-6-

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE

Case No. 12-CV-00630-LHK (PSG)

APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET OF INTERROGATORIES

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | | 24, 26 | | | 32 | | | | |
| iPhone 4 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| iPhone 4S | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone 4S | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPhone 5 | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |
| iPod touch | iOS 1 | 1-2, 4-5, 8, 11, 13-17, 20, 22- | None | None | 1-2, 10-12, 20-24, 27-28, 31- | None | 1, 3-15 | 21, 23, 27 | None |

-7-

| Device | OS | '502 Patent | '647 Patent | '959 Patent | '414 Patent | '760 Patent | '721 Patent | '172 Patent | '604 Patent |
|--------|-----|-------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
| | | 24, 26 | | | 32 | | | | |
| iPod touch | iOS 2 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | None | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 3 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 4 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 5 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| iPod touch | iOS 6 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | 1, 6, 11, 16, 18, 20 |

-8-

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  -  SOURCE CODE

APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET OF INTERROGATORIES

1    Discovery is still in its early stages and Apple is continuing to investigate.  Apple

2    reserves the right to supplement and/or amend its response as appropriate.

3

4    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

5    Subject to and incorporating its General Objections and its Specific Objections and

6    Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

7    Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following

8    supplemental response:

9    Pursuant to the parties' meet-and-confer discussions, Apple supplements its response

10   to this interrogatory with respect to the Apple devices that Apple contends practice U.S.

11   Patent Nos. 5,946,647; 8,014,760; 8,046,721; and 8,074,172.  Pursuant to the parties' meet-

12   and-confer discussions, Apple will further supplement its response with respect to the Apple

13   devices that Apple contends practice U.S. Patent Nos. 5,666,502; 6,847,959; 7,761,414; and

14   8,086,604 at a later date.  With respect to an identification of the Apple products that practice

15   the Apple Patents, the asserted claims that are practiced by each such product, and the

16   software by version for each such product, Apple identified this information in its original

17   response, which is incorporated herein by reference.  With respect to the identification below

18   of file directories where source code implementing the patented features or functionalities

19   may be found, Apple's identification is not intended to be an exhaustive listing of every file

20   in which practicing source code may be found.  To the extent the source code in the

21   identified file may reference other source code files, those files are incorporated herein by

22   reference.  Apple reserves the right to further supplement its response to the extent

23   information becomes available during discovery.

24

25

26

27                                            -9-

28

1  U.S. Patent No. 5,946,647

2       Apple generally refers to the functionality covered by the asserted claims of the '647

3  patent as "data detectors," and that term has also been used in numerous reviews and

4  discussions of Apple products to describe this functionality (although this "data detectors"

5  functionality is not necessarily coterminous with the asserted claims).  Thomas Deniau is an

6  individual with primary responsibility for creating and/or maintaining source code

7  implementing this functionality.  File names where code implementing the feature or

8  functionality may be found with respect to iOS version 5 include at least the following:

9  ███████████████████████████████████████████████

10 ████████████████████████████████████████

11 ██████████████████████████████████████████

12 ████████████████████████████████████████████

13 ██████████████████████████████████

14      Pursuant to Fed. R. Civ. P. 33(d), information responsive to this interrogatory may be

15 found at APLNDC630-0000069204-69324; APLNDC630-0000069325-69460;

16 APLNDC630-0000169870-169907.

17 U.S. Patent No. 8,014,760

18      Apple generally refers to the functionality covered by the asserted claims of the '760

19 patent as the "missed calls list," and that term has also been used in numerous reviews and

20 discussions of Apple products to describe this functionality (although this "missed call lists"

21 functionality is not necessarily coterminous with the asserted claims).  Ed Voas is an

22 individual with primary responsibility for creating and/or maintaining at least some of the

23 source code implementing this functionality.  File names where code implementing the

24 feature or functionality may be found with respect to iOS version 5 include at least the

25 following:

26

27 -10-

28

1 ████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ███████████████████████████████████████████

5 U.S. Patent No. 8,046,721

6    Apple generally refers to the functionality covered by the asserted claim of the '721

7 patent as "slide to unlock," and that term has also been used in numerous reviews and

8 discussions of Apple products to describe this functionality (although this "slide to unlock"

9 functionality is not necessarily coterminous with the asserted claims).  Balaji Sarpeshkar is

10 an individual with primary responsibility for creating and/or maintaining at least some of the

11 source code implementing this functionality.

12    The '721 patent is a user interface patent, and therefore any infringement or

13 practicing of the patent occurs at the user interface level, regardless of the manner in which

14 the source code implements the patented features.  Accordingly, Apple is not relying on any

15 source code either to prove infringement of the '721 patent, or to demonstrate its practice of

16 the patent, and therefore objects to identifying source code files in connection with Apple's

17 implementation of its slide to unlock functionality.  Subject to these objections, Apple is

18 informed and believes that file names where code implementing the feature or functionality

19 may be found with respect to iOS version 5 include at least the following: ████████████

20 ████████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ██████████████████████████████████████████

23 ███████████████████████████████████████████

24 █████████████████████████████████████

25 ███████████████████████

26 ████████████████████████

-11-

27

1

2   <u>U.S. Patent No. 8,074,172</u>

3        Apple generally refers to the functionality covered by the asserted claim of the '172

4   patent as "auto-correction," "word-correction," or "word suggestion," and these terms have

5   also been used in numerous reviews and discussions of Apple products to describe this

6   functionality (although the discussed functionality is not necessarily coterminous with the

7   asserted claims).  Kenneth Kocienda is an individual who had primary responsibility for

8   creating and/or maintaining this functionality.

9        The '172 patent is a user interface patent, and therefore any infringement or

10  practicing of the patent occurs at the user interface level, regardless of the manner in which

11  the source code implements the patented features.  Accordingly, Apple is not relying on any

12  source code either to prove infringement of the '172 patent, or to demonstrate its practice of

13  the patent, and therefore objects to identifying source code files in connection with Apple's

14  implementation of its auto-correction, word correction, or word suggestion functionality.

15  Subject to these objections, Apple is informed and believes that file and project names where

16  code implementing the feature or functionality may be found with respect to iOS version 5

17  include at least the following: ████████████████████████████

18  ████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████

21        Apple reserves the right to supplement and/or amend its response as appropriate.

22

23  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

24        Subject to and incorporating its General Objections and its Specific Objections and

25  Responses from Apple Inc.'s Objections and Responses to Samsung's Second Set of

26

-12-

27

28  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  -            Case No. 12-CV-00630-LHK (PSG)
    SOURCE CODE
    APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET
                                          OF INTERROGATORIES

1   Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the following

2   supplemental response:

3        U.S. Patent No. 5,666,502

4        Apple practices the asserted claims of the '502 patent through the use of history list or

5   search histories in certain applications available on its devices (although references to history

6   list or search history functionality are not necessarily coterminous with the asserted claims).

7   Brad Moore and Adele Peterson are individuals responsible for creating and/or maintaining

8   source code implementing this functionality.  File names where code implementing the

9   feature or functionality may be found with respect to iOS version 6 include at least the

10  following: ███████████████████████

11  ████████████████████████████

12  ██████████████████████████

13  ████████████████████████████

14  ███████████████████

15  ██████████████████████

16  ████████████████████████████

17  ██████████████████

18  ████████████████████████████

19  ████████████████

20  ███████████████████████████

21  ██████████████████

22  ███████████████████████████

23  █████

24       U.S. Patent Nos. 6,847,959 and 8,066,604:

25       Apple practices the asserted claims of the '959 and '604 patents through the use of

26  the Siri Personal Assistant.  Benjamin Phipps is one individual responsible for creating

-13-

and/or maintaining source code implementing this functionality.  File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following: ████████████████████

████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████

U.S. Patent No. 7,761,414

The following Apple devices running the listed versions of iOS practice at least claim 11 of the '414 patent:

- iPad (iOS 3, 4, 5)
- iPad 2 (iOS 4, 5, 6)
- New iPad (iOS 5, 6)
- iPad Mini (iOS 6)
- iPhone (iOS 3)
- iPhone 3G (iOS 3, 4)
- iPhone 3GS (iOS 3, 4, 5, 6)
- iPhone 4 (iOS 4, 5, 6)
- iPhone 4S (iOS 5, 6)
- iPhone 5 (iOS 6)
- iPod touch (iOS 3, 4, 5, 6)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server.  Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality.  File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

███████████████████████████████

█████████████████████████████████

-14-

1

2

3

4

5

6

7

8

9   U.S. Patent No. 8,046,721

10          Apple generally refers to the functionality covered by the asserted claim of the '721

11   patent as "slide to unlock," and that term has also been used in numerous reviews and

12   discussions of Apple products to describe this functionality (although this "slide to unlock"

13   functionality is not necessarily coterminous with the asserted claims).  Balaji Sarpeshkar is

14   an individual with primary responsibility for creating and/or maintaining at least some of the

15   source code implementing this functionality.

16          The '721 patent is a user interface patent, and therefore any infringement or

17   practicing of the patent occurs at the user interface level, regardless of the manner in which

18   the source code implements the patented features.  Accordingly, Apple is not relying on any

19   source code either to prove infringement of the '721 patent, or to demonstrate its practice of

20   the patent, and therefore objects to identifying source code files in connection with Apple's

21   implementation of its slide to unlock functionality.  Subject to these objections, Apple is

22   informed and believes that file names where code implementing the feature or functionality

23   may be found with respect to iOS version 5 include at least the following:

24

25

26

27

28   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  -          Case No. 12-CV-00630-LHK (PSG)
     SOURCE CODE

     APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET
     OF INTERROGATORIES

1

2

3

4

5

6        Apple reserves the right to supplement and/or amend its response as appropriate.

7

8    **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

9        Subject to and incorporating its General Objections and its Specific Objections and

10   Responses from Apple Inc.'s previous Objections and Responses to Samsung's Second Set

11   of Interrogatories with regard to Samsung's Interrogatory No. 25, Apple provides the

12   following supplemental response:

13       U.S. Patent Nos. 6,847,959 and 8,066,604:

14       Apple practices the asserted claims of the '959 and '604 patents through the use of

15   the Siri Personal Assistant.  Benjamin Phipps is one individual responsible for creating

16   and/or maintaining source code implementing this functionality.  File names where code

17   implementing the feature or functionality may be found with respect to iOS version 6 include

18   at least the following:

19

20

21

22       U.S. Patent No. 7,761,414:

23       The following Apple devices running the listed versions of iOS practice at least claim

24   11 of the '414 patent:

25           • iPad (iOS 3, 4, 5)

26           • iPad 2 (iOS 4, 5, 6)

27           • New iPad (iOS 5, 6)
                                            -16-

28

- iPad Mini (iOS 6)
- iPhone (iOS 3)
- iPhone 3G (iOS 3, 4)
- iPhone 3GS (iOS 3, 4, 5, 6)
- iPhone 4 (iOS 4, 5, 6)
- iPhone 4S (iOS 5, 6)
- iPhone 5 (iOS 6)
- iPod touch (iOS 3, 4, 5, 6)

Apple practices one or more of the asserted claims of the '414 patent through the use of the syncing functionality available on iOS 3 and later for certain applications including Calendar and Contacts that allow data for those applications to synchronize with a remote server.  Olivier Bonnet is one individual responsible for creating and/or maintaining source code implementing this functionality.  File names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

Additional file names where code implementing the feature or functionality may be found with respect to iOS version 6 include at least the following:

-17-

1

2

3

4

5

6

7

8       Apple reserves the right to supplement and/or amend its response as appropriate.

9

10    Dated:  June 19, 2013                     By:   /s/ H. Mark Lyon

11                                                    H. Mark Lyon

12                                                    **Attorneys for Plaintiff and Counterclaim-**

13                                                    **Defendant Apple Inc.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  -          Case No. 12-CV-00630-LHK (PSG)
      SOURCE CODE

      APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET
                                    OF INTERROGATORIES

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of **APPLE INC.'S**

3

**THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S**

4

**SECOND SET OF INTERROGATORIES** was served on June 19, 2013, by electronic

5

mail upon the following counsel of record:

6

Kevin P.B. Johnson
Victoria F. Maroulis
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Aaron P. Maurer
David Michael Horniak
David M. Krinsky
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5282
amaurer@wc.com
dhorniak@wc.com
dkrinsky@wc.com

7

8

9

10

11

William Price
Michael Fazio
Amar Thakur
Jeanine M. Zalduendo
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
williamprice@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com

12

13

14

15

16

17

Charles K. Verhoeven
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

18

19

20

21

22

23

Dated:  June 19, 2013            /s/      _Phillip K. Lum_____
                                          Phillip K. Lum

24

25

26

27

-19-

28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  -       Case No. 12-CV-00630-LHK (PSG)
SOURCE CODE

APPLE'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S SECOND SET
OF INTERROGATORIES