1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Cal. Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| 20         Plaintiff, | |
| 21     vs. | **NOTICE OF ERRATA REGARDING SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR BONURA, CLARK, HACKBORN, LOCKHEIMER, AND SOHN [DKT. NO. 1639]** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25         Defendants. | |

27

28

1    PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") hereby serve this Notice of Errata Regarding Samsung's High Priority Objections and
4 Responses Regarding Exhibits and Demonstratives Disclosed For Bonura, Clark, Hackborn,
5 Lockheimer, and Sohn [Dkt. No. 1639]:
6    With respect to Samsung's objections to Apple's disclosures for Dianne Hackborn,
7 Samsung hereby withdraws the second portion of the objection to Exhibit 5 to the June 25, 2013
8 deposition of Cary Clark, set forth at page 3, lines 24-28 of Docket No. 1639-3), beginning at
9 "Moreover."
10    There are no other changes.

12 DATED: April 9, 2014              QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By */s/ Michael L. Fazio*
                                         Victoria F. Maroulis
                                         Kevin P.B. Johnson
                                         Michael L. Fazio
                                         Attorneys for SAMSUNG ELECTRONICS
                                         CO., LTD., SAMSUNG ELECTRONICS
                                         AMERICA, INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC