QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT B TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1639-6])** |

02198.51981/5866658.2

Case No. 12-cv-00630-LHK (PSG)
NOTICE OF MOTION AND MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT B TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1639-6])

On April 9, 2014, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's High Priority Objections And Responses And Demonstratives Disclosed For Bonura, Clark, Hackborn, Lockheimer, And Sohn ("HPO Brief") [Dkt. No. 1639-3].  An incorrect version of Exhibit B to the Declaration of Michael L. Fazio In Support of the HPO Brief, including extraneous material not at issue, was inadvertently filed in support thereof.

Samsung hereby gives notice that it withdraws the version of Exhibit B filed under seal at Dkt. No. 1639-6.  Samsung will file a Corrected Exhibit B under seal.

Samsung further requests that the Court order the removal of Exhibit B from the Electronic Court Filing system.

DATED:   April 9, 2014              QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By   */s/ Michael L. Fazio*
                                         Victoria F. Maroulis
                                         Michael L. Fazio

                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC

02198.51981/5866658.2

-1-                             Case No. 12-cv-00630-LHK (PSG)
NOTICE OF MOTION AND MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT B TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1639-6])