UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNGS MOTION TO WITHDRAW EXHIBIT B TO FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1639-6] FROM THE COURT'S ELECTRONIC FILING SYSTEM** |

On April 9, 2014, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's High Priority Objections And Responses And Demonstratives Disclosed For Bonura, Clark, Hackborn, Lockheimer, And Sohn ("HPO Brief") [Dkt. No. 1639-3].

On April 9, 2014, Samsung filed a motion to withdraw Exhibit B to the Fazio Declaration In Support of Samsung's HPO Brief.

Having reviewed the motion, for good cause shown, Samsung's Motion to Withdraw Samsung's Motion to Withdraw Exhibit B to the Fazio Declaration In Support of Samsung's HPO

1  Brief is GRANTED, and the Court ORDERS that Exhibit B to the Fazio Declaration, filed at Dkt.
2  No. 1639-6, shall be immediately removed from ECF.

4  **IT IS SO ORDERED.**

6  DATED: _____

The Honorable Lucy H. Koh
United States District Judge