Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 1637, 1638, 1639, 1640]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motions to File Under Seal and Samsung's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO BRIEFING OF HIGH PRIORITY OBJECTIONS AND RESPONSES [DKT. 1637]**

2. On April 9, 2014, Apple Inc. ("Apple") filed an Administrative Motion to File Documents Under Seal (Docket No. 1637), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Objections and Responses Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer, and Dale Sohn (Docket No. 1637, Attachment 3) ("Objections"); and Exhibits to the Declaration of Erik J. Olson in Support of Apple's Objections ("Olson Declaration") (Docket No. 1637, Attachment 1). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1637), to the extent Apple's Objections and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Apple's Objections (Docket No. 1637, Attachment 3, at 5) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

4. Exhibit 9 to the Olson Declaration (Docket No. 1637, Attachment 13, at 15-16) is an excerpt of the August 16, 2013 deposition testimony of James Maccoun. Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

# APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL TRIAL EXHIBITS RELATING TO WITNESS DISCLOSURES AND HIGH PRIORITY OBJECTIONS [DKT. 1638, 1639, 1640]

5. On April 9, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an Administrative Motion to File Documents Under Seal (Docket No. 1639, 1640). By its motion, Samsung seeks to protect information designated as confidential by non-party Google and discussed in certain trial exhibits that are the subject of the parties' objections concerning witness disclosures for Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer, and Dale Sohn. In addition, Samsung has moved to seal additional trial exhibits listed in the parties' disclosures, including certain trial exhibits that reflect information designated as confidential by non-party Google (Docket No. 1639 at 2).

6. On April 9, 2014, Apple similarly filed an Administrative Motion to File Documents Under Seal (Docket No. 1638), which sought to protect information designated as confidential by non-party Google reflected in a number of the same trial exhibits that are the subject of the parties' pending objections concerning witness disclosures.

7. Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1639, 1640) and Apple's Administrative Motion to File Documents Under Seal (Docket No. 1638), to the extent certain trial exhibits identified therein reference non-party Google's highly confidential or proprietary business information.

8. Selected portions of Exhibit 5 to the June 25, 2013 Deposition of Cary Clark (Docket No. 1639, Attachment 12; Docket No. 1638, Attachment 5) discuss proprietary functionality and internal business processes that are confidential to non-party Google, produced under the protective order governing confidentiality in this action (Docket No. 171).

9. PX212 (Docket No. 1639, Attachment 15; Docket No. 1638, Attachment 7) discusses proprietary information that is confidential to non-party Google, including proprietary

1  functionality and internal business processes, strategy, and plans, produced under the protective
2  order governing confidentiality in this action (Docket No. 171).
3      10.    PX221 (Docket No. 1639, Attachment 16; Docket No. 1638, Attachment 8)
4  discusses proprietary information that is confidential to non-party Google, including proprietary
5  functionality and internal business processes, strategy, and plans, produced under the protective
6  order governing confidentiality in this action (Docket No. 171).
7      11.    PX227 (Docket No. 1639, Attachment 17; Docket No. 1638, Attachment 10)
8  discusses proprietary information that is confidential to non-party Google, including licensing
9  terms of Google's intellectual property, produced under the protective order governing
10 confidentiality in this action (Docket No. 171).
11     12.    PX229 (Docket No. 1639, Attachment 27) discusses proprietary information that
12 is confidential to non-party Google, including licensing terms of Google's intellectual property,
13 produced under the protective order governing confidentiality in this action (Docket No. 171).
14     13.    DX336 (Docket No. 1639, Attachments 18, 29) discusses proprietary functionality
15 and internal business processes that are confidential to non-party Google, produced under the
16 protective order governing confidentiality in this action (Docket No. 171).
17     I declare under penalty of perjury that the foregoing is true and correct.
18     Executed on April 10, 2014, in San Jose, California.
19                                     By /s/ Kristin J. Madigan
                                          Kristin J. Madigan