1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    NORTHERN DISTRICT OF CALIFORNIA

10                                              SAN JOSE DIVISION

11

12  | APPLE INC., a California corporation, | |
    |---|---|
    | Plaintiff, | Civil Action No. 12-CV-00630-LHK |
    | v. | **JOINT LIST OF EXHIBITS ADMITTED THROUGH APRIL 8, 2014** |
    | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
    | Defendant. | |

JOINT LIST OF EXHIBITS ADMITTED THROUGH APRIL 8, 2014
CASE NO. 12-CV-00630-LHK
sf-3404915

1    Pursuant to the Court's Request on April 8, 2014, the parties jointly submit the list of

2    exhibits admitted through April 8, 2014, attached as Exhibit A.

3

4    Dated: April 10, 2014

| By: */s/ Rachel Krevans* | By: */s/ Victoria F. Maroulis* |
|---|---|
| RACHEL KREVANS<br>Attorney for Plaintiff and Counterclaim-Defendant<br>APPLE INC. | VICTORIA F. MAROULIS<br>Attorney for Defendants and Counterclaim-Plaintiffs<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | CHARLES K. VERHOEVEN (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JOINT LIST OF EXHIBITS ADMITTED THROUGH APRIL 8, 2014
CASE NO. 12-CV-00630-LHK
sf-3404915

2

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint List.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 10, 2014               */s/ Rachel Krevans*
                                    Rachel Krevans