# Exhibit A

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX103 | Baker et al., Megastore: Providing Scalable, Highly Available Storage for Interactive Services (http://research.google.com/pubs/pub36971.html) | APLNDC630-0000879847 | APLNDC630-0000879858 | 4/7/2014 | | |
| PX104 | Corbett et al., Spanner:  Google's Globally-Distributed Database (http://research.google.com/archive/spanner.html) | APLNDC630-0000879868 | APLNDC630-879881 | 4/7/2014 | | |
| PX106 | Nardi et al., Collaborative, programmable intelligent agents | APLNDC630-0000109800 | APLNDC630-0000109810 | 4/7/2014 | | |
| PX107 | 2011-12 UX Roadmap: Opportunity Brief | S-ITC-001735469 | S-ITC-001735553 | 4/7/2014 | | |
| PX110 | Quick Search Box for Android: Search your phone and the web | APLNDC630-0000171798 | APLNDC630-0000171801 | 4/7/2014 | | |
| PX113A | Walter Mossberg, "Testing out the iPhone," Wall Street Journal, June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX115 | Email from YoungGyun Imre [Recipients please! Reading required] Samsung Corby TMO Responses | SAMNDCA630-06279877 | SAMNDCA630-06279886 | 4/7/2014 | | |
| PX116 | Email from Erick Tseng re [Android-product] Cross-application Android UI issues we need to address | GOOG-NDCAL630-00062054 | GOOG-NDCAL630-00062057 | 4/7/2014 | | |
| PX118 | January 2007 MacWorld Presentation | APLNDC-Y0000066914 | | 4/1/2014 | | |
| PX119 | MIEUX - Emotional UX: Make it Emotional UX | SAMNDCA00206747 | SAMNDCA00206807 | 4/4/2014 | | |
| PX120 | Behold3 Usability Evaluation Results | SAMNDCA00508318 | SAMNDCA00508411 | 4/4/2014 | | |
| PX121 | Victory Usability Evaluation Results | S-ITC-500042803 | S-ITC-500042911 | 4/4/2014 | | |
| PX122A | Summary of iPhone Buyer Surveys | *E.g.*, APLNDC630-0000127692<br>APLNDC630-0001439288<br>APLNDC630-0000149470<br>APLNDC630-0000127252<br>APLNDC630-0000167955<br>APLNDC630-0000870318<br>APLNDC630-0001233115<br>APLNDC630-0001466887<br>APLNDC630-0001463541<br>APLNDC630-0001233406<br>APLNDC630-0000937009 | APLNDC630-0000127715<br>APLNDC630-0001439387<br>APLNDC630-0000149605<br>APLNDC630-0000127293<br>APLNDC630-0000168090<br>APLNDC630-0000870456<br>APLNDC630-0001233245<br>APLNDC630-0001466934<br>APLNDC630-0001463588<br>APLNDC630-0001233487<br>APLNDC630-0000937168 | 4/1/2014 | | |
| PX123 | Summary of Smartphone Buyer / Market / Owner Surveys | *E.g.*, APLNDC630-0001409994<br>APLNDC630-0000177658<br>APLNDC630-0001463186<br>APLNDC630-0001342197<br>APLNDC630-0000823415<br>APLNDC630-0001467057 | APLNDC630-0001410089<br>APLNDC630-0000177772<br>APLNDC630-0001463251<br>APLNDC630-0001342272<br>APLNDC630-0000823466<br>APLNDC630-0001467120 | 4/1/2014 | | |
| PX127A | "The iPhone Matches Most of its Hype," NY Times, by David Pogue | APLNDC630-0000171819 | APLNDC630-0000171822 | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX128 | iPhone and iPad manufacturing capacity schedules | APLNDC630-0001120880<br>APLNDC630-0001120881<br>APLNDC630-Y00009018<br>APLNDC630-Y00009021 | APLNDC630-0001120880<br>APLNDC630-0001120881<br>APLNDC630-Y00009018<br>APLNDC630-Y00009021 | 4/8/2014 | | Sealed in its entirety |
| PX132 (pages 1-16, 23) | August 2010 Presentation, Samsung's Use of Apple Patents in Smartphones | APLNDC00000388 | APLNDC00000410 | 4/8/2014 | | |
| PX133 | "Best Inventions of 2007," Time, by Lev Grossman, November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146962 | 4/1/2014 | Not to be considered for the truth of what is stated. | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX134 | "Patent Office Highlights Jobs's Innovations," New York Times, by Brian X. Chen | APLNDC-Y0000233352 | APLNDC-Y0000233352 | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX135A | "Apple Waves Its Wand at the Phone," New York Times, by Davis Pogue | APLNDC-Y0000235973 | APLNDC-Y0000235976 | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX139 | Summary of Hauser's Conjoint Survey - Animations | N/A | N/A | 4/8/2014 | | |
| PX140 | Summary of Hauser's Conjoint Survey - Screenshots | N/A | N/A | 4/8/2014 | | |
| PX141 | Summary of Hauser's Conjoint Survey - Results | N/A | N/A | 4/8/2014 | | |
| PX142 | Summary of Christopher Vellturo's Damages Calculation | N/A | N/A | 4/8/2014 | | All pages sealed except for cover page |
| PX143 | Summary of Apple's Sales of iPhone and iPad | N/A | N/A | 4/1/2014 | | |
| PX144A | Summary of iPhone News Coverage | N/A | N/A | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX145 | GravityTank, Touch Portfolio: Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00178021 | SAMNDCA00178197 | 4/8/2014 | | |
| PX146 | Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | 4/7/2014 | | |
| PX147 | 3G iPhone US market impact | SAMNDCA00251506 | SAMNDCA00251522 | 4/8/2014 | | |
| PX149 | Email from Bong-Hee Kim re Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | 4/8/2014 | | |
| PX154 | 2011 Summary & Lessons Learned: 2012 Business Forecast | SAMNDCA11173802 | SAMNDCA11173812 | 4/8/2014 | | Pages 5, 9, and 10 sealed |
| PX156 | STA Competitive Situation Paradigm Shift: HQ CFO | SAMNDCA11545927 | SAMNDCA11546000 | 4/8/2014 | | |
| PX157 | Amethyst, iPhone Usability Test Result | SAMNDCA20003761 | SAMNDCA20003857 | 4/4/2014 | | |
| PX163 | Email from KeAndre Boggess re GS III Daily Conversation Digest 7/13 | SAMNDCA630-07441315 | SAMNDCA630-07441318 | 4/8/2014 | | |
| PX168 | Email from Sally Jeong re Trace & Swype related inquiry item | SAMNDCA630-06716908 | SAMNDCA630-06716918 | 4/4/2014 | | |
| PX169 | Verizon SIP VOC Review Result | SAMNDCA630-07696889 | SAMNDCA630-07696893 | 4/4/2014 | | |
| PX172 | High-level pieces of Android Sync | GOOG-NDCAL630-00060860 | GOOG-NDCAL630-00060869 | 4/7/2014 | | |
| PX175 | Intent, Android Developers (http://developer.android.com/reference/android/content/Intent.html) | APLNDC630-0001906681 | APLNDC630-0001906767 | 4/7/2014 | | |
| PX180 | iPhone TV advertisement ("How To") | APLNDC-X0000007535 | | 4/1/2014 | Not to be considered for the truth of what is stated. | |
| PX181 | Email from Min Kyung Kim re Application of P8 Circle Lock case | SAMNDCA10506419 | SAMNDCA10506422 | 4/4/2014 | | |
| PX196 | Report: Android Gmail - Android Latency Survey Findings Part 4 | GOOG-NDCAL630-00063685 | GOOG-NDCAL630-00063691 | 4/8/2014 | Not to be considered for the truth of what is stated. | |
| PX214 | GS Choi Visit to STA | SAMNDCA00258674 | SAMNDCA00258827 | 4/8/2014 | | |
| PX219 | Kepler Usability Evaluation Review Report | S-ITC-010477381 | S-ITC-010477490 | 4/4/2014 | | |
| PX222A | Christopher Vellturo FRE 1006 Damages Summary | N/A | N/A | 4/8/2014 | | Pages 11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, 42 sealed |
| PX223A | Christopher Vellturo FRE 1006 Damages Summary | N/A | N/A | 4/8/2014 | | Pages 5-8, 11-14, 17-20, 23-26, 29-32, 59-63 sealed |
| PX230 | Set of User Guides for Samsung Admire | SAMNDCA630-00920057 | SAMNDCA630-00920192 | 4/4/2014 | | |
| PX231 | Set of User Guides for Samsung Galaxy Nexus | APLNDC630-0001899041 | APLNDC630-0001899147 | 4/4/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX232 | Set of User Guides for Samsung Galaxy Note | APLNDC630-0001899148<br>APLNDC630-0001899389 | APLNDC630-0001899388<br>APLNDC630-0001899757 | 4/4/2014 | | |
| PX233 | Set of User Guides for Samsung Galaxy Note II | APLNDC630-0001899758<br>APLNDC630-0001900018<br>APLNDC630-0001900256<br>APLNDC630-0001900658<br>APLNDC630-0001900903 | APLNDC630-0001900017<br>APLNDC630-0001900255<br>APLNDC630-0001900657<br>APLNDC630-0001900902<br>APLNDC630-0001901125 | 4/7/2014 | | |
| PX234 | Set of User Guides for Samsung Galaxy S II | SAMNDCA630-00923282<br>APLNDC630-0001901126 | SAMNDCA630-00923559<br>APLNDC630-0001901360 | 4/4/2014 | | |
| PX235 | Set of User Guides for Samsung Galaxy S II Epic 4G Touch | APLNDC630-0000160976<br>SAMNDCA630-01053776<br>SAMNDCA630-05853461<br>SAMNDCA630-05855512 | APLNDC630-0000161176<br>SAMNDCA630-01053797<br>SAMNDCA630-05853482<br>SAMNDCA630-05855555 | 4/4/2014 | | |
| PX236 | Set of User Guides for Galaxy S II Skyrocket | SAMNDCA630-00924419 | SAMNDCA630-00924624 | 4/4/2014 | | |
| PX237 | Set of User Guides for Samsung Galaxy S III | APLNDC630-0001902652<br>APLNDC630-0001901361<br>APLNDC630-0001901612<br>APLNDC630-0001901865<br>APLNDC630-0001902119<br>APLNDC630-0001902278<br>APLNDC630-0001902866 | APLNDC630-0001902865<br>APLNDC630-0001901611<br>APLNDC630-0001901864<br>APLNDC630-0001902118<br>APLNDC630-0001902277<br>APLNDC630-0001902651<br>APLNDC630-0001903069 | 4/7/2014 | | |
| PX238 | Set of User Guides for Samsung Galaxy Tab 2 10.1 | APLNDC630-0001904873<br>APLNDC630-0001905895<br>APLNDC630-0001905061<br>APLNDC630-0001905358<br>APLNDC630-0001905653 | APLNDC630-0001905060<br>APLNDC630-0001906061<br>APLNDC630-0001905357<br>APLNDC630-0001905507<br>APLNDC630-0001905894 | 4/7/2014 | | |
| PX239 | Set of User Guides for Samsung Stratosphere | APLNDC630-0001903249 | APLNDC630-0001903434 | 4/4/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX241 | Set of Specification Sheets for Samsung Accused Products | APLNDC630-0000159333<br>APLNDC630-0000879778<br>APLNDC630-0000879780<br>APLNDC630-0000160973<br>APLNDC630-0000879821<br>APLNDC630-0000879825<br>APLNDC630-0000162108<br>APLNDC630-0001903913<br>APLNDC630-0000879819<br>APLNDC630-0001903916<br>APLNDC630-0001903919<br>APLNDC630-0000879823<br>SAMNDCA630-00924878<br>APLNDC630-0000879887<br>SAMNDCA630-00922217<br>APLNDC630-0000879786<br>APLNDC630-0000879788<br>APLNDC630-0000879790<br>APLNDC630-0000879792<br>APLNDC630-0000879794<br>APLNDC630-0000161385<br>APLNDC630-0000879813<br>APLNDC630-0000161177<br>APLNDC630-0000879829<br>APLNDC630-0000879831<br>APLNDC630-0000879833<br>APLNDC630-0000879835 | APLNDC630-0000159334<br>APLNDC630-0000879779<br>APLNDC630-0000879781<br>APLNDC630-0000160975<br>APLNDC630-0000879822<br>APLNDC630-0000879826<br>APLNDC630-0000162109<br>APLNDC630-0001903915<br>APLNDC630-0000879820<br>APLNDC630-0001903918<br>APLNDC630-0001903921<br>APLNDC630-0000879824<br>SAMNDCA630-00924886<br>APLNDC630-0000879888<br>SAMNDCA630-00922224<br>APLNDC630-0000879787<br>APLNDC630-0000879789<br>APLNDC630-0000879791<br>APLNDC630-0000879793<br>APLNDC630-0000879796<br>APLNDC630-0000161387<br>APLNDC630-0000879814<br>APLNDC630-0000161178<br>APLNDC630-0000879830<br>APLNDC630-0000879832<br>APLNDC630-0000879834<br>APLNDC630-0000879838 | 4/4/2014 | | |
| PX300 | Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrgoatories (No. 41) | | | 4/7/2014 | | Pages 5-17 sealed |
| DX377 | iPhone Buyer Survey, FY13Q2 | APLNDC630-0001233246 | APLNDC630-0001233405 | 4/4/2014 | | Sealed except DX377.024, .028 |
| DX405 | iPhone Offsite | APLNDC630-0001467518 | APLNDC630-0001467580 | 4/4/2014 | | Sealed except DX405.014, .032 |
| DX407 | Samsung's brand update | APLNDC630-0001351415 | APLNDC630-0001351428 | 4/4/2014 | | Sealed except DX407.002, .003, .004, .005 |
| DX408A | Email from Vincent to Schiller et al email re Has Apple lost its cool? (Redacted) | APLNDC630-0000845537 | APLNDC630-0000845543 | 4/4/2014 | | |
| DX409 | Email from Vincent to Schiller re Marcom tomorrow | APLNDC630-0001397337 | APLNDC630-0001397338 | 4/4/2014 | | |
| DX410 | Email from Cook to Schiller re Why aren't you fighting back? | APLNDC630-0001374551 | APLNDC630-0001374552 | 4/4/2014 | | |
| DX411 | iPhone Review | APLNDC630-0001697453 | APLNDC630-0001697537 | 4/8/2014 | | All pages sealed except for page 32 |
| DX413 | FY' 14 Planning Offsite | APLNDC630-0001849558 | APLNDC630-0001849678 | 4/4/2014 | | Sealed except DX413.001, .008, .014, .046 |
| DX415 | Supply Issues that impacted Q2' 13 ST | APLNDC630-0001075325 | APLNDC630-0001075325 | 4/8/2014 | | Sealed in its entirety |
| DX418 | Smartphone Market Study US | APLNDC630-0000127665 | APLNDC630-0000127691 | 4/4/2014 | | Sealed except DX418.002, .019, .020, .021 |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX444 | iPhone 4 Press Release | N/A | N/A | 4/4/2014 | | |
| DX445 | iPhone 4S Press Release | N/A | N/A | 4/4/2014 | | |
| DX446 | iPhone 5 Press Release | N/A | N/A | 4/4/2014 | | |
| DX451 | Apple 2011 10-K | N/A | N/A | 4/8/2014 | | |
| DX459A | "Tim Cook Apologizes for Apple's Maps," by Brian X. Chen, The New York Times, September 28, 2012 | N/A | N/A | 4/4/2014 | | |
| DX489 (only pages .245 - .248) | Summary of Apple materials regarding competitive analysis | APLNDC630-0001871927 APLNDC630-0001871984 APLNDC630-0001912351 APLNDC630-0001912375 APLNDC630-0001912304 APLNDC630-0001912328 APLNDC630-0001912287 APLNDC630-0001912058 APLNDC630-0001912078 APLNDC630-0001912099 APLNDC630-0001912124 APLNDC630-0001912236 APLNDC630-0001195522 | APLNDC630-0001871935 APLNDC630-0001872005 APLNDC630-0001912374 APLNDC630-0001912386 APLNDC630-0001912327 APLNDC630-0001912350 APLNDC630-0001912303 APLNDC630-0001912077 APLNDC630-0001912098 APLNDC630-0001912123 APLNDC630-0001912156 APLNDC630-0001912249 APLNDC630-0001195525 | 4/4/2014 | | |
| DX498 | Email from Rangel to Schiller re Samsung's road to global domination - Social Media Monitoring | APLNDC630-0000743869 | APLNDC630-0000743880 | 4/4/2014 | | |
| DX505 | Hauser Exhibit I | N/A | N/A | 4/8/2014 | | |
| JX1 | U.S. Patent No. 5,946,647 | N/A | N/A | 4/7/2014 | | |
| JX4 | U.S. Patent No. 6,847,959 | N/A | N/A | 4/7/2014 | | |
| JX7 | U.S. Patent No. 7,761,414 | N/A | N/A | 4/7/2014 | | |
| JX10 | U.S. Patent No. 8,046,721 | N/A | N/A | 4/4/2014 | | |
| JX13 | U.S. Patent No. 8,074,172 | N/A | N/A | 4/4/2014 | | |
| JX28B | Physical Exhibit: Admire SCH-R720 Android OS 2.3.4 | N/A | N/A | 4/4/2014 | | |
| JX28C | Physical Exhibit: Admire SCH-R720 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX29A | Physical Exhibit: Galaxy Nexus SCH-I515 Android OS 4.0.2 | N/A | N/A | 4/7/2014 | | |
| JX29B | Physical Exhibit: Galaxy Nexus SCH-1515 Android OS 4.0.4 | N/A | N/A | 4/4/2014 | | |
| JX29C | Physical Exhibit: Galaxy Nexus SPH-L700 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX29D | Physical Exhibit: Galaxy Nexus SCH-1515 Android OS 4.1.1 | N/A | N/A | 4/4/2014 | | |
| JX29E | Physical Exhibit: Galaxy Nexus GT-I9250 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX29G | Physical Exhibit: Galaxy Nexus GT-I9250 Android OS 4.2.2 | N/A | N/A | 4/7/2014 | | |
| JX29H | Physical Exhibit: Galaxy Nexus Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX29I | Physical Exhibit: Galaxy Nexus SCH-I515 Android OS 4.0.2 | N/A | N/A | 4/7/2014 | | |
| JX30A | Physical Exhibit: Galaxy Note SGH-1717 Android OS 2.3.6 | N/A | N/A | 4/4/2014 | | |
| JX30B | Physical Exhibit: Galaxy Note SGH-1717 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX30C | Physical Exhibit: Galaxy Note SGH-1717 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX31A | Physical Exhibit: Galaxy Note II SGH-T889 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX31B | Physical Exhibit: Galaxy Note II SGH-1317 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX31C | Physical Exhibit: Galaxy Note II SPH-L900 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX32A | Physical Exhibit: Galaxy S II SGH-T989 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX32B | Physical Exhibit: Galaxy S II SGH-1777 Android OS 4.0.3 | N/A | N/A | 4/7/2014 | | |
| JX32C | Physical Exhibit: Galaxy S II SGH-1777 Android OS 2.3.6 | N/A | N/A | 4/4/2014 | | |
| JX32D | Physical Exhibit: Galaxy S II SGH-T989 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX32E | Physical Exhibit: Galaxy S II SGH-1777 Android OS 2.3.4 | N/A | N/A | 4/7/2014 | | |
| JX32F | Physical Exhibit: Galaxy S II SGH-T989 Android OS 4.0.3 | N/A | N/A | 4/7/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| JX33A | Physical Exhibit:  Galaxy S II Epic 4G Touch SPH-DT710 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX33B | Physical Exhibit:  Galaxy S II Epic 4G Touch SPH-D710 Android OS 2.3.6 | N/A | N/A | 4/4/2014 | | |
| JX33C | Physical Exhibit:  Galaxy S II Epic 4G Touch SPH-D710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX34A | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX34B | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX34C | Physical Exhibit:  Galaxy S II Skyrocket SGH-1727 Android OS 2.3.4 | N/A | N/A | 4/4/2014 | | |
| JX34D | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35A | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35B | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35C | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35D | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35E | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35F | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35G | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX35H | Physical Exhibit: Galaxy S III SCH-1535 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX35I | Physical Exhibit: Galaxy S III SCH-1535 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX35J | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX35L | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35M | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX36A | Physical Exhibit: Galaxy Tab 2 (10.1) SGH-1497 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX36B | Physical Exhibit: Galaxy Tab 2 (10.1) SCH-1915 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX36C | Physical Exhibit: Galaxy Tab 2 (10.1) GT-P5113TS Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX36D | Physical Exhibit: Galaxy Tab 2 (10.1) SGH-T779 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX36E | Physical Exhibit: Galaxy Tab 2 (10.1) SGH-T779 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX37A | Physical Exhibit: Stratosphere SCH-I405 Android OS 2.3.5 | N/A | N/A | 4/4/2014 | | |
| JX37B | Physical Exhibit: Stratosphere SCH-I405 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| JX50A | Compilation of Samsung Android source code and accused application source code | | | 4/8/2014 | | Sealed in its entirety |
| JX51A | Compilation of Google Android source code and accused application source code | | | 4/8/2014 | | Sealed in its entirety |
| JX53A | Compilation of Android Open Source Project source code | | | 4/8/2014 | | |