1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S OBJECTIONS TO |
| | ) | SAMSUNG'S DISCLOSURES |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Apple has filed objections to Samsung's disclosures. ECF No. 1637-3. Samsung has filed a response. ECF No. 1639-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| Apple Objection | COURT'S RULING ON OBJECTION |
|---|---|
| THOMAS BONURA | |
| 12/11/12 Dep. Tr. at 93:21- | Overruled. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

| | |
|---|---|
| 93:24, 94:2-94:5, 94:12-94:17, 168:3-168:16, 168:20-168:25, 169:2-169:5, 169:8-169:9 | |
| 12/11/12 Dep. Tr. at at 99:22-100:4, 100:7-100:18, 103:6-105:11, 105:14-15, 107:5-108:10, 108:13-108:16, 108:18-108:22 | Overruled. |
| 12/11/12 Dep. Tr. at 70:9-70:11, 70:13-70:22 | Overruled. |
| HIROSHI LOCKHEIMER | |
| Scope of this witness' testimony | Sustained. |

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES