QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S APRIL 10, 2014 ROLLING WITNESS LIST** |

Samsung's rolling list of its anticipated next seven trial witnesses is as follows:

1. Hiroshi Lockheimer
2. Dale Sohn
3. Dianne Hackborn
4. Cary Clark
5. Thomas Bonura (Deposition)
6. Jeffrey Stedfast (Deposition)
7. Miguel de Icaza  (Deposition)

Samsung further notes that Samsung may read into the record or otherwise enter into evidence the following:

- Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), Interrogatory No. 7;
- Apple Inc.'s Supplemental Responses to Samsung's First Set of Requests for Admission to Apple Inc. (Nos. 1-7), Request Nos. 1-7;
- Joint Amended Pretrial Statement and Proposed Order, Undisputed Fact No. 17;
- Affidavit of Christopher Butler for Internet Archive, dated June 25, 2013, sponsoring Exhibit A thereto (DX 342);
- Declaration of Patrick Gogerty for Microsoft, dated July 16, 2013 (including Exs. 9 and 10 thereto), sponsoring DX 314, DX 316, and DX 326.
- Declarations of Jim F. Lundberg  for Novell, dated June 25, 2013 (including Exs. 2 and 3 thereto) and July 15, 2013 (including Exs. 1 and 11 thereto), sponsoring DX 319, DX 320, DX 321, DX 323 and DX 324.
- Declaration of Walter Wong for Carnegie Mellon, dated July 8, 2013, sponsoring DX 318.

1   DATED: April 10, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

2                                   By  /s/ Michael L. Fazio
3                                       Victoria F. Maroulis
                                        Michael L. Fazio
4                                       Attorneys for SAMSUNG ELECTRONICS
                                        CO., LTD., SAMSUNG ELECTRONICS
5                                       AMERICA, INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28