UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

On April 9, 2014, Samsung filed objections to Apple's disclosures. ECF Nos. 1639-3, 1647. On April 9, 2014, Apple filed a response. ECF No. 1637-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Thomas Bonura** | |
| 12/11/12 Dep. Tr. at 26:8-10 & 26:13-27:1 | Overruled. |
| 12/11/12 Dep. Tr. at 156:15-20, 156:23-158:3, | Overruled. |

1

| | |
|---|---|
| 158:6-160:12 | |
| **B. Cary Clark** | |
| Ex. 5 to June 25, 2013 Dep. of Cary Clark | Overruled; the document may be used solely for refreshing recollection if necessary, but will not be admitted as an exhibit. |
| **C. Dianne Hackborn** | |
| Ex. 4 to June 18, 2013 Dep. of Dianne Hackborn | Overruled; the document may be used solely for refreshing recollection if necessary, but will not be admitted as an exhibit. |
| Ex. 5 to June 25, 2013 Dep. of Cary Clark | Overruled; the document may be used solely for refreshing recollection if necessary, but will not be admitted as an exhibit. |
| **D. Hiroshi Lockheimer** | |
| PX212 | Overruled. |
| PX221 | Overruled. |
| ECF No. 221 | Sustained. |
| **E. Dale Sohn** | |
| PX147 | Overruled. |
| PX227 | Overruled. |
| ECF No. 221 | Sustained. |

Samsung also requests to seal various documents. ECF Nos. 1639-3, 1639-9, 1651. Having considered Samsung's requests, and compelling reasons having been shown, the Court seals the following documents as follows:

| **Exhibit and pages requested to be sealed** | **COURT'S RULING ON SEALING REQUEST** |
|---|---|
| PX202: page 11 | GRANTED. |
| PX229 in its entirety | DENIED without prejudice. By 7:30 A.M., April 11, 2014, Samsung must identify specific portions that warrant sealing, such as "pricing terms, royalty rates, and guaranteed minimum payment terms." *In re Elec. Arts*, 298 Fed. App'x 568, 569-70 (9th Cir. 2008). |
| PX242 in its entirety | GRANTED as to pages 5-32. |
| PDX88: Slides .18A, .19A, .20, .22-.24, .26-.33, .35 | GRANTED. |
| PX164: pages 3-7, 18, 20-24, if not used during a witness examination | GRANTED. |
| PX165: pages 3-7, 17, 19-22, if not used during a witness examination | GRANTED. |
| PX200: pages 71-81, if not used during a witness examination | GRANTED. |
| PX203: pages 3 & 7, if not used during a witness examination | GRANTED. |
| PX212 in its entirety | GRANTED. |
| PX221 in its entirety | GRANTED. |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| PX227 in its entirety | GRANTED. |
| PX336 in its entirety | GRANTED. |

In light of the parties' briefing regarding PX137 (ECF Nos. 1643, 1644), PX137B (filed as ECF No. 1643-1 on April 9, 2014) shall be admitted, but not to prove the truth of any matter asserted therein.

**IT IS SO ORDERED.**

Dated: April 10, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge