QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

Pursuant to the Court's Order on Samsung's sealing request in connection with Apple's witness disclosures (Dkt. No. 1656), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this renewed administrative motion for an order to seal certain portions of PX229.

Samsung only seeks to seal the portions of paragraphs 5, 6, 8, 14, 20, 24, and 26 highlighted in the concurrently filed version of PX229, which include the type of information the Court has previously found sealable under the "compelling reasons" standard.   (*See* 1846 case Dkt. No. 1649; *see also In re Elec. Arts*, 298 Fed. App'x 568, 569-70 (9th Cir. 2008).

Portions of the paragraphs listed above should be sealed for the reasons stated in the previously filed declarations of Michael L. Fazio and Kristin J. Madigan (Dkt. Nos. 1639-9, 1651).   In addition, Samsung requests that PX229 be sealed in its entirety until it is admitted at trial.

DATED:   April 11, 2014             QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                     /s/ Michael L. Fazio
                                    William C. Price
                                    Victoria F. Maroulis
                                    Michael L. Fazio
                                    Attorneys for Defendants
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC