UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") seek to seal certain portions of trial
3 exhibit PX229.

4  Having considered Samsung's request, and compelling reasons having been shown, the
5 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Exhibit | Portions to Sealed |
|---|---|
| PX229 | The portions of paragraphs 5, 6, 8, 14, 20, 24, and 26 highlighted in Samsung's submission to the Court shall be sealed.  In addition, the version of PX229 filed on ECF shall remain sealed in its entirety until the exhibit is admitted at trial. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge