# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, April 8, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown        Time in Court: 6hr2min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
PLAINTIFF                                 DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson, Dave Nelson |
| Nathan Sabri | |
| Joseph Mueller | |
| James Bennett | |

**PROCEEDINGS:   JURY TRIAL—DAY FIVE**

| | |
|---|---|
| 9:04 a.m. | All parties present, all jurors present, Witness Snoeren resumes the stand for further testimony. |
| 9:20 a.m. | Stipulations are read into the record. Video deposition clips of Jun Won Lee, Justin Denison, Timothy Sheppard and Nick DiCarlo are shown. |
| 9:44 a.m. | Witness Rory Sexton is sworn and testifies. |
| 10:13 a.m. | Witness John Hauser is sworn and testifies. |
| 10:31 a.m. | The jury is excused for the morning recess.  The Court and counsel discuss matters. |
| 10:43 a.m. | The morning recess is taken. |
| 10:57 a.m. | All parties present, jury not present, the Court and counsel discuss matters. |
| 10:58 a.m. | Jury now present, testimony of Witness Hauser resumes. |
| 12:00 p.m. | The noon recess is taken. |
| 1:03 p.m. | All parties present, the matter resumes. |
| 2:10 p.m. | The jury is excused for the first afternoon recess.  The Court and counsel discuss matters. |
| 2:25 p.m. | The afternoon recess is taken. |
| 2:32 p.m. | All parties present, the matter resumes. |
| 2:42 p.m. | Witness Christopher Allen Vellturo is sworn and testifies. |

| | |
|---|---|
| 3:35 p.m. | The second afternoon recess is taken. |
| 3:45 p.m. | All parties present, the matter resumes with further testimony from Witness Vellturo. |
| 4:30 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:40 p.m. | Court is adjourned until Friday, April 11, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    PX 132 (pg 1-16, 23), 128 (under seal), 139, 140, 141, 142 (under seal), 222a, 223a, 147, 145, 149, 214, 154, 156, 196, 163
    DX 415 (under seal), 411, 451, 505
    JX 50A (under seal), 51A (under seal), 53A,

The following exhibits (transcripts of deposition clips played) are lodged with the Court:
    PX 3001, 3002, 3003, 3004
    DX 501

Exhibits DX 502 and 504  are marked for identification only.