**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON SEALING PX229 |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Samsung has renewed its request to seal PX229. ECF No. 1658. Having considered Samsung's request, and compelling reasons having been shown, the Court seals the following document as follows:

| Exhibit and pages requested to be sealed | COURT'S RULING ON SEALING REQUEST |
|---|---|
| PX229: The portions of paragraphs 5, 6, 8, 14, 20, 24, and 26 highlighted in Samsung's submission to the Court shall be sealed. In addition, the version of PX229 filed on ECF shall remain sealed in its entirety until the exhibit is admitted at trial. | GRANTED as to highlighted portions of paragraphs 5, 6, 8, and 24, but DENIED as to paragraphs 14, 20, and 26. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SEALING PX229

**IT IS SO ORDERED.**

Dated: April 11, 2014

_____
LUCY H. KOH
United States District Judge