[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF A DOCUMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation regarding the authentication of certain documents and things.

WHEREAS, Apple commenced the above-captioned action against Samsung on February 8, 2012;

WHEREAS, Samsung subsequently filed counterclaims against Apple;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the burden of authenticating certain documents and things at trial;

WHEREAS, the Parties agree that stipulating to the authenticity of a certain document and will promote more efficient use of time at trial;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Pages SAMNDCA630-00936965, SAMNDCA630-00936970 through SAMNDCA630-00936971, SAMNDCA630-00936973 through SAMNDCA630-00936976, SAMNDCA630-00936989 through SAMNDCA630-00937000, SAMNDCA630-00937058 though SAMNDCA630-00937059, and SAMNDCA630-00937176 through SAMNDCA630-00937177 of the document produced by Samsung bearing Bates number SAMNDCA630-00936965 through SAMNDCA630-00937227 (DX-306) are a true and correct copy of an excerpt of the document entitled "Information Retrieval", published by Kluwer Academic Publishers no later than 1998.

2. Samsung agrees not to call Dr. Sylvia Hall-Ellis at the trial of this matter either live or by deposition.

THE PARTIES FURTHER STIPULATE AND AGREE THAT the documents and other information set forth in paragraph 1 above will be admissible as substantive evidence and may be used for all permissible purposes in this case, subject only to the following objections, which are preserved for trial:

- The evidence is irrelevant because it relates only to a patent or accused product that has been dropped from the case.
- FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or cumulative evidence).
- The evidence relates only to a theory that was not timely disclosed.
- Limiting instruction required to limit the document or evidence to a relevant, timely disclosed and non-prejudicial (subject to FRE 403) issue.
- Hearsay objection for hearsay within a document.
- Objections related to the use of an exhibit beyond that permitted by the parties' asserted claim, accused product, and prior art case narrowing statements.
- Objections specific to the witness through whom an exhibit is offered.
- Document or evidence is insufficiently corroborated to establish it as an alleged prior art system or publication on one or more of the following specific grounds:
  - the document or evidence is not shown to be a "printed publication" under section 102;
  - the document or evidence is not shown to have been in public use or on sale prior to the effective filing date of an asserted patent for which the document or evidence is asserted to be prior art;
  - the evidence is computer source code and it has not been established that the source code was used in a configuration alleged by the offering party to have been in public use or on sale prior to the effective filing date of the asserted patent;
  - the evidence is computer source code and it is not established that the computer source code was ever compiled in the manner alleged by the offering party to

establish how a system operated;

- o the evidence is computer source code and it is not established that any person downloaded that computer source code and compiled it for execution in the United States prior to the effective filing date of the asserted patent;

IT IS SO STIPULATED.

Dated:  April 11, 2014

By: */s/ Rachel Krevans*

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

By: */s/ Victoria F. Maroulis*

Attorney for Defendants and Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  MARK D. SELWYN (CA SBN 244180)
2  mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
3    HALE AND DORR LLP
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  April XX, 2014                              */s/  DRAFT*
                                                                 Rachel Krevans

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April___, 2014

_____

Hon. Lucy H. Koh

United States District Judge