[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING DX411** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Counterclaim-Defendant. | |

1    Pursuant to the Court's request (Tr. 1344), the parties submit this joint notice to clarify

2 the pages of DX411 subject to the Court's prior sealing order.

3    On April 7, 2014, the Court granted Apple's request to seal DX411 "in full except for

4 pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32, if shown in court." (Dkt. 1626 at 2.) Page 32 was

5

6 shown publicly on April 8, 2014. (Tr. at 1070.) Pages 1, 2, 4, and 10 were shown publicly on

7 April 11, 2014. (Tr. at 1420-1421.)

8    Accordingly, the parties respectfully notify the Court of their understanding that DX411

9 is sealed other than pages 1, 2, 4, 10, and 32. However, pursuant to the Court's Order, pages 5,

10 11, 13, 14 and 25 will also become unsealed if they are used in Court. (*See* Dkt. 1626 at 2.)

Dated: April 11, 2014

By: */s/ Mark D. Selwyn*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: */s/ Michael Fazio*

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,  INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700


Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100


William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

1 | 950 Page Mill Road | Facsimile: (213) 443-3100
2 | Palo Alto, CA 94304
3 | Telephone: (650) 858-6000
  | Facsimile: (650) 858-6100

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding DX411.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: April 11, 2014                                          *s/* Mark D. Selwyn
                                                                             Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 11, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                             */s/* Mark D. Selwyn
                                                                             Mark D. Selwyn