1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

APPLE INC., a California corporation,

    Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

---

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
Case No. 12-cv-00630-LHK (PSG)
sf-3405770

1   Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's
2 Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding
3 Apple's Objections and Responses to Objections Regarding Bjorn Bringert, Todd Pendleton, and
4 Paul Westbrook ("Apple's Objections and Responses").  Apple has filed the Declaration of Erik
5 J. Olson in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal
6 as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's Objections and Responses | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                         Hon. Lucy H. Koh
                                         United States District Judge