**4 Ways to Avoid Running Out of Money During Retirement**
If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it!
Click Here to Download Your Guide!
FISHER INVESTMENTS

**THE WALL STREET JOURNAL.**
WSJ.com

January 3, 2014, 2:56 AM ET

# Samsung's New Year's Resolution: Get Rid of Old Habits

By Min-Jeong Lee

In his annual speech at the start of the new year, Samsung Electronics Co. Chairman Lee Kun-hee highlighted how tough the competition has been in 2013 and emphasized the pressing need to move away from old habits and come up with new technologies.


Billionaire Lee Kun-hee, chairman of Samsung Electronics Co., center, and daughter Lee Boo-jin, chief executive officer of Hotel Shilla Co., on the right.
Bloomberg News

"Research & development center(s) should work around the clock, non-stop," Mr. Lee said according to a statement provided by Samsung.

He also said Samsung must "get rid of business models and strategies from five, ten years ago and hardware-focused ways." Boosting software capabilities has been a key challenge for Samsung as it tries to compete better with Apple Inc. and Google Inc. in the mobile market. Though the South Korean company is currently the largest seller of mobile phones, its traditional strength has been hardware not software. Investors have also shown concerns about Samsung's future outlook as they drove the company shares down by about 10% in 2013 despite Samsung's record-breaking earnings results, largely driven by its smartphone sales. The company's shares started the new year with a 4.6% drop Thursday as the growth momentum for its key mobile unit cools.

At the start of every year, South Korean conglomerates such as Samsung, Hyundai and LG all hold year-opening ceremonies with speeches from top executives.

Mr. Lee, 71 years old, was one of them, seen walking into the ceremony venue supported hand-in-hand by his eldest daughter Lee Boo-jin.

PLAINTIFF'S EXHIBIT NO. 268
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

http://blogs.wsj.com/digits/2014/01/03/samsungs-new-years-resolution-get-rid-of-old-habits...   1/6/2014

APL630DEF-WH-A0000041686

The comments weren't as wild as the ones he made about 20 years ago when he urged Samsung executives and employees to "change everything except for your wife and children." It's a famous quote that is frequently cited in local media reports as well as tens of books published on Samsung.

This year, Mr. Lee also noted how exhausting the patent battles with rivals overseas had been. Samsung, which has fighting with Apple Inc. in courts around the globe over patent infringement, owes the Cupertino-based company nearly $1 billion in damages.

Mr. Lee also mentioned the "big and small accidents" at the company's factories, noting that Samsung should be one of the safest places to work. The company had to cope with gas leaks at a semiconductor manufacturing facility last year, while the chief executive of affiliate Samsung Engineering Co. was fired after a water tank explosion that led to casualties.

He also reflected back on the past 20 years, saying that while Samsung was able to reach the top position in some business areas, some had shown no growth.

Samsung is the world's biggest maker of smartphones, TVs and memory chips by shipments.

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

APL630DEF-WH-A0000041687

**PLAINTIFF'S EXHIBIT NO. 268, Page 2 of 2**