| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| 9 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR BRINGERT, PENDLETON, AND WESTBROOK** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5871410.1

-1-   Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in
4  connection with Samsung's High Priority Objections and Responses Regarding Exhibits and
5  Demonstratives Disclosed for Bringert, Pendleton, and Westbrook ("HPO Objections").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Bringert, Pendleton, and Westbrook | See highlighted version |

In addition, Samsung files PX227 – which is subject to an high priority objection – under seal pursuant to the Court's previous order granting Samsung's motion to seal PX227 in its entirety.   Dkt. No. 1656.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's HPO Objections as a procedural mechanism for filing portions of Samsung's HPO Objections and supporting documents under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order, Case No. 11-cv-01846, Dkt. 2935, the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be

02198.51981/5871410.1

-2-   Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES

redacted from the public version of Samsung's filing.  After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

Pursuant to the Court's Order, Dkt. No. 1616, Samsung files the exhibits and demonstratives subject to the parties' objections, and those subject to Samsung's request to seal trial exhibits, on ECF.  Samsung requests that exhibits and demonstratives subject to the parties' objections remain under seal until the relevant exhibit is admitted at trial.  Samsung further requests that exhibits and demonstratives subject to Samsung's request to seal trial exhibits be sealed for the reasons stated in the Declaration of Michael L. Fazio in Support of Samsung's Request to Seal Trial Materials.

DATED:   April 12, 2014				QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51981/5871410.1

-3-                                Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES