# EXHIBIT A

*Apple v. Samsung,* No. 12-cv-00630
# Hiroshi Lockheimer Cross Examination Disclosure

*Apple reserves the right to use any materials identified by Samsung for use during direct examination during Apple's cross-examination. The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

**Exhibits (subject to any of Apple's objections and the Court's rulings)**
- JX 29
- JX51A (all files)
- JX53 (all files)
- PX102
- PX103
- PX104
- PX105
- PX110
- PX111
- PX112
- PX114
- PX124
- PX126
- PX137
- PX138 (page 1)
- PX172 (pages 1-10)
- PX173 (pages 1-68)
- PX175
- PX186
- PX187
- PX188
- PX189
- PX190
- PX191
- PX192
- PX193
- PX195 (pages 1-6)
- PX196 (pages 1-7)
- PX212 (pages 1-2)
- PX221 (pages 1-4)
- PX 231
- PX 241
- PX 300 (pages 5-17)
- DX308 (pages 1-25)
- DX327 (pages 1-45)
- DX335 (pages 1-2)
- DX336 (pages 1-15)

*Apple v. Samsung,* No. 12-cv-00630
# Hiroshi Lockheimer Cross Examination Disclosure

**Demonstratives (subject to any of Apple's objections and the Court's rulings)**
- Apple's Opening Slides (and embedded videos)
- SDX2450-2456
- PDX91.17
- PDX91.20
- PDX91.22
- PDX91.58
- PDX91.59
- PDX91.60

**Testimony and Other Documents (subject to any of Apple's objections and the Court's rulings)**
- Deposition of Hiroshi Lockheimer, July 26, 2013
- Deposition of James W. Maccoun, August 16, 2013
- Deposition of Dianne K. Hackborn, May 11, 2012
- Deposition of Dianne K. Hackborn, June 18, 2013
- Deposition of Cary Clark, May 3, 2012
- Deposition of Cary Clark, June 25, 2013
- Deposition of Paul Westbrook, June 11, 2013
- Deposition of Bjorn Bringert, May 10, 2012
- Deposition of Bjorn Bringert, June 28, 2013
- Deposition of Bjorn Bringert, March 19, 2014
- Samsung's Responses to Apple's Interrogatory Nos. 4, 29, 32, 45, 47, and any supplements thereto
- 1846 Trial Transcript at pp. 795-796, November 14, 2013 (Dkt. 2840)
- Order Granting Motion for Preliminary Injunction, July 1, 2012 (Dkt. 221, 222)