# EXHIBIT C

*Apple v. Samsung,* No. 12-00630
# Cary Clark Cross Examination Disclosure

*Apple reserves the right to use any materials identified by Samsung for use during direct examination during Apple's cross-examination.  The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

**Exhibits**

- JX1
- JX28(b)-JX28(c)
- JX29(a)-(e), JX29(g)-(i)
- JX30(a)-JX30(c)
- JX31(a)-JX31(c)
- JX32(a)-JX32(f)
- JX33(a)-JX33(c)
- JX34(a)-JX34(d)
- JX35(a)-(j), JX35(l)-(m)
- JX37(a)-JX37(b)
- The following files from JX50A:
    - SAMNDCA630-SC000 66386 – 66402
    - SAMNDCA630-SC000 67883 – 67969
    - /SCH-I535/MD3/MD3c/JB_PROD/MIDAS_D2/STEM/Cinnamon/vendor/samsung/common/packages/apps/Messaging/src/com/android/mms/ui/LinkActionChooser.java
- PX102
- PX103
- PX104
- PX105
- PX112
- PX114
- PX124
- PX126
- PX129
- PX173
- PX175
- PX176
- PX186
- PX187
- PX188
- PX189
- PX192
- PX195 (pages 1-6)
- PX196 (pages 1-7)
- PX300 (pages 4-6, 8-17)
- DX327 (pages 1-45)

*Apple v. Samsung,* No. 12-00630
# Cary Clark Cross Examination Disclosure

- DX495
- DX496

**Demonstratives**

- Apple opening slides and embedded videos
- PDX88.1-PDX88.73
- PDX89.1-PDX89.23

**Testimony, Declarations, and Other Documents**

- Declaration of Cary Clark, April 23, 2012
- Deposition of Cary Clark, May 3, 2012
- Deposition of Cary Clark, June 25, 2013 and Exhibit 5 (pages GOOG-NDCAL630-00001622-1624, 1626-1635, 1643-1646), Exhibit 12 (all pages), Exhibit 14 (all pages)
- Declaration of Dianne Hackborn, April 23, 2012
- Deposition of Dianne Hackborn, May 11, 2012
- Deposition of Dianne Hackborn, June 18, 2013 and Exhibit 4 (all pages)
- Samsung's Further Supplemental Responses to Apple's First, Third, and Tenth Sets of Interrogatories (Interrogatory Nos. 8, 20, 24, 28, 29, 45), Interrogatory No. 29, October 4, 2013 (pages 267-270, 274-276, 293-294, 303-304)