# EXHIBIT D

WILMERHALE

February 12, 2014

+1 650 858 6000 (t)
+1 650 858 6100 (f)
wilmerhale.com

**By Electronic Mail**

Michael Fazio, Esq.
Scott Florance, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

Re:   *Apple Inc. v. Samsung Electronics Co. Ltd., et al.*, Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Counsel:

Following are details regarding FTP transmission of Apple Inc.'s production of documents, bearing Bates numbers APL630DEF-WH-A0000041682 - APL630DEF-WH-A0000041687, in connection with the above-referenced case.

Apple reserves the right to amend the designation of any documents contained in this production. In addition, Apple reserves the right to assert any applicable privilege with respect to any document produced through inadvertence.

This production has been encrypted and the password will be sent in a separate email.  Specific information regarding accessing this FTP transmission will also be sent in a separate email from the following email alias:  WHBOSLitSupportFileTransfer@wilmerhale.com.  Only those who receive the email with the FTP information will be able to download the content.

Regards,

Ernest Aglipay
Senior Paralegal

+1 650 858 6041
ernest.aglipay@wilmerhale.com