# EXHIBIT E

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4    APPLE INC., a California

     Corporation,

5                              No. 12-CV-00630-LHK

                 Plaintiff,

6    vs.

7    SAMSUNG ELECTRONICS CO., LTD,

     a Korean business entity; SAMSUNG

8    ELECTRONICS AMERICA, INC., a

     New York corporation; SAMSUNG

9    TELECOMMUNICATIONS AMERICA, LLC,

     a Delaware limited liability

10   company,

11                Defendants.

12   _____/

13

14       ** TRANSCRIPT MARKED HIGHLY CONFIDENTIAL **

15              ** BUSINESS INFORMATION **

16       VIDEOTAPED DEPOSITION OF PAUL WESTBROOK

17              Palo Alto, California

18              Tuesday, June 11, 2013

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 62472

Highly Confidential Business Information

1      Emanuel for Google and the witness, and with

2      me is Jeff Marinelli from my office and

3      Susan Kim from Google.

4          THE VIDEOGRAPHER:  Will the court

5      reporter please swear in the witness, and we

6      can proceed.

7                  PAUL WESTBROOK,

8          Having been duly sworn, by the

9      Certified Shorthand Reporter, was examined

10     and testified as follows:

11                  EXAMINATION

12 BY MR. VALEK:

13     Q.     Sir, can you please state your name

14 and address for the record?

15     A.     My name is Paul Westbrook.  My address

16 is 229 Kentdale Place, that's K-E-N-T-D-A-L-E Place,

17 in San Jose, California.

18     Q.     And what do you do for a living,

19 Mr. Westbrook?

20     A.     I'm a software engineer.

21     Q.     Who is your current employer?

22     A.     My current employer is Google.

23     Q.     And you've worked for Google since

24 November of 2009; is that correct?

25     A.     That is correct.

Highly Confidential Business Information

Page 101

sir.  I asked you if the user interface that's

provided by the Gmail application, if that user

interface allows a user to access and read their

e-mail and your response was it allows you to read

their e-mail.  So I'm wondering why it is that you

qualified your response and you didn't answer my

question as to access?

         A.      I'm not sure what you mean by access.

         Q.      You don't know what it means to have

access to a piece of data?

         A.      I'm not sure what you mean in this --

for Android Gmail.  We don't use the term "access."

         Q.      What terms do you use?

         A.      We use the term "read."  Read mail.

         Q.      And all the Gmail applications that

you're aware of provide a user interface that allows

a user to read their e-mail; is that fair?

                 MR. WARREN:  Objection.  Calls for a

         legal conclusion.

                 THE WITNESS:  The Android Gmail

         applications allows the user to read their

         e-mail.

BY MR. VALEK:

         Q.      When a user wants to read their

e-mail -- this isn't an Android phone.  I won't use

1   that as an example.  Strike all that.

2           When a user wants to read an e-mail

3   using the user interface on the Gmail application and

4   they select the e-mail, does the Gmail application

5   retrieve the rest of the message from the SQLite

6   database on the device?

7           MR. WARREN:  Objection.  Vague,

8       incomplete hypothetical.

9           THE WITNESS:  There's several

10      different situations that can happen if a

11      user selects an item inside the

12      ConversationList.

13  BY MR. VALEK:

14      Q.      If the e-mail has already been stored

15  in the SQLite database and a user selects an e-mail

16  on the user interface, will the Gmail application

17  retrieve the rest of that e-mail, the body of the

18  message, from that SQLite database?

19      A.      In the Android Gmail application when

20  the user selects a conversation the application will

21  load all of the messages for that conversation.

22      Q.      And it does that by sending a request

23  to the content provider?

24          MR. WARREN:  Objection.  Incomplete

25      hypothetical.

Highly Confidential Business Information

Page 103

1          THE WITNESS:  There are several things

2      that happen when the user selects an item

3      inside the ConversationList.

4  BY MR. VALEK:

5      Q.      And is one of those things that

6  there's a request sent to the content provider?

7          MR. WARREN:  Objection.  Incomplete

8      hypothetical.

9          THE WITNESS:  During the loading of

10      the conversation a request is sent to the

11      content provider.

12  BY MR. VALEK:

13      Q.      And is it the user interface or the

14  content provider or some other piece of software that

15  actually queries the SQLite database?

16          MR. WARREN:  Objection.  Vague,

17      incomplete hypothetical.

18          THE WITNESS:  I'm not sure I

19      understand what the question is.

20  BY MR. VALEK:

21      Q.      Well, if there's a mail message that's

22  stored in the SQLite database, it can be retrieved by

23  querying the SQLite database, correct?

24          MR. WARREN:  Objection.  Incomplete

25      hypothetical, assumes facts not in evidence.