UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2    Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits and

3    demonstratives related to the parties' disclosures for Pendleton, Westbrook, and Bringert.

4    Having considered Samsung's request, and compelling reasons having been shown, the

5    Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

6    1.    Portions of the following exhibits are to be sealed:

7    

| Exhibit | Portions to be Sealed |
|---------|----------------------|
| PX154 | Pages 2-4 |
| PX202 | Pages 13 & 14 |
| JX51B | Exhibit in its entirety |

12    2.    Portions of the following exhibits are to be sealed to the extent the pages listed

13    below are not used during a witness examination:

14    

| Exhibit | Portions to Sealed |
|---------|-------------------|
| PX203 | Pages 4, 9-16, 19-21, 23-25, 28-33, and 36-38 |

16    

17    **IT IS SO ORDERED.**

18    

19    

20    DATED: _____          _____

The Honorable Lucy H. Koh
United States District Judge

21    

22    

23    

24    

25    

26    

27    

28    

-1-          Case No. 12-CV-00630-LHK (PSG)

[PROPOSED] ORDER SEALING TRIAL MATERIALS