| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal the following documents:

1. Apple's Objections and Responses to Objections Regarding Christopher Butler, Justin Denison, Lars Frid-Nielsen, Patrick Gogerty, Saul Greenberg, Kevin Jeffay, Brewster Kahle, Youngmi Kim, Jim Lundberg, Ulrich Pfeifer, Martin Rinard, Daniel Wigdor and Walter Wong ("Apple's Objections and Responses")

2. Exhibits 3, 9, and 10 to the Declaration of Erik J. Olson in support of Apple's Objections and Responses ("Exhibits 3, 9, and 10").

Apple's Objections and Responses and Exhibits 3, 9, and 10 contain information that Samsung may consider confidential. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in Apple's Objections and Responses and Exhibits 3, 9, and 10 should be sealed.

Apple does not maintain a claim of confidentiality with respect to Apple's Objections and Responses or Exhibits 3, 9, and 10. Apple does not file a proposed redacted version of the aforementioned documents in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. (1846 Dkt. 2934.)

For the foregoing reasons, Apple has moved to file Apple's Objections and Responses and Exhibits 3, 9, and 10 under seal. Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing Apple's Objections and Responses and Exhibits 3, 9, and 10 under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's Objections and Responses and Exhibits 3, 9, and 10 identifying what information Samsung has supported sealing.

1
2  Dated: April 13, 2014                        MORRISON & FOERSTER LLP
3
                                                */s/ Rachel Krevans*
4                                               Rachel Krevans
5                                               *Attorneys for Plaintiff and
                                                Counterclaim-Defendant Apple Inc.*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28