| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING CHRISTOPHER BUTLER, JUSTIN DENISON, LARS FRID-NIELSEN, PATRICK GOGERTY, SAUL GREENBERG, KEVIN JEFFAY, BREWSTER KAHLE, YOUNGMI KIM, JIM LUNDBERG, ULRICH PFEIFER, MARTIN RINARD, DANIEL WIGDOR AND WALTER WONG** |

I, Erik J. Olson, hereby declare as follows:

1.     I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein and understand them to be true.  I submit this declaration in support of Apple's Objections and Responses to Objections Regarding Christopher Butler, Justin Denison, Lars Frid-Nielsen, Patrick Gogerty, Saul Greenberg, Kevin Jeffay, Brewster Kahle, Youngmi Kim, Jim Lundberg, Ulrich Pfeifer, Martin Rinard, Daniel Wigdor and Walter Wong ("Apple's Objections and Responses").

2.     Attached as **Exhibit 1** is a true and correct copy of "Appendix 1 – List of Materials Considered" from the Expert Report of Saul Greenberg Re the Validity of the Asserted Claim of US Patent No. 8,046,721

3.     Attached as **Exhibit 2** is a true and correct copy of the Neonode N1 Quick Start Guide.

4.     Attached as **Exhibit 3** is a true and correct copy of an excerpt from the transcript of the September 24, 2013 deposition of Kevin Jeffay.

5.     Attached as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of the July 14, 2013 deposition of Ulrich Pfeifer.

6.     Attached as **Exhibit 5** is a true and correct copy of an excerpt from the transcript of the May 29, 2013 deposition of David Casseres.

7.     Attached as **Exhibit 6** is a true and correct copy of the Declaration of Microsoft Corporation from Patrick Gogerty dated July 16, 2013.

8.     Attached as **Exhibit 7** is a true and correct copy of the Declaration of Jim F. Lundberg Certifying Record of Regularly Conducted Business Activity dated July 15, 2013.

9.     Attached as **Exhibit 8** is a true and correct copy of the Declaration of Carnegie Mellon University from Walter Wong dated July 8, 2013.

10.    Attached as **Exhibit 9** is a true and correct copy of an excerpt from the Expert Report of Dr. Daniel Wigdor Concerning Invalidity of U.S. Patent No. 8,074,172.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from the Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of April, 2014, in San Jose, California.

Dated:  April 13, 2014                     */s/ Erik J. Olson*
                                            Erik J. Olson

### ATTESTATION OF E-FILED SIGNATURE

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:  April 13, 2014                     */s/ Rachel Krevans*
                                            Rachel Krevans