Exhibit 1

# APPENDIX 1 - LIST OF MATERIALS CONSIDERED

In forming my opinion, I have considered all of the materials, documents and things that are described and/or cited in my report itself, as well in all charts and exhibits thereto, in addition to the materials identified below. Where a reference identified below is cited in my report in an abbreviated form, I provide the short form of that citation below.

| AUTHOR | TITLE | SHORT CITE | BATES NO. |
|---|---|---|---|
| Allison, M. | Affidavit of Mike Allison | | |
| Anzures, F. | June 26, 2013 Deposition Transcript of Freddy Anzures | Anzures 6/25/13 Dep. Tr. | |
| Apple Inc | Newton Apple MessagePad Handbook | | SAMNDCA630-07601740-1935 |
| Apple, Inc. | File History for U.S. Patent No. 7,657,849 | '849 File History | APLNDC630-0000132538-APLNDC630-0000133044 |
| Apple, Inc. | File History for U.S. Patent No. 8,046,721 | '721 File History | APLNDC630-0000041770 –APLNDC630-0000042306 |
| Apple, Inc. | Apple iPod Manual | iPod User's Guide | SAMNDCA630-7871635-98 |
| Apple, Inc. | Apple iPod Mini Manual | iPod Mini User's Guide | SAMNDCA630-07871571-634 |
| Apple, Inc. | Macintosh Human Interface Guidelines | Apple Macintosh Guidelines Text | SAMNDCA630-07870963-1372 |
| Apple, Inc. | Apple's Responses and Supplemental Responses to Samsung Interrogatory Nos. 2, 3, 5, 26 and documents cited therein relating to the '721 patent | | |
| Balakrishnan, R | April 6, 2012 Preliminary Injunction Deposition Transcript of Ravin Balakrishnan | Balakrishnan 4/6/12 PI Dep. Tr. | |
| Beyers, R. | Deposition Transcript of Robert Beyers | Beyers Dep. Tr. | |
| Butler, C. | May 24, 2013 Affidavit of Christopher Butler and Exhibits | 5/24/13 Butler Affidavit | |
| Butler, C | June 21, 2013 Affidavit | 6/21/13 Butler |

| | | | |
|---|---|---|---|
| | | of Christopher Butler | Affidavit | |
| Butler, C | June 25, 2013 Affidavit of Christopher Butler | 6/25/13 Butler Affidavit | |
| Buxton, B. | The Buxton Collection, "IBM Simon" | | SAMNDCA630-07871373-4 |
| Buxton, B. | The Buxton Collection, "Palm Pilot" | | SAMNDCA630-07871375-6 |
| Carr, D. | Specification of Interface Interaction Objects | | SAMNDCA630-00817832-42 |
| Casio Corp., | Casio Manual for the AT – 500 Module No. 320 User's Guide | Casio User Manual | SAMNDCA630-07871377-1390 |
| Christie, G. | April 20, 2012 Preliminary Injunction Deposition Transcript of Greg Christie | Christie 4/20/12 PI Dep. Tr. | |
| Christie, G. | May 14, 2013 Deposition Transcript of Greg Christie | Christie 5/14/13 Dep. Tr. | |
| Compaq | COMPAQ Getting Started: Compaq Tablet PC TC1000 | Compaq Tablet PC Manual | SAMNDCA630-07871391-553 |
| Dell | Dell Axim X50 Owner's Manual | Dell Axim X 50 Manual | SAMNDCA630-07602330-2503 |
| Denison, J. | Deposition transcript of Justin Denison | Justin Denison 7/18/13 Dep. Tr. | |
| Diaz, M. | The Grouplab DiamondTouch Toolkit | Diaz Marino Video | SAMNDCA630-07885908 |
| DiCarlo, N. | Deposition transcript of Nick DiCarlo | Nick DiCarlo 6/26/13 Dep. Tr. | |
| Dietz, P. | DiamondTouch: A Multi-User Touch Technology | Dietz Paper | SAMNDCA630-07871554-64 |
| Dix, A. | Human-Computer Interaction, 3rd Ed. | Dix Text | SAMNDCA630-07885909-933 (extracted pages) |
| Dreier, M. | Direct Manipulation: A Step Beyond Programming Languages | | SAMNDCA630-05350771 |
| Esenther, A. | Multi-user Multi-touch Games on DiamondTouch with the DTFLash Toolkit | Esenther Paper | SAMNDCA630-07871565-70 |
| Forstall, S. | March 29, 2013 Deposition Transcript of | Forstall 3/29/13 Dep. Tr. | |

| | | | | |
|---|---|---|---|---|
| 1 | | Scott Forstall | | |
| 2 | Frohlich, D. | Direct Manipulation and Other Lessons | | SAMNDCA630-05350695 |
| 3 | Frohlich, D. | The History and Future of Direct Manipulation | | SAMNDCA630-05350796 |
| 4 | Goddard, Giles. | Affidavit of Vitei, Inc. | Vitei Declaration | |
| 5 | Hewlett-Packard | HP Jornada 520 Series Pocket PC User's Guide | HP Jornada 520 Manual | SAMNDCA630-07885934-6067 |
| 6 | Hocker, M. | U.S. 5,561,758 | Hocker | SAMNDCA630-07824405-SAMNDCA630-07824415 |
| 7 | Hutchins, E. | Direct Manipulation Interfaces | | SAMNDCA630-05350743 |
| 8 | Hyppönen, A. | WO 03/038569 A2 | Hyppönen | SAMNDCA630-00966681-713 |
| 9 | IBM | Simon Says "Here's How!" | IBM Simon Manual | SAMNDCA630-07871779-819 |
| 10 | Jermyn, I. | The Design and Analysis of Graphical Passwords | | SAMNDCA630-00819478-92 |
| 11 | Juels, A. | WO 01/77792 A2 | Juels | SAMNDCA630-00966654-80 |
| 12 | Kay, A. | Doing with Images Makes Symbols | Kay Video | SAMNDCA630-07872018-002, 003, 005 |
| 13 | Keller | U.S. 5,821,933 | Keller | SAMNDCA630-00001452-65 |
| 14 | Kim, Y | Deposition transcript of Youngmi Kim | Youngmi Kim 6/20/13 Dep. Tr. | |
| 15 | Krueger, M.W. | Videoplace – An Artificial Reality | Krueger Paper | SAMNDCA630-07886068-73 |
| 16 | Krueger, M.W. | Videoplace '88 | Krueger Video | SAMNDCA630-07872018-006 |
| 17 | Lee, S. | A Multi-touch Three Dimensional Touch-sensitive Tablet | Lee and Buxton | SAMNDCA630-07871699-703 |
| 18 | LG Electronics | VX2000 User Guide | | SAMNDCA630-07602254-2329 |
| 19 | McKeeth, J. | U.S. 8,352,745 | McKeeth | SAMNDCA630-06272136-46 |
| 20 | McLean, J. | IBM – Access/Control Icons (Icon Keys) | | SAMNDCA630-00818154-8 |
| 21 | Milekic, S. | US 6,920,619 | Milekic | SAMNDCA630-06436822-45 |

02198.51981/5388204.25

-3-   Case No. 12-CV-00630-LHK
EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | | |
|---|---|---|---|
| Moscovich, T. | Contact Area Interaction with Sliding Widgets | | SAMNDCA630-00818328-37 |
| Motorola | Motorola C975 3G User Manual | | SAMNDCA630-07602155-2249 |
| Mullaly, J. | IBM RealThings CHI 98 | | SAMNDCA630-05350784 |
| Nakatani, L. | Soft machines: A philosophy of user-computer interface design" | Nakatani Paper | SAMNDCA630-07871704-708 |
| Neonode, AB | Neonode Quick Start Guide V 0.5 | Neonode N1 Quick Start Guide | SAMNDCA630-0966506-29 |
| Nielsen, J. | Usability Engineering | Nielsen | SAMNDCA630-07884796 -5170 |
| Nokia Corp. | Nokia 3360 User Guide | | SAMNDCA630-07601562-1739 |
| Norman, D. | The Design of Everyday Things | Norman Book | SAMNDCA630-06028134-402 |
| Ording, B. | April 4, 2013 Deposition Transcript of Bas Ording | Ording 4/4/13 Dep. Tr. | |
| Palm, Inc. | Using your Treo 650 Smartphone by palmOne | Palm Manual | SAMNDCA630-06403464-3709 |
| Palm, Inc. | Handbook for Palm Tungsten T2 Handheld | Tungsten Manual | SAMNDCA630-06404793-5294 |
| Palm, Inc. | Palm Treo 650 User's Guide | Treo Manual | SAMNDCA630-06403710-3912 |
| Pickering, J.A. | Touch-sensitive screens: the technologies and their application | Pickering Paper | SAMNDCA630-07871709-29 |
| Plaisant C. | Touchscreen Toggle Design | Plaisant Video | PLASANTNDCA-00000001; 00000002 |
| Plaisant, C. | Touchscreen Toggle Design | Plaisant Paper | SAMNDCA630-00001325, PLAISANTNDCA-00000003-4 |
| Plaisant, C. | Scheduling home control devices | Plaisant & Shneiderman Video | SAMNDCA630-00819493; Paper at PLAISANTNDCA630-00000005-23 |
| Plaisant, C. | July 12, 2013 Deposition Transcript of Catherine Plaisant | Plaisant Dep. Tr. | |
| Plaisant, C. | Declaration of Catherine Plaisant | Plaisant Decl. | |
| Preece, J. | Human Computer Interaction | Preece Text | |

02198.51981/5388204.25

-4-   Case No. 12-CV-00630-LHK
EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | | |
|---|---|---|---|
| Rekimoto, J. | SmartSkin: an infrastructure for freehand manipulation on interactive surfaces | Rekimoto Paper | SAMNDCA630-07871997-2004 |
| Research in Motion | Blackberry 7290 Wireless Handheld User Guide | | SAMNDCA630-07603056-3197 |
| Rytivaara, M. | US 2005/0253817 A1 | Rytivaara | SAMNDCA630-00001438-51 |
| Samsung | SGH-c207 Portable Digital Telephone User Manual | | SAMNDCA630-07601936-2154 |
| Samsung | Exhibit 19 to the Deposition of Justin Denison | | SAMNDCA630-04335717-SAMNDCA630-04335808 |
| Samsung | Galaxy S II (SGH I-777) User Manual | Galaxy S II Manual | public[8] |
| Sears, A. | Advances in Human-Computer Interaction | Sears Chapter | SAMNDCA630-07871731-75 |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 1st Ed. | Shneiderman Text 1st Ed. | |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 2nd Ed. | Shneiderman Text 2nd Ed. | SAMNDCA630-07870945-951 (extracted pages) FULL BOOK BATES: SAMNDCA630-00926299 |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 3rd Ed. | Shneiderman Text 3rd Ed. | SAMNDCA630-007870952-957 (extracted pages) SAMNDCA630-06025114-775 (full book) |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction, 4th Ed. | Shneiderman Text 4th Ed. | SAMNDCA630-07870958-962 (extracted pages 1); SAMNDCA630-07886074-162 (extracted pages 2) |
| Shneiderman, B. | A Home Automation System | Shneiderman and Launey Video | PLAISANTNDCA630-00000001 |
| Shneiderman, B. | Touch Screens Now Offer Compelling uses | Shneiderman IEEE | SAMNDCA630-07871776-78 |

---

[8] retrieved from: http://www.samsung.com/us/documentation/att/SGH-i777/virtual_guide/pubData/source/ATT_SGH-i777_GalaxyII_CMAS_English_UM_KK6_WC_120711_F1_web.pdf

| | | | |
|---|---|---|---|
| Sony Ericsson | P800/P802 White Paper | | AP-SoMC0000539-666 |
| Sony Ericsson | P900 User Guide | | SAMNDCA630-07602656-2848; SAMNDCA630-00934898-5025 |
| Sony Ericsson | P910i User Guide | | SAMNDCA630-07602849-3052 |
| Stantum, Inc. | JazzMutant Lemur Owner's Manual | Lemur Manual | SAMNDCA630-00966301-SAMNDCA630-00966324 |
| Sutherland, I. | Sketchpad, A Man-Machine Graphical Communication System | Sketchpad Paper | SAMNDCA630-07871820-996 |
| Tan, D. | U.S. 7,395,506 B2 | Tan | SAMNDCA630-04320906-20 |
| Tan, D. | Spy-Resistant Keyboard: More Secure Password Entry on Public Touch Screen Displays | | SAMNDCA630-07602518-2527 |
| Tokkonen, T. | US 2005/0289476 A1 | Tokkonen | SAMNDCA630-00818861-69 |
| United States Patent & Trademark Office | U.S. Patent No. 7,657,849 | '849 Patent | APLNDC630-0000132509-APLNDC630-0000132537 |
| United States Patent & Trademark Office | Beyers Deposition Exhibit 9- U.S. 7,567,849 continuity data | Beyers Dep. Ex. 9 | |
| United States Patent & Trademark Office | U.S. Patent No. 8,046,721 | '721 Patent | APLNDC630-0000133101-APLNDC630-0000133128 |
| United States Patent & Trademark Office | Nov. 19, 2012 Non-Final Office Action for U.S. Patent Application No. 13/563,663 | '663 Non-Final Rejection | public |
| Van Os, M. | June 19, 2013 Deposition Transcript of Marcel Van Os | Van Os 6/19/13 Dep. Tr. | |
| Van Os, M. | Deposition Transcript of Marcel Van OS (ITC 337-TA-796) | Van OS 796 Dep. Tr. | APLNDC630-0000190576-668 |
| Varenhorst, C. | Passdoodles: A Lightweight Authentication Method | | SAMNDCA630-00820329-41 |
| Wellner, P. | Interacting with Paper on the Digital Desk | Wellner Paper | SAMNDCA630-7886163-72 |
| Wellner, P. | Tactile Manipulation on a Digital Desk | Wellner Video | SAMNDCA630-07872018-004 |

02198.51981/5388204.25

-6-    Case No. 12-CV-00630-LHK
EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | |
|---|---|---|
| Zicarelli, D. | Deposition Transcript of David Zicarelli | Zicarelli Dep. Tr. |