Exhibit 4

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3       ---------------------------------x
 4       APPLE INC., a California          :
 5       Corporation,                      :
 6                           Plaintiffs,   :
 7       v.                                :
 8       SAMSUNG ELECTRONICS CO., LTD, a   :   Civil Action No.
 9       Korean corporation; SAMSUNG       :   12-cv-00630-LKH (PSG)
10       ELECTRONICS AMERICA, INC., a New  :
11       York corporation; and SAMSUNG     :
12       TELECOMMUNICATIONS AMERICA, LLC, a:
13       Delaware limited liability company.:
14                           Defendants.   :
15       ---------------------------------x
16       (Caption continued on next page.)
17
18              Videotaped Deposition of ULRICH PFEIFER
19                       London, England, UK
20                  Sunday, July 14, 2013, 9:05 a.m.
21
22
23       Job No.: 40646
24       Pages: 1 - 259
25       REPORTED BY:   SUSAN A. McINTYRE, RPR, CRR, QRR.
```

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

51

| | | |
|---|---|---|
| 1 | Argumentative. | 10:06:37 |
| 2 | THE WITNESS: I can't know that. | 10:06:40 |
| 3 | I don't know even who the administrators are. | 10:06:42 |
| 4 | BY MR FURMAN: | 10:06:46 |
| 5 | Q. So you have no understanding as to | 10:06:47 |
| 6 | why they posted that source code on the servers, | 10:06:49 |
| 7 | correct? | 10:06:52 |
| 8 | MR JAFFE: Objection. | 10:06:55 |
| 9 | Mischaracterizes the witness's previous testimony. | 10:06:57 |
| 10 | THE WITNESS: Yeah, I think before | 10:07:00 |
| 11 | we discussed if they could have collaborated to | 10:07:01 |
| 12 | change the distribution after the fact and -- can | 10:07:07 |
| 13 | you repeat the question? | 10:07:13 |
| 14 | BY MR FURMAN: | 10:07:15 |
| 15 | Q. Do you know why the administrators | 10:07:16 |
| 16 | of those servers you found are hosting copies of | 10:07:17 |
| 17 | the freeWAIS-sf source code? | 10:07:21 |
| 18 | A. I don't know it for the fact, but | 10:07:27 |
| 19 | back then, at least, mirroring -- I think it is | 10:07:30 |
| 20 | still a good practice to mirror well-used and | 10:07:33 |
| 21 | systems in high demand to -- on different servers | 10:07:39 |
| 22 | to reduce the load on the original servers. | 10:07:43 |
| 23 | Q. When was version 2.0.65 of | 10:07:49 |
| 24 | freeWAIS-sf released? | 10:07:53 |
| 25 | A. In my recollection -- no, not "in my | 10:08:01 |

52

| | | |
|---|---|---|
| 1 | recollection."  The version was created in January | 10:08:03 |
| 2 | '96 and released shortly after that. | 10:08:06 |
| 3 | Q.   That was 17 years ago, correct? | 10:08:15 |
| 4 | A.   Around that, yes. | 10:08:23 |
| 5 | Q.   Do you know why, 17 years later, the | 10:08:24 |
| 6 | administrators of those four servers still have a | 10:08:29 |
| 7 | mirrored copy of freeWAIS-sf? | 10:08:32 |
| 8 | MR JAFFE:  Objection.  Calls for | 10:08:33 |
| 9 | speculation.  Asked and answered. | 10:08:36 |
| 10 | THE WITNESS:  Yeah, I don't know. | 10:08:39 |
| 11 | BY MR FURMAN: | 10:08:42 |
| 12 | Q.   I may have asked this already, but, | 10:08:43 |
| 13 | just to be clear, do you know what the | 10:08:44 |
| 14 | administrators of those servers used as a source | 10:08:50 |
| 15 | for the version of the source code that they are | 10:08:52 |
| 16 | currently making available? | 10:08:55 |
| 17 | MR JAFFE:  Objection.  Asked and | 10:08:57 |
| 18 | answered. | 10:09:03 |
| 19 | THE WITNESS:  I can't be definitely | 10:09:08 |
| 20 | sure. | 10:09:10 |
| 21 | BY MR FURMAN: | 10:09:10 |
| 22 | Q.   You also mentioned that you found | 10:09:12 |
| 23 | one checked-out copy of freeWAIS-sf? | 10:09:13 |
| 24 | A.   Yes. | 10:09:19 |
| 25 | Q.   That was -- that copy is distinct | 10:09:20 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

103

|   |   |   |
|---|---|---|
| 1 | A. Of the UDP file you mean? | 11:49:15 |
| 2 | Q. Correct. | 11:49:17 |
| 3 | A. No, I haven't. | 11:49:18 |
| 4 | Q. Do you know if a copy of that file | 11:49:18 |
| 5 | has been provided by you to Quinn Emanuel? | 11:49:20 |
| 6 | A. Well, I provided a lot of files but | 11:49:33 |
| 7 | it's very unlikely that any of the e-mails or any | 11:49:35 |
| 8 | of the distribution -- or any of the CVS | 11:49:38 |
| 9 | repositories contained a copy of that file. | 11:49:42 |
| 10 | Q. Do you think a copy of that file | 11:49:54 |
| 11 | still exists today? | 11:49:56 |
| 12 | A. I can't rule that out. So it was on | 11:49:58 |
| 13 | the servers of the department which was headed by | 11:50:01 |
| 14 | Norbert Fuhr, and Norbert Fuhr moved to the | 11:50:04 |
| 15 | University of Dortmund. I don't know how much | 11:50:10 |
| 16 | information he carried over, so I can't rule it | 11:50:12 |
| 17 | out. | 11:50:15 |
| 18 | Q. Besides this particular e-mail that | 11:50:16 |
| 19 | has been marked as Exhibit 4, are you aware of any | 11:50:21 |
| 20 | other documents indicating which countries | 11:50:26 |
| 21 | freeWAIS-sf was installed in? | 11:50:34 |
| 22 | A. Not in that summary form. Not that | 11:50:40 |
| 23 | I'm aware in this summary form. The e-mails | 11:50:45 |
| 24 | I provided contained conversations with people | 11:50:48 |
| 25 | which apparently were located in different | 11:50:50 |

104

| | | |
|---|---|---|
| 1 | countries and were concerned with building or | 11:50:53 |
| 2 | using the system. | 11:50:59 |
| 3 | Q.  When you say that those people were | 11:51:02 |
| 4 | "apparently" located in different countries, why | 11:51:10 |
| 5 | do you say "apparently"? | 11:51:15 |
| 6 | A.  I didn't see them in person.  There | 11:51:19 |
| 7 | mails originated from domains, for example, in the | 11:51:24 |
| 8 | US.  They had domain names like "Indiana | 11:51:25 |
| 9 | University Biological Department," so I'm quite | 11:51:30 |
| 10 | sure they were in the US, but I can't -- I haven't | 11:51:35 |
| 11 | seen a passport. | 11:51:38 |
| 12 | Q.  Do you ever verify that they were in | 11:51:39 |
| 13 | the US? | 11:51:45 |
| 14 | A.  As I said, I couldn't really review | 11:51:47 |
| 15 | a passport.  I couldn't trace the e-mails, where | 11:51:49 |
| 16 | they were routed.  I didn't specifically look up | 11:51:53 |
| 17 | locations of IP addresses to verify. | 11:51:59 |
| 18 | Q.  Did you ever ask the people you | 11:52:01 |
| 19 | communicated with what country they were from? | 11:52:03 |
| 20 | A.  I did never question that the | 11:52:06 |
| 21 | information in the e-mail was correct or not.  So | 11:52:09 |
| 22 | I didn't ask them.  So the header said "I'm from | 11:52:11 |
| 23 | Indiana University" and I didn't challenge them on | 11:52:15 |
| 24 | if they are really speaking for Indiana | 11:52:19 |
| 25 | University. | 11:52:23 |

                                                                    105

| | | |
|---|---|---|
| 1 | Q. But it's possible that someone with | 11:52:23 |
| 2 | an Indiana University e-mail address could not be | 11:52:25 |
| 3 | in the United States, is that correct? | 11:52:28 |
| 4 | MR JAFFE: Objection. Calls for | 11:52:31 |
| 5 | speculation. | 11:52:32 |
| 6 | THE WITNESS: Yeah, if I have to | 11:52:41 |
| 7 | speculate I think it's very unlikely. | 11:52:43 |
| 8 | BY MR FURMAN: | 11:52:46 |
| 9 | Q. Well, for example, an alumni from | 11:52:47 |
| 10 | Indiana University could have an e-mail address | 11:52:51 |
| 11 | from the University of Indiana but no longer live | 11:52:54 |
| 12 | in the United States; is that correct? | 11:52:58 |
| 13 | MR JAFFE: Same objection. | 11:53:01 |
| 14 | THE WITNESS: I think it was | 11:53:02 |
| 15 | uncommon at that time from people leaving their | 11:53:03 |
| 16 | university for a longer period of time. | 11:53:06 |
| 17 | BY MR FURMAN: | 11:53:11 |
| 18 | Q. Besides looking at the domain name | 11:53:12 |
| 19 | of the e-mails that you received, was it your | 11:53:14 |
| 20 | practice to enquire what country the inquiry was | 11:53:16 |
| 21 | coming from? | 11:53:20 |
| 22 | A. No, I usually didn't enquire. | 11:53:20 |
| 23 | Q. Was it the practice of anyone in | 11:53:23 |
| 24 | your group to enquire what country particular | 11:53:25 |
| 25 | inquiries about freeWAIS-sf were coming from? | 11:53:30 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

149

| | | |
|---|---|---|
| 1 | noticeable development. | 13:29:44 |
| 2 | Q. During the time period after you | 13:29:48 |
| 3 | left the University of Dortmund, how closely did | 13:29:49 |
| 4 | you follow the news group related to | 13:29:53 |
| 5 | comp.infosystems.wais? | 13:29:58 |
| 6 | A. I don't recall. It's possible -- | 13:30:04 |
| 7 | I was attached to that system so it's possible | 13:30:06 |
| 8 | that I followed the news group for some time. | 13:30:08 |
| 9 | Q. Did you perform any analysis of who | 13:30:13 |
| 10 | was using the system or how they were using the | 13:30:16 |
| 11 | system? | 13:30:18 |
| 12 | A. No, not that I remember. | 13:30:26 |
| 13 | Q. Was it your general practice to post | 13:30:28 |
| 14 | to that news group or you just followed the | 13:30:30 |
| 15 | postings as they came in? | 13:30:35 |
| 16 | A. As I said, if I spotted something | 13:30:37 |
| 17 | which was not answered and I had a quick answer, | 13:30:39 |
| 18 | I may have replied. As I said, I don't recall. | 13:30:42 |
| 19 | It's not too unlikely because I was attached to | 13:30:48 |
| 20 | that system. | 13:30:51 |
| 21 | MR FURMAN: I'm handing you what has | 13:31:21 |
| 22 | been marked as Pfeifer Exhibit 5. It bears the | 13:31:24 |
| 23 | Bates stamp SAMNDCA630-06929163 through to | 13:31:29 |
| 24 | 06029352. | 13:31:39 |
| 25 | | 13:31:39 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

150

| | | |
|---|---|---|
| 1 | (Exhibit No. 5 marked for | 13:31:39 |
| 2 | identification.) | 13:31:53 |
| 3 | BY MR FURMAN: | 13:31:53 |
| 4 | Q.  Do you recognize this document? | 13:31:53 |
| 5 | A.  Can I take that clip off?  I guess | 13:32:13 |
| 6 | yes, right? | 13:32:16 |
| 7 | Q.  I apologize, it isn't stapled.  It's | 13:32:16 |
| 8 | a little thick to drive a staple through. | 13:32:21 |
| 9 | A.  Well, I don't actively remember, but | 13:33:15 |
| 10 | it seems to be the thesis of Tung (even if my name | 13:33:17 |
| 11 | is misspelt on the title page). | 13:33:23 |
| 12 | Q.  If you look at the very last page of | 13:33:25 |
| 13 | the document that I handed you you'll see a | 13:33:28 |
| 14 | certification from a company called Park IP | 13:33:32 |
| 15 | Translations, and it's my understanding that this | 13:33:36 |
| 16 | is an English translation of Mr Huynh's thesis. | 13:33:40 |
| 17 | Does that look accurate? | 13:33:46 |
| 18 | A.  That's possible.  It would explain | 13:33:48 |
| 19 | the spelling error, yes. | 13:33:49 |
| 20 | Q.  Do you see that you're listed as | 13:33:50 |
| 21 | Mr Huynh's advisor? | 13:33:55 |
| 22 | A.  I see that, yes. | 13:34:01 |
| 23 | Q.  What's an IT specialist? | 13:34:02 |
| 24 | MR JAFFE:  Objection.  Calls for | 13:34:09 |
| 25 | speculation. | 13:34:15 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

151

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, I didn't do the | 13:34:15 |
| 2 | translation, so ... | 13:34:17 |
| 3 | BY MR FURMAN: | 13:34:19 |
| 4 | Q.  So that's not a term that you're | 13:34:19 |
| 5 | familiar with? | 13:34:22 |
| 6 | A.  Right. | 13:34:23 |
| 7 | Q.  That's fine. | 13:34:23 |
| 8 | Did Mr Huynh submit a copy of his | 13:34:25 |
| 9 | thesis to you upon completion? | 13:34:28 |
| 10 | A.  As I said before, I wasn't really | 13:34:31 |
| 11 | sure, from my memory, if I was the advisor or | 13:34:33 |
| 12 | Norbert Fuhr was the advisor; but either way he | 13:34:37 |
| 13 | had to produce it to the advisor, and if it was | 13:34:40 |
| 14 | Norbert Fuhr I probably have seen it also.  So | 13:34:43 |
| 15 | if ... | 13:34:49 |
| 16 | Q.  If you look at page 2, that | 13:34:50 |
| 17 | paragraph -- the only paragraph on the page -- it | 13:34:55 |
| 18 | says: | 13:34:57 |
| 19 | "I would like to thank Dr. Norbert | 13:34:57 |
| 20 | Fuhr and IT specialist Ulrich Pfeiffer [sic] for | 13:35:01 |
| 21 | their valued suggestions.  I would also like to | 13:35:01 |
| 22 | thank my thesis advisor Mr Ulrich Pfeiffer [sic], | 13:35:05 |
| 23 | for the substantial contribution he made to the | 13:35:11 |
| 24 | success of freeWAIS-sf ...", and he continues on. | 13:35:12 |
| 25 | | 13:35:12 |

152

| | | |
|---|---|---|
| 1 | Does that refresh your recollection | 13:35:15 |
| 2 | as to whether or not you were his thesis advisor? | 13:35:17 |
| 3 | A.  If this is genuine, then, well, | 13:35:20 |
| 4 | refresh my recollection, that's what I thought | 13:35:24 |
| 5 | before.  It's not triggering any new memories in | 13:35:28 |
| 6 | me. | 13:35:34 |
| 7 | Q.  Do you know what happens to a thesis | 13:35:35 |
| 8 | after it's submitted at the University of | 13:35:37 |
| 9 | Dortmund? | 13:35:40 |
| 10 | A.  I'm not -- well, I don't have the | 13:35:46 |
| 11 | rules in mind.  I seem to recall you had to hand | 13:35:51 |
| 12 | in three copies.  I think one was for the advisor, | 13:35:58 |
| 13 | one was probably for the library of either the | 13:36:05 |
| 14 | department of the university, and the third one | 13:36:09 |
| 15 | I don't know. | 13:36:12 |
| 16 | Q.  Do you know if this thesis, in fact, | 13:36:15 |
| 17 | was ever put into the library at the University of | 13:36:18 |
| 18 | Dortmund -- either the department library or the | 13:36:21 |
| 19 | university library? | 13:36:26 |
| 20 | A.  I didn't do it personally.  No, I'm | 13:36:27 |
| 21 | not positive that it actually ended up there.  It | 13:36:29 |
| 22 | was the procedure and it was regulated by the ... | 13:36:32 |
| 23 | [The witness speaks to the | 13:36:32 |
| 24 | interpreter in German] | 13:36:43 |
| 25 | THE INTERPRETER:  By the examination | 13:36:43 |

174

| | | |
|---|---|---|
| 1 | BY MR FURMAN: | 14:07:21 |
| 2 | Q.  What evidence do you have that | 14:07:21 |
| 3 | people in the United States knew about freeWAIS-sf | 14:07:23 |
| 4 | prior to January 5, 2000? | 14:07:26 |
| 5 | MR JAFFE:  Objection.  Calls for a | 14:07:28 |
| 6 | legal conclusion. | 14:07:30 |
| 7 | THE WITNESS:  The indication I have | 14:07:40 |
| 8 | are conversations via e-mail or via the news group | 14:07:43 |
| 9 | with persons that to me appeared to be located in | 14:07:48 |
| 10 | the United States. | 14:07:53 |
| 11 | BY MR FURMAN: | 14:08:12 |
| 12 | Q.  Do you know of any particular -- | 14:08:13 |
| 13 | strike that. | 14:08:13 |
| 14 | Do you know if, in the United | 14:08:17 |
| 15 | States, people were aware of the phonetic | 14:08:19 |
| 16 | searching for freeWAIS-sf prior to January 5, | 14:08:22 |
| 17 | 2000? | 14:08:27 |
| 18 | A.  Our announcements and the FAQ -- our | 14:08:28 |
| 19 | announcements on comp.infosystems.wais and the | 14:08:36 |
| 20 | FAQs posted there mentioned that these postings | 14:08:41 |
| 21 | were available in the USA.  If anybody read them, | 14:08:44 |
| 22 | I can't tell for sure, but it's very likely. | 14:08:47 |
| 23 | Q.  Do you know if anyone in the United | 14:08:53 |
| 24 | States was aware of stemming for freeWAIS or | 14:08:55 |
| 25 | freeWAIS-sf prior to January 5, 2000? | 14:09:01 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

175

| | | |
|---|---|---|
| 1 | A.  Stemming also was mentioned in the | 14:09:05 |
| 2 | FAQ and the same thing holds.  These news groups | 14:09:08 |
| 3 | were available worldwide and it's very likely that | 14:09:16 |
| 4 | somebody in the US looked at it. | 14:09:19 |
| 5 | Q.  Other than the announcements and the | 14:09:23 |
| 6 | news group postings, is there any other evidence | 14:09:26 |
| 7 | you have that people in the United States knew | 14:09:31 |
| 8 | about either phonetic searching or stemming for | 14:09:33 |
| 9 | freeWAIS-sf prior to January 5, 2000? | 14:09:37 |
| 10 | MR JAFFE:  Objection.  Calls for a | 14:09:39 |
| 11 | legal conclusion. | 14:09:42 |
| 12 | THE WITNESS:  Okay.  Can you repeat? | 14:09:46 |
| 13 | BY MR FURMAN: | 14:09:48 |
| 14 | Q.  Other than the announcements that | 14:09:50 |
| 15 | you mentioned and the news group postings that you | 14:09:52 |
| 16 | mentioned, is there any other evidence that you | 14:09:55 |
| 17 | have that people in the United States knew about | 14:09:58 |
| 18 | either phonetic searching or stemming for | 14:10:01 |
| 19 | freeWAIS-sf or freeWAIS prior to January 5, 2000? | 14:10:05 |
| 20 | MR JAFFE:  Same objection. | 14:10:10 |
| 21 | THE WITNESS:  Okay, we talked about | 14:10:12 |
| 22 | specific postings before.  There were other | 14:10:13 |
| 23 | postings where I tried to resolve problems people | 14:10:17 |
| 24 | had, so it's likely that these two things were | 14:10:20 |
| 25 | mentioned several times on the news group.  And | 14:10:22 |

176

| | | |
|---|---|---|
| 1 | then there was my paper at the World Wide Web | 14:10:27 |
| 2 | Conference '95, which I think was reviewed -- or | 14:10:31 |
| 3 | the proceedings of that conference were reviewed | 14:10:35 |
| 4 | worldwide and certainly also in the US. | 14:10:39 |
| 5 | BY MR FURMAN: | 14:10:46 |
| 6 | Q.  The news group postings that you | 14:10:46 |
| 7 | mentioned where you said "we tried to resolve | 14:10:49 |
| 8 | problems people had" and "it's likely that those | 14:10:51 |
| 9 | two things were mentioned several times," were you | 14:10:53 |
| 10 | attempting to resolve problems that people in the | 14:10:57 |
| 11 | United States had or was what you testified to | 14:10:59 |
| 12 | that people in the United States would have seen | 14:11:03 |
| 13 | the news group postings discussing those problems? | 14:11:05 |
| 14 | THE WITNESS:  Most likely both is | 14:11:08 |
| 15 | the case.  So back then Internet was, to a large | 14:11:11 |
| 16 | extent, US, so most of the -- or a big part of the | 14:11:14 |
| 17 | questions would come out of the United States. | 14:11:20 |
| 18 | BY MR FURMAN: | 14:11:26 |
| 19 | Q.  Other than generalities that people | 14:11:26 |
| 20 | "must have seen it" or "may have seen it," do | 14:11:29 |
| 21 | you have any specific examples of people actually | 14:11:33 |
| 22 | knowing about phonetic searching or stemming in | 14:11:36 |
| 23 | freeWAIS-sf prior to January 5, 2000? | 14:11:40 |
| 24 | MR JAFFE:  Objection to form. | 14:11:43 |
| 25 | THE WITNESS:  I wouldn't call it | 14:11:49 |

177

| | | |
|---|---|---|
| 1 | generalities, but I don't know personally a person | 14:11:51 |
| 2 | which really has -- personally face-to-face -- | 14:11:55 |
| 3 | which was aware of that. | 14:12:01 |
| 4 | MR FURMAN:  I'm handing you what has | 14:13:12 |
| 5 | been marked as Pfeifer Exhibit 6. | 14:13:14 |
| 6 | (Exhibit No. 6 marked for | 14:13:19 |
| 7 | identification.) | 14:13:20 |
| 8 | BY MR FURMAN: | 14:13:20 |
| 9 | Q.  If you turn to page -- | 14:13:22 |
| 10 | Well, let me say this.  This is a | 14:13:23 |
| 11 | document bearing Bates numbers SAMNDCA630-05349619 | 14:13:25 |
| 12 | through to 05349629. | 14:13:35 |
| 13 | Mr Pfeifer, would you please turn to | 14:13:42 |
| 14 | page 2 of this document -- actually, strike that. | 14:13:45 |
| 15 | Do you recognize this document? | 14:13:49 |
| 16 | A.  Okay, I don't actively recall having | 14:14:57 |
| 17 | seen that.  The date seems to indicate that it was | 14:15:02 |
| 18 | created when I still was at the university, | 14:15:06 |
| 19 | but ... | 14:15:10 |
| 20 | Q.  If you could please turn to page 2 | 14:15:12 |
| 21 | of the document.  Second paragraph of the | 14:15:16 |
| 22 | introduction says: | 14:15:19 |
| 23 | "FreeWAIS-sf ... represents an | 14:15:22 |
| 24 | enhancement of WAIS.  With more than 1500 | 14:15:22 |
| 25 | installations worldwide, it is currently one of | 14:15:27 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

178

| | | |
|---|---|---|
| 1 | the most frequently used web-based IR systems on | 14:15:29 |
| 2 | the Internet." | 14:15:32 |
| 3 | Do you know what the basis for that | 14:15:34 |
| 4 | statement is? | 14:15:36 |
| 5 | A.  I don't know it for a fact.  My | 14:15:36 |
| 6 | strong suspicion is that this is the UDP-related | 14:15:48 |
| 7 | data we talked about before. | 14:15:55 |
| 8 | Q.  So it's your understanding that this | 14:15:56 |
| 9 | information is based on the same UDP-based | 14:15:59 |
| 10 | information that we discussed in that e-mail that | 14:16:03 |
| 11 | was marked as Pfeifer Exhibit 4; is that correct? | 14:16:05 |
| 12 | A.  That is my assumption.  I don't know | 14:16:09 |
| 13 | it for a fact. | 14:16:11 |
| 14 | Q.  Okay.  You could put that aside. | 14:16:13 |
| 15 | Are you aware of any documents | 14:16:21 |
| 16 | showing use, sale or offer for sale of freeWAIS-sf | 14:16:23 |
| 17 | in the United States prior to January 5, 2000? | 14:16:26 |
| 18 | MR JAFFE:  Objection to form.  Calls | 14:16:29 |
| 19 | for a legal conclusion. | 14:16:31 |
| 20 | THE WITNESS:  I'm not aware of any | 14:16:33 |
| 21 | efforts to sell the system. | 14:16:37 |
| 22 | BY MR FURMAN: | 14:16:42 |
| 23 | Q.  Are you aware of any documents | 14:16:43 |
| 24 | showing use of freeWAIS-sf in the United States | 14:16:46 |
| 25 | prior to January 5, 2000? | 14:16:46 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

179

| | | |
|---|---|---|
| 1 | A.  Other than the things we have | 14:16:57 |
| 2 | discussed before, like the e-mails, the news group | 14:16:58 |
| 3 | postings? | 14:17:02 |
| 4 | Q.  I'm looking for all the evidence you | 14:17:05 |
| 5 | have in total that freeWAIS-sf was used in the | 14:17:07 |
| 6 | United States prior to January 5, 2000. | 14:17:10 |
| 7 | MR JAFFE:  Objection to form. | 14:17:13 |
| 8 | THE WITNESS:  So, yeah, all I can | 14:17:15 |
| 9 | say is that the e-mails I have (the e-mail | 14:17:17 |
| 10 | conversations and the conversations via the news | 14:17:19 |
| 11 | group) indicated to me that there were people in | 14:17:22 |
| 12 | the US using it and that they are aware of the | 14:17:27 |
| 13 | system also via the proceedings of the World Wide | 14:17:29 |
| 14 | Web Conference in Am Staad, which was attended by | 14:17:38 |
| 15 | many people.  In addition to that I don't have any | 14:17:41 |
| 16 | indication of use in the US right now. | 14:17:46 |
| 17 | BY MR FURMAN: | 14:17:52 |
| 18 | Q.  The paper that you talked about -- | 14:17:52 |
| 19 | Just so we're all on the same page | 14:17:55 |
| 20 | I'm going to hand you what has been marked as | 14:18:07 |
| 21 | Pfeifer Exhibit 7. | 14:18:09 |
| 22 | (Exhibit No. 7 marked for | 14:18:09 |
| 23 | identification.) | 14:18:14 |
| 24 | BY MR FURMAN: | 14:18:14 |
| 25 | Q.  Is this the paper you've referred to | 14:18:14 |