Exhibit 5

Highly Confidential - Attorneys Eyes Only
Contains Highly Confidential - Outside Attorneys Eyes Only - Source Code Portions Bound Separate

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
                 Plaintiff,
 6                                    Case No.
      vs.                             12-cv-00630-LHK (PSG)
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC.,
 9   a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
                 Defendants.
12   ------------------------------------
13
14
15      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
16      **CONTAINS HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS'
17        EYES ONLY - SOURCE CODE PORTIONS BOUND SEPARATE**
18       VIDEOTAPED DEPOSITION OF DAVID G. CASSERES
19                  Palo Alto, California
20                Wednesday, May 29, 2013
21
22
23
24   REPORTED BY:
     CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 61611
```

Highly Confidential - Attorneys Eyes Only
Contains Highly Confidential - Outside Attorneys Eyes Only - Source Code Portions Bound Separate

Page 116

1  Q. Does the diagram here on page ending in 963
2  of Casseres 5 accurately describe a scheduled search
3  in the Apple Search product?
4       MS. SLADIC: Objection; vague, calls for
5  speculation, lack of foundation.
6       THE WITNESS: I don't see anything wrong
7  with it based on my work.
8       Q. Okay.
9       MR. JAFFE: I'd like to mark what's going
10 to be Exhibit Casseres 6. It's Bates labeled
11 SAMNDCA630-07216824 through 26.
12      (Deposition Exhibit 6 was marked for
13      identification)
14 BY MR. JAFFE:
15      Q. Mr. Casseres, do you know what Usenet is?
16      A. I know what it was.
17      Q. What was it?
18      A. It was a -- it was a collection of Internet
19 facilities for conducting discussions in groups.
20      Q. Did you use Usenet?
21      A. I did.
22      Q. Did you use -- post to Usenet using your
23 Apple e-mail address?
24      A. Sometimes.
25      Q. Did you post to news groups including

Highly Confidential - Attorneys Eyes Only
Contains Highly Confidential - Outside Attorneys Eyes Only - Source Code Portions Bound Separate

Page 117

1  comp.sys.mac.system?
2       A.   I don't remember.
3       Q.   Okay.  If you want to just take a minute to
4  look through this -- this article, please.  Let me
5  know when you're --
6       A.   Okay.
7       Q.   -- done.
8            (Witness reviewing document.)
9       A.   I've read it.
10      Q.   Do you recognize the content of this
11 document?
12      A.   No.
13      Q.   Do you know who Clement Galluccio is?
14      A.   No.
15      Q.   If you can turn to the second page.  At the
16 top it says, "From:  Casseres@apple.com, in a
17 parenthetical, David Casseres."
18           Do you see that?
19      A.   Yes, I do.
20      Q.   That's your e-mail address; correct?
21      A.   That's correct.
22      Q.   That's your name?
23      A.   Yes.
24      Q.   Do you understand what this header
25 information means?

Highly Confidential - Attorneys Eyes Only
Contains Highly Confidential - Outside Attorneys Eyes Only - Source Code Portions Bound Separate

Page 118

1    A.   Yes.
2    Q.   What does it mean?
3    A.   Correction.  I understand some of it.
4         It means that this from somebody named
5  David Casseres at the address casseres@apple.com.
6    Q.   And you said, "somebody."
7         You don't know whether this is you?
8    A.   I don't recall sending this, but it is my
9  name and it is my address.
10   Q.   Were other people using your address to
11 post to Usenet?
12   A.   Not to my knowledge.
13        MS. SLADIC:  Objection; calls for
14 speculation.
15 BY MR. JAFFE:
16   Q.   Were Usenet groups private?
17   A.   No, they were public.
18   Q.   So where would this Usenet group be
19 available to?
20        MS. SLADIC:  Objection; calls for
21 speculation and vague.
22        THE WITNESS:  How do you mean?
23 BY MR. JAFFE:
24   Q.   Let me ask it -- a better question.
25        If you posted something to a Usenet group

Highly Confidential - Attorneys Eyes Only
Contains Highly Confidential - Outside Attorneys Eyes Only - Source Code Portions Bound Separate

Page 335

1  DECLARATION UNDER PENALTY OF PERJURY
2
3     I, DAVID G. CASSERES, do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on May 29, 2013;
6  that I have made such corrections as appear noted
7  herein in ink, initialed by me; that my testimony as
8  contained herein, as corrected, is true and correct.
9
10     DATED this            day of
11  2013, at                          , California.
12
13
14
                                    _____
15                                  DAVID G. CASSERES
16
17
18
19
20
21
22
23
24
25