Exhibit 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICROSOFT CORPORATION** |

## DECLARATION OF MICROSOFT CORPORATION

I, Patrick Gogerty, declare as follows:

1. This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating and certifying as a business record source code developed by and located in the archives of Microsoft Corporation ("Microsoft").

2. I am currently, and have been since April, 2000, a paralegal in the Legal and Corporate Affairs Department at Microsoft. My current position is Senior Paralegal. In my role as a Senior Paralegal, I have access, directly or indirectly through other Microsoft employees, to Microsoft's archives and repositories of source code of its operating systems and programs. The other Microsoft employees through whom I have indirect access to these archives and repositories of source code act as custodians of the source code in the normal course of their employment.

3. Microsoft is not a party to the above-captioned litigation.

4.      I have reviewed a press release produced by Microsoft in discovery in this case bearing production numbers MSFT-00630 011238-011241. As indicated on this press release, Microsoft officially released its Windows 95 operating system on August 24, 1995.

5.      In response to a subpoena served on Microsoft by Samsung in the above captioned matter, I located the Windows 95 source code from Microsoft's source code repositories. The source code I located (version number 4.00.0950, files dated July 11, 1995) included both the source code files for the officially released version of Windows 95 as well as change log files, one change log file for each source code file, showing each change made to respective source code file over time.

6.      As the individual who located these files, or caused these files to be located through other Microsoft employees, I certify that the source code, including both the source code files and change log files, is a true and correct copy of the code that was placed by Microsoft, at or near the time of the release of the Windows 95 software, into the source code repository. The source code repository is kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the source code was a regular practice of that activity. The source code repository is maintained and relied on in the regular course of business as an accurate copy of the Windows 95 source code, and of an accurate history of changes made thereto.

7.      In response to a subpoena served on Microsoft by Samsung in this matter, I located a copy of Build 347 of the Windows 95 Beta in Microsoft's corporate archives. I have reviewed the CDs marked as MSFT-00630-001136, attached hereto as Exhibit 1, and confirm they contain a true and correct copy of Build 347 of the Windows 95 Beta, as it has been maintained and relied on in the regular course of Microsoft's business related to development of Windows 95.

8. I have reviewed a press release issued by Microsoft entitled "Microsoft Ships Final Windows 95 Beta." A copy of this press release was produced by Microsoft in this matter under production numbers MSFT-00630 011373-011375. As indicated on this press release, this Windows 95 Beta version (Build 347) was shipped to users on March 16, 1995.

9. I have reviewed a press release issued by Microsoft that was produced in this litigation with production numbers MSFT-00630-001141 through MSFT-00630-001143, attached hereto as Exhibit 2. As indicated in this press release, Microsoft's Windows Mobile 5.0. operating system was released on May 10, 2005.

10. In response to a subpoena served on Microsoft by Samsung in this matter, I located the source code for the Windows Mobile 5.0 system in Microsoft's source code repository. The code I located included both the source code files for the officially-released version of Windows Mobile 5.0.

11. I certify, as the individual who located these records, that the source code is a true and correct copy of the code that was stored at or near the time of the release of the Windows Mobile 5.0 software in the source code repository. The source code repository is kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the source code was a regular practice of that activity. The source code repository is maintained and relied on in the regular course of business as an accurate copy of the Windows Mobile 5.0 source code, and of an accurate history of changes made thereto.

12. I have reviewed a press release issued by Microsoft entitled "Microsoft Unveils Windows Mobile 2003 Software for Pocket PCs." A copy of this press release was produced by Microsoft in this matter under production numbers MSFT-00630 011376-011378. As indicated on this press release, on June 23, 2003, Microsoft officially released Windows Mobile 2003.

13. In response to a subpoena served on Microsoft by Samsung in this matter, I located the Windows Mobile 2003 source code in Microsoft's corporate source code archives.

The source code I located included the source code files for the officially-released version of Windows Mobile 2003.

14.   I certify, as the individual who located these records, that the source code is a true and correct copy of the code that was stored at or near the time of the release of the Windows Mobile 2003 software in the corporate source code archives. The source code archives are kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the source code was a regular practice of that activity. The source code archives were maintained and relied on in the regular course of business as an accurate copy of the Windows Mobile 2003 source code.

15.   I have reviewed a press release issued by Microsoft and produced by Microsoft in this matter under production number MSFT-00630-001171, attached hereto as Exhibit 3. As indicated on this press release, Microsoft officially released Windows Vista Beta 1 on July 27, 2005.

16.   In response to a subpoena served on Microsoft by Samsung in this matter, I located the Windows Vista Beta 1 source code in Microsoft's source code repository. The source code I located included the source code files for the officially-released version of Windows Vista Beta 1.

17.   I certify, as the individual who located these records, that the source code is a true and correct copy of the code that was stored at or near the time of the release of the Windows Vista Beta 1. The source code repository was kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the source code was a regular practice of that activity. The source code repository was maintained and relied on in the regular course of business as an accurate copy of the Windows Vista Beta 1 source code.

18.   In response to a subpoena served on Microsoft by Samsung in this matter, I located executable software for Windows Vista Beta 1 (x64 and x86 versions) in Microsoft's

4

corporate archives. The executable software I located included software for the officially released version of Windows Vista Beta 1.

19. I certify, as the individual who located these records, that the executable software is a true and correct copy of the software that was stored at or near the time of the release of the Windows Vista Beta 1. The software database was kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the software was a regular practice of that activity. The software database was maintained and relied on in the regular course of business as an accurate copy of the Windows Vista Beta 1 software.

20. I have reviewed a press release issued by Microsoft entitled "Microsoft Launches Windows Vista and Microsoft Office 2007." A copy of this release was produced in this matter under production numbers MSFT-00630 0011379-01138171. As indicated on this press release, Windows Vista was commercially released world-wide, including in the United States, on January 30, 2007.

21. In response to a subpoena served on Microsoft by Samsung in this matter, I located Windows Vista source code in Microsoft's source code repository. The source code I located included both the source code files for Windows Vista RTM ("release to manufacturing") as well as change log files, one file for each source code file, showing each change made to its respective source code file over time.

22. I certify, as the individual who located these records, that the source code, including both the source code files and change log files, is a true and correct copy of the code that was stored at or near the time of the release of the Windows Vista RTM software. The source code database was kept in the regularly conducted activity of Microsoft's business, *i.e.*, developing and selling software, and storing the source code was a regular practice of that activity. The source code database was maintained and relied on in the regular course of business

as an accurate copy of the Windows Vista RTM source code, and of an accurate history of changes made thereto.

23. I have reviewed the document marked MSFT-00630-000001 through MSFT-00630-000177, attached hereto as Exhibit 4, and it is a true and correct copy of the Microsoft Exchange Server ActiveSync Protocol Version 2.5 Reference, which is maintained and relied on in the regular course of Microsoft's business related to development of the Exchange ActiveSync protocol. I understand that this document had been retrieved from Microsoft's document archives by another member of Microsoft's Legal and Corporate Affairs Department for discovery purposes in another matter in which Microsoft is a party. Exhibit 4 is a copy of that document as retrieved. The publication date of this document is February 17, 2005.

24. I have reviewed the document marked MSFT-00630-000868 through MSFT-00630-001045, attached hereto as Exhibit 5, and it is a true and correct copy of the Exchange Mobile Device Synchronization Protocol Reference Specification Version 2.5, which is maintained and relied on in the regular course of Microsoft's business related to development of the Exchange ActiveSync protocol. I understand that this document had been retrieved from Microsoft's document archives by another member of Microsoft's Legal and Corporate Affairs Department for discovery purposes in another matter in which Microsoft is a party. Exhibit 5 is a copy of that document as retrieved. The publication date of this document is February 17, 2005.

25. I have reviewed the document marked MSFT-00630-000218 through MSFT-00630-000442, attached hereto as Exhibit 6, and it is a true and correct copy of the Microsoft Exchange Server ActiveSync Protocol Version 2.5.6 Reference, which is maintained and relied on in the regular course of Microsoft's business related to development of the Exchange ActiveSync protocol. I understand that this document had been retrieved from Microsoft's document archives by another member of Microsoft's Legal and Corporate Affairs Department

for discovery purposes in another matter in which Microsoft is a party. Exhibit 6 is a copy of that document as retrieved. The Microsoft Exchange Server ActiveSync Protocol Version 2.5.6 Reference was published on June 1, 2005.

26. In response to a subpoena issued to Microsoft in this matter, I located a draft of the Magneto Mobile Devices Design Specification in Microsoft's document archives. A copy of this draft has been produced in this matter as MSFT-00630-001971 through MSFT-00630-002998, attached hereto as Exhibit 7. Based on my review of this document, it is a true and correct copy of the Magneto Mobile Devices Design Specification, which is maintained and relied on in the regular course of Microsoft's business related to development of the Windows Mobile software. As shown on this document, the draft was created April 15, 2003.

27. On May 22, 2013, I caused to be generated from Microsoft's MS Sales database, a US Adjusted Revenue & Unit Summary from. The document marked MSFT-00630-011237, attached hereto as Exhibit 8 is a true and correct copy of this summary. This summary shows adjusted sales, in U.S. dollars, for the Windows Mobile 2003 product grouping, between July 2003 and September 2003.

28. As the individual who caused the summary to be generated, I certify that it was generated from a database of sales information that was updated, maintained, and relied on in the regular course of Microsoft's business, and that, on information and belief, the summary is an accurate record of sales for Windows Mobile 2003 for the indicated period.

29. On April 17, 2013, I caused to be generated a US Adjusted Revenue & Unit Summary from Microsoft's MS Sales database. The document marked MSFT-00630-001175, attached hereto as Exhibit 9, is a true and correct copy of this summary, which shows the adjusted sum of sales, in U.S. dollars, for the Windows Mobile 5.0 product grouping, between the period of October 2005 and June 2006.

30. As the individual who caused the summary to be generated, I certify that it was generated from a database of sales information that was updated, maintained, and relied on in the regular course of Microsoft's business, and on information and belief, that the summary is an accurate record of sales for Windows Mobile 5.0.

31. Microsoft's website www.download.microsoft.com hosts a Microsoft publication entitled "Smart Client Architecture and Design Guide." I have reviewed the document attached hereto as Exhibit 10, and certify that it is a true and correct copy of the Smart Client Architecture and Design Guide. The document indicates that it was published on October 26, 2004. The Smart Client Architecture and Design Guide was generated and maintained in the course of Microsoft's regularly conducted activity as a software development organization.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:    July 16, 2013