Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>DECLARATION OF NOVELL, INC. |

### DECLARATION OF JIM F. LUNDBERG CERTIFYING RECORD OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, Jim F. Lundberg, declare as follows:

1. This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating and certifying business records developed and maintained by Novell, Inc. ("Novell").

2. Currently, I am a Vice President, Legal for Attachmate Group, Inc. ("Attachmate"). I have held this title since 2011. Since 2005, I have also held the title of Vice President, Legal at Novell. As part of my duties since 2011, I have acted as a custodian of records for Attachmate. Prior to 2011, I acted as a custodian of records for Novell.

3. Novell is software company based in Provo Utah. Novell has developed and sold GroupWise server software since 1994. Novell has developed and sold Evolution email software since 2003. Between 2004 and 2011, Novell developed and sold SUSE Linux software.

4. Novell is not a party to the above-captioned litigation.

5.      On February 6, 2006, Novell published the GroupWise 6.5 Administration Guide. Exhibit 1 to this declaration is a true and correct copy of the GroupWise 6.5 Administration Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Administration Guide in the course of its regularly conducted business activity as a developer and seller of software.

6.      On February 6, 2006, Novell published the GroupWise 6.5 Installation Guide. Exhibit 2 to this declaration is a true and correct copy of the GroupWise 6.5 Installation Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Installation Guide in the course of its regularly conducted business activity as a developer and seller of software.

7.      On October 31, 2005, Novell published the GroupWise 6.5 Interoperability Guide. Exhibit 3 to this declaration is a true and correct copy of the GroupWise 6.5 Interoperability Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Interoperability Guide in the course of its regularly conducted business activity as a developer and seller of software.

8.      On September 30, 2004, Novell published the GroupWise 6.5 Multi-System Administration Guide. Exhibit 4 to this declaration is a true and correct copy of the GroupWise 6.5 Multi-System Administration Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Multi-System Administration Guide in the course of its regularly conducted business activity as a developer and seller of software.

9.      On September 19, 2005, Novell published the GroupWise 6.5 Troubleshooting 1: Error Messages Guide. Exhibit 5 to this declaration is a true and correct copy of the GroupWise 6.5 Troubleshooting 1: Error Messages Guide as it existed at the time of its publication. Novell

created and maintained the GroupWise 6.5 Troubleshooting 1: Error Messages Guide in the course of its regularly conducted business activity as a developer and seller of software.

10. On February 6, 2006, Novell published the GroupWise 6.5 Client Frequently Asked Questions (FAQ). Exhibit 6 to this declaration is a true and correct copy of the GroupWise 6.5 Client Frequently Asked Questions (FAQ) as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Client Frequently Asked Questions (FAQ) in the course of its regularly conducted business activity as a developer and seller of software.

11. On October 31, 2005, Novell published the GroupWise 6.5 Web Access Client User Guide. Exhibit 7 to this declaration is a true and correct copy of the GroupWise 6.5 Web Access Client User Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Web Access Client User Guide in the course of its regularly conducted business activity as a developer and seller of software.

12. On September 19, 2005, Novell published the GroupWise 6.5 Windows Client User Guide. Exhibit 8 to this declaration is a true and correct copy of the GroupWise 6.5 Windows Client User Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Windows Client User Guide in the course of its regularly conducted business activity as a developer and seller of software.

13. On September 19, 2005, Novell published the GroupWise 6.5 Cross-Platform Client User Guide. Exhibit 9 to this declaration is a true and correct copy of the GroupWise 6.5 Cross-Platform Client User Guide as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 Cross-Platform Client User Guide in the course of its regularly conducted business activity as a developer and seller of software.

14. On February 11, 2002, Novell published the GroupWise 6.5 README. Exhibit 10 to this declaration is a true and correct copy of the GroupWise 6.5 README as it existed at the time of its publication. Novell created and maintained the GroupWise 6.5 README in the course of its regularly conducted business activity as a developer and seller of software.

15. On September 7, 2005, Novell published the Evolution 2.4 User Guide. Exhibit 11 to this declaration is a true and correct copy of the Evolution 2.4 User Guide as it existed at the time of its publication. Novell created and maintained the Evolution 2.4 User Guide in the course of its regularly conducted business activity as a developer and seller of software.

16. On September 30, 2004, Novell published the Evolution 2.0 User Guide. Exhibit 12 to this declaration is a true and correct copy of the Evolution 2.0 User Guide as it existed at the time of its publication. Novell created and maintained the Evolution 2.0 User Guide in the course of its regularly conducted business activity as a developer and seller of software.

17. In 2005, Novell published the SUSE Linux 9.3 User Guide. Exhibit 13 to this declaration is a true and correct copy of the SUSE Linux 9.3 User Guide as it existed at the time of its publication. Novell created and maintained the SUSE Linux 9.3 User Guide in the course of its regularly conducted business activity as a developer and seller of software

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   July 15, 2013
            Provo, Utah                                 _Jim F. Lundberg_