Exhibit 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF CARNEGIE MELLON UNIVERSITY** |

I, Walter Wong, declare as follows:

1. This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating and certifying as business records source code, software, and documents developed and maintained by Carnegie Mellon University ("CMU").

2. I am a Systems Architect in the Computing Services group at CMU.

3. CMU is not a party to the above-captioned litigation.

4. Since May 1992, CMU has developed, maintained, and distributed source code and software for the Cyrus IMAP Server ("Cyrus") in the course of its regularly conducted activity as a research university. Specifically, CMU maintains previous releases of Cyrus source code and software on the following FTP site: ftp://ftp.andrew.cmu.edu/pub/cyrus-mail. The FTP site links to downloadable files containing the full source code tree for previous Cyrus releases. Each file link includes a date stamp indicating the date on which CMU posted the file to the FTP, and thus the date on which the file was publicly available for download.

5.  For example, the FTP site links to source code for version 2.3.1 of Cyrus. The source code is contained in the file linked at the following address: ftp://ftp.andrew.cmu.edu/pub/cyrus-mail/cyrus-imapd-2.3.1.tar.gz. The date stamp for this file is December 20, 2005, indicating that the source code for version 2.3.1 of Cyrus was publicly available on that date.

6.  The publicly available archive file cyrus-imapd-2.3.1.tar.gz also contains Cyrus-related documentation. For instance, within the directory path \cyrus-imapd-2.3.1.tar\cyrus-imapd-2.3.1\doc\ are multiple files (including but not limited to "readme.html," "install.html" and "faq.html") describing how to install, configure and use Cyrus.

7.  The publicly available archive file cyrus-imapd-2.3.1.tar.gz also contains code corresponding to built-in Cyrus libraries. For instance, within the directory path \cyrus-imapd-2.3.1.tar\cyrus-imapd\2.3.1\lib\ is a file titled "cyrusdb.h," which enumerates the server mail database implementations that are installed with Cyrus. These server mail database implementations are:

    extern struct cyrusdb_backend cyrusdb_berkeley;

    extern struct cyrusdb_backend cyrusdb_berkeley_nosync;

    extern struct cyrusdb_backend cyrusdb_flat;

    extern struct cyrusdb_backend cyrusdb_skiplist;

    extern struct cyrusdb_backend cyrusdb_quotalegacy;

8.  In addition, the cyrusdb.h file is viewable using the "git" repository's change logs. The web repository is available online at http://git.cyrusimap.org/cyrus-imapd/log/lib/cyrusdb.h.

9.  I certify that the files available through ftp://ftp.andrew.cmu.edu/pub/cyrus-mail contain true and correct copies of Cyrus source code as it was created, maintained, and distributed in the course of CMU's regularly conducted activity as a research university. I

further certify that the date stamp identified for each file is an accurate reflection of when the corresponding file was published to CMU's FTP site, and therefore made available to the public, in the course of CMU's regularly conducted activity as a research university.

10. I certify that the documentation described above accurately describes the functionality and operation of Cyrus (including how to compile, install and configure Cyrus executables from the source code) as it was created, maintained, and distributed in the course of CMU's regularly conducted activity as a research university. I further certify that the date stamp identified for each documentation file is an accurate reflection of when the corresponding file was published to CMU's FTP site, and therefore made available to the public, in the course of CMU's regularly conducted activity as a research university.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-Jul-2013        [NAME]

3