| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF BUTLER, DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFEIFER, RINARD, WIGDOR, AND WONG** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of sealing materials that Apple and Samsung may use during the examinations of Butler, Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim, Lundberg, Pfeifer, Rinard, Wigdor, and Wong.

3. DX302 purports to be a selection of Apple source code related to AppleSearch, and should be sealed in full. The Court has previously granted similar requests by Apple to seal its highly confidential source code. (*See, e.g.*, 1846 Dkt. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal Apple source code).)

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 13th day of April, 2014, in San Jose, California.

Dated: April 13, 2014        */s/ Erik J. Olson*
                             Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

---

DECLARATION OF ERIK J. OLSON ISO SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING EXAMINATIONS
CASE NO. 12-CV-00630-LHK (PSG)                    1
sf-3405882

1  I, Rachel Krevans, am the ECF User whose ID and password are being used to file this
2  Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has
3  concurred in this filing.

Dated:  April 13, 2014      */s/ Rachel Krevans*
                             Rachel Krevans

DECLARATION OF ERIK J. OLSON ISO SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING EXAMINATIONS
CASE NO. 12-CV-00630-LHK (PSG)                    2
sf-3405882