1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF BUTLER, DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFEIFER, RINARD, WIGDOR, AND WONG** |

[PROPOSED] ORDER
CASE NO. 12-CV-00630-LHK (PSG)
sf-3405883

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Erik J. Olson in Support of Sealing Materials that Apple and Samsung May Use During the Examinations of Butler, Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim, Lundberg, Pfeifer, Rinard, Wigdor, and Wong ("Olson Declaration").  The Court grants Apple's request to seal the materials disclosed in the Olson Declaration as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| DX 302 | Sealed in full. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge