| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 5 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 6 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| 7 | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 8 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 9 | Facsimile: (650) 801-5100 |
| 10 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 11 | Michael L. Fazio (Bar No. 228601) |
| | michaelfazio@quinnemanuel.com |
| 12 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California  90017-2543 |
| 13 | Telephone:   (213) 443-3000 |
| | Facsimile:    (213) 443-3100 |
| 14 | |
| | Attorneys for SAMSUNG ELECTRONICS CO., |
| 15 | LTD., SAMSUNG ELECTRONICS AMERICA, |
| | INC. and SAMSUNG |
| 16 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFEIFER, RINARD, WIGDOR, AND WONG** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

99999.77965/5872545.1

-1-   Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in
4  connection with Samsung's High Priority Objections and Responses Regarding Exhibits and
5  Demonstratives Disclosed for Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim,
6  Lundberg, Pfeifer, Rinard, Wigdor, and Wong ("HPO Objections").

## RELIEF REQUESTED

8  Samsung requests an order granting Samsung's motion to file under seal the documents
9  listed below:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit C to the Declaration of Michael L. Fazio In Support of Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim, Lundberg, Pfeifer, Rinard, Wigdor, and Wong ("Fazio Decl."). | Paragraphs 288-292 |
| Exhibit D to the Fazio Decl. | Partial paragraph 77 on page 26, and paragraphs 86 and 88. |
| Exhibit E to the Fazio Decl. | Lines 122:6-127:3. |

18  Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
19  regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File
20  Documents Under Seal relating to Samsung's HPO Objections as a procedural mechanism for
21  filing portions of Samsung's HPO Objections and supporting documents under seal.  Apple
22  reserves the right to challenge any proposed redactions to the extent it believes those redactions
23  improperly seal non-confidential information.  Within 7 days of Apple filing its declaration in
24  support of sealing, the parties will prepare and Samsung will file a final consolidated and
25  conformed copy of the motion and exhibits thereto identifying what information parties have
26  supported sealing in their declarations.
27  Pursuant to the Court's January 29, 2014 Order, Case No. 11-cv-01846, Dkt. 2935, the
28  confidential, unredacted version of the aforementioned documents will be served on counsel for

1  Apple so that Apple's counsel may indicate what Apple information Apple believes should be
2  redacted from the public version of Samsung's filing.   After receiving Apple's proposed
3  redactions, Samsung will file a public, proposed redacted version of these documents.
4         Pursuant to the Court's Order, Dkt. No. 1616, Samsung files the exhibits and
5  demonstratives subject to the parties' objections, and those subject to Samsung's request to seal
6  trial exhibits, on ECF.   Samsung requests that exhibits and demonstratives subject to the parties'
7  objections remain under seal until the relevant exhibit is admitted at trial.   Samsung further
8  requests that exhibits and demonstratives subject to Samsung's request to seal trial exhibits be
9  sealed for the reasons stated in the Declaration of Michael L. Fazio in Support of Samsung's
10 Request to Seal Trial Materials.

DATED:   April 13, 2014           QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                   /s/ Michael L. Fazio
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  William C. Price
                                  Michael L. Fazio

                                  Attorneys for Defendants
                                  SAMSUNG ELECTRONICS CO., LTD.,
                                  SAMSUNG ELECTRONICS AMERICA, INC.,
                                  and SAMSUNG TELECOMMUNICATIONS
                                  AMERICA, LLC

99999.77965/5872545.1

-3-   Case No. 12-cv-00630-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO SAMSUNG'S HIGH
PRIORITY OBJECTIONS AND RESPONSES