QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFIEFER, RINARD, WIGDOR, AND WONG** |

099.77965/5872548.1

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFIEFER, RINARD, WIGDOR, AND WONG

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of the Affidavit of Christopher Butler, dated June 25, 2013.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Expert Report of Saul Greenberg, Ph.D., Regarding the Validity of the Asserted Claim 8 of U.S. Patent NO. 8,046,721, dated August 12, 2013.

4. Attached as Exhibit C is a true and correct copy of highlighted excerpts from the Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, dated August 12, 2013. This report has been designated highly confidential.

5. Attached as Exhibit D is a true and correct copy of highlighted excerpts from the Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647, dated August 12, 2013. This report has been designated highly confidential.

6. Attached as Exhibit E is a true and correct copy of highlighted excerpts from the September 24, 2013 Deposition of Kevin Jeffay. This deposition transcript has been designated highly confidential.

7. Attached as Exhibit F is a true and correct copy of highlighted excerpts from source code authored by Brewster Kahle.

8. Attached as Exhibit G is a true and correct copy of proposed trial exhibit DX305A.

9. Attached as Exhibit H is a true and correct copy of the LinkedIn profile of David Casseres.

099.77965/5872548.1

-2-
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFIEFER, RINARD, WIGDOR, AND WONG

1  10. Attached as Exhibit I is a true and correct copy of an email from Ruth Borenstein to Michael Fazio, with the subject "RE: Apple v. Samsung 630 case:L 4/12 Disclosures (Rinard)," dated April 12, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2013, at San Jose, California.

                                      */s/ Michael L. Fazio*
                                      Michael L. Fazio

099.77965/5872548.1

-3-
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR DENISON, FRID-NIELSEN, GOGERTY, GREENBERG, JEFFAY, KAHLE, KIM, LUNDBERG, PFIEFER, RINARD, WIGDOR, AND WONG