# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

**Before the Honorable Lucy H. Koh**
**Federal District Court Judge**

| | |
|---|---|
| APPLE, INC, a California corporation, Plaintiff<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | CASE NO. 12-CV-00630-LHK |

**EXPERT REPORT OF SAUL GREENBERG, PH.D., REGARDING THE VALIDITY OF THE ASSERTED CLAIM 8 OF U.S. PATENT NO. 8,046,721**

351. Tokkonen discloses various action that can be performed using the above method. These include ***basic operating system actions*** "such as turning off the device, ***activating a screen saver*** or ***locking the user interface of the device.***" (Tokkonen, ¶0030).

352. Tokkonen discloses another embodiment comprising physical detachable tokens. The token, which may comprise an identification (*e.g.*, a label or an image) describing that action, is placed on the side of the display that must be dragged over (Tokkonen, ¶0042). An example of this embodiment is shown in Figure 43, which reproduces Figure 7a of Tokkonen. Two tokens are shown corresponding to 'Save' and a 'Print' actions. For example, dragging the icon to the border with the token 'Save' will perform the 'Save' action.

**Figure 43. Reproduction of Figures 7a of Tokkonen**

353. Set forth below and in Exhibit 2 is detailed limitation by limitation comparison of the '721 Patent with specific references to Tokkonen.

A.2. <u>Neonode</u>

354. I understand that the Neonode N1 Quick Start Guide (produced as SAMNDCA630-0966506 to 0966529), was available online as of July 29, 2004, and therefore qualifies as prior art under 35 U.S.C. 102(b). I base my understanding on the June 21 and June 26 Affidavits of Christopher Butler from the Internet Archive.

355. The Neonode N1 Quick Start Guide is a user manual oriented to provide a user with an overview of the Neonode N1 device. It includes sections describing what is contained in the box in which the device was delivered, N1 basics, how to set up the N1, how to use the N1, and other miscellaneous matters.

## XI. ADDITIONAL COMMENTS

845. My opinions are subject to change based on additional opinions that Apple's experts may present and information I may receive in the future, or additional work I may perform. With this in mind, based on the analysis I have conducted and for the reasons set forth below, I have preliminarily reached the conclusions and opinions in this report.

846. At trial and as discussed above, I may rely on visual aids and may rely on analogies concerning elements of the '721 patent, the accused products, the prior art referenced in this report, or any related technologies.

847. In connection with my anticipated testimony in this action, I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this report. I have not yet selected the particular exhibits that might be used. In addition, I may create or assist in the creation of certain demonstrative evidence to assist me in testifying, and I reserve the right to do so, such as demonstrating working computer systems to further support the positions in this report.

Date: August 12, 2013

Saul Greenberg

**APPENDIX 1 - LIST OF MATERIALS CONSIDERED**

In forming my opinion, I have considered all of the materials, documents and things that are described and/or cited in my report itself, as well in all charts and exhibits thereto, in addition to the materials identified below. Where a reference identified below is cited in my report in an abbreviated form, I provide the short form of that citation below.

| AUTHOR | TITLE | SHORT CITE | BATES NO. |
|---|---|---|---|
| Allison, M. | Affidavit of Mike Allison | | |
| Anzures, F. | June 26, 2013 Deposition Transcript of Freddy Anzures | Anzures 6/25/13 Dep. Tr. | |
| Apple Inc | Newton Apple MessagePad Handbook | | SAMNDCA630-07601740-1935 |
| Apple, Inc. | File History for U.S. Patent No. 7,657,849 | '849 File History | APLNDC630-0000132538-APLNDC630-0000133044 |
| Apple, Inc. | File History for U.S. Patent No. 8,046,721 | '721 File History | APLNDC630-0000041770 –APLNDC630-0000042306 |
| Apple, Inc. | Apple iPod Manual | iPod User's Guide | SAMNDCA630-7871635-98 |
| Apple, Inc. | Apple iPod Mini Manual | iPod Mini User's Guide | SAMNDCA630-07871571-634 |
| Apple, Inc. | Macintosh Human Interface Guidelines | Apple Macintosh Guidelines Text | SAMNDCA630-07870963-1372 |
| Apple, Inc. | Apple's Responses and Supplemental Responses to Samsung Interrogatory Nos. 2, 3, 5, 26 and documents cited therein relating to the '721 patent | | |
| Balakrishnan, R | April 6, 2012 Preliminary Injunction Deposition Transcript of Ravin Balakrishnan | Balakrishnan 4/6/12 PI Dep. Tr. | |
| Beyers, R. | Deposition Transcript of Robert Beyers | Beyers Dep. Tr. | |
| Butler, C. | May 24, 2013 Affidavit of Christopher Butler and Exhibits | 5/24/13 Butler Affidavit | |
| Butler, C | June 21, 2013 Affidavit | 6/21/13 Butler | |

| | | | |
|---|---|---|---|
| | of Christopher Butler | Affidavit | |
| Butler, C | June 25, 2013 Affidavit of Christopher Butler | 6/25/13 Butler Affidavit | |
| Buxton, B. | The Buxton Collection, "IBM Simon" | | SAMNDCA630-07871373-4 |
| Buxton, B. | The Buxton Collection, "Palm Pilot" | | SAMNDCA630-07871375-6 |
| Carr, D. | Specification of Interface Interaction Objects | | SAMNDCA630-00817832-42 |
| Casio Corp., | Casio Manual for the AT – 500 Module No. 320 User's Guide | Casio User Manual | SAMNDCA630-07871377-1390 |
| Christie, G. | April 20, 2012 Preliminary Injunction Deposition Transcript of Greg Christie | Christie 4/20/12 PI Dep. Tr. | |
| Christie, G. | May 14, 2013 Deposition Transcript of Greg Christie | Christie 5/14/13 Dep. Tr. | |
| Compaq | COMPAQ Getting Started: Compaq Tablet PC TC1000 | Compaq Tablet PC Manual | SAMNDCA630-07871391-553 |
| Dell | Dell Axim X50 Owner's Manual | Dell Axim X 50 Manual | SAMNDCA630-07602330-2503 |
| Denison, J. | Deposition transcript of Justin Denison | Justin Denison 7/18/13 Dep. Tr. | |
| Diaz, M. | The Grouplab DiamondTouch Toolkit | Diaz Marino Video | SAMNDCA630-07885908 |
| DiCarlo, N. | Deposition transcript of Nick DiCarlo | Nick DiCarlo 6/26/13 Dep. Tr. | |
| Dietz, P. | DiamondTouch: A Multi-User Touch Technology | Dietz Paper | SAMNDCA630-07871554-64 |
| Dix, A. | Human-Computer Interaction, 3rd Ed. | Dix Text | SAMNDCA630-07885909-933 (extracted pages) |
| Dreier, M. | Direct Manipulation: A Step Beyond Programming Languages | | SAMNDCA630-05350771 |
| Esenther, A. | Multi-user Multi-touch Games on DiamondTouch with the DTFLash Toolkit | Esenther Paper | SAMNDCA630-07871565-70 |
| Forstall, S. | March 29, 2013 Deposition Transcript of | Forstall 3/29/13 Dep. Tr. | |

02198.51981/5388204.25

-2- Case No. 12-CV-00630-LHK

EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | | |
|---|---|---|---|
| | Scott Forstall | | |
| Frohlich, D. | Direct Manipulation and Other Lessons | | SAMNDCA630-05350695 |
| Frohlich, D. | The History and Future of Direct Manipulation | | SAMNDCA630-05350796 |
| Goddard, Giles. | Affidavit of Vitei, Inc. | Vitei Declaration | |
| Hewlett-Packard | HP Jornada 520 Series Pocket PC User's Guide | HP Jornada 520 Manual | SAMNDCA630-07885934-6067 |
| Hocker, M. | U.S. 5,561,758 | Hocker | SAMNDCA630-07824405-SAMNDCA630-07824415 |
| Hutchins, E. | Direct Manipulation Interfaces | | SAMNDCA630-05350743 |
| Hyppönen, A. | WO 03/038569 A2 | Hyppönen | SAMNDCA630-00966681-713 |
| IBM | Simon Says “Here's How!” | IBM Simon Manual | SAMNDCA630-07871779-819 |
| Jermyn, I. | The Design and Analysis of Graphical Passwords | | SAMNDCA630-00819478-92 |
| Juels, A. | WO 01/77792 A2 | Juels | SAMNDCA630-00966654-80 |
| Kay, A. | Doing with Images Makes Symbols | Kay Video | SAMNDCA630-07872018-002, 003, 005 |
| Keller | U.S. 5,821,933 | Keller | SAMNDCA630-00001452-65 |
| Kim, Y | Deposition transcript of Youngmi Kim | Youngmi Kim 6/20/13 Dep. Tr. | |
| Krueger, M.W. | Videoplace – An Artificial Reality | Krueger Paper | SAMNDCA630-07886068-73 |
| Krueger, M.W. | Videoplace '88 | Krueger Video | SAMNDCA630-07872018-006 |
| Lee, S. | A Multi-touch Three Dimensional Touch-sensitive Tablet | Lee and Buxton | SAMNDCA630-07871699-703 |
| LG Electronics | VX2000 User Guide | | SAMNDCA630-07602254-2329 |
| McKeeth, J. | U.S. 8,352,745 | McKeeth | SAMNDCA630-06272136-46 |
| McLean, J. | IBM – Access/Control Icons (Icon Keys) | | SAMNDCA630-00818154-8 |
| Milekic, S. | US 6,920,619 | Milekic | SAMNDCA630-06436822-45 |

02198.51981/5388204.25

-3-

Case No. 12-CV-00630-LHK

EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | | |
|---|---|---|---|
| Moscovich, T. | Contact Area Interaction with Sliding Widgets | | SAMNDCA630-00818328-37 |
| Motorola | Motorola C975 3G User Manual | | SAMNDCA630-07602155-2249 |
| Mullaly, J. | IBM RealThings CHI 98 | | SAMNDCA630-05350784 |
| Nakatani, L. | Soft machines: A philosophy of user-computer interface design" | Nakatani Paper | SAMNDCA630-07871704-708 |
| Neonode, AB | Neonode Quick Start Guide V 0.5 | Neonode N1 Quick Start Guide | SAMNDCA630-0966506-29 |
| Nielsen, J. | Usability Engineering | Nielsen | SAMNDCA630-07884796 - 5170 |
| Nokia Corp. | Nokia 3360 User Guide | | SAMNDCA630-07601562-1739 |
| Norman, D. | The Design of Everyday Things | Norman Book | SAMNDCA630-06028134-402 |
| Ording, B. | April 4, 2013 Deposition Transcript of Bas Ording | Ording 4/4/13 Dep. Tr. | |
| Palm, Inc. | Using your Treo 650 Smartphone by palmOne | Palm Manual | SAMNDCA630-06403464-3709 |
| Palm, Inc. | Handbook for Palm Tungsten T2 Handheld | Tungsten Manual | SAMNDCA630-06404793-5294 |
| Palm, Inc. | Palm Treo 650 User's Guide | Treo Manual | SAMNDCA630-06403710-3912 |
| Pickering, J.A. | Touch-sensitive screens: the technologies and their application | Pickering Paper | SAMNDCA630-07871709-29 |
| Plaisant C. | Touchscreen Toggle Design | Plaisant Video | PLASANTNDCA-00000001; 00000002 |
| Plaisant, C. | Touchscreen Toggle Design | Plaisant Paper | SAMNDCA630-00001325, PLAISANTNDCA-00000003-4 |
| Plaisant, C. | Scheduling home control devices | Plaisant & Shneiderman Video | SAMNDCA630-00819493; Paper at PLAISANTNDCA630-00000005-23 |
| Plaisant, C. | July 12, 2013 Deposition Transcript of Catherine Plaisant | Plaisant Dep. Tr. | |
| Plaisant, C. | Declaration of Catherine Plaisant | Plaisant Decl. | |
| Preece, J. | Human Computer Interaction | Preece Text | |

| | | | |
|---|---|---|---|
| Rekimoto, J. | SmartSkin: an infrastructure for freehand manipulation on interactive surfaces | Rekimoto Paper | SAMNDCA630-07871997-2004 |
| Research in Motion | Blackberry 7290 Wireless Handheld User Guide | | SAMNDCA630-07603056-3197 |
| Rytivaara, M. | US 2005/0253817 A1 | Rytivaara | SAMNDCA630-00001438-51 |
| Samsung | SGH-c207 Portable Digital Telephone User Manual | | SAMNDCA630-07601936-2154 |
| Samsung | Exhibit 19 to the Deposition of Justin Denison | | SAMNDCA630-04335717-SAMNDCA630-04335808 |
| Samsung | Galaxy S II (SGH I-777) User Manual | Galaxy S II Manual | public[8] |
| Sears, A. | Advances in Human-Computer Interaction | Sears Chapter | SAMNDCA630-07871731-75 |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 1st Ed. | Shneiderman Text 1st Ed. | |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 2nd Ed. | Shneiderman Text 2nd Ed. | SAMNDCA630-07870945-951 (extracted pages) FULL BOOK BATES: SAMNDCA630-00926299 |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction 3rd Ed. | Shneiderman Text 3rd Ed. | SAMNDCA630-007870952-957 (extracted pages) SAMNDCA630-06025114-775 (full book) |
| Shneiderman, B. | Designing the User Interface: Strategies for Effective Human-Computer Interaction, 4th Ed. | Shneiderman Text 4th Ed. | SAMNDCA630-07870958-962 (extracted pages 1); SAMNDCA630-07886074-162 (extracted pages 2) |
| Shneiderman, B. | A Home Automation System | Shneiderman and Launey Video | PLAISANTNDCA630-00000001 |
| Shneiderman, B. | Touch Screens Now Offer Compelling uses | Shneiderman IEEE | SAMNDCA630-07871776-78 |

[8] retrieved from: http://www.samsung.com/us/documentation/att/SGH-i777/virtual_guide/pubData/source/ATT_SGH-i777_GalaxyII_CMAS_English_UM_KK6_WC_120711_F1_web.pdf

| | | | |
|---|---|---|---|
| Sony Ericsson | P800/P802 White Paper | | AP-SoMC0000539-666 |
| Sony Ericsson | P900 User Guide | | SAMNDCA630-07602656-2848; SAMNDCA630-00934898-5025 |
| Sony Ericsson | P910i User Guide | | SAMNDCA630-07602849-3052 |
| Stantum, Inc. | JazzMutant Lemur Owner's Manual | Lemur Manual | SAMNDCA630-00966301-SAMNDCA630-00966324 |
| Sutherland, I. | Sketchpad, A Man-Machine Graphical Communication System | Sketchpad Paper | SAMNDCA630-07871820-996 |
| Tan, D. | U.S. 7,395,506 B2 | Tan | SAMNDCA630-04320906-20 |
| Tan, D. | Spy-Resistant Keyboard: More Secure Password Entry on Public Touch Screen Displays | | SAMNDCA630-07602518-2527 |
| Tokkonen, T. | US 2005/0289476 A1 | Tokkonen | SAMNDCA630-00818861-69 |
| United States Patent & Trademark Office | U.S. Patent No. 7,657,849 | '849 Patent | APLNDC630-0000132509-APLNDC630-0000132537 |
| United States Patent & Trademark Office | Beyers Deposition Exhibit 9- U.S. 7,567,849 continuity data | Beyers Dep. Ex. 9 | |
| United States Patent & Trademark Office | U.S. Patent No. 8,046,721 | '721 Patent | APLNDC630-0000133101-APLNDC630-0000133128 |
| United States Patent & Trademark Office | Nov. 19, 2012 Non-Final Office Action for U.S. Patent Application No. 13/563,663 | '663 Non-Final Rejection | public |
| Van Os, M. | June 19, 2013 Deposition Transcript of Marcel Van Os | Van Os 6/19/13 Dep. Tr. | |
| Van Os, M. | Deposition Transcript of Marcel Van OS (ITC 337-TA-796) | Van OS 796 Dep. Tr. | APLNDC630-0000190576-668 |
| Varenhorst, C. | Passdoodles: A Lightweight Authentication Method | | SAMNDCA630-00820329-41 |
| Wellner, P. | Interacting with Paper on the Digital Desk | Wellner Paper | SAMNDCA630-7886163-72 |
| Wellner, P. | Tactile Manipulation on a Digital Desk | Wellner Video | SAMNDCA630-07872018-004 |

02198.51981/5388204.25

-6-

Case No. 12-CV-00630-LHK

EXPERT REPORT OF SAUL GREENBERG RE THE VALIDITY OF THE ASSERTED CLAIM OF US PATENT NO. 8,046,721

| | | |
|---|---|---|
| Zicarelli, D. | Deposition Transcript of David Zicarelli | Zicarelli Dep. Tr. |

| Report | Page, Line | From | To |
|---|---|---|---|
| Opening | v | "Exhibit 4 Neonode + Plaisant" | "Exhibit 4 Neonode +Hyppönen" |
| Opening | 31, 19 | "4th Edition" | "3rd and 4th Editions" |
| Opening | 44, 16 | "Figure 9" | "Figure 10" |
| Opening | 46, 5 | "4th" | "3rd" |
| Opening | 59 | "Figure 25. Motorola C975 manual at SAMNDCA630-07602205" | "Figure 25. Motorola C975 manual at SAMNDCA630-07602206" |
| Opening | 81, 13-14 | SAMNDCA630-0000132717 | APLNDC630-0000132717 |
| Opening | 115, 21-22 | "June 26" | "June 25" |
| Opening | 116, 24-25 | "Exhibit 3 is" | "Exhibits 2, 3, 4, and 6 are" |
| Opening | 118, 26-27 | "revered to" | "referred to" |
| Opening | 150, 19-20 | "both portable touchscreen" | "both touchscreen" |
| Opening | 195, 13 | "SAMNDCA630-06503861" | "SAMNDCA630-06403861" |
| Opening | 205, 23-24 | "predefined unlock region" | "predefined second region" |
| Opening | 226, 1 | "484" | "464" |
| Opening | 226, 9 | "484" | "464" |
| Opening | 226, 18 | "I not" | "I note" |
| Opening | 237, 25 | "I note that this document does not mention an Apple product and discusses" | "I note that this document discusses" |
| Opening | 240, 11 | ", which decreases the length of the sweep required to unlock" | Delete |
| Opening | Appx. A | Add | SAMNDCA630-06403710-3912 |
| Opening | Appx. A | Add | SAMNDCA630-06404793-5294 |
| Rebuttal | 70, 10-14 | "I have been informed that the FD11 device made available for inspection by Apple included the Circle Unlock non-infringing alternative, and therefore does not infringe claim 8 of the '721 patent." | Delete |
| Rebuttal | 190, 13-14 | "this grouping of white dots," | "this empty white circle," |
| Rebuttal | 210, 28 | "337" | "338" |
| Rebuttal | 211, 3 | "direction" | "distance" |
| Rebuttal | 212, 5-6 | "essentially the largest screen dimension" | "essentially the smaller screen dimension" |
| Rebuttal | 250, 27 | "insolubly indefinite" | "insolubly ambiguous" |
| Rebuttal | Appx. 1, | REDACTED | |

Exhibit 3
S. Greenberg 10/4/13
Cynthia Manning, CSR, CLR, CCRR

REDACTED

2

S. Greenberg Expert Reports -- Errata