# EXHIBIT F

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\futil.c

File: C:\freeWAIS-sf-2.0.65\ir\futil.c  1/31/1996, 11:03:01 AM

```
 1  /* Wide AREA INFORMATION SERVER SOFTWARE
 2     No guarantees or restrictions.  See the readme file for the full
       standard
 3     disclaimer.
 4
 5     3/90 Brewster
 6  */
 7
 8  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 9
10
11  /* Change log:
12   * $Log: futil.c,v $
13   * Revision 2.0.1.3  1995/11/09 14:05:39  pfeifer
14   * patch46:
15   *
16   * Revision 2.0.1.2  1995/09/15  09:40:57  pfeifer
17   * patch7: Fixed CNIDR copyright line.
18   *
19   * Revision 2.0.1.2  1995/09/15  09:40:57  pfeifer
20   * patch7: Fixed CNIDR copyright line.
21   *
22   * Revision 2.0.1.1  1995/09/11  12:45:46  pfeifer
23   * patch4: Changed HAVE_GETCWD to HAS_GETCWD. Added conditional
       inclusion
24   * patch4: of pwd.h.
25   *
26   * Revision 2.0  1995/09/08  07:59:02  pfeifer
27   * Metaconfig baseline
28   *
29   * Revision 1.13  1995/06/02  11:47:41  pfeifer
30   * Typo
31   *
32   * Revision 1.12  1995/03/10  14:38:06  huynh1
33   * in probe_file: moved the check for filename == NULL up a few lines,
       to
34   * before the strcmp()s.
35   *
36   * Revision 1.11  1994/12/13  18:52:45  pfeifer
37   * chip@chinacat.unicom.com (Chip Rosenthal) patches.
38   * Excluding the merge of libinv and libwais
39   *
40   * Revision 1.10  1994/10/11  14:38:13  pfeifer
41   * convex
42   *
43   * Revision 1.9  1994/08/22  14:09:14  pfeifer
44   * jp made getpwuid code safer
45   *
46   * Revision 1.8  1994/08/05  07:02:43  pfeifer
47   * Release beta 04
48   *
49   * Revision 1.7  1994/07/13  07:53:26  pfeifer
50   * beta 02
51   *
52   * Revision 1.6  1994/06/09  18:31:11  pfeifer
53   * added ftp:
```

File: C:\freeWAIS-sf-2.0.65\ir\futil.c  1/31/1996, 11:03:01 AM

```
 54  *
 55  * Revision 1.5  1994/06/09  17:17:32  pfeifer
 56  * probe_file returns now true for filename = "http:.*"
 57  *
 58  * Revision 1.4  1994/05/20  12:55:52  pfeifer
 59  * beta
 60  *
 61  * Revision 1.3  1994/03/08  20:58:57  pfeifer
 62  * Patchlevel 04
 63  *
 64  * Revision 1.2  93/07/01  19:18:02  warnock
 65  * gethostname -> mygethostname
 66  *
 67  * Revision 1.1  1993/02/16  15:05:35  freewais
 68  * Initial revision
 69  *
 70  * Revision 1.21  92/03/24  10:30:41  jonathan
 71  * Added fix to pathname_directory if no directory part, it puts "./" in
     the
 72  * destination.
 73  *
 74  * Revision 1.20  92/02/21  11:05:48  jonathan
 75  * added RCSIdent
 76  *
 77  * Revision 1.19  92/02/20  14:51:19  jonathan
 78  * changed include for access() to sys/file.h, since that seems more
     portable.
 79  *
 80  * Revision 1.18  92/02/18  11:52:43  jonathan
 81  * conditionalized inclusion of unistd.h for NeXT (use fcntl instead).
     This
 82  * may be a BSD thing.
 83  *
 84  * Revision 1.17  92/02/12  13:19:27  jonathan
 85  * Added "$Log" so RCS will put the log message in the header
 86  *
 87  */
 88
 89  #ifndef lint
 90  static char *RCSid = "$Header:
     /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/futil.c,v 2.0.1.3
     1995/11/09 14:05:39 pfeifer Exp $";
 91  #endif
 92
 93  /* ======================= */
 94  /* ===  File Utilities  === */
 95  /* ======================= */
 96
 97  #include "cdialect.h"
 98  /* #include <string.h> */
 99
100  #ifdef THINK_C
101    /* file type info */
102  #include <pascal.h>    /* for CtoPstr */
103  #include <FileMgr.h>
104  #define CREATOR     'WIS1'
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\ircfiles.c

File: C:\freeWAIS-sf-2.0.65\ir\ircfiles.c  1/31/1996, 11:03:12 AM

---

```
 1  /*                              -*- Mode: C -*-
 2   *
 3   * ircfiles.c --
 4   * ITIID          : $ITI$ $Header $__Header$
 5   * Author         : Brewster@think.com
 6   * Created On     : Fri Oct  6 10:48:49 1995
 7   * Last Modified By: Ulrich Pfeifer
 8   * Last Modified On: Tue Jan 16 13:14:06 1996
 9   * Language       : C
10   * Update Count   : 21
11   * Status         : Unknown, Use with caution!
12   *
13   * (C) Copyright 1995, Universität Dortmund, all rights reserved.
14   *
15   */
16
17  /* WIDE AREA INFORMATION SERVER SOFTWARE:
18     No guarantees or restrictions.  See the readme file for the full
       standard
19     disclaimer.
20
21     Brewster@think.com
22  */
23
24  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
25
26
27  /* this file defines a set of helper functions
28   * for indexing common types of files.
29   * -brewster 7/90
30   */
31
32  /* I encourage adding customizations.
33   * (too bad they all have to be hard coded, but
34   *  C did not have convenient dynamic linking facilities)
35   *
36   * Add three functions to this file:
37   * boolean foo_separator_function(char *line){}
38   * void foo_header_function(char *line){}
39   * long foo_date_function(char *line){}
40   * void foo_finish_header_function(char *header){}
41   *
42   * then add the prototypes to ircfiles.h
43   * then add the functions to the big case statement in irbuild.c
44   *
45   *
46   * to do:
47   *    filter for digests
48   *
49   *    Tracy pointed out 2 things which we should consider when
       redesigning the
50   *    parser:
51   *
52   *    - there should be a way for the parser to decide to skip a section
       of
53   *      input text (ie. not index it).  she does this by having global
```

File: C:\freeWAIS-sf-2.0.65\ir\ircfiles.c  1/31/1996, 11:03:12 AM

```
       variable
 54  *   which is set by her custom seperator function when it wants to tell
 55  *   map_over_words() to not add the words on the current line
 56  *
 57  *   - there should be a way to switch lexers depending what section of
     a
 58  *   document you are in (since word separators will change).  This is
 59  *   needed by the european patent office too.
 60  *
 61  */
 62
 63
 64  /* Change log:
 65  * 8/90 brewster added the library customizations
 66  * 6/91 and before - added a bunch of other filters - JG
 67  * $Log: ircfiles.c,v $
 68  * Revision 2.0.1.9  1996/01/23 15:10:57  pfeifer
 69  * patch62: Fix from Brian Bullen.
 70  *
 71  * Revision 2.0.1.8  1995/12/06  10:56:06  pfeifer
 72  * patch53: Added dbm stuff from egw@aubranch.egwestate.andrews.edu.
 73  * patch53: Did not add the program for filling the dbm database yet.
 74  *
 75  * Revision 2.0.1.7  1995/11/14  18:11:52  pfeifer
 76  * patch51: Fixed erroneous beginning of line matches for headlines.
 77  *
 78  * Revision 2.0.1.6  1995/11/03  09:53:52  pfeifer
 79  * patch43: Fixed off-by-one bug in headlines.
 80  *
 81  * Revision 2.0.1.5  1995/10/27  09:58:11  pfeifer
 82  * patch41: Strip centuries from data for insertion in the headline. The
 83  * patch41: original code assumes date to be yymmdd. Since the date in
 84  * patch41: the headline is of limited use, we do not fix that now.
 85  *
 86  * Revision 2.0.1.4  1995/10/06  17:36:54  pfeifer
 87  * patch24: Moved fields_getdate_internal (former fields_getdate)
 88  * patch24: index_fields.c. New fields_getdate() just calls
 89  * patch24: fields_getdate_internal with the global date specification.
 90  *
 91  * Revision 2.0.1.3  1995/10/06  09:40:35  pfeifer
 92  * Rather complex DateDescription. May cause alignment problems.
 93  *
 94  * Revision 2.0.1.2  1995/09/15  09:41:38  pfeifer
 95  * patch7: Fixed CNIDR copyright line.
 96  *
 97  * Revision 2.0.1.1  1995/09/11  12:48:38  pfeifer
 98  * patch4: Replaced inclusion of string.h by cdialect.h. Moved example
 99  * patch4: lines starting with '#' to the right.
100  *
101  * Revision 2.0  1995/09/08  07:59:20  pfeifer
102  * Metaconfig baseline
103  *
104  * Revision 1.13  1995/02/10  10:33:13  pfeifer
105  * Release 1.1.2
106  *
107  * Revision 1.12  1994/12/19  16:53:59  pfeifer
```

File: C:\freeWAIS-sf-2.0.65\ir\ircfiles.c  1/31/1996, 11:03:12 AM

```
108    * Michael Schmidt one-off bug with date
109    *
110    * Revision 1.11  1994/08/23  12:32:00  pfeifer
111    * Moved HEADLINE constants to Defaults.tmpl
112    *
113    * Revision 1.10  1994/06/03  11:42:56  huynh1
114    * bug in headlines specification corrected.
115    *
116    * Revision 1.9  1994/05/19  12:53:11  huynh1
117    * fields_header_function updated.
118    *
119    * Revision 1.8  1994/03/28  09:29:21  pfeifer
120    * Integrated Essence
121    *
122    * Revision 1.7  1994/03/23  13:05:46  pfeifer
123    * removed the include iso.h
124    *
125    * Revision 1.6  1994/03/11  15:16:54  huynh1
126    * bug fix corrected.
127    * Patchlevel 05.
128    *
129    * Revision 1.5  1994/03/08  20:38:58  pfeifer
130    * Patchlevel 04
131    *
132    * Revision 1.4  1994/02/14  10:28:38  huynh1
133    * layout_length added.
134    *
135    * Revision 1.3  93/07/21  18:45:34  warnock
136    * Added new functions to handle listserv logs and STELAR-specific types
137    *
138    * Revision 1.2  93/07/19  16:31:50  warnock
139    * Added document type URL from Nathan.Torkington@vuw.ac.nz
140    *
141    * Revision 1.1  1993/02/16  15:05:35  freewais
142    * Initial revision
143    *
144    * Revision 1.34  92/05/06  17:28:23  jonathan
145    * Added filename_finish_header_function.  Puts leaf name into header.
146    *
147    * Revision 1.33  92/05/05  11:10:50  jonathan
148    * Added fix to bibtex indexer to ignore subsequent "booktitles" after
       title
149    * has been set.  Thanks to Lutz Prechelt (prechelt@ira.uka.de).
150    *
151    * Revision 1.32  92/04/30  12:31:08  jonathan
152    * Fixed syntax errors in OBJ C functions.
153    *
154    * Revision 1.31  92/04/29  14:08:57  shen
155    * chnage catalaog header string to "Title:"
156    *
157    * Revision 1.30  92/04/26  14:45:08  brewster
158    * debug ziff
159    *
160    * Revision 1.29  92/04/26  14:39:24  brewster
161    * tweeked ziff filter
162    *
```

File: C:\freeWAIS-sf-2.0.65\ir\ircfiles.c  1/31/1996, 11:03:12 AM

```
163  * Revision 1.28  92/04/25  21:14:05  brewster
164  * added ziff
165  *
166  * Revision 1.27  92/04/20  15:21:06  morris
167  * added todo's for tracy
168  *
169  * Revision 1.26  92/03/22  18:38:29  brewster
170  * added objective C filter
171  *
172  * Revision 1.25  92/03/13  08:21:37  jonathan
173  * Added length limits to scanf's in my_getdate, thanks to
174  * sendall@dxpt01.cern.ch (Mike Sendall).
175  *
176  * Revision 1.24  92/02/29  20:13:54  jonathan
177  * separated =- for some compilers that get confused (ULTRIX).
178  *
179  * Revision 1.23  92/02/20  09:50:14  jonathan
180  * Added bibtex and nhyp filters from S.P.vandeBurgt@research.ptt.nl.
181  *
182  * Revision 1.22  92/02/12  13:11:25  jonathan
183  * Changed library catalog functions for new format (from fad).
184  *
185  *
186  *
187  */
188
189  #include "cdialect.h"
190  #include <ctype.h>
191  #include "cutil.h"
192  #include "ircfiles.h"
193
194  #ifdef FIELDS
195  #include "field_index.h"
196  #endif /* FIELDS */
197  extern char *current_filename;
198  extern int current_filecount;
199
200  #ifdef USE_DBM
201
202  /*
203  Permits standard Unix System V Release 3.2 'dbm' files.
204
205  Suppose you have a file named '/d9/data/nature/tree/mango.doc' and the
206  headline for that file is 'Mangos? Who Said Mangos? What a Delicious
     Fruit!'.
207  This headline cannot be found anywhere in the file AND you don't want to
208  modify the datafile.  Use the 'dbm' routines to create the *.dir and
     *.pag
209  files using the filename(s) as the key and your desired headline(s) as
     the
210  contents BEFORE you start indexing.
211
212  Suppose your final DBM files are '/tmp/treedbm.dir' and
     '/tmp/treedbm.pag',
213  use the following options to 'waisindex':
214
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\irsearch.c

File: C:\freeWAIS-sf-2.0.65\ir\irsearch.c  1/31/1996, 11:03:35 AM

```
 1  /*                              -*- Mode: C -*-
 2
 3   * irsearch.c --
 4   * ITIID          : $ITI$ $Header $__Header$
 5   * Author         : Brewster@think.com
 6   * Created On      : Tue May 23 14:08:30 1995
 7   * Last Modified By: Ulrich Pfeifer
 8   * Last Modified On: Wed Dec  6 11:47:54 1995
 9   * Language        : C
10   * Update Count    : 23
11   * Status          : Unknown, Use with caution!
12   *
13   * (C) Copyright 1995, Universität Dortmund, all rights reserved.
14   *
15   * HISTORY
16   *
17   * $$
18   */
19
20  /* WIDE AREA INFORMATION SERVER SOFTWARE
21     No guarantees or restrictions.  See the readme file for the full
       standard
22     disclaimer.
23     Brewster@think.com
24   */
25
26  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
27
28  /* Looks up words in the inverted file index.
29
30   * Important functions:
31   * run_search
32   * search_for_words
33   *
34   * to do:
35   *    Handle searches on multiple databases
36   */
37
38  /* Change Log:
39   * $Log: irsearch.c,v $
40   * Revision 2.0.1.4  1995/12/06 11:01:53  pfeifer
41   * patch53: Change float parameter of search_word() and
42   * patch53: search_word_before_pairs() to double.  (Patch from Rodney
43   * patch53: Barnett).
44   *
45   * Revision 2.0.1.3  1995/11/03  12:36:49  pfeifer
46   * patch45: Removed prototype for search_word_before_pairs since it
       makes
47   * patch45: the AIX compiler unhappy.
48   *
49   * Revision 2.0.1.2  1995/10/10  18:29:52  pfeifer
50   * patch33: Handling for query term weighting with '<- 99.99' as prefix
51   * patch33: operator.
52   *
53   * Revision 2.0.1.2  1995/10/10  18:29:52  pfeifer
54   * patch33: Handling for query term weighting with '<- 99.99' as prefix
```

File: C:\freeWAIS-sf-2.0.65\ir\irsearch.c  1/31/1996, 11:03:35 AM

```
 55   * patch33: operator.
 56   *
 57   * Revision 2.0.1.1  1995/09/15  09:45:29  pfeifer
 58   * patch7: Fixed CNIDR copyright line.
 59   *
 60   * Revision 2.0  1995/09/08  08:00:15  pfeifer
 61   * Metaconfig baseline
 62   *
 63   * Revision 1.27  1995/06/23  12:21:26  pfeifer
 64   * unifdef -DBOOLEANS -DNESTED_BOOLEANS -DFIELDS | indent
 65   *
 66   * Revision 1.26  1995/05/23  12:09:43  pfeifer
 67   * Removed teh code for soundex and phonix searches. Interpretation of
 68   * prefix operators now is in query_y.y.
 69   *
 70   * Revision 1.25  1995/05/07  16:04:57  pfeifer
 71   * More fixes by Tom Snee. Literal serach now works again!
 72   *
 73   * Revision 1.24  1995/04/27  12:06:19  pfeifer
 74   * PROXIMITY patch by Tom Snee <tsnee@merengue.oit.unc.edu>
 75   *
 76   * Revision 1.23  1995/04/17  13:17:56  huynh1
 77   * Release 1.1.2
 78   *
 79   * Revision 1.22  1994/12/22  13:59:37  pfeifer
 80   * typo
 81   *
 82   * Revision 1.21  1994/09/07  13:29:22  pfeifer
 83   * ctype is now included from cdialect.h after inclusion of string.h.
 84   * Since ctype.h (the local version defines strcmp and friends,
       inclusion o
 85   * of string.h after that caused probems
 86   *
 87   * Revision 1.20  1994/09/02  14:34:21  pfeifer
 88   * fixed overlapping memory copies
 89   *
 90   * Revision 1.19  1994/08/23  12:33:12  pfeifer
 91   * moved the HEADLINE constants to Defaults.tmpl
 92   *
 93   * Revision 1.18  1994/08/05  07:12:19  pfeifer
 94   * Release beta 04
 95   *
 96   * Revision 1.17  1994/07/22  12:30:05  huynh1
 97   * left for holidays
 98   *
 99   * Revision 1.16  1994/07/13  07:52:36  huynh1
100   * Uli
101   *
102   * Revision 1.15  1994/06/22  07:29:19  pfeifer
103   * Do not normalize weights
104   *
105   * Revision 1.14  1994/05/19  12:53:48  huynh1
106   * relevance feedback updated for fields.
107   *
108   * Revision 1.13  1994/05/18  16:44:02  huynh1
109   * patchlevel 09
```

File: C:\freeWAIS-sf-2.0.65\ir\irsearch.c  1/31/1996, 11:03:35 AM

```
110  *
111  * Revision 1.11  1994/04/06  23:52:04  huynh1
112  * 08, autoconf, Uli
113  *
114  * Revision 1.10  1994/03/23  15:30:58  pfeifer
115  * fixed iso code
116  *
117  * Revision 1.9  1994/03/23  12:59:57  huynh1
118  * calling openDatabase modified.
119  * insert open_global_Database.
120  * patchlevel 07.
121  *
122  * Revision 1.8  1994/03/08  20:43:18  huynh1
123  * Patchlevel 04
124  *
125  * Revision 1.7  1994/02/27  15:57:32  huynh1
126  * *** empty log message ***
127  *
128  * Revision 1.6  1994/02/14  10:32:21  huynh1
129  * new code for field concept added.
130  *
131  * Revision 1.5  1993/10/17  15:38:50  huynh1
132  * new code added for soundex, phonix retrieval and
133  * nested boolean queries.
134  *
135  * Revision 1.3  93/07/21  18:46:35  warnock
136  * Added STELAR-specific patches
137  *
138  * Revision 1.2  93/07/02  18:04:26  warnock
139  * replace handle_next_and_previous for multi-type from francois
140  *
141  * Revision 1.1  1993/02/16  15:05:35  freewais
142  * Initial revision
143  *
144  * Revision 1.54  92/05/10  14:44:35  jonathan
145  * Made a little safer on NULL docid's when parsing.
146  *
147  * Revision 1.53  92/05/04  17:20:11  jonathan
148  * Added test for parsing docids (if null, log error).
149  *
150  * Revision 1.52  92/04/29  08:22:17  shen
151  * declare global variable "_BE_normalized" to allow turning on/off FE
score
152  * normalization.
153  *
154  * Revision 1.51  92/04/28  16:56:30  morris
155  * added boolean to serial engine
156  *
157  * Revision 1.50  92/04/01  17:10:21  jonathan
158  * ?
159  *
160  * Revision 1.49  92/03/23  13:26:27  shen
161  * add timing for query. Compile with GET_QUERY_TIMING. print timing
every 200 queries.
162  *
163  * Revision 1.48  92/03/18  08:56:00  jonathan
```

File: C:\freeWAIS-sf-2.0.65\ir\irsearch.c  1/31/1996, 11:03:35 AM

```
164    * Removed databaseName argument to getDocumentText and getData.
165    *
166    * Revision 1.47  92/02/17  16:22:42  jonathan
167    * Added WCAT to types that can be used for relevance feedback.
168    *
169    * Revision 1.46  92/02/16  18:04:38  jonathan
170    * Demoted more WLOG_ERROR's to WLOG_WARNING's
171    *
172    * Revision 1.45  92/02/16  09:51:12  jonathan
173    * Plugged some memory leaks.  I be there are more.
174    *
175    * Revision 1.44  92/02/15  19:41:20  jonathan
176    * Improved logging for invalid relevant documents.
177    *
178    * Revision 1.43  92/02/14  16:06:48  jonathan
179    * Added diagnostic record for invalid relevant document.
180    *
181    * Revision 1.42  92/02/12  17:30:20  jonathan
182    * Conditionalized inclusion of object code.
183    *
184    * Revision 1.41  92/02/12  17:04:03  jonathan
185    * Moved logging info around.
186    *
187    * Revision 1.40  92/02/12  15:26:35  morris
188    * only call fnished_search_word when the preceeding search was
       successful
189    *
190    * Revision 1.39  92/02/12  13:30:39  jonathan
191    * Added "$Log" so RCS will put the log message in the header
192    *
193    * changes 5.2.90 HWM
194    - changed calls to perror() to calls to panic()
195    - made print_best_hits() only print hits w/ non-zero weight
196    - made random arrays static instead of reading them in.
197    removed getRandomArray.
198    - removed unused variables
199    Brewster 7/90 made look_up_word_in_dictionary safer.
200    Brewster 7/90 elimiated trailing <lf> on filename and headline table
       accesses
201    HWM 7.12.90 - replaced all calls to panic with error code returns and a
       log
202    file
203    - added the routine initSearchEngine() which should be called
204    before any other search routine
205    - added beFriendly() to give other processes time under
206    multifinder
207    JG 5.31.91 - added relevance feedback for line fragments.
208    JG 7.8.91  - added doc_id to search_for_words, removed scale_scores.
209    */
210
211    #if 0
212    #define GET_QUERY_TIMING
213    #endif /* 0 */
214
215    #define _search_c
216
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\list.c

File: C:\freeWAIS-sf-2.0.65\ir\list.c  1/31/1996, 11:03:45 AM

```
1  /* WIDE AREA INFORMATION SERVER SOFTWARE
2     No guarantees or restrictions.  See the readme file for the full
       standard
3     disclaimer.
4     Brewster@think.com
5  */
6
7  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
8
9
10 /* Change log:
11  * $Log: list.c,v $
12  * Revision 2.0.1.1  1995/09/15 09:46:27  pfeifer
13  * patch7: Fixed CNIDR copyright line.
14  *
15  * Revision 2.0  1995/09/08  08:00:46  pfeifer
16  * Metaconfig baseline
17  *
18  * Revision 1.2  1994/03/08  21:06:31  pfeifer
19  * Patchlevel 04
20  *
21  * Revision 1.1  1993/02/16  15:05:35  freewais
22  * Initial revision
23  *
24  * Revision 1.4  92/03/07  19:44:00  jonathan
25  * changed function argument to sort_list from long to int.
26  * mycroft@hal.gnu.ai.mit.edu.
27  *
28  * Revision 1.3  92/02/13  12:40:11  jonathan
29  * Corrected syntax for function as arguments.
30  *
31  * Revision 1.2  92/02/12  13:33:36  jonathan
32  * Added "$Log" so RCS will put the log message in the header
33  *
34  */
35
36 /* List Utilities.
37  *
38  * -brewster
39  */
40
41
42 #include "list.h"
43
44 /* a list is an end_of_list terminated array */
45
46 char empty_tmp = 'f';
47 void *end_of_list = (void*)&empty_tmp;  /* this is special */
48
49 void* car(list)
50 void **list;
51 {
52   if(end_of_list == *list)
53     return(end_of_list);
54   else
55     return(*list);
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\server-single.c

File: C:\freeWAIS-sf-2.0.65\ir\server-single.c  1/31/1996, 11:04:07 AM

```
 1  /* WIDE AREA INFORMATION SERVER SOFTWARE
 2     No guarantees or restrictions.  See the readme file for the full
        standard
 3     disclaimer.
 4     5.29.90  Harry Morris, morris@think.com
 5  */
 6
 7  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 8
 9
10  /* this file is a server process for a unix machine that takes input
       from
11     standard in or from a socket and searches the local search engine on
       the
12     unix box.
13     originally written by harry morris.
14     modified by brewster kahle. 7/90
15     6.xx.90  Brewster - initial implementation of stdio interface
16     7.xx.90  Patrick Bray - support for headers and forking processes
17     90.07.31 Ephraim - support for logging
18
19     91.03.03    Jonathan - set searchLog to log_out.
20     91.05.23 Jonathan - added fork process for indexer.
21                         Fixed version display so it exits.
22     91.05.25    Jonathan - added setuid.
23
24     Tue Jul  9 12:11:02 1991 -- Michael Haberler mah@wu-wien.ac.at
25
26                  Added semi-intelligent INFO database indexing (only done
                      if
27     any of the .src files is newer than INFO.dct)
28
29     Locking against multiple concurrent INFO rebuilds if
30     running under inetd
31
32     Use scandir() for directory operations
33
34     Works under inetd as well as standalone. Here are my inetd.conf
35       entries (not the missing userid in the Ultrix inetd.conf!):
36
37     hpux 7.0/800, Interactive/386 2.2.1:
38     z3950 stream tcp nowait root /usr/local/etc/waisserver waisserver -s \
39       -d /usr/logins/mah/wais-sources
40
41     Ultrix 4.1:
42     z3950 stream tcp nowait /usr/local/etc/waisserver waisserver -s \
43       -d /usr/logins/mah/wais-sources
44
45     Also, add the next line to /etc/services, and tickle your YP server:
46     z3950           210/tcp         # wide area information server (wais)
47
48   * $Log: server-single.c,v $
49   * Revision 2.0.1.4  1995/10/20 17:09:38  pfeifer
50   * patch40: Removed unconditional reference to sys_errlist.
51   *
52   * Revision 2.0.1.3  1995/10/04  17:22:42  pfeifer
```

File: C:\freeWAIS-sf-2.0.65\ir\server-single.c  1/31/1996, 11:04:07 AM

```
 53   * patch20: Replaced call to ulimit() by getrlimit() as suggested by
      John
 54   * patch20: Fieber.
 55   *
 56   * Revision 2.0.1.3  1995/10/04  17:22:42  pfeifer
 57   * patch20: Replaced call to ulimit() by getrlimit() as suggested by
      John
 58   * patch20: Fieber.
 59   *
 60   * Revision 2.0.1.2  1995/09/15  09:47:16  pfeifer
 61   * patch7: Fixed CNIDR copyright line.
 62   *
 63   * Revision 2.0.1.1  1995/09/11  12:52:11  pfeifer
 64   * patch4: Streamlined sys/file.h fcntl.h and sys/fcntl.h stuff.
 65   * patch4: Hope it still works.
 66   *
 67   * Revision 2.0  1995/09/08  08:01:13  pfeifer
 68   * Metaconfig baseline
 69   *
 70   * Revision 1.12  1994/12/13  19:50:18  pfeifer
 71   * chip@chinacat.unicom.com (Chip Rosenthal) patches.
 72   * Excluding the merge of libinv and libwais
 73   *
 74   * Revision 1.10  1994/10/11  14:39:04  pfeifer
 75   * convex
 76   *
 77   * Revision 1.9  1994/10/06  13:28:31  pfeifer
 78   * Patch from Mariusz Niewczas
 79   *
 80   * Revision 1.8  1994/09/09  09:00:28  pfeifer
 81   * Fixed the MAX_OCCURANCES - STOP_WORD_FLAG bug
 82   *
 83   * Revision 1.7  1994/09/08  16:42:23  pfeifer
 84   * make BSD happy
 85   *
 86   * Revision 1.6  1994/09/06  16:54:42  pfeifer
 87   * Added #include <netinet/in.h>
 88   *
 89   * Revision 1.5  1994/08/08  07:32:50  pfeifer
 90   * Moved wais_log_file_name and waislogfile to cutil.[ch]
 91   *
 92   * Revision 1.3  1994/05/20  12:57:05  pfeifer
 93   * beta
 94   *
 95   * Revision 1.2  1994/03/08  21:06:41  pfeifer
 96   * Patchlevel 04
 97   *
 98   * Revision 1.1  1993/02/16  15:05:35  freewais
 99   * Initial revision
100   *
101   * Revision 1.8  92/05/10  14:49:06  jonathan
102   * Updated for release
103   *
104   * Revision 1.7  92/03/05  07:08:23  shen
105   * add two more dummy arguments to call to init_search_engine
106   *
```

File: C:\freeWAIS-sf-2.0.65\ir\server-single.c  1/31/1996, 11:04:07 AM

```
107    * Revision 1.6  92/02/16  12:32:42  jonathan
108    * Removed all code refering to use_stdio, since it's not a valid choice
       in
109    * this server.
110    *
111    * Revision 1.5  92/02/12  13:42:04  jonathan
112    * Changed server date.
113    *
114    * Revision 1.4  92/02/12  13:41:18  jonathan
115    * Added "$Log" so RCS will put the log message in the header
116    *
117    */
118
119    #define SERVER_DATE "Sun May 10 1992"
120
121    #ifndef lint
122    static char *RCSid = "$Header:
       /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/server-single.c,v
       2.0.1.4 1995/10/20 17:09:38 pfeifer Exp $";
123    #endif
124
125    #define INFO_DICT    "INFO.dct"
126    #define LOCKFILE     "/tmp/INFO.lock" /* while re-indexing INFO */
127    #define NAPTIME      1      /* seconds */
128    #define MAXNAPTIME   60     /* wait up to a minute for indexer to finish
       */
129
130    #include "server.h"
131    #include "sockets.h"
132
133    #include <sys/stat.h>
134
135    #ifdef I_SYS_FILE
136    #include <sys/file.h>
137    #else /* not I_SYS_FILE */
138    #ifdef I_FCNTL
139    #include <fcntl.h>
140    #else /* not I_FCNTL */
141    #include <sys/fcntl.h>
142    #endif /* not I_FCNTL */
143    #endif /* not I_SYS_FILE */
144
145    #ifdef SYSV
146    #define SIGCHLD SIGCLD
147    #endif
148
149    #include <signal.h>
150
151    #include "panic.h"
152    #include "ustubs.h"
153    #include "transprt.h"
154    #include "wmessage.h"
155    #include "ir.h"
156    #include "wprot.h"
157    #include "cutil.h"
158    #include "futil.h"
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\sighash.c

File: C:\freeWAIS-sf-2.0.65\ir\sighash.c  1/31/1996, 11:04:10 AM

```
 1  /* WIDE AREA INFORMATION SERVER SOFTWARE:
 2     No guarantees or restrictions.  See the readme file for the full
        standard
 3     disclaimer.
 4
 5     Brewster@think.com
 6  */
 7
 8  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 9
10
11  /* The memory hashtables for building an index. */
12  /* -brewster 5/90 */
13
14  /* main functions:
15   *   add_word
16   *   finished_add_word
17   *   look_up_word
18   *
19   * The idea is to store up a bunch of words before going to disk.
20   * A word entry points to where it will go on disk, and
21   * accumulates the entries before doing it.
22   *
23   * Some of the policy issues in this file are:
24   *   How much weight should the first occurance of a word in a document
        get
25   *   over the other occurances.  The first occurance should be worth
        more
26   *   so that words with 3 occurances of "dog" and not "cat"'s should not
27   *   win out over 1 "dog" and 1 "cat" if the question is "Tell me about
        cats
28   *   torture dogs"
29   *   The extra weight is 5 at this point.
30   *
31   */
32
33  #ifndef lint
34  static char *RCSid = "$Header:
    /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/sighash.c,v 2.0.1.4
    1995/11/14 18:21:28 pfeifer Exp $";
35  #endif
36
37  /* Change log:
38   * $Log: sighash.c,v $
39   * Revision 2.0.1.4  1995/11/14 18:21:28  pfeifer
40   * patch51:
41   *
42   * Revision 2.0.1.3  1995/11/14  16:15:26  pfeifer
43   * patch50:
44   *
45   * Revision 2.0.1.2  1995/09/15  09:47:25  pfeifer
46   * patch7: Fixed CNIDR copyright line.
47   *
48   * Revision 2.0.1.1  1995/09/08  19:20:35  pfeifer
49   * patch1: #ifdef-ed definition of add_stop_words with AUTO_STOPWORDS.
50   * patch1: irhash.c contains another one!?  #ifdef-ed also a call to it.
```

File: C:\freeWAIS-sf-2.0.65\ir\sighash.c  1/31/1996, 11:04:10 AM

```
 51  *
 52  * Revision 2.0  1995/09/08  08:01:18  pfeifer
 53  * Metaconfig baseline
 54  *
 55  * Revision 1.5  1995/05/07  16:04:57  pfeifer
 56  * More fixes by Tom Snee. Literal serach now works again!
 57  *
 58  * Revision 1.4  1994/09/07  13:29:22  pfeifer
 59  * ctype is now included from cdialect.h after inclusion of string.h.
 60  * Since ctype.h (the local version defines strcmp and friends,
     inclusion o
 61  * of string.h after that caused probems
 62  *
 63  * Revision 1.3  1994/05/20  12:57:11  pfeifer
 64  * beta
 65  *
 66  * Revision 1.2  1994/03/08  21:06:45  pfeifer
 67  * Patchlevel 04
 68  *
 69  * Revision 1.1  1993/02/16  15:05:35  freewais
 70  * Initial revision
 71  *
 72  * Revision 1.23  92/05/05  13:21:25  shen
 73  * undo the change make in previous revision 1.22
 74  * fixed the bug in db->total_word_ccount by checking the last word in t
 75  * table. If the last word is DICTIONARY_TOTAL_SIZE_WORD, decrement the
     number
 76  * of words to add to dictionary file by 1.
 77  *
 78  * Revision 1.22  92/05/05  11:01:54  shen
 79  * fixed db->total_word_count for incremental update by eliminating
     adding
 80  * DICTIONARY_TOTAL_SIZE_WORD to hash table.
 81  *
 82  * Revision 1.21  92/04/29  08:21:15  shen
 83  * redefine MAX_OCCURANCES to a very big number: 0x10000000.
 84  *
 85  * Revision 1.20  92/03/20  11:04:18  jonathan
 86  * Added word_postition argument to add word.  See irext.h for
     explanation.
 87  *
 88  * Revision 1.19  92/03/01  16:11:57  brewster
 89  * took out analyze_hashtable_distribution
 90  *
 91  * Revision 1.18  92/02/24  19:58:04  shen
 92  * Added code to add the dictionary to the hastable on startup.
 93  *
 94  * Revision 1.17  92/02/12  13:46:18  jonathan
 95  * Added "$Log" so RCS will put the log message in the header
 96  *
 97  */
 98
 99  /* To Do:
100  *  done: Improve the hashing functions.
101  *  done: stop inserting into hash table after max number have been
     accumulated
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\transprt.c

File: C:\freeWAIS-sf-2.0.65\ir\transprt.c  1/31/1996, 11:04:32 AM

```
 1  /* WIDE AREA INFORMATION SERVER SOFTWARE:
 2     No guarantees or restrictions.  See the readme file for the full
       standard
 3     disclaimer.
 4  */
 5
 6  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 7
 8
 9  #ifndef lint
10  static char *RCSid = "$Header:
       /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/transprt.c,v 2.0.1.1
       1995/09/15 09:48:45 pfeifer Exp $";
11  #endif
12
13  /* this is a krufty transport layer for comm mediums that can not handle
14   * all 8 bits of ascii.
15   * Written by Harry Morris, modified by brewster.
16   * Hexcode written by Steve Swartz
17   *
18   */
19
20  /* to do
21   *
22   *  compression
23   *  encryption
24   */
25
26  /* Change log:
27   * $Log: transprt.c,v $
28   * Revision 2.0.1.1  1995/09/15 09:48:45  pfeifer
29   * patch7: Fixed CNIDR copyright line.
30   *
31   * Revision 2.0  1995/09/08  08:02:05  pfeifer
32   * Metaconfig baseline
33   *
34   * Revision 1.2  1994/03/08  21:07:02  pfeifer
35   * Patchlevel 04
36   *
37   * Revision 1.1  1993/02/16  15:05:35  freewais
38   * Initial revision
39   *
40   * Revision 1.2  92/02/12  13:51:34  jonathan
41   * Added "$Log" so RCS will put the log message in the header
42   *
43   *
44   * 7/7/90 -brewster
45   * merged arts and harry's changes 7/7/90 -brewster
46   *
47   * 11/6/90 -tracy
48   * shift 6 bytes starting from [ as IBM gateway program
49   * masks out characters [\]^` in input,
50   * append H and I to the function names corresponding to the
51   * oroginal coding and the modified one. 'I' indicates IBM.
52   */
53
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\ui.c

File: C:\freeWAIS-sf-2.0.65\ir\ui.c  1/31/1996, 11:04:38 AM

```
 1  /* WIDE AREA INFORMATION SERVER SOFTWARE:
 2     No guarantees or restrictions.  See the readme file for the full
        standard
 3     disclaimer.
 4
 5     Brewster@think.com
 6  */
 7
 8  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 9
10
11  #ifndef lint
12  static char *RCSid = "$Header:
       /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/ui.c,v 2.0.1.2
       1995/11/09 14:07:36 pfeifer Exp $";
13  #endif
14
15  /* Change log:
16   * $Log: ui.c,v $
17   * Revision 2.0.1.2  1995/11/09 14:07:36  pfeifer
18   * patch46: added a fix from ui-local.c.
19   *
20   * Revision 2.0.1.1  1995/09/15  09:49:11  pfeifer
21   * patch7: Fixed CNIDR copyright line.
22   *
23   * Revision 2.0.1.1  1995/09/15  09:49:11  pfeifer
24   * patch7: Fixed CNIDR copyright line.
25   *
26   * Revision 2.0  1995/09/08  08:02:20  pfeifer
27   * Metaconfig baseline
28   *
29   * Revision 1.3  1994/05/20  12:57:52  pfeifer
30   * beta
31   *
32   * Revision 1.2  1994/03/08  21:07:06  pfeifer
33   * Patchlevel 04
34   *
35   * Revision 1.1  1993/02/16  15:05:35  freewais
36   * Initial revision
37   *
38   * Revision 1.16  92/03/18  09:01:09  jonathan
39   * don't free DocObjs[0]->Type, it's a copy of the input!
40   *
41   * Revision 1.15  92/03/06  12:53:03  jonathan
42   * Plug another memory leak.  From ericb@baker.dartmouth.edu (Eric J
       Bivona).
43   *
44   * Revision 1.14  92/02/14  15:26:53  jonathan
45   * Conditionalized interpret_message and locally_answer_message so
       client need
46   * not include search engine.
47   *
48   * Revision 1.13  92/02/12  13:53:41  jonathan
49   * Added "$Log" so RCS will put the log message in the header
50   *
51   *
```

File: C:\freeWAIS-sf-2.0.65\ir\ui.c  1/31/1996, 11:04:38 AM

```
 52 */
 53
 54 /*
 55  * this is a simple ui toolkit for building other ui's on top.
 56  * -brewster
 57  *
 58  * top level functions:
 59  *    generate_search_apdu
 60  *    generate_retrieval_apdu
 61  *    interpret_message
 62  *
 63  */
 64
 65 /* to do:
 66  *   generate multiple queries for long documents.
 67  *      this will crash if the file being retrieved is larger than 100k.
 68  *
 69  */
 70
 71 #include "ui.h"
 72 #include "wutil.h"
 73 #include "ustubs.h"
 74 #include "futil.h"
 75
 76 #include <ctype.h>
 77 #include <errno.h>
 78 /* #include <string.h> */
 79 #include "cdialect.h"
 80 #include <sys/types.h>
 81
 82 /* returns a pointer in the buffer of the first free byte.
 83    if it overflows, then NULL is returned
 84  */
 85 char *
 86 generate_search_apdu(buff,
 87             buff_len,
 88             seed_words,
 89             database_name,
 90             docobjs,
 91             maxDocsRetrieved)
 92 char* buff;     /* buffer to hold the apdu */
 93 long *buff_len;    /* length of the buffer changed to reflect new data
 written */
 94 char *seed_words;     /* string of the seed words */
 95 char *database_name;
 96 DocObj** docobjs;
 97 long maxDocsRetrieved;
 98 {
 99   /* local variables */
100
101   SearchAPDU *search3;
102   char  *end_ptr;
103   static char *database_names[2] = {"", 0};
104   any refID;
105   WAISSearch *query;
106   refID.size = 1;
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\waisindex.c

File: C:\freeWAIS-sf-2.0.65\ir\waisindex.c  1/31/1996, 11:04:43 AM

```
 1  /*                               -*- Mode: C -*-
 2
 3   * waisindex.c --
 4   * ITIID           : $ITI$ $Header $__Header$
 5   * Author          : Jonny Goldman
 6   * Created On      : Fri Jun 23 14:08:30 1995
 7   * Last Modified By: Ulrich Pfeifer
 8   * Last Modified On: Mon Dec 18 14:18:43 1995
 9   * Language        : C
10   * Update Count    : 22
11   * Status          : Unknown, Use with caution!
12   *
13   * (C) Copyright 1995, Universität Dortmund, all rights reserved.
14   *
15   * $$
16   */
17
18  /* WIDE AREA INFORMATION SERVER SOFTWARE:
19     No guarantees or restrictions.  See the readme file for the full
       standard
20     disclaimer.
21
22     Brewster@think.com
23   */
24
25  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
26
27  #ifndef lint
28  static char    *RCSid = "$Header:
     /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/waisindex.c,v 2.0.1.5
     1995/12/18 13:53:51 pfeifer Exp $";
29
30  #endif
31
32  /*
33   * Building an index with a Unix shell interface.
34   *
35   * -brewster 6/90
36   */
37
38  /* Change log:
39   * added -stdio option from jik@athena.mit.edu
40   * $Log: waisindex.c,v $
41   * Revision 2.0.1.5  1995/12/18 13:53:51  pfeifer
42   * patch56: Rename char* keyword to char* keywrd sice it conficts with
43   * patch56: keywords() on some systems.
44   *
45   * Revision 2.0.1.4  1995/12/06  11:04:15  pfeifer
46   * patch53: Added dbm stuff from egw@aubranch.egwestate.andrews.edu.
47   *
48   * Revision 2.0.1.3  1995/11/09  14:07:56  pfeifer
49   * patch46: Force rewrite of source description now.
50   *
51   * Revision 2.0.1.2  1995/09/15  09:49:38  pfeifer
52   * patch7: Fixed CNIDR copyright line.
53   *
```

File: C:\freeWAIS-sf-2.0.65\ir\waisindex.c  1/31/1996, 11:04:43 AM

```
 54  * Revision 2.0.1.2  1995/09/15  09:49:38  pfeifer
 55  * patch7: Fixed CNIDR copyright line.
 56  *
 57  * Revision 2.0.1.1  1995/09/11  12:56:09  pfeifer
 58  * patch4: Fixed declaration of number_of_files in main().
 59  *
 60  * Revision 2.0  1995/09/08  08:02:30  pfeifer
 61  * Metaconfig baseline
 62  *
 63  * Revision 1.35  1995/06/23  12:15:04  pfeifer
 64  * unifdef -DBOOLEANS -DNESTED_BOOLEANS -DFIELDS | indent
 65  *
 66  * Revision 1.34  1995/04/17  13:19:30  huynh1
 67  * Release 1.1.2
 68  *
 69  * Revision 1.33  1995/02/10  10:33:35  pfeifer
 70  * Release 1.1.2
 71  *
 72  * Revision 1.32  1994/12/13  18:54:55  pfeifer
 73  * removed the host_name ...
 74  *
 75  * Revision 1.31  1994/12/13  18:52:45  pfeifer
 76  * chip@chinacat.unicom.com (Chip Rosenthal) patches.
 77  * Excluding the merge of libinv and libwais
 78  *
 79  * Revision 1.30  1994/12/12  16:23:58  pfeifer
 80  * added char host_name[255], host_address[255]; which are needed in
 81  * sockets.c
 82  *
 83  * Revision 1.29  1994/10/10  12:02:18  pfeifer
 84  * replaced printf's by waislog
 85  *
 86  * Revision 1.28  1994/08/19  10:13:27  pfeifer
 87  * Usage of -tfields now disabels -pos
 88  *
 89  * Revision 1.27  1994/08/16  11:45:29  pfeifer
 90  * Added call to free_keywords to make purify happy
 91  *
 92  * Revision 1.26  1994/08/11  14:16:27  pfeifer
 93  * changed the default of the wordpair flag to "-nopairs"
 94  *
 95  * Revision 1.25  1994/08/08  07:32:56  pfeifer
 96  * Moved wais_log_file_name and waislogfile to cutil.[ch]
 97  *
 98  * Revision 1.23  1994/07/13  07:52:36  huynh1
 99  * Uli
100  *
101  * Revision 1.22  1994/06/27  14:02:00  huynh1
102  * error message for option -stop added.
103  *
104  * Revision 1.21  1994/06/21  14:27:31  huynh1
105  * bug by producing empty file.cat corrected.
106  *
107  * Revision 1.20  1994/05/27  11:07:46  huynh1
108  * error message for not exsting file. beta
109  *
```

File: C:\freeWAIS-sf-2.0.65\ir\waisindex.c  1/31/1996, 11:04:43 AM

```
110  * Revision 1.19  1994/05/20  12:58:34  pfeifer
111  * beta
112  *
113  * Revision 1.18  1994/05/02  13:14:51  pfeifer
114  * fixed quotation of '%' in format strings
115  *
116  * Revision 1.17  1994/05/02  13:12:17  huynh1
117  * -stem option.
118  *
119  * Revision 1.16  1994/04/26  16:28:19  huynh1
120  * -stop option added.
121  * patchlevel 09.
122  *
123  * Revision 1.15  1994/03/30  13:27:42  huynh1
124  * test
125  *
126  * Revision 1.12  1994/03/28  09:29:21  pfeifer
127  * Integrated Essence
128  *
129  * Revision 1.11  1994/03/23  12:56:29  huynh1
130  * calling of init_add_word modified.
131  * patchlevel 07.
132  *
133  * Revision 1.10  1994/03/10  17:34:21  huynh1
134  * Patchlevel 05
135  *
136  * Revision 1.9  1994/03/08  20:46:20  huynh1
137  * Patchlevel 04
138  *
139  * Revision 1.8  1994/02/15  10:56:57  huynh1
140  * option -nfields added.
141  *
142  * Revision 1.7  1994/02/14  10:27:21  huynh1
143  * option -fields field_description_file added.
144  *
145  * Revision 1.8  1993/10/12  11:18:25  pfeifer
146  * Added stopword file for document style bibdb
147  *
148  * Revision 1.7  1993/09/22  16:09:13  pfeifer
149  * What have i done ?
150  *
151  * Revision 1.6  1993/06/04  10:23:15  pfeifer
152  * Pachtlevel BIBDB
153  *
154  * Revision 1.5  1993/06/02  18:29:00  pfeifer
155  * Added code for local formats
156  *
157  * Revision 1.4  1993/06/01  14:05:54  pfeifer
158  * Added code for soundex/phonix indexing and retrieval
159  *
160  * Revision 1.3  1993/02/16  17:07:49  freewais
161  * added AT&T patches for keyword list
162  *
163  * Revision 1.2  1993/02/16  15:32:21  freewais
164  * added AT&T patch to write first 50 dictionary entries to
165  * src file
```

File: C:\freeWAIS-sf-2.0.65\ir\waisindex.c  1/31/1996, 11:04:43 AM

```
166  *
167  * Revision 1.1  1993/02/16  15:05:35  freewais
168  * Initial revision
169  *
170  * Revision 1.47  92/05/10  14:48:17  jonathan
171  * Updated for release.
172  *
173  * Revision 1.46  92/05/08  10:03:17  jonathan
174  * Adjusted memory paramters.  It's closer...
175  *
176  * Revision 1.45  92/05/06  17:26:46  jonathan
177  * Added switch for indexing contents, new user-specified type name, new
     type:
178  * filename, which only puts the name of the file in the header.
179  *
180  * Revision 1.44  92/04/25  21:14:35  brewster
181  * added ziff
182  *
183  * Revision 1.43  92/04/22  15:29:13  jonathan
184  * Added jargon to usage message.
185  *
186  * Revision 1.42  92/04/01  17:08:50  jonathan
187  * Added FTP type.
188  *
189  * Revision 1.41  92/03/25  18:49:39  jonathan
190  * Added log_level and log_file arguments.
191  *
192  * Revision 1.40  92/03/22  18:38:14  brewster
193  * added objective C filter
194  *
195  * Revision 1.39  92/03/20  11:02:44  jonathan
196  * Added code to handle switches for word_pairs and word_postition info.
197  *
198  * Revision 1.38  92/03/17  07:34:32  jonathan
199  * Fixed spacing in usage message.
200  *
201  * Revision 1.37  92/03/10  10:42:51  morris
202  * fixed small bug in command line argument handleing.  doesn't die if
     there
203  * are no args.
204  *
205  * Revision 1.36  92/03/05  07:05:32  shen
206  * add cm grow percent and textsize to command line and init search
     engine
207  *
208  * Revision 1.35  92/03/04  16:34:09  jonathan
209  * Set wais_pid from getpid().
210  *
211  * Revision 1.34  92/02/20  09:49:37  jonathan
212  * Added bibtex and nhyp filters from S.P.vandeBurgt@research.ptt.nl.
213  *
214  * Revision 1.33  92/02/17  14:21:08  jonathan
215  * Added switch to disable creation of catalog (-nocat).
216  *
217  * Revision 1.32  92/02/17  12:41:55  jonathan
218  * Added RCSid.
```

File: C:\freeWAIS-sf-2.0.65\ir\waisindex.c  1/31/1996, 11:04:43 AM

```
219   *
220   * Revision 1.31  92/02/17  12:41:01  jonathan
221   * Build catalog after completion of indexing.
222   *
223   * Revision 1.30  92/02/12  13:22:53  jonathan
224   * Added "$Log" so RCS will put the log message in the header
225   *
226   */
227
228   /* to do:
229   *    done: make incremental indexing not index things that are already
      index
230   *    add extra arg -register that will send in description of the server
      to
231   *              the directory of servers.
232   *    done: create a source struct in the .src file
233   *    make it continuously index to keep itself uptodate.
234   *
235   */
236
237   #include <string.h>
238   #include <sys/types.h>
239   #include <sys/param.h>
240   #include "cutil.h"
241   #include "futil.h"
242   #include "irfiles.h"
243   #include "irtfiles.h"
244   #include "panic.h"
245   #include "ircfiles.h"
246   #include "irext.h"
247   #include "stoplist.h"   /* dgg */
248
249   #ifndef MAXPATHLEN
250   #define MAXPATHLEN 1024
251   #endif
252
253   #include "field.h"
254   boolean          field_adding_to_existing_index = false;
255   boolean          force_rewriting_of_sorce_description = true;
256
257   #ifdef PROXIMITY
258   extern boolean  wais_proximity_unit_line;
259
260   #endif
261   #ifdef BIO
262   #define INDEXER_DATE "2/16/93"
263   #else
264   #define INDEXER_DATE "2/16/93"
265   #endif
266   #define MAX_LINE_LENGTH 1000
267
268   extern char    *keywrd[50], *descript[1000];
269   extern short    nKeys, nDesLines;
270
271   extern double   compare ();
272
```

Highlighted excerpt of DX301 at
\freeWAIS-sf-2.0.65\ir\waisserver.c

File: C:\freeWAIS-sf-2.0.65\ir\waisserver.c  1/31/1996, 11:04:45 AM

```
 1  /* WIDE AREA INFORMATION SERVER SOFTWARE
 2     No guarantees or restrictions.  See the readme file for the full
        standard
 3     disclaimer.
 4     5.29.90  Harry Morris, morris@think.com
 5  */
 6
 7  /* Copyright (c) CNIDR (see ../doc/CNIDR/COPYRIGHT) */
 8
 9
10  /* this file is a server process for a unix machine that takes input
       from
11     standard in or from a socket and searches the local search engine on
       the
12     unix box.
13     originally written by harry morris.
14     modified by brewster kahle. 7/90
15     6.xx.90  Brewster - initial implementation of stdio interface
16     7.xx.90  Patrick Bray - support for headers and forking processes
17     90.07.31 Ephraim - support for logging
18
19     91.03.03    Jonathan - set searchLog to log_out.
20     91.05.23 Jonathan - added fork process for indexer.
21                         Fixed version display so it exits.
22     91.05.25    Jonathan - added setuid.
23
24     Tue Jul  9 12:11:02 1991 -- Michael Haberler mah@wu-wien.ac.at
25
26                  Added semi-intelligent INFO database indexing (only done
                    if
27     any of the .src files is newer than INFO.dct)
28
29     Locking against multiple concurrent INFO rebuilds if
30     running under inetd
31
32     Use scandir() for directory operations
33
34     Works under inetd as well as standalone. Here are my inetd.conf
35       entries (not the missing userid in the Ultrix inetd.conf!):
36
37     hpux 7.0/800, Interactive/386 2.2.1:
38     z3950 stream tcp nowait root /usr/local/etc/waisserver waisserver -s \
39       -d /usr/logins/mah/wais-sources
40
41     Ultrix 4.1:
42     z3950 stream tcp nowait /usr/local/etc/waisserver waisserver -s \
43       -d /usr/logins/mah/wais-sources
44
45     Also, add the next line to /etc/services, and tickle your YP server:
46     z3950           210/tcp       # wide area information server (wais)
47
48   * $Log: waisserver.c,v $
49   * Revision 2.0.1.8  1995/12/06 11:05:25  pfeifer
50   * patch53: Replaced include of <sys/file.h> by "cdialect.h" (Patch from
51   * patch53: Rodney Barnett).
52   *
```

File: C:\freeWAIS-sf-2.0.65\ir\waisserver.c  1/31/1996, 11:04:45 AM

```
 53  * Revision 2.0.1.7  1995/10/20  17:10:19  pfeifer
 54  * patch40: Fixed the sys_errlist stuff (for the last time?).
 55  *
 56  * Revision 2.0.1.6  1995/10/10  19:03:45  pfeifer
 57  * patch35: Not all compilers know elseif :-(
 58  *
 59  * Revision 2.0.1.6  1995/10/10  19:03:45  pfeifer
 60  * patch35: Not all compilers know elseif :-(
 61  *
 62  * Revision 2.0.1.5  1995/10/06  07:25:17  pfeifer
 63  * patch22: Added sys_errlist hack for BSD.
 64  *
 65  * Revision 2.0.1.4  1995/10/04  17:23:55  pfeifer
 66  * patch20: replaced HAVE_SYS_SELECT_H by I_SYS_SELECT.
 67  *
 68  * Revision 2.0.1.3  1995/09/15  09:49:45  pfeifer
 69  * patch7: Fixed CNIDR copyright line.
 70  *
 71  * Revision 2.0.1.2  1995/09/11  12:58:06  pfeifer
 72  * patch4: Streamlined sys/file.h, fcntl.h, and sys/fcntl.h stuff. Set
 73  * patch4: return type of signal handlers to Signal_t.
 74  *
 75  * Revision 2.0.1.1  1995/09/08  19:23:11  pfeifer
 76  * patch1: Gcc did not accept struct sigcontext* in prototype. Added a
 77  * patch1: typedef struct sigcontext sigcontext_t and it magically
 78  * patch1: worked!
 79  *
 80  * Revision 2.0  1995/09/08  08:02:34  pfeifer
 81  * Metaconfig baseline
 82  *
 83  * Revision 1.21  1995/02/21  14:13:48  pfeifer
 84  * From: Alberto Accomazzi <alberto@cfa0.harvard.edu>
 85  *
 86  * here's a patch to allow waisserver to fork off and become a session
 87  * leader.  This becomes important on some systems when you want to start
 88  * the server at boot time.  For example, on my HP, after executing
 89  * /etc/rc the system kills all child processes generated by the script,
 90  * so without this option I wouldn't be able to start up the server.
 91  *
 92  * The fix relies on a small portion of code that I stole from the NCSA
 93  * httpd source.  It seems to work fine on suns (4.1.3 and solaris 2.3)
 94  * and HP 9000 (HP-UX 9.01).  I left the #ifdefs in the code for detach()
 95  * but as far as I can tell from the original HTTP code they there is no
 96  * need to define NO_SETSID except on the NEXT and SEQUENT, and since I
 97  * didn't find any ifdefs for these architectures in the rest of the
 98  * code, I didn't bother with setting the flag at all.
 99  *
100  * Revision 1.20  1994/12/13  18:52:45  pfeifer
101  * chip@chinacat.unicom.com (Chip Rosenthal) patches.
102  * Excluding the merge of libinv and libwais
103  *
104  * Revision 1.19  1994/11/28  14:00:21  pfeifer
105  * typo
106  *
```

File: C:\freeWAIS-sf-2.0.65\ir\waisserver.c  1/31/1996, 11:04:45 AM

```
107   * Revision 1.18  1994/11/22  16:39:56  pfeifer
108   * "matthew (m.) holiday <holiday@bnr.ca>: There's an fflush() call
109   * missing in file waisserver.c just before the call to rewind(in). This
110   * was a reported issue in freeWais 0.3 with respect to HPUX, that
111   * doesn't seem to have made it across to freeWais-sf.
112   *
113   * Revision 1.17  1994/09/09  09:00:32  pfeifer
114   * Fixed the MAX_OCCURANCES - STOP_WORD_FLAG bug
115   *
116   * Revision 1.16  1994/09/05  10:18:59  pfeifer
117   * Removed buggy init_add_word call
118   *
119   * Revision 1.15  1994/09/05  10:17:32  pfeifer
120   * shm patch
121   *
122   * Revision 1.14  1994/08/23  12:34:00  pfeifer
123   * Made client fork #undef'able
124   * Fixed umr bug
125   *
126   * Revision 1.13  1994/08/13  16:55:21  pfeifer
127   * added call to sayiamhere
128   *
129   * Revision 1.12  1994/08/12  17:46:29  pfeifer
130   * initialize dataops in main with zeroes.
131   *
132   * Revision 1.11  1994/08/08  07:33:01  pfeifer
133   * Moved wais_log_file_name and waislogfile to cutil.[ch]
134   *
135   * Revision 1.10  1994/08/05  07:12:58  pfeifer
136   * Release beta 04
137   *
138   * Revision 1.8  1994/05/20  12:58:39  pfeifer
139   * beta
140   *
141   * Revision 1.7  1994/03/23  12:57:16  huynh1
142   * calling of openDatabase and init_add_word modified.
143   * patchlevel 07.
144   *
145   * Revision 1.6  1994/03/21  17:27:40  huynh1
146   * patchlevel 07.
147   *
148   * Revision 1.5  1994/03/11  15:29:34  huynh1
149   * write_src_structure modified.
150   * Patchlevel 05.
151   *
152   * Revision 1.4  1994/03/08  21:07:12  pfeifer
153   * Patchlevel 04
154   *
155   * Revision 1.3  93/07/21  18:52:39  warnock
156   * Renamed from server.c.
157   * Added STELAR-specific patches
158   *
159   * Revision 1.2  93/07/01  19:19:53  warnock
160   * gethostname -> mygethostname
161   *
```

File: C:\freeWAIS-sf-2.0.65\ir\waisserver.c  1/31/1996, 11:04:45 AM

```
162  * Revision 1.1  1993/02/16  15:05:35  freewais
163  * Initial revision
164  *
165  * Revision 1.48  92/05/10  14:47:39  jonathan
166  * Update for release.
167  *
168  * Revision 1.47  92/05/06  17:34:01  jonathan
169  * Changed auto-indexing of .src files to use
     filename_finish_header_function.
170  *
171  * Revision 1.46  92/05/04  17:18:32  jonathan
172  * Fixed use of merge_pathname in creating INFO database.
173  *
174  * Revision 1.45  92/04/28  15:19:18  jonathan
175  * Added decoding of IP address to DNS name in init message handler.
176  *
177  * Revision 1.44  92/03/26  18:26:41  jonathan
178  * Added extra arguments to index_text_file call.
179  *
180  * Revision 1.43  92/03/07  19:41:47  jonathan
181  * Added IBM defines, courtesy mycroft@hal.gnu.ai.mit.edu,
182  *
183  * Revision 1.42  92/03/05  07:07:58  shen
184  * add two more dummy arguments to call to init_search_engine
185  *
186  * Revision 1.41  92/02/27  09:58:50  jonathan
187  * Put back in setting of core limit to max value, when SET_LIMIT is
     defined.
188  *
189  * Revision 1.40  92/02/24  10:07:41  jonathan
190  * Removed reporting functions.
191  *
192  * Revision 1.39  92/02/21  12:27:15  jonathan
193  * Changed logging of segmentation violation and bus errors to mark log
     with
194  * an error code, and close code.
195  *
196  * Revision 1.38  92/02/21  11:00:45  jonathan
197  * Added wais_log_level
198  *
199  * Revision 1.37  92/02/19  10:16:25  jonathan
200  * Added build_catalog to auto-indexer.
201  *
202  * Revision 1.36  92/02/16  12:33:21  jonathan
203  * Removed code refering to NOINETNTOA, since we should use inet_ntoa.
204  *
205  * Revision 1.35  92/02/16  12:05:18  jonathan
206  * Added code for GCC incompatibility in inet_ntoa (passing structure as
207  * pointer).
208  *
209  * Revision 1.34  92/02/14  09:07:34  jonathan
210  * Set MAXNAPTIME to 0 so it won't sleep.  Changed the WLOG_ERROR to
211  * WLOG_WARNING in the log entry.
212  *
213  * Revision 1.33  92/02/12  13:44:20  jonathan
214  * Added "$Log" so RCS will put the log message in the header
```

File: C:\freeWAIS-sf-2.0.65\ir\waisserver.c  1/31/1996, 11:04:45 AM

```
215   *
216   *
217   */
218
219   #define SERVER_DATE "Fri April 9 1993"
220
221   #ifndef lint
222   static char *RCSid = "$Header:
      /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/ir/RCS/waisserver.c,v
      2.0.1.8 1995/12/06 11:05:25 pfeifer Exp $";
223   #endif
224
225   #define INFO_DICT    "INFO.dct"
226   #define LOCKFILE    "/tmp/INFO.lock" /* while re-indexing INFO */
227   #define NAPTIME     1         /* seconds */
228   #define MAXNAPTIME  0   /* Don't wait, just go on. */
229
230   #include "server.h"
231   #include "sockets.h"
232   #include <sys/stat.h>
233   #include "cdialect.h"
234
235   #ifdef I_FCNTL
236   #include <fcntl.h>
237   #else /* not I_FCNTL */
238   #include <sys/fcntl.h>
239   #endif /* not I_FCNTL */
240
241   #ifdef SYSV
242   #define SIGCHLD SIGCLD
243   #endif
244   #include <signal.h>
245
246   #ifdef I_SYS_SELECT
247   #include <sys/select.h>
248   #endif
249   #include "cdialect.h"
250   #include "panic.h"
251   #include "ustubs.h"
252   #include "transprt.h"
253   #include "wmessage.h"
254   #include "ir.h"
255   #include "wprot.h"
256   #include "cutil.h"
257   #include "futil.h"
258   #include "irext.h"
259   #include "irsearch.h"
260
261   /* to create the INFO index */
262   #include "irtfiles.h"
263   #include "irfiles.h"
264   #include "irhash.h"
265
266   #include <errno.h>
267   #ifdef Mach
268   extern int errno;
```