# EXHIBIT G

DEFENDANT'S EXHIBIT
NO. 305A.001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

| | |
|---|---|
| **From:** | Torsten Heycke <Torsten_Heycke@med.stanford.edu> |
| **Sent:** | Wednesday, March 13, 1996 2:51 AM |
| **Subject:** | FreeWAIS-sf Headline file >100: How? |

In the FreeWAIS-sf-2.0.65 documentation there is mention of a MAX_HEADLINE_LEN. Supposedly the default is 300, but I can't get a headline greater than 100. I also can't find the MAX_HEADLINE_LEN setting in the config.h file.

If I want, say, a 300 character headline, what would I enter in the config.h file and what do I do after editing that file? (Do I run Configure -der?)

The index command I use (if it should matter) is:

waisindex -r -t fields -d somedirectory/somedatabasename somedirectory

I'm using FreeWAIS-sf-2.0.65. Everything else works nicely. :-)

Thanks for any help,

Torsten

1

PFEIFERNDCA630-00002019

DEFENDANT'S EXHIBIT NO. 305A.002

```
X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!howland.reston.ans.net!swrin
de!sgigate.sgi.com!cygnus.com!kithrup.com!news.Stanford.EDU!smi-mac-137.stanford.edu!user
From: Torsten_Heycke@med.stanford.edu (Torsten Heycke)
Newsgroups: comp.infosystems.wais
Subject: FreeWAIS-sf Headline file >100: How?
Date: Tue, 12 Mar 1996 10:51:15 -0700
Organization: CAMIS
Lines: 18
Message-ID: <Torsten_Heycke-1203961051150001@smi-mac-137.stanford.edu>
NNTP-Posting-Host: smi-mac-137.stanford.edu
X-Newsreader: Yet Another NewsWatcher 2.0b30
```

In the FreeWAIS-sf-2.0.65 documentation there is mention of a
MAX_HEADLINE_LEN. Supposedly the default is 300, but I can't get a
headline greater than 100. I also can't find the MAX_HEADLINE_LEN setting
in the config.h file.

If I want, say, a 300 character headline, what would I enter in the
config.h file and what do I do after editing that file? (Do I run
Configure -der?)

The index command I use (if it should matter) is:

waisindex -r -t fields -d somedirectory/somedatabasename somedirectory

I'm using FreeWAIS-sf-2.0.65. Everything else works nicely. :-)

Thanks for any help,

Torsten

PFEIFER00000008 at 710

DEFENDANT'S EXHIBIT NO. 305A.003

**From:**     Frank Peters <fwp@Jester.CC.MsState.Edu>
**Sent:**     Thursday, March 28, 1996 7:30 AM
**Subject:**  freeWAIS-sf-2.0.65, Solaris 2.5: headlines missing first letter

Hello,

I am attempting to use freeWAIS-sf for the purpose of indexing our university web service.  Because I want to serve the data from a different machine than the one that has the data I am using the modified URL handling option with the "-t fields" flag to waisindex.

I've installed the software.  When I build a traditional database with "-t URL /dir http://server ..." I get a working database.

Now I copy the fmt file from the freeWAIS-sf FAQ or the examples from the fmt-examples directory of the FTP sites.  In these file the headline is something like:

<layout>
<headline> /<[tT][iI][tT][lL][eE]> */ /<\/[tT][iI][tT][lL][eE]>/
        80 /<[tT][iI][tT][lL][eE]> *./
<end>

And run waisindex with "-t URL /dir http://server -t fields ...".

There aren't any errors when it runs but the headlines are all missing their first letter.  The dbname.hl file has things like "ississippi State Baseball Home Page" without the leading 'M'.  The actual links are right and it works fine from SFGate as far as searching and linking correctly but the search results looks a liitle funny without their first letters.

Has anyone else encountered this problem?  Any ideas what I'm doing wrong?

For those familiar with Solaris and problems with directory access using BSD compatibility mode, this isn't that problem.  I used no ucb libraries or headers when compiling and this is not a problem with file or directory names.
--
Frank Peters - UNIX Systems Group Leader - Mississippi State University
    fwp@CC.MsState.Edu - 601-325-7030 - FAX: 601-325-8921
        <URL:http://www2.msstate.edu/~fwp/>

1

PFEIFERNDCA630-00002104

DEFENDANT'S EXHIBIT NO. 305A.004

```
X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!howland.reston.ans.net!swrin
de!cssun.mathcs.emory.edu!nntp.msstate.edu!not-for-mail
From: fwp@Jester.CC.MsState.Edu (Frank Peters)
Newsgroups: comp.infosystems.wais
Subject: freeWAIS-sf-2.0.65, Solaris 2.5: headlines missing first letter
Date: 27 Mar 1996 16:30:26 -0600
Organization: Mississippi State University
Lines: 39
Message-ID: <4jcfi2$6nc@Jester.CC.MsState.Edu>
NNTP-Posting-Host: jester.cc.msstate.edu
```

Hello,

I am attempting to use freeWAIS-sf for the purpose of indexing our
university web service.  Because I want to serve the data from a
different machine than the one that has the data I am using the
modified URL handling option with the "-t fields" flag to waisindex.

I've installed the software.  When I build a traditional database
with "-t URL /dir http://server ..." I get a working database.

Now I copy the fmt file from the freeWAIS-sf FAQ or the examples
from the fmt-examples directory of the FTP sites.  In these file
the headline is something like:

```
<layout>
<headline> /<[tT][iI][tT][lL][eE]> */ /<\/[tT][iI][tT][lL][eE]>/
    80 /<[tT][iI][tT][lL][eE]> *./
<end>
```

And run waisindex with "-t URL /dir http://server -t fields ...".

There aren't any errors when it runs but the headlines are all missing
their first letter.  The dbname.hl file has things like "ississippi
State Baseball Home Page" without the leading 'M'.  The actual links
are right and it works fine from SFGate as far as searching and linking
correctly but the search results looks a liitle funny without their
first letters.

Has anyone else encountered this problem?  Any ideas what I'm doing
wrong?

For those familiar with Solaris and problems with directory access
using BSD compatibility mode, this isn't that problem.  I used no ucb
libraries or headers when compiling and this is not a problem with file
or directory names.
--
Frank Peters - UNIX Systems Group Leader - Mississippi State University
        fwp@CC.MsState.Edu - 601-325-7030 - FAX: 601-325-8921
              <URL:http://www2.msstate.edu/~fwp/>

PFEIFER00000008 at 592

DEFENDANT'S EXHIBIT NO. 305A.005

**From:**   Clarence L. Thomas IV <102555.1311@CompuServe.COM>

**Sent:**   Wednesday, March 27, 1996 10:09 AM

**Subject:**   An Interesting FreeWAIS-sf Server

Here are the technical specifications to access a very interesting FreeWAIS-sf server:

Organization:  Ellen G. White Estate

Host Name:    wais.egwestate.andrews.edu
IP Address:   143.207.14.64
Port:        210
Databases:    Ellen_G_White_Books_and_Pamphlets
        Ellen_G_White_Periodicals
        Ellen_G_White_Published_Writings

The '*.src' file for the above databases can be FTPed from 'ftp.egwestate.andrews.edu'.  It was interesting to see that the '*.src' files contain a well-written abstract of what type of material the database contains. It also includes some example querys to try out.

Another handy way of retrieving the '*.src' files is by sending email to 'info@aubranch.egwestate.andrews.edu' with the following message:

        get egwestate egwBooks-Pamphlets.src
        get egwestate egwPeriodicals.src
        get egwestate egwPublications.src

Questions about the FreeWAIS-sf server and its contents should be directed to 'egw@aubranch.egwestate.andrews.edu'.
--
Clarence L. Thomas IV
102555.1311@compuserve.com

PFEIFERNDCA630-00001976

```
X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!EU.net!howland.reston.ans.ne
t!newsfeed.internetmci.com!news.compuserve.com!news.production.compuserve.com!news
From: Clarence L. Thomas IV <102555.1311@CompuServe.COM>
Newsgroups: comp.infosystems.wais
Subject: An Interesting FreeWAIS-sf Server
Date: 27 Mar 1996 01:08:40 GMT
Organization: CompuServe, Inc. (1-800-689-0736)
Lines: 29
Message-ID: <4ja4eo$qim$1@mhadg.production.compuserve.com>


Here are the technical specifications to access a very interesting
FreeWAIS-sf server:


Organization:  Ellen G. White Estate

Host Name:     wais.egwestate.andrews.edu
IP Address:    143.207.14.64
Port:          210
Databases:     Ellen_G_White_Books_and_Pamphlets
               Ellen_G_White_Periodicals
               Ellen_G_White_Published_Writings


The '*.src' file for the above databases can be FTPed from
'ftp.egwestate.andrews.edu'.  It was interesting to see that the
'*.src' files contain a well-written abstract of what type of material
the database contains. It also includes some example querys to try out.


Another handy way of retrieving the '*.src' files is by sending email
to 'info@aubranch.egwestate.andrews.edu' with the following message:


               get egwestate egwBooks-Pamphlets.src
               get egwestate egwPeriodicals.src
               get egwestate egwPublications.src


Questions about the FreeWAIS-sf server and its contents should be
directed to 'egw@aubranch.egwestate.andrews.edu'.
--
Clarence L. Thomas IV
102555.1311@compuserve.com
```

PFEIFER00000008 at 602

| From: | Chad Adams <u2ti9cma@crrel41.crrel.usace.army.mil> |
|-------|------------------------------------------------------|
| Sent: | Wednesday, July 31, 1996 2:17 AM |
| To: | wais@wsct.wsc.com |
| Subject: | bad numbering |

Hello all,

    I am having a strange problem with the results from my WAIS server.
If I submit a query using SFgate it returns back to me that x number of results were found, and the number is correct.
When I scan down through the results list however, I see something like:

17: Control Surveying Collection <br> Description: <br> Abstra
18: Hydrographic Survey Data Collection
19: 33: Aerial Photography Collection
34: Control Surveying Collection <br> Description: <br> Abstra
35: Digital Imagery Collection
36: Topographic Survey Data Collection <BR> Description: <BR
37: Soil Boring Log Collection <BR> Description: <BR> Abstr

Large chunks are missing.  This doesn't happen on all queries, and sometimes if I re-run the same query it will be correct, or happen in a different place.  If I run the same query directly on the server, or using a windows wais program all of the results are protrayed correctly.

I'm using SFgate 4.0.33 and FreeWAIS 2.0.65.

Any ideas as to what's going on??

Any help is greatly appreciated.  :)

Chad Adams
USACRREL
System Administrator
(603) 646-4320

1

PFEIFERNDCA630-00001602

| From: | Serge J. Goldstein <serge@dadofsam.Princeton.EDU> |
| --- | --- |
| Sent: | Thursday, July 18, 1996 5:56 AM |
| To: | Ulrich Pfeifer |
| Cc: | serge@dadofsam.Princeton.EDU |
| Subject: | Re: Is there amy way to index the BODY of mail using freewais-sf? |

> Regexp matching is done line by line. So there is no chance that
> /\n\n/ will match. If you have a working record separator e.g.  /^From
> / which should match the first line of a mail, you could use (not
> tested, assuming version >= 2.0.65):
>
> ,-----
>
> | record-sep: /^From /
> |
> | layout:
> |   headline: /^Subject:/   # you could prepare for case variants here
> |          /$/          # does not handle continuation lines
> |          80
> |          /^Subject: */  # don't index the tag
> |
> | region: /^Subject: /  /^Subject: */
> | subject stemming LOCAL
> | end: /^./            # continuation lines should start with a blank
> |                # /^[^ \\t]/ might be better
> |
> | region: /^$/        # matches the empty line ending the header
> |      stemming GLOBAL
> | end:   /\n\n/        # newer matches
> `-----
>

Ulrich,

Thanks very much for the help.  I built the following mail.fmt file (minus the lines with the stars):

********
record-sep: /^From /

layout:
headline: /^From: / /\J/ 80 /^From: /
headline: /^Subject: / /\J/ 80 /^Subject: /
date: /^Date:.*, / /%d %3s %d/ day month string year /^Date:.*, /
end:

1

PFEIFERNDCA630-00003905

```
region: /^From: / /^From: /
from SOUNDEX LOCAL TEXT LOCAL
end: /$/

region: /^Subject: / /^Subject: /
subject stemming TEXT LOCAL
end: /$/

region: /^Date:.*, / /^Date:.*, /
when date: /%d %3s %d/ day month string year TEXT LOCAL
end: /$/

region: /^$/           # matches the empty line ending the header
  stemming TEXT GLOBAL
end:   /\n\n/          # never matches
*********
```

I got the following messages (from freewais 2.0.65):
4000: 0: Jul 17 15:56:24 1996: 100: irbuild: using type TEXT

4000: 1: Jul 17 15:56:24 1996: 6: Starting to build database mail
4000: 2: Jul 17 15:56:24 1996: 100: Syntax ok

4000: 3: Jul 17 15:56:24 1996: 100: deleting "./mail_field_from.inv"
4000: 4: Jul 17 15:56:24 1996: 100: deleting "./mail_field_from.dct"
4000: 5: Jul 17 15:56:24 1996: 100: deleting "./mail_field_subject.inv"
4000: 6: Jul 17 15:56:24 1996: 100: deleting "./mail_field_subject.dct"
4000: 7: Jul 17 15:56:24 1996: 100: deleting "./mail_field_when.inv"
4000: 8: Jul 17 15:56:24 1996: 100: deleting "./mail_field_when.dct"
4000: 9: Jul 17 15:56:25 1996: -2: Warning: couldn't open ./mail.syn - synonym translation disabled
4000: 10: Jul 17 15:56:25 1996: 6: Building field: from
4000: 11: Jul 17 15:56:25 1996: 6: File: mbox
4000: 12: Jul 17 16:02:44 1996: 6: Flushing 8377 different words, 118451 total words of field from to disk...
4000: 13: Jul 17 16:02:45 1996: 6: Done flushing version 0
4000: 14: Jul 17 16:02:45 1996: 6: Merging version 0 into master version and generating dictionary of field from.
4000: 15: Jul 17 16:02:47 1996: 100: Total word count for dictionary of field from is: 118451
4000: 16: Jul 17 16:02:47 1996: 6: Building field: subject
4000: 17: Jul 17 16:02:47 1996: 6: File: mbox
4000: 18: Jul 17 16:05:27 1996: 6: Flushing 5661 different words, 39640 total words of field subject to disk...
4000: 19: Jul 17 16:05:28 1996: 6: Done flushing version 0
4000: 20: Jul 17 16:05:28 1996: 6: Merging version 0 into master version and generating dictionary of field subject.
4000: 21: Jul 17 16:05:29 1996: 100: Total word count for dictionary of field subject is: 39640
4000: 22: Jul 17 16:05:29 1996: 6: Building field: when
4000: 23: Jul 17 16:05:29 1996: 6: File: mbox
4000: 24: Jul 17 16:08:14 1996: 6: Flushing 2009 different words, 11546 total words of field when to disk...
4000: 25: Jul 17 16:08:15 1996: 6: Done flushing version 0
4000: 26: Jul 17 16:08:15 1996: 6: Merging version 0 into master version and generating dictionary of field when.
4000: 27: Jul 17 16:08:15 1996: 100: Total word count for dictionary of field when is: 11546
4000: 28: Jul 17 16:08:15 1996: 6: Building global database
4000: 29: Jul 17 16:08:15 1996: 6: File: mbox o disk...
4000: 31: Jul 17 16:10:58 1996: 6: Done flushing version 0
4000: 32: Jul 17 16:10:58 1996: 6: Merging version 0 into master version and generating dictionary.

2

PFEIFERNDCA630-00003906

DEFENDANT'S EXHIBIT NO. 305A.010

4000: 33: Jul 17 16:10:58 1996: 100: Total word count for dictionary is: 0
4000: 34: Jul 17 16:10:58 1996: -1: error finding total_word_count in dictionary ./mail

Segmentation Fault - core dumped


The run was not very long.   Any ideas?  Thanks,

Serge

PFEIFERNDCA630-00003907

**From:**       Michael Danahy <mdanahy@esu2.esu2.k12.ne.us>
**Sent:**       Tuesday, February 18, 1997 7:41 AM
**Subject:**    s.nde.state.ne.usqq

Just download freeWAIS-sf-2.0.65 and Wais.PM 2.202 and SFgate 5.110.  All seemed to go well and the waisindex works with waissearch across the net using other clients.  However, I am having a devil of a time with SFgate.  It compiles and installs and I do believe that it works when called.  However, it will not find the data base that I would like to test.  The test indicates that we have SFgate installed properly, but it will not attach to the ls6-www system.

I am running an Apache Httpd server with Linux 2.0.0 on a Pentium 75; do I absolutely need the CERN or NCSA servers to make this work or should I be looking for problems elsewhere.  Also, I can't seem to get the SFgate log generated; checked the rights of the directory and they are adequate to allow a log to be generated.

Also, we just installed perl5.003_26.

We double checked the Wais.pm configuration to make sure that it was pointing to freeWais directory.

Any help would be greatly appriciated.

--
Mike Danahy

System and Network Manager
Educational Service Unit #2         Phone:402-721-7710
                                    Fax:  402-721-7712

PFEIFERNDCA630-00000392

X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!main.Germany.EU.net!EU.net!news.sprintlink.
net!news-peer.sprintlink.net!news-pull.sprintlink.net!news.sprintlink.net!news-pen-4.sprintlin
k.net!news.ltec.net!news.nde.state.ne.us!esu2.esu2.k12.ne.us!mdanahy
From: mdanahy@esu2.esu2.k12.ne.us (Michael Danahy)
Newsgroups: comp.infosystems.wais
Subject: s.nde.state.ne.usqq
Date: 17 Feb 1997 22:41:08 GMT
Organization: Nebraska Dept. of Education
Lines: 33
Message-ID: <5eamq4$dcs@news.nde.state.ne.us>
NNTP-Posting-Host: 162.127.2.1
X-Newsreader: TIN [version 1.2 PL2-E1]


Just download freeWAIS-sf-2.0.65 and Wais.PM 2.202 and SFgate 5.110.  All
seemed to go well and the waisindex works with waissearch across the net
using other clients.  However, I am having a devil of a time with
SFgate.  It compiles and installs and I do believe that it works
when called.  However, it will not find the data base that I would like
to test.  The test indicates that we have SFgate installed properly, but
it will not attach to the ls6-www system.


I am running an Apache Httpd server with Linux 2.0.0 on a
Pentium 75; do I absolutely need the CERN or NCSA servers to make this
work or should I be looking for problems elsewhere.  Also, I can't seem
to get the SFgate log generated; checked the rights of the directory and
they are adequate to allow a log to be generated.



Also, we just installed perl5.003_26.

We double checked the Wais.pm configuration to make sure that it was
pointing to freeWais directory.


Any help would be greatly appriciated.


--
Mike Danahy

System and Network Manager
Educational Service Unit #2                    Phone:402-721-7710
                          Fax:   402-721-7712

PFEIFER00000008 at 207

| From: | Bill Wood <bwood@cdr.stanford.edu> |
|---|---|
| Sent: | Thursday, March 06, 1997 11:17 AM |
| Subject: | Incomplete results set when using SearchWais function |

Howdy,

I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris - fwsf 2.1) where using waissearch on a local database retrieves a larger document set for the same query than that produced by a cgi program that uses SearchWais. In both cases, the maximum result set is set to 500.

In one case (IRIX, 2.0.65) it gets about half of the waissearch set, on the other (Solaris, 2.1) it gets most (338 out of 354). Is this a known problem? Is it fixed in 2.2?

Bil

1

PFEIFERNDCA630-00000487

| From: | Bill Wood <bwood@cdr.stanford.edu> |
|-------|-----------------------------------|
| Sent: | Friday, March 14, 1997 10:07 AM |
| Subject: | FIXED Re: Incomplete results set when using SearchWais function |

Problem was in the search result buffer size.

Bill Wood wrote:
>
> Howdy,
>
> I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris
> - fwsf 2.1) where using waissearch on a local database retrieves a
> larger document set for the same query than that produced by a cgi
> program that uses SearchWais. In both cases, the maximum result set is set to 500.
>
> In one case (IRIX, 2.0.65) it gets about half of the waissearch set,
> on the other (Solaris, 2.1) it gets most (338 out of 354). Is this a
> known problem? Is it fixed in 2.2?
>
> Bil

1

PFEIFERNDCA630-00000566

```
X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!Hanover.Germany.EU.net!Hambu
rg.Germany.EU.net!Bremen.Germany.EU.net!main.Germany.EU.net!EU.net!howland.erols.net!agate!new
s.Stanford.EDU!usenet
From: Bill Wood <bwood@cdr.stanford.edu>
Newsgroups: comp.infosystems.wais
Subject: Incomplete results set when using SearchWais function
Date: Wed, 05 Mar 1997 18:17:17 -0800
Organization: Center for Design Reasearch, Stanford University
Lines: 12
Message-ID: <331E292D.41C6@cdr.stanford.edu>
NNTP-Posting-Host: verity.stanford.edu
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Mailer: Mozilla 3.0Gold (X11; I; IRIX 5.3 IP22)
```

Howdy,

I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris -
fwsf 2.1) where using waissearch on a local database retrieves a larger
document set for the same query than that produced by a cgi program that
uses SearchWais. In both cases, the maximum result set is set to 500.

In one case (IRIX, 2.0.65) it gets about half of the waissearch set, on
the other (Solaris, 2.1) it gets most (338 out of 354). Is this a known
problem? Is it fixed in 2.2?

Bil

X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!Hanover.Germany.EU.net!Hambu
rg.Germany.EU.net!Bremen.Germany.EU.net!main.Germany.EU.net!EU.net!howland.erols.net!agate!new
s.Stanford.EDU!usenet
From: Bill Wood <bwood@cdr.stanford.edu>
Newsgroups: comp.infosystems.wais
Subject: FIXED Re: Incomplete results set when using SearchWais function
Date: Thu, 13 Mar 1997 17:07:02 -0800
Organization: Center for Design Reasearch, Stanford University
Lines: 16
Message-ID: <3328A4B6.41C6@cdr.stanford.edu>
References: <331E292D.41C6@cdr.stanford.edu>
NNTP-Posting-Host: verity.stanford.edu
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Mailer: Mozilla 3.0Gold (X11; I; IRIX 5.3 IP22)


Problem was in the search result buffer size.

Bill Wood wrote:
>
> Howdy,
>
> I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris -
> fwsf 2.1) where using waissearch on a local database retrieves a larger
> document set for the same query than that produced by a cgi program that
> uses SearchWais. In both cases, the maximum result set is set to 500.
>
> In one case (IRIX, 2.0.65) it gets about half of the waissearch set, on
> the other (Solaris, 2.1) it gets most (338 out of 354). Is this a known
> problem? Is it fixed in 2.2?
>
> Bil

| From: | ted@cais.com on behalf of Ted Okada <ted@cais.com> |
|-------|------|
| Sent: | Wednesday, March 05, 1997 2:49 PM |
| To: | Ulrich Pfeifer |
| Subject: | Re: Wais-2.300: Problems with 'make test' |

Dear Ulrich..

Thank you very much for replying to my email!! :)

>From: Ulrich Pfeifer <pfeifer@charly.informatik.uni-dortmund.de>
>Subject: Re: Wais-2.300: Problems with 'make test'
>Date: 04 Mar 1997 10:06:54 +0100
>To: Ted Okada <ted@cais.com>
>[ dropped 10 lines ]
>
>   Ted> t/a_preop...........ok
>   Ted> t/basic.............Can't load
'./blib/arch/auto/Wais/Wais.so' for
>   Ted> module Wais: ld.so.1: /usr/local/bin/perl: fatal: relocation
error:
>   Ted> symbol not found: scandir: referenced in
./blib/arch/auto/Wais/Wais.so
>   Ted> at /usr/local/lib/perl5/DynaLoader.pm line 140.
>What version of freeWAIS-sf are you using? Did you add freeWAIS-
sf/lib/libftw.a to libwais.a?

For this latest compile, I was using freeWAIS-sf-2.0.65 but I have also tried freeWAIS-sf-2.1.1 with no success... I'm using
Wais-2.300

for my comile with freeWAIS-sf-2.0.65, I get:

[snip]
mystrcmp                    /var/tmp/cca002vs1.o
ld: fatal: Symbol referencing errors. No output written to ../ir/waisindex
make[3]: *** [../ir/waisindex] Error 1
make[3]: Leaving directory `/usr/local/src/freeWAIS-sf-2.0.65/ir'
make[2]: *** [../ir/waisindex] Error 2
make[2]: Leaving directory `/usr/local/src/freeWAIS-sf-2.0.65/FIELD-
EXAMPLE'
make[1]: *** [subdirs] Error 2
make[1]: Leaving directory `/usr/local/src/freeWAIS-sf-2.0.65'
make: *** [all] Error 2

*********************

Here is output for make for 2.1.1

1

gcc: -lnsl: linker input file unused since linking not done
gcc: ../ir/waisindex.o: linker input file unused since linking not done
make[2]: Leaving directory `/usr/local/src/freeWAIS-sf-2.1.1/ir'
../ir/waisindex -t fields -d testg TEST.german
make[1]: ../ir/waisindex: Command not found
make[1]: *** [testg.doc] Error 127
make[1]: Leaving directory `/usr/local/src/freeWAIS-sf-2.1.1/FIELD-
EXAMPLE'
make: *** [all] Error 2

I think the failure might have something to do with the ctype within Solaris 2.4.. but I'm not too sure...

Are there things you might recommend for me to look at?  I've pretty much mentally exhausted the possibilities...
Thanks so much for helping me Ulrich...

Ted
---
\ o / _ o    _|  \ /  |__    o _ \ o /  o
 |   /\ __\o \o  |  o/  o/__  /\   |  /|\
../.\...|.\../).|....(.\../o\../.)....|..(.\../.|.../.\.../.\.
Ted Okada <ted@fh.org>  |  http://www.fh.org/
Director              |  gopher://gopher.fh.org
Washington D.C. Bureau  |  ftp://ftp.fh.org
Food For The Hungry    |  ytalk:ted@logos.ghn.org
202.547.0560v|202.547.0523f|NeXTMail|PGP2.3:finger:ted@cais.com
Help Africa's Children--Call Food For The Hungry 1-800-2HUNGER
---

PFEIFERNDCA630-00004614

**From:** Bowen Dwelle <bowen@hotwired.com>

**Sent:** Saturday, March 29, 1997 2:39 AM

**To:** Ulrich Pfeifer

**Subject:** Re: Wais.pm 2.2x vs. 2.3x

Ullrich --

Thanks very much for your reply. I'll stick with 2.00 for now, since it's working so welll.

Thanks again for your work on Wais.pm!

At 11:35 AM 3/28/97 +0100, you wrote:
>>>>>> "Bowen" == Bowen Dwelle <bowen@hotwired.com> writes:
>
>   Bowen> Ulrich ---
>
>   Bowen> I am currently using Wais.pm v2.2x with freeWAIS-sf-2.0.65
>   Bowen> and perl5.003_95. I noticed your posting of Wais.pm v2.300
>   Bowen> -- but I'm unclear on why I could want to upgrade or not?
>   Bowen> Is 2.3 significantly faster, or does it offer new features
>   Bowen> over 2.2?
>
>Nope. It only hast "advanced" tests ;-). Functionality did not change.
>
>Ulrich Pfeifer
>--
>perl -e 'print map chr($_&=127), unpack "C*", pack "w", \
>"28031325277245338375695089304165009203757780884355338"'
>
>
>

|-- Bowen Dwelle                    WIRED Digital --|
|-- 415.276.8607         Engineering Project Manager --|

PFEIFERNDCA630-00004997

**From:**          Bryon Lape <bryon@aztec.lib.utk.edu>
**Sent:**          Friday, April 11, 1997 3:01 AM
**Subject:**       FreeWAIS and Solaris


Has anyone had any luck getting freeWAIS 2.0.65 to compile on Solaris 2.5?  If anyone has, please e-mail me. thanks.

bryon
--
--------------------------------------------------------------------
True peace does not have to be kept.
Bryon Lape email: blape@utk.edu  WWW:http://aztec.lib.utk.edu/~bryon

1

PFEIFERNDCA630-00000511

```
X-Account-Key: account1
Path:
Informatik.Uni-Dortmund.DE!Dortmund.Germany.EU.net!Germany.EU.net!main.Germany.EU.net!fu-berli
n.de!news.mathworks.com!cam-news-hub1.bbnplanet.com!news.bbnplanet.com!news.idt.net!news.sprin
tlink.net!news-pen-16.sprintlink.net!utk.edu!not-for-mail
From: bryon@aztec.lib.utk.edu (Bryon Lape)
Newsgroups: comp.infosystems.wais
Subject: FreeWAIS and Solaris
Date: 10 Apr 1997 18:00:46 GMT
Organization: Hodges Library
Lines: 9
Message-ID: <5ij9se$nlq$1@gaia.ns.utk.edu>
Reply-To: blape@utk.edu
NNTP-Posting-Host: libpc278.lib.utk.edu
Mime-Version: 1.0
Content-Type: Text/Plain; charset=US-ASCII
X-Newsreader: WinVN 0.99.8 (x86 32bit)
Xref: Informatik.Uni-Dortmund.DE comp.infosystems.wais:8119
```

    Has anyone had any luck getting freeWAIS 2.0.65 to compile on Solaris
2.5?  If anyone has, please e-mail me.  thanks.

bryon
--
-------------------------------------------------------------------
True peace does not have to be kept.
Bryon Lape email: blape@utk.edu  WWW:http://aztec.lib.utk.edu/~bryon