# EXHIBIT H

Account Type: Basic | Upgrade                                    Leonor Canela    Add Connections

People                                                            Advanced

Enter Canada After a DUI - Don't get denied entry at the border let a Canadian Immigration Lawyer help

# David Casseres
Senior Mobile Developer at Edmodo
San Francisco Bay Area · Computer Software

| | |
|---|---|
| Current | Edmodo, ClipLabs |
| Previous | reQall.com, Apple Inc., Intel Corporation |
| Education | Reed College |

www.linkedin.com/in/davidcasseres

**362** connections

Contact Info

**People Similar to David**

  

Ian Baird
iOS Software Engineer at Apple Inc.
**Connect**

---

**ADS BY LINKEDIN MEMBERS**

Join Alliant Today
Take advantage of Alliant's mobile check deposits when you join. Learn How

Venue + You = Happy
Welcome to Cityline Event Center, one of the newest, most prestigious Venue

Follow Us on LinkedIn
Discover Nectar Product Development job opportunities, news, and more

## Background

### Summary

22 years developing software. Currently I am an iOS developer at Edmodo.

My résumé is on the web at http://web.mac.com/**casseres**/.

Specialties:As a software engineer, I have worked on many aspects of Macintosh programming, from drivers to frameworks to UI. I am a Cocoa programmer, currently working on an iPhone/iPad application.

**People Also Viewed**


Andromeda Abushady
Director at Edmodo

### Experience

**Senior Mobile Developer**
Edmodo
2011 – Present (2 years)

{edmodo}

Responsible for Edmodo's iOS applications.

**Software Engineer**
ClipLabs
September 2010 – Present (2 years 9 months)

Clip

iOS development, UI consulting

**Software engineer**
reQall.com
March 2008 – October 2010 (2 years 8 months)

Implemented all of the user interface for reQall, an advanced iPhone productivity application that has now been in the App Store for more than a year, including two major updates. I worked closely with another software engineer, a user interface designer, a QA team, the product manager, and the user support team.

▼ 1 recommendation

 Grant Goodale
CEO at Massively Fun, Inc.

View

**Sr. Software Engineer**
Apple Inc.
January 1995 – January 2003 (8 years 1 month)

Established a project to make full-text searching a feature of the Macintosh OS, and demonstrated the


Aditya Khurana
FE Architect / Team Lead at Edmodo


Walter Punsapy
Software Engineer


Christopher Arriola
Mobile Software Engineer at Edmodo


Crystal (Roberts) Hutter
CEO at Edmodo


Ilan Caspi
Software Engineer at Pertino


Alex Ng
Back End Developer at Edmodo


Mike Horen
Senior Software Engineer - Front End at Edmodo


Walter Vannini
Senior Data Scientist at Edmodo


Evan Kaplan
Features Architect at Edmodo

# Exhibit 2
D. Casseres    5/29/13
Cynthia Manning, CSR, CLR, CCRR


http://www.linkedin.com/profile/view?id=3548886&authType=NAME_SEARCH&authToken=Zty5...

Search...	Account Type: Basic | Upgrade					Leonor Canela	Add Connections
People	[	]	Advanced

feasibility and usefulness of this feature. Followed through as tech lead to implement the Find by Content feature of OS X using the SearchKit API. Also using SearchKit, implemented an API for automatic summarization of text, and wrote the Cocoa-based Summarize application and API to exercise this capability.

### Sr. Software Engineer
Apple Inc.
January 1992 – January 1995 (3 years 1 month)



Worked on the 1.0 implementation of AppleSearch, a MacApp-based client-server information retrieval application. Developed the WAIS/Internet extension of the AppleSearch Server, supervising development of a third party WAIS Gateway component and the AppleEvent protocol for communication between the AppleSearch Server and the Gateway. Designed and implemented enhancements to the AppleSearch Server to seamlessly integrate the WAIS information-retrieval capability into the AppleSearch product.

### Sr. Software Engineer
Apple Inc.
January 1988 – January 1992 (4 years 1 month)



Participated in the conceptualization, design, and implementation of the Rosebud information-retrieval application as one of a team of four software engineers. We developed and implemented a lightweight agent architecture within the Macintosh system framework, and developed a distributed, object-oriented information-retrieval application.

### Sr. Software Engineer
Apple Inc.
January 1982 – January 1988 (6 years 1 month)



Maintained and developed the Macintosh ImageWriter and ImageWriter II drivers, designed and implemented various new features for the Macintosh printing API, and designed and implemented the imaging and driver code for the LaserWriter IISC, a non-Postscript laser printer.

### Senior Technical Writer
Apple Inc.
September 1979 – June 1982 (2 years 10 months)



### Freelance Technical Writer
Intel Corporation
June 1976 – June 1978 (2 years 1 month)



### Technical Writer
Doug Engelbart's Augmented Human Intellect group
January 1966 – January 1969 (3 years 1 month)

My first job in computing was as a technical writer in Doug Engelbart's group at SRI. This project anticipated personal computing long before personal computers existed, originating many of the ideas that eventually were incorporated in personal computers and their software.

### In Common with David

○ You     ○ David

(1)

Location

### People Similar to David



Ian Baird
iOS Software Engineer at Apple Inc.
**Connect**

ADS BY LINKEDIN MEMBERS

Complete Home Inspections
Know the house, before it's your home
Certified Professional Home Inspector

Planning a wedding?
Free consultation w/ a professional coordinator. Relax on your wedding day!

Win any auction for a $1.
1. Find an auction you love. 2. Chip In $1. 3. Win!

Skills & Expertise

Most endorsed for...

| 19 | iOS development |  |
| 9  | iPhone          |  |
| 8  | Objective-C     | |
| 7  | Programming     |  |

Search
Account Type: Basic | Upgrade
Leonor Canela     Add Connections
People      Advanced

| | | |
|---|---|---|
| 6 | User Interface | |
| 4 | Xcode | |
| 3 | Cocoa | |
| 3 | User Experience | |
| 3 | iOS | |
| 2 | Interface Builder | |

David also knows about...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | Mobile Devices | 1 | User Interface Design | 1 | Software Engineering | 1 | OS X |
| 1 | Interaction Design | | iPhone development | C | | | |

## Education

**Reed College**
B.A., Literature
1961 – 1965

**California Institute of Technology**
none, Physics, Biology
1958 – 1960

## Additional Info

**Interests**

Writing, programming, music, bicycling

## Organizations

MyMac.com

Recommendations

**Mauricio Esquivel**                                            Given (9)
Propietario
If you want to see and experience the real Costa Rica, get in touch with Mauricio, he is the best. He is a tour designer with real understanding of what you would enjoy and where you will find it.

March 27, 2012, David was Mauricio's client

**Bruce Lieberman**

Search

Account Type: Basic | Upgrade

Leonor Canela    Add Connections

People                                    Advanced



**Renaissance Engineer**
The title "Renaissance Engineer" fit Bruce quite well. He was both interested in and knowledgeable about a wide range of a wide range of subjects, both in engineering and in other fields as well. It was always rewarding to talk with Bruce about most anything.

March 18, 2011, David worked with Bruce at Apple Computer



**Ravikumar Kunaparaju**
**Test Lead**
I worked with Ravikumar at reQall, and he led the group that tested my software (and other software). Thorough, creative testing is very important to me, and Ravikumar's team always provided it in a timely manner. Bugs were caught quickly and analyzed well, and the resulting product was very robust and functional. It was a privilege to work with him.

November 18, 2010, David worked directly with Ravikumar at Qtechinc



**Grant Goodale**
**VP of Engineering**
Grant is a highly creative and flexible manager as well as an excellent engineer. The breadth of his knowledge is very impressive, and it was a great pleasure to work with him.

May 5, 2010  David worked indirectly for Grant at reQall



**Walter Vannini**
**programmer**
Walter is an extraordinary software engineer, one of the best I have ever worked with. He can easily handle a wide range of challenges, and his professionalism is exemplary. I have seen him make the transition from one programming environment to a very different one, becoming productive in just a few days and appearing to enjoy the experience. I can recommend him whole-... **more**

May 4, 2010, David worked directly with Walter at GBB Services

See More

Groups


**Apple Alumni**
Join


**Apple - Current and F...**
Join


**Club ex-Apple**
Join


**iOS Developers Group**
Join


**iPhone Developers - ...**
Join


**reQall users**
Join

Following

## News

Computer Software    Internet    Entertainment

http://www.linkedin.com/profile/view?id=3548886&authType=NAME_SEARCH&authToken=Zty5...

Search	Account Type: Basic | Upgrade	Leonor Canela	Add Connections

People	 🔍	Advanced

375,126 followers
Follow

521,928 followers
Follow

239,986 followers
Follow

## Companies

**Edmodo**
Internet
Follow

**Clip Labs**
Entertainment
Follow

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language   Upgrade Your Account

LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   **Send Feedback**