# EXHIBIT I

# Nicholas Leefer

**From:** Borenstein, Ruth N. [RBorenstein@mofo.com]
**Sent:** Saturday, April 12, 2014 3:16 PM
**To:** Michael Fazio; Samsung NEW
**Cc:** AppleMoFoHPO; *** GDC - 630 Team; WHAppleSamsungNDCalIITeam@wilmerhale.com
**Subject:** RE: Apple v. Samsung 630 case:  4/12 Disclosures (Rinard)

Michael,

With respect to the Rinard disclosures:

- The Court stated at the March 5, 2014, pretrial conference, that "Samsung is not asserting that [the Tung] thesis is prior art.  They're simply citing it and using it for corroboration for the WAIS prior art."  Please confirm that if DX304 is admitted, Samsung will agree to a limiting instruction:  "Not to be considered as prior art."
- Dr. Rinard did not express any of the opinions reflected in SDX2999 or SDX3000.  Dr. Rinard expressed the opinion that there is no evidence that Apple practices claim 24, claim 25, or claim 34 of the '959 patent, and analyzed whether Samsung infringes the asserted claims of the '959 patent.  Please confirm that Samsung withdraws these slides.
- Samsung has disclosed a summary judgment order as an exhibit for use with Dr. Rinard.  This is improper.  (See, for example, 1846 Dkt. No. 2552 at 4 excluding post-trial briefs and orders).  Please confirm Samsung withdraws this exhibit.
- Samsung has disclosed RFAs 1-7 for use with Dr. Rinard and as something Samsung may read into evidence.  Please inform us what pages and lines Samsung may use.
- Samsung also disclosed Apple's response to Samsung's Interrogatory No. 7 as something it may read into evidence.  Please inform us what pages and lines Samsung may read

Thank you,
Ruth

**Ruth Borenstein**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.7348 | F: +415.276 7348 | C: +1 (415) 310.2525
RBorenstein@mofo.com | www.mofo.com

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or

authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.