1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1        Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits and
3   demonstratives related to the parties' April 12 disclosures as indicated in Samsung's April 13
4   High Priority Objections and Responses.
5        Having considered Samsung's request, and compelling reasons having been shown, the
6   Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.
7        1.   Portions of the following exhibits are to be sealed:

| Exhibit | Portions to be Sealed |
|---|---|
| PX201 | Pages 60, 72, and 87 |
| PX216 | Pages 5, 6, and 8 |
| DX314 | Exhibit in its entirety |
| DX316 | Exhibit in its entirety |
| JX50B | Exhibit in its entirety |
| JX50C | Exhibit in its entirety |
| JX51B | Exhibit in its entirety |
| JX51C | Exhibit in its entirety |
| SDX2570 | Demonstrative in its entirety |

2.   Portions of the following exhibits are to be sealed to the extent the pages listed below are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| PX200 | Pages 6, 8, 9, 12, 22-39, 42-51, 53-68, 83-91, 95-112, 114-119, 121-130, 133-136, 139-147, 149-168, 171-179, and 181-188 |

**IT IS SO ORDERED.**

DATED: _____    _____
　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　United States District Judge