| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF FILING OF MATERIALS SUBJECT TO SAMSUNG'S APRIL 13 HIGH PRIORITY OBJECTIONS REGARDING CHRISTOPHER BUTLER, JUSTIN DENISON, LARS FRID-NIELSEN, PATRICK GOGERTY, SAUL GREENBERG, KEVIN JEFFAY, BREWSTER KAHLE, YOUNGMI KIM, JIM LUNDBERG, ULRICH PFEIFER, MARTIN RINARD, DANIEL WIGDOR AND WALTER WONG** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order on Sealing and Objections for Trial Exhibits (Dkt. 1616), Apple Inc. ("Apple") files as attachments hereto materials disclosed by Apple that are the subject of Samsung's April 13, 2014 high priority objections regarding Christopher Butler, Justin Denison, Lars Frid-Nielsen, Patrick Gogerty, Saul Greenberg, Kevin Jeffay, Brewster Kahle, Youngmi Kim, Jim Lundberg, Ulrich Pfeifer, Martin Rinard, Daniel Wigdor and Walter Wong:

**Justin Denison**

- WSJ Article ("Samsung Tweaks How it Calculates Marketing Costs") (PUBLIC)

**Saul Greenberg**

- 1846 Trial Tr. at 795-96 (1846 Dkt. 1610)

**Kevin Jeffay**

- DX 345 (Physical Device)
- 4/23/2012 Cohen Declaration (Dkt. 165)

**Daniel Wigdor**

- Summary Judgment Order (Dkt. 1150)
- Joint Stipulation and Order re Scope of Summary Judgment Order (Dkt. 1416)

Dated: April 13, 2014              MORRISON & FOERSTER LLP

                                   */s/ Rachel Krevans*
                                   Rachel Krevans

                                   *Attorneys for Plaintiff and*
                                   *Counterclaim-Defendant Apple Inc.*