**4 Ways to Avoid Running Out of Money During Retirement**

Ken Fisher, famous *Forbes* columnist and head of Fisher Investments is giving away his latest retirement guide to investors with $500,000 or more portfolios. Is that you? Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it! Click Here to Download Your Guide!

FISHER INVESTMENTS

**THE WALL STREET JOURNAL.**
WSJ.com

April 3, 2014, 3:08 AM ET

# Samsung Tweaks How It Calculates Marketing Costs

ByMin-Jeong Lee

As Samsung Electronics scrambles to maintain its hold as the leading maker of mobile phones and outshine rivals like Apple, the company has been racking up high marketing costs.



Samsung Is Changing The Way It Measures Marketing Costs
Samsung Electronics Co. | WSJ.com
The Wall Street Journal

In 2012 alone, the South Korean company spent 12.9 trillion won ($12.2 billion) in marketing expenses, an amount that outpaced its research and development expense of 11.5 trillion won.

The hefty spending led media to play up the fact that Samsung may be more focused on marketing than R&D and innovation.

Now, Samsung seems to be taking some action to fix that perception. The company is changing the way its marketing costs are represented in its earnings report. For example, marketing expenses for 2012 comprised of four categories — advertising expenses, sales promotion, public relations as well as commission and service charges. But in the future, the company is eliminating the last two categories, a spokesman said.

The change, which has been retroactively applied to 2012 figures, means Samsung spent 10.9 trillion won on marketing, not 12.9 trillion won as previously reported. Its R&D costs remain unchanged at 11.5 trillion won.

And the company spent 12.2 trillion won in marketing in 2013, up 11% from a year earlier using the new standard, according to a regulatory filing last month. This compares with 14.3 trillion won spent on R&D last year.

The change in Samsung's definition of marketing costs was "to reflect local and global standards" and will not alter the company's bottom-line for 2012, it said.

The world's largest smartphone maker is known for its lavish marketing activities, ranging from fancy launch events for its flagship Galaxy smartphones and various sponsorship events like the Oscars and the Olympics.

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com