Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Counterclaim-Plaintiff,<br><br>        v.<br><br>APPLE INC., a California corporation,<br><br>                Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 1666, 1668]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal and Samsung's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO HIGH PRIORITY OBJECTIONS AND TRIAL EXHIBITS [DKT. 1666]**

2. On April 12, 2014, Apple Inc. ("Apple") filed an Administrative Motion to File Documents Under Seal (Docket No. 1666), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Objections and Responses to Objections Regarding Bjorn Bringert, Todd Pendleton, and Paul Westbrook (Docket No. 1666, Attachment 3) ("Objections"). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1666), to the extent Apple's Objections reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Apple's Objections (Docket No. 1666, Attachment 3, at 2) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATING TO HIGH PRIORITY OBJECTIONS AND TRIAL EXHIBITS [DKT. 1668]**

4. On April 12, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an Administrative Motion to File Documents Under Seal (Docket No. 1668). By its motion, Samsung seeks to protect information designated as confidential by non-party Google and discussed Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Bringert, Pendleton, and Westbrook (Docket No. 1668, Attachment

3) ("Objections"). In addition, Samsung has moved to seal additional trial exhibits listed in the parties' disclosures, including certain trial exhibits that reflect information designated as confidential by non-party Google (Docket No. 1668). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1668) to the extent Samsung's Objections and certain trial exhibits reference non-party Google's highly confidential or proprietary business information.

5. Selected portions of Samsung's Objections (Docket No. 1668, Attachment 3, at 3) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

6. Selected portions of the following materials included in Samsung's direct disclosures for Bjorn Bringert discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159). As this Court has previously found, third-party source code may remain confidential and is properly sealable. *See, e.g.*, Docket No. 1150 at 48 (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). The portions of Samsung's direct disclosures for Bjorn Bringert that Google seeks to seal are identified and described below:

| Document | Portion Sought to be Sealed | Information to be Sealed |
|---|---|---|
| JX-51B: Compilation of Google's highly confidential and proprietary source code | Entire document | Google's highly confidential and proprietary source code (GOOG-NDCAL630-S-00007768 through GOOG-NDCAL630-S-00007773; GOOG-NDCAL630-S-00007774) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2014, in San Jose, California.

By /s/ Kristin J. Madigan
Kristin J. Madigan