[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF A DOCUMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation regarding the authentication of certain documents and things.

WHEREAS, Apple commenced the above-captioned action against Samsung on February 8, 2012;

WHEREAS, Samsung subsequently filed counterclaims against Apple;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the burden of authenticating certain documents and things at trial;

WHEREAS, the Parties agree that stipulating to the authenticity of a certain document and will promote more efficient use of time at trial;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Pages SAMNDCA630-00936965, SAMNDCA630-00936970 through SAMNDCA630-00936971, SAMNDCA630-00936973 through SAMNDCA630-00936976, SAMNDCA630-00936989 through SAMNDCA630-00937000, SAMNDCA630-00937058 though SAMNDCA630-00937059, and SAMNDCA630-00937176 through SAMNDCA630-00937177 of the document produced by Samsung bearing Bates number SAMNDCA630-00936965 through SAMNDCA630-00937227 (DX-306) are a true and correct copy of an excerpt of the document entitled "Information Retrieval", published by Kluwer Academic Publishers no later than 1998.

2. Samsung agrees not to call Dr. Sylvia Hall-Ellis at the trial of this matter either live or by deposition.

THE PARTIES FURTHER STIPULATE AND AGREE THAT the documents and other information set forth in paragraph 1 above will be admissible as substantive evidence and may be used for all permissible purposes in this case, subject only to the following objections, which are preserved for trial:

- The evidence is irrelevant because it relates only to a patent or accused product that has been dropped from the case.
- FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or cumulative evidence).
- The evidence relates only to a theory that was not timely disclosed.
- Limiting instruction required to limit the document or evidence to a relevant, timely disclosed and non-prejudicial (subject to FRE 403) issue.
- Hearsay objection for hearsay within a document.
- Objections related to the use of an exhibit beyond that permitted by the parties' asserted claim, accused product, and prior art case narrowing statements.
- Objections specific to the witness through whom an exhibit is offered.
- Document or evidence is insufficiently corroborated to establish it as an alleged prior art system or publication on one or more of the following specific grounds:
    - the document or evidence is not shown to be a "printed publication" under section 102;
    - the document or evidence is not shown to have been in public use or on sale prior to the effective filing date of an asserted patent for which the document or evidence is asserted to be prior art;
    - the evidence is computer source code and it has not been established that the source code was used in a configuration alleged by the offering party to have been in public use or on sale prior to the effective filing date of the asserted patent;
    - the evidence is computer source code and it is not established that the computer source code was ever compiled in the manner alleged by the offering party to

establish how a system operated;

- o  the evidence is computer source code and it is not established that any person downloaded that computer source code and compiled it for execution in the United States prior to the effective filing date of the asserted patent;

1  IT IS SO STIPULATED.

2  Dated:  April 11, 2014

3

4  By: */s/ Rachel Krevans*                              By: */s/ Victoria F. Maroulis*

5  Attorney for Plaintiff and Counterclaim-Defendant

   Attorney for Defendants and Counterclaim-Plaintiffs

6  APPLE INC.

   SAMSUNG ELECTRONICS CO., LTD.,
7  SAMSUNG ELECTRONICS AMERICA,
   INC., AND SAMSUNG
8  TELECOMMUNICATIONS AMERICA, LLC

9  HAROLD J. McELHINNY (CA SBN 66781)       CHARLES K. VERHOEVEN
   hmcelhinny@mofo.com                       (Bar No. 170151)
10 JACK W. LONDEN (CA SBN 85776)             charlesverhoeven@quinnemanuel.com
   jlonden@mofo.com                          KEVIN A. SMITH (Bar No. 250814)
11 RACHEL KREVANS (CA SBN 116421)            kevinsmith@quinnemanuel.com
   rkrevans@mofo.com                         QUINN EMANUEL URQUHART &
12 RUTH N. BORENSTEIN (CA SBN 133797)        SULLIVAN LLP
   rborenstein@mofo.com                      50 California Street, 22nd Floor
13 ERIK J. OLSON (CA SBN 175815)             San Francisco, California 94111
   ejolson@mofo.com                          Telephone: (415) 875-6600
14 MORRISON & FOERSTER LLP                   Facsimile: (415) 875-6700
15 425 Market Street
   San Francisco, California 94105-2482      KEVIN P.B. JOHNSON (Bar No. 177129
16 Telephone: (415) 268-7000                 (CA); 2542082 (NY))
   Facsimile: (415) 268-7522                 kevinjohnson@quinnemanuel.com
17                                           VICTORIA F. MAROULIS (Bar No. 202603)
18 JOSH A. KREVITT (CA SBN 208552)           victoriamaroulis@quinnemanuel.com
   jkrevitt@gibsondunn.com                   QUINN EMANUEL URQUHART &
19 H. MARK LYON (CA SBN 162061)              SULLIVAN LLP
   mlyon@gibsondunn.com                      555 Twin Dolphin Drive, 5th Floor
20 GIBSON, DUNN & CRUTCHER LLP               Redwood Shores, California 94065
   1881 Page Mill Road                       Telephone: (650) 801-5000
21 Palo Alto, CA  94304-1211                 Facsimile: (650) 801-5100
22 Telephone: (650) 849-5300
   Facsimile: (650) 849-5333                 WILLIAM C. PRICE (Bar No. 108542)
23                                           williamprice@quinnemanuel.com
24 WILLIAM F. LEE (*pro hac vice*)           QUINN EMANUEL URQUHART &
   William.lee@wilmerhale.com                SULLIVAN LLP
25 WILMER CUTLER PICKERING                   865 South Figueroa Street, 10th Floor
     HALE AND DORR LLP                       Los Angeles, California 90017-2543
26 60 State Street                           Telephone: (213) 443-3000
   Boston, Massachusetts 02109               Facsimile: (213) 443-3100
27 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
28

5

1  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
3    HALE AND DORR LLP
   950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  April XX, 2014                             /s/  DRAFT
                                                   Rachel Krevans

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | Dated: April 13, 2014

*Lucy H. Koh*

Hon. Lucy H. Koh

United States District Judge