[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE AUTHENTICITY OF TRIAL EXHIBITS** |

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung
2  Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this
3  Joint Stipulation regarding the authentication of certain documents and things.
4  WHEREAS, Apple commenced the above-captioned action against Samsung on February 8,
5  2012;
6  WHEREAS, Samsung subsequently filed counterclaims against Apple;
7  WHEREAS, the Parties have determined that it is in their mutual interest to avoid the burden
8  of authenticating certain documents and things at trial;
9  WHEREAS, the Parties agree that stipulating to the authenticity of certain documents and
10  things will promote more efficient use of time at trial;
11  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS
12  FOLLOWS:
13  1. DX-304 is a true and correct copy of the diploma thesis of Huynh Quoc Thanh Tung
14  of the University of Dortmund, "Expansion of the FreeWAIS Server", and translation thereof. The
15  parties agree that the following limiting instruction should be read to the jury if and when the
16  exhibit is introduced into evidence: " DX304 is not being used as prior art for any asserted patent.
17  It can be considered as evidence to corroborate fact and witness testimony regarding the WAIS
18  system."
19  2. DX-320 is a true and correct copy of SUSE Linux 10.0 source code corresponding to
20  SUSE Linux 10.0 software known, used, sold, and released no later than October 2005.
21  3. DX-338 is a true and correct copy of an article by Eric Bier entitled "Embedded
22  Buttons: Supporting Buttons in Documents" as of October 1992.
23  4. DX-339 is a true and correct copy of CHI '91 Conference Proceedings: Reaching
24  Through Technology, which was publicly available as of 1992.
25  5. DX-341 is a true and correct copy of a CHI '91 video program: Reaching Through
26  Technology, which was publicly available as of 1992.
27
28

6. DX-340 is a true and correct copy of source code related to the "Embedded Buttons" project discussed in DX-338 and DX-341.

THE PARTIES FURTHER STIPULATE AND AGREE THAT:

7. Samsung will remove the following witnesses from its witness list:
- o Jeffrey Stedfast
- o Miguel de Icaza
- o Norbert Fuhr
- o Eric Bier

8. Samsung may present the following witnesses by deposition designation, but will not present them live:
- o Gary Hall

IT IS SO STIPULATED.

Dated:  April 12, 2014

| | |
|---|---|
| By: */s/ Rachel Krevans* | By: */s/ Victoria F. Maroulis* |
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

| | |
|---|---|
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 | CHARLES K. VERHOEVEN<br>(Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION**

I, Victoria F. Maroulis , am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:  April 12, 2014                              */s/  Victoria F. Maroulis*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 13, 2014

*Lucy H. Koh*

Hon. Lucy H. Koh

United States District Judge