UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON JOINT NOTICE REGARDING DX411 |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The parties have submitted a joint notice regarding sealing of trial exhibit DX411. ECF No. 1665. Having considered the parties' submission and the Court's prior order regarding sealing of DX411 (ECF No. 1626), the Court hereby ORDERS that page 5 of DX411 shall be unsealed, as it contains no confidential information. Pages 1, 2, 4, 10, and 32 were shown publicly on April 8, 2014 and are unsealed. Pages 11, 13, 14, and 25 will become unsealed if shown in Court.

**IT IS SO ORDERED.**

Dated: April 13, 2014

_____
LUCY H. KOH
United States District Judge