UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER RE: SAMSUNG'S |
| | ) | DESIGNATION OF 30 WITNESSES |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Samsung designated 7 witnesses for Friday, April 11, 2014, and originally designated an additional ten witnesses for Monday, April 14, 2014. Samsung has designated 13 witnesses, including four technical experts, for Tuesday, April 15, 2014.

On Friday, April 11, 2014, Samsung called only 1 of its 7 designated witnesses.

Apple has stipulated to the authenticity of documents such that Samsung will not be calling some witnesses. Nonetheless, Apple represents that Samsung has disclosed multiple videos and an average of over 100 demonstrative slides for each of Samsung's technical experts for April 15, 2014. ECF No. 1672-3 at 1. Because each party is limited to a total of five pages for its objections

1

Case No.: 12-CV-00630-LHK
ORDER RE: SAMSUNG'S DESIGNATION OF 30 WITNESSES

and responses to objections for all of the next day's witnesses, the Court finds that Apple has been prejudiced by Samsung's unrealistic disclosure of witnesses. As a result, by 1 p.m. on Monday, April 14, 2014, Apple may file two additional high priority objections for each of the 13 witnesses Samsung disclosed for Tuesday, April 15, 2014. These objections may not exceed a total of four pages. Samsung may file four pages of responses to Apple's objections. Samsung may not file any new high priority objections regarding Samsung's 13 witnesses disclosed for Tuesday, April 15, 2014. The parties shall meet and confer in person regarding Apple's new high priority objections.

Dated: April 13, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER RE: SAMSUNG'S DESIGNATION OF 30 WITNESSES