UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON SAMSUNG'S |
| | ) | OBJECTIONS TO APPLE'S |
| v. | ) | DISCLOSURES |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Samsung has filed objections to Apple's disclosures. ECF No. 1668-3. Apple has filed a response. ECF No. 1666-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| PX 227 | Overruled. |
| PX 268 | Overruled. However, Apple must redact the paragraph about patent litigation with Apple and the paragraph about gas leaks and explosions at Samsung's factories. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES

| "Samsung Uneasy in the Lead" Article | Sustained. |

Samsung also requests to seal various documents. ECF No. 1668-3. Having considered Samsung's motion, and compelling reasons having been shown, the Court seals the following documents as follows:

| Exhibit and pages requested to be sealed | COURT'S RULING ON SEALING REQUEST |
|---|---|
| PX 154 pages 2-4 | GRANTED. |
| PX 202 pages 13 and 14 | GRANTED. |
| PX 203 pages 4, 9-16, 19-21, 23-25, 28-33, 36-38 | GRANTED. |
| JX 51B | GRANTED as to Google's highly confidential and proprietary source code (GOOG-NDCAL630-S-00007768 through GOOG-NDCAL630-S-00007773; GOOG-NDCAL630-S-00007774) per Google's declaration (see ECF No. 1675); DENIED as to the remainder of the document. |

**IT IS SO ORDERED.**

Dated: April 13, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES