**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON APPLE'S OBJECTIONS TO |
| ) | SAMSUNG'S DISCLOSURES |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

On April 12, 2014, Apple filed objections to Samsung's disclosures. ECF No. 1666-3. On April 12, 2014, Samsung filed a response. ECF No. 1668-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **B. Todd Pendleton** | |
| SDX2516 | Sustained. |
| **C. Paul Westbrook** | |

| Movie_03_(414 – Gmail Sync v2 – ALT2) .wmv | Overruled. |

**IT IS SO ORDERED.**

Dated: April 13, 2014

                                           _____
                                           LUCY H. KOH
                                           United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES