**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER DENYING SAMSUNG'S |
| | ) | MOTION FOR JUDGMENT AS A |
| v. | ) | MATTER OF LAW AT THE CLOSE OF |
| | ) | APPLE'S CASE IN CHIEF |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

At the close of Apple's affirmative case, Samsung moved for judgment as a matter of law

pursuant to Federal Rule of Civil Procedure 50(a). ECF No. 1663. Apple opposed the motion.

ECF No. 1670. Rule 50 provides that the court may grant a motion for judgment as a matter of law

against a non-moving party if "the court finds that a reasonable jury would not have a legally

sufficient evidentiary basis to find for the party on" an issue. After considering all of the evidence

presented in Apple's affirmative case, the Court hereby DENIES Samsung's motion. As to

Samsung's specific issues, the Court rules as follows:

1

Case No.: 12-CV-00630-LHK
ORDER DENYING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF
APPLE'S CASE IN CHIEF

- • The Court DENIES Samsung's Rule 50 motion for judgment of no willful infringement.
- • The Court DENIES Samsung's Rule 50 motion for judgment of non-infringement of the asserted claims of the '647, '959, '414, and '721 patents.
- • The Court DENIES Samsung's Rule 50 motion for judgment of no indirect infringement of the asserted claims of the '647, '959, '414, and '721 patents
- • The Court DENIES Samsung's Rule 50 motion for judgment on lost profits.
- • The Court DENIES Samsung's Rule 50 motion for judgment on reasonable royalties.
- • The Court DENIES Samsung's Rule 50 motion for judgment on pre-August 25, 2012 damages for the Galaxy S II Products.

**IT IS SO ORDERED.**

Dated: April 13, 2014

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER DENYING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF
APPLE'S CASE IN CHIEF

**United States District Court**
For the Northern District of California