UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ) ) ) | ORDER ON PARTIES' SEALING MOTIONS: ECF Nos. 1517, 1546, 1563, 1581, and 1618 |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) | |

The parties have requested to seal various documents. ECF Nos. 1517, 1546, 1563, 1581, 1618. Having considered the parties' motions, and compelling reasons having been shown, the Court seals the following documents as follows:

| ECF No. | Exhibit and pages requested to be sealed | COURT'S RULING ON SEALING REQUEST |
|---|---|---|
| 1517 (Apple's motion) | Apple's objections and responses; | Apple has stated it does not maintain a claim of confidentiality over any of these documents. ECF No. 1517. Samsung has stated that it does not maintain a claim of confidentiality over the documents |

| | | Exhibits A and C | Apple moved to seal. ECF No. 1551. Thus, the motion to seal is DENIED. |
|---|---|---|---|
| | 1546 (Apple's motion) | Apple's objections and responses; Exhibits 3, 4, 5 to the Erik Olson Declaration | Apple has stated it does not maintain a claim of confidentiality over any of these documents. ECF No. 1546. Samsung has stated it only maintains a claim of confidentiality over Exhibit 4 to the Olson Declaration In Support of Apple's Objections. ECF No. 1560. Samsung seeks to seal the entirety of Exhibit 4, which is a portion of Saul Greenberg's rebuttal expert report regarding noninfringement of the '721. The motion is DENIED as to the cover page, and DENIED as to paragraph 448 of the report, which only states that the "Circle Unlock was implemented in all the accused devices with the exception of the Samsung Dart and Galaxy Nexus devices." The motion is GRANTED as to the rest of the exhibit because it includes source code. |
| | 1563 (Samsung's motion) | Samsung's objections, and Exhibits B, E, F, G to the Fazio Declaration. | Samsung has stated it does not maintain a claim of confidentiality over any of these documents. ECF No. 1563. Apple does not maintain a claim of confidentiality over any portion of these documents. ECF No. 1566. Thus, the motion is DENIED. |
| | 1581 (Apple's motion) | Highlighted portions of Exhibits 3 and 4 to the Declaration of Rachel Krevans in Support of Apple's Supplemental Brief in Response to the Court's April 3, 2014 Order | The highlighted portions of Exhibits 3 and 4 do contain Apple's confidential source code. Thus, the motion is GRANTED. Samsung does not oppose the sealing request. ECF No. 1633. |
| | 1618 (Samsung's motion) | Highlighted portions of PDX92.17-20; PDX92.54-57; PDX92.60-61; PDX92.65; PDX92.67; and PDX92.69. | GRANTED. |

**IT IS SO ORDERED.**

Dated: April 13, 2014

_____
Lucy H. Koh

Case No.: 12-CV-00630-LHK
ORDER ON PARTIES' SEALING MOTIONS

2

LUCY H. KOH
United States District Judge

3
Case No.: 12-CV-00630-LHK
ORDER ON PARTIES' SEALING MOTIONS