QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S APRIL 13, 2014 ROLLING WITNESS LIST** |

02198.51981/5872565.1

Samsung's rolling list of its anticipated next seven trial witnesses is as follows:

1. Bjorn Bringert (No HPO objections by either party. *See* Dkt. 1668-3 and Dkt. 1666-3 filed on April 12, 2014);
2. Dianne Hackborn (HPO objections ruled on at Dkt. 1656);
3. Dale Sohn (HPO objections ruled on at Dkt. 1656);
4. Paul Westbrook (HPO objections ruled on at Dkt. 1681);
5. Todd Pendleton (HPO objections ruled on at Dkt. 1680 and Dkt. 1681);
6. Thomas Bonura (Deposition) (HPO objections ruled on at Dkt. 1654 and Dkt. 1656);
7. Lars Frid-Nielsen (HPO objections resolved by parties. *See* Dkt. 1672-3 at 1 and Dkt. 1673-3 at 1).

Samsung further notes that Samsung may read into the record or otherwise enter into evidence the following:

- Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41), Interrogatory No. 7;
- Apple Inc.'s Supplemental Responses to Samsung's First Set of Requests for Admission to Apple Inc. (Nos. 1-7), Request Nos. 1-7;
- Joint Amended Pretrial Statement and Proposed Order, Undisputed Fact No. 17;

DATED: April 13, 2014        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael L. Fazio*
Victoria F. Maroulis
Michael L. Fazio
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC