UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Friday, April 11, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 6 hrs 3 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.          V.          SAMSUNG ELECTRONICS CO. LTD., ET AL
       PLAINTIFF                               DEFENDANTS

Attorneys present:                    Attorneys present:
Harold J. McElhinny                   John Quinn
Rachel Krevans                        William Price
William F. Lee                        Victoria F. Maroulis
Mark D. Selwyn                        Kevin Johnson, Dave Nelson
Nathan Sabri
Joseph Mueller
James Bennett

**PROCEEDINGS:  JURY TRIAL—DAY SIX**

| Time | Event |
|---|---|
| 9:05 a.m. | All parties present, all jurors present, Witness Vellturo resumes the stand for further testimony. |
| 10:31 a.m. | The jury is excused for the morning recess.  The Court and counsel discuss matters. |
| 10:46 a.m. | The morning recess is taken. |
| 10:59 a.m. | The Court and counsel resume with discussion of issues. |
| 11:05 a.m. | Jury now present, the matter resumes with further testimony by Witness Vellturo. |
| 12:01 p.m. | The noon recess is taken. |
| 1:05 p.m. | All parties present, the matter resumes. |
| 2:02 p.m. | Apple rests.  The jury is excused while the Court and counsel discuss matters and oral motions are heard. |
| 2:29 p.m. | The afternoon recess is taken. |
| 2:38 p.m. | The Court and counsel present, further issues are discussed. |
| 2:53 p.m. | Jury now present, Witness Hiroshi Lokheimer is sworn and testifies, called by Samsung. |
| 4:29 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:34 p.m. | Court is adjourned until Monday, April 14, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    PX 137b, 203, 196, 173
    DX 404.006, 500, 411.001, 327, 308

Exhibit SDX 507 is marked for identification only.