1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S RESPONSE TO APPLE'S SUPPLEMENTAL HIGH PRIORITY OBJECTIONS** |

1      Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3  Motion to File Documents Under Seal Relating to Samsung's Response to Apple's Supplemental

4  High Priority Objections.

5      Having considered Samsung's motion, and compelling reasons having been shown, the

6  Court GRANTS Samsung's motion ORDERS sealed exhibits and demonstratives subject to

7  Apple's objections, which were filed on ECF pursuant to the Court's Order, Dkt. No. 1616, until

8  the relevant exhibit or demonstrative is admitted or used at trial.

9

10  **IT IS SO ORDERED.**

11

12  DATED:   _____      _____

13                                                              Hon. Lucy H. Koh, Judge
                                                                United States District Court for the Northern
14                                                              District of California

[PROPOSED] ORDER GRANTING SAMSUNG'S AMTFUS RE: RESPONSE TO APPLE'S SUPPL. HPO