# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | CASE NO. 12-cv-00630-LHK |
| Defendants. | |

**EXPERT REPORT OF DR. DANIEL WIGDOR CONCERNING INVALIDITY OF U.S. PATENT NO. 8,074,172**

 

359. In addition to these specific prior art references, the following is a more general overview of the scope and content of the prior art at the time of the alleged invention.

### 6. Text Replacement In The Prior Art

360. Functionality for replacing text was well known in the prior art prior to the alleged invention of the '172 patent.

#### (a) Spell Checking in Word Processors

361. It was well known to a person of ordinary skill in the art at the time of the alleged invention of the '172 patent to provide spell checking functionality in word processing applications. One example at the time was the WordPerfect word processor for the Windows operating system. WordPerfect version 5.2 included a Speller functionality. *See, e.g.,* SAMNDCA630-00941921; SAMNDCA630-00940858. The Speller in WordPerfect checked a document for misspelled words by comparing the words in a document to the words in the WordPerfect dictionary. *See, e.g.,* SAMNDCA630-00940858 – 0940859. When the Speller found a misspelled word, suggested spellings are displayed along with the option to replace the supposedly misspelled word with other words found in the dictionary. *See, e.g., id.* The WordPerfect 5.2 Workbook depicts this functionality:



- A Suggested Spellings
- B Selected Word
- C Word Not Found

362. Other word processing programs included this functionality as well. Other examples of such programs that were well-known at the time were Microsoft Word and Lotus Notes.

363. Further, it was common in the art for word processors to including an AutoCorrect feature to correct common misspellings. As early as the version of Microsoft Word included with Microsoft Office XP, Microsoft Word included a spelling checker that would automatically correct misspelled words. For example, in Microsoft Word, if a user types "setnence", the software automatically corrects the misspelled word to "sentence". Even the inventors of the '172 patent were aware of spell checking functionality in word processing applications for desktop computers:

> Q Sitting here today, sir, are you aware of any spell checking systems that predate your work on the iPhone?
> A I think so, you.
> Q Which ones?
> A Probably spell check systems which are available on the Mac operating system.
> Q Any others?
> A Perhaps spell check systems that might be available in word processing programs.
> Q In the 2005 time period, which word processing systems were you aware of?
> A During that time period, if I needed to write a document, I probably would have used text edit on the Mac
> Q Any others?
> A Generally, no.
> Q Did you ever use the Word program from Microsoft at that time?
> A I used it, but very sparingly. At various times I didn't have it available to me.
> ...
> Q Back in 2005, you were aware that the Word program from Microsoft had a spell checking functionality?
> A I may have been aware.

> Q We talked about the spell checking systems on the Mac OS. Which ones were you familiar with?
> A There is a spell checking feature built into the text edit program I previously mentioned.
> Q And how did that spell checking feature work?
> A From a user perspective, you could ask to see if a word was misspelled and ask the system to provide you with possible corrections.
> ...
> Q And what are some of the options that are available for the spell checking functionality on the Mac OS?
> A You can spell check an entire document. I also believe that it will highlight a word it believes was spelled incorrectly.

Tr. of Apr. 13, 2012 Dep. of Kenneth Kocienda at 62:14 – 64:19.

### (b) 12-Key Text Input

364. It was well known to a person of ordinary skill in the art at the time of the alleged invention of the '172 patent to utilize text disambiguation functionality for text entry systems on 12-key telephone keypads. The placement of the keys on the telephone keypad was generally uniform across mobile devices (e.g., the letters ABC are associated with the 2 key), as it was based on an international standard developed by Grover, King, and Kushler in the 1990s. *See, e.g.,* Mackenzie at 168. This key layout is depicted in Mackenzie:

*Figure 6.* The standard 12-key telephone keypad.

```
 1        2 ABC     3 DEF
 4 GHI    5 JKL     6 MNO
 7 PQRS   8 TUV     9 WXYZ
 *        0         #
```

Telephone keypad text input allowed for text to be entered unambiguously or ambiguously, depending on the user's approach to text entry. *See, e.g., id.* Unambiguous text entry commonly used a MultiTap method, where a user tapped on an ambiguous key multiple times in order to select the desired letter (e.g., the letter C would require three taps on the 2 key). Another unambiguous text entry method can be referred to as the "two-key method", in which the user

DATED: August 12, 2013

_____
Daniel Wigdor