| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com |   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts 02109 |
| 4 | Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| | hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| | jbennett@mofo.com |   HALE AND DORR LLP |
| 8 | JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| | jlonden@mofo.com | Palo Alto, California 94304 |
| 9 | RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
| | rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) | |
| | rborenstein@mofo.com | |
| 11 | ERIK J. OLSON (CA SBN 175815) | |
| | ejolson@mofo.com | |
| 12 | Morrison & Foerster LLP | |
| | 425 Market Street | |
| 13 | San Francisco, California 94105-2482 | |
| | Telephone: (415) 268-7000 | |
| 14 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S SUPPLEMENTAL OBJECTIONS REGARDING SAUL GREENBERG, KEVIN JEFFAY, YOUNGMI KIM, JIM LUNDBERG, ULRICH PFEIFER, MARTIN RINARD, AND DANIEL WIGDOR** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

DECLARATION OF RUTH N. BORENSTEIN ISO APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS
CASE NO. 12-CV-00630-LHK (PSG)
pa-1638829

I, Ruth N. Borenstein, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Supplemental Objections Regarding Saul Greenberg, Kevin Jeffay, Youngmi Kim, Jim Lundberg, Ulrich Pfeifer, Martin Rinard, and Daniel Wigdor ("Apple's Supplemental Objections").

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of Dr. Kevin Jeffay Concerning Invalidity of U.S. Patent No. 5,946,647.

3. Attached as **Exhibit 2** is a true and correct copy of the June 25, 2013 Declaration of Jim Lundberg Certifying Record of Regularly Conducted Business Activity with accompanying exhibits.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the July 14, 2013 Ulrich Pfeifer deposition transcript.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of April, 2014, in San Jose, California.

*/s/ Ruth N. Borenstein*
Ruth N. Borenstein

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth N. Borenstein has concurred in this filing.

Dated:  April 14, 2014         */s/ Rachel Krevans*
Rachel Krevans