# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

> According to the present invention, a call to a telephone number contained in a text message would take place in the following principal steps:
> (1) The RPK searches out a telephone number contained in the message,
> (2) the user accepts the number, and
> (3) the RPK makes a call to the number.
> Alternatively, the telephone number can be stored in a short-selection directory included in the RPK, which would take place in the following principal steps (two of which are the same as above):
> (1) The RPK searches out a telephone number contained in the message,
> (2) the user accepts the number,
> (4) The RPK searches from the message the name under which the number is to be recorded, and
> (5) the RPK stores the number under the name in the directory.

219. Nokia at 5:23-43. As is apparent, even on devices like a telephone or pager with limited memory and processing power, parsing techniques and linking techniques were routinely applied.

220. These were not the only patents to apply, in a particular area, detection and linking at the time of the '647 patent. As another example of simultaneous work, Milind Pandit filed for U.S. Patent No. 5,859,636 ("Pandit") on December 27, 1995 (issued on January 12, 1999). Pandit described recognizing "[t]ext of a predetermined class in the body of text," and providing "[o]ptions… for selecting and running operations and programs relevant to the recognized text, such as, telephone dialers, telefaxing programs, writable databes, etc." Pandit specifically described "[l]ibraries of subroutines… for each class of text to be recognized… includ[ing] a plurality of operations which may be run on the particular class of text." Abstract. As summarized in Pandit: "The invention pertains to recognition of text in a body of text as belonging to a predetermined class and performing an operation relevant to the recognized text." 1:53-55.

221. For instance, in Pandit "[a] user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

display or pull down the contents of the menu (step 24)" and then "run one or more of the programs relevant to dates which are identified in the pulled-down menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes." These types of operations are depicted in Pandit, though they are not limited to dates: "As shown in FIGS. 1c-1f, the invention is not limited to the recognition of dates in text and preferred embodiments of the invention can recognize e-mail addresses and telephone numbers. In fact, there is no limit on the type of text which can be recognized by the invention and additional embodiments can recognize such classes of text as Uniform Resource Locators, nouns, verbs, names, street addresses, etc." 2:24:32.



FIG. 1a            FIG. 1b

FIG. 1f

222.    Pandit could specifically be used with any application to do this—the inventors specifically did not expect there to be unexpected problems in "expand[ing] the operaton is which may be performed" to other "classes or types of text in any document," because the result would be predictable:

> The present invention will benefit any application which displays text to a user, regardless of the origin of the text. The invention expands the operations which may be performed using recognized text by allowing a user to intuitively exploit the presence of certain classes or types of text in any document by transforming the text into an interface to other functions or operations.  1:42-48.
>
> The invention selectively recognizes text and performs relevant operations based on the recognition. Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text. The invention recognizes the accented text (step 22), and provides a menu bar 13 in which the name of menu 12 corresponding to the class of text accented is highlighted or shown in bold type, thereby showing that the menu is enabled (step 23).  In the example of FIG. 1a, the Date menu 12 is shown in bold type, signifying that the invention includes a menu of operations and/or programs which are relevant to dates. A user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). A view of an embodiment of a pulled-down Date menu 18 is shown in FIG.

> 1b. A user may directly call a calendar or appointment database program from pulled-down menu 18. Other programs may be included in pulled-down date menu 18 as discussed below.   2:3-23.

223.   Notably, Pandit recognizes that its teaching could be combined with, for instance, NCSA Mosaic, described further below.   3:17-23   (As noted above the invention preferably includes a library enabling recognition of Uniform Resource Locators (URLs) in text. Consequently, preferred programs which appear on and can be run from the pull-down menu in response to the accenting and subsequent recognition of a URL include World-Wide Web browser programs, such as "NETSCAPE" or "NCSA MOSAIC." )

### F.   Commercial Systems Disclosing Detecting and Linking Functionality

224.   Prior to the time of the '647 patent, much detection and linking function was performed in commercially available software. In many cases, the advanced work done in this field was eventually patented.  (I understand that prior to 1994 it was not possible to apply for a patent for a software system.)

225.   One of the companies working in this field was Borland Software.  It is not surprising that Borland understood detection and linking, as they also made compiler software (such as Turbo C++), which requires functions to parse programs and perform actions on myriad structures detected within those programs.  As described in depth below, Borland released a software product call "Sidekick" in 1983, and shipped a version 1.5 by 1985.  In fact, by 1984, Borland had sold at least 400,000 copies of Sidekick, and won Infoworld's "Software Product of the Year."[4]  SAMNDCA630-00963872.

226.   Sidekick was used as a "Desktop Organizer" that was advertised as "Just a Keystroke Away" because it operated as a "Terminate and Stay Resident" ("TSR") program that could run in the background while any other main application program ran.  The manual for Sidekick Version 1.5 recites: "Sidekick is a lot of things, but first and foremost it is always there when you need it…. No matter which other program you are using—word processor, data base,

---

[4]   "Borland Introduces Macintosh Sidekick," InfoWorld Sep 9, 1985, available at http://books.google.com/books?id=eS8EAAAAMBAJ&pg=PA27#v=onepage&q&f=false

82   **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647