Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>DECLARATION OF NOVELL, INC. |

### DECLARATION OF JIM F. LUNDBERG CERTIFYING RECORD OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, Jim F. Lundberg, declare as follows:

1. This declaration is made pursuant to Fed. R. Evid. 803(6), 902(11) and 902(12) for the purpose of authenticating and certifying as business records source code and software developed by and generated from the archives of Novell, Inc. ("Novell") and/or SUSE Linux GmbH ("SUSE").

2. Currently, I am a Vice President, Legal for Attachmate Group, Inc. ("Attachmate"). I have held this title since 2011. Since 2005, I have also held the title of Vice President, Legal at Novell. As part of my duties since 2011, I have acted as a custodian of records for Attachmate. Since 2011, Novell and SUSE have operated as separate business units of Attachmate. Prior to 2011, I acted as a custodian of records for Novell.

3. Novell is a software company based in Provo Utah. In 2004, Novell acquired SUSE, a software company and developer of the SUSE Linux operating system. Upon the

acquisition, Novell took over development and commercial release of the SUSE Linux operating system, including SUSE Linux Professional.

4. Novell and SUSE are not parties to the above-captioned litigation.

5. On April 20, 2005, Novell officially released the SUSE Linux Professional 9.3 operating system for commercial sale. Exhibit 1 to this declaration accurately reflects the SUSE Linux Professional 9.3 release date. Exhibit 1 is a true and correct copy of a press release that Novell published when it released SUSE Linux Professional 9.3. Novell generates these press releases in the normal course of its business when it releases software for distribution.

6. On May 29, 2013, in connection with a subpoena served upon Novell in this case, I directed Craig Gardner, a Senior Software Engineer familiar with SUSE software code, to locate SUSE Linux Professional 9.3 source code within the SUSE server archives. The source code he located included files that were compiled to build the officially released version of SUSE Linux Professional 9.3. On May 29, 2013, I produced an ISO image of the source code at the following file transfer protocol ("FTP") address: ftp://ftp.novell.com/outgoing/SUSE-9.3-DVD-RC3-DVD2.iso.

7. On May 29, 2013, I also directed Mr. Gardner, to locate SUSE Linux Professional 9.3 software within the SUSE server archives. The SUSE Linux Professional 9.3 software located by Mr. Gardner includes executable files included in the officially released version of SUSE Linux Professional 9.3. On May 29, 2013, I produced an ISO image of this software at the following FTP address: ftp://ftp.novell.com/outgoing/SUSE-9.3-DVD-RC3-DVD1.iso.

8. In accordance with my responsibilities as a custodian of records for Attachmate, I certify that the records referenced in paragraphs 6 and 7 herein are true and correct copies of SUSE Linux Professional 9.3 source code and software as it existed at the time of the SUSE Linux Professional 9.3 official release. The archives from which I obtained these records were

2

maintained on SUSE servers and relied on in the regular course of Novell's and subsequently SUSE's business as a developer and seller of software.

9. Novell officially released the SUSE Linux 10.0 operating system for commercial sale in the first week of October 2005. Exhibits 2 and 3 to this declaration accurately reflect the SUSE Linux 10.0 release date. Exhibits 2 and 3 are true and correct copies press releases that Novell published at the time it released SUSE Linux 10.0. Novell generates these press releases in the normal course of its business when it releases software for distribution.

10. On May 16, 2013, in connection with a subpoena served upon Novell in this case, I directed Craig Gardner, a Senior Software Engineer familiar with SUSE software code, to locate SUSE Linux Professional 10.0 source code within the SUSE server archives. The source code he located included files that were compiled to build the officially released version of SUSE Linux Professional 10.0. On May 20, 2013, I produced an ISO image of the source code I located at the following FTP address: ftp://ftp.novell.com/outgoing/SUSE-10.0-DVD-SRC-RC4.iso.

11. On May 16, 2013, I also directed Mr. Gardner, to locate SUSE Linux Professional 10.0 software within the SUSE server archives. The SUSE Linux Professional 10.0 software located by Mr. Gardner includes executable files included in the officially released version of SUSE Linux 10.0. On May 20, 2013, I produced an ISO image of this software at the following FTP address: ftp://ftp.novell.com/outgoing/SUSE-10.0-DVD-RC4.iso.

12. In accordance with my responsibilities as a custodian of records for Attachmate, I certify that the records referenced in paragraphs 10 and 11 herein are true and correct copies of SUSE Linux Professional 10.0 source code and software as it existed at the time of the SUSE Linux Professional 10.0 official release. The archives from which I obtained these records were

maintained on SUSE servers and relied on in the regular course of Novell's and subsequently SUSE's business as a developer and seller of software.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   June 25, 2013
            Provo, Utah

*(signature)*
Jim F. Lundberg
Vice President, Legal
Novell, Inc.

4

Press Room

# Press Release



## Novell Ships Richest Linux Distribution Ever to the Market

*SUSE LINUX Professional 9.3 gives both Linux newcomers and experienced users everything they need to get started and grow with Linux*

**WALTHAM, Mass.**
**April 20, 2005**

Novell announced that SUSE® LINUX Professional 9.3, the new version of Novell's Linux retail product, is available today. The latest version takes Linux for the home enthusiast to a new level of ease of use and system performance. With a complete Linux* operating system, productivity software, and home networking capabilities, SUSE LINUX Professional 9.3 provides both the advanced applications tools that experienced users demand, as well as the ease of installation and security that newcomers to Linux desire. As a result, Novell is making it easier than ever before for individuals to leverage the power of Linux at an affordable price.

SUSE LINUX Professional 9.3 includes a leading edge Linux operating system, over 3,000 open source packages, including a complete set of desktop applications, convenient installation media, and comprehensive documentation and installation support. For general purpose users, SUSE LINUX Professional 9.3 includes everything one would need for home computing and computing on-the-go, including the latest OpenOffice productivity suite and Firefox web browser, email and instant messaging tools, digital photo organizers, multimedia viewers, mobility support and basic networking capabilities.

More advanced users will find tools for setting up a secure home network, running a Web server, developing applications, and creating a virtualized environment. In addition, SUSE LINUX Professional delivers several important new technology previews to the open source community, including Xen technology for virtualization, Beagle desktop search and Linphone for voice over IP. SUSE LINUX Professional 9.3 continues Novell's tradition of delivering the leading open source technologies on the market to end users in a manageable, cost effective manner.

**Availability and Pricing**
SUSE LINUX Professional is offered globally via all major retail channels and online shops at the suggested retail price of $99.95/Euros (€) 77.54. Customers of earlier versions can purchase an update edition for $59.95/Euros (€) 51.86. Students providing proof of eligibility will be able to purchase the entire offering for the upgrade price.

For additional product information, please visit:
http://www.novell.com/products/linuxprofessional/overview.html

For a list of resellers and distributors, please visit:
http://www.novell.com/products/linuxprofessional/resellers/index.html

**About Novell**

Novell, Inc. (Nasdaq: NOVL) is a leading provider of infrastructure software and services to over 50,000 customers in 43 countries. With more than 20 years of experience in data center, workgroup and desktop solutions, Novell's 6,000 employees, 5,000 partners and support centers around the world are meeting customer requirements for identity-driven computing and Linux solutions. By providing enterprise-class software and support for commercial and open source software, Novell delivers increased operating flexibility and choice at a lower total cost of ownership. More information about Novell can be found at http://www.novell.com.

Novell is a registered trademark of Novell, Inc. in the United States and other countries. SUSE is a registered trademark of SUSE LINUX AG, a Novell business. *All third-party trademarks are the property of their respective owners.

**Press Contacts**

Jasmin Ul-Haque
Novell, Inc
Telephone: +44-01344-326-966
Email: juh@novell.com

## Share This

- Email
- Print
- Digg
- Del.icio.us
- Slashdot

- Company Home
- Press Releases
- Media Resources
    - Contacts
    - Press Kits
    - Executive Bios
    - Financial Reports
    - About Novell
    - Novell Facts
    - Novell Box Shots and Logos
- Blogs
- Subscribe

© 2013 Novell

## Press Room

## Press Release



### Novell Announces Availability of SUSE Linux 10.0

*Latest edition is the first to include input from the recently launched openSUSE project*

**WALTHAM, Mass.
September 7, 2005**

Novell today announced SUSE$^{TM}$ Linux 10.0 will be available in retail and online stores in early October 2005. SUSE Linux 10.0 is uniquely designed among Linux* distributions to create an easy, user-friendly experience, delivering everything that enthusiasts and home users need to get started with Linux. In addition to a full featured desktop, SUSE Linux 10.0 includes more than 1,500 open source Linux applications and packages that can be optionally installed for advanced Web hosting, application development and home networking. The retail version comes with installation support and comprehensive manuals to help users get the most out of Linux at a very low cost. As a result, both home users and developers who want to leverage the power, security and reliability of Linux can tap SUSE Linux 10.0 as a cost-effective choice for their core computing needs.

SUSE Linux 10.0 is created by the openSUSE project, a recently launched community initiative sponsored by Novell that promotes the use of Linux everywhere. A first for Novell, SUSE Linux 10.0 will include code changes and bug fixes initiated with developer input from across the worldwide Linux community. Thanks to active developer involvement and interest in the beta versions, SUSE Linux 10.0 will establish new benchmarks for ease of installation, configuration and use.

The full featured desktop delivered in SUSE Linux 10.0 includes the newest version of the popular Firefox Web browser; the latest version of the Windows-compatible OpenOffice.org 2.0 office suite; email and instant messaging clients; graphics creation, editing, and management applications; plus important security tools like spam blockers, anti-virus software and an integrated firewall. Among the numerous new and updated features are the Beagle desktop search engine and Amarok with MP3 support out of the box.

"As this release of SUSE Linux 10.0 shows, Novell continues to extend its vision for its business and retail products," said Chris Ingle, group consultant at IDC. "SUSE Linux has always had one of the fullest feature sets of any distribution. While these features are valued by customers, Novell's focus on ease of use aims to make the distribution accessible to a wider user base. Key to Novell's success with future product releases will be building a community at openSUSE.org which works well with the existing Linux community and drives wider adoption of open source products."

SUSE Linux 10.0 also will preview select advanced technologies for the Linux enthusiast, such as Xen virtualization and iFolder for file access anywhere, that will be available in future versions of Novell's enterprise Linux products.

"The new features and numerous usability improvements in SUSE Linux 10.0 will make it easier than ever for users to deploy and use Linux successfully," said David Patrick, vice president and general manager, Linux, open source platforms and services at Novell. "For the first time, we have been receiving input from the openSUSE community throughout the SUSE Linux beta cycle and that feedback is making a real difference in the product. The Linux community is helping us extend the usability of the SUSE Linux distribution, and we can't wait to release SUSE Linux 10.0."

Of special interest to current Windows* users, included in SUSE Linux 10.0 are a variety of features that simplify migration. Users have the option of replacing their existing operating system with Linux or installing Linux alongside their existing system so that they can experience Linux in a "trial" setting, without affecting their existing software installations. The retail edition of SUSE Linux 10.0 offers end users the security and convenience of a Linux distribution complete with installable media, printed end-user manuals and 90 days of installation support.

**Availability and Pricing**

Available in October, SUSE Linux 10.0 will be offered globally via all major retail channels at the suggested retail price of $59/Euros (€) 59, a 44 percent price improvement over earlier versions. For a list of resellers and distributors, please visit: http://www.novell.com/products/linuxprofessional/resellers/index.html. For more information on the openSUSE project, please visit http://www.opensuse.org.

**About Novell**

Novell, Inc. (Nasdaq: NOVL) is a leading provider of infrastructure software and services to over 50,000 customers in 43 countries. With more than 20 years of experience in data center, workgroup and desktop solutions, Novell's 6,000 employees, 5,000 partners and support centers around the world are meeting customer requirements for identity-driven computing and Linux solutions. By providing enterprise-class software and support for commercial and open source software, Novell delivers increased operating flexibility and choice at a lower total cost of ownership. More information about Novell can be found at http://www.novell.com.

Novell is a registered trademark and SUSE is a trademark of Novell, Inc. in the United States and other countries. *Linux is a registered trademark of Linus Torvalds. Windows is a registered trademark of Microsoft Corporation. All other third-party trademarks are the property of their respective owners.

**Press Contacts**

Susan Morton
Novell
Telephone: (781) 464-8239
Email: smorton@novell.com

## Share This

- Email
- Print
- Digg
- Del.icio.us
- Slashdot

- Company Home
- Press Releases
- Media Resources

- Contacts
- Press Kits
- Executive Bios
- Financial Reports
- About Novell
- Novell Facts
- Novell Box Shots and Logos

- Blogs
- Subscribe

© 2013 Novell

## Press Room

## Press Release



### Novell Launches the Better Desktop Initiative

*Extensive usability research, including video trials, is now available to developers worldwide at betterdesktop.openSUSE.org*

**WALTHAM, Mass.
October 10, 2005**

Novell today announced the launch of the Better Desktop initiative, a new component of the openSUSE project that provides open source developers with usability testing data and resources they can use to improve the quality of the Linux* desktop. Novell is releasing primary desktop research, including video footage and analysis of usability tests, at betterdesktop.openSUSE.org. Instructions for constructing and operating a low-cost usability lab will also be provided. For the first time, open source developers worldwide will be able to see for themselves the types of desktop software designs that are succeeding with end users. As a result, open source developers will have the resources to build applications that better meet the needs and expectations of users and ultimately help drive the adoption of Linux on the desktop.

"This is a valuable contribution to the Linux community that will help open source developers benefit from Novell's research to create a better, more user-friendly desktop," said Gary Barnett, research director at technology consultants Ovum. "Usability is a key requirement in order to drive the Linux desktop into the mainstream. Novell's focus on usability, and this contribution to the worldwide community of Linux developers, will help break down some of the barriers to mainstream Linux adoption on the desktop."

Although usability testing and refinement can dramatically improve software development efforts, most developers lack the resources to conduct these tests. With Novell's contributions through betterdesktop.openSUSE.org, open source developers now have the information they need to refine applications, including adjustments to menus, screen layouts, dialog boxes, and even the icons and colors of a user interface.

"Novell's Linux desktop usability test results represent a significant addition to the resources available to open source developers who are working to enhance the Linux desktop," said Jan Muehlig, founder of OpenUsability.org. "Novell is making it easier for developers to get insight and fundamental information of how users interact with the desktop through state-of-the-art usability research. This will help open source engineers everywhere to create packages and applications which better meetuser needs, improving the overall quality of the Linux desktop."

Nat Friedman, vice president of collaboration and desktop engineering for Novell, said, "As a programmer, it's sometimes difficult to know how ordinary people with no technical experience are reacting to your software. Linux people tend to know other Linux people. In these usability tests, we selected test subjects who were experienced with Windows, but who had never heard of Linux, and asked them to perform basic tasks using the Linux desktop. We expect that

developers from a variety of projects will come to betterdesktop.openSUSE.org and review these results to see first hand how they can improve the design of different applications, desktops and distributions. Ultimately, improved usability will help Linux succeed on the desktop."

**openSUSE.org Momentum**

The Better Desktop initiative is the latest addition to the fast-growing openSUSE project. Sponsored by Novell, openSUSE.org is a community-based effort that involves developers worldwide in the review, testing and development of SUSE Linux with the goal of making it accessible to end users, not just developers. In the first eight weeks alone, more than 4 million page views have been logged at the project site, 7,000 Linux users have registered and beta editions of SUSE Linux 10.0 have been installed more than 30,000 times. With the shipment of SUSE Linux 10.0 last week and the release of the Alpha 1 version of SUSE Linux 10.1, the momentum around the openSUSE project continues to build.

**About Novell**

Novell, Inc. (Nasdaq: NOVL) delivers Software for the Open Enterprise™. With more than 50,000 customers in 43 countries, Novell helps customers manage, simplify, secure and integrate their technology environments by leveraging best-of-breed, open standards-based software. With over 20 years of experience, Novell's 6,000 employees, 5,000 partners and support centers around the world help customers gain control over their IT operating environment while reducing cost. More information about Novell can be found at http://www.novell.com.

Novell is a registered trademark; and SUSE is a trademark of Novell, Inc. in the United States and other countries. *Linux is a registered trademark of Linus Torvalds. All other third party trademarks are the property of their respective owners.

**Press Contacts**

Susan Morton
Novell
Telephone: (781) 464-8239
Email: smorton@novell.com

## Share This

- Email
- Print
- Digg
- Del.icio.us
- Slashdot

- Company Home
- Press Releases
- Media Resources
    - Contacts
    - Press Kits
    - Executive Bios
    - Financial Reports
    - About Novell
    - Novell Facts
    - Novell Box Shots and Logos
- Blogs
- Subscribe

© 2013 Novell