Exhibit 3

1

1          UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3    -----------------------------------x

4    APPLE INC., a California           :

5    Corporation,                       :

6                        Plaintiffs, :

7    v.                                 :

8    SAMSUNG ELECTRONICS CO., LTD, a    :    Civil Action No.

9    Korean corporation; SAMSUNG        :    12-cv-00630-LKH (PSG)

10   ELECTRONICS AMERICA, INC., a New   :

11   York corporation; and SAMSUNG      :

12   TELECOMMUNICATIONS AMERICA, LLC, a :

13   Delaware limited liability company.:

14                        Defendants. :

15   -----------------------------------x

16   (Caption continued on next page.)

17

18        Videotaped Deposition of ULRICH PFEIFER

19               London, England, UK

20          Sunday, July 14, 2013, 9:05 a.m.

21

22

23   Job No.: 40646

24   Pages: 1 - 259

25   REPORTED BY:  SUSAN A. McINTYRE, RPR, CRR, QRR.

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

15

| | |
|---|---|
| 1 that at my university time or I was developing at | 09:15:38 |
| 2 -- to that system. | 09:15:43 |
| 3      Q.  Do you have a consulting or other | 09:15:44 |
| 4 financial relationship with Quinn Emanuel? | 09:15:48 |
| 5      A.  I don't think it qualifies as | 09:15:52 |
| 6 consulting.  I get compensated for the time | 09:15:54 |
| 7 I spend in reviewing the facts with the Quinn | 09:15:57 |
| 8 Emanuel lawyers. | 09:16:03 |
| 9      Q.  Why do you believe that that doesn't | 09:16:03 |
| 10 count as consulting? | 09:16:06 |
| 11      A.  Because it is a substitution for | 09:16:08 |
| 12 what I -- for my salary I'm not getting, | 09:16:11 |
| 13 basically.  So it's just compensating for what I'm | 09:16:15 |
| 14 losing. | 09:16:19 |
| 15      Q.  How is that not consulting? | 09:16:20 |
| 16        MR JAFFE:  Objection.  Vague.  Form. | 09:16:24 |
| 17        THE WITNESS:  It depends on the | 09:16:30 |
| 18 definition of "consulting," I would say.  So the | 09:16:32 |
| 19 arrangement is strictly I get paid for the | 09:16:34 |
| 20 hours -- or compensated for the hours I spend in | 09:16:38 |
| 21 reviewing the facts. | 09:16:40 |
| 22 BY MR FURMAN: | 09:16:42 |
| 23      Q.  What's your definition of | 09:16:44 |
| 24 "consulting?" | 09:16:45 |
| 25      A.  I don't have a precise definition, | 09:16:50 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

41

| | | |
|---|---|---|
| 1 | A. Yes, I was asked to look into my | 09:50:14 |
| 2 | archive, whatever I had retained from that time. | 09:50:17 |
| 3 | Q. Did you actually look into your | 09:50:25 |
| 4 | archive for documents that you had retained from | 09:50:29 |
| 5 | that time? | 09:50:31 |
| 6 | A. Yes, I did look there. | 09:50:32 |
| 7 | Q. What did you find? | 09:50:33 |
| 8 | A. I found back-ups from a PC that | 09:50:36 |
| 9 | I used in '97 which contained copies of a CVS | 09:50:40 |
| 10 | repository, and later I found also e-mails. | 09:50:56 |
| 11 | Q. Are those the only two types of | 09:51:09 |
| 12 | documents that you found in your search? | 09:51:11 |
| 13 | MR JAFFE:  Objection to form. | 09:51:14 |
| 14 | THE WITNESS:  In the archives | 09:51:23 |
| 15 | I found the e-mails.  E-mails contains also copies | 09:51:28 |
| 16 | from the -- our net news archive postings.  Some | 09:51:33 |
| 17 | of them, they were cached in these directories. | 09:51:38 |
| 18 | And I found one checked-out copy of freeWAIS-sf in | 09:51:42 |
| 19 | addition.  I think that covers it. | 09:51:57 |
| 20 | BY MR FURMAN: | 09:51:58 |
| 21 | Q. So just so I understand correctly, | 09:51:59 |
| 22 | you found -- on a PC back-up from a PC that you | 09:52:01 |
| 23 | had from around 1997 there were copies of CVS | 09:52:05 |
| 24 | versions of freeWAIS-sf, is that correct? | 09:52:10 |
| 25 | A. Copies of the CVS repository | 09:52:14 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

42

| | |
|---|---|
| 1 | containing the version, yes. | 09:52:17 |
| 2 | Q.  How many versions of freeWAIS-sf | 09:52:19 |
| 3 | were in that CVS repository? | 09:52:21 |
| 4 | A.  I can't answer that question | 09:52:27 |
| 5 | directly.  CVS repository contains versions of | 09:52:28 |
| 6 | files, so there could be -- there are many | 09:52:35 |
| 7 | versions per file and you could check out any | 09:52:39 |
| 8 | combination of versions. | 09:52:45 |
| 9 | Q.  FreeWAIS-sf software, though, had a | 09:52:46 |
| 10 | version number, is that correct? | 09:52:49 |
| 11 | A.  Yes. | 09:52:50 |
| 12 | Q.  So how many different version | 09:52:51 |
| 13 | numbers of freeWAIS-sf were contained in that CVS | 09:52:53 |
| 14 | repository? | 09:53:02 |
| 15 | A.  I have to admit my discipline with | 09:53:03 |
| 16 | the CVS repository back then wasn't good enough to | 09:53:05 |
| 17 | track all the versions.  There were a few markers, | 09:53:09 |
| 18 | so names for check-out sets, but I can't directly | 09:53:14 |
| 19 | relate these marks to distributions. | 09:53:21 |
| 20 | Q.  So in reviewing the CVS repository | 09:53:26 |
| 21 | you would not be able to correlate which versions | 09:53:29 |
| 22 | of the particular files in the repository went | 09:53:32 |
| 23 | with a particular version of freeWAIS-sf, is that | 09:53:35 |
| 24 | correct? | 09:53:38 |
| 25 | MR JAFFE:  Objection. | 09:53:38 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

43

| | | |
|---|---|---|
| 1 | Mischaracterizes the witness's previous testimony. | 09:53:38 |
| 2 | THE WITNESS:  I could not for all | 09:53:44 |
| 3 | versions.  So there are some symbolic names which | 09:53:46 |
| 4 | look like version numbers, but some also have | 09:53:50 |
| 5 | indications that they were trial releases.  I did | 09:53:53 |
| 6 | not exhaustively test if any of the symbols | 09:53:57 |
| 7 | corresponds directly to any of the distributions. | 09:54:01 |
| 8 | BY MR FURMAN: | 09:54:03 |
| 9 | Q.  When you say "any of the symbols," | 09:54:03 |
| 10 | is that also the markers that you said that | 09:54:06 |
| 11 | indicate version numbers? | 09:54:08 |
| 12 | A.  Yes.  So the markers -- okay. | 09:54:11 |
| 13 | The file version numbers can be | 09:54:15 |
| 14 | tagged with names.  This is what I meant. | 09:54:19 |
| 15 | Q.  But you never conclusively | 09:54:23 |
| 16 | determined whether or not those file markers | 09:54:27 |
| 17 | actually were correlated to the release version | 09:54:29 |
| 18 | number, is that correct? | 09:54:32 |
| 19 | A.  I don't recall having linked | 09:54:35 |
| 20 | completely one symbolic marker to a distribution; | 09:54:41 |
| 21 | yes. | 09:54:44 |
| 22 | Q.  So just so I'm clear, so you cannot | 09:54:56 |
| 23 | conclusively correlate which particular versions | 09:55:12 |
| 24 | in the CVS repository correlate to a particular | 09:55:17 |
| 25 | version of the released freeWAIS-sf, is that | 09:55:20 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

44

| | | |
|---|---|---|
| 1 | correct? | 09:55:22 |
| 2 | MR JAFFE:  Objection. | 09:55:23 |
| 3 | Mischaracterizes the witness's previous testimony. | 09:55:24 |
| 4 | Asked and answered. | 09:55:26 |
| 5 | THE WITNESS:  I cannot reconstruct | 09:55:36 |
| 6 | -- or I did not successfully reconstruct the | 09:55:39 |
| 7 | distribution from these symbolic names. | 09:55:43 |
| 8 | BY MR FURMAN: | 09:55:46 |
| 9 | Q.  Besides using the symbolic names, | 09:55:47 |
| 10 | was there another manner that you used to | 09:55:50 |
| 11 | reconstruct particular distribution or any | 09:55:52 |
| 12 | particular distribution? | 09:55:55 |
| 13 | A.  There's one specific version, and | 09:55:56 |
| 14 | that is the code 2.0.65.  This is the version | 09:56:01 |
| 15 | I left behind me more or less when I left the | 09:56:09 |
| 16 | university.  And what I did was I got that version | 09:56:13 |
| 17 | from the Internet, from copies I could still find, | 09:56:25 |
| 18 | and I verified that each file in that distribution | 09:56:30 |
| 19 | I found on the Internet is one of the versions in | 09:56:34 |
| 20 | the CVS repository.  So what I found is the code | 09:56:39 |
| 21 | that is in my repository. | 09:56:44 |
| 22 | Q.  When you say you got a copy from the | 09:56:48 |
| 23 | Internet, when was that? | 09:56:50 |
| 24 | A.  That copy, either January this year | 09:56:57 |
| 25 | or late December last year. | 09:57:01 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

45

| | | |
|---|---|---|
| 1 | Q.  Did you provide a copy of that | 09:57:05 |
| 2 | source code that you acquired from the Internet to | 09:57:08 |
| 3 | your attorneys at Quinn Emanuel? | 09:57:11 |
| 4 | A.  Yes, I did. | 09:57:12 |
| 5 | Q.  Do you know if that software has | 09:57:15 |
| 6 | been produced in this litigation? | 09:57:18 |
| 7 | A.  Sorry, you were very low volume, | 09:57:23 |
| 8 | that last word. | 09:57:25 |
| 9 | Q.  I apologize. | 09:57:25 |
| 10 | Do you know if that source code has | 09:57:27 |
| 11 | been produced in this litigation? | 09:57:29 |
| 12 | A.  I handed it to Quinn Emanuel. | 09:57:32 |
| 13 | I can't tell if it was introduced or not by them. | 09:57:34 |
| 14 | Q.  The CVS repository that you were | 09:57:43 |
| 15 | talking about, as a first matter, when did you | 09:57:48 |
| 16 | find that? | 09:57:51 |
| 17 | A.  Most probably in December; if not, | 09:58:03 |
| 18 | it was January. | 09:58:07 |
| 19 | Q.  As you testified earlier, CVS | 09:58:12 |
| 20 | repository has many versions of many files, is | 09:58:15 |
| 21 | that correct? | 09:58:18 |
| 22 | A.  That is correct. | 09:58:18 |
| 23 | Q.  When you performed the correlation | 09:58:20 |
| 24 | between the version that you found on the Internet | 09:58:24 |
| 25 | of freeWAIS-sf and the versions contained in the | 09:58:28 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

46

| | | |
|---|---|---|
| 1 | CVS repository, is there any indication in the CVS | 09:58:36 |
| 2 | repository as to which versions of the many files | 09:58:40 |
| 3 | correspond to the version that you found on the | 09:58:44 |
| 4 | Internet? | 09:58:46 |
| 5 | A.  I can't be sure that there is no | 09:58:48 |
| 6 | indication, but what I did was the other way | 09:58:49 |
| 7 | around:  I checked the files I found on the | 09:58:52 |
| 8 | Internet, if they are contained. | 09:58:54 |
| 9 | Q.  So it's your understanding sitting | 09:58:59 |
| 10 | here right now that you could not look at the CVS | 09:59:03 |
| 11 | repository and pick the particular versions of | 09:59:06 |
| 12 | each file that made it into the distribution that | 09:59:08 |
| 13 | you found on the Internet? | 09:59:11 |
| 14 | MR JAFFE:  Objection. | 09:59:12 |
| 15 | Mischaracterizes the witness's previous testimony. | 09:59:13 |
| 16 | THE WITNESS:  I'm not sure I can't. | 09:59:16 |
| 17 | In the time I spent on it I didn't do that or | 09:59:21 |
| 18 | I didn't successfully do that. | 09:59:24 |
| 19 | BY MR FURMAN: | 09:59:26 |
| 20 | Q.  Did you try to do that? | 09:59:27 |
| 21 | A.  I tried it but there were different | 09:59:29 |
| 22 | copies of the CVS repository and I didn't -- well, | 09:59:34 |
| 23 | it was '97, I didn't remember the specific | 09:59:39 |
| 24 | histories of these different repositories.  So | 09:59:44 |
| 25 | there were too many combinations. | 09:59:47 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

47

| | | |
|---|---|---|
| 1 | Q.  The version of freeWAIS-sf that you | 09:59:59 |
| 2 | found on the Internet, where was that found? | 10:00:02 |
| 3 | A.  I found it on four different | 10:00:05 |
| 4 | locations.  I can't recite the directory.  Whereas | 10:00:07 |
| 5 | I found them simply by Googling.  I know that one | 10:00:14 |
| 6 | server is in Poland, one is in the Czech Republic, | 10:00:20 |
| 7 | one in Finland, and one in the -- on the P server | 10:00:25 |
| 8 | of the University of Duisburg. | 10:00:34 |
| 9 | Q.  Do you maintain any of those | 10:00:36 |
| 10 | servers? | 10:00:39 |
| 11 | A.  No, I don't. | 10:00:39 |
| 12 | Q.  Do you have any understanding as to | 10:00:43 |
| 13 | whether or not the software or the source code on | 10:00:49 |
| 14 | any of those servers was the publicly released | 10:00:52 |
| 15 | version of freeWAIS-sf? | 10:00:55 |
| 16 | MR JAFFE:  Objection.  Vague. | 10:00:58 |
| 17 | BY MR FURMAN: | 10:01:01 |
| 18 | Q.  Let me re-state that. | 10:01:01 |
| 19 | When did you find -- strike that. | 10:01:03 |
| 20 | You said you found the version of | 10:01:06 |
| 21 | freeWAIS-sf on the Internet earlier this year or | 10:01:07 |
| 22 | in December, is that correct? | 10:01:13 |
| 23 | A.  Yes.  Initially, yes. | 10:01:14 |
| 24 | Q.  Do you know who put those versions | 10:01:15 |
| 25 | of freeWAIS-sf on one of those four servers? | 10:01:25 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

48

| | | |
|---|---|---|
| 1 | A.  I don't know the administrators of | 10:01:32 |
| 2 | these servers. | 10:01:34 |
| 3 | Q.  That wasn't exactly my question. | 10:01:36 |
| 4 | Do you know who placed the | 10:01:45 |
| 5 | freeWAIS-sf source code on those servers? | 10:01:47 |
| 6 | MR JAFFE:  Objection.  Asked and | 10:01:51 |
| 7 | answered. | 10:01:52 |
| 8 | THE WITNESS:  "Who" I meant | 10:01:52 |
| 9 | administrated by whom.  So I don't know who the | 10:01:56 |
| 10 | person was that put them on the server. | 10:01:58 |
| 11 | BY MR FURMAN: | 10:02:03 |
| 12 | Q.  Do you know where the versions that | 10:02:03 |
| 13 | you found in 2012 of freeWAIS-sf came from? | 10:02:05 |
| 14 | MR JAFFE:  Objection -- strike that | 10:02:15 |
| 15 | objection. | 10:02:16 |
| 16 | THE WITNESS:  The version I found -- | 10:02:27 |
| 17 | okay, I'm not sure which version I downloaded, | 10:02:31 |
| 18 | from which server I downloaded it in December or | 10:02:35 |
| 19 | January. | 10:02:39 |
| 20 | BY MR FURMAN: | 10:02:39 |
| 21 | Q.  I don't think my question was clear. | 10:02:39 |
| 22 | You testified that there were at | 10:02:44 |
| 23 | least four servers where you found a copy of | 10:02:46 |
| 24 | freeWAIS-sf.  Do you know where those copies came | 10:02:48 |
| 25 | from or how the person who maintained the server | 10:02:52 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

49

| | | |
|---|---|---|
| 1 | where -- strike that. | 10:02:57 |
| 2 | Do you know where -- | 10:02:58 |
| 3 | You testified there were at least | 10:03:00 |
| 4 | four servers where they found a copy of | 10:03:01 |
| 5 | freeWAIS-sf.  Do you know where the server | 10:03:04 |
| 6 | administrators found that copy of the freeWAIS-sf | 10:03:07 |
| 7 | source code? | 10:03:11 |
| 8 | A.  I don't know it for the fact but the | 10:03:12 |
| 9 | most likely source is that these were mirrors of | 10:03:14 |
| 10 | the departmental site at the University of | 10:03:19 |
| 11 | Dortmund. | 10:03:22 |
| 12 | Q.  You said that it was "most likely" | 10:03:33 |
| 13 | that these were mirrors of the departmental site | 10:03:53 |
| 14 | of the University of Dortmund, so you don't know | 10:03:56 |
| 15 | that for sure, is that correct? | 10:03:59 |
| 16 | A.  I can't know that for a fact, but | 10:04:00 |
| 17 | I think that is the most likely source of these | 10:04:05 |
| 18 | files. | 10:04:11 |
| 19 | MR JAFFE:  I'll just add an | 10:04:12 |
| 20 | objection.  Asked and answered. | 10:04:14 |
| 21 | BY MR FURMAN: | 10:04:40 |
| 22 | Q.  You mentioned that you believe that | 10:04:40 |
| 23 | the version of freeWAIS-sf that you found on the | 10:04:44 |
| 24 | Internet was 2.0.65, is that correct? | 10:04:46 |
| 25 | A.  Sixty-five, yes, that is correct. | 10:04:53 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

50

| | | |
|---|---|---|
| 1 | Q.  Do you have in your possession a | 10:04:55 |
| 2 | copy of the source code for freeWAIS-sf 2.0.65? | 10:05:05 |
| 3 | A.  I don't have an exact copy of what | 10:05:13 |
| 4 | was released then, I only have the CVS | 10:05:16 |
| 5 | repositories. | 10:05:21 |
| 6 | Q.  Do you have any way of verifying | 10:05:23 |
| 7 | that the version that you found on the Internet is | 10:05:24 |
| 8 | exactly the same as the released version of | 10:05:26 |
| 9 | 2.0.65? | 10:05:32 |
| 10 | A.  Okay, there is no -- in my opinion | 10:05:47 |
| 11 | there is no doubt, because the four servers | 10:05:52 |
| 12 | I found the releases on agreed on the | 10:05:58 |
| 13 | distribution.  I think it's very unlikely that the | 10:06:00 |
| 14 | administrators collaborated to put something else | 10:06:04 |
| 15 | there.  And I was able to track down each file in | 10:06:07 |
| 16 | my CVS repository, so there was no code added or | 10:06:10 |
| 17 | removed.  So I'm very confident that the | 10:06:15 |
| 18 | distribution I found is that that was originally | 10:06:20 |
| 19 | released. | 10:06:24 |
| 20 | Q.  Did you speak to any of the server | 10:06:26 |
| 21 | administrators? | 10:06:29 |
| 22 | A.  No, I did not. | 10:06:30 |
| 23 | Q.  So you don't know that there was no | 10:06:31 |
| 24 | type of collaboration between them? | 10:06:33 |
| 25 | MR JAFFE:  Objection. | 10:06:36 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

87

| | | |
|---|---|---|
| 1 | A.  No. | 11:19:46 |
| 2 | Q.  How long did the first meeting | 11:19:46 |
| 3 | Friday night last? | 11:19:51 |
| 4 | A.  We went for dinner and we got lost | 11:19:58 |
| 5 | on the way back, so it could be around two hours | 11:20:02 |
| 6 | roughly. | 11:20:06 |
| 7 | Q.  My understanding is that's a very | 11:20:06 |
| 8 | easy thing to do in this city. | 11:20:09 |
| 9 | How long was your meeting on | 11:20:11 |
| 10 | Saturday morning? | 11:20:13 |
| 11 | A.  Could be two to three hours. | 11:20:22 |
| 12 | Q.  This is a yes-or-no question.  Did | 11:20:26 |
| 13 | you review any documents in preparation for this | 11:20:30 |
| 14 | deposition? | 11:20:33 |
| 15 | A.  Yes.  I was shown two documents. | 11:20:34 |
| 16 | Q.  What were those two documents? | 11:20:38 |
| 17 | A.  One document seemed to be a | 11:20:42 |
| 18 | directory listing of the FTP server at the | 11:20:46 |
| 19 | University of Dortmund, and one document was an | 11:20:50 |
| 20 | e-mail written by me to Professor Fuhr, or | 11:20:55 |
| 21 | intended for Professor Fuhr, which had a listing | 11:21:00 |
| 22 | of domain names and numbers. | 11:21:08 |
| 23 | Q.  What was the subject matter of that | 11:21:18 |
| 24 | e-mail between you and Professor Fuhr? | 11:21:22 |
| 25 | A.  It was, in my recollection, | 11:21:26 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

88

| | | |
|---|---|---|
| 1 | statistics of which servers -- which WAIS servers | 11:21:33 |
| 2 | that reported back to us were located or had | 11:21:38 |
| 3 | domain names in certain domains. | 11:21:41 |
| 4 | Q.  What were those domains? | 11:21:45 |
| 5 | A.  There were a number of domains, | 11:21:50 |
| 6 | so -- | 11:21:57 |
| 7 | Okay, the background is every server | 11:21:58 |
| 8 | on the Internet has a domain name and you can | 11:22:02 |
| 9 | resolve an IP address to a domain name and the | 11:22:06 |
| 10 | domain name, by extension -- the extension of the | 11:22:14 |
| 11 | domain name signifies what kind of network it | 11:22:14 |
| 12 | comes from. | 11:22:19 |
| 13 | Sorry, that was a long -- did | 11:22:22 |
| 14 | I answer your question? | 11:22:24 |
| 15 | Q.  So there were a number of domains | 11:22:28 |
| 16 | listed in that e-mail that you sent to | 11:22:30 |
| 17 | Professor Fuhr.  What was the date of that e-mail? | 11:22:33 |
| 18 | A.  I haven't looked at the date. | 11:22:35 |
| 19 | Q.  Do you remember approximately when | 11:22:41 |
| 20 | you at least attempted to send that e-mail to | 11:22:42 |
| 21 | Professor Fuhr? | 11:22:45 |
| 22 | A.  It was during the time at the | 11:22:47 |
| 23 | university, so '97 or earlier. | 11:22:50 |
| 24 | Q.  How many domain names were listed in | 11:22:56 |
| 25 | that e-mail? | 11:23:00 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

89

| | | |
|---|---|---|
| 1 | A.  I didn't count them.  They ran down | 11:23:02 |
| 2 | the whole page, if I recall correctly. | 11:23:04 |
| 3 | Q.  You said that there was a number | 11:23:08 |
| 4 | associated with each domain name? | 11:23:11 |
| 5 | A.  Yes. | 11:23:13 |
| 6 | Q.  What was that number? | 11:23:13 |
| 7 | A.  That number was the number of | 11:23:14 |
| 8 | distinct IP addresses we got UDP packets from. | 11:23:17 |
| 9 | Q.  So a domain could have -- strike | 11:23:23 |
| 10 | that. | 11:23:29 |
| 11 | Why would you receive a UDP packet | 11:23:30 |
| 12 | from a particular domain? | 11:23:32 |
| 13 | A.  When we built freeWAIS-sf | 11:23:34 |
| 14 | distribution we were curious about how many | 11:23:38 |
| 15 | installations there would be, and we added code to | 11:23:44 |
| 16 | send a UDP packet back to our server that was | 11:23:48 |
| 17 | received.  That feature could be disabled at build | 11:23:53 |
| 18 | time, so to not intrude the privacy of the people. | 11:23:59 |
| 19 | So they were asked if they want to disable that | 11:24:03 |
| 20 | feature, but, if they didn't disable it, a UDP | 11:24:07 |
| 21 | packet was sent to our server and recognized | 11:24:14 |
| 22 | there or received there. | 11:24:17 |
| 23 | Q.  And what information was contained | 11:24:18 |
| 24 | in that UDP packet? | 11:24:20 |
| 25 | A.  Exact details is in the menu.  It | 11:24:25 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

90

| | |
|---|---|
| 1 | was mostly the operating system and version, the | 11:24:28 |
| 2 | compiler and the compiler version. | 11:24:36 |
| 3 | Q.  This UDP packet was sent at | 11:24:44 |
| 4 | installation time, correct? | 11:24:48 |
| 5 | A.  I don't think so.  I think it was | 11:24:53 |
| 6 | run when the server was run or had to re-index the | 11:24:55 |
| 7 | database, his database, or the info database. | 11:25:05 |
| 8 | Q.  Could a server send multiple UDP | 11:25:11 |
| 9 | packets or it only occurred once? | 11:25:16 |
| 10 | A.  He would send multiple UDP packets. | 11:25:17 |
| 11 | Q.  What is the info database? | 11:25:24 |
| 12 | A.  The info database is generated from | 11:25:27 |
| 13 | all the server descriptions the server has access | 11:25:35 |
| 14 | to. | 11:25:41 |
| 15 | Q.  Can you explain that a little bit | 11:25:41 |
| 16 | more? | 11:25:43 |
| 17 | A.  The server could serve a number of | 11:25:46 |
| 18 | databases.  Each database would have a description | 11:25:48 |
| 19 | of, most prominently, where the database is | 11:25:53 |
| 20 | located and the server, on start-up, created an | 11:26:01 |
| 21 | index of these descriptions. | 11:26:05 |
| 22 | Q.  Was there any information in a UDP | 11:26:08 |
| 23 | packet sent from the freeWAIS-sf server that | 11:26:11 |
| 24 | described the particular configuration of the | 11:26:13 |
| 25 | freeWAIS-sf server? | 11:26:17 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

91

1          A.  I don't recall that there was any.          11:26:28

2    The purpose really was to figure out which          11:26:32

3    compiler operating system version works.  So that    11:26:37

4    in our Frequently Asked Questions with answers we    11:26:43

5    could have a comprehensive list of installations    11:26:46

6    where users could rely on, there would be no        11:26:49

7    problem building the thing.                          11:26:52

8          Q.  The UDP packet only indicated that        11:27:02

9    the server was started, correct?                     11:27:08

10          A.  It started or something changed in        11:27:11

11    the info database.                                  11:27:13

12          Q.  The UDP packet, however, did not          11:27:14

13    indicate that any particular user was querying the  11:27:17

14    database?                                           11:27:20

15          A.  Right.                                    11:27:21

16          Q.  So it's possible that the UDP packet      11:27:22

17    was sent but no one ever queried that particular    11:27:28

18    database, is that correct?                          11:27:34

19          A.  That is correct, yes.                     11:27:38

20          Q.  The UDP packet also did not indicate      11:27:39

21    whether or not certain parameters were set when     11:27:42

22    freeWAIS-sf was started, is that correct?           11:27:46

23          A.  I at least don't remember anything        11:27:51

24    to -- I don't remember anything that would have     11:27:54

25    allowed you to do that, let's put it this way.      11:28:02

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

92

| | | |
|---|---|---|
| 1 | Q.  Do you know if the UDP packet would | 11:28:05 |
| 2 | indicate, for example, whether or not phonetic | 11:28:07 |
| 3 | searching was enabled in that installation of | 11:28:12 |
| 4 | freeWAIS-sf? | 11:28:16 |
| 5 | A.  As I said, I don't positively | 11:28:24 |
| 6 | remember that in the UDP packet would be any | 11:28:28 |
| 7 | information of that kind. | 11:28:31 |
| 8 | Q.  Meaning you don't know that it was | 11:28:33 |
| 9 | in there or you don't think that it was in there? | 11:28:37 |
| 10 | MR JAFFE:  I'll just object. | 11:28:41 |
| 11 | Assumes facts not in evidence. | 11:28:43 |
| 12 | THE WITNESS:  So I can't -- I don't | 11:28:45 |
| 13 | want to rule out that there may be something in | 11:28:46 |
| 14 | there, but I don't remember it and I don't think | 11:28:48 |
| 15 | there was. | 11:28:52 |
| 16 | BY MR FURMAN: | 11:28:58 |
| 17 | Q.  Similarly with stemming.  Are you | 11:28:58 |
| 18 | familiar with stemming? | 11:29:01 |
| 19 | A.  I'm familiar with stemming, yes. | 11:29:01 |
| 20 | Q.  Was there anything in the UDP packet | 11:29:03 |
| 21 | that would indicate to you -- strike that. | 11:29:06 |
| 22 | Is there anything in the UDP packet | 11:29:11 |
| 23 | that would indicate that the freeWAIS-sf server | 11:29:14 |
| 24 | that sent the UDP packet had stemming enabled? | 11:29:16 |
| 25 | MR JAFFE:  Objection.  Assumes facts | 11:29:20 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

93

| | | |
|---|---|---|
| 1 | not in evidence. | 11:29:22 |
| 2 | THE WITNESS:  Yeah, a similar | 11:29:29 |
| 3 | answer.  I don't positively remember that there | 11:29:31 |
| 4 | was an indication.  It's unlikely. | 11:29:33 |
| 5 | BY MR FURMAN: | 11:29:38 |
| 6 | Q.  Was there anything in that UDP | 11:29:39 |
| 7 | packet which indicated which particular clients | 11:29:41 |
| 8 | were used to access that freeWAIS-sf installation? | 11:29:42 |
| 9 | A.  No.  The UDP packet was sent upon a | 11:29:47 |
| 10 | server event, so there was no relation to a | 11:29:49 |
| 11 | client-triggered event. | 11:29:52 |
| 12 | Q.  Was there anything in the UDP packet | 11:29:56 |
| 13 | that indicated which country the UDP packet came | 11:29:58 |
| 14 | from? | 11:30:01 |
| 15 | A.  I'm not sure about in the packet. | 11:30:04 |
| 16 | The packet came from a certain IP address, and | 11:30:06 |
| 17 | that IP address could be traced down to a country. | 11:30:11 |
| 18 | Q.  Did you or anyone in your group, | 11:30:14 |
| 19 | upon receipt of the UDP packet, ever correlate IP | 11:30:19 |
| 20 | addresses to countries? | 11:30:24 |
| 21 | A.  We correlated them to domain names | 11:30:27 |
| 22 | as per the mail we talked about before, and domain | 11:30:31 |
| 23 | names, in turn, relate to countries. | 11:30:38 |
| 24 | Q.  How is that? | 11:30:41 |
| 25 | A.  There are domains for countries, | 11:30:49 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

94

| | | |
|---|---|---|
| 1 | like "dot US" for the United States, and there are | 11:30:50 |
| 2 | sort of shared domains, like "com," "mil" "edu." | 11:30:57 |
| 3 | And "com" was used back then mostly by the US, but | 11:31:09 |
| 4 | not necessarily all IP addresses would relate to | 11:31:12 |
| 5 | "com" domains, but "dot mil" and "dot edu" at that | 11:31:16 |
| 6 | time would be US-based servers. | 11:31:25 |
| 7 | Q.  Does it indicate a US-based server | 11:31:31 |
| 8 | or a US-based entity running that server? | 11:31:34 |
| 9 | A.  I'm not positive about the rules. | 11:31:43 |
| 10 | Back then I treated these two things as equal. | 11:31:46 |
| 11 | Q.  For example, someone with a | 11:31:52 |
| 12 | "dot edu" domain could, in theory, have a server | 11:31:57 |
| 13 | outside the US; is that correct? | 11:32:02 |
| 14 | MR JAFFE:  Objection.  Vague. | 11:32:05 |
| 15 | THE WITNESS:  In theory, but in my | 11:32:13 |
| 16 | experience that was not the case back then. | 11:32:15 |
| 17 | BY MR FURMAN: | 11:32:17 |
| 18 | Q.  It's true, however, that companies, | 11:32:25 |
| 19 | for example, could have a "dot com" domain and be | 11:32:27 |
| 20 | a US company but have their servers residing | 11:32:30 |
| 21 | outside the US, is that correct? | 11:32:35 |
| 22 | A.  That's correct, but also unlikely. | 11:32:38 |
| 23 | Q.  Besides looking at the domain names, | 11:32:42 |
| 24 | was there any other effort to correlate where the | 11:32:47 |
| 25 | UDP packets were received from to -- strike that. | 11:32:49 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

95

| | |
|---|---|
| 1 | Besides looking at the domain names, | 11:32:54 |
| 2 | was there any effort to correlate the received UDP | 11:32:57 |
| 3 | packets to countries? | 11:33:01 |
| 4 | A.  I don't recall an effort. | 11:33:10 |
| 5 | Q.  You had mentioned that there were | 11:33:11 |
| 6 | domain names with multiple installation, is that | 11:33:16 |
| 7 | correct? | 11:33:21 |
| 8 | A.  Yes.  Many sources of UDP packets, | 11:33:21 |
| 9 | to be precise. | 11:33:27 |
| 10 | Q.  And many packets of -- many UDP | 11:33:29 |
| 11 | packets would indicate to you multiple | 11:33:32 |
| 12 | installations, is that correct? | 11:33:36 |
| 13 | A.  Yeah, the count included distinct IP | 11:33:37 |
| 14 | addresses. | 11:33:41 |
| 15 | Q.  Did you or anyone in your group | 11:33:46 |
| 16 | undertake any efforts to figure out how those | 11:33:49 |
| 17 | particular installations were configured? | 11:33:51 |
| 18 | MR JAFFE:  Objection.  Asked and | 11:33:54 |
| 19 | answered. | 11:33:55 |
| 20 | THE WITNESS:  The only thing we did | 11:34:05 |
| 21 | derive from the UDP packets was compile an | 11:34:08 |
| 22 | operating system version, and of course the IP | 11:34:12 |
| 23 | address. | 11:34:14 |
| 24 | BY MR FURMAN: | 11:34:16 |
| 25 | Q.  My question was actually a little | 11:34:16 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

96

| | | |
|---|---|---|
| 1 | bit different.  I understand what was in the UDP | 11:34:17 |
| 2 | packet.  You seem to have compiled a list of | 11:34:20 |
| 3 | domains and IP addresses with freeWAIS-sf servers | 11:34:23 |
| 4 | corresponding to that domain, is that correct? | 11:34:26 |
| 5 | A.  Yes. | 11:34:29 |
| 6 | Q.  Given that list of domains and IP | 11:34:29 |
| 7 | addresses indicating multiple installations of | 11:34:32 |
| 8 | freeWAIS-sf, did you or anyone in your group take | 11:34:35 |
| 9 | that list and attempt to ascertain how those | 11:34:37 |
| 10 | particular servers were configured? | 11:34:41 |
| 11 | A.  No.  Not that I'm aware of.  So the | 11:34:44 |
| 12 | work group part -- I don't remember having done it | 11:34:49 |
| 13 | myself or tasked somebody to do it. | 11:34:52 |
| 14 | Q.  The copy of that e-mail that you | 11:34:57 |
| 15 | viewed, do you recall whether or not it had a | 11:34:59 |
| 16 | control number or Bates number stamped on the | 11:35:02 |
| 17 | bottom? | 11:35:08 |
| 18 | A.  No, I don't recall. | 11:35:09 |
| 19 | Q.  Do you know if that e-mail has been | 11:35:09 |
| 20 | produced in this litigation? | 11:35:12 |
| 21 | A.  I don't know. | 11:35:14 |
| 22 | Q.  Do you recall the subject line of | 11:35:14 |
| 23 | that e-mail? | 11:35:18 |
| 24 | A.  Not exactly. | 11:35:26 |
| 25 | Q.  Did that e-mail come from your | 11:35:29 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

128

| | | |
|---|---|---|
| 1 | A. It's hard for me to guess. I know | 12:28:47 |
| 2 | for a fact that it took me away from my doctor | 12:28:52 |
| 3 | thesis, that's why I don't have one. So it was | 12:28:56 |
| 4 | substantial, but it was not my only duty or my | 12:28:59 |
| 5 | only -- the only time I spent. As I said, I had | 12:29:01 |
| 6 | teaching obligations, I had projects, student | 12:29:06 |
| 7 | project groups I needed to attend. It's hard for | 12:29:09 |
| 8 | me to guess. It was not negligible, but it was | 12:29:13 |
| 9 | not the most of my time. | 12:29:18 |
| 10 | Q. So you'd say it was less than | 12:29:19 |
| 11 | 50 percent of your time? | 12:29:21 |
| 12 | A. If you ask me if it was more or less | 12:29:30 |
| 13 | I would tend to less, but I can't get any more | 12:29:32 |
| 14 | specific; it's a long time ago. | 12:29:37 |
| 15 | Q. Did you write any of the source code | 12:29:39 |
| 16 | for freeWAIS-sf? | 12:29:41 |
| 17 | A. Yes, I did. Most of the coding was | 12:29:45 |
| 18 | done by my diploma thesis student. | 12:29:54 |
| 19 | Q. Who was your diploma thesis student? | 12:29:57 |
| 20 | A. Tung Huynh. I don't recollect which | 12:30:01 |
| 21 | way -- what the first and the last name is. | 12:30:06 |
| 22 | We called him Tung, so I guess Tung is the first | 12:30:08 |
| 23 | name. | 12:30:13 |
| 24 | Q. And Mr Huynh was a student of yours? | 12:30:13 |
| 25 | A. I'm not quite sure. Thinking about | 12:30:17 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

171

1    freeWAIS-sf?                                              14:03:06

2            A.  Maintained in a sense of was                 14:03:09

3    administrator of a repository or ...                     14:03:14

4            Q.  FreeWAIS-sf source code was made             14:03:17

5    available publicly on an FTP server, correct?            14:03:19

6            A.  Yes.                                          14:03:22

7            Q.  Who was responsible for placing              14:03:23

8    releases of freeWAIS-sf on to that FTP server?           14:03:26

9            A.  I think I did it myself most of the          14:03:32

10   times.                                                   14:03:37

11           Q.  Where was that server maintained?            14:03:39

12   In which country?                                        14:03:41

13           A.  That was in Germany, Dortmund.               14:03:42

14           Q.  You testified earlier that                   14:03:48

15   freeWAIS-sf was open source, correct?                    14:03:53

16           A.  Yes.                                          14:03:55

17           Q.  What that means is that the source           14:03:55

18   code is publicly available; that a person could          14:03:58

19   download the source code, view it and potentially        14:04:01

20   make modifications to it.  Correct?                      14:04:04

21           A.  That is correct, yes.                        14:04:06

22           Q.  Someone who downloaded the source            14:04:07

23   code for freeWAIS-sf, did they have an obligation        14:04:13

24   to inform you that they made modifications to the        14:04:17

25   source code?                                             14:04:19

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

230

| | | |
|---|---|---|
| 1 | Where did you find your CVS | 15:33:47 |
| 2 | repository when you were searching -- when you | 15:33:49 |
| 3 | were using -- strike that question.  I'm sorry. | 15:33:55 |
| 4 | Can you explain the process that you | 15:33:56 |
| 5 | used to compare the version of freeWAIS 2.0.65 | 15:33:59 |
| 6 | that you found on the Duisburg site, which is the | 15:34:05 |
| 7 | university's FTP site that Professor Fuhr is | 15:34:13 |
| 8 | currently in, when you compared those files to the | 15:34:19 |
| 9 | files in your CVS repository? | 15:34:21 |
| 10 | MR FURMAN:  Objection.  You're | 15:34:24 |
| 11 | testifying.  Incomplete hypothetical.  Calls for | 15:34:25 |
| 12 | speculation.  Vague. | 15:34:28 |
| 13 | THE WITNESS:  So the process I used | 15:34:32 |
| 14 | is:  I had the CVS repository.  I unpacked the | 15:34:33 |
| 15 | distribution for 2.0.65.  I went through all the | 15:34:37 |
| 16 | files in the distribution and looked at the | 15:34:45 |
| 17 | corresponding file in the CVS repository.  The | 15:34:51 |
| 18 | corresponding file contains all the versions. | 15:34:55 |
| 19 | Then I produced all the different versions and | 15:34:58 |
| 20 | compared it to the file in the distribution and | 15:35:02 |
| 21 | looked for the file that matched closely or the | 15:35:06 |
| 22 | most close. | 15:35:14 |
| 23 | BY MR JAFFE: | 15:35:15 |
| 24 | Q.  And your conclusion was that all the | 15:35:15 |
| 25 | files on the FTP server on the Dortmund University | 15:35:18 |