UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaimants. | Case No.: 12-CV-00630-LHK<br><br>ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH JUSTIN DENISON |

On April 13, 2014, Samsung filed objections to Apple's disclosures in connection with Justin Denison. ECF No. 1673-3. On April 13, 2014, Apple filed a response. ECF No. 1672-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Fed. R. Evid. 403, the Court rules on Samsung's objections as follows:

| SAMSUNG OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Justin Denison** | |
| WSJ, "Samsung Tweaks How it Calculates Marketing Costs" | Overruled. The document may be used solely for refreshing recollection, but will not be admitted as an exhibit or presented to the jury. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH JUSTIN DENISON

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
LUCY H. KOH
United States District Judge