UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S |
| | ) | SUPPLEMENTAL OBJECTION TO |
| v. | ) | SAMSUNG'S DISCLOSURES IN |
| | ) | CONNECTION WITH YOUNGMI KIM |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

Apple has filed a supplemental objection to Samsung's disclosures in connection with Youngmi Kim. ECF No. 1689. Samsung has filed a response. ECF No. 1688-2. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objection as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| **Youngmi Kim** | |
| SDX2462 (video | Sustained. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES IN CONNECTION WITH YOUNGMI KIM

| demonstrative about Android notification center) | |

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
LUCY H. KOH
United States District Judge