1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:   (213) 443-3000
   Facsimile:    (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                  UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,                CASE NO. 12-CV-00630-LHK (PSG)

21                Plaintiff,                            **NOTICE RE: RESOLUTION OF APPLE'S HIGH PRIORITY OBJECTIONS TO EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR YOUNGMI KIM**
           vs.
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                Defendants.

27

28

1        PLEASE TAKE NOTICE THAT the parties have resolved all high priority objections

2   raised with respect to Youngmi Kim.

3

4   DATED:   April 14, 2014                QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
5

6

7                                            /s/ Michael L. Fazio
                                           Victoria F. Maroulis
8                                          William C. Price
                                           Michael L. Fazio
9
                                           Attorneys for Defendants
10                                         SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
11                                         and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28