QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NOTICE RE: RESOLUTION OF APPLE'S HIGH PRIORITY OBJECTIONS TO JEFFAY DEMONSTRATIVES SDX2562 AND SDX2558** |

02198.51981/5874023.1

-1-   Case No. 12-cv-00630-LHK
**NOTICE RE: RESOLUTION OF APPLE'S HIGH PRIORITY OBJECTIONS TO JEFFAY DEMONSTRATIVES SDX2562 AND SDX2558**

1  PLEASE TAKE NOTICE THAT Samsung has withdrawn the two demonstratives for Dr.
2  Jeffay – SDX 2562 and SDX 2558 – that were the subject of the parties' supplemental briefing on
3  high priority objections filed April 14, 2014.   Apple's objections to these two demonstratives are
4  thus moot.

6  DATED:   April 14, 2014             QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                         /s/ Michael L. Fazio
                                        Victoria F. Maroulis
                                        William C. Price
                                        Michael L. Fazio

                                        Attorneys for Defendants
                                        SAMSUNG ELECTRONICS CO., LTD.,
                                        SAMSUNG ELECTRONICS AMERICA, INC.,
                                        and SAMSUNG TELECOMMUNICATIONS
                                        AMERICA, LLC

02198.51981/5874023.1

-2-   Case No. 12-cv-00630-LHK
**NOTICE RE: RESOLUTION OF APPLE'S HIGH PRIORITY OBJECTIONS TO JEFFAY
DEMONSTRATIVES SDX2562 AND SDX2558**