| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   12-cv-00630-LHK<br><br>**APPLE'S RESPONSE TO SAMSUNG'S NOTICE RE: RESOLUTION OF APPLE'S HIGH PRIORITY OBJECTIONS TO JEFFAY DEMONSTRATIVES SDX2562 AND SDX2558** |

1 | The parties filed briefs on Apple's objections to SDX 2562 and SDX 2558 earlier this afternoon, and Apple's objections are fully briefed and pending before the Court. Samsung's withdrawal of these demonstratives resolves Apple's objections regarding these two demonstratives, but Apple notes that the demonstratives were representative of other demonstratives and exhibits that are objectionable for the same reason. SDX 2562 is representative of SDX 2555-2557, 2558, and 2647-2649. Likewise, SDX 2558 is representative of DX 333 and SDX 2645-2646. In addition, Apple has an outstanding witness objection to Dr. Jeffay's testimony, filed April 13, 2014, that has not been resolved by the Court. Thus, Apple's HPOs for Dr. Jeffay have not been fully resolved.

Dated: April 14, 2014

MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
      Rachel Krevans

      Attorneys for Plaintiff
      APPLE INC.

APPLE'S RESPONSE TO SAMSUNG'S NOTICE RE: RESOLUTION OF APPLE'S HPOS RE JEFFAY DEMONSTRATIVES
CASE NO. 12-cv-00630-LHK
sf- 3406278

1