QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S REPLY TO APPLE'S RESPONSE RE: RESOLUTION OF APPLE'S HPOS RE: JEFFAY DEMONSTRATIVES** |

1    Apple's Response to Samsung's Notice (Dkt. No. 1694), is an improper attempt to expand
2  the scope of Apple's high priority objections to Dr. Jeffay.   Specifically, Apple contends that
3  even though Samsung has withdrawn the two demonstratives at issue for Dr. Jeffay on the latest
4  round of HPO briefing, Apple's objections to these two demonstratives should still be ruled upon
5  because those withdrawn demonstratives are, according to Apple, "representative" of ten
6  additional demonstratives, to include SDX 2555-2557, 2558, DX333, SDX 2645-2646, and SDX
7  2647-2649.   As a preliminary matter, Samsung disputes that these demonstratives in this list set
8  forth by Apple are, in fact, representative of SDX 2562 or SDX 2558.   Moreover, the Court has
9  specifically set the maximum number of high priority objections to three exhibits per witness.
10 *See* Dkt No. 1158.   Apple Response seeks to impermissibly expand the Court's prior ruling to an
11 additional ten demonstratives.

12   Importantly, what Apple does not mention in its Response is that Apple did not object to
13 the other ten demonstratives upon which Apple now seeks a ruling.   If it had, then Samsung
14 could have responded accordingly in its supplemental high priority objection brief filed earlier
15 today.   *See* Dkt No. 1688.   Nor did Apple state in its supplemental brief that its objections to
16 SDX 2562 and SDX 2558 should apply to ten other demonstratives on the "representative" theory
17 that Apple now advances.   *See* Dkt. No. 1689.   To be clear, only after Samsung withdrew these
18 two demonstratives for Dr. Jeffay did Apple state, for the first time, that Apple meant for its
19 objections to sweep in ten additional demonstratives never previously enumerated by Apple.

20   Samsung respectfully submits that at this stage, the parties should be narrowing – not
21 expanding – the scope of their high priority objections.   Accordingly, Samsung respectfully
22 requests that the Court not entertain Apple's request for an advisory ruling as to demonstratives
23 never briefed by the parties.

| | |
|---|---|
| DATED: April 14, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| |   /s/ Michael L. Fazio<br>Victoria F. Maroulis<br>Michael L. Fazio |
| | Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |

02198.51981/5874023.1                                              -3-                         Case No. 12-cv-00630-LHK
**SAMSUNG'S REPLY TO APPLE'S RESPONSE RE JEFFAY DEMONSTRATIVES**