QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 1637, 1638)** |

02198.51981/5869219.1

Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S NOTICE RE APPLE'S
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 1637. 1638)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Apple Inc. has filed Administrative Motions to File Under Seal Apple's Objections and Responses to Objections Regarding Thomas Bonura, Cary Clark, Dianne Hackborn, Hiroshi Lockheimer and Dale Sohn and related Exhibits, Demonstratives, and Materials (Dkt. Nos. 1637, 1638) ("Apple's Administrative Motions").   Samsung does not maintain a claim of confidentiality over Apple's High Priority Objections brief, or any exhibits to the Olson Declaration in support.

DATED: April 14, 2014         QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By   */s/ Michael L. Fazio*
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  William C. Price
                                  Michael L. Fazio

                                  Attorneys for
                                  SAMSUNG ELECTRONICS CO., LTD.,
                                  SAMSUNG ELECTRONICS AMERICA, INC.,
                                  and SAMSUNG TELECOMMUNICATIONS
                                  AMERICA, LLC