**DEFENDANT'S EXHIBIT NO. 506..001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____   By: _____

# Apple v. Samsung

 **Bonura, Thomas (Vol. 01) - 12/11/2012**               **1 CLIP  (RUNNING 00:09:19.167)**

 Samsung Direct Clip

**BONURA-1211-SAMDIR05          18 SEGMENTS  (RUNNING 00:09:19.167)**          

**1. PAGE 25:08 TO 25:09  (RUNNING 00:00:10.303)**

```
    08          Q.    Do you have an understanding of
    09   the invention claimed in the 647 patent?
```

**2. PAGE 25:12 TO 25:14  (RUNNING 00:00:12.150)**

```
    12              THE WITNESS:  I certainly have an
    13       understanding of the projects that I was
    14       involved with that led to the 647 patent.
```

**3. PAGE 92:08 TO 92:11  (RUNNING 00:00:12.267)**

```
    08          Q.    And do you recall as part of that
    09   work that at some point when you were working on
    10   the prototype you started to see performance
    11   problems on the system?
```

**4. PAGE 92:13 TO 92:14  (RUNNING 00:00:07.505)**

```
    13              THE WITNESS:  There were
    14       performance issues.  I do recall, yeah.
```

**5. PAGE 92:16 TO 92:22  (RUNNING 00:00:30.414)**

```
    16          Q.    What were those performance
    17   issues?
    18          A.    A little hazy, but I think one of
    19   them was an issue that surfaced when we first
    20   started using Apple data detectors and we were
    21   communicating between LISP, LiveDoc and Apple
    22   data detectors using Apple Events.
```

**6. PAGE 101:17 TO 102:05  (RUNNING 00:00:29.857)**

```
    17          Q.    So Dr. Bonura, do you recognize
    18   this e-mail?
    19          A.    Yes, this was a reply from Dave to
    20   me.
    21          Q.    You can see at the top there it
    22   says, "RE update on performance of LiveDoc," and
    23   if you look back at Exhibit 1, I think that's the
    24   same subject line.
    25          A.    Yeah.  Looks like it.
 00102:01          Q.    And he says, "Soon I will have a
    02   shared library version of data detectors."
    03          A.    Uh-huh.
    04          Q.    Do you have an understanding of
    05   what he meant by that?
```

**7. PAGE 102:08 TO 102:14  (RUNNING 00:00:28.391)**

```
    08              THE WITNESS:  Yes.  A shared
    09       library being a piece of code that could
    10       be linked that the application developer
    11       would link with their application and
    12       compile build time and allow for the data
    13       detectors code to operate within that
    14       applications process space.
```

**Apple v. Samsung**

**8. PAGE 103:06 TO 105:11  (RUNNING 00:03:40.617)**

```
        06                  Prior to November 26, 1996, do you
        07   recall any shared library version of data
        08   detectors?
        09          A.     I don't recall one.
        10          Q.     And do you recall who had the idea
        11   for a shared library version of data detectors?
        12          A.     I don't recall.
        13          Q.     Did you work on a shared library
        14   version of data detectors?
        15          A.     I did not personally.
        16          Q.     Now, referring back to Exhibit 1,
        17   you say in the second paragraph there, this is
        18   your e-mail earlier in the day to Jim Miller, in
        19   the second paragraph you say, "Conclusions I
        20   don't really know.  Everything I've been thinking
        21   regarding LiveDoc employs a client server model
        22   and hence strongly dependent on Apple Events."
        23          A.     Uh-huh.
        24          Q.     Do you have an understanding of
        25   what you meant by "client server model" in that
00104:01   paragraph?
        02          A.     I believe that my thinking was
        03   there would be a service that would be providing
        04   we could call it a LiveDoc service, if you will,
        05   that would be provided to any application that
        06   was interested in it.  And that service would
        07   analyze text and inform the application of what
        08   was found and would communicate with the
        09   application using Apple Events.  That was
        10   principally what I was thinking at the time.  And
        11   the idea being that it obviated the need for an
        12   application developer to essentially link to a
        13   static library, essentially incorporating code
        14   and it was a service, was sort of a systemwide
        15   service.  Just seemed like a good idea at the
        16   time.
        17                  So you have two kind of different
        18   approaches that you could see we were exploring.
        19   One where the capabilities were included in the
        20   application and the executable itself and another
        21   in which the capabilities were outside the
        22   application and the application would communicate
        23   with the service.  So there was just two
        24   approaches to the same problem.
        25          Q.     When you say two approaches,
00105:01   you're contrasting the client server model with
        02   the solution that Dave Wright proposed in
        03   Exhibit 2?
        04          A.     Uh-huh.  And there may have been
        05   other solutions that we entertained.  I can't
        06   recall them now.
        07          Q.     So you would -- would you consider
        08   the shared library solution that David Wright
        09   proposed as separate from the client server model
        10   that you had been thinking about in the LiveDoc
        11   model?
```

**9. PAGE 105:14 TO 105:17  (RUNNING 00:00:20.519)**

```
        14                  THE WITNESS:  I would guess that
        15          it was a different thing.
        16                  (Exhibit 3 was marked for
        17          identification.)
```

**Apple v. Samsung**

**10. PAGE 105:19 TO 105:22  (RUNNING 00:00:08.027)**

```
        19              Q.    And this is a relatively long
        20   e-mail, so I'll try to save you -- see, it's
        21   dated December 18, 1996?
        22              A.    Uh-huh.
```

**11. PAGE 107:05 TO 108:10  (RUNNING 00:01:17.415)**

```
        05              Q.    So you see it says the third
        06   sentence down says, "I'm looking into
        07   implementing the server as a shared library"?
        08              A.    Uh-huh.
        09              Q.    "Rather than the first class
        10   application"?
        11              A.    Uh-huh.
        12              Q.    What does first class application
        13   mean?
        14              A.    An application that would run in
        15   its own process.
        16              Q.    Okay.  So you say, "I'm looking
        17   into implementing the server as a shared library
        18   rather than as a first class application."
        19                    So do you have an understanding
        20   what that sentence means?
        21              A.    Not really.  It doesn't sound
        22   logical, since if I were talking about a
        23   shared -- a server it wouldn't be a shared
        24   library.
        25              Q.    Okay.
 00108:01              A.    So I am not quite sure what I was
        02   talking about.
        03              Q.    But you say a first class
        04   application would be its own process?
        05              A.    Yes.
        06              Q.    Okay.
        07              A.    That's what I would think.
        08              Q.    So do you understand this to refer
        09   to implementation of the analyzer server in its
        10   own separate process?
```

**12. PAGE 108:13 TO 108:22  (RUNNING 00:00:22.122)**

```
        13                    THE WITNESS:  Yes.  That's what I
        14         would interpret this to mean.  And that's
        15         probably how it was running up to this
        16         point.
        17   BY MR. SUMMERS:
        18              Q.    Did you implement it that way so
        19   that various applications could call into the
        20   analyzer server to have text analyzed?
        21              A.    That was the goal.  That was the
        22   intent.
```

**13. PAGE 168:03 TO 168:16  (RUNNING 00:00:29.681)**

```
        03                    And counsel for Apple asked you a
        04   couple questions about this document and did you
        05   tell me as well; is that correct?
        06              A.    Uh-huh.
        07              Q.    And specifically counsel asked you
        08   about the sentence, the third one down saying, "I
        09   am looking into implementing the servers as a
        10   shared library rather than a first class
        11   application."
        12              A.    Yes.
        13              Q.    I understood you to testify when I
        14   asked you questions about this that shared
```

## Apple v. Samsung

```
              15   library implementation was distinct from a client
              16   server implementation; is that correct?
```

**14. PAGE 168:20 TO 168:25 (RUNNING 00:00:18.231)**

```
              20              THE WITNESS:  It's --
              21      constructurally it shares some
              22      similarities with client server, but in
              23      truth it's a different kind of
              24      implementation, where a library is linked
              25      to the application.
```

**15. PAGE 169:02 TO 169:05 (RUNNING 00:00:08.747)**

```
              02      Q.   And is one of the differences that
              03   a shared library wouldn't require the
              04   interprocess communication that a client server
              05   model requires?
```

**16. PAGE 169:08 TO 169:09 (RUNNING 00:00:02.911)**

```
              08              THE WITNESS:  As far as I know
              09      that's correct.
```

**17. PAGE 170:16 TO 170:19 (RUNNING 00:00:15.745)**

```
              16      Q.   And do you recall at any time
              17   prior to December of 1996 considering a shared
              18   library as opposed to a client server model for
              19   detecting structures in unstructured data?
```

**18. PAGE 170:22 TO 170:23 (RUNNING 00:00:04.265)**

```
              22              THE WITNESS:  I really don't `
              23      recall.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:19.167)**