UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
|---|---|---|
| Plaintiff and Counterdefendant, | ) ) | ORDER RE (1) SAMSUNG'S OBJECTIONS TO APPLE'S |
| v. | ) ) | DISCLOSURES IN CONNECTION WITH SAUL GREENBERG AND |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | KEVIN JEFFAY, AND (2) SAMSUNG'S SEALING REQUESTS |
| Defendants and Counterclaimants. | ) ) | |

On April 13, 2014, Samsung filed objections to Apple's disclosures. ECF No. 1673-3. On April 13, 2014, Apple filed a response. ECF No. 1672-3. The Court separately addressed Samsung's objections in connection with Justin Denison. ECF No. 1690. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **C. Saul Greenberg** | |
| 1846 Trial Tr. at 795-796 (1846 ECF No. 1610) | Sustained. The cited pages do not contain the testimony about Samsung product code names that Apple has described. |

1
Case No.: 12-CV-00630-LHK
ORDER RE (1) SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH SAUL GREENBERG AND KEVIN JEFFAY, AND (2) SAMSUNG'S SEALING REQUESTS

| | |
|---|---|
| **D. Kevin Jeffay** | |
| DX345 (iPhone 5 running iOS 7) | Overruled. |
| 4/26/2012 Cohen Decl. | Overruled. |
| **F. Daniel Wigdor** | |
| Summary Judgment Order (ECF No. 1150) and Joint Stip. and Order (ECF No. 1416) | Overruled. |

Samsung also requests to seal various documents. ECF Nos. 1673-3, 1673-14, 1686. Having considered Samsung's requests, and compelling reasons having been shown, the Court seals the following documents as follows:

| **Exhibit and pages requested to be sealed** | **COURT'S RULING ON SEALING REQUEST** |
|---|---|
| PX201, pages 60, 72, 87 | GRANTED. |
| PX216, pages 5, 6, 8 | GRANTED. |
| PX200, pages 6, 8, 9, 12, 22-39, 42-51, 53-68, 83-91, 95-112, 114-119, 121-130, 133-136, 139-147, 149-168, 171-179, 181-188 | GRANTED. |
| JX50B | DENIED without prejudice. Samsung must identify Bates ranges that require sealing by 10:00 P.M., April 14, 2014. *See* ECF No. 1680 at 2. |
| JX50C | DENIED without prejudice. Samsung must identify Bates ranges that require sealing by 10:00 P.M., April 14, 2014. *See* ECF No. 1680 at 2. |
| SDX2570 | GRANTED. |
| JX51B | Already granted (ECF No. 1680 at 2). |
| JX51C: (GOOG-NDCAL630-S-00008752 through GOOG-NDCAL630-S-00008759; GOOG-NDCAL630-S-00006072 through GOOG-NDCAL630-S-00006079; GOOG-NDCAL630-S-00006547 through GOOG-NDCAL630-S-00006551) | GRANTED as to Google's highly confidential and proprietary source code (GOOG-NDCAL630-S-00008752 through GOOG-NDCAL630-S-00008759; GOOG-NDCAL630-S-00006072 through GOOG-NDCAL630-S-00006079; GOOG-NDCAL630-S-00006547 through GOOG-NDCAL630-S-00006551) per Google's declaration (*see* ECF No. 1686).<br><br>DENIED as to the remainder of the document. |
| DX314: pages MSFT_CODE000170 to MSFT_CODE003225 | GRANTED, subject to Microsoft filing a supporting declaration by 8:00 A.M., April 15, 2014. |
| DX316 | GRANTED. |

Samsung also requests to read or otherwise enter into the record Apple's Supplemental Responses to Samsung's First Set of Requests for Admission to Apple Inc. (Nos. 1-7), Request Nos. 1-7. ECF No. 1684. After reviewing the parties' cited authorities, considering the record in

2

Case No.: 12-CV-00630-LHK
ORDER RE (1) SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH SAUL GREENBERG AND KEVIN JEFFAY, AND (2) SAMSUNG'S SEALING REQUESTS

the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court DENIES Samsung's request.

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER RE (1) SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH SAUL GREENBERG AND KEVIN JEFFAY, AND (2) SAMSUNG'S SEALING REQUESTS