1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON APPLE'S SUPPLEMENTAL OBJECTIONS TO SAMSUNG'S DISCLOSURES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Apple has filed supplemental objections to Samsung's disclosures. ECF No. 1689. Samsung has filed a response. ECF No. 1688-2. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| **Saul Greenberg** | |
| Testimony beyond scope of | Sustained. |

| | |
|---|---|
| prior art case narrowing | |
| SDX2707 (demonstrative on Hypponen prior art) | Sustained. |
| **Kevin Jeffay** | |
| SDX 2562 (video demonstrative on "libraries") | Sustained. |
| SDX 2558 (Demonstrative from '636 Pandit patent) | Sustained. |
| **Jim Lundberg** | |
| DX 321 (summary of excerpts of SUSE Linux 10.0 press releases) | Overruled. |
| **Ulrich Pfeifer** | |
| DX301 (freeWAIS-sf code) | Overruled. |
| DX313 (Pfeifer e-mail) | Overruled. |
| **Daniel Wigdor** | |
| DX 347 (MacKenzie reference) | Sustained. |
| SDX2744 (MS Word "Auto-correct") | Sustained. |
| **Martin Rinard** | |
| DX305 (Pfeifer compilation) | Sustained. |
| Opening video WAIS_v03.mp4 | Sustained. |

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S SUPPLEMENTAL OBJECTIONS TO SAMSUNG'S DISCLOSURES