**PLAINTIFF'S EXHIBIT NO. 5227**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Monday, April 14, 2014, 11:22:12 AM

**AvS 630**

 **Bonura, Dr. Thomas - 12/11/2012**                                        1 CLIP  (RUNNING 00:04:59.023)

 Bonura CDD Revised

| BONURA2 | 6 SEGMENTS  (RUNNING 00:04:59.023) |  |

**1. PAGE 25:15 TO 25:17  (RUNNING 00:00:11.930)**

```
        15              Q.   Putting aside the projects, do you
        16   have an understanding of the invention that's
        17   described in the 647 patent?
```

**2. PAGE 25:20 TO 26:07  (RUNNING 00:01:06.604)**

```
        20                   THE WITNESS:  I can't put the
        21          projects aside, because that's all I know
        22          about.
        23              Q.   What were the name of the projects
        24   to which you're referring?
        25              A.   There was LiveDoc.  There was data
 00026:01   detectors, also known as Apple data detectors,
        02   also known as structure detectors.  There was a
        03   project called LiveSimpleText.  There was a
        04   project called Eudora Live.  There was a project
        05   called OD Live, or OpenDoc Live, or Live
        06   OpenDoc.  I think that characterizes all of the
        07   terms I remember.
```

**3. PAGE 70:09 TO 70:11  (RUNNING 00:00:08.899)**

```
        09              Q.   Do you have an understanding of
        10   what it means to say software employs a client
        11   server model?
```

**4. PAGE 70:13 TO 70:22  (RUNNING 00:00:41.557)**

```
        13                   THE WITNESS:  In general terms, I
        14          have an idea of what that might be.
        15              Q.   And what is that understanding?
        16              A.   In very general terms, and this
        17   may not be technically the most precise, but I
        18   looked at a client server model as a
        19   computational model where there exists some piece
        20   of software that executes and provides
        21   information to or receives information from
        22   another software component.
```

**5. PAGE 156:23 TO 158:03  (RUNNING 00:01:15.267)**

```
        23              Q.   If you will grab Exhibit 3.
        24              A.   Okay.
        25              Q.   I believe this is also an e-mail
 00157:01   that you wrote?
        02              A.   Right.
        03              Q.   To Jim Miller, which you discussed
        04   earlier.
        05              A.   Yes.
        06              Q.   If you look at the fifth
        07   paragraph, there's a sentence that begins, "I am
        08   looking," do you see that?
        09              A.   Yes.
        10              Q.   It says, "I am looking into
        11   implementing the server" -- let me back up.  The
        12   sentence before that says, "Currently
        13   LiveSimpleText has a LiveDoc code, has LiveDoc
```

Case Clip(s) Detailed Report
Monday, April 14, 2014, 11:22:12 AM

**AvS 630**

```
           14  code linked into the application and also uses
           15  another application to dispatch content to
           16  various analyzers.  This is the analyzer
           17  server."  Do you see that?
           18          A.   I see that.
           19          Q.   And then it's written, "I am
           20  looking into implementing the server as a shared
           21  library rather than a first class application."
           22  Do you see that?
           23          A.   Yes.
           24          Q.   So it's fair to say that at least
           25  at this time you viewed the server as being able
  00158:01  to be implemented as a shared library or as a
           02  first class application; is that fair to say?
           03          A.   I think that's fair.
```

**6. PAGE 158:24 TO 160:12 (RUNNING 00:01:34.766)**

```
           24          Q.   I believe you said there was a
           25  first or initial LISP-based version that was
  00159:01  self-contained; is that correct?
           02          A.   That's correct.  We had all of the
           03  components that we discussed in one application
           04  space or address space.
           05          Q.   So that implementation did not
           06  involve a separate application; is that correct?
           07          A.   The initial one did not.
           08          Q.   Now, that implementation, that had
           09  functionality that performed the detection of
           10  structures and associated actions to those
           11  detected structures; is that correct?
           12          A.   That's correct.
           13          Q.   And also functionality or code
           14  that executed those selected actions once a user
           15  selected the actions?
           16          A.   That's correct.
           17          Q.   Would you characterize this
           18  implementation, this first LISP-based
           19  implementation, as implementing a client server
           20  model?
           21          A.   Not in the strict sense, no,
           22  because everything was -- there was no
           23  communication between separate processes
           24  required.  It was all in one place.
           25          Q.   So would it be analogous to more
  00160:01  of a shared library type model?
           02          A.   More analogous to that.
           03          Q.   Would you characterize this LISP-
           04  based implementation as a systemwide service?
           05          A.   You could look at the LISP
           06  implementation as an entire system.
           07          Q.   So the functionality that performs
           08  the detection of structures and the associating
           09  of actions of those structures, would that
           10  functionality be -- would you characterize that
           11  as a systemwide service for that system?
           12          A.   Yes, for that system I would.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:59.023)**