# Exhibit 1

1  ████████████████████████████████████████████████████████████
2  ████████████████████████████████████████████████
3  █████████████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████████████
5  ██████████████████████████████████████████████████████████
6  ███████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████████████
9  ████████████████████████████████████

Information responsive to this interrogatory may also be found in the transcript of the July 12, 2013 deposition of Thomas Deniau.

Apple reserves the right to supplement and/or amend its response as appropriate.

**INTERROGATORY NO. 26:**

For each of the APPLE PATENTS-IN-SUIT, explain in detail all legal and factual bases for APPLE'S contentions as to why each asserted claim of the PATENTS-IN-SUIT is not invalid under 35 U.S.C. §§ 102, 103 and/or 112. To the extent that YOU disagree with SAMSUNG'S invalidity contentions in whole or part, please include in YOUR answer a point-by-point rebuttal of SAMSUNG'S invalidity contentions, including an IDENTIFICATION of each element that is not allegedly present in the prior art cited in SAMSUNG'S invalidity contentions, and why each claim is not allegedly obvious over the prior art cited in SAMSUNG'S invalidity contentions (including any contentions based on secondary considerations of nonobviousness).

**RESPONSE TO INTERROGATORY NO. 26:**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –    Case No. 12-CV-00630-LHK (PSG)
SOURCE CODE