QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

02198.51981/5861733.1

1  Pursuant to the Court's Order on Samsung's request to seal trial exhibits (Dkt. No. 1699),

2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3  Telecommunications America, LLC (collectively, "Samsung") hereby bring this renewed

4  administrative motion for an order to seal certain Bates ranges that comprise Samsung's

5  proprietary, non-public source code marked as JX50B and JX50C.  Samsung requests that the

6  following Bates ranges be sealed:

| Exhibit | Portions to Sealed |
|---------|--------------------|
| JX50B | SAMNDCA630-SC 00002408;<br><br>SAMNDCA630-SC 00002419-24;<br><br>SAMNDCA630-SC 00078555-759;<br><br>SAMNDCA630-SC 00078716;<br><br>SAMNDCA630-SC 00078759;<br><br>SAMNDCA630-SC 00079270-309;<br><br>SAMNDCA630-SC 00079340-402;<br><br>SAMNDCA630-SC 00079541-42;<br><br>SAMNDCA630-SC 00080048-56;<br><br>SAMNDCA630-SC 00081343-405; and<br><br>SAMNDCA630-SC 00081601-18. |
| JX50C | SAMNDCA630-SC 00081955-2006;<br><br>SAMNDCA630-SC00082170-85;<br><br>SAMNDCA630-SC00082234-49;<br><br>SAMNDCA630-SC00082266-70;<br><br>SAMNDCA630-SC00082388-403; and<br><br>SAMNDCA630-SC 00082466-95. |

1    The source code included in the Bates ranges identified above should be sealed for the

2  reasons stated in the previously filed Declaration of Michael L. Fazio (Dkt. No. 1673-14 ¶¶ 6, 12)

3  and the Court's prior guidance (*see, e.g.*, Dkt. No. 1699).

4

5  DATED:  April 14, 2014                   QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
6

7

8                                            */s/ Michael L. Fazio*
                                            William C. Price
9                                            Victoria F. Maroulis
                                            Michael L. Fazio
10                                           Attorneys for Defendants
                                            SAMSUNG ELECTRONICS CO., LTD.,
11                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                            and SAMSUNG TELECOMMUNICATIONS
12                                           AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28