UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed a Renewed
3   Administrative Motion to seal certain Bates ranges that comprise Samsung's proprietary code and
4   have been marked as JX50B and JX50C.

5   Having considered Samsung's motion, and compelling reasons having been shown, the
6   Court GRANTS Samsung's motion and ORDERS sealed the following Bates ranges of JX50B
7   and JX50C consisting solely of proprietary, non-public source code:

| Exhibit | Portions to Sealed |
|---|---|
| JX50B | SAMNDCA630-SC 00002408; |
| | SAMNDCA630-SC 00002419-24; |
| | SAMNDCA630-SC 00078555-759; |
| | SAMNDCA630-SC 00078716; |
| | SAMNDCA630-SC 00078759; |
| | SAMNDCA630-SC 00079270-309; |
| | SAMNDCA630-SC 00079340-402; |
| | SAMNDCA630-SC 00079541-42; |
| | SAMNDCA630-SC 00080048-56; |
| | SAMNDCA630-SC 00081343-405; and |
| | SAMNDCA630-SC 00081601-18. |
| JX50C | SAMNDCA630-SC 00081955-2006; |
| | SAMNDCA630-SC00082170-85; |
| | SAMNDCA630-SC00082234-49; |
| | SAMNDCA630-SC00082266-70; |
| | SAMNDCA630-SC00082388-403; and |
| | SAMNDCA630-SC 00082466-95. |

-2-

1  **IT IS SO ORDERED.**

3  DATED:   April   , 2014

   Hon. Lucy H. Koh, Judge
   United States District Court for the Northern
   District of California