1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL TRIAL MATERIALS** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed a Renewed

3  Administrative Motion to seal certain Bates ranges that comprise Samsung's proprietary code and

4  have been marked as JX50B and JX50C.

5  Having considered Samsung's motion, and compelling reasons having been shown, the

6  Court GRANTS Samsung's motion and ORDERS sealed the following Bates ranges of JX50B

7  and JX50C consisting solely of proprietary, non-public source code:

8

9

| Exhibit | Portions to Sealed |
|---------|--------------------|
| JX50B | SAMNDCA630-SC 00002408; |
| | SAMNDCA630-SC 00002419-24; |
| | SAMNDCA630-SC 00078555-759; |
| | SAMNDCA630-SC 00078716; |
| | SAMNDCA630-SC 00078759; |
| | SAMNDCA630-SC 00079270-309; |
| | SAMNDCA630-SC 00079340-402; |
| | SAMNDCA630-SC 00079541-42; |
| | SAMNDCA630-SC 00080048-56; |
| | SAMNDCA630-SC 00081343-405; and |
| | SAMNDCA630-SC 00081601-18. |
| JX50C | SAMNDCA630-SC 00081955-2006; |
| | SAMNDCA630-SC00082170-85; |
| | SAMNDCA630-SC00082234-49; |
| | SAMNDCA630-SC00082266-70; |
| | SAMNDCA630-SC00082388-403; and |
| | SAMNDCA630-SC 00082466-95. |

-1-                                    Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMIN. MOT. TO SEAL TRIAL MATERIALS

1    **IT IS SO ORDERED.**

2

3    DATED:    April 14 2014

                                                *Lucy H. Koh*

4                                           Hon. Lucy H. Koh, Judge
                                       United States District Court for the Northern

5                                           District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28