IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING EXHIBITS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation. Pursuant to this Court's local rules and its Order of April 7, 2014 (Dkt. 1616), I submit this Declaration in support of Samsung's Objections and Responses Regarding [Certain] Exhibits and Demonstratives (Dkt. 1673-3).

2. Samsung's motion seeks to have sealed two exhibits (DX 314 and 316) that contain source code and other highly confidential information relating Microsoft's Windows Mobile operating systems. The source code and other information was produced by Microsoft in response to subpoena issued by the parties in this action.

3. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to them under oath on behalf of Microsoft. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the above-mentioned exhibits.

4. As part of my role at Microsoft, I am familiar with Microsoft's development of source code for its Windows Mobile operating systems and related information, such as specifications and protocols for sub-routines for the Windows Mobile systems. Microsoft

generally maintains source code and other related information, such as source code paths and underlying designs, specifications, and protocols for related software in confidence. The source code depicted in DX 314 was specifically maintained in confidence as detailed below. .

5. Source code and operating protocols for Windows Mobile operating systems are maintained under high security because they control operation of devices running these programs and how certain Microsoft mobile devices and software operate. This security applies even with respect to Windows Mobile products and programs that might no longer be supported by Microsoft because aspects of such software and underlying code are often the foundation for later generation products.

6. Access to source code, operating protocols, and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security. Source code and related information and software are archived under secure conditions with limited access. I understand the Microsoft information relating to Windows Mobile operating systems produced in response to subpoenas issued in this action was obtained from such secure sites within Microsoft. This information was designated, as appropriate, at the time of its production as "Highly Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Outside Attorneys' Eyes Only – Source Code" under the Protective Order entered in this case.

7. DX 316 discloses information relating to sales of Microsoft's Windows Mobile 5.0 operating system. This information was obtained from Microsoft's MS Sales database, which is maintained in a secure manner within Microsoft. Access to this database is restricted even among Microsoft employees. Microsoft considers its sales and revenue information to be

1  highly confidential and public disclosure of the information would be harmful to Microsoft's
2  business by making available pricing and other competitive information.
3       8.    Public exposure of the information discussed above would cause significant
4  competitive harm to Microsoft. It would provide Microsoft's competitors with an unfair
5  advantage and erode the value of Microsoft's investment in the development of its software.
6  Sealing of this information is particularly appropriate because Microsoft, as a third party to this
7  litigation, did not choose to put its information into issue.
8       I declare under penalty of perjury under the laws of the United States that the foregoing
9  is true and correct to the best of my knowledge and belief.

Dated: April 14, 2014       By: /s/ William J. Harmon
                                William J. Harmon

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)
3397156.1

**ATTESTATION**

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that William J. Harmon has concurred in this filing.

Dated:  April 15, 2014                                  */s/  Michael L. Fazio*
                                                                        Michael L. Fazio