UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Monday, April 14, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown            Time in Court: 5hr 10 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
  PLAINTIFF                                    DEFENDANTS

| Attorneys present: | Attorneys present: |
| --- | --- |
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | |

**PROCEEDINGS:   JURY TRIAL—DAY SEVEN**

| | |
| --- | --- |
| 9:07 a.m. | All parties present, all jurors present, Witness Bjorn Bringert is sworn and testifies. |
| 9:33 a.m. | Witness Dianne Hackborn is sworn and testifies. |
| 9:57 a.m. | Witness Dae Il (Dale) Sohn is sworn and testifies. |
| 10:31 a.m. | The morning recess is taken. |
| 10:46 a.m. | The Court and counsel resume with discussion of issues. |
| 10:48 a.m. | Jury now present, the matter resumes with further testimony by Witness Sohn |
| 11:21 a.m. | Paul Westbrook is sworn and testifies. |
| 11:48 a.m. | Todd Pendleton is sworn and testifies. |
| 12:00 p.m. | The noon recess is taken. |
| 1:04 p.m. | All parties present the matter resumes. |
| 1:43 p.m. | Video deposition excerpts are shown. |
| 2:00 p.m. | Witness Lars Frid-Nielsen is sworn and testifies. |
| 2:15 p.m. | The afternoon recess is taken. |
| 2:29 p.m. | All parties present, the matter resumes.  Witness Youngmi Kim is sworn and testifies.  Korean interpreters, Ann Park and Albert S. Kim, are sworn to interpret. |
| 3:29 p.m. | The Jury is excused for the second afternoon recess. The Court and counsel discuss matters. |

| | |
|---|---|
| 3:36 p.m. | The recess is taken. |
| 3:47 p.m. | All parties present, affidavit of unavailable witness Christopher Butler is read into the record.  Interrogatory response is read into the record. |
| 3:54 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 3:57 p.m. | Court is adjourned until Tuesday, April 15, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    DX 335,447, 331, 332, 330, 342, 508
    PX 216, 215, 206, 431, 435


Exhibits SDX 3009, 3010, 3005, 506 are marked for lodging.