| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |   HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com |   HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California  94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone:  (650) 858-6000 |
| rkrevans@mofo.com | Facsimile:  (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | |
| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 79-5(e), Plaintiff and Counterclaim-Defendant Apple Inc.
2  ("Apple") submits this Notice regarding Samsung's Administrative Motion to File Under Seal
3  Exhibits C, D, and E to the Declaration of Michael L. Fazio in Support of Samsung's High
4  Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for
5  Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim, Lundberg, Pfeifer, Rinard,
6  Wigdor, and Wong ("Fazio Declaration") (Dkt. No. 1673).

    Apple does not maintain a claim of confidentiality over any portion of Exhibits C, D, and
E to the Fazio Declaration.

Dated: April 15, 2014                    WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                         */s/* Mark D. Selwyn
                                         Mark D. Selwyn (SBN 244180)
                                         (mark.selwyn@wilmerhale.com)
                                         950 Page Mill Road
                                         Palo Alto, CA  94304
                                         Telephone:  (650) 858-6000
                                         Facsimile:  (650) 858-6100

                                         *Attorneys for Plaintiff and*
                                         *Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 15, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>   */s/* Mark D. Selwyn
>   Mark D. Selwyn