1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California  94304-1211
   Telephone:  (650) 849-5300
5  Facsimile:  (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 Morrison & Foerster LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

15  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16  **UNITED STATES DISTRICT COURT**
17  **NORTHERN DISTRICT OF CALIFORNIA**
    **SAN JOSE DIVISION**
18

19  APPLE INC., a California corporation,

20          Plaintiff,

21      vs.

22  SAMSUNG ELECTRONICS CO., LTD., a
23  Korean business entity; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
24  York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA,
25  LLC, a Delaware limited liability company,

26          Defendants.

27

28

Case No. 12-cv-00630-LHK (PSG)

**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") hereby moves

2    to seal the following documents:

3       1.   Apple's Objections and Responses to Objections Regarding Sarah Chandler, Jeffrey

4            Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David

5            Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Apple's Objections

6            and Responses"); and

7       2.   Exhibits 1, 3, and 5 to the Declaration of Ruth N. Borenstein in Support of Apple's

8            Objections and Responses.

9       Apple's Objections and Responses and Exhibits 1, 3, and 5 contain information that

10   Samsung may consider confidential.  Apple expects that Samsung will file the required

11   supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether

12   the information contained in Apple's Objections and Responses and Exhibits 1, 3, and 5 should

13   be sealed.

14      Apple does not maintain a claim of confidentiality with respect to Apple's Objections and

15   Responses or Exhibits 1, 3, and 5.  Apple does not file a proposed redacted version of the

16   aforementioned document in accordance with the Court's Order requiring the parties to meet and

17   confer before filing public redacted documents.  (1846 Dkt. 2934.)

18      For the foregoing reasons, Apple has moved to file Apple's Objections and Responses

19   and Exhibits 1, 3, and 5 under seal.  Pursuant to Civil Local Rule 7-11, Apple's counsel met and

20   conferred with Samsung's counsel regarding this motion to seal.  Samsung does not oppose

21   Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for

22   filing Apple's Objections and Responses under seal.  Samsung reserves the right to challenge

23   any proposed redactions to the extent it believes those redactions improperly seal non-

24   confidential information.  Within 7 days of Samsung filing its declaration in support of sealing,

25   the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's

26   Objections and Responses and Exhibits 1, 3, and 5 identifying what information Samsung has

27   supported sealing.

28

1    Dated:  April 16, 2014                    MORRISON & FOERSTER LLP

2

3                                              */s/ Rachel Krevans*
                                               Rachel Krevans

4                                              *Attorneys for Plaintiff and*
                                               *Counterclaim-Defendant Apple Inc.*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28