1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| 12  APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| 13           Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 14      vs. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 19           Defendants. | |

21
22
23
24
25
26
27
28

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Apple's Objections and Responses") and Exhibits 1, 3, and 5 to the Declaration of Ruth N. Borenstein in support of Apple's Objections and Responses. Apple has also filed the Declaration of Ruth N. Borenstein in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's Objections and Responses | Portion(s) indicated by Samsung. |
| Exhibit 1 | Portion(s) indicated by Samsung. |
| Exhibit 3 | Portion(s) indicated by Samsung. |
| Exhibit 5 | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                     Hon. Lucy H. Koh
                                     United States District Judge