JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING REGARDING SARAH CHANDLER, JEFFREY CHASE, NICK DICARLO, TULIN ERDEM GARY HALL, GREG JOSWIAK, ART RANGEL, DAVID REIBSTEIN, PHILIP SCHILLER, STEVEN SINCLAIR AND DANIEL WINSHIP** |

I, Ruth N. Borenstein, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Objections and Responses to Objections Regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Apple's Objections and Responses").

2. Attached as **Exhibit 1** is a true and correct copy of Appendix C ("Materials Relied Upon") to the Rebuttal Expert Report of Tulin Erdem.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the transcripts of Dr. Reibstein's pre-test interviews produced by Samsung.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 8 to the Rebuttal Expert Report of David Reibstein.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of the July 11, 2013 deposition of Daniel Winship.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt from the Opening Expert Report of Christopher A. Vellturo, Ph.D.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49 dated October 4, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of April, 2014, in San Jose, California.

*/s/ Ruth N. Borenstein*
Ruth N. Borenstein

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ruth N. Borenstein has concurred in this filing.

Dated:   April 16, 2014                             */s/ Rachel Krevans*
                                                                  Rachel Krevans