Exhibit 2

Respondent PHIL 1

START OF INTERVIEW 1

[01:19:02]
MODERATOR: Good morning. Hi, [RESPONDENT] [ph], I'm [MODERATOR] [ph].

[01:19:04]
RESPONDENT: Nice to meet you.

[01:19:04]
MODERATOR: Nice to meet you. Please, right over there. How is your day starting off so far?

[01:19:09]
RESPONDENT: Over here or here?

[01:19:10]
MODERATOR: Right here.

[01:19:11]
RESPONDENT: Thank you.

[01:19:13]
MODERATOR: You got a - good. Are you a -

[01:19:16]
RESPONDENT: Solid morning.

[01:19:17]
MODERATOR: Are you a morning person? To take the eight AM slot.

[01:19:19]
RESPONDENT: When I have a choice. Yeah.

[01:19:24]
MODERATOR: Well, I do appreciate you being here today.

[01:19:27]
RESPONDENT: My pleasure.

[01:19:28]
MODERATOR: Have you ever done anything like this before?

[01:19:29]
RESPONDENT: Nope.

typed. The automatic word correction feature allows you to automatically replace your original text with suggested text when, for example, you press space to move on to the next word you want to type or you press period to end the sentence. For example, if you type "birfday" and then press space or period, you will automatically replace it with "birthday". Without this feature, pressing space or period would retain your original text "birfday". If you want to replace your original text, you would need to select the suggested "birthday" yourself. The automatic word correction feature is represented in the survey by this icon. With the S pen feature, your smartphone comes with a stylus or electronic pen. In addition to the finger gestures you normally use on your smartphone, this feature gives you the option to use the stylus to navigate menus and enter information. For example, you can write directly in the calendar application of your device as if you are hand writing on a paper calendar. The S pen feature is represented in the survey by this icon. The diagonal length of the screen could be 4 inches, 4.8 inches, 5 inches or 5.5 inches. The four different screen sizes are represented in the survey by these icons. The panorama feature allows you to take wide-angle panoramic camera shots that cannot be contained in a single frame. You can point your device's camera is the direction in which you want to begin your panoramic shot and when the first frame you want is fully within the green square on the screen, you can take the picture and then move the camera over to take the next part of the panoramic shot. You can repeat this process up to eight times, moving the camera one frame over in each case. The panorama then automatically stitches together the different photos you have taken to for one single panoramic image. The panorama feature is represented in the survey - The best photo feature allows you to automatically capture eight photos of whatever you are taking a picture of so that you can choose the best single photo to keep. For example, if you want to have a picture of a hot air balloon, the best photo feature will take eight successive photos automatically so that you can select the one photo of that hot air balloon that you feel is best and discard the rest. The best photo feature is represented in the survey by this icon. The smile shot feature allows you to capture pictures while your subjects are smiling. For example, if you are taking a photo of a child, smile shot enables your smartphone's camera to detect when the child is smiling - The buddy photo share feature allows you to tag and share pictures with individuals listed in your contacts. For example, when you take a picture using your smartphone this feature will automatically place a yellow box around each face it detects in that picture. You can then tap each box to tag that face as one of your existing contacts and then tap the face of your contact to choose to email or message the picture to that contact. You can also tap the send button on the upper-right to email the picture to all the contacts tagged in the picture. Without this feature, you would have to manually send your photos to your contacts. The buddy photo share feature is represented in the survey by this icon.

[01:46:44]
MODERATOR: Here I'm going to jump in with a few questions. So, now you've been through all of the features. Talk to me about how you found all that material in terms of clarity and helpfulness.

[01:46:57]
RESPONDENT: It was very, very clear. The only think that maybe bothered me is that even if I read this and I read faster than the video, I can't click next until the timer runs out.

[01:47:14]
MODERATOR: Let me ask you this, did you, were there times that you wanted to watch the video or did you always wish that you could have skipped past the video?

Respondent PHX 1

08.22.2013 - Phoenix
Respondent 1

START OF INTERVIEW 1

[02:07:30]
MODERATOR: I'm sorry, right here.

[02:07:31]
RESPONDENT: Right here?

[02:07:34]
MODERATOR: How are you doing today?

[02:07:36]
RESPONDENT: Great.

[02:07:36]
MODERATOR: Good. You must be a morning person to take this morning slot.

[02:07:40]
RESPONDENT: Yes, I have other things to do so yes.

[02:07:43]
MODERATOR: Well I appreciate you coming in. Have you ever done anything like this before?

[02:07:47]
RESPONDENT: No, I haven't.

[02:07:49]
MODERATOR: Great. So let me take a few minutes to just give you some background to let you know what to expect. So let's see, the subject because I know you're expecting a smartphone. And we will basically be pre-testing a survey about smart phones. So what that means is, this company has developed a survey or a questionnaire about smart phones that will eventually be something that hundreds and maybe even thousands of people go through and answer. So they've developed a survey but before they go live and have all those people go through it they want to do a test drive. Find out if there's any kinks or any parts of the survey that maybe need to be tweaked, to make sure that it works really well once it actually gets live. So that's what we will be doing. There will be times when I'll just let you just kind of go with the survey, just answering questions that you're kind of as you go, going to the survey as you choose to. And other times that I'll be stopping and asking a lot of questions. Again, the point of that is to try to get a sense for how you're finding the survey, if anything is confusing, things like that. I encourage you to be very candid. Please don't hold back. I think sometimes people are embarrassed to say that they don't understand something but in this case that's my whole reason for being here. If something's not clear, if you're finding you have to read it three times for you to understand it, or you're just not getting it that's what I would want to know. Anonymity is part of this process, so we keep track of what we have learned about the survey. We do not keep track of who said what. But the people we talk to, there's no names or anything like that. We do

Respondent PHX 1

08.22.2013 - Phoenix
Respondent 1

[02:16:51]
[PRESENTATION PLAYS]

[02:17:31]
RESPONDENT: Do I just click the X here?

[02:17:36]
MODERATOR: Yes, you can click the X here. Mostly pretending I'm not here but -

[02:17:39]
RESPONDENT: I'm sorry.

[02:17:40]
MODERATOR: No, no. That's OK. That's [INAUDIBLE]

[02:18:24]
[PRESENTATION PLAYS]

[02:26:14]
MODERATOR: Sorry, because it's a prototype sometimes it takes a little while for the video to come up. That's something they'll fix. It isn't usually long. I've never seen it take that long before. Let's click out and try again, try starting the video again.

[02:26:57]
[PRESENTATION PLAYS]

[02:38:59]
MODERATOR: All right, I'm going to jump back in. So you've just now seen videos for all of these different features. How did you feel that was? Did you feel you understood?

[02:39:11]
RESPONDENT: Yes, I did. Most of these features I did have and my Samsung Galaxy S2, so I'm kind of familiar with them but also some of the picture ones I wasn't really familiar with. Which like, and all the explanations for all of those were pretty clear.

[02:39:32]
MODERATOR: Did you feel at any point did you had any difficulty understanding what the feature was about?

[02:39:38]
RESPONDENT: No.

4