# Exhibit 4

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4                No. 12-CV-00630-LHK
 5    ------------------------------------------------X
 6    APPLE INC., a California
      corporation,
 7
 8         Plaintiff(s),
 9    vs.
10    SAMSUNG ELECTRONICS, CO., LTD.,
      a Korean business entity;
11    SAMSUNG ELECTRONICS AMERICA, INC.,
      a New York corporation;
12    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability company,
13
14         Defendant(s).
15    ------------------------------------------------X
16
17
18
19    VIDEOTAPED DEPOSITION OF DANIEL N. WINSHIP
20                  Atlanta, Georgia
21                   July 11, 2013
22
23    Reported by:
24    JoRita B. Meyer, RPR, RMR, CRR, CCR
25    Job No. 63527
```

| | | |
|---|---|---|
| 1 | Q. Had you spoken with Quinn prior to | 10:08 |
| 2 | this June 10-June 11 time frame? | 10:08 |
| 3 | A. Yes. | 10:08 |
| 4 | Q. When did you first speak with them | 10:08 |
| 5 | about this case? | 10:08 |
| 6 | A. Sometime in May. | 10:08 |
| 7 | Q. And what was that regarding? | 10:08 |
| 8 | A. They contacted me to ask me some | 10:08 |
| 9 | questions about Evolution and my involvement in | 10:08 |
| 10 | it. | 10:08 |
| 11 | Q. And in particular, what did you talk | 10:08 |
| 12 | to them about prior to this June 10-June 11 | 10:08 |
| 13 | time frame with respect to Evolution and your | 10:09 |
| 14 | involvement in it? | 10:09 |
| 15 | A. I don't remember all the specifics. | 10:09 |
| 16 | They asked some questions about the time frame | 10:09 |
| 17 | that I was involved and what parts of it I | 10:09 |
| 18 | worked on. | 10:09 |
| 19 | Q. And what time frame were you involved | 10:09 |
| 20 | in Evolution? | 10:09 |
| 21 | A. From the beginning of writing it in | 10:09 |
| 22 | early 2000 until roughly Evolution 2.0. I | 10:09 |
| 23 | don't remember the exact date that was. | 10:09 |
| 24 | Q. And what parts of Evolution did you | 10:09 |
| 25 | work on? | 10:09 |

1    A.   Originally the mail component, and          10:09
2  later the exchange connector, and to a lesser      10:09
3  extent on other parts.                             10:09
4    Q.   Do you remember the time frame that         10:10
5  you worked on the mail component?                  10:10
6    A.   Early 2000 until sometime in 2001 was       10:10
7  when I did the majority of the work that I did     10:10
8  on the mail component.                             10:10
9    Q.   Do you remember the time frame that         10:10
10 you worked on the exchange component?              10:10
11   A.   The time after that.  So from some          10:10
12 point in 2001 until I stopped working on it.       10:10
13   Q.   Do you remember when you stopped            10:10
14 working on it?  Is that the Evolution 2.0?         10:10
15   A.   Yeah.  Yes.                                 10:10
16   Q.   After you stopped working on the mail       10:10
17 component, did you have any further action with    10:10
18 the mail component, such as -- well, strike        10:10
19 that.                                              10:10
20        After you stopped working on the mail       10:10
21 component, did you continue to have any            10:10
22 interaction with the mail component?               10:11
23        MR. CURRAN:  Objection.  Vague.             10:11
24        THE WITNESS:  Yes.                          10:11
25 BY MS. SIMMONS:                                    10:11

1  believe at around the same time I stopped            10:30
2  working on Connector, within a year of that. I       10:30
3  forget the exact date.                               10:30
4       Q.   Why did you stop working on the            10:31
5  Connector within a year of the Novell                10:31
6  acquisition?                                         10:31
7       A.   It wasn't connected.  I just remember      10:31
8  that it happened at around the same time.            10:31
9       Q.   What was your position at Novell?          10:31
10      A.   Same.  I was a computer programmer,        10:31
11 software engineer.                                   10:31
12      Q.   Once you stopped working on the            10:31
13 Connector, what did you work on at Novell?           10:31
14      A.   The next project that I worked on          10:31
15 involved mono.                                       10:31
16      Q.   So am I correct that you began your        10:31
17 work on Evolution when you were at Ximian and        10:31
18 continued it for about a year or so while at         10:31
19 Novell?                                              10:32
20      A.   I don't remember exactly how much          10:32
21 overlap there was with the time at Novell, but       10:32
22 I worked on it until Evolution 2.0.                  10:32
23      Q.   Could you explain briefly what             10:32
24 Evolution is?                                        10:32
25           MR. CURRAN:  Objection.  Vague.            10:32

| | | |
|---|---|---|
| 1 | component? | 10:33 |
| 2 | A. Some. | 10:33 |
| 3 | Q. What about the contacts component? | 10:33 |
| 4 | A. Some. | 10:33 |
| 5 | Q. Did you work with -- work on data | 10:33 |
| 6 | synchronization in Evolution? | 10:33 |
| 7 | MR. CURRAN: Objection. Vague. | 10:33 |
| 8 | THE WITNESS: Yes. | 10:33 |
| 9 | BY MS. SIMMONS: | 10:33 |
| 10 | Q. Did you work on this for the calendar | 10:33 |
| 11 | component? | 10:33 |
| 12 | A. Some, I believe, yes. | 10:33 |
| 13 | Q. What about for the contacts | 10:33 |
| 14 | component? | 10:34 |
| 15 | A. I'm not sure. | 10:34 |
| 16 | Q. And the mail component? | 10:34 |
| 17 | A. Yes. | 10:34 |
| 18 | Q. You said that the last version you | 10:34 |
| 19 | worked on of Evolution was 2.0; is that right? | 10:34 |
| 20 | A. That's the last version I did any | 10:34 |
| 21 | major amount of work on. I believe I did some | 10:34 |
| 22 | small bug fixes occasionally after that. | 10:34 |
| 23 | Q. Do you recall what prior versions of | 10:34 |
| 24 | Evolution you worked on? | 10:34 |
| 25 | A. All of them. | 10:34 |

Page 35

1   A.   Not entirely.  It's -- it's somewhat          10:50
2   strangely organized.  It appears to be trying      10:50
3   to show the general organization of the            10:50
4   different components of Evolution.                 10:50
5   Q.   Why do you say it's strangely                 10:50
6   organized?                                         10:50
7   A.   Because the different parts that are          10:50
8   encapsulated in the same rectangle or broken       10:50
9   out into separate rectangles don't match --        10:50
10  don't exactly match either the architecture or     10:50
11  the source code layout.                            10:50
12  Q.   Is that the architecture or source            10:50
13  code layout as of Evolution 2.0?                   10:50
14  A.   Well, this -- this drawing would have         10:51
15  to have been made after Evolution 2.0 because      10:51
16  it refers to GroupWise.  But the -- I don't        10:51
17  remember exactly which parts were where on the     10:51
18  source tree in Evolution 2.0.  I know it is not    10:51
19  accurate.                                          10:51
20       Actually, yeah, it -- I don't think           10:51
21  it's accurate, either the current source or the    10:51
22  2.0 source.                                        10:51
23  Q.   What's the basis of your knowledge            10:51
24  for the current version of Evolution?              10:51
25  A.   As I said, I've occasionally had              10:51

Page 36

| | | |
|---|---|---|
| 1 | reason to make small bug fixes or look at | 10:51 |
| 2 | certain code in Evolution as part of other work | 10:52 |
| 3 | I was doing.  And so I'm still slightly | 10:52 |
| 4 | familiar with some changes that have been made | 10:52 |
| 5 | since I stopped working on it. | 10:52 |
| 6 | Q.   Is there anything on this diagram | 10:52 |
| 7 | that you can point to as being inaccurate? | 10:52 |
| 8 | A.   It's not so much inaccurate as it's | 10:52 |
| 9 | difficult to say exactly what some of the | 10:52 |
| 10 | arrows and boxes mean. | 10:52 |
| 11 | Q.   Do you see the Evolution data server | 10:52 |
| 12 | box on the diagram? | 10:52 |
| 13 | A.   Yes. | 10:52 |
| 14 | Q.   Do you know what the Evolution data | 10:53 |
| 15 | server is? | 10:53 |
| 16 | A.   Yes. | 10:53 |
| 17 | Q.   Could you describe what it is? | 10:53 |
| 18 | A.   It's part of the back end of | 10:53 |
| 19 | Evolution that handles most of the calendar and | 10:53 |
| 20 | address book storage and communication. | 10:53 |
| 21 | Q.   Is the Evolution data server a remote | 10:53 |
| 22 | server? | 10:53 |
| 23 | A.   No. | 10:53 |
| 24 | Q.   Is it local? | 10:53 |
| 25 | A.   Yes. | 10:53 |