Exhibit 6


JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES NOS.  1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49<br><br>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

Apple also notes that the parties have agreed to and the Court has ordered a date for supplementation of discovery responses to include identification of documents through August 23, 2013 and therefore, Apple will further supplement its response to this Interrogatory at that time (or at a later time if agreed by the parties).

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 27:**

In additional to the documents previously identified by Apple in response to this interrogatory, Apple may further rely on some or all of the following at trial in this matter:

a) All Samsung accused devices made available for inspection by Apple;

b) All telephones, smartphones, tablets, or other devices relied on or made available for inspection by any party or third party to this litigation;

c) All documents identified in Apple's responses to Samsung's Interrogatories, including but not limited to, Apple's supplemental responses, all of which are hereby incorporated by reference;

d) The documents identified in the attached Appendices A, B, C, D, E, F, G, H, I, J, and K;

e) All source code made available for inspection, produced or printed by any party or third party to this litigation;

f) All documents, source code, deposition testimony and other evidence relied on, referred to or otherwise cited in in any of the expert reports served by Apple in this litigation, including all exhibits, appendices, errata, and supplementations thereto

g) Without waiving any arguments with regards to admissibility of any evidence cited therein, all documents, source code, deposition testimony and other evidence relied on, referred to or otherwise cited in in any of the expert reports served by Samsung in this litigation, including all exhibits, appendices, errata, and supplementations thereto

infringement of the patents in suit is demonstrated by Apple's Infringement Contentions and all of the evidence cited therein, including any amendments to those Infringement Contentions. All of such evidence is incorporated by reference herein as evidence to show infringement, copying, failure to design around after notice of infringement, and the importance of the patented features to Samsung, Google and customers. Additional documents evidencing Samsung's infringement of the patents in suit include, but are not limited to, the documents identified in the attached Exhibits A-G. Apple also incorporates by reference its responses and supplemental responses to Samsung's Interrogatory Nos. 5 and 10.

Discovery is ongoing and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 39:**

Additional evidence of Samsung's direct competition with Apple in relevant markets, as well as actual and reconstructed market shares, includes but is not limited to the evidence identified in the attached Appendix G. Additional evidence of demand for the patented products, including demand for the patented features at issue in this case, includes but is not limited to the evidence identified in the attached Appendix H. Additional evidence relating to Apple's capacity to exploit demand includes the evidence identified in the attached Appendix I. Additional evidence relating to Apple's loss of valuable customers includes the evidence identified in the attached Appendix J. Additional evidence relating to Apple's damages includes the evidence identified in the attached Appendix K. Apple also incorporates by reference its responses and supplemental responses to Samsung's Interrogatory Nos. 5, 10 and 49.

In addition to the documents identified above and those identified previously by Apple in response to this Interrogatory, the harm caused to Apple by Samsung's infringement and the calculation of damages are the subject of expert opinion found in the following expert

reports, which are hereby incorporated by reference:
- Opening Expert Report of Christopher A. Vellturo, PH.D., dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Expert Report of John R. Hauser, August 11, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Declaration of Christopher Vellturo, PH.D., dated February 8, 2012 and all exhibits, appendices, errata, and supplementations thereto
- Reply Declaration of Christopher Vellturo, PH.D., dated May 14, 2012 and all exhibits, appendices, errata, and supplementations thereto

Moreover, evidence to show infringement, copying, failure to design around after notice of infringement of the patents-in-suit lack on non-infringing alternatives, and the importance of the patented features to Samsung, Google and customers includes, but is not limited to, the Samsung accused devices that Apple has made available for inspection and the documents identified in the attached Appendices A, C, E, and H.  These matters are also the subject of expert opinion found in the following reports, which are hereby incorporated by reference.
- Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 And 7,761,414 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Initial Expert Report Of Dr. Todd C. Mowry Regarding Infringement Of U.S. Patent No. 5,946,647 dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Expert Report Of Professor Andrew Cockburn dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto

**INTERROGATORY NO. 40:**

Separately, for each asserted claim, provide a chart identifying where each element is supported by the written description for each of the APPLE PATENTS-IN-SUIT, including where each claim element is supported by the written description of a patent to which each claim claims priority.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 4, 2013 | By: */s/ H. Mark Lyon* |
| 3 | | JOSH A. KREVITT (CA SBN 208552) |
| 4 | | jkrevitt@gibsondunn.com |
| | | H. MARK LYON (CA SBN 162061) |
| 5 | | mlyon@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 6 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304-1211 |
| 7 | | Telephone: (650) 849-5300 |
| | | Facsimile: (650) 849-5333 |
| 8 | | |
| | | HAROLD J. MCELHINNY (CA SBN 66781) |
| 9 | | hmcelhinny@mofo.com |
| 10 | | MICHAEL A. JACOBS (CA SBN 111664) |
| | | mjacobs@mofo.com |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 14 | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| 15 | | |
| | | MARK D. SELWYN (SBN 244180) |
| 16 | | (mark.selwyn@wilmerhale.com) |
| | | WILMER CUTLER PICKERING |
| 17 | |   HALE AND DORR LLP |
| | | 950 Page Mill Road |
| 18 | | Palo Alto, California 94304 |
| | | Telephone: (650) 858-6000 |
| 19 | | Facsimile: (650) 858-6100 |
| 20 | | WILLIAM F. LEE (admitted *pro hac vice*) |
| | | (william.lee@wilmerhale.com) |
| 21 | | WILMER CUTLER PICKERING |
| | |   HALE AND DORR LLP |
| 22 | | 60 State Street |
| | | Boston, Massachusetts 02109 |
| 23 | | Telephone: (617) 526-6000 |
| | | Facsimile: (617) 526-5000 |
| 24 | | |
| | | ***Attorneys for Plaintiff and Counterclaim-*** |
| 25 | | ***Defendant Apple Inc.*** |
| 26 | | |
| 27 | | |
| 28 | - 350 – | |