1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| 19             Plaintiff, | |
| 20        vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendants. | |

25
26
27
28

DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion To File Under Seal Documents Relating to Samsung's High Priority Objections and Responses Regarding Exhibits and Demostratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship

3. Samsung moves to file under seal:

- Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship
- Exhibit A to the Declaration of Michael L. Fazio In Support of Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship ("Fazio Decl.").
- Exhibit B to the Fazio Decl.

4. Samsung does not maintain a claim of confidentiality over the Exhibit B listed in paragraph 3.  Exhibit B to the Fazio Declaration includes information Apple has designated highly confidential under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 16, 2014, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio