1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship("Fazio Decl.").

Having considered Samsung's motion, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship | Page 1:6-9 |
| Exhibit A to the Declaration of Michael L. Fazio In Support of Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship("Fazio Decl."). | Paragraphs 237-239 |
| Exhibit B to the Fazio Decl. | Pages 141-142 |

Furthermore, the Court GRANTS Samsung's request to keep exhibits and demonstratives subject to the parties' objections, which were filed on ECF pursuant to the Court's Order, Dkt. No. 1616, under seal until the relevant document is admitted at trial.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge