1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR CHANDLER, CHASE, DICARLO, ERDEM, HALL, JOSWIAK, RANGEL, REIBSTEIN, SCHILLER, SINCLAIR, AND WINSHIP** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Expert Report of Jeffrey Chase, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No. 7,761,414, dated August 12, 2013. This report has been designated Attorneys' Eyes Only.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patents Nos. 6,847,959 and 7,761,414, dated September 13, 2013. This report has been designated highly confidential.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Rebuttal Expert Report of Tulin Erdem, dated September 13, 2013.

5. Attached as Exhibit D is a true and correct copy of Exhibit 40b to the Rebuttal Expert Report of Tulin Erdem, dated September 13, 2013.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Rebuttal Expert Report of David Reibstein, dated September 13, 2013.

7. Attached as Exhibit F is a true and correct copy of excerpts from the July 11, 2013 Deposition of Daniel Winship.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2014, at San Jose, California.

                                                         */s/ Michael L. Fazio*
                                                         Michael L. Fazio