# EXHIBIT C

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-00630-LHK |

**REBUTTAL EXPERT REPORT OF TÜLIN ERDEM**
**SEPTEMBER 13, 2013**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

260.  In Study 2, the number of fixations on brand, price, and **L** attributes all positively predict choice (and are highly statistically significant) in the conditional logit model, when controlling for other relevant factors: brand characteristics, participant smartphone ownership segment, and study complexity (see Exhibit 40).  Model estimates imply that increased visual attention (# of fixations) incrementally increases choice probability. These effects occur even when accounting for fixations on **M** (secondary attributes shown in medium and high complexity only) and **H** attributes (secondary attributes shown only to high complexity).

261.  Similar results occur in Study 3.  Fixations on brand, price, and the main attributes in the **L** group all positively predict tablet choice (and are highly statistically significant); see Exhibit 41. Model estimates imply that increased visual attention (# of fixations) incrementally increases choice probability. These effects occur even when accounting for fixations on **H** attributes (attributes shown only to high complexity).

262.  <u>Choice Hypothesis 4 ("Attribute Importance Effect")</u>: Unlike attention to main attributes and brand, visual attention on the secondary attributes in **M** and **H** do not predict choice over and above the **L** attributes as the effect of these attributes is insignificantly different from zero in the model; see Exhibit 40.  An interpretation of this insignificance is that these sets of attributes are less relevant to the complex choice task, once accounting for brand and main attributes.

263.  Similarly for tablets, fixations on **H** are not significant predictors of choice on top of fixations on **L** (see Exhibit 41).  An interpretation is that these sets of attributes are less relevant to the complex choice task, once accounting for core attributes.

264.  The results for Study 2 and Study 3 indicate that visual attention to attributes categorized as brand or main attributes according to external sources predicts device choice, but attention

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

to secondary attributes have no predictive effect when accounting for attention to the main attributes. This pattern is consistent with consumers relying more on the attribute levels for the main attributes in their choice decision.

### 8. **My Consumer Research Confirms that the Relevance of Secondary Attributes in Predicting Choice is a Result of Misspecification**

265. I assess the impact of omitted variable bias on the relevance of visual attention to secondary attributes on choice by intentionally revising my predictive choice model to return an "erroneous" model. Specifically, I exclude visual attention to the attributes commonly cited as impacting demand.

266. As detailed in the previous section, visual attention to secondary attributes is not predictive of smartphone or tablet choice in the models specified in accordance with theory. However, statistical and economic inferences regarding the relevance of these secondary attributes can be distorted, through the exclusion of measures of visual attention to the main attributes that drive demand. Results of this distortion become demand artifacts, spurious results stemming from modeling error.

267. Theory predicts that consumers select a brand in a complex decision environment using, at least in part and potentially primarily, information on the main attributes of the devices. When excluded, some of the impact of these main attributes is mechanically applied by the statistical model to other attributes that are correlated with the excluded main attributes – a classic *omitted variables bias* problem. Inference in such circumstances is compromised.

268. Exhibit 42 shows the results for the smartphone predictive choice models for Study 2. The exhibit presents several Models (5-7) that exclude the **L** attributes; I include Model 4 (from Exhibit 41 for comparison). Notably, visual attention to secondary attributes become highly significant and impactful predictors of device choice after exclusion of visual attention

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

350. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

_____

Signed on September 13, 2013 at New York, New York