# EXHIBIT D

## Exhibit 40b: Study 2 - Predictive Choice Model Results[1]

|  | Model 1 | | Model 2 | | Model 3 | | Model 4 | |
|---|---|---|---|---|---|---|---|---|
| McFadden's Pseudo R² [2] | 0.15 | | 0.61 | | 0.61 | | 0.61 | |
| Log Likelihood[2] | -468.53 | | -215.60 | | -212.66 | | -212.05 | |
| Akaike's Information Criterion (AIC)[2] | 977.1 | | 481.2 | | 483.3 | | 488.1 | |
| Schwarz Criterion (BIC)[2] | 1053.8 | | 577.1 | | 594.5 | | 610.8 | |
| Degrees of Freedom[3] | 20 | | 25 | | 29 | | 32 | |
|  | Coefficient | p-value[4] | Coefficient | p-value[4] | Coefficient | p-value[4] | Coefficient | p-value[4] |
| **Device** | not signif. | 0.187 | not signif. | 0.200 | not signif. | 0.224 | not signif. | 0.208 |
| Apple iPhone 5 ("Apple") | 0.338 | 0.415 | 0.426 | 0.482 | 0.523 | 0.400 | 0.651 | 0.319 |
| Samsung Galaxy Note II ("Samsung") | 0.570 | 0.149 | 0.827 | 0.141 | 0.902 | 0.115 | 0.992 | **0.096** |
| HTC One ("HTC") | -0.104 | 0.821 | 0.430 | 0.497 | 0.520 | 0.420 | 0.641 | 0.341 |
| Motorola Droid RAZR MAXX HD ("Motorola") | 0.693 | **0.074** | 1.277 | **0.027** | 1.286 | **0.028** | 1.413 | **0.024** |
| Reference: Nokia Lumia 920 ("Nokia") | | | | | | | | |
| **Device - Segment**[8] | joint signif. | **< 0.001** | joint signif. | **< 0.001** | joint signif. | **< 0.001** | joint signif. | **< 0.001** |
| Apple - Apple SP Owner | 1.606 | **0.004** | 1.960 | **0.017** | 1.833 | **0.030** | 1.585 | **0.067** |
| Apple - Samsung SP Owner | 1.042 | 0.244 | 1.870 | 0.149 | 1.487 | 0.255 | 1.147 | 0.377 |
| Apple - Other SP Owner | 0.174 | 0.793 | 0.722 | 0.459 | 0.494 | 0.615 | 0.370 | 0.714 |
| Samsung - Apple SP Owner | 0.179 | 0.759 | -0.789 | 0.343 | -0.949 | 0.269 | -1.024 | 0.230 |
| Samsung - Samsung SP Owner | 2.556 | **0.002** | 2.557 | **0.039** | 2.211 | **0.074** | 1.925 | 0.114 |
| Samsung - Other SP Owner | 0.616 | 0.313 | 0.159 | 0.856 | -0.032 | 0.971 | -0.116 | 0.898 |
| HTC - Apple SP Owner | 0.661 | 0.301 | -0.031 | 0.973 | -0.182 | 0.843 | -0.377 | 0.684 |
| HTC - Samsung SP Owner | 2.294 | **0.009** | 1.822 | 0.155 | 1.499 | 0.242 | 1.170 | 0.356 |
| HTC - Other SP Owner | 1.779 | **0.005** | 1.181 | 0.192 | 0.979 | 0.278 | 0.865 | 0.354 |
| Motorola - Apple SP Owner | -0.981 | 0.140 | -1.356 | 0.169 | -1.362 | 0.180 | -1.609 | 0.117 |
| Motorola - Samsung SP Owner | 0.917 | 0.290 | 0.390 | 0.763 | 0.113 | 0.931 | -0.223 | 0.864 |
| Motorola - Other SP Owner | 0.460 | 0.450 | 0.146 | 0.870 | -0.009 | 0.992 | -0.127 | 0.891 |
| Reference: Nokia, Non-SP Cell Phone Owner | | | | | | | | |
| **Device - Complexity**[9] | not signif. | 0.729 | joint signif. | **0.050** | joint signif. | **0.078** | not signif. | 0.105 |
| Apple - Complexity | -0.047 | 0.870 | 0.784 | **0.058** | 0.714 | **0.091** | 0.686 | 0.104 |
| Samsung - Complexity | -0.053 | 0.854 | 1.240 | **0.004** | 1.167 | **0.007** | 1.120 | **0.010** |
| HTC - Complexity | 0.004 | 0.989 | 0.602 | 0.191 | 0.535 | 0.249 | 0.510 | 0.275 |
| Motorola - Complexity | 0.187 | 0.508 | 0.696 | **0.091** | 0.656 | 0.114 | 0.636 | 0.125 |
| Reference: Nokia - Complexity | | | | | | | | |
| **Device Brand Fixations (No.)**[10] | | | 0.293 | **< 0.001** | 0.304 | **< 0.001** | 0.344 | **< 0.001** |
| **Device Brand Fixations - Segment** | | | | | | | not signif. | 0.734 |
| No. of Brand Fixations - Apple SP Owner | | | | | | | -0.074 | 0.341 |
| No. of Brand Fixations - Samsung SP Owner | | | | | | | 0.005 | 0.961 |
| No. of Brand Fixations - Other SP Owner | | | | | | | -0.054 | 0.492 |
| Reference: No. of Brand Fixations - Non-SP Owner | | | | | | | | |
| **Device Brand Fixations - Complexity** | | | | | -0.058 | 0.111 | -0.059 | 0.114 |
| **Price Fixations (No.)** | | | 0.330 | **< 0.001** | 0.330 | **< 0.001** | 0.324 | **< 0.001** |
| **Price Attributes Fixations - Complexity** | | | | | -0.075 | 0.275 | -0.078 | 0.259 |
| **L Attributes Fixations (No.)**[11] | | | 0.048 | **< 0.001** | 0.052 | **< 0.001** | 0.053 | **< 0.001** |
| **L Attributes Fixations (No.) - Complexity** | | | | | 0.014 | 0.206 | 0.015 | 0.170 |
| **M Attributes Fixations (No.)**[11] | | | 0.013 | 0.448 | 0.016 | 0.418 | 0.017 | 0.398 |
| **M Attributes Fixations (No.) - Complexity** | | | | | -0.016 | 0.631 | -0.017 | 0.610 |
| **H Attributes Fixations (No.)**[11] | | | 0.011 | 0.665 | 0.015 | 0.628 | 0.015 | 0.610 |

**Notes:**

[1] Model results from conditional logit specification. The number of observations for all regressions is 1710 (5 x 342: No. of devices x Final Sample Size). An observation is a participant-device.
[2] Goodness-of-fit measures for model specification.
[3] Degrees of freedom are the number of independent variables included in the model.
[4] P-values for t-tests (single variable) or Chi-2 tests (joint variable tests).
[5] A fixation is a period of minimal eye movement during which information is acquired. Fixations are identified using standard fixation detection algorithm; see Appendix E.
[6] Areas of interest (AOI) were constructed over each product-attribute cell. Product name and image are included in one AOI. A fixation is deemed to be in an AOI if the center of the fixation is within the coordinates of the AOI. Only fixations on AOIs are included in the analysis.
[7] Low Complexity Stimuli consists of 17 attributes by 5 products = 85 product-attribute cells; Medium Complexity Stimuli consist of 28 attributes by 5 products = 140 product-attribute cells; High Complexity Stimuli consist of 38 attributes by 5 products = 190 product-attribute cells.
[8] Segments are defined by smartphone (SP) ownership.
[9] The stimuli complexity measure is coded as follows: Low(-1), Medium(0), High(1).
[10] The total number of fixations per attribute or attributes is the sum of that participant's fixations on the AOIs for that attribute or attributes. Device Brand Fixations is the number of fixations on device name and image.
[11] **L** attributes are included in each complexity condition (Low, Medium, High) excluding Brand and Price, **M** attributes are included in Medium and High complexity, and **H** attributes are included in High complexity only.

**Sources:**

[1] Study 2 Hit Matrices and Participant Data