# EXHIBIT E

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>  Plaintiff (Counterclaim-Defendant),<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants (Counterclaim-Plaintiffs). | Civil Action No. 12-cv-00630-LHK |

**REBUTTAL EXPERT REPORT OF**

**DAVID REIBSTEIN**

**September 13, 2013**

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

*Reference Guide on Survey Research* that, in a pretest, the proposed survey should be administered to a sample of twenty-five to seventy-five respondents. During the pretest, the interviewers should observe the respondents for any confusion or difficulties respondents may have with the questions and probe for the source of any such confusion or difficulties. Questions subject to any such confusion or difficulties should then be rephrased before the full-scale survey is launched.[138] Pretests can improve the quality of a survey by increasing clarity and correcting misunderstandings.[139]

98.     Even if a single respondent expresses confusion or a lack of understanding during the pretest, that confusion and the reasons for that confusion should be carefully considered.[140] *The Art of Asking Questions*, a textbook Professor Hauser recommends as a "must read" in the syllabus for his research seminar in marketing, states that "if you are ever to write or critique a questionnaire:"

> Every objection that may be raised about the phrasing should be carefully considered, because that problem may occur many times over in the full-scale survey. If even a single test interview or comment from one of our associates implies any fault in the question, that fault should not be passed over. How many people in the final survey will stumble over the same obstacle?[141]

---

[138] S. Diamond, *Reference Guide on Survey Research* (Washington, DC: The National Academies Press, 2011).
[139] S. Diamond, *Reference Guide on Survey Research* (Washington, DC: The National Academies Press, 2011): 249.
[140] S. Payne, *The Art of Asking Questions* (Princeton: Princeton University Press, 1951): 16.
[141] S. Payne, *The Art of Asking Questions* (Princeton: Princeton University Press, 1951): 16; J. Hauser, "15.838

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

a model, such as this, with all of its shortcomings discussed above, in either in my academic work or my work in industry.

## V.     Conclusion

265.    My opinions may change before trial if additional information from any of the parties-in-suit or their experts becomes available. I, therefore, reserve the right to supplement my report accordingly.

*Dave Reibstein* (signature)

David Reibstein