# EXHIBIT F

Page 1

1         UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3             SAN JOSE DIVISION
4            No. 12-CV-00630-LHK
5 ------------------------------------------X
6  APPLE INC., a California
   corporation,
7
8       Plaintiff(s),
9  vs.
10 SAMSUNG ELECTRONICS, CO., LTD.,
   a Korean business entity;
11 SAMSUNG ELECTRONICS AMERICA, INC.,
   a New York corporation;
12 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
   a Delaware limited liability company,
13
14      Defendant(s).
15 ------------------------------------------X
16
17
18
19 VIDEOTAPED DEPOSITION OF DANIEL N. WINSHIP
20            Atlanta, Georgia
21             July 11, 2013
22
23 Reported by:
24 JoRita B. Meyer, RPR, RMR, CRR, CCR
25 Job No. 63527

```
 1    A P P E A R A N C E S:
 2
 3         GIBSON DUNN & CRUTCHER
 4         Attorneys for Plaintiff(s)
 5             2100 McKinney Avenue
 6             Dallas, TX  75201
 7         BY:  SARAH SIMMONS, ESQ.
 8
 9
10
11
12         QUINN EMANUEL URQUHART & SULLIVAN
13         Attorneys for Defendant(s)
14             1299 Pennsylvania Avenue, NW
15             Washington, DC  20004
16         BY:  JARED NEWTON, ESQ.
17         BY:  PATRICK CURRAN, ESQ.
18
19
20
21
22
23    ALSO PRESENT:
24             Rick Richey, Videographer
25
```

Case 5:12-cv-00630-LHK   Document 1710-10   Filed 04/16/14   Page 4 of 8

Page 26

| | | |
|---|---|---|
| 1 | component? | 10:33 |
| 2 | A. Some. | 10:33 |
| 3 | Q. What about the contacts component? | 10:33 |
| 4 | A. Some. | 10:33 |
| 5 | Q. Did you work with -- work on data | 10:33 |
| 6 | synchronization in Evolution? | 10:33 |
| 7 | MR. CURRAN: Objection. Vague. | 10:33 |
| 8 | THE WITNESS: Yes. | 10:33 |
| 9 | BY MS. SIMMONS: | 10:33 |
| 10 | Q. Did you work on this for the calendar | 10:33 |
| 11 | component? | 10:33 |
| 12 | A. Some, I believe, yes. | 10:33 |
| 13 | Q. What about for the contacts | 10:33 |
| 14 | component? | 10:34 |
| 15 | A. I'm not sure. | 10:34 |
| 16 | Q. And the mail component? | 10:34 |
| 17 | A. Yes. | 10:34 |
| 18 | Q. You said that the last version you | 10:34 |
| 19 | worked on of Evolution was 2.0; is that right? | 10:34 |
| 20 | A. That's the last version I did any | 10:34 |
| 21 | major amount of work on. I believe I did some | 10:34 |
| 22 | small bug fixes occasionally after that. | 10:34 |
| 23 | Q. Do you recall what prior versions of | 10:34 |
| 24 | Evolution you worked on? | 10:34 |
| 25 | A. All of them. | 10:34 |

1    A.   Not entirely.  It's -- it's somewhat          10:50
2 strangely organized.  It appears to be trying         10:50
3 to show the general organization of the               10:50
4 different components of Evolution.                    10:50
5    Q.   Why do you say it's strangely                 10:50
6 organized?                                            10:50
7    A.   Because the different parts that are          10:50
8 encapsulated in the same rectangle or broken          10:50
9 out into separate rectangles don't match --           10:50
10 don't exactly match either the architecture or       10:50
11 the source code layout.                              10:50
12   Q.   Is that the architecture or source            10:50
13 code layout as of Evolution 2.0?                     10:50
14   A.   Well, this -- this drawing would have         10:51
15 to have been made after Evolution 2.0 because        10:51
16 it refers to GroupWise.  But the -- I don't          10:51
17 remember exactly which parts were where on the       10:51
18 source tree in Evolution 2.0.  I know it is not      10:51
19 accurate.                                            10:51
20        Actually, yeah, it -- I don't think           10:51
21 it's accurate, either the current source or the      10:51
22 2.0 source.                                          10:51
23   Q.   What's the basis of your knowledge            10:51
24 for the current version of Evolution?                10:51
25   A.   As I said, I've occasionally had              10:51

1  reason to make small bug fixes or look at            10:51
2  certain code in Evolution as part of other work 10:52
3  I was doing.  And so I'm still slightly          10:52
4  familiar with some changes that have been made   10:52
5  since I stopped working on it.                   10:52
6       Q.   Is there anything on this diagram      10:52
7  that you can point to as being inaccurate?       10:52
8       A.   It's not so much inaccurate as it's    10:52
9  difficult to say exactly what some of the        10:52
10 arrows and boxes mean.                           10:52
11      Q.   Do you see the Evolution data server   10:52
12 box on the diagram?                              10:52
13      A.   Yes.                                   10:52
14      Q.   Do you know what the Evolution data    10:53
15 server is?                                       10:53
16      A.   Yes.                                   10:53
17      Q.   Could you describe what it is?         10:53
18      A.   It's part of the back end of           10:53
19 Evolution that handles most of the calendar and  10:53
20 address book storage and communication.          10:53
21      Q.   Is the Evolution data server a remote  10:53
22 server?                                          10:53
23      A.   No.                                    10:53
24      Q.   Is it local?                           10:53
25      A.   Yes.                                   10:53

1                C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF HALL

5        I, JoRITA B. MEYER, a Certified Court

6    Reporter within and for the state of Georgia,

7    do hereby certify:

8        That DANIEL N. WINSHIP, the witness whose

9    deposition is hereinbefore set forth, was duly

10   sworn by me and that such deposition is a true

11   record of the testimony given by such witness.

12       I further certify that I am not related

13   to any of the parties to this action by blood

14   or marriage; and that I am in no way interested

15   in the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set

17   my hand this 11th day of July 2013.

18

19

20       _____

21          JoRITA B. MEYER, RPR, RMR, CRR, CCR

22

23

24

25

```
 1                    DISCLOSURE
 2    STATE OF GEORGIA:
 3    COUNTY OF HALL:
 4         Deposition of DANIEL N. WINSHIP.
 5         Pursuant to Article 8.B of the Rules and
      Regulations of the Board of Court Reporting of
 6    the Judicial Council of Georgia, I make the
      following disclosure:
 7
           I am a Georgia Certified Court Reporter.
 8    I am here as a representative of TSG Reporting.
 9         I was contacted by TSG Reporting to
      provide court reporting services for this
10    Deposition.  I will not be taking this
      Deposition under any contract that is
11    prohibited by O.C.G.A. 15-14-37 (a) and (b).
12         I have no contract/agreement to provide
      reporting services with any party to the case,
13    any counsel in the case or any reporter or
      reporting agency from whom a referral might
14    have been made to cover this Deposition.  I
      will charge my usual and customary rates to all
15    parties in the case and a financial discount
      will not be given to any party to this
16    litigation.
17         This, the 11th day of July 2013.
18
19                       _____
                         JoRita B. Meyer, RMR, CRR, CCR #2718
20                              Certified Court Reporter
21
22
23
24
25
```