1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal exhibits and demonstratives related to the parties' April 15 disclosures as indicated in Samsung's April 16 High Priority Objections and Responses.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

1. Portions of the following exhibits are to be sealed to the extent they are not used during a witness examination:

| Exhibit | Portions to be Sealed |
| --- | --- |
| DX437A | Pages 6-14, 16-24, 26, 28-30, 32-36, and 39-44 |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge