| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com | HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California  94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone:  (650) 858-6000 |
| rkrevans@mofo.com | Facsimile:  (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| Morrison & Foerster LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | |
| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DISCLOSED BY APPLE AND SUBJECT TO SAMSUNG'S APRIL 16 HIGH PRIORITY OBJECTIONS REGARDING SARAH CHANDLER, JEFFREY CHASE, NICK DICARLO, TULIN ERDEM, GARY HALL, GREG JOSWIAK, ART RANGEL, PHILIP SCHILLER, STEVEN SINCLAIR, DAVID REIBSTEIN, AND DANIEL WINSHIP** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") hereby moves
2  to seal certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and
3  Subject to Samsung's April 16 High Priority Objections Regarding Sarah Chandler, Jeffrey
4  Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein,
5  Philip Schiller, Steven Sinclair, and Daniel Winship ("Attachments to Apple's Notice of
6  Filing").
7  Certain Attachments to Apple's Notice of Filing contain information that Samsung may
8  consider confidential (*i.e.,* PTX 218).  Apple expects that Samsung will file the required
9  supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether
10 Attachments to Apple's Notice of Filing should be sealed.
11 Apple does not maintain a claim of confidentiality with respect to the Attachments to
12 Apple's Notice of Filing.  Apple does not file a proposed redacted version of the aforementioned
13 attachments in accordance with the Court's Order requiring the parties to meet and confer before
14 filing public redacted documents.  (1846 Dkt. 2934.)
15 For the foregoing reasons, Apple has moved to file certain Attachments to Apple's Notice
16 of Filing under seal.  Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with
17 Samsung's counsel regarding this motion to seal.  Samsung does not oppose Apple's
18 Administrative Motion to File Documents Under Seal as a procedural mechanism for filing
19 Attachments to Apple's Notice of Filing under seal.  Samsung reserves the right to challenge any
20 proposed redactions to the extent it believes those redactions improperly seal non-confidential
21 information.  Within 7 days of Samsung filing its declaration in support of sealing, the parties
22 will prepare and Apple will file a final consolidated and conformed copy of the Attachments to
23 Apple's Notice of Filing identifying what information Samsung has supported sealing.

| | |
|---|---|
| 1  Dated: April 16, 2014 | MORRISON & FOERSTER LLP |
| | |
| | */s/ Rachel Krevans*              _ |
| | Rachel Krevans |
| | |
| | *Attorneys for Plaintiff and* |
| | *Counterclaim-Defendant Apple Inc.* |