1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3406889

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to Samsung's April 16 High Priority Objections Regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Attachments to Apple's Notice of Filing").  Apple has filed the Declaration of Ruth N. Borenstein in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| Witness/Document | Portion to be Sealed |
|---|---|
| Nick DiCarlo<br>• PTX 218 | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                                                   Hon. Lucy H. Koh
                                                                   United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL                              1
CASE NO. 12-CV-00630-LHK (PSG)
sf-3406889