| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF FILING OF MATERIALS SUBJECT TO SAMSUNG'S APRIL 16 HIGH PRIORITY OBJECTIONS REGARDING SARAH CHANDLER, JEFFREY CHASE, NICK DICARLO, TULIN ERDEM, GARY HALL, GREG JOSWIAK, ART RANGEL, DAVID REIBSTEIN, PHILIP SCHILLER, STEVEN SINCLAIR, AND DANIEL WINSHIP** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to the Court's Order on Sealing and Objections for Trial Exhibits (Dkt. No. 1616), Apple Inc. ("Apple") files as attachments hereto the materials disclosed by Apple that are the subject of Samsung's April 16, 2014 high priority objections regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship:

**Sarah Chandler**

- 9/20/13 Deposition, Apple's Counter Designations

**Nick DiCarlo**

- PTX 218 (SEALED)
- "Samsung Tweaks How it Calculates Marketing Costs," Wall Street Journal (Dkt. No. 1674)

**Tulin Erdem**

- AT&T Website for Galaxy S3

**Art Rangel**

- 4/5/12 Deposition, Apple's Counter Designations

**David Reibstein**

- Samsung Website for Galaxy S3

**Philip Schiller**

- 7/23/13 Deposition, Apple's Counter Designations

Dated: April 16, 2014                MORRISON & FOERSTER LLP

/s/ Rachel Krevans
Rachel Krevans

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*