<980>

Highly Confidential - Outside Counsel Eyes Only

Page 1

1             UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4  APPLE INC., a California
   corporation,
5
          Plaintiff,
6                                    Case No.
    vs.                              12-cv-00630-LHK (PSG)
7
   SAMSUNG ELECTRONICS CO., LTD.,
8  a Korean corporation; SAMSUNG
   ELECTRONICS AMERICA, INC.,
9  a New York corporation; and
   SAMSUNG TELECOMMUNICATIONS
10 AMERICA, LLC, a Delaware
   limited liability company,
11
          Defendants.
12 ------------------------------------
13
14           ** HIGHLY CONFIDENTIAL **
15            OUTSIDE COUNSEL EYES ONLY
16
17     VIDEOTAPED DEPOSITION OF SARAH CHANDLER
18             Palo Alto, California
19           Friday, September 20, 2013
20
21
22
23
24 REPORTED BY:
   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25 JOB NO. 65544

Page 12

1  estimate the cost of the parts; is that true?   10:26
2      A.  Yes.
3      Q.  Are there any other reasons that Apple
4  takes apart Samsung and other products?
5      A.  Yes, there are other reasons that we take   10:26
6  apart products.
7      Q.  And what are those?
8      A.  One might be to ensure that our
9  intellectual property is not being stolen.
10     Q.  What I'd like to do is get a complete list   10:27
11 as to why Apple takes apart Samsung and other
12 products.
13         And what I've got so far is to estimate the
14 cost of the parts and, second, to make sure that
15 Apple's intellectual property is not being stolen.   10:27
16         Are there any other reasons?
17     A.  To ensure our supply chain agreements are
18 being upheld.
19     Q.  Any others?
20     A.  To ensure marketing claims are accurate.   10:27
21     Q.  Any others?
22     A.  Not that I can think of.
23     Q.  When you say "ensure our supply chain
24 agreements are being upheld," could you please
25 explain to me what you mean by that.   10:28