Home / Shop / Wireless / Devices / Samsung / Samsung Galaxy S III - Pebble Blue

My Wireless Cart 



**HD DISPLAY**
Stunning 4.8" Super AMOLED™ display for crisp colors and true blacks.


Samsung Galaxy S® III Device Demo


Samsung Galaxy S® III: Overview



Samsung Galaxy S® III: Pop Up Play


Samsung Galaxy S® III: S Voice Personal Assistant

Select Color:     Quantity: 1

AT&T Next℠ Installment   **What's this?**
Save up to $25/mo. on your rate plan

**2-year Contract***

No annual contract*
Save up to $25/mo. on your rate plan

Regular Price                    $464.99
Instant Savings with Contract    -$365.00
Online Discount                  -$99.99

**Due Today**                    **FREE**

*Activation fees may apply. 2-year contract pricing requires new activation and qualifying monthly data and voice plan.
**See offer details**

Check in-store availability    **Add to Cart**

Limited time offer! $100 bill credit w/qual. new postpaid lines (must be customer for 45 days) see details at **att.com/100credit.**

Free express shipping. **See offer details.**

Overview    Details    In the Box    Reviews

Print

**Enhanced PTT for Business**



Instant communication for field workers.

**Learn more**

### At your service

Finally, a smartphone that makes everyday life easier at 4G LTE speeds. Powered by Android™ 4.3, the Samsung Galaxy S® III recognizes your voice, understands your habits, and shares your moments instantly with intuitive technology on a 4.8" HD Super AMOLED™ display. Capture moments on the fly with an 8MP camera built with facial recognition features. Experience how the Galaxy S® III is designed with you in mind.



PERFORMANCE

## Take multitasking to a whole new level

The Samsung Galaxy S® III runs on the Android™ 4.3 operating system. Built with a 1.5GHz dual-core processor, you can play a video on the go while running other tasks – no need to close and restart videos when checking email or surfing the Web. With S Beam, you can share content to other devices faster. You can even use Multi Window to simultaneously view two different apps in split-screen mode.

DESIGN

## See to believe

Get the big-screen experience in the palm of your hand. With a 4.8" HD Super AMOLED display, the Galaxy S III offers a large and crisp picture. The Samsung screen even enhances to HD and 16:9 wider viewing angles that are perfect for e-books, games, video, and more. Plus with eye-tracking technology you can keep your screen active with no more unwanted dimming.

CAMERA

## Snapshot satisfaction

Capture amazing pictures with zero shutter lag using the 8MP camera and Best Photo option. Using the burst shot option, the camera takes 3.3 shots per second and allows you to select the best of eight images taken when Best Photo is turned on. Use face recognition to tag photos and share instantly with friends using Buddy photo share.

SHARE

## Smart connect

## Samsung Galaxy S® III - Pebble Blue
Samsung Galaxy S III - Pebble Blue

Seamlessly share and play with friends and family face-to-face or mobile-to-mobile. Simple device-to-device connection with Near Field Communications (NFC) and Wi-Fi Direct lets you share videos, calendar, apps, and more. On top of everything else, S Beam and Buddy photo share make it easy to do more together.

*Limited 4G LTE availability in select markets. 4G speeds delivered by LTE, or HSPA+ with enhanced backhaul, where available. Deployment ongoing. Compatible device and data plan required. LTE is a trademark of ETSI. Learn more at att.com/network.

Limited time offer. Requires new 2-year wireless agreement with qualified plan including voice and data. **Subject to Wireless Customer Agreement. Credit approval required.** Upgrade/Activation fee $36/line. Geographic, usage and other terms, conditions, restrictions apply and may result in service termination. Equipment price and availability may vary. Coverage and services not available everywhere. Taxes and other charges apply. **Data (att.com/dataplans):** If usage exceeds your monthly data allowance, you will automatically be charged overage for additional data provided. **Early Termination Fee (att.com/equipmentETF):** After 14 days, ETF up to $325. **Restocking fee:** up to $35. **Other Monthly Charges/Line:** may include federal and state universal service charges, Regulatory Cost Recovery Charge (up to $1.25), gross receipts surcharge, Administrative Fee, and other government assessments. These are not taxes or government required charges. Pricing subject to change. **Visit a store or att.com/wireless to learn more.**

**$100 Bill Credit Offer ends April 30, 2014 and subject to change at any time.**  Activate a new postpaid line of wireless service and receive a $100 bill credit.  GoPhone® not included.  Must maintain svc & good standing status for 45 days to receive credit. Credit rec'd w/in 3 bill cycles. Offer may not be combinable with other credits or offers.  Activation fee $36/line may apply.  Early termination fee up to $325 may apply.

**FREE Overnight Shipping.** Postpaid orders will be processed and shipped subject to credit approval, inventory availability, and validation of a proper shipping address and other information. Orders received after 4 p.m. CST will be processed the next business day. Inventory, credit, or other issues may delay shipment. No holiday, Saturday, or Sunday delivery. Shipping policy is subject to change. Please note: It may take up to 24 hours to process your order if there are any issues with the credit approval process and/or the shipping address validation process. This 24 hours is not included in the delivery time and should be taken into account in your order placement timing. Delivery signatures may be required. Priority Shipments to Puerto Rico and the U.S. Virgin Islands may take more than 2 business days. Actual delivery date may also be affected by government processing.

Requires 20-month or 26-month 0% APR installment agreement & qualifying credit. Sales tax due at sale. Qualified wireless service plan (voice & data) req. **If you cancel wireless service, remaining device balance is due.** Qualifying smartphones only; excludes tablets. Limit 4 financed devices (including devices financed via AT&T Next℠  or other installment agreement) per wireless account. Select locations only. If financed smartphone returned/exchanged w/in 14 days, restocking fee up to $35 may apply. **Upgrade:** Upgrade req's min. of 12 monthly installment payments on 20 month agreement or 18 on a 26 month agreement & acct. in good standing plus trade-in of current financed device in good & functional condition & purchase of new qualified device/wireless service plan. After upgrade, remaining unbilled installment payments are waived. All terms subject to change. **Visit att.com/next to learn more.** ©2013 AT&T Intellectual Property. All Rights Reserved. All other marks used herein are the property of their respective owners.

All talk, data and standby times depend on network configuration.

©2012 Samsung Telecommunications America, LLC. Samsung and Galaxy S are both registered trademarks of Samsung Electronics Co., Ltd.

All marks contained herein are the property of their respective owners.

.

Service provided by AT&T Mobility.

Item SKU: 69255(Samsung Galaxy S® III - Pebble Blue)

**Wireless Legal Site (http://www.att.com/wirelesslegal)**  |  **Wireless Customer Agreement**  |  **Cell Phone Records Security (http://www.att.com/gen/public-affairs?pid=13030)**  |  **Other Monthly Charges**  |  **Plan Terms**  |  **Online Pricing**  |
**Returns Policy & Early Termination Fee**  |  **Additional Messaging & Data Charges (http://www.wireless.att.com/learn/articles-resources/wireless-legal-charges.jsp)**  |  **Shipping Information**