Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                          CASE NO.  12-cv-00630-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13               Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'   E Y E S   O N L Y
18
19        VIDEOTAPED DEPOSITION OF ARTHUR RANGEL
20              REDWOOD SHORES, CALIFORNIA
21               THURSDAY, APRIL 5, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 47973
```

Page 147

1  Q  But either way, it's getting rolled into
2  this --
3  A  Yeah.
4  Q  -- for your study purposes, it's rolled into
5  this larger category of ease of use?
6  A  Correct.  We haven't asked specific questions
7  that I recall ever on auto correction.
8  Q  What about with regard to -- one of the other
9  patents at issue on the preliminary injunction is the
10 slide to unlock patent.  You're familiar with -- with
11 slide to unlock?
12 A  Yes.
13 Q  Okay.  And again, is that something that
14 you've ever surveyed consumers on separately?
15 A  That's, as far as I recall, always been on
16 the iPhone.  It's just part of iPhone-ness, if you
17 will.  And so kind of with the -- it goes with the
18 ease of use and just what people assume an iPhone
19 does.
20 Q  So in your -- in your testing, again, that
21 would be encompassed in this ease of use category?
22 A  I would guess so, yes.
23 Q  And you've never broken it out separately?
24 A  Not that I recall ever asking, no.
25 Q  Now, there's kind of this interesting -- I