(/us/)

DISCOVER
SHOP
APPS
OWNERS

For Business (/us/business)

About Us (/us/aboutsamsung)

Live Chat (http://samsung.apptend.com/)

Home (/us/) > Shop (/us/shop/) > Cell Phones (/us/mobile/cell-phones) > Verizon Wireless (/us/mobile/verizon-wireless) > SCH-I535ZKBVZW

**OVERVIEW**

**ABOUT**

**SPECS**

**REVIEWS**

**APPS**

**ACCESSORIES**

Samsung Galaxy S® III (Verizon), Sapphire Black

SCH-I535ZKBVZW

COLOR

- Sharing photos, music and video isn't just better or easier–it's almost instant
- New ways to interact and simplify your life with your phone
- The power you need, and the style you want

(73) (/us/mobile/cell-



## ABOUT THIS PRODUCT



### Jelly Bean and TouchWiz Enhancements

The Samsung Galaxy S® III is now easier, faster and even more beautiful than before. Experience the innovative features of Android™ 4.1, Jelly Bean. With new ways to share stories and discover music; camera enhancements for more creative photos; TecTile technology that adds a new level of functionality; and much more.

Learn about the Galaxy S III update (http://www.samsung.com/us/article/galaxy-s-iii-update)

phones/SCH-I535ZKBVZW-reviews)

Please check with an authorized Samsung retailer for price information

**Find Online or Locally (/us/mobile/cell-phones/SCH-I535ZKBVZW-buy)**

### Ownership

**Product Support (/us/support/owners/product -I535ZKBVZW)**

Register this Product (/us/support/account/regist/SC -I535ZKBVZW)
Exclusive owner benefits.

Owner's Manual
Download the PDF

Smart Simulator
See product setup and discover cool features.

Warranty (/us/support/supportServiceWa prd_ia_cd=N0000006&prd_mdl - I535ZKBVZW&prd_mdl_name=S -I535)
Find out what's covered.



FAQs & How-to Guides
Get the most out of every feature.

Troubleshooting
Help with any issues, big or small.

Share Back-to-Back

If sharing is your thing, the Samsung Galaxy S® III is your phone. With S Beam™, you can share large HD files in seconds — just touch compatible devices back-to-back. S Beam™ takes full advantage of NFC (Near-Field Communication) and Wi-Fi Direct technology, making it quick and easy for you to share photos, videos, documents, calendars, contacts and more. And you don't even need Wi-Fi® or a cellular signal.



Share Big

As much as you like a crowd huddled around admiring your new phone, it won't be necessary with Samsung Link. Because now, you can play your music, videos and slide shows on any compatible HDTV or computer for all to see. Go big.



Share Photos Instantly

Share Shot lets you share your photos with up to five friends – as you take them. What does this mean? You don't have to remember to share later; just share on the spot and forget it. Sharing has never been so much fun, so fast or so hassle-free. Learn more: The Next Big Thing Ads: 3 Great Camera Tricks. (/us/article/the-next-big-thing-ads-3-great-camera-tricks)

*Features and specifications are subject to change without prior notification*

See More Features

# SPECIFICATIONS

| TYPE | COLOR | OS |
|---|---|---|
| Verizon | Sapphire Black | Android™ 4.3 |

| CAMERA RESOLUTION (FRONT) | CAMERA RESOLUTION (REAR) | INTERNET USE TIME |
|---|---|---|
| 1.9 MP | 8.0 MP | 3G: Up to 7 Hours; 4G: Up to 8 Hours; WiFi: Up to 8 Hours* |
| **INTERNAL MEMORY** | **MAIN DISPLAY RESOLUTION** | **MAIN DISPLAY SIZE** |
| 16GB, 2GB RAM (Portion of memory occupied by existing content) | 1280 x 720 Pixel | 4.8" |

See Full Specs

# REVIEWS

## OWNER REVIEWS  Submit A Review

(Http://Reviews.us.samsung.com/7463-En/SCH-I535ZKBVZW/Writereview.htm?Submissionurl=Http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-Phones%2FSCH-I535ZKBVZW-Reviews%3Fbvaction%3Dwritereview)

  4.8 out of 5

**RATING BREAKDOWN**     73 Reviews

| 5 STARS | 58 |
| 4 STARS | 14 |
| 3 STARS | 0 |
| 2 STARS | 0 |
| 1 STAR | 1 |

66 out of 67 (99%) customers would recommend this product to a friend.

I have to say, from the moment I took it out of the box, I loved this phone! From the look to the features to the reliability. It's so easy to use, so user friendly. It's quick and it accepts all of the most recent apps. But not only these things, this phone was built to endure A LOT! I have now dropped it in the toilet (don't ask!) three times and it's still working like a dream. The screen is cracked and broken and missing pieces and I have no issues with the touchscreen. I will continue to purchase Galaxy

products from now on as I have never had a tougher, sleeker, more reliable phone in my life. The only negative things I would have to say is that the battery life is not as great as I would like and the speaker quality is not so great. But those I'll live with because everything else is so amazing.

**anhayes** on November 02, 2013



I got my galaxy s3 in April and I cant get over how amazing it is. Its design quality is awesome and just the overall phone is amazing. The screen is very clear and worth watching videos on and playing games is just amazing. the only reason I would ever get rid of my s3 is to get the s4 or the next galaxy s device. Keep up the great work Samsung and the great products.

**BigGalaxyFanNumber1** on September 01, 2013



Had an iphone 4 and had many issues with shutting down, and I also didn't own any other mac devices. This has been the best purchase and wont be the last.

**BigEasy75** on January 21, 2013

**See All Reviews (/us/mobile/cell-phones/SCH-I535ZKBVZW-reviews)**

## APPS  Explore These Featured Apps That Match This Product. See All Compatible

Apps (Http://Content.samsung.com/Us/Contents/Aboutn/AboutnIntro.do)

    

(http://apps.samsung.com/...productId=000000826903...) (http://apps.samsung.com/...) (http://apps.samsung.com/...) (http://apps.samsung.com/...) (http://apps.samsung.com/...)

| TheDonnyPo... | 3D Nicaragu.. | 3D Moldova. | Guess the Fo... | 3D Acuarius.. |
| Sports | Lifestyle | Sports | Sports | Lifestyle |

# ACCESSORIES  See All Accessories (/Us/Mobile/Cell-Phones/SCH-I535ZKBVZW-Accessories)

   

Galaxy Universal Multimedia Desktop Dock (/us/mobile/cell-phones-accessories/EDD-D200BEGSTA)

EDD-D200BEGSTA

Galaxy Universal Vehicle Navigation Mount (/us/mobile/cell-phones-accessories/ECS-K200BEGSTA)

ECS-K200BEGSTA

Galaxy S III Spare Battery Charging System (2100mAh) (/us/mobile/cell-phones-accessories/ETC-CP1G6LGSTA)

ETC-CP1G6LGSTA

Samsung Galaxy S® III Flip Cover, Pebble Blue (/us/mobile/cell-phones-accessories/EFC-1G6FBEGSTA)

EFC-1G6FBEGSTA



| [(53)](/us/mobile/cell-phones-accessories/EDD-D200BEGSTA-reviews) | [(30)](/us/mobile/cell-phones-accessories/ECS-K200BEGSTA-reviews) | [(18)](/us/mobile/cell-phones-accessories/ETC-CP1G6LGSTA-reviews) | [(37)](/us/mobile/cell-phones-accessories/EFC-1G6FBEGSTA-reviews) |
|---|---|---|---|
| PRICE: **$49.99** | PRICE: **$49.99** | PRICE: **$49.99** | PRICE: **$39.99** |
| **ADD TO CART (HTTPS://MOBILE.SAMSUNG.COM/ADDRESS.JSP?PRODUCTID=EDD-D200BEGSTA&REKOROLERSLSTATRPEC/VROGOLSLS=MASSUREC)** | **ADD TO CART (HTTPS://MOBILE.SAMSUNG.COM/ADDRESS.JSP?PRODUCTID=ECS-K200BEGSTA...)** | **ADD TO CART (HTTPS://MOBILE.SAMSUNG.COM/ADDRESS.JSP?PRODUCTID=ETC-CP1G6LGSTA...)** | **ADD TO CART (HTTPS://MOBILE.SAMSUNG.COM/ADDRESS.JSP?PRODUCTID=EFC-1G6FBEGSTA...)** |
| [Find Online or Locally](/us/mobile/cell-phones-accessories/EDD-D200BEGSTA-buy) | [Find Online or Locally](/us/mobile/cell-phones-accessories/ECS-K200BEGSTA-buy) | [Find Online or Locally](/us/mobile/cell-phones-accessories/ETC-CP1G6LGSTA-buy) | [Find Online or Locally](/us/mobile/cell-phones-accessories/EFC-1G6FBEGSTA-buy) |

## RECOMMENDED FOR YOU

## You May Also Be Interested In

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=21170831999568&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=2711708319956&pg=1710&p=SCH-I535ZNBVZW&ind=0&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZNBVZW)

Samsung Galaxy S III (Verizon) Amber Brown

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pt=211708319956&m=509d-4693-180e-a8515a73e705&ch=211708319956&pg=1710&p=SCH-I535ZNBVZW&ind=0&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZNBVZW)

SCH-I535ZNBVZW

(25)

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SCH
-

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SCH-I535ZKBVZW&ind=1&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZKBVZW)

Samsung Galaxy S III (Verizon) Sapphire Black

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pt=211708319956&m=509d-4693-180e-a8515a73e705&ch=211708319956&pg=1710&p=SCH-I535ZKBVZW&ind=1&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZKBVZW)

SCH-I535ZKBVZW

(71)

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SCH
-

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SGH-I337ZKAATT&ind=2&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZKAATT)

Galaxy S®4 (AT&T) Black Mist

SGH-I337ZKAATT

(82)

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SGH
-
I337ZKAATT&ind=2&ct=ht

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SGH-I337ZWAATT&ind=3&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZWAATT)

Galaxy S®4 (AT&T) White Frost

SGH-I337ZWAATT

(74)

(http://recs.richrelevance.com/rrserver/click?
a=f20dc17e1482cd47&vg=e3758ddf-7421-4d39-9c2a-2b515a950927&pti=1&pa=211708319956&mvtId=0&mvtTs=1397660371661&p=509d-4693-180e-a8515a73e705&channelId=211708319956&pg=1710&p=SGH
-
I337ZWAATT&ind=3&ct=

| | | | |
|---|---|---|---|
| I535ZNBVZW&ind=0&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZNBVZW-reviews) | I535ZKBVZW&ind=1&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZKBVZW-reviews) | http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZKAATT-reviews) | http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZWAATT-reviews) |
| • Sharing photos, music and video isn't just better or easier–it's almost instant<br>• New ways to interact and simplify your life with your phone<br>• The power you need, and the style you want | • Sharing photos, music and video isn't just better or easier–it's almost instant<br>• New ways to interact and simplify your life with your phone<br>• The power you need, and the style you want | • 5-inch Full HD Super AMOLED™ display<br>• 13-megapixel camera with simultaneous dual photo capture<br>• Easy Mode simplifies use, so you can explore at your own pace<br>• Air Gesture™ and Air View™ makes your touchscreen touch-free | • 5-inch Full HD Super AMOLED™ display<br>• 13-megapixel camera with simultaneous dual photo capture<br>• Easy Mode simplifies use, so you can explore at your own pace<br>• Air Gesture™ and Air View™ makes your touchscreen touch-free |

**LEARN MORE (HTTP://RECS.RICHRELEVANCE.COM/RRSERVER/...I535ZNBVZW)**

**LEARN MORE (HTTP://RECS.RICHRELEVANCE.COM/RRSERVER/...I535ZKBVZW)**

**LEARN MORE (HTTP://RECS.RICHRELEVANCE.COM/RRSERVER/...I337ZKAATT)**

**LEARN MORE (HTTP://RECS.RICHRELEVANCE.COM/RRSERVER/...I337ZWAATT)**

| Find Online or Locally (http://recs.richrelevance.com/rrserver/click?a=f20dc17e1482cd47&vg=e20f58d7e-7421-4d39-9c2a-2b515a950927&pti=1&pa=6&hpi=3528&lti=28&stm=1392765012/166&uguid=9662bc1a-211708319956&mvtId=0&mvtTs=1392765012/166&u=509d-4693-180e-a8515a73e705&channelId=WEB&s=705&pt=item&u=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZNBVZW&ind=0&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZNBVZW-buy) | Find Online or Locally (http://recs.richrelevance.com/rrserver/click?a=f20dc17e1482cd47&vg=e20f58d7e-7421-4d39-9c2a-2b515a950927&pti=1&pa=6&hpi=3528&lti=28&stm=1392765012/166&uguid=9662bc1a-211708319956&mvtId=0&mvtTs=1392765012/166&u=509d-4693-180e-a8515a73e705&channelId=WEB&s=705&pt=item&u=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZKBVZW&ind=1&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSCH-I535ZKBVZW-buy) | Find Online or Locally (http://recs.richrelevance.com/rrserver/click?a=f20dc17e1482cd47&vg=e20f58d7e-7421-4d39-9c2a-2b515a950927&pti=1&pa=6&hpi=3528&lti=28&stm=1392765012/166&uguid=9662bc1a-211708319956&mvtId=0&mvtTs=1392765012/166&u=509d-4693-180e-a8515a73e705&channelId=WEB&s=705&pt=item&u=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZKAATT&ind=2&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZKAATT-buy) | Find Online or Locally (http://recs.richrelevance.com/rrserver/click?a=f20dc17e1482cd47&vg=e20f58d7e-7421-4d39-9c2a-2b515a950927&pti=1&pa=6&hpi=3528&lti=28&stm=1392765012/166&uguid=9662bc1a-211708319956&mvtId=0&mvtTs=1392765012/166&u=509d-4693-180e-a8515a73e705&channelId=WEB&s=705&pt=item&u=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZWAATT&ind=3&ct=http%3A%2F%2Fwww.samsung.com%2Fus%2Fmobile%2Fcell-phones%2FSGH-I337ZWAATT-buy) |
|---|---|---|---|

Samsung Galaxy S® III (Verizon), Sapphire Black

SCH-I535ZKBVZW

Please check with an authorized Samsung retailer for price information

**Find Online or Locally (/us/mobile/cell-phones/SCH-I535ZKBVZW-buy)**

*\*Results are based on lab environment testing. Refer to your network carrier's website for network specific talk times. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, and data and other application usage patterns. Screen images simulated. Appearance of device may vary. Device operating system and preloaded content will occupy a portion of the memory. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. LTE is a trademark of ETSI. Samsung, S Suggest, Galaxy S, AllShare, Music Hub, SAFE, TecTiles, Super AMOLED, and TouchWiz are all trademarks of Samsung Electronics Co., Ltd. Google, Android, Gmail, Google Wallet, Google Talk, Latitude, Picasa, Google Places, Google Play, YouTube, and other marks are trademarks of Google Inc. Other company names, product names and marks mentioned herein are property of their respective owners and may be trademarks or registered trademarks.*

*Samsung and Galaxy Discover are trademarks of Samsung Electronics Co., Ltd. Google, Android, Google Mobile Services, Gmail, Google Talk, Google Play, YouTube, and other marks are trademarks of Google, Inc. Other company names, product names and marks mentioned herein are the property of their respective owners and may be trademarks or registered trademarks.\*Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns. Screen images simulated. Appearance of device may vary.*

[Back to Top](#)

SHOP PRODUCTS

DISCOVER

APPS & ENTERTAINMENT

ABOUT US

OWNERS & SUPPORT

Search

Follow Us

(https://www.facebook.com/Sam

(https://twitter.com/SamsungMob

(https://plus.google.com/+Samsu

(http://instagram.com/samsungu

(http://www.youtube.com/user/s

For Business (/us/business/)

Privacy (/us/common/privacy.html)

Legal (/us/common/legal.html)

Sitemap (/us/common/sitemap.html)

RSS (/us/aboutsamsung/rss/rssFeedList.do)

USA/English (/us/common/visitcountrysite.html)

Copyright © 1995-2014 SAMSUNG All Rights reserved.