Highly Confidential

Page 1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5    APPLE INC., a California    )
     corporation,                 )
6                                 )
              Plaintiff,          )
7                                 )
              vs.                 ) Case No. 12-cv-00630-LHK
8                                 )
                                  )
9    SAMSUNG ELECTRONICS CO., a   )
     Korean corporation, SAMSUNG  )
10   ELECTRONICS AMERICA, INC.,   )
     a New York corporation; and  )
11   SAMSUNG TELECOMMUNICATIONS   )
     AMERICA, LLC, a Delaware     )
12   limited liability company,   )
                                  )
13            Defendants.         )
     _____)
14
15
16         HIGHLY CONFIDENTIAL TRANSCRIPT
17      VIDEOTAPED DEPOSITION OF PHIL SCHILLER
18
19
20              Palo Alto, California
21              Tuesday, July 23, 2013
22
23   Reported by:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 63996
```

Page 310

        1      Q.  The question asked you to identify features.

        2      A.  Yes.

        3      Q.  So I'm now going to ask you to identify

        4  features.  Okay?

05:44   5      A.  Mm-hmm.

        6      Q.  So please, sir, identify to me features of

        7  Samsung's products which contribute to ease of use

        8  which cause Samsung customers to purchase those

        9  products.  I am ready, pen at the ready, to take down a

05:44  10  list.

       11      MR. KREVITT:  Same objections.  Object to the

       12  form of the question.  And object on the basis of lack

       13  of foundation for this question for this witness at

       14  this time, off the top of his head, about Samsung

05:45  15  products for which there has been no foundation laid.

       16  I think the witness was trying to answer the question.

       17  You didn't -- you didn't want him to finish.

       18      If you want to answer the question, I urge you

       19  to do so.

05:45  20  BY MR. QUINN:

       21      Q.  List the features, sir.

       22      A.  So for example, you brought up earlier today

       23  slide to unlock.  And if -- I know from the list of

       24  many features on iPhone, that was a very important

05:45  25  feature to us to help with ease of use because it's, in

Page 311

```
         1    fact, the very thing you experience you when wake up a
         2    phone, is how you unlock the screen.  And we worked
         3    very hard on that feature to do slide to unlock.
         4             To the extent that Samsung has also used our
05:45    5    slide to unlock feature, I believe that would
         6    contribute to ease of use of the product.
         7        Q.   That's one.
         8             Two?
         9        A.   Again, I am giving you examples.  I'm not
05:46   10    going to have a long, exhaustive list because I haven't
        11    studied Samsung's products.
        12        Q.   I get to -- we get to talk for seven hours.
        13    We've got a couple hours to go.
        14             MR. KREVITT:  Actually, I think that's not
05:46   15    right.  But, I mean, you do have a little bit more
        16    time.  But same objections.
        17             THE WITNESS:  Another feature that we have
        18    talked a lot about with iPhone is the multitouch
        19    keyboard, because when we launched the iPhone, previous
05:46   20    phones, if you call them smartphones, had physical
        21    keyboards.  So convincing customers that it would be a
        22    nice experience and easy to use a phone that didn't
        23    have a physical keyboard was a big challenge we had to
        24    take on.  So how the physical keyboard works, how you
05:46   25    type, how you get the correct, I think it all adds up
```

Page 312

```
         1    to the ease of use of the product.  I think that's
         2    another area.  To the extent that if Samsung products
         3    have similar features, you can infer that they also
         4    have end user benefits of ease of use like our products
05:46    5    do.
         6    BY MR. QUINN:
         7        Q.  You know, sir, you -- you can give lengthy
         8    answers if you wish and talk about the features and why
         9    you think they're great and how they came about.  My
05:47   10    question only really asks for identification of those
        11    features.  You don't have -- to answer my question
        12    fully and accurately, you don't have to do anything
        13    other than identify a feature.  And I have got slide to
        14    unlock and then I've got the multitouch keypad.
05:47   15            Would you care -- is there another feature
        16    that -- of Samsung products that contributes to ease of
        17    use that causes Samsung customers to buy Samsung
        18    products?  And if so, please identify.
        19            MR. KREVITT:  Same objections.  And
05:47   20    mischaracterizes his last answer.
        21            THE WITNESS:  I think another feature of
        22    iPhone that I believe, to the extent that Samsung
        23    phones have similar products -- similar features may
        24    have similar benefits, is our home screen design and
05:47   25    layout.  We have applications represented on the home
```