# Exhibit 7

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP John Caracappa (*pro hac vice*) |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD SET OF INTERROGATORIES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51981/4913898.3

Case No. 12-cv-00630-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD SET OF INTERROGATORIES

**INTERROGATORY NO. 32:**

To the extent Samsung claims to be indemnified or otherwise compensated in connection with this lawsuit by any Third Party, identify that Third Party, state the full basis for the alleged indemnification, and describe the scope of the alleged indemnification.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 32:**

In addition to its General Objections above, which it hereby incorporates by reference, Samsung objects to this Interrogatory on the ground that:  (i) it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity; (ii) it is compound and comprises discrete subparts resulting in separate interrogatories; (iii) it is vague and ambiguous, particularly as to the term "in connection with"; (iv) it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or documents subject to a protective order; and (v) it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing general and specific objections, Samsung responds as follows:  Samsung is not currently seeking indemnification from any third party.

| | | |
|---|---|---|
| 1 | DATED:  September 24, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Patrick M. Shields*
　　Charles K. Verhoeven
　　Kevin P.B. Johnson
　　Victoria F. Maroulis
　　William C. Price
　　Patrick M. Shields

　　John Caracappa (*pro hac vice*)
　　Steptoe & Johnson, LLP
　　1330 Connecticut Avenue, NW
　　Washington DC 20036
　　TEL:  202-429-6267
　　FAX:  202-429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC