Linkify | Android Developers

public class
**Linkify**
extends Object

Summary: Nested Classes | Constants | Fields | Ctors | Methods | Inherited Methods | [Expand All]

Added in API level 1

java.lang.Object
   ↳ android.text.util.Linkify

## Class Overview

Linkify take a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is particularly useful for matching things like email addresses, web urls, etc. and making them actionable. Alone with the pattern that is to be matched, a url scheme prefix is also required. Any pattern match that does not begin with the supplied scheme will have the scheme prepended to the matched text when the clickable url is created. For instance, if you are matching web urls you would supply the scheme `http://`. If the pattern matches example.com, which does not have a url scheme prefix, the supplied scheme will be prepended to create `http://example.com` when the clickable url link is created.

## Summary

### Nested Classes

| | |
|---|---|
| interface Linkify.MatchFilter | MatchFilter enables client code to have more control over what is allowed to match and become a link, and what is not. |
| interface Linkify.TransformFilter | TransformFilter enables client code to have more control over how matched patterns are represented as URLs. |

### Constants

| | |
|---|---|
| int ALL | Bit mask indicating that all available patterns should be matched in methods that take an options mask |
| int EMAIL_ADDRESSES | Bit field indicating that email addresses should be matched in methods that take an options mask |



Linkify | Android Developers

| | | |
|---|---|---|
| int | MAP_ADDRESSES | Bit field indicating that street addresses should be matched in methods that take an options mask |
| int | PHONE_NUMBERS | Bit field indicating that phone numbers should be matched in methods that take an options mask |
| int | WEB_URLS | Bit field indicating that web URLs should be matched in methods that take an options mask |

### Fields

| | |
|---|---|
| public static final Linkify.MatchFilter sPhoneNumberMatchFilter | Filters out URL matches that don't have enough digits to be a phone number. |
| public static final Linkify.TransformFilter sPhoneNumberTransformFilter | Transforms matched phone number text into something suitable to be used in a tel: URL. |
| public static final Linkify.MatchFilter sUrlMatchFilter | Filters out web URL matches that occur after an at-sign (@). |

### Public Constructors

Linkify()

### Public Methods

| | | |
|---|---|---|
| | | addLinks(TextView text, int mask) |
| final static boolean | | Scans the text of the provided TextView and turns all occurrences of the link types indicated in the mask into clickable links. |
| final static void | | addLinks(TextView text, Pattern p, String scheme, Linkify.MatchFilter matchFilter, Linkify.TransformFilter transformFilter) Applies a regex to the text of a TextView turning the matches into links. |
| | | addLinks(Spannable text, int mask) |
| final static boolean | | Scans the text of the provided Spannable and turns all occurrences of the link types indicated in the mask into clickable links. |
| final static boolean | | addLinks(Spannable s, Pattern p, String scheme, Linkify.MatchFilter matchFilter, Linkify.TransformFilter transformFilter) Applies a regex to a Spannable turning the matches into links. |
| | | addLinks(Spannable text, Pattern pattern, String scheme) |
| final static boolean | | Applies a regex to a Spannable turning the matches into links. |

Linkify | Android Developers

final static void  addLinks (TextView text, Pattern pattern, String scheme)
    Applies a regex to the text of a TextView turning the matches into links.

Inherited Methods[Expand]

▶ From class
  java.lang.Object

## Constants

---

public static final int **ALL**
                                                                                         Added in API level 1

Bit mask indicating that all available patterns should be matched in methods that take an options mask

Constant Value: 15 (0x0000000f)

---

public static final int **EMAIL_ADDRESSES**
                                                                                         Added in API level 1

Bit field indicating that email addresses should be matched in methods that take an options mask

Constant Value: 2 (0x00000002)

---

public static final int **MAP_ADDRESSES**
                                                                                         Added in API level 1

Bit field indicating that street addresses should be matched in methods that take an options mask

Constant Value: 8 (0x00000008)

---

public static final int **PHONE_NUMBERS**
                                                                                         Added in API level 1

Bit field indicating that phone numbers should be matched in methods that take an options mask

Constant Value: 4 (0x00000004)

public static final int **WEB_URLS**

Added in API level 1

Bit field indicating that web URLs should be matched in methods that take an options mask

Constant Value: 1 (0x00000001)

## Fields

public static final Linkify.MatchFilter **sPhoneNumberMatchFilter**

Added in API level 1

Filters out URL matches that don't have enough digits to be a phone number.

public static final Linkify.TransformFilter **sPhoneNumberTransformFilter**

Added in API level 1

Transforms matched phone number text into something suitable to be used in a tel: URL. It does this by removing everything but the digits and plus signs. For instance: &apos;+1 (919) 555-1212&apos; becomes &apos;+19195551212&apos;

public static final Linkify.MatchFilter **sUrlMatchFilter**

Added in API level 1

Filters out web URL matches that occur after an at-sign (@). This is to prevent turning the domain name in an email address into a web link.

## Public Constructors

public **Linkify** ()

Added in API level 1

## Public Methods

public static final boolean **addLinks** (TextView text, int mask)　　　　　Added in API level 1

Scans the text of the provided TextView and turns all occurrences of the link types indicated in the mask into clickable links. If matches are found the movement method for the TextView is set to LinkMovementMethod.

public static final void **addLinks** (TextView text, Pattern p, String scheme, Linkify.MatchFilter matchFilter, Linkify.TransformFilter transformFilter)　　Added in API level 1

Applies a regex to the text of a TextView turning the matches into links. If links are found then UrlSpans are applied to the link text match areas, and the movement method for the text is changed to LinkMovementMethod.

Parameters

　*text*　　　　　TextView whose text is to be marked-up with links

　*p*　　　　　　Regex pattern to be used for finding links

　*scheme*　　　Url scheme string (eg `http://` to be prepended to the url of links that do not have a scheme specified in the link text

　*matchFilter*　The filter that is used to allow the client code additional control over which pattern matches are to be converted into links.

public static final boolean **addLinks** (Spannable text, int mask)　　　　Added in API level 1

Scans the text of the provided Spannable and turns all occurrences of the link types indicated in the mask into clickable links. If the mask is nonzero, it also removes any existing URLSpans attached to the Spannable, to avoid problems if you call it repeatedly on the same text.

public static final boolean **addLinks** (Spannable s, Pattern p, String scheme, Linkify.MatchFilter matchFilter, Linkify.TransformFilter transformFilter)　　Added in API level 1

Applies a regex to a Spannable turning the matches into links.

Linkify | Android Developers

### Parameters

| | |
|---|---|
| *s* | Spannable whose text is to be marked-up with links |
| *p* | Regex pattern to be used for finding links |
| *scheme* | Url scheme string (eg `http://` to be prepended to the url of links that do not have a scheme specified in the link text |
| *matchFilter* | The filter that is used to allow the client code additional control over which pattern matches are to be converted into links. |

public static final boolean **addLinks** (Spannable text, Pattern pattern, String scheme)     Added in API level 1

Applies a regex to a Spannable turning the matches into links.

### Parameters

| | |
|---|---|
| *text* | Spannable whose text is to be marked-up with links |
| *pattern* | Regex pattern to be used for finding links |
| *scheme* | Url scheme string (eg `http://` to be prepended to the url of links that do not have a scheme specified in the link text |

public static final void **addLinks** (TextView text, Pattern pattern, String scheme)     Added in API level 1

Applies a regex to the text of a TextView turning the matches into links. If links are found then UrlSpans are applied to the link text match areas, and the movement method for the text is changed to LinkMovementMethod.

### Parameters

| | |
|---|---|
| *text* | TextView whose text is to be marked-up with links |
| *pattern* | Regex pattern to be used for finding links |
| *scheme* | Url scheme string (eg `http://` to be prepended to the url of links that do not have a scheme specified in the link text |