

# 3G iPhone US market impact

July 2008

PLAINTIFF'S EXHIBIT NO. 147
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:__________ By:_______

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 3G iPhone is redefining the US market dynamics

**While Traditional OEMs are busy fighting each other in the Feature phone space Apple is busy making the category obsolete.**

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00251507

# How to compete with the iPhone?

## There is no iPhone Killer but there are substitutes

### Two options to deal with iPhone

**Option 1** (easiest to implement)

**Match the iPhone on mainly one dimension (Product)**

- **Offer family of touch products in all carriers differentiated by capability**
- **Explore areas where iPhone is weak (higher Mp camera, touch / qwerty, etc)**
- **Match key performance parameters (e.g. responsiveness, browser, battery life, etc)**

**Option 2** (The road less traveled)

**Match the iPhone on multiple dimensions**

**Strategy**

- **Understand Apple strategy and offer complimentary benefits**
- **Seek alternatives that block the competition and differentiates our solution**
- **Partnerships to develop applications and services**

**Execution**

- **Innovate outside the area of hardware and software (e.g. the 4P's, Product, Price, Promotion, Place)**

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Understanding Apple

SAMSUNG
ELECTRONICS

## Key strategy for Apple is Hardware sales with value reinforced by ecosystem creation and software application development

Apple has the ability to monetize the collision of cellular, content and consumer electronics

Docking Station
Meta Data
iTunes
iTv
iTunes: Command and control platform; content management and distribution
Major ecosystems
iPhone
iTV
iTunes
Mac

**Samsung is in an unique position to directly compete with Apple**

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

*Source: The Wall Street Journal 2007/06/28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00251509

# iPhone ecosystem

| | | | Samsung response |
|---|---|---|---|
| **Hardware** — Hardware | Radio<br>Display<br>Sensors<br>Peripherals | Stable platform with clear evolution path | Strong plan to catch up<br>Strong core competency to compete and surpass in many technology areas |
| **Software** — iPhone 2.0 | SDK<br>Applications<br>Services | Stable platform with clear evolution path and <u>backwards compatibility for legacy devices</u> | No clear strategy.<br>Touch Wiz is a good step forward but need more<br>Plans for SDK? |
| **iTunes** — iTunes | Media<br>Applications<br>Software upgrade<br>Device mngmnt. | Central command and control mechanism for device / content management and delivery of media / applications | No clear strategy.<br>Some efforts towards a PC Sync solution. |

**Competing against iPhone means competing against the whole ecosystem not just the Hardware**

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00251510

# Competing against iPhone

Competing against iPhone requires a multidimensional approach.

Innovation is required in all 4 P's however we are mostly focused on Product

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Product: The danger of ignoring the ecosystem

SAMSUNG
ELECTRONICS

Product
Price
The 4 P's
Promotion
Place

**Software (the Value driver)**

### Hardware

The nuts and bolts in a platform that enables applications

Not a value driver by itself

### iPhone 2.0

OS + Drivers + firmware platform backwards compatible with legacy devices

Not a value driver by itself

### SDK

Developer toolbox and support Over 250K developers signed

Value driver only if scalability can be guaranteed

### Applications (the Value multiplier)

250K + developers working in parallel to develop applications for:

- Enterprise
- Consumer
- Gaming
  - Best mobile gaming platform offering a large high resolution screen support, powerful processor with 3D graphics, accelerometer, large memory
- Navigation
- Mobile Advertising

Content
iTunes

## iPhone value proposition:

Over 250 K developers working in parallel on a stable yet evolving platform to build applications with average price of $3 (70% expected to be free) guaranteed to work on legacy devices.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Product: Samsung short / medium term plan

## Browser

PC like experience

- Fast, fast, fast

## User Interface

- Sophisticated UI
- Dynamic Rendering
- Multi Finger Touch

## Display

- Larger Size
- Higher Resolution
- Quality Display

## Other

WiFi

- High Resolution Camera
- Enterprise Solution

Samsung is addressing areas that have limited value driving capabilities. Multiplying effect is achieved from multiple SKUs not from multiple Applications

"Not for external distribution or disclosure".

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Product : Samsung strengths do not translate well to touch

**In the touch segment differentiated IDs have little utility. There is however value in providing solution diversity**

Samsung's competitive advantage to provide a variety of unique IDs serves it very well in the Feature phone segment. For touch this capability is almost irrelevant. Diversity in applications and experiences with clear proposition are valued for touch.

Hardware Innovation has to be directed to more subtle areas (e.g. maximizing the display to total frontal area ratio, Battery technology, imaging, thermal isolating materials (devices get hot when in use for extended periods of time) etc.)

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# $199 3G iPhone Creates a Retail Price Ceiling

SAMSUNG
ELECTRONICS

Product
The 4 P's
Promotion
Place

## Price

### How is Samsung going to deal long term with $199 price ceiling?

**Effect of the $199 3G iPhone**

- **Explosive growth**
  - **68% adoption rate** possible **at $199** and **88% at $99** *
- **Flood of undifferentiated touch products looking for a customer**
- **Increased competition in touch leads to price wars**
- **Fast decline of Feature phone market share**
- **Price pressure for feature phones**
- **Open market effectively killed**

$399
$199
$149
$99
$49
$0
iPhone @ $399 created a shift in the market, but only a small impact on Samsung volume
3G iPhone
Possible aggressive promotion by AT&T to $149
iPhone Nano @ $99?
iPod Nano @99?
iPhone @ $199 has already impacted pricing on Instinct & Glyde with future volume impacts expected
By 2H 2009, Samsung needs to compete directly with iPhone
2H 2007
1H 2008
2H 2008
1H 2009
2H 2009
1H 2010

**Innovation is required to deal with new price models**
**Strategy around carrier subsidy, carrier financing**

*Source: GMI report 2008/06

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Promotion: Innovate to create alternate channels

## Think outside the box

**Original iPhone generated $400M in free publicity between January and March 2007***

Market **to educate** customers **and create awareness** for the unique value proposition Samsung products offer.

Use **non traditional marketing channels** to stimulate interest by targeting:

- Thought leaders
- Influencers
- Blog site monitoring / participation
- Social networking sites
- Leverage technology review sites

*David Yoffie, Harvard Business School

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Place

## Think outside the box

Leverage our relationship with big box retailers.

Improve relationships with Dealer channels

Improve sell through by creation of special promotions and incentives for regional sales channels.

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Conclusion: Software is the new value driver

Focusing on Hardware is a loosing proposition for direct iPhone competition

What makes the iPhone unique is software (applications) and services, **beautiful hardware is just a bonus**

## Mobile industry

Most profit comes from Hardware sales

Forces increasing pressure on current business model:

- Commoditization of components
- Horizontal integration leading to standardized hardware solutions
- Price pressure
- Low barriers to entry
- Limited differentiation opportunities. All OEMs have access to the same resources

## PC industry

Study of the PC industry history shows that Mobile phone industry is now going through the same growing pains.

What does the future hold?

**Losers**

Hardware providers will see increased competition and shrinking profits

**Winners**

Software companies (Microsoft, Oracle, SAP)
Integrators

It is no coincidence that Nokia purchased full control of Symbian last month this is a key piece of their ecosystem building activity

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00251518

# Summary

**Attack**

**Counter attack**

**Apple is focused on building value through:**

- Creating ecosystems
- Hardware and Software platform evolution
- Large scale applications development
- Service platform creation (MobileMe and iDrive)

**Samsung needs to respond to Apple's attack**

- Build strategy to minimize Apple expansion
- Build strategy to exploit the collision of cellular, content and consumer electronics
- Focus on value creation (experiences, direct customer benefits)
- Innovation and flawless execution on the 4Ps

**There is no iPhone killer**
**Samsung needs to find a solution to offer alternate benefits**

The rules have changed. Hardware is important but winners in future market will be the ones capable to best articulate value proposition and offer differentiated solutions to solve customer needs

Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Thank You

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMSUNG
Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SAMNDCA00251521

PLAINTIFF'S EXHIBIT NO. 147, Page 16 of 17

# Appendix

- Average price paid by an AT&T subscriber for a handset is $59
- 79% pay less than $100
- US mobile penetration is ~ 90%
- Average contract length is 2 years
- 20% of the mobile population is off contract at any given time

*Source: Yankee

Confidential & Proprietary to Samsung
Not for external distribution or disclosure .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY