1 | JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
2 | H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
3 | GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
4 | Palo Alto, California 94304-1211
Telephone: (650) 849-5300
5 | Facsimile: (650) 849-5333

6 | HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
7 | JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
8 | JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
9 | RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
10 | RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
11 | ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
12 | MORRISON & FOERSTER LLP
425 Market Street
13 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
14 | Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

15 | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **NOTICE REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 79-5(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") submits this Notice regarding Samsung's Administrative Motion to File Under Seal Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chandler, Chase, Dicarlo, Erdem, Hall, Joswiak, Rangel, Reibstein, Schiller, Sinclair, and Winship ("Samsung's HPO Objections") and Exhibits A and B to the Declaration of Michael L. Fazio in Support of Samsung's HPO Objections ("Fazio Declaration") (Dkt. No. 1710).

Apple does not maintain a claim of confidentiality over any portion of Samsung's HPO Objections or Exhibits A and B to the Fazio Declaration.

Dated:  April 16, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 16, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                           */s/* Mark D. Selwyn
                                           Mark D. Selwyn