1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4

5

APPLE INC., A CALIFORNIA        )  C-12-00630 LHK
6  CORPORATION,                    )
                                   )  SAN JOSE, CALIFORNIA
7             PLAINTIFF,           )
                                   )  APRIL 14, 2014
8         VS.                      )
                                   )  VOLUME 7
9  SAMSUNG ELECTRONICS CO., LTD.,  )
   A KOREAN BUSINESS ENTITY;       )  PAGES 1550-1762
10  SAMSUNG ELECTRONICS AMERICA,    )
   INC., A NEW YORK CORPORATION;   )
11  SAMSUNG TELECOMMUNICATIONS       )
   AMERICA, LLC, A DELAWARE        )
12  LIMITED LIABILITY COMPANY,      )
                                   )
13             DEFENDANTS.          )
   _____  )

14

15

16          TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22  OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
23                               IRENE RODRIGUEZ, CSR, CRR
                                 CERTIFICATE NUMBER 8074

24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
        TRANSCRIPT PRODUCED WITH COMPUTER

1551

```
 1

 2      A P P E A R A N C E S:

 3      FOR PLAINTIFF          MORRISON & FOERSTER
        APPLE:                 BY:  HAROLD J. MCELHINNY
 4                                  RACHEL KREVANS
                               425 MARKET STREET
 5                             SAN FRANCISCO, CALIFORNIA  94105

 6

 7                             WILMER, CUTLER, PICKERING,
                               HALE AND DORR
 8                             BY:  WILLIAM F. LEE
                               60 STATE STREET
 9                             BOSTON, MASSACHUSETTS  02109

10                             BY:  MARK D. SELWYN
                               950 PAGE MILL ROAD
11                             PALO ALTO, CALIFORNIA  94304

12

13      FOR SAMSUNG:           QUINN, EMANUEL, URQUHART & SULLIVAN
                               BY:  JOHN B. QUINN
14                                  WILLIAM PRICE
                               865 S. FIGUEROA STREET, FLOOR 10
15                             LOS ANGELES, CALIFORNIA  90017

16                             BY:  VICTORIA F. MAROULIS
                                    KEVIN B. JOHNSON
17                             555 TWIN DOLPHIN DRIVE
                               SUITE 560
18                             REDWOOD SHORES, CALIFORNIA  94065

19

20

21

22

23

24

25
```

1552

1

2                        INDEX OF WITNESSES

3       DEFENDANTS'

4       **BJORN BRINGERT**
              DIRECT EXAM BY MR. PAK              P. 1554
5             CROSS-EXAM BY MS. KREVANS           P. 1569

6

7       **DIANNE HACKBORN**
              DIRECT EXAM BY MR. NELSON           P. 1575
              CROSS-EXAM BY MS. KREVANS           P. 1591
8

9       **DAE IL SOHN**
              DIRECT EXAM BY MR. PRICE            P. 1596
10            CROSS-EXAM BY MR. LEE               P. 1622
              REDIRECT EXAM BY MR. PRICE          P. 1637
11            RECROSS-EXAM BY MR. LEE             P. 1638
              FURTHER REDIRECT EXAM BY MR. PRICE  P. 1638
12
        **PAUL WESTBROOK**
13            DIRECT EXAM BY MR. PAK              P. 1640
              CROSS-EXAM BY KREVANS               P. 1660
14            REDIRECT EXAM BY MR. PAK            P. 1663

15      **TODD PENDLETON**
              DIRECT EXAM BY MR. QUINN            P. 1665
16            CROSS-EXAM BY MR. LEE               P. 1685
              REDIRECT EXAM BY MR. QUINN          P. 1702
17            RECROSS-EXAM BY MR. LEE             P. 1707

18      **THOMAS BONHURA**
              VIDEO DEPOSITION PLAYED             P. 1710
19
        **LARS FRID-NIELSEN**
20            DIRECT EXAM BY MS. MAROULIS         P. 1711
              CROSS-EXAM BY MR. MUELLER           P. 1719
21
        **YOUNGMI KIM**
22            DIRECT EXAM BY MR. QUINN            P. 1724
              CROSS-EXAM BY MR. LEE               P. 1742
23            REDIRECT EXAM BY MR. QUINN          P. 1747

24

25

INDEX OF EXHIBITS

|  | MARKED | ADMITTED |
|---|---|---|

PLAINTIFF'S

| 216 | | 1635 |
| 215 | | 1690 |
| 206 | | 1692 |

DEFENDANTS'

| 3009 | 1560 | |
| 336 | | 1578 |
| 335 | | 1581 |
| 310 | 1646 | |
| 447 | | 1677 |
| 431 | | 1697 |
| 435 | | 1699 |
| 332 | | 1714 |
| 330 | | 1715 |
| 342 | | 1760 |
| 507 | | 1760 |

```
1    SAN JOSE, CALIFORNIA                    APRIL 14, 2014

2                    P R O C E E D I N G S

3         (JURY IN AT 9:07 A.M.)

4              THE COURT:  OKAY.  GOOD MORNING.  WELCOME.  PLEASE

5    TAKE A SEAT.

6         AND PLEASE CALL YOUR NEXT WITNESS.

7              MR. PAK:  GOOD MORNING, YOUR HONOR.  SEAN PAK ON

8    BEHALF OF SAMSUNG, AND WE'RE GOING TO CALL DR. BJORN BRINGERT

9    TO THE STAND.

10             THE COURT:  OKAY.  PLEASE COME FORWARD.

11             THE CLERK:  RAISE YOUR RIGHT HAND, PLEASE.

12        (PLAINTIFF'S WITNESS, BJORN BRINGERT, WAS SWORN.)

13             THE WITNESS:  I DO.

14             THE COURT:  WOULD YOU HAVE A SEAT, PLEASE.

15        AND WOULD YOU STATE YOUR NAME, PLEASE, AND SPELL IT?

16             THE WITNESS:  MY NAME IS BJORN BRINGERT.  B-J-O-R-N,

17   B-R-I-N-G-E-R-T.

18             THE COURT:  ALL RIGHT.  THE TIME IS NOW 9:08.  GO

19   AHEAD, PLEASE.

20             MR. PAK:  THANK YOU, YOUR HONOR.

21                      DIRECT EXAMINATION

22   BY MR. PAK:

23   Q.   GOOD MORNING, DR. BRINGERT.

24   A.   GOOD MORNING.

25   Q.   PLEASE STATE YOUR NAME FOR THE RECORD?
```

1    A.   MY NAME IS BJORN BRINGERT.

2    Q.   AND WHERE DO YOU LIVE, SIR?

3    A.   I LIVE IN ENGLAND.

4    Q.   WHERE DO YOU WORK?

5    A.   I WORK AT GOOGLE IN LONDON.

6    Q.   AND YOU CAN MOVE YOUR MIKE A LITTLE BIT CLOSER TO YOU.

7    THAT WOULD HELP.

8         AND WHAT DO YOU DO AT GOOGLE, SIR.

9    A.   I'M A SOFTWARE ENGINEER.  SO I BUILD SOFTWARE, AND I ALSO

10   MANAGE A TEAM OF OTHER SOFTWARE ENGINEERS.

11   Q.   AND WHERE DID YOU GO TO SCHOOL?

12   A.   I'M FROM SWEDEN.  I WENT TO SCHOOL THERE.  I'VE GOT A

13   MASTER'S DEGREE IN COMPUTER SCIENCE ENGINEERING AND A PH.D. IN

14   COMPUTER SCIENCE.

15   Q.   BRIEFLY, SIR, BEFORE YOU WENT TO THE UNIVERSITY, WHAT DID

16   YOU DO?

17   A.   I DID MILITARY SERVICE IN SWEDEN, I WORKED BRIEFLY FOR THE

18   MILITARY; AND THEN I WORKED AT IBM AND DOUBLECLICK IN DUBLIN,

19   IRELAND.

20   Q.   AND WHEN DID YOU JOIN GOOGLE?

21   A.   IN JANUARY 2009.

22   Q.   AND AS A PLACE TO WORK, WHAT DREW YOU TO GOOGLE?

23   A.   SO I'VE ALWAYS LOVED BUILDING THINGS, BUILDING SOFTWARE,

24   AND SPECIALLY BUILDING THINGS THAT I CAN, YOU KNOW, THINGS I

25   CAN USE MYSELF OR THAT PEOPLE I KNOW CAN USE.

```
1              GOOGLE IS A COMPANY THAT BUILDS A GREAT PRODUCT.  I'D BEEN
2      USING GOOGLE SEARCH SINCE 2000, GOOGLE MAPS, GMAIL.
3              SO WORKING AT GOOGLE IS A GREAT OPPORTUNITY TO WORK ON
4      PRODUCTS THAT USERS USE A LOT AND LOVE.
5      Q.   AS A SOFTWARE ENGINEER AT GOOGLE, WHAT TYPES OF SOFTWARE
6      DO YOU WORK ON?
7      A.   I WORK ON THE GOOGLE SEARCH APP FOR ANDROID.
8      Q.   AND WHAT IS THE GOOGLE SEARCH APP FOR ANDROID?
9      A.   SO IF YOU HAVE AN ANDROID PHONE, ON A LOT OF THEM THERE IS
10     A GOOGLE SEARCH BOX ON THE HOME SCREEN, SO YOU TYPE ON THAT AND
11     YOU TYPE WHATEVER YOU WANT TO SEARCH FOR.  THE GOOGLE SEARCH
12     APP IS WHAT PROVIDES THAT.
13     Q.   WHEN YOU TALK ABOUT GOOGLE SEARCH, WHAT ARE YOU TALKING
14     ABOUT EXACTLY?
15     A.   SO IT'S THE SAME KIND OF THING THAT IF YOU USE YOUR
16     COMPUTER, YOU GO TO GOOGLE HOME AND YOU SEARCH THERE AND YOU
17     GET RESULTS FOR WHATEVER YOU SEARCH FOR.  IT'S THE SAME THING
18     BUT ON A MOBILE PHONE.
19     Q.   WHAT ARE SOME OF THE FEATURES OF THE GOOGLE SEARCH APP ON
20     THE MOBILE DEVICES?
21     A.   SO THE MOST IMPORTANT THING IS DOING GOOGLE SEARCHES.
22     THAT'S WHAT THE APP IS FOR.
23     Q.   ARE THERE OTHER FEATURES THAT ARE PRESENT IN THE GOOGLE
24     SEARCH APP?
25     A.   YES, THERE ARE A NUMBER OF OTHER FEATURES.  FOR EXAMPLE,
```

```
 1    GOOGLE SUGGEST.  GOOGLE SUGGEST, AS YOU'RE TYPING INTO THE

 2    SEARCH BOX, YOU GET A LIST OF POSSIBLE QUERIES THAT YOU MIGHT

 3    WANT TO SEARCH FOR, AND THE POINT OF THAT IS TO MAKE IT FAST

 4    AND EASY TO SEARCH SO YOU DON'T HAVE TO TYPE THE WHOLE QUERY.

 5    Q.   HOW ABOUT OTHER FEATURES?

 6    A.   SO ANOTHER ONE THAT WE HAVE IN THE APP IS VOICE SEARCH.

 7    YOU TAP ON A MICROPHONE BUTTON AND YOU CAN SPEAK YOUR QUERY

 8    INSTEAD OF TYPING IT.  THAT MAKES IT EVEN FASTER TO SEARCH.

 9    Q.   DOES THE GOOGLE SEARCH APP OFFER OTHER KINDS OF SEARCH

10    BESIDES SEARCHING ON THE WEB?

11    A.   YES, IT DOES.

12    Q.   AND WHAT IS THAT TYPE OF SEARCH?

13    A.   SO ONE THING THAT IT DOES IS AS YOU'RE TYPING, NOT ONLY DO

14    YOU GET THE SUGGESTIONS THAT I TALKED ABOUT, BUT YOU ALSO GET

15    SOME SEARCH RESULTS FROM THE DEVICE ITSELF.  AND SO IF THERE'S

16    ANY CONTACTS AND APPS, BROWSER BOOKMARKS OR OTHER CONTENT THAT

17    MATCHES WHAT YOU'VE TYPED, THAT'S SHOWN AS WELL.

18    Q.   IS THERE A NAME FOR THAT TYPE OF SEARCH VERSUS GOOGLE

19    SEARCH?

20    A.   I NORMALLY CALL IT ON-DEVICE SEARCH.

21    Q.   ON DEVICE?

22    A.   YEAH, ON-DEVICE SEARCH.

23    Q.   SIR, DO YOU HAVE ANY DATA ON HOW MUCH THIS ON-DEVICE

24    SEARCH IS USED WITHIN THE GOOGLE USER COMMUNITY?

25    A.   YES, WE DO.  IT TURNS OUT IT'S NOT ACTUALLY USED THAT
```

1    MUCH.  IT'S USED ABOUT 2 PERCENT OF THE TIME WHEN PEOPLE ARE

2    USING THE GOOGLE SEARCH APP.

3    Q.   AND HOW DO YOU KNOW THAT, SIR?

4    A.   SO WE HAVE SOME ANONYMOUS USAGE LOGGING IN THE

5    APPLICATION.

6    Q.   AND JUST AS A GOOGLE ENGINEER, IS IT SURPRISING TO YOU

7    THAT PEOPLE OVERWHELMINGLY DO GOOGLE SEARCH USING GOOGLE SEARCH

8    APP?

9    A.   IT'S NOT THAT SURPRISING WHEN YOU THINK ABOUT IT.  IT'S A

10   BIG BOX ON THE HOME SCREEN ON YOUR PHONE, AND IT SAYS GOOGLE IN

11   IT.  I THINK MOST PEOPLE WHEN THEY HEAR GOOGLE, THEY THINK

12   GOOGLE SEARCH.  SO INTUITIVELY IT MADE SENSE TO ME.

13   Q.   NOW, IS IT POSSIBLE TO CREATE A VERSION OF THE GOOGLE

14   SEARCH APP THAT DOESN'T DO ON-DEVICE SEARCH?

15   A.   YES, IT'S POSSIBLE.  AND WE'VE DONE THAT ONCE.

16   Q.   AND WHEN DID YOU DO THAT?

17   A.   WE DID THAT IN JUNE 2012.

18   Q.   WHY DID GOOGLE MAKE A VERSION OF THE GOOGLE SEARCH APP

19   THAT DID NOT DO ON-DEVICE SEARCH?

20   A.   GOOGLE WAS ASKED BY SAMSUNG TO PROVIDE SUCH A VERSION OF

21   THE APPLICATION BECAUSE OF SOME LEGAL ISSUES.

22   Q.   AND WERE YOU INVOLVED IN MAKING THIS VERSION FOR THE

23   GOOGLE SEARCH APP?

24   A.   YES, I WAS.

25   Q.   AND WHAT DID YOU DO TO CREATE THAT VERSION?

```
 1     A.   SO I GOT THE INSTRUCTION FROM OTHERS AT GOOGLE TO BUILD

 2     THIS VERSION OF THE APPLICATION.  I INSTRUCTED A MEMBER OF MY

 3     TEAM MATHEW INWOOD.  MATHEW WITH ONE "T."  M-A-T-H-U -- SORRY.

 4     M-A-T-H-E-W, I-N-W-O-O-D.  I INSTRUCTED HIM TO MAKE THE CHANGE.

 5     I REVIEWED HIS CHANGES AND THEN WHEN WE WERE DONE, I PROVIDED

 6     THE FINAL APPLICATION TO OTHERS WHO PASSED IT ON.

 7     Q.   NOW, HOW LONG DID THAT TAKE, THE PROCESS OF CREATING THIS

 8     DEVELOPMENT?

 9     A.   SO THE ENTIRE PROCESS, INCLUDING MAKING THE CHANGE,

10     REVIEWING IT, AND DOING SOME TESTING ON IT TOOK LESS THAN TWO

11     DAYS.

12     Q.   TWO DAYS?

13     A.   YES.

14     Q.   NOW, YOU MENTIONED EARLIER SOMETHING CALLED SEARCH

15     SUGGESTIONS FOR THE GOOGLE SEARCH APP.  WHAT ARE GOOGLE SEARCH

16     SUGGESTIONS?

17     A.   SO AS I MENTIONED EARLIER, AS YOU'RE TYPING INTO THE

18     GOOGLE SEARCH BOX, BELOW THE SEARCH -- SORRY.

19          BELOW THE SEARCH BOX WE SHOW A LIST OF POSSIBLE QUERIES,

20     SO IF I TYPE P-I-ZED, WE MIGHT SHOW PIZZA HUT AND PIZZA GUYS

21     AND PIZZA RECIPE AS POSSIBLE THINGS YOU MIGHT WANT TO SEARCH

22     FOR.

23     Q.   WHEN YOU SAID "ZED," Z?

24     A.   YES.  SORRY.  ZED IS WHAT WE SAY.

25     Q.   OKAY.  LET'S TALK ABOUT VERSION 2.0 OF THE GOOGLE SEARCH
```

1    APPEAR.

2         DID YOU WORK ON THAT PARTICULAR VERSION OF THE GOOGLE

3    SEARCH APP?

4    A.   YES, I DID.

5    Q.   AND WAS YOUR TEAM INVOLVED AS WELL?

6    A.   YES.

7    Q.   AND COULD YOU DRAW FOR US A HIGH-LEVEL PROCESS DIAGRAM FOR

8    HOW GOOGLE SUGGEST WORKS ON VERSION 2.0 OF THE GOOGLE SEARCH

9    APP?

10   A.   SURE.

11        MR. PAK:  YOUR HONOR, MAY I ASK THE WITNESS TO COME

12   DOWN AND DRAW FOR US?

13        THE COURT:  GO AHEAD, PLEASE.

14   BY MR. PAK:

15   Q.   AS YOU'RE DRAWING, IF YOU COULD JUST DESCRIBE BRIEFLY FOR

16   US WHAT YOU'RE DRAWING?  THAT WOULD BE HELPFUL?

17   A.   THIS IS THE GOOGLE SEARCH APP WHERE THE USER IS TYPING.

18   THE APPLICATION SENDS THE QUERY TO GOOGLE SERVER, AND THE

19   GOOGLE SERVER SENDS BACK A LIST OF SUGGESTIONS.

20        THE COURT:  LET'S GIVE THIS A DOCUMENT NUMBER.  I'M

21   ASSUMING THIS IS A DEMONSTRATIVE.

22        MR. PAK:  YES, YOUR HONOR.

23        THE COURT:  IT WON'T BE ADMITTED.  LET'S GO AHEAD

24   JUST FOR THE RECORD.

25        MR. PAK:  IT'S SDX 3009, YOUR HONOR.

1          (DEFENDANTS' EXHIBIT 3009 WAS MARKED FOR IDENTIFICATION.)

2          THE COURT:  OKAY.  THANK YOU.

3          THE WITNESS:  SO I'LL DRAW A RED LINE HERE SHOWING

4     WHAT'S ON THE ACTUAL PHONE ITSELF, AND THE STUFF ON THE SIDE IS

5     OUTSIDE THE PHONE ON THE INTERNET.

6          SO THIS IS THE COMMON CASE.  WE SEND A QUERY TO GOOGLE

7     SERVERS, TO GOOGLE SUGGEST SERVER AND GET A LIST OF SUGGESTIONS

8     BACK.

9          THERE'S ALSO A LESS COMMON CASE WHERE WE ALSO SEND THE

10    QUERY TO A DATABASE THAT'S ON THE DEVICE ITSELF, AND THAT'S A

11    DATABASE OF THINGS THAT YOU'VE SEARCHED FOR BEFORE.  WE CALL

12    THAT YOUR SEARCH HISTORY.

13         AND SO THAT CAN ALSO RETURN A LIST OF ITEMS OR QUERIES

14    MATCHING FROM YOUR SEARCH HISTORY.

15         AND THEN BECAUSE WE NOW HAVE TWO LISTS, BUT WE WANT TO

16    SHOW -- SO IN THE END WE'RE GOING TO SHOW ONE LIST TO THE USER.

17    WE HAVE TO BLEND THESE TWO TOGETHER, SO WE TAKE THOSE TWO LISTS

18    AND WE PUT THOSE IN A BLENDER AND THAT THEN GIVES US THE FINAL

19    LIST.

20    BY MR. PAK:

21    Q.   THANK YOU, DR. BRINGERT.  IF YOU COULD TAKE A SEAT AGAIN.

22         DR. BRINGERT, I'VE HANDED YOU A LASER POINTER THERE, SO

23    FEEL FREE TO USE THAT TO POINT TO ITEMS ON THE SCREEN AS WE

24    WALK THROUGH SOME OF THE DIAGRAMS HERE.

25         DR. BRINGERT, JUST REMIND US, WHAT IS THIS BOX AT THE VERY

1    TOP?

2    A.    THAT'S THE GOOGLE SEARCH BOX WHERE THE USER IS TYPING

3    THEIR QUERY INTO.

4    Q.    WHY DID YOU DRAW AN ARROW DOWN TO THIS CLOUD SHAPE?

5    A.    SO THE CLOUD THERE REPRESENTS THE GOOGLE SUGGEST SERVER.

6    THAT'S ON THE INTERNET IN A GOOGLE DATA CENTER.  SO THE ARROW

7    THERE REPRESENTS SENDING THE QUERY THAT THE USER HAS TYPED SO

8    FAR TO THE GOOGLE SUGGEST SERVER.

9    Q.    NOW, THIS RED BOX THAT YOU'VE DRAWN, WHAT DOES THAT

10   REPRESENT?

11   A.    THAT REPRESENTS THE DEVICE, THE PHONE OR TABLET WHERE THE

12   GOOGLE SEARCH APPLICATION IS RUNNING, AND IF IT'S OUTSIDE OF

13   THE RED BOX, THAT'S NOT PART OF THE GOOGLE SEARCH APPLICATION.

14   Q.    AND THEN TO THE LEFT FROM THAT U/I BOX, WE SEE WHAT

15   APPEARS TO BE A DATABASE SYMBOL.  IS THAT RIGHT?

16   A.    THAT'S RIGHT.  THAT'S A DATABASE THAT'S ON THE PHONE

17   ITSELF.

18   Q.    AND WHAT DO YOU CALL THAT DATABASE?

19   A.    THE LOCALLY STORED WEB SEARCH HISTORY DATABASE, OR LOCAL

20   HISTORY DATABASE.

21   Q.    THANK YOU, DR. BRINGERT.

22        AND THEN WHAT ARE THESE BOXES ON THE BOTTOM AGAIN?

23   A.    SO THE ONE ON THE RIGHT IS THE LIST OF SUGGESTIONS THAT

24   THE DEVICE HAS GOTTEN FROM THE GOOGLE SUGGEST SERVER, AND THE

25   ONE ON THE LEFT IS THE LIST OF SUGGESTIONS THAT WE GOT FROM THE

1    LOCAL HISTORY DATABASE.

2    Q.   WHEN YOU SAY SUGGESTIONS, ARE YOU TALKING ABOUT THAT PIZ,

3    AND IT COMES BACK WITH PIZZA?

4    A.   EXACTLY.  SO WHAT WE WOULD SEND HERE WOULD BE PIZ, AND

5    THEN WE GET BACK HERE WOULD BE MAYBE PIZZA HUT AND PIZZA

6    RECIPE, AND HERE WE'D GET PIZZA MY HEART OR SOMETHING BECAUSE

7    YOU'VE SEARCHED FOR THAT BEFORE.

8    Q.   THANK YOU.  AND THEN WHAT'S THIS BIG BOX IN THE MIDDLE

9    REPRESENT?

10   A.   THAT PIECE IS WHAT I REFERRED TO EARLIER AS THE BLENDER

11   BECAUSE WE HAVE TWO LISTS AND WE FEED TO MAKE ONE LIST TO SHOW

12   TO THE USER.

13   Q.   NOW, GOING BACK TO THE GOOGLE SEARCH APP 2.0, WHEN WOULD

14   THIS LOCAL HISTORY DATABASE BE USED IN THAT VERSION OF THE

15   SEARCH APP?

16   A.   YES.  SO AS I MENTIONED, IT'S ACTUALLY NOT COMMONLY USED.

17   NORMALLY WHAT WE DO IS WE ONLY USE THE GOOGLE SUGGEST SERVER,

18   AND IT'S ONLY IN THE CASE WHERE WE'RE NOT USING A GOOGLE

19   ACCOUNT FOR THE USER TO SEARCH.  IT'S ONLY IN THAT CASE THAT WE

20   NEED TO USE THE LOCAL HISTORY DATABASE.

21   Q.   SO DO YOU HAVE ANY DATA ON HOW MANY ANDROID USERS DO NOT

22   HAVE A GOOGLE ACCOUNT?

23           MS. KREVANS:  OBJECTION, YOUR HONOR.  OUTSIDE THE

24   SCOPE LISTED FOR THIS WITNESS.

25           MR. PAK:  YOUR HONOR, HE'S HERE TO TALK ABOUT THIS

```
 1    FUNCTIONALITY, WHICH IS --

 2              THE COURT:  OVERRULED.

 3         GO AHEAD.  YOU MAY ANSWER.

 4              MR. PAK:  THANK YOU.

 5              THE WITNESS:  SO OUR DATA SHOWS THAT ABOUT 92 PERCENT

 6    OF USER VERSUS A GOOGLE ACCOUNT ON THEIR DEVICE.  THAT'S LOW.

 7    IN THE U.S., THE NUMBER IS EVEN HIGHER.

 8    BY MR. PAK:

 9    Q.   SO IF THE ANDROID USER HAS A GOOGLE ACCOUNT, THE WEB --

10    WHERE IS THE SEARCH SUGGESTION DATA COMING FROM?

11    A.   AS IT INDICATES IN THE VERY COMMON CASE THAT WE DO HAVE A

12    GOOGLE ACCOUNT, THE SUGGESTIONS COME ONLY FROM THE GOOGLE

13    SUGGEST SERVER THAT'S NOT ON THE PHONE.

14    Q.   AND THEN IN THIS MINORITY CASE WHERE YOU HAVE USERS WHO DO

15    NOT HAVE A GOOGLE ACCOUNT, WHERE DOES THE DATA COME FROM?

16    A.   IN THAT CASE, WE USE BOTH.  WE USE THE GOOGLE SUGGEST

17    SERVER AND WE USE THE LOCAL HISTORY DATABASE, AND THEN THAT'S

18    WHEN WE NEED TO DO THE BLENDING.

19    Q.   NOW, THIS GOOGLE BLENDING FUNCTIONALITY THAT YOU TALKED

20    ABOUT, DO YOU KNOW HOW MANY LINES OF SOURCE CODE ARE ASSOCIATED

21    WITH THAT FUNCTIONALITY?

22    A.   SO I DID LOOK AT HOW MANY LINES OF SOURCE CODE ARE USED

23    FOR THE DATABASE AND THE BLENDING TOGETHER BECAUSE THOSE ARE

24    SPECIFIC TO THE MINORITY CASE, AND THOSE TOGETHER ARE ABOUT

25    1400 LINES OF CODE.
```

1    Q.   1400?

2    A.   YES.

3    Q.   HOW DOES THAT COMPARE TO THE TOTAL LINES OF SOURCE CODE

4    FOR THE GOOGLE SEARCH APP?

5    A.   SO THE TOTAL CODE IS HUNDREDS OF THOUSANDS OF LINES OF

6    CODE.

7    Q.   WHAT ARE THEY DOING?

8    A.   SO THERE'S LOTS OF FEATURES IN THE APP.  WE TALKED ABOUT

9    SOME OF THEM EARLIER.  THERE'S VOICE SEARCH, FOR EXAMPLE,

10   THERE'S QUITE A LOT OF CODE TO DO THAT, BUT THERE'S LOTS OF

11   OTHER FEATURES AS WELL.

12   Q.   I'D LIKE TO TALK ABOUT THIS BLENDING FUNCTIONALITY

13   SPECIFICALLY.  ARE YOU FAMILIAR WITH THE SOURCE CODE THAT

14   IMPLEMENTS THAT BLENDER FUNCTIONALITY?

15   A.   YES.

16   Q.   AND, DR. BRINGERT, I THINK YOU HAVE A FOLDER IN FRONT OF

17   YOU.  IF YOU COULD TURN TO JX 51A.

18        AND, YOUR HONOR, THIS IS CONFIDENTIAL SOURCE CODE, SO

19   WE'LL BE DISPLAYING IT ONLY ON THE SMALL SCREENS.

20            THE COURT:  OKAY.

21            MS. KREVANS:  YOUR HONOR, MAY I ASK THAT I BE GIVEN A

22   COPY OF THE CODE?

23            THE COURT:  WELL, 51A WAS ALREADY ADMITTED UNDER

24   DR. SNOEREN.  IT'S UNDER SEAL.

25            MS. KREVANS:  RIGHT.  BUT THE EXAMINATION BINDER HE

```
 1    GAVE ME DOESN'T -- IS GOOGLE CODE -- ARE YOU CONSENTING TO ME

 2    SEEING THAT?

 3              THE WITNESS:  EXCUSE ME.  51A APPEARS TO BE EMPTY IN

 4    MY BINDER.

 5              MS. KREVANS:  IT'S EMPTY IN MY BINDER AS WELL, YOUR

 6    HONOR.

 7              MR. PAK:  AH.  LET ME HAVE IT JUST SHOWN ON THE

 8    SCREEN, YOUR HONOR, SO WE CAN AVOID ANY CONFIDENTIALITY ISSUES.

 9              MS. KREVANS:  WE CAN'T SEE IT ON MY SCREEN.

10         ALSO, ARE YOU CONSENTING TO MY SEEING THIS, EVEN THOUGH

11    IT'S GOOGLE CODE?

12              MR. PAK:  YES.

13              THE COURT:  LET'S NOT HAVE IT ON ANY OF THE ATTORNEY

14    SCREENS SINCE.  THE AUDIENCE CAN SEE THAT.

15              MR. PAK:  IS IT ON THAT SCREEN?

16    Q.   JX 51A.  THIS IS THE WEB SUGGEST SOURCE WITH LOCAL HISTORY

17    DOT JAVA.

18         AND, DR. BRINGERT, ARE YOU FAMILIAR WITH THIS CODE?

19    A.   YES, I AM.

20    Q.   AND, AGAIN, REMIND US, WHAT IS THIS CODE REFERRING TO?  IS

21    THIS RELATED TO THE GOOGLE SEARCH APP THAT WE'VE BEEN

22    DISCUSSING?

23    A.   YES.  THIS IS A PART OF THE GOOGLE SEARCH APPLICATION.

24    Q.   AND IF YOU COULD TURN TO LINE 150.

25         DO YOU RECOGNIZE THAT CODE?
```

DIRECT BRINGERT

1    A.   YES, I DO.

2    Q.   WHAT IS THAT CODE?

3    A.   SO THIS IS THE BEGINNING OF A METHOD CALLED BLEND RESULTS.

4    BLEND RESULTS IS THE BOX THAT I DREW IN THE MIDDLE EARLIER.

5    Q.   DOES THAT RELATE TO THAT BLENDER FUNCTIONALITY THAT YOU

6    TALKED ABOUT?

7    A.   YES, IT IS.

8    Q.   AND WHAT DOES THIS BLEND RESULTS FUNCTION DO WITHIN THE

9    SOURCE CODE?

10   A.   SO IT TAKES THE TWO LISTS THAT WE ALREADY HAVE, THE LIST

11   FROM THE GOOGLE SUGGEST SERVER AND THE LIST OF THE HISTORY THAT

12   WE GOT FROM THE LOCAL DATABASE, IT PUTS THOSE TOGETHER AND

13   RETURNS ONE LIST.

14   Q.   NOW, THIS BLEND RESULTS, DOES THAT SEARCH THE INTERNET?

15   A.   NO, IT DOESN'T.

16   Q.   DOES BLEND RESULTS, DOES THAT SEARCH ANYTHING AT ALL?

17   A.   NO, IT DOESN'T.

18   Q.   DOES IT LOCATE ANYTHING?

19   A.   NO, IT DOESN'T.  IT'S LIKE A BLENDER IN YOUR KITCHEN.  YOU

20   KNOW, AS YOU WANT TO MAKE A MILKSHAKE, YOU HAVE MILK, YOU HAVE

21   ICE CREAM, YOU HAVE BOTH OF THOSE IN YOUR KITCHEN ALREADY.  THE

22   BLENDER DOESN'T GO AND BUY THEM OR LOCATE THEM.  YOU PUT THEM

23   THERE.

24   Q.   WHERE IS THE CODE THAT DECIDES WHICH SELECTIONS ARE

25   SELECTED BY THE SERVER?

1     A.   THAT'S SERVER CODE.  THAT'S NOT PART OF THE GOOGLE SEARCH

2     APPLICATION AT ALL.

3     Q.   DID YOU WRITE THAT SERVER CODE?

4     A.   NO, I DIDN'T.

5     Q.   AND WHAT HAPPENS AFTER THOSE REQUESTS TO THE LOCAL

6     DATABASE HISTORY AND THE SUGGESTION SERVER ARE MADE?

7     A.   YEAH.  SO THE CODE SENDS THE REQUEST TO THE LOCAL DATABASE

8     AND TO THE SERVER AND THEN IT WAITS FOR BOTH OF THEM TO COME

9     BACK AND THEN IT DOES THE BLENDING.

10    Q.   AND COMPARED TO THIS BLEND RESULTS FUNCTION, WHEN ARE THE

11    QUERIES TO THE LOCAL DATABASE AND THE GOOGLE SERVER PERFORMED?

12    A.   SO THOSE THINGS ARE DONE AND COMPLETED AND RETURN THE

13    RESULTS BEFORE THE BLEND RESULTS METHOD IS USED.

14    Q.   THANK YOU.  WE CAN PUT THIS DOWN.

15         DR. BRINGERT, HOW LONG HAVE YOU WORKED ON THE GOOGLE

16    SEARCH APP.

17    A.   FOR OVER FIVE YEARS.

18    Q.   HOW MANY VERSIONS OF THAT APP HAVE YOU WORKED ON?

19    A.   THERE'S BEEN A LOT OF VERSIONS, BUT I WORKED ON ALL OF

20    THEM.

21    Q.   WHO CREATED THIS FUNCTIONALITY?  THE GOOGLE SEARCH APP?

22    A.   IT WAS ME, MY TEAM, AND OTHER PEOPLE AT GOOGLE.

23    Q.   DID YOU OR ANYONE ON YOUR TEAM COPY ANY FUNCTIONALITY FROM

24    THE GOOGLE SEARCH FROM THE IPHONE?

25    A.   NO, WE DIDN'T.

1    Q.   HOW DO YOU FEEL ABOUT THE WORK YOUR TEAM HAS DONE ON THIS

2    APPLICATION?

3    A.   I'M REALLY PROUD OF WHAT WE'VE DONE OVER THE YEARS.  WE'VE

4    DONE SOMETHING THAT LET'S USERS OF ANDROID PHONES, AND THERE

5    ARE A LOT OF THEM, VERY QUICKLY AND EASILY DO A GOOGLE SEARCH.

6    AND IT'S VERY EASY FOR PEOPLE.

7              MR. PAK:  THANK YOU, YOUR HONOR.  I PASS THE WITNESS.

8              THE COURT:  ALL RIGHT.  THE TIME IS NOW 9:25.

9              MR. PAK:  YOUR HONOR, MAY I PUT THE EXHIBIT STICKER

10   ON THE DEMONSTRATIVE?

11             THE COURT:  YES, PLEASE.  WE'LL JUST HAVE THAT LODGED

12   WITH MS. PARKER BROWN WITH THE DEPO TRANSCRIPTS, PLEASE.

13         ALL RIGHT.  THE TIME IS NOW 9:25.  GO AHEAD, PLEASE.

14                       **CROSS-EXAMINATION**

15   BY MS. KREVANS:

16   Q.   GOOD MORNING, DR. BRINGERT.  WE HAVEN'T MET BEFORE.  I'M

17   RACHEL KREVANS.  I'M ONE OF THE APPLE'S ATTORNEYS IN THIS CASE.

18   A.   GOOD MORNING.  NICE TO MEET YOU.

19   Q.   LET ME START WITH THE CODE THAT YOU WERE JUST TALKING

20   ABOUT THAT WAS SHOWN ON THE MONITOR JUST TO YOU AND THE JURY.

21   WE COULDN'T SHOW THAT TO THE WHOLE COURTROOM BECAUSE THIS IS

22   GOOGLE PROPRIETARY SOURCE CODE THAT'S NOT AVAILABLE TO THE

23   PUBLIC; RIGHT?

24   A.   THAT'S CORRECT.

25   Q.   OKAY.  NOW, YOU WORK FOR GOOGLE?

1    A.    YES, I DO.

2    Q.    NOT SAMSUNG?

3    A.    NO.

4    Q.    GOOGLE IS NOT A DEFENDANT IN THIS CASE?

5    A.    WELL, THAT'S FOR THE LAWYERS.  I DON'T KNOW HOW THAT

6    WORKS.

7    Q.    OKAY.  YOU UNDERSTAND THAT THIS CASE IS ABOUT SAMSUNG'S

8    SALE OF SMARTPHONES AND TABLETS IN THE UNITED STATES?

9    A.    THAT'S MY UNDERSTANDING, YES.

10   Q.    OKAY.  LET'S JUST GET SOME TERMINOLOGY CLEAR.

11         YOU TALKED ABOUT A VERSION OF THE GOOGLE SEARCH

12   APPLICATION AS IT EXISTED IN 2012 AND SOME CHANGES THAT WERE

13   MADE TO IT.

14         DO YOU RECALL THAT TESTIMONY THAT YOU GAVE MR. PAK?

15   A.    YES, YES, I DO.

16   Q.    OKAY.  SO JUST VOCABULARY.  GOOGLE SEARCH APPLICATION ALSO

17   HAS SOMETHING CALLED QUICK SEARCH BOX?

18   A.    YES, THAT'S RIGHT.

19   Q.    OKAY.  NAME CHANGE AT SOME POINT?

20   A.    YEAH, IT'S CHANGED GRADUALLY.  I THINK WE TALKED ABOUT

21   THIS IN ONE OF THE DEPOSITIONS.  WE USED TO CALL IT QUICK

22   SEARCH BOX, BUT OVER TIME WE CHANGED TO GOOGLE SEARCH

23   APPLICATION.  IT'S ACTUALLY MUCH EASIER FOR PEOPLE TO

24   UNDERSTAND WHAT IT IS WHEN YOU CALL IT THE GOOGLE SEARCH

25   APPLICATION.

1    Q.   OKAY.  AND YOU TALKED ABOUT A CHANGE THAT WAS MADE IN 2012

2    TO THIS GOOGLE SEARCH APPLICATION.

3         IT WAS MADE AT SAMSUNG'S REQUEST; RIGHT?

4    A.   YES, THAT'S RIGHT.

5    Q.   AND, IN FACT, WHAT SAMSUNG ASKED GOOGLE TO DO WAS MAKE A

6    SPECIAL VERSION OF THIS CODE FOR THE GOOGLE SEARCH APPLICATION

7    SPECIFICALLY TO RUN ON THE SAMSUNG PHONES; RIGHT?

8    A.   SO JUST TO BE CLEAR, WE DON'T GIVE SAMSUNG THE CODE, SO

9    THEY DON'T REQUEST THE CODE.  THEY REQUESTED A VERSION OF THE

10   APPLICATION, AND WE PRODUCED THE VERSION OF THE WHOLE

11   APPLICATION.

12   Q.   OKAY.  AND JUST SO OUR JURY -- WE'RE NOT ALL COMPUTER

13   SCIENTISTS -- UNDERSTAND WHAT YOU JUST SAID, YOU AND YOUR TEAM

14   WRITE SOURCE CODE; RIGHT?

15   A.   YES.  WE WRITE SOURCE CODE, AND WE TAKE ALL THAT SOURCE

16   CODE THAT WE BUILD IN AN APPLICATION, WHICH IS A SINGLE FILE,

17   AND THAT'S WHAT GETS GIVEN TO SAMSUNG AND OTHER DEVICE

18   MANUFACTURERS.

19   Q.   OKAY.  I'M HOLDING IN MY HAND A COPY OF WHAT YOU SHOWED ON

20   THE SCREEN.

21        THIS IS SOURCE CODE; RIGHT?

22   A.   YES, THAT'S SOURCE CODE.

23   Q.   YOU -- YOU CAN READ THIS, I CAN READ IT A LITTLE BIT, THE

24   JURY CAN READ IT AND THE COMMENTS.  THIS IS CODE WHERE YOU CAN

25   LOOK AT IT AND SEE WHAT IT'S DOING, RIGHT?

1    A.   YES.   THIS IS ONLY A SMALL PART OF THE SOURCE CODE FOR THE

2    GOOGLE SEARCH APPLICATION.   YES, IF YOU READ ALL THE SOURCE

3    CODE, YOU CAN GENERALLY UNDERSTAND WHAT THE APPLICATION DOES.

4    Q.   OKAY.   AND THIS IS PROPRIETARY TO GOOGLE?

5    A.   YES.

6    Q.   AND THE VERSION THAT YOU GIVE SAMSUNG IS NOT THE SOURCE

7    CODE, YOU'VE TAKEN THE SOURCE CODE AND YOU'VE COMPILED IT INTO

8    SOMETHING YOU'RE CALLING AN APK, AND THAT'S SOMETHING THAT CAN

9    ACTUALLY RUN ON THE PHONES THAT SAMSUNG SELLS; RIGHT?

10   A.   THAT'S RIGHT.

11   Q.   AND IF ANYBODY LOOKED AT THAT, THEY CAN'T SEE WORDS AND

12   COMMENTS, THEY JUST -- IT'S JUST A STRING OF 0'S AND 1'S THAT A

13   COMPUTER CAN READ, RIGHT?

14   A.   YEAH, IT'S JUST A FILE.   A HUMAN CAN'T READ IT.

15   Q.   OKAY.   AND THAT'S WHAT YOU GIVE SAMSUNG FOR THE GOOGLE

16   SEARCH APPLICATION THAT RUNS ON THESE PHONES?

17   A.   THAT'S RIGHT.

18   Q.   OKAY.   SO GOING BACK TO 2012, SAMSUNG CAME AND SAID WILL

19   YOU MAKE A SPECIAL CHANGE, GOOGLE, TO THE VERSION OF THE GOOGLE

20   SEARCH APPLICATION THAT WE'RE GOING TO SELL GOING FORWARD IN

21   THE SUMMER OF 2012 ON OUR SMARTPHONES, AND YOU MADE THAT

22   CHANGE; RIGHT?

23   A.   SO YOU DESCRIBED A NUMBER OF THINGS THAT THEY SAID.   I'M

24   NOT SURE THEY SAID ALL OF THOSE THINGS.   BUT THEY DID ASK FOR A

25   VERSION OF THE APPLICATION THAT DID NOT DO ON-DEVICE SEARCH.

1    Q.   OKAY.  AND YOU WROTE -- AT GOOGLE, YOU WROTE, FOR SAMSUNG,

2    A VERSION OF THE SOURCE CODE THAT DIDN'T DO LOCAL SEARCH AND

3    YOU COMPILED IT INTO AN APK AND YOU GAVE IT TO SAMSUNG TO RUN

4    ON THE SAMSUNG PHONES?

5    A.   SO IF YOU -- BY YOU, YOU MEAN ALL OF GOOGLE, THEN YES.  I

6    DID SOME OF THOSE PARTS MYSELF AND MEMBERS OF MY TEAM DID SOME

7    PARTS AND OTHER PEOPLE AT GOOGLE DID SOME PARTS.

8    Q.   SO THAT WAS A SPECIAL VERSION OF THE GOOGLE SEARCH

9    APPLICATION THAT YOU MADE AT GOOGLE JUST FOR SAMSUNG?

10   A.   THAT'S RIGHT.

11   Q.   AND SAMSUNG ACTUALLY PUT THAT CHANGED VERSION ON A NUMBER

12   OF PHONES THAT IT SOLD IN THE SUMMER OF 2012; RIGHT?

13   A.   I'M NOT ACTUALLY AWARE OF THEM DOING THAT.

14   Q.   YOU DON'T ACTUALLY KNOW WHAT THEY DID BECAUSE YOU DON'T

15   WORK FOR SAMSUNG; RIGHT?

16   A.   I AM AWARE THAT THEY SENT THIS VERSION IN A SO-CALLED

17   OVER-THE-AIR UPDATE TO SOME EXISTING PHONES THAT HAD ALREADY

18   BEEN SOLD.

19       BUT I'M AWARE OF THIS FROM PRESS REPORTS, NOT SAMSUNG

20   DIRECTLY.

21   Q.   OKAY.  GOOGLE DIDN'T MAKE THIS CHANGE BECAUSE A

22   PRELIMINARY INJUNCTION WAS ISSUED IN THIS CASE; RIGHT?

23   A.   SORRY.  CAN YOU REPEAT THE QUESTION?

24   Q.   GOOGLE DIDN'T MAKE THIS CHANGE TO THE CODE FOR SAMSUNG

25   BECAUSE A PRELIMINARY INJUNCTION HAD BEEN ISSUED IN THIS CASE;

```
 1        RIGHT?

 2              MR. PAK:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

 3        GOES BEYOND THE SCOPE OF DIRECT.

 4              THE COURT:  IF YOU KNOW THE ANSWER, YOU MAY ANSWER.

 5              THE WITNESS:  SO THE THINGS I KNOW IS THAT THERE WAS

 6        A TALK ABOUT A PRELIMINARY INJUNCTION, AND I BELIEVE THE CHANGE

 7        WAS MADE, REQUESTED TO BE MADE BEFORE ANY SUCH INJUNCTION WAS

 8        ISSUED.

 9              MS. KREVANS:  NOTHING FURTHER, YOUR HONOR.

10              THE COURT:  ALL RIGHT.  THE TIME IS NOW 9:31.

11           IS THERE ANY REDIRECT?

12              MR. PAK:  NO, YOUR HONOR.

13              THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED

14        AND IS IT SUBJECT TO RECALL OR IS IT A FULL EXCUSAL?

15              MS. KREVANS:  NOT SUBJECT TO RECALL, YOUR HONOR.

16              THE COURT:  DO YOU AGREE WITH THAT?

17              MR. PAK:  I BELIEVE WE AGREE WITH THAT, YOUR HONOR.

18              THE COURT:  ALL RIGHT.  THEN YOU ARE EXCUSED, NOT

19        SUBJECT TO RECALL.

20              THE WITNESS:  THANK YOU.

21           (PAUSE IN PROCEEDINGS.)

22              THE COURT:  OKAY.  WOULD YOU PLEASE CALL YOUR NEXT

23        WITNESS.

24              MR. NELSON:  SURE, YOUR HONOR.  SAMSUNG CALLS AS ITS

25        NEXT WITNESS MS. DIANNE HACKBORN.
```

```
 1              THE CLERK:  RAISE YOUR RIGHT HAND, PLEASE.

 2         (DEFENDANTS' WITNESS, DIANNE HACKBORN, WAS SWORN.)

 3              THE WITNESS:  I DO.

 4              THE CLERK:  WOULD YOU HAVE A SEAT, PLEASE.

 5         AND PULL THE MICROPHONE TOWARDS YOU AND STATE YOUR NAME

 6    AND SPELL IT, PLEASE.

 7              THE WITNESS:  MY NAME IS DIANNE HACKBORN.

 8    D-I-A-N-N-E, H-A-C-K-B-O-R-N.

 9              MR. NELSON:  GOOD MORNING, MS. HACKBORN.

10              THE COURT:  TIME IS NOW 9:34.  GO AHEAD, PLEASE.

11              MR. NELSON:  I'M SORRY, YOUR HONOR.  MAY I PROCEED?

12              THE COURT:  GO AHEAD, PLEASE.

13                        DIRECT EXAMINATION

14    BY MR. NELSON:

15    Q.   GOOD MORNING, MS. HACKBORN.  CAN YOU TELL US WHERE YOU

16    CURRENTLY LIVE?

17    A.   I CURRENTLY LIVE IN MOUNTAIN VIEW, CALIFORNIA.

18    Q.   TELL US A LITTLE BIT ABOUT YOURSELF, YOUR EDUCATIONAL

19    BACKGROUND, PLEASE?

20    A.   I WENT TO SCHOOL AT OREGON STATE UNIVERSITY, AND WHILE I

21    WAS THERE, I RECEIVED A BACHELOR'S IN BOTH COMPUTER SCIENCE AND

22    COMPUTER ENGINEERING, AND THEN A MASTER'S IN COMPUTER SCIENCE.

23    Q.   OKAY.  AND WHEN WAS THAT?  WHAT YEAR?

24    A.   THAT WAS IN 1996 I FINISHED MY MASTER'S.

25    Q.   CAN YOU TELL US WHERE YOU WORK CURRENTLY, PLEASE?
```

```
 1        A.   I CURRENTLY WORK AT GOOGLE.

 2        Q.   HOW ABOUT YOUR JOB TITLE?

 3        A.   MY CURRENT JOB TITLE AT GOOGLE IS PRINCIPAL SOFTWARE

 4        ENGINEER.

 5        Q.   AND CAN YOU TELL US WHEN YOU STARTED WORKING AT GOOGLE?

 6        A.   YES.  I STARTED AT GOOGLE ON FEBRUARY 1ST, 1996 -- OR,

 7        SORRY, 2006.

 8        Q.   2006.

 9             OKAY.  AND WAS THERE ANY PARTICULAR PROJECT THAT YOU WERE

10        HIRED ON FOR TO WORK ON AT GOOGLE?

11        A.   YES.  I STARTED AT GOOGLE TO WORK ON AN ANDROID.

12        Q.   AND CAN YOU TELL US, WHEN YOU STARTED FEBRUARY 1ST, 2006,

13        WAS THE VERSION OF ANDROID COMPLETED AT THAT POINT IN TIME?

14        A.   ANDROID WAS VERY MUCH IN PROGRESS AT THAT POINT.  THERE

15        WAS STILL A LOT TO DO ON IT.

16        Q.   SO WHEN YOU HIRED ON, OR MAYBE WHEN YOU STARTED WORKING,

17        WAS THERE ANY PARTICULAR PARTS OF ANDROID THAT YOU WERE

18        PRIMARILY WORKING ON?

19        A.   THERE WERE A LOT OF THINGS I WAS -- I WORKED ON WINDOW

20        MANAGER, RESOURCES, INTENTS AND ACTIVITIES AND VARIOUS OTHER

21        THINGS.

22        Q.   OKAY.  SO YOU SAID INTENTS AND ACTIVITIES.  CAN YOU TELL

23        US JUST GENERALLY WHAT INTENTS ARE IN ANDROID?

24        A.   YEAH.  SO INTENTS ARE A, A PART OF THE PLATFORM THAT --

25        THEY DO A LOT OF THINGS, BUT ONE OF THE IMPORTANT THINGS FOR US
```

```
1     WAS THAT WE WANTED TO MAKE A GENERAL COMPUTING SYSTEM THAT HAD

2     A LOT OF THE PARTS OF YOUR DESKTOP COMPUTING SYSTEMS.  BUT ON

3     THE DESKTOP, YOU HAVE THIS BIG SCREEN AND YOU CAN HAVE MULTIPLE

4     APPLICATIONS AND WINDOWS ON AND MOVE THEM AROUND.  SO YOU COULD

5     DO A LOT OF INTERACTIONS BETWEEN APPLICATIONS.

6          BUT WHEN YOU'RE DOING A MOBILE SYSTEM, LIKE A PHONE, YOU

7     HAVE THIS REALLY SMALL SCREEN, RIGHT, SO BASICALLY YOU CAN ONLY

8     HAVE ONE APPLICATION ON THE SCREEN AT A TIME, WHICH LIMITS WHAT

9     YOU CAN DO WITH THEM.  SO INTENTS IS ONE OF THE THINGS WE USE

10    TO HELP US MAKE IT DO MORE THINGS BETWEEN APPLICATIONS ON THE

11    ANDROID.

12    Q.   AND WHO WAS IT THAT CAME UP WITH THIS IDEA FOR INTENTS ON

13    ANDROID?

14    A.   I WAS THE ONE WHO WANTED TO DO INTENTS ON ANDROID.

15    Q.   AND ABOUT WHEN WAS THAT?

16    A.   THIS WAS RIGHT WHEN I JOINED.

17    Q.   SO AROUND 2006?

18    A.   2006, YES.

19    Q.   GREAT.  SO I'M GOING TO SHOW YOU -- THIS IS A SEALED

20    EXHIBIT THAT I WANT YOU TO TURN TO IN YOUR BINDER.  IT'LL BE

21    DX, OR DEFENDANT'S EXHIBIT 336.  AND LET ME KNOW WHEN YOU'RE

22    THERE.  SO WE'RE ONLY GOING TO PUT THIS ON THE -- YOU SHOULD

23    HAVE IT ON YOUR SCREEN.  GREAT.

24         AND I'LL TURN THIS THIS WAY.

25         SO LET ME KNOW WHEN YOU'RE THERE?
```

```
 1    A.   OKAY.  I HAVE IT.

 2    Q.   NOW, CAN YOU TELL ME, HAVE YOU SEEN THIS DOCUMENT BEFORE?

 3    A.   YES, I HAVE.

 4    Q.   AND GENERALLY CAN YOU TELL US WHAT THIS DOCUMENT IS THAT

 5    WE'VE WORKED AS EXHIBIT 336?

 6    A.   YES.  THIS IS THE DESIGN AND IMPLEMENTATION DOCUMENT FOR

 7    ACTIVITIES AND INTENTS ON ANDROID.

 8    Q.   AND CAN YOU TELL US WHO WROTE THIS DOCUMENT?

 9    A.   I WROTE THIS --

10         MS. KREVANS:  YOUR HONOR, THE DOCUMENT HASN'T BEEN

11    ADMITTED YET TO MY KNOWLEDGE, SO IT SHOULD NOT YET BE PUBLISHED

12    TO THE JURY.

13         THE COURT:  THAT'S CORRECT.

14         MR. NELSON:  OKAY.

15    Q.   GO AHEAD.

16    A.   I WROTE THIS DOCUMENT.

17         MR. NELSON:  OKAY.  YOUR HONOR, AT THIS POINT I OFFER

18    EXHIBIT 336 INTO EVIDENCE.

19         MS. KREVANS:  NO OBJECTION, YOUR HONOR.

20         THE COURT:  IT'S ADMITTED.

21    (DEFENDANTS' EXHIBIT 336 WAS ADMITTED IN EVIDENCE.)

22         THE COURT:  GO AHEAD, PLEASE.

23    BY MR. NELSON:

24    Q.   AND CAN YOU TELL US FROM LOOKING AT THIS DOCUMENT WHEN YOU

25    WROTE THE FIRST VERSION OF IT?
```

```
 1    A.   YES.  SO ACTUALLY IF YOU LOOK AT THE END OF THE DOCUMENT,

 2    THERE IS A WRITTEN VERSION HISTORY ON IT FOR WHEN IT WAS BEING

 3    WORKED ON.

 4         SO YOU'LL SEE THE FIRST ENTRY THERE DESCRIBES THE FIRST

 5    VERSION, THIS WAS THE ORIGINAL DESIGN DOCUMENT THAT WAS WRITTEN

 6    ON FEBRUARY 8TH, 2006 AND THE LAST ENTRY THERE, THIS IS THE

 7    CURRENT VERSION THAT YOU'RE SEEING HERE SIGNING -- DESCRIBING

 8    THE CURRENT IMPLEMENTATION AT THAT POINT.  THAT IS DATED

 9    JULY 27TH, 2006.

10    Q.   NOW, CAN YOU TELL US WHETHER YOU HAD THE INTENTS SYSTEM

11    WORKING IN ANDROID BY THE TIME YOU WROTE THIS DOCUMENT?

12    A.   YEAH.  AT THE TIME OF THE DATE, IT WAS WORKING.

13    Q.   AND HOW IS IT THAT YOU KNOW THAT?

14    A.   WELL, ONE WAY TO TELL IS IF YOU LOOK AT THE SECOND PAGE,

15    THERE IS THE START OF A LONG PIECE OF SOURCE CODE SHOWING HOW

16    TO USE ACTIVITIES AND INTENTS THAT ARE DESCRIBED HERE.  THIS

17    WAS ACTUALLY WORKING CODE AT THAT POINT, AND THAT CODE IS

18    ACTUALLY THE BASIS FOR THE SAME SAMPLE CODE WE HAVE IN THE

19    ANDROID TODAY.

20    Q.   SO ARE INTENTS STILL IN ANDROID TODAY?

21    A.   YES, INTENTS ARE STILL IN ANDROID TODAY.

22    Q.   AND HAVE THEY CHANGED SINCE THIS 2006 TIMEFRAME WHEN YOU

23    FIRST PUT THEM IN?

24    A.   THERE HAVE BEEN SOME SMALL FEATURES ADDED TO THEM, BUT THE

25    BASIC DESIGN DESCRIBED HERE IS THE SAME TODAY.
```

1    Q.   NOW, YOU TOLD US A LITTLE BIT ABOUT INTENTS AND HOW THEY

2    WORK, BUT CAN YOU TELL US WHY YOU DEVELOPED INTENTS FOR

3    ANDROID?

4    A.   YEAH.  SO INTENTS ARE, ARE USED TO BASICALLY COMMUNICATE

5    BETWEEN -- DO COMMUNICATIONS BETWEEN APPLICATIONS OR

6    INTERACTIONS BETWEEN APPLICATIONS.

7    Q.   AND CAN YOU GIVE US AN EXAMPLE OF WHEN SOMETHING LIKE THAT

8    MIGHT BE USED?

9    A.   YES.  SO, FOR EXAMPLE, IF ONE APPLICATION WANTS TO HAVE A

10   USER COMPOSE AN E-MAIL MESSAGE, IT CAN MAKE AN INTENT SAYING

11   I'D LIKE TO HAVE AN E-MAIL MESSAGE COMPOSED AND GIVE IT TO

12   ANDROID AND THEN ANDROID WILL FIND AN APPLICATION THAT CAN

13   ACTUALLY DO THAT.

14   Q.   WHAT IF THERE'S MORE THAN ONE APPLICATION?

15   A.   SO IF THERE'S MORE THAN ONE APPLICATION FOR AN INTENT THAT

16   YOU WANT TO HAVE STARTED, ANDROID WILL THEN TELL USERS, WELL,

17   YOU HAVE THESE CHOICES OF WHICHEVER APPLICATIONS IT FINDS AND

18   LET THE USER PICK THE ONE THEY WANT AND IT'LL START THAT ONE.

19   Q.   AND WHY WAS IT THAT YOU DESIGNED THE SYSTEM THAT WAY?

20   A.   IT WAS, IT WAS DESIGNED THIS WAY TO BE -- WELL, ONE OF OUR

21   GOALS IS TO HAVE AN OPEN PLATFORM, AND WE WANTED TO ALLOW THIRD

22   PARTY APPLICATIONS TO WORK THE SAME AS BUILT-IN APPLICATIONS ON

23   ANDROID, SO INTENTS ALLOWED US TO WORK WITH BOTH THIRD PARTY

24   AND BUILT-IN APPLICATIONS THE SAME WAY.

25        SO, FOR EXAMPLE, IF I HAVE AN E-MAIL APPLICATION THAT I

```
 1    WOULD LIKE, THAT I DOWNLOADED AND INSTALLED ON MY DEVICE AND I

 2    PREFER IT OVER THE ONE THAT'S BUILT IN, IT CAN SAY, HEY, I CAN

 3    COMPOSE MESSAGES FOR YOU, SO ANY TIME ANYWHERE ELSE IN THE

 4    SYSTEM WHEN I SAY I NEED TO COMPOSE A MESSAGE, I CAN PICK TO

 5    USE MY PREFERRED 30 PARTY APPLICATION INSTEAD OF BUILT-IN

 6    APPLICATION.

 7    Q.   I'M GOING TO HAVE YOU FLIP TO ANOTHER DOCUMENT IN YOUR

 8    BINDER.  THIS ONE IS DX 335.

 9    A.   OKAY.

10    Q.   SO LET ME FIRST ASK YOU, DO YOU RECOGNIZE THIS DOCUMENT?

11    A.   I DO RECOGNIZE THIS.

12    Q.   AND CAN YOU TELL US WHAT IT IS GENERALLY?

13    A.   YES.  THIS WAS AN E-MAIL DISCUSSION I HAD WITH SOME PEOPLE

14    WORKING ON THE BROWSER ABOUT HOW THEY SHOULD INTEGRATE THE

15    BROWSER WITH THE INTENTS SYSTEM ON ANDROID.

16         MR. NELSON:  YOUR HONOR, I OFFER DX, DEFENDANT'S

17    EXHIBIT 335 INTO EVIDENCE, PLEASE.

18         MS. KREVANS:  NO OBJECTION, YOUR HONOR.

19         THE COURT:  IT'S ADMITTED.

20    (DEFENDANTS' EXHIBIT 335 WAS ADMITTED IN EVIDENCE.)

21         THE COURT:  GO AHEAD, PLEASE.

22    BY MR. NELSON:

23    Q.   SO CAN YOU TELL US WHY YOU WERE HAVING THIS DISCUSSION

24    WITH THE BROWSER FOLKS ABOUT INTENTS AND HOW THOSE WOULD BE

25    IMPLEMENTED?
```

1    A.    YES.  SO AT THIS POINT WE HAD INTENTS WORKING ON ANDROID

2    AND THEY WERE BEING USED QUITE A BIT, AND THE BROWSER WAS

3    STARTING TO COME UP AND WORK AND THEY WERE TRYING TO DECIDE HOW

4    THE BROWSER WOULD INTEGRATE WITH OTHER APPLICATIONS USING

5    INTENTS.

6    Q.    NOW, WHAT'S THE DATE ON THIS E-MAIL?

7    A.    THE DATE OF THE LAST MESSAGE ON HERE IS APRIL 20TH, 2007.

8    Q.    SO BY THE TIME OF THE DATE OF THIS E-MAIL, HAD YOU DECIDED

9    HOW INTENTS WERE GOING TO BE IMPLEMENTED WITH THE BROWSER?

10   A.    YES, WE HAD.

11   Q.    AND WHY DO YOU SAY THAT?

12   A.    SO ACTUALLY, IF YOU LOOK AT -- SO THIS DATE IS APRIL 20TH,

13   2007.  THIS IS THE LAST MESSAGE FROM GRACE, AND WHAT SHE'S

14   DESCRIBING HERE IS ACTUALLY HOW IT WORKS ON ANDROID.  SO WHAT

15   SHE'S SAYING IS WHAT THE BROWSER DOES IS WHENEVER YOU CLICK ON

16   A HYPERLINK IN THE BROWSER, IT MAKES AN INTENT SAYING, HEY, I'D

17   LIKE SOMEONE TO VIEW THIS THING.

18       AND, FURTHERMORE, ACTUALLY THE GMAIL APPLICATION AT THAT

19   POINT KNOWS THAT IF YOU WANT TO VIEW A MAIL HYPERLINK, IT CAN

20   COME UP AND LET YOU COMPOSE A MESSAGE AT THAT POINT.

21       SO THAT'S STILL HOW IT WORKS TODAY IN ANDROID.  IF YOU TAP

22   ON THE LINK IN THE BROWSER, IT'LL MAKE AN INTENTS, FIND THE

23   APPLICATION THAT CAN HANDLE IT AND DO WHATEVER IS APPROPRIATE.

24   Q.    NOW, YOU MENTIONED GRACE KLOBA; IS THAT RIGHT?

25   A.    YES, I DID.

1    Q.   WHO IS GRACE?

2    A.   GRACE IS AN ENGINEER ON THE BROWSER.

3    Q.   NOW, SWITCH TOPICS A LITTLE BIT HERE.  SO FROM YOUR WORK

4    ON ANDROID, ARE YOU FAMILIAR WITH SERVERS?

5    A.   I AM FAMILIAR WITH SERVERS, YES.

6    Q.   DO YOU HAVE SERVERS IMPLEMENTED IN ANDROID AT ALL?

7    A.   YES, WE HAVE QUITE A FEW.

8    Q.   CAN YOU GIVE ME AN EXAMPLE OF ONE OF THOSE?

9    A.   SURE.  SO ONE EXAMPLE IS A THING CALLED THE CLIPBOARD.

10   Q.   SO CAN YOU EXPLAIN TO US WHAT THE CLIPBOARD IS, WHAT ITS

11   FUNCTIONALITY IS?

12   A.   THE CLIPBOARD IS BASICALLY HOW WE IMPLEMENT COPY AND PASTE

13   IN ANDROID.

14   Q.   OKAY.  AND WHERE MIGHT YOU USE THAT IN ANDROID?

15   A.   SO, FOR EXAMPLE, YOU KNOW, IT'S IF YOU'RE IN AN

16   APPLICATION, FOR EXAMPLE, LET'S SAY YOU'RE IN AN E-MAIL

17   APPLICATION AND YOUR FRIEND SENDS YOU AN E-MAIL THAT YOU REALLY

18   LIKE AND YOU WANT TO POST IT TO TWITTER.

19        SO YOU COPY THE TEXT FROM THERE, AND HOW THAT WORKS IS IT

20   SENDS THE TEXT OVER THE CLIPBOARD, FOR THE CLIPBOARD TO HOLD ON

21   TO IT.

22        SO NOW I GO OVER TO TWITTER, AND I WANT TO START COMPOSING

23   MY MESSAGE, I PASTE IT, AND TWITTER NOW RETRIEVES THAT SAME

24   CLIPPED TEXT FROM THE CLIPBOARD AND PUTS IT INTO THIS

25   APPLICATION.

1    Q.   WHO WAS IT THAT DECIDED TO IMPLEMENT THIS ANDROID

2    CLIPBOARD AS A SEVERER?

3    A.   I DID.

4    Q.   AND CAN YOU TELL US WHY YOU DID THAT?

5    A.   YES.  SO THE REASON THAT IT SAYS SERVER IS BECAUSE A

6    SERVER IS REALLY -- THIS IS WHAT A SERVER DOES.  BASICALLY YOU

7    WANT TO HAVE ONE THING THAT'S RUNNING SEPARATELY FROM ALL THE

8    APPLICATIONS, THAT THE APPLICATIONS COMMUNICATE WITH AND

9    COORDINATE WITH, AND IT'S HOLDING ON TO DATA THAT THEY'RE

10   SHARING.

11        SO THAT TEXT IS BEING KEPT BY THE CLIPBOARD SEPARATE FROM

12   THE APPLICATIONS, THE APPLICATIONS ARE BEING PUT BACK THROUGH,

13   THEY PULL THAT SAME TEXT OUT OF IT AND SHARE BETWEEN THEM.

14   Q.   ALL RIGHT.  NOW, LET ME ASK YOU THIS:  ARE YOU FAMILIAR

15   WITH SHARED LIBRARIES IN ANDROID?

16   A.   YES, I AM.

17   Q.   AND CAN YOU TELL US GENERALLY WHAT A SHARED LIBRARY IS?

18   A.   SO A SHARED LIBRARY IS BASICALLY IF YOU HAVE SOMETHING

19   THAT APPLICATIONS OUGHT TO NEED IMPLEMENT, INSTEAD OF HAVING TO

20   ALTER THEM THEMSELVES, YOU CAN PUT CODE INTO A SHARED LIBRARY

21   SO THEY CAN USE THAT SAME CODE.

22   Q.   DO YOU KNOW WHO CAME UP WITH THIS CONCEPT OF A SHARED

23   LIBRARY?

24   A.   I ACTUALLY DON'T KNOW WHO DID.  SHARED LIBRARIES HAVE BEEN

25   IN COMPUTER SCIENCE SINCE BEFORE I STARTED PROGRAMMING IN THE

1      '80S.

2      Q.   DOES ANDROID USE ANY OF THESE SHARED LIBRARIES?

3      A.   ANDROID DOES USE SHARED LIBRARIES.

4      Q.   CAN YOU GIVE ME AN EXAMPLE?

5      A.   ONE I WORKED ON A LOT IS THE ANDROID FRAMEWORK LIBRARY.

6      Q.   SO -- AND THEN WITHIN THAT FRAMEWORK LIBRARY, YOU'RE

7      FAMILIAR WITH SOMETHING CALLED LINKIFY?

8      A.   YES, I AM.

9      Q.   OKAY.  AND CAN YOU TELL US WHAT LINKIFY IS?

10     A.   SO LINKIFY IS SOME HELPER CODE IN THE FRAMEWORK LIBRARY

11     FOR APPLICATIONS WHEN THEY HAVE SOME TEXT, IF THEY WANT TO FIND

12     THINGS LIKE E-MAIL ADDRESSES OR WEB -- OR URL'S OR PHONE

13     NUMBERS IN IT, TO FIND THOSE AND TURN THOSE INTO HYPERLINKS.

14     Q.   NOW, DOES LINKIFY RUN ON ITS OWN THEN?

15     A.   LINKIFY DOES NOT RUN ON ITS OWN.  IT RUNS AS PART OF THE

16     APPLICATION THAT'S USING IT.

17     Q.   DID YOU IMPLEMENT AN ANDROID LINKIFY ISSUE AS A SERVER?

18     A.   NO, IT IS NOT A SERVER.

19     Q.   WHY IS THAT?

20     A.   WELL, THERE'S NO REASON TO MAKE IT A SERVER BECAUSE IT

21     HAS -- THERE'S NO SHARING IT DOES OF DATA BETWEEN APPLICATIONS.

22     ALL ITS DOING IS LOOKING AT THE DATA NOTICE OF ONE APPLICATION

23     IT'S WORKING ON AND TURN THINGS INTO HYPERLINKS.

24          SO THERE'S NO DATA THAT'S GOING INTO APPLICATIONS.

25     THERE'S NO COORDINATION BETWEEN APPLICATIONS THAT IT'S DOING.

1    SO IT WOULD BE A WASTE TO HAVE THE OVERHEAD OF PUTTING IT AS A

2    SEPARATE SERVER.

3    Q.   YOU TALKED ABOUT THE CLIPBOARD EXAMPLE BEFORE.  CAN YOU

4    TELL US HOW THE LINKIFY LIBRARIES IS DIFFERENT FROM THAT?

5    A.   YES.  SO IN THE CLIPBOARD, REMEMBER WE HAD ACTUALLY SOME

6    DATA THAT IT WAS KEEPING SHARED BETWEEN APPLICATIONS.  SO

7    THAT'S -- THAT MAKES SENSE AS A SERVER BECAUSE THERE'S ACTUALLY

8    SOME DATA THAT ALL THE APPLICATIONS WILL SEE, IF YOU MODIFY IT

9    IN ONE APPLICATION, THE OTHER APPLICATION WILL SEE IT, BUT NONE

10   OF THAT HAPPENS IN LINKIFY.

11   Q.   NOW, WHEN LINKIFY IS DONE RUNNING, WHAT HAPPENS TO

12   LINKIFY?

13   A.   SO ONCE YOU RUN LINKIFY AND MAKE HYPERLINKS ON A TEXT,

14   IT'S DONE.  YOU'RE NOT USING IT ANYMORE AT THAT POINT.  NOW YOU

15   HAVE TEXT THAT HAS HYPERLINKS.  THIS IS JUST LIKE A WEB

16   BROWSER.  IF A USER TAPS ON ONE OF THESE THINGS -- YES, SO IF

17   THE USER TAPS ON ONE OF THESE LINKS, IT WILL MAKE AN INTENT,

18   JUST LIKE THE WEB BROWSER SAYING, HEY, I WANT TO VIEW THIS LINK

19   AND GIVE IT TO ANDROID FOR IT TO FIND AN APPLICATION THAT CAN

20   DO THAT.

21   Q.   LET'S TALK ABOUT THAT A LITTLE BIT.  DOES LINKIFY THEN

22   TELL THE APPLICATION HOW TO PRESENT THIS LINKED INFORMATION TO

23   THE USER?

24   A.   LINKIFY DOES NOT REQUIRE THAT IT BE PRESENTED IN ANY WAY.

25   Q.   OKAY.  SO COULD AN APPLICATION DEVELOPER CHANGE HOW THAT

1       INFORMATION, THE LINKED INFORMATION IS PRESENTED TO THE USER?

2       A.   YEAH, THEY COULD CHANGE THE PRESENTATION.

3       Q.   SO ARE YOU FAMILIAR WITH SOME OF THOSE WAYS THAT IT COULD

4       BE PRESENTED?

5       A.   YEAH.  SO AN APPLICATION, FOR EXAMPLE, IT COULD SHOW THE

6       LINKS IN THE CONTEXT MENU.

7       Q.   CAN YOU JUST TELL US GENERALLY WHAT A CONTEXT MENU IS?

8       A.   SO A CONTEXT MENU IS LITERALLY LIKE A MENU THAT COMES UP

9       AND WHAT -- IT SHOWS YOU VARIOUS THINGS DEPENDING ON WHAT

10      CONTEXT YOU'RE IN.

11      Q.   SO ARE THERE OTHER WAYS THAT THAT COULD BE PRESENTED THEN?

12      A.   YES.  WE HAVE ANOTHER MENU CALLED APPLICATIONS MENU.

13      Q.   AND WHAT'S THAT GENERALLY?

14      A.   AN APPLICATION MENU IS USUALLY IN THE TOP RIGHT CORNER,

15      IT'S A BUTTON YOU PRESS THAT HAS A MENU OF THINGS YOU CAN DO AT

16      THAT POINT IN THE APPLICATION.

17      Q.   ANY OTHER WAYS THAT YOU'RE FAMILIAR WITH?

18      A.   THERE'S ALSO DIALOGUE WINDOWS.

19      Q.   WHAT'S A DIALOGUE WINDOW GENERALLY?

20      A.   SO A DIALOGUE WINDOW IS A POP-UP WINDOW THAT THE

21      APPLICATION, YOU CAN PUT WHATEVER CONTENT IT WANTS IN THERE TO

22      GET INFORMATION FROM THE USER THAT IT NEEDS BEFORE IT CAN

23      LEAVE.  SO IT'S BASICALLY PROVIDING A DIALOGUE WITH THE USER AT

24      THAT POINT.

25      Q.   AND HOW DIFFICULT WOULD IT BE, BASED ON YOUR EXPERIENCE

```
1    WITH THE ANDROID, FOR A DEVELOPER TO CHANGE FROM ONE OF THESE

2    PRESENTATIONS TO ANOTHER?

3    A.   IT'S NOT HARD AT ALL TO DO THAT.

4    Q.   AND WHY DO YOU SAY THAT?

5    A.   WELL, YOU KNOW, CONTEXTS MENUS AND APPLICATIONS MENUS,

6    THEY'RE BUILT THE SAME WAY WITH THE SAME KIND OF MENU DATA.  A

7    DIALOGUE MENU IS ANOTHER TO USE THE USER INTERFACE.  SO IT'S

8    LIKE SAYING HOW YOU WANT TO PRESENT THIS STUFF TO THE USER.

9    Q.   DO YOU KNOW HOW LONG THAT MIGHT TAKE?

10   A.   CHANGES LIKE THESE SHOULDN'T TAKE MORE THAN A DAY FOR AN

11   ENGINEER.

12   Q.   NOW, WHEN IS IT THAT THE TEXT, LIKE A PHONE NUMBER, GETS

13   LINKIFIED IN A CURRENT LINKIFY?

14   A.   SO IF WE TAKE SOMETHING LIKE THE MESSAGING APPLICATION,

15   THIS WILL HAPPEN WHEN THE MESSAGE IS LOADED BEFORE IT'S SHOWN

16   TO THE USER.

17   Q.   OKAY.  DOES IT HAVE TO BE DONE THAT WAY?

18   A.   YOU WOULDN'T HAVE TO DO IT THAT WAY.

19   Q.   AND HOW ELSE IS IT THAT IT COULD BE DONE?

20   A.   YOU COULD ALSO GO, AND AT THE POINT WHERE THE USER TAPS ON

21   THE TEXT, YOU COULD RUN LINKIFY AT THAT POINT TO FIND THE LINKS

22   TO SEE IF THERE'S SOMETHING TO EXECUTE.

23   Q.   AND DO YOU KNOW HOW LONG IT WOULD TAKE TO MAKE A CHANGE

24   LIKE THAT TO LINKIFY?

25   A.   A CHANGE LIKE THAT SHOULDN'T TAKE MORE THAN A COUPLE WEEKS
```

1    FOR AN ENGINEER.

2    Q.    AND WHY DO YOU SAY THAT?

3    A.    THERE'S -- YOU HAVE TO CHANGE SOME -- LOAD YOUR

4    APPLICATION AND HOW YOU WORK WITH LINKIFY TO DO THAT, BUT IT'S

5    NOT TOO COMPLICATED.

6    Q.    NOW, THIS LINKIFY CODE THAT YOU JUST DESCRIBED, IS THAT

7    GOOGLE CODE?

8    A.    LINKIFY WAS WRITTEN BY GOOGLE.

9    Q.    AND DO YOU KNOW WHEN THE FIRST VERSION OF ANDROID WAS THAT

10   HAD THE LINKIFY IN IT?

11   A.    YES.  SO LINKIFY WAS IN THE FIRST DEVELOPER PREVIEW OF

12   ANDROID THAT WAS RELEASED IN NOVEMBER 2007.

13   Q.    NOVEMBER OF 2007?

14   A.    YEAH.

15   Q.    NOW, WAS THERE ANOTHER VERSION, LIKE A VERSION 1.0, OF

16   ANDROID RELEASE THAT HAD LINKIFY IN IT AS WELL?

17   A.    YES.  SO ACTUALLY THE FIRST 1.0 VERSION OF ANDROID HAD

18   LINKIFY ON IT.  THAT CAME OUT ON THE ORIGINAL G1 DEVICE IN

19   OCTOBER 2008.

20   Q.    SO WE'VE TALKED ABOUT SOME OF THE THINGS THAT YOU'VE DONE

21   WITH ANDROID.

22   A.    UM-HUM.

23   Q.    HOW DO YOU FEEL ABOUT THE WORK THAT YOU'VE DONE ON ANDROID

24   IN THE LAST SEVEN OR EIGHT YEARS?

25   A.    I'M ACTUALLY REALLY PROUD OF THE WORK THAT WE'VE DONE ON

1    ANDROID.

2    Q.   AND CAN YOU TELL US WHY, WHAT SOME OF THESE THINGS ARE?

3    A.   YEAH.   THERE'S -- I CAN -- THERE'S TWO REASONS I CAN

4    REALLY MENTION.   THE FIRST IS JUST THE IMMEDIATE GRATIFICATION

5    OF SEEING ANDROID BEING USED ALL OVER THE PLACE.   MY FRIENDS

6    AND FAMILY USE THEIR ANDROID DEVICES AND REALLY LOVE THEM, AND

7    THINGS I BUILT IN THEM THEY REALLY LOVE USING.

8        AND JUST SEEING IT ALL OVER THE WORLD.   SO MANY PEOPLE

9    USING ANDROID DEVICES, RUNNING THE SOFTWARE THAT I BUILT, AND

10   SEEING IT ON BLOGS AND THAT KIND OF STUFF AND LOVING PARTS OF

11   ANDROID THAT I DID, IT'S REALLY GREAT TO SEE IT USED SO WIDELY.

12       THERE'S ALSO, I THINK, ANOTHER ASPECT TO IT, WHICH IS

13   WHEN WE DID ANDROID, I FELT LIKE WE WERE DOING A LOT OF REALLY

14   INTERESTING THINGS THAT REALLY HADN'T BEEN DONE BEFORE, AND

15   GETTING THOSE OUT THERE AND SEEING PEOPLE'S REACTION AND SEEING

16   PEOPLE SEE THEM AND, LIKE, WOW, THOSE ARE REALLY NEAT IDEAS,

17   I'D LIKE -- THEY SEEM TO WORK REALLY WELL HAS BEEN GREAT.

18       FOR EXAMPLE, THIS WHOLE INTENTS STUFF I'VE BEEN TALKING

19   ABOUT, THAT WAS REALLY DIFFERENT, SOMETHING THAT YOU HADN'T

20   SEEN BEFORE.   AND PEOPLE REALLY LATCHED ON TO IT, AND NOT JUST

21   IN ANDROID, BUT THERE'S PEOPLE DOING THIS THING CALLED WEB

22   INTENTS.   THEY'RE LIKE, INTENTS ARE COOL, LET'S SEE IF WE CAN

23   DO THOSE IN WEB BROWSERS AND GET THE SAME FEATURES.

24       ALSO, THE WAY ANDROID DOES MULTITASKING BETWEEN

25   APPLICATIONS FROM THE START HAS BEEN VERY DIFFERENT FROM OTHER

1    SYSTEMS.  YOU CAN SWITCH APPLICATIONS AND NEVER WORRY ABOUT

2    CLOSING THEM BECAUSE IT TAKES CARE OF BEHIND THE SCENES AND

3    DEALING WITH THEM.  AND THAT WAS KIND OF NEW TO ANDROID.

4         AND NOW OTHER MOBILE PLATFORMS HAVE STARTED TO ADOPT THOSE

5    SAME IDEAS, AND EVEN SOME DESKTOP OPERATING SYSTEMS NOW ARE

6    DOING THE SAME THING.

7         MR. NELSON:  THAT'S GREAT.  I MEAN, I REALLY

8    APPRECIATE YOUR TIME.  I'M GOING TO GO AHEAD AND LET MY

9    OPPOSING COUNSEL ASK YOU SOME QUESTIONS.

10        BUT THANK YOU VERY MUCH FOR YOUR TIME.

11             THE WITNESS:  OKAY.  THANK YOU.

12             THE COURT:  THE TIME IS NOW 9:53.

13                        **CROSS-EXAMINATION**

14   BY MS. KREVANS:

15   Q.   GOOD MORNING, MS. HACKBORN.

16   A.   GOOD MORNING.

17   Q.   WE HAVEN'T MET BEFORE.  I'M RACHEL KREVANS.  I'M ONE OF

18   APPLE'S ATTORNEYS.  I JUST HAVE A FEW QUESTIONS FOR YOU.

19        JUST -- YOU WORK FOR GOOGLE, RIGHT?

20   A.   I DO WORK FOR GOOGLE, YES.

21   Q.   DON'T WORK FOR SAMSUNG?

22   A.   I DO NOT WORK FOR SAMSUNG.

23   Q.   YOU UNDERSTAND THIS CASE IS ABOUT PHONES THAT SAMSUNG

24   MAKES AND SELLS IN THE UNITED STATES?

25   A.   I -- YOU KNOW, I DON'T KNOW THE DETAILS OF WHAT THINGS ARE

1    ACCUSED.  I'M HERE TO TESTIFY ABOUT ANDROID, HOW ANDROID WORKS.

2    Q.   OKAY.  THE TESTIMONY YOU'VE JUST GIVEN AT SAMSUNG'S

3    COUNSEL'S REQUEST WAS ABOUT FUNCTIONALITY OF WHAT ULTIMATELY

4    WAS RELEASED AND HAS BEEN RELEASED IN MULTIPLE VERSIONS AS

5    ANDROID OPEN SOURCE CODE; RIGHT?

6    A.   YES, THIS IS THE ANDROID OPEN SOURCE CODE.

7    Q.   OKAY.  YOU DON'T KNOW, YOURSELF, WHAT CHANGES PROGRAMMERS

8    AT SAMSUNG HAVE MADE TO THE ORIGINAL ANDROID OPEN SOURCE

9    FRAMEWORK TO MAKE THE CODE THAT ULTIMATELY RUNS ON THE SAMSUNG

10   ACCUSED SMARTPHONES IN THIS CASE; RIGHT?

11   A.   I DON'T KNOW THE DETAILS OF CODE CHANGES THEY MAY MAKE.

12        HOWEVER, EVERYTHING I'VE DESCRIBED HERE IS ACTUALLY

13   SOMETHING THAT APPLICATIONS NEED TO USE, AND SO YOU CAN'T

14   REALLY CHANGE THIS OR ELSE YOU'LL BREAK -- YOU'LL BREAK THE

15   APPLICATIONS.

16        SO THESE ARE KIND OF LIKE CORE DESIGN PARTS OF ANDROID

17   THAT YOU JUST CAN'T CHANGE.

18   Q.   MS. HACKBORN, MY QUESTION WAS, YOU DON'T KNOW WHAT

19   MODIFICATIONS SAMSUNG PROGRAMMERS HAVE MADE TO THE CODE THAT

20   ACTUALLY RUNS ON THE SAMSUNG SMARTPHONES IN THIS CASE; RIGHT?

21   A.   I DON'T KNOW SPECIFIC DETAILS THAT I'M TALKING ABOUT HERE

22   THAT THEY MAY HAVE MADE, CHANGES THEY MAY HAVE MADE.

23   Q.   YOU DON'T KNOW ANYTHING ABOUT WHAT MODIFICATIONS THEY MAY

24   HAVE MADE; RIGHT?

25   A.   THAT'S NOT WHAT I SAID.  I CAN'T -- LIKE I SAID, THIS

```
 1    IS -- THEY ARE RUNNING ANDROID.  THEY DO RUN ANDROID

 2    APPLICATIONS AND THE STUFF I'M DESCRIBING IS VERY CENTRAL TO

 3    HOW ANDROID APPLICATIONS WORK.  SO EVERYTHING I'VE TALKED ABOUT

 4    HERE, IT HAS TO WORK THAT WAY OR ELSE, YOU KNOW, GOOGLE'S

 5    APPLICATIONS WON'T WORK IN THEIR PHONES, ALL THE OTHER THIRD

 6    PARTY APPLICATIONS WON'T WORK ON THEIR PHONES.

 7         SO THIS IS VERY CORE TO ANDROID AND YOU CAN'T JUST CHANGE

 8    HOW THESE THINGS WORK.

 9    Q.   YOU RECALL THAT YOUR DEPOSITION WAS TAKEN IN THIS CASE?

10    A.   YES, I HAD IT.  YES, I WAS DEPOSED.

11    Q.   OKAY.  ON JUNE 18TH OF LAST YEAR?

12    A.   I DON'T REMEMBER THE DATE.

13    Q.   OKAY.  COULD -- I THINK YOU HAVE A COPY OF YOUR DEPOSITION

14    UP THERE.

15         COULD YOU LOOK AT PAGE 108 OF THAT DEPOSITION FROM LINES 2

16    TO 14.

17         ARE YOU THERE WITH ME?

18    A.   YES, I'M THERE.

19    Q.   OKAY.  DO YOU SEE WHERE IT SAYS, IN THAT TRANSCRIPT OF

20    YOUR DEPOSITION -- YOU WERE UNDER OATH AT THE TIME, RIGHT?

21    A.   YES.

22    Q.   OKAY.

23         "QUESTION:  DO YOU HAVE ANY UNDERSTANDING WHETHER SAMSUNG

24    MODIFIES THE ANDROID CODE AT ALL FOR THE BROWSER THAT IT

25    INCLUDES IN ITS ANDROID-BASED DEVICES?
```

```
 1            "ANSWER:  I DON'T KNOW WHAT MODIFICATIONS SAMSUNG DOES.

 2            "QUESTION:  WOULD THAT ANSWER BE THE SAME FOR THE

 3       MESSAGING APPLICATION?

 4            "ANSWER:  YEAH.  I DON'T KNOW WHAT MODIFICATION SAMSUNG

 5       DOES."

 6            IS THAT THE TESTIMONY THAT YOU GAVE UNDER OATH AT YOUR

 7       DEPOSITION?

 8       A.   YES.  THESE ARE ABOUT ANY CHANGES AT ALL, AND SO LIKE I

 9       SAID, THEY CAN MAKE -- WELL, THESE ARE -- FIRST OF ALL, THESE

10       ARE APPLICATIONS, AND I HAVEN'T REALLY TALKED MUCH ABOUT

11       APPLICATIONS, RIGHT, WE'RE ASKING ABOUT APPLICATIONS.

12            MOST OF MY TESTIMONY HERE HAS BEEN ABOUT THE FRAMEWORK

13       ITSELF THAT APPLICATIONS USE.  SO LIKE I SAID, YOU CAN'T REALLY

14       CHANGE THAT OR YOU'LL BREAK APPLICATIONS.

15            THE DETAILS OF APPLICATIONS, HOW THEY'RE IMPLEMENTED, YOU

16       COULD COMPLETELY REPLACE AN APPLICATION BECAUSE THAT'S NOT

17       GOING TO CHANGE, YOU KNOW, HOW THEY -- HOW THE CORE PLATFORM

18       WORKS.  SO THESE QUESTIONS HERE ARE ABOUT APPLICATIONS.

19       Q.   SO AT YOUR DEPOSITION, YOU WERE TRUTHFUL WHEN YOU SAID

20       THAT YOU DIDN'T KNOW WHETHER SAMSUNG MODIFIED THE CODE FOR THE

21       BROWSER OR THE MESSAGING APPLICATIONS THAT RUN ON THE SAMSUNG

22       PHONES THAT ARE ACCUSED IN THIS CASE; RIGHT?

23       A.   I DON'T KNOW WHAT MODIFICATIONS THEY MADE TO THOSE

24       APPLICATIONS.

25            MS. KREVANS:  NOTHING FURTHER, YOUR HONOR.
```

```
 1                THE COURT:  ALL RIGHT.  THE TIME IS NOW 9:57.

 2           IS THERE ANY REDIRECT?

 3                MR. NELSON:  NO, YOUR HONOR.

 4                THE COURT:  ALL RIGHT.  IS THIS WITNESS EXCUSED

 5      SUBJECT TO RECALL OR NOT SUBJECT TO RECALL?

 6                MS. KREVANS:  NOT SUBJECT TO RECALL, YOUR HONOR.

 7                THE COURT:  DO YOU AGREE WITH THAT?

 8                MR. NELSON:  NOT SUBJECT TO RECALL, YOUR HONOR.

 9                THE COURT:  ALL RIGHT.  THEN YOU ARE EXCUSED.

10           (PAUSE IN PROCEEDINGS.)

11                MR. PRICE:  GOOD MORNING, YOUR HONOR.  BILL PRICE.

12           WE ARE NEXT GOING TO CALL DAE IL SOHN.

13                THE COURT:  OKAY.

14                MR. PRICE:  WE NEED TO GET HIM OUT OF THE HALLWAY.

15                THE COURT:  THAT'S FINE.  TAKE YOUR TIME TO GET SET

16      UP.

17           (PAUSE IN PROCEEDINGS.)

18                THE COURT:  OKAY.  IF YOU WOULD PLEASE STAND TO BE

19      SWORN IN.

20                THE CLERK:  RAISE YOUR RIGHT HAND, PLEASE.

21           **(DEFENDANTS' WITNESS, DAE IL SOHN, WAS SWORN.)**

22                THE WITNESS:  YES, I DO.

23                THE CLERK:  THANK YOU.

24                THE COURT:  ALL RIGHT.

25                THE CLERK:  WOULD YOU PULL THE MICROPHONE TOWARDS
```

```
 1        YOU, PLEASE, AND STATE YOUR NAME AND SPELL IT FOR US.

 2               THE WITNESS:  MY NAME IS DAE IL SOHN, D-A-E I-L, LAST

 3        NAME S-O-H-N.  AMERICAN NAME IS DALE, D-A-L-E.

 4               THE COURT:  ALL RIGHT.  THE TIME IS 9:59.  GO AHEAD,

 5        PLEASE, MR. PRICE.

 6                            DIRECT EXAMINATION

 7        BY MR. PRICE:

 8        Q.   MR. SOHN, WHERE WERE YOU BORN?  WHERE WERE YOU BORN?

 9        A.   I WAS BORN IN SEOUL, KOREA.

10        Q.   IS ENGLISH YOUR FIRST LANGUAGE?

11        A.   NO, NOT AT ALL.

12        Q.   DO YOU -- YOUR FIRST LANGUAGE IS WHAT?

13        A.   KOREAN.

14        Q.   AND I'M GOING TO ASK YOU TO REALLY TRY TO KEEP THAT

15        MICROPHONE CLOSE.

16        A.   YEAH.

17        Q.   TODAY ARE YOU GOING TO TESTIFY IN ENGLISH?

18        A.   YES.

19        Q.   NOW, IN OTHER PROCEEDINGS HAVE YOU, LIKE IN DEPOSITIONS,

20        SOMETIMES USED A TRANSLATOR?

21        A.   YES, I DID.

22        Q.   AND SOMETIMES NOT?

23        A.   YES.

24        Q.   SO TODAY, WHY ARE YOU GOING TO TRY TO TESTIFY IN ENGLISH?

25        A.   IN THE BEGINNING, FROM THE OTHER CASE, I FELT A LITTLE BIT
```

1    UNCOMFORTABLE AS MOST OF THE PROCEEDINGS ARE, ARE UNCOMFORTABLE

2    TO ME.

3         BUT BY THE TIME OF NOW, I BECAME MORE COMFORTABLE WITH

4    THIS CASE.  SO I DECIDED TO USE -- TO SPEAK ENGLISH.  ALSO, I

5    KNOW WE HAVE LIMITED TIME.  TO MAKE MY TIME MORE EFFECTIVE, I

6    DECIDED TO USE ENGLISH.

7    Q.   SO IF YOU DON'T UNDERSTAND ANYTHING I ASK OR THAT MR. LEE

8    ASKS, YOU'LL TELL US?

9    A.   YES, I WILL.

10   Q.   OKAY.  SO LET'S START -- DID YOU ATTEND UNIVERSITY IN

11   KOREA?

12   A.   YES, I DID.  I ATTENDED THE CHUNG ANG UNIVERSITY, SPELLING

13   C-H-U-N-G, A-N-G.  SO CHUNG ANG UNIVERSITY LOCATED IN SEOUL,

14   KOREA.

15   Q.   HOW BIG IS THIS UNIVERSITY?  HOW MANY STUDENTS?

16   A.   I BELIEVE AROUND 30,000 STUDENTS THEY HAVE RIGHT NOW.

17   Q.   AND SO WHAT TIME DID YOU GRADUATE?  WHAT YEAR?

18   A.   I GRADUATED IN 1982.

19   Q.   WHAT WAS YOUR DEGREE IN?

20   A.   I MAJORED IN PUBLIC BUSINESS ADMINISTRATION, PUBLIC --

21   YES.

22   Q.   NOW, WHEN YOU WERE GOING TO SCHOOL AND GETTING YOUR DEGREE

23   IN PUBLIC ADMINISTRATION, WHAT WERE YOU -- WHAT DID YOU PLAN TO

24   DO AT THAT TIME?

25   A.   I PLANNED TO BE THE GOVERNMENT OFFICIAL, BUT I CHANGED MY

```
 1        MIND BECAUSE I FELT TO FIND A JOB AFTER COLLEGE GRADUATION, AS

 2        I AM THE ELDEST SON TO THE FAMILY AND I FELT RESPONSIBLE TO THE

 3        FAMILY.  SO I TRIED TO FIND A JOB AFTER COLLEGE.

 4        Q.   SO 1982, YOU WENT OUT TO TRY TO FIND A JOB.  WHERE DID YOU

 5        END UP?

 6        A.   SO BY THE TIME I WAS IN A BIG KOREAN BUSINESS

 7        CONGLOMERATE, AND SAMSUNG WAS THE MOST RESPECTABLE, WELL PLACE

 8        IN KOREA AT THE TIME.  SO I DECIDED TO SELECT SAMSUNG.

 9        Q.   AND HOW DID -- WHAT WAS YOUR FIRST POSITION AT SAMSUNG?

10        A.   MY FIRST POSITION AT SAMSUNG WAS ASSISTANT MANAGER IN --

11        AT CORPORATE PLANNING OFFICE OF SAMSUNG BUSINESS GROUP.

12        Q.   AND WHAT SORT OF THING DID YOU DO IN THAT FIRST POSITION?

13        A.   SO I, I KIND OF MANAGED IT AROUND A COUPLE OF HUNDRED

14        PEOPLE IN THE AREA OF HUMAN RESOURCES, AND THE HR OFFICE.

15        Q.   SO I WANT TO TAKE YOU AHEAD A LITTLE BIT.  YOU MENTIONED

16        YOU GRADUATED BACK IN 1982.

17             DID THERE COME A TIME WHEN YOU WENT AND GOT SOME FURTHER

18        EDUCATION?

19        A.   YES.

20        Q.   WHEN WAS THAT?

21        A.   THAT'S '97.

22        Q.   OKAY.  SO IN 1997, WHAT HAPPENED THAT CAUSED YOU TO GO AND

23        TRY TO FURTHER YOUR EDUCATION?

24        A.   SO 1996 I CAME FROM SIX YEARS OF DISPATCHER SERVICE IN THE

25        STATES.
```

1       Q.   OKAY.  LET ME STOP YOU, BECAUSE YOU USED A PHRASE WHICH WE

2       DON'T UNDERSTAND.  "DISPATCHER SERVICE," WHAT DOES THAT MEAN?

3       A.   SAMSUNG ELECTRONICS HEADQUARTERS ARE SENDING KOREAN

4       EXECUTIVES AND MANAGERS TO THE FOREIGN COUNTRIES, WE NORMALLY

5       CALL THEM AS DISPATCHERS.

6            SO I WAS ASSIGNED IN THE UNITED STATES BRANCH OFFICE AT

7       THE TIME, AND THEN I CAME BACK AND THEN I WAS SELECTED WITH THE

8       COMPANY M.B.A. PROGRAM.

9       Q.   AND WHEN YOU SAY YOU WERE SELECTED FOR THE COMPANY'S

10      M.B.A. PROGRAM, SO SAMSUNG PAID FOR YOU TO GO GET AN M.B.A.?

11      A.   THAT'S RIGHT.

12      Q.   AND WHERE DID THEY PAY YOU TO GO TO GET YOUR M.B.A.?

13      A.   I WENT -- I HAD A COUPLE OPTIONS, BUT I CHOOSE M.I.T. AS

14      THE PROGRAM.

15      Q.   AND HOW LONG DID YOU -- NOW, THIS, THIS M.I.T. PROGRAM

16      THAT YOU WERE AT, THIS WAS 1990 --

17      A.   '7 AND '8.

18      Q.   HOW MANY YEARS WERE YOU IN THIS PROGRAM?

19      A.   YEAH.  THIS ONE PROGRAM WAS RUNNING ABOUT, THE EXECUTIVE

20      M.B.A. PROGRAMS, CLASS OF '97, 1997.

21      Q.   SO THIS WAS A ONE-YEAR PROGRAM?

22      A.   YES.

23      Q.   YOU MENTIONED YOU'D BEEN DISPATCHED TO THE UNITED STATES

24      BETWEEN '82 AND '97 FOR SOME PERIOD OF TIME.  I GUESS YOU

25      PICKED UP SOME ENGLISH THEN?

1       A.   OF COURSE.  THAT'S BEEN A GREAT EXPERIENCE FOR ME TO LEARN

2       MORE SOPHISTICATED ENGLISH SKILLS BY THAT TIME.

3       Q.   OKAY.  WELL, LET'S KEEP TRYING IN ENGLISH THEN.

4            SO AFTER YOU GOT YOUR M.B.A., WAS THIS IN BUSINESS,

5       BUSINESS STRATEGY?

6       A.   YES.

7       Q.   SO AFTER GETTING YOUR M.B.A. WITH YOUR FOCUS IN BUSINESS

8       STRATEGY, DID YOU GO BACK TO KOREA?

9       A.   YES, I DID.

10      Q.   AND HOW LONG WERE YOU THEN -- WELL, WHAT POSITION DID YOU

11      HAVE WHEN YOU WENT BACK TO KOREA IN '97?

12      A.   WHEN I CAME BACK TO THE HEADQUARTERS IN KOREA, I WAS

13      RESPONSIBLE FOR THE, THE MAKING THE LONG-TERM CORPORATE

14      PLANNING FOR SAMSUNG ELECTRONICS TELECOMMUNICATIONS BUSINESS.

15      Q.   SO DID THERE COME A TIME WHEN YOU WERE SENT BACK TO THE

16      UNITED STATES?

17      A.   YES.

18      Q.   AND WHEN WAS THAT?

19      A.   2006.

20      Q.   AND WHEN YOU WERE SENT BACK TO THE UNITED STATES, WHAT WAS

21      THE POSITION THAT YOU HAD THEN?

22      A.   YES.  I WAS CHIEF EXECUTIVE OFFICER AND THE PRESIDENT OF

23      SAMSUNG TELECOMMUNICATIONS AMERICA.

24      Q.   AND IS THAT WHAT WE'VE HAD -- WE'VE HEARD REFERRED TO AS

25      SAMSUNG STA?

```
1    A.   YES.

2    Q.   NOW, AS -- LET ME TALK TO YOU THEN ABOUT THE, THE PRODUCTS

3    THAT WE'RE TALKING ABOUT.

4        NOW, YOU MENTIONED EARLIER THAT YOU HAD BEEN -- YOU SPENT

5    SIX YEARS IN THE UNITED STATES --

6    A.   RIGHT.

7    Q.   -- WITH SAMSUNG.

8        WHAT KIND OF PRODUCTS AT THAT TIME, THAT IS, WERE YOU

9    FOCUSSING ON IN TERMS OF SELLING?

10   A.   I WAS SELLING KEY TELEPHONE SYSTEMS.  THESE ARE LIKE

11   OFFICE TELEPHONE SYSTEMS TO AUSTRALIA AND THE UNITED STATES

12   MARKET.  I WAS AN EXPORT MANAGER.

13   Q.   WHEN YOU SAY A KEY TELEPHONE SYSTEM, IS THIS A TELEPHONE

14   THAT WAS BRANDED A SAMSUNG PHONE OR IS IT BRANDED SOMETHING

15   ELSE?

16   A.   DEPENDS ON CUSTOMER'S REQUEST AND REQUIREMENTS.  BY THE

17   TIME CUSTOMER WANTS TO, WANTED TO PUT THEIR BRANDS, SO I JUST

18   PUT -- WE JUST PUT THE CUSTOMER'S BRAND ON TO A SAMSUNG

19   PRODUCT.

20   Q.   NOW, WERE THESE SALES WHAT WE WOULD CALL WHOLESALE SALES

21   TO BUSINESSES, OR WERE THEY TO CONSUMERS?

22   A.   THAT WAS MOSTLY WHOLESALE BUSINESS.

23   Q.   SO LET'S FAST FORWARD NOW TO 2006 AND YOU'RE IN THE

24   UNITED STATES AND YOU'RE THE CHIEF EXECUTIVE OFFICER OF STA.

25       FIRST OF ALL, WHERE WERE YOU LOCATED?
```

```
 1      A.   I WAS LOCATED IN RICHARDSON, TEXAS.

 2      Q.   SO AT THAT TIME, NOW WE'RE IN 2006, WHAT KIND OF PRODUCTS

 3   WAS SAMSUNG STA SELLING IN THE UNITED STATES?

 4      A.   SAMSUNG BRANDED MODEL TO THE STATES, OF COURSE.  THESE

 5   WERE ALL SAMSUNG BRANDED MODELS.

 6      Q.   SO LET ME FOCUS THEN ON YOUR BUSINESS STRATEGY IN 2006.

 7      A.   UM-HUM.

 8      Q.   OKAY.  FIRST OF ALL, YOU -- YOU TOLD US THAT YOU'VE GOT

 9   YOUR DEGREE, YOUR MASTER'S, FOCUSSING ON BUSINESS STRATEGY.

10        IS THERE SOMETHING CALLED, A CONCEPT YOU LEARNED CALLED

11   SWAT?

12      A.   SWAT ANALYSIS, YEAH.  THAT'S A VERY, VERY BASIC ANALYSIS

13   METHOD AT THAT TIME.  MOST OF THE METHODS ARE THE VERSIONS

14   WE'RE DOING THESE DAYS.  SWAT APPLIED THE STRENGTHS AND

15   WEAKNESSES AND OPPORTUNITY AND THREATS ANALYSIS.

16      Q.   STRENGTHS, WEAKNESSES, OPPORTUNITIES, THREATS?

17      A.   YES.

18      Q.   SO IN 2006, WHEN YOU BECAME THE PRESIDENT AND CHIEF

19   EXECUTIVE OFFICER OF STA SELLING MOBILE PHONES, WHAT WAS YOUR

20   GOAL?

21      A.   I WORK -- BY THE TIME I WAS TRYING TO MAKE BIG TURNAROUND

22   FROM THE VERY SLUGGISH, YOU KNOW, THE BUSINESS PERFORMANCE IN

23   THE BEGINNING.  SO THAT WAS MY FIRST PRIORITY.  AND I JUST

24   COULD GET THAT JOB.

25        AND I ALSO UNDERSTOOD BY THE TIME MOTOROLA HAS BEEN SO
```

```
1    SUCCESSFUL, THE VERY, VERY NOVEL PRODUCT, LIKE THE MOTOROLA

2    RAZR.

3    Q.   RAZR?

4    A.   RAZR.  SO WE TRIED TO MAKE A TURNAROUND BY BEATING

5    MOTOROLA.

6    Q.   WHEN YOU SAY "TURNAROUND BY BEATING MOTOROLA," SO IN THIS

7    SWAT ANALYSIS, WHAT WAS SAMSUNG'S NUMBER ONE THREAT TO, TO

8    BEING THE BEST AND HAVING THE MOST SALES IN THE UNITED STATES

9    AT THAT TIME?

10   A.   YEAH.  I THINK, YOU KNOW, WE WANTED TO BE THE BEST IN

11   CLASS IN THE MARKET, I THOUGHT THAT WE SHOULD HAVE BEST IN

12   CLASS PEOPLE, BEST IN CLASS PRODUCTS, AND BEST IN CLASS PROCESS

13   AND PARTNERSHIP.

14        SO SIMPLY I'D RATHER NOT JUST SIMPLY PROMOTE THE KIND OF

15   BEAT MOTOROLA, WHETHER I KIND OF INITIATED BEST IN CLASS

16   STRATEGY CAMPAIGN BY THAT TIME TO THE COMPANY.

17   Q.   SO IN -- COULD YOU TELL US A LITTLE BIT, AGAIN, IN 2006,

18   WHAT THIS STRATEGY CONSISTED OF, THE STRATEGY OF BEATING

19   MOTOROLA AND BEING BEST IN CLASS?

20   A.   YEAH.  SO BY THE TIME I HAD SOME STRENGTH ANALYSIS, AND

21   THEN I KIND OF CAREFULLY WATCH ALL THE MARKET DYNAMICS AND

22   FOUND OUT THAT WE MAY HAVE TO BE REALLY KIND OF VERY CARRIER

23   FRIENDLY, KIND OF -- FRIENDLY TO THE CARRIERS.  CARRIERS BY

24   THAT TIME, THEY ARE THE MOST IMPORTANT BUYERS TO US, AND THEY

25   WERE LOOKING FOR VERY RELIABLE PRODUCT SUPPLIERS.
```

1    Q.   BY THE CARRIERS, YOU'RE TALKING ABOUT AT&T AND VERIZON AND

2    SPRINT AND T-MOBILE?  THAT'S WHAT YOU MEAN?

3    A.   YES.

4    Q.   OKAY.  SO YOUR FOCUS WAS ON CARRIERS.  WHY WAS IT ON

5    CARRIERS?

6    A.   BECAUSE CARRIERS -- BY THEN, AND ALSO RIGHT NOW, HAS

7    REALLY BIG PURCHASING POWER AND INFLUENCE TO BUY THE BIG CHUNK

8    OF MOBILE PHONES FROM MANUFACTURERS, RIGHT?

9         SO I TRIED TO GIVE THEM REALLY KIND OF GOOD REASON FOR WHY

10   SAMSUNG, WHY YOU SHOULD TAKE THE SAMSUNG PRODUCTS INSTEAD OF

11   MOTOROLA OR OTHERS.

12        SO I REALLY FOCUSSED ON THAT.

13        AND I FOUND OUT THAT EVERY QUARTER, MOST OF THE CARRIERS

14   ACTUALLY EVALUATED THE VENDORS WITH A VENDOR SCORECARD SYSTEM.

15   THEY EVALUATED VENDORS IN DELIVERY, QUALITY, COST, AND A WHOLE

16   OTHER RANGE OF CRITERIA.

17        SO I -- THE VENDOR SCORECARD RATING, AND I TRIED TO

18   IMPROVE OUR VENDOR SCORECARD RATING TO THE BEST IN CLASS.

19        SO I PERSONALLY ENGAGED IN THE LEADING OF THAT ACTION, AND

20   PARTICULARLY WE COULD BECOME THE NUMBER ONE IN EVERY CATEGORY

21   OF THE CARRIERS THE VENDOR SCORECARD RATING SYSTEM.

22   Q.   AND SO WAS THIS STRATEGY BY THE -- EVENTUALLY DID THIS

23   STRATEGY WORK, THE STRATEGY OF WORKING WITH THE CARRIERS AND

24   TRYING TO BECOME, I GUESS YOU SAID FRIENDLY TO THEM AND SCORING

25   HIGH ON THEIR VENDOR CARDS?

1    A.   YES.

2    Q.   AND HOW -- HOW WELL DID THAT WORK?

3    A.   SO 2007 REALLY WE HAD A BIG TURNAROUND AND THE PHONE IN

4    THE MIDDLE OF 2008.

5         SO IN 2008, WE BECAME THE NUMBER ONE MARKET SHAREHOLDER.

6    AND MARKET SHARE IS INCLUDING EVERYTHING, BASIC PHONE, FEATURE

7    PHONE, SMARTPHONE, WHATEVER, WE BECAME THE NUMBER ONE MARKET

8    SHAREHOLDER FROM THIRD QUARTER OF 2008.

9    Q.   SO LET ME TAKE YOU NOW A LITTLE BIT INTO 2007.  WE'VE

10   HEARD THAT IN THE MIDDLE OF 2007, THE IPHONE WAS INTRODUCED

11   INTO THE MARKET?

12   A.   YES.

13   Q.   AND DID YOU HAVE AN IDEA AS TO HOW THAT WAS GOING TO

14   AFFECT YOUR BUSINESS STRATEGY?

15   A.   YEAH.  I WAS THE FIRST ONE WHO ACTUALLY TOOK THE IPHONE,

16   IT JUST LAUNCHED IN THE MARKET, AND I THOUGHT THAT IT IS VERY

17   IMPRESSIVE, NICE PRODUCT.

18        BUT ALSO I -- THAT ONE, BY THE TIME, ONLY AT&T EXCLUSIVELY

19   DISTRIBUTE THEIR PHONES.

20        SO I THOUGHT THAT THIS SHOULD BE A NICHE MARKET MODEL.

21   AND THE PRICE RANGE IS ABOUT 299, SO I CONCLUDED THAT NOT

22   REALLY MANY OF THE CUSTOMER BASE COULD AFFORD THAT KIND OF VERY

23   EXPENSIVE NICHE MARKET AT&T ONLY PHONE.  SO I SAW THE

24   POTENTIAL.

25   Q.   SO AT THAT TIME IN 2007, DID SAMSUNG HAVE A SMARTPHONE

```
1    LIKE THE IPHONE THAT WAS, THAT WAS IN THE MARKET?

2    A.   2007?  NO.

3    Q.   SO YOU TOLD US ABOUT SAMSUNG COMING OUT ON AT&T AND YOU

4    MENTIONED THE PRICE BEING EXPENSIVE.

5         WHAT WAS THE PRICE OF, LIKE, A SAMSUNG FEATURE PHONE THAT

6    THE CARRIERS HAD?

7    A.   YEAH.  MOSTLY WE HAD FEATURES AT CARRIERS RANGING FROM

8    FREE OF CHARGE TO, AT THE HIGHEST, ABOUT $99.

9    Q.   SO WHAT WAS YOUR, YOUR BUSINESS STRATEGY THEN -- YOU KNOW,

10   2007, YOU KNOW, GOING FORWARD, THAT IS, FOR THE NEXT COUPLE OF

11   YEARS, WHAT WAS YOUR BUSINESS STRATEGY TO KEEP SAMSUNG IN THE

12   BEST IN CLASS?

13   A.   YEAH.  WE AT SAMSUNG STA HAD TO HEAVILY RELY ON THE

14   PRODUCT SUPPLY FROM HEADQUARTERS.

15        SO BY THE TIME WE DIDN'T HAVE ANY REAL KIND OF GOOD

16   COMPARATIVE SMARTPHONES YET.

17        SO WE COULDN'T SIMPLY WAIT FOR THE COMPETITIVE SMARTPHONE

18   ENTERING THE MARKET, SO WE ACTUALLY TRIED TO UNDERSTAND WHICH

19   AREA WILL BE THE MOST COMPARATIVE ASSET FOR SAMSUNG.  AND, IN

20   FACT, WE TRIED TO TAKE ADVANTAGE OF, SUCH AS THE FEATURE PHONE

21   AND, YOU KNOW, MESSAGING PHONES, THAT AREA, WE WERE TAKING THE

22   MARKET.

23   Q.   AND DID YOU FOCUS ON CARRIERS THAT WERE NOT CARRYING THE

24   APPLE IPHONE?

25   A.   I'M SORRY?
```

1    Q.   DID YOU FOCUS YOUR BUSINESS STRATEGY ON CARRIERS THAT WERE

2    NOT CARRYING, AT THAT TIME, THE APPLE IPHONE?

3    A.   YES.

4    Q.   OKAY.  AND SO THE -- NOW, WERE YOU, YOU KNOW, AS THE CEO

5    OF SAMSUNG STA, WERE YOU PART OF THE ANALYSIS OR DECISION AS TO

6    WHAT OPERATING PLATFORM SAMSUNG WAS GOING TO USE IN ITS PHONES?

7    A.   THAT'S -- THAT'S HQ'S DECISION.

8        BUT ALSO WE, AS -- WE, AS SALES AND MARKETING COMPANY FOR

9    SAMSUNG ELECTRONICS IN KOREA, WE ALSO TALK AND SHARE A LOT OF

10   THE MARKET, FIGURE OUT THE MARKET INFORMATION TO THE

11   HEADQUARTERS IN KOREA.

12   Q.   SO YOU'RE SHARING MARKETING INFORMATION WITH HEADQUARTERS

13   IN KOREA; IS THAT RIGHT?

14   A.   YES.

15   Q.   AND THERE ARE FOLKS THERE WHO ARE TRYING TO FIGURE OUT

16   WHAT KIND OF HARDWARE AND OPERATING SYSTEM TO PRESENT --

17   A.   YES.

18   Q.   -- TO YOU TO SELL?

19   A.   YES.

20   Q.   SO LET ME THEN MOVE TO SOME OF THE PHONES IN THIS ISSUE,

21   OR -- NOT IN THIS ISSUE.  THE PHONES IN THIS CASE.  SO I'M

22   GOING TO MOVE YOU AHEAD A BIT NOW.

23       SO EVENTUALLY THEN SAMSUNG STARTED OFFERING SMARTPHONES IN

24   THE MARKET IN THE UNITED STATES; CORRECT?

25   A.   YES, YES.

DIRECT SOHN

1    Q.   AND I WANT TO FOCUS NOW ON YOUR BUSINESS STRATEGY AROUND

2    THAT TIME.

3         NOW, DO YOU REMEMBER A PHONE CALLED THE GALAXY S I?

4    A.   UM-HUM.

5    Q.   IS THAT A YES?

6    A.   YES.

7    Q.   OKAY.  SO AT THAT TIME THAT SAMSUNG CAME OUT WITH THE

8    GALAXY S I, YOU KNOW, DID YOU, IN TERMS OF -- IN TERMS OF

9    BUSINESS STRATEGY, HAVE THE SAME STRATEGY IN APPROACHING THE

10   CARRIERS AND TRYING TO SELL THE PRODUCT THAT YOU RECEIVED FROM

11   SAMSUNG KOREA?

12   A.   NOT ALWAYS.  ACTUALLY, THE FIRST GENERATION OF GALAXY S

13   WAS LAUNCHED IN THE MIDDLE OF 2010.  AND I -- WE ACTUALLY TRIED

14   FOR THE FIRST TIME IN OUR COMPANY HISTORY, AND I SHOULD SAY

15   THAT THAT WAS THE FIRST TIME IN THAT AMERICAN CELLULAR MARKET

16   THAT WE TRIED TO SELL THE GALAXY BRANDED PHONES TO THE FOUR

17   MAJOR CARRIERS, SUCH AS AT&T, VERIZON AND SO ON, ALMOST AT THE

18   SAME TIME.

19        ALMOST TWO OR THREE MONTHS WINDOW TIME, WE TRIED TO

20   DISTRIBUTE THESE GALAXY S PHONES AT THE SAME TIME, AND IT

21   WORKED OUT IN A VERY GOOD WAY.

22   Q.   NOW, LET ME ASK YOU THIS:  THESE GALAXY PHONES, THE

23   GALAXY S I, DID THE DIFFERENT CARRIERS STILL ATTACH DIFFERENT

24   NAMES TO THESE PHONES?

25   A.   BY THE TIME STILL THE CARRIERS HAD VERY STRONG INFLUENCE

1    IN THE PROCESS OF NEGOTIATION, SO THEY REALLY WANTED TO HAVE

2    THEIR OWN KIND OF PET, PET NAME, A NAME ON THE PHONE.

3         SO WE USED TO HAVE TWO DIFFERENT NAMES, GALAXY, CAPTIVATE,

4    GALAXY EPIC 4G, SO WE -- SO WE KIND OF COMPROMISED EACH OTHER

5    TO, TO PLEASE OUR MOST AVAILABLE CARRIERS CUSTOMERS.

6    Q.   NOW, PRIOR TO THE GALAXY S I COMING OUT IN THE YEARS

7    BEFORE WHEN YOU WERE WORKING WITH THE CARRIERS, DID SAMSUNG

8    PROVIDE THE CARRIERS WITH MONEY FOR ADVERTISING?

9    A.   YES, WE DID.

10   Q.   AND SO WHO -- WHO LED THE ADVERTISING SORT OF EFFORT FOR

11   THESE SAMSUNG PHONES PRIOR TO 2010/2011?

12   A.   THE CARRIERS, BY THEN, THEY ARE -- THEY HAVE THEIR OWN

13   SETS OF PROMOTION SCHEDULE.  FOR EXAMPLE, IN THE BEGINNING OF

14   THE YEAR, THEY ARE OFFERING SOME NEW, YOU KNOW, KIND OF, KIND

15   OF PROMOTION AND VALENTINE'S, BACK-TO-SCHOOL PROMOTION KIND OF

16   STUFF.

17        SO WE NEGOTIATED WITH CARRIERS TO MAXIMIZE ALL THE

18   MARKETING DOLLARS FROM THE SAMSUNG AND FROM THEM TO MAXIMIZE

19   THE PROMOTION AND CLOSELY WORK WITH THE CARRIERS.

20        AND THEN -- YEAH.

21   Q.   DID THAT STRATEGY OF WORKING WITH CARRIERS AND HAVING

22   CARRIERS DO ADVERTISING, DID THAT CHANGE SOME TIME AFTER THE

23   SAMSUNG CAME OUT WITH THE GALAXY S I?

24   A.   GALAXY 1 IS KIND OF THE COMBINATION OF THE KIND OF OLDER

25   PARADIGM AND THE NEW PARADIGM.

1        BUT WHEN WE LAUNCHED THE GALAXY S II IN 2011, WE

2    DRASTICALLY CHANGED OUR BUSINESS MODEL.

3    Q.   OKAY.  SO LET ME FOCUS ON THAT.

4        ACTUALLY, BEFORE I GO TO THE DRASTIC CHANGE IN THE

5    BUSINESS MODEL, THE -- WITH THE INTRODUCTION OF THE GALAXY S I,

6    WAS THERE -- THE INTRODUCTION OF SOMETHING CALLED A MEDIA HUB?

7    A.   YES.

8    Q.   COULD YOU TELL US WHAT THAT WAS?

9    A.   MEDIA HUB IS LIKE CURRENTLY LIKE NETFLIX TYPE OF MOVIES

10   AND CONTENT SERVICE.

11       SO WHEN YOU LAUNCH, FOR EXAMPLE, IN 2010, WE CLOSELY WORK

12   WITH BLOCKBUSTER, MOVIES LIKE "AVATAR."

13   Q.   AFTER TAR?

14   A.   YEAH, "AVATAR," THE MOVIES AND CLOSELY WORK WITH T-MOBILE,

15   ONE OF THE BIG MAJOR CARRIERS, TO TRY TO REALLY PROMOTE THE

16   REALLY KIND OF BIG SCREEN, NICE QUALITY, AND, YOU KNOW, THIS

17   MOVIE EXPERIENCE THROUGH A SAMSUNG GALAXY PHONE.

18       AND THAT KIND OF COMMON MARKETING THEME WE DEVELOPED AND

19   WE LAUNCHED AT THAT TIME.

20   Q.   SO LET'S NOW GO TO 2011 AND THE GALAXY S II.

21       NOW, IN BETWEEN THE S I AND THE S II, WHAT WAS HAPPENING

22   WITH RESPECT TO SAMSUNG'S BRAND RECOGNITION WITH CONSUMERS?

23   A.   EFFECTIVE THE EARLY PART OF 2011, I SENSED SOME STRONG

24   SIGNALS.  AFTER WE LAUNCHED OUR GALAXY S IV IN 2010, THAT

25   SEVERAL MILLIONS OF PHONES SHOWED, THEN I CAREFULLY WATCH HOW

1       THE MARKET RESPONDED.

2            TWO KIND OF THINGS I SENSED.  ONE IS THAT SALES MOMENTUM

3       ON A WEEKLY AND MONTHLY BASIS ACTUALLY WENT DOWN.

4            AND ALSO WE TRACKED CUSTOMERS, CUSTOMERS, THE BRAND

5       PERCEPTION AND WHICH OF SAMSUNG BRAND, THE GALAXY BRAND IN

6       TERMS OF AWARENESS, IN TERMS OF THE PREFERENCE, WE CHECKED OUR

7       END AND ALL THIS MARKETING INDEX, MARKETING -- THE BRAND INDEX

8       INFORMATION ACTUALLY SHOWED ME THAT WE ARE GOING IN TROUBLE.

9       Q.   SO BEFORE THE GALAXY S II WAS INTRODUCED THEN, WHO WERE

10      SAMSUNG'S PRIMARY COMPETITORS AT THIS POINT?

11      A.   BY THAT TIME, EVEN IN THE AREA OF SMARTPHONE, SAMSUNG WAS

12      VERY LATE ENTRY.  SO, FOR EXAMPLE, YEAR 2011, THE MARKET SHARE

13      OF SAMSUNG IN SMARTPHONE SEGMENT IS ABOUT HALF OF HTC, AND

14      ONE-THIRD OF APPLE.  THAT MUCH WE ARE -- WE WERE QUITE BEHIND.

15      Q.   SO WITH THE INTRODUCTION OF THE GALAXY S II, DID YOU, AS

16      THE CEO OF SAMSUNG STA, DECIDE TO CHANGE THE BUSINESS STRATEGY?

17      A.   YEAH, CHANGE THE BUSINESS STRATEGY ONE THING, AND ALSO I

18      THOUGHT THAT REALLY CURRENT PEOPLE COULDN'T REALLY MAKE THESE

19      KIND OF MESSY CHANGE.  I'M TALKING ABOUT THE MARKET OFFICER.

20           SO I DECIDED TO PICK A NEW ONE TO REALLY EXECUTE THE NEXT

21      GENERATION OF THE AN EXCITING MARKETING CAMPAIGN.

22           SO BY THAT TIME I PICK UP TODD PENDLETON, THE CHIEF

23      MARKETING OFFICER FOR THE PROGRAM, AND ALSO CLOSELY WORK WITH

24      NEW TEAM, NEW TEAM, AND HOW COULD WE REALLY CHANGE THIS KIND OF

25      MOMENTUM.

DIRECT SOHN

1    Q.   LET ME STOP YOU AND TAKE YOU IN SMALL CHUNKS BECAUSE THERE

2    IS -- YOU'RE DOING GOOD WITH ENGLISH, BUT WE WANT TO TAKE IT IN

3    SMALL CHUNKS.

4         SO IN -- I THINK YOU SAID -- SO DID YOU HIRE MR. PENDLETON

5    THEN YOU SAID IN 2011?

6    A.   YES, I DID.

7    Q.   AND IS THERE SOMETHING THAT IS REFERRED TO WITHIN SAMSUNG

8    AT THAT TIME AS A PARADIGM SHIFT?

9    A.   YES.

10   Q.   AND COULD YOU TELL US -- BY THE WAY, WHO WAS THE CREATOR

11   OF THIS PARADIGM SHIFT?

12   A.   I'M THE ORIGINATOR OF THE PARADIGM SHIFT.  BASICALLY THE

13   PARADIGM SHIFT MEANS THAT OUR PARADIGM, OLD ONE, OLD SCHOOL,

14   TRADITIONAL ONE WAS WHOLESALE MINDSET.

15   Q.   WHOLESALE MINDSET?

16   A.   YEAH.  BASICALLY WE WERE READING FORECASTS ON OUR

17   WHOLESALE BUYER, CARRIERS.

18        BUT NOW I TRIED TO CHANGE THAT WITH THE RETAIL MINDSET,

19   MEANING END USER AND CONSUMERS, I READ ABOUT CHANGING IN THAT

20   KIND OF PARADIGM SHIFT.

21   Q.   SO YOU WANTED TO CHANGE THE SHIFT SO CONSUMERS WOULD GO TO

22   THE CARRIERS AND ASK FOR A SAMSUNG?

23   A.   YEAH.

24   Q.   SO WHAT DID YOU DO -- CAN YOU TELL US WHAT THE KEY

25   ELEMENTS WERE OF THIS PARADIGM SHIFT?

```
 1    A.    YEAH.  SO ACTUALLY I DID TWO MAIN THINGS.  ONE IS I DID

 2    BENCHMARKING.  I ACTUALLY TRIED TO UNDERSTAND WHAT SHOULD BE

 3    THE SUCCESS FACTORS OF SAMSUNG FOREIGN OFFICES, LIKE SAMSUNG

 4    EUROPE, SAMSUNG MALAYSIA.

 5    Q.    MALAYSIA?

 6    A.    YEAH.  THESE MARKET, SAMSUNG BRAND HAS BEEN SO SUCCESSFUL,

 7     BY FAR THE BEST THING.

 8         SO I TRIED TO UNDERSTAND HOW COME THEY ACHIEVE THOSE KIND

 9    OF GOALS AS ONE THING.

10         THE OTHER ONE IS I REVISITED MY BEST IN CLASS STRATEGY

11    AGAIN, WHETHER THIS KIND OF STRATEGY COULD BE SUSTAINABLE FOR

12    THE NEXT GENERATION, NEXT GENERATION OF THESE KIND OF MARKET

13    CHANGES.

14         SO I FOUND OUT THAT A COUPLE OF BIG GAPS.  SO I TRIED TO

15    PUT THAT INTO MY PARADIGM SHIFT CAMPAIGN.

16    Q.    OKAY.  SO WHAT THEN DID YOU -- WHAT GAPS DID YOU FILL IN

17     WITH THIS PARADIGM SHIFT BUSINESS STRATEGY CAMPAIGN?

18    A.    YEAH.  SO TWO OR THREE THINGS.

19         ONE IS ABOUT THE BRANDS.  SO BRAND --

20    Q.    BRAND?

21    A.    THE SAMSUNG BRAND.

22         SO WE -- I CONCLUDED THAT BY THE TIME SAMSUNG SHOULD BE

23    ABLE TO PULL IN, DRAW THE END USERS TO THE STORES BY, YOU KNOW,

24    AND THEN THE CUSTOMERS SHOULD BE ASKING, WHERE ARE SAMSUNG

25    PHONES?  WHERE ARE GALAXY PHONES?  I WANT TO SEE.
```

1          THAT'S SOMETHING THAT WE HAVE TO DO FIRST.

2          SECOND ONE IS WHEN THEY COME IN, INTO THE STORES, THEY

3     HAVE TO BE ABLE TO FIND THE SAMSUNG PHONES EASILY.  SO, YOU

4     KNOW, THE RETAIL ENVIRONMENT SHOULD BE IMPROVED.  THAT'S SECOND

5     ONE.

6          THIRD ONE.  WHEN THEY COME TO THE STORE AND ASKING FOR

7     SAMSUNG BRANDED, GALAXY BRANDED PHONE, THEN SALES SHOULD BE

8     MADE.

9          SO ACTUALLY I, I IDENTIFIED THREE KIND OF CHECKING POINTS

10    AND THEN ONE BY ONE I TRIED TO REALLY DRASTICALLY IMPROVE THE

11    PERFORMANCE.

12          THE COURT:  I'M SORRY.  IT'S -- I'M SORRY TO

13    INTERRUPT YOU.  IT'S 10:31.  CAN WE GO AHEAD AND TAKE OUR 15

14    MINUTE BREAK FOR THE MORNING?

15          MR. PRICE:  THAT WOULD BE GREAT, YOUR HONOR.

16          THE COURT:  ALL RIGHT.  IT'S 10:31.  PLEASE DON'T

17    RESEARCH OR DISCUSSION THE CASE.  WE'LL SEE IN 15 MINUTES.

18    THANK YOU.

19          (JURY OUT AT 10:31 A.M.)

20          THE COURT:  ALL RIGHT.  YOU MAY STEP DOWN.  LET'S GO

21    AHEAD AND TAKE OUR BREAK NOW.  THANK YOU.

22          (RECESS FROM 10:31 A.M. UNTIL 10:46 A.M.)

23          MS. MAROULIS:  YOUR HONOR, MAY WE ADDRESS A QUICK

24    ISSUE?  I WANTED TO RAISE AN ISSUE BECAUSE APPLE'S CROSSES WERE

25    SIGNIFICANTLY SHORTER THAN WE EXPECTED, WE MIGHT BE RUNNING OUT

```
1       OF WITNESSES.  THERE WERE SEVERAL WITNESSES THAT WERE DISCLOSED

2       ON FRIDAY, AND APPLE SAID IT WAS TOO MANY AND THEY CANNOT GET

3       THROUGH THEM.  BUT THEIR CROSS-EXAMINATIONS WERE LITERALLY FIVE

4       MINUTES.  FOR THOSE WITNESSES, THEY DISCLOSED UP TO 67

5       EXHIBITS.

6            SO IN OUR PLANNING, WE COULD NOT HAVE ANTICIPATED THEY'LL

7       BE DONE THIS EARLY.  WE RESPECTFULLY REQUEST IF THE COURT COULD

8       RULE ON OBJECTIONS PENDING FOR DR. JEFFAY JEFF AND ANOTHER

9       WITNESS, YOUNGMI KIM.

10           THE COURT:  YOU MEAN OVER LUNCH OR WHEN?

11           MS. MAROULIS:  OVER LUNCH, YOUR HONOR.

12           AND AS TO OUR WITNESS, YOUNGMI KIM, WHO WAS ALSO DISCLOSED

13      ON FRIDAY, I BELIEVE ALL OBJECTIONS HAVE BEEN RESOLVED, AND I

14      WILL DOUBLE-CHECK BY E-MAIL SHORTLY.

15           THE COURT:  ALL RIGHT.  WE'LL DO WHAT WE CAN TO GET

16      THOSE RULED ON BY LUNCH TIME.

17           MS. KREVANS:  YOUR HONOR, WHAT MS. MAROULIS HASN'T

18      MENTIONED IS, FIRST OF ALL, THAT THEY AFFIRMATIVELY TOLD US

19      THAT THEY WERE NOT GOING TO CALL JAFFAY TODAY; AND, SECOND,

20      THAT PER YOUR ORDER THIS WEEKEND, THERE ARE ADDITIONAL HPO'S

21      BEING SUBMITTED FOR JAFFAY TODAY AT 1:00 O'CLOCK.

22           THE COURT:  OH, I SEE.

23           MS. MAROULIS:  YOUR HONOR, THE PROBLEM IS THAT --

24           THE COURT:  ALL RIGHT.  THEN HE'S NOT GOING TO GO ON

25      TODAY, BECAUSE I WILL NEED TIME -- I CAN'T RULE ON OBJECTIONS
```

```
1    THAT ARE GOING TO BE FILED AT 1:00 O'CLOCK OVER LUNCH.  SO HE

2    WON'T GO ON TODAY.

3              MS. MAROULIS:  YOUR HONOR, BASED ON WHAT APPLE

4    DISCLOSED TO US FOR CROSS DISCLOSURES, WE ASSUMED THEIR CROSSES

5    TO BE MUCH LONGER.  IF YOU DISCLOSE 67 EXHIBITS AND 90 PAGES --

6              THE COURT:  WE WASTED -- WE GOT SO LITTLE TRIAL TIME

7    IN ON FRIDAY BECAUSE WE SPENT SO MUCH TIME NEGOTIATING THE

8    ORDER OF WITNESSES.

9         THE REASON I FILED MY ORDER ON SUNDAY IS BECAUSE I'M NOT

10   GOING TO WASTE THIS JURY'S TIME DOING THIS KIND OF TIT FOR TAT

11   WITNESS DISCLOSURE FIGHTS.  IT'S JUST NOT GOING TO HAPPEN.

12        IF THERE ARE UNREASONABLE DISCLOSURES, THERE ARE GOING TO

13   BE CONSEQUENCES AS YOU SAW FROM YESTERDAY.  THAT'S THE WAY I'M

14   GOING TO HANDLE IT.  I'M NOT GOING TO HANDLE IT WHEN I HAVE A

15   JURY HERE WAITING.  IT'S GOING TO BE DONE WITH AN ORDER AND

16   YOU'LL HAVE TO RESPOND.

17        SO I AM GOING TO GET OBJECTIONS TO DR. JEFFAY JEFF AT 1:00

18   O'CLOCK, SO OBVIOUSLY I CAN'T RULE ON THEM OVER LUNCH.  WE'LL

19   TRY TO DO THEM AS QUICKLY AS WE CAN.  I WILL CHECK OVER LUNCH

20   JUST TO MAKE SURE THAT YOUNGMI KIM'S OBJECTIONS ARE ALL

21   RESOLVED AND, IF NOT, WE'LL TAKE CARE OF THOSE OVER LUNCH.

22             MS. MAROULIS:  THANK YOU, YOUR HONOR.

23             THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO AHEAD

24   AND BRING OUR JURY IN, PLEASE.

25        (JURY IN AT 10:48 A.M.)
```

```
 1              THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

 2    SEAT.

 3              THE TIME IS NOW 10:49.  PLEASE GO AHEAD, MR. PRICE.

 4              MR. PRICE:  THANK YOU, YOUR HONOR.

 5    Q.   MR. SOHN, LET'S TALK ABOUT THE ELEMENTS OF THIS PARADIGM

 6    SHIFT.

 7              FIRST YOU TALKED ABOUT BRANDING AND COULD YOU TELL US

 8    WHAT, WHAT YOU DID TO FOCUS ON BRANDING AS PART OF THIS

 9    PARADIGM SHIFT?

10    A.   YES.  SO THE FIRST THING WE REALLY HAD TO DO IN THE

11    BEGINNING, TRIED TO MAKE, YOU KNOW, CUSTOMERS COMING INTO THE

12    STORES ASKING FOR GALAXY BRAND PHONE, RIGHT?

13              SO WE -- SO IN ORDER TO ACHIEVE THAT GOAL, WE ACTUALLY

14    DECIDED TO SPEND MASSIVE AMOUNT OF MARKETING DOLLARS, NOT ONE

15    TIME, ALL YEAR-ROUND.  WE USED TO SPEND MONEY VERY

16    SPORADICALLY.  WHENEVER WE HAVE A NEW PHONE, WE USED TO SPEND

17    THE MARKETING DOLLAR LIKE THIS AND THEN DECREASE THE MARKETING

18    SPENDING.

19              BUT WE DECIDED TO USE THE MARKETING DOLLARS ALL

20    YEAR-ROUND.  THAT'S ONE.

21              SECOND ONE IS THAT WE TRIED TO PUT THE ONE BIG MARKETING,

22    THE THEME, AND WE ACTUALLY CREATED NEXT BIG THING, NEXT BIG

23    THING IS HERE.  THAT KIND OF MARKETING THEME, WE ACTUALLY TRIED

24    TO KEEP THE THEME ALL YEAR-ROUND WITH THE KIND OF BEST IN

25    CLASS, FIRST IN CLASS BRAND PERCEPTION IMAGE INTO OUR MARKETING
```

1    CAMPAIGN.

2         AND THEN THE OTHER ONE WE TRIED, FOR THE FIRST TIME IN OUR

3    COMPANY'S HISTORY, IS TRIED TO TAKE ADVANTAGE OF THE SOCIAL

4    NETWORKING SERVICE, SUCH AS FACEBOOK, AND WE TRIED TO BUILD UP

5    VERY STRONG SAMSUNG FAN BASE ONLINE.

6         SO THAT'S KIND OF A VERY HIGH LEVEL THAT WE TRIED TO FOCUS

7    TO REALLY PULL IN THE END USERS AND CUSTOMERS INTO THE STORES.

8    Q.   NOW, DID YOU HAVE DISCUSSIONS WITH THE ADVERTISERS ABOUT

9    GIVING THEM LESS ADVERTISING MONEY AND SAMSUNG SPENDING IT MORE

10   ON THE BRAND?

11   A.   THAT WAS -- I MEAN, TALK IS CHEAP, BUT IT WAS VERY

12   DIFFICULT BECAUSE I HAD A VERY DIFFICULT AND ALSO VERY -- A

13   NEGOTIATION WITH CARRIERS.

14        AND I REMEMBER THAT DURING THOSE TIMES IN THE NEGOTIATION

15   PROCESS, I ACTUALLY PROMISED AND COMMITTED TO THE CARRIERS THAT

16   PLEASE ALLOW US TO MAKE THIS KIND OF MARKETING GOAL BY

17   OURSELVES, AND WE WILL MAKE SURE THAT WE WILL ATTRACT THE END

18   USERS TO THE CARRIER'S STORE, YOUR STORES ASKING FOR GALAXY

19   BRAND PHONES.

20        AND THAT'S MY COMMITMENT AND PROMISE.  AND BY THE TIME THE

21   CARRIERS WAS NOT REALLY KIND OF CONFIDENT, VERY DOUBTFUL ABOUT

22   SAMSUNG'S COMMITMENT ON THAT.

23   Q.   NOW, WITH SAMSUNG DOING ITS OWN MARKETING, WAS SAMSUNG

24   ABLE TO FOCUS ON THE FEATURES IT WANTED TO EMPHASIZE?

25   A.   SO THAT WAS ONE OF THE END GOALS, PRIMARY GOALS TO

```
1     CONSOLIDATE THE MARKETING DOLLARS AND TO USE THAT MARKETING

2     DOLLARS UNDER SAMSUNG MARKETING THEME.  WHY?  BECAUSE ACROSS

3     ALL GALAXY BRANDED MODELS, WE COULD REALLY FULL CUSTOM TWO OR

4     THREE BIG SERIES POINT, SUCH AS BIG SCREEN, NICE QUALITY,

5     VISUAL QUALITY SCREENS, AND VERY FAST CPU, AND LONGER BATTERY

6     LIFE, AND NICE DESIGN, AND FIRST IN CLASS FEATURES, STUFF LIKE

7     THAT.

8          WE COULD -- WE HAD, YOU KNOW, WE HAD FEATURES TO HIGHLIGHT

9     AND THAT WAS THE TIME THAT WE REALLY PUT, BY OURSELVES, WE

10    SELECT THOSE KIND OF FEATURES AND PUT THAT INTO THE NEXT BIG

11    THING MARKETING THEME.

12    Q.   OKAY.  NOW, THE OTHER TWO THINGS YOU WERE TALKING ABOUT,

13    WHICH WAS THE PRESENCE IN THE STORES, AND THEN WORKING WITH THE

14    SALES PEOPLE, DO THOSE TWO THINGS -- ARE THOSE REFERRED TO AS

15    POINT OF SALE ISSUES?

16    A.   YES.

17    Q.   AND --

18    A.   SO --

19    Q.   COULD YOU TELL THE JURY THEN WHAT YOU DID TO STRENGTHEN

20    SAMSUNG'S POINT OF SALE PRESENCE?

21    A.   YEAH.  HISTORICALLY, WHEN CUSTOMERS WENT INTO THE CARRIER

22    STORE OR RETAILERS, SUCH AS BEST BUY STORE, THERE THEY REALLY

23    HAD A HARD TIME TO FIND THE SAMSUNG, YOU KNOW, PHONES.  THE

24    SAMSUNG PHONES WERE SPREAD OUT.  WE -- WE REALLY HAD ONE BIG

25    THEME WITH A MESSAGE.
```

1          SO I CLOSELY NEGOTIATED WITH NATIONAL RETAILERS AND

2     CARRIERS TO INSTALL SAMSUNG MOBILE ZONE.  WE CALLED GALAXY ZONE

3     IN THEIR STORE PLACE SO THAT, YOU KNOW, THE CUSTOMERS COMING IN

4     AND THEY CAN EASILY FIND THE GALAXY MODELS, AND ALSO THEY CAN

5     PLAY WITH THOSE KIND OF MODELS AT THE STORES.

6     Q.   AND WE'RE GOING TO HAVE MR. PENDLETON COME IN HERE AND

7     TESTIFY ABOUT SOME OF THE DETAILS.  JUST GIVE ME OVERALL, WHAT

8     WAS THE IMPACT OF THIS, THIS PARADIGM SHIFT IN TERMS OF

9     BUSINESS STRATEGY OF CREATING THE BRAND AND THEN APPEALING TO

10    CONSUMERS AND THEN FOCUSSING IN ON THE POINT OF SALE

11    EXPERIENCE?

12    A.   SO WE IMPROVED THE POINT OF SALES EXPERIENCE, AND ALSO IN

13    STORE, THE GALAXY ZONE IN THE STORES.

14         IN THE MEANTIME, ALSO WE CLOSELY WORKING WITH THE

15    RETAILERS AND THE STORE MANAGERS TO GIVE THEM LOTS OF TRAINING

16    AND COACHING SO THAT THEY COULD REALLY SELL BETTER AND KNOW

17    MORE OF SAMSUNG BRANDED PHONE AT THE STORE AND THE EXPERIENCE.

18         SO ALL THOSE THINGS TOGETHER THAT WE REALLY MADE A VERY

19    REMARKABLE TURNAROUND WITHIN -- I THOUGHT THAT EVERY ANNUAL

20    MARKET SHARE IN THE AREA OF THE SMARTPHONE, SAMSUNG'S MARKET

21    SHARE HAS BEEN AROUND 10 PERCENT, HTC 20 PERCENT, APPLE'S 30

22    PERCENT.

23         BUT THE YEAR 2012, AFTER LAUNCHING OUR PARADIGM SHIFT, OUR

24    SMARTPHONE MARKET SHARE WENT UP TO OVER 30 PERCENT AND WE

25    BECAME THE NUMBER ONE IN THE MARKET SHARE, WITHIN THE

1       SMARTPHONE MARKET SHARE IN THIS MARKET.

2       Q.   LET ME --

3       A.   AND THE BRAND POSITION, WE ALREADY MEASURED EVERY WEEK AND

4       MONTH BY THE BRAND AWARENESS AND BRAND PREFERENCE AND THE BOOST

5       OF TWO VERY DIFFICULT MARKET INDEX.

6            SO WE WERE TOLD, BY THE END OF 2012, WE COULD BE THE

7       NUMBER ONE IN TERMS OF AWARENESS AND PREFERENCE.

8       Q.   SO LET ME ASK YOU, SIR, ARE YOU STILL PRESIDENT AND CEO OF

9       SAMSUNG STA?

10      A.   NO.   LAST JULY ACTUALLY I WAS ASSIGNED TO THE HEADQUARTERS

11      AS EXECUTIVE ADVISER TO THE CEO OF SAMSUNG ELECTRONICS, AND

12      LAST DECEMBER I BECAME THE EXECUTIVE ADVISER.   CURRENTLY I'M

13      THE EXECUTIVE ADVISER TO SAMSUNG ELECTRONICS.

14           BUT I'M IN A TRANSITION MODE NOW.

15      Q.   YOU SAID YOU'RE IN TRANSITION MODE?

16      A.   YES.

17      Q.   FOR YOUR CAREER THEN, HOW LONG DID YOU WORK AT SAMSUNG?

18      A.   I JOINED SAMSUNG IN 1982 AND I SERVED SAMSUNG FOR THE LAST

19      31 YEARS.

20                 MR. PRICE:  NO FURTHER QUESTIONS, YOUR HONOR.

21                 THE COURT:  ALL RIGHT.   THE TIME IS NOW 10:58.

22                 MR. LEE:  CAN I HAVE A MINUTE, YOUR HONOR?

23                 THE COURT:  YES, YOU CAN GET SET UP.

24           (PAUSE IN PROCEEDINGS.)

25                 MR. LEE:  MAY I PROCEED, YOUR HONOR?

```
 1                 THE COURT:  READY?  THE TIME IS NOW 10:58.  GO AHEAD,

 2      PLEASE.

 3                            CROSS-EXAMINATION

 4      BY MR. LEE:

 5      Q.   GOOD MORNING, MR. SOHN.

 6      A.   GOOD MORNING.

 7      Q.   MY NAME IS BILL LEE, AND I'M ONE OF THE LAWYERS

 8      REPRESENTING APPLE.

 9           WE'VE NOT MET BEFORE, HAVE WE?

10      A.   NO.

11      Q.   NOW, I'D LIKE TO BE CLEAR ABOUT WHAT YOU'RE HERE TO

12      TESTIFY ABOUT AND WHAT YOU'RE NOT TESTIFYING ABOUT.  OKAY?

13      A.   OKAY.

14      Q.   YOU'RE NOT HERE TO TESTIFY ABOUT WHETHER THE APPLE PATENTS

15      ARE INFRINGED; CORRECT?

16      A.   COULD YOU REPEAT YOUR QUESTION?

17      Q.   SURE.  YOU ARE NOT --

18      A.   SPEAK, PLEASE, SLOWLY.

19      Q.   SURE.  YOU ARE NOT HERE TO TESTIFY ABOUT WHETHER THE APPLE

20      PATENTS ARE INFRINGED; CORRECT?

21      A.   I AM HERE TO REPRESENT SAMSUNG ELECTRONICS.

22      Q.   ALL RIGHT.

23      A.   AS AN EXECUTIVE ADVISER AND EXECUTIVE, ONCE THE GENERAL

24      EXECUTIVE OFFICER OF SAMSUNG TELECOMMUNICATIONS AMERICA.

25      Q.   MR. SOHN, ARE YOU HERE TO TESTIFY ABOUT WHETHER THE FIVE
```

```
 1    APPLE PATENTS ARE INFRINGED OR NOT BY SAMSUNG?

 2    A.   I'M HERE TO BE PART OF WHOLE SAMSUNG ELECTRONICS LEGAL

 3    PROCEEDINGS AS A WITNESS.

 4    Q.   MR. SOHN, HAVE YOU READ THE FIVE APPLE PATENTS THAT ARE

 5    INVOLVED IN THIS CASE?

 6    A.   NO.

 7    Q.   DID YOU KNOW THAT SAMSUNG HAS SUED APPLE ON TWO PATENTS IN

 8    THIS CASE?

 9    A.   NO.

10    Q.   YOU DIDN'T EVEN KNOW THAT SAMSUNG HAS SUED APPLE?

11    A.   OH, OF COURSE I KNOW.

12    Q.   RIGHT.  HAVE YOU READ THE TWO PATENTS THAT SAMSUNG HAS

13    SUED APPLE ON?

14    A.   YES.

15    Q.   OKAY.  AND DID YOU KNOW THAT SAMSUNG ACTUALLY SELLS THE

16    COMPONENTS TO APPLE THAT SAMSUNG NOW CLAIMS INFRINGING ONE OF

17    THOSE PATENTS?

18    A.   I KNOW THAT THOSE KIND OF INFORMATION FROM THE PUBLISHED

19    INFORMATION.

20    Q.   SURE.  SO THAT YOU KNOW THAT SAMSUNG IS A COMPONENT

21    SUPPLIER TO APPLE; CORRECT?

22    A.   YES.

23    Q.   IT SUPPLIES COMPONENTS FOR THE IPAD; CORRECT?

24    A.   YOU KNOW, EVERY DETAIL OF THE SUPPLYING TO WHICH MODE,

25    WHETHER ONE KIND OF THING, CERTAIN COMPUTER, I CANNOT REALLY
```

```
 1      GENERALLY SAY YES OR NO ABOUT THAT.

 2      Q.   BUT YOU KNOW THAT SAMSUNG SELLS COMPONENTS TO APPLE;

 3      CORRECT?

 4      A.   YES, I KNOW.

 5      Q.   AND YOU KNOW THAT IN THIS CASE SAMSUNG HAS ASSERTED A

 6      PATENT CLAIM AGAINST APPLE; CORRECT?

 7      A.   CAN YOU REPEAT AGAIN?

 8      Q.   SURE.  YOU KNOW THAT IN THIS CASE SAMSUNG HAS ASSERTED A

 9      PATENT CLAIM AGAINST APPLE; CORRECT?

10      A.   HAS SERVED?

11      Q.   SAMSUNG MAKES A PATENT CLAIM AGAINST APPLE; CORRECT?

12      A.   YES.

13      Q.   AND THE COMPONENTS THAT SAMSUNG CLAIMS INFRINGE THE

14      SAMSUNG PATENT --

15      A.   I DON'T KNOW THAT MUCH DETAIL.

16      Q.   OKAY.  SO YOU DON'T KNOW ONE WAY OR ANOTHER?

17      A.   HUM-UM.

18      Q.   CORRECT?

19      A.   I'M SORRY?

20      Q.   YOU DON'T KNOW ONE WAY OR ANOTHER?

21      A.   I DON'T KNOW EVERY DETAIL OF EVERY PATENT ISSUES.

22      Q.   OKAY.  NOW, LET ME ASK YOU THIS:  LET ME SHOW YOU

23      DEMONSTRATIVE SLIDES THAT WERE GIVEN TO US BY THE LAWYERS

24      FOR --

25      A.   COULD YOU SPEAK A LITTLE SLOWER?
```

```
 1        Q.   SURE.  AND IF I GO TOO FAST, YOU JUST TELL ME.  OKAY?

 2        A.   OKAY.

 3        Q.   LET ME SHOW YOU SOME SLIDES THAT YOUR LAWYERS GAVE US FOR

 4     YOUR TESTIMONY.

 5        A.   OKAY.

 6        Q.   OKAY.

 7             COULD I HAVE SDX 2430 ON THE SCREEN, PLEASE.

 8             DO YOU RECALL SEEING THIS SLIDE IN PREPARING FOR YOUR

 9     TESTIMONY.

10             MR. PRICE:  YOUR HONOR, I'M GOING TO OBJECT.  THIS IS

11     BEYOND THE SCOPE.  WE LIMITED OUR EXAMINATION FOR TIME

12     PURPOSES.

13             MR. LEE:  HE TESTIFIED SPECIFICALLY ABOUT THE GALAXY

14     PRODUCTS THAT CAME ON TO THE MARKET, YOUR HONOR, RIGHT THROUGH

15     2013.

16             THE COURT:  OVERRULED.

17          GO AHEAD, PLEASE.

18     BY MR. LEE:

19        Q.   DO YOU RECALL SEEING THIS SLIDE THAT YOUR LAWYERS

20     PREPARED?

21        A.   I DON'T THINK I'VE SEEN THIS ONE.

22        Q.   LET ME SHOW YOU SDX 2431.

23             DO YOU RECALL SEEING THIS SLIDE CONCERNING THE GALAXY

24     NEXUS THAT YOUR LAWYERS PREPARED?

25        A.   NO.
```

1    Q.   OKAY.  YOU DO KNOW THAT APPLE HAS ACCUSED CERTAIN SAMSUNG

2    PRODUCTS OF INFRINGING APPLE'S PATENTS; CORRECT?  YOU KNOW

3    THAT?

4    A.   I KNOW THAT APPLE FILED A CASE FOR PATENT INFRINGE, YES.

5    Q.   AND --

6    A.   BUT THAT'S ALL I KNOW.  AND IF YOU'RE GOING INTO VERY

7    DETAILED QUESTION, THEN I HAVE TO BE VERY CAREFUL.

8    Q.   OKAY.  WELL, WE'LL BOTH BE CAREFUL.

9         YOU UNDERSTAND THAT APPLE CLAIMS THAT CERTAIN SAMSUNG

10   PRODUCTS INFRINGE APPLE'S PATENTS?

11   A.   YES, I DO.

12   Q.   YOU WERE NOT INVOLVED IN THE DESIGN OF ANY OF THOSE

13   PRODUCTS; CORRECT?

14   A.   YES, THAT'S CORRECT.

15   Q.   YOU WERE NOT INVOLVED IN THE DESIGN OF ANY OF THEM AT ANY

16   POINT IN TIME; CORRECT?

17   A.   CORRECT.

18   Q.   BUT YOU HAVE BEEN INVOLVED IN THE SALES OF SOME OF THOSE

19   PRODUCTS; CORRECT?

20   A.   YES, YES.

21   Q.   AND THOSE PRODUCTS HAVE BEEN SOLD BY SAMSUNG IN THE

22   UNITED STATES; CORRECT?

23   A.   YES.

24   Q.   THEY'RE SOLD BY SAMSUNG, NOT GOOGLE; CORRECT?

25   A.   YES.

1    Q.   SAMSUNG GETS THE REVENUES FROM THE SALES; CORRECT?

2    A.   YES.

3    Q.   SAMSUNG KEEPS THE PROFITS FROM THE SALES; CORRECT?

4    A.   YES.

5    Q.   NOW, ONE OF THE PRODUCTS THAT SAMSUNG SELLS IS CALLED THE

6    SAMSUNG NEXUS.  ARE YOU FAMILIAR WITH THAT PRODUCT?

7    A.   I KNOW THE PRODUCT.

8    Q.   YEAH.  THE NEXUS PRODUCT, YOU KNOW THAT PRODUCT; CORRECT?

9    A.   YES.

10    Q.   AND, IN FACT, YOU HAVE BEEN INVOLVED IN MARKETING AND

11    SELLING THAT PRODUCT; CORRECT?

12    A.   YES.

13    Q.   ISN'T IT TRUE THAT WHEN YOU BROUGHT THAT PRODUCT TO

14    MARKET, YOU HAD BATTERY LIFE PROBLEMS?

15    A.   SO -- BATTERY LIFE PROBLEM?

16    Q.   SURE?

17    A.   SPECIFICALLY, I CANNOT RECOLLECT THAT.

18    Q.   I WANT TO FOCUS YOU ON THE NEXUS PRODUCT.  CAN YOU DO

19    THAT?

20    A.   I MEAN, I DON'T KNOW WHY YOU'RE ASKING THAT BECAUSE

21    WHENEVER WE LAUNCHED NEW PHONES, NOBODY WE -- USUALLY RECEIVE

22    HUNDREDS OF FEEDBACK FROM THE CARRIERS AND FROM THE RETAILERS,

23    AND, YOU KNOW, THERE ARE SOME PEOPLE WHO ARE COLLECTING AND

24    ANALYZING THOSE KIND OF MARKET DATA AND QUALITY RELATED DATA TO

25    THE COMPANY.  AND I CANNOT REALLY REMEMBER IF THERE WERE

1    BATTERY LIFE ISSUES SPECIFICALLY FOR GALAXY.

2    Q.   ALL RIGHT.  LET ME ASK YOU VERY SPECIFICALLY, I WANT TO

3    FOCUS YOU ON THE GALAXY NEXUS.

4    A.   OKAY.

5    Q.   OKAY.  WHEN YOU LAUNCHED THE PRODUCT, DID IT -- WAS IT

6    REPORTED TO YOU THAT CUSTOMERS WERE HAVING PROBLEMS CHARGING

7    THE BATTERIES?

8    A.   UM-HUM.

9    Q.   IS THAT RIGHT?

10   A.   WHENEVER THE TEAM BELIEVES THAT THIS IS SOMETHING THAT

11   SHOULD BE -- THAT THE OFFICER SHOULD KNOW IN THE MATTER OF THE,

12   A MATTER OF SIGNIFICANCE, THEN IT'S REPORTED TO ME.

13        SO THEY MIGHT BE HUNDREDS OF REPORT ON A DAILY BASIS OR

14   WEEKLY BASIS.  THEY'RE REPORTING TO ME, AND I MIGHT HAVE

15   RECEIVED THOSE KIND OF, YOU KNOW, THE REPORTS OR NOT.  BUT I

16   CANNOT CLEARLY REMEMBER.

17   Q.   ALL RIGHT.

18   A.   THE SPECIFICALLY MODELS OR SPECIFICALLY BATTERY ISSUES.

19   Q.   MR. SOHN, IS IT TRUE THAT BASED ON YOUR EXPERIENCE,

20   SOFTWARE HELPS DRIVE THE VALUE OF SMARTPHONES?

21   A.   CAN YOU DEFINE WHEN YOU ASKED ME SOFTWARE, WHAT'S THE

22   DEFINITION OF SOFTWARE, BECAUSE TO ME, THAT WHEN THE SMARTPHONE

23   CAME OUT, MANY PEOPLE CONFUSED, THE SCOPE OF THE SOFTWARE AND

24   SCOPE OF, DEFINITION OF SOFTWARE.

25        BEFORE THOSE SOFTWARE ACTUALLY CAME OUT, SOFTWARE IS

CROSS SOHN

```
1    SOFTWARE.  BASICALLY THERE'S HARDWARE AND SOFTWARE, AND

2    SOFTWARE IS SOFTWARE CODING TO MAKE OTHER THINGS BETTER WITH

3    EASE OF USE, USER EXPERIENCE.  YOU KNOW?

4         BUT WHEN THE SMARTPHONE CAME OUT, MANY PEOPLE CONFUSED

5    THAT -- AND WHEN THEY HAVE TO TALK ABOUT CONTENT AND SERVICE,

6    FOR EXAMPLE, APPLICATION, SOME OTHERS, THEY USED TO CONFUSE AND

7    USE THE SAME THING, THE SOFTWARE AND HARDWARE.

8         SO I THINK YOU NEED TO CLARIFY THE DEFINITION OF SOFTWARE

9    IN THIS CASE.

10   Q.   WELL, LET'S SEE WHAT YOU SAID UNDER OATH WHEN YOU WERE

11    ASKED THAT QUESTION AT YOUR DEPOSITION.

12        TURN TO TAB 1 IN THE NOTEBOOK THAT'S BEFORE YOU.  TURN, IF

13   YOU WOULD, TO PAGE 47, LINE 5 TO 14.

14        DO YOU HAVE IT BEFORE YOU?  AND IF YOU NEED YOUR GLASSES,

15   GO AHEAD.

16   A.   SO 40, PAGE --

17   Q.   PAGE 47, AND I'M GOING TO PUT IT ON THE SCREEN, LINES 5 TO

18    14.

19        "QUESTION:  BASED ON YOUR EXPERIENCE AS CEO OF STA, IS IT

20   YOUR UNDERSTANDING THAT SOFTWARE HELPS TO DRIVE VALUE FOR THE

21   IPHONE?

22        "ANSWER:  AS MOBILE PHONES EVOLVED FROM FEATURE PHONES TO

23   SMARTPHONES, CONSUMERS' USER EXPERIENCE HAVE BECOME MORE

24   IMPORTANT.  FROM THAT PERSPECTIVE, SOFTWARE VALUE HAS BECOME

25   MORE IMPORTANT.  HOWEVER, THIS IS NOT ONLY LIMITED TO APPLE.
```

1      IT WILL BE APPLIED TO ALL SMARTPHONES."

2            WERE YOU ASKED THAT QUESTION AND DID YOU GIVE THAT ANSWER

3      UNDER OATH AT YOUR DEPOSITION?

4      A.   YEAH, THAT'S -- YES.

5      Q.   YES.  AND YOU -- IT'S STILL TRUE; CORRECT?

6      A.   YES.

7      Q.   ALL RIGHT.  NOW, LET ME ASK YOU, SAMSUNG INTRODUCES

8      MULTIPLE NEW DEVICES EVERY YEAR; CORRECT?

9      A.   YES.

10     Q.   IT INTRODUCES AS MANY AS 18 NEW DEVICES EVERY YEAR;

11     CORRECT?

12     A.   DEPENDING ON THE YEAR AND DEPENDING ON THE CLASSIFICATION

13     OF NEW OR OLD OR -- OR MAYBE DERIVATIVE, THEN WE CAN COUNT IN

14     MANY DIFFERENT WAYS.

15     Q.   GIVE ME A NUMBER THAT YOU WOULD BE COMFORTABLE WITH.  TEN

16     NEW MODELS A YEAR?  TEN NEW PHONES A YEAR?  FIFTEEN NEW PHONES

17     A YEAR?  APPROXIMATELY HOW MANY?

18     A.   SO LET'S ASSUME 18 IS THE RIGHT NUMBER.

19     Q.   OKAY.  NOW, THIS LAWSUIT WAS FILED IN FEBRUARY OF 2012.

20     DID YOU KNOW THAT?

21     A.   CANNOT CLEARLY REMEMBER, BUT --

22     Q.   APPROXIMATELY TWO YEARS AGO?

23     A.   RIGHT.

24     Q.   AND ALL THE NEW MODELS, THE 36 OR SO NEW MODELS THAT HAVE

25     BEEN INTRODUCED SINCE THIS LAWSUIT WAS STARTED, HAS SAMSUNG

1    EVER IMPLEMENTED AN ALTERNATIVE TO THE BACKGROUND SYNC FEATURE?

2           MR. PRICE:  OBJECT TO LACK OF FOUNDATION.

3           THE WITNESS:  SO FEATURE BACKGROUND?

4           MR. LEE:  I'LL LAY A FOUNDATION, YOUR HONOR.

5           THE COURT:  LAY THE FOUNDATION, PLEASE.  OBJECTION

6    SUSTAINED.

7    BY MR. LEE:

8    Q.   DO YOU KNOW WHAT BACKGROUND SYNC IS?

9    A.   NO.

10   Q.   DO YOU KNOW WHAT UNIVERSAL SEARCH IS?

11   A.   YEAH.

12   Q.   YOU DO KNOW WHAT UNIVERSAL SEARCH IS?

13   A.   YEAH.

14   Q.   ALL RIGHT.  DURING THE TWO YEARS SINCE THIS LAWSUIT HAS

15   BEEN FILED, HAS SAMSUNG, IN ANY OF ITS MORE THAN 30 NEW MODELS,

16   ACTUALLY TAKEN THE FEATURE UNIVERSAL SEARCH OUT OF ITS PHONES?

17   A.   CAN YOU REPEAT AGAIN?

18   Q.   SURE.  DURING THE TWO YEARS SINCE THE LAWSUIT HAS BEEN

19   FILED -- CAN WE FOCUS ON THAT?

20   A.   YEAH.

21   Q.   -- AND IN THE 30 TO 36 NEW MODELS THAT SAMSUNG HAS

22   INTRODUCED, HAVE YOU TAKEN THE UNIVERSAL FEATURE OUT?

23   A.   I CANNOT CLEARLY KNOW ABOUT IT.

24   Q.   OKAY.

25   A.   THAT KIND OF FEATURES, SPECIFIC FEATURES, YOU KNOW,

1       INCLUDED OR NOT, YOU KNOW, EVERY SMARTPHONE SHOULD HAVE MORE

2       THAN HUNDREDS OF FEATURES.

3            AND MAYBE THIS UNIVERSAL SEARCH FEATURE SHOULD BE ONE OF

4       THE FEATURES AND I DON'T KNOW EXACTLY, AND I CANNOT REMEMBER

5       EXACTLY TO WHICH MODEL, HOW MANY MODELS THAT WE ACTUALLY

6       EMBEDDED OR INPUT THAT KIND OF UNIVERSAL SEARCH FEATURES IN IT.

7       Q.   SO YOUR ANSWER IS YOU DON'T KNOW; CORRECT?

8       A.   YEAH.

9       Q.   HAVE YOU EVER HEARD OF THE FEATURE CALLED QUICK LINKS?

10      A.   QUICK LINKS?

11      Q.   QUICK LINKS?

12      A.   NO.

13      Q.   NOW, LET ME ASK YOU ABOUT THIS PARADIGM SHIFT?

14      A.   YES.

15      Q.   THAT WAS A PARADIGM SHIFT IN YOUR MARKETING AND SALES

16      STRATEGY; CORRECT?

17      A.   YES.

18      Q.   AND YOU SAID THERE WERE THREE PARTS; CORRECT?

19      A.   YES.

20      Q.   ONE PART -- ONE OF THE PARTS WAS THE FOCUS ON THE CONSUMER

21      RATHER THAN THE CARRIER; CORRECT?

22      A.   YES.

23      Q.   AND ONE PART WAS TO FOCUS ON THE POINT OF SALE IN THE

24      RETAIL STORES; CORRECT?

25      A.   YES, YES.

1    Q.   NOW, OF COURSE, APPLE HAD BEEN DOING THAT SINCE 2007,

2    HADN'T THEY?

3    A.   TO --

4          MR. PRICE:  OBJECTION.  LACK OF FOUNDATION

5    CONSIDERING WHAT IT WAS DOING.

6          THE WITNESS:  SO YOU --

7          THE COURT:  WHY DON'T YOU LAY THE FOUNDATION.

8    BY MR. LEE:

9    Q.   MR. SOHN, YOU TESTIFIED ABOUT WHAT HAPPENED WHEN THE APPLE

10   PRODUCT WAS INTRODUCED.  DO YOU REMEMBER THAT?

11   A.   YES.

12   Q.   YOU SAID YOU THOUGHT IT WAS GOING TO BE IN A NICHE MARKET.

13   DO YOU REMEMBER THAT?

14   A.   YES.

15   Q.   NOW, YOU WERE FOLLOWING WHAT APPLE WAS DOING WITH ITS

16   SMARTPHONE; CORRECT?

17   A.   PROBABLY SOME DIFFERENT ENERGY -- I MEAN EXPRESSION THAT I

18   CANNOT EASILY READ.

19   Q.   ALL RIGHT.

20   A.   BECAUSE THESE ARE COMPARATIVE MARKET ENVIRONMENT, ALWAYS

21   KNOW WHO WE ARE AND KNOW WHO MY COMPETITORS ARE IS THE FIRST

22   THING WE HAVE TO DO.  THEN WE KNOW -- WE DO BENCHMARKING.  THIS

23   BENCHMARKING PROCESS HAS BEEN SO ROUTINE AND NORMAL IN

24   SAMSUNG'S OPERATIONS, SO WE'VE BEEN DOING THIS BENCHMARKING

25   MOST ALL ON A DAILY BASIS.

```
 1      Q.   THAT WASN'T MY QUESTION, BUT I'LL ASK IT AGAIN.

 2           YOU WERE FOLLOWING APPLE'S INTRODUCTION OF ITS PRODUCT;

 3      CORRECT?

 4      A.   I DON'T THINK SO.

 5      Q.   YOU WERE NOT FOLLOWING APPLE'S INTRODUCTION OF ITS

 6      PRODUCT?

 7      A.   NO.  WE ACTUALLY COMPARED MANY THINGS WITH WHAT APPLE'S

 8      DONE AT THE TIME TO ALL OUR COMPETITORS.

 9           BUT IN THE MEANTIME, WE TRIED TO DIFFERENTIATE OURSELVES.

10      Q.   SO LET ME TURN YOU -- IF YOU WERE NOT FOLLOWING YOUR -- IF

11      YOU WERE NOT FOLLOWING APPLE, LET ME TURN YOU, IN THE NOTEBOOK,

12      TO PX 149, WHICH IS TAB 7.

13           DO YOU HAVE THAT BEFORE YOU?

14      A.   PX?

15      Q.   PX 149.  IT'S IN EVIDENCE ALREADY.  IT'S DATED FEBRUARY

16      2010.

17           DO YOU HAVE IT BEFORE YOU?

18      A.   149, YES.

19      Q.   THIS IS WHAT HAS BEEN REFERRED TO AS THE CRISIS OF DESIGN

20      MEMO.

21           HAVE YOU EVER SEEN IT BEFORE?

22      A.   NO, I'VE NEVER SEEN THIS.

23      Q.   YOU WERE NOT INVOLVED IN ANY OF THESE DISCUSSIONS IF

24      FEBRUARY OF 2010 ABOUT THE CRISIS OF DESIGN?

25      A.   NO.
```

1    Q.   ALL RIGHT.  LET ME ASK YOU TO TURN IN YOUR NOTEBOOK, IF

2    YOU WOULD, SIR, TO TAB NUMBER 10, AND YOU'LL FIND PX 216.

3    A.   OKAY.

4    Q.   DO YOU HAVE THAT BEFORE YOU?

5    A.   YES.

6    Q.   DO YOU RECOGNIZE THIS AS A SAMSUNG DOCUMENT?

7    A.   YES.

8         MR. LEE:  YOUR HONOR, WE OFFER PX 216.

9         MR. PRICE:  NO OBJECTION.

10        THE COURT:  IT'S ADMITTED.

11   (PLAINTIFF'S EXHIBIT 216 WAS ADMITTED IN EVIDENCE.)

12        THE COURT:  GO AHEAD, PLEASE.

13   BY MR. LEE:

14   Q.   THIS DOCUMENT IS DATED APRIL 2012; CORRECT?

15   A.   YES.

16   Q.   THIS IS AFTER YOUR PARADIGM SHIFT TO FOCUS ON CONSUMERS

17   AND POINT OF SALE; CORRECT?

18   A.   YES.

19   Q.   TURN, IF YOU WOULD, TO PAGE NUMBER 3.

20        THIS IS DALE'S MESSAGE.  THIS IS FROM YOU; CORRECT?

21   A.   YES.

22   Q.   AND YOUR FIRST SENTENCE SAYS "BEATING APPLE IS NO LONGER

23   MERELY AN OBJECTIVE.  IT IS OUR SURVIVAL STRATEGY."

24        CORRECT?

25   A.   YES.

1        Q.   NOW, MR. SOHN, LET ME JUST ASK YOU A COUPLE FINAL

2   QUESTIONS.

3             HOW MANY SOFTWARE ENGINEERS DOES SAMSUNG EMPLOY?

4        A.   I --

5             MR. PRICE:  I'M GOING TO OBJECT ON LACK OF

6   FOUNDATION.

7             THE COURT:  OVERRULED.  GO AHEAD, PLEASE.

8   BY MR. LEE:

9        Q.   HOW MANY SOFTWARE ENGINEERS DOES SAMSUNG EMPLOY?

10       A.   I THINK FOR THE LAST SEVERAL YEARS, THE SOFTWARE ENGINEERS

11  NUMBERS HAS INCREASED SO MUCH.  SO MAYBE AT A VERY HIGH LEVEL

12  OF SEVERAL THOUSAND, 5,000, SOMETHING LIKE THAT KIND OF NUMBER.

13       Q.   IN THE THOUSANDS; CORRECT?

14       A.   YEAH, THOUSANDS, YES.

15       Q.   HAVE YOU TALKED TO ONE ENGINEER WHO WORKED ON THE SOFTWARE

16  THAT'S AT ISSUE IN THIS CASE?

17       A.   NO.

18       Q.   NO; CORRECT?

19       A.   NO.

20             MR. LEE:  NOTHING FURTHER, YOUR HONOR.

21             THE COURT:  ALL RIGHT.  THE TIME IS NOW 11:17.

22       ANY REDIRECT?  REDIRECT EXAMINATION?  ALL RIGHT.  TIME IS

23  NOW 11:17.  GO AHEAD, PLEASE.

24       /   /   /

25       /   /   /

```
 1                        REDIRECT EXAMINATION

 2     BY MR. PRICE:

 3     Q.   MR. SOHN, DO YOU KNOW HOW MANY SOFTWARE ENGINEERS AT

 4     GOOGLE WORKED ON THE ANDROID PLATFORM THAT IS USED IN SAMSUNG'S

 5     PHONES?

 6     A.   NO, I DON'T KNOW.

 7     Q.   AND JUST TO CLARIFY, YOU WERE ASKED SOME QUESTIONS ABOUT

 8     WHETHER YOU FOLLOW APPLE AND YOUR -- YOU ANSWERED ABOUT

 9     BENCHMARKING, SO I WANT TO MAKE SURE WE UNDERSTAND THE WORDS

10     HERE.

11          WERE YOU -- WHEN YOU HEARD THE WORD FOLLOW, WERE YOU

12     ANSWERING -- DID YOU THINK MR. LEE WAS ASKING YOU ABOUT

13     COPYING?

14     A.   NO, NOT AT ALL.  I DON'T KNOW ABOUT FOLLOWING OR MAYBE

15     COPYING OR SOMETHING, BECAUSE I, I -- FROM MY LAST 31 YEARS OF

16     WORK EXPERIENCE AT SAMSUNG, SAMSUNG WAS THE BEST I.T. COMPANY

17     IN THE WORLD, INNOVATION SHOULD BE THE KEY SUCCESS FACTOR.

18     Q.   I UNDERSTAND.  I JUST WANT TO CLARIFY SOMETHING.

19          AS THE PRESIDENT OF STA, WERE YOU KEEPING TRACK OF HOW

20     APPLE WAS DOING IN THE MARKETPLACE?

21     A.   YES.

22     Q.   AND WAS YOUR GOAL TO BE NUMBER ONE IN THE MARKETPLACE?

23     A.   YES.

24          MR. PRICE:  I DON'T THINK I HAVE ANY OTHER QUESTIONS.

25     THANK YOU.
```

```
1              THE COURT:  OKAY.  TIME IS NOW 11:19.

2              MR. LEE:  VERY QUICKLY, YOUR HONOR.

3              THE COURT:  GO AHEAD.

4                    RECROSS-EXAMINATION

5      BY MR. LEE:

6      Q.   MR. SOHN, I THINK YOU JUST SAID, AND I THINK I WROTE IT

7      DOWN CORRECTLY, INNOVATION SHOULD BE THE KEY SUCCESS FACTOR?

8      A.   YES.

9      Q.   CORRECT?  IT'S TRUE, IS IT NOT, THAT SAMSUNG HAS BEEN

10     CRITICIZED FOR SPENDING ITS MONEY ON MARKETING RATHER THAN ON

11     RESEARCH AND DEVELOPMENT; CORRECT?

12     A.   I'VE NEVER HEARD OF THAT.

13     Q.   YOU NEVER HEARD THAT?

14     A.   NEVER HEARD THAT.

15             MR. LEE:  NOTHING FURTHER, YOUR HONOR.

16             THE COURT:  ALL RIGHT.  ANY FURTHER QUESTIONING FOR

17     THIS WITNESS?

18                FURTHER REDIRECT EXAMINATION

19     BY MR. PRICE:

20     Q.   YOU MAY NOT KNOW THIS, I DON'T KNOW IF YOU KNOW, DO YOU

21     KNOW HOW MUCH SAMSUNG SPENDS EACH YEAR ON RESEARCH AND

22     DEVELOPMENT ON ITS PHONES?

23     A.   AT A HIGH LEVEL, SEVERAL BILLIONS, BILLIONS AND BILLIONS

24     OF DOLLARS ON RESEARCH.  BUT THAT'S ALL.

25             MR. PRICE:  OKAY.  THANK YOU.
```

```
 1            MR. LEE:  NOTHING FURTHER, YOUR HONOR.

 2            THE COURT:  ALL RIGHT.  TIME IS 11:20.

 3         MAY THIS WITNESS BE EXCUSED AND IS IT SUBJECT TO RECALL OR

 4     NOT?

 5            MR. LEE:  HE CAN BE EXCUSED, NOT SUBJECT TO RECALL,

 6     YOUR HONOR.

 7            MR. PRICE:  YES, YOUR HONOR.

 8            THE COURT:  ALL RIGHT.  YOU MAY BE EXCUSED.

 9         (PAUSE IN PROCEEDINGS.)

10            THE COURT:  ARE YOU READY?

11            MR. PAK:  YES, YOUR HONOR.

12            THE COURT:  WHERE'S THE WITNESS.

13            MR. PAK:  HE'S HERE.

14            THE COURT:  OKAY, GREAT.  COME FORWARD, PLEASE.

15            MR. PAK:  SAMSUNG CALLS PAUL WESTBROOK, YOUR HONOR.

16         **(DEFENDANTS' WITNESS, PAUL WESTBROOK, WAS SWORN.)**

17            THE WITNESS:  I DO.

18            THE CLERK:  WOULD YOU HAVE A SEAT, PLEASE.

19         PULL THE MICROPHONE TOWARDS YOU AND TELL US YOUR NAME,

20     PLEASE, AND SPELL IT.

21            THE WITNESS:  MY NAME IS PAUL WESTBROOK, P-A-U-L,

22     W-E-S-T-B-R-O-O-K.

23            THE CLERK:  THANK YOU.

24            THE COURT:  ALL RIGHT.  TIME IS NOW 11:21.

25         GO AHEAD, PLEASE.
```

```
1                          DIRECT EXAMINATION

2        BY MR. PAK:

3        Q.   GOOD MORNING, MR. WESTBROOK.

4        A.   GOOD MORNING.

5        Q.   WHERE DO YOU WORK?

6        A.   I WORK AT GOOGLE.

7        Q.   AND WHAT DO YOU DO AT GOOGLE?

8        A.   I'M TECH LEAD MANAGER.

9        Q.   AND, MR. WESTBROOK, YOU CAN BRING THE MIKE A LITTLE BIT

10       CLOSER TO YOUR MOUTH, THAT WOULD BE GREAT?

11       A.   OH.

12       Q.   SO AS THE TECH LEAD MANAGER FOR THE GMAIL APPLICATION AND

13       THE GOOGLE CALENDAR ANDROID APPLICATION, WHAT DO YOU DO?

14       A.   I'M RESPONSIBLE FOR ALL ASPECTS OF THOSE PROJECTS, BOTH

15       TECHNICAL AND NON-TECHNICAL.

16       Q.   AND HOW MANY PEOPLE REPORT TO YOU?

17       A.   SEVENTEEN PEOPLE.

18       Q.   AND HOW LONG HAVE YOU PERSONALLY WORKED AT GOOGLE?

19       A.   I STARTED AT GOOGLE IN NOVEMBER OF 2009, SO ABOUT FOUR AND

20       A HALF YEARS.

21       Q.   AND WHERE DO YOU LIVE, SIR?

22       A.   I LIVE IN SAN JOSE.

23       Q.   AND HAVE YOUR RESPONSIBILITIES AT GOOGLE CHANGED OVER

24       TIME?

25       A.   YES, THEY HAVE.
```

1    Q.   HOW HAVE THEY CHANGED?

2    A.   WHEN I STARTED AT GOOGLE, I WAS AN INDIVIDUAL CONTRIBUTOR

3    ON THE GMAIL APPLICATION.  THEN I GOT PROMOTED TO MANAGER AND

4    NOW I'M RESPONSIBLE IN ADDITION TO THE GOOGLE CALENDAR ANDROID

5    APPLICATION.

6    Q.   ARE YOU AWARE OF SOMETHING CALLED THE ANDROID E-MAIL

7    APPLICATION?

8    A.   YES, I AM.

9    Q.   AND DID YOU EVER HAVE ANY RESPONSIBILITY FOR THAT

10   APPLICATION?

11   A.   YES, I DID.

12   Q.   WHAT WERE YOUR RESPONSIBILITIES FOR THAT APPLICATION?

13   A.   I WAS THE TECH LEAD MANAGER FOR THE ANDROID E-MAIL

14   APPLICATION.

15   Q.   AND HOW DID -- AND DID THOSE RESPONSIBILITIES CHANGE OVER

16   TIME?

17   A.   YES, THEY DID.

18   Q.   HOW DID THEY CHANGE?

19   A.   WHEN I GAINED RESPONSIBILITY FOR THE GOOGLE CALENDAR

20   ANDROID APPLICATION, THE ANDROID E-MAIL ANDROID APPLICATION

21   TRANSITIONED TO SOMEONE ELSE.

22   Q.   NOW, SO YOU UNDERSTAND THAT TWO OF THE E-MAIL APPLICATIONS

23   THAT YOU'VE WORKED ON ARE AT ISSUE IN THIS CASE; CORRECT?

24   A.   YES, I DO.

25   Q.   AND THEY ARE THE GMAIL APPLICATION AND THE ANDROID E-MAIL

```
 1        APPLICATION; CORRECT?

 2        A.   THAT'S CORRECT.

 3        Q.   SO I WANT TO BEGIN WITH THE GMAIL ANDROID APPLICATION, OR

 4        THE GMAIL APPLICATION FOR ANDROID.

 5             WHAT IS THAT APPLICATION?

 6        A.   THE GMAIL ANDROID APPLICATION IS THE ANDROID CLIENT FOR

 7        THE GMAIL SERVICE.

 8        Q.   WHAT IS GMAIL?

 9        A.   GMAIL IS GOOGLE'S MAIL SERVICE.

10        Q.   AND WHY DOES GOOGLE PROVIDE USERS WITH THE GMAIL ANDROID

11        APPLICATION?

12        A.   GOOGLE WANTS USERS OF GMAIL TO BE ABLE TO ACCESS THEIR

13        CONTENT ON ANY PLATFORMS, INCLUDING ANDROID.

14        Q.   NOW, WAS GOOGLE'S DEVELOPMENT OF THE GMAIL ANDROID

15        APPLICATION INFLUENCED BY ANYTHING THAT CAME BEFORE IT?

16        A.   YES, IT WAS.

17        Q.   WHAT DO YOU HAVE IN MIND WHEN YOU ANSWER THAT QUESTION?

18        A.   ONE EXAMPLE OF WHAT IT INFLUENCED IS GMAIL.COM.

19        Q.   GMAIL.COM?

20        A.   THAT'S CORRECT.

21        Q.   WHAT IS THAT?

22        A.   GMAIL.COM IS THE WEBSITE THAT USERS GO TO DO ACCESS THEIR

23        GMAIL ON A COMPUTER BROWSER.

24        Q.   WHEN DID GOOGLE INTRODUCE GMAIL.COM?

25        A.   WE JUST HAD THE TEN YEAR ANNIVERSARY CELEBRATION OF GMAIL
```

1    ON APRIL 1ST.  SO DOING THE MATH, IT WOULD HAVE BEEN APRIL 1ST,

2    2004.

3    Q.   AND HOW DID GMAIL.COM, THE WEBSITE, INFLUENCE THE GMAIL

4    ANDROID APPLICATION?

5    A.   GOOGLE WANTS THE USERS TO HAVE A CONSISTENT EXPERIENCE, SO

6    VIEWING MESSAGES WILL LOOK SIMILAR ON THE GMAIL APPLICATION AS

7    WELL AS GOOGLE GMAIL.COM.

8    Q.   WERE THERE ANY OTHER INFLUENCES ON GOOGLE'S DEVELOPMENT OF

9    THE GMAIL ANDROID APPLICATION?

10   A.   YES, THERE WAS.

11   Q.   WHAT WAS THAT?

12   A.   ANOTHER INFLUENCE WAS THE GMAIL CLIENT FOR FEATURE PHONES.

13   Q.   DID YOU SAY FEATURE PHONES?

14   A.   YES.

15   Q.   WHAT ARE FEATURE PHONES?

16   A.   A FEATURE PHONE IS -- ONE EXAMPLE OF A FEATURE PHONE WOULD

17   BE A FLIP PHONE, LIKE THE MOTOROLA RAZR.

18   Q.   IS THAT R-A-Z-R?

19   A.   YES.

20   Q.   AND HOW DID THE GMAIL CLIENT FOR FEATURE PHONES INFLUENCE

21   THE DEVELOPMENT OF THE GMAIL ANDROID APPLICATION?

22   A.   THERE WERE A COUPLE WAYS.  THE FIRST WAS THE ENGINEER ON

23   THE GMAIL CLIENT FOR FEATURE PHONES WERE ALSO WORKED ON THE

24   ANDROID APPLICATION.

25   Q.   AND DO YOU REMEMBER WHEN THE GMAIL CLIENT FOR FEATURE

1    PHONES WAS FIRST RELEASED?

2    A.   YES.

3    Q.   WHAT WAS THAT TIME?

4    A.   THAT WAS 2006.

5    Q.   AND WHEN DID GOOGLE RELEASE THE GMAIL ANDROID APPLICATION?

6    A.   GMAIL ANDROID APPLICATION WAS RELEASED WITH ON DROID 1.0.

7    Q.   WHEN WAS THAT RELEASED?

8    A.   THAT WAS OCTOBER OF 2008.

9    Q.   NOW, MR. WESTBROOK, ARE YOU FAMILIAR WITH SOMETHING CALLED

10   SYNCHRONIZATION?

11   A.   THERE ARE A COUPLE DIFFERENT DEFINITIONS OF

12   SYNCHRONIZATION.

13   Q.   I'LL GIVE YOU A DEFINITION OF SYNCHRONIZATION AS THE

14   FOLLOWING:  THE PROCESS OF COMPARING TWO OR MORE DATA SOURCES

15   AND THEN UPDATING THE SOURCES TO ASSURE THAT ALL OF THEM HAVE

16   THE SAME SET OF DATA.  DO YOU UNDERSTAND THAT DEFINITION?

17   A.   YES.

18           MS. KREVANS:  OBJECTION.  LEADING.

19           THE WITNESS:  YES, I DO.

20           MR. PAK:  YOUR HONOR, I'M JUST TRYING TO PROVIDE A

21   FOUNDATION FOR THE REST OF THE QUESTIONS.

22           THE COURT:  OVERRULED.  GO AHEAD.

23   BY MR. PAK:

24   Q.   CAN YOU GIVE ME AN EXAMPLE, SIR, OF THIS CONCEPT OF

25   SYNCHRONIZATION THAT WE JUST TALKED ABOUT ACTUALLY IN ACTION?

1     A.    SURE.  ONE EXAMPLE IS THE GMAIL ANDROID APPLICATION.

2     Q.    AND HOW DOES THE GMAIL ANDROID APPLICATION UTILIZE

3     SYNCHRONIZATION AS WE TALKED ABOUT?

4     A.    ONE EXAMPLE IS WHEN THE USER SENDS AN E-MAIL MESSAGE FROM

5     THE GMAIL ANDROID APPLICATION.

6     Q.    AND WHAT HAPPENS BENEATH THE HOOD WHEN THE USER SENDS AN

7     E-MAIL IN THE GMAIL ANDROID APPLICATION?

8     A.    SURE.  WOULD IT BE POSSIBLE FOR ME TO DRAW A DIAGRAM?

9     Q.    YES.

10         YOUR HONOR, MAY I HAVE MR. WESTBROOK COME IN AND DRAW A

11    DIAGRAM?

12              THE COURT:  THAT'S FINE.

13    BY MR. PAK:

14    Q.    MR. WESTBROOK, THERE'S AN ELMO DEVICE WITH SOME PAPER AND

15    YOU CAN DRAW WHAT YOU HAVE IN MIND THERE.

16              THE COURT:  LET'S GIVE THIS AN SDX NUMBER AS WELL.

17              MR. PAK:  YES, YOUR HONOR.

18    Q.    GO AHEAD, MR. WESTBROOK.

19    A.    SURE.  SO I'M GOING TO DRAW A BOX REPRESENTING AN ANDROID

20    DEVICE, AND HERE IS THE SEND BUTTON, WHICH IS A LITTLE ARROW,

21    AND THIS -- THE ARROW IS INSIDE A BOX, I'LL CALL THIS THE U/I,

22    OR USER INTERFACE.

23         WHEN A USER PUSHES THE SEND BUTTON, A SEND OR SAVE TASK

24    WILL GET CALLED.  AND A MESSAGE SENDS SENT TO THE SEND OR SAVE

25    TASK.

```
 1              THE FIRST THING THAT HAPPENS IS THAT MESSAGE GETS SAVED BY

 2    THE MAIL ENGINE AND INTO A DATABASE.

 3              AND THEN THE NEXT THING THAT HAPPENS IS A NOTIFICATION IS

 4    SENT TO THE SYNC MANAGER, AND THEN WHEN THE SYNCHRONIZATION IS

 5    SUPPOSED TO HAPPEN, SYNC ADAPTER IS CALLED.

 6              AND THEN THE MESSAGE IS SENT TO THE MAIL ENGINE, AND I'M

 7    GOING TO DRAW A CLOUD UP HERE THAT REPRESENTS GMAIL.

 8    Q.   THANK YOU.  AND YOU CAN TAKE A SEAT.

 9              THE COURT:  WHAT'S THE NUMBER FOR THIS DRAWING?

10              MR. PAK:  YES, YOUR HONOR.  IT WILL BE SDX 3010.

11              THE COURT:  OKAY.  THANK YOU.

12    (DEFENDANTS' EXHIBIT 3010 WAS MARKED FOR IDENTIFICATION.)

13              MR. PAK:  THANK YOU, YOUR HONOR.

14    Q.   NOW, MR. WESTBROOK, LOOKING AT THIS DIAGRAM, WHAT HAVE YOU

15    REPRESENTED BY THE BIG BOX?

16    A.   THAT BOX REPRESENTS THE ANDROID PHONE.

17    Q.   AND THE CLOUD SHAPE HERE ON TO THE LEFT-HAND SIDE, WHAT

18    DOES THAT REPRESENT?

19    A.   THAT REPRESENTS THE GMAIL SERVER.

20    Q.   AND WHAT -- OR WHO MAINTAINS THE GMAIL SERVERS?

21    A.   GOOGLE DOES.

22    Q.   IS THAT ON THE INTERNET?

23    A.   YES, IT IS.

24    Q.   SO IF WE LOOK INSIDE THE BOX THAT REPRESENTS THE PHONE,

25    WHAT IS REPRESENTED BY THE U/I BOX THAT YOU HAVE DRAWN?
```

1    A.   THAT IS THE USER INTERFACE THAT IS SHOWN TO THE USER.

2    Q.   AND YOU HAVE A LINE THAT GOES FROM THE U/I TO SOMETHING

3    CALLED SEND OR SAVE?

4    A.   YES.

5    Q.   AND WHAT IS THAT COMPONENT AGAIN?

6    A.   THAT'S THE SEND OR SAVE TASK.  THAT'S THE COMPONENT THAT

7    SENDS -- OR THAT SAVES THE MESSAGE FOR SENDING.

8    Q.   THANK YOU.  AND THEN YOU HAVE TWO LINES, ONE LINE FROM THE

9    SEND OR SAVE TO THE MAIL ENGINE COMPONENT.

10        DO YOU SEE THAT?

11   A.   YES.

12   Q.   WHAT IS THE MAIL ENGINE COMPONENT?

13   A.   THE MAIL ENGINE IS THE PIECE OF THE GMAIL ANDROID

14   APPLICATION THAT IS RESPONSIBLE FOR ALL DATABASE ACCESS AND ALL

15   COORDINATION, OR COMMUNICATION WITH THE GMAIL SERVICE.

16   Q.   YOU JUST MENTIONED DATABASE?

17   A.   UM-HUM.

18   Q.   HAVE YOU SHOWN A DATABASE IN THIS FIGURE?

19   A.   YES, THAT'S THE LITTLE BOX THAT'S RIGHT BELOW THE MAIL

20   ENGINE.

21   Q.   AND THERE SHOULD BE A LASER POINTER IF YOU'D LIKE TO USE

22   THAT TO INDICATE THAT TO THE JURY?

23   A.   SURE.  SO IT'S THIS BOX RIGHT HERE (INDICATING).

24   Q.   THANK YOU.  AND SO THE DATABASE IS CONNECTED TO THE MAIL

25   ENGINE.

1          NOW, IF WE GO BACK TO THE SEND OR SAVE BOX, WE HAVE

2    ANOTHER LINE GOING STRAIGHT DOWN TO SOMETHING CALLED THE SYNC

3    MANAGER.

4          DO YOU SEE THAT?

5    A.   YES, I DO.

6    Q.   WHY DID YOU DRAW THAT LINE TO THE SYNC MANAGER?

7    A.   THE SEND OR SAVE TASK TELLS THE SYNC MANAGER THAT THERE'S

8    WORK THAT NEEDS TO BE DONE.

9    Q.   AND WHAT IS THE SYNC MANAGER IN THIS DIAGRAM?

10   A.   THE SYNC MANAGER IN THIS DIAGRAM -- SYNC MANAGER IS

11   ESSENTIALLY THE TRAFFIC COP FOR ALL SYNCHRONIZATION WORK ON

12   ANDROIDS.

13   Q.   WHY DO YOU CALL IT THE TRAFFIC COP?

14   A.   THERE ARE TWO MAIN THINGS THAT IT DOES THAT PERFORMS THE

15   TRAFFIC COP ROLE.

16   Q.   WHAT ARE THOSE?

17   A.   THE FIRST IS THE SYNC MANAGER LISTENS TO THE DEVICE, TO

18   SEE IF THE DEVICE IS ON NETWORK OR NOT, AND IT WILL WAIT FOR

19   THAT TO HAPPEN.

20          AND THE SECOND IS THAT IT WILL MAKE SURE THAT ONLY TWO

21   SYNCHRONOUS, UP TO TWO SYNCHRONIZATIONS HAPPEN AT THE SAME

22   TIME.

23   Q.   HOW DOES IT ENSURE THAT ONLY TWO SYNCHRONIZATION TASKS ARE

24   HAPPENING AT THE SAME TIME?

25   A.   SO THE SYNC MANAGER ALSO TALKS TO OTHER APPLICATIONS AND

1        THE SYNC ADAPTERS IN OTHER APPLICATIONS, SO IT'S JUST

2        COORDINATION.

3        Q.   THANK YOU.  AND THEN NOW FROM THE SYNC MANAGER, WE HAVE A

4        LINE THAT GOES UP TO SOMETHING CALLED A SYNC ADAPTER.

5             DO YOU SEE THAT?

6        A.   YES, I DO.

7        Q.   WHAT IS THE SYNC ADAPTER IN THIS ARCHITECTURE?

8        A.   THE SYNC ADAPTER IS THE PIECE OF THE GMAIL ANDROID

9        APPLICATION THAT TALKS TO THE SYNC MANAGER.

10       Q.   NOW, WHAT IS THE FUNCTION OF THE GMAIL SYNC ADAPTER IN

11       THIS DIAGRAM?

12       A.   SO THE SYNC MANAGER HERE IS ONLY ONE INSTANCE OF THAT ON

13       THE ANDROID DEVICE, AND IT ONLY KNOWS HOW TO SPEAK ITS OWN

14       LANGUAGE.

15            AND THE SYNC ADAPTER IS THE THING THAT SPEAKS THAT

16       LANGUAGE.

17       Q.   AND THE SYNC ADAPTER HERE, ARE THERE OTHER SYNC ADAPTERS

18       THAT THE SYNC MANAGER IS COMMUNICATING WITH?

19       A.   YES, OTHER APPLICATIONS CAN HAVE SYNC ADAPTERS AS WELL.

20       Q.   WHAT IS THE FUNCTION OF THE GMAIL SYNC ADAPTER IN THIS

21       PARTICULAR ARCHITECTURE?

22       A.   IT DOESN'T DO MUCH.

23       Q.   WHAT DOES IT DO?

24       A.   IT PASSES MESSAGES BETWEEN THE SYNC MANAGER HERE TO THIS

25       MAIL ENGINE HERE.

1    Q.   NOW, USING THE DEFINITION OF SYNCHRONIZATION THAT WE

2    TALKED ABOUT EARLIER, WHAT COMPONENT IN THIS GMAIL ARCHITECTURE

3    ACTUALLY PERFORMS SYNCHRONIZATION?

4    A.   THE MAIL ENGINE DOES.

5    Q.   IS THERE A REASON WHY THE MAIL ENGINE PERFORMS

6    SYNCHRONIZATION?

7    A.   YES.

8    Q.   WHAT IS THAT REASON?

9    A.   THIS IS THE ARCHITECTURE DECIDED BECAUSE IT MAKES THE

10   APPLICATION FASTER.

11   Q.   THAT'S THE GMAIL ANDROID APPLICATION?

12   A.   CORRECT.

13   Q.   WHY IS HAVING SYNCHRONIZATION PERFORMED BY THE MAIL ENGINE

14   MAKE THE GMAIL MAIL APPLICATION FASTER?

15   A.   SO CURRENTLY THE MAIL ENGINE DOES ALL THE COORDINATION

16   WITH THE DATABASE.  SO IF SOMETHING ELSE WERE TO DO THE

17   SYNCHRONIZATION, THERE WOULD BE TWO THINGS TALKING TO THE

18   DATABASE, WHICH WOULD CAUSE THE APPLICATION TO BE SLOWER.

19   Q.   NOW, THIS SYNC ADAPTER THAT YOU'VE DRAWN HERE, IS THAT

20   CONNECTED TO THE DATABASE?

21   A.   NO.  AS YOU CAN SEE, THERE'S NO LINES BETWEEN THE SYNC

22   ADAPTER AND THE DATABASE.

23   Q.   DOES THE GMAIL SYNC ADAPTER TALK DIRECTLY TO THE DATABASE

24   IN ANY WAY?

25   A.   NO, IT DOES NOT.

1    Q.   DOES THE GMAIL SYNC ADAPTER COMMUNICATE DIRECTLY WITH THE

2    GMAIL SERVER IN THE CLOUD?

3    A.   NO, IT DOES NOT.  THE ONLY THING THAT TALKS TO THE GMAIL

4    SERVER IS THE MAIL ENGINE.

5    Q.   AND REMIND US AGAIN, WHAT IS THE FUNCTION OF THE GMAIL

6    SYNC ADAPTER?

7    A.   IT'S TO PASS MESSAGES BETWEEN THE SYNC MANAGER AND THE

8    MAIL ENGINE.

9    Q.   AND USING THE SAME DEFINITION OF SYNCHRONIZATION, DOES THE

10   SYNC ADAPTER PERFORM ANY SYNCHRONIZATION?

11   A.   NO, IT DOES NOT.

12   Q.   AND LET'S MOVE TO SOMETHING ELSE -- AND LET ME ASK YOU

13   THIS QUESTION:  IS THIS A TECHNICAL REASON WHY THE SYNC ADAPTER

14   IN THIS ARCHITECTURE DOES NOT PERFORM SYNCHRONIZATION?

15   A.   IT WAS THE ARCHITECTURE WE DECIDED BECAUSE OF PERFORMANCE,

16   WE WANTED THE APPLICATION TO BE FASTER.

17   Q.   AND REMIND US AGAIN, WHAT COMPONENT DOES THE

18   SYNCHRONIZATION?

19   A.   THE MAIL ENGINE DOES THE SYNCHRONIZATION.

20   Q.   NOW, I WANT TO SWITCH GEARS, MR. WESTBROOK, AND TALK ABOUT

21   THE SECOND MAIL APPLICATION CALLED THE ANDROID E-MAIL

22   APPLICATION, AND THAT'S A DIFFERENT APPLICATION; CORRECT?

23   A.   THAT IS CORRECT.

24   Q.   WHAT IS THE ANDROID E-MAIL APPLICATION?

25   A.   THE ANDROID E-MAIL APPLICATION IS THE APPLICATION THAT

1    ALLOWS USERS TO ACCESS OTHER MAIL SERVERS.

2    Q.   CAN YOU GIVE US AN EXAMPLE OF THE OTHER E-MAIL SERVERS

3    THAT ARE SUPPORTED BY THE ANDROID E-MAIL APPLICATION?

4    A.   SURE.  ONE EXAMPLE IS AN EXCHANGE SERVER.

5    Q.   WHAT IS EXCHANGE?

6    A.   EXCHANGE IS A MICROSOFT SERVER PRODUCT THAT ALLOWS ACCESS

7    TO CALENDAR, CONTACTS, AND MAIL.

8    Q.   SO IF YOU ARE USING MICROSOFT WORD OR OFFICE AND YOU'RE

9    GETTING MICROSOFT E-MAIL, IS THAT PROVIDED BY E-MAIL EXCHANGE?

10   A.   YES, IT IS.

11   Q.   WHO CREATED THE E-MAIL EXCHANGE SERVER?

12   A.   MICROSOFT.

13   Q.   AND JUST THINKING ABOUT THE ARCHITECTURE OF THE E-MAIL

14   ANDROID APPLICATION, HOW DOES THAT ARCHITECTURE COMPARE TO WHAT

15   YOU HAVE DRAWN ON THE SCREEN FOR THE GMAIL APPLICATION?

16   A.   IT'S VERY SIMILAR.

17   Q.   WHAT ARE THE SIMILARITIES?

18   A.   SO INSTEAD OF -- SO THE E-MAIL APPLICATION, INSTEAD OF

19   MAIL ENGINE, THIS IS REPLACED WITH EXCHANGE SERVICE.  THIS,

20   INSTEAD OF GMAIL, IS THE EXCHANGE SERVER.  THERE'S A SLIGHT

21   DIFFERENCE IN HOW THE DATABASE IS ACCESSED, BUT IT DOESN'T

22   CHANGE THE FLOW.

23   Q.   NOW, IS THERE A SYNC ADAPTER THAT'S USED INSIDE OF THE

24   E-MAIL, OR THE ANDROID E-MAIL APPLICATION ARCHITECTURE?

25   A.   YES, THERE IS.

1    Q.   AND WHAT IS THE FUNCTION OF THAT SYNC ADAPTER IN THAT

2    PARTICULAR ARCHITECTURE?

3    A.   IT'S VERY SIMILAR TO GMAIL.  IT PASSES MESSAGES BETWEEN

4    THE SYNC MANAGER, BUT IN THE CASE OF E-MAIL, IT'S THE EXCHANGE

5    SERVICE INSTEAD OF GMAIL.

6    Q.   AND THINKING ABOUT THE ANDROID E-MAIL APPLICATION, WHAT

7    COMPONENT, IF ANY, DOES THE SYNCHRONIZATION IN THAT

8    ARCHITECTURE?

9    A.   IT WOULD BE THE EXCHANGE SERVICE.

10   Q.   IS THAT EXCHANGE SERVICE, THAT WOULD CORRESPOND TO WHAT'S

11   SHOWN AS THE MAIL ENGINE IN THIS DIAGRAM?

12   A.   CORRECT.

13   Q.   IS THAT EXCHANGE SERVICE CONNECTED TO A DATABASE?

14   A.   IT DOES TALK TO THE DATABASE.

15   Q.   AND NOW THE SYNC ADAPTER IN THE ANDROID E-MAIL

16   APPLICATION, DOES THAT PERFORM ANY SYNCHRONIZATION?

17   A.   NO, IT DOES NOT.

18   Q.   IS THERE A TECHNICAL REASON WHY THE SYNC ADAPTER IN THE

19   GMAIL ANDROID APPLICATION DOES NOT PERFORM ANY SYNCHRONIZATION?

20   A.   YES, THERE IS.

21   Q.   WHAT IS THAT TECHNICAL REASON?

22   A.   ONE OF THE MAIN FEATURES OF THE E-MAIL APPLICATION IS WE

23   WANT TO SUPPORT PUSH E-MAIL.

24   Q.   WHAT IS PUSH E-MAIL?

25   A.   PUSH E-MAIL IS WHEN THE SERVER RECEIVES A MAIL MESSAGE AND

1    IT'S PUSHED TO THE ANDROID -- OR TO THE DEVICE.

2    Q.   AND IS THERE A RELATIONSHIP BETWEEN PUSH E-MAIL AND THE

3    TYPES OF USERS THAT USE THE MICROSOFT EXCHANGE SERVICE?

4    A.   YES.

5    Q.   WHAT IS THAT RELATIONSHIP?

6    A.   PEOPLE WHO USE THE EXCHANGE SERVICE TEND TO USE IT FOR

7    WORK AND PEOPLE WANT TO GET THEIR WORK E-MAIL AS FAST AS

8    POSSIBLE.

9    Q.   AND HOW DOES HAVING THE EXCHANGE SERVICE RATHER THAN THE

10   SYNC ADAPTER PERFORM SYNCHRONIZATION ASSIST WITH SUPPORT FOR

11   PUSH E-MAIL?

12   A.   IT WOULDN'T BE POSSIBLE TO DO PUSH E-MAIL IF IT WAS IN THE

13   EXCHANGE -- IN THE SYNC ADAPTER.

14   Q.   CAN YOU SAY THAT ONE MORE TIME?

15   A.   IT WOULDN'T BE POSSIBLE TO DO THE PUSH E-MAIL IF IT WAS IN

16   THE SYNC ADAPTER.

17   Q.   WOULD NOT?

18   A.   IT WOULD NOT BE POSSIBLE.

19   Q.   WHY WOULD IT NOT BE POSSIBLE TO HAVE THE SYNC ADAPTER DO

20   SYNCHRONIZATION TO PROVIDE SUPPORT FOR THE PUSH E-MAIL?

21   A.   AS I MENTIONED BEFORE, THE SYNC MANAGER ITSELF IS A

22   TRAFFIC COP, AND ONE OF THE THINGS THAT IT DOES IS MAKE SURE

23   THAT ONLY UP TO TWO SYNCHRONIZATIONS ARE HAPPENING AT THE SAME

24   TIME.

25        AND SO ONE OF THE THINGS THAT IT DOES, IT WILL STOP A SYNC

1    ADAPTER THAT RUNS FOR A VERY LONG TIME.

2    Q.   AND HOW IS THAT RELATED TO SUPPORT FOR PUSH E-MAIL?

3    A.   FOR PUSH E-MAIL, YOU NEED TO HAVE A CONNECTION ALWAYS ONTO

4    THE EXCHANGE SERVER.  SO WHEN THE SYNC ADAPTER, IF IT WERE TO

5    STOP, THE PUSH E-MAIL WOULD STOP WORKING.

6    Q.   NOW, WOULD IT BE POSSIBLE TO MODIFY THE WAY BOTH GMAIL AND

7    ANDROID E-MAIL APPLICATIONS SYNCHRONIZE WITHOUT AFFECTING USER

8    EXPERIENCE?

9    A.   SURE, THERE ARE MANY WAYS.

10   Q.   AND UNDER THE CURRENT DESIGN, DO THE GMAIL AND ANDROID

11   E-MAIL APPLICATIONS ALLOW THE USER TO SYNCHRONIZE WHILE THE

12   USER IS ALSO USING THE APPLICATION?

13   A.   YES, THEY DO.

14   Q.   WOULD IT BE POSSIBLE TO MODIFY THE FUNCTIONALITY WITHOUT

15   AFFECTING THE USER EXPERIENCE IN THAT REGARD?

16   A.   YES, IT WOULD.

17   Q.   OKAY.  NOW, SPECIFICALLY, IS IT POSSIBLE TO MODIFY THESE

18   APPLICATIONS, THE GMAIL AND ANDROID E-MAIL APPLICATIONS SO THEY

19   SYNCHRONIZE ONLY WHEN THE USER IS NOT USING THEM?

20   A.   YES, IT WOULD.

21   Q.   HOW WOULD YOU DO THAT?

22   A.   WHEN THE U/I IS SHOWN TO THE USER, YOU WOULD STOP

23   SYNCHRONIZATION FROM HAPPENING AND YOU CAN START IT AGAIN WHEN

24   THE U/I IS NOT BEING SHOWN TO THE USER.

25   Q.   COULD YOU DO THAT FOR THE CONTACTS AND THE CALENDAR

1    APPLICATIONS IN ANDROID?

2    A.   SURE.

3    Q.   IF YOU WERE TO IMPLEMENT THAT CHANGE TO ONE OF THOSE

4    APPLICATIONS, WHICH ONE WOULD YOU CHOOSE?

5    A.   I WOULD CHOOSE THE CONTACTS APPLICATION.

6    Q.   WHY WOULD YOU MAKE THAT CHOICE?

7    A.   THERE'S -- THE USER HAS A LOT LESS EXPECTATION THAT

8    CONTACTS CHANGES IS SENT TO THE SERVER AS OPPOSED TO THE E-MAIL

9    CHANGES.

10   Q.   IF YOU IMPLEMENTED THIS TYPE OF CHANGE WHERE YOU STOP

11   SYNCHRONIZING WHEN THE USER IS USING THE SERVICE TO CONTACTS

12   APPLICATION, WOULD IT AFFECT THE USER EXPERIENCE?

13   A.   NO, IT WOULD NOT.

14   Q.   IF YOU WERE TO IMPLEMENT THAT CHANGE TO CONTACTS, HOW LONG

15   WOULD THAT TAKE FOR GOOGLE?

16   A.   I THINK ABOUT 40 HOURS OR SO.

17   Q.   IS YOUR TEAM THE TEAM THAT WOULD BE IMPLEMENTING THAT KIND

18   OF CHANGE?

19   A.   YES.

20   Q.   SWITCHING GEARS, DOES THE GMAIL ANDROID APPLICATION ALSO

21   KEEP TRACK OF THE CHANGES THAT ARE MADE BY THE USER ON THE

22   DEVICE ITSELF?

23   A.   YES, IT DOES.

24   Q.   AND HOW DOES IT DO THAT?

25   A.   IT KEEPS A LIST OF ALL CHANGES, OR WHAT WE CALL OPERATIONS

1       ON THE DEVICE.

2       Q.   AND HOW DOES IT SPECIFICALLY MAINTAIN THAT?

3       A.   IT JUST SAVES THEM ON THE DEVICE.

4       Q.   DOES IT SAVE IT ON TO THE DATABASE THAT'S SHOWN HERE?

5       A.   YES, IT DOES.

6       Q.   NOW, WOULD IT BE POSSIBLE TO MODIFY THE GMAIL ANDROID

7       APPLICATION SO IT DOES NOT UPDATE THE DATABASE TO REFLECT

8       CHANGES FROM THE USER?

9       A.   YES, IT DOES.  YES, IT WOULD BE.

10      Q.   AND WOULD THAT AFFECT THE USER EXPERIENCE ON A GMAIL

11      ANDROID APPLICATION?

12      A.   NO, IT WOULD NOT.

13      Q.   HOW LONG WOULD IT TAKE FOR GOOGLE TO MAKE THAT CHANGE?

14      A.   THAT'S ABOUT TEN HOURS OR SO.

15      Q.   I'M GOING TO TURN YOUR ATTENTION NOW, SIR -- AND WE CAN

16      TAKE THIS DOWN, MR. KOTARSKI -- YOUR HONOR, I BELIEVE THIS HAS

17      ALREADY BEEN ADMITTED.  IT'S PLAINTIFF'S EXHIBIT 172.

18           MAY I PROCEED?

19               THE COURT:  GO AHEAD, PLEASE.

20      BY MR. PAK:

21      Q.   MR. WESTBROOK, WHEN YOU LOOK AT THIS DOCUMENT ON THE

22      SCREEN, WHICH WAS USED AS A PLAINTIFF'S EXHIBIT, DOES THIS

23      APPEAR TO BE A GOOGLE DOCUMENT TO YOU?

24      A.   THIS DOESN'T LOOK LIKE A GOOGLE DOCUMENT.

25      Q.   DID YOU WRITE THIS DOCUMENT?

1    A.   NO, I DID NOT.

2    Q.   TO YOUR KNOWLEDGE, DID ANYONE ON YOUR TEAM THAT'S

3    RESPONSIBLE FOR THE GMAIL AND THE ANDROID E-MAIL APPLICATIONS

4    WRITE THIS DOCUMENT?

5    A.   NO.

6    Q.   I WANT TO SHOW YOU A FEW THINGS FROM THIS DOCUMENT, THE

7    FIRST PAGE.

8         THE FIRST THING IT SAYS IS SYNC ADAPTERS HANDLES ALL OF

9    THE SYNC PROTOCOL LOGIC.

10        DO YOU SEE THAT?

11   A.   I DO.

12   Q.   NOW, YOU KNOW HOW GMAIL AND ANDROID E-MAIL APPLICATIONS

13   ACTUALLY WORK; RIGHT?

14   A.   YES.

15   Q.   YOU MANAGE THE SUPERVISION OF THAT CODE AND YOU'VE ALSO

16   WRITTEN SOME CODE YOURSELF; CORRECT?

17   A.   CORRECT.

18   Q.   IS THAT A TRUE STATEMENT ABOUT ALL OF THE SYNC ADAPTERS

19   THAT ARE USED, SPECIFICALLY, THE SYNC ADAPTERS FOR GMAIL AND

20   ANDROID APPLICATIONS?

21   A.   NO, IT'S NOT.

22   Q.   WHAT'S WRONG WITH THAT STATEMENT?

23   A.   IT INDICATES THAT GMAIL AND ANDROID E-MAIL, THE SYNC

24   ADAPTER DOESN'T HANDLE ALL THE PROTOCOL LOGIC.

25   Q.   NOW -- IF WE SCROLL DOWN, MR. KOTARSKI, TO THE BOTTOM --

```
 1        IT SAYS DIFFERENT SYNC ADAPTERS CAN HAVE ENTIRELY DIFFERENT

 2   INTERPRETS, E.G., PROTOCOLS AND SYNC SOURCES.

 3        DO YOU SEE THAT STATEMENT?

 4   A.   YES, I DO.

 5   Q.   NOW, MR. WESTBROOK, IS THAT STATEMENT A TRUE STATEMENT?

 6   A.   YES, IT IS.

 7   Q.   WHY IS IT A TRUE STATEMENT?

 8   A.   EACH APPLICATION DEVELOPER CAN IMPLEMENT THE SYNC ADAPTER

 9   IN WHICHEVER WAY IS APPROPRIATE FOR THE APPLICATION.

10   Q.   TODAY WE TALKED ABOUT THE SYNC ADAPTERS FOR GMAIL AND

11   ANDROID E-MAIL APPLICATIONS.  DO YOU KNOW WHETHER SYNC ADAPTERS

12   ARE IMPLEMENTED DIFFERENTLY FOR OTHER APPLICATIONS WITHIN

13   GOOGLE?

14   A.   YES, I DO.

15   Q.   WHAT ARE SOME EXAMPLES OF DIFFERENT IMPLEMENTATIONS?

16   A.   SO ONE EXAMPLE IS THE CONTACTS SYNCHRONIZATION.

17   Q.   TO WRAP UP, SIR, HOW LONG -- WE CAN TAKE THIS DOWN,

18   MR. KOTARSKI.

19        MR. WESTBROOK, HOW LONG HAVE YOU BEEN WORKING ON ANDROID

20   AT GOOGLE?

21   A.   I'VE BEEN WORKING ON ANDROID AT GOOGLE FOR FOUR AND A HALF

22   YEARS.

23   Q.   TO YOUR KNOWLEDGE, HAS ANYONE AT GOOGLE COPIED THE GMAIL

24   OR ANDROID E-MAIL APPLICATION FUNCTIONALITY FROM ANYONE AT

25   APPLE OR ANY PRODUCT FROM APPLE?
```

```
 1     A.   NO.

 2     Q.   HOW DO YOU FEEL ABOUT THE WORK THAT YOU'VE DONE ON THIS

 3     PARTICULAR SET OF PRODUCTS?

 4     A.   I ACTUALLY AM VERY EXCITED ABOUT THE WORK I'M DOING.  A --

 5     A LOT OF THE CHANGES WE'RE DOING, WE WANT TO IMPROVE THE WAY

 6     THAT USERS COMMUNICATE WITH THEIR FRIENDS AND FAMILY, AND I'M

 7     EXCITED ABOUT THAT.

 8          MR. PAK:  THANK YOU.

 9          PASS THE WITNESS, YOUR HONOR.

10          THE COURT:  ALL RIGHT.  TIME IS NOW 11:42.

11          11:43.  GO AHEAD, PLEASE.

12                          CROSS-EXAMINATION

13     BY MS. KREVANS:

14     Q.   GOOD MORNING, MR. WESTBROOK.  WE HAVEN'T MET.  I'M

15     RACHEL KREVANS.  I'M ONE OF THE ATTORNEYS FOR APPLE IN THIS

16     CASE.

17          YOU WORK FOR GOOGLE; RIGHT?

18     A.   YES, I DO.

19     Q.   AND GOOGLE IS NOT A DEFENDANT IN THIS CASE; RIGHT?

20     A.   THAT IS MY UNDERSTANDING.

21     Q.   YOU UNDERSTAND THAT THIS CASE IS ACTUALLY ABOUT

22     SMARTPHONES AND TABLETS THAT SAMSUNG MAKES AND SELLS IN THE

23     UNITED STATES; RIGHT?

24     A.   THAT IS MY UNDERSTANDING, YES.

25     Q.   AND SAMSUNG IS THE COMPANY THAT DECIDES WHAT CODE TO PUT
```

1    ON THOSE SMARTPHONES AND TABLETS; RIGHT?

2    A.   IT DOES.  GMAIL -- OR IN THE CASE OF GMAIL, GOOGLE IS THE

3    ONE THAT OWNS THAT CODE, SO WE -- SAMSUNG DOESN'T CONTROL THE

4    GMAIL CODE.

5    Q.   LET'S TAKE THAT IN PIECES.

6         SO THESE ARE SAMSUNG DEVICES AND SAMSUNG MADE THE CHOICE

7    WHAT CODE TO PUT ON THEM; RIGHT?

8    A.   SURE.

9    Q.   OKAY.  YOU TALKED ABOUT A COUPLE DIFFERENT KINDS OF CODE

10   THAT YOU WORKED ON THE DEVELOPMENT OF.  YOU TALKED ABOUT THE

11   GMAIL SYNC ADAPTER CODE, AND YOU TALKED ABOUT ANDROID E-MAIL

12   APPLICATION SYNC ADAPTER CODE; RIGHT?

13   A.   THAT IS CORRECT, YES.

14   Q.   LET'S TAKE THAT IN TWO PIECES.

15        FIRST, THE GMAIL SYNC ADAPTER CODE YOU TALKED ABOUT,

16   THAT'S GOOGLE PROPRIETARY CODE; RIGHT?

17   A.   YES, IT IS.

18   Q.   IT'S NOT AVAILABLE TO THE PUBLIC; RIGHT?

19   A.   THE CODE IS NOT AVAILABLE TO THE PUBLIC, CORRECT.

20   Q.   THIS IS NOT A PART OF THAT OPEN SOURCE CODE THAT'S ON THE

21   WEBSITE AND ANYBODY CAN DOWNLOAD FOR FREE?

22   A.   THAT IS CORRECT.

23   Q.   OKAY.  AND THE ANDROID E-MAIL CODE, YOU TALK ED ABOUT SYNC

24   ADAPTERS FOR THAT.  DO YOU RECALL THAT?

25   A.   YES, I DO.

1    Q.   THAT IS CODE THAT IS SAMSUNG PROPRIETARY CODE WHEN IT RUNS

2    ON THE SAMSUNG PHONES; RIGHT?

3    A.   IT IS.   THERE'S SOME SAMSUNG PHONES THAT WE ACTUALLY DO

4    KNOW WHAT THE CODE IS.

5    Q.   THE GALAXY NEXUS?

6    A.   YES, CORRECT.

7    Q.   BUT THE OTHER PHONES AND THE TABLET INVOLVED IN THIS CASE,

8    YOU DON'T KNOW, AT GOOGLE, AND YOU PERSONALLY DON'T KNOW WHAT

9    CHANGES SAMSUNG ENGINEERS MAY HAVE MADE TO THE CODE FOR THE

10   EXCHANGE SYNC ADAPTERS THAT ACTUALLY RUN ON THE SAMSUNG PHONES

11   AND TABLETS IN THIS CASE; RIGHT?

12   A.   YES.   FOR THE PHONES THAT ARE NOT THE GALAXY NEXUS, I

13   DON'T KNOW WHAT THE CODE IS.

14   Q.   OKAY.   LET'S TALK FOR A MOMENT ABOUT EXHIBIT 172.

15        COULD YOU TURN BACK TO THAT IN YOUR BINDER?

16   A.   ON THE SCREEN, OR --

17   Q.   IT'S ON THE SCREEN RIGHT NOW.

18        LET'S SEE THE WHOLE PAGE, PLEASE, MR. LEE.

19        BUT WHY DON'T YOU LOOK AT IT IN YOUR BINDER,

20   MR. WESTBROOK.   JUST LOOK AT THE FIRST PAGE.

21        YOU RECALL THAT SAMSUNG'S COUNSEL ASKED YOU IF YOU KNEW

22   THAT THIS WAS A GOOGLE DOCUMENT, AND YOU SAID NO.

23   A.   YES.

24   Q.   COULD YOU LOOK AT THE BOTTOM OF THE PAGE ON THE RIGHT-HAND

25   SIDE.   DO YOU SEE WHERE IT SAYS GOOG-NDCAL630, AND THEN THERE'S

1    A LONG NUMBER?

2    A.   YES, I DO SEE THAT.

3    Q.   YOU UNDERSTAND WHAT THAT MEANS IS THAT THIS IS A DOCUMENT

4    THAT GOOGLE PRODUCED, THAT IS, GOOGLE TOOK THIS DOCUMENT OUT OF

5    GOOGLE'S FILES AND GAVE IT TO APPLE IN THIS CASE?

6    A.   I -- I DON'T KNOW IF ANYONE AT GOOGLE WROTE THIS DOCUMENT.

7    Q.   YOU DON'T KNOW WHO WROTE IT, BUT THIS, IN FACT, WAS A

8    GOOGLE DOCUMENT THAT GOOGLE PRODUCED IN THIS CASE; RIGHT?

9    A.   YES.

10            MS. KREVANS:  THANK YOU.

11            THE COURT:  ALL RIGHT.  TIME IS 11:46.  IS THERE ANY

12   REDIRECT?

13            MR. PAK:  JUST ONE QUESTION, YOUR HONOR.

14            THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

15                      **REDIRECT EXAMINATION**

16   BY MR. PAK:

17   Q.   NOW, MR. WESTBROOK, WHEN YOU WERE ASKED TO PRODUCE

18   DOCUMENTS IN THIS CASE, DID YOU ONLY PRODUCE DOCUMENTS THAT YOU

19   OR OTHERS AT GOOGLE AUTHORED, OR DID YOU ALSO PRODUCE DOCUMENTS

20   THAT GOOGLE RECEIVED FROM OTHER VENDORS?

21   A.   WE PRODUCED ALL DOCUMENTS, BOTH ONES THAT WE CREATED AND

22   ONES THAT WE DIDN'T.

23            MR. PAK:  THAT'S IT, YOUR HONOR.

24            THE COURT:  ALL RIGHT.  TIME IS 11:47.  IS THERE ANY

25   RECROSS?

```
 1              MS. KREVANS:  NO, YOUR HONOR.

 2              THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED

 3       AND IS IT SUBJECT TO RECALL OR NOT SUBJECT TO RECALL?

 4              MS. KREVANS:  NOT SUBJECT TO RECALL.

 5              THE COURT:  DO YOU AGREE WITH THAT, MR. PAK?

 6              MR. PAK:  YES, YOUR HONOR.

 7              THE COURT:  ALL RIGHT.  YOU ARE EXCUSED.

 8              MR. PAK:  MAY I PUT THIS STICKER ON.

 9              THE COURT:  YES.  AND THAT IS?

10              MR. PAK:  SDX 3010.

11              THE COURT:  THANK YOU.

12           (PAUSE IN PROCEEDINGS.)

13              THE COURT:  READY?

14              MR. QUINN:  THANK YOU, YOUR HONOR.

15              THE COURT:  ALL RIGHT.  PLEASE CALL YOUR NEXT

16       WITNESS.

17              MR. QUINN:  SAMSUNG CALLS TODD PENDLETON.

18           (DEFENDANTS' WITNESS TODD PENDLETON, WAS SWORN.)

19              THE WITNESS:  I DO.

20              THE CLERK:  WOULD YOU HAVE A SEAT, PLEASE.

21           WOULD YOU PULL THE MICROPHONE TOWARDS YOU AND STATE AND

22       SPELL YOUR NAME FOR US.

23              THE WITNESS:  SURE.  IT'S TODD PENDLETON.  T-O-D-D.

24       LAST NAME PENDLETON, P-E-N-D-L-E-T-O-N.

25              THE COURT:  ALL RIGHT.  THE TIME IS NOW 11:48.  GO
```

```
1      AHEAD, PLEASE, AND WE'LL GO TO NOON.

2              MR. QUINN:  THANK YOU, YOUR HONOR.

3                      DIRECT EXAMINATION

4      BY MR. QUINN:

5      Q.   GOOD MORNING, MR. PENDLETON.

6      A.   GOOD MORNING.

7      Q.   WHERE ARE YOU EMPLOYED?

8      A.   AT SAMSUNG TELECOMMUNICATIONS AMERICA.

9      Q.   AND WHAT JOB DO YOU HAVE THERE?

10     A.   I AM CHIEF MARKETING OFFICER.

11     Q.   AND AS CHIEF MARKETING OFFICER, WHAT ARE YOUR

12     RESPONSIBILITIES?

13     A.   MY JOB IS TO BUILD THE BRAND FOR SAMSUNG

14     TELECOMMUNICATIONS AND TO SELL OUR FLAGSHIP DEVICES.

15     Q.   AND HOW LONG HAVE YOU BEEN EMPLOYED AT SAMSUNG?

16     A.   A LITTLE OVER TWO AND A HALF YEARS.  SINCE JUNE 2011.

17     Q.   AND HAVE YOU BEEN THE CHIEF MARKETING OFFICER DURING THAT

18     ENTIRE TIME PERIOD?

19     A.   THAT'S CORRECT.

20     Q.   YOU SAID THAT YOUR JOB INVOLVES BUILDING THE BRAND.  COULD

21     YOU TELL THE JURY, JUST IN GENERAL TERMS, WHAT THAT INVOLVES?

22     A.   SURE.  SO THROUGH OUR INTEGRATED MARKETING, WE DO

23     COMMUNICATIONS AROUND ADVERTISING, DIGITAL, SOCIAL, RETAIL

24     MARKETING, AND THROUGH THAT INTEGRATED APPROACH, WE BUILD

25     EMOTIONAL CONNECTIONS WITH OUR BRAND AND TO OUR PRODUCTS.
```

1    Q.   AND BY EMOTIONAL CONNECTION TO OUR BRAND, WHAT DO YOU MEAN

2    BY THAT?

3    A.   THROUGH OUR ADVERTISING WITH THE USE OF HUMOR, THROUGH THE

4    USE OF DIFFERENT MARKETING TECHNIQUES.  IT'S REALLY ABOUT

5    CREATING AN EMOTIONAL ATTACHMENT TO SAMSUNG AND TO THE PRODUCT

6    ITSELF.

7    Q.   WHERE WERE YOU EMPLOYED BEFORE YOU JOINED SAMSUNG?

8    A.   I WAS AT NIKE.

9    Q.   AT NIKE?

10   A.   YES.

11   Q.   AND WHAT WAS YOUR JOB AT NIKE?

12   A.   I WAS THERE FOR 15 YEARS.  I HELD VARIOUS ROLES WITHIN

13   ADVERTISING AND MARKETING, BUT MY LAST JOB WAS THE GLOBAL GRAND

14   COMMUNICATIONS DIRECTOR.

15   Q.   AND WHILE -- DURING THOSE 15 YEARS THAT YOU WERE WORKING

16   IN COMMUNICATIONS AND MARKETING AT NIKE, DID YOU LEARN ANY

17   LESSONS THAT YOU BROUGHT WITH YOU TO SAMSUNG?

18   A.   YES, MOST DEFINITELY.

19   Q.   AND COULD YOU TELL THE JURY JUST IN GENERAL TERMS WHAT YOU

20   LEARNED AT NIKE THAT YOU BROUGHT WITH YOU TO SAMSUNG THAT YOU

21   THOUGHT WAS USEFUL IN YOUR JOB AT SAMSUNG?

22   A.   SURE.  SO I THINK THE TOP THREE WOULD BE JUST THE ART OF

23   GREAT ADVERTISING, WHAT IT TAKES TO MAKE GREAT ADVERTISING; THE

24   SECOND WOULD BE THE INTEGRATED COMMUNICATIONS, WHAT WE CALL 360

25   INTEGRATED MARKETING AND REALLY TELLING A UNIFIED STORY ACROSS

```
 1       DIFFERENT CONSUMER TOUCH POINTS; AND THE THIRD WOULD BE

 2       ATTACHING YOUR BRAND AND YOUR PRODUCT TO CULTURAL MOMENTS AND

 3       HOW CAN YOU ATTACH YOURSELF TO THINGS THAT ARE HAPPENING WITHIN

 4       THE CULTURE TO CREATE A BIGGER IMPACT FOR YOUR BRAND AND FOR

 5       THE MARKETING.

 6       Q.   AND THE SECOND ONE YOU REFERRED TO, THE 360 MARKETING OR

 7       SOMETHING LIKE THAT?

 8       A.   UM-HUM.

 9       Q.   CAN YOU EXPLAIN WHAT THAT INVOLVES?

10       A.   SURE.  SO WHEN COMMUNICATING YOUR PRODUCT LAUNCH, IT'S

11       EXECUTING MARKETING THAT TELLS A UNIFIED STORY FROM THE RETAIL

12       EXECUTION TO DIGITAL AND SOCIAL, ADVERTISING, ET CETERA, SO

13       THAT EVERY TOUCH POINT IS TELLING THE SAME MESSAGE.

14       Q.   WHAT DO YOU MEAN BY DIGITAL AND SOCIAL?

15       A.   SO THINGS LIKE FACEBOOK, TWITTER, THINGS LIKE THAT.

16       Q.   AND THE THIRD THING THAT YOU REFERRED TO WAS CREATING

17       CULTURAL MOMENTS OR SOMETHING LIKE?

18       A.   YES.

19       Q.   COULD YOU TELL THE JURY, PLEASE, WHAT YOU MEAN BY THAT?

20       A.   SO IT'S BEING IN PLACES THAT ARE CULTURALLY RELEVANT TO

21       CONSUMERS HERE IN THE U.S., LIKE SUPER BOWEL IS ONE EXAMPLE OF

22       A CULTURAL MOMENT.  WHAT WE JUST EXECUTED IN THE OSCARS IS A

23       CULTURAL MOMENT.  SO ATTACHING YOUR BRAND PRODUCT TO THOSE

24       MOMENTS TO CREATE A HALO FOR YOUR BRAND.

25       Q.   WHEN YOU REFER TO THE OSCARS, NOT EVERYONE MAY KNOW WHAT
```

1    YOU'RE REFERRING TO SPECIFICALLY.  COULD YOU TELL THE JURY WHAT

2    YOU'RE REFERRING TO?

3    A.   SURE.  WE HAD A PARTNERSHIP WITH THE ABC, AS WELL AS THE

4    OSCARS, AND THERE WAS THE UNPLANNED MOMENT WITH ELLEN WHERE THE

5    SELFIE TOOK PLACE AND BECAME A HUGE PHENOMENON.

6    Q.   BROKE TWITTER, I THINK.

7    A.   THAT'S CORRECT.

8    Q.   OKAY.  HOW DID YOU COME TO JOIN SAMSUNG?

9    A.   SO I WAS CONTACTED BY A HEAD HUNTER, AND I MET

10   NICK DICARLO AND DALE SOHN AT CES AND WAS INTRODUCED TO THE

11   GALAXY PRODUCTS, WAS INTRODUCED TO DALE AND HIS VISION TO BUILD

12   THE BRAND.

13   Q.   LET ME STOP YOU RIGHT THERE.  YOU SAID YOU WERE INTRODUCED

14   TO THE GALAXY PRODUCTS?

15   A.   CORRECT.

16   Q.   AT THAT TIME, WERE YOU EVEN AWARE THAT SAMSUNG MADE

17   SMARTPHONES?

18   A.   I WAS NOT.

19   Q.   THIS IS WHEN?

20   A.   THIS WOULD HAVE BEEN FEBRUARY OF 2011.

21   Q.   AND WHAT WAS YOUR REACTION TO THE PRODUCTS AND THE PHONES

22   THAT THEY SHOWED YOU?

23   A.   I WAS VERY IMPRESSED.  AGAIN, I THINK THE QUALITY OF THE

24   PRODUCTS, THE BIG SCREEN, THINGS THAT I HADN'T SEEN BEFORE IN A

25   SMARTPHONE WERE VERY INTRIGUING.

1    Q.   AND YOU MET MR. SOHN, WHO THE JURY HAS HEARD FROM TODAY AS

2    WELL?

3    A.   YES.

4    Q.   AND DID YOU HAVE CONVERSATIONS WITH HIM ABOUT BUILDING A

5    BRAND?

6    A.   YES.  HE WAS VERY MUCH WANTING TO BUILD A BRAND AND BUILD

7    AN EMOTIONAL CONNECTION ABOVE JUST SELLING THE PRODUCT.

8    Q.   WHY DID YOU DECIDE TO ACCEPT THIS JOB?  YOU HAD A TOP JOB

9    AT NIKE?

10   A.   RIGHT.

11   Q.   PRESUMABLY SOMEBODY SUCCESSFUL THERE?

12   A.   YES.

13   Q.   DID YOU HAVE SEVERAL PROMOTIONS OVER THE YEARS AT NIKE?

14   A.   I DID.

15   Q.   GREAT MARKETING JOB?

16   A.   IT WAS A DREAM JOB.  IT WAS -- AGAIN, I STILL WEAR NIKE'S

17   EVERY DAY, SO IT'S SOMETHING THAT'S PART OF ME.

18   Q.   SO WHY GIVE THAT UP?

19   A.   IT WAS THE CHALLENGE AND THE OPPORTUNITY TO BUILD A BRAND,

20   AGAIN, GREAT PRODUCTS THAT WAS REALLY UNKNOWNS AT THE TIME.  SO

21   THERE WAS REALLY NO PLACE TO GO BUT UP.  SO I FELT LIKE I WAS

22   LEAVING ONE DREAM JOB TO ANOTHER TO REALLY BE ABLE TO DO

23   SOMETHING SPECIAL WITH SOMETHING THAT HAD A LOT OF GROWTH

24   OPPORTUNITY.

25   Q.   NOW, WHEN YOU JOINED SAMSUNG IN JUNE OF 2011, WHAT WAS THE

1    POSITION OF SAMSUNG IN THE SMARTPHONE MARKETPLACE?

2    A.    SO I BELIEVE WE WERE NUMBER FOUR.  WE WERE BEHIND APPLE,

3    HTC AND RIM AT THE TIME.

4    Q.    RIM IS ALSO --

5    A.    -- BLACKBERRY.

6    Q.    WITHIN THE FIELD OF ANDROID HANDSETS, WAS SAMSUNG A LEADER

7    AT THAT POINT?

8    A.    HTC WAS THE ACTUAL LEADER.

9    Q.    AND DID THE COMPANY, WHEN YOU JOINED, DID THE COMPANY HAVE

10   A GOAL IN TERMS OF WHAT IT SOUGHT TO ACCOMPLISH IN THAT

11   MARKETPLACE?

12   A.    OUR GOAL AT SAMSUNG ARE ALWAYS TO BE NUMBER ONE IN

13   EVERYTHING THAT WE DO.

14   Q.    ALL RIGHT.  TO BEAT APPLE?

15   A.    TO BEAT EVERYBODY, HTC, BLACKBERRY, APPLE, EVERYONE.

16   Q.    DO YOU APOLOGIZE FOR THAT?

17   A.    NO.

18   Q.    AT THAT POINT WHEN YOU JOINED, WHAT WAS YOUR ASSESSMENT

19   ABOUT SAMSUNG AND ITS BRAND OR WHETHER IT HAD A BRAND?

20   A.    THE APPROACH WAS VERY TRADITIONAL, A LOT OF THE MARKETING

21   WAS DONE THROUGH OUR CHANNEL PARTNERS AND SELLING INDIVIDUAL

22   PRODUCTS.  SO WORKING WITH OUR RETAILERS LIKE AT&T AND OUR

23   CARRIER PARTNERS, VERIZON, SPRINT, T-MOBILE.  SO SELLING

24   PRODUCTS ON AN INDIVIDUAL BASIS BUT NOT REALLY TELLING A

25   UNIFIED SAMSUNG STORY.

1    Q.   SO HOW IS THAT DIFFERENT, HOW IS TELLING THE UNIFIED

2    SAMSUNG STORY DIFFERENT THAN SELLING PRODUCT AND MARKETING

3    THROUGH THE CARRIERS OR THE CHANNELS, AS YOU SAY?

4    A.   SO THEY VERY MUCH ARE TELLING A STORY AROUND THEIR NETWORK

5    AND WHY THEIR NETWORK IS GREAT.

6         BUT WE WEREN'T REALLY TELLING WHY OUR PRODUCTS WERE

7    DIFFERENTIATED AND BETTER VERSUS THE COMPETITION.  SO WE HAD AN

8    INNOVATION SORRY THAT WE WEREN'T TELLING.

9    Q.   AND INNOVATION IN TERMS OF WHAT?

10   A.   HARDWARE.

11   Q.   AND WAS THERE MUCH OF -- YOU REFERRED EARLIER TO DIGITAL

12   AND SOCIAL.  DID SAMSUNG HAVE MUCH OF A PRESENCE IN THE DIGITAL

13   AND SOCIAL WORLD?

14   A.   NO.  WE HAD ABOUT 180,000 FOLLOWERS ON FACEBOOK.  AND

15   TWITTER, WE DIDN'T HAVE AN ACCOUNT AT THE TIME.

16   Q.   NO ACCOUNT AT TWITTER?

17   A.   RIGHT.

18   Q.   AND FROM A MARKETING STANDPOINT COMING FROM WHERE YOU CAME

19   FROM AT NIKE --

20   A.   DIGITAL WAS THE CENTERPIECE.  IT REALLY WAS THE ONGOING

21   DAILY CONVERSATION WITH CONSUMERS AND BUILDING A RELATIONSHIP

22   WITH THEM.  SO FOR US, WE REALLY HAD TO BUILD THAT COMMUNITY

23   FROM SCRATCH.

24   Q.   IN TERMS OF WHERE THE BRAND ITSELF STOOD, THE SAMSUNG

25   BRAND, DID YOU HAVE AN ASSESSMENT ABOUT WHERE THAT BRAND STOOD

1        WHEN YOU JOINED?

2        A.   I THINK PEOPLE KNEW SAMSUNG FROM TELEVISIONS.  BUT IN

3        TERMS OF SMARTPHONES AND WHO WE WERE THERE, THERE WAS NO

4        RECOGNITION OF WHAT OUR PRODUCT WAS OR WHAT WE STOOD FOR.

5        Q.   SO YOU THOUGHT THERE WAS WORK TO BE DONE WHEN YOU JOINED

6        SAMSUNG FROM NIKE?

7        A.   WE HAD TO BUILD A PLAN FROM SCRATCH.

8        Q.   HOW DID YOU START OUT?

9        A.   DAY ONE WAS REALLY JUST, I CAN REMEMBER A MEETING THAT WE

10       HAD WITH THE TEAM, AND I PUT SAMSUNG EQUALS BLANK ON THE BOARD.

11       Q.   SAMSUNG EQUALS BLANK?

12       A.   YEAH, WITH A QUESTION MARK.  WHO ARE WE?  WHAT DO WE STAND

13       FOR?  AND I ASKED OUR TEAM IN THE ROOM TO ANSWER THE QUESTION.

14       SO ABOUT 50 PEOPLE IN THE ROOM, I GOT ABOUT 50 DIFFERENT

15       ANSWERS.

16            SO MY FEEDBACK WAS IF WE CAN'T ANSWER AS EMPLOYEES,

17       CONSUMERS ARE NOT GOING TO KNOW WHO WE ARE.  SO WE HAVE TO

18       DEFINE WHAT DO WE WANT TO BE, WHAT IS OUR UNIQUE POSITIONING

19       WITHIN THE MARKETPLACE AND BE CONSISTENT WITH THAT MESSAGE.  SO

20       THAT WAS THE PART THAT WE HAD TO COME UP WITH BEFORE WE COULD

21       DO ANY MARKETING.

22       Q.   AND DID YOU PROCEED TO TRY TO DEFINE THAT PART?

23       A.   YES.

24       Q.   AND WHAT DID -- DID YOU COME UP WITH KIND OF A CONCEPT,

25       SAMSUNG EQUALS BLANK, DID YOU COME UP WITH SOMETHING TO FILL IN

1       THAT BLANK?

2       A.   WE WERE GOING TO STAND FOR RELENTLESS INNOVATION.

3       Q.   WHAT DID YOU MEAN BY THAT?  AS A MARKETING PERSON, WHAT

4       WAS THE MESSAGE THAT YOU SOUGHT TO CONVEY?

5       A.   WE WERE ALWAYS GOING TO HAVE THE BEST HARDWARE FIRST.  SO

6       WE WERE GOING TO HAVE THE BEST PRODUCT IN PEOPLE'S HANDS FIRST

7       AND BRING THAT BEST EXPERIENCE TO THEM THROUGH HARDWARE

8       LEADERSHIP.  SO MY TWO AND A HALF YEARS, PLUS YEARS HERE AT

9       SAMSUNG, WE'VE LAUNCHED NINE FLAGSHIP DEVICES.

10      Q.   HOW MANY?

11      A.   NINE.

12      Q.   NINE FLAGSHIP DEVICES?

13      A.   A RELENTLESS FLOW OF OUR FLAGSHIP PRODUCT.

14      Q.   AND HOW MANY FLAGSHIP PRODUCTS DOES APPLE COME OUT WITH A

15      YEAR?  DO YOU KNOW AS ONE OF YOUR MAIN COMPETITORS?

16      A.   SO IN THE TIMEFRAME THAT WE'VE LAUNCHED NINE, THEY'VE

17      LAUNCHED THREE.

18      Q.   ALL RIGHT.  DID THERE COME A POINT WHERE YOU CAME UP WITH

19      AN IDEA FOR AN ADVERTISING CAMPAIGN, A THEME FOR AN ADVERTISING

20      CAMPAIGN?

21      A.   YES.  AS WE WERE BUILDING THIS PLAN, IN OCTOBER THE IPHONE

22      4S WAS ANNOUNCED, AND WHEN IT WAS ANNOUNCED, THERE WAS A

23      "WALL STREET JOURNAL" ARTICLE THAT WAS CREATED AND THE TITLE

24      WAS "THE IPHONE BOWS, BUT FAILS TO WOW."

25      Q.   WHAT -- THIS IS AN ARTICLE THAT WAS CREATED BY --

```
 1      A.   THE "WALL STREET JOURNAL."

 2               MR. LEE:  I OBJECT, YOUR HONOR.  YOUR HONOR EXCLUDED

 3      THIS.

 4               THE COURT:  I DID.  THAT WAS EXCLUDED, SO THAT --

 5      THAT EXHIBIT WAS STRICKEN.

 6               MR. LEE:  I WOULD MOVE TO STRIKE THE LAST ANSWER AND

 7      THIS QUESTION.

 8               MR. QUINN:  YOUR HONOR, WE'RE NOT PROPOSING TO USE

 9      THE SLIDE.  WE'RE NOT PROPOSING TO USE THE SLIDE.

10               THE COURT:  NO.  THAT -- I GRANTED AN ORDER TO

11      EXCLUDE THAT, SO THAT WAS EXCLUDED.  SO THAT TESTIMONY AND

12      QUESTION WILL BE STRICKEN.

13           GO AHEAD, PLEASE.

14      BY MR. QUINN:

15      Q.   SO WITHOUT GETTING INTO THE DETAILS THEN, YOU CAME UP --

16      TELL US HOW YOU CAME UP WITH A -- YOU SAW SOMETHING THAT

17      INSPIRED AN IDEA?

18      A.   CORRECT.

19      Q.   ALL RIGHT.  AND TELL ME WHAT THE IDEA WAS?

20      A.   THAT WE HAD A BETTER PRODUCT IN THE MARKET THAT PEOPLE

21      DIDN'T KNOW ABOUT AT THE TIME, SO WE HAD TO TELL OUR INNOVATION

22      STORY, WE HAD TO TELL HOW OUR PRODUCT WAS BETTER.

23      Q.   AND THAT'S THE IDEA THAT OCCURRED TO YOU?

24      A.   THAT'S THE IDEA THAT WE TALKED ABOUT AND WE BRIEFED OUR

25      AGENCIES TO COME BACK WITH HOW CAN WE CREATE A MESSAGE AROUND
```

```
1     SAMSUNG, OUR PRODUCTS, OUR INNOVATION LEADERSHIP.

2     Q.   ALL RIGHT.  FOR THOSE WHO MAY NOT HAVE SEEN "MAD MEN,"

3     WOULD YOU TELL US WHAT YOU MEAN WHEN YOU SAY YOU BRIEF YOUR

4     ADVERTISING AGENCIES?

5     A.   SO WE, WE GIVE THEM A STRATEGY OF, AND WE GIVE THEM SOME

6     INSIGHTS, AND SO CONSUMERS WERE TALKING ABOUT THE GALAXY S II

7     AT THE TIME AS A GREAT PRODUCT, AND THE PRESS WAS TALKING ABOUT

8     IT, SO WE WANTED TO MAKE SURE THAT WE WERE TALKING ABOUT IT AND

9     TELLING OUR OWN STORY.

10         SO THAT WAS THE BRIEF THAT WENT TO THE AGENCIES.  IT WENT

11    TO TWO OF OUR AGENCIES, LEO BURNETT AND 72 AND SUNNY.

12              THE COURT:  THE TIME IS NOON.  I'M SORRY TO

13    INTERRUPT.

14              MR. QUINN:  THAT'S FINE, YOUR HONOR.

15              THE COURT:  LET'S GO AHEAD AND TAKE OUR LUNCH BREAK

16    NOW.  WE'LL BREAK UNTIL 1:00 O'CLOCK.

17         PLEASE DON'T RESEARCH OR DISCUSS THE CASE.  THANK YOU FOR

18    YOUR PATIENCE AND YOUR SERVICE.

19         (JURY OUT AT 12:00 P.M.)

20              THE COURT:  YOU MAY STEP DOWN.

21         ALL RIGHT.  THANK YOU.  WE'LL TAKE OUR BREAK NOW.

22         (LUNCH RECESS WAS TAKEN FROM 12:20 P.M. TO 1:03 P.M.)

23

24

25
```

```
 1                          AFTERNOON SESSION

 2          (JURY OUT AT 1:03 P.M.)

 3              THE COURT:  I DID ISSUE TWO ORDERS ON MS. KIM'S

 4    OBJECTIONS AND THE DENISON OBJECTIONS.  YOU ALL RESOLVED THE

 5    KIM OBJECTIONS AFTER I HAD ISSUED THE ORDERS ANYWAY.  THANK

 6    YOU.  BUT THOSE ARE FILED.

 7          (JURY IN AT 1:04 P.M.)

 8              THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

 9    SEAT.

10          IT IS NOW 1004.  GO AHEAD, PLEASE.

11              MR. QUINN:  THANK YOU, YOUR HONOR.

12    Q.   MR. PENDLETON, I THINK YOU WERE IN THE PROCESS OF TELLING

13    US ABOUT THE FIRST ADVERTISEMENT CAMPAIGN AND HOW YOU CAME TO

14    THAT, AND I THINK YOU TOLD US YOU SENT THE IDEA OUT TO A COUPLE

15    DIFFERENT ADVERTISING AGENCIES?

16    A.   CORRECT.

17    Q.   SO WHAT HAPPENED?

18    A.   SO THE IDEA THAT CAME BACK FROM 72 AND SUNNY BASED IDEA

19    CALLED "THE NEXT BIG THING" WAS ALREADY HERE, AND THAT WAS THE

20    CAMPAIGN THAT WE CHOSE TO GO FORWARD WITH.

21    Q.   FOR HOW LONG DID THAT CAMPAIGN GO FORWARD?

22    A.   IT'S STILL GOING ON AS OF TODAY.

23              MR. QUINN:  YOUR HONOR, AT THIS POINT WE'D REQUEST

24    PERMISSION TO PLAY DEFENDANT'S EXHIBIT 447, "THE NEXT BIG

25    THING" SUPERBOWL ADVERTISEMENT FROM 2013.
```

```
1              THE COURT:  ALL RIGHT.

2              MR. LEE:  NO OBJECTION.

3              THE COURT:  ALL RIGHT.  ARE YOU SEEKING TO HAVE IT

4    ADMITTED AS WELL.

5              MR. QUINN:  YES, YOUR HONOR.

6              THE COURT:  ALL RIGHT.  IT'S ADMITTED.

7         (DEFENDANTS' EXHIBIT 447 WAS ADMITTED IN EVIDENCE.)

8              THE COURT:  GO AHEAD, PLEASE.

9         (A VIDEOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

10             MR. QUINN:  THANK YOU.  IF WE CAN PUT THE LIGHTS BACK

11   ON.

12   Q.   SO THIS COMMERCIAL CAME HOW FAR INTO THE CAMPAIGN ABOUT?

13   A.   SO OUR FIRST SPOT RAN THANKSGIVING OF 2011.  SO THIS WOULD

14   BE FEBRUARY OF 2013.

15   Q.   AND CAN YOU TELL US, AS THE PERSON IN CHARGE OF MARKETING

16   AT SAMSUNG, YOU KNOW, WHAT YOU TRIED TO ACCOMPLISH HERE AND,

17   YOU KNOW, SORT OF DECONSTRUCT IT FOR US FROM A MARKETING

18   PROFESSIONAL'S STANDPOINT?

19   A.   SURE.  SO SUPERBOWL, AS WE TALKED ABOUT, IS A BIG CULTURAL

20   MOMENT IN THE U.S.  WE WANTED TO HAVE OUR BRAND BE PART OF THAT

21   BIG MOMENT.  OBVIOUSLY IT'S A BIG AUDIENCE AS WELL, TOO, ABOUT

22   170 MILLION PEOPLE.

23        AND THAT COMMERCIAL IS REALLY TALKING ABOUT THE NEXT BIG

24   THING BEYOND THE PRODUCT, SO REALLY MAKING THE NEXT BIG THING

25   PART OF EVERY DAY LANGUAGE AND ASSOCIATING THE NEXT BIG THING
```

1    WITH SAMSUNG.

2         THE USE OF HUMOR IS SOMETHING THAT WE DO OFTEN AND IT'S

3    BEEN PART OF OUR BRAND POINT OF VIEW AND PERSONALITY TO HAVE

4    FUN AND BE FUNNY AND HAVING THOSE TWO GUYS IS OBVIOUSLY TRUE TO

5    THAT.

6         AND NONE OF THAT DIALOGUE WAS SCRIPTED, SO IT'S VERY MUCH

7    THOSE TWO GUYS --

8    Q.   YOU MEAN NONE OF IT WAS SCRIPTED?

9    A.   CORRECT, IT'S BANTER AND AD LIBBING.  SO IT COMES OFF AS

10   AN AUTHENTIC PIECE OF COMMUNICATION BECAUSE IT'S REALLY THEM IN

11   THE MOMENT TALKING ABOUT WHAT THEY'RE TRYING TO DO IS BE THE

12   NEXT BIG THING AND COME UP WITH AN AD IDEA.

13        I THINK WHAT'S INTERESTING ABOUT THAT AND IT'S HOW WE USE

14   SOCIAL CONVERSATION AND HOW WE USE THINGS THAT ARE HAPPENING IN

15   THE MEDIA, AND THAT COMMERCIAL RAN IN THE TWO MINUTE WARNING OF

16   THE FOURTH QUARTER.

17   Q.   IS THAT TOWARDS THE END OF THE GAME?

18   A.   TOWARDS THE END OF THE GAME.  SO ALL THE COMMERCIAL IDEAS

19   THEY WERE BRINGING UP WHERE THEY WERE BRINGING SOMEBODY INTO

20   SPACE, OR THE ASIAN RAPPER, THOSE WERE COMMERCIALS THAT

21   DIFFERENT BRANDS RAN IN THE FIRST, SECOND, OR THIRD QUARTER.

22   WE WERE IN A PLACE WHERE WE WERE SHOOTING REAL TIME, AND WE

23   KNEW OTHER ADVERTISERS WERE DOING IT.  SO SOME OF THE THINGS

24   THEY WERE TALKING ABOUT WERE ADS THAT RAN IN THE PREVIOUS THREE

25   QUARTERS.  SO IT CREATE A LOT OF BUZZ AND CONVERSATION ABOUT

1       HOW WE WERE DOING THAT.

2       Q.   THERE IS SOME REFERENCE TO SOME OF THE HARDWARE FEATURES

3       IN THE COMMERCIAL?

4       A.   SURE.

5       Q.   TELL US ABOUT THAT?

6       A.   I THINK IN A FUN WAY SHOWING THE S DEVICE, THE S PEN, SOME

7       OF THE THINGS YOU CAN DO WITH IT, THE BIG SCREEN, OBVIOUSLY THE

8       TABLET FROM LEBRON.  IT WAS TRYING TO FIND UNIQUE WAYS TO BRING

9       IN THE PRODUCT, BUT IT WASN'T A HARD PRODUCT SELLING MOMENT.

10      IT WAS REALLY ABOUT TELLING THE STORY OF WHAT IT MEANS TO BE

11      THE NEXT BIG THING.

12      Q.   DO YOU FEEL LIKE THIS CAMPAIGN, "THE NEXT BIG THING"

13      CAMPAIGN HAS BEEN SUCCESSFUL?

14      A.   MOST DEFINITELY.

15      Q.   AND HOW DO YOU MEASURE THAT?

16      A.   SALES.  OBVIOUSLY SALES ARE A BIG INDICATION OF SUCCESS.

17           FOR THE PAST TWO YEARS, 2012 AND 2013, WE'VE BEEN THE MOST

18      VIRAL BRAND IN THE WORLD.

19      Q.   WHAT DO YOU MEAN BY THAT "THE MOST VIRAL BRAND IN THE

20      WORLD"?

21      A.   SO THE SHARES THAT WE HAVE AROUND OUR CONTENT AND

22      ADVERTISING ON YOUTUBE AND SOCIAL MEDIA, WE'VE HAD THE MOST

23      SHARES OF ANY BRAND AND THAT HAPPENED IN 2012, AS WELL AS IN

24      2013.

25           SO THAT'S AN INDICATOR.

1          72 AND SUNNY HAS BEEN ADVERTISER OF THE YEAR, AND AGENCY

2     OF THE YEAR FOR THE PAST COUPLE YEARS.

3          AND WE WERE ALSO VOTED THE SECOND MOST INNOVATIVE COMPANY

4     IN ADVERTISEMENT BY "FAST COMPANY."

5     Q.   WHAT IS "FAST COMPANY"?

6     A.   IT'S A MAGAZINE.

7          SO THE INDUSTRY IS TAKING NOTE, CONSUMERS ARE TAKING NOTE.

8     AND WE'RE VERY PROUD OF IT.

9     Q.   WAS THIS ADVERTISING CAMPAIGN DONE BY SPENDING MORE MONEY

10    THAN SAMSUNG HAD IN THE PAST?

11    A.   WE KIND OF REAPPROPRIATED OUR DOLLARS.

12    Q.   WHAT DO YOU MEAN BY THAT?

13    A.   PRIOR TO MYSELF JOINING, WE SPENT A LOT OF OUR MARKETING

14    DOLLARS IN CHANNEL MARKETING, SO JOINING WITH CARRIER

15    MARKETERS.  WE REAPPROPRIATED A LOT OF THOSE DOLLARS INTO WHAT

16    WE CALL BRAND MARKETING AND BRAND DOLLARS, OWNING OUR OWN

17    STORY.  SO OUR BUDGETS HAVEN'T GONE UP.

18         IN 2012, I THINK WE INCREASED OUR BUDGET TO ABOUT 12

19    PERCENT OF REVENUE, SO THAT WAS OVER OUR MARKETING BUDGET, BUT

20    IT'S STATISTICALLY STAYED AROUND 8 OR 9 PERCENT.

21    Q.   SO WHAT OTHER MARKETING TOOLS HAVE YOU USED TO PROMOTE AND

22    CREATE A BRAND, OTHER THAN THIS ADVERTISING PROGRAM?

23    A.   SO OUR SOCIAL MEDIA, FACEBOOK HAS BEEN A BIG SUCCESS STORY

24    FOR US AND PLACES WHERE WE CAN HAVE ONE-ON-ONE CONVERSATIONS

25    WITH OUR CONSUMERS.  WE'VE GROWN THAT.  WHEN I STARTED IT WAS

1    ABOUT 180,000, AND IN OUR COMMUNITY WE HAVE 26.7 MILLION PEOPLE

2    TODAY.

3    Q.   THAT'S FROM JUNE OF 2007, 180,000 FACEBOOK FOLLOWERS TO

4    HOW MANY TODAY?

5    A.   26.7 MILLION.  SO WE USED THAT TO HAVE PRODUCT

6    CONVERSATIONS, TO ANSWER QUESTIONS THEY MAY HAVE, AND IT REALLY

7    BECOMES A FACE FOR US AND A PLACE TO HAVE ONE-ON-ONE DIRECT

8    CONVERSATIONS SINCE WE DON'T HAVE OUR OWN RETAIL.

9    Q.   ANY OTHER PARTICULAR STRATEGIES THAT YOU --

10   A.   TWITTER IS ALSO IMPORTANT.  SO WE'VE GROWN THAT FROM

11   REALLY NO PRESENCE TO 5.2 MILLION FOLLOWERS, AND THEN THAT

12   GIVES US A DIRECT RELATIONSHIP TO HAVE ONE-ON-ONE CONVERSATIONS

13   EVERY SINGLE DAY TO BUILD THAT LONG-TERM RELATIONSHIP.

14   Q.   HOW MANY TWITTER FOLLOWERS WERE THERE WHEN YOU JOINED THE

15   COMPANY IN JUNE OF 2011?

16   A.   WE DIDN'T HAVE A TWITTER FOLLOWING AT THE TIME.

17   Q.   OKAY.  YOU MADE REFERENCE TO THE CONCEPT OF VOICE OF THE

18   CONSUMER.  WHAT DO YOU MEAN BY THAT?

19   A.   SO WE USE SOCIAL MEDIA AND WE LISTEN TO WHAT OUR CONSUMER

20   HAS TO SAY, WE LISTEN TO HOW THE MEDIA IS TALKING ABOUT OUR

21   PRODUCT, AND WE USE THAT TO INFORM OUR MARKETING, WE USE THAT

22   TO INFORM THE DIALOGUE IN OUR COMMERCIALS.  SO EVERYTHING THAT

23   WE SAY IS AUTHENTIC AND TRUE TO WHAT PEOPLE ARE SAYING ABOUT

24   OUR PRODUCT AND ABOUT OUR BRAND.

25       BEFORE I STARTED, WE DIDN'T HAVE A COMMERCIAL WHERE

1    ANYBODY ACTUALLY SPOKE, SO THIS WAS THE FIRST TIME THAT WE

2    ACTUALLY --

3    Q.   NO HUMAN BEINGS?

4    A.   RIGHT, NO HUMAN BEINGS IN THE AD.  IT WAS JUST PRODUCT AND

5    VOICE OVER AND TALKING ABOUT THE PRODUCT BENEFIT.

6         THIS WAS REALLY THE FIRST TIME SHOWING EVERY DAY, REAL

7    LIFE SITUATIONS AND HOW OUR PRODUCT COULD SOLVE PAYING POINT.

8    Q.   WHAT DO YOU MEAN BY "PAYING POINT"?

9    A.   SO I'LL TAKE AN EXAMPLE.  SO FOR A GALAXY S III COMMERCIAL

10   THAT WE DID AROUND OUR CAMERA AND THE ABILITY TO SHARE THROUGH

11   S BEAM, SO A LOT OF TIMES YOU GET ASKED TO TAKE A PHOTO IN A

12   GROUP SETTING, YOU HAVE TO USE EVERYBODY'S CAMERA BECAUSE THEY

13   CAN'T SHARE, AND SO IT'S MULTIPLE PEOPLE ASKING YOU TO TAKE THE

14   SAME GROUP PICTURE OVER AND OVER.

15        WITH THE GALAXY DEVICE, YOU CAN TAKE THAT ONE PHOTO AND

16   SHARE IT THROUGH YOUR S BEAM THROUGH NFC TECHNOLOGY.

17   Q.   IS THAT NEAR FIELD COMMUNICATIONS?

18   A.   YES.  SO IT'S A SHARING CAPABILITY WHERE YOU JUST TOUCH

19   THE TWO PHONES TOGETHER AND SHARE THE PHOTO.  SO IT JUST MAKES

20   SOMETHING LIKE THAT, WHICH COULD BE DIFFICULT AND CUMBERSOME, A

21   MUCH EASIER SOLUTION.

22   Q.   AND YOU REFERRED TO REAL TIME MARKETING.  WHAT IS THAT?

23   A.   THAT'S OUR ABILITY TO BE IN THE MOMENT WITH OUR MARKETING.

24   SO BECAUSE OF THE WAY THIS CATEGORY GOES TO MARKET, WE WILL

25   HAVE A GLOBAL KIND OF EVENT TO LAUNCH A NEW PRODUCT, SO THAT'LL

```
 1    BE A BIG PR EVENT.

 2        FROM THE TIME THAT EVENT HAPPENS TO THE TIME WE GO TO

 3    MARKET IS USUALLY ANYWHERE FROM THREE TO SIX WEEKS, SO WE DON'T

 4    REALLY BRIEF OUR AGENCIES, WE DON'T CREATE ANY MARKETING UNTIL

 5    THAT EVENT HAPPENS SO WE KNOW THE EXACT SPECIFICATIONS OF THE

 6    PRODUCT.

 7        WE LISTEN TO WHAT CONSUMERS AND THE MEDIA ARE SAYING ABOUT

 8    THE PRODUCT, WE BRIEF OUR AGENCIES QUICKLY, WE COME UP WITH OUR

 9    INTEGRATED MARKETING CAMPAIGNS WHEN WE GO TO MARKET REAL TIME.

10    IT ALLOWS US TO BE RELEVANT, IT ALLOWS US TO BE IN THE MOMENT,

11    IF ANYTHING IS HAPPENING WITHIN CULTURE, INTERESTING THINGS

12    THAT ARE HAPPENING WITH CELEBRITIES OR CONVERSATIONS OR MUSIC,

13    WE CAN PUT SOME OF THOSE THINGS INTO THE MARKETING TO BE TIMELY

14    AND RELEVANT.

15    Q.   AND HOW MUCH TIME BETWEEN THE EVENT AND THE TIME THAT

16    YOU'RE ABLE TO ROLL OUT SOME TYPE OF ADVERTISING INCORPORATING

17    THAT TYPE OF FEEDBACK THAT YOU GET FROM THE MARKETPLACE?

18    A.   WE CAN DO IT IN TWO OR THREE WEEKS.

19    Q.   WE SAW IN THIS SUPERBOWL COMMERCIAL THE REFERENCES TO

20    PARTICULAR FEATURES OF THE PHONE.  WHAT FEATURES OF PHONES DO

21    YOU PROMOTE IN THE ADVERTISING FOR SAMSUNG PRODUCTS?

22    A.   WE FOCUS VERY MUCH ON THE BIG HARDWARE BENEFITS, BIG

23    SCREEN, BATTERY LIFE, CAMERA, AND PROCESSOR SPEED.

24    Q.   AT ANY TIME DO -- OR HOW DO YOU CHOOSE THOSE?

25    A.   THAT'S WHAT CONSUMERS TELL US THAT THEY REALLY CARE ABOUT,
```

1    AND THOSE ARE THE BIG PURCHASE DECISION DRIVERS.

2    Q.   AT ANY TIME HAVE YOU EVER PROMOTED THINGS LIKE THE ABILITY

3    TO ALSO SEARCH ON YOUR PHONE, SEARCH AND GET RESULTS ON THE

4    PHONE IN ADDITION TO THE INTERNET AT THE SAME TIME?

5    A.   NO.

6    Q.   OR LINKING STRUCTURES TO ACTIONS, BEING ABLE TO TAP ON AN

7    E-MAIL ADDRESS OR SOMETHING LIKE THAT, IS THAT SOMETHING YOU'VE

8    EVER PROMOTED?

9    A.   NO, WE HAVEN'T.

10   Q.   OR THE PARTICULAR CONFIGURATION OF THE UNLOCK SCREEN, ANY

11   OF THOSE THINGS?

12   A.   NO.

13   Q.   WHY HAVEN'T YOU PROMOTED THOSE THINGS?

14   A.   BECAUSE THEY'RE NOT THE BIG PURCHASE DRIVERS FOR

15   PURCHASING A PHONE.

16          MR. QUINN:  NOTHING FURTHER.

17          THE COURT:  ALL RIGHT.  THE TIME IS NOW 1:16.

18          MR. LEE:  JUST A MINUTE TO GET THE BOOKS, YOUR HONOR.

19          THE COURT:  THAT'S FINE.  GO AHEAD AND GET SET UP,

20   PLEASE.

21       (PAUSE IN PROCEEDINGS.)

22          THE COURT:  READY?  TIME IS NOW 1:16.  GO AHEAD,

23   PLEASE.

24   /  /  /

25   /  /  /

1    /   /   /

2                          **CROSS-EXAMINATION**

3    BY MR. LEE:

4    Q.   GOOD AFTERNOON, MR. PENDLETON.

5    A.   GOOD AFTERNOON.

6    Q.   MY NAME IS BILL LEE.  I'M ONE OF THE LAWYERS REPRESENTING

7    APPLE.  WE'VE NOT MET BEFORE, HAVE WE?

8    A.   WE HAVE NOT.

9    Q.   YOU UNDERSTAND THIS IS A PATENT INFRINGEMENT CASE;

10   CORRECT?

11   A.   CORRECT.

12   Q.   NOW, LET'S BE SURE THE LADIES AND GENTLEMEN OF THE JURY

13   KNOW WHAT YOU'RE HERE TO TESTIFY ABOUT AND WHAT YOU'RE NOT HERE

14   TO TESTIFY ABOUT.  OKAY?

15   A.   OKAY.

16   Q.   YOU'RE NOT HERE TO TESTIFY ABOUT WHETHER APPLE'S PATENTS

17   ARE INFRINGED; CORRECT?

18   A.   COULD YOU REPEAT THE QUESTION?

19   Q.   YES.  YOU'RE NOT HERE TO TESTIFY ABOUT WHETHER APPLE'S

20   PATENTS ARE INFRINGED BY SAMSUNG; CORRECT?

21   A.   I BELIEVE SO, YES.

22   Q.   YOU'RE NOT HERE TO TESTIFY ABOUT WHETHER APPLE'S PATENTS

23   ARE VALID; CORRECT?

24   A.   CORRECT.

25   Q.   YOU'RE NOT HERE TO TESTIFY ABOUT THE AMOUNT OF DAMAGES, IF

1    ANY, APPLE SHOULD RECEIVE; CORRECT?

2    A.   CORRECT.

3    Q.   YOU'RE NOT HERE TO TESTIFY ABOUT THE TWO PATENTS THAT

4    SAMSUNG HAS SUED APPLE ON; CORRECT?

5    A.   CORRECT.

6    Q.   HAVE YOU EVEN READ THE TWO SAMSUNG PATENTS?

7    A.   I'M NOT AWARE OF THE DETAILS OF THOSE.

8    Q.   ALL RIGHT.  NOW, YOU BEGAN WORKING FOR SAMSUNG IN JULY OF

9    2011; CORRECT?

10   A.   YES.

11   Q.   THAT IS AFTER APPLE HAD SUED SAMSUNG FOR PATENT

12   INFRINGEMENT; CORRECT?

13   A.   I BELIEVE SO.

14   Q.   ALL RIGHT.  NOW, YOU'VE DESCRIBED YOUR INVOLVEMENT IN

15   MARKETING AND ADVERTISING; CORRECT?

16   A.   YES.

17   Q.   YOU KNOW THAT NONE OF THE PATENTS HERE CONCERN MARKETING

18   OR ADVERTISING; CORRECT?

19   A.   YES.

20   Q.   NO ONE HAS ACCUSED YOUR MARKETING OR ADVERTISING PROGRAM

21   OF INFRINGING ANY PATENT; CORRECT?

22   A.   CORRECT.

23   Q.   OKAY.  SO LET'S TALK ABOUT THE SAMSUNG PRODUCTS THAT HAVE

24   BEEN ACCUSED OF INFRINGING.  OKAY?

25   A.   OKAY.

```
 1     Q.   YOU HAD NO ROLE IN DESIGNING THOSE PRODUCTS; CORRECT?

 2     A.   THAT'S CORRECT.

 3     Q.   YOU NEVER TALKED TO THE PEOPLE WHO DESIGNED THOSE

 4     PRODUCTS; CORRECT?

 5     A.   THAT IS CORRECT.

 6     Q.   YOU HAD NO ROLE IN DESIGNING THE SOFTWARE; CORRECT?

 7     A.   THAT IS CORRECT.

 8     Q.   YOU HAD NO ROLE IN DETERMINING WHAT THE SOFTWARE OPERATING

 9     SYSTEMS WERE SELECTED; CORRECT?

10     A.   CORRECT.

11     Q.   BUT YOU DO MARKET AND SELL THE PRODUCTS THAT HAVE RESULTED

12     FROM THAT EFFORT; CORRECT?

13     A.   I DO MARKET, YES --

14     Q.   OKAY.

15     A.   -- OUR FLAGSHIP DEVICES.

16     Q.   AND SAMSUNG SELLS THOSE PRODUCTS; CORRECT?

17     A.   YES.

18     Q.   SAMSUNG GETS THOSE REVENUES; CORRECT?

19     A.   YES.

20     Q.   SAMSUNG GETS THAT INCOME; CORRECT?

21     A.   CORRECT.

22     Q.   NOW, THE LADIES AND GENTLEMEN OF THE JURY HAVE SEEN SOME

23     DESIGN DOCUMENTS FROM THE PERIOD 2010 FROM SAMSUNG.

24          YOU'VE NEVER SEEN THOSE DESIGN DOCUMENTS BEFORE, HAVE YOU?

25     A.   THAT'S CORRECT.
```

1    Q.   NOW, AS THE -- YOU HAD YOUR DEPOSITION TAKEN IN THIS CASE?

2    A.   YES.

3    Q.   AS OF THAT TIME, YOU HAD NEVER SEEN THE FIVE APPLE PATENTS

4    THAT THE LADIES AND GENTLEMEN OF THE JURY HAVE SEEN; CORRECT?

5    A.   CORRECT.

6    Q.   BUT YOU WERE AWARE THAT APPLE ACCUSES FIVE DIFFERENT

7    FEATURES OF INFRINGING APPLE'S PATENTS; CORRECT?

8    A.   YES.

9    Q.   AND MR. QUINN JUST ASKED YOU A COUPLE QUESTIONS ABOUT

10   THOSE; CORRECT?

11   A.   YES.

12   Q.   ONE OF THEM IS SLIDE TO UNLOCK; CORRECT?

13   A.   YES.

14   Q.   NOW, AS SAMSUNG'S CHIEF MARKETING OFFICER, YOU HAVE NOT

15   DONE ANYTHING TO DETERMINE THE VALUE OF THE SLIDE TO UNLOCK

16   FEATURE; CORRECT?

17   A.   CORRECT.

18   Q.   YOU'VE ALSO HEARD ABOUT THE UNIVERSAL SEARCH FEATURE;

19   CORRECT?

20   A.   YES.

21   Q.   AND AS CHIEF MARKETING OFFICER, YOU'VE DONE NOTHING TO

22   DETERMINE THE VALUE OF THE UNIVERSAL SEARCH FEATURE; CORRECT?

23   A.   CORRECT.

24   Q.   YOU'VE HEARD OF QUICK LINKS OR DATA DETECTORS; CORRECT?

25   A.   NOW, YES.

```
 1      Q.    AND YOU'VE DONE NOTHING TO DETERMINE THE VALUE OF THAT

 2      FEATURE; CORRECT?

 3      A.    NO.

 4      Q.    AND YOU'VE HEARD OF AUTOMATIC WORD CORRECTION?

 5      A.    YES.

 6      Q.    YOU'VE DONE NOTHING TO DETERMINE THE VALUE OF THAT

 7      FEATURE; CORRECT?

 8      A.    CORRECT.

 9      Q.    NOW, THE FIFTH FEATURE IS CALLED BACKGROUND SYNC.  YOU'VE

10      HEARD OF THAT?

11      A.    I'M NOT SURE WHAT THAT MEANS, BUT YES.

12      Q.    YOU'RE NOT SURE WHAT THAT CONCEPT IS?

13      A.    YES.

14      Q.    LET ME JUST ASK YOU THIS THEN.  HAVE YOU DONE ANYTHING TO

15      DETERMINE THE VALUE OF ANY BACKGROUND SYNCHRONIZATION FEATURE

16      IN SAMSUNG'S PRODUCTS?

17      A.    I HAVE NOT.

18      Q.    OKAY.  AND YOU HAVEN'T ASKED ANY OF THE FOLKS WORKING FOR

19      YOU TO DO SO; CORRECT?

20      A.    THAT IS CORRECT.

21      Q.    ALL RIGHT.  TURN, IF YOU WOULD, IN THE NOTEBOOK BEFORE YOU

22      TO TAB 12.  LET ME KNOW WHEN YOU'RE THERE.

23      A.    I'M THERE.

24      Q.    DO YOU SEE PX 215?

25      A.    YES.
```

1    Q.   AND DO YOU RECOGNIZE IT AS AN E-MAIL CHAIN THAT INVOLVES

2    YOU AND SOME OTHERS?

3    A.   YES.

4              MR. LEE:  YOUR HONOR, WE OFFER PX 215.

5              MR. QUINN:  NO OBJECTION.

6              THE COURT:  IT'S ADMITTED.

7         (PLAINTIFF'S EXHIBIT 215 WAS ADMITTED IN EVIDENCE.)

8              THE COURT:  GO AHEAD, PLEASE.

9    BY MR. LEE:

10   Q.   NOW, TURN, IF YOU WOULD, TO PAGE 1.

11   A.   OKAY.

12   Q.   DO YOU HAVE IT BEFORE YOU?

13   A.   I DO.

14   Q.   AND DO YOU SEE -- AND WE'LL HIGHLIGHT THE PORTION THAT

15   SAYS -- ACTUALLY, LET'S GO, IN THE INTEREST OF TIME, LET'S GO

16   IMMEDIATELY TO PAGE 2.

17   A.   OKAY.

18   Q.   AND YOU SEE AT THE BOTTOM WHERE IT SAYS DALE?

19   A.   YES.

20   Q.   AND IT'S ADDRESSED TO MR. SOHN, WHO JUST TESTIFIED, AND

21   YOU; CORRECT?

22   A.   YES.

23   Q.   AND YOU'LL SEE THE SECOND SENTENCE READS AS FOLLOWS:  "AS

24   YOU HAVE SHARED PREVIOUSLY, WE ARE UNABLE TO BATTLE THEM

25   DIRECTLY IN OUR MARKETING.  IF IT CONTINUES TO BE SAMSUNG'S

CROSS PENDLETON

```
 1        POSITION TO AVOID ATTACKING APPLE DUE TO THEIR STATUS AS A
 2        LARGE CUSTOMER, CAN WE GO TO GOOGLE AND ASK THEM TO LAUNCH A
 3        CAMPAIGN AGAINST APPLE, BASED ON THE MANY BETTER ANDROID
 4        OPTIONS AVAILABLE IN THE MARKET FOR Q4?"
 5             DO YOU SEE THAT?
 6        A.   I DO.
 7        Q.   DO YOU RECALL THIS E-MAIL CHAIN?
 8        A.   I DO NOW, YES.
 9        Q.   DO YOU RECALL SPECIFICALLY A DECISION AT SAMSUNG NOT TO
10        ATTACK APPLE, OR AT LEAST DIRECTLY, BECAUSE IT WAS A BIG
11        CUSTOMER?  RIGHT?
12        A.   I THINK WHAT I WAS GETTING AT HERE, THIS WOULD BE BEFORE
13        WE LAUNCHED OUR NEXT BIG THING CAMPAIGN.
14        Q.   RIGHT?
15        A.   THE DECISION -- I WOULD HAVE TO GO BACK TO PAGE 1 WHERE I
16        SAY WE'RE WORKING ON VERY AGGRESSIVE STRATEGY TOUTING OUR
17        ADVANTAGE AND HARDWARE AND SOFTWARE.  WE DIDN'T DO ANYTHING IN
18        SOFTWARE.  BUT OBVIOUSLY THE NEXT BIG THING CAMPAIGN DID TOUT
19        OUR HARDWARE ADVANTAGES.
20        Q.   RIGHT.  BUT MY QUESTION IS DIFFERENT, MR. PENDLETON.  AT
21        THIS POINT IN TIME, THE DECISION HAD BEEN MADE AT SAMSUNG NOT
22        TO ATTACK APPLE BECAUSE APPLE WAS A BIG CUSTOMER OF COMPONENTS;
23        CORRECT?
24        A.   THAT WAS NOT A DECISION I WAS APART OF AND
25        MICHAEL PENNINGTON.
```

1    Q.   BUT IT WAS THE DECISION THAT WAS RECORDED IN THE E-MAIL

2    THAT WAS SENT TO YOU; CORRECT?

3    A.   YES.

4    Q.   ALL RIGHT.  TURN, IF YOU WOULD, TO TAB 11.  AND I THINK

5    YOU'LL FIND PX 206?

6    A.   OKAY.

7    Q.   DO YOU HAVE THAT BEFORE YOU?

8    A.   I DO.

9    Q.   THIS IS AN E-MAIL THAT WAS SENT TO YOU AND OTHERS AT

10   SAMSUNG; CORRECT?

11   A.   YES.

12   Q.   INCLUDING MR. SOHN; CORRECT?

13   A.   THAT IS CORRECT.

14   Q.   AND THE DATE IS JUNE 5, 2012; CORRECT?

15   A.   THAT IS CORRECT.

16        MR. LEE:  YOUR HONOR, WE OFFER PX 206.

17        THE COURT:  ANY OBJECTION?

18        MR. QUINN:  NO OBJECTION.

19        THE COURT:  IT'S ADMITTED.

20   (PLAINTIFF'S EXHIBIT 206 WAS ADMITTED IN EVIDENCE.)

21        THE COURT:  GO AHEAD, PLEASE.

22   BY MR. LEE:

23   Q.   LET'S START AT PAGE 2, IF WE COULD.

24   A.   OKAY.

25   Q.   MR. PENDLETON, IT'S BOTH ON THE SCREEN AND IN THE

1    NOTEBOOK.  YOU CAN USE WHATEVER IS EASIEST FOR YOU.  OKAY?

2    A.   OKAY.

3    Q.   NOW, IF YOU GO TO PAGE 2, THERE'S AN E-MAIL FROM MR. SOHN;

4    CORRECT?

5    A.   YES, THAT'S CORRECT.

6    Q.   AND ONE OF THE THINGS HE SAYS, AND WE'LL HIGHLIGHT IT ON

7    PAGE 2, IS "TEAM," AND THEN IN THE SECOND SENTENCE HE SAYS,

8    "YOU KNOW WELL, THERE WILL BE A TSUNAMI WHEN IPHONE 5 IS

9    COMING."

10   A.   UM-HUM.

11   Q.   "THIS WILL BE HAPPENING SOMETIME IN SEPTEMBER OR OCTOBER.

12   ACCORDING TO CEO'S DIRECTION, WE HAVE TO SET UP A COUNTERPLAN

13   TO NEUTRALIZE THIS TSUNAMI."

14       DO YOU RECALL RECEIVING THAT E-MAIL?

15   A.   I DO NOW, YES.

16   Q.   AND WHAT YOU DID, IN FACT, MR. PENDLETON, IS TO ADOPT THE

17   STRATEGY TO DISRUPT THE LAUNCH OF THE IPHONE 5; CORRECT?

18   A.   THAT'S CORRECT.

19   Q.   AND YOU IMPLEMENTED THAT STRATEGY TO DISRUPT THE LAUNCH OF

20   THE IPHONE 5; CORRECT?

21   A.   OUR STRATEGY WAS, AND HISTORICALLY DURING AN IPHONE

22   LAUNCH, OUR SALES HAVE DIPPED DRAMATICALLY.  SO OUR PLANNED

23   STRATEGY WAS TO MAKE SURE THAT WE DIDN'T HAVE ANOTHER DIP IN

24   SALES.

25   Q.   ALL RIGHT.  SO LET'S SEE WHAT ELSE WAS SAID.

```
 1              TURN, IF YOU WOULD, TO PAGE -- PAGE 1.

 2    A.   OKAY.

 3    Q.   THIS IS FROM MICHAEL PENNINGTON.  HE WORKS WITH YOU;

 4    CORRECT?

 5    A.   HE USED TO.  HE'S NO LONGER WITH THE COMPANY.

 6    Q.   AT THIS TIME, HE WORKED FOR THE COMPANY; CORRECT?

 7    A.   THAT'S CORRECT.

 8    Q.   AND IT'S TO MR. SOHN, YOU, AND OTHERS; CORRECT?

 9    A.   THAT IS CORRECT.

10    Q.   NOW, LET ME GO DOWN TO THE PARAGRAPH THAT SAYS, "AT THE

11    SAME TIME," OR "AT THE SAME."

12         DO YOU SEE THAT PARAGRAPH?

13    A.   YES.

14    Q.   "AT THE SAME WE ARE ATTACKING APPLE, WE MUST THOROUGHLY

15    RECOGNIZE THAT WE ARE VULNERABLE.  THIS WILL COME IN MANY

16    FORMS:

17         "1.  PRODUCT QUALITY, PLASTIC FEELING.

18         "2.  LACK OF KEY FEATURE.

19         "3.  CARRIER INFLUENCE DUE TO CONTRACTUAL COMMITMENTS."

20         DO YOU SEE THAT?

21    A.   I DO.

22    Q.   NOW, THIS IS JUNE 5, 2012; CORRECT?

23    A.   THAT IS CORRECT.

24    Q.   THIS IS A SAMSUNG DOCUMENT DESCRIBING ITS VULNERABILITIES;

25    CORRECT?
```

1    A.   YES.

2    Q.   AND AMONG THEM ARE PRODUCT QUALITY; CORRECT?

3    A.   THAT'S WHAT HE'S STATING HERE.

4    Q.   PLASTIC FEELING; CORRECT?

5    A.   WE HAD BEEN CALLED OUT BY SOME PEOPLE AROUND THE PLASTIC

6    AND SOME PEOPLE ACTUALLY THINK IT'S A GOOD THING.

7    Q.   THERE ARE THINGS BOTH WAYS; CORRECT?

8    A.   YES, THAT IS CORRECT.

9    Q.   AND YOU FOLLOWED THE INFORMATION THAT COMES BACK TO YOU;

10   CORRECT?

11   A.   SORRY?

12   Q.   YOU FOLLOW THE INFORMATION WHEN THOSE TYPES OF THINGS COME

13   BACK TO YOU; CORRECT?

14   A.   SOME PEOPLE, YES, SOME PEOPLE FIND IT NEGATIVE, SOME

15   PEOPLE FIND IT POSITIVE.

16   Q.   THEY'RE TALKING ABOUT HARDWARE; CORRECT?

17   A.   THAT'S CORRECT.

18   Q.   WHEN THEY'RE TALKING ABOUT LACK OF KEY FEATURES, THEY'RE

19   TALKING ABOUT SOFTWARE?

20   A.   I DON'T KNOW WHAT HE MEANS HERE.  FOR ME, I DISAGREE WITH

21   IT.  I DO THINK WE HAVE A KEY FEATURE, LIKE SB AND BEING ABLE

22   TO SHARE CONTENT.

23   Q.   THIS IS WHAT HE SAID IN JUNE OF 2012; CORRECT?

24   A.   CORRECT.

25   Q.   IN A CONFIDENTIAL SAMSUNG E-MAIL; CORRECT?

```
1    A.   THAT IS CORRECT.

2    Q.   NOW, SIR, ARE YOU FAMILIAR WITH THE CONCEPT FAST FOLLOWER?

3    A.   I AM.

4    Q.   A FAST FOLLOWER IS SOMEONE WHO LETS SOMEONE ELSE INTRODUCE

5    THE INNOVATIVE PRODUCT AND THEN QUICKLY FOLLOWS WITH THEIR OWN

6    PRODUCTS; CORRECT?

7    A.   THAT IS CORRECT.

8    Q.   SAMSUNG HAS BEEN CALLED A FAST FOLLOWER; CORRECT?

9    A.   YES.

10   Q.   IT'S BEEN SPECIFICALLY CALLED A FAST FOLLOWER IN THE

11   SMARTPHONE WORLD; CORRECT?

12   A.   YES.

13   Q.   AND IT'S BEEN SPECIFICALLY CALLED A FAST FOLLOWER IN THE

14   TABLET WORLD; CORRECT?

15   A.   I BELIEVE SO, YES.

16   Q.   AND, IN FACT, SAMSUNG, IN ITS OWN DOCUMENTS, HAS REFLECTED

17   THE PUBLIC SENTIMENT THAT IT'S A FAST FOLLOWER; CORRECT?

18   A.   YES.

19   Q.   ALL RIGHT.  SO TURN, IF YOU WOULD, TO TAB 17, WHICH IS DX

20   431.

21        AND I'M NOT GOING TO PUT IT ON THE SCREEN YET.

22        DO YOU HAVE THAT BEFORE YOU?

23   A.   TAB 17?  YES.

24   Q.   AND DO YOU RECOGNIZE IT?

25   A.   IT LOOKS LIKE IT WAS A PRESENTATION, YES.
```

```
 1     Q.   YES.  IT'S AN STA MARKETING PRESENTATION; CORRECT?

 2     A.   YES.

 3     Q.   AFTER THE TIME YOU ARRIVED AT THE COMPANY; CORRECT?

 4     A.   YES, THAT'S CORRECT.

 5          MR. LEE:  ALL RIGHT.  WE OFFER DX 431, YOUR HONOR.

 6          MR. QUINN:  NO OBJECTION.

 7          THE COURT:  IT'S ADMITTED.

 8     (DEFENDANTS' EXHIBIT 431 WAS ADMITTED IN EVIDENCE.)

 9          THE COURT:  GO AHEAD, PLEASE.

10   BY MR. LEE:

11     Q.   SO LET'S PUT THE FRONT PAGE ON THE SCREEN.  THIS IS AN STA

12   MARKETING DOCUMENT DATED FEBRUARY 2012; CORRECT?

13     A.   THAT'S CORRECT.

14     Q.   AND IT'S FOR THE CHIEF FINANCIAL OFFICER; CORRECT?

15     A.   YES.

16     Q.   TURN, IF YOU WOULD, TO PAGE 5.

17          NOW, BY THIS TIME, YOU'RE ON BOARD; CORRECT?

18     A.   YES.

19     Q.   JUST ON BOARD?

20     A.   YEP.

21     Q.   OKAY.  YOU'RE THERE, BUT YOU'RE RELATIVELY NEW; CORRECT?

22     A.   YES.

23     Q.   ALL RIGHT.  NOW, LET'S LOOK AT THE 2012 OBJECTIVES.  ONE

24   OF THEM IS TO "OVERCOME FAST FOLLOWER STATUS AND ESTABLISH

25   SAMSUNG AS CHALLENGER BRAND TO APPLE."
```

CROSS PENDLETON

```
 1              DO YOU SEE THAT?

 2    A.   YES.

 3    Q.   AND THE CONCERN WAS THAT THE PUBLIC VIEWED SAMSUNG AS A

 4    FAST FOLLOWER IN THE SMARTPHONE WORLD; CORRECT?

 5    A.   CORRECT.

 6    Q.   AND IN SPECIFIC TERMS, A FAST FOLLOWER TO APPLE; CORRECT?

 7    A.   YES.

 8    Q.   AND, IN FACT, YOU KNOW, DO YOU NOT, THAT THERE WAS THE

 9    PERCEPTION IN THE SMARTPHONE AND TABLET WORLD THAT SAMSUNG WAS

10    NOT AN INNOVATOR; CORRECT?

11    A.   THERE WAS A PERCEPTION, YES.

12    Q.   ALL RIGHT.  NOW, TURN, IF YOU WOULD, TO TAB 18, WHICH IS

13    DX 435.

14    A.   ALL RIGHT.

15    Q.   AND TELL ME WHEN YOU'RE THERE?

16    A.   I'M HERE.

17    Q.   DO YOU RECOGNIZE THIS AS A SAMSUNG DOCUMENT?

18    A.   THIS IS NOT A DOCUMENT I'VE SEEN BEFORE.

19    Q.   WELL, DO YOU RECOGNIZE IT AS A SAMSUNG DOCUMENT?  IT SAYS

20    SAMSUNG TABLETS AND PHONES, FINAL MEETING?

21    A.   YES.

22              MR. LEE:  ALL RIGHT.  WE OFFER DX 435, YOUR HONOR.

23              THE COURT:  ANY OBJECTION?

24              MR. QUINN:  NO OBJECTION.

25              THE COURT:  IT'S ADMITTED.
```

```
1              (DEFENDANTS' EXHIBIT 435 WAS ADMITTED IN EVIDENCE.)

2              THE COURT:  GO AHEAD, PLEASE.

3              MR. LEE:  YOUR HONOR, I THINK SAMSUNG -- I DON'T WANT

4     TO STEAL MR. QUINN'S THUNDER, BUT I THINK THEY HAD SUGGESTED

5     WHEN THEY OFFERED IT THAT IT WAS GOING TO BE SEALED, BUT I'M

6     ONLY GOING TO OFFER PAGES 1, 29, 31, AND 147, WHICH I

7     UNDERSTAND ARE NOT SUBJECT TO A SEALING MOTION.

8              THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

9              MR. LEE:  ALL RIGHT.

10    Q.    TURN, IF YOU WOULD, TO PAGE 1.  DO YOU SEE THE COVER THAT

11    SAYS SAMSUNG TABLETS AND PHONES?

12    A.    YES.

13    Q.    AND THE DATE IS AUGUST 31, 2011; CORRECT?

14    A.    THAT'S CORRECT.

15    Q.    LET'S TURN TO PAGE 31 IF WE COULD.

16          NOW, THIS IS A SAMSUNG DOCUMENT PROVIDING A SUMMARY ON

17    PHONES AND MOBILE OS; CORRECT?

18    A.    YES.

19    Q.    OS IS OPERATING SYSTEM; CORRECT?

20    A.    THAT IS CORRECT.

21    Q.    AND THE SAMSUNG CONCLUSION IN THE SECOND BULLET POINT IS

22    "APPLE IS LOVED FOR ITS EASE OF USE AND SIMPLE EXPERIENCE.

23    NEGATIVITY STEMS FROM ITS CLOSED SOFTWARE ENVIRONMENT AND SLOW

24    BASIC ADAPTATION OF FEATURES."

25          CORRECT?
```

1    A.   YES.

2    Q.   LET'S TURN BACK TO PAGE 29 AND SEE WHAT SAMSUNG CONCLUDED

3    ABOUT TABLETS.

4         AND IF I COULD HAVE THE SECOND BULLET POINT HIGHLIGHTED,

5    MR. LEE.

6         "THE APPLE IPAD, WHICH LEADS THE CATEGORY IN BUZZ,

7    REFLECTS THE SYNERGY BETWEEN HARDWARE AND SOFTWARE, IS PRAISED

8    FOR ITS EASE OF USE, AND FEATURES THE BEST APP SELECTION.  IT

9    DRAWS CRITICISM FOR ITS LIMITED FEATURE SET, PARTICULARLY FROM

10   ANDROID FANS."

11        HAVE I READ THAT CORRECTLY?

12   A.   YOU HAVE.

13   Q.   TURN, IF YOU WOULD, TO PAGE 147.

14        NOW, SIR, DO YOU KNOW WHAT TOUCHWIZ IS?  ARE YOU WITH ME,

15   MR. PENDLETON?

16   A.   YES.

17   Q.   WHY DON'T WE TAKE THEM IN PIECES.  TELL ME WHEN YOU GET TO

18   PAGE 147.

19   A.   YEAH, I'M HERE.

20   Q.   DO YOU KNOW WHAT TOUCHWIZ IS?

21   A.   SO IT'S AN ADDED LAYER OF SAMSUNG SOFTWARE, YES.

22   Q.   CREATED BY SAMSUNG SOFTWARE ENGINEERS; CORRECT?

23   A.   YES, CORRECT.

24   Q.   NOW, THIS PAGE CONTAINS SOME COMMENTS ON THE TOUCHWIZ

25   SOFTWARE CREATED BY SAMSUNG ENGINEERS.

```
 1            DO YOU SEE THE CATEGORY SAMSUNG TOUCHWIZ?

 2     A.   I DO.

 3     Q.   LET ME TAKE YOU TO THE BOTTOM OF THAT COLUMN, AND THE

 4     COMMENT BY ONE OF THE COMMENTATORS, "I HATE APPLE, BUT IT'S

 5     ABOUT GODDAMN TIME, TOUCHWIZ IS A DIRECT RIP OF IOS.  I MEAN,

 6     IT'S PATHETIC REALLY."

 7            DO YOU RECALL SEEING THAT?

 8     A.   I SEE IT NOW, YES.

 9     Q.   ALL RIGHT.  IN A SAMSUNG DOCUMENT; CORRECT?

10     A.   CORRECT.

11     Q.   AND YOU KNOW THAT IOS IS THE APPLE OPERATING SYSTEM;

12     CORRECT?

13     A.   YES.

14     Q.   APPLE'S SOFTWARE SYSTEM; CORRECT?

15     A.   YES.

16     Q.   ALL RIGHT.  LAST QUESTION.  IT'S TRUE, IS IT NOT --

17     WITHDRAWN.  TWO QUESTIONS.

18            YOU FOLLOW, I THINK YOU TOLD US, THE PUBLIC COMMENTARY ON

19     YOUR MARKETING CAMPAIGNS, YOUR ADVERTISING CAMPAIGNS, YOUR

20     BRAND CAMPAIGNS; CORRECT?

21     A.   THAT'S CORRECT.

22     Q.   IT'S TRUE, IS IT NOT, THAT SAMSUNG HAS BEEN CRITICIZED BY

23     SOME, NOT ALL, FOR SPENDING MORE ON MARKING THAN FOCUSSING ON

24     R&D AND INNOVATION; CORRECT?

25     A.   THERE WAS AN ARTICLE ABOUT THAT AT ONE POINT I BELIEVE,
```

```
 1        YES.

 2     Q.   IN THE "WALL STREET JOURNAL"; CORRECT?

 3     A.   YES.

 4             MR. LEE:  NOTHING FURTHER, YOUR HONOR.

 5             THE COURT:  ALL RIGHT.  THE TIME IS NOW 1:33.

 6                     REDIRECT EXAMINATION

 7     BY MR. QUINN:

 8     Q.   MR. PENDLETON, IF WE COULD TAKE A LOOK -- IF WE COULD PUT

 9     UP ON THE SCREEN --

10             THE COURT:  TIME IS 1:34.  GO AHEAD, PLEASE.

11             MR. QUINN:  THANK YOU, YOUR HONOR.

12     Q.   -- EXHIBIT 435, PAGE 31, THE EXHIBIT THAT MR. LEE WAS JUST

13     SHOWING YOU.

14         UP AT THE TOP HERE, THE FIRST BULLET, IF WE COULD BLOW

15     THAT UP, DO YOU SEE THERE WHERE IT SAYS "PURCHASING DECISIONS

16     OFTEN COME DOWN TO APPLE VERSUS ANDROID"?

17         DO YOU SEE THAT?

18     A.   I DO.

19     Q.   CAN YOU TELL US WHETHER OR NOT YOU SEE COMPETITION IN THE

20     MARKETPLACE BETWEEN THE TWO OPERATING SYSTEMS, IOS AND ANDROID?

21     A.   YES.

22     Q.   CAN YOU TELL US WHETHER OR NOT THERE ARE BUYERS WHO ARE

23     LOOKING TO BUY ANDROID PHONES AS OPPOSED TO IOS POWERED PHONES?

24     A.   MOST DEFINITELY.

25     Q.   AND THE NEXT BULLET -- IF WE COULD EXPAND THAT, PLEASE --
```

```
 1        "APPLE IS LOVED FOR ITS EASE OF USE AND SIMPLE EXPERIENCE.

 2    NEGATIVITY STEMS FROM ITS CLOSED SOFTWARE ENVIRONMENT AND SLOW

 3    ADAPTATION OF BASIC FEATURES."

 4        DO YOU SEE THAT?

 5    A.   I DO.

 6    Q.   CAN YOU EXPLAIN TO US -- EXPLAIN TO US WHAT YOU UNDERSTAND

 7    THAT TO MEAN.

 8    A.   SURE.  I THINK THE SLOW ADAPTATION FOR BASIC FEATURES IS

 9    THE HARDWARE INNOVATION, AND SO WE DEFINITELY HAVE AN ADVANTAGE

10    IN OUR HARDWARE AND CONTINUE TO HAVE THAT.

11        THE NEGATIVITY FROM THE CLOSED SOFTWARE ENVIRONMENT -- ONE

12    OF THE ADVANTAGES THAT ANDROID HAS IS THE ABILITY TO

13    PERSONALIZE THE SOFTWARE AND MOVE YOUR ICONS AROUND AND MAKE IT

14    PERSONAL TO WHAT YOU FIND MOST IMPORTANT, AND THAT'S NOT

15    SOMETHING THAT YOU CAN DO WITH IOS.

16    Q.   WHAT DO YOU MEAN BY "CLOSED SOFTWARE ENVIRONMENT" AT IOS?

17    A.   IT'S FIXED, SO IT'S -- YOU CAN'T CHANGE IT OR PERSONALIZE

18    IT.

19    Q.   YOU WERE ASKED SOME QUESTIONS ABOUT WHETHER SAMSUNG IS A

20    FAST FOLLOWER AND WHETHER YOU'VE EVER HEARD THAT.

21        DO YOU AGREE THAT SAMSUNG IS A FAST FOLLOWER?

22    A.   I DO NOT.

23    Q.   WHY NOT?

24    A.   AS I MENTIONED EARLIER, WE LAUNCHED NINE FLAGSHIP DEVICES

25    IN THE TIME THAT THEY LAUNCHED THREE.  WE CREATED THE CATEGORY
```

1    WITH A NOTE WITH THE FORM FACTORS WITH THE TABLET.  SO IT'S

2    REALLY HARD TO BE FOLLOWING SOMETHING WHEN YOU'RE CREATING THE

3    WHOLE CATEGORY WITH NEW FORM FACTORS AND NEW PRODUCT.

4    Q.   HOW ABOUT WITH RESPECT TO THIS NEAR FIELD COMMUNICATIONS,

5    OR S BEAM?  WAS SAMSUNG A FAST FOLLOWER OF APPLE WITH RESPECT

6    TO THAT FEATURE?

7    A.   THEY WERE NOT, NO.

8    Q.   IS THAT FEATURE AVAILABLE ON AN APPLE PRODUCT?

9    A.   IT IS NOT.

10   Q.   HOW ABOUT THE STYLUS THAT WE, WE SAW BEING USED?

11   A.   YES.

12   Q.   IS THAT SOMETHING THAT SAMSUNG WAS A FAST FOLLOWER ON?

13   A.   IT WAS NOT.

14   Q.   WHY NOT?

15   A.   WE CREATED IT AND PUT IT IN THAT PRODUCT FIRST.

16   Q.   ARE THERE OTHER EXAMPLES OF HARDWARE FEATURES THAT SAMSUNG

17   CREATED AND BROUGHT TO THE SMARTPHONE MARKET FIRST?

18   A.   I THINK, AGAIN, IF YOU LOOK AT WHERE OUR LEADERSHIP IS AND

19   WHERE WE TALK ABOUT OUR INNOVATION LEADERSHIP, BIG SCREENS AND

20   4G TECHNOLOGY, YOU KNOW, THAT'S WHAT WE TOUT IN OUR ADVERTISING

21   BECAUSE THAT IS WHERE WE COME TO MARKET FIRST WITH THOSE

22   LEADING EDGE INNOVATIONS.

23   Q.   IF WE COULD LOOK AT THE EXHIBIT PAGE 108, KEN, PAGE

24   435.108.

25        AND THIS SAYS UP HERE, AT THE TOP, "OPERATING SYSTEM AND

1       APPS DRIVE THE MOST INTEREST AMONG PHONE FEATURES."

2              AND THEN THERE'S A LIST THERE OF PHONE FEATURES THAT DRIVE

3       INTEREST.

4       A.   UM-HUM.

5       Q.   COULD YOU EXPLAIN THIS CHART TO THE JURY, PLEASE.

6       A.   AGAIN, THINKING ABOUT A PURCHASE DECISION, PEOPLE ARE

7       GOING TO PREFER ONE OPERATING SYSTEM OVER THE OTHER,

8       AVAILABILITY OF THE APPS, AND THEY'RE GOING TO LOOK AT THE

9       HARDWARE AND WHAT THE ADVANTAGES ARE FOR THE INDIVIDUAL

10      HARDWARE ON THOSE PRODUCTS.

11      Q.   IF WE COULD TURN TO EXHIBIT 215, ANOTHER EXHIBIT THAT

12      MR. LEE SHOWED YOU, PAGE 2 OF 215.

13             AND DOWN HERE, THE SECOND PARAGRAPH FROM THE BOTTOM, IF WE

14      COULD PLEASE ENLARGE THAT, KEN.

15             THIS IS THAT E-MAIL FROM MICHAEL PENNINGTON?

16      A.   YES.

17      Q.   IT SAYS THERE IN THE SECOND PARAGRAPH, "OBVIOUSLY WE

18      CONTINUE TO HAVE BETTER PRODUCTS/SPECS AVAILABLE IN THE

19      MARKETPLACE."

20             DO YOU SEE THAT?

21      A.   I DO.

22      Q.   AND THEN MR. LEE READ THE LANGUAGE TWO SENTENCES LATER,

23      "IF IT CONTINUES TO BE SAMSUNG'S POSITION TO AVOID ATTACKING

24      APPLE DUE TO THEIR STATUS AS A LARGE CUSTOMER."

25             DO YOU SEE THAT?

REDIRECT PENDLETON

1    A.    YES.

2    Q.    WAS THAT, IN FACT, THE VIEW AT SAMSUNG, THAT WE DO

3    CONTINUE -- WE HAVE BETTER PRODUCTS AND SPECS?

4    A.    YES.

5    Q.    AND IS IT TRUE THAT SAMSUNG SUPPLIES 25 PERCENT OF THE

6    COMPONENTS OF THE IPHONE?

7    A.    THAT IS TRUE.

8    Q.    SO SAMSUNG'S HARDWARE IS GOOD ENOUGH FOR APPLE?

9    A.    IT SEEMS SO, YES.

10   Q.    MR. LEE ASKED YOU SOME QUESTIONS ABOUT WHETHER SAMSUNG

11   INTENDED TO DISRUPT THE INTRODUCTION OF THE IPHONE 5.

12         DO YOU RECALL THAT?

13   A.    I DO.

14   Q.    AND I THINK YOU SAID THE ANSWER WAS YES, YOU DID INTEND

15   TO.

16   A.    RIGHT.

17   Q.    COULD YOU EXPLAIN TO THE JURY WHAT YOU MEANT BY THAT?

18   A.    DURING A TYPICAL IPHONE LAUNCH, THERE IS A LOT OF ORGANIC

19   MEDIA FOCUS ON THOSE LAUNCHES.  THEY ARE A TIME WHEN PEOPLE ARE

20   FOCUSSED ON THE CATEGORY TO SEE WHAT THE PRODUCT WOULD BE.

21         SO WE WANTED TO USE THAT TIME TO TALK ABOUT OUR SAMSUNG

22   STORY WHEN THERE'S A LOT OF PRESS ATTENTION AND CONSUMER

23   ATTENTION AROUND THE SMARTPHONE CATEGORY.

24   Q.    WHAT DID YOU DO TO DISRUPT?  WHAT DID THE DISRUPTION

25   CONSIST OF?

```
 1    A.   IT WAS OUR NEXT BIG THING CAMPAIGN WITH THE AD WITH

 2    CONSUMERS WAITING IN LINE FOR THE IPHONE 5, AND WE WERE TELLING

 3    OUR GALAXY S III PRODUCT INNOVATION STORY USING THAT CREATIVE

 4    DEVICE.

 5    Q.   AND THAT WAS THE DISRUPTION?

 6    A.   THAT WAS THE DISRUPTION, YES.

 7              MR. QUINN:  THANK YOU.  NOTHING FURTHER.

 8              THE COURT:  ALL RIGHT.  THE TIME IS NOW 1:40.  IS

 9    THERE ANY RECROSS?

10              MR. LEE:  JUST VERY BRIEFLY.

11              THE COURT:  OKAY.  GO AHEAD, PLEASE.  1:40.

12                        RECROSS-EXAMINATION

13    BY MR. LEE:

14    Q.   LET ME CLEAR UP A COUPLE THINGS, MR. PENDLETON.

15    A.   SURE.

16    Q.   WHEN YOU SAID APPLE HAS ONLY INTRODUCED A MODEL, APPLE HAS

17    INTRODUCED A NEW IPHONE MODEL EACH YEAR; CORRECT?

18    A.   YES.

19    Q.   THAT'S THEIR MARKETING PROGRAM, A NEW ONE EACH YEAR;

20    CORRECT?

21    A.   THAT SEEMS TO BE THE CASE, YES.

22    Q.   AND THAT'S WHY WE SAW THE E-MAIL THAT SAID, FROM ONE OF

23    THE PEOPLE YOU WORK WITH, WHEN THEY INTRODUCE THE PHONE,

24    THERE'S GOING TO BE A TSUNAMI.

25         DO YOU RECALL SEEING THAT?
```

```
1    A.   THAT WAS THE INDICATION, THAT THERE WOULD BE A NEW MODEL,

2    YES.

3    Q.   AND YOU ALSO SAID THAT YOU WERE PLANNING THAT BECAUSE

4    SALES DROP OFF FOR YOU WHEN APPLE INTRODUCES ITS NEW PRODUCT

5    EACH YEAR; CORRECT?

6    A.   CORRECT.

7    Q.   NOW, YOU ALSO SAID THAT APPLE SUPPLIES -- SAMSUNG SUPPLIES

8    COMPONENTS TO APPLE; CORRECT?

9    A.   YES.

10   Q.   DID YOU KNOW THAT IN THIS CASE, SAMSUNG HAS SUED APPLE FOR

11   USING THOSE COMPONENTS?

12   A.   I DID NOT.

13   Q.   THAT'S NEWS TO YOU?

14   A.   YES.

15   Q.   DOES IT SURPRISE YOU?

16   A.   UM, I JUST DON'T HAVE ENOUGH DETAILS TO HAVE AN OPINION.

17   Q.   NOW, LET ME ASK YOU ABOUT THE S BEAM.  THAT'S NEAR FIELD

18   COMMUNICATION?

19   A.   YES.

20   Q.   YOU JUST DESCRIBED IT; CORRECT?

21   A.   YES.

22   Q.   YOU THINK IT'S IMPORTANT TECHNOLOGY; CORRECT?

23   A.   YES.

24   Q.   YOU THINK IT DISTINCTIONS SAMSUNG; CORRECT?

25   A.   CORRECT.
```

```
 1       Q.   IT'S A SAMSUNG INNOVATION; CORRECT?

 2       A.   YES.

 3       Q.   WOULD YOU GIVE IT TO A COMPETITOR, LIKE HTC, FOR PENNIES A

 4       UNIT?

 5       A.   I WOULD NOT.

 6       Q.   RIGHT.  YOU WOULD ASK FOR A LOT OF MONEY BEFORE YOU GIVE

 7       UP AN INNOVATION LIKE THAT, WOULDN'T YOU?

 8       A.   IT'S -- AGAIN, IT'S AN INTERESTING FEATURE FOR THE PHONE.

 9       WHAT ITS VALUE IS AND WHAT ITS WORTH IS, THAT'S NOT FOR ME TO

10       SAY.

11       Q.   BUT YOU CERTAINLY WOULDN'T GIVE IT UP FOR PENNIES, WOULD

12       YOU?

13       A.   RIGHT.

14            MR. LEE:  THANK YOU.  NOTHING FURTHER, YOUR HONOR.

15            THE COURT:  ALL RIGHT.  TIME IS NOW 1:42.

16        ANY FURTHER QUESTIONS FOR MR. PENDLETON?

17            MR. QUINN:  NO, YOUR HONOR.

18            THE COURT:  IS HE EXCUSED SUBJECT TO RECALL OR NOT

19       SUBJECT TO RECALL?

20            MR. LEE:  NOT SUBJECT TO RECALL, YOUR HONOR.

21            THE COURT:  ALL RIGHT.  WHAT ABOUT --

22            MR. QUINN:  HE'S NOT --

23            THE COURT:  NOT SUBJECT TO RECALL.

24            MR. QUINN:  YEAH, NOT SUBJECT TO RECALL.

25            THE COURT:  ALL RIGHT.  YOU ARE -- YOU ARE EXCUSED.
```

```
 1                THE WITNESS:  ALL RIGHT.  THANK YOU.

 2                MS. MAROULIS:  YOUR HONOR, SAMSUNG NEXT CALLS, BY

 3        DEPOSITION, THOMAS BONHURA.

 4                DR. BONHURA IS A FORMER APPLE EMPLOYEE AND A NAMED

 5        INVENTOR OF THE '647 PATENT.

 6                AND WE WILL PLAY HIS DEPOSITION BY VIDEO.

 7                THE COURT:  ALL RIGHT.  TIME IS NOW 1:43.

 8                WOULD YOU LIKE THE LIGHTS DIMMED?

 9                MS. MAROULIS:  YES, PLEASE.

10                THE COURT:  OKAY.  LET'S GET A MOMENT JUST TO SET UP

11        HERE.

12                ALL RIGHT.  THANK YOU.  TIME IS 1:43.

13                GO AHEAD, PLEASE.

14                **(THE VIDEOTAPED DEPOSITION OF THOMAS BONHURA WAS PLAYED IN**

15        **OPEN COURT OFF THE RECORD.)**

16                MS. MAROULIS:  YOUR HONOR, SAMSUNG LODGES THIS

17        EXHIBIT AS DX 506.

18                THE COURT:  OKAY.  THANK YOU.  TIME IS NOW 1:52.

19                MR. MCELHINNY:  WE CAN KEEP THE LIGHTS DOWN, YOUR

20        HONOR.  WE HAVE A COUNTER-DESIGNATION FOR DR. BONHURA.

21                THE COURT:  OKAY.  TIME IS 1:53.

22                **(THE VIDEOTAPED DEPOSITION OF THOMAS BONHURA WAS PLAYED IN**

23        **OPEN COURT OFF THE RECORD.)**

24                MR. MCELHINNY:  YOUR HONOR, NAY WE LODGE WITH THE

25        CLERK PLAINTIFF'S EXHIBIT 3005 AS THE DEPOSITION CLIP?
```

```
 1            THE COURT:  THAT'S FINE.

 2            MR. MCELHINNY:  THANK YOU.

 3            THE COURT:  ALL RIGHT.  TIME IS 1:58.

 4            MS. MAROULIS:  SAMSUNG CALLS LARS FRID-NIELSEN TO THE

 5       STAND.

 6            (PAUSE IN PROCEEDINGS.)

 7            THE CLERK:  WOULD YOU RAISE YOUR RIGHT HAND, PLEASE?

 8            (DEFENDANTS' WITNESS, LARD FRID-NIELSEN, SWORN.)

 9            THE WITNESS:  I DO.

10            THE CLERK:  HAVE A SEAT, PLEASE.

11            THE WITNESS:  THANK YOU.

12            THE CLERK:  AND WOULD YOU PULL THE MICROPHONE TOWARDS

13       YOU AND STATE YOUR NAME AND SPELL IT, PLEASE?

14            THE WITNESS:  MY NAME IS LARS FRID-NIELSEN, SPELLED

15       L-A-R-S, F-R-I-D HYPHEN N-I-E-L-S-E-N.

16            THE COURT:  OKAY.  TIME IS 2:00 O'CLOCK.

17         PLEASE GO AHEAD, PLEASE.

18                         DIRECT EXAMINATION

19       BY MS. MAROULIS:

20       Q.  GOOD AFTERNOON, MR. NIELSEN.  HOW ARE YOU?

21       A.  I'M FINE, THANK YOU.

22       Q.  WHERE DO YOU RESIDE, SIR?

23       A.  I LIVE IN COPENHAGEN, DENMARK.

24       Q.  DO YOU UNDERSTAND WHY YOU'RE HERE TODAY ALL THE WAY FROM

25       DENMARK?
```

DIRECT NIELSEN

```
 1    A.   YES, I DO UNDERSTAND.  I'M HERE TO TALK ABOUT THE COMPANY

 2    BORLAND, B-O-R-L-A-N-D INTERNATIONAL, AND ITS SOFTWARE PACKAGE,

 3    SIDEKICK.

 4    Q.   WHAT IS BORLAND INTERNATIONAL?

 5    A.   BORLAND INTERNATIONAL WAS A SOFTWARE, SOFTWARE

 6    MANUFACTURED AND SELLING COMPANY.  THEY MANUFACTURED AND SOLD

 7    SOFTWARE.

 8    Q.   IN THE LATE '80S AND 1990S, WHERE WAS BORLAND

 9    HEADQUARTERED?

10    A.   BORLAND HEADQUARTERS WAS IN SCOTTS VALLEY, CALIFORNIA.

11    Q.   WHEN DID YOU WORK FOR BORLAND?

12    A.   I WORKED FOR BORLAND FROM 1983 THROUGH TO 1993.

13    Q.   WHAT KINDS OF PRODUCTS DID BORLAND CREATE?

14    A.   BORLAND CREATED COMPUTER LANGUAGE PRODUCTS, AS WELL AS

15    OFFICE PRODUCTS AND GENERAL UTILITY SOFTWARE.

16    Q.   WHAT ARE SOME OF THE PRODUCTS THAT YOU PERSONALLY WORKED

17    ON?

18    A.   I WORKED ON A PRODUCT CALLED TURBO PASCAL, OR TURBO

19    PASCAL, BORLAND C++, SIDEKICK, SUPER KEY, AND LIGHTNING.

20    Q.   SIR, DID YOU PROVIDE ANY MATERIALS TO SAMSUNG DURING THIS

21    LITIGATION?

22    A.   YES, I DID.  I HAVE PROVIDED A COPY OF A, A SIDEKICK

23    EXECUTABLE, AS WELL AS THE CORRESPONDING SOURCE CODES AND

24    MANUAL.

25    Q.   AND WHERE DID YOU LOCATE THOSE MATERIALS?
```

1    A.   I LOCATED THOSE MATERIALS AT MY OLD COLLEAGUE AND BORLAND

2    CO-FOUNDER, MR. MOGENS GLAD.

3    Q.   WHAT DID MOGENS GLAD HAVE?  WHAT WERE THE MATERIALS HE

4    GAVE YOU?

5    A.   HE HAD A HARD DRIVE ON WHICH THESE WERE RESIDING, AND THEY

6    WERE RESIDING IN A DIRECTORY LABELED SIDEKICK VERSION 1.56.

7    Q.   COULD YOU PLEASE TURN IN YOUR BINDER IN FRONT OF YOU TO

8    THE TAB CALLED DX 331.

9    A.   YES.

10   Q.   DO YOU RECOGNIZE THE PRINTED DOCUMENTS IN THE TAB 331?

11   A.   LET ME SEE HERE.

12        YES, I DO.

13   Q.   WHAT IS IT?

14   A.   THIS IS THE MAIN SOURCE CODE FILE FOR SIDEKICK.

15   Q.   AND WHAT VERSION OF SIDEKICK IS THIS SOURCE CODE FROM?

16   A.   IT SAYS SOMEWHERE IN HERE THAT IT IS 1.56A.

17        MS. MAROULIS:  YOUR HONOR, I MOVE EXHIBIT DX 331 INTO

18   EVIDENCE.

19        MR. MUELLER:  NO OBJECTION, YOUR HONOR.

20        THE COURT:  IT'S ADMITTED.

21   (DEFENDANTS' EXHIBIT 331 WAS ADMITTED IN EVIDENCE.)

22        THE COURT:  GO AHEAD, PLEASE.

23   BY MS. MAROULIS:

24   Q.   AND DID YOU SAY YOU ALSO GOT EXECUTABLE FILES FROM HIM?

25   A.   YES, I GOT A MATCHING EXECUTABLE FILE FROM HIM, A FILE TO

```
 1     THE SOURCE CODES.

 2     Q.   HOW WERE YOU ABLE TO DETERMINE THAT THAT'S THE RIGHT

 3     MATCHING EXECUTABLE FILE?

 4     A.   THE -- THE EXECUTABLE HAS A VERSION NUMBER, WHICH IS

 5     DISPLAYED WHEN THE PROGRAM STARTS, AND THE SAME VERSION NUMBER

 6     IS ENCODED IN THIS FILE WE'RE LOOKING AT NOW.

 7          SO THE VERSION NUMBER ON THE SOURCE CODE IS COMPILED INTO

 8     THE EXECUTABLE AND, THUS, THOSE TWO MATCHES.  AND THAT'S HOW WE

 9     KNOW THE SOURCE CODE MATCHES THE EXECUTABLE.

10     Q.   THANK YOU.  PLEASE TURN TO EXHIBIT DX 332 IN YOUR BINDER

11     AND LET ME KNOW IF YOU RECOGNIZE IT.

12     A.   UM-HUM.  IT SAYS IT IS THE SIDEKICK EXECUTABLE.

13     Q.   YES.  IS THIS THE EXECUTABLE YOU PROVIDED TO SAMSUNG?

14     A.   I BELIEVE SO.

15          MS. MAROULIS:  YOUR HONOR, I MOVE EXHIBIT DX 332 INTO

16     EVIDENCE.

17          MR. MUELLER:  NO OBJECTION, YOUR HONOR.

18          THE COURT:  IT'S ADMITTED.

19     (DEFENDANTS' EXHIBIT 332 WAS ADMITTED IN EVIDENCE.)

20          THE COURT:  GO AHEAD, PLEASE.

21     BY MS. MAROULIS:

22     Q.   SIR, PLEASE TURN TO EXHIBIT DX 330 IN YOUR BINDER.

23          DO YOU RECOGNIZE THIS DOCUMENT?

24     A.   YES, I DO RECOGNIZE THIS DOCUMENT.  THIS IS THE SIDEKICK

25     MANUAL.
```

DIRECT NIELSEN

1    Q.   HOW DO YOU KNOW IT'S THE SIDEKICK MANUAL?

2    A.   HOW DO I KNOW IT'S THE SIDEKICK MANUAL?  WELL, I READ THE

3    SIDEKICK MANUAL BEFORE, AND IT -- IT HAS THE RIGHT COVER AND IT

4    SEEMS LIKE THAT'S THE RIGHT CONSENT AS WELL.  SO THAT'S HOW I

5    KNOW.

6         MS. MAROULIS:  YOUR HONOR, I MOVE DX 330 INTO

7    EVIDENCE.

8         MR. MUELLER:  NO OBJECTION.

9         THE COURT:  IT'S ADMITTED.

10   (DEFENDANTS' EXHIBIT 330 WAS ADMITTED IN EVIDENCE.)

11        THE COURT:  GO AHEAD, PLEASE.

12   BY MS. MAROULIS:

13   Q.   WHAT VERSION IS THIS A MANUAL FOR SIDEKICK FOR?

14   A.   IF YOU LOOK ON THE FRONT PAGE, IT SAYS HERE IN

15   APPROXIMATELY THE MIDDLE OF THE PAGE, THIS IS VERSION 1.5, AND

16   IT HAS A COPYRIGHT ON THE BOTTOM OF THE PAGE OF 1985, WHICH IS

17   THE RIGHT VERSION AND THE RIGHT COPYRIGHT FOR THIS PRODUCT.

18   Q.   THANK YOU.  CAN YOU BRIEFLY DESCRIBE TO THE JURY WHAT

19   SIDEKICK IS?

20   A.   SIDEKICK IS WHAT'S CALLED A PERSONAL INFORMATION MANAGER.

21   IT WAS ONE OF THE FIRST PRODUCTS IN THIS CATEGORY.  AND IT WAS

22   ALSO, IN ADDITION TO THAT, IT WAS CALLED A TERMINATE AND STAY

23   RESIDENT PROGRAM, FOR SHORT, TSR, WHICH ALLOWED SIDEKICK TO

24   OPERATE IN UNITS IN A LOT OF PROGRAMS.

25   Q.   CAN YOU PLEASE TELL US WHAT A SIDEKICK'S COMPONENT

1    APPLICATION IS?

2    A.   SIDEKICK COMPONENT APPLICATIONS ARE A CALENDAR, AN ASCII

3    TABLE, A CALCULATOR, A DIALER, A NOTEPAD.

4    Q.   DID YOU SAY, SIR, A DIALER?

5    A.   A DIALER, YES.

6    Q.   WAS SIDEKICK SOLD COMMERCIALLY?

7    A.   SIDEKICK WAS SOLD VERY SUCCESSFULLY COMMERCIALLY

8    WORLDWIDE.  I BELIEVE WE WERE ONE OF THE FIRST PRODUCTS THAT

9    SOLD MORE THAN A MILLION COPIES FOR THE IBM P.C.  SO IT WAS A

10   GOOD PRODUCT FOR US AT THAT TIME.

11   Q.   WHEN WAS THE FIRST VERSION OF SIDEKICK, WHEN DID IT COME

12   OUT?

13   A.   IT CAME OUT IN 1984.

14   Q.   AND WHEN WAS VERSION 1.5 RELEASED?

15   A.   IT WAS RELEASED SOME TIME DURING 1985.

16   Q.   YOU SAID IT WAS SOLD WORLDWIDE.  WAS THE UNITED STATES

17   PART OF WORLDWIDE?

18   A.   VERY MUCH SO.  I THINK MOST COMPUTER SOFTWARE AT THE TIME

19   WAS SOLD IN THE UNITED STATES, SO WORLDWIDE WAS UNITED STATES.

20   Q.   WHAT -- WAS SIDEKICK A SUCCESSFUL PROGRAM FOR BORLAND?

21   A.   IT WAS AN EXTREMELY SUCCESSFUL PROGRAM.  WE SOLD MANY

22   COPIES I WOULD SAY.  WE ONE AWARDS FOR IT.  HAVE STILL ON MY

23   DESK TWO P.C. TECH EXCELLENT AWARDS THAT WE WON IN 1986 AND

24   1987.

25        SO, YES, IT WAS WIDELY RECOGNIZED AS A, AS A GOOD PRODUCT,

1    YES.

2    Q.   YOU MENTIONED EARLIER TSR, TERMINATE RESIDENT PROGRAM.

3    CAN YOU EXPLAIN TO THE JURY THAT WHAT MEANS?

4    A.   YES.   TERMINATE AND STAY RESIDENT PROGRAM MEANS AT THE

5    TIME THE PREVAILING OPERATING SYSTEM FOR PERSONAL COMPUTERS

6    WERE ONLY RUN ONE PROGRAM AT A TIME.   SO YOU COULD RUN YOUR

7    SPREADSHEET, BUT IF YOU THEN WANTED TO RUN YOUR NOTEPAD

8    AFTERWARDS, YOU HAD TO LEAVE YOUR SPREADSHEET AND BRING UP YOUR

9    NOTEPAD.

10       SO WHAT SIDEKICK ALLOWED YOU TO DO WAS ACCESS THE FIRST

11   PROGRAM FOR THE SYSTEM WAS TO, WHILE YOU WERE EDITING YOUR

12   PROGRAM, YOU WOULD BRING UP SIDEKICK AS A SECOND PROGRAM.   SO

13   IF YOU WERE WRITING AN ESSAY AND THE PHONE WOULD RING AND YOU

14   WOULD NEED TO JOT A NOTE FOR THE PHONE CALL, YOU COULD BRING UP

15   SIDEKICK WHILE YOU WERE STILL HAVING YOUR EDITOR PROGRAM

16   RUNNING AND MAKE THE NOTE.

17       THIS IS SOMETHING THAT IS TRIVIAL TODAY, BUT IN 1985, IT

18   WAS A VERY NEW VERSION, EVOLUTION OF THE P.C.

19   Q.   CAN YOU GIVE US SOME EXAMPLES OF TYPES OF APPLICATIONS

20   THAT SIDEKICK CAN WORK WITH?

21   A.   YES.   WE DID A HUGE EFFORT TO MAKE IT WORK WITH ALL

22   APPLICATIONS AT THE TIME.   BUT SOME WOULD BE MICROSOFT WORD,

23   DBASE, AND LOTUS 1, 2, 3.

24   Q.   YOU MENTIONED DIALER IS ONE OF THE APPLICATIONS.   CAN YOU

25   TELL US WHAT THAT IS?

1      A.   THAT'S RIGHT.  A DIALER IS A, WAS A PART OF SIDEKICK THAT

2   ALLOWED YOU TO TAKE A PHONE NUMBER OFF THE SCREEN AND DIAL IT

3   THROUGH A TEST MODE.

4      Q.   WHO WROTE THE DIAL APPLICATION?

5      A.   THE DIAL APPLICATION WAS WRITTEN BY BORLAND'S COO AND

6   FOUNDER, MR. NIELS ALEX JENSEN.

7      Q.   DO YOU KNOW HOW LONG IT TOOK HIM?

8      A.   IT TOOK HIM ABOUT TWO WEEKS.

9      Q.   AND HOW DID THAT?

10      A.   AND HE NEVER WROTE A PROGRAM BEFORE.  SO HE WAS A SMART

11   GUY.

12      Q.   DO YOU REMEMBER HOW THE IDEA OF DIALER CAME UP?

13      A.   NIELS ALEX JENSEN AT THE TIME WAS DOING MARKETING FOR

14   ANOTHER VERY SUCCESSFUL BORLAND PRODUCT CALLED TURBO PASCAL,

15   AND HE WAS A VERY INVENTIVE GUY, BUT ALSO A LAZY GUY.  AND HE

16   HAD TO DO ALL THESE CALLS TO BORLAND SUPPLIERS AND SO ON AND SO

17   FORTH, AND HE THOUGHT IT WAS RIDICULOUS, I THINK HIS WORDS

18   WERE, THAT HE COULD BRING PHONE NUMBERS UP ON THE SCREEN, BUT

19   YOU COULDN'T DIAL THEM.

20          SO HE CAME TO US AND SAID, COULD YOU MAKE THIS FEATURE FOR

21   ME?  BUT IN THE END, WE DIDN'T HAVE TIME.  SO HE LEARNED,

22   TAUGHT HIMSELF HOW TO PROGRAM AND PROGRAMMED THIS IN TWO WEEKS.

23      Q.   WHAT KIND OF PHONE NUMBERS DID THE SIDEKICK PROGRAM

24   DETECT?

25      A.   IT COULD -- IN PRINCIPLE, IT COULD DETECT ANY KIND OF

```
1       PHONE NUMBER.  IT WAS -- BY WHEN IT WAS SOLD TO CUSTOMERS, IT

2       WAS SET UP TO DIAL AND RECOGNIZE AMERICAN PHONE NUMBERS.

3            BUT IN THE, IN THE EXECUTABLE, YOU WERE ABLE TO MODIFY

4       THE, THE CHARACTERS USED TO RECOGNIZE A PHONE NUMBER.  SO IT

5       COULD DIAL, RECOGNIZE AND DIAL PHONE NUMBERS OF ANY TELEPHONE

6       INTERNATIONALLY.

7       Q.   SIR, ARE YOU COMPENSATED FOR YOUR TIME ON THIS MATTER?

8       A.   I HAVE BEEN PAID HOURLY FOR THE TIME THAT I'VE USED TO

9       INVESTIGATE THIS, AND THAT HAS BEEN MY NORMAL CONSULTING RATE.

10      SINCE I AM UNABLE TO DO MY REGULAR WORK WHILE WE'RE DOING THIS,

11      I HAVE BEEN PAID MY CONSULTANT RATE.

12      Q.   AND, SIR, DO YOU HAVE A COMPUTER SCIENCE DEGREE?

13      A.   I DON'T HAVE A COMPUTER SCIENCE DEGREE.  I WAS -- I

14      STARTED WRITING SOFTWARE BEFORE THERE WERE A COMPUTER SCIENCE

15      DEGREE IN MY COUNTRY.

16      Q.   IN DENMARK?

17      A.   YES, EXACTLY.

18           MS. MAROULIS:  THANK YOU, SIR.  NO FURTHER QUESTIONS.

19           THE COURT:  OKAY.  TIME IS NOW 2:11.  I WANT TO GO

20      UNTIL 2:15 AND THEN WE'LL TAKE OUR BREAK.

21           MR. MUELLER:  THANK YOU, YOUR HONOR.  MAY I PROCEED?

22           THE COURT:  GO AHEAD.  TIME IS 2:11.

23                          CROSS-EXAMINATION

24      BY MR. MUELLER:

25      Q.   GOOD AFTERNOON.  MY NAME IS JOE MUELLER.  I'M GOING TO ASK
```

```
 1        YOU A FEW QUESTIONS.

 2        A.   SURE.

 3        Q.   LET'S WAIT FOR THE BINDER TO COME UP TO YOU.  LET'S BE

 4        CLEAR WHY YOU ARE HERE TODAY.  YOU DID NOT SAY A WORD IN DIRECT

 5        EXAMINATION ABOUT APPLE'S '647 DATA DETECTORS PATENT; CORRECT?

 6        A.   THAT'S CORRECT.

 7        Q.   YOU DID NOT TESTIFY ABOUT WHETHER SAMSUNG INFRINGES THE

 8        '647 PATENT; CORRECT?

 9        A.   THAT'S CORRECT.

10        Q.   YOU DID NOT TESTIFY THAT THE UNITED STATES PATENT OFFICE

11        MADE A MISTAKE IN ISSUING THAT PATENT; CORRECT?

12        A.   THAT'S CORRECT.

13        Q.   NOW, IN FACT, YOU ARE A NAMED INVENTOR ON SEVERAL

14        UNITED STATES PATENTS, CORRECT, SIR?

15        A.   THAT'S CORRECT.

16        Q.   AND THE PATENT OFFICE DID THE RIGHT THING, AS FAR AS

17        YOU'RE CONCERNED, IN ISSUING THOSE PATENTS; RIGHT?

18        A.   YES.

19        Q.   IN YOUR EXPERIENCE, THE PATENT OFFICE GAVE CAREFUL

20        CONSIDERATION TO YOUR PATENT APPLICATIONS; CORRECT?

21             MS. MAROULIS:  OBJECTION.  BEYOND THE SCOPE,

22        SPECULATION.

23             THE COURT:  OVERRULED.

24        GO AHEAD, PLEASE.  YOU MAY ANSWER.

25             THE WITNESS:  I -- I ASSUMED THAT, THAT -- THAT'S
```

1    CORRECT.

2    BY MR. MUELLER:

3    Q.   NOW, YOU TESTIFIED TO THE JURY ABOUT AN OLDER PRODUCT

4    CALLED THE BORLAND SIDEKICK SOFTWARE SCREEN; CORRECT?

5    A.   THAT'S CORRECT.

6    Q.   AND YOU MENTIONED SEVERAL FEATURES WITHIN THAT PRODUCT,

7    INCLUDING CALENDAR, NOTEBOOK, ASCII, AND DIALER; CORRECT?

8    A.   THAT'S CORRECT.

9    Q.   AND THEN YOU DISCUSSED WITH MS. MAROULIS THE DIALER

10   FUNCTIONALITY THAT ALLOWED YOU TO DETECT PHONE NUMBERS; RIGHT?

11   A.   THAT'S CORRECT.

12   Q.   NOW, LETS BE VERY CLEAR FOR THE LADIES AND GENTLEMEN OF

13   THE JURY, THE OTHER COMPONENTS IN SIDEKICK HAD NOTHING TO DO

14   WITH DETECTING DATA; CORRECT?

15   A.   THAT'S CORRECT.

16   Q.   ONLY DIALER; CORRECT?

17   A.   THAT'S CORRECT.

18   Q.   AND THE DIALER FEATURE IDENTIFIED ONE TYPE OF DATA, PHONE

19   NUMBERS; CORRECT?

20   A.   THAT'S CORRECT.

21   Q.   IT COULD NOT DETECT OTHER TYPES OF DATA, LIKE POSTAL

22   ADDRESSES; CORRECT?

23   A.   THAT'S CORRECT.

24   Q.   NOR CALENDAR DATES; CORRECT?

25   A.   THAT'S CORRECT.

CROSS NIELSEN

```
1    Q.   NOR WEBSITE ADDRESSES?

2    A.   THAT'S CORRECT, BUT THERE WERE NO WEBSITES AT THE TIME, SO

3    IT SEEMS KIND OF -- IT WAS SUPERFLUOUS.

4    Q.   THERE WERE NONE AT THE TIME, RIGHT?

5    A.   THERE WERE NO WEBSITES.  I MEAN, THE INTERNET WAS NOT

6    AROUND AT THE TIME.

7    Q.   RIGHT.  IT WAS AN OLDER PRODUCT ABOUT 25 YEARS AGO;

8    CORRECT?

9    A.   THAT'S RIGHT.

10   Q.   DIDN'T IDENTIFY THOSE TYPES OF DATA; RIGHT?

11   A.   THAT'S CORRECT.

12   Q.   NOR FEDEX TRACKING NUMBERS; CORRECT?

13   A.   THAT'S CORRECT.

14   Q.   ONLY TYPE WAS PHONE NUMBERS; CORRECT?

15   A.   THAT'S CORRECT.

16   Q.   AND THERE WAS ONE OPTION THE DIALER AFFORDED USERS AND

17   THAT WAS TO DIAL THE NUMBER; CORRECT?

18   A.   THAT'S CORRECT.

19   Q.   AND THE WAY TO DO THAT WAS THE ENTER OR SPACE KEY, BY

20   PRESSING THAT; CORRECT?

21   A.   THAT'S CORRECT.

22   Q.   NO NEED FOR A POP-UP MENU; CORRECT?

23   A.   WE DID THINK ABOUT PUTTING IN A POP-UP MENU AT THE TIME,

24   BUT THE THING IS THAT IT WAS NOT A GRAPHIC USER INTERFACE, SO

25   THE RESOLUTION ON THE SCREEN IS VERY LIMITED.
```

CROSS NIELSEN

```
1            SO IF YOU WERE USING A POP-UP TO FRAME THE PHONE NUMBER,

2    YOU WOULD INDEED BE TAKING IT OFF THE SCREEN.  SO WE MADE

3    THIS -- I MEAN, WE TRIED -- WE USED POP-UPS, BUT WE DECIDED NOT

4    TO USE A POP-UP IN ORDER TO PRESERVE SCREEN INTEGRITY.

5    Q.   IN THE FINAL PRODUCT, NOT USED?

6    A.   CORRECT.

7    Q.   DIALER IDENTIFIED ONE TYPE OF DATA, PHONE NUMBERS?

8    A.   CORRECT.

9    Q.   ONE OPTION, DIALING IT?

10   A.   THAT'S CORRECT.

11           MR. MUELLER:  THANK YOU, SIR.  NO FURTHER QUESTIONS.

12           THE COURT:  ALREADY.  THE TIME IS 2:15.

13           MS. MAROULIS:  NO REDIRECT, YOUR HONOR.

14           THE COURT:  ALL RIGHT.

15           THE WITNESS:  OH --

16           MS. MAROULIS:  THE WITNESS IS EXCUSED.

17           MR. MUELLER:  NOT SUBJECT TO RECALL, YOUR HONOR.

18           MS. MAROULIS:  NOT SUBJECT TO RECALL.

19           THE COURT:  ALL RIGHT.  YOU ARE EXCUSED.

20           THE WITNESS:  OH.  THANK YOU.

21       ALL RIGHT.  LET'S GO AHEAD AND TAKE OUR BREAK NOW.  LET'S

22   TAKE A TEN MINUTE BREAK, AND WE'LL TAKE ANOTHER BREAK AT AROUND

23   3:30.  ALL RIGHT.  THANK YOU.

24           PLEASE DON'T RESEARCH OR DISCUSS THE CASE.

25           (JURY OUT AT 2:15 P.M.)
```

```
 1              THE COURT:  WE'RE ALL TAKING OUR BREAK.

 2              MR. MCELHINNY:  OKAY.

 3              THE COURT:  THANK YOU.

 4          (RECESS FROM 2:16 P.M. UNTIL 2:27 P.M.)

 5          (JURY IN AT 2:28 P.M.)

 6              THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

 7      SEAT.

 8          PLEASE CALL YOUR NEXT WITNESS.

 9              MR. QUINN:  YOUR HONOR, SAMSUNG CALLS YOUNGMI KIM,

10      WHO WILL BE TESTIFYING THROUGH AN INTERPRETER.

11              THE CLERK:  WOULD YOU RAISE YOUR RIGHT HAND, PLEASE.

12          (DEFENDANTS' WITNESS, YOUNGMI KIM, SWORN.)

13              THE WITNESS:  YES, I DO.

14              THE CLERK:  THANK YOU.  WOULD YOU TELL US YOUR NAME,

15      PLEASE, AND SPELL IT?

16              THE WITNESS:  MY NAME IS YOUNGMI KIM, Y-O-U-N-G-M-I,

17      K-I-M.

18              THE CLERK:  THANK YOU.

19              THE COURT:  ALL RIGHT.  THE TIME IS NOW 2:29.

20          GO AHEAD, PLEASE.

21                        DIRECT EXAMINATION

22      BY MR. QUINN:

23      Q.  GOOD AFTERNOON, MS. KIM.

24          WOULD YOU PLEASE TELL US BY WHOM YOU'RE EMPLOYED?

25      A.  I WORK AT SAMSUNG ELECTRONICS.
```

DIRECT KIM

1    Q.    AND WHERE IS -- PHYSICALLY WHERE IS YOUR PLACE OF WORK?

2    IN WHAT CITY AND COUNTRY?

3    A.    I WORK AT SEOCHO IN SEOUL, KOREA.

4    Q.    WHAT POSITION DO YOU HOLD THERE?

5    A.    I AM ONE OF THE SENIOR U/I DESIGNERS WORKING IN THE U.S.

6    STRATEGY TEAM WITHIN THE DESIGN TEAM AT SAMSUNG.

7    Q.    CAN YOU DESCRIBE WHAT KINDS OF THINGS THAT YOU DESIGN AS

8    PART OF THE U/I, WHICH I ASSUME MEANS USER EXPERIENCE?

9    A.    ACTUALLY, I WORK ON SEVERAL CATEGORIES, SO THERE WOULD BE

10   SOME CATEGORIES, INCLUDING THE APPLICATION U/I.  THAT WOULD

11   INCLUDE THE FIRST SCREEN AND BLUETOOTH AND DESK APPLICATIONS,

12   DESK CLOCK AS WELL.

13          AND I ALSO WORK WITH CARRIERS IN TERMS OF U/I RELATED

14   DISCUSSIONS AND I ALSO WORK ON ISSUES RELATED TO MODELS.

15   Q.    YOU SAID -- YOU REFERRED TO THE FIRST SCREEN.  IS THAT

16   SOMETIMES REFERRED TO AS THE UNLOCK SCREEN?

17   A.    YES, THAT IS CORRECT.

18   Q.    FOR HOW LONG HAVE YOU WORKED FOR SAMSUNG?

19   A.    THIS IS MY ELEVENTH YEAR.

20   Q.    AND COULD YOU PLEASE DESCRIBE YOUR FACILITY WITH THE

21   ENGLISH LANGUAGE?

22   A.    I CAN EXCHANGE GREETINGS AND ENGAGE IN BASIC

23   CONVERSATIONS, BUT I DON'T THINK -- IT WOULD BE HARD FOR ME TO

24   ENGAGE IN WORK WITH PROFICIENCY IN ENGLISH.

25   Q.    IN DOING THE DESIGN WORK THAT YOU HAVE FOR USER INTERFACES

1    AND FOR FIRST SCREENS OR UNLOCK SCREENS AND OTHER SCREENS, HAVE

2    YOU OR MEMBERS OF YOUR TEAM EVER COPIED APPLE'S SLIDE TO UNLOCK

3    DESIGN?

4    A.   ABSOLUTELY NOT.

5    Q.   FROM YOUR STANDPOINT, WOULD IT EVER -- WOULD IT MAKE SENSE

6    TO TRY TO ACCOMPLISH WHAT YOU'RE TRYING TO ACCOMPLISH IN

7    DESIGNING THE SCREENS, WOULD IT MAKE SENSE TO COPY APPLE?

8    A.   NO, BECAUSE WE CONTINUOUSLY WORK ON DEVELOPING NEW

9    PRODUCTS AND WE TRY TO COME UP WITH VARIOUS IDEAS AND WE TRY

10   OUR BEST TO DIFFERENTIATE OUR PRODUCTS FROM OTHER PRODUCTS.

11        SO IF WE WERE TO WORK ON THE SAME THING AS APPLE'S, THAT

12   WOULD NOT GIVE US AN ADVANTAGE IN TERMS OF DIFFERENTIATING OUR

13   PRODUCTS AS COMPARED TO THEIR PRODUCTS, SO IT WOULD NOT MAKE

14   ANY SENSE.

15   Q.   DID YOU STUDY DESIGN BEFORE GOING TO WORK FOR SAMSUNG?

16   A.   YES, I GRADUATED FROM KOREA ADVANCED INSTITUTE OF SCIENCE

17   AND TECHNOLOGY, IT WAS REFERRED TO AS KAIST, AND MY MAJOR THERE

18   WAS INDUSTRIAL DESIGN.  SO I RECEIVED MY MASTER'S DEGREE IN

19   ENGINEERING IN INDUSTRIAL DESIGN FROM THERE.

20        AND WHAT I DID THERE WAS I WORKED AT THE DESIGN CONTENTS

21   LAB, WHAT IS CALLED THE DESIGN CONTENTS LAB, DIGITAL CONTENTS

22   LAB THAT IS, AND I WORKED ON SOFTWARE INTERACTIONS.

23        AND USING THE SOFTWARE INTERACTIONS, I WORKED ON THE

24   CONTROL MECHANISM USING MOTION GESTURES AND WHATNOT.

25   Q.   THIS INSTITUTION THAT YOU REFERRED TO AS KAIST WHERE YOU

1    GOT YOUR MASTER'S DEGREE, CAN YOU TELL US WHERE THAT RANKS IN

2    TERMS OF THE RANKINGS OF INSTITUTIONS OF HIGHER EDUCATION IN

3    KOREA?

4    A.   I THINK I WOULD BE ONE OF THOSE TOP THREE, ALMOST AT THE

5    TOP ACTUALLY, AS OFTEN IT IS REFERRED TO AS THE TOP UNIVERSITY.

6    Q.   OKAY.  IF WE COULD PUT UP ON THE SCREEN, PLEASE, A

7    DEMONSTRATIVE, SDX 2471.  SDX 2471.

8         AND DO YOU RECOGNIZE THESE FIRST PAGE SCREENS ON THIS

9    EXHIBIT?

10   A.   YES, I DO.

11   Q.   AND GENERALLY WHAT ARE WE LOOKING AT HERE?

12   A.   WE'RE LOOKING AT FIRST PAGE SCREENS HERE, ALL OF THEM THAT

13   ARE SHOWING.

14   Q.   FOR HOW LONG HAVE YOU BEEN INVOLVED IN DESIGNING FIRST

15   PAGE SCREENS WHILE YOU'VE BEEN AT SAMSUNG?

16   A.   SO STARTING FROM 2004 WHEN I JOINED THE COMPANY, STARTING

17   FROM THE FEATURE PHONES THAT I WORKED ON, ALL THE WAY UP TO

18   2012.

19   Q.   WERE YOU IN CHARGE OF DESIGNING THE FIRST PAGE SCREENS

20   THAT WE SEE ON THIS EXHIBIT THAT WE SEE BEFORE US NOW?

21   A.   FOR THE TOP FIRST PAGE SCREENS, YES, BECAUSE THOSE ARE OUR

22   MODELS AT SAMSUNG, THOSE ARE SAMSUNG MODELS.

23        BUT AT THE BOTTOM, THESE ARE GOOGLE'S ANDROID OS, SO I DID

24   NOT WORK ON THESE ON THE BOTTOM.

25   Q.   SO DO I UNDERSTAND CORRECTLY THAT THE TOP ROW ARE SAMSUNG

```
 1    DESIGNS THAT YOU WERE INVOLVED, YOU AND YOUR TEAM WERE INVOLVED

 2    IN DESIGNING?

 3    A.   YES, THAT'S RIGHT, THE TOP ROW ONLY.

 4    Q.   AND DID YOU SAY THE BOTTOM ROW ARE GOOGLE DESIGNS THAT YOU

 5    WERE NOT INVOLVED IN DESIGNING?

 6    A.   YES, THAT IS CORRECT.

 7    Q.   ALL RIGHT.  DURING THE TIME THAT YOU WERE DESIGNING THESE

 8    FIRST PAGE SCREENS, ABOUT HOW MANY PEOPLE WORKED UNDER YOU IN

 9    THE DESIGN GROUP THAT YOU WERE INVOLVED IN?

10    A.   WE HAD ABOUT TEN PEOPLE IN OUR GROUP.

11    Q.   AND WHAT WAS THE NAME OF YOUR GROUP, THE TEAM THAT WORKED

12    WITH YOU ON THESE, ON THESE DESIGNS?

13    A.   SO THE TEAM WAS REFERRED TO AS ANDROID UX UNIT WITHIN THE

14    UX GROUP.

15    Q.   AND THEN STARTING WITH THE FIRST SCREEN IN THE UPPER LEFT,

16    COULD YOU GO ACROSS THAT TOP ROW AND TELL US WHAT THE NAMES

17    WERE THAT WERE USED AT SAMSUNG FOR THESE FOUR DIFFERENT SAMSUNG

18    DESIGN SCREENS?

19    A.   THE LEFT-MOST ONE IS REFERRED TO AS PUZZLE LOCK; AND THE

20    NEXT ONE IS GLASS LOCK; AND THE NEXT ONE IS CIRCLE LOCK; AND

21    THE LAST ONE IS RIPPLE LOCK.

22    Q.   AND THEN ON THE SECOND ROW, THE GOOGLE DESIGN SCREENS, CAN

23    YOU TELL US WHAT NAMES WERE USED TO REFER TO THOSE GOOGLE

24    DESIGN FIRST PAGE SCREENS?

25    A.   THE LEFT-MOST ONE IS REFERRED TO AS RIBBON, AND THIS IS
```

```
 1      THE GOOGLE'S FIRST SCREEN; AND THE REMAINING TWO ARE REFERRED

 2      AS NEXUS, AND THESE ARE TWO VERSIONS OF NEXUS.

 3      Q.   WHY DOES SAMSUNG HAVE MULTIPLE DESIGNS FOR FIRST PAGE

 4      SCREENS?

 5      A.   THE REASON WHY WE DO THAT IS BECAUSE THIS IS ACTUALLY A

 6      METHOD TO COMMUNICATE WITH OUR CUSTOMERS, AND IF WE WERE TO USE

 7      THE SAME DESIGN OVER AND OVER AGAIN, OF COURSE THE CONSUMERS,

 8      THE CUSTOMERS WOULD NOT BE ABLE TO RECOGNIZE THIS BEING AS NEW.

 9          SO WHEN WE COME UP WITH A NEW PRODUCT, WE LIKE TO

10      DIFFERENTIATE IT, WHICH IS THE REASON THAT WE CONTINUOUSLY WORK

11      ON NEW DESIGNS IN TERMS OF THE FIRST PAGE.

12      Q.   WHAT GENERALLY ARE THE STEPS THAT YOU AND YOUR TEAM TAKE

13      IN ARRIVING AT A NEW DESIGN FOR A SCREEN?

14      A.   WELL, FOR US IT IS EXTREMELY IMPORTANT FOR US TO

15      UNDERSTAND THE MARKET, SO WHAT WE USE IN THAT REGARD IS WHAT IS

16      GENERALLY REFERRED TO AS MARKET TREND RESEARCH.

17          SO WE LOOK AT NOT ONLY THE PHONE INDUSTRY, BUT WE ALSO

18      LOOK AT MANY OTHER DIFFERENT SECTORS OF INDUSTRY, SUCH AS

19      AUTOMOBILE, FURNITURE, FASHION, AND OTHER VARIOUS INDUSTRIES.

20          AND WHAT WE LOOK AT, FOR EXAMPLE, IS THAT -- IS WHETHER

21      THE TREND, THE GENERAL TREND THESE DAYS IS CURVATURE OR WHETHER

22      THE PEOPLE PREFER STRAIGHT LINES.

23          WE ALSO LOOK AT COLOR.  WE ALSO LOOK AT MATERIALS.

24          THESE THINGS WOULD BE SOME OF THE THINGS THAT WE FIRST

25      LOOK AT.
```

```
 1              AND NOT ONLY OUR DESIGN TEAM, WHICH IS PART OF THE

 2     TELECOMMUNICATIONS BUSINESS DIVISION WITHIN SAMSUNG, BUT THE

 3     OTHER BUSINESS GROUPS ALSO HAVE THEIR OWN DESIGN TEAMS, SUCH AS

 4     TV BUSINESS DIVISION, AS WELL AS CONSUMER ELECTRONICS BUSINESS

 5     DIVISIONS AND WHATNOT.

 6              SO WE WOULD SHARE THIS TYPE OF VARIOUS INFORMATION WITH

 7     THE OTHER DESIGN TEAMS AS WELL IN THE -- FROM THE OTHER

 8     BUSINESS UNITS, AND WE WOULD HAVE DISCUSSIONS AND MEETINGS WITH

 9     THEM.

10              AND BASED ON THAT, WE HAVE SOMETHING CALLED IDEA MEETINGS,

11     OR BRAINSTORMING MEETINGS WITH THOSE OTHER PEOPLE AS WELL.

12     Q.   ALL RIGHT.  DO YOU ALSO LOOK AT WHAT DESIGNS ARE BEING

13     USED BY OTHER MOBILE PHONE COMPANIES?

14     A.   YES, ACTUALLY.

15     Q.   AND WHY DO YOU LOOK AT WHAT OTHER COMPANIES ARE DOING AS

16     WELL?

17     A.   THE REASON WHY WE LOOK AT OTHER COMPANIES' PRODUCTS IS

18     BECAUSE IN LIGHT OF THE EFFORTS THAT WE'RE MAKING TO

19     CONTINUOUSLY DEVELOP PRODUCTS THAT CAN BE DIFFERENTIATED IN THE

20     MARKET, IF WE DO NOT KNOW WHAT THE TRENDS ARE AND WHAT OTHER

21     PRODUCTS ARE IN TERMS OF THE MARKET, THEN IT WOULD BE DIFFICULT

22     FOR US TO FIND THOSE DESIGN ELEMENTS THAT WOULD DIFFERENTIATE

23     OUR PRODUCTS.

24     Q.   ALL RIGHT.  AFTER YOU COLLECT ALL THIS VARIOUS INFORMATION

25     FROM DIFFERENT SOURCES ABOUT WHAT TYPES OF DESIGNS ARE BEING
```

1    USED, WHAT IS THE PROCESS BY WHICH YOU NARROW THOSE DOWN TO

2    MAKE A CHOICE FOR A FIRST PAGE SCREEN?

3    A.    SO I TOLD YOU THAT WE WORKED ON, WE ACTUALLY LOOK AT THE

4    DESIGN TRENDS THAT ARE PROMINENT, AND ALSO THE MARKET RESEARCH,

5    MARKET TREND RESEARCH THAT I MENTIONED EARLIER.  SO WE LOOK AT

6    ALL THE VARIOUS INFORMATION AND WE TRY TO COME UP WITH SOME KEY

7    WORDS THAT WOULD DEFINE THESE TRENDS.

8         AND WE ALSO SET OUR DESIGN GOAL AND WHEN WE LOOK AT THOSE

9    TRENDS AND WE PAY ATTENTION TO THOSE KEY WORDS, WE WOULD SELECT

10   THE MOST APPROPRIATE SO THAT WE CAN NARROW DOWN THE PROCESS.

11   Q.    ALL RIGHT.  LET'S LOOK AT THESE PARTICULAR SAMSUNG DESIGNS

12   IN THE TOP ROW, STARTING WITH THE ONE ON THE LEFT, WHICH HAS

13   BEEN REFERRED TO AS THE PUZZLE DESIGN.

14        CAN YOU TELL US HOW YOU CAME UP WITH THE IDEA FOR THE

15   PUZZLE DESIGN?

16   A.    SO AT THE TIME, BASED ON THE RESULTS OF OUR MARKET TREND

17   RESEARCH, THE KEY WORDS THAT WERE SELECTED THAT WOULD BE IN

18   LINE WITH OUR DESIGN GOALS WOULD BE FUN, INTERACTIVE, AND

19   COLORFUL.

20        AND THIS IS THE DESIGN -- THE PUZZLE DESIGN WAS THE ONE

21   THAT WAS CHOSEN THAT WOULD BE MOST APPROPRIATE IN TERMS OF OUR

22   DESIGN GOALS.

23   Q.    ALL RIGHT.  AND WHEN WAS IT THAT YOUR TEAM CAME UP WITH

24   THIS PUZZLE DESIGN?

25   A.    THAT WOULD BE AROUND 2008 OR 2009 TIMEFRAME.

1      Q.   LET'S LOOK AT THE SECOND ONE NOW, WHICH YOU DESCRIBED AS

2      THE GLASS UNLOCK.

3           CAN YOU DESCRIBE THIS, HOW YOU CAME UP WITH THE IDEA FOR

4      THE GLASS UNLOCK SCREEN?

5      A.   SO THIS ACTUALLY WOULD BE SOMETHING THAT WOULD PAIR UP

6      WITH THE PUZZLE LOCK, SO IF THERE IS NO MISSED EVENT, THE GLASS

7      LOCK WOULD APPEAR.

8           AND IF THERE IS A MISSED EVENT, THERE WOULD BE THE PUZZLE

9      LOCK THAT WOULD APPEAR.

10          AND THIS SCREEN THAT WE'RE LOOKING AT IS ACTUALLY

11     BASICALLY A SCREEN THAT A USER WOULD LOOK AT ALL THE TIME, SO

12     AS OPPOSED TO THE WALLPAPER, WHICH WOULD REMAIN COLORFUL, WHEN

13     IT COMES TO THIS PARTICULAR SCREEN, WE KIND OF TONED DOWN THE

14     FUN ELEMENT AND THE INTERACTIVE ELEMENT.

15     Q.   WHEN DID SAMSUNG FIRST USE -- SORRY.

16          (DISCUSSION OFF THE RECORD BETWEEN INTERPRETERS.)

17            THE WITNESS:  SO WE CAN MAKE IT NEUTRAL.

18     BY MR. QUINN:

19     Q.   WHEN DID SAMSUNG FIRST USE THIS GLASS UNLOCK SCREEN?

20     A.   LIKEWISE, THIS WAS USED SOMETIME AROUND 2008 AND 2009.

21     Q.   OKAY.  THE THIRD ONE, THE CIRCLE UNLOCK, COULD YOU

22     DESCRIBE GENERALLY FOR THE JURY HOW YOU AND YOUR TEAM CAME UP

23     WITH THE DESIGN FOR THE CIRCLE UNLOCK SCREEN?

24     A.   SO AT THIS TIME IF I WERE TO TALK ABOUT THE MARKET TREND

25     OR THE DESIGN TREND AT THE TIME, IT WAS ACTUALLY GOING FROM A

1     SQUARE TYPE OF DESIGN TO THAT OF A CURVATURE, SO THAT OF A

2     CIRCLE.

3         IN ADDITION, AT THE TIME THERE WAS THE GOOGLE ANDROID OS

4     VERSION, WHICH WAS REFERRED TO AS ICE CREAM SANDWICH VERSION,

5     AND THAT ANDROID OS USED A CIRCULAR SHAPE.

6         SO WE WANTED TO SHOW THAT WE ARE USING THE MOST UPDATED

7     ANDROID OS IN OUR PHONES, WHICH WAS THE REASON THAT WE CHOSE

8     THIS DESIGN.

9     Q.   AND DO YOU KNOW WHETHER OR NOT THIS, THE CIRCLE UNLOCK

10    SCREEN IS ACCUSED BY APPLE IN THIS CASE?

11    A.   WHAT I'VE BEEN TOLD, IT IS NOT ACCUSED.

12    Q.   HOW LONG DID IT TAKE TO IMPLEMENT THE CIRCLE UNLOCK DESIGN

13    FROM BEGINNING CONCEPTION TO THE TIME THAT THE DESIGN WAS

14    ACTUALLY FINISHED AND THE CODE WAS WRITTEN?

15    A.   SO INCLUDING THE U/I INTERFACE AND THE GUI AND THE CODING,

16    IT TOOK ABOUT A MONTH.

17    Q.   WHEN WAS IT THAT YOU DESIGNED A CIRCLE UNLOCK SCREEN?

18    A.   THIS WAS SOME TIME IN 2011.

19    Q.   DURING THE PERIOD FROM 2008 TO 2012, DID YOU EVER MODIFY

20    THE UNLOCKING DESIGN ON THE FIRST SCREEN IN RESPONSE TO A

21    REQUEST FROM A CARRIER?

22    A.   NO, THERE WASN'T ANY OCCASION AT ALL LIKE THAT.

23    Q.   ALL RIGHT.  IF THAT HAD HAPPENED DURING THAT TIME PERIOD,

24    IS THAT SOMETHING THAT YOU, AS THE LEADER OF THE FIRST SCREEN

25    DESIGN GROUP, WOULD HAVE KNOWN ABOUT?

1    A.   IF THERE WAS SUCH AN ISSUE, NOT ONLY I WOULD WORK ON THE

2    DESIGNS, BUT ALSO I WORKED ON THE BASE MODELS AS WELL.  SO I

3    WOULD HAVE KNOWN ABOUT THAT FOR SURE.

4    Q.   ALL RIGHT.  THEN FINALLY, THE LAST ONE, THE RIPPLE DESIGN,

5    CAN YOU TELL US WHERE YOU CAME UP WITH, YOU AND YOUR TEAM CAME

6    UP WITH THE RIPPLE UNLOCK DESIGN?

7    A.   THAT WOULD BE AROUND 2012, FROM 2012 TO 2013.

8         AND TO TALK ABOUT THE PURPOSE OF THIS DESIGN, BACK AT THE

9    TIME THE DESIGN TREND AND THE MARKET TREND RESEARCH RESULTS

10   SHOWED THAT ACTUALLY WE WANTED TO GET CLOSER TO NATURE AND

11   NATURE FRIENDLY WAS THE DESIGN TREND, SO OUR PURPOSE WAS TO

12   COME CLOSER TO NATURE.

13   Q.   WITH THE -- HOW DID THAT COME CLOSER TO NATURE WITH THIS

14   DESIGN?

15   A.   ACTUALLY, IF YOU LOOK AT IT, IF YOU JUST LOOK AT IT, YOU

16   CAN SEE AN EFFECT.

17        BUT WHEN YOU PLACE YOUR FINGER AND YOU WOULD MOVE YOUR

18   FINGER IN ANY DIRECTION, IT WOULD SHOW THE RIPPLE EFFECT AND WE

19   THOUGHT THAT THIS WOULD BE THE CLOSEST DESIGN THAT WE CAN

20   CHOOSE THAT WOULD BE THE CLOSEST TO NATURE, WHICH IS THE REASON

21   THAT IT WAS CHOSEN.

22   Q.   HOW LONG DID IT TAKE TO IMPLEMENT THE RIPPLE DESIGN FROM

23   THE TIME THAT YOU CAME UP WITH THE DESIGN TO ACTUALLY WHEN THE

24   CODE WAS WRITTEN?

25   A.   SO INCLUDING THE U/I AND GUI PORTIONS AND THE CODING AS

1    WELL, IT TOOK A LITTLE OVER A MONTH, ABOUT 280 HOURS.

2    Q.   AND WHEN DID YOUR TEAM COME UP WITH THIS DESIGN, WHAT

3    YEAR?

4    A.   THAT WAS IN 2012.

5    Q.   AND WHAT -- ON WHAT DEVICES WAS THE RIPPLE DESIGN USED?

6    A.   THIS WAS USED FOR THE GALAXY S III AND ITS DERIVATIVES.

7    Q.   LET'S TURN NOW TO TALKING ABOUT THE GOOGLE UNLOCK DESIGNS.

8    A.   YES.

9    Q.   WHAT IS THE DESIGN PROCESS AT SAMSUNG WHEN THE DECISION IS

10   MADE TO USE GOOGLE DESIGNS FOR THE FIRST PAGE SCREENS?

11   A.   WHEN WE USE THE GOOGLE DESIGN, THERE ARE -- ACTUALLY A

12   LARGE SPEAKING, THERE WOULD BE THREE LARGE CATEGORIES.  ONE OF

13   THEM WOULD BE GOOGLE EXPERIENCE DEVICES, AND WHAT THIS MEANS IS

14   THAT GOOGLE WOULD BE RESPONSIBLE FOR ALL ASPECTS RELATING TO

15   SOFTWARE.

16       SO WHAT WE WOULD DO IN THAT REGARD WOULD JUST PORT THE

17   SOFTWARE TO THE HARDWARE ONLY.  SO IN OTHER WORDS, WE WOULD NOT

18   HAVE ANY, ANY AUTHORITY AT ALL AS TO THE SOFTWARE.

19       AND THE SECOND CATEGORY WOULD BE WHEN WE WOULD BE USING

20   WHAT'S CALLED STOCK ANDROID OS, WHICH MEANS THAT WE WOULD USE

21   THE GOOGLE ANDROID OS AS IS WITHOUT ANY MODIFICATION.

22       AND A THIRD CATEGORY WOULD BE WHERE WE WOULD WORK ON SOME

23   ASPECT OF THE DESIGN USING THE GOOGLE DESIGN AS THE BASIS SO

24   THAT WE CAN SHOW PEOPLE THAT WE ARE USING THE MOST UPDATED

25   GOOGLE OPERATING SYSTEM.

1    Q.   HAVE YOU PERSONALLY EVER HAD ANY CONVERSATIONS WITH ANYONE

2    AT GOOGLE ABOUT THE UNLOCK SCREENS?

3    A.   NO, I HAVEN'T.

4    Q.   HAVE YOU EVER SEEN ANY WRITTEN COMPARISON OF SAMSUNG

5    UNLOCK SCREEN DESIGNS TO APPLE UNLOCK SCREEN DESIGNS?

6    A.   YES, I HAVE.

7    Q.   LET'S TAKE A LOOK AT ONE OF THOSE, EXHIBIT 121.

8         THIS IS IN EVIDENCE, YOUR HONOR.

9         IF WE COULD PUT THE FIRST PAGE UP ON THE SCREEN.  THIS IS

10   ENTITLED "VICTORY, USABILITY EVALUATION RESULTS," MAY 31, 2010,

11   "S/W VERIFICATION GROUP."

12        DO YOU SEE THAT?

13   A.   YES, I DO.

14   Q.   S/W REFERS TO SOFTWARE.  IS THAT HOW YOU WOULD UNDERSTAND

15   THIS?

16   A.   YES, THAT'S CORRECT.

17   Q.   WHAT IS THE SOFTWARE VERIFICATION GROUP?

18   A.   ACTUALLY, AS THE TERM SUGGESTS, WHAT THIS GROUP DOES IS

19   THAT WHEN A SOFTWARE IS DEVELOPED TO SOME DEGREE, THEN BEFORE

20   IT'S RELEASED, THIS IS THE GROUP OF -- TO SEE WHETHER THERE IS

21   ANY ISSUES THAT WE NEED TO ADDRESS OR NOT.

22   Q.   ALL RIGHT.  AND THIS IS AFTER YOU'VE COMPLETED YOUR

23   DESIGNS?

24   A.   I WOULDN'T SAY IT WOULD BE AFTER THE COMPLETE, COMPLETION

25   OF OUR WORK, BUT IT'S TOWARDS THE END.  I THINK WE'RE TALKING

```
1     ABOUT TOWARDS THE END OF DEVELOPMENT.

2     Q.   ALL RIGHT.

3     A.   BUT THERE WOULD BE SOME OVERLAPPING PERIOD.

4     Q.   DID YOU RECEIVE DOCUMENTS OF THIS NATURE FROM THE SOFTWARE

5     VERIFICATION GROUP DURING THE TIME THAT YOU WERE WORKING ON

6     LOCK SCREEN DESIGNS?

7     A.   YES, BECAUSE WE GENERALLY RECEIVE DOCUMENTS OF THIS NATURE

8     A LOT FROM THE GROUP.

9     Q.   AND WHAT USE DO YOU MAKE OF THESE DOCUMENTS FROM THE

10    SOFTWARE VERIFICATION GROUP?

11    A.   THE PEOPLE WORKING AT THE SOFTWARE VERIFICATION GROUP,

12    THEIR JOB IS TO IDENTIFY THEIR PROBLEMS AND -- OR OTHER

13    PROBLEMS.

14         AND IT WOULD BE MOSTLY THAT I WOULD BE ALREADY AWARE OF

15    THOSE PROBLEMS FOR THE MOST PART.

16         AND THE REASON WHY I LOOK AT THESE TYPES OF DOCUMENTS IS

17    BECAUSE, PER CHANCE, IF I MISSED SOME OF THE PROBLEMS THAT I

18    NEED TO ADDRESS, I WOULD LOOK AT THESE DOCUMENTS.

19         BUT THESE PEOPLE, LIKE I SAID, WOULD BE RESPONSIBLE FOR

20    THEIR OWN SET OF PROBLEMS, BUT WE ARE THE ONES WHO ARE THE

21    DESIGNERS.

22         AND SO WHEN I WORK ON MY DESIGN WORK, ACTUALLY, I DON'T

23    PAY ATTENTION TO THE PROBLEMS THAT WERE IDENTIFIED BY THESE

24    PEOPLE.

25         (DISCUSSION OFF THE RECORD BETWEEN THE INTERPRETERS.)
```

```
 1                    THE WITNESS:  I DON'T CONSIDER THE SOLUTIONS THAT

 2       THEY IDENTIFY IN THESE -- BY WAY OF THESE DOCUMENTS.

 3       BY MR. QUINN:

 4       Q.   SO THAT -- YOU SAY THEY IDENTIFY PROBLEMS; IS THAT

 5       CORRECT?

 6       A.   YES, THAT'S CORRECT.

 7       Q.   AND DO YOU TAKE THOSE TWO -- DO YOU TAKE THOSE INTO

 8       ACCOUNT?  DO YOU CONSIDER WHAT THEY IDENTIFY AS PROBLEMS?

 9       A.   I WOULD LOOK AT WHAT THE PROBLEMS ARE.

10       Q.   AND DO THEY ALSO SOMETIMES SUGGEST DESIGN SOLUTIONS?

11       A.   WELL, ACTUALLY, I DON'T SEE THAT ON THE SCREEN RIGHT NOW,

12       BUT THERE'S A TYPICAL FORMAT THAT THEY USE, BUT THERE IS A, A

13       PORTION THAT THEY WOULD WRITE IT, WRITE IN THAT.

14       Q.   OKAY.  WELL, LET'S TAKE A LOOK AT ONE PAGE, WHICH THE JURY

15       HAS SEEN, PAGE 99.

16            AND HERE THE ISSUE THEY IDENTIFY UP AT THE TOP, KEN, THAT

17       SQUARE, IS "THE SCREEN LOCK GETS UNLOCKED WITH A SLIGHT FLICK

18       MOTION ON LCD-ON."

19            DO YOU SEE THAT?

20       A.   YES, I DO.

21       Q.   AND THEN DOWN AT THE BOTTOM, THERE'S A DIRECTION OF

22       IMPROVEMENT.

23            DO YOU SEE THAT?

24            WHERE IT SAYS "SAME AS IPHONE, CLARIFY THE UNLOCKING

25       STANDARD BY SLIDING," DO YOU SEE THAT?
```

1    A.   YES, I DO.

2    Q.   HOW DO YOU UNDERSTAND WHAT THE PROBLEM IS THAT THE

3    SOFTWARE VERIFICATION GROUP HAD IDENTIFIED?

4    A.   ACTUALLY, WHAT THIS MEANS IS THAT THE PROBLEM THEY

5    IDENTIFIED IS THAT THE SCREEN WOULD UNLOCK WITH JUST A SLIGHT

6    FLICK.

7         SO WHAT THIS MEANS IS THAT WE NEED TO DO MORE THAN THAT.

8    Q.   AS OF THE DATE OF THIS DOCUMENT, MAY 31ST, 2010, WERE YOU

9    ALREADY AWARE THAT BEING ABLE TO UNLOCK THE PHONE WITH JUST A

10   SLIGHT FLICK MOTION WAS A POTENTIAL PROBLEM?

11        MR. LEE:  YOUR HONOR, I OBJECT.  THIS IS LEADING.

12   I'VE TRIED NOT TO OBJECT.

13        THE COURT:  SUSTAINED.  THAT IS LEADING.

14        MR. QUINN:  OKAY.

15   Q.   AS OF THE DATE OF THIS DOCUMENT, MAY 31, 2010, DID YOU

16   HAVE ANY INFORMATION AS TO WHETHER A SLIGHT FLICK MOTION WAS A

17   POTENTIAL PROBLEM?

18   A.   YES, BECAUSE TALKING ABOUT THIS MODEL REFERRED TO AS

19   VICTORY, THE BASE MODEL OF THIS WAS GALAXY S, WHICH WAS

20   ACTUALLY RELEASED IN SEPTEMBER 2009 TO THE GENERAL PUBLIC.

21        SO THIS PROBLEM I WAS AWARE, ALREADY AWARE BY THE TIME OF

22   2009, AND ACTUALLY THIS PROBLEM HAD BEEN RESOLVED BEFORE THIS

23   TIMEFRAME.

24   Q.   WHOSE RESPONSIBILITY WAS IT, IF THERE WAS A PROBLEM THAT

25   HAD BEEN IDENTIFIED, WHOSE RESPONSIBILITY WAS IT TO COME UP

```
 1    WITH A DESIGN THAT CURED THE PROBLEM?

 2    A.   THAT WOULD BE ME BECAUSE I AM THE ONE WHO'S IN CHARGE OF

 3    THE BASE MODEL, AS WELL AS THE APPLICATIONS.

 4    Q.   ALL RIGHT.  SO WHAT -- WHAT CONSIDERATION, IF ANY, WOULD

 5    YOU GIVE TO THE RECOMMENDATIONS FROM THE SOFTWARE VERIFICATION

 6    GROUP AS TO DESIGN CHANGES?

 7    A.   ACTUALLY, THIS DOES NOT HAVE ANYTHING TO DO WITH WHAT I

 8    DID BECAUSE -- THIS WAS ACTUALLY, THE SLIGHT FLICKING ISSUE WAS

 9    ALREADY ADDRESSED IN THE PREVIOUS YEAR WITH RESPECT TO THE BASE

10    MODEL.

11         SO WITH THE BASE MODEL, WHAT WE DID IN THAT REGARD TO

12    ADDRESS THIS PROBLEM WAS TO MAKE IT RESOLVABLE BY MOVING ABOUT

13    70 PERCENT OF THE SCREEN.  SO WHEN YOU HAVE -- WHEN YOU MOVE 70

14    PERCENT OF THE SCREEN, YOU WOULD BE ABLE TO SLIDE TO UNLOCK.

15    THAT WAS ALREADY A FIX.

16    Q.   SO WHO WAS IT THAT CAME UP WITH THAT FIX, MOVING, I THINK,

17    30 PERCENT OF THE SCREEN, SLIDING 30 PERCENT OF THE SCREEN?

18         I'M SORRY.

19    A.   ACTUALLY, NO, THAT WAS NOT WHAT I WAS SAYING.  WHAT I TOLD

20    IS BECAUSE THE SLIGHT FLICKING WOULD UNLOCK THE SCREEN, THAT

21    WAS A PROBLEM.  SO TO ADDRESS THE PROBLEM, WHAT WE DID IS WE

22    WOULD MOVE 70 PERCENT OF THE SCREEN --

23    Q.   I MISSPOKE.

24    A.   -- TO ADDRESS THE PROBLEM WHEN YOU MOVE A FINGER IN ANY

25    DIRECTION, WHETHER IT'S LEFT OR RIGHT OR TOP OR BOTTOM, YOU
```

```
1     WOULD BE ABLE TO UNLOCK IT WHEN YOU MOVE 70 PERCENT OF THE

2     SCREEN.

3     Q.   AND WHO WAS IT THAT CAME UP WITH THAT FIX?

4     A.   ME AND MY TEAM CAME UP WITH THAT FIX.

5     Q.   IF THE PROBLEM HAD BEEN IDENTIFIED A YEAR BEFORE IN THE

6     BASE MODEL, WHY WAS IT THAT THERE -- THE SOFTWARE VERIFICATION

7     GROUP WAS STILL IDENTIFYING AN ISSUE AS OF MAY 31, 2010?

8     A.   WELL, SINCE THE VICTORY WAS A DERIVATIVE MODEL, SO THIS

9     PORTION ONLY WAS SOMETHING THAT WAS MISSED.

10    Q.   OKAY.  BUT COMING UP WITH THE DESIGN FIXES FOR PROBLEMS

11    IDENTIFIED BY THE SOFTWARE VERIFICATION GROUP, WHOSE

12    RESPONSIBILITY WAS THAT?

13    A.   IF YOU'RE TALKING ABOUT THE DESIGN FIXES, THAT WOULD BE

14    PART OF THE RESPONSIBILITY -- THAT WOULD BE THE RESPONSIBILITY

15    OF UX DESIGN TEAM.

16    Q.   MEANING YOUR TEAM?

17         (DISCUSSION OFF THE RECORD BETWEEN THE INTERPRETERS.)

18            THE WITNESS:  U.S. DESIGNERS.

19    BY MR. QUINN:

20    Q.   INCLUDING YOUR TEAM?

21    A.   YEAH, THAT'S RIGHT.

22    Q.   NOT THE SOFTWARE VERIFICATION GROUP?

23    A.   NO, THEY'RE NOT, BECAUSE THEY ARE -- THEY WERE JUST

24    IDENTIFYING THE PROBLEMS.

25            MR. QUINN:  THANK YOU.
```

```
 1              THE COURT:  ALL RIGHT.  THE TIME IS NOW 3:12.

 2              MR. LEE:  CAN WE JUST HAVE A MINUTE, YOUR HONOR?

 3              THE COURT:  YES, GO AHEAD AND SET UP.

 4          (PAUSE IN PROCEEDINGS.)

 5              INTERPRETER KIM:  YOUR HONOR, JUST PROCEDURALLY, IT

 6      DAWNED ON THIS INTERPRETER THAT WE HAD NOT BEEN SWORN IN UNDER

 7      603, BUT WE ASSUME THAT WE ARE UNDER OATH FROM THE FIRST TRIAL.

 8              THE COURT:  WHY DON'T WE HAVE THEM SWORN IN.

 9              THE CLERK:  OKAY.  WOULD YOU RAISE YOUR RIGHT HANDS,

10      PLEASE.

11          (KOREAN INTERPRETERS, ALBERT KIM AND ANN PARK, WERE

12      SWORN.)

13              INTERPRETER PARK:  YES, I DO.

14              INTERPRETER KIM:  I DO.

15              THE CLERK:  THANK YOU.

16              THE COURT:  ALL RIGHT.  ARE WE READY?

17              MR. LEE:  READY, YOUR HONOR.

18              THE COURT:  TIME IS 3:13.  GO AHEAD, PLEASE.

19                       CROSS-EXAMINATION

20      BY MR. LEE:

21      Q.   GOOD AFTERNOON, MS. KIM.

22      A.   GOOD AFTERNOON.

23      Q.   MY NAME IS BILL LEE, AND I REPRESENT APPLE.

24      A.   YES.

25      Q.   NOW, I'M GOING TO ASK MR. LEE, THE OTHER MR. LEE, TO PUT
```

1    PX 121 ON THE SCREEN.  THIS IS THE DOCUMENT THAT YOU WERE JUST

2    LOOKING AT WITH MR. QUINN; CORRECT?

3    A.   YES, THAT'S CORRECT.

4    Q.   NOW, YOU TOLD THE LADIES AND GENTLEMEN OF THE JURY THAT

5    YOUR GROUP HAD SOLVED THE PROBLEM IN 2009.

6         DO YOU REMEMBER THAT?

7    A.   YES.

8    Q.   THIS DOCUMENT IS DATED MAY 31ST, 2010; CORRECT?

9    A.   YES.

10   Q.   CAN YOU POINT US TO ANY DOCUMENT THAT SHOWS THAT YOU HAD

11   SOLVED THE PROBLEMS BEFORE MAY 31ST, 2010?

12   A.    I DON'T KNOW IF WHAT I'M LOOKING AT -- WHAT I'M THINKING

13   OF, IT WOULD BE INCLUDED IN THIS BINDER OR NOT, BUT IF I WERE

14   TO EXPLAIN THE PROCESS IN MY COMPANY, IF THERE IS AN ISSUE, WE

15   ARE SUPPOSED TO UPLOAD OR REGISTER THE ISSUE BY WAY OF A PLM,

16   AND THE PERSON WHO WOULD REGISTER THIS PROBLEM WOULD BE

17   INDICATED THERE, AS WELL AS THE PERSON WHO SOLVED THE PROBLEM

18   AS WELL.

19        I DON'T KNOW -- I THINK THAT THIS DOCUMENT IS SOMETHING

20   THAT WAS CREATED IN ADDITION.

21   Q.   ALL RIGHT.  AND MR. QUINN DID NOT SHOW YOU THE PLM

22   DOCUMENT TODAY; CORRECT?

23   A.   RIGHT.  AND WHEN I WAS TALKING ABOUT PLM, I WAS TALKING

24   ABOUT A SYSTEM.  IT WAS NOT REALLY A DOCUMENT PER SE.

25   Q.   FAIR ENOUGH.

1          WHEN IS THE FIRST TIME YOU EVER SAW PLAINTIFF'S EXHIBIT

2     121?

3     A.   I DON'T EXACTLY RECALL WHEN I SAW THIS DOCUMENT EXACTLY.

4     IT'S A REGULAR DOCUMENT THAT IS USED VERY REGULARLY AT SAMSUNG.

5     Q.   ALL RIGHT.  LET'S TURN TO PAGE 100, WHICH IS ALSO 99 OUT

6     OF 109.

7          THIS IS THE PAGE YOU WERE LOOKING AT WITH MR. QUINN;

8     CORRECT?

9     A.   YES, THAT'S CORRECT.

10    Q.   AND HE WENT THROUGH SOME PORTION WITH YOU, BUT I WANT TO

11    LOOK AT THE PORTION ON THE IPHONE.

12         DO YOU SEE THE PORTION THAT SAYS, "UNLOCKING STANDARD IS

13    PRECISE AS IT IS HANDLED THROUGH SLIDING, AND IT ALLOWS

14    PREVENTION OF ANY MOTION."

15         DO YOU SEE THAT?

16    A.   YES, I DO.

17    Q.   CAN I HAVE PAGE 27, PLEASE, OF THIS EXHIBIT.

18         HAVE YOU SEEN THIS PAGE BEFORE?

19    A.   NOT THAT I SPECIFICALLY RECALL THIS PARTICULAR PAGE, BUT

20    THIS IS ALSO A TYPICAL DOCUMENT FORMAT.

21    Q.   OKAY.  AND YOU SEE THE REFERENCE IN THE BOTTOM -- MR. LEE,

22    IF I COULD HAVE THE DIRECTION FOR IMPROVEMENT BLOWN UP -- DO

23    YOU SEE THE RECOMMENDATION OF SLIDING OR MOVING A PUZZLE PIECE?

24    A.   YES, I DO.

25    Q.   COULD I HAVE PLAINTIFF'S EXHIBIT 157 ON THE SCREEN,

1    PLEASE.

2         MS. KIM, HAVE YOU SEEN THIS DOCUMENT BEFORE?

3    A.   NOT THAT I RECALL SPECIFICALLY THIS PARTICULAR DOCUMENT.

4    Q.   DO YOU SEE THE REFERENCE TO THE SOFTWARE ENGINEERING

5    GROUP?

6    A.   YES, I DO.

7    Q.   IS THE SOFTWARE ENGINEERING GROUP DIFFERENT FROM THE

8    SOFTWARE VERIFICATION GROUP?

9    A.   ACTUALLY, THIS IS IN ENGLISH, SO I WOULDN'T KNOW EXACTLY.

10        IF YOU HAVE A KOREAN DOCUMENT, I WOULD BE -- I MIGHT BE

11   ABLE TO TELL BY LOOKING AT THE NAME.

12   Q.   IN THE INTERESTS OF TIME, WE'LL JUST LET IT SIT WHERE IT

13   IS.

14        COULD I HAVE PAGE 18 OF THIS EXHIBIT ON THE SCREEN?

15        DO YOU SEE PAGE 18?

16   A.   YES, I DO.

17   Q.   PAGE 19?  PAGE 20?  PAGE 21?

18        THEY ALL CONCERN SCREEN LOCK; CORRECT?

19   A.   ACTUALLY, NOT THIS PARTICULAR PAGE FOR STARTERS.

20   Q.   WELL, IT SAYS AT THE TOP "SCREEN LOCK"; CORRECT?

21   A.   ACTUALLY, IT SAYS --

22   Q.   I UNDERSTAND WHAT HER PROBLEM IS.

23   A.   IT'S TALKING ABOUT THE KEYS.  IT'S SHOWING THE KEYS,

24   ALTHOUGH IT SAYS SCREEN LOCK AT THE TOP.

25   Q.   ALL RIGHT.  SO WE WENT BACK ONE PAGE TO PAGE 20.

1              NOW WE'RE ON THE SCREEN LOCK; CORRECT?

2     A.    YES, THAT IS CORRECT.

3     Q.    NOW, MS. KIM, YOU'VE TOLD THE LADIES AND GENTLEMEN OF THE

4     JURY ABOUT HOW LONG IT MIGHT TAKE TO CREATE SOME NEW DESIGNS.

5              DO YOU REMEMBER THAT?

6     A.    YES, I DO.

7     Q.    YOU'RE NOT A SOFTWARE ENGINEER; CORRECT?

8     A.    I AM NOT, BUT I WORK WITH THEM PERSONALLY.

9     Q.    RIGHT.  AND YOU HAVE NOT DONE THE SOFTWARE CODING FOR ANY

10    OF THESE DESIGNS THAT YOU DESCRIBED TODAY; CORRECT?

11    A.    I HAVE NOT, BUT WHENEVER THE CODING WORK IS DONE, THEY

12    WOULD SEND IT TO ME WHENEVER THEY'RE DONE WITH THE WORK.

13    Q.    ALL RIGHT.  IT'S ANOTHER GROUP THAT DOES THE CODING WORK;

14    CORRECT?

15    A.    YES, THAT IS CORRECT.

16    Q.    NOW, JUST TO BE CLEAR, THERE'S BEEN A LOT OF TALK ABOUT

17    GOOGLE IN THE CASE SO I WANT TO BE SURE THAT WE'RE CLEAR ON ONE

18    ISSUE.

19              I WANT TO -- I'M SORRY.  GO AHEAD.

20              I WANT TO FOCUS ON YOUR WORK ON THE UNLOCK SCREEN.  OKAY?

21    A.    YES.

22    Q.    IN CONNECTION WITH THAT WORK, YOU HAVE NEVER COMMUNICATED

23    WITH ANYBODY AT GOOGLE; CORRECT?

24    A.    I HAVE NOT EVER.

25    Q.    NOW, YOU BEGAN YOUR WORK ON THE UNLOCK SCREEN IN 2006;

```
 1         CORRECT?

 2         A.   I THINK I SAID 2004.

 3         Q.   I'M SORRY.  2004?

 4         A.   I WORKED ON THAT EVER SINCE I JOINED THE COMPANY IN 2004.

 5         Q.   OKAY.  AND YOU BELIEVE THAT THE UNLOCKING MECHANISM OF THE

 6         SAMSUNG DEVICES IS AN IMPORTANT FEATURE OF THE DEVICES;

 7         CORRECT?

 8         A.   WELL, WHAT I DO I CONSIDER IS ALL IMPORTANT AND SERIOUS.

 9         Q.   RIGHT.  AND THAT INCLUDES THE UNLOCK FEATURE.  IT'S

10         IMPORTANT AND SERIOUS; CORRECT?

11         A.   FROM THE COMPANY'S PERSPECTIVE, IT WOULD BE A SMALL ASPECT

12         OF IT.

13             BUT IT'S MY WORK, SO I CONSIDERED IT IMPORTANT.

14                 MR. LEE:  THANK YOU.  NOTHING FURTHER, YOUR HONOR.

15                 THE COURT:  ALL RIGHT.  THE TIME IS 3:24.  WE'LL GO

16         UNTIL 3:30.

17                            REDIRECT EXAMINATION

18         BY MR. QUINN:

19         Q.   JUST A FEW QUESTIONS, MS. KIM.

20             IF WE CAN LOOK AGAIN AT PAGE 100 OF EXHIBIT 121, WE'RE

21         BACK TO THE FLICK VERSUS SLIDE ISSUE.

22             IN RESPONSE TO ONE OF MR. LEE'S QUESTIONS, I THOUGHT I

23         HEARD YOU SAY THAT YOU COULD SLIDE IN ANY DIRECTION.

24             DID I GET THE FIX WAS MAKING IT SO YOU COULD SLIDE 70

25         PERCENT OF THE SCREEN IN ANY DIRECTION?
```

1    A.   YES, THEY DO.

2    Q.   AND IS THAT THE FIX THAT HAD BEEN IMPLEMENTED ON THE BASE

3    PHONE ABOUT THE -- THE PREVIOUS YEAR?

4    A.   YES, THAT'S CORRECT.

5    Q.   AND WHAT WAS THE RELATIONSHIP BETWEEN THE VICTORY AND THE

6    BASE PHONE?

7    A.   OH, SO THERE'S THE -- WHEN THERE'S A BASE MODEL THAT IS

8    COMPLETED, AND WHAT YOU WOULD DO IN THAT REGARD IS THAT YOU

9    WOULD GET PORTIONS OF THE BINARY CODE AND THEN USE IT IN A

10   DERIVATIVE PRODUCT.

11        SO IN THAT PROCESS, SOME PORTION WAS MISSING.

12   Q.   SOME PORTION WAS MISSING?

13   A.   SOME UPDATES WERE MISSING.

14   Q.   FOR THE VICTORY?

15   A.   THAT'S RIGHT.  THAT'S CORRECT.

16   Q.   AND IF WE COULD LOOK AT PLAINTIFF'S EXHIBIT 157, PAGE 19.

17        AND WHAT IS THE ISSUE THAT'S IDENTIFIED HERE?

18   A.   THE ISSUE DISCUSSED HERE IS THAT IF A USER DOES NOT TOUCH

19   THE DEVICE, THEN HOW IS IT GOING TO LOCK?  IT CANNOT BE KNOWN.

20   THAT WAS THE ISSUE.

21   Q.   IS IT A QUESTION ABOUT KNOWING THE DIRECTION OF MOVEMENT?

22   A.   NO, IT DOES NOT HAVE ANYTHING TO DO WITH THAT.

23   Q.   ALL RIGHT.  HAVE YOU EVER MADE ANY CHANGES IN YOUR DESIGN

24   BASED ON SUGGESTIONS TO PUT IN ARROWS OR TEXT TO SHOW THE

25   DIRECTION OF MOVEMENT?

1    A.   TALKING ABOUT TEXT, ACTUALLY THE OPINIONS THAT PEOPLE HAVE

2    ABOUT THESE INCLUDING TEXT VARIED WIDELY.  SOME PEOPLE WOULD

3    PREFER SOME TEXT AND SOME PEOPLE WOULD SAY IT'S TOO BUSY.  SO

4    THERE WERE CONTRACTING OPINIONS, A LOT OF THEM.

5         SO THERE WAS AN OCCASION WHERE I MADE THAT CHANGE SO THAT

6    THE TEXT WOULD APPEAR ABOUT 20 TIMES AFTER YOU PURCHASED A

7    DEVICE, AND AFTER 20 TIMES, IT WOULD DISAPPEAR.

8    Q.   ALL RIGHT.  AND THEN FINALLY, HAS IT EVER COME TO YOUR

9    ATTENTION THAT ANY USERS OF SAMSUNG PHONES HAD COMPLAINTS THAT

10   THEY HAD DIFFICULTY UNLOCKING THE PHONE OR THAT THE PHONE

11   UNLOCKED INADVERTENTLY?

12   A.   NO.  ACTUALLY, WE SELL DOZENS OF DIFFERENT TYPES OF

13   PRODUCTS AND WE SELL MILLIONS OF PRODUCTS IN THE MARKET, BUT I

14   DON'T THINK I HAVE ANY SUCH COMPLAINTS, HEARD ANY SUCH

15   COMPLAINTS.

16        MR. QUINN:  THANK YOU VERY MUCH.

17        THE COURT:  OKAY.  TIME IS 3:29.  IS --

18        MR. LEE:  NOTHING FURTHER, YOUR HONOR.

19        THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED,

20   AND IS IT SUBJECT TO RECALL OR NOT?

21        MR. LEE:  NOT SUBJECT TO RECALL FOR APPLE, YOUR

22   HONOR.

23        THE COURT:  ALL RIGHT.  WHAT ABOUT FOR YOU,

24   MR. QUINN?

25        MR. QUINN:  NOT SUBJECT TO RECALL.

```
 1              THE COURT:  OKAY.  THEN SHE MAY BE EXCUSED.

 2         LET'S GO AHEAD AND TAKE OUR TEN MINUTE BREAK.  PLEASE

 3    DON'T RESEARCH OR DISCUSS THE CASE.  THANK YOU.

 4         (JURY OUT AT 3:30 P.M.)

 5              THE COURT:  OKAY.  LET'S GO AHEAD AND TAKE OUR NEXT.

 6              MS. MAROULIS:  YOUR HONOR, MAY WE RAISE AN ISSUE?  WE

 7    HAVE NEXT A DECLARATION THAT WAS NOT OBJECTED TO, CHRISTOPHER

 8    BUTLER, BUT THEREAFTER WE'RE OUT OF WITNESSES UNLESS WE CAN

 9    BRING DR. JEFFAY JEFF.

10              THE COURT:  WHAT ABOUT MR. DENISON, ALL THE

11    OBJECTIONS AS TO MR. DENISON ARE RULED ON.  HE'S HERE WAITING

12    AND HE'S LOCAL, RIGHT?

13         (DISCUSSION OFF THE RECORD BETWEEN DEFENSE COUNSEL.)

14              MS. MAROULIS:  YOUR HONOR, WE'RE NOT CALLING

15    MR. DENISON.

16              THE COURT:  OH, YOU'RE NOT.  OKAY.  I SPENT THE LUNCH

17    TIME RULING ON HIS OBJECTIONS.

18         ALL RIGHT.  WELL, DON'T YOU HAVE SOME DISCOVERY YOU WANT

19    TO READ INTO THE RECORD?

20              MS. MAROULIS:  YES, YOUR HONOR.  WE HAVE DISCOVERY,

21    WE HAVE INTERROGATORIES, RFA'S, AND ISSUES -- IT'S PRETTY SHORT

22    THOUGH.  SO WE'LL PROBABLY HAVE READINGS OF DECLARATIONS THAT

23    COVERS ABOUT 20 MINUTES, BUT I WANTED TO RAISE THAT.

24              THE COURT:  OKAY.  SO AFTER 20 MINUTES, THEN YOU'D

25    LIKE TO END FOR THE DAY?
```

1751

```
 1              MS. MAROULIS:  YES, UNLESS WE CAN BRING DR. JEFFAY

 2      JEFF.

 3              THE COURT:  I HAVEN'T RULED ON HIS OBJECTIONS.  I

 4      DOUBT IF I CAN GET THAT DONE IN THE NEXT TEN MINUTES.

 5              MS. MAROULIS:  I UNDERSTAND, YOUR HONOR.  THANK YOU.

 6      WE APPRECIATE IT.

 7              THE COURT:  DID YOU WANT TO SAY SOMETHING, MR. LEE?

 8      YOU LOOKED LIKE YOU WERE --

 9              MR. MCELHINNY:  WE HAVE AN OBJECTION ISSUE THAT WE

10      HAVEN'T RESOLVED ON THEIR REQUESTS TO READ IN RESPONSES TO

11      REQUESTS FOR ADMISSION.

12              THE COURT:  OKAY.  IS THAT IN --

13              MS. MAROULIS:  YOUR HONOR, THAT'S NOT PART OF HPO.

14      THE PARTIES WERE JUST READING IN EACH OTHER'S DISCOVERY, SO IT

15      WAS NOT -- IT HAS NOT BEEN PART OF HPO THE WHOLE CASE.

16          I UNDERSTAND TODAY THAT APPLE IS RAISING AN OBJECTION TO

17      RFA'S BECAUSE THERE ARE DENIALS AS OPPOSED TO ADMISSIONS, AND

18      WE RESPECTFULLY REQUEST THAT WE BE ABLE TO READ THE DENIALS

19      BECAUSE THEY INCLUDE STATEMENTS OF WHY THEY'RE DENYING IT.

20          SO IT'S, IT'S MORE THAN JUST A FLAT DENIAL.  THEY'RE

21      EXPLAINING WHY THEY'RE DENIALS, SO IT'S PROPER TO READ IT.

22              THE COURT:  MAY I HAVE A COPY OF THE RFA'S AND

23      RESPONSES?

24              MS. MAROULIS:  YES, YOUR HONOR.

25              THE COURT:  WHAT'S THE OBJECTION?
```

```
 1              MR. MCELHINNY:  THE OBJECTION IS THAT THEY ARE NOT

 2       ADMISSIONS, YOUR HONOR, THEY'RE DENIALS.

 3              AND THE QUESTION -- AND THERE IS NO PROVISION UNDER THE

 4       FEDERAL RULES OF EVIDENCE, OR THE FEDERAL RULES OF CIVIL

 5       PROCEDURE, TO READ IN A DENIAL TO A REQUEST FOR ADMISSION.

 6              AND, IN FACT, IN THE COMMENTARIES IN THE O'CONNOR ON THE

 7       FEDERAL CIVIL RULES, THEY CITE A CASE FOR THE PROPOSITION THAT

 8       YOU CANNOT READ IN --

 9              THE COURT:  WHAT IS THE -- WHAT IS THE CASE?  I AM

10       GOING TO ASK THAT YOU HOLD OFF ON READING THIS UNTIL TOMORROW,

11       AND I'LL RULE ON THIS TONIGHT.

12              MS. MAROULIS:  YES, YOUR HONOR.

13              THE COURT:  OKAY.

14              MS. MAROULIS:  WOULD IT BE HELPFUL FOR US TO SUBMIT

15       CASES ALSO?  WE WERE NOT AWARE OF THIS UNTIL THIS MORNING, SO

16       WE DID NOT --

17              MR. MCELHINNY:  WELL, LET'S BE CLEAR.  THEY

18       ORIGINALLY TOLD US THEY WERE GOING TO READ THESE IN AS PART OF

19       A WITNESS AND WE DID USE AN HPO ON THIS AND THEY WITHDREW IT.

20              THE COURT:  WHICH WITNESS WAS THAT?

21              MR. MCELHINNY:  THAT I DON'T KNOW THE ANSWER TO.

22              MS. MAROULIS:  MY UNDERSTANDING, IT HASN'T BEEN

23       BRIEFED.

24              MR. MCELHINNY:  WITH PROFESSOR -- ONE OF THEIR

25       EXPERTS, PROFESSOR RINARD.
```

```
1              THE COURT:  RINARD, R-I-N-A-R-D.

2              MR. MCELHINNY:  YES, YOUR HONOR.  BUT IT NEVER GOT

3    BRIEFED BECAUSE THEY WITHDREW IT.

4              MS. MAROULIS:  IF I MAY READ THE CITATION, YOUR

5    HONOR, SOMEONE JUST SENT IT TO ME.  IT'S SULLIVAN VERSUS DELTA,

6    212 --

7              THE COURT:  OKAY.  GIVE ME ONE SECOND TO WRITE THIS

8    DOWN, SULLIVAN VERSUS DELTA.  212?

9              MS. MAROULIS:  212 WL 2601953 AT PAGE 1.

10             THE COURT:  OKAY.

11             MS. MAROULIS:  DISTRICT OF COLORADO, 2012.

12             THE COURT:  ALL RIGHT.  AND WHAT IS YOUR --

13             MR. MCELHINNY:  OUR CITATION IS TO O'CONNOR'S FEDERAL

14   RULES, YOUR HONOR, FOR RULE 34, IT'S AT SECTION 8.3, AND IT

15   CITES A CASE --

16             THE COURT:  O'CONNOR'S FEDERAL RULES?

17             MR. MCELHINNY:  YES, YOUR HONOR.

18             THE COURT:  WHAT IS THAT?

19             MR. MCELHINNY:  IT IS A COMMENTARY ON THE FEDERAL

20   RULES OF CIVIL PROCEDURE.

21             THE COURT:  OH, OKAY.  ALL RIGHT.

22             MR. MCELHINNY:  AND IT CITES AS ITS AUTHORITY

23   STOCKDALE VERSUS STOCKDALE, WHICH IS AT 408 CV 1773 CAS 2009,

24   U.S. DISTRICT COURT LEXIS, 121346.

25             THE COURT:  121346.
```

```
 1            MR. MCELHINNY:  FROM THE EASTERN DISTRICT OF

 2   MISSOURI.

 3            MS. MAROULIS:  AND I READ THE CITE WRONG.  IT'S NOT

 4   212, IT'S 2012, 2-0-1-2, WL, ET CETERA.

 5            THE COURT:  OKAY.

 6            MR. MCELHINNY:  THE ISSUE OBVIOUSLY IS IF YOU ADMIT

 7   REQUESTS FOR ADMISSIONS, IT BECOMES AN ADMISSION AND IT'S A

 8   STIPULATION.

 9        BUT A DENIAL IS -- AND PARTICULARLY WHEN IT IS ACCOMPANIED

10   WITH AN OBJECTION, IT IS NOT EVIDENCE OF ANYTHING, YOUR HONOR.

11   THERE'S NO WITNESS HERE.  THERE'S NO -- THERE'S NO --

12            MS. MAROULIS:  YOUR HONOR, SOME COURTS DID ALLOW

13   ADMISSION OF RFA'S.  THERE'S ACTUALLY SPLIT AUTHORITY.

14            THE COURT:  OKAY.  AND WHAT IS IT YOU'RE SEEKING TO

15   READ IN, 1 THROUGH 7?

16            MS. MAROULIS:  YES, YOUR HONOR.

17            MR. MCELHINNY:  WHICH ALL GO TO CLAIM CONSTRUCTION OF

18   HEURISTIC, YOUR HONOR.

19            MS. MAROULIS:  IT'S HEURISTIC WITH RESPECT TO '959.

20            THE COURT:  OKAY.  ANY OTHER DISPUTES?

21            MS. MAROULIS:  I DON'T THINK SO, YOUR HONOR.  WE'RE

22   PLANNING TO READ INTERROGATORY 7 AND DECLARATION OF CHRISTOPHER

23   BUTLER AUTHENTICATING AN EXHIBIT.  I UNDERSTAND THERE'S NO

24   OBJECTION TO THAT.

25            MR. MCELHINNY:  NO OBJECTION TO THAT.
```

```
 1           WE WOULD -- WHEN YOU READ THE RFA'S AND THE ANSWERS,

 2     YOU'LL SEE WE OBJECTED TO THE RFA'S BECAUSE THEY'RE LEGAL

 3     CONCLUSIONS AND CLAIM CONSTRUCTIONS AS A MATTER OF LAW, AND WE

 4     WOULD RENEW THOSE OBJECTIONS AS WELL.

 5               THE COURT:  ALL RIGHT.  SO WHEN WE COME BACK, SAMSUNG

 6     IS GOING TO READ APPLE RESPONSE TO INTERROGATORY NUMBER 7.

 7               MS. MAROULIS:  CORRECT.

 8               THE COURT:  AND WILL READ THE DECLARATION OF

 9     CHRISTOPHER BUTLER.

10           WE'LL HOLD OFF ON THE RFA'S UNTIL I HAVE A CHANCE TO LOOK

11     AT THESE CASES.  I'LL ISSUE A RULING TONIGHT WITH THE

12     OBJECTIONS ON TOMORROW'S WITNESSES.

13               MS. MAROULIS:  YOUR HONOR, AND ONE UNDISPUTED FACT,

14     NUMBER 17 FROM THE JOINT PRETRIAL STATEMENT.

15               THE COURT:  DO YOU HAVE ANY OBJECTION TO THAT?

16               MR. MCELHINNY:  NONE, YOUR HONOR.

17               THE COURT:  ALL RIGHT.  THAT WILL BE READ AS WELL.

18     WE'LL GO AHEAD AND EXCUSE OUR JURY EARLY, AND I'LL TRY TO GET

19     THE RULINGS OUT AS QUICKLY AS I CAN ON TOMORROW'S WITNESSES.

20     AND WE'LL BE REGULAR SCHEDULE, 9:00 TO 4:30 TOMORROW.

21               MS. MAROULIS:  THANK YOU VERY MUCH.

22               THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

23           (RECESS FROM 3:37 P.M. UNTIL 3:46 P.M.)

24               THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A

25     SEAT.
```

```
 1          ALL RIGHT.  GO AHEAD, PLEASE, MS. MAROULIS.  TIME IS NOW

 2     3:47.

 3          MS. MAROULIS:  YOUR HONOR, WE WILL NOW CALL BY

 4     AFFIDAVIT CHRISTOPHER BUTLER, WHO'S THE OFFICE MANAGER AT THE

 5      INTERNET ARCHIVE.

 6          THIS IS THE AFFIDAVIT OF MR. BUTLER WHO IS NOT HERE TODAY.

 7          "I AM THE OFFICE MANAGER AT THE INTERNET ARCHIVE LOCATED

 8     IN SAN FRANCISCO, CALIFORNIA.  I MAKE THIS DECLARATION ON MY

 9     PERSONAL KNOWLEDGE.

10          "THE INTERNET ARCHIVE IS A WEBSITE THAT PROVIDES ACCESS TO

11     A DIGITAL LIBRARY OF INTERNET SITES AND OTHER CULTURAL

12     ARTIFACTS IN DIGITAL FORM.  LIKE A PAPER LIBRARY, WE PROVIDE

13     FREE ACCESS TO RESEARCHERS, HISTORIANS, SCHOLARS, AND THE

14     GENERAL PUBLIC.  THE INTERNET ARCHIVE HAS PARTNERED WITH AND

15     RECEIVES SUPPORT FROM VARIOUS INSTITUTIONS, INCLUDING THE

16     LIBRARY OF CONGRESS.

17          "THE INTERNET ARCHIVE HAS CREATED A SERVICE KNOWN AS THE

18     WAYBACK MACHINE.  THE WAYBACK MACHINE MAKES IT POSSIBLE TO

19     SERVE OF MORE THAN 240 BILLION PAGES STORED IN THE INTERNET

20     ARCHIVE'S WEB ARCHIVE.

21          "VISITORS TO THE WAYBACK MACHINE CAN SEARCH ARCHIVES BY

22     URL (I.E. A WEBSITE ADDRESS).  IF ARCHIVED RECORDS FOR A URL

23     ARE AVAILABLE, THE VISITOR WILL BE PRESENTED WITH A LIST OF

24     AVAILABLE DATES.  THE VISITOR MAY SELECT ONE OF THOSE DATES AND

25     THEN BEGIN SURFING ON AN ARCHIVED VERSION OF THE WEB.
```

1        "THE LINKS ON THE ARCHIVED FILES, WHEN SERVED BY THE

2   WAYBACK MACHINE, POINT TO THE OTHER ARCHIVED FILES (WHETHER

3   HTML PAGES OR IMAGES).  IF A VISITOR CLICKS ON A LINK ON AN

4   ARCHIVED PAGE, THE WAYBACK MACHINE WILL SERVE THE ARCHIVED FILE

5   WITH THE CLOSEST AVAILABLE DATE TO THE PAGE ON WHICH THE LINK

6   APPEARED AND WAS CLICKED.

7        "THE ARCHIVED DATA MADE VIEWABLE AND BROWSEABLE BY THE

8   WAYBACK MACHINE IS COMPILED USING SOFTWARE PROGRAMS KNOWN AS

9   CRAWLERS, WHICH SURF THE WEB AND AUTOMATICALLY STORE COPIES OF

10  WEB FILES, PRESERVING THESE FILES AS THEY EXIST AT THE POINT OF

11  TIME OF CAPTURE.

12       "THE INTERNET ARCHIVE ASSIGNS A URL ON ITS SITE TO THE

13  ARCHIVED FILES IN THE FORMAT HTTP://WEB.ARCHIVE.ORG/WEB/YEARS,

14  YEAR IN MONTH IN MONTH, DAY IN DATES, TIME CODE IN

15  HTTP://WEB.ARCHIVE.ORG/WEB.  THAT'S THE INTERNET ARCHIVE

16  HTTP://WEB.ARCHIVE.ORG.WEB

17  19970126045828/HTTP:/WWW.ARCHIVE.ORG/ WOULD BE THE URL FOR THE

18  RECORD ON THE INTERNET ARCHIVE HOME PAGE HTML FILE ARCHIVED ON

19  JANUARY 26TH, 1997 AT 4:58 A.M. AND 28 SECONDS.

20       "A WEB BROWSER MAY BE SET SUCH THAT A PRINTOUT FROM IT

21  WILL DISPLAY THE URL OF A WEB PAGE IN THE PRINTOUT'S FOOTER.

22  THE DATE ASSIGNED BY THE INTERNET ARCHIVE APPLIES TO THE HTML

23  FILE BUT NOT TO IMAGES FILES LINKED THEREIN.  THUS, IMAGES THAT

24  APPEAR ON A PAGE MAY NOT HAVE BEEN ARCHIVED ON THE SAME DATE AS

25  THE HTML FILE.  LIKEWISE, IF A WEBSITE IS DESIGNED WITH FRAMES,

1    THE DATE ASSIGNED BY THE INTERNET ARCHIVE APPLIES TO THE

2    FRAMESET AS A WHOLE AND NOT THE INDIVIDUAL PAGES WITHIN EACH

3    FRAME.

4         "ATTACHED HERETO AS EXHIBIT A ARE TRUE AND ACCURATE COPIES

5    OF PRINTOUTS FOR THE INTERNET ARCHIVE'S RECORDS OF THE HTML

6    FILES FOR THE URL'S AND THE DATES SPECIFIED IN THE FOOTER OF

7    THE PRINTOUT.

8         "I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING

9    IS TRUE AND CORRECT, DATED JUNE 25, 2013, SIGNED CHRISTOPHER

10   BUTLER."

11        YOUR HONOR, I NOW MOVE INTO EVIDENCE DEFENDANT'S EXHIBIT

12   DX 342.

13             MR. LEE:  NO OBJECTION.

14             THE COURT:  ALL RIGHT.  ONE MINUTE, PLEASE.

15        DX 142.

16             MS. MAROULIS:  342, YOUR HONOR.

17             THE COURT:  342.  SORRY.  WHAT IS THAT?

18             MS. MAROULIS:  THIS IS THE PRINTOUT REGARDING THE

19   NEONODE ART THAT IS ATTACHED TO THE DECLARATION OF CHRISTOPHER

20   BUTLER WHO AUTHENTICATED IT.

21             THE COURT:  OKAY.  THAT IS THE EXHIBIT THAT WAS

22   REFERENCED THAT YOU JUST READ?

23             MS. MAROULIS:  YES, YOUR HONOR.

24             THE COURT:  WHAT IS THAT EXHIBIT NUMBER?  THAT'S A?

25             MS. MAROULIS:  DX 342.

```
 1              THE COURT:  OKAY.  ARE YOU SEEKING TO ADMIT THE

 2    DECLARATION AS WELL, OR JUST THE EXHIBIT TO HIS DECLARATION?

 3              MS. MAROULIS:  WE'RE ADMITTING THE EXHIBIT.  THE

 4    DECLARATION SERVES AS AUTHENTICATING TESTIMONY.

 5              THE COURT:  OKAY.  THAT WAS EXHIBIT A TO THE BUTLER

 6    DECLARATION?  OKAY.  THANK YOU.

 7              MS. MAROULIS:  WE WILL NOW READ IN INTERROGATORY

 8    RESPONSE, APPLE'S SUPPLEMENTAL INTERROGATORY RESPONSE NUMBER 7,

 9    AND PER AGREEMENT WITH COUNSEL, I WOULD READ THE RESPONSE AND

10    SUBMIT THE PHYSICAL COPY WITH A CHART OF DATES AS DX 507.

11              INTERROGATORY NUMBER 7.  "FOR EACH SAMSUNG ACCUSED

12    PRODUCT, DESCRIBE THE CIRCUMSTANCES UNDER WHICH APPLE FIRST

13    BECAME AWARE OF EACH SAMSUNG ACCUSED PRODUCT'S ALLEGED

14    INFRINGEMENT, INCLUDING BUT NOT LIMITED TO THE DATES UPON WHICH

15    APPLE FIRST BECAME AWARE OF SUCH SAMSUNG ACCUSED PRODUCTS; THE

16    DATE UPON WHICH APPLE FIRST BECAME AWARE THAT SUCH SAMSUNG

17    ACCUSED PRODUCTS ALLEGED INFRINGED ONE OR MORE OF THE APPLE

18    PATENTS; ANY INVESTIGATIONS, REVERSE ENGINEERING, ANALYSIS,

19    TESTS OR STUDIES DONE ON ANY SAMSUNG ACCUSED PRODUCT BY OR ON

20    BEHALF OF APPLE WITH RESPECT TO POSSIBLE INFRINGEMENT OF ANY

21    CLAIM OF ONE OR MORE OF THE APPLE PATENTS, INCLUDING, WITHOUT

22    LIMITATION, THE DATE, PROCEDURES, AND RESULTS OF SUCH ANALYSES,

23    TESTS OR STUDIES, AND AN IDENTIFICATION OF ALL PERSONS INVOLVED

24    IN ANY SUCH ANALYSES, TESTS OR STUDIES AND ANY RELATED

25    DOCUMENTS.
```

1          "ANSWER:  SUBJECT TO THE FOREGOING AND GENERAL SPECIFIC

2     OBJECTIONS, APPLE RESPONDS AS FOLLOWS.  APPLE FIRST BECAME

3     AWARE OF THE EXISTENCE OF EACH SAMSUNG ACCUSED PRODUCT ON OR

4     AROUND THE DATE ON WHICH THE SAMSUNG ACCUSED PRODUCT IN

5     QUESTION WAS PUBLICLY RELEASED IN THE UNITED STATES.

6          AND, YOUR HONOR, WHAT FOLLOWS IS ABOUT FOUR PAGES OF DATES

7     AND COUNSEL FOR APPLE AGREED THAT WE CAN SUBMIT IT INTO

8     EVIDENCE AS A HARD COPY EXHIBIT.

9          THE COURT:  OKAY.  SO DX 342 AND DX 507 ARE ADMITTED.

10     (DEFENDANTS' EXHIBIT 342 AND 508 WERE ADMITTED IN

11     EVIDENCE.)

12          MS. MAROULIS:  THANK YOU.  FINALLY, WE READ FROM THE

13     PARTIES JOINT PRETRIAL STATEMENT, THE SECTION ON UNDISPUTED

14     FACTS.

15          UNDISPUTED FACT NUMBER 17:  APPLE'S PRODUCTS DO NOT

16     PRACTICE CLAIM 25 OF THE '959 PATENT, CLAIM 20 OF THE '414

17     PATENT, OR CLAIM 18 OF THE 172 PATENT.

18          THANK YOU, YOUR HONOR.  THAT CONCLUDES THE READING OF

19     DISCOVERY.

20          THE COURT:  OKAY.  THE TIME IS NOW 3:54.

21          MS. MAROULIS:  YOUR HONOR, I'M TOLD THAT 507 HAS BEEN

22     USED, SO CAN WE NAME IT 508.

23          THE COURT:  SURE.  WE'LL CHANGE THAT TO 508.

24     (DEFENDANTS' EXHIBIT 508 WAS ADMITTED IN EVIDENCE.)

25          THE COURT:  OKAY.  WE ARE ACTUALLY GOING TO EXCUSE

1761

```
1        YOU EARLY TODAY, BUT TOMORROW WE'LL CONTINUE OUR 9:00 TO 4:30

2        SCHEDULE.  AGAIN, NO TRIAL WEDNESDAY AND THURSDAY.  AND THEN

3        WE'LL BE BACK ON FRIDAY FROM 9:00 TO 4:30.

4             ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR PATIENCE AND

5        SERVICE.  WE'LL SEE YOU TOMORROW MORNING AT 9:00.

6             PLEASE DON'T RESEARCH OR DISCUSS THE CASE.

7             THANK YOU.

8             (JURY OUT AT 3:55 P.M.)

9                 THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.

10            LET ME GIVE YOU YOUR TIME TOTALS FOR THE DAY.

11            AND ALSO, JUST TO ASK, IS THERE ANYONE ELSE WHO'S LIKE

12       MR. DENISON IN THAT YOU DON'T INTEND TO CALL HIM AS A WITNESS?

13                MS. MAROULIS:  YOUR HONOR, MAY WE FILE SOMETHING WITH

14       THE COURT IN ABOUT AN HOUR OR TWO SO WE CAN GO BACK TO THE

15       OFFICE AND CHECK BECAUSE IF THERE IS, WE CAN FILE A STATEMENT

16       WITHIN AN HOUR OR SO.

17            I DON'T BELIEVE SO, BUT I WANT TO HAVE AN OPPORTUNITY TO

18       CHECK.

19                THE COURT:  OKAY.  WE'RE GOING TO GO AHEAD, I'M GOING

20       TO TRY TO ISSUE RULINGS AS QUICKLY AS POSSIBLE, SO WE MAY CROSS

21        IN THE ECF FILING WORLD.

22            OKAY.  IF YOU DON'T KNOW OF ANYONE RIGHT NOW, THAT'S FINE.

23       JUST LET ME KNOW LATER.  I'LL GO AHEAD PROBABLY AND RULE ON

24       EVERYTHING AS QUICKLY AS WE CAN.

25            OKAY.  SO FOR TODAY, APPLE USED 1 HOUR AND 21 MINUTES.
```

1762

```
 1        YOUR TOTAL -- YOUR TOTAL IS 13 HOURS AND 59 MINUTES.  OKAY?

 2            AND SAMSUNG TODAY USED 3 HOURS AND 43 MINUTES, AND YOUR

 3     TOTAL -- YOUR TOTAL IS 13 HOURS AND 44 MINUTES.

 4                MS. MAROULIS:  THANK YOU, YOUR HONOR.

 5                THE COURT:  OKAY.  THANK YOU.  THEN I WILL SEE YOU AT

 6     9:00 O'CLOCK TOMORROW.

 7            OKAY.  THANK YOU.

 8                MR. LEE:  THANK YOU, YOUR HONOR.

 9            (THE EVENING RECESS WAS TAKEN AT 3:57 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    IRENE RODRIGUEZ, CSR, CRR
                      CERTIFICATE NUMBER 8076
17

18

19                    LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595
20

21                    DATED:  APRIL 14, 2014

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25