# EXHIBIT 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

**Before the Honorable Lucy H. Koh**
**Federal District Court Judge**

| | |
|---|---|
| APPLE, INC, a California corporation, Plaintiff<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | CASE NO. 12-CV-00630-LHK |

**REBUTTAL EXPERT REPORT OF SAUL GREENBERG, PH.D., REGARDING NONINFRINGEMENT OF THE ASSERTED CLAIM 8 OF U.S. PATENT NO. 8,046,721**



448. The Circle Unlock was implemented in all the accused devices with the exception of the Samsung Dart and Galaxy Nexus devices. (*See* Samsung's Supplemental Response to Apple Interrogatory No. 45.)





02198.51981/5518224.2

-215-   Case No. 12-CV-00630-LHK
REBUTTAL EXPERT REPORT OF S. GREENBERG RE: NONINFRINGEMENT OF US PATENT NO. 8,046,721
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY