UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON SAMSUNG'S |
| | ) | OBJECTIONS TO APPLE'S |
| v. | ) | DISCLOSURES |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

Samsung has filed objections to Apple's disclosures. ECF No. 1710-3. Apple has filed a response. ECF No. 1709-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| **Sarah Chandler** Depo. 12:3-9 | Overruled. |
| **Nick DiCarlo** | |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES

| | | |
|---|---|---|
| | PX 218 | Overruled. This document shall not be considered for the truth of the matters asserted therein. |
| | WSJ Article ("Samsung Tweaks How it Calculates Marketing Costs") | Overruled. The document may be used solely for refreshing recollection, but will not be admitted as an exhibit or presented to the jury. |
| | **Tulin Erdem** | |
| | AT&T Galaxy S4 website | Sustained. Apple has agreed to withdraw this exhibit. |
| | AT&T Galaxy S3 website | Overruled. The document may be used solely for refreshing recollection, but will not be admitted as an exhibit or presented to the jury. |
| | **Art Rangel** | |
| | Rangel 4/5/2012 Dep. at 147:8-19 | Sustained in part and overruled in part. Apple may use 147:11-19, and may use the part of line 10 which states, "You're familiar with – with," but Apple may not use lines 8-9 or the first part of line 10, which states "slide to unlock patent." |
| | **Dr. Reibstein** | |
| | Galaxy S4 Verizon and Samsung websites | Sustained. Apple has agreed to withdraw these websites. |
| | AT&T Galaxy S3 website and Samsung Galaxy S3 website | Overruled. The documents may be used solely for refreshing recollection, but will not be admitted as exhibits or presented to the jury. |
| | **Philip Schiller** | |
| | Schiller 7/23/2013 Dep. at 310:21-311:11 | Overruled. |
| | Schiller 7/23/2013 Dep. at 311:17-312:5 | Overruled. |

Samsung requests to seal pages 6-14, 16-24, 26, 28-30, 32-36, and 39-44 of DX 437A, which is the color version of DX 437. ECF No. 1710-3 at 6. Having considered Samsung's motion, and compelling reasons having been shown, the Court seals pages 6-14, 16-24, 26, 28-30, 32-36, and 39-44 of DX 437A as requested. The Court previously sealed these precise pages of DX 437. ECF No. 1628.

Dated: April 17, 2014

_____
LUCY H. KOH
United States District Judge