UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON APPLE'S OBJECTIONS TO |
| ) | SAMSUNG'S DISCLOSURES |
| v. ) | REGARDING CHANDLER, CHASE, |
| ) | DICARLO, ERDEM, RANGEL, |
| SAMSUNG ELECTRONICS CO., LTD., a ) | REIBSTEIN, SCHILLER, AND |
| Korean corporation; SAMSUNG ) | WINSHIP |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

On April 16, 2014, Apple filed objections to Samsung's disclosures. ECF No. 1709-3. On April 16, 2014, Samsung filed a response. ECF No. 1710-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **Sarah Chandler** | |
| DX489 (pp. 1-28, 32-55, 68-91) (Apple teardowns) | Overruled. |
| **Jeffrey Chase** | |
| DX328 (Freedman e-mail) | Sustained. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

| | |
|---|---|
| SDX3602 (Windows Mobile 5.0 video) | Overruled. |
| **Nick DiCarlo** | |
| DX493 (news summaries) | Overruled. The document shall not be considered for the truth of the matters asserted therein. |
| **Tulin Erdem** | |
| DX404 (Apple market research) | Sustained. |
| SDX3544 (Hauser article excerpt) | Sustained. |
| SDX3541 (Erdem numbers) | Sustained. |
| **Art Rangel** | |
| 6/25/13 Depo. at 40-42, 132-34 | Overruled. |
| **David Reibstein** | |
| DX454A (Reibstein pretest data) | Overruled. |
| SDX3171, SDX3138, SDX3139, SDX3175 (Hauser excerpts) | Sustained. The parties may not circumvent limits on objections by arguing that the same objection applies to other exhibits. |
| **Philip Schiller** | |
| 7/23/13 Depo. at 87:24-88:15 | Overruled. |
| **Daniel Winship** | |
| DX319, DX320, DX323 (Evolution 2.4 code and user guide) | Overruled. |

**IT IS SO ORDERED.**

Dated: April 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES