1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON PARTIES' SEALING |
| | ) | MOTIONS: ECF Nos. 1516, 1545, 1582, |
| v. | ) | 1600, 1614, 1639, and 1668 |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

The parties have requested to seal various documents. ECF Nos. 1516, 1545, 1582, 1600, 1614, 1639, and 1668.  Having considered the parties' motions, and compelling reasons having been shown, the Court seals the following documents as follows:

| ECF No. | Exhibit and pages requested to be sealed | COURT'S RULING ON SEALING REQUEST |
|---|---|---|
| 1516 (Samsung's motion) | Highlighted portions of Samsung's objections and responses; Exhibit D to the Fazio Declaration | Samsung has stated it does not maintain a claim of confidentiality over any of these documents.  ECF No. 1516. Apple has stated it maintains a claim of confidentiality over only Exhibit D to the Fazio Declaration in Support of Samsung's Objections and Responses.  ECF No. 1531. Exhibit D comprises a confidential Apple engineering |

1

Case No.: 12-CV-00630-LHK
ORDER ON PARTIES' SEALING MOTIONS

United States District Court
For the Northern District of California

| | | |
|---|---|---|
| | | document. The motion is GRANTED as to Exhibit D and DENIED otherwise. |
| 1545 (Samsung's motion) | Highlighted portions of Samsung's objections and responses; highlighted portions of Exhibits A and C-G to the Fazio Declaration | Neither party maintains a claim of confidentiality over any of these documents. ECF Nos. 1545, 1559. Thus, the motion is DENIED. |
| 1582 (Samsung's motion) | Highlighted portions of Samsung's supplemental brief; highlighted portions of Exhibits 2-4 to the Fazio Declaration | Samsung has stated it does not maintain a claim of confidentiality over any of these documents. ECF No. 1582. Apple has stated it maintains a claim of confidentiality over only highlighted portions of Exhibits 2 and 4 to the Fazio Declaration in Support of Samsung's Objections and Responses. ECF Nos. 1596, 1598-1, 1598-2. The highlighted portions of Exhibits 2 and 4 describe confidential source code. The motion is GRANTED as to the highlighted portions of Exhibits 2 and 4 and DENIED otherwise. |
| 1600 (Apple's motion) | Exhibit 2 to the Olson Declaration | Apple has stated it does not maintain a claim of confidentiality over any of these documents. ECF Nos. 1600, 1600-1. Neither Samsung nor any third party has filed a supporting declaration pursuant to Civil L.R. 79-5. Thus, the motion is DENIED. |
| 1614 (Samsung's motion) | Highlighted portions of PDX 91.44, PDX 91.45, PDX 91.46 | Samsung has stated it maintains a claim of confidentiality over highlighted portions of the identified demonstratives. ECF Nos. 1614, 1614-1. The highlighted portions contain confidential source code. The motion is GRANTED as to the highlighted portions and DENIED otherwise. |
| 1639 (Samsung's motion) | Corrected Exhibit B to the Fazio Declaration | Neither party maintains a claim of confidentiality over any of these documents. ECF Nos. 1639-1, 1648, 1649, 1662. Thus, the motion is DENIED. |
| 1668 (Samsung's motion) | Highlighted portions of Samsung's objections and responses; all exhibits and demonstratives subject to a high priority objection or sealing request until admitted at trial | Samsung and non-party Google have stated that they maintain claims of confidentiality over the highlighted portions of Samsung's objections and responses. ECF Nos. 1668-1, 1675. The highlighted portions describe confidential licensing terms. The motion to seal these highlighted portions is GRANTED.<br><br>Samsung moves to seal copies of exhibits and demonstratives subject to requests for sealing at trial. ECF No. 1668-3. The Court has ruled on the requests to seal. ECF No. 1680. The copies filed with this motion shall be sealed according to the Court's ruling.<br><br>Samsung moves to seal copies of exhibits and demonstratives subject to high priority objections until admitted at trial. ECF No. 1668-3. The motion is GRANTED. The copies of documents subject to high priority objections shall remain sealed on ECF. |

**IT IS SO ORDERED.**

Dated: April 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER ON PARTIES' SEALING MOTIONS