QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S APRIL 17, 2014 ROLLING WITNESS LIST** |

Samsung's rolling list of its anticipated trial witnesses for April 18, 2014 is as follows:

1. Daniel Wigdor
2. David Reibstein
3. Gary Hall (By Deposition)
4. Daniel Winship
5. Jeffrey Chase
6. Nick DiCarlo
7. Philip Schiller (By Deposition)
8. Greg Joswiak (By Deposition)
9. Art Rangel (By Deposition)
10. Steven Sinclair (By Deposition)
11. Sarah Chandler (By Deposition)
12. Tulin Erdem

Samsung further notes that Samsung will enter into the record the following authenticating declarations:   July 16, 2013 Declaration of Patrick Gogerty authenticating exhibits DX 314, DX 316, and DX 326; June 25, 2013 Declaration of Jim Lundberg authenticating exhibits DX319, DX320, and DX32; July 15, 2013 Declaration of Jim Lundberg authenticating exhibits DX323 and DX324; and July 8, 2013 Declaration of Walter Wang authenticating exhibits DX318.  All HPOs on these three declarations and exhibits have been ruled on at Dkt. 1700 at 2-3 and Dkt. 1701 at 2.

DATED: April 17, 2014           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael L. Fazio*
Victoria F. Maroulis
Michael L. Fazio
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC