# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
### Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, April 15, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown           Time in Court: 5hr 55min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
          APPLE INC.              V.        SAMSUNG ELECTRONICS CO. LTD., ET AL
             PLAINTIFF                               DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | |

**PROCEEDINGS:   JURY TRIAL—DAY EIGHT**

| | |
|---|---|
| 9:03 a.m. | All parties present, all jurors present, Witness Kevin Jeffay is sworn and testifies. |
| 10:31 a.m. | The morning recess is taken. |
| 10:47 a.m. | All parties present, the matter resumes. |
| 11:00 a.m. | Witness Brewster Kahle is sworn and testifies. |
| 11:25 a.m. | Witness Ulrich Pfeifer is sworn and testifies.  German interpreter Matthias Steiert is sworn to interpret for the witness if necessary. |
| 11:43 a.m. | Witness Martin Rinard is sworn and testifies. |
| 12:00 p.m. | The noon recess is taken. |
| 1:02 p.m. | Jury not present, the Court and counsel discuss matters briefly. |
| 1:05 p.m. | Jury now present the matter resumes. |
| 1:43 p.m. | Video deposition excerpts are shown. |
| 2:00 p.m. | Witness Lars Frid-Nielsen is sworn and testifies. |
| 2:23 p.m. | The afternoon recess is taken. |
| 2:36 p.m. | All parties present, the matter resumes.  Witness Saul Greenberg is sworn and testifies. |
| 3:30 p.m. | The second afternoon recess is taken. |
| 3:41 p.m. | All parties present, the matter resumes. |
| 3:47 p.m. | Witness Daniel Wigdor is sworn and testifies. |

| | |
|---|---|
| 3:52 p.m. | A brief recess is taken. |
| 3:57 p.m. | All parties present, the matter resumes. |
| 4:30 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:47 p.m. | Court is adjourned until Friday, April 18, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    DX 338, 339, 341, 334, 312, 311, 301, 305, 313, 304, 343, 344, 492, 346
    JX 50B (under seal), 35O, 72, 35N, 55, 56, 60, 59
    PX 193