QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR CHEVALIER, FREEMAN, KEARL, PARULSKI, RAO, SCHONFELD, GARCIA, HONG, MAZUR, MILLET, AND STORER** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chevalier, Freeman, Kearl, Parulski, Rao, Schonfeld, Garcia, Hong, Mazur, Millet, and Storer ("HPO Brief").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chevalier, Freeman, Kearl, Parulski, Rao, Schonfeld, Garcia, Hong, Mazur, Millet, and Storer ("HPO Brief") | See Highlighted Version of Document |
| Exhibit A to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |
| Exhibit B to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |
| Exhibit C to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |
| Exhibit E to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |
| Exhibit F to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |
| Exhibit G to the Declaration of Michael L. Fazio to the HPO Brief | Entirety of Document |

Pursuant to the Court's January 29, 2014 Order, Case No. 11-cv-01846, Dkt. 2935, the confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

Pursuant to the Court's Order, Dkt. No. 1616, Samsung files the exhibits and demonstratives subject to the parties' objections, and those subject to Samsung's request to seal trial exhibits, on ECF. Samsung requests that exhibits and demonstratives subject to the parties' objections remain under seal until the relevant exhibit is admitted at trial. Samsung further requests that exhibits and demonstratives subject to Samsung's request to seal trial exhibits be sealed for the reasons stated in the Declaration of Michael L. Fazio.

DATED:  April 19, 2014
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC