1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chevalier, Freeman, Kearl, Parulski, Rao, Schonfeld, Garcia, Hong, Mazur, Millet, and Storer.

Having considered Samsung's motion, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Chevalier, Freeman, Kearl, Parulski, Rao, Schonfeld, Garcia, Hong, Mazur, Millet, and Storer ("HPO Brief") | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit A to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |
| Exhibit B to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |
| Exhibit C to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |
| Exhibit E to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |
| Exhibit F to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |
| Exhibit G to the Fazio Declaration ISO Samsung's HPO Brief | Entirety of Document |

Furthermore, the Court GRANTS Samsung's request to keep exhibits and demonstratives subject to the parties' objections, which were filed on ECF pursuant to the Court's Order, Dkt. No. 1616, under seal until the relevant document is admitted at trial.

02198.51981/5883541.1

-1-                Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**IT IS SO ORDERED.**

DATED: _____         _____
                                      The Honorable Lucy H. Koh
                                      United States District Judge