QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HPOS AND RESPONSES RE: CHEVALIER, FREEMAN, KEARL, PARULSKI, RAO, SCHONFELD, GARCIA, HONG, MAZUR, MILLET AND STORER** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of exhibit 53A of the September 9, 2013 Expert Report of Dr. Judith Chevalier.

3. Attached as Exhibit B is a true and correct copy of exhibit 53B of the September 9, 2013 Expert Report of Dr. Judith Chevalier.

4. Attached as Exhibit C is a true and correct copy of excerpts of the February 17, 2014 Supplemental Expert Report of Dr. Christopher Vellturo.  Apple has designated this document as "Highly Confidential – Attorney's Eyes Only."

5. Attached as Exhibit D is a true and correct copy of excerpts of the August 12, 2013 Rebuttal Expert Report of Dr. Ken Parulski.

6. Attached as Exhibit E is a true and correct copy of excerpts of the August 12, 2013 Expert Report of Dr. Dan Shonfeld.

7. Attached as Exhibit F is a true and correct copy of excerpts of the August 12, 2013 Rebuttal Expert Report of Dr. James Storer.  Apple has designated this document as "Highly Confidential."

8. Attached as Exhibit G is a true and correct copy of excerpts of the June 26, 2013 Deposition of Tim Millet.  Apple has designated this document "Highly Confidential – Attorney's Eyes Only."

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on April
2   19, 2013, at San Jose, California.

*/s/ Michael L. Fazio*
_____
Michael L. Fazo

-2-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF MICHAEL L. FAZIO ISO
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

99999.77965/5883546.1