| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 14 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 12-CV-00630-LHK |
| | Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REQUEST TO SEAL TRIAL MATERIALS RELATED TO PARTIES' DISCLOSURES** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

02198.51981/5883362.1

1  I, Michael L. Fazio, declare:

2  1. I am a member of the State Bar of California, admitted to practice before this
3  Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of
6  personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7  set forth below.

8  2. I make this declaration in support of Samsung's request to seal certain trial exhibits
9  related to the parties' April 18th disclosures as indicated in Samsung's April 19th High Priority
10 Objections and Responses.

11 3. Samsung requests an Order sealing the following pages:

| Exhibit | Portions to be Sealed |
|---|---|
| PX246 | Highlighted portions of pages 1, 2, 4, 5, 6, and 15 |
| DX431 | Pages 30, 33, and 35 |
| DX453A | Pages 2 and 12 |
| PDX102 | Pages 3 and 4 |
| SDX3786 | Entire Page |
| SDX3787 | Entire Page |
| SDX3792 | Entire Page |
| SDX3794 | Entire Page |
| SDX3794A | Entire Page |
| SDX3795 | Entire Page |
| SDX3800 | Entire Page |
| SDX3801 | Entire Page |
| SDX3802 | Entire Page |
| SDX3803 | Entire Page |

| Exhibit | Portions to be Sealed |
|---|---|
| SDX3805 | Entire Page |
| SDX3806 | Entire Page |
| SDX3807 | Entire Page |
| SDX3808 | Entire Page |

4. Samsung requests an Order sealing portions of the following exhibits to the extent the pages listed below are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| PX153 | Page 26 |
| PX183 | Pages 4-7 |
| PX201 | Pages 11-13, 79-80, 116 |
| PX204 | Pages 56-67 |

5. The documents listed in paragraphs 3 and 4 include Samsung's highly confidential business strategy information, financial information, and market survey and research data. Specifically:

- Portions of PX246, DX431, SDX3794-95, SDX3801-03, PDX102.3, PDX102.4, DX453A, SDX3786-87, and SDX3800 include Samsung's financial and/or sales data;
- Portions of DX431 include information reflecting Samsung's future product and marketing strategies; and
- Portions of PX153, PX183, PX201, and PX204 include information reflecting confidential market research conducted by Samsung and/or its agents.

6. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.

1  (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re:
2  Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling
3  reasons why various categories of Samsung-confidential information should be filed under seal).)

4      7.    I am informed and believe that Samsung considers its survey and market research
5  data highly confidential.  Disclosure of Samsung's market research data allows competitors to
6  discover what Samsung considers important functions and features of its phones and tablets, and
7  predict Samsung's future product and marketing strategies, removing any first-mover advantage
8  Samsung may otherwise enjoy.

9      8.    I am informed and believe that Samsung considers information about its unreleased
10 products, future product and marketing strategies, and deliberations regarding product
11 development highly confidential as the disclosure of this information could allow competitors to
12 gain insight into unreleased products and features.

13     9.    I am informed and believed that Samsung considers the financial data included in
14 these documents highly confidential.  Samsung does not report the type of data included in these
15 documents to investors, regulatory bodies, the press, or business analysts.  This type of
16 information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain
17 the secrecy of the information.  Even within Samsung's finance and accounting groups, such data
18 can only be accessed by certain personnel on a restricted, need-to-know basis.  This type of data
19 guides Samsung's pricing, distribution, financial planning, and other business decisions.

20     10.    Samsung's financial data was produced in this case to Apple's outside counsel and
21 experts for the sole purpose of calculating supposed damages and were marked "Highly
22 Confidential – Attorneys' Eyes Only" under the Protective Order.

23     11.    I am informed and believe that competitors and suppliers could use the financial
24 data included in these documents to Samsung's detriment by undercutting Samsung's prices, or
25 using margins to extract higher prices for components during supply negotiations.

26     12.    I am informed and believe that Samsung considers its proprietary source code
27 highly confidential because public disclosure could allow competitors to copy features exclusively
28 found on Samsung's products.

1  13. For the foregoing reasons, Samsung requests that its administrative motion to file under seal be granted as to the pages listed in paragraphs 3, *supra*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 19, 2014, at San Jose, California.

                                */s/ Michael L. Fazio*
                                Michael L. Fazio