1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") seek to seal trial exhibits and

3 demonstratives related to the parties' April 18, 2014 disclosures as indicated in Samsung's April

4 19, 2014 High Priority Objections and Responses.

5    Having considered Samsung's request, and compelling reasons having been shown, the

6 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

7    1.    The following portions of the parties' trial exhibits and demonstratives related to

8 the parties' April 18, 2014 disclosures are to be sealed:

| Exhibit | Portions to be Sealed |
|---|---|
| PX246 | Pages 1, 2, 4, 5, 6, and 15 |
| DX431 | Pages 30, 33, and 35 |
| DX453A | Pages 2 and 12 |
| PDX102 | Pages 3 and 4 |
| SDX3786 | Demonstrative in its entirety |
| SDX3787 | Demonstrative in its entirety |
| SDX3792 | Entire Page |
| SDX3794 | Entire Page |
| SDX3794A | Entire Page |
| SDX3795 | Entire Page |
| SDX3800 | Entire Page |
| SDX3801 | Entire Page |
| SDX3802 | Entire Page |
| SDX3803 | Entire Page |
| SDX3805 | Entire Page |
| SDX3806 | Entire Page |
| SDX3807 | Entire Page |

| Exhibit | Portions to be Sealed |
|---|---|
| SDX3808 | Entire Page |
| DX353 | Portions of document filed concurrently with Samsung's April 19, 2014 High Priority Objections and Responses |
| DX396 | Entirety of Document |
| DX491 | Portions of document filed concurrently with Samsung's April 19, 2014 High Priority Objections and Responses |
| SDX3720 | Demonstrative in its entirety |
| SDX3721 | Demonstrative in its entirety |
| SDX3722 | Demonstrative in its entirety |
| SDX3723 | Demonstrative in its entirety |
| SDX3724 | Demonstrative in its entirety |
| SDX3926 | Demonstrative in its entirety |
| SDX3977 | Demonstrative in its entirety |
| SDX3978 | Demonstrative in its entirety |
| SDX3979 | Demonstrative in its entirety |
| SDX3990 | Demonstrative in its entirety |
| SDX3991 | Demonstrative in its entirety |
| SDX3992 | Demonstrative in its entirety |

2.      Portions of the following exhibits are to be sealed to the extent the pages listed below are not used during a witness examination:

| Exhibit | Portions to Sealed |
|---|---|
| PX153 | Page 26 |
| PX183 | Pages 4-7 |
| PX201 | Pages 11-13, 79-80, 116 |
| PX204 | Pages 56-67 |

1

2          **IT IS SO ORDERED.**

3

4

DATED:

5 _____          _____

6                                  The Honorable Lucy H. Koh
                                 United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28