| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Erik J. Olson, hereby declare as follows:

1.      I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal regarding Apple's Objections and Responses to Objections Regarding Judith Chevalier, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer ("Apple's Objections and Responses") and Exhibits 2-10 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 2-10").

3.      The portions highlighted in yellow in Apple's Objections and Responses and Exhibits 2, 6 and 9 contain highly confidential technical information related to Apple's products. These materials contain proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)).  The Court has previously granted Apple's request to seal technical documents containing a similar level of detail. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

4.      Apple's Objections and Responses and Exhibits 2-10 contain information that Samsung, VOCI and Media Arts Lab ("MAL") may consider confidential.

5.      Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Apple's Objections and Responses and Exhibits 2-5, and 7-10 should be sealed.

1   6. Apple expects that VOCI will file the required supporting declaration in
2   accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information
3   contained in Apple's Objections and Responses and Exhibits 4, 5 and 9 should be sealed.

4   7. Apple expects that MAL will file the required supporting declaration in
5   accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information
6   contained in Apple's Objections and Responses should be sealed.

7   8. Apple does not maintain a claim of confidentiality with respect to Exhibits 3-5, 7-
8   8 and 10.

10  I declare under the penalty of perjury that the foregoing is true and correct to the best of
11  my knowledge and that this Declaration was executed this 19th day of April, 2014, in San Jose,
12  California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Erik J. Olson
　　　　　　　　　　　　　　　　　　　　　　Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 19, 2014　　　　　　　　/s/ Rachel Krevans
　　　　　　　　　　　　　　　　　　　Rachel Krevans

DECLARATION OF ERIK J. OLSON ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)　　　　　　　　　　　　　　　　　2
sf-3408325