1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Judith Chevalier, Michael Freeman, Roberto Garcia, Jong Pil Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer ("Apple's Objections and Responses") and Exhibits 2-10 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 2-10"). Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's Objections and Responses | Portions highlighted in yellow and portion(s) indicated by Samsung, VOCI and/or Media Arts Lab. |
| Exhibit 2 | Portions highlighted in yellow and portion(s) indicated by Samsung. |
| Exhibit 3 | Portion(s) indicated by Samsung. |
| Exhibit 4 | Portion(s) indicated by Samsung and/or VOCI. |
| Exhibit 5 | Portion(s) indicated by Samsung and/or VOCI. |
| Exhibit 6 | Portions highlighted in yellow. |
| Exhibit 7 | Portion(s) indicated by Samsung. |
| Exhibit 8 | Portion(s) indicated by Samsung. |
| Exhibit 9 | Portion(s) highlighted in yellow and portion(s) indicated by Samsung and/or VOCI. |
| Exhibit 10 | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge