| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com | WILMER CUTLER PICKERING <br>   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road | 60 State Street <br> Boston, Massachusetts  02109 |
| 4 | Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 | Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| 5 | Facsimile:  (650) 849-5333 | |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com |
| 7 | JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com | WILMER CUTLER PICKERING <br>   HALE AND DORR LLP |
| 8 | JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com | 950 Page Mill Road <br> Palo Alto, California  94304 |
| 9 | RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com | Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com | |
| 11 | ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com | |
| 12 | Morrison & Foerster LLP <br> 425 Market Street | |
| 13 | San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 | |
| 14 | Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING JUDITH CHEVALIER, MITCHAEL FREEMAN, MICHAEL FREEMAN, ROBERTO GARCIA, JP HONG, JAMES KEARL, TRACEY MAZUR, TIM MILLET, KEN PARULSKI, SANJAY RAO, DAN SCHONFELD, JAMES STORER** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Objections and Responses to Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer ("Apple's Objections and Responses").

2. Attached as **Exhibit 1** is a true and correct copy of an email dated April 18, 2014 from Michael Fazio, counsel for Samsung, to counsel for Apple.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the Expert Report of Kenneth A. Parulski Regarding Infringement of U.S. Patent No. 6,226,449.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt from the Expert Report of Judith A. Chevalier, Ph.D.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of the June 19, 2013 deposition of Mitchael Clair Freeman.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt from the transcript of the June 20, 2013 deposition of Michael Hayes Freeman.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt from the transcript of the June 26, 2013 deposition of Tim Millet.

8. Attached as **Exhibit 7** is a true and correct copy of an excerpt from the transcript of the September 26, 2013 deposition of Kenneth Alan Parulski.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpt from the transcript of the October 1, 2013 deposition of Sanjay Rao, Ph.D.

10. Attached as **Exhibit 9** is a true and correct copy of an excerpt from the Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

1   11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the September 26, 2013 deposition of James A. Storer, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of April, 2014, in San Jose, California.

>  /s/ Erik J. Olson
>  Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 19, 2014            /s/ Rachel Krevans
                                 Rachel Krevans