# Exhibit 1

| | |
|---|---|
| **From:** | Michael Fazio <michaelfazio@quinnemanuel.com> |
| **Sent:** | Friday, April 18, 2014 11:56 AM |
| **To:** | AppleMoFoHPO; '*** Apple/Samsung (Apple/Samsung@gibsondunn.com)'; WH Apple Samsung NDCal II Team; Apple630Team@mofo.com |
| **Cc:** | Samsung NEW; Samsung NEW HPO |
| **Subject:** | Apple v. Samsung, Case No. 12 cv 00630 |
| **Attachments:** | Chevalier Direct Disclosure.pdf; Freeman Disclosures.pdf; Schonfeld Disclosures.pdf; Dr KearlDisclosure.pdf; Dr RaoDisclosure.pdf; Parulski Disclosures (2).pdf |

Counsel:

Attached please find Samsung's disclosures for Ken Parulski, Dan Schonfeld, Michael Freeman, James Kearl, Sanjay Rao and Judith Chevalier.  A drive containing demonstratives is being delivered to you.

Please note that as to DX391A    which is on the drive    it removes damages claims attributable to the '239 patent for the iPad 2, iPad 3, iPad 4 and iPad Mini and the FaceTime over Cellular infringement read of the '239 patent for the iPhone 4.  DX395A    also provided to Apple on the drive    removes reviews of the iPad 2.

Best regards,
Michael Fazio