1    JOSH A. KREVITT (CA SBN 208552)     WILLIAM F. LEE (*pro hac vice*)
     jkrevitt@gibsondunn.com        william.lee@wilmerhale.com
2    H. MARK LYON (CA SBN 162061)     WILMER CUTLER PICKERING
     mlyon@gibsondunn.com          HALE AND DORR LLP
3    GIBSON, DUNN & CRUTCHER LLP    60 State Street
     1881 Page Mill Road            Boston, Massachusetts  02109
4    Palo Alto, California  94304-1211     Telephone:  (617) 526-6000
     Telephone:  (650) 849-5300       Facsimile:  (617) 526-5000
5    Facsimile:  (650) 849-5333

6    HAROLD J. McELHINNY (CA SBN 66781)    MARK D. SELWYN (CA SBN 244180)
     hmcelhinny@mofo.com           mark.selwyn@wilmerhale.com
7    JAMES P. BENNETT (CA SBN 65179)    WILMER CUTLER PICKERING
     jbennett@mofo.com             HALE AND DORR LLP
8    JACK W. LONDEN (CA SBN 85776)     950 Page Mill Road
     jlonden@mofo.com              Palo Alto, California  94304
9    RACHEL KREVANS (CA SBN 116421)    Telephone:  (650) 858-6000
     rkrevans@mofo.com             Facsimile:  (650) 858-6100
10   RUTH N. BORENSTEIN (CA SBN 133797)
     rborenstein@mofo.com
11   ERIK J. OLSON (CA SBN 175815)
     ejolson@mofo.com
12   MORRISON & FOERSTER LLP
     425 Market Street
13   San Francisco, California  94105-2482
     Telephone:  (415) 268-7000
14   Facsimile:  (415) 268-7522

15   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                **UNITED STATES DISTRICT COURT**
17             **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN JOSE DIVISION**
18

19   APPLE INC., a California corporation,     Case No. 12-cv-00630-LHK

20           Plaintiff,             **DECLARATION OF ERIK J. OLSON IN**
                            **SUPPORT OF SEALING MATERIALS**
21           vs.                **THAT APPLE AND SAMSUNG MAY**
                            **USE DURING THE EXAMINATIONS OF**
22   SAMSUNG ELECTRONICS CO., LTD., a    **CHEVALIER, FREEMAN, FREEMAN,**
     Korean business entity; SAMSUNG       **GARCIA, HONG, KEARL, MAZUR,**
23   ELECTRONICS AMERICA, INC., a New    **MILLET, PARULSKI, RAO,**
     York corporation; SAMSUNG         **SCHONFELD, AND STORER**
24   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
25
26           Defendants.
27
28

I, Erik J. Olson, hereby declare as follows:

1.      I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned action.  I am licensed to practice law in the State of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Sealing Materials that Apple and Samsung May Use During the Examinations of Chevalier, Freeman, Freeman, Garcia, Hong, Kearl, Mazur, Millet, Parulski, Rao, Schonfeld, and Storer.

3.      DX 390, DX 391A, DX 402, PDX 102.1, PDX 102.2, SDX 3784, SDX 3805, SDX 3807, and SDX 3935 contain highly confidential financial information regarding Apple's sales and margins.  Public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits.  (Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1495-2 at 1-3 ) (explaining that Apple's financial information is immensely valuable and disclosed only on a need to know basis within Apple because maintaining the confidentiality of Apple's financial data "allows Apple to remain competitive in an opaque and fast-moving marketplace.").)  The Federal Circuit has previously approved of Apple's request to similar financial information.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1224-26 (Fed. Cir. Aug. 23, 2013) (approving sealing of product-specific financial information).

4.      Pages 5 and 6 of DX 453A should be sealed in full because they summarize detailed market research surveys and contain proprietary Apple information.  The public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Greg Joswiak in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1496) (supporting sealing market research documents describing buyer survey responses regarding Apple's products because detailed information of this kind is extremely valuable and shows how customer preferences have evolved)).  In addition, the Federal Circuit has previously approved of

1    Apple's request to seal market research documents that contain a similar level of detail.  *See,*

2    *e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-

3    1146, 2013 WL 4487610, at *10-12 (Fed. Cir. Aug. 23, 2013) (approving the sealing of

4    marketing documents).

5         5.    To the extent Apple or Samsung uses any of DX 399, any pages that are not

6    shown to the jury should be sealed because they contain detailed market research information.

7    The public disclosure of this information would be harmful to Apple for similar reasons as stated

8    in the Declaration of Greg Joswiak in Support of Apple's Motion to Seal Trial Exhibits (*Apple*

9    *Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1496)

10   (supporting sealing market research documents describing buyer survey responses regarding

11   Apple's products because detailed information of this kind is extremely valuable and shows how

12   customer preferences have evolved)).  The Federal Circuit has previously approved of Apple's

13   request to seal market research documents that contain a similar level of detail.  *See, e.g.*, *Apple*

14   *Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013

15   WL 4487610, at *10-12 (Fed. Cir. Aug. 23, 2013) (approving the sealing of marketing

16   documents).  This Court has also previously allowed Apple to seal pages of market research

17   documents which are not shown to the jury.  *See, e.g.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt.

18   No. 2796) (sealing portions of DX534 and DX572 which were not shown to the jury); Dkt. No.

19   1580 (sealing all pages of DX377, DX404, DX407, DX416, DX418, DX421, DX422, DX427,

20   DX428, DX429, DX452, DX457, DX458 that are not shown to the jury).

21        6.    JX 52 is comprised of Apple source code, and should be sealed in full.  Attached

22   hereto as Appendix A is a list which identifies the source code in question by Bates number

23   which is included in JX 52.  The Court has previously granted Apple's request to seal source

24   code related to the accused products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et*

25   *al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC*

26   *v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request

27   to seal Apple source code).

28

7.      PX 257, PX 294, PX 295, PX 298, DX 351, DX 352, DX 353, DX 354, DX 371, DX 491, DX 499, SDX 3721-3724, SDX 3728-3730, SDX 3733, SDX 3737-3738, SDX 3741-3742, SDX 3750, SDX 3977, SDX 3978, SDX 3979, SDX 3981, SDX 3982, SDX 3983, SDX 3984, SDX 3985, SDX 3986, SDX 3990, SDX 3991, SDX 3992, SDX 3993, SDX 3994, SDX 3995, SDX 3996, SDX 3997, SDX 3998, SDX 3999, SDX 4000 and SDX 4001 contain highly confidential technical information related to Apple's products.  These materials contain proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)).  The Court has previously granted Apple's request to seal technical documents containing a similar level of detail.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 19th day of April, 2014, in San Jose, California.

*/s/ Erik J. Olson*
Erik J. Olson

## ATTESTATION OF E-FILED SIGNATURE

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:   April 19, 2014          */s/ Rachel Krevans*                
                                  Rachel Krevans

# APPENDIX A

# JX52
# Apple Source Code

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00001540 | APL630DEF-WH-SC00001542 |
| APL630DEF-WH-SC00001562 | APL630DEF-WH-SC00001563 |
| APL630DEF-WH-SC00001564 | APL630DEF-WH-SC00001564 |
| APL630DEF-WH-SC00001565 | APL630DEF-WH-SC00001570 |
| APL630DEF-WH-SC00001571 | APL630DEF-WH-SC00001571 |
| APL630DEF-WH-SC00001572 | APL630DEF-WH-SC00001572 |
| APL630DEF-WH-SC00001573 | APL630DEF-WH-SC00001587 |
| APL630DEF-WH-SC00001588 | APL630DEF-WH-SC00001589 |
| APL630DEF-WH-SC00001590 | APL630DEF-WH-SC00001591 |
| APL630DEF-WH-SC00001592 | APL630DEF-WH-SC00001592 |
| APL630DEF-WH-SC00001593 | APL630DEF-WH-SC00001593 |
| APL630DEF-WH-SC00001594 | APL630DEF-WH-SC00001594 |
| APL630DEF-WH-SC00001595 | APL630DEF-WH-SC00001598 |
| APL630DEF-WH-SC00001599 | APL630DEF-WH-SC00001599 |
| APL630DEF-WH-SC00001600 | APL630DEF-WH-SC00001604 |
| APL630DEF-WH-SC00001605 | APL630DEF-WH-SC00001606 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00001607 | APL630DEF-WH-SC00001613 |
| APL630DEF-WH-SC00001808 | APL630DEF-WH-SC00001818 |
| APL630DEF-WH-SC00001819 | APL630DEF-WH-SC00001820 |
| APL630DEF-WH-SC00001821 | APL630DEF-WH-SC00001836 |
| APL630DEF-WH-SC00001837 | APL630DEF-WH-SC00001838 |
| APL630DEF-WH-SC00001839 | APL630DEF-WH-SC00001858 |
| APL630DEF-WH-SC00001859 | APL630DEF-WH-SC00001859 |
| APL630DEF-WH-SC00001860 | APL630DEF-WH-SC00001862 |
| APL630DEF-WH-SC00001986 | APL630DEF-WH-SC00001986 |
| APL630DEF-WH-SC00001987 | APL630DEF-WH-SC00001988 |
| APL630DEF-WH-SC00001989 | APL630DEF-WH-SC00001990 |
| APL630DEF-WH-SC00001991 | APL630DEF-WH-SC00001992 |
| APL630DEF-WH-SC00001993 | APL630DEF-WH-SC00001996 |
| APL630DEF-WH-SC00001997 | APL630DEF-WH-SC00002014 |
| APL630DEF-WH-SC00002015 | APL630DEF-WH-SC00002015 |
| APL630DEF-WH-SC00002016 | APL630DEF-WH-SC00002017 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00002018 | APL630DEF-WH-SC00002044 |
| APL630DEF-WH-SC00002088 | APL630DEF-WH-SC00002089 |
| APL630DEF-WH-SC00002090 | APL630DEF-WH-SC00002115 |
| APL630DEF-WH-SC00002116 | APL630DEF-WH-SC00002117 |
| APL630DEF-WH-SC00002118 | APL630DEF-WH-SC00002143 |
| APL630DEF-WH-SC00002144 | APL630DEF-WH-SC00002144 |
| APL630DEF-WH-SC00002145 | APL630DEF-WH-SC00002150 |
| APL630DEF-WH-SC00002151 | APL630DEF-WH-SC00002151 |
| APL630DEF-WH-SC00002152 | APL630DEF-WH-SC00002156 |
| APL630DEF-WH-SC00002157 | APL630DEF-WH-SC00002158 |
| APL630DEF-WH-SC00002159 | APL630DEF-WH-SC00002161 |
| APL630DEF-WH-SC00002162 | APL630DEF-WH-SC00002165 |
| APL630DEF-WH-SC00002166 | APL630DEF-WH-SC00002189 |
| APL630DEF-WH-SC00004145 | APL630DEF-WH-SC00004145 |
| APL630DEF-WH-SC00004146 | APL630DEF-WH-SC00004159 |
| APL630DEF-WH-SC00004194 | APL630DEF-WH-SC00004199 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00004200 | APL630DEF-WH-SC00004222 |
| APL630DEF-WH-SC00004223 | APL630DEF-WH-SC00004236 |
| APL630DEF-WH-SC00004237 | APL630DEF-WH-SC00004240 |
| APL630DEF-WH-SC00004241 | APL630DEF-WH-SC00004241 |
| APL630DEF-WH-SC00004242 | APL630DEF-WH-SC00004245 |
| APL630DEF-WH-SC00004246 | APL630DEF-WH-SC00004248 |
| APL630DEF-WH-SC00004249 | APL630DEF-WH-SC00004287 |
| APL630DEF-WH-SC00004288 | APL630DEF-WH-SC00004291 |
| APL630DEF-WH-SC00004292 | APL630DEF-WH-SC00004304 |
| APL630DEF-WH-SC00004323 | APL630DEF-WH-SC00004337 |
| APL630DEF-WH-SC00004350 | APL630DEF-WH-SC00004362 |
| APL630DEF-WH-SC00004363 | APL630DEF-WH-SC00004481 |
| APL630DEF-WH-SC00004685 | APL630DEF-WH-SC00004701 |
| APL630DEF-WH-SC00004790 | APL630DEF-WH-SC00004839 |
| APL630DEF-WH-SC00015136 | APL630DEF-WH-SC00015137 |
| APL630DEF-WH-SC00015138 | APL630DEF-WH-SC00015156 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00015157 | APL630DEF-WH-SC00015178 |
| APL630DEF-WH-SC00015179 | APL630DEF-WH-SC00015183 |
| APL630DEF-WH-SC00015287 | APL630DEF-WH-SC00015346 |
| APL630DEF-WH-SC00015347 | APL630DEF-WH-SC00015353 |
| APL630DEF-WH-SC00015354 | APL630DEF-WH-SC00015370 |
| APL630DEF-WH-SC00015371 | APL630DEF-WH-SC00015447 |
| APL630DEF-WH-SC00015508 | APL630DEF-WH-SC00015509 |
| APL630DEF-WH-SC00015510 | APL630DEF-WH-SC00015510 |
| APL630DEF-WH-SC00015511 | APL630DEF-WH-SC00015511 |
| APL630DEF-WH-SC00015512 | APL630DEF-WH-SC00015522 |
| APL630DEF-WH-SC00015523 | APL630DEF-WH-SC00015523 |
| APL630DEF-WH-SC00015524 | APL630DEF-WH-SC00015531 |
| APL630DEF-WH-SC00015566 | APL630DEF-WH-SC00015566 |
| APL630DEF-WH-SC00015567 | APL630DEF-WH-SC00015568 |
| APL630DEF-WH-SC00015569 | APL630DEF-WH-SC00015569 |
| APL630DEF-WH-SC00015570 | APL630DEF-WH-SC00015571 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00034332 | APL630DEF-WH-SC00034344 |
| APL630DEF-WH-SC00034345 | APL630DEF-WH-SC00034357 |
| APL630DEF-WH-SC00034358 | APL630DEF-WH-SC00034370 |
| APL630DEF-WH-SC00034371 | APL630DEF-WH-SC00034389 |
| APL630DEF-WH-SC00034390 | APL630DEF-WH-SC00034408 |
| APL630DEF-WH-SC00034409 | APL630DEF-WH-SC00034428 |
| APL630DEF-WH-SC00034429 | APL630DEF-WH-SC00034448 |
| APL630DEF-WH-SC00034449 | APL630DEF-WH-SC00034454 |
| APL630DEF-WH-SC00034455 | APL630DEF-WH-SC00034460 |
| APL630DEF-WH-SC00034461 | APL630DEF-WH-SC00034477 |
| APL630DEF-WH-SC00034495 | APL630DEF-WH-SC00034513 |
| APL630DEF-WH-SC00034514 | APL630DEF-WH-SC00034535 |
| APL630DEF-WH-SC00034536 | APL630DEF-WH-SC00034564 |
| APL630DEF-WH-SC00034565 | APL630DEF-WH-SC00034595 |
| APL630DEF-WH-SC00034596 | APL630DEF-WH-SC00034629 |
| APL630DEF-WH-SC00034630 | APL630DEF-WH-SC00034666 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00034718 | APL630DEF-WH-SC00034767 |
| APL630DEF-WH-SC00034768 | APL630DEF-WH-SC00034817 |
| APL630DEF-WH-SC00034818 | APL630DEF-WH-SC00034867 |
| APL630DEF-WH-SC00034868 | APL630DEF-WH-SC00034881 |
| APL630DEF-WH-SC00034882 | APL630DEF-WH-SC00034895 |
| APL630DEF-WH-SC00034896 | APL630DEF-WH-SC00034920 |
| APL630DEF-WH-SC00034921 | APL630DEF-WH-SC00034950 |
| APL630DEF-WH-SC00034951 | APL630DEF-WH-SC00034988 |
| APL630DEF-WH-SC00034989 | APL630DEF-WH-SC00035038 |
| APL630DEF-WH-SC00035039 | APL630DEF-WH-SC00035087 |
| APL630DEF-WH-SC00035088 | APL630DEF-WH-SC00035136 |
| APL630DEF-WH-SC00035137 | APL630DEF-WH-SC00035186 |
| APL630DEF-WH-SC00035187 | APL630DEF-WH-SC00035236 |
| APL630DEF-WH-SC00035237 | APL630DEF-WH-SC00035286 |
| APL630DEF-WH-SC00035338 | APL630DEF-WH-SC00035387 |
| APL630DEF-WH-SC00035872 | APL630DEF-WH-SC00035891 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00035892 | APL630DEF-WH-SC00035910 |
| APL630DEF-WH-SC00035911 | APL630DEF-WH-SC00035960 |
| APL630DEF-WH-SC00035961 | APL630DEF-WH-SC00036010 |
| APL630DEF-WH-SC00036011 | APL630DEF-WH-SC00036061 |
| APL630DEF-WH-SC00036062 | APL630DEF-WH-SC00036110 |
| APL630DEF-WH-SC00036111 | APL630DEF-WH-SC00036160 |
| APL630DEF-WH-SC00036161 | APL630DEF-WH-SC00036209 |
| APL630DEF-WH-SC00036210 | APL630DEF-WH-SC00036258 |
| APL630DEF-WH-SC00036259 | APL630DEF-WH-SC00036308 |
| APL630DEF-WH-SC00045880 | APL630DEF-WH-SC00045880 |
| APL630DEF-WH-SC00045881 | APL630DEF-WH-SC00045887 |
| APL630DEF-WH-SC00046223 | APL630DEF-WH-SC00046225 |
| APL630DEF-WH-SC00046226 | APL630DEF-WH-SC00046233 |
| APL630DEF-WH-SC00046319 | APL630DEF-WH-SC00046321 |
| APL630DEF-WH-SC00046474 | APL630DEF-WH-SC00046475 |
| APL630DEF-WH-SC00046476 | APL630DEF-WH-SC00046494 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
| --- | --- |
| APL630DEF-WH-SC00048096 | APL630DEF-WH-SC00048097 |
| APL630DEF-WH-SC00048098 | APL630DEF-WH-SC00048098 |
| APL630DEF-WH-SC00048099 | APL630DEF-WH-SC00048099 |
| APL630DEF-WH-SC00048100 | APL630DEF-WH-SC00048101 |
| APL630DEF-WH-SC00048122 | APL630DEF-WH-SC00048122 |
| APL630DEF-WH-SC00048123 | APL630DEF-WH-SC00048123 |
| APL630DEF-WH-SC00048124 | APL630DEF-WH-SC00048124 |
| APL630DEF-WH-SC00048125 | APL630DEF-WH-SC00048125 |
| APL630DEF-WH-SC00048126 | APL630DEF-WH-SC00048128 |
| APL630DEF-WH-SC00048129 | APL630DEF-WH-SC00048136 |
| APL630DEF-WH-SC00048137 | APL630DEF-WH-SC00048137 |
| APL630DEF-WH-SC00048138 | APL630DEF-WH-SC00048140 |
| APL630DEF-WH-SC00048141 | APL630DEF-WH-SC00048143 |
| APL630DEF-WH-SC00048144 | APL630DEF-WH-SC00048144 |
| APL630DEF-WH-SC00048145 | APL630DEF-WH-SC00048148 |
| APL630DEF-WH-SC00048149 | APL630DEF-WH-SC00048168 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00048169 | APL630DEF-WH-SC00048175 |
| APL630DEF-WH-SC00048176 | APL630DEF-WH-SC00048225 |
| APL630DEF-WH-SC00048226 | APL630DEF-WH-SC00048226 |
| APL630DEF-WH-SC00048227 | APL630DEF-WH-SC00048231 |
| APL630DEF-WH-SC00048232 | APL630DEF-WH-SC00048232 |
| APL630DEF-WH-SC00048233 | APL630DEF-WH-SC00048250 |
| APL630DEF-WH-SC00048251 | APL630DEF-WH-SC00048252 |
| APL630DEF-WH-SC00048253 | APL630DEF-WH-SC00048263 |
| APL630DEF-WH-SC00048264 | APL630DEF-WH-SC00048269 |
| APL630DEF-WH-SC00048270 | APL630DEF-WH-SC00048319 |
| APL630DEF-WH-SC00048320 | APL630DEF-WH-SC00048322 |
| APL630DEF-WH-SC00048323 | APL630DEF-WH-SC00048345 |
| APL630DEF-WH-SC00048346 | APL630DEF-WH-SC00048360 |
| APL630DEF-WH-SC00048361 | APL630DEF-WH-SC00048381 |
| APL630DEF-WH-SC00048382 | APL630DEF-WH-SC00048399 |
| APL630DEF-WH-SC00048400 | APL630DEF-WH-SC00048456 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00048457 | APL630DEF-WH-SC00048506 |
| APL630DEF-WH-SC00048507 | APL630DEF-WH-SC00048534 |
| APL630DEF-WH-SC00048535 | APL630DEF-WH-SC00048568 |
| APL630DEF-WH-SC00048569 | APL630DEF-WH-SC00048596 |
| APL630DEF-WH-SC00048597 | APL630DEF-WH-SC00048646 |
| APL630DEF-WH-SC00048647 | APL630DEF-WH-SC00048696 |
| APL630DEF-WH-SC00048697 | APL630DEF-WH-SC00048746 |
| APL630DEF-WH-SC00048747 | APL630DEF-WH-SC00048750 |
| APL630DEF-WH-SC00048751 | APL630DEF-WH-SC00048782 |
| APL630DEF-WH-SC00048783 | APL630DEF-WH-SC00048807 |
| APL630DEF-WH-SC00048808 | APL630DEF-WH-SC00048829 |
| APL630DEF-WH-SC00048830 | APL630DEF-WH-SC00048879 |
| APL630DEF-WH-SC00048880 | APL630DEF-WH-SC00048929 |
| APL630DEF-WH-SC00048930 | APL630DEF-WH-SC00048961 |
| APL630DEF-WH-SC00048962 | APL630DEF-WH-SC00048996 |
| APL630DEF-WH-SC00048997 | APL630DEF-WH-SC00049025 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00049026 | APL630DEF-WH-SC00049075 |
| APL630DEF-WH-SC00049076 | APL630DEF-WH-SC00049125 |
| APL630DEF-WH-SC00049126 | APL630DEF-WH-SC00049175 |
| APL630DEF-WH-SC00049176 | APL630DEF-WH-SC00049179 |
| APL630DEF-WH-SC00049180 | APL630DEF-WH-SC00049215 |
| APL630DEF-WH-SC00049216 | APL630DEF-WH-SC00049246 |
| APL630DEF-WH-SC00049247 | APL630DEF-WH-SC00049274 |
| APL630DEF-WH-SC00049275 | APL630DEF-WH-SC00049324 |
| APL630DEF-WH-SC00049325 | APL630DEF-WH-SC00049374 |
| APL630DEF-WH-SC00049375 | APL630DEF-WH-SC00049408 |
| APL630DEF-WH-SC00049409 | APL630DEF-WH-SC00049436 |
| APL630DEF-WH-SC00049437 | APL630DEF-WH-SC00049477 |
| APL630DEF-WH-SC00049478 | APL630DEF-WH-SC00049527 |
| APL630DEF-WH-SC00049528 | APL630DEF-WH-SC00049577 |
| APL630DEF-WH-SC00049578 | APL630DEF-WH-SC00049627 |
| APL630DEF-WH-SC00049628 | APL630DEF-WH-SC00049631 |

| Bates Begin | Bates End |
| --- | --- |
| APL630DEF-WH-SC00050622 | APL630DEF-WH-SC00050625 |
| APL630DEF-WH-SC00050626 | APL630DEF-WH-SC00050629 |
| APL630DEF-WH-SC00050630 | APL630DEF-WH-SC00050633 |
| APL630DEF-WH-SC00050634 | APL630DEF-WH-SC00050641 |
| APL630DEF-WH-SC00050692 | APL630DEF-WH-SC00050715 |
| APL630DEF-WH-SC00050859 | APL630DEF-WH-SC00050886 |
| APL630DEF-WH-SC00050887 | APL630DEF-WH-SC00050910 |
| APL630DEF-WH-SC00050914 | APL630DEF-WH-SC00050922 |
| APL630DEF-WH-SC00050923 | APL630DEF-WH-SC00050938 |
| APL630DEF-WH-SC00050939 | APL630DEF-WH-SC00050957 |
| APL630DEF-WH-SC00050958 | APL630DEF-WH-SC00050959 |
| APL630DEF-WH-SC00050960 | APL630DEF-WH-SC00050960 |
| APL630DEF-WH-SC00050961 | APL630DEF-WH-SC00050988 |
| APL630DEF-WH-SC00050989 | APL630DEF-WH-SC00051015 |
| APL630DEF-WH-SC00051016 | APL630DEF-WH-SC00051091 |
| APL630DEF-WH-SC00051092 | APL630DEF-WH-SC00051123 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00051124 | APL630DEF-WH-SC00051144 |
| APL630DEF-WH-SC00051145 | APL630DEF-WH-SC00051145 |
| APL630DEF-WH-SC00051146 | APL630DEF-WH-SC00051169 |
| APL630DEF-WH-SC00051170 | APL630DEF-WH-SC00051181 |
| APL630DEF-WH-SC00051182 | APL630DEF-WH-SC00051205 |
| APL630DEF-WH-SC00051206 | APL630DEF-WH-SC00051276 |
| APL630DEF-WH-SC00051277 | APL630DEF-WH-SC00051300 |
| APL630DEF-WH-SC00051301 | APL630DEF-WH-SC00051303 |
| APL630DEF-WH-SC00051304 | APL630DEF-WH-SC00051304 |
| APL630DEF-WH-SC00051305 | APL630DEF-WH-SC00051314 |
| APL630DEF-WH-SC00051315 | APL630DEF-WH-SC00051315 |
| APL630DEF-WH-SC00051316 | APL630DEF-WH-SC00051316 |
| APL630DEF-WH-SC00051317 | APL630DEF-WH-SC00051324 |
| APL630DEF-WH-SC00051325 | APL630DEF-WH-SC00051332 |
| APL630DEF-WH-SC00051333 | APL630DEF-WH-SC00051335 |
| APL630DEF-WH-SC00051336 | APL630DEF-WH-SC00051338 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC00051339 | APL630DEF-WH-SC00051349 |
| APL630DEF-WH-SC00051350 | APL630DEF-WH-SC00051356 |
| APL630DEF-WH-SC00051357 | APL630DEF-WH-SC00051357 |
| APL630DEF-WH-SC00051358 | APL630DEF-WH-SC00051359 |
| APL630DEF-WH-SC00051360 | APL630DEF-WH-SC00051374 |
| APL630DEF-WH-SC00051375 | APL630DEF-WH-SC00051389 |
| APL630DEF-WH-SC00051390 | APL630DEF-WH-SC00051391 |
| APL630DEF-WH-SC00051392 | APL630DEF-WH-SC00051393 |
| APL630DEF-WH-SC00051394 | APL630DEF-WH-SC00051401 |
| APL630DEF-WH-SC00051402 | APL630DEF-WH-SC00051481 |
| APL630DEF-WH-SC00051482 | APL630DEF-WH-SC00051557 |
| APL630DEF-WH-SC00051558 | APL630DEF-WH-SC00051564 |
| APL630DEF-WH-SC00051565 | APL630DEF-WH-SC00051575 |
| APL630DEF-WH-SC00051576 | APL630DEF-WH-SC00051590 |
| APL630DEF-WH-SC-A000030 | APL630DEF-WH-SC-A000033 |
| APL630DEF-WH-SC-A000055 | APL630DEF-WH-SC-A000064 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC-A000065 | APL630DEF-WH-SC-A000066 |
| APL630DEF-WH-SC-A000067 | APL630DEF-WH-SC-A000096 |
| APL630DEF-WH-SC-A001562 | APL630DEF-WH-SC-A001611 |
| APL630DEF-WH-SC-A001616 | APL630DEF-WH-SC-A001669 |
| APL630DEF-WH-SC-A001689 | APL630DEF-WH-SC-A001719 |
| APL630DEF-WH-SC-A001721 | APL630DEF-WH-SC-A001747 |
| APL630DEF-WH-SC-A001749 | APL630DEF-WH-SC-A001775 |
| APL630DEF-WH-SC-A001797 | APL630DEF-WH-SC-A001800 |
| APL630DEF-WH-SC-A001813 | APL630DEF-WH-SC-A001862 |
| APL630DEF-WH-SC-A001877 | APL630DEF-WH-SC-A001910 |
| APL630DEF-WH-SC-A001921 | APL630DEF-WH-SC-A001973 |
| APL630DEF-WH-SC-A001986 | APL630DEF-WH-SC-A002036 |
| APL630DEF-WH-SC-A002089 | APL630DEF-WH-SC-A002094 |
| APL630DEF-WH-SC-A002095 | APL630DEF-WH-SC-A002144 |
| APL630DEF-WH-SC-A002145 | APL630DEF-WH-SC-A002147 |
| APL630DEF-WH-SC-A002148 | APL630DEF-WH-SC-A002166 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
| --- | --- |
| APL630DEF-WH-SC-A002167 | APL630DEF-WH-SC-A002177 |
| APL630DEF-WH-SC-A003986 | APL630DEF-WH-SC-A003990 |
| APL630DEF-WH-SC-A004054 | APL630DEF-WH-SC-A004100 |
| APL630DEF-WH-SC-A004101 | APL630DEF-WH-SC-A004133 |
| APL630DEF-WH-SC-A004134 | APL630DEF-WH-SC-A004174 |
| APL630DEF-WH-SC-A004175 | APL630DEF-WH-SC-A004188 |
| APL630DEF-WH-SC-A004189 | APL630DEF-WH-SC-A004197 |
| APL630DEF-WH-SC-A004198 | APL630DEF-WH-SC-A004202 |
| APL630DEF-WH-SC-A004203 | APL630DEF-WH-SC-A004204 |
| APL630DEF-WH-SC-A007053 | APL630DEF-WH-SC-A007061 |
| APL630DEF-WH-SC-A007062 | APL630DEF-WH-SC-A007081 |
| APL630DEF-WH-SC-A007082 | APL630DEF-WH-SC-A007110 |
| APL630DEF-WH-SC-A007111 | APL630DEF-WH-SC-A007147 |
| APL630DEF-WH-SC-A007148 | APL630DEF-WH-SC-A007149 |
| APL630DEF-WH-SC-A007150 | APL630DEF-WH-SC-A007156 |
| APL630DEF-WH-SC-A007157 | APL630DEF-WH-SC-A007158 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)

| Bates Begin | Bates End |
|---|---|
| APL630DEF-WH-SC-A007229 | APL630DEF-WH-SC-A007232 |
| APL630DEF-WH-SC-A007248 | APL630DEF-WH-SC-A007267 |
| APL630DEF-WH-SC-A007268 | APL630DEF-WH-SC-A007268 |
| APL630DEF-WH-SC-A007269 | APL630DEF-WH-SC-A007287 |
| APL630DEF-WH-SC-A007326 | APL630DEF-WH-SC-A007368 |
| APL630DEF-WH-SC-A007369 | APL630DEF-WH-SC-A007370 |
| APL630DEF-WH-SC-A007371 | APL630DEF-WH-SC-A007390 |
| APL630DEF-WH-SC-A011695 | APL630DEF-WH-SC-A011697 |
| APL630DEF-WH-SC-A011698 | APL630DEF-WH-SC-A011705 |

Apple Inc. v. Samsung  Electronics Co., Ltd., et al.
Case No. 12-cv-630-LHK (PSG)