## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING THE EXAMINATIONS OF BUTLER, DENISON, FRID-NIEL CHEVALIER, FREEMAN, FREEMAN, GARCIA, HONG, KEARL, MAZUR, MILLET, PARULSKI, RAO, SCHONFELD, AND STORER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Erik J. Olson in Support of Sealing Materials that Apple and Samsung May Use During the Examinations of Chevalier, Freeman, Freeman, Garcia, Hong, Kearl, Mazur, Millet, Parulski, Rao, Schonfeld, and Storer ("Olson Declaration").  The Court grants Apple's request to seal the materials disclosed in the Olson Declaration as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| JX 52 | Sealed in full. |
| PX 257 | Sealed in full. |
| PX 294 | Sealed in full. |
| PX 295 | Sealed in full. |
| PX 298 | Sealed in full. |
| DX 351 | Sealed in full. |
| DX 352 | Sealed in full. |
| DX 353 | Sealed in full. |
| DX 354 | Sealed in full. |
| DX 371 | Sealed in full. |
| DX 390 | Sealed in full. |
| DX 391A | Sealed in full. |
| DX 399 | All pages not shown. |
| DX 402 | Sealed in full. |
| DX 453A | Pages 5 and 6. |
| DX 491 | Sealed in full. |
| DX 499 | Sealed in full. |
| PDX 102.1 and 102.2 | Sealed in full. |
| SDX 3721-3724, SDX 3728-3730, SDX 3733, SDX 3737-3738, SDX 3741-3742, SDX 3750, SDX 3784, SDX 3805, SDX 3807, SDX 3935, SDX 3977, SDX 3978, SDX 3979, SDX 3981, SDX 3982, SDX 3983, SDX 3984, SDX 3985, SDX 3986, SDX 3990, SDX 3991, SDX 3992, SDX 3993, SDX 3994, SDX 3995, SDX 3996, SDX 3997, SDX 3998, SDX 3999, SDX 4000 and SDX 4001 | Sealed in full. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge