| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DISCLOSED BY APPLE AND SUBJECT TO SAMSUNG'S APRIL 19 HIGH PRIORITY OBJECTIONS REGARDING JUDITH CHEVALIER, MITCHAEL FREEMAN, MICHAEL FREEMAN, ROBERTO GARCIA, JP HONG, JAMES KEARL, TRACEY MAZUR, TIM MILLET, KEN PARULSKI, SANJAY RAO, DAN SCHONFELD, AND JAMES STORER** |

1    In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal
2 certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to
3 Samsung's April 19 High Priority Objections Regarding Judith Chevalier, Mitchael Freeman,
4 Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken
5 Parulski, Sanjay Rao, Dan Schonfeld, and James Storer ("Attachments to Apple's Notice of
6 Filing").
7    As set forth in the Declaration of Erik J. Olson in Support of Apple's Motion to Seal
8 ("Olson Sealing Declaration"), PX 257, PX 294, and PX 298 contain information that is
9 confidential to Apple.
10    Certain Attachments to Apple's Notice of Filing also contain information that Samsung
11 may consider confidential.  Apple expects that Samsung will file the required supporting
12 declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether
13 Attachments to Apple's Notice of Filing should be sealed.
14    Apple does not file a proposed redacted version of these attachments in accordance with
15 the Court's Order requiring the parties to meet and confer before filing public redacted
16 documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).
17    For the foregoing reasons, Apple has moved to file certain Attachments to Apple's Notice
18 of Filing under seal.  Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with
19 Samsung's counsel regarding this motion to seal.  Samsung does not oppose Apple's
20 Administrative Motion to File Documents Under Seal as a procedural mechanism for filing
21 Attachments to Apple's Notice of Filing under seal.  Samsung reserves the right to challenge any
22 proposed redactions to the extent it believes those redactions improperly seal non-confidential
23 information.  Within 7 days of Samsung filing its declaration in support of sealing, the parties
24 will prepare and Apple will file a final consolidated and conformed copy of the Attachments to
25 Apple's Notice of Filing identifying what information Samsung has supported sealing.

1  Dated: April 19, 2014                                   MORRISON & FOERSTER LLP

                                                           */s/ Rachel Krevans*
                                                           Rachel Krevans

                                                           *Attorneys for Plaintiff and
                                                           Counterclaim-Defendant Apple Inc.*