JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner at the law firm of Morison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Under Seal regarding certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to Samsung's April 19 High Priority Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, and James Storer ("Attachments to Apple's Notice of Filing").

3. PX 257, PX 294, and PX 298 contain highly confidential technical information related to Apple's products. The public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)). The Court has previously granted Apple's request to seal technical documents containing a similar level of detail. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

4. Attachments to Apple's Notice of Filing also contain information that Samsung may consider confidential.

5. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Attachments to Apple's Notice of Filing should be sealed.

DECLARATION OF ERIK J. OLSON ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)                                                                  1
sf-3408332

1  I declare under the penalty of perjury that the foregoing is true and correct to the best of
2  my knowledge and that this Declaration was executed this 19th day of April, 2014, in San Jose,
3  California.

　　　　　　　　　　　　　　　　　　　　*/s/ Erik J. Olson*
　　　　　　　　　　　　　　　　　　　　Erik J. Olson

## **ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:  April 19, 2014　　　　　　　*/s/ Rachel Krevans*
　　　　　　　　　　　　　　　　　　　　Rachel Krevans

---

DECLARATION OF ERIK J. OLSON ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)　　　　　　　　　　　　　　　　　　　2
sf-3408332