1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to Samsung's April 19 High Priority Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, and James Storer ("Attachments to Apple's Notice of Filing").  Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| Witness/Document | Portion to be Sealed |
| --- | --- |
| Michael Freeman<br>• PX 251 | Portion(s) indicated by Samsung. |
| JP Hong<br>• 7/4/13 Deposition Excerpt | Portion(s) indicated by Samsung. |
| Tim Millet<br>• PX 257<br>• P294 and PX 298 | Sealed in full. |
| James Storer<br>• PX 253 | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                          Hon. Lucy H. Koh
                                          United States District Judge