| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **NOTICE OF FILING OF MATERIALS SUBJECT TO SAMSUNG'S APRIL 13 HIGH PRIORITY OBJECTIONS REGARDING JUDITH CHEVALIER, MITCHAEL FREEMAN, MICHAEL FREEMAN, ROBERTO GARCIA, JP HONG, JAMES KEARL, TRACEY MAZUR, TIM MILLET, KEN PARULSKI, SANJAY RAO, DAN SCHONFELD, AND JAMES STORER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order on Sealing and Objections for Trial Exhibits (Dkt. No. 1616), Apple Inc. ("Apple") files as attachments hereto materials disclosed by Apple that are the subject of Samsung's April 19, 2014 high priority objections regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, and James Storer:

**Judith Chevalier**

- Analysis Group Website Pages
- Preliminary Instructions (Dkt. No. 1542)

**Mitchael Freeman**

- PX 254

**Michael Freeman**

- PX 251 (SEAL)
- Robert Evatt Article

**JP Hong**

- 7/4/13 Deposition Excerpt (SEAL)

**Tracey Mazur**

- PX 248

**Sanjay Rao**

- Rao, Sanjay K., "An Empirical Appraisal of Conjoint Choice Simulators"

**Dan Schonfeld**

- Samsung Opening Slide 15

**James Storer**

- PX 249/PX 253 (SEAL)
- Apple Opening Slide 56

Certain materials that are the subject of Samsung's objections are voluminous, in part because Samsung objected to entire categories of documents (*e.g.*, multiple expert reports, exhibits, and appendices, rather than an individual report). These materials also contain the confidential information of Apple and multiple third parties. Accordingly, Apple is not filing on ECF the following materials that are the subject of Samsung's objections, but will make them available to the Court if it would aid the Court in its resolution of Samsung's objections:

**Judith Chevalier**

- David Teece Reports/Testimony

**Ken Parulski**

- Kearl Expert Reports/Transcripts
- Schonfeld Expert Reports

**Tim Millet**

- PX 257 (SEAL)
- PX 294 and PX 298 (SEAL)

Dated: April 19, 2014                     MORRISON & FOERSTER LLP

*/s/ Rachel Krevans*
Rachel Krevans

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

NOTICE OF FILING OF MATERIALS SUBJECT TO SAMSUNG'S APRIL 19 HIGH PRIORITY OBJECTIONS
CASE NO. 12-CV-00630-LHK (PSG)
sf-3408334

2