Case 5:12-cv-00630-LHK   Document 1728-5   Filed 04/19/14   Page 1 of 1

**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

[methodology] [SEARCH]

ABOUT US | PRACTICE AREAS | EXPERTS | CASES | NEWS & EVENTS | CAREERS

Home > About Us > Experts > Judith A. Chevalier        Print Friendly | Email Page

## Affiliated Experts



**EXPERTISE**
Antitrust and Competition
Intellectual Property
Securities and Financial Instruments

**Judith A. Chevalier**

William S. Beinecke Professor of Finance and Economics, Yale School of Management; Research Associate, National Bureau of Economic Research

**Analysis Group Contact**
Martha Samuelson

**Education:**
Ph.D., economics, Massachusetts Institute of Technology

**Summary of Experience:**
Professor Chevalier is an expert in industrial organization, finance, and competitive business strategy. She has provided expert testimony and been deposed in several major antitrust matters, including *State of New York v. Intel Corporation*, in which she assessed the business strategies of competitors in the semiconductor industry and evaluated market outcomes. An affiliate with Analysis Group, Professor Chevalier, supported by Analysis Group teams, recently served as an expert in litigation involving online search databases, and in several matters involving entertainment industry issues related to rights, prices, and competition. She has also assisted a number of major technology firms with analyses of competition and antitrust issues. Professor Chevalier's academic research focuses on the economics of electronic commerce, the interaction between firm capital structure and product market competition, and price seasonality and cyclicality. Her research has been featured in *Slate* magazine and on National Public Radio. Professor Chevalier is also an elected member of the American Academy of Arts and Sciences. She is a former member of the American Economic Association's (AEA) Executive Committee and a former board member of the organization's Committee on the Status of Women in the Economics Profession. In 1999, she won the first biennial Elaine Bennett prize, given by the AEA in recognition of research by a woman in any area of economics. Professor Chevalier is an active author. She has published articles in the *American Economic Review*, *Journal of Industrial Economics*, *Journal of Business*, *Quarterly Journal of Economics*, *Journal of Finance*, *Journal of Law, Economics, and Organization*, and *Journal of Political Economy*. She is a current co-editor of the *Rand Journal of Economics*, and has served as a co-editor of the *American Economic Review*, editor of the *B.E. Journal of Economic and Policy Analysis*, advisory editor of *Quantitative Marketing and Economics*, and associate editor of numerous journals.

© 2014 ANALYSIS GROUP   Contact Us   |   Site Map   |   Website/Privacy Policy
Equal Opportunity Employer Minorities/Women/Veterans/Disabled

Subscribe to Analysis Group Updates and Publications
[Enter Email Address] [SUBMIT]