

# Surveys & Experimental Studies

We have applied rigorous quantitative approaches relying on primary market research in numerous engagements

## Methods

Analysis Group professional staff collaborate with leading market researchers to develop survey strategy and analytic approaches. In designing surveys, we tailor stimuli and experimental conditions without compromising scheduling and budgetary constraints.

Surveys and experimental studies can provide important inputs to assessments of liability and damages estimates, and can take many forms, including

- Conjoint analysis/Choice tasks
- Maximum difference
- Voice of the customer
- Test/control experiments
- Traditional question and answer surveys

Careful survey design is required to solicit unbiased and defensible results. We are experienced in developing survey instruments in conjunction with qualitative research and in field testing prior to launch. This ensures that appropriate terms are used to describe choices, that the complexity and duration of the survey are designed to yield accurate results, and that we can approximate the underlying decision-making processes.

> We use these methods in the context of litigation, in developing product launch strategies, and in response to regulatory requirements calling for consumer-based documentation.

**Conjoint analysis** measures the relative value to consumers of product features by analyzing choices consumers make when given options that vary along those features. In a conjoint exercise, we provide respondents with product choice sets from which they select their preferred alternatives. We then use statistical analysis to identify the "must-have" features, to compare the relative importance of features (for example, is it more important to have Wi-Fi or GPS in a smartphone), and to assess the "exchange rate" between features (for example, screen size relative to price).

Using the results of these studies, we can predict demand for existing and nonexistent products and measure the relative values of must-have, secondary, and tertiary features.

[top]

**Maximum difference scaling** assesses preference or importance scores, using best-to-worst and most-important-to-least-important comparisons for multiple items, such as product features. We work with marketing experts to apply maximum difference scaling in marketing survey research, especially when a wide variety of applications is needed.

> In survey design, we account for product category, target audience, label complexity, competitive environment, message type, and other relevant factors to avoid bias and ensure validity of results.

**Voice of the customer** identifies consumer needs relative to products and features. "VoC" uses qualitative and quantitative methods that allow consumers to express requirements in their own terms. We then develop an organized hierarchy through which consumers can prioritize features and available alternatives by relative importance and current satisfaction.

**Test/control experiments** (or experimental design) isolate a causal influence on consumer perceptions and preferences of any element of a product, advertisement, or other marketing material. For example, we use test/control experiments to assess allegations in false claims matters and in trademark infringement cases in the context of customer confusion studies.

[top]

### Focus Areas
- Overview
- Focus Areas
  - Applications and Uses
  - Methods
- Experts & Professional Staff

### NOTEWORTHY
Affiliate John Hauser on "Customer Behavior and Class Actions"

### SPOTLIGHT ON AN EXPERT
Our affiliate Randolph Bucklin is a research specialist in the quantitative analysis of customer purchase behavior.

### HOW WE WORK
Learn more about our capabilities in:
- Biostatistics
- Statistical Sampling

© 2014 ANALYSIS GROUP | Contact Us | Site Map | Website/Privacy Policy
Equal Opportunity Employer Minorities/Women/Veterans/Disabled

Subscribe to Analysis Group Updates and Publications