**PLAINTIFF'S EXHIBIT NO. 249**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

# Understanding PC Video

*This guide explores PC video
technology and tells you how to add
the impact of video to your business.*



**161DOC000570**
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 1 of 12**

*Understanding PC Video*

## Enhancing Business Communications

Imagine trying to explain to someone how to tie a shoe ... using only written or spoken words. Even if you use pictures and diagrams, it's still awkward and time consuming to "talk" someone through this everyday procedure. People are likely to respond with "just show me!" because they catch on more quickly when they can see how something is done rather than reading or listening to instructions. Likewise, many types of business information cannot be conveyed effectively with words and images alone. This information requires a much richer mode of communication—one that not only includes visual elements to enhance the spoken word, but also *captures movement* and *visual expression* as well.

The personal computer (PC) has enhanced business communications dramatically in the last decade, allowing people to communicate information with text, data and graphics. The next logical step is the addition of motion video to PCs. PC video integrates visual elements with the spoken word and motion, bringing a rich new data type to PC communications. It combines the impact of video with the PC's ability to manage, access and present data.

Off the shelf hardware and software which support PC video are available today. New technologies are making PC video not only affordable, but also easy to install and use. As a result, we are beginning to see exciting business applications that use video to enhance the effectiveness of business communications. This paper discusses PC video and its applications. And it explains how easy it is to add video to your PC.

## PC Video Applications

The PC is rapidly becoming the platform for communicating and distributing information. People are already using PCs to send and receive documents, faxes and e-mail messages over LANs and across phone lines. Video is a natural and powerful extension to PC-based communications and information distribution.

With the ready availability of PC video software, and the ease of incorporating and using video, you can get started right away enhancing your business communications. In fact, products such as Microsoft's Video for Windows[*] with Intel's Indeo™ video technology allow you to play back video clips which have been incorporated into existing applications such as word processors, spreadsheets, data bases and presentation graphics. It's as easy as pasting in a graph or a drawing. And with the addition of video capture hardware, you can record video right at your desktop. Think of the possibilities...

**Business Presentations**
PC-based business presentations are rapidly increasing in popularity because they look good, are easy to create, are highly portable, and can be played on just about any PC, including portables and laptops. There are over one hundred million PCs installed today, so you can show your presentation in almost any

161DOC000571
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 249, Page 2 of 12

business office—without scheduling a conference room or setting up additional equipment. Or, you can hook up a flat-panel projector to your PC and project your presentations using an overhead projector.

With PC video, you can add a whole new dimension to your business presentations. Imagine the impact of a sales presentation that includes "live" customer testimonials ... or electronic product brochures that include video product demonstrations. PC video offers other benefits as well. For example, you can quickly create a marketing clip on a new product without the expense of producing a full-blown video. Sales and marketing are not the only areas in which you can use PC video. You can also add impact to staff presentations, announcements and many other corporate communications.

### Education and Training

Because of the rich and portable nature of video communication—not to mention its cost effectiveness—videotaped training programs are heavily used in business. Video adds impact to training programs and holds the audience's attention. In addition, a 1991 study by Inteco Corp. shows that video presentations increase audience retention of information by up to 38%. However, videotaped training programs have limitations. Because videotape is sequential, sequences cannot be randomly accessed; videotape cannot

be integrated with computer-based training; and people cannot typically view videotapes at their desks.

PC video overcomes the limitations of videotape. It combines the benefits of computer based training with the impact of video presentation. Video on the PC is convenient and even more portable than videotape—it can be run on just about any i486™-based PC. And it's easy to combine video with text, graphics and other data types to optimize communication. You can use PC video for many training and education purposes: employee orientation, human resources updates, sales training, product training, electronic employee newsletters, safety courses and many others. For example, service and mainte-nance manuals can be enhanced to include video clips of certain operations, such as installing an oil filter in a car.

### Video Data Bases

Video data bases combine the power of video with the ability of computers to manage, access and present data. Imagine going into a real estate office, entering your requirements for a new home into a PC, then viewing video clips of houses that fit your specifications and budget. Real estate is only one of many areas that can be enhanced with video data bases. Physicians in remote locations can take advantage of a video data base containing medical procedures; and video can be added to insurance claims data bases.

### General Purpose Video Communications and Information Distribution

Just as e-mail has revolutionized com-munications, PC video will eventually revolutionize e-mail. Video e-mail is particularly effective in facilitating cooperative projects where several coworkers need to share information. For example, doctors can share patient records; engineers can share design approaches; and insurance adjusters can share claim information. Video e-mail can also be used to distribute information—such as service bulletins and product updates—quickly and effectively.

### Next Generation Applications

In addition to enhancing existing applications such as presentations, PC video opens the door to new applications that simply were not possible before. One exciting example is desktop video conferencing where users can not only see the other party, but also send, annotate and share documents in real time. As a result of these applications, the PC will become an even more powerful business tool that allows interactive business communications which combine text, graphics, voice and video.

161DOC000572
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 3 of 12**

*Understanding PC Video*

## Minimum System Requirements

The hardware and software you'll need for PC video depend on whether you plan to record video at your desktop or simply play back video clips recorded by others.

### Requirements for Playing Video

Your PC may already be capable of video playback. All you need is an Intel486™ microprocessor-based personal computer running the Windows® operating system. The PC should have a i486SX/25 MHz CPU or higher, a hard disk drive, and a 256 color VGA board or greater. You'll also need a PC audio board and speakers or headphones, which are readily available and easy to install.

With this setup, you can play back video files that have been recorded elsewhere and supplied to you on diskette, CD ROM‡, or via a network. That means that tens of millions of i486 microprocessor-based PCs are potential video playback units. As you can see, playing back video to your PC is easy and doesn't require a lot of expensive equipment.

### Requirements for Recording Video on a PC

If you also wish to record video on your PC, you'll need a few *additional* components.

‡ This requires a CD-ROM drive.

- A video digitizing (or capture) board to convert the video analog signals to digital information.
- A hard disk with a minimum of 30 MB free hard disk space or more.
- A source of video input such as a video camera, VCR or laserdisc player which you connect to the video capture board.
- Video software (such as Video for Windows) which includes video capture, compression, playback and basic video editing utilities.

Figure 1 shows the components you'll need for video capture.

## What You'll Need For Recording PC Video

| Component | Playback | Recording |
|---|---|---|
| **Hardware** | | |
| 486SX/25 MHz CPU (or higher) | ▪ | ▪ |
| 256 color VGA board (or higher) | ▪ | ▪ |
| Sound board | ▪ | |
| Speakers or headphones | ▪ | |
| Video digitizing (capture) board | | ▪ |
| Minimum 30 MB free hard disk space (50 MB recommended) | | ▪ |
| Video camera, VCR, laserdisc or other audio/video input source | | ▪ |
| **Software** | | |
| Microsoft Video for Windows | ▪ | ▪ |



**Figure 1.** PC video uses popular consumer electronics products such as VCRs, camcorders and laserdisc players as sources of input. Video capture boards and capture/editing software are readily available.

4

161DOC000573
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 249, Page 4 of 12

*Understanding PC Video*

## Video Quality

You cannot playback video at a higher quality than was captured, so you should give particular attention to the quality of video recording. By recording at the highest quality possible, you are assured that you can achieve the highest quality playback when you need it.

Video image quality depends primarily on three factors: viewing window size, video "frame rate", and color presentation capability. What is important to remember is that quality depends on the combination of these three factors. Therefore, when evaluating video software and hardware, it is important to look at all three quality factors.

In addition, the level of video quality that you enjoy is directly related to your PC hardware configuration. In particular, quality is directly related to the PC microprocessor, the graphics board, and the speed of the hard disk. We'll discuss the relationship between hardware and video capture and playback quality later. But first let's look more closely at the three factors that make up video quality.

### Viewing Window Size

Viewing window dimensions are expressed in pixels—for example, 320x240 pixels or 160x120 pixels. For reference, a standard VGA screen is 640x480 pixels, which means that a 320x240 video playback window takes up about 1/4th of a VGA screen. Standard PC video window playback sizes, as shown in Figure 2, are 160x120 (1/16 screen) and 320x240 (1/4 screen).



**Figure 2.** Video window playback size is expressed in pixels or as a fraction of the PC screen.



**Figure 3.** Frame rates range from zero fps which is still image up to 30 fps which is the highest quality.

### Video Frame Rate

Video "frame rate" specifies the number of frames per second (fps) of video images displayed on the screen. The higher the frame rate, the more fluid the motion appears. The highest, or best, quality frame rate available is 30 fps, which appears to the human eye as completely fluid motion. Lower frame rates (below 10) still appear as motion, but are noticeably "jerky." For reference, zero fps is a still frame (no motion); 24 fps is the frame rate used in motion pictures; 30 fps is used in television; 10 to 15 fps is the rate that most people find acceptable for fluid motion.

### Color Presentation Capability

Color presentation capability depends on the color depth and the spatial color resolution. Color depth refers to the number of different colors available. The more colors, the higher the quality and the truer the representation. Color depth on PCs ranges from a VGA palette of 4-bits (16 colors) up to 24-bit true color with 16.7 million hues. You'll need at least a 256 color VGA card or higher for video.

Color resolution refers to the spatial "graininess" or "blockiness" of the color. The highest quality results when every pixel is assigned its own color. Blockiness results when the same color is assigned to all four pixels in a 2 x 2 area or larger. Many compression algorithms reduce file sizes by grouping pixels into color blocks. To help reduce the graininess during playback, interpolation or dithering techniques are employed to smooth out the color over the blocked out areas.

161DOC000574
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 5 of 12**

*Understanding PC Video*

# Recording Video on Your PC

Recording video on your PC is a simple process. You can capture live action using a video camera, or you can capture existing video clips from a VCR or laserdisc player. Video cameras, VCRs and laserdiscs communicate video information to a television set using a standard analog video format such as NTSC (North America and Japan), PAL (Western Europe) or SECAM (France and Eastern Europe). The video capture board in your PC converts this analog video signal into digital information, and records it on a hard disk file. The file format depends on the video recording hardware and software used.

## Compression

Raw digitized video files are quite large. For example, one minute of video can range from 35 to 50 MB on your hard disk, depending on preset capture parameters. So it's necessary to compress—or shrink—raw video files to a size that is more manageable on a PC. Video compression techniques take advantage of the fact that, as you move from one frame of video to the next, much of the "information" remains the same. Compression routines look at each frame and identify and save only the changes from frame to frame—for example, changes caused by motion. Additionally, compression routines "eliminate the redundancy" within each frame. If, for example, an area of the screen is made up of a group of pixels that are all the same color, the compression software

stores color information about the area as a whole instead of storing separate color information for each pixel.

These compression techniques dramatically reduce video file size. For example, video software that incorporates Indeo video can compress a 50 MB raw video file to about 9 MB. Indeo video, which is Intel's advanced video compression/decompression software technology, is a key component of Microsoft's Video for Windows and Apple's QuickTime° products. IBM has also endorsed Indeo technology and plans to incorporate it into its operating environments. This will allow users to interchange video files freely between Windows, Macintosh° and OS/2° platforms.

## One-step Versus Two-step Capture and Compression

There are two types of video capture techniques: one-step capture and compression and two-step capture and compression. Older video capture boards use a two-step process. Capture and compression are two separate steps because video input comes into the PC faster than the compression routine can process it. In the first step, you capture the video and store the raw digitized video information on a hard disk file. In the second step, you compress this file off-line. (See Figure 4.) This two-step process requires disk space not only to hold the uncompressed video file, but also the compressed file (for a total of 45 to 60 MB for one minute of video). In addition, the



**Figure 4.** Without specialized hardware, video cannot be captured in real time on a PC. Capture and compression must be performed in two steps. The compression process can be slow, and it requires more disk space than most PCs have.



**Figure 5.** Technologies such as Indeo video and Intel's i750® video processor enable the Intel Smart Video Recorder to capture and compress video data and store the compressed file in a single step.

6

161DOC000575
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 6 of 12**

off-line software compression step takes a lot of extra time—as much as 15 to 30 minutes for every minute of video. During that time, the PC is completely dedicated to compression, and cannot be used for other work.

Fortunately, newer compression technologies use a combination of software and hardware to compress video much more quickly. For example, the Intel Smart Video Recorder digitizes, compresses and stores the video data all in one easy step (See Figure 5). This is accomplished by incorporating Indeo technology and Intel's i750® video processor into the Intel Smart Video Recorder board.

Real-time, single-step capture and compression offers important advantages. It minimizes the cost of PC video because it uses far less hard disk space (9 MB of hard disk for one minute of video in a 160x120 window versus 45 to 60 MB). This often eliminates the need to add large and fast hard disk capacity to your PC. It also offers convenience and time savings because there is no lengthy compression process involved.

### Video Capture Quality

Single-step capture and compression has an important advantage in that video quality is not as sensitive to the hardware configuration as two-step capture and compression. For two-step capture and compression, video quality is directly related to your PC hardware configuration: the more powerful the microprocessor and the faster the hard disk, the higher the quality.

With two-step capture and compression, all uncompressed video data must be transferred directly to the hard disk. In many configurations, the speed of the microprocessor and hard disk cannot keep pace with the large volume of incoming data. The system becomes overloaded and begins to "drop" frames. So, you may not be able to achieve the full frame rate (quality) that is specified for the video capture board. For example, a two-step video capture board rated at 30 fps, may in reality capture far fewer fps on less powerful hardware configurations.

One-step capture and compression, on the other hand, compresses video data before it is transferred to the hard disk. As a result, the amount of data that the hard disk must handle is dramatically reduced—by a factor of up to 6 to 1.

Thus, very few frames, if any, are "dropped" during capture. A single-step video capture board at 30 fps will deliver 30 fps even on less powerful system configurations.

### Distributing Your Video

You can distribute your compressed video files just as you would any other file type—either on diskette or over a network. People who have Video for Windows can play your video clip without any additional software. If you are distributing your video clip to people who don't have Video for Windows, you need to attach a copy of video player software (also called a runtime player) to the compressed file. Video player software is included with Video for Windows and with the Intel Smart Video Recorder.



**Figure 6.** Video for Windows uses easy "push-button" controls for video playback.

7

*Understanding PC Video*



**Figure 7.** As processing power increases, the video window playback size and video frame rate increase. The result is higher quality video playback.

## Playing Video Files On Your PC

You can receive video files for playback on diskette or through a network. You can view these files even if you don't have any specialized video playback hardware on your PC. If you have video playback software such as Video for Windows, you can take advantage of its simulated push-button controls, which look much like those on a VCR or cassette player.

**Playback Quality Depends on Hardware**
As you move up in processing power, such as from an i386 to an i486 to a Pentium™ microprocessor, you can take advantage of larger playback window sizes and faster frame rates, enhancing playback quality. The result is a larger viewing area and more fluid motion. Figure 7 shows how different hardware configurations affect video window playback size and video frame rates.

Depending on the hardware configuration, you may need to make tradeoffs between window size and frame rate to optimize video quality for particular purposes. For example, if the most important thing to convey is motion, then you would opt for a smaller window playback size to get a faster frame rate. If, however, you are more interested in visual details, you would trade off frame rate for a larger window playback size. The table below shows typical window sizes and frame rate tradeoffs for popular hardware configurations. The numbers shown depend on the specific hardware configuration, and may vary based on such factors as disk drive

speed, available RAM and the VGA card installed.

**Smart Video Software**
Because of the variety of hardware configurations available, a wide range of playback qualities are possible. As a result, video software should be "smart" enough to determine what hardware is available and optimize playback quality for that hardware automatically—without requiring you to change the software or the video clip file. This is sometimes referred to as scalability.

During playback, Indeo video's scalable technology automatically determines what hardware is available and optimizes playback quality for that configuration. When recording Indeo video files, the one-step capability of the Intel Smart Video Recorder ensures that frames are never lost. As a result, more powerful PCs will be able to tap into this stored video data during playback, delivering progressively faster frame rates. Therefore, as computer users upgrade their systems with faster Intel microprocessors, they benefit from the security of knowing that video recorded on the Intel Smart Video Recorder will "upgrade" along with them. Scalability protects your investment because video recorded today will play faster on tomorrow's machines.

| Playback Performance: Typical Window Size and Frame Rate Combinations | | |
|---|---|---|
| System[†] | 160x120[††] | 320x240[††] |
| i486SX/25 | 15 fps | 4 fps |
| i486DX/33 | 20 fps | 5 fps |
| i486DX2/66 | 30 fps | 8 fps |

[†] All systems tested with 8 MB RAM; 11.8 millisecond hard disk speed; Orchid ProDesigner/e VGA card with 512 kB memory and 256 colors.
[††] Higher frame rates occur with more powerful system configurations.

161DOC000577
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 8 of 12**

*Understanding PC Video*

This not the case for video clips captured on two-step boards which often lose frames. These lost frames can never be recovered and played back no matter how fast your upgraded CPU. Without scalability, video quality will be the same on the faster CPU as it was on the older one.

## Video Trends

Recent advances such as Intel's Indeo video technology bring PC video to the business user. PC video is affordable and easy to install and use. As a result, you can begin using video immediately to enhance your business communications—presentations, educational and training programs, video communications and information distribution, and even video data bases.

- **PC Hardware.** Today's microprocessors have the horsepower necessary to handle the demands of high-quality video. The next generation of microprocessors, such as Intel's Pentium microprocessor, will be even better equipped for running video-based applications. And your investment in video is protected because Indeo Video software technology is scalable. That means the video you capture today will run on tomorrow's hardware to the full extent of the quality of the video capture. In addition, storage capacities are increasing and costs are plummeting. Disk drives of 200 to 300 MB are now standard on many PCs.

- **Video Hardware.** Intel offers a variety of video boards to simplify video capture and to enhance playback quality by using Indeo video technology and the i750

video processor. Intel recording boards offer all the advantages of one-step capture and compression which result in significant disk space savings, time savings and higher recorded frame rates.

- **Operating System Software.** Microsoft, IBM and Apple have all committed to supporting video in their operating system software. Video for Windows and QuickTime, which incorporate Intel's Indeo video technology, are available today from Microsoft and Apple. IBM has announced plans for incorporating Indeo video into OS/2.

- **Video Tools and Utilities.** A number of video capture, editing and playback tools and utilities are already available for working with video on your PC. Many of these programs are integrated with operating environments such as Video for Windows.

- **Video Clip Art.** Clip art suppliers are beginning to market "video clip art," offering you a wide selection of pre-recorded video which you can incorporate into your business documents. Video for Windows includes one of these video clip libraries on CD-ROM.

- **Applications.** Existing standards such as Object Linking and Embedding (OLE) make it easy to include video under the Windows operating environment. Over 150 existing business applications support OLE—including word processors, spreadsheets, databases and business presentations. This paves the way for the integration of video into compound documents without the need for specialized software. OLE ensures that you can

easily incorporate video into existing files—even if these files were created before PC video capabilities were available.

- **Distribution.** Distribution infrastructures such as LANs and the telephone network are already in place and can support limited digital video transmission, such as low-volume store-and-forward. As video compression techniques advance and network bandwidths widen, we'll be able to increase the volume of store-and-forward video transmission so that large-scale video e-mail becomes a reality. Advancements in digital communications technology such as the Integrated Services Digital Network (ISDN) are making it possible to send video beyond the local area network. Ultimately, we'll be able to handle the transmission of full motion video in real time, enabling video conferencing and other exciting new video applications.

As you can see, many PC video capabilities are already available. And, that's only the beginning. New advancements are occurring every day, at all levels of information technology. The next generation of PC hardware will include more powerful microprocessors, larger disk drives and faster graphics subsystems, resulting in even better PC video quality. In addition higher compression rates will enhance our ability to send and receive video via the telephone or local area networks. As new technology becomes available, prices will continue to drop, making PC video even more affordable.

161DOC000578
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 9 of 12**

*Understanding PC Video*

## In Conclusion

PC video is here today. It's affordable. It's easy to use. And it opens the door to numerous applications that dramatically enhance business communications. New technologies such as Indeo video make playback easy and affordable—often without any additional hardware. In addition, Indeo technology, in conjunction with The Intel Smart Video Recorder, permits single-step capture and compression, making the process fast and efficient. So you can create your own video clips right at your desktop.

Through the continuing development of more powerful microprocessors such as the Pentium microprocessor, Intel is paving the way for more sophisticated video applications that will allow PC video to reach its true potential.

In addition to making Indeo technology available to other hardware and software vendors, Intel offers The Intel Smart Video Recorder, a complete video capture package that includes:

- The Intel Smart Video Recorder, a one-step video recording board using Indeo video and the i750 video processor
- Microsoft Video for Windows

- Asymetrix Compel*, a multimedia presentation package designed for on-screen PC presentations
- Asymetrix Media*Blitz!*, a program for organizing and integrating animation, graphics, audio and video into multi-media shows
- GateKeeper Visual Thinking from Firstlight*, Incorporated, a multimedia CD-ROM disk. This includes an audio/video clip library and presentation tools.

The Intel Smart Video Recorder lets you perform one-step capture and compression, making PC video convenient and practical for everyday use. And it provides an easy way to get started with PC video.

161DOC000579
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 249, Page 10 of 12

*Understanding PC Video*

## Intel Smart Video Recorder

The easiest way to add business video to your PC.

**Includes:**
- Intel Smart Video Recorder board
- Microsoft Video for Windows with Indeo video
- Asymetrix Compel (on-screen presentation software)
- Asymetrix Media*Blitz!* (organizer for creating multimedia shows)
- GateKeeper Visual Thinking from Firstlight, Inc. (CD-ROM with AV clip library and presentation tools)

**Features:**
- Motion capture
- Color format
- Compression
- File size (160x120 @ 30 fps for 1 min)
- Still capture resolution
- Monitoring
  - Pass through mode
  - During capture
- Support for S-Video (Super VHS)
- Support for composite inputs
- Supports any NTSC video

| | |
|---|---|
| Motion capture | 320x240 @ 15 fps, without dropping frames |
| | 160x120 @ 30 fps, without dropping frames |
| Color format | YUV9 |
| Compression | 1-step using Indeo video |
| File size (160x120 @ 30 fps for 1 min) | 9 MB |
| Still capture resolution | 640x480 |
| Pass through mode | Yes |
| During capture | Yes |
| Support for S-Video (Super VHS) | Yes |
| Support for composite inputs | Yes |
| Supports any NTSC video | Yes |

**Minimum System Requirements:**
- 486SX/25 MHz microprocessor (or higher)
- 256 color VGA board or higher
- Minimum 30 MB free hard disk space; 50 MB recommended
- Microsoft Windows

**161DOC000580**
**INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**PLAINTIFF'S EXHIBIT NO. 249, Page 11 of 12**

*Understanding PC Video*

## Product Information

| | |
|---|---|
| U.S. and Canada | (800) 538-3373 |
| Europe | +44-(0)793-431155 |
| Worldwide | (503) 629-7354 |

## FaxBACK® Information Service

| | |
|---|---|
| U.S. and Canada | (800) 525-3019 |
| Europe | +44-(0)793-432509 |
| Worldwide | (503) 629-7576 |

**intel®**

The Computer Inside.™

i750 and FaxBACK are registered trademarks and Intel386, Intel486, i386,
i486, Pentium and Indeo are trademarks of Intel Corporation.

* Windows and Video for Windows are trademarks of Microsoft Corporation.
Compel and Media*Blitz!* are trademarks of Asymetrix Corporation.
Firstlight is a registered trademark of Firstlight, Incorporated.
Other brand and product names are trademarks of their respective owners.
This literature is subject to change without notice.
Intel assumes no responsibilities for errors or omissions herein.

© 1993 Intel Corporation. All rights reserved.
Order Number: D599/0393/40K/BCD/HBD
Printed in U.S.A.
♲ Printed on Recycled Paper

161DOC000581
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 249, Page 12 of 12