**PLAINTIFF'S EXHIBIT NO. 254**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____



# Intel Smart Video Recorder
*Installation Guide and Video Tips*

*Create business
video easily with
Indeo technology.*

intel®

ZINGERMANNDCA630-00000149

# Expert's Guide



**STEP 1:**  Install the Intel Smart Video Recorder board in your computer.

Use the default I/O address 2E4H which corresponds to Switch 8. If you are certain that you have an I/O conflict at this address, select another base I/O address from the following table.

| Switch | Address Selected |
|--------|------------------|
| 8 | 2E4H |
| 7 | 310H |
| 6 | 320H |
| 5 | 340H |
| 4 | 350H |
| 3 | 360H |
| 2 | 3A0H |
| 1 | 3B0H |

**⚠ Warning**

Danger to you! Be sure to turn off the computer's power switch and unplug the power cord from the wall outlet. Failure to observe safety precautions could result in personal injury.

**Note**

See your computer manufacturer's documentation for information on how to remove the cover of your computer or who should perform this type of service.

**Note**

Only one I/O select switch can be set to "on" at any time. If two or more switches are set to the right, the card will not function properly.
The I/O address selected is a base address. Four bytes of I/O space are selected by a switch.

**STEP 2:**  Run the INSTALL software to configure the board.

You must be at the DOS prompt (not virtual DOS from Windows). Insert the diskette labeled "*Intel Smart Video Recorder Software*" and type:

**A:\INSTALL** [Enter]

Follow the on-screen prompts to set the I/O address and interrupt selections.

**STEP 3:**  Install Video for Windows. (If it's not already installed.)

**STEP 4:**  Run the SETUP program to install the drivers.

When you complete the DOS-based INSTALL program, start Windows. From the Program Manager, select the *File* menu and choose *Run...* Type the command:

**A:\SETUP** [Enter]

Follow the on-screen prompts to install the drivers.

**STEP 5:**  Plug the camera or VCR into the Intel Smart Video Recorder.

**STEP 6:**  Test your Intel Smart Video Recorder.

Start VidCap, set the *Options* and *Video Source* menu items to reflect the type of device you have connected.

Also, under the *Options* menu, check the *Preview* item.

The VidCap image area should contain an image. If this is not true, check that your camera is on, the lens cap is off, and that you have correctly chosen either *Composite* or *S-Video*.

ZINGERMANNDCA630-00000150

PLAINTIFF'S EXHIBIT NO. 254, Page 2 of 44

# Intel
# Smart Video Recorder
*Installation Guide and Video Tips*

Copyright ©1993, Intel Corporation. All rights reserved.
Intel Corporation, 5200 N.E. Elam Young Parkway, Hillsboro, OR 97124-6497

ZINGERMANNDCA630-00000151

PLAINTIFF'S EXHIBIT NO. 254, Page 3 of 44

First Edition   March 1993
612561

Intel Corporation assumes no responsibility for errors or omissions in this manual. Nor does Intel make any commitment to update the information contained herein.

Intel is a registered trademark, FaxBACK and Indeo are trademarks of Intel Corporation.

Other brand and product names are trademarks of their respective owners.

ii

ZINGERMANNDCA630-00000152

PLAINTIFF'S EXHIBIT NO. 254, Page 4 of 44

Contents

# Chapter 1:  Installation

What you should have .......................................................................................... 1-1
Summary of the installation steps ...................................................................... 1-1
1. Install Video for Windows ............................................................................. 1-2
2. Install the Intel Smart Video Recorder .......................................................... 1-2
    a. Remove the computer cover .................................................................... 1-2
    b. Select an empty slot and remove the cover plate ..................................... 1-3
    c. Insert the board ...................................................................................... 1-3
    d. Replace the cover and reattach the power cord ....................................... 1-4
3. Plug the camera or VCR into the Intel Smart Video Recorder ...................... 1-4
4. Run the INSTALL software ............................................................................ 1-5
    I/O address problem ................................................................................... 1-8
    Interrupt problem ....................................................................................... 1-8
5. Run the SETUP software ............................................................................... 1-10
6. Test your Intel Smart Video recorder ........................................................... 1-10
What to do if the default installation doesn't work ............................................ 1-12

# Chapter 2:  Video Tips

Improving video playback performance ............................................................. 2-1
The compression options under Video Format .................................................. 2-1
    Key Frames .............................................................................................. 2-2
Using a Video Cassette Recorder (VCR) ........................................................... 2-2
    Some common problems in using a VCR .................................................... 2-2
Creating a bitmap image from video input ........................................................ 2-2
Playing video on computers without Video for Windows ................................... 2-3
Using video in your presentations ..................................................................... 2-4
    Get your video clip ready .......................................................................... 2-4
    PowerPoint ............................................................................................... 2-5
    Word for Windows ................................................................................... 2-6
    Harvard Graphics ..................................................................................... 2-7
Making better video clips .................................................................................. 2-8
    Lighting .................................................................................................... 2-8
    Background ............................................................................................... 2-9
    Keeping your video clips short ................................................................... 2-9
    Holding the camera ................................................................................... 2-9
    Camera angle ............................................................................................ 2-10
    Pans and zooms ......................................................................................... 2-10

iii

ZINGERMANNDCA630-00000153

PLAINTIFF'S EXHIBIT NO. 254, Page 5 of 44

# Contents

**Chapter 3:  Troubleshooting and Diagnostics**

**Glossary**

iv

ZINGERMANNDCA630-00000154

PLAINTIFF'S EXHIBIT NO. 254, Page 6 of 44

# Installation

Thank you for choosing the Intel Smart Video Recorder for your video presentation needs. The Intel Smart Video Recorder gives you the ability to record video from a camera, VCR, laserdisc, or other video device. Indeo™ format video is recorded and compressed in one step. The recorded video can be played back on computers that don't have Video for Windows.

### Caution!
The Video for Windows package must be installed before performing this installation.

## What you should have
Before starting this installation, check that your package contains all of the items shown here.

### About the packages
The items shown to the left give you a complete video record, play, and presentation solution. Each package provides the following functions:

- The Intel Smart Video Recorder and software provide the capability of connecting a camera, VCR, or other video output device to your computer to allow the recording of motion video and still images.
- Microsoft Video for Windows provides the software interface that you work with to control the recording, editing, and playback of your video clips.
- Asymetrix MediaBlitz and Compel provide the tools that will help you develop high-quality, on-screen presentations.



## Summary of the installation steps
This list summarizes the installation steps:

- Install the Intel Smart Video Recorder in your computer
- Run the INSTALL software
- Install Video for Windows
- Run the Windows Setup software
- Connect your camera or VCR to the video board
- Start VidCap and test your Intel Smart Video Recorder
- Install your other packages

1-1

ZINGERMANNDCA630-00000155

PLAINTIFF'S EXHIBIT NO. 254, Page 7 of 44

**Chapter 1**          **Installation**

## 1. Install Video for Windows

Install the Video for Windows package using the instructions provided in the Video for Windows package.

## 2. Install the Intel Smart Video Recorder

### a. Remove the computer cover

Turn off the computer and unplug the computer's power cord from the wall outlet.

Remove (or loosen, see the note to the left) all the screws that fasten the computer's cover to the chassis.

**⚠ Warning ⚡**

Danger to you! Be sure to turn off the computer's power switch and unplug the power cord from the wall outlet. Failure to observe safety precautions could result in personal injury.

**Note**

Some newer computers have screws that are not meant to be removed but only loosened. See your computer manufacturer's documentation for information on how to remove the cover of your computer or who should perform this type of service.



Slide the computer cover off



1-2

ZINGERMANNDCA630-00000156

PLAINTIFF'S EXHIBIT NO. 254, Page 8 of 44

Installation                         Chapter 1

## 2. Install the Intel Smart Video Recorder (continued)

### b. Select an empty slot and remove the cover plate

Select an empty slot in your computer and remove the cover plate from the back. Save the screw.

Look at the mounting bracket of the Intel Smart Video Recorder board and locate the switch block. You should see eight small switches. Verify that the top switch (number 8) is in the "ON" position.

**Note**

Be certain to select either a 16-bit or 32-bit slot for the board. The board will not function in an 8-bit slot.







Switch block

### c. Insert the board

Insert the board into the expansion slot. Anchor the board's mounting bracket to the computer using the screw you saved earlier.



**Technical note**

The base I/O Address selected by each switch is printed on the back panel. If you are certain that your computer has a conflict with 2E4, select another switch. Otherwise, use the default setting.

1-3

ZINGERMANNDCA630–00000157

PLAINTIFF'S EXHIBIT NO. 254, Page 9 of 44

Chapter 1        **Installation**

## 2. Install the Intel Smart Video Recorder (continued)

### d. Replace the cover and reattach the power cord



## 3. Plug the camera or VCR into the Intel Smart Video Recorder

Use the provided RCA cable to attach your video camera or VCR to the Smart Video Recorder. Locate an RCA jack labeled "*AV out*" or "*video out*" on your camera or VCR and insert one end of the cable. Plug the other end of the cable into the RCA jack on the Intel Smart Video Recorder.

Restart your computer.

**Note**
It is not recommended that you use any RCA cable other than the one provided in your package. However, if you are using a camera or VCR that has an S-video cable, you can use this cable **instead of** the cable provided in your package.



1-4

ZINGERMANNDCA630-00000158

PLAINTIFF'S EXHIBIT NO. 254, Page 10 of 44

**Note**

Do not use the DOS prompt from inside Windows to perform this installation.



PC-1265

Insert the disk labeled "*Intel Smart Video Recorder Software.*"

## 4. Run the INSTALL software

If Windows is running, press `Alt` `F 4` to exit. At the DOS prompt, insert the disk labeled "*Intel Smart Video Recorder Software*" and type:

> **A:\INSTALL** `Enter`

(If you are using drive B:, type B:\install `Enter`.)

A sign-on screen will appear; press any key to continue.



Next, the installation software needs to know where your Microsoft Windows files are located. If your Windows files are located in the standard C:\WINDOWS directory, press `Enter`.

If your Windows files are located in another directory you must type the complete path name. For example, type "C:\win31\".

This line should contain the name of the directory in which your Microsoft Windows files are located.



1-5

ZINGERMANNDCA630−00000159

**PLAINTIFF'S EXHIBIT NO. 254, Page 11 of 44**

Chapter 1          **Installation**

## 4. Run the INSTALL software (continued)

A reminder message is displayed. If your Intel Smart Video Recorder
hardware is already installed, press Enter.



The main menu will appear and the "Set Up Board" menu item will
be highlighted. Press Enter.



By pressing the F1 function key,
you will be able to get help to make
your choices throughout this
installation.

1-6

ZINGERMANNDCA630-00000160

**Installation**      Chapter 1

## 4. Run the INSTALL software (continued)

The hardware set up screen appears. Hardware set up consists of selecting an I/O address that matches the physical switch on the switch block and choosing an interrupt.

The INSTALL program provides defaults for both choices; accept the defaults unless you are certain your computer has a conflict.

### a. Accept the default I/O address and interrupt

Press ⟨Enter⟩ to accept the default values.

This will set the I/O address to 02E4H (Switch 8). Switch 8 is set to the "On" position at the factory. The interrupt will be the lowest number interrupt that is detected as free.

If you have not already checked that Switch 8 is on, do so now. This switch is visible on the back plate of the Smart Video Recorder when installed in the computer. A switch is "On" if it is to the right when you look at it through the hole in the board's mounting bracket.



### What's an I/O address?

I/O addresses are channels used to transfer data between an I/O device and the computer's microprocessor. An I/O address appears to be a memory address to the microprocessor.



Switch block

16-bit slot

PC-1835

### What's an interrupt?

An interrupt is how the Intel Smart Video Recorder gets the attention of the computer's microprocessor or brain. Interrupts are referred to by a number and generally can't be shared. Your Intel Smart Video Recorder needs to use a unique interrupt number that you choose from a list in the INSTALL software.

The Intel Smart Video Recorder INSTALL program tries to detect interrupts that are in use and select an interrupt that is free. However, some add-in cards can't be detected during an installation. In these cases, it is possible to select an interrupt that is in use by another card.

1-7

ZINGERMANNDCA630-00000161

PLAINTIFF'S EXHIBIT NO. 254, Page 13 of 44

Chapter 1          **Installation**

## 4. Run the INSTALL software (continued)

If the INSTALL program detects no errors, the "Set Up Completed" message will appear and you can skip the rest of this page.

If the following errors are detected, you may need to use the section called *"What to do if the default installation doesn't work"* on pages 12 and 13 of this chapter.

### I/O address problem

This error occurs if the physical switch setting (I/O address) on the back of the Intel Smart Video Recorder does not match the switch (I/O address) you chose for the Base I/O Address menu item or if the board is not installed.



### Interrupt problem

If you see this warning, the SETUP program has detected a probable interrupt conflict.



1-8

ZINGERMANNDCA630–00000162

**PLAINTIFF'S EXHIBIT NO. 254, Page 14 of 44**

Installation                    Chapter 1

## 4. Run the INSTALL software (continued)

After selecting the default I/O address and interrupt, the "Set Up
Completed" message is displayed. Press [Enter].



The "Main Menu" screen will be displayed again. This time "Exit" will
be highlighted. Press [Enter] to return to the DOS prompt.



**Note**
You don't need to run the diagnostic
programs for this installation.
The diagnostics are provided as a
tool to use if you are not certain that
the hardware is functioning properly.

1-9

ZINGERMANNDCA630-00000163

PLAINTIFF'S EXHIBIT NO. 254, Page 15 of 44

Chapter 1        **Installation**

**Technical Note**
The software installation copies three driver files to your \windows\system directory. The driver files are: indeo.drv, isvp.drv, and isvy.drv.
Three files are modified by this installation; these are: system.ini, control.ini, and VidCap.exe. Your original files are backed up to the names system.isv and control.isv, and VidCap.isv.


VidCap



If you see this message when you first start VidCap, the board is not functioning correctly. Continue to the next page of this manual on **What to do if the default Installation doesn't work.**

## 5. Run the SETUP software

Start Windows by typing: `Win` `Enter`

From the Windows Program Manager, select the *File* menu and choose *Run...*

Type the command: *A:\setup* and choose *OK*.
(If you are using drive B:, type *B:\setup* and choose *OK*.)

Follow the on-screen prompts to complete the software installation.

## 6. Test your Intel Smart Video recorder

Follow the instructions below to test your video recording hardware.

1  Make sure that your camera or VCR is turned on and connected to the Intel Smart Video Recorder by the video cable.

2  On your Windows screen, open the Video for Windows group and double click on the VidCap icon to start the video capture program.

3  In a few seconds, you should see a screen like this one:



The video image area is in the center of the VidCap screen.

4. Select the *Options* menu item and check *Preview Video* and choose *Video Source* to select the *Input Source*. See the diagram on the next page.

1-10

ZINGERMANNDCA630-00000164

**Installation**          Chapter 1



Be certain to check this option or you will not see the images move, or the image area will be black.

Check one of these two buttons depending on the type of device and cable you have attached to the Intel Smart Video Recorder. If you used the RCA cable, check Composite. If you used an S-Video Cable, check S-Video (Y/C).

Check this box also if you are using a VCR.

■ If you are using a camera, you should see an image of whatever is in front of the camera. If you do not see an image, check that the camera is not in playback mode.

■ If you are using a VCR or other playback machine, what you see depends on the state of the playback machine. By pressing the "Play" button on a VCR, the image area should "play" the tape much like a television would.

An image displayed in the VidCap program's video image area indicates that your system is working.

See the *Microsoft Video For Windows* manual for information on using the Video for Windows programs.

1-11

ZINGERMANNDCA630-00000165

PLAINTIFF'S EXHIBIT NO. 254, Page 17 of 44

Chapter 1                        **Installation**

**1. Main Screen**



**2. Interrupt Screen**



**3. I/O address screen**



**4. Exit Screen**



**Note**
Only one I/O select switch can be set to "on" at any time. If two or more switches are set to the right, the card will not function properly.

1-12

# What to do if the default installation doesn't work

If the default installation settings don't work in your computer, follow the directions in this section to find settings that do work. You do not need to remove the board to change the settings; all the changes can be made with the board in the computer.

## Step 1:  Try changing the interrupt

The Intel Smart Video Recorder can use any one of four different interrupts (9, 10, 11, 15). The interrupt is selected in software; no switches or jumpers need to be moved. To try different interrupts, insert the *Intel Smart Video Recorder Software* diskette in drive A: (drive B: can be used) and type: `a:\install` Enter.

1.  The main installation screen appears. Use the arrow keys (↑↓) to highlight `Set Up Board` and press Enter.

2.  The I/O Address and Interrupt screen is displayed. Use the arrow keys to highlight the interrupt menu item and press Enter.

3.  The Interrupt choices will now be displayed. Use the arrow keys to select the next (numerically higher) interrupt that is not highlighted in yellow. Press Enter to accept the new interrupt. The main screen reappears.

4.  Use the arrow keys to select `Exit` and press the Enter key.

5.  Test your Smart Video Recorder as described earlier.  Try all the interrupt values before changing the I/O address.

## Step 2: Try changing the I/O address

Selecting a new I/O address requires moving two switches and running the SETUP software. To try new I/O addresses:

1.  Turn your computer off. Use the table to the right and set the next untried switch. (This assumes Switch 8 is already tried.)  Reboot your computer.

2.  Insert the *Intel Smart Video Recorder Software* diskette in drive A: (drive B: can be used) and type:  `a:\install` Enter.

3.  The main installation screen appears. Use the arrow keys (↑↓) to highlight `Set Up Board` and press the Enter key.

4.  The I/O Address and Interrupt screen is displayed. Use the arrow keys to highlight the I/O Address menu item and press the Enter key.

5.  The I/O address choices will now be displayed. Use the arrow keys to match the physical switch you just set. Press Enter to accept the new I/O address. The main screen reappears.

6.  Use the arrow keys to select `Exit` and press the Enter key.

7.  Test your Smart Video Recorder as described earlier on pages 10 and 11. Try each I/O address in turn, until you locate one that works.

ZINGERMANNDCA630-00000166

PLAINTIFF'S EXHIBIT NO. 254, Page 18 of 44

**Installation**                                                          Chapter 1

### Select Switch 7 (I/O address - 310H)
1  Return Switch 8 to the off position by pushing it to the left.
2  Move Switch 7 to the on position by pushing it to the right.
3  In the set up software, select Switch 7 - 310H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 6 (I/O address - 320H)
1  Return Switch 7 to the off position by pushing it to the left.
2  Move Switch 6 to the on position by pushing it to the right.
3  In the set up software, select Switch 6 - 320H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 5 (I/O address - 340H)
1  Return Switch 6 to the off position by pushing it to the left.
2  Move Switch 5 to the on position by pushing it to the right.
3  In the set up software, select Switch 5 - 340H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 4 (I/O address - 350H)
1  Return Switch 5 to the off position by pushing it to the left.
2  Move Switch 4 to the on position by pushing it to the right
3  In the set up software, select Switch 4 - 350H
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 3 (I/O address - 360H)
1  Return Switch 4 to the off position by pushing it to the left.
2  Move Switch 3 to the on position by pushing it to the right.
3  In the set up software, select Switch 3 - 360H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 2 (I/O address - 3A0h)
1  Return Switch 3 to the off position by pushing it to the left.
2  Move Switch 2 to the on position by pushing it to the right.
3  In the set up software, select Switch 2 - 3A0H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried.

### Select Switch 1 (I/O address - 3B0H)
1  Return Switch 2 to the off position by pushing it to the left.
2  Move Switch 1 to the on position by pushing it to the right.
3  In the set up software, select Switch 1 - 3B0H.
4  Place a check mark (✔) in the box to the right to indicate that
   this address has been tried

1-13

ZINGERMANNDCA630-00000167

PLAINTIFF'S EXHIBIT NO. 254, Page 19 of 44

Chapter 1 **Installation**

1-14

ZINGERMANNDCA630-00000168

PLAINTIFF'S EXHIBIT NO. 254, Page 20 of 44

# Video Tips     Chapter 2

## Improving video playback performance

The video clips created by the Intel Smart Video Recorder are played back using only your computer's basic hardware and special software. A number of variables affect the rate of playback that you can expect from your computer. If you need to improve your present computer's playback performance, here are some suggestions:

■ **Upgrade your video card.** A graphics (256 color minimum) accelerator card can improve playback of video.

■ **Upgrade your microprocessor.** For example, a computer based on the Intel 486 microprocessor will benefit from installing an OverDrive processor.

■ **Defragment your hard drive.** A badly fragmented hard drive will spend time trying to locate the next video frame instead of playing the next frame.

■ **Upgrade your hard drive.** A faster performance hard drive can help deliver video data faster and results in faster playback.

## The compression options under Video Format

The choices available in the VidCap menu selection, *Options* affect how video recording is compressed and the size of the playback window.

### Compression Type

Indeo™ format recording automatically compresses the video data as it is recorded. Using this method, only one step is required to record and compress the video data.

ISVYVU9 format recording is uncompressed video. If you choose this option, the video will require more disk space to record and you may wish to compress the video data as a second step.

### Key Frames

Key frames refers to how many video frames to record before creating a key frame. See the next page for more details.



### Resolution Setting

Select one of these three buttons to set the window size for your recording. They are arranged from smallest (160x120) to largest (640x480). Note that 640x480 is available only when you select ISVYVU9 format.

### Compressor Settings

When you select the Indeo™ compression setting, you can choose from four settings. You can choose to get better compression and lower the video quality, or get the best video quality with a larger file size.

2-1

ZINGERMANNDCA630-00000169

PLAINTIFF'S EXHIBIT NO. 254, Page 21 of 44

Chapter 2 **Video Tips**

## Key Frames

A key frame is a video frame in which all of the video information coming into the Intel Smart Video Recorder is recorded. A frame that is not a key frame is called a "difference" or "delta" frame. Delta frames contain only the pixels that are different from the preceding frame. The default setting for key frames is every third frame is a key frame. The number of key frames you select affects two variables in recording: the size of the file and the video quality. In general, the default for key frames (3) is a good choice.

When you are recording scenes that have a large amount of motion, it may be best to set the number of key frames to one (1). This will increase the size of the file, but will capture the most video information. If the computer that will be used to show the clip is a lower-performance system, setting key frames to one (1) will also give better playback quality.

When you are recording scenes that have very little motion, a higher key frame setting is usually adequate. Scenes such as a close-up of a person talking would fall into this category.

**TIP**

Most material on commercial video cassettes is copyright-protected and can't be used without the permission of the owner.

## Using a Video Cassette Recorder (VCR)

In addition to using a camera to enter your video directly into the Intel Smart Video Recorder, you can also record your presentation on tape and then use a VCR or camcorder and a tape as input. This method has the advantage of allowing you to record a large number of scenes or to try several different approaches and then edit them at the computer.

**TIP**

Don't place video cassettes on top of a television, computer monitor, or audio speakers. These devices create magnetic fields that can damage a tape.

### Some common problems in using a VCR

While using a VCR offers some advantages, it also has a few disadvantages. Sometimes, images coming from a VCR into the Intel Smart Video Recorder will show a pattern of distortion at the top of the screen. This distortion looks rather like the image has been "torn" at the top. This problem of "tearing" is usually caused by a weak video synchronization signal coming from the VCR. In many cases, hooking up a different VCR to the Intel Smart Video Recorder will fix the problem.

Another common problem with using a VCR is the quality of the tape being used. Video cassette tapes are subject to damage by heat and cold as well as magnetic fields. Store your tapes properly in an area that is not subject to temperature extremes. Also, don't leave tapes inside your camcorder for long periods of time; this can cause the tape to crease or otherwise become damaged.

### Creating a bitmap image from video input

ZINGERMANNDCA630-00000170

PLAINTIFF'S EXHIBIT NO. 254, Page 22 of 44

**Video Tips**                                                **Chapter 2**

To capture a 640x480 image, follow these instructions:

1. Open the Video for Windows group and use the mouse pointer to double-click on the VidCap icon.

2. When VidCap is running, select the *Options* and *Video Format...* menu selections.

3. Select the *ISVYU9* video format and the 640x480 video resolution and click the OK button.

4. Select the *Capture* menu selection and select *Frames....*

5. Click the *Capture* button. Each click captures one frame.

6. Select the *File* and *Save as...* menu options to save the frames as a file.

7. Select *File* and *Exit* to shut down VidCap.

8. Double-click the VidEdit icon and open the file you created in Step 6.

9. Choose the frame you wish to convert. Select the *Edit* and *Copy* menu selections. This copies your frame to the Windows Clipboard.

10. Start BitEdit (or your favorite bitmap editor) and select the *Edit* and *Paste* menu options. This places the frame into BitEdit. Save this frame as a bitmap file (.BMP) and use it in any application that can display a bitmap. For example, you can use a bitmap as your Windows wallpaper.

## Playing video on computers without Video for Windows

Video clips can be played on computers that do not have Microsoft Video for Windows. To play a video clip on a computer that does not have Video for Windows, follow these steps.

1. Locate the disk labeled *Video for Windows Run-Time* and use either the Microsoft Windows File Manager or the DOS DISKCOPY command to duplicate it.

2. Insert the duplicate disk into the diskette drive of the computer that will be used to play the video clip. From the Windows Program Manager, select the *File* and *Run...* menu items.

3. The Run dialog box appears. In the dialog box enter:

   A:\SETUP

   (Drive B: can be used. Just substitute B: for A: in the command above.)

4. Click the "*OK*" button.
   This Setup installs a run-time version of Video for Windows. It also
   _____ located in the Accessories group).

**Note**
The computer you wish to run the video clip on must have as a minimum, a 386 microprocessor, Microsoft Windows 3.1, and a 256-color graphics card.

**Note**
The Microsoft Video for Windows disks also contain a set of runtime files. The Video for Windows runtime is not specific to the Intel Smart Video Recorder, while the version documented here is.

ZINGERMANNDCA630-00000171

| Chapter 2 | **Video Tips** |
|---|---|

**1. Click Icon**



MPlayer

**2. Choose File...Open**



**3. Find your video clip**



**4. Find the best frame**



**5. Copy your video clip**



## Using video in your presentations

Once you have created a video clip, the next step is to use it. Many popular programs support the inclusion of video clips. The following sections show you how to place one of your video clips in some of these programs. Note that the documentation you received with your programs will contain more detailed information on using video clip objects.

### Get your video clip ready

The first step to placing a video clip inside a document is to use Media Player to put the object into the Windows Clipboard. To do this:

1. Locate the Media Player icon in the Video for Windows group and double-click on it.

2. Use the *File* and *Open...* menu selections to open your video clip from Media Player.

3. Use the pop-up window to find and select your video clip.

4. Select *Copy Object* from the *Edit* menu.

ZINGERMANNDCA630−00000172

**PLAINTIFF'S EXHIBIT NO. 254, Page 24 of 44**

**Video Tips**                                   **Chapter 2**

## PowerPoint

Once you have a video clip in the Window Clipboard, it is usually just a few steps to place that clip into a document. Here's one way to do it in PowerPoint. Note that you can also use the Insert command.

1. Locate the PowerPoint icon and use the mouse pointer to click on it.

2. Use the File and *Open...* or *New...* menu selections to either open a file or create a new one.

3. Use the *Edit* and *Paste Special* menu selections to bring up the Paste Special pop-up window.

4. In the Paste Special window, select *Media Clip Object*. (This will be your video clip.) Then use the mouse pointer to click on the Paste button.

5. You should see the single still frame that you selected in Media Player. To run the clip, use the mouse pointer and double click somewhere inside the image.

See your PowerPoint documentation for more information.

**1. Click icon**



Microsoft
PowerPoint

**2. Open or create a file**



**3. Use Edit menu**



**4. Select Media Clip**



**5. Click image to run**



ZINGERMANNDCA630-00000173

## Chapter 2 | Video Tips

### 1. Click icon



Winword

### 2. Open or create file



### 3. Use Edit menu



### 4. Select Media Clip



### 5. Click image to run



### Word for Windows

Once you have a video clip in the Windows Clipboard it is usually just a few steps to place that clip into a document. Here's one way to do it in Word for Windows. Note that you can also use the Insert command.

1. Locate the Word for Windows icon and use the mouse pointer to double-click on it.

2. Use the File and *Open...* or *New...* menu selections to either open a file or create a new one.

3. Use the *Edit* and *Paste Special* menu selections to bring up the Paste Special pop-up window.

4. In the Paste Special window select *Media Clip Object*. (This will be your video clip.) Then use the mouse pointer to click on the Paste button.

5. You should see the single still frame that you selected in Media Player. To run the clip, use the mouse pointer and double click somewhere inside the image.

See your Word for Windows documentation for more information.

ZINGERMANNDCA630-00000174

PLAINTIFF'S EXHIBIT NO. 254, Page 26 of 44

**Video Tips**          **Chapter 2**

## Harvard Graphics

To use video from inside Harvard Graphics, you will need to install the Harvard Graphics Video Player software.

1. Locate the Harvard Graphics icon and use the mouse pointer to double-click on it.

2. Open an existing presentation or create a new one.

3. Choose your presentation style.

4. Select an object on the slide and use the *Graphics* and *Button attributes* menu selections to turn it into a button. Set the button Destination attribute to *Launch Application*. Use the Choose Application button to select the video file to associate with the button.

5. Start the presentation and click on the button you created in Step 4. A video window will appear and start running your video clip.

See your Harvard Graphics documentation for more information.

**1. Click icon**


Harvard
Graphics

**2. Open or create file**



**3. Choose styles**



**4. Create a button**



**5. Click button to run**

ZINGERMANNDCA630−00000175

Chapter 2          **Video Tips**

## Making better video clips

A good computer video clip should:

- add impact to your presentations
- convey the non-verbal information that allows a conversation to contain more information than a written form of communication
- make the information more memorable
- add a more personal touch even when you can't make the presentation in person.

The more you know about making a video, the easier you'll find it to create the type of presentation you want. The following sections cover some basic guidelines for making a good video.

### Lighting

Poor lighting can result in a dull video clip. Take a little time to consider the lighting before doing any filming. Your main lighting concern is to get video that has a reasonable amount of contrast and shows details without too many dark shadows or too much light.

**Outside lighting** is a common problem for people who make video presentations. Many people feel that they need to wait for a bright sunny day to create video clips. However, a cloudy day will give a more even light that may give you a more pleasing video.

The problem with bright sunlight is that it has such high contrast. That is, it has very dark shadows and very bright lights. Adjusting your camera for the lighter areas will make the shadows completely black. Adjusting your camera for the shadows will cause the lighter area to become white with no detail. These light areas may also produce "ghosting," where an afterimage follows the subject's movements.

You can correct for high contrast days by either using a fill light to lighten up the shadow areas or using a screen to cut down the light and lessen contrast. A screen can be something as simple as a thin white sheet hung up to filter the light before it hits the subject.

**Indoor lighting** can also present problems. A single source of light will generally produce a less than vibrant image. Typically, two sources of light are used: the *key light*, the main one used on the subject, and the *fill light* that is used to reduce the shadows on the subject and the background.

Professional photographers frequently use two additional light sources: a *back light* that shines on the subject from behind, and a *background* light that shines on the wall or whatever is being used as the background.

ZINGERMANNDCA630-00000176

**PLAINTIFF'S EXHIBIT NO. 254, Page 28 of 44**

Good lighting can be accomplished without the use of any special lights at all. A good method of creating lighting with two sources is to place your subject near a window and then use either a camera light or a typical lamp as a fill light to even out the shadows.

## Background

Films, video, and television are all two-dimensional media. Achieving a three-dimensional effect will generally make your video more interesting. As mentioned in the section on lighting, adding a light to a plain wall that is used as a background will help create an illusion of depth. Placing your subject in front of a pleasing but not distracting background can also help.

Having objects in the foreground as well as the background can also help establish the feeling of depth in your video.

## Keeping your video clips short

From both an impact and a disk space point of view, the best video clips are short. While creating a video clip, keep in mind your major points and make them without making your audience sit through unnecessary material. For example, a long zoom-in sequence may take up a lot of extra time and interrupt the flow of a high-impact presentation while adding very little. Using the long, medium, and close-up shot formula may result in both a better and shorter video clip.

Planning your shots and taking time to write out a storyboard may be the most effective method of keeping your video clips short and pleasing.

## Holding the camera

If you are holding the camera in your hand while recording (rather than using a tripod), be careful to hold the camera firmly and in a manner that allows you to operate the controls without jarring or moving the camera. Unintentional camera movements made while filming can result in "camera jitter." Camera jitter shows up in your video clips as annoying little movements that distract the viewer from your message. If your camera is equipped with a zoom lens, note that the greater the "zoom" or telephoto magnification the more pronounced camera jitter becomes. Using a tripod to hold the camera has the advantage of eliminating camera jitter but reduces your ability to move freely. You will probably find that you need to learn how to handle your camera from both a hand-held and a tripod-mounted approach. Remember, your camera movements should not call attention to themselves.

Another consideration while creating a video clip is the angle of the camera in relation to the subject. Good control of camera angle can help create a pleasing video and keep it interesting.

ZINGERMANNDCA630-00000177

**PLAINTIFF'S EXHIBIT NO. 254, Page 29 of 44**

| Chapter 2 | Video Tips |
|---|---|

**Different angles**

An interesting experiment is to watch a television newscast. The basic format is generally just one or more people sitting at a desk. The format is kept interesting by changing the camera angle frequently. Count the number of times the camera angle shifts from right to left in just a few minutes. You can put the same technique to work using only one camera and then editing your video clip.

**Camera Angle**

Camera angle refers to the location of the camera in relation to the subject. Is the camera to the left, right, above, or below the subject? The camera angle has a great deal of influence on the effect of the video. For example, when filming someone who is talking, it is generally a good idea to keep the camera at eye level. If the subject's eye level changes, the camera level should be adjusted to match the subject's new eye level. If you are filming a person speaking who is seated at a desk, it may be a good idea to change the camera angle from left to right after a few seconds. This will help keep the clip interesting.

**Pans and Zooms**

Both pan and zoom effects are easily overused; use these effects sparingly so that they keep their impact.

**Panning** is the term used for moving the camera horizontally from left to right or right to left. Panning shots are used to follow fast moving action like a car moving along a street, or to take in an area that is too large for a single shot. Using a tripod to do a panning shot will give you the smoothest pan, but by following a couple of simple rules panning shots can be done with a hand-held camera.

First, never pan so widely that you need to move your feet or take a step during the pan. Start out by placing your feet so that they point toward where you want to end the pan, then without moving your feet turn your body to the beginning point. Start your camera and slowly "unwind" your body to the ending point. This should produce a smooth, even pan.

Second, when using a panning shot to get fast action, "lead" your subject. That is, leave room in front of your subject in your video frame. Allowing your subject to get too close to the edge of the video frame can spoil your shot.

**Zooming** is the term used for changing the camera's focal length from wide angle to telephoto, or telephoto to wide angle, in a smooth continuous motion. While zoom shots can be effective, they are easily overused. When you do use a zoom shot, be sure to make the zooming motion slow unless the effect you want is to startle your audience. Most video cameras are equipped with a motorized zoom lens. You may find, though, that doing the zoom shot by hand will still get you a better effect.

In most cases, a zoom shot can be replaced by three shots that take up less time: the long shot, then the medium shot, followed by a close-up. These three shots are used in filming as a formula for introducing the audience to the subjects and their surroundings. Experiment with using this formula instead of using a zoom shot.

ZINGERMANNDCA630-00000178

# Troubleshooting and Diagnostics　Chapter 3

## Diagnostics

A diagnostics program has been included in your Intel Smart Video Recorder software. You can use this program to determine if your Intel Smart Video Recorder is working properly.  If it is, then some other part of your equipment may be the source of the problem.

The diagnostics program is on the same disk that you used to install your Intel Smart Video Recorder software. Locate your software disk and insert it in drive A: (drive B: can be used) and type

A:\INSTALL Enter

In a few seconds, you should see the sign-on screen as shown:



Press any key to continue.

ZINGERMANNDCA630-00000179

PLAINTIFF'S EXHIBIT NO. 254, Page 31 of 44

**Chapter 3**      **Troubleshooting and Diagnostics**

Now you should see the main screen as shown. Use the arrow keys (or press the letter "R") to highlight the "Run Diagnostics" entry and press Enter.



The diagnostics will run several tests on your Intel Smart Video Recorder. After each test, it will display the result of either passed or failed.
If all the diagnostics tests pass yet you are still having difficulty in recording video, look through the troubleshooting section and try to find a solution.

ZINGERMANNDCA630−00000180

---

**Troubleshooting and Diagnostics**               Chapter 3

## Troubleshooting

This section lists the most common situations that can cause your Intel
Smart Video Recorder to operate incorrectly. Read through this list of
symptoms. When you find one that resembles the problem you're having,
try the corresponding possible solutions.

### The video is in black and white only.

- Check the video source setting in VidCap. In VidCap choose Options
  and then Video Source. Verify that you have selected the correct Input
  Source for the type of device from which you are recording.

### The recording seems to work but it is very slow.

- You may have an interrupt conflict. Run SETUP again and choose
  another interrupt.

### Everything was working but then I reinstalled a program...

- If you reinstall Windows or Video for Windows, you need to run the
  Intel Smart Video Recorder Install and Setup again.

### My video clip looks great on my system, but when I play it
### on another system it doesn't look good.

- There are two common reasons for this to happen:

  Your computer has a higher performance CPU, hard drive, or video card
  than the other system.

  You need to provide the runtime files for the other computer.

ZINGERMANNDCA630−00000181

**Chapter 3**          **Troubleshooting and Diagnostics**

ZINGERMANNDCA630-00000182

PLAINTIFF'S EXHIBIT NO. 254, Page 34 of 44

# Glossary

**aliasing**
A form of image distortion associated with signal sampling. A common form of aliasing is a stair-stepped appearance along diagonal and curved lines.

**aspect ratio**
The relationship of width and height. When an image is displayed on different screens, the aspect ratio must be kept the same to avoid "stretching" in either the vertical or horizontal direction. For VGA and Indeo video, the aspect ratio is 4:3 yielding 160x120, 320x240, and 640x480 sizes.

**audio**
Sound for multimedia systems. Audio frequencies range from 15Hz to 20,000Hz.

**bitmap**
Representation of characters or graphics by individual pixels arranged in row (horizontal) and column (vertical) order. Each pixel can be represented by either one bit (simple black and white) or up to 32 bits (high-definition color).

**brightness**
The balance of light and dark shades in an image.

**CD**
Compact Disc. A standard medium for storing digital data in machine-readable form, accessible with a laser-based reader. Readers are typically referred to as CD-ROM drives.

**CD-ROM**
Compact Disc-Read Only Memory. A 4.75 inch laser-encoded optical memory storage medium (developed by NV Philips and Sony Corporation) with the same constant linear velocity (CLV) spiral format as compact audio disc and some videodiscs. CD-ROMs can hold about 550 megabytes of data.

**color balance**
In a color video system, the process of matching the amplitudes of red, green, and blue signals so that the mixture of all three makes an accurate white color.

**composite video**
A video signal format that includes the complete visual wave form, including: chromatic (color) and luminance (brightness) picture information, blanking pedestal, field, line, and color sync pulses; and field equalizing pulses.

ZINGERMANNDCA630-00000183

PLAINTIFF'S EXHIBIT NO. 254, Page 35 of 44

## Glossary

**compressed video**
A digital video image or segment that has been processed using a variety of computer algorithms and other techniques to reduce the amount of data required to accurately represent the content. Compression reduces the disk space required to store a video image or segment.

**decompression**
To reverse the procedure conducted by compression software to return compressed data to its original size and condition.

**device driver**
Software that tells the computer how to talk to a peripheral device, such as a videodisc player or printer.

**digital video**
A video signal represented by computer-readable binary numbers that describe a finite set of colors and luminance levels.

**dithering**
Using a paint or image processing program to blur the transition from one color to another in a computer picture.

**frame**
A single, complete picture in a video or film recording. A video frame consists of two interlaced fields of either 525 lines (NTSC) or 625 lines (PAL/SECAM), running at 30 frames per second (NTSC) or 25 frames per second (PAL/SECAM). Film runs at 24 frames per second.

**gain**
The increase in signaling power as an audio signal is boosted by an electronic device. It is measured in decibels.

**MCI**
Media Control Interface. Platform-independent multimedia specification (published) by Microsoft Corporation and others in 1990) that provides a consistent way to control devices such as CD-ROMs and video playback units.

**motion video**
Video that displays real motion by displaying a sequence of images (frames) rapidly enough that the eyes see the image as a continuously moving picture.

ZINGERMANNDCA630-00000184

## Glossary

**MPC**
Multimedia PC. A specification developed by the Multimedia Council. It defines the minimum platform capable of running multimedia software. PCs carrying the MPC logo will be able to run any software that also displays the MPC logo.

**multimedia**
Refers to the delivery of information which combines different content formats (motion video, audio, still images, graphics, animations, text etc.)

**NTSC**
National Television Systems Committee of the Electronics Industries Association (EIA) that prepared the standard of specifications approved by the Federal Communications Commission in December, 1953, for commercial color broadcasting. NTSC is still the TV standard for the U.S. and Japan.

**NTSC format**
A color television format having 525 scan lines; a field frequency of 60 Hz; a broadcast bandwidth of 4 MHz; line frequency of 15.75 KHz; frame frequency of 1/30th of a second; and a color subcarrier frequency of 3.58MHz.

**PAL format**
Phase Alternation Line; the European video standard, except for France. It uses interlaced scans with 25 frames per second and 625 lines per screen.

**pixels**
An abbreviation for picture element. The minimum raster display element, represented as a point with a specified color or intensity level. One way to measure picture resolution is by the number of pixels used to create images.

**real-time**
In computing, refers to an operating mode under which data is received, processed, and the results returned so quickly as to seem instantaneous.

**resolution**
The number of pixels per unit of area. A display with a finer grid contains more pixels and has a higher resolution, capable of reproducing more detail in an image.

**RGB**
Red-Green-Blue. A type of computer color display output signal comprised of separately controllable red, green, and blue signals; as opposed to composite video, in which signals are combined prior to output. RGB monitors typically offer higher resolution than composite monitors.

ZINGERMANNDCA630-00000185

## Glossary

**scalable video**
A video format, such as Indeo video, that can determine the playback capabilities of the computer on which it is playing. Using this information, it allows video playback to take advantage of a high-performance computer's capabilities, while still retaining the ability to play on a lower performance computer.

**S-video**
Type of video signal used in the Hi8 and S-VHS videotape formats. It transmits luminance and color portions separately, using multiple wires, avoiding the NTSC encoding process and the resulting loss of picture quality. Also known a Y-C Video.

**TIFF**
Tagged Image File Format. A bit map file format for describing and storing color and gray scale images.

**VCR**
Video Cassette Recorder. An analog magnetic recording and playback machine. Generally used for recording and viewing full-motion video.

**VGA**
Video Graphics Array. IBM video display standard. Provides medium-resolution text and graphics. VGA pixel resolution is 640x480.

**YUV color system**
A color-encoding scheme for natural pictures in which the luminance and chrominance are separate. The human eye is less sensitive to color variations than to intensity variations, so YUV allows the encoding of luminance (Y) information at full bandwidth and chrominance (UV) information at half bandwidth.

ZINGERMANNDCA630-00000186

# Index

**B**

background   2-9

**C**

camera angle   2-10
changing, interrupt   1-12
compression options   2-1
compression type   2-1

**H**

Harvard Graphics, putting video in   2-7
help, see inside back cover

**I**

I/O address, changing   1-12
improving video playback performance   2-1
interrupt, changing   1-12

**K**

keeping your video clips short   2-9

**L**

lighting   2-8

**M**

Media Player   2-4

**O**

options, compression   2-1

**P**

panning   2-10
playback, improving   2-1
PowerPoint, putting video in   2-5

**Q**

**R**

RCA cable   1-4
runtime Media Player   2-3
runtime video player   2-3

**T**

technical support, see inside back cover

**V**

VCR   2-2
VCR, using   2-2
VidCap   1-10
video clip, putting into clipboard   2-4
video format   2-1
video on other computers   2-3
video, placing in applications 2-5, 2-6, 2-7

**W**

Word for Windows, putting video in   2-6

**Z**

zooming   2-10

ZINGERMANNDCA630-00000187

**PLAINTIFF'S EXHIBIT NO. 254, Page 39 of 44**

**Index**

ZINGERMANNDCA630-00000188

## Limited Warranty

Intel warrants to the original owner that the product delivered in this package will be free from defects in material and workmanship for three (3) years following the latter of: (i) the date of purchase only if you register by returning the registration card as indicated thereon with proof of purchase; or (ii) the date of manufacture.  This warranty does not cover the product if it is damaged in the process of being installed. Intel recommends that you have the company from whom you purchased this product install the product.

THE ABOVE WARRANTY IS IN LIEU OF ANY OTHER WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ANY WARRANTY ARISING OUT OF ANY PROPOSAL, SPECIFICATION OR SAMPLE.

This warranty does not cover replacement of products damaged by abuse, accident, misuse, neglect, alteration, repair, disaster, improper installation or improper testing.  If the product is found to be otherwise defective, Intel, at its option, will replace or repair the product at no charge except as set forth below, provided that you deliver the product along with a return material authorization (RMA) number (see below) either to the company from whom you purchased it or to Intel. If you ship the product, you must assume the risk of damage or loss in transit. You must use the original container (or the equivalent) and pay the shipping charge. Intel may replace or repair the product with either a new or reconditioned product, and the returned product becomes Intel's property. Intel warrants the repaired or replaced product to be free from defects in material and workmanship for a period of the greater of: (i) ninety (90) days from the return shipping date; or (ii) the period of time remaining on the original three (3) year warranty.

This warranty gives you specific legal rights and you may have other rights which vary from state to state.  All parts or components contained in this product are covered by Intel's limited warranty for this product; the product may contain fully tested, recycled parts, warranted as if new.

For warranty information, call:

| From Europe: | in English | +44-793-431144 |
| | auf Deutsch | +44-793-421333 |
| | en Français | +44-793-421777 |
| From anywhere else: | | +(503) 629-7000 |

### Returning a Defective Product (RMA)

Before returning any product, contact an Intel Customer Support Group and obtain an RMA number by calling:

| From Europe: | in English | +44-793-431144 |
| | auf Deutsch | +44-793-421333 |
| | en Français | +44-793-421777 |
| From anywhere else: | | +(503) 629-7000 |

If the Customer Support Group verifies that the product is defective, they will have the Return Authorization Department issue you an RMA number to place on the outer package of the product. Intel cannot accept any product without an RMA number on the package.

## Limitation of Liability and Remedies

INTEL SHALL HAVE NO LIABILITY FOR ANY DAMAGES DUE TO LOST PROFITS, LOSS OF USE OR ANTICIPATED BENEFITS, OR OTHER INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS PRODUCT, WHETHER ARISING OUT OF CONTRACT, NEGLIGENCE, TORT OR UNDER ANY WARRANTY, EVEN IF INTEL HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  INTEL'S LIABILITY FOR DAMAGES IN NO EVENT SHALL EXCEED THE AMOUNT PAID FOR THIS PRODUCT. INTEL NEITHER ASSUMES NOR AUTHORIZES ANYONE TO ASSUME FOR IT ANY OTHER LIABILITIES.

ZINGERMANNDCA630-00000189

## FCC Compliance Statement

This device complies with Part 15 of the FCC Rules. Operation is subject to the two following conditions:

1. This device may not cause harmful interference.

2. This device must accept any interference received, including interference that may cause undesired operations.

The board has been tested and verified to be within the energy emission limits for Class B digital devices as defined in Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential situation. This board generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instruction, may cause harmful interference to radio communications. Installed correctly, it probably will not interfere with your radio or TV. However, we do not guarantee the absence of interference.

If you modify the board in any way, without getting approval from Intel Corporations, your board may violate FCC regulations. Violation of FCC regulations may cause the FCC to void your right to use the modified board. Only peripherals (computer input/output devices, terminals, printers, etc.) certified to comply with the Class B limits may be attached to the computer containing the board. Operations with non-certified peripherals is likely to result in interference with radio and TV reception. NOTE: Use only shielded, grounded cables.

If you suspect this board is causing interference, turn your computer on and off while your radio or TV is showing interference. If the interference disappears when you turn the computer off and reappears when you turn the computer on, something in the computer is causing interference.

To reduce interference, try these suggestions:

- Change the direction of the radio or TV antenna.

- Move the computer or the radio or TV. For example, if the computer is to the right of the TV, move it to the left of the TV. Or, move the computer farther away from the radio or TV.

- Plug the computer into a different outlet. Don't plug your radio or TV into the same circuit as your computer.

- Ensure that all expansion slots (on the back or side of the computer) are covered. Also, ensure that all metal retaining brackets are tightly attached to the computer.

If these suggestions don't help, consult your computer dealer or an experienced radio/TV technician for more suggestions.

## Canadian Department of Communications Compliance Statement

This digital apparatus does not exceed the Class B limits for radio noise emissions from digital apparatus set out in the Radio Interference Regulations of the Canadian Depart of Communications, CRC c. 1374.

ZINGERMANNDCA630−00000190

**PLAINTIFF'S EXHIBIT NO. 254, Page 42 of 44**

For questions on the Compel and MediaBlitz packages, see the Asymetrix manuals for technical support telephone numbers.

For questions on Video for Windows, see the Microsoft manual for technical support telephone numbers.

### If you need to contact Intel customer support

When you contact us with a question:  Have your phone and fax numbers ready, and your product's serial number or product code, a description of your computer hardware (including all add-in boards, their I/O ports, and IRQs) and software, copies of your CONFIG.SYS and AUTOEXEC.BAT files, and a problem description including error messages.
We will answer your questions using the same type of service you used to contact us. We'll do our best to respond by the end of the next business day.

| Type of service | | How to contact us |
|---|---|---|
| Call the FaxBACK document delivery service | Request that technical documents be sent to your fax machine. Know your fax number before calling. Call from a touch-tone voice phone. | U.S. and Canada (800) 525-3019<br>Europe:         +44-793-432509<br>International:   +503-629-7576<br>24 hours a day |
| Call the Intel Electronic Bulletin Board (BBS) | Get up-to-date product hints and tips, technical and troubleshooting information, and leave questions for Customer Support technicians. Set your modem to the highest speed it supports, up to 57,600 bps; 8 data bits; no parity; 1 stop bit. | Worldwide:    +503-645-6275<br>Europe:   .    +44-793-432955<br><br><br><br><br>24 hours a day |
| Use MCI Mail | Our mailbox is: | Intel SUPPORT |
| Use CompuServe | The Intel Forum is: | GO INTELFORUM |
| Fax us your questions | | U.S. and Canada  503-629-7580<br>Europe:       +44-793-431166<br>International:  +503-629-7580<br>24 hours a day |
| Write a letter | Mail letters to: | Europe:<br>Branded Products Support Centre<br>Intel Corporation (UK) Ltd.<br>Pipers Way<br>Swindon, Wiltshire<br>England SN3 1RJ<br><br>Worldwide:<br>Intel Customer Support<br>Mailstop CO3-02<br>5200 Elam Young Parkway<br>Hillsboro, OR 97124-6497   USA |
| Talk to a Technician | Have your product manuals handy. Be near your computer with its cover removed. | Worldwide:     +503-629-7000<br>  Mon - Fri, 7-5 US Pacific Time<br>Europe:<br>  in English:   +44-793-431144<br>  en Francais:  +44-793-421777<br>  auf Deutsch:  +44-793-421333<br>Mon-Fri, 0800-17:30 |

ZINGERMANNDCA630-00000191

PLAINTIFF'S EXHIBIT NO. 254, Page 43 of 44



ZINGERMANNDCA630-00000192