AN EMPIRICAL APPRAISAL OF CONJOINT CHOICE SIMULATORS

Sanjay k. Rao

A Dissertation

in

Marketing

for the Graduate Group in Managerial Science and Applied
Economics

Presented to the Faculties of the University of Pennsylvania in

Partial Fulfillment of the Requirements for the Degree of Doctor

óf Philosophy.

1987

*David Reibstein*

Supervisor of Dissertation

Graduate Group Chairperson

HF/003/1987/R215

ACKNOWLEDGEMENTS

I thank my advisor, Prof.David J.Reibstein for his guidance; and also for his support and encouragement throughout my stay at Wharton. I would also like to thank Professors Paul Green,Morris Hamburg,David Schmittlein and Abba Krieger for their constructive inputs at various stages during the writing of this thesis.

ABSTRACT

An Empirical Appraisal Of Conjoint Choice Simulators

Author:  Sanjay k. Rao

Dissertation Supervisor:  Prof. David J. Reibstein

Estimating market share for alternative concepts is an important task in the new product development process.  One way of predicting (or 'simulating') shares at the concept stage is by using conjoint choice simulators which use data and estimates from conjoint analysis experiments as input.  These simulators, in addition to being used as predictors of share for alternative concepts, are also an integral component in several product and product line optimization models.

The primary objective of this thesis is to examine the nature of conditions where each of six alternative conjoint simulators may provide accurate and reliable predictions of market share.  Also, a new simulator, motivated by results of the primary analysis, is presented and its advantages are illustrated.

The six simulators considered in the first part are based on six different choice rules.  These are (i) The Maximum Utility Rule, (ii) The Bradley-Terry-Luce-1 Rule, (iii) The Multinomial Logit Rule, (iv) The Bradley-Terry-Luce-2 Rule, (v) The Multinomial Probit Rule and (vi) The Multivariate Generalization of the Bivariate Logistic Rule,

due to Bock and Jones.  Simulators based on the first three rules are
widespread in their use currently, while those based on the others are
promising alternatives in specific situations.

The results indicate that a deterministic choice rule based
simulator like the MUR will provide less accurate estimates of share
than the other stochastic rules based simulators when the product
category is of the non-durable/low involvement type.  Also, the MUR is
found to provide inconsistent estimates of share in competitive (or
'efficient') sets of profiles with a good deal of homogeneity in
preferences across respondents.  Additionally, evidence is found to
question the robustness of share estimates of the MUR simulator.  Some
limited, inconclusive evidence is presented about the applicability of
the BTL rule based simulators in large choice sets.  The MNL simulator
is shown to predict shares which are considerably robust.  The MNP
simulator is shown to work better than any other simulator in sets
characterized by correlations among respondent utilities; also, its
predictions are fairly robust.  The Bock-Jones simulator is found to be
very useful for sets with a specific type of correlation structure.

The new simulator, which is proposed in the latter part of this
thesis, seeks to model decision making in the spirit of
two-stage information processing strategies suggested in the
literature on protocols of consumer decision processes.Also,the
choice rule underlying the simulator allows for stochasticities
and correlations among individual-level preferences.

iv

At various points in the thesis, limitations inherent in the research are described; and also provided are suggestions for future research in the area.

TABLE OF CONTENTS

| CHAPTER | TITLE | PAGE NO. |
|---|---|---|
| 1 | INTRODUCTION | 1 |
| 2 | CONJOINT CHOICE SIMULATORS:  ASSUMPTIONS AND STRUCTURE | 12 |
| 3 | DESCRIPTION OF DATABASE AND ITS LIMITATIONS | 30 |
| 4 | ON THE PREDICTIVE ACCURACY OF CONJOINT CHOICE SIMULATORS | 41 |
| 5 | CRITICAL DATA SETS:  SOME EXAMPLES | 78 |
| 6 | ON THE ROBUSTNESS OF CONJOINT SIMULATOR ESTIMATES | 108 |
| 7 | A TWO STAGE SIMULATOR | 128 |
| 8 | SUMMARY, LIMITATIONS AND SUGGESTED FUTURE RESEARCH | 139 |
| A-1 | APPENDIX A-1:  COMPUTATIONAL ASPECTS OF CLARK'S METHOD | 147 |
| A-2 | APPENDIX A-2:  THE MEAN VALUE THEOREM | 150 |
|  | BIBLIOGRAPHY | 151 |

vi

LIST OF TABLES

| NUMBER | TITLE | PAGE NO. |
|---|---|---|
| 4-1 | Analysis of Variance, Hypothesis 1 | 64 |
| 4-2(a) | Analysis of Variance, Yogurts | 65 |
| 4-2(b) | Analysis of Variance, Televisions | 66 |
| 4-2(c) | Analysis of Variance, Typewriters | 67 |
| 4-3 | Hit Ratios for all Simulators | 68 |
| 4-4 | Hit Ratios as a Function of Choice Set Size | 69 |
| 4-5 | Average Correlations of Utilities | 70 |
| 4-6 | MADs for all 6 Simulators, Hypothesis 3 | 71 |
| 4-7 | Std. Devn. of Utilities, Hypothesis 3 | 72 |
| 4-8 | Compartal Corr. and Absolute Deviations | 73 |
| 5-1 | Effects on Accuracy of BTL Estimates, of Inclusion and Dropping of Intercept Terms | 92 |
| 5-2 | Consequence of the II-A Property in Homogeneous Samples | 93 |
| 6-1 | Robustness:  BTL-1, BTL-2 and MNL Simulators | 125 |
| 6-2 | $r_{ij}/\sigma_{ij}$ for the Bock-Jones Simulator | 126 |
| 7-1 | Profiles eligible for non-zero share assignment | 136 |
| 7-2 | The 10 top ranked profiles in the holdout set | 137 |
| 7-3 | The Two-Stage Simulator and the MNP Simulator(MADs of Actual from Predicted Shares) | 138 |

LIST OF EXHIBITS

| NUMBER | TITLE | PAGE NO. |
|--------|-------|----------|
| 3-1 | Overall Design of Database | 36 |
| 3-2 | Attributes and Levels for Profiles | 37 |
| 3-3 | Actual Respondent Profile Ratings | 40 |
| 4-1(a) | Attributes and Levels, Typewriters | 75 |
| 4-1(b) | Attributes and Levels, Yogurts | 76 |
| 4-1(c) | Attributes and Levels, Televisions | 77 |
| 5-1 | Data Matrix, Example 1, MUR | 94 |
| 5-2 | Data Matrix, Example 2, MUR | 96 |
| 5-3(a) | Data Matrix, Example 3, MUR | 98 |
| 5-3(b) | Data Matrix, Example 3, MUR | 98 |
| 5-3(c) | Data Matrix, Example 3, MUR | 99 |
| 5-4(a) | Data Matrix, Example, II-A Property | 101 |
| 5-4(b) | Data Matrix, Example, II-A Property | 102 |
| 5-5 | Data Matrix, Example 1, MNP | 104 |
| 5-6 | Data Matrix, Example 1, B-J | 106 |
| 6-1 | Data Matrices for Chapter 6 | 127 |

# 1.   INTRODUCTION

In the new product development process, decision making is almost always facilitated by a knowledge of what may happen to some new or reformulated concepts if and when they compete against existing brands in the market.  One way this question is sought to be answered is by making predictions of market share at the concept stage itself, i.e., simulating an aggregate share-of-choice statistic for a given concept (computed across a representative sample of respondents); which is then assumed to be a reasonable approximation to its market share (Green and Krieger 1986).

More specifically, a three step procedure is usually followed --

1:  Potential offerings are scaled in preference by individual consumers, using conjoint or hybrid conjoint measurement (Green and Srinivasan 1978, Johnson 1974, Green, Carroll and Goldberg 1981); dollar metric techniques (Silk and Urban 1978, Pessemier et. al. 1971) or variations of compositional multiattribute models (Huber 1974, Wilkie and Pessemier 1977),

2:  The scaled individual preferences are mapped into choice via one of several philosophically and/or methodologically different transformations, and

1

3:   Individual estimates of choice are aggregated in some specific

fashion to arrive at a market share statistic for each concept.


Until very recently, step 1 of the above process had received

considerable attention in the marketing literature.   Indeed, conjoint

analysis is widely viewed as essentially a set of scaling techniques

concerned with transforming subjective preferences for a concept into

estimates of relative importance for its components.   The fact of the

matter, however, is the whole raison d'etre for its widespread use in

commercial applications stems from its ability to be used in

conjunction with steps 2 and 3 to make forecasts of market share (Green

and Krieger 1986, Green and Desarbo 1984).   This dissertation is

broadly concerned with issues pertaining to the mapping of individual

preference into individual choice, and the aggregation of individual

choice estimates to predict market shares, when subjective preferences

for the concepts of interest are scaled via conjoint analysis.   Figure

1-1 represents the basic structure of a conjoint simulator.


Today, the most commonly employed technique that simulates market

share from individual preferences scaled via conjoint analysis is known

as the Maximum Utility Rule(MUR) Simulator.   It is based on the Maximum

Utility Rule which posits that the individual chooses the product with

the highest stated preference, i.e., at the individual level, the

concept with the highest utility is assigned a share of 100%, and all

other concepts are assigned a share of zero.   Aggregation across the

sample of respondents (who are implicitly assumed to represent members

2

of the desired target segment), is accomplished by tabulating the
proportion of first choices received by any given concept, across the
entire sample.  This proportion is an estimate of the market share.
Recent applications of this technique can be found in conjoint based
models of optimal product and product line design (Zufryden 1977, 1982;
Green et. al. 1981, Green and Krieger 1985).  The deterministic nature
of the MUR would appear to suggest that it may be a reliable mapping
technique only under conditions where there are strong incentives for
respondents to optimize preferences; for example, in the case of
high-involvement, durable type of goods like automobiles, personal
computers, etc..  On the other hand, its applicability as a choice rule
(on which to base a simulator) may be questionable whenever a
one-to-one mapping of preferences into choice seems unreasonable.  This
may be the case when, (i) the product category characteristics are such
as to induce multiple choices, variety seeking, etc., or, (ii)
external, uncontrollable factors such as availability of product, spot
deals, shelf facings, etc. cause a consumer to choose a product that
(s)he does not necessarily prefer most.Also,considerable
variance may exist in estimated partworths which would not be
taken into account.  Besides these reasons, there are a
few other  conditions (illustrated in subsequent chapters) having
to do with the degree of homogeneity in preferences that may take away
from the accuracy of shares simulated by the MUR.

Consequently, in addition to examining the MUR simulator, this
thesis also looks at several viable stochastic alternatives which

-3-

primarily transform individual preferences into individual

probabilities of choice.  Market share for a concept, then, is posited

to be the average of probabilities of choice computed across

individuals.  Most of the approaches that predict individual choice

probabilities from individual preferences are based on some variant of

Luce's choice axiom (1959) (see Batsell and Lodish 1981, Reibstein

1978, Punj and Staelin 1978).  This thesis considers three such

transformations:

1:  The Bradley-Terry-Luce 1(BTL-1) model (Bradley and Terry 1951),

2:  The Multinomial Logit(MNL) model (Malhotra 1984), and

3:  The Bradley-Terry-Luce 2(BTL-2) model, a new variant of Bradley and

    Terry's original formulation which has some desirable properties,

    as illustrated in subsequent chapters.


Approaches based on Luce's axiom are most often criticized because

of the 'independent of irrelevant alternatives (II-A)' property (Currim

1984, Debreu 1960, Tversky 1972).  The primary consequence of this

property, of course, is that the choice model provides biased estimates

when there are appreciable amounts of similarity among concepts under

consideration.  This is a crucial problem, especially in the context of

this thesis where the unit of analysis is very often composed of

profiles that are 'competitive,' i.e., profiles for which an individual

is likely to have utilities of similar magnitude;if only

because the profiles share a number of common levels of

attributes.

4

Consequently, this thesis also considers two other mappings of preference into choice:

1:   The Multinomial Probit (MNP), operationalized via an approximation developed by Clark (1961), and

2:   A multivariate generalization of the bivariate logistic model, developed by Bock and Jones (1968).

The primary advantage offered by both these transformations is their ability to handle profile similarities, as captured by correlations among utilities for profiles in the choice set.  While the MNP is, in principle, capable of handling any pattern of correlation among the utilities, the Bock-Jones(B-J) transformation is derived from specific assumptions imposed on a general covariance structure, and therefore is likely to be more limited in its scope of application.  These issues are further dealt with in subsequent chapters.

Another characteristic specific to the MNP and B-J simulators is that they map individual preferences directly into market share, unlike the other simulators which compute individual choice from individual preferences and then aggregate individual choices to produce a market share statistic.

The primary objective of this thesis is to investigate general

5

conditions for which each of the above 6 simulators may or may not produce accurate and/or reliable estimates of market share. While different mappings may or may not lead to different estimates of market share, it is also possible that the same information may lead to estimates of varying accuracy and/or reliability under different conditions. Rather than aiming at discovering which simulator is the best one to employ, this thesis focuses on formulating and testing hypotheses about when a given simulator is likely to perform well and when its performance is likely to be far from satisfactory. In addition to adding to the understanding of issues related to choice model specification, such an endeavor has obvious managerial implications, given the very widespread use of conjoint analysis (Cattin and Wittink, 1981) and the deep interest of managers in obtaining share estimates at the concept stage of the new product development process (Green and Desarbo 1984). Also, conjoint simulators are increasingly being employed as building blocks for models of optimal product and product line design (for example, Green and Krieger 1985). A knowledge of specific conditions under which a simulator may or may not provide accurate estimates is, thus, obviously crucial to model building in that area.

   While such an investigation is useful, it is perhaps equally desirable to develop alternative simulators which improve upon existing simulators, especially in conditions where the latter perform below par. We make a start in that direction by proposing a 'Two-Stage Simulator'(TSS) in the latter part.Conceptually, the TSS is based on a

decision rule which is in the spirit of two-stage information processing strategies suggested in the literature on protocols of consumer decision processes(Bettman 1975,Einhorn 1971) which posit that consumers initially engage in a process where choices are narrowed down by using a variety of simplifying strategies,and only after the initial simplification do consumers start making detailed comparisons among the remaining products.The decision rule also allows for stochastic preferences which may be correlated across profiles.

Until very recently, published research on conjoint simulators was sparse, at best.  Huber and Moore (1979), in an article on methods of aggregation of conjoint data, compare the MUR, BTL-1 and the MNL simulators.  They find close agreement between BTL-1 and MNL results in terms of first choice predictions on a hypothetical 'test' set. However, both simulators disagree with results from the MUR simulator. One possible explanation advanced by the authors for this was that the respondents were not particularly homogeneous in their partworths, thereby causing the MNL and BTL-1 simulators to pick the best "average" profile as the first choice.  Unfortunately, their study did not collect actual data from respondents on the "test" set -- something that would have enabled one to judge the relative accuracy of the 3 simulators outright.  Wiley and Low (1983) evaluated the performance of the MUR and B-J simulator on sets of artificial data.  The data were constructed to represent individual-by-profile matrices under the following conditions -- (1) equal population utility means and variances for all profiles, (2) unequal population means and equal

7

variances, (3) equal population utility means, differing variances and (4) differing variances for the profile with the highest population utility mean.  Each condition is further tested under two conditions -- (1) no correlation and (2) a correlation of 0.5 between profile utilities.  Estimates of share obtained by the two methods were generally found to be equivalent across all conditions.  However, the Bock-Jones simulator was able to provide estimates with better precision, i.e., smaller confidence intervals.

Rather than focusing on the issue of prediction, Green and Krieger (1986) conduct a set of managerially relevant sensitivity analyses on the MUR simulator.  The objectives relate to:  testing product inclusion/deletion from a set, examination of attribute modifications, changes in attribute levels from levels initially prescribed, changes in the respondent set, changes in status quo utilities and randomly generated changes in the composition of the test offerings.  It is clear that each of the above analyses will yield conclusions that are applicable to the specific data set on which they are carried out.  The utility of this research, perhaps, lies in the fact that it opens the door for one to carry out similar sensitivity analyses in a framework where alternative simulators are compared and evaluated along a set of well defined criteria.

* * *

This thesis is written according to the following structure:

8

Chapter 4 is devoted to hypotheses about simulator predictions in varying conjoint analytic settings characterized by distinctly different product categories, varying sizes of choice sets and different degrees of similarity between profiles in the choice set. These hypotheses are constructed from a priori notions about what combination of characteristics would be ideal for a given simulator to outperform other simulators in terms of providing accurate estimates of share.  The hypotheses are then tested on data from real conjoint experiments.

Chapter 5 specifies critical situations where a given simulator will almost always perform poorly.  Some of the situations have been discussed before in the literature (for example, by Green and Krieger, 1986).  Data sets that conform to a given scenario are numerically simulated and used to illustrate properties which may cause a given simulator to make inaccurate predictions.

Chapter 6 is concerned with the investigation of the robustness of share estimates provided by a simulator.  While accuracy of simulated share is an obvious requirement, a simulator should also be able to provide estimates which are robust enough to withstand small to moderate amounts of noise in the primary input.  Choice rules that drive each simulator are used to derive a priori notions about their behavior under varying levels of input distortion.  These notions are then tested using real data.

9

Chapter 7 presents the Two-Stage Simulator.The motivation for such a simulator is outlined in detail,and the decision rule is formulated.A test of validity of the two-stage model is presented,as also presented is a test of the predictive ability of the simulator as compared to that of the MNP simulator(with which it shares some fundamental assumptions).

The thesis concludes by summarizing its results and limitations, and by outlining areas for future work in the area (Chapter 8).

We begin by presenting a detailed description of the structure and assumptions of each of the six simulators (Chapter 2); and a description of the database (and its limitations) used for the testing of the various hypotheses (Chapter 3).

Figure 1-1

## THE STRUCTURE OF A CONJOINT CHOICE SIMULATOR



11

## 2.   CONJOINT CHOICE SIMULATORS:   ASSUMPTIONS AND STRUCTURE

In this chapter we present detailed descriptions of 6 conjoint simulators that are the subject of various analyses in this thesis. Typically, a simulator works in the following fashion:

(1)  Partworth estimates for each individual are used to predict his/her utilities for profiles in any choice set,

(2)  The utility estimates are converted into shares-of-choice for those profiles at the individual level, via a suitable transformation, and

(3)  Individual shares-of-choice are aggregated across the sample in some specific manner to arrive at an aggregate market share statistic for each profile.  Figure 2-1 depicts the general structure of a conjoint simulator.

Users of conjoint simulators have tended to classify simulators into two general categories - (a) simulators that handle choice sets with one profile and (b) simulators that handle choice sets with more than one profile.  This thesis is concerned exclusively with the second category.  For a review of the first category, readers are referred to Green and Krieger (1986).  Specifically, we consider 6 simulators, some of which are widely used while others are proposed as promising alternatives.

The requirements imposed on any simulator are:

12

(1)  It should use an individual-by-profile matrix of predicted

      utilities as primary input,

(2)  The output should be in the form of a statistic that varies

      between zero and one for each alternative in the choice set, and

(3)  These statistics, or shares, should sum to one across all

      alternatives in the set.


   In the rest of this chapter, as indeed in the rest of this thesis,

we will adopt the following notation:


   $U_{IxJ}$  is the matrix of predicted utilities of I individuals for J

   profiles in the choice set,

   $u_{ij}$  is the ith individual's predicted utility for the jth

   profile,

   $p_{ij}$  is the ith individual's likelihood of choice for the jth

   product

   $(o \leq p_{ij} \leq 1)$,

   $S_j$  is the estimate of the jth product's market share

   $(\sum_J S_j = 1))$.


## THE MAXIMUM UTILITY RULE SIMULATOR


   The MUR simulator transforms individual preferences into individual

choice by positing that (s)he will choose the product with the highest

predicted utility among all alternatives in the choice set.  Following

13

this individual level transformation, market share is represented as the proportion of first choices (taken across individuals) received by any profile in the choice set of interest.

Thus,

$$p_{ij} = 1 \ , \ if \ u_{ij} = max(u_{i1}, u_{i2} \cdots u_{iJ}) \qquad (1)$$

$$else, \ p_{ij} = 0 \qquad (2)$$

It is likely that a deterministic model of choice at the individual level like the MUR will do a better job in product categories where the possibility of error in the predicted utilities is minimal, i.e., when a respondent, knowing that there is a lot at stake, makes careful preference judgements; so that a one-to-one mapping of preference into choice is plausible (for example in categories such as automobiles, personal computers). However, in categories where a respondent may likely seek variety or categories where products in the choice set may be perceived to share characteristics (observable or otherwise), such a direct and simple correspondence between preference and choice may not be valid (for example in categories like soft drinks, yogurts). We elaborate upon this issue in Chapter 4.

Also, note that at the individual level, the MUR assigns a share of zero to all but the most preferred product, i.e., it ignores specific magnitudes of predicted utilities. For example, on a scale of 1-10 a utility assignment of (10, 9, 1) is assumed equivalent to (10, 1, 1) or (10, 1, 9). If respondents in a sample are largely homogeneous in

14

terms of their utility assignments, then one could visualize a
situation where a profile, that was consistently the second most
preferred product in a set of say 10 profiles and enjoyed predicted
utilities that were close to, but consistently less than the top rated
product, would still receive a market share of zero; and so would the
product that was ranked number 10 by most people.

There exist many practical implications of these properties, and
these are discussed in subsequent chapters.  Largely because of its
simplicity, the MUR simulator is the most widely used conjoint
simulator commercially.  Also, several researchers have used the MUR
simulator as a building block in the area of product and product-line
optimization modeling (Zufryden 1977, 1982; Green et. al. 1981, Green
and Krieger 1985).

* * *

We next describe three simulators based on choice rules that are
simple variations of Luce's choice axioms (1959).

Each of the 3 choice rules posits that:

(1)  Individual utilites for products are distributed continuously
     across products in the choice set, i.e., the utilities $u_{i1}$,
     $u_{i2}$ , ... , $u_{ij}$ are realizations from a common distribution
     with the characteristics that each $u_{ij} \geqslant 0$; and

15

(2)  When product j appears with product j $'$ in a pair, the probability that product j receives top rating from individual i is assumed to be of specific functional form f (u $_{ij}$ , u $_{ij'}$).

The function f (u $_{ij}$ , u $_{ij'}$) is generalized to the multiproduct case, so that probabilities of individual choice for profiles in the choice set can be estimated from individual level utilities.  Market share for any profile is estimated by averaging individual probabilities of choice for it across individuals.

## THE BRADLEY-TERRY-LUCE-1 RULE SIMULATOR

In this simulator,

$$f(u_{ij}, u_{ij'}) = u_{ij}/(u_{ij} + u_{ij'})$$

Generalizing to multiproduct case,

$$p_{ij} = u_{ij} / \sum_j u_{ij} \qquad (3)$$

$$s_j = \sum_i p_{ij} / I \qquad (4)$$

## THE MULTINOMIAL LOGIT RULE SIMULATOR

In this simulator,

$$f(u_{ij}/u_{ij'}) = exp(u_{ij})/(exp(u_{ij}) + exp(u_{ij'}))$$

Generalizing to the multiproduct case,

$$p_{ij} = exp(u_{ij}) / \sum_j exp(u_{ij}) \qquad (5)$$

$$s_j = \sum_i p_{ij} / I \qquad (6)$$

16

THE BRADLEY-TERRY-LUCE-2 RULE SIMULATOR

In this simulator,

$$f(u_{ij}, u_{ij'}) = u_{ij}^2 / (u_{ij}^2 + u_{ij'}^2)$$

Generalizing to the multiproduct case,

$$p_{ij} = u_{ij}^2 / \sum_j u_{ij}^2 \qquad\qquad (7)$$

$$s_j = \sum_i p_{ij} / I \qquad\qquad (8)$$

While the BTL-1 and MNL simulators have been used in commercial
applications, the BTL-2 simulator is proposed in this dissertation as a
viable alternative for purposes of simulating shares in large choice
sets.  There exists considerable literature on protocols of consumer
decision processes (Bettman 1975, Lussier and Olshavsky 1979, Payne
1976, Einhorn 1971) which indicates that in large choice sets,
consumers typically employ a two-stage process while making choices
among alternatives.  In the first stage, the number of choices is
narrowed down by using one of a variety of simplifying strategies (for
example, lexicographic, disjunctive or conjunctive), and only after the
initial simplification do the consumers start making detailed
comparisons among the remaining alternatives.  Every product in the
choice set, therefore, does not receive an equal amount of attention
from the respondent.  In the context of conjoint choice simulation, the
choice set is composed of profiles for which shares are to be

simulated.  In a large set of profiles, therefore, it is likely that a respondent may concentrate only on a subset of the more preferred profiles, virtually ignoring others.  In such a situation, a simulator that recognizes this unequal weighting of preferences in the generation of probabilities of choice could probably be expected to do a better job of share prediction than one which does not.  Consider the two BTL choice rules (3) and (7).  For a utility assignment of (10, 9, 8, 2, 1, 3), the BTL-1 assigns probabilities of (.30, .27, .24, .06, .03, .09), whereas the BT1-2 assigns probabilities of (.37, .31, .24, .01, .003, .035).  Note that the BTL-2 assigns higher probabilities to profiles with the higher utilites and lower probabilities for profiles with the lower utilites, when compared to probabilities assigned by the BTL-1. In other words, the BTL-2 puts more weight on judgements with higher utilities and less weight on those with lower utilities; thereby increasing the discriminability among the set of clearly favored profiles and the set of clearly undesirable profiles; and hence in a sense capturing the specific decision making process espoused earlier. We further elaborate on this feature, and construct a hypothesis along similar lines, in Chapter 4.

Green and Krieger (1986) illustrate two other properties that affect choice rules of the type given by (3), (5) and (7):

(a)  Adding or subtracting a constant from the $u_{ij}$'s causes changes in the $p_{ij}$'s for (3) and (7), but (5) remains unchanged.  In the two BTL formulations, the effect is to reduce the variance of

18

the $p_{ij}$ 's.  By making the additive constant large enough, the variance could be made very small leading to virtually equal probabilities of choice across all profiles, no matter what the utilites, and

(b)  Multiplication of the $u_{ij}$ 's by a constant, on the other hand, has no effect on (3) and (7); but causes $p_{ij}$ 's from (5) to change radically.


While both (a) and (b) are notable properties, their practical implications in the simulation of aggregate shares is tantamount to the aggregate effects of misspecifying the preference function at the individual level.  For example, two different functional specifications may lead to predicted utilites that differ by a constant at the individual level, and therefore cause the probabilities to be different for that individual.  However, differences in utilities via the two specifications may not be of the same magnitude across the whole sample of respondents.  So, while individual $p_{ij}$ 's may be considerably different from one specification to another for some individuals, they may be virtually same for others.  Additionally, to the extent that most conjoint analysts almost always use the linear compensatory partworth function as an adequately accurate representation of individual preferences, the above properties may not come into play in the simulation of aggregate shares.


All the above 3 simulators are based on choice rules that have the so-called independence of irrelevant alternatives (II-A) property,

19

i.e., the relative probability of choice of any two alternatives for an individual depends on their measured attractiveness alone, without regard to any other alternatives in the set.  This is so because from (3), (5) and (7), $(p_{ij}/p_{ij'}) = g(u_{ij}, u_{ij'})$, i.e., the ratio of probabilities of choice of two alternatives is a function that is independent of the utilities of the other profiles.  At the individual level, this property has obvious potential for counter-intuitive probability predictions:  for example, if an individual has utilites of magnitude 5 and 2 for two alternatives, his $p_{ij}$'s will be 0.95 and 0.047 via (5); if a new brand (introduced in the same set) perceived to be highly correlated with the second but only slightly superior to it is predicted to have a utility of 2.1, then the respective $p_{ij}$'s are 0.905, .045 and .05.  For the individual in question, the new brand has cannibalized more share from the first brand than from the second, a result that is intuitively unappealing.  At the aggregate level, i.e., at the level of predicting market shares, the II-A property will cause faulty predictions to be made if the sample of respondents is fairly homogeneous with respect to their utilities for profiles, whence the pattern of cannibalization will "carry through" the entire sample.  For reasonably heterogeneous preferences, however, the effect will be diffused; and more often than not, not be a source of concern.

* * *

Several researchers in marketing and related fields have pointed out specific instances where the II-A property of transformations based on the Lucean axiom cause biased probability predictions (Currim 1982, Debreu 1960, McFadden 1976, Tversky 1972).  We now examine two simulators that are based on choice rules that avoid the II-A problem by explicitly incorporating profile interdependencies that may exist in the choice set.  Also, both simulators directly map individual preferences into aggregate shares for profiles; rather than predicting individual choice and then averaging probabilities of choice across the sample of respondents.

Following Thurstone (1927), we assume that when making a choice decision, individuals assign a utility value to each alternative from a given frequency distribution, then select the one with the highest utility.  The assigned utility value can thus be decomposed into two components:  a deterministic or fixed component, and a random component.

For the case of 3 alternatives:

$$v_1 = u_1 + e_1$$
$$v_2 = u_2 + e_2$$
$$v_3 = u_3 + e_3 ,$$

where the $v$'s are the "true" utilities for the profiles, the $u$'s are the observed utilities and the $e$'s are the random components.

## THE MULTINOMIAL PROBIT SIMULATOR

This simulator assumes that $(e_1, e_2, e_3)$ have a trivariate normal distribution with zero mean vector and an arbitrary covariance matrix given by:

$$\underline{\underline{\Sigma}} = \begin{bmatrix} \sigma_1^2 & \sigma_{12} & \sigma_{13} \\ \sigma_{21} & \sigma_2^2 & \sigma_{23} \\ \sigma_{31} & \sigma_{32} & \sigma_3^2 \end{bmatrix}$$

Then, share for alternative 1, say, is given by:

$$S_1 = Prob(V_1 > V_2 \cap V_1 > V_3)$$
$$= Prob((e_2 - e_1) < (u_1 - u_2) \cap (e_3 - e_1) < (u_1 - u_3))$$
$$= \int_{-\infty}^{u_1 - u_2} \int_{-\infty}^{u_1 - u_3} f((e_2 - e_1), (e_3 - e_1)) \, d\Delta e_2 \, d\Delta e_3 \qquad (9)$$

where the integrand has a brivariate normal distribution with zero mean vector, and covariance matrix given by:

$$\underline{\underline{\Sigma}} = \begin{bmatrix} \sigma_1^2 + \sigma_2^2 - 2\sigma_{12} & \sigma_1^2 - \sigma_{13} - \sigma_{12} + \sigma_{23} \\ \sigma_1^2 - \sigma_{13} - \sigma_{12} + \sigma_{23} & \sigma_1^2 + \sigma_3^2 - 2\sigma_{13} \end{bmatrix} \qquad (10)$$

The share for alternative 2 or 3 is similarly derived.  With four alternatives we would, of course, end up with trivariate integrals.

As can be seen, interdependencies among alternatives is modeled via a covariance matrix with non-zero off diagonal terms.  To represent the covariance matrix of a multivariate normal distribution, $\underline{\underline{\Sigma}}$ must be positive semidefinite.

22

There are primarily two reasons for the infrequent use of the MNP as a viable choice model in marketing literature:

(1) The covariance terms in $\underset{\sim}{\leq}$ and (10) are specific to the choice alternatives being considered; therefore, if a new alternative is added, (J+1) new parameters related to the new alternative must be estimated, if J is the number of alternatives previously being considered.  In cases where the only data available are the ones on existing brands, this prevents the application of the MNP model; and

(2) The computation of integrals of the type given by (9) is analytically infeasible.

Fortunately, the first problem is not a cause for concern in a conjoint analytic context.  Profiles for which shares need to be simulated are necessarily defined on the same set of attributes and levels for which partworth estimates are available.  Thus, one is able to estimate utilities and their mean and covariance vectors for new alternatives from data that already exist.

As far as the second problem is concerned, three approaches have been suggested as solutions in the literature:

(1) Numerical Integration (Hausman and Wise 1978, Andrews and Langdon 1976);

(2)  Monte Carlo simulations (Lerman and Manski 1977); and

(3)  Clark's approximation (Clark 1961, Daganzo et. al. 1977a and 1977b, Bouthelier 1978).

The first method employs standard numerical integration algorithms, details of which can be found in the original references.

The second method consists in evaluating the $p_i$'s by performing experiments with random numbers.  For each experiment, one generates a MVN ($V, \underline{\Sigma}$) random vector U using a string of pseudorandom numbers generated by a computer, looks at the components of U, and records a success if the component is the largest.  If the experiment is repeated many times, the fraction of success will approach the choice probability p; (Lerman and Manski, 1977; Daganzo, 1979).

The third method, due to Clark (1961), is an approach that approximates $p_i$ very quickly for a reasonably large number of alternatives (Daganzo, 1980).  For a 3 alternative problem, Clark's method considers trivariate normal random variables ($u_1$, $u_2$, $u_3$) and approximates the bivariate distribution of ($u_1$, max ($u_2$, $u_3$)) by a bivariate normal distribution with the same first and second moments.  The approximation rests on the fact that these moments can be calculated exactly in a straightforward manner.  For the MNP simulator handling a choice set of m alternatives, Clark's approximation is applied repeatedly (m-2) times.

24

This thesis employs Clark's approximation for all analyses involving the MNP simulator.  Appendix A-1 gives computational details of Clark's method.

Daganzo et. al. (1977b) Bouthelier (1978) and Albright et. al. (1977) have all explored the accuracy of Clark's approximation method. Their findings indicate that the approximation is satisfactory "except, perhaps, for cases where variables have very different variances and similar means...".  It was also concluded by Daganzo et. al. that the existence of positive correlations tends to improve predictions, and that problems with few alternatives (less than 10) are more accurately estimated.

A typical unit of analysis in this thesis is a choice set of 3 alternatives.

## THE BOCK-JONES SIMULATOR

This simulator is based on a choice model first developed by Bock and Jones (1968).  The model was primarily motivated by a similar concern as Clark's method: the difficulty of integrating the multivariate normal density function for choice sets containing more than two alternatives.  The approach, however, is very different from Clark's.

Consider the covariance matrix given by (10).  Expressing

25

covariances in terms of correlations and variances, we can rewrite (10) as,

$$
\begin{bmatrix}
\sigma_1^2 + \sigma_2^2 - 2\sigma_1\sigma_2\rho_{12} & \sigma_1^2 - \sigma_1\sigma_3\rho_{13} - \sigma_1\sigma_2\rho_{12} + \sigma_2\sigma_3\rho_{23} \\
\sigma_1^2 - \sigma_1\sigma_3\rho_{13} - \sigma_1\sigma_2\rho_{12} + \sigma_2\sigma_3\rho_{23} & \sigma_1^2 + \sigma_3^2 - 2\sigma_1\sigma_3\rho_{13}
\end{bmatrix} \qquad (11)
$$

which is the same as

$$
\begin{bmatrix}
\sigma_{1-2}^2 & \sigma_{1-2}\,\sigma_{1-3}\,\rho_{1-3} \\
\sigma_{1-2}\,\sigma_{1-3}\,\rho_{1-2,\,1-3} & \sigma_{1-3}^2
\end{bmatrix} \qquad (12)
$$

where $\sigma_{1-2}^2$ is the variance of the differences in utilities of profiles 1 and 2,

$\rho_{1-2,\ 1-3}$ is the correlation of the differences in utilities of profiles 1 and 2 with that of profiles 1 and 3.

$\rho_{1-2,\ 1-3}$ is referred to by Bock and Jones as "compartal correlation."

To simplify the correlation structure, Bock-Jones resort to Thurstone's Case V assumptions, viz -- (a) that population variances of the utilities for all profiles are equal ($\sigma_1^2 = \sigma_2^2 = \sigma_3^2$), and (b) the correlations among utilities are equal ($\rho_{12} = \rho_{13} = \rho_{23}$).  This reduces the population value of any compartal correlation $\rho_{i-j,\ i-k}$ to a constant ($=1/2$).  Consequently, as an approximation to the MVN distribution, Bock and Jones propose a multivariate version of the familiar logistic model by Gumbel (1961) with the provision that the population correlation value of the variates from that distribution is 1/2.

26

The distribution is given by

Prob ($U_i > U_j \mp i \neq j$)

$$= S_i = 1 / (1 + \sum_j \exp(-c \cdot \mu_{ij} / \sigma_{ij})) \quad i \neq j \qquad (13)$$

$\mu_{ij}$ is the mean of the difference in utilities taken over all respondents,

$\sigma_{ij}$ is the standard deviation of the difference in utilities

c, is a constant ($= \pi / 3$).

Thus the essential assumptions driving the choice process in a Bock-Jones simulator are that preferences are homoscedastic ($\sigma_1^2 = \sigma_2^2 = \sigma_3^2$) and every pairwise correlation of the utilities are the same ($\rho_{12} = \rho_{13} = \rho_{23}$). The implication of these assumptions is that compartal correlations (i.e., correlation among any pair of utility differences) have a population value of 1/2. This result enables one to approximate (9) by (13). Obviously, the above assumptions on the hypothesized covariance structure would likely inhibit the Bock-Jones simulator's ability to handle as diverse a variety of covariance structures as the MNP simulator. On the other hand, the computation of shares via the B-J simulator is a lot simpler than through Clark's method.

27

Wiley and Low (1983) evaluate the performance of the B-J simulator on artificial data that represents widely differing covariance structures (equal variances, unequal variances, correlated utilities), but found that the B-J simulator was just as good as the MUR in terms of accuracy of predictions.  One of the issues that we examine in subsequent chapters is the performance of the B-J simulator relative to the MNP simulator under conditions characterized by different covariance structures.

Figure 2-1

THE STRUCTURE OF A CONJOINT CHOICE SIMULATOR



29

### 3.  DESCRIPTION OF DATABASE AND ITS LIMITATIONS

For the testing of hypotheses presented in subsequent chapters, this thesis uses data that are subsets of a large database collected as a result of a group of conjoint and hybrid conjoint experiments conducted by Reibstein et al. (1987).  The purpose of this chapter is to provide a description of the experimental steps that led to the data, and the general manner in which that data are proposed to be utilized for hypothesis testing in this thesis.

The original purpose of Reibstein et al. (1987) was to examine a series of validity and reliability issues arising in the implementation of conjoint analytic techniques.  The conjoint part of the large database represents individual level preference judgements made across the following factors:

1:  Type of product

Typewriters

Telephone service

Yogurts

Automatic teller machine systems

Color television sets

2:  Type of data collection task

Full profile

Two attribute-at-a-time

30

Paired profile

3:  Number of levels used to define 'price'

Three

Five

4:  Nature of reliability issue under study

Stimulus set reliability

Attribute set reliability

Exhibit 3-1 depicts the basic structure of the database.  In each of the 60 cells defined by the above factors, individual level replications, collected after other experimental tasks were completed, were also available.

The subjects were adult shoppers familiar with the products.The respondents were screened before the task to ensure their eligibility for the data collection.The total sample frame across all 60 cells was of size 1200.
From the above database, this thesis uses data that were collected in experimental cells defined by the following levels of factors --

1:  Type of product

Typewriters

Color television sets

Yogurts

31

2:  Type of data collection procedure

               Full profile


3:  Number of 'price' levels

               Five


4:  Nature of the reliabilty issue under study

               Stimulus set reliability


    The three products were chosen specifically because some of the hypotheses dealt with the nature of product types -- for example, durables vs. non-durables.  Typewriters and color television sets were chosen to represent the durable, high-involvement type of products, and yogurts were chosen to represent the non-durable, low-involvement type of product categories.  Also, it was felt that by using 3 products instead of one, the cause of generalizability of the results would be better served.


    A typical experiment, relevant to most hypothesis testing in this thesis, consists of the following steps --


(1)  Every respondent, in a total sample of 20, is shown a set of
     25 hypothetical profiles.  Each profile describes a Typewriter
     (or a Yogurt or a Color TV, depending upon the specific cell) and
     is constructed from a predetermined set of attributes and their

levels.  The set of 25 profiles represents an orthogonal array
drawn from the list of all possible alternatives defined by all
attributes and their levels.

(2)  Every respondent is asked to rate each profile on a 0-10 scale,
indicating likelihood-of-purchase (0 = least likely,
10 = most likely).

(3)  After a length of time during which other
experimental tasks are completed, the respondent is
presented with an alternative set of full profiles, also of size
25.  This set is another orthogonal set of array drawn from the
same list of all possible alternatives.  Step no. 2 is repeated
with this new set.

Exhibit 3-2 lists all attributes and their levels used to define
profiles, for all three product categories.

Exhibit 3-3 shows the 0-10 ratings for all profiles for each
individual in a given product category.

Partworth estimates for each respondent in each product category
were obtained via ordinary least squares, using the 0-10 ratings as the
dependent variable.

These partworths are used as primary input to any given conjoint

33

simulator, by using them to estimate an individual's utility for any
profile in a given choice set.  Choice sets are constructed from the
overall set of 25 holdout profiles.  The exact procedure for
constructing choice sets varies with the particular hypothesis being
tested, and a description of such procedures precedes a discussion of
the results from those hypotheses.

Since the data were collected for a study with a different set of
objectives than those of this thesis, the following caveats need to be
made:

(1)  Evaluating the goodness of a conjoint choice simulator would imply
     testing its goodness of prediction of choice, not necessarily of
     preference.  Therefore, it would have been more appropriate if
     data on respondent choice were also available, in addition to the
     existing data.  Simulator predictions from preferences could then
     be correlated with the choice data to obtain an indication of
     validity.  We assume  that in the
     absence of any other relevant information, individual choice
     behavior would most likely be approximated by the maximum utility
     rule.  Thus, in general, for the testing of hypotheses 'choice'
     sets are constructed using the maximum utility rule to predict
     first-choice from the 0-10 self-explicated ratings in the holdout

34

set of 25 profiles.  Although this is by no means a
satisfactory solution in that it implicity biases
measures of validity in favor of the
MUR simulator, it allows for a simple construction of a
hypothetical 'choice' set when an actual set is unavailable.

(2)  As real-world simulations of choice from conjoint data go, a
sample size of 20 is small.  Also a large number of attributes
across the 3 product categories are monotonic in nature.  A large
sample size along with a higher number of non-monotonic attributes
would have allowed for more variability in individual preferences,
and hence more generalizability of any results derived from the
hypothesis testing.It ought to be
stressed,however,that the original experiment involved a total of
1200 respondents spanning 60 cells.The paucity of respondents for
choice simulation, therefore, is a limitation
specific to this thesis.

Exhibit 3-1

Overall Design of Database (Reibstein et al, 1987)



I.E., 20 Observations Per Reliability Cell

/60 Questionnaires/

36

Exhibit_3-2

Televisions:Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $250 |
| | $325 |
| | $400 |
| | $475 |
| | $550 |
| 2 Brand | Sears |
| | Zenith |
| | RCA |
| | GE |
| | Sony |
| 3 Size of Screen | 13 " |
| | 17 " |
| | 19 " |
| | 25 " |
| 4 Warranty | 90 days parts & l |
| | 1 year p & l |
| | 2 years p & l |
| | 5 years p&l |
| 5 Remote control device | Yes |
| | No |

Exhibit 3-2

Yogurts:Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $.49 |
| | $.55 |
| | $.59 |
| | $.69 |
| | $.65 |
| 2 Tartness | Very Tart |
| | Tart |
| | Not tart at all |
| 3 Taste | Very strong |
| | Somewhat strong |
| | Mild |
| 4 Consistency | Very Thick |
| | Somewhat Thick |
| | Very Thin |
| 5 Amount of fruit | Lots |
| | Little |
| | None |

Exhibit 3-2
Typewriters: Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $ 300 |
| | $450 |
| | $600 |
| | $750 |
| | $900 |
| 2 Brand | IBM |
| | SCM |
| | Royal |
| | Olivetti |
| | Sears |
| 3 Current Condition | New |
| | Used |
| | Reconditioned |
| 4 Typewriter Mechanics | Manual |
| | Electric |
| | Electronic |
| 5 Correction Capability | Yes |
| | No |

**EXHIBIT 3-3:Actual Profile Ratings by each respondent(Test & Retest)**

**Respondent ID.      Ratings(max 10,min 0) for all 25 profiles**

```
3613211201124110 4 0 4 7 5 5 0 8 0 4 0 6 6 0 5 0 7 0 4 0 5 4 0 4
3613211202124110 4 6 4 0 4 4 5 0 4 7 0 0 4 4 0 0 7 4 0 4 7 4
6413211201124110 0 0 6 7 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
6413211202124110 0 0 0 0 0 5 0 0 0 0 0 0 0 0 0 0 5 0 0 0 0 0 7
7313211201124110 3 0 6 6 4 5 010 0 0 0 0 0 0 4 0 0 0 5 0 0 0 0 0
7313211202124110 0 0 0 0 4 2 0 0 0 0 2 0 0 5 0 0 0 7 0 0 0 2 8
8313211201124110 2 0 4 0 3 4 0 4 0 5 0 3 3 0 4 0 4 0 1 0 1 0 0 0
8313211202124110 0 0 0 0 0 1 2 0 0 0 1 4 0 0 1 1 0 0 3 1 0 0 2 4
10013211201124111 7 1 0 5 7 3 5 3 7 3 3 3 2 2 1 3 3 5 0 2 5 1 4 0 0
10013211202124110 7 1 2 2 5 5 5 3 2 2 7 5 1 0 3 2 0 0 5 5 0 0 2 5 7
10113211201124110 0 5 0 5 0 0 3 0 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
10113211202124110 0 0 0 0 3 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 3
11113211201124112 5 010 8 0 3 0 4 0 2 0 0 0 0 0 0 0 0 0 0 0 0 0
11113211202124118 0 0 0 2 6 4 0 0 3 3 3 0 0 0 0 0 6 0 0 0 0 5 9
11913211201124111 0 0 9 8 0 0 0 0 7 0 0 0 0 0 0 5 010 0 0 0 0 9 0 0
11913211202124111 0 0 0 0 0 7 0 0 0 2 8 0 0 0 010 8 0 0 0 0 0 0 0 8
15243711401174117 2 1 5 5 1 2 1 4 3 1 1 1 1 1 0 0 1 0 0 1 0 0 0 0
15243711402174117 1 2 2 3 2 1 1 0 5 2 1 4 1 2 2 2 1 2 2 2 0 0 0 1
15443711401174113 7 1 3 8 5 4 3 9 4 5 4 3 3 3 0 3 3 4 4 4 2 0 2
15443711402174114 2 3 3 2 7 9 0 1 2 6 5 1 1 4 4 0 2 7 0 0 0 3 510
24043711401174110 0 0 0 0 5 3 010 0 8 0 0 0 0 0 0 8 0 0 0 0 5 0 0
24043711402174110 0 2 5 2 0 3 2 4 0 0 6 8 0 0 5 5 0 0 4 4 0 0 5 6 7
24443711401174110 0 0 510 5 6 0 8 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
24443711402174110 0 0 0 0 0 5 0 0 0 610 0 0 0 0 0 0 8 0 0 0 5 9 8
24743711401174118 2 0 3 0 2 2 0 7 0 0 8 0 0 0 0 8 0 0 8 0 8 0 0
24743711402174118 0 0 0 5 2 0 0 0 0 2 2 0 0 5 0 8 0 0 0 0 3 8
25343711401174110 0 0 5 0 5 5 0 5 0 0 0 0 0 0 0 0 5 0 7 0 0 5 0 0
25343711402174110 0 0 5 0 5 5 6 0 0 7 7 0 0 5 4 0 0 5 7 0 0 5 4 0
26143711401174116 5 0 5 6 5 7 4 8 4 5 6 3 5 6 5 6 8 5 5 9 6 9 6 6
26143711402174113 5 8 2 4 4 2 7 6 9 6 7 3 4 8 6 8 3 4 7 9 7 5 6 3
27213211201124111 0 8 5 5 0 810 5 5 0 7 7 5 4 0 8 5 5 3 0 5 8 5 4 0
27213211202124111 0 4 5 0 510 0 5 8 5 8 8 4 4 0 6 6 0 3 0 0 6 5 4 9
27943711401174115 5 0 5 4 3 5 0 6 0 1 0 0 4 0 2 0 5 0 1 0 0 0 0 0
27943711402174115 0 2 0 0 1 1 0 0 0 1 6 1 0 0 6 0 0 6 1 0 0 01010
55043711401174113 2 0 5 0 9 2 0 6 0 8 0 3 5 0 4 0 6 0 3 0 5 4 0 3
55043711402174113 0 4 0 0 6 2 0 0 0 610 0 0 4 3 0 0 4 7 0 0 8 7 7
57743711401174110 7 0 810 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
57743711402174110 0 0 0 0 0 8 0 0 0 0 0 0 0 0 0 010 0 0 0 0 0 010
```

4ε

4.   ON THE PREDICTIVE ACCURACY OF CONJOINT CHOICE SIMULATORS:

SOME HYPOTHESES AND RESULTS


Given a conjoint simulator, perhaps the most obvious and relevant question to ask is: how well does it predict simulated shares in an actual conjoint setting?  This chapter seeks to answer this question by addressing some issues that appear to have a direct bearing on share predictions made by any given simulator.  More specifically, we set up hypotheses about simulator predictions in varying conjoint settings characterized by distinctly different product categories, varying sizes of choice sets and various levels of correlation among respondent utilities for profiles in the choice set.  The hypotheses are based partly on some a priori notions and partly on some relevant past research.


HYPOTHESES


As was discussed in Chapter 2, the 6 simulators under study in this thesis are derived from either a deterministic model or a probabilistic model of choice (constant utility or random utility) at the individual level.  The MUR simulator is based on modeling shares as a proportion of first preferences, the BTL-1, BTL-2, MNL simulators model probabilities as increasing functions of preference via transformations based on Luce's axiom and the MNP, B-J simulators derive probabilities via specific assumptions about a hypothesized random preference structure.

41

A deterministic approach such as the MUR's would probably be more suitable in conjoint settings dealing with "high involvement" product categories such as durable goods where incentives for customers to optimize are apparent.  Intuitively, it seems likely that in a product category which involves, among other things, a one-time or fairly non-routine purchase, one is probably safe in quantifying aggregate choice as a proportion of first preferences.In contrast, it is not hard to visualize that the deterministic MUR would not be a good simulator of aggregate choice for product categories that inherently encourage variety seeking or repeat purchases.  In such categories, customer preferences/choices are likely to shift over time because of changes in a number of factors like mood/taste/anticipated use, etc. (Laurent and Kapferer, 1985).  For such products, it would appear that the probabilistic simulators would do a better job of predicting aggregate shares of choice.

These notions lead to the following hypothesis:

HYPOTHESIS 1

" In product categories involving variety seeking and/or likely shifts in preferences from time to time, the MUR simulator will provide predictions that are worse than those made by a probabilistic simulator; also, the MUR simulator predictions for "high-involvement," durable product categories will be at least as good as those made by

the probabilistic simulators".

Kamakura and Srivastava (1984) and Green and Krieger (1985) also allude to the above possibility in the context of providing some background to their research.

\* \* \*

As discussed in the literature survey section of Chapter 2, five out of the six simulators considered in this thesis have been studied empirically for various assorted purposes by researchers in the past. The Bradley-Terry-Luce 2 simulator is proposed in this dissertation as a viable sixth alternative, especially for purposes of making simulated share predictions in large choice sets. There exists a body of literature on protocols of consumer decision processes (Bettman 1975; Lussier and Olshavsky 1979; Payne 1976; Einhorn 1971), which indicates that, when confronted with a large choice set, consumers seem to employ a two stage decision process: in the initial stage, the interest is in narrowing choices by using one of a variety of simplifying strategies (for example lexicographic, disjunctive or conjunctive, for example); and after the initial simplification, the second stage is when they get around to making detailed comparisons among the remaining products in the choice set. Every product in the choice set, therefore, does not receive an equal amount of attention from the respondent. In the context of conjoint choice simulation, the choice set is composed of profiles for which shares need to be simulated. In a large set of

43

profiles, therefore, it is likely that a respondent may concentrate on only a subset of the more preferred profiles, virtually ignoring others.  In such a situation, a simulator that recognizes this unequal weighting of preferences in the generation of probabilities of choice will likely do a better job than one that does not.

Consider the two BTL type simulators:

The BTL-1:

$$p_{ij} = u_{ij} / \sum_j u_{ij}$$ (1)

$$s_j = \sum_i p_{ij} / I$$

The BTL-2:

$$p_{ij} = u_{ij}^2 / \sum_j u_{ij}^2$$ (2)

$$s_j = \sum_i p_{ij} / I$$

(where $p_{ij}$ = probability of profile j being chosen by individual i;

$u_{ij}$ = utility of profile j, for individual i).

For a given set of profiles with assigned utilities, the denominator remains constant for an individual as one moves from profile to profile, in both (1) and (2).  Thus, the simulated probability, $p_{ij}$, varies linearly with the assigned $u_{ij}$ for the BTL-1; and varies as the square of the assigned $u_{ij}$ for the BTL-2, as one moves from profile to profile for a given individual.  The slope of the probability $p_{ij}$, therefore, is constant for (1), whereas it is linear in the utility for (2).  Thus, the BTL-1 inherently gives equal

44

weight to all utilities, whereas the BTL-2 puts weights that are
directly proportional to the magnitudes of the utilities, i.e., it
gives more weight to judgements with higher utilities and less weight
on those with lower utilities.  For example, a utility vector (1, 2, 7)
will result in a BTL-1 simulated share vector (0.1, 0.2, 0.7), whereas
the BTL-2 will give (0.018, .074, 0.908).  This "bias" of higher
individual probabilities of choice for more favored profiles will,
therefore, make the BTL-2 a better predictor of simulated share in
large profile sets than the BTL-1, because it will account for the
possibility that the higher utilities are more representative of a
respondent's preference than the lower ones.

   Carrying the above line of thought to the extreme, one could argue
that the MUR simulator should do an even better job than
the BTL-2 simulator in large choice sets because it
derives from a model that places <u>all</u>
weight on the most favored profile and none on the others.
This is more likely to happen in
"high involvement" product categories like durables where a respondent
might have a clear favorite product, than in categories amenable to
variety seeking where, for example, given a choice set of 20 profiles a
respondent might frequently switch around in a favored subset of, say,
5 profiles, virtually neglecting the rest.  The BTL-2 simulator, for
reasons outlined above, might be an ideal candidate in the latter
situation for simulating shares.

We, therefore, formulate the following hypothesis:

HYPOTHESIS 2

"In large choice sets, the BTL-2 simulator would provide more accurate predictions of simulated share than the BTL-1 simulator. Also, in large choice sets for durables, the MUR and BTL-2 would likely provide equally good predictions; and in large choice sets for non-durables (or categories that induce variety seeking), the BTL-2 would provide better predictions than the MUR".

\* \* \*

As pointed out in Chapter 2, one of the primary advantages of the MNP and B-J simulators is that their formulation explicitly takes into account any interprofile dependencies that may exist in the choice set. Utilities for profiles may be correlated for several possible reasons: (i) the experimental design may have necessitated creation of profiles that were not independent, or (ii) respondents may have perceived similarities that were not captured by the attributes and their levels, or (iii) the product category and its attributes were such as to likely make one profile fairly indistinguishable from the other in a given choice set.

While the B-J simulator seeks to capture interprofile dependencies by modeling shares as a function of differences in profile utilities,

46

the MNP simulator accommodates any arbitrary covariance matrix of the
utilities that is semidefinite. This desirable property of handling
interprofile correlations in the choice set could be expected to make
predictions from the MNP and B-J simulators to be better than the other
4 simulators in situations where respondent utilities for profiles in
the choice set may be correlated for any or all of the reasons outlined
earlier. We therefore, formulate the following hypothesis:

HYPOTHESIS 3

"In choice sets characterized by appreciable profile similarities, as
evidenced by high correlations among profile utilities, the MNP and the
Bock-Jones simulator will outperform the other 4 simulators".

Some support for the above hypothesis can be found in studies by
Currim (1982) and Kamakura and Srivastava (1985), who found that the
MNP and its variants make fairly accurate predictions in choice sets
where the alternatives share similar perceptions and/or physical
characteristics.

METHOD

The first two hypotheses require conjoint type data for a "high
involvement," durable type of product category and a "low involvement,"
non-durable type of product category. As mentioned in Chapter 3,
typewriters and televisions were assumed to represent the former

47

category, while data on yogurts was assumed to represent the latter. Exhibit 4-1 outlines the attributes and levels that describe any profile in each of the 3 categories.

   In each category, estimated partworths from the first phase of the data collection (see Chapter 3) were utilized to predict utilities for all 25 profiles in the holdout set.  Stated (0-10) preference evaluations were also available on each profile in the holdout set. Next, 30 choice sets of 3 profiles each were constructed from the 25 holdout profiles in the following fashion:

   1:  One profile was randomly picked from the set of 25, and the proportion of first choices it received from the sample of respondents (on the basis of the stated 0-10 ratings) was computed,

   2:  From the remaining 24 profiles, 2 other profiles with proportion of first choices nearest to the first profile (higher or lower, whichever was closer) were chosen.  Ties were broken randomly. Consequently, each choice set of 3 profiles was made as competitive as possible.

   3:  Within each set, the stated (0-10) ratings were then used to compute the proportions of first choices received by each profile within the set.  These proportions were the "actual" shares that predicted shares from any simulator would be

48

validated against.  It is obvious that such a process of generating holdout shares would probably favor the MUR simulator, which bases its predictions on proportions of first choices as well.  However, as described in detail in Chapter 3, the holdout ratings were not of the constant-sum type, but rather each profile was rated (on a 0-10 scale) independently of the others; and, therefore, rather than using a procedure that used specific magnitudes of the ratings in the holdout set (which would mean artificially standardizing utilities so they indeed summed to a constant for each individual), it was felt prudent to use a maximum utility type of rule (which ignored specific magnitudes) to compute the "holdout" shares.

In each set of 3 profiles, share predictions were obtained from all 6 simulators using utilities predicted from partworths obtained in the first phase of data collection.

Predictive validity was operationalized as:

1:  The Mean Absolute Deviation (MAD) of "actual" shares from predicted shares across the 3 profiles, and

2:  A "hit ratio" statistic indicating the number of choice sets (out of a maximum possible 30) in which a particular simulator picked up the "correct" number 1 profile, i.e., the profile in the choice set with the highest proportion of first choices.

49

It is clear at the outset that these two measures need not necessarily provide consistent results.  It is always possible for a simulator to predict the correct rank order of profiles in any given set without being accurate about the relative shares they may enjoy.

While the basic spirit of the methodology remained the same across tests for all 3 hypotheses, the specificity of each one of them dictated the incorporation of minor differences in the method from the steps described above.  Such differences precede a discussion of results from each test, in the next section.

## RESULTS AND INFERENCES

### HYPOTHESIS 1

"In product categories involving variety seeking and/or likely shifts in preferences from time to time, the MUR simulator will provide predictions that are worse than those made by a probabilistic simulator; also, the MUR simulator predictions for 'high-involvement' durable product categories will be at least as good as those made by the probabilistic simulators."

After MADs were computed in all 30 sets for every simulator across all 3 product categories, a two way ANOVA was carried out with MAD values as the dependent measure, and the type of simulator, and product category as the two factors.  Table 4-1 shows results from the ANOVA.

Obviously, the p values indicate that there exist significant differences in MAD values both across simulators and product types. Consequently in the light of the hypothesis, separate one-way ANOVAs were carried out for each of the 3 product categories.  Table 4-2 shows results from that analysis.  Table 4-3 shows "hit ratios" for all 6 simulators over 30 sets across all 3 product categories.

For yogurts, the MUR simulator clearly makes poorer share predictions than the other simulators.  In fact, it is the only simulator that causes the F statistic to be significant. Interestingly, share predictions for the two durables - typewriters and televisions - are similar across all 6 simulators.

Clearly, this is evidence in support of hypothesis number 1.  It is probably unrealistic to expect a respondent to have a clear favorite among profiles of yogurt as opposed to having one among profiles of typewriters or television sets.  The former category usually induces a tendency to seek variety from one phase of the data collection to another.  The MUR simulator, which simulates aggregate choice as a proportion of stated first preferences, is not able to accommodate such a tendency.  All the other simulators, however, consider the magnitude of the assigned utilities in their simulation of aggregate choice. Chances are that even if an individual switches around his top choice from one phase of the data collection to another, the magnitude of his assigned utilities in the set may not vary by much.  Thus, the stochastic simulators - which capture aggregate choice through utility

51

magnitudes - are less sensitive to variety seeking and/or low
involvement type of phenomena that a category like yogurt seems to
encourage.  Such tendencies are not likely to be present when an
individual is choosing among profiles for say, typewriters which sell
in the range of $500-$600 (see exhibit 4-1).  For such categories, the
incentive to optimize preferences are strong.  The MUR simulator, thus,
is able to do as good a job as any of the other simulators in those
categories.  This trend is confirmed in the hit ratio table also, where
MUR ratios for typewriters and television sets are better than they are
for yogurts.

One may make a case for the possibility that the results for yogurts
may have been due to the difficulty of the evaluation task itself,
rather than the seeming inability of the MUR simulator to make accurate
predictions of share in the non-durable/variety inducing categories.
For instance, not having tasted the various hypothetical brands of
yogurt, a respondent may have found it hard to distinguish between them
along dimensions such as tartness or consistency.  This may have caused
the data on preferences to be unreliable;and therefore, rather than
concluding that the MUR simulator predicts poorly for non-durables, one
ought to fault the experimental design.  However,as
indicated by Reibstein et al(1987),the average correlation(across
respondents) between actual and predicted values of ratings in
the holdout set of 25 profiles for yogurts is .8727,and the
average correlation (across respondents) of partworths from test
to retest for the same data is .7195,which are fairly

high.Therefore,both at the dependent variable level and the
partworth estimates level, the yogurt data are
very reliable.  Therefore, chances that the results for yogurt may be
confounded with the difficulty of the evaluation task are slim.

## HYPOTHESIS 2:   RESULTS

"In large choice sets, the BTL-2 simulator would provide more
accurate predictions of simulated share than the BTL-1 simulator.
Also, in large choice sets for durables, the MUR and BTL-2 would likely
provide equally good predictions; and in large choice sets for
non-durables (or categories that induce variety seeking), the BTL-2
would provide better predictions than the MUR."

This hypothesis is primarily concerned with testing the
usefulness of the BTL-2 simulator in large choice sets.  For this
purpose, 15 sets of size 5, 10, 15 and 20 profiles were constructed
from the holdout set of 25 profiles.  The process of picking profiles
in any particular set was: pick one profile randomly from the set of
25, pick the (K-1) "closest" profiles to it ("closest" implying similar
proportions of stated first preferences, smaller or higher, to the
first profile), where K = 5, 10, 15 or 20 depending upon the set size
under evaluation.  In each set MAD values were computed, and hit ratios
were evaluated, for all 3 simulators under consideration - the BTL-1,
the BTL-2 and the MUR, across all 3 product categories.  Table 4-4
shows hit ratios for the 3 simulators for different choice set sizes,
by product category.  Figure 4-1 shows variations in MADs as a function

53

of choice set size for all 3 simulators, for each product category.

This hypothesis is primarily concerned with testing the usefulness of the BTL-2 simulator in large choice sets. For this purpose, 15 sets of size 5, 10, 15 and 20 profiles were constructed from the holdout set of 25 profiles. The process of picking profiles in any particular set was: pick one profile randomly from the set of 25, pick the (K-1) "closest" profiles to it ("closest" implying similar proportions of stated first preferences, smaller or higher, to the first profile), where K = 5, 10, 15 or 20 depending upon the set size under evaluation. In each set MAD values were computed, and hit ratios were evaluated, for all 3 simulators under consideration - the BTL-1, the BTL-2 and the MUR, across all 3 product categories. Table 4-4 shows hit ratios for the 3 simulators for different choice set sizes, by product category. Figure 4-1 shows variations in MADs as a function of choice set size for all 3 simulators, for each product category. For yogurts, the BTL rules do better than the MUR across choice sets of all sizes. This is to be expected in the light of hypothesis 1 and its implications. However, contrary to expectation, the BTL-2 does not provide significantly smaller MADs than the BTL-1 in larger choice sets. Nevertheless, hypothesis 2 is partially supported by the fact that the BTL-2 hit ratios are higher than those for the BTL-1 in larger sized choice sets. For both typewriters and television sets, the MUR is just as accurate as the BTL-1 and BTL-2 rules in the smaller choice sets. This is in keeping with the discussion on hypothesis 1. Also, although the BTL-2 is not better than the BTL-1 in terms of MADs, its hit ratios

54

are higher than the BTL-1 ratios in the larger sets.

Objectively speaking, these findings are inconclusive, at best; and a statistical test of the equality of the two hit ratios (the BTL-1 and the BTL-2) is not rejected at alpha = .05, in any of the three product categories for any choice set size.  The possibility of finding a statistically significant difference in the hit ratios for the two simulators would probably be increased if the predictions were validated against actual choice data involving a large set of profiles.

## HYPOTHESIS 3:  RESULTS

"In choice sets characterized by appreciable profile similarities, as evidenced by high correlations among profile utilities, the MNP and the Bock-Jones simulators will outperform the other 4 simulators."

This hypothesis contends that the MNP and Bock-Jones simulators, which explicitly incorporate correlations among profile utilities, albeit in different ways, will make better predictions than the other 4 simulators in choice sets where such correlations exist.

To conduct a formal test of this hypothesis one needs to construct choice sets which are characterized by moderate to large interprofile correlations among the utilities.  Accordingly, correlations were computed for all 30 sets (in all 3 product categories) that were used for testing hypothesis 1.  Table 4-5 shows the average interprofile correlations of utilities across 30 sets, by product category.  The

55

correlations appear to be higher for yogurts than for typewriters and television sets.  Given the attributes and levels for yogurts (Exhibit 4-1), one would probably expect an individual to perceive more similarity (or less distinction) among its profiles than for say, typewriters, where the attributes are more "physically observable." For example, it is probably easier for a respondent to distinguish between types of typewriter mechanics (manual or electric), than types of tartness (very tart, tart, or not tart at all).  Alternatively, for a category like yogurt, individuals may have a subset of favored products with similar utilities which may cause correlations to be higher.  Be that as it may, it is likely that among the 3 product categories, yogurts will be more suited to the generation of choice sets with moderate to high interprofile correlations of utilities, than typewriters or televisions.

Consequently, 15 sets of 3 profiles each were generated from the holdout set of 25 profiles for yogurts under the condition that at least 2 out of the 3 sample correlations between the predicted utilities had a value greater than 0.6.  Computational run time was the primary reason for limiting the search to sets with 2 (instead of all 3) correlations to be greater than 0.6; and also for limiting the total number of such sets to 15.  (Also, the flexibility of the MNP in handling any arbitrary covariance matrix is limited by the fact that such matrices have to be positive semi-definite.  Thus, although we may generate data sets with high interprofile correlations, it is not always possible that their covariance matrix is positive

semi-definite).

In each of the 15 sets generated in this manner, all
six simulators were used to predict simulated shares,
which were then validated against "actual"
shares in the same manner as described in earlier sections.

Table 4-6 shows the MADs in all 15 sets for every simulator.

The MNP does better than the rest of the simulators in 11 out of 15
sets.  Apparently, its explicit incorporation of interprofile
correlation of utilities is indeed useful in situations where such
correlations exist.  The Bock-Jones simulator, however, does not show
any clear-cut advantage over other simulators in such choice sets.

Table 4-7 shows standard deviations of predicted profile utilities
for all 15 sets.  It appears that the MNP predictions are especially
good in sets with a fair degree of homoscedasticity in the utilities.
Note that of the 4 sets where the MNP does not do well relative to the
others (set numbers 3, 9, 12 and 14), at least 3 have standard
deviations that vary widely from profile to profile.  Disagreement
among respondents over profile utilities seems to dampen the effect of
correlatedness among the utilities, thereby causing the MNP to loose
its edge in making accurate predictions over the other simulators.

As far as the Bock-Jones simulator is concerned, there is apparently

no significant advantage in its use in sets with high interprofile correlation of utilities.  However, recall that the Bock-Jones simulator is derived from a model that is based on the assumption that any pairwise correlation of utility differences (i.e., compartal correlations) has a population value of 0.5.  Bock and Jones (1968) provide some evidence to show that whenever the sample compartal correlation values approach this value, the B-J model predictions are very accurate.  Table 4-8 shows computed sample compartal correlations in each set of the 15 sets, and the corresponding absolute deviations of shares from actual values.  Note that in most cases when the correlation value approaches 0.5, the predictions do, indeed, become fairly accurate.  Figure 4-2 summarizes information contained in Table 4-8 by means of a scatterplot.

To summarize, we infer that the MNP simulator is a better predictor of shares in choice sets with moderate to large interprofile correlations than the other 5 simulators.  Also, we provide additional evidence to support the findings of Bock and Jones that their model is very accurate in conditions where compartal correlations approach a value of 0.5.

## CONCLUSIONS

In this chapter, issues relating to the predictive validity of the various choice simulators were examined via 3 hypotheses.  The first hypothesis dealt with the possibility of the MUR simulator providing

58

poor predictions in low involvement/variety inducing product categories. This hypothesis was supported via an analysis done on data for yogurts and contrasting it with two high-involvement durable categories - typewriters and television sets. While the MUR did worse than the other 5 simulators for yogurts, it did at least as good as the others in the other 2 categories. The second hypothesis dealt with the possible superiority in large choice sets of the BTL-2 simulator over the BTL-1 and the MUR simulators. Past research in protocols of consumer decision making suggested that, in large choice sets, respondents tended to place disproportionately more attention to a subset of the more favored profiles than to the less desirable ones. Consequently, the BTL-2 simulator, which captures this unequal weighting of utilities in the assignment of shares at the individual level, was expected to do better than the BTL-1, which does not. Partial support for this hypothesis was evidenced in the higher hit ratios for the BTL-2 over the BTL-1, especially in choice sets of size 15 or 20. In terms of accuracy of share predictions, however, there appeared to be little to choose between the two. This finding was consistent across all 3 product categories. Additionally, it was found that, consistent with the first hypothesis, the MUR simulator did as well as the BTL simulators for the durable categories when set sizes were small. The third hypothesis dealt with the probable superiority of predictions made by the MNP and B-J simulators in data sets involving moderate to high levels of correlation among utilities for profiles in the choice set. This was expected because both these simulators explicitly incorporated interprofile dependencies in their

59

formulations.  Evidence was presented that indicated that the MNP provided superior predictions of share in 11 out of 15 sets (of 3 profiles) that were characterized by moderate to high interprofile correlations.  Also, there was some indication that heteroscedasticity in the utilities across profiles tended to diminish the superiority of the MNP predictions.  Also, although the Bock-Jones simulator did not do as well as expected, we did provide some evidence in support of previous research that indicated that whenever a choice set has values of compartal correlations close to the one assumed by the model on which the simulator was based, its predictions, indeed, were very good.

Figure 4-1:MADs as a function of choice set size



Figure 4-1(Continued)



Figure 4-2:Scatterplot of comp.corr(Y axis)
with MADs(X axis)



\* \* \*   A N A L Y S I S   O F   V A R I A N C E   \* \* \*

            MAD
    BY    SIMTYPE
            PRTYPE

| SOURCE OF VARIATION | SUM OF SQUARES | DF | MEAN SQUARE | F | SIGNIF OF F |
|---|---|---|---|---|---|
| MAIN EFFECTS | 0.907 | 7 | 0.130 | 9.330202 | 0.000 |
| SIMTYPE | 0.413 | 5 | 0.083 | 5.942660 | 0.000 |
| PRTYPE | 0.495 | 2 | 0.247 | 17.79906 | 0.000 |
| EXPLAINED | 0.907 | 7 | 0.130 | 9.330202 | 0.000 |
| RESIDUAL | 7.390 | 532 | 0.014 | | |
| TOTAL | 8.298 | 539 | 0.015 | | |

    540 CASES WERE PROCESSED.
    0 CASES ( 0.0 PCT) WERE MISSING.

64

Analysis of Variance, Hypothesis 1

TABLE 4-1

```
ANALYSIS OF VARIANCE
SOURCE     DF       SS        MS         F
FACTOR      5    0.3810    0.0762     4.32
ERROR     174    3.0692    0.0176
TOTAL     179    3.4502
                                    INDIVIDUAL 95 PCT CI'S FOR MEAN
                                    BASED ON POOLED STDEV
LEVEL       N      MEAN     STDEV    --------+---------+---------+--------
MNP        30    0.2209    0.1009     (-----*------)
MUR        30    0.3554    0.2124                        (-----*------)
BTL1       30    0.2153    0.0972    (------*-----)
BTL2       30    0.2741    0.0397          (------*-----)
MNL        30    0.2603    0.1444        (------*-----)
B-J        30    0.2685    0.1365         (------*-----)
                                    --------+---------+---------+--------
POOLED STDEV =    0.1328             0.225     0.300     0.375
```

TABLE 4-2(d)(YOGURTS)
Analysis of Variance



ANALYSIS OF VARIANCE

| SOURCE | DF | SS | MS | F |
|--------|-----|--------|--------|------|
| FACTOR | 5 | 0.0630 | 0.0126 | 0.79 |
| ERROR | 174 | 2.7664 | 0.0159 | |
| TOTAL | 179 | 2.8294 | | |

INDIVIDUAL 95 PCT CI'S FOR MEAN
BASED ON POOLED STDEV

| LEVEL | N | MEAN | STDEV |
|-------|-----|--------|--------|
| MNP | 30 | 0.2573 | 0.1459 |
| MUR | 30 | 0.2286 | 0.1253 |
| BTL1 | 30 | 0.2448 | 0.1109 |
| BTL2 | 30 | 0.2632 | 0.0515 |
| MNL | 30 | 0.2186 | 0.1247 |
| B-J | 30 | 0.2711 | 0.1671 |

```
               ---------+---------+---------+-------
                        (---------------*---------------)
               (---------------*--------------)
                    (---------------*----------------)
                        (---------------*---------------)
               (---------------*-------------)
                        (---------------*---------------)
               ---------+---------+---------+-------
                      0.200     0.240     0.280
```

POOLED STDEV =    0.1261

66

ANALYSIS OF VARIANCE

TABLE 4-26 (TELEVISIONS2)

67

```
ANALYSIS OF VARIANCE
SOURCE      DF       SS        MS          F
FACTOR       5     0.0092    0.0018       0.12
ERROR      174     2.6314    0.0151
TOTAL      179     2.6405
                                      INDIVIDUAL 95 PCT CI'S FOR MEAN
                                      BASED ON POOLED STDEV
LEVEL        N      MEAN      STDEV   ---+---------+---------+---------+---
MNP         30     0.2308    0.1311       (--------------*--------------)
MUR         30     0.2207    0.1347    (--------------*-------------)
BTL1        30     0.2170    0.1182   (-------------*-------------)
BTL2        30     0.2312    0.0570       (------------*-------------)
MNL         30     0.2278    0.1319     (-------------*-------------)
B-J         30     0.2387    0.1441        (--------------*-------------)
                                      ---+---------+---------+---------+---
POOLED STDEV =     0.1230            0.180     0.210     0.240     0.270
```

TABLE 4-2 (TYPEWRITERS)

Analysis of Variance

TABLE 4-3

Hit Ratios for all 6 Simulators across 3 products

|      | YOGURTS | TYPEWRITERS | TELEVISIONS |
|------|---------|-------------|-------------|
| MUR  | 11/30   | 18/30       | 19/30       |
| BTL1 | 16/30   | 17/30       | 19/30       |
| BTL2 | 16/30   | 17/30       | 19/30       |
| MNL  | 15/30   | 18/30       | 17/30       |
| MNP  | 14/30   | 15/30       | 15/30       |
| B-J  | 16/30   | 16/30       | 17/30       |

## TABLE 4-4

Hit ratios as a function of choice set size

| | 5 | 10 | 15 | 20 |
|---|---|---|---|---|
| | | | | |

S E T   S I Z E

Y O G U R T S

| | 5 | 10 | 15 | 20 |
|---|---|---|---|---|
| BTL1 | 7/15 | 8/15 | 9/15 | 8/15 |
| BTL2 | 7/15 | 8/15 | 12/15 | 10/15 |
| MUR | 5/15 | 6/15 | 8/15 | 7/15 |

T Y P E W R I T E R S

| | | | | |
|---|---|---|---|---|
| BTL1 | 10/15 | 11/15 | 10/15 | 10/15 |
| BTL2 | 11/15 | 11/15 | 13/15 | 12/15 |
| MUR | 11/15 | 11/15 | 11/15 | 11/15 |

T E L E V I S I O N S

| | | | | |
|---|---|---|---|---|
| BTL1 | 11/15 | 10/15 | 10/15 | 11/15 |
| BTL2 | 9/15 | 11/15 | 13/15 | 13/15 |
| MUR | 11/15 | 13/15 | 11/15 | 11/15 |

TABLE 4-5

Avg.(over 30 sets) Interprofile corr.of utilities

| | Typewriters | Televisions | Yogurts |
|---|---|---|---|
| $\rho_{1-2}$ | .199 | .0916 | .4120 |
| $\rho_{1-3}$ | .212 | .123 | .371 |
| Avg. | .205 | .107 | .3915 |

70 1

| SET NO. | MNP | B*J | BTL-1 | BTL-2 | MNL | MUR |
|---------|------|------|-------|-------|------|------|
| 1 | .2810 | .315 | .406 | .365 | .314 | .577 |
| 2 | .341 | .491 | .479 | .474 | .425 | .374 |
| 3 | .421 | .313 | .109 | .201 | .222 | .394 |
| 4 | .098 | .114 | .214 | .216 | .107 | .281 |
| 5 | .021 | .128 | .254 | .069 | .171 | .627 |
| 6 | .127 | .191 | .187 | .213 | .196 | .215 |
| 7 | .167 | .173 | .384 | .300 | .212 | .459 |
| 8 | .058 | .101 | .230 | .206 | .107 | .523 |
| 9 | .297 | .303 | .101 | .098 | .417 | .312 |
| 10 | .031 | .096 | .131 | .172 | .161 | .171 |
| 11 | .069 | .174 | .154 | .188 | .154 | .134 |
| 12 | .414 | .321 | .411 | .299 | .406 | .391 |
| 13 | .084 | .254 | .261 | .142 | .235 | .534 |
| 14 | .361 | .269 | .181 | .202 | .312 | .299 |
| 15 | .193 | .229 | .247 | .328 | .289 | .482 |

TABLE 4-6: MADs for 6 Simulators in 15 sets(Exp. 3)

71

## TABLE 4-7

## STANDARD DEVIATION OF UTILITIES IN THE SAME 15 SETS

| SET NO. | PROFILE 1 | PROFILE 2 | PROFILE 3 |
|---------|-----------|-----------|-----------|
| 1 | 2.167 | 2.234 | 2.097 |
| 2 | 1.671 | 1.216 | 1.717 |
| 3 | 2.824 | 0.835 | 3.619 |
| 4 | 0.816 | 0.912 | 1.012 |
| 5 | 1.267 | 1.192 | 1.271 |
| 6 | 1.171 | 1.312 | 1.296 |
| 7 | 1.091 | 1.127 | 1.097 |
| 8 | 0.971 | 0.896 | 0.797 |
| 9 | 0.691 | 3.123 | 4.152 |
| 10 | 0.919 | 0.817 | 0.931 |
| 11 | 1.096 | 1.121 | 1.213 |
| 12 | 2.312 | 4.211 | 0.789 |
| 13 | 1.167 | 1.154 | 1.196 |
| 14 | 1.112 | 2.312 | 2.412 |
| 15 | 2.061 | 2.767 | 2.512 |

72

TABLE 4-8 Comp.Corr. & Abs. Devs.

| SET NO. | (COMP.CORR.) | ABSOLUTE DEVIATION |
|---------|--------------|--------------------|
|         | .417         | .099               |
| 1       | .312         | .612               |
|         | .712         | .284               |
|         | .497         | .012               |
| 2       | -.217        | .903               |
|         | .812         | .581               |
|         | .312         | .411               |
| 3       | .601         | .101               |
|         | -.731        | .417               |
|         | .812         | .127               |
| 4       | .512         | .05                |
|         | .210         | .210               |
|         | -.612        | .197               |
| 5       | .124         | .079               |
|         | .433         | .098               |
|         | -.456        | .191               |
| 6       | .341         | .187               |
|         | .681         | .295               |
|         | .073         | .126               |
| 7       | -.620        | .213               |
|         | .735         | .130               |
|         | -.417        | .120               |
| 8       | .516         | .143               |
|         | .505         | .040               |
|         | .131         | .172               |
| 9       | -.661        | .416               |
|         | .618         | .321               |
| 10      | .512         | .007               |
|         | .416         | .08                |
|         | -.197        | .201               |
|         | .231         | .239               |
| 11      | .109         | .123               |
|         | .497         | .06                |

73

TABLE 4-8 (Contd.)

| SET NO | (COMP.CORR.) | ABSO.DEVN. |
|--------|--------------|------------|
|        | .818         | .451       |
| 12     | .198         | .317       |
|        | .726         | .195       |
|        | .728         | .213       |
| 13     | -.421        | .256       |
|        | .315         | .293       |
|        | -.712        | .414       |
| 14     | .691         | .369       |
|        | .512         | .020       |
|        | .612         | .383       |
| 15     | .513         | .103       |
|        | .410         | .201       |

## EXHIBIT 4-1 (a)

Typewriters: Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $ 300 |
|  | $450 |
|  | $600 |
|  | $750 |
|  | $900 |
| 2 Brand | IBM |
|  | SCM |
|  | Royal |
|  | Olivetti |
|  | Sears |
| 3 Current Condition | New |
|  | Used |
|  | Reconditioned |
| 4 Typewriter Mechanics | Manual |
|  | Electric |
|  | Electronic |
| 5 Correction Capability | Yes |
|  | No |

## EXHIBIT 4-1 (b)

Yogurts:Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $.49 |
| | $.55 |
| | $.59 |
| | $.69 |
| | $.65 |
| 2 Tartness | Very Tart |
| | Tart |
| | Not tart at all |
| 3 Taste | Very strong |
| | Somewhat strong |
| | Mild |
| 4 Consistency | Very Thick |
| | Somewhat Thick |
| | Very Thin |
| 5 Amount of fruit | Lots |
| | Little |
| | None |

76

## EXHIBIT 4-1 (C)

Televisions: Attributes & Levels

| ATTRIBUTE | LEVEL |
|---|---|
| 1 Price | $250 |
| | $325 |
| | $400 |
| | $475 |
| | $550 |
| 2 Brand | Sears |
| | Zenith |
| | RCA |
| | GE |
| | Sony |
| 3 Size of Screen | 13 " |
| | 17 " |
| | 19 " |
| | 25 " |
| 4 Warranty | 90 days parts & l |
| | 1 year p & l |
| | 2 years p & l |
| | 5 years p&l |
| 5 Remote control device | Yes |
| | No |

77 ιc

## 5.  CRITICAL DATA SETS:  SOME EXAMPLES

This chapter is motivated by the contention that the assumptions and structure of each simulator being what they are, there are bound to exist specific data sets wherein a given simulator will necessarily provide poor predictions.  Accordingly, this chapter presents examples of data sets, specifically constructed via simulations, where one or more assumptions and/or properties of a simulator will lead to inaccurate share predictions.

I

## CRITICAL SITUATIONS FOR THE MUR SIMULATOR

Consider a choice set of 3 profiles.  Assume that almost every respondent in the sample heavily prefers the first two products over the third.  The first two are perceived to be fairly similar, except for the fact that the first may be perceived slightly superior by some on a single attribute (for example, it may be priced lower).  Thus, the situation is characterized by a fairly homogeneous sample of respondents with individual preferences such that profile utilities for number 1 and number 2 dominate those for number 3, and number 1 is more preferred, albeit very slightly, to number 2.

In the simulation of shares, the MUR simulator does not recognize the magnitude of specific individual utilities for profiles.  For example, an individual utility assignment of (10, 9, 1) is equivalent

78

to an assignment of (10, 1, 0) or (10, 1, 9).  Exhibit 5-1 is a 100 X 3
individual-by-profile matrix of predicted utilities generated from an
MVN distribution with mean population vector (10, 8, 2),
std-devn-vector (1, 1, 1) and a zero correlation vector.  The matrix
thus represents predicted utilities for a fairly homogeneous sample of
respondents who,on average, seem to prefer profile 1 and
profile 2 over profile 3 by a lot, and profile 1 over
profile 2 very slightly.  30 such matrices
were artificially generated.  The MUR simulator was used to generate
shares in each matrix.  The average predicted vector of shares was
(0.958, 0.041, 0.00).  The first profile, thus, seems to take away most
of the share, and the second profile gets almost no share just like the
third profile, although the expected utility for the second profile is
a lot closer to the first profile than the third.  If one estimated
"true" aggregate share of choice from the relative magnitudes of the
expected utilities in the population, the "true" share of choice vector
would be (10/20, 8/20, 2/20), i.e., (0.5, 0.4, 0.1).  A multivariate
test of the equality of the predicted and "true" share vector was done
on each data set, and was rejected every time.  (Mean Hotelling
$T^2 = 576.12$).


By failing to recognize the magnitude of the utilities, the MUR is
unable to provide valid estimates in situations characterized by one or
more dominant profiles and very little variation among respondent
utilities for profiles in the set.  Figure 5-1 is a plot of the
predicted MUR shares against the "true" share vector derived from

79

expected utilities in the population.

\* \* \*

Consider a situation where most respondents seem to agree that profiles number 1 and 2 are similar. However, there is considerable disagreement about profile number 3. Thus, while there is homogeneity among respondents in their utilities for profiles number 1 and number 2, there is relatively very little of it over number 3. Consider exhibit (5-2) which is a 100 X 3 matrix of individual-by-profile utilities drawn from a population with mean vector (10, 10, 9) and standard devn-vector (1, 1, 5) with zero correlation vector. Thus, while it appears that on the average the sample seems to view all 3 profiles as similar, the difference in the extent of agreement from profile number 1 (or 2) to number 3 is considerable. The effect of this difference on the MUR simulator is that profile number 3, which has a lower mean utility across the sample, is predicted to have a much higher share than number 2 or number 1.

30 such matrices such as in exhibit 5-2 were generated, and the MUR simulator was used to predict shares in each. The mean predicted share vector was (0.21, 0.259, 0.54). If one used the expected utility values from the population vector to compute a "true" share vector (0.344, 0.344, .312), the multivariate test of the equality of the predicted vector with it was rejected all 30 times. (Average Hotelling $T^2 = 16.715$). Figure 5-2 is a plot of the average predictions with

the "true" shares.  Thus, the effect of increasing heterogeneity in utilities for a profile on predictions from a MUR simulator is an increase in its share not proportionate to its expected utility magnitude, when compared to those for the other profiles in the same set.

* * *

This situation characterizes the dependence of the MUR simulator on the size of the sample used to make share predictions.  Consider three choice sets made up of the same 3 profiles.  Assume that 20 respondents provide judgements for the first set, 40 for the second and 100 for the third.  Assume the respondents in all 3 sets are fairly homogeneous and seem to be indifferent to any profile in the set.  Exhibit 5-3 is such a set of 3 individual-by-profile matrices -- (a) is 20 X 3, (b) is 40 X 3 and (c) is 100 X 3 -- drawn from a population with mean (10, 10, 10), std. deviation (1, 1, 1) and zero correlation vector.

The average predicted vectors for (a), (b) and (c) were (0.412, 0.401, 0.187), (0.381, 0.299, 0.320) and (0.334, 0.331, 0.335) respectively.  The hypothesis of equality of predicted shares with the population derived "true" share (0.333, 0.333, 0.333) was rejected 25 out of 30 times for a sample size of 20; 6 times for a sample size of 40; and there were no rejections for a sample size of 100. Correspondingly, the BTL-1 simulator yielded mean predicted vectors that caused no rejections in data sets of any sample size.

81

II

CRITICAL SITUATIONS FOR THE BTL-1, BTL-2 AND MNL SIMULATORS

In many conjoint applications, it is typical for the researcher to modify individual preference functions by (1) normalizing partworths such that the lowest partworth within each attribute is set to zero, and (2) the intercept terms are omitted (Green and Krieger, 1985). These modifications are done so that all predicted utilities are non zero and aggregation across respondents is meaningful.  It would seem that these procedures would be permissible to the extent that they did not alter the accuracy of any simulator's predictions in any appreciable way.  A conjoint simulator, after all, relies on an accurate representation of individual preference functions; and if its modification causes inaccurate predictions to be made by a simulator, then it is, obviously, a cause for concern.

Of all the simulators being considered in this thesis, the two BTL type simulators are the ones most likely to be adversely affected by modifications such as the ones described above.  Adding or dropping of constants in a preference function implies shifting of the origin of the respondent's scale of preferences.  Any BTL type simulator is sensitive to such changes in the origin.  It is likely that dropping of the intercept terms might cause their predictions to loose accuracy.

30 sets of 3 profiles each were drawn randomly from the holdout set

of size 25 for typewriters and color television sets.  In each set, utility predictions were made at the individual level with two types of preference functions:  (1) with the intercept terms and (2) without intercept terms.  (As in every choice simulation in this thesis, partworths were normalized such that the lowest value for a given attribute, for an individual was zero.  This ensured that the predicted utilities were non negative).  In each of the 30 sets, the two BTL simulators were used to make predictions of share.  These predictions were then compared to "actual" shares, i.e., shares computed from proportions of stated first choice determined on the basis of actual 0 - 10 ratings of the holdout profiles.  For each pair of predicted share and "actual" share, a multivariate test of the equality of mean vectors was carried out.  Table 5-1 shows results of these tests for both product categories.

The results clearly show strong evidence to suggest that dropping of the intercept terms from individual preference functions (something that is routinely done in conjoint applications) can cause loss of accuracy in predictions of share made by a BTL type of simulator.  It is important to note that a simulator such as the MUR (which is most often used in conjoint applications) is insensitive to such a modification of the preference function.

* * *


The condition described next is caused by the well known

83

"independence of irrelevant alternatives (II-A)" property that the BTL-1, BTL-2 and MNL simulators suffer from.  This property was discussed at length in Chapter 2.

Consider a situation where the conjoint researcher has a data set of predicted utilities for 2 profiles, and the data clearly suggest that number 1 dominates number 2.  Now, if the researcher decides to investigate how these two profiles might fare alongside a competitor's offering, it would be logical to expect that the new profile should draw most of its share from the profile that it is perceived to be similar to.  However, the fact that the ratio of probabilities of choice for any pair of profiles remains constant in any BTL/MNL formulation (the II-A property) could sometimes provide results counter to expectation.

Exhibit 5-4(a) is a 100 X 2 individual-by-profile matrix of predicted utilities drawn from a MVN distribution (10, 4; 1, 1; zero corr.).  Exhibit 5-4(b) is a 100 X 3 individual-by-profile matrix of predicted utilities drawn from a MVN distribution (10, 4, 3.8; 1, 1, 1; zero corr.).  Table 5-2 shows simulated shares from all 3 simulators in both cases.  In each simulator, the newly entered profile takes away more of number one's share than it does of the share of more similar product number two's share,which is counter to what one might expect.

In several applications, the question of estimating share for a

newly entered profile in an existing set is often addressed (Green and
Krieger, 1985).  Several other authors have provided examples of such a
problem caused via the II-A property (see Currim 1982, Debreu 1960;
McFadden 1976, Becker et al 1963; for example).


III

CRITICAL SITUATIONS FOR THE MNP AND B-J SIMULATORS


Apropos of hypothesis number 3 in Chapter 4, evidence
was provided that
indicated that the MNP made good predictions of shares in choice sets
characterized by considerable interdependencies among profile
utilities.  Also, when the sample compartal correlations among
utilities approached a value of 0.5, predictions from the Bock-Jones
simulator seemed to improve in accuracy.


Consider the data set in exhibit 5-5.  It is drawn from a MVN
distribution with mean vector (10, 30, 60), std. deviation (1, 1, 1)
and corr. vector ($\beta_{12}$ = -0.6, $\beta_{13}$ = 0.2, $\beta_{23}$ = -.7).
Obviously, the data is characterized by homogeneous preferences for
each profile; however, the preferences are strongly negatively
correlated, as indicated by two out of three interprofile utility
correlations.  The MNP simulator's average predicted share vector
(across 30 such sets) was (0.04, 0.15, 0.81).  If we compute an
"actual" share-of-choice vector using expected values of the utilities
from the population vector, it is (0.10, 0.30, 0.60).  The

85

corresponding test of equality of the average predicted vector and the
actual vector is rejected at any reasonable level of confidence
(Hotelling $T^2$ = 65.412).  (Figure 5-3 depicts "actual" versus
average predicted shares.  It should be pointed out that the poor
performance of the MNP simulator in negatively correlated data sets is
due more to the specifics of Clark's method as an approximation, rather
than the MNP formulation itself.  Daganzo et al (1977b) state and prove
a proposition that indicates that existence of positive correlations
improves the level of accuracy of Clark's method.  They conclude that
"... Clark's method is very accurate except perhaps when the means of
the variables are equal, the correlation is zero or negative and the
variances very different (an almost pathological combination of
conditions infrequently encountered in practice)...".  In this context,
it would probably be an interesting empirical issue to examine whether
numerical integration or the Monte Carlo method (Chapter 2) would not
be a better approximation to evaluating the MNP integral in data sets
with considerable negative correlations.

   Exhibit 5-6 is a 100 X 3 individual-by-profile matrix of utilities
generated from a MVN population given by (10, 30, 60; 1, 4, 8; zero
corr.).  The data set thus represents considerable heteroscedasticity
of preferences across respondents for the 3 profiles.  Note that a
central assumption of the Bock-Jones simulator (following Thurstone's
Case V assumptions) is that preferences for profiles are of equal
variance (i.e. $\sigma^2 = \sigma_2^2 = \sigma_3^2$ ).  The average predicted share vector
from the Bock-Jones simulator (computed over 30 such randomly generated

86

sets) is (.0001, .00222, .9977).  A test of the equality of this vector with the 'actual' share vector (.10, .30, .60) computed from the expected values of the utilities in the population vector is, of course, rejected at any reasonable level of significance (Hotelling $T^2 = 501.79$).  Thus, the Bock-Jones simulator appears to provide erroneous estimates in data sets characterized by considerable heteroscedasticity of preferences among respondents for profiles in that set.  (Figure 5-4 depicts 'actual' versus average predicted shares for this example).


CONCLUSION


In this chapter we described specific situations where each simulator could almost always be expected to perform poorly.  Each situation was characterized in terms of a specific data set of predicted individual utilities for profiles in that set.  The motivation for the creation of any such data set was the particular characteristics of a given simulator in terms of the assumptions of its underlying choice rule.  The results of this chapter should go hand in hand with those of the previous chapter which was primarily concerned with hypotheses about when a simulator might provide accurate predictions of market share.

Having looked at conditions where a simulator might perform well and at situations where it might perform poorly, the focus in the next chapter is on an aspect of reliability of predictions:  viz the

87

robustness of a simulator's predictions to distortions in its primary input. Thus, while Chapters 4 and 5 examine issues of accuracy, Chapter 6 looks at a reliability issue.

Figure 5-1:Actual(A),Predicted(B) Shares,Ex 1,MUR



Figure 5-2:Actual(A),Predicted(B) Shares,Ex 2,MUR

Figure 5-3:Actual(A),Predicted(B) Shares,IMP Ex.



Figure 5-4:Actual(A),Predicted(B) Shares,Ex-B-J.



Figure 5-4:Actual(A),Predicted(B) Shares,Ex-B-J.



91

Table 5-1:Effects on Accuracy of BTL shares,of incl./drop.
Intercept terms

Hypothesis:Actual share=Predicted share

Typewriters

|  | Intercept Term Included | | No Intercept Term | |
|---|---|---|---|---|
|  | BTL1 | BTL2 | BTL1 | BTL2 |
| Avg.T$^2$ | 3.171 | 3.012 | 14.67 | 16.172 |
| Total Rejections | 6 | 6 | 27 | 25 |

Televisions

| | | | | |
|---|---|---|---|---|
| Avg.T$^2$ | 3.124 | 2.987 | 12.12 | 14.141 |
| Total Rejections | 7 | 4 | 26 | 26 |

Table 5-2: The II-A Property consequence in fairly homogeneous
samples

| Profile No. | 5-4(a) | | | 5-4(b) | | |
|---|---|---|---|---|---|---|
| | BTL1 | BTL2 | MNL | BTL1 | BTL2 | MNL |
| 1 | .71 | .86 | .99 | .56 | .76 | .99 |
| 2 | .28 | .14 | .002 | .22 | .12 | .002 |
| 3 | - | - | - | .21 | .112 | .002 |

## EXHIBIT 5-1
### Data Matrix, ex.1, MUR

| | | | | | |
|---|---|---|---|---|---|
| 10.0221 | 8.0030 | 2.32439 | 11.4794 | 6.2974 | 2.04856 |
| 9.1050 | 7.1627 | 0.08036 | 9.0391 | 6.9836 | 1.68890 |
| 10.8631 | 9.6776 | 0.99641 | 9.4087 | 10.8768 | 1.77481 |
| 9.8958 | 7.7229 | 2.29819 | 10.9638 | 6.4908 | 0.62138 |
| 8.2263 | 4.3631 | 0.83448 | 10.8106 | 9.2717 | 1.84631 |
| 8.0950 | 10.0187 | 3.16997 | 10.8198 | 9.7816 | 2.31641 |
| 9.9253 | 5.4814 | 2.72668 | 9.9073 | 8.7614 | 2.16473 |
| 10.8216 | 4.4278 | 2.31981 | 9.9433 | 10.1121 | 1.46341 |
| 9.5366 | 8.6535 | 3.39378 | 11.8104 | 4.3789 | 1.99081 |
| 10.3010 | 10.4174 | 2.43998 | 9.2221 | 5.8360 | 1.17408 |
| 9.3349 | 7.0892 | 4.69684 | 10.6772 | 5.6404 | 0.53343 |
| 10.3978 | 9.0025 | 1.43459 | 9.7244 | 7.0063 | 2.41430 |
| 10.7945 | 8.7713 | 0.48642 | 8.9100 | 7.5829 | 4.67792 |
| 8.9454 | 9.5067 | 2.50906 | 10.7135 | 9.4022 | 4.11870 |
| 9.0598 | 6.9006 | 0.07590 | 11.1081 | 6.3401 | 0.58877 |
| 11.6283 | 6.6458 | 2.46564 | 11.9163 | 10.3740 | 0.94829 |
| 9.5287 | 7.6068 | 1.95780 | 9.7889 | 6.2523 | 0.18489 |
| 9.9099 | 10.7260 | 3.76468 | 10.8353 | 11.3272 | 1.96697 |
| 11.8566 | 5.2749 | 0.79700 | 10.0708 | 9.4144 | 2.48156 |
| 8.9381 | 10.1060 | 0.03997 | 8.9934 | 7.4692 | 1.95326 |
| 9.0801 | 8.0911 | 1.81544 | 7.8214 | 6.7284 | 1.34987 |
| 9.8473 | 10.3983 | 1.75064 | 9.6026 | 7.9816 | 1.50321 |
| 12.2919 | 5.6832 | 2.95549 | 8.0326 | 9.5068 | 3.32978 |
| 10.9209 | 8.4149 | 2.72119 | 8.4397 | 7.7911 | 4.12149 |
| 10.8451 | 8.0848 | 1.30242 | 10.5179 | 4.2223 | 0.28998 |
| 8.9939 | 7.3458 | 3.26201 | 9.2413 | 10.4786 | 2.76704 |
| 9.9620 | 10.0275 | 4.66734 | 8.8907 | 8.2918 | 1.98997 |
| 9.5577 | 7.1802 | 1.81915 | 9.0453 | 9.3732 | 2.21614 |
| 10.5087 | 9.6844 | 2.28925 | 10.5910 | 8.8907 | 2.87600 |
| 10.8574 | 10.0408 | 2.84456 | 9.9443 | 6.4259 | 0.85062 |
| 10.2437 | 4.6222 | 2.58088 | 10.6546 | 10.1979 | 0.60025 |
| 8.5030 | 5.3661 | 1.51087 | 10.1623 | 8.6156 | 2.50789 |
| 10.8056 | 6.9894 | 1.84063 | 10.5769 | 8.7668 | 2.20549 |
| 8.6015 | 6.6818 | 2.92807 | 8.7827 | 6.0899 | 2.41054 |
| 10.6679 | 8.1164 | 2.11744 | 10.8916 | 10.6880 | 3.06571 |
| 8.8974 | 8.8712 | 0.04844 | 10.3702 | 10.4518 | 1.01761 |
| 10.4818 | 10.5287 | 3.24952 | 8.3091 | 10.3013 | 2.17169 |
| 9.0403 | 8.4178 | 0.08725 | | | |

94

EXHIBIT 5-1(Contd.)

```
11.1992   8.8186   3.26822
 9.1312   5.4225   2.07645
10.8818   8.5013   0.44464
10.9287   6.6564   2.62706
10.9226   9.6023   3.51760
 9.2309   7.5966   1.56887
10.7336   5.3854   0.70108
11.3926   7.4953   2.94818
10.1264   9.3679   2.19821
10.6098   5.7021   4.69448
 9.0162   8.7239   1.26668
 9.7526   7.7602   2.18640
 9.5871  10.2864   1.82313
 8.6294   8.8259   2.07465
 9.5250   8.6253   0.83844
 9.1870   8.7421   2.59988
 9.4692   7.7003   2.08910
 9.0672   7.1560   0.23849
10.6958   8.2308   0.23683
 9.5075   7.8017   2.56010
 9.5268   9.3404   1.27649
 8.3784   7.3728   1.09482
10.6435  10.3387   2.79060
 9.2117   8.5629   2.20066
10.9301   8.2890   3.27910
```

EXHIBIT 5-2

Data Matrix,ex.2,MUR

| | | | | | |
|---|---|---|---|---|---|
| 9.4761 | 10.6518 | 9.0377 | 11.1704 | 11.7964 | 6.7215 |
| 16.0922 | 9.8134 | 19.2225 | 8.7689 | 9.8154 | 6.9654 |
| 11.5919 | 7.7791 | 12.1435 | 10.8886 | 10.2996 | 13.6096 |
| 11.2666 | 8.9986 | 6.7310 | 9.6082 | 10.8226 | 19.1168 |
| 11.8268 | 9.5045 | 9.1630 | 10.1054 | 8.6940 | 10.0642 |
| 9.1781 | 9.8613 | 7.7796 | 10.8870 | 9.4882 | 2.1845 |
| 9.3621 | 9.2788 | 9.3662 | 7.6600 | 8.6856 | 6.1941 |
| 11.0123 | 9.9984 | 8.3012 | 10.4686 | 8.6296 | 5.9330 |
| 10.5958 | 11.1884 | 8.3917 | 7.2342 | 10.4097 | 10.6161 |
| 11.3551 | 12.1288 | 1.9548 | 9.9022 | 9.1450 | 11.9889 |
| 9.4115 | 9.4098 | 14.0636 | 11.1094 | 9.5620 | 0.4141 |
| 8.8513 | 10.5079 | 12.2494 | 10.6651 | 9.3480 | 6.7486 |
| 11.7811 | 8.5664 | 8.3006 | 7.2155 | 10.4914 | 3.3619 |
| 9.7455 | 10.1277 | 12.0179 | 11.1729 | 9.7413 | 12.1625 |
| 10.7455 | 8.8643 | 10.7162 | 10.0210 | 10.899x | 7.6413 |
| 9.9292 | 11.3538 | 11.7412 | 11.7261 | 10.1123 | 8.9411 |
| 10.3780 | 9.7042 | 2.9348 | 10.1804 | 7.9498 | 9.5601 |
| 9.9048 | 10.1924 | 1.8159 | 10.4927 | 10.8661 | 5.9819 |
| 9.1301 | 10.0310 | 14.3220 | 10.6589 | 9.9723 | 11.6987 |
| 11.1483 | 10.4101 | 1.8340 | 9.0728 | 11.2500 | 11.0868 |
| 12.1481 | 8.0892 | 16.1371 | 11.0899 | 9.8928 | 16.7941 |
| 10.1595 | 10.8507 | 13.9071 | 10.5637 | 8.7034 | 8.6696 |
| 9.9233 | 9.7989 | 8.2958 | 10.9707 | 10.1471 | 9.9922 |
| 11.9570 | 9.9807 | 3.0497 | 9.9751 | 9.9326 | 5.7920 |
| 9.4927 | 10.1189 | 9.2756 | 9.1306 | 8.6638 | 8.8716 |
| 9.4800 | 10.6798 | 6.8882 | 9.4018 | 9.8076 | 12.7240 |
| 8.7699 | 8.4000 | 8.0029 | 8.6397 | 9.6197 | 7.0167 |
| 9.4031 | 9.8386 | 12.9034 | 11.1186 | 11.5087 | 8.1285 |
| 10.4423 | 10.7902 | 8.6064 | 9.4979 | 9.8225 | 2.2997 |
| 10.0700 | 10.7698 | 15.0441 | 10.0524 | 9.2656 | 10.9795 |
| 10.9214 | 8.0015 | 12.6498 | 10.2528 | 8.9240 | 19.9166 |
| 10.1581 | 9.3646 | 10.8829 | 10.9016 | 11.2763 | 16.9697 |
| 9.4284 | 10.9029 | 0.4108 | 9.7747 | 11.9189 | 17.2710 |
| 9.8952 | 8.3426 | 10.5421 | 10.0003 | 9.1679 | 1.9992 |
| 10.4926 | 8.6578 | 0.0942 | 10.0369 | 10.6939 | 13.8193 |
| 9.2941 | 8.8038 | 12.5209 | 8.6680 | 10.1724 | 13.4987 |
| 8.5201 | 10.1809 | 1.5637 | 8.5476 | 10.8558 | 0.8306 |

96

EXHIBIT 5-2(Contd.)

| | | |
|---|---|---|
| 11.2117 | 9.8552 | 13.2243 |
| 9.6214 | 10.4064 | 5.1237 |
| 10.8480 | 10.0144 | 11.9160 |
| 9.7287 | 11.1642 | 2.0626 |
| 10.6605 | 10.4009 | 12.0078 |
| 9.8574 | 11.2789 | 2.9472 |
| 9.3716 | 8.4907 | 4.2724 |
| 10.0081 | 9.4151 | 10.3462 |
| 10.4845 | 8.7142 | 8.2206 |
| 8.9889 | 11.2425 | 10.0468 |
| 10.9178 | 11.7250 | 16.7987 |
| 9.6986 | 9.0698 | 8.6289 |
| 9.1465 | 10.1408 | 7.7211 |
| 11.3452 | 10.1048 | 11.6474 |
| 11.2131 | 9.7961 | 15.2346 |
| 8.6412 | 11.4868 | 4.4787 |
| 9.6876 | 10.1371 | 4.0979 |
| 10.6887 | 10.0056 | 6.7600 |
| 9.2231 | 9.2750 | 5.7167 |
| 11.1402 | 9.7753 | 11.6831 |
| 9.1495 | 10.2397 | 8.8036 |
| 9.0767 | 10.3426 | 9.6934 |
| 10.2745 | 9.7543 | 1.9905 |
| 9.7827 | 12.6475 | 9.5023 |
| 8.1535 | 10.3146 | 10.4632 |
| 9.1638 | 16.3530 | 2.3947 |

## Data Matrices,Example 3,MUR

EXHIBIT 5-3(a)

```
10.4306  11.9810  10.0724
 9.0308  10.9198  10.0166
10.3018  10.3811   9.4709
10.0328  10.1782  11.4418
10.4046  10.7898   8.6884
 8.7808   9.0994  10.0254
10.2640  10.5161  11.7907
 8.8078   9.3390   8.9422
10.1682  10.7672  11.2579
10.7612  10.8449  11.0890
 9.1968   9.6449   9.9968
10.8772   9.8443  11.7281
 7.6366   9.4870   9.4181
 8.8767  10.1933  10.3107
 9.2436  10.2841   8.4058
18.0403  10.6154  11.2108
 9.9888  11.2668   8.9887
10.6654  10.8082   9.4725
 8.5189   9.2516  11.8169
 9.1919  10.1466  10.2006
```

EXHIBIT 5-3(b)

```
10.9918  10.8161   9.8744
11.6828   9.5474  11.0226
10.2274  11.8917   7.8576
10.6914  10.8788  10.6632
10.9293   7.994   10.1408
 9.8247   9.6979  11.2641
10.1509   9.1052   8.7610
10.1310   9.7980   9.8672
10.3732  10.9496  10.9662
 9.8155  10.0326  11.3563
10.2483  10.5323  10.2431
 8.6833  10.4712   9.4551
12.4794  10.7263  10.0171
11.4202   8.6796   9.9222
10.2741  10.4249  11.2160
10.1723  11.6892  10.7255
11.2086   8.7243   9.0891
10.2089  11.7286   9.8600
 9.2937   9.4343   8.0849
 9.0962   9.7142   9.3249
 7.9975   8.0754   9.1265
 8.5056   9.6233   8.9061
11.6889   9.8799  10.1779
 9.4075   9.1022   9.4185
10.7417  10.7552  11.2285
11.6576   9.9295   9.9984
10.4470   9.9366   9.1786
 9.2166   9.5406   9.2675
10.1449  10.0401  10.9787
 9.7871  11.9330   8.7922
 7.5989   9.1387   7.9570
 9.5264  10.8863  10.8224
 9.4948   9.4798  18.1725
 7.8785  10.5581   9.6448
 9.9503  10.4119  10.7462
 9.6250   9.4853   9.8267
 9.7829   9.4483   9.9963
 8.3399  11.8220  11.2917
10.0865  12.2179   8.8908
12.0804   9.8186   9.9217
```

98

## EXHIBIT 5-3(c)

Data Matrix, example 3, MUR

```
 8.7721   9.0255   9.5404  10.7685  11.8854  11.0645
11.0900  10.7451  11.2226   9.2570   9.6051   9.2135
 8.9929   9.4573  10.9048   8.8944  10.1868  11.7523
 8.8906   7.8785  11.1462   8.9097   9.0198  10.9184
10.1487   8.4006   9.8757  10.1991  11.7282   9.5189
10.3517   7.8240  11.0878   8.1889  12.5454  10.2683
10.1999  10.9980  10.4204  10.8188   8.9164  10.9093
12.1240  10.6487  10.1192   9.8189  10.8661   8.1028
 8.6845  10.6968  10.0364  11.1289   9.5465  10.7283
 8.9834   9.7468  10.8142  11.7602   8.3744  11.3873
11.1210  10.2707  10.3687  10.6742   9.7613  10.7170
 9.1829   9.7248   8.9024   9.6527  11.7871   8.7283
 9.7801   8.7768  10.0768  10.1304   9.5526  11.2330
11.6799   8.8224   9.2894   9.8031  10.8126   9.7284
10.9827  11.6425   9.3998   9.1147   8.5129   9.0557
 8.9841   9.6209  11.1510   9.1578  10.0330   9.5260
11.9099   8.9464   9.6619  10.5510   8.7488  11.8567
10.5153   9.8520   9.4599   9.4441  10.0334  12.4910
 9.7505   9.3193   9.0586   7.6340  10.1513  10.8272
 8.5757  11.9456  10.6528   8.7534   9.5418  11.0769
12.7370  10.0938   7.2722  10.8857   7.8660   9.9272
 9.9821   8.3752   9.4445   9.2289  10.4607   9.6725
11.2844  10.7480  10.0174  11.6321  11.8766   5.3449
 9.7375  11.3008  10.0026  10.0756  10.8749  10.8927
10.1135   9.9395  11.9953   9.9575  10.5203  11.6941
10.5624  11.0871  12.2445   9.9513  10.5579   8.4066
10.1185   9.7729   9.2611   8.4587  12.0004  10.2146
10.9775   9.5375   9.5709  10.1708  10.9919   9.9432
10.0684   9.0307   9.2308  10.8516  11.8651   9.8544
 7.9800  12.8843  11.0148   9.0295   8.8698  10.8458
12.8043   9.6726   9.2478   9.4995   8.6067   8.8466
11.1847   9.3572   8.0891   9.0658   9.6203   9.6633
 9.6283   9.4511   9.4643   9.8744  11.5515   9.8834
11.2883   9.2681  10.2465  10.7511   7.2241  11.4387
10.6659   9.2194  11.2798   8.8477   9.3354   9.0536
10.9535   8.2634  10.2283   9.1477   8.6920   8.7702
11.4115  10.3585  11.9851   9.6891   9.8866  11.8268
```

99

EXHIBIT 5-3(c) (Contd.)

```
10.4377   12.0942   12.7652
10.2923   10.6594   10.5456
 9.6005    9.9678   10.6912
 9.9525    9.7503   10.4830
 8.8200    8.9484    8.9986
10.1262   10.7144    9.8925
 9.7318    9.4070   11.4241
10.7783    9.2340    8.8689
 9.7117    8.6417    9.4784
 9.5115   10.0485   10.2437
11.4407   10.6087    8.1188
 9.0099    8.5442    9.7079
10.1832   10.6213    9.8593
11.6625    7.1576   10.6803
 9.4560    8.8778   10.1901
 9.8417    9.5972   10.1465
10.6412    9.4264    9.7548
 9.1127    8.6549   10.0184
10.4652   10.7309    8.4371
10.2660   10.4554   11.1282
 9.4086    8.4287   10.3846
10.5542    9.7642    9.9156
11.7690    9.9574    8.4544
 8.6586   10.8945   10.4855
 9.9831   11.1362   10.2844
10.5975   10.3574   10.9556
```

100

## EXHIBIT 5-4(a)

### Data Matrix, Example, II-A Property

| | | | | | |
|---|---|---|---|---|---|
| 10.5003 | 4.95919 | 7.2208 | 4.51580 | 12.1296 | 3.82324 |
| 11.7820 | 6.12355 | 9.8658 | 6.45057 | 9.4534 | 4.91823 |
| 9.8241 | 2.39684 | 10.1056 | 3.96100 | 11.8788 | 3.27706 |
| 11.8268 | 4.79232 | 9.7580 | 4.33608 | 10.5845 | 3.88347 |
| 9.7487 | 2.90796 | 9.9036 | 2.45008 | 10.7645 | 2.52713 |
| 11.0711 | 4.88150 | 2.7613 | 1.15918 | 8.8614 | 1.91223 |
| 10.0099 | 4.75439 | 9.8006 | 3.98623 | 8.8210 | 2.69008 |
| 8.6434 | 4.41054 | 8.7806 | 2.07030 | 11.4321 | 4.94513 |
| 8.2046 | 3.63283 | 10.3472 | 3.28867 | 10.2288 | 4.53492 |
| 11.5889 | 4.28787 | 11.9438 | 4.98032 | 11.8519 | 4.23621 |
| 10.0045 | 4.00609 | 12.3888 | 5.48889 | 10.9615 | 3.42457 |
| 11.1220 | 1.75439 | 7.9839 | 3.91115 | 10.0929 | 3.10716 |
| 10.0570 | 4.82178 | 11.2339 | 2.30495 | 9.3283 | 4.30572 |
| 10.2532 | 4.78426 | 8.3403 | 4.24433 | 10.6240 | 5.21946 |
| 10.9686 | 4.84305 | 9.0617 | 4.18063 | 10.3637 | 1.96601 |
| 8.0990 | 4.32265 | 10.0838 | 4.03935 | 10.2066 | 4.48449 |
| 11.5894 | 4.99831 | 8.6668 | 5.93330 | 10.2575 | 3.41874 |
| 10.6874 | 4.03526 | 10.4655 | 4.52983 | 8.9461 | 4.76488 |
| 10.1509 | 4.96655 | 9.1991 | 1.70879 | 8.8636 | 3.92114 |
| 10.1019 | 3.98318 | 10.6524 | 4.38611 | 9.5744 | 3.84447 |
| 10.6392 | 3.50833 | 9.8021 | 4.91946 | 9.2085 | 3.22354 |
| 9.5596 | 3.49628 | 8.3738 | 2.08776 | 7.8697 | 3.31975 |
| 10.8423 | 5.12132 | 9.6116 | 2.49738 | 9.4080 | 4.22245 |
| 9.8234 | 3.44844 | 9.4047 | 4.44698 | 10.5104 | 3.92814 |
| 9.6862 | 5.60524 | 9.2538 | 2.03379 | 10.1365 | 3.73107 |
| 12.4290 | 6.03588 | 11.8264 | 2.17362 | 10.0297 | 6.21673 |
| 9.0969 | 4.28658 | 11.6212 | 4.18607 | | |
| 9.5720 | 3.41262 | 10.9108 | 4.06981 | | |
| 9.8600 | 4.43411 | 9.6748 | 3.24870 | | |
| 9.7809 | 5.58340 | 10.0808 | 3.81876 | | |
| 10.8221 | 4.31029 | 10.6790 | 4.20895 | | |
| 9.4079 | 5.08824 | 9.4815 | 3.14711 | | |
| 10.8892 | 4.44870 | 11.1650 | 4.79464 | | |
| 8.5580 | 2.52554 | 10.2974 | 2.89122 | | |
| 10.6628 | 2.14111 | 9.1851 | 4.68919 | | |
| 9.8844 | 3.75850 | 9.8354 | 4.23105 | | |
| 9.7035 | 3.46706 | 9.7877 | 3.81343 | | |

EXHIBIT 5-4(b)

Data Matrix,Example,II-A Property

| | | | | | |
|---|---|---|---|---|---|
| 10.9090 | 2.73972 | 3.06210 | 10.2788 | 4.89946 | 9.77492 |
| 10.2462 | 5.10090 | 3.23397 | 10.3609 | 3.05294 | 4.46639 |
| 9.8795 | 5.65106 | 5.87443 | 10.9701 | 4.84643 | 5.12336 |
| 10.1231 | 4.12490 | 2.40504 | 9.3627 | 2.54987 | 3.12466 |
| 10.7660 | 3.42785 | 3.41657 | 12.1093 | 3.97699 | 4.16696 |
| 11.0707 | 3.53340 | 3.02364 | 9.8981 | 3.04962 | 2.90043 |
| 9.6980 | 6.64312 | 3.30384 | 11.6438 | 3.66837 | 5.54915 |
| 9.6212 | 5.30375 | 2.96601 | 9.0718 | 5.32227 | 3.56172 |
| 8.4184 | 4.01075 | 4.40856 | 9.2524 | 4.27467 | 3.73723 |
| 10.2616 | 2.88666 | 5.48019 | 10.9733 | 4.64991 | 4.67633 |
| 10.9765 | 3.81084 | 3.73321 | 9.9199 | 2.63264 | 1.68207 |
| 9.1895 | 4.81564 | 2.10916 | 11.7165 | 4.66592 | 3.29890 |
| 10.0613 | 4.83235 | 3.08904 | 11.2336 | 2.45315 | 4.39016 |
| 10.2920 | 4.59957 | 4.07861 | 10.4847 | 5.33330 | 2.28843 |
| 11.7810 | 2.25185 | 3.60204 | 8.3208 | 4.32068 | 4.28969 |
| 8.5556 | 5.59515 | 0.15551 | 9.9380 | 4.00433 | 3.74649 |
| 9.5416 | 4.83781 | 4.22103 | 11.7652 | 4.17124 | 3.53255 |
| 11.2159 | 3.98629 | 2.98496 | 8.8087 | 4.11303 | 3.16556 |
| 8.6588 | 4.25594 | 3.87686 | 10.9960 | 2.45514 | 4.17661 |
| 8.2288 | 5.04122 | 1.61993 | 10.7097 | 3.46743 | 3.78989 |
| 10.7204 | 2.88769 | 3.05034 | 10.7846 | 4.22473 | 3.39115 |
| 9.5063 | 6.65151 | 3.20724 | 8.3701 | 3.91286 | 2.67469 |
| 10.4102 | 3.78117 | 5.61827 | 10.4146 | 3.15933 | 3.24755 |
| 11.2366 | 4.65167 | 4.34234 | 11.0805 | 5.76426 | 4.38196 |
| 10.7860 | 3.95354 | 3.75546 | 10.1847 | 4.58494 | 2.96998 |
| 9.0507 | 2.49242 | 4.77519 | 9.6608 | 3.51850 | 2.18860 |
| 9.6954 | 1.55842 | 3.83011 | 9.6923 | 2.67561 | 3.45488 |
| 10.5787 | 3.29395 | 3.86132 | 9.6276 | 2.70923 | 5.63226 |
| 11.4534 | 4.21379 | 3.99959 | 8.9581 | 3.14206 | 3.35478 |
| 11.8855 | 4.10310 | 5.26176 | 10.6277 | 5.85363 | 3.88406 |
| 8.4713 | 4.65422 | 2.61072 | 10.8179 | 3.98164 | 3.38013 |
| 8.6928 | 3.48044 | 5.87890 | 10.4497 | 3.03337 | 1.69034 |
| 9.9908 | 3.59084 | 4.25935 | 10.6911 | 3.78323 | 3.62838 |
| 9.6498 | 3.52716 | 3.52115 | 8.7087 | 3.83089 | 3.46311 |
| 8.4209 | 4.36096 | 1.73344 | 9.7808 | 5.43257 | 2.93424 |
| 10.5292 | 3.12957 | 4.11186 | 10.5416 | 4.40083 | 5.03372 |
| 10.5127 | 4.56113 | 1.96584 | 10.0922 | 2.92768 | 3.99392 |

EXHIBIT 5-4(b) (Contd.)

```
10.2942  3.88349  8.79504
 7.8466  2.78154  4.32457
 9.5848  4.69408  2.38058
11.7686  5.23693  2.24781
10.2669  2.69832  3.42792
 9.7936  5.29531  5.18952
 9.9992  4.16051  3.30244
10.6456  5.34319  4.55084
11.4558  2.69418  3.58359
 9.8480  8.64450  4.19528
10.2557  3.79304  1.88592
 9.7383  3.73267  2.51190
 9.4347  2.97958  3.86124
 8.6114  5.28388  3.82781
 9.1654  2.89948  3.68576
11.7755  4.19918  1.89063
10.2116  3.14494  4.37579
 9.4001  3.97761  0.57256
11.0609  4.46744  4.24257
 8.9039  2.89876  4.46009
 8.7328  2.18978  2.40665
11.0885  3.32833  4.95899
11.5028  3.51964  2.87956
 7.0058  2.73467  4.69235
 9.8798  4.64336  3.52112
 8.2301  3.81328  3.12233
```

EXHIBIT 5-5

Data Matrix,Example 1,MNP

| | | | | | |
|---|---|---|---|---|---|
| 8.1240 | 30.4070 | 59.0480 | | | |
| 8.9655 | 30.5355 | 60.0735 | 12.7890 | 28.7630 | 60.8180 |
| 9.7366 | 29.3030 | 60.7150 | 10.5485 | 29.3797 | 59.8347 |
| 11.8450 | 29.5500 | 58.6930 | 9.3173 | 30.2454 | 59.8001 |
| 10.8412 | 30.7180 | 59.4381 | 9.4092 | 29.7048 | 60.9827 |
| 9.7518 | 30.6772 | 59.7437 | 10.2058 | 28.1668 | 61.5529 |
| 9.2560 | 30.5180 | 59.6665 | 8.2770 | 31.2789 | 59.7235 |
| 10.4607 | 29.6329 | 60.7142 | 8.6660 | 31.6330 | 60.6032 |
| 11.3065 | 28.9300 | 60.0132 | 9.5992 | 30.7914 | 60.7030 |
| 10.7873 | 28.2636 | 61.4353 | 10.3540 | 29.1130 | 60.9854 |
| 9.6520 | 29.6041 | 61.1194 | 11.8979 | 29.4980 | 59.8140 |
| 8.5465 | 28.8500 | 60.8556 | 8.5600 | 30.1570 | 58.5630 |
| 9.2391 | 27.9852 | 59.2855 | 11.2904 | 32.1957 | 59.6640 |
| 11.2552 | 30.3941 | 58.5280 | 10.6937 | 30.8249 | 58.9208 |
| 10.7589 | 29.3019 | 61.5241 | 10.6415 | 30.4129 | 60.1162 |
| 10.7154 | 30.9332 | 58.3233 | 10.4648 | 29.6778 | 58.1962 |
| 7.8350 | 29.4090 | 58.9015 | 9.8199 | 28.8990 | 59.1545 |
| 9.8689 | 30.5323 | 58.8174 | 9.6817 | 30.1590 | 60.7814 |
| 9.6473 | 28.3989 | 60.2859 | 10.4113 | 30.3946 | 60.0982 |
| 9.4222 | 30.5208 | 61.1812 | 10.6038 | 29.7118 | 62.0212 |
| 10.0962 | 30.7797 | 60.7246 | 10.0738 | 30.3827 | 59.4877 |
| 9.2796 | 30.7955 | 60.3850 | 10.5987 | 30.5687 | 59.3980 |
| 9.8387 | 28.5730 | 60.9335 | 9.6082 | 30.3087 | 59.0648 |
| 10.9378 | 30.0828 | 60.5718 | 8.1906 | 29.8666 | 63.0485 |
| 9.3919 | 30.4766 | 60.6251 | 7.9909 | 29.9251 | 60.4965 |
| 8.3745 | 31.6149 | 60.7129 | 8.5922 | 29.3315 | 61.2898 |
| 10.9593 | 30.2466 | 60.8970 | 8.6620 | 31.5368 | 60.3285 |
| 10.4414 | 28.3700 | 60.8822 | 9.4754 | 28.4806 | 59.2705 |
| 9.9076 | 30.3405 | 60.1312 | 10.2230 | 31.1470 | 60.9388 |
| 9.7490 | 28.6320 | 61.3834 | 10.9054 | 29.0501 | 59.8430 |
| 9.1205 | 29.3217 | 60.5233 | 9.7030 | 29.9213 | 60.3814 |
| 10.8085 | 31.0120 | 59.7754 | 10.0223 | 28.9389 | 59.8309 |
| 10.0752 | 27.4336 | 59.5469 | 8.1774 | 31.3170 | 60.6991 |
| 11.5635 | 31.2747 | 60.4836 | 9.5097 | 30.9523 | 60.9463 |
| 11.4241 | 31.1986 | 60.4797 | 9.7413 | 28.0006 | 61.7800 |
| 10.2166 | 30.6130 | 61.5932 | 9.6255 | 29.9061 | 61.4458 |
| 9.3554 | 28.8456 | 59.5747 | 9.9557 | 30.5290 | 60.1625 |
| 10.4865 | 29.2947 | 60.0803 | 10.8556 | 31.1160 | 59.5385 |

EXHIBIT 5-5(Contd.)

```
11.5292  30.00C7  60.0939
10.0668  29.0349  60.1349
10.5212  29.4396  59.3678
11.2550  30.0538  60.2875
11.9140  31.4780  59.5191
 9.5698  3C.7003  59.4403
11.2100  28.810C  59.9210
10.0730  30.722C  61.5030
10.1025  28.730C  60.3969
 9.7530  31.737C  59.7966
12.1700  29.780C  60.5627
10.6569  29.42C7  61.377C
 9.5294  28.6833  6C.7815
 8.7550  30.3488  60.4923
11.6002  29.675C  59.0572
 9.4331  28.664C  60.858C
 9.3150  27.890C  61.074C
 8.8372  30.328C  58.4443
10.2822  29.708C  60.136C
10.2844  30.5198  61.025C
 9.3960  30.924C  61.660C
 8.7400  29.240C  61.420C
11.4630  3C.366C  59.050C
 9.1100  30.676C  59.723C
11.9060  31.153C  57.560C
```

105

## EXHIBIT 5-6

### Data Matrix, Example 1, B-J.

| | | | | | |
|---|---|---|---|---|---|
| 12.4041 | 26.4492 | 58.0201 | 11.4795 | 21.1969 | 57.8969 |
| 9.5484 | 29.2379 | 64.6723 | 11.2239 | 30.4309 | 53.4321 |
| 11.4828 | 30.6111 | 68.0989 | 10.6646 | 26.9098 | 52.1221 |
| 9.4224 | 34.1926 | 54.8869 | 11.2874 | 27.4710 | 72.5921 |
| 11.2422 | 26.2900 | 57.3980 | 10.0416 | 29.5609 | 61.1665 |
| 10.2923 | 27.4316 | 65.0041 | 8.6618 | 28.7798 | 67.9124 |
| 9.9271 | 31.0989 | 53.2498 | 10.9135 | 29.1758 | 64.7696 |
| 10.7451 | 34.4999 | 57.4928 | 9.5081 | 32.4989 | 63.9076 |
| 9.7928 | 32.4098 | 58.0892 | 9.5078 | 29.9303 | 61.6759 |
| 9.9234 | 25.6134 | 62.9866 | 11.7530 | 27.9874 | 63.2183 |
| 8.5550 | 35.3412 | 76.0143 | 9.6528 | 31.8797 | 52.0607 |
| 10.4265 | 30.1067 | 59.5046 | 8.0317 | 28.7094 | 61.7910 |
| 12.2716 | 29.4968 | 54.2235 | 10.3976 | 32.7199 | 59.9455 |
| 10.2193 | 27.7099 | 51.8977 | 11.5557 | 27.2644 | 39.0315 |
| 11.3442 | 23.9053 | 54.1484 | 7.4810 | 38.5777 | 44.0451 |
| 10.5752 | 35.6233 | 56.3528 | 9.1834 | 37.4905 | 68.3554 |
| 9.0325 | 34.9285 | 61.6856 | 9.0096 | 31.5761 | 58.9765 |
| 10.4683 | 28.0898 | 62.9178 | 11.7056 | 26.5204 | 58.5816 |
| 10.2866 | 29.7084 | 57.2312 | 8.0670 | 29.4612 | 61.6450 |
| 9.9935 | 38.1936 | 56.3411 | 10.4718 | 31.6652 | 48.2631 |
| 8.7632 | 29.7987 | 56.4401 | 9.8053 | 27.6640 | 52.8566 |
| 10.8289 | 32.1736 | 69.8137 | 10.4834 | 31.1068 | 67.8876 |
| 11.3770 | 23.9231 | 57.1774 | 11.0091 | 32.7562 | 61.3168 |
| 11.1727 | 27.8586 | 59.4866 | 8.9173 | 29.4269 | 65.6133 |
| 10.2101 | 23.7841 | 48.5003 | 10.7293 | 29.4611 | 50.1409 |
| 10.8628 | 35.5388 | 60.9288 | 10.6267 | 19.2837 | 61.6444 |
| 8.5608 | 30.3620 | 78.3697 | 11.1618 | 23.8826 | 62.1544 |
| 9.0835 | 31.7094 | 60.5227 | 9.0824 | 30.1453 | 78.6900 |
| 8.4482 | 34.0123 | 43.3971 | 10.6446 | 29.7848 | 65.9965 |
| 9.9499 | 31.5890 | 50.0260 | 10.7492 | 24.6718 | 66.4945 |
| 9.2300 | 29.7394 | 47.1390 | 9.6308 | 28.0700 | 57.5778 |
| 8.6252 | 26.4878 | 75.0672 | 10.2641 | 34.7095 | 56.2961 |
| 9.5481 | 30.2307 | 52.6900 | 8.8248 | 34.2208 | 53.4861 |
| 9.7227 | 28.3861 | 62.2371 | 9.8643 | 31.0212 | 57.6104 |
| 9.7856 | 31.1923 | 71.1664 | 19.0878 | 30.0677 | 48.9423 |
| 10.2051 | 29.3703 | 56.8698 | 9.3300 | 38.2212 | 42.8994 |
| 9.2052 | 29.8792 | 57.4667 | 9.8640 | 33.4156 | 53.3528 |
| 9.4735 | 34.3336 | 46.4419 | | | |

EXHIBIT 5-6(Contd.)

```
11.7040  23.9913  65.0683
10.0902  34.4049  61.7568
 9.2505  30.2808  70.0677
11.6316  30.3531  70.9714
10.3456  31.0314  67.9656
10.0456  29.8709  53.1977
 9.4345  29.4425  59.4307
 9.2611  34.3456  64.0187
 8.7306  36.6668  60.6732
10.3290  23.7989  63.4185
10.4298  36.3626  68.7736
 7.9113  29.9629  67.6064
10.2480  28.7026  67.3365
11.1814  23.0513  81.5292
10.7875  31.8369  67.4117
 9.7312  27.8768  68.3794
10.2424  32.1853  42.1003
 9.9318  27.3516  51.1016
 9.2972  23.8725  56.4950
 9.9588  31.8426  75.4893
 7.8497  24.5248  70.1456
10.2198  24.3238  57.8973
 9.8356  31.0626  59.9008
 8.8897  27.4787  81.2168
10.0900  32.7810  65.2109
```

107

## 6.   ON THE ROBUSTNESS OF CONJOINT CHOICE SIMULATORS

As was described in previous chapters, market shares are simulated via a 3 step procedure - (1) Individual preferences are scaled to obtain partworths for profile attribute-levels, (2) Individual preferences are mapped into individual choice via a given transformation and (3) individual choices for any profile are aggregated to estimate shares for that profile.  It follows that the amount of confidence that one can place in an estimate of share from a given simulator will be directly related to (a) how dependent the predicted utilities are on the choice of experimental factors utilized in the preference scaling part of the conjoint task and (b) how robust are shares predicted by it to noise in the predicted utilities. Several studies in the past have pointed out that, insofar as making predictions about individual utilities for profiles, conjoint analysis is fairly robust.  For example, Dawes and Corrigan (1974), Rorer (1971), Green and Devita (1975b) have indicated that the oft used linear compensatory model provides good predictions even if the respondent's information processing strategy and decision model is quite complex; Jain et. al. (1978), Oppendijk van Veen and Beazley (1977) found that utilities determined by the full profile method and the two-factor-at-a-time method were roughly similar; and, as indicated by Green and Srinivasan (1978), "overall the estimation methods do not seem to differ much in their predictive validity..." (see also Carmone et. al. (1978), Cattin and Wittink (1976)).  Thus, there seems to be sufficient evidence to indicate that the researcher's choice of

experimental factors in a conjoint setting will not significantly
affect individual level utility predictions.

However, not much evidence exists to carry that confidence one step
further to the prediction of aggregate shares from those utilities via
a given choice simulator. Also, very little previous research has
examined the issue of robustness of share predictions to variations in
the utilities that are input to any simulator. Philosophically, a
'good' simulator should be able to keep making 'good' predictions even
in the face of disturbances in its primary input.

Green et. al. (1980) sought to address a similar issue via a set of
artificial experiments. The preference function they considered for
the computation of individual level utilities was the value importance
model (Wilkie and Pessemier, 1973). The 'partworths' thus, were
supposed to represent self-explicated weights, rather than estimates
from a statistical procedure. The simulator they considered was the
maximum utility rule. Disturbances in utilities were operationalized
via distorting the weights in the following fashion: if $0 \leq$importance
weight $< 0.4$, then distorted weight = 0.2. Their findings indicated
that the MUR produced share estimates that were insensitive to any
reasonable degree of distortion in the utilities.

The analysis we carry out in this chapter differs from the above
study in that (1) the preference function is the linear compensatory
partworth model, used in most conjoint analysis applications, (2)

preference functions are calibrated on real data, (3) the unit of analysis is a set of 3 profiles, constructed such that no one profile dominates another, i.e., all 3 profiles are 'competitive,' (4) distortion in utilities are operationalized less arbitrarily, via estimates of partworth standard errors (described in detail in a future section), and (5) the focus is on a comparative evaluation across 6 different simulators.

## SOME A PRIORI NOTIONS

The MUR does not consider magnitudes of utilities in the assignment of shares at the individual level; rather shares are assigned based on the rank order of the predicted utilities.  In a competitive set of profiles (as defined in this thesis), individual utilities for products are likely to be close.  Thus, whenever random distortions in the partworths cause the predicted utility magnitudes to change even slightly, but enough to change the rank order in terms of which profile is no. 1, the MUR would radically alter its assignment of shares at the individual level.  While this may or may not occur in the face of small disturbances, it is almost certainly to be expected with large distortions.  Further, if there is a lot of homogeneity among the sample of respondents, this effect will carry through, and the shares estimated may be way off target.

As far as the other 5 simulators are concerned, the nature of their robustness can be studied by looking at the specific functional form of

110

the individual choice model that each simulator is built on:

Let $S_i$ represent share-of-choice for $i^{th}$ profile at the individual level.

$$S_i = f(u_1, u_2 \ldots u_i)$$

Let $S_{id}$ represent share-of-choice for the $i^{th}$ profile at the individual in any 'distorted' condition:

$$S_{id} = f(u_1+h, u_2+k, u_3+l \cdots u_i+p)$$, where h,k,l...p are the net effects (positive or negative) of introducing distortions in the partworths.

Therefore, the discrepancy in predicted shares for the $i^{th}$ profile at the individual level, is given by:

$$S_{id} - S_i = f(u_1+h, u_2+k, u_3+l \cdots u_i+p)$$
$$- f(u_1, u_2, u_3 \cdots u_i)$$

We use the Mean Value Theorem (Appendix A-2), to write:

$$S_{id} - S_i = \Delta S_i$$
$$= h\,\partial f/\partial u_1 + k\,\partial f/\partial u_2 + l\,\partial f/\partial u_3 \cdots + p\,\partial f/\partial u_i$$

$$\Delta S_1 = h\,\partial s_1/\partial u_1 + k\,\partial s_1/\partial u_2 + l\,\partial s_1/\partial u_3$$

111

$$\Delta s_2 = h \, \partial s_2 / \partial u_1 + k \, \partial s_2 / \partial u_2 + l \, \partial s_3 / \partial u_3$$

$$\Delta s_3 = h \, \partial s_3 / \partial u_1 + k \, \partial s_3 / \partial u_2 + l \, \partial s_3 / \partial u_3$$

Table 6-1 shows these expressions for the BTL-1, BTL-2 and MNL simulator forms, all of which derive shares of choice at the individual level, and subsequently average them to make aggregate predictions. Discrepancies in aggregate shares will, of course, be directly proportional to discrepancies in individual level shares.

Several notions can be inferred from Table 6-1.

(1) If the utility values are equal ($u_1 = u_2 = u_3$), and the net distortions are also equal ($h=k=l$), then there is no change in predicted share at the individual level, from any of the 3 models. Consequently, in a fairly homogeneous sample of respondents, equal distortions (however large) in equal utilites will cause no change in the values of predicted shares.

(2) In the more general case of unequal utilites, changes in individual share estimates for the MNL model are considerably smaller than those for the BTL models, if the utility values are all greater than one. Consider the expression for change in individual shares for the MNL form (Table 6-1). As the values of $u_1$, $u_2$ and $u_3$ become larger than 1, the coefficients of h,k and l drop very rapidly, because

112

in every instance the denominator (which is either a sum of exponentials or a squared sum of exponentials) rises a lot faster than the numerator. Also, for this to happen, the utility values need not have to be 'large' in the sense of approaching infinity. For example, for values of $[u_1 =4, u_2 =7, u_3 =9]$, the discrepancy in estimated share for profile 1 at the individual level is given by $S_1 =(0.00587h - 0.00069k - 0.0051)$, which is a very negligible quantity for any reasonable value of h, k and l. Consequently, in the event that a data set is characterized by predicted utilities that are greater than 1 (which is almost always the case), the MNL simulator could be expected to be fairly robust to any reasonable level of distortion in the utilities. Note that the sample need not be homogeneous for this to occur, because the discrepancies tend to be negligible at the individual level itself.


(3) As far as the BTL forms are concerned, no general rules can be formed; however, it can be seen that the discrepancies in shares will be smaller when $u_1$, $u_2$ and $u_3$ are all greater than 1, than when one or more of them are not. As an example, for a case when $[u_1 =4, u_2 =7, u_3 =9]$, and $[h=k=1]$, the BTL-1, BTL-2 discrepancies are (0.02h) and (0.025h) respectively; whereas for a case where $(u_1 =0.3, u_2 =0.7, u_3 =0.9)$, the corresponding values are (0.277h) and (0.256h).


As for the remaining two simulators - the Bock and Jones and MNP - the one major factor that sets them apart from the other simulators is

113

that they aggregate utilities across the sample of respondents in some fashion before estimating share-of-choice. The MUR, MNL and BTL Simulators, of course, estimate individual level shares from individual level utilities, and then proceed to average these values across segments. This difference in mode of aggregation has important implications when we need to infer some general notions about the effects of distortion in the utilities on estimates of share. For the purpose of this discussion, let us rewrite the form of the Bock-Jones simulator:

$$S_j = 1/(1 + \sum_{t} exp(-c \ \mu_{jj'}/\sigma_{jj'}))$$

$S_j$ is the predicted share for the $j^{th}$ profile.

$\mu_{jj'}$ is the average, across individuals, of the differences in utilities between the $j^{th}$ and $j'^{th}$ profile

$\sigma_{jj'}$ is the standard deviation, across individuals, of the differences in utilities between the jth and the j'th profile.

c is a constant ($= \pi/3$).

Let the original undistorted utilities for the pth individual be $(u_{p1}, u_{p2}, u_{p3} ... u_{pj})$.

Let the distorted utilities for the same individual be $(u_{p1}+h_p, u_{p2}+k_p, u_{p3}+l_p ... u_{pj}+n_p)$;

114

where h, k, l...n (positive or negative) are the distortions in the $\text{p}^{\text{th}}$ utilities for the p person.

The effect of such distortions on the share of the $\text{j}^{\text{th}}$ profile output by the Bock-Jones simulator will directly depend on how different the quantity changes from the 'undistorted' to the 'distorted' condition.

$$(\mu_{jj'} / \sigma_{jj'})_{UNDIS} = (1/N \underset{r}{\lessgtr} X_r) / (1/N-1 \underset{p}{\lessgtr} (X_p - \bar{X}_p)^2)$$

$$(\mu_{jj'} / \sigma_{jj'})_{DIST} = (1/N \underset{r}{\lessgtr} Y_p) / (1/N-1 \underset{p}{\lessgtr} (Y_p - \bar{Y}_p)^2)$$

$$X_p = u_{pj} - u_{pj'}$$

$$Y_r = (u_{pj} + n_p) - (u_{pj'} + m_p) = X_p + (n_p - m_p)$$

$$\bar{Y}_r = \bar{X}_p + 1/N \underset{p}{\lessgtr} (n_p - m_p)$$

where $n_p$, $m_p$ (positive or negative) are the utility distortions for the jth and $j'$th profile for the pth person.

$\bar{Y}p$ will be different from $\bar{X}p$ depending upon how large $1/N \underset{r}{\lessgtr} (n_r - m_p)$ is, compared to $\bar{X}p$. There are at least two factors that may prevent the quantity $1/N \underset{r}{\lessgtr} (n_r - m_p)$ to be large enough to make $\bar{Y}p$ different from $\bar{X}p$: (a) the magnitude of the standard errors of the partworths (which are used to create $n_p$ and $m_p$) may be generally small

115

when compared to magnitudes of the partworths themselves, thereby
making $n_p$ and $m_p$ small when compared to $Xp$; and (b) as is more
likely, $n_p$ and $m_p$ may or may not be large but their values may
still be close to each other, thereby causing their difference to be
minimal. It would appear that primarily because it deals with
differences in utilities rather than utilities directly, the Bock-Jones
simulator would tend to cause utility distortions to "cancel out",
thereby causing its share predictions to be fairly robust.

As described in an earlier chapter, the MNP simulator in this thesis
is modeled after an approximation developed by Clarke (1961). The
primary inputs to the simulator are the means and the
variance-covariance matrix of the predicted utilities of profiles in
the choice set. Therefore, discrepancies in estimated share arising
out of likely distortions in the estimated partworths (and
hence in the predicted utilities) will depend directly
on how different the distorted inputs
are when compared to the undistorted case. It is probably reasonable
to expect that in a condition of minor distortions the utilities may
not vary much from their values in the undistorted case. Also, if the
sample of respondents were largely homogeneous in terms of partworths
and standard errors, it is likely that there will not be a large
variance in the distortions across respondents. Thus, under such
conditions, one might expect the MNP simulated shares to be fairly
stable. The robustness of estimates may suffer under higher levels of
distortion if only because the average predicted utilities for profiles

116

may change substantially.  The effect of such changes, however, might
be moderated by homogeneity in the sample of respondents, which implies
that the covariance matrix in the distorted case is not very different
from the one in the undistorted case.

## METHOD OF ANALYSIS

The experimental data consisted of the 'typewriter' subset of the
overall database described in Chapter 3.  This specific product
category was chosen because results in Chapter 4 had indicated that all
6 simulators provided similar predictions of share in 30 different sets
of competing profiles in this product category.  This ensures that
observed differences, if any, in predicted shares from simulators could
be attributed directly to distortions in the utilities--which is the
factor of interest being manipulated.  In other words, this data set
ensures that, in the undistorted case all 6 simulators are identical in
terms of predictions.  Just as in Chapter 4, a competing set of
profiles was constructed in the following manner:  one profile was
randomly picked from the holdout set of 25, and the share of first
choices it received across the entire sample was computed.  Two other
profiles were picked from the remaining 24, such that their shares of
the first choices were closest (higher or lower) to that of the first
profile.  30 such sets of profiles were constructed from the preference
data available for typewriters via the full profile data collection
procedure.

117

Utility distortions were achieved through distortions in the estimated partworths.  Three levels of distortion were operationalized.

(1)  Minor Distortion:  Distorted Partworth = Undistorted estimate
$\pm$ 10% of its standard error

(2)  Moderate Distortion:  Distorted Partworth = Undistorted estimate
$\pm$ 50% of its standard error

(3)  Large Distortion:  Distorted Estimate = Undistorted estimate
$\pm$ 90% of its standard error

(The $\pm$ sign was picked with equal probability for each partworth, for each individual.)

In each condition of distortion, partworths corresponding to that condition were used to predict utilities for profiles, in each of the 30 sets constructed earlier.

Consequently, the primary data for all 6 simulators consisted of 4 kinds of matrices - one for the undistorted case, and 3 for each condition of distortion; and within each kind, there were a total of 30 matrices of predicted utilities.  Exhibit 6-1 shows one such data set. Each of the (4x30)=120 matrices was submitted to each of the 6 simulators, and share predictions were obtained for every set.  Thus, every simulator output shares for 3 competing profiles in (i) the

118

undistorted utility condition, and (ii) the 3 distorted utilities conditions; and this was replicated on 30 different sets.

The Mean Absolute Deviation (MAD) of shares in each distorted condition from those in the undistorted conditions was taken as the measure representing effects of distortion in the utilities on any given simulators output of shares.  Figure 6-1 is a flow chart description of the process described above.

To summarize, the experiment resulted in 30 MAD values per cell, each cell being defined by the following factors and their levels:

(1)  Simulator Type

Maximum Utility Rule

Bradley-Terry-Luce 1

Bradley-Terry-Luce 2

Multinomial Logit

Multinomial Probit

Bock and Jones

(2)  Level of Utility Distortion

Minor distortion

Moderate distortion

Large distortion

119

DISCUSSION

A 2 way ANOVA with MAD values as the dependent variable and
'simulator type' and 'degree of distortion' as independent factors was
run.  The 6 simulators exhibited significant differences in the extent
to which they were affected by utility distortions; and the 3 different
levels of utility distortion also had significantly different effects.
Figure 6-2 illustrates variation in average MAD values (over 30 sets)
as a function of the degree of utility distortion, for each simulator.
There is no significant difference in MAD values among all simulators
in the minor distortion condition.  Note that in the base 'undistorted'
condition all simulators made identical predictions for this product
category.  The changes brought about in the utilities in the minor
distortion condition are apparently not large enough to alter
predictions in any notable manner.

The MUR gets affected most by moderate to large distortions.  This
is in keeping with conjectures made in a previous section.  In the kind
of profile set constructed for this analysis, viz profiles that are
competitive in the sense of having similar proportions of first
choices, an individual's utilities for profiles are likely to be
similar in magnitude.  The MUR, however, assigns shares based on rank,
i.e., a share of 1 to the highest and zero to the others.  If the
utilities are distorted just enough to alter the ranks, the shares at
the individual level change dramatically; although the magnitudes may
yet be similar.  For example, for a given individual the undistorted

120

utilities might be (6,6.1,5.9) and the distorted utilities might be (6.1,5.9,6). Obviously, the MUR assignment of shares is (0,100%,0) and (100%,0,0) respectively. If the sample is homogeneous with respect to these utilities, this gets reflected in the aggregate share estimates, especially if the sample size is not large enough for these changes to "wash out" (as is the case here). This is probably the reason the MUR simulator performs poorly in both the moderate and large distortion conditions.

Another noteworthy point is the insensitivity to noise exhibited by the MNL simulator across all conditions of distortion. This is in agreement with the discussion in a previous section. All utility magnitudes in the data are greater than unity, and following the expression for change in shares (Table 6-1), the MNL share changes are always very small for any level of distortion. Consequently, in competitive sets, the MNL simulator is almost always very robust in the predicting shares.

As expected, the Bock-Jones simulator, like the MNL, also is largely insensitive to utility distortions. This is primarily because it uses differences in utility magnitudes (rather than utility magnitudes themselves) in the computation of aggregate shares. Distortions in utilities, thus, tend to "cancel out" as a result of the differencing. Moreover, the sample size is not large enough to expect any significant heterogeneity in the partworths, their standard errors (and hence the distortions) to cause expressions (5) and (6), which are keys to share

via a B-J simulator, to change appreciably.  (Table 6-2 shows average values of (5) and (6) computed across 30 sets in all 3 conditions of distortion.)

The MNP simulator also appears to be robust to distortions in the utilities although not to the extent that the Bock-Jones and MNL simulators are.  As the extent of distortion increases, the MADs also tend to rise, although not very appreciably.  The two BTL simulators, as expected, show increasing deviations in share as the distortions increase.  Also, note that the two simulators show results that are not very different.

## CONCLUSION

This chapter sought to evaluate the robustness of estimates of share produced by any given choice simulator.  To date, an appreciable amount of evidence exists that confirms the robustness of conjoint analysis in the prediction of individual level utilities.  We explored the possibility of carrying that confidence one step further to the prediction of shares from individual level utilities.  The results indicate that simulators do differ in terms of how they effectively absorb different levels of distortion in the utilities.  The MUR simulator appears to suffer most in that its predictions vary considerably even in the face of moderate distortions.  The MNL and the B-J simulator, on the other hand, seem very robust to the same distortions; albeit for different reasons.

122



FIGURE 6-1: The Experimental steps for testing robustness

123

FIGURE 6-2:Avg.MADs versus degree of distortion



TABLE 6-1:ROBUSTNESS EXPRESSIONS FOR BTL1,BTL2,MNL SIM.

BTL-1

$$\Delta S_1 = \theta(h - u_1\theta(h+k+l))$$
$$\Delta S_2 = \theta(k - u_2\theta(h+k+l))$$
$$\Delta S_3 = \theta(l - u_3\theta(h+k+l))$$
$$\theta = 1/(u_1 + u_2 + u_3)$$

BTL-2

$$\Delta S_1 = 2u_1\alpha(h - u_1\alpha(u_1h + u_2k + u_3l))$$
$$\Delta S_2 = 2u_2\alpha(k - u_2\alpha(u_1h + u_2k + u_3l))$$
$$\Delta S_3 = 2u_3\alpha(l - u_3\alpha(u_1h + u_2k + u_3l))$$
$$\alpha = 1/(u_1^2 + u_2^2 + u_3^2)$$

MNL

$$\Delta S_1 = \beta\exp(u_1)(h - h\exp(u_1)\beta - k\exp(u_2) - l\exp(u_3))$$
$$\Delta S_2 = \beta\exp(u_2)(k - k\exp(u_2)\beta - l\exp(u_3) - h\exp(u_1))$$
$$\Delta S_3 = \beta\exp(u_3)(l - l\exp(u_3)\beta - h\exp(u_1) - k\exp(u_2))$$
$$\beta = 1/(\exp(u_1) + \exp(u_2) + \exp(u_3))$$

Table 6-2: $\frac{\mu_{jj'}}{\sigma_{jj'}}$ for the undist.and the 3 conditions.
Averaged over 30 sets

| jj' | No Dist. | Minor Dist. | Moder.Dist. | Major Dist. |
|-----|----------|-------------|-------------|-------------|
| 1-2 | -1.051 | -1.109 | -1.274 | -1.326 |
| 1-3 | -1.017 | -0.976 | -.817 | -.853 |
| 2-3 | .174 | .046 | .235 | .256 |

126

EXHIBIT 6-1
Typical Data Matrices for Chapter 6

### No Distortion

```
05.17  08.27  05.71
01.37  02.17  03.61
01.08  07.08  06.55
05.31  05.01  03.81
02.81  06.21  06.25
00.76  03.16  05.23
01.45  04.55  07.95
01.02  04.42  05.39
01.67  04.27  05.01
04.49  07.49  06.39
02.11  06.61  02.65
00.85  07.35  05.35
00.00  02.49  06.43
01.70  03.80  04.17
04.22  07.42  07.39
08.83  06.03  10.37
01.49  06.49  06.93
08.41  06.31  03.51
00.72  02.62  06.89
```

### Minor Distortion

```
05.28  08.48  05.75
01.48  02.48  03.58
01.18  07.38  06.52
05.41  05.22  03.84
02.92  06.47  06.26
00.86  03.39  05.25
01.55  04.86  07.91
01.12  04.84  05.28
01.78  04.48  05.05
04.59  07.81  06.35
02.21  07.03  02.54
00.95  07.75  05.25
00.09  02.83  06.38
01.80  03.84  04.19
04.33  07.63  07.42
08.94  06.27  10.39
01.60  06.71  06.96
08.51  06.62  03.47
00.82  02.98  06.82
```

### Moderate Dist.

```
05.27  08.86  05.48
01.45  03.28  03.02
01.16  08.17  05.98
05.40  05.65  03.54
02.90  07.04  05.86
00.85  03.89  04.90
01.52  05.70  07.34
01.03  06.03  04.43
01.77  04.85  04.79
04.56  09.67  05.75
02.17  08.28  01.68
00.91  08.53  04.43
00.07  03.74  05.75
01.79  04.35  03.83
04.31  08.05  07.13
08.92  06.78  10.03
01.58  07.15  06.66
08.48  07.44  02.91
00.79  03.97  06.14
```

### Major Distortion

```
05.21  09.20  05.18
01.39  04.05  02.43
01.09  08.91  05.39
05.34  06.04  03.21
02.84  07.57  05.42
00.79  04.35  04.52
01.46  06.49  06.72
01.00  07.23  03.54
01.72  05.19  04.49
04.49  09.49  05.12
02.09  09.49  00.77
00.83  10.08  03.57
00.00  04.61  05.08
01.73  04.82  03.44
04.26  08.43  06.80
08.87  07.25  09.64
01.53  07.55  06.31
08.42  08.22  02.30
00.72  04.92  05.41
```

127

7:A TWO-STAGE CONJOINT CHOICE SIMULATOR

## INTRODUCTION

The previous chapters presented evidence of specific conditions under which simulators based on a variety of preference-choice transformations were likely to produce erroneous estimates of shares of choice.

The problems associated with the most widely used simulator of all,the MUR,are essentially related to its performance in 'pareto-optimal' sets,or sets where there is no single dominant profile,as evidenced by the magnitudes of an individual's predicted utilities.For example, data sets in chapters 4,5 and 6 in which the MUR simulator predicted poorly were all characterized by a condition where an individual has similar predicted utilities for all profiles.The consequence of applying the MUR to an individual's predicted utilities in such sets is that in spite of the closeness of utility scores,the profile with the higher predicted is assigned a 100% share,however small the difference in the predicted utilities.While this seems counter to intuition,it could be argued that if an individual was very certain about the utility that (s)he assigned his/her most preferred profile(and indeed to the other profiles in the choice set),then, no matter how close the utilities of the less preferred profiles were to

128

that of the most preferred one,(s)he would end up choosing that profile eventually.Therefore,there exists a need to develop an alternative simulator which,among other features,would have an ability to capture uncertainties associated with each utility assigned to any given profile by a respondent.Further,it would be desirable to base the simulator on a transformation which would,in essence,correctly act as a maximum utility rule if utility uncertainties were minimal(and,therefore,predicted preferences were true indicators of choice),or act as a stochastic type rule(such as the BTL rules),where shares would be assigned in proportion to magnitudes of utilities and their respective uncertainties.  Typically,input matrices may consist of some profiles for which respondents may have fairly consistent and stable preferences, and others for which considerable amounts of uncertainty exist.Consequently, it would be desirable to investigate a transformation which first screens out profiles to which a respondent assigns a low utility with considerable certainty, and then assigns shares to the remaining profiles based on magnitudes of predicted utilities and uncertainties.

In this chapter,we present a simulator based on such a two-stage transformation of preferences into shares.While at the outset the nature of such a transformation may seem ad hoc,it could be looked at as being in the spirit of two-stage information processing strategies suggested in the literature on protocols of consumer decision processes(Bettman 1975,Lussier & Olshavsky 1979,Payne 1976,Einhorn 1971) which posit that consumers initially engage in a process where

129

choices are narrowed down by using a variety of simplifying
strategies,and only after the initial simplification do consumers start
making detailed comparisons among the remaining products.  We first
present the decision rule which drives the simulator and then present
results of an empirical test of its validity.


## THE DECISION RULE

(The discussion which follows concerns individual 'i'.Unless
otherwise stated,therefore,the subscript 'i' will be omitted).

Assume that preference for profile j can be described by density
function $f_j$; j=1,2,3.....J.

Let $u_j$ be the random variable denoting realizations from $f_j$.

Assume that $f_j$ is Normal($\mu_j, \sigma_j^2$).  Let $s_j$ denote the individual's
likelihood of choosing profile j.

Then, Prob($u_j > u_{j'}$)= [$(\mu_j - \mu_{j'})/(\sigma_j^2 + \sigma_{j'}^2 - 2\sigma_{jj'})$],j≠j'

Let K={$k_{jj'}$},where $k_{jj'}$=Prob($u_j > u_{j'}$),j≠j'. Let $k^*$ denote a threshold
probability value such that whenever $k_{jj'}$is greater than $k^*$,then the
respondent would choose j over j' with complete certainty.  Let {A} be the
set containing profiles such that $k_{jj'} < k^*$.  We pick the {A} with the least

130

number of profiles, say $\{A_j^*\}$

We then propose the following decision rule:

(A) $\quad S_j = 0 \; , \; \forall \; j \in \{A_j^*\}^C$

(B) $\quad S_j = \prod_{j'} k_{jj'} / \left( \sum_j \left( \prod_{j'} k_{jj'} \right) \right) \; , \; \forall \; j \in \{A_j^*\}$

In words,the rule first makes pairwise comparisons among all profiles in the choice set,taking into account utility magnitudes,uncertainties around them and interprofile similarities as evidenced through correlations among utilities.Next,the entire set of profiles is whittled down to a (possibly) smaller set such that profiles within this set are more comparable to each other in the sense that the probability of choosing one over another does not exceed a certain user specified threshold value.Within this more 'homogeneous' set of profiles,shares are assigned using a BTL type of rule. To be sure,the results of the decision rule, and hence predictions from the simulator,would be a function of the threshold value $k^*$.Depending on the value of $k^*$,the set $\{A_j^*\}$ will contain (a)no profiles,(b)one profile or (c) more than one profile.For (a) we need to raise the value of $k^*$ so that the set becomes non-empty and the usual simulator constraints (viz.simulator shares having to be between zero and one and summing to one across profiles) are satisfied.For (b) the MUR type assignment is automatically done via (B).For (c) the BTL form applies as is.

131

In the empirical test which we describe next,the consequence of assuming different values of $k^*$ is illustrated.

It may be recalled that the assumption of a normally distributed density function describing preferences for a profile is one made by the MNP simulator as well.Therefore,it would be interesting to compare the two-stage simulator predictions with those of the MNP simulator.At the outset,however,it could be pointed out that while the MNP simulator is computationally cumbersome in large profile sets(Daganzo 1980),the two-stage simulator can simulate shares with ease in sets of any size.

## EMPIRICAL TEST OF VALIDITY

The objectives of this section are to present results of tests of (a)the usefulness of the two-stage approach and its sensitivity to different values of $k^*$,and (b)the accuracy of the two-stage approach when compared to the MNP simulator(estimated via Clark's method).  The data utilized were those contained in the 'typewriter' database,as described in chapter 3.Essentially,the data consisted of actual and predicted ratings of 25 hypothetical profiles of typewriters ,for each of 19 respondents.

In the absence of multiple observations per individual per profile,responses were aggregated across individuals so that means and variances(for estimating density function parameters) could be computed.The results presented here,therefore,could be assumed to

132

represent those of a 'homogeneous' segment of 19 people,rather than any single individual.Recall that the MNP simulator as well as the BOck-Jones simulator make the same assumption, given the nature of a typical input individual-by-profile utility matrix.

The data matrix of 25 predicted utilities for 19 respondents was submitted to the two-stage simulator.  Table 7-1 presents profiles which pass the first stage of the 'screening process',at different values of the threshold probability .In other words,of the 25 profiles,these are the only profiles which may receive a non-zero assignment shares in stage two of the decision rule.The validity of the results of Table 7-1 can be gauged by comparing them with results presented in Table 7-2,which shows the 10 top ranked profiles in the hold-out set, based on the actual 0-10 ratings averaged across respondents.  The first stage of the decision rule seems to do quite well considering the fact that at $k^*=0.61$ it picks up three of the top five profiles and at $k^*=0.65$ it picks up seven of the top ten profiles.

The actual 0-10 ratings of respondents on the 25 profiles were then used to make a BTL type assignment of shares.These shares were then correlated with the shares predicted by the two-stage simulator.In spite of the fact that at $k^*=0.65$ as many as 15 profiles had predicted shares of zero,the correlation coefficient was reasonably high(0.691).

Ofcourse,as pointed out at various points in the thesis,a more useful test of validity would require data on actual choices against

133

which simulator predictions could be contrasted.  Table 7-3 presents
results of predictions made by the two-stage simulator with those made
by the MNP simulator in 30 sets of size 3 constructed in the same
fashion as described at various points in the thesis;the objective
being that the profiles be 'competitive' in the sense of having
predicted utilities close to each other.

   Every set of predicted utilities had a corresponding set of 'actual'
utilities (or 0-10 ratings) which were used to construct a set of
'actual' shares in the same fashion as described in Chapter 3.  As can
be seen,there does not seem to be a significant difference between
predictions made by the two simulators.It may be recalled,however,that
the MNP simulator is based on a choice rule which is computationally
cumbersome to apply in large choice sets;in fact Clark's method is
motivated by the fact that the exact MNP choice probabilities cannot be
computed in sets of sizes greater than 4 or 5 at the most. The
two-stage simulator,on the other hand, can handle sets of any size
because it is essentially based on making pairwise comparisons between
profiles in any set.

   Additionally,one could make a case for the two-stage simulator from
the point of view that it represents,albeit fairly approximately, a
class of information processing strategies espoused by information
processing theorists which posit that when faced with choices,consumers
initially narrow down the whole set to a smaller set(based on
considerations such as similarities,likes and dislikes, etc.) and only

then start making actual decisions about choice.

## CONCLUSION

In this chapter,we presented a new simulator based on a two-stage decision rule which transforms preferences into estimates of choice.Such a simulator was shown to produce reasonably valid estimates,given the specificities of the data used.Also,the simulator produced shares which were similar to those obtained from the MNP simulator(via Clark's method),both of which are based on the common assumption that individual preferences for a profile are normally distributed.A more rigorous test of validity of the two-stage simulator would necessarily imply having actual choice data as holdouts,an issue which has been discussed elsewhere in the thesis.

TABLE 7-1

Profiles eligible for non-zero share assignment,
at different $k^*$

| $k^*$ | PROFILE NUMBER |
|-------|----------------|
| 0.5 | 24 |
| 0.55 | 24,12 |
| 0.61 | 24,25,12 |
| 0.65 | 24,25,12,19,1,3,7,8,12,16 |

TABLE 7-2

The 10 top ranked profiles in the hold-out set
(Based on averaged ratings)

| RANK | PROFILE NUMBER |
|------|----------------|
| 1 | 25 |
| 2 | 19 |
| 3 | 12 |
| 4 | 24 |
| 5 | 11 |
| 6 | 6 |
| 7 | 1 |
| 8 | 7 |
| 9 | 15 |
| 10 | 16 |

TABLE 7-3

The Two-Stage Simulator and the MNP Simulator
(MADs of Actual from Predicted Shares)

| SIMULATOR | N | AVG.MAD | STD.DEV. |
|-----------|-----|---------|----------|
| MNP | 30 | .2168 | .1207 |
| TWO-STAGE | 30 | .2391 | .1341 |

8.  SUMMARY, LIMITATIONS AND SUGGESTED FUTURE RESEARCH

The primary purpose of this research was to examine the nature of conditions wherein each of six different conjoint choice simulators could be expected to provide accurate and/or robust estimates of market share.  Also, an additional effort was made to address some apparent shortcomings of the Maximum Utility Rule simulator (the most widely used simulator of all) by proposing a two-stage simulator, based on the central assumption that prefrences may be stochastic.

The thesis presented evidence to prove that a deterministic choice rule based simulator like the MUR would provide less accurate estimates than any other stochastic choice rule based simulator when the product category was of the non-durable/low involvement type.  Also, the MUR was shown to be a poor predictor of shares in competitive sets of profiles with fairly homogeneous preferences across respondents. Finally, it was clear that in competitive sets, the MUR estimates were not robust enough to withstand even moderate amounts of distortion in the input utilities.

Among the two BTL type of simulators, the BTL-2 was proposed as an alternative to the BTL-1 for use in large choice sets primarily because the formulation of its choice rule allowed for the possibility that in large choice sets an individual may concentrate more on a subset of his more preferred profiles than on all profiles equally.  Limited evidence

139

in that the BTL-2 hit ratios were slightly higher in large sets, was
discovered.  However, the differences were not statistically
significant to reject the hypothesis that both simulators are equally
good in large choice sets.  Perhaps a larger sample than of size 15, or
sets of sizes much greater than 20 profiles would cause the occurance
of more detectable differences.  Both BTL simulators were shown to be
sensitive to the inclusion/dropping of the intercept term in individual
preference functions used to predict utilities for alternative
profiles.  The dropping of the intercept term is a common practice
among practitioners employing conjoint simulators,in order to ensure
that the subsequent aggregation of utilities (or probabilities derived
from them) is meaningful.It was shown that such a procedure caused a
loss in accuracy of estimates made by the two BTL simulators.

The MNL simulator (as also the two BTL simulators) is based on
an individual choice rule that has the II-A property.It was shown that
in choice sets characterized by considerable homogeneity of preferences
across respondents, the consequence of this property carried over to
the aggregate level as well, causing erroneous estimates of share to be
made in certain special conditions. A very notable feature of the MNL
simulator that was conclusively demonstrated in chapter 6 was its
robustness to any reasonable amount of distortion in the primary input.
When compared to other simulators, estimates from the MNL simulator
remain fairly unchanged over a wide range of distortions introduced in
the utilities.  Thus, in a situation where one has reason to doubt the
reliability of the utility estimates, one would probably be better off

employing the MNL simulator to predict shares of choice.  The MNP and B-J simulators were proposed as viable alternatives in choice sets characterized by considerable dependencies among profiles, as evidenced by high correlations among utilites for them.  The MNP, as operationalized via Clark's procedure, did indeed provide more accurate estimates than the other simulators, whenever such correlations were substantial.  However, its superiority was diminished whenever the correlations were negative and/or whenever considerable heterogeneity of preferences was exhibited by respondents in the sample.  This trait, as outlined by Daganzo et. al. (1980), is largely a characteristic of Clark's method, rather than the MNP choice model per se.  One might make good use of the MNP simulator in product categories where such correlations may be a priori expected (for example, yogurts), where individual utilities for alternative brands may be a function of a few characteristics not included (or not amenable for inclusion) in the full set of attributes which describe a given profile.  Profiles sharing common, implicit characteristics may, then, tend to have utilities which are correlated.

The B-J simulator did not indicate any special improvement in accuracy of predictions in the same correlated sets as the MNP simulator, but whenever the sample compartal correlations associated with a profile approached a value of 0.5, the share predicted for that profile via the Bock-Jones simulator improved considerably; the reason, of course, being that one of the assumptions on which the B-J simulator is based is that the population compartal correlations for alternatives

141

in a set is 0.5.  Another noteworthy feature of the B-J simulator outlined in this thesis is its robustness to distortions in the primary input of utilities.  This is caused mainly due to the fact that the B-J simulator computes shares by incorporating interprofile dependencies via utility differences, and so distortions in utilities, more often than not, tend to 'cancel out'. The Two-Stage Simulator, presented in Chapter 7 was primarily motivated by some apparent shortcomings of the MUR simulator in competitive (or pareto-optimal) sets, as evidenced in chapters 4,5 and 6.  The choice rule on which the simulator is based roughly approximates the two-stage information processing strategies suggested in the literature on protocols of consumer decision processes which posit that when making choices, consumers initially engage in a process where choices are narrowed down by using a variety of simplifying strategies, and only after the initial simplification do consumers start making detailed comparisons among the remaining products .The choice rule was formalized under the central assumption that individual preferences for a profile are normally distributed, and that preferences may be correlated across profiles.  The usefulness of the two-stage approach was illustrated using a large choice set of 25 profiles, where the 'narrowing down' process could be expected to occur.Also,the validity of the two-stage simulator predictions was shown to be comparable to that of the MNP simulator, which is based on the same central assumptions of normally distributed preferences which may be correlated.

Perhaps the most important caveat to the results of this thesis is that the data used to test hypotheses in chapters 4 and 6 were preference-type data, rather than choice data.  In other words, it would have been more desirable to have real choice sets as hold-outs against which simulator predictions from preferences could be validated.  In the absence of such hold-out sets, hypothetical choice-sets were created under the important assumption that actual behavior could well be approximated by a maximum utility type of rule. However, it may be pointed out that the preferences which were used for most of the analyses were very reliable.

The sample sizes for data used in chapters 4 and 6 were small as far as real-world simulations of share are concerned.  A larger sample size could possibly have allowed for more heterogeneity in the utilities.  As was shown in Chapter 5 (and also discussed by Green and Krieger, 1986), the maximum utility rule tends to produce inconsistent estimates in homogeneous data sets.  Perhaps a lack of sufficient heterogeneity in the data might have contributed to the inaccuracies in the MUR estimates discovered in chapters 4 and 6.It may be pointed out,however,that a total of 1200 respondents participated in the original experiments which spanned 60 different experimental conditions.

A large number of attributes and levels across all 3 categories were monotonic in nature.  This also may have contributed to

143

a decrease in possible heterogeneity in the data.

The Two-Stage Simulator presented in chapter 7 would benefit from a more rigorous test of its validity.Specifically,such a test may incorporate procedures such as collecting self-explicated descriptions from participants on the actual decision process which they used, so that the validity of the two-stage model of decision making is tested.Also,such a test would ideally incorporate actual choices being made by respondents,so that enough choice data are available for testing the validity of predictions made by the simulator.

Given the conceptual appeal of modeling individual preferences via probability distributions(as done by choice rules underlying the Two-Stage Simulator and the MNP Simulator),it would be interesting to investigate the consequences of using alternative forms of density functions representing individual preferences on the accuracy and reliability of share estimates.  Further,it may probably be useful to to isolate distinct density functions and interpret the individual-level behavioral process each would imply,if one made it the basis of a decision rule to build a simulator on.Also,one could relate specific behavioral processes(and hence specific density functions) to specific product categories,and develop category-specific simulators.

As far as existing simulators are concerned, it may be worthwhile to investigate ways to make estimates of share more 'real'.  For example, a simulator with a capability of combining 'supply side' constraints

144

such as costs and margins with consumer preferences would probably

produce estimates which are more managerially relevant.  Along similar

lines, share estimates are likely to be more useful if they are

provided over a period of time.  It would be desirable to develop a

simulator which has a built-in capability of using one time preference

data with additional data such as media expenditures and/or price

related information over time, to produce share estimates.  One

interesting approach to this issue is suggested in the use of

Markovian-type switching matrices by Mahajan, Green and Goldberg

(1982).  Conjoint choice simulators are increasingly being used as

important intermediaries in the optimal product and product-line design

process.  While (as shown in this thesis) simulators based on

alternative choice rules may differ in their estimates of share under

different conditions, an investigation of the consequences of such

differences on what constitutes the optimal product or product line may

well be an interesting undertaking.  The reliability of share estimates

provided by choice simulators would be an issue of interest to users of

choice simulators.If one employs these estimates either to screen out'

some concepts or as intermediate data to attain other objectives,then a

knowledge of statistics such as confidence intervals around share

estimates would be useful.Therefore,it may be interesting to

investigate methods of deriving estimates of confidence intervals

around shares.Such an investigation would,ofcourse, be more challenging

in the case of a simulator such as the MUR(where the utilities are not

assumed to have an underlying distribution per se) than for simulators

based on choice rules which assume specific distibutions of individual

145

utilities for a profile.

The thesis has been mostly concerned with issues at the 'utility' level,rather than at the 'partworth' level.Interesting issues may be investigated by examining relationships between partworths and predicted shares;for example: (i)One may assume that partworths for an attribute are realizations from a specific distribution characterizing that attribute.Consequently, each attribute may have a unique distribution which captures an individual's preference for alternative levels of that attribute.One could then investigate effects of such an assumption on shares of choice using a variety of simulators.The usefulness of such an investigation would lie in identifying those simulators which are robust enough to accomodate the implications of the assumption.Alternatively,one may devise a simulator which explicitly accounts for the uniqueness of each attribute's distibution of partworths.  (ii)Another area of 'partworth' level investigation would seem to flow from the assumption that marketing mix variables affect partworths directly (rather than utilities),and that different partworths may be affected in varying ways.Consequently,specific partworths may be separately modeled as functions of specific mix variables.These functions could then be estimated (using either data from similar products or 'judgemental' estimates) and subsequently be made the basic input to a simulator.In other words, prior to being used as input to a choice simulator,one could in some way refine partworths to reflect specific effects of marketing mix variables.Estimates of share,then,would probably be more 'real'.

146

APPENDIX A-1


COMPUTATIONAL ASPECTS OF CLARK'S METHOD


Assume that $\mathcal{R}_1$, $\mathcal{R}_2$, $\mathcal{R}_3$ are three MVN distributed random variables
with known mean vector $\underline{m}=(m_1, m_2, m_3)$ and covariance matrix

$$\underline{\underline{\varsigma}} \qquad \begin{bmatrix} \sigma_1^2 & \sigma_{12}^2 & \sigma_{13}^2 \\[2mm] \sigma_{21}^2 & \sigma_2^2 & \sigma_{13}^2 \\[2mm] \sigma_{31}^2 & \sigma_{32}^2 & \sigma_3^2 \end{bmatrix}$$

$\bar{\mathcal{R}}_2$ be the random variable taking the greatest value of $\mathcal{R}_1$ and $\mathcal{R}_2$.

$$\bar{\mathcal{R}}_2 = \max(\mathcal{R}_1, \mathcal{R}_2).$$


In connection with a stochastic network scheduling problem, Clark
(1961) calculated the first four moments of $\bar{\mathcal{R}}_2$ and the covariance of $\bar{\mathcal{R}}_2$
and $\mathcal{R}_3$ as a function of $\underline{m}$ and $\underline{\underline{\varsigma}}$.  The formulas for the first
two moments of $\bar{\mathcal{R}}_2$ (the third and fourth moments will not be used in MNP
computations) and the covariance of $\bar{\mathcal{R}}_2$ and $\mathcal{R}_3$ are:


$$\bar{\bar{m}}_2 = m_2 + (m_1 - m_2)\,\bar{\Phi}(\alpha) + a\,\bar{\phi}(\alpha) \tag{1a}$$

$$\bar{\bar{m}}_2 = m_2^2 + \sigma_2^2 + (m_1^2 + \sigma_1^2 - m_2^2 - \sigma_2^2)\,\bar{\Phi}(\alpha) + (m_1 + m_2)a\,\bar{\phi}(\alpha) \tag{1b}$$

$$\bar{\sigma}_2^2 = \bar{\bar{m}}_2 - \bar{m}_2^2 \tag{1c}$$

and

$$\bar{\sigma}_{23}^2 = \sigma_{23}^2 + (\sigma_{13}^2 - \sigma_{23}^2)\,\bar{\Phi}(\alpha) \tag{1d}$$

where

147

$$a = [(\sigma_1^2 + \sigma_2^2 - 2\sigma_{12}^2)]^{1/2} \text{ and}$$

$$\alpha = (m_1 - m_2)/a$$

In these formulas $\bar{m}_2$, $\bar{\bar{m}}_2$, $\bar{\sigma}_2^t$ and $\bar{\sigma}_{2z}^2$ represent , respectively, the mean, the second absolute moment and variance of $\bar{\Omega}_2$ , and the covariance of $\bar{\Omega}_2$ and $\Omega_3$ .

If, as suggested by Clark, one approximates $(\bar{\Omega}_2, \Omega_3)$ by a bivariate normal distribution with a mean vector and covariance matrix given as above, one can apply equations 1a to 1c again to $(\bar{\Omega}_2, \Omega_3)$ to obtain the mean and variance of $\bar{\Omega}_3 = \max (\bar{\Omega}_2, \Omega_3) = \max (\Omega_1, \Omega_2, \Omega_3)$. As a matter of fact, the formulas can be applied recursively to a set of variables , $\Omega_1, \ldots \Omega_k$ to obtain the approximate mean and variance of the maximum.

The probability of choosing product i, $p_i$, can be written as

$$p_i = \text{prob}\{v_i > \max(v_j), \text{ for all } j \neq i\} \tag{2}$$

If we let $\bar{z}_j = v_{j'} - v_i$ (with $j' = j$ if $j < i$, $j' = j+1$ if $j \geq i$), then,

$$p_i = \text{pr}\{\max (z_j) \leq 0\}, \text{ for } j = 1, 2, \ldots I-1 \tag{3}$$

Using $\bar{z}_{I-1} = \max(z_j)$, $j = 1, 2 \ldots I-1$, and letting $\bar{\mu}_{I-1}$ and $\bar{\sigma}_{I-1}^2$ be the approximate mean and variance of $\bar{z}_{I-1}$ that one calculates with Clark's formulas, one can approximate $\bar{z}_{I-1}$ by a normal random variable with the same mean and variance, and $p_i$ by

$$p_i = \Phi(-\mu_{I-1}/\bar{\sigma}_{I-1}) \tag{4}$$

148

For a problem with 3 alternatives (as in this thesis), we need

(a)   one calculation of $\phi(\cdot)$

(b)   two calculations of $\Phi(\cdot)$

(c)   two calculations of $\bar{m}$ and $\bar{\bar{m}}$, and

(d)   one calculation of a variance or covariance.


For computing $\Phi$,


Abramowitz and Stegun (1965) provide a numerical approximation:

$$\Phi(x) \begin{cases} = 1-((((a_1 t + a_2)t + a_3)t + a_4)t + a_5)\phi(x) \quad , \quad x \geqslant 0 \\ = 1 - \Phi(x|) \, , \, else \end{cases}$$


where $t = (1 + .23146419x)$

$a = 1.330274429$

$a = -1.821255978$

$a = 1.781477937$

$a = -.356563782$

$a = .319381530$


and $\phi$, is, of course, given by

$$\phi(x) = \frac{1}{\sqrt{2\pi}} exp(-x^2/2)$$

149

APPENDIX A-2

THE MEAN VALUE THEOREM

Let $f(x,y)$ be continuous and have continuous first partial derivatives in a domain D. Further, let $(x_o, y_o)$ and $(x_o+h, y_o+k)$ be points in D such that the line segment joining these points lies in D.

Then,

$$f(x_o+h, y_o+k) - f(x_o + y_o) = h \, \partial f / \partial x + k \, \partial f / \partial y$$

the partial derivatives being evaluated at a suitable point of that segment.

For a function of three variables $f(x,y,z)$ satisfying conditons analogous to those above, the considerations are similar, and lead to the expression

$$f(x_o+h, y_o+k, z_o+l) - f(x_o, y_o, z_o) = h \, \partial f / \partial x + k \, \partial f / \partial y + l \, \partial f / \partial z$$

the partial derivatives being evaluated at a suitable point of the segment with end points $(x_o, y_o, z_o)$ and $(x_o+h, y_o+k, z_o+l)$.

150

BIBLIOGRAPHY

Abramowitz, M. and I. A. Stegun (1965), "Handbook of Mathematical
    Functions with Formulas, Graphs and Mathematical Tables." Dover,
    New York.

Albright R.; S. Lerman and C. Manski (1977), "Report on the
    development of an estimation program for the multinomial probit
    model," presented at the 57th annual meeting of the Transportation
    Research Board.

Batsell, R. and L. Lodish (1981), "A model and measurement
    methodology for predicting individual consumer choice," Journal of
    Marketing Research, 18, Feb.

Becker, G. M., M. Degroot and J. Marschak (1963), "An experimental
    study of some stochastic models for wagers," Behavioral Science, 3,
    Summer.

Bettman, J. R. (1975), "Issues in the design of consumer information
    environments," Journal of Consumer Research, 2, 169-77.

Bock, R., and L. Jones (1968), "The measurement and prediction of
    judgement and choice," San Francisco:  Holden day.

Bradley R., and M. Terry (1951), "Rank analysis of incomplete block designs: I; The method of paired comparisons," Biometrika, 39, 324-45.

Carmone, F.; P. Green, A. Jain (1978), "The robustness of conjoint analysis:  Some Monte Carlo results," Journal of Marketing Research, 15, 300-3.

Cattin, P. and D. Wittink (1976), "A monte carlo study of metric and non-metric estimation methods for multiattribute models," Research paper no. 341, Graduate School of Business, Stanford School of Business, Stanford University.

Cattin, P.; and D. Wittink (1981), "Commercial use of conjoint analysis:  A survey," Journal of Marketing, 46.

Clark, C. (1961), "The greatest of a finite set of random variables," Operations Research, 9, March.

Currim, I. (1982), "Predictive testing of consumer choice models not subject to independence of irrelevant alternatives," Journal of Marketing Research, May.

Daganzo, C. (1979), "Multinomial Probit:  The theory and its applications to demand forecasting," San Francisco:  Academic Press.

Daganzo, C.; F. Bouthelier and Y. Sheffi (1977), "An efficient approach to estimate and predict multinomial probit models," 56th meeting of the Transportation Research Board.

Daganzo, C.; F. Bouthelier and L. Schoenfeld (1978), "CHOMP User's Manual," Berkeley, CA:  University of California.

Dawes, R. and B. Corrigan (1974) "Linear models in decision making," Psychological Bulletin, 81, 95-106.

Debreu, G. (1960), "Review of R.Luce,Individual choice behavior," American Economic Review, 186-188, v50.

Einhorn, H. (1971), "The use of non-linear,non-compensatory models as a function of task and amount of information," Organization Behavior and Human Performance, 6: 1-27.

Green, P. E.; and A. Krieger (1986), "Choice rules and sensitivity analysis in conjoint simulators," Working Paper, Marketing, The Wharton School (revised).

Green, P. E.; and V. Srinivasan (1978), "Conjoint analysis in consumer research:  Issues and outlook," Journal of Consumer Research, 5, 102-123.

Green, P. E.; D. Carroll and S. Goldberg (1981), "A general approach
    to product design optimization via conjoint analysis," Journal of
    Marketing, 45, Summer, 17-37.

Green, P. E.; and W. DeSarbo (1984), "Choice constrained conjoint
    analysis," Decision Sciences, v15.

Green, P. E.; and A. Krieger (1985), "Models and heuristics for
    product line selection," Marketing Science, 4, Winter, 1-19.

Green, P. E.; and A. Krieger (1985), "Choice rules and sensitivity
    analysis in conjoint simulators," Working paper, Marketing, The
    Wharton School.

Green, P. E.; and M. Devita (1975b), "The robustness of linear
    models under correlated attribute conditions," 1975 Educator's
    Conference, Chicago, AMA, 108-11.

Green, P. E.; W. DeSarbo and P. Kedia (1980), "On the insensitivity
    of brand choice simulations to attribute importance weights,"
    Decision Sciences, v11, 439-450.

Gumbel, E. J. (1961), "Bivariate Logistic Distributions," Journal of
    the American Statistical Association, 56, 335-49.

154

Hausman, J. and D. Wise (1978), "A conditional probit model for quantitative choice," Econometrica, 46, March, 403-26.

Huber, G. P. (1974), "Multiattribute Utility Models: A review of field and field-like studies," Management Science, June, v22.

Huber, G. P. and W. Moore (1979), "A comparison of alternative ways to aggregate individual conjoint analyses," in proceedings of the AMA Educator's Conference, L. Landon, ed. Chicago:  AMA.

Johnson, R. M. (1974), "Trade-off analysis of consumer values," Journal of Marketing Research, 11, 121-7.

Johnson, E. J.; R. Meyer and S. Ghose (1986), "When choice models fail:  compensatory representations in efficient sets," Working paper, Graduate School of Industrial Administration, Carnegie-Mellon University.

Jain, A.; F. Acito, N. Malhotra, V. Mahajan (1978), "A comparison of predictive validity of alternative methods of estimating parameters in preference models," Working Paper, School of Management, SUNY at Buffalo.

Kamakura, W.; and R. Srivastava (1984), "Predicting choice shares under conditions of brand interdependence," Journal of Marketing Research, November.

Larsen, R. J.; and M. Marx (1981), "An introduction to mathematical statistics and its applications," Prentice-Hall, NJ.

Laurent, G.; and J. Kapferer (1985), "Measuring consumer involvement profiles," Journal of Marketing Research, Feb.

Lerman, S. and C. Manski (1977), "An estimator for the generalized multinomial probit choice model," paper presented at 1977 Transportation Research Board Meeting (Unpublished).

Luce, R. D. (1959), "Individual choice behavior," New York:  John Wiley and Sons.

Lussier, D. and R. Olshavsky (1979), "Task complexity and contingent processing in brand choice," Journal of Consumer Research, 6: 154-65.

Malhotra, N. M. (1984), "The use of linear logit models in marketing research," Journal of Marketing Research, February.

Mahajan, V.; and P. Green and S. Goldberg (1982), "A conjoint model for estimating self and cross-price/demand relationships," Journal of Marketing Research, 19 August.

156

McFadden, D. (1976), "Quantal Choice Analysis:  A survey," Annals of Economic and Social Measurement, 5/4.

Oppedijk van Veen, W.; and D. Beazley (1977), "An investigation of alternative methods of applying the trade-off model," Journal of the Marketing Research Society, 19, 2-9.

Payne, J. W. (1976), "Task complexity and contingent processing in decision making:  An information search and protocol analysis," Organizational Behavior and Human Performance, 16: 366-87.

Pessemier, E.; P. Burger, R. Teach, D. Tigert (1971), "Using laboratory brand preference scales to predict consumer brand purchases," Management Science, 17 February.

Punj, G. and R. Staelin (1978), "The choice process for graduate business schools," Journal of Marketing Research, 15, November.

Reibstein, D. J. (1978), "The prediction of individual probabilities of brand choice," Journal of Consumer Research, 5, September.

Reibstein, D. J.; J. Bateson, W. Boulding (1987), "The reliability of conjoint analysis," Working paper, Marketing, The Wharton School.

Rorer, L. G. (1971), "A circuitous route to bootstrapping," in Conference on Personality Measurement in Medical Education, eds. H. B. Haley, A. G. D'Costa, A. M. Schaefer, Washington, D.C., Assn. of American Medical Colleges.

Silk, A. J. and Glen Urban (1978), "Pre-Test market Evaluation of New Packaged Goods:  A model and Measurement Methodology," Journal of Marketing Research, 15, 171-191.

Thurstone, L. (1927), "A Law of comparative judgement," Psychological Review, 34, pp. 273-286.

Tversky, A. (1972), "Choice by Elimination," Journal of Mathematical Psychology, v9, p341-367.

Wiley, J.; and J. Low (1983), "A Monte Carlo simulation study of two approaches for aggregating conjoint data," Journal of Marketing Research, 20, November.

Wilkie, William, L.; E. Pessemier (1973), "Issues in Marketing's Use of Multi-Attribute Attitude Models," Journal of Marketing Research, 10, 428-41.

Zufryden, F. S. (1982), "Product line optimization by integer programming," in Proceedings of the annual meeting of ORSA/TIMS, San Diego, California.

Zufryden, F. S. (1977), "A conjoint measurement-based approach for
optimal new product design and market segmentation," in Analytical
approaches to product and market planning; A. D. Shocker, ed;
Cambridge, MA; MSI, 100-14.