1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., | Case No. 12-cv-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **NON-PARTY INTEL'S DECLARATION IN SUPPORT OF SEALING SAMSUNG TRIAL EXHIBITS NO. 353** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung's Trial Exhibit 353 contains a collection of technical documentation for Baseband Processors and RF Transceiver components. Two of the documents included in this collection are the X-GOLD 616 Data Sheet (593DOC000160 - 322) and the SMARTi UE/UE+ Integration Manual (APL630DEF-WH0007726141-26202). Because these documents contain highly confidential technical material pertaining to Intel's baseband transceiver designs, Intel requests that the Court seal these exhibits so that they do not become available to Intel's competitors and the public.

The Intel engineering material contained within these documents in Samsung's Trial

-1-

Exhibit 353 describes various technical aspects of Intel's baseband software. As detailed in the accompanying declaration from Dr. Josef Hausner, Division Vice President of Intel Mobile Communications GmbH which designs the Intel products used by Apple, Intel keeps engineering details of the sort described in these documents confidential (Hausner Decl. at ¶¶ 3-5, 8), and the proprietary design features of its baseband modems, some of which are detailed in the X-GOLD 616 Data Sheet (593DOC000160 - 322) and the SMARTi UE/UE+ Integration Manual (APL630DEF-WH0007726141-26202) are of tremendous value to Intel. (Hausner Decl. at ¶¶ 6-7) Intel, therefore, has good cause to request that the details of this code be kept under seal.

Under Fed. R. Civ. P. 26(c), evidence filed in support of non-dispositive motions should be sealed when there is "good cause." *Foltz v. State Farm Mut. Auto Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003). Courts in this circuit have often found that a party's interest in securing non-public engineering designs and other proprietary trade secrets constitutes not only "good cause" for sealing court records, *Dynetix Design Solutions, Inc. v. Synopsys, Inc.*, Case No. 11–CV–05973 PSG, 2013 WL 1366046, at 1 (N.D. Cal. Apr. 3, 2013), but also "compelling reason" when that heightened standard has been applied in the context of evidence attached to dispositive motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (compelling reason may be found in avoiding release of trade secrets); *Network Appliance, Inc. v. Sun Microsys., Inc.,* Case No. C-07-06053 EDL, 2010 WL 841274 (N.D. Cal. Mar. 10, 2010) (compelling reason to seal documents containing source code [at *5], detailed descriptions of source code [*5] and other "proprietary technical information" [at *2]); *Dish Network, LLC v. Sonicview USA, Inc*., Case No. 09CV1553-L(NLS), 2009 WL 2579052, at *1 (S.D. Cal. Aug. 20, 2009); *Upek, Inc. v. Authentec, Inc.*, Case No. C 10-00424 JF, 2010 WL 1980189, at *4 (N.D. Cal. May 17, 2010). This Court has previously found compelling reason to seal technical information pertaining to Intel baseband modem designs in the litigation between Apple and Samsung tried in 2012. See *Apple, Inc. v. Samsung Electronics Co., Ltd*., No. 11-CV-01846 (LHK), Order Granting-in-Part and Denying-in-Part Motions to Seal (Dkt. #1649) at 26-28 (N.D. Cal. Aug. 9, 2012) and Order re: Intel's Request for Clarification (Dkt. #1959) at 2-3 (N.D. Cal.

Sept. 7, 2012).

The technical documents in Samsung's Exhibit 353 describe the organization of the external interface of the Intel baseband modem (X-GOLD 616 Data Sheet (593DOC000160 - 322)) and the configuration and programming of Intel's RF transceivers (SMARTi UE/UE+ Integration Manual (APL630DEF-WH0007726141-26202)).  Intel derives significant commercial value from the design features embodied in its hardware and software. Hausner Decl. at ¶¶ 6-7. Part of the commercial advantage conferred by the modem hardware and software results from the manner in which the software is designed and organized. Hausner Decl. at ¶ 7. Intel can reasonably anticipate that disclosure of the design information contained in the X-GOLD 616 Data Sheet (593DOC000160 - 322) and the SMARTi UE/UE+ Integration Manual (APL630DEF-WH0007726141-26202) could cause Intel significant commercial harm. Intel's interest in avoiding that harm is more than sufficient to meet the good cause standard for sealing this information.

Intel respectfully requests that the Court seal the X-GOLD 616 Data Sheet (593DOC000160 - 322) and the SMARTi UE/UE+ Integration Manual (APL630DEF-WH0007726141-26202) contained within Samsung's Exhibit 353 to prevent disclosure of design details of its proprietary and highly valuable software. Good case for this request has been demonstrated in the evidence from Dr. Hausner that Intel will be significantly harmed if it cannot maintain its trade secrets and if its competitors have free access to the fruits of Intel's R&D investment.

Dated:  April 19, 2014                                    Respectfully submitted,

                                                                          /s/  Christopher Kelley_____

                                                                          *Counsel for Non-Party Intel Corporation*

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Kelley has concurred in this filing.

Dated:   April 19, 2014                                      */s/ Mark D. Selwyn*
                                                                            Mark D. Selwyn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 19, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                            */s/ Mark D. Selwyn*
                                                                            Mark D. Selwyn