UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER ON APPLE'S OBJECTIONS TO |
| ) | SAMSUNG'S DISCLOSURES |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

Apple has filed objections to Samsung's disclosures. ECF No. 1727-3. Samsung has filed a response. ECF No. 1726-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| **Judith Chevalier** | |
| SDX 3786 | SUSTAINED. |
| **Jong Pil Hong** | |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

| | |
|---|---|
| 7/4/2013 Depo at 47. | OVERRULED. Because Samsung's objection is overruled, Apple's objection is overruled. |
| **James Kearl** | |
| DX 390 | OVERRULED. |
| DX 396 | SUSTAINED. |
| **Ken Parulski** | |
| Witness Objection | OVERRULED. |
| SDX 3705 | OVERRULED. |
| SDX 3706 | OVERRULED. |
| **Dan Schonfeld** | |
| SDX 3994 | SUSTAINED. |
| SDX 3995 | OVERRULED. |
| SDX 3996 | SUSTAINED. |

Apple also requests to seal various documents. ECF No. 1727-3. Having considered Apple's motion, and compelling reasons having been shown, the Court seals the following documents as follows:

| Exhibit | COURT'S RULING ON SEALING REQUEST |
|---|---|
| JX 52 | GRANTED. |
| PX 257 | GRANTED. |
| PX 294 | GRANTED. |
| PX 295 | GRANTED. |
| PX 298 | GRANTED. |
| DX 351 | GRANTED. |
| DX 352 | GRANTED. |
| DX 353 | GRANTED. |
| DX 354 | GRANTED. |
| DX 371 | GRANTED. |
| DX 491 | GRANTED. |
| DX 499 | GRANTED. |
| SDX 3721-24 | GRANTED. |
| SDX 3728-30 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3733 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3737-38 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3741-42 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| SDX 3750 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3977-79 | GRANTED. |
| SDX 3981-86 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3990-92 | GRANTED. |
| SDX 3993, 3997-4001. | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted this demonstrative for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3994-96 | GRANTED. |
| DX 390 | GRANTED. |
| DX 391A | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted this demonstrative for the Court's review. The Court only has a copy of DX 391. Apple will file this exhibit by 4:45p.m. April 19, 2014. |
| DX 399 | GRANTED, except pages 1 and 69 (cover page and last page) are not sealable. |
| DX 402 | GRANTED. |
| DX 453A, pages 5 and 6 | GRANTED. |
| PDX 102.1-102.2 | DENIED WITHOUT PREJUDICE. Apple has not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3784 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |
| SDX 3805 | GRANTED. |
| SDX 3807 | GRANTED. |
| SDX 3935 | DENIED WITHOUT PREJUDICE. Apple and Samsung have not submitted these demonstratives for the Court's review. Apple will file these slides by 4:45p.m. April 19, 2014. |

**IT IS SO ORDERED.**

Dated: April 19, 2014

_____
LUCY H. KOH
United States District Judge

3
Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES