| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **NOTICE OF FILING OF MATERIALS SUBJECT TO APPLE'S APRIL 19 MOTION TO SEAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order on Sealing and Objections for Trial Exhibits (Dkt. No. 1616), Apple Inc. ("Apple") files as attachments hereto materials disclosed by Apple that are the subject of Apple's April 19, 2014 motion to seal (Dkt. No. 1727-3):

- PX 295
- DX 371
- DX 390
- DX 391A
- DX 402
- DX 453A
- DX 499
- PDX 102.1 and 102.2
- SDX 3721-3724, 3728-3730, 3733, 3737-3738, 3741-3742, and 3750
- SDX 3977-79, 3981-86, 3990-4001
- SDX 3784, 3805, and 3807
- SDX 3935

Certain other materials that are the subject of Apple's motion to seal are too voluminous to file on ECF.  Accordingly, Apple lodged the following exhibits with the Court this morning:

- PX 257
- PX 294
- PX 298
- DX 351
- DX 352
- DX 353
- DX 354
- DX 491

Apple also moved to seal JX 52, which is a compilation of confidential Apple source code.  Because JX 52 consists of source code files, Apple is not filing JX 52 on ECF, but will have the exhibit available in Court on Monday and available for the Court's review in connection with this motion to seal.

1  Dated: April 19, 2014            MORRISON & FOERSTER LLP

2

3                                   */s/ Rachel Krevans*
                                    Rachel Krevans

4                                   *Attorneys for Plaintiff and
                                    Counterclaim-Defendant Apple Inc.*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28