1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH CHEVALIER, FREEMAN, FREEMAN, HONG, MAZUR, MILLET, PARULSKI, RAO, SCHONFELD, AND STORER |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

On April 19, 2014, Samsung filed objections to Apple's disclosures.  ECF No. 1726-3.  On April 19, 2014, Apple filed a response.  ECF No. 1727-3.  After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **A. Judith Chevalier** | |
| Analysis Group Website Pages | Overruled.  The document may be used solely for refreshing recollection and will not be admitted as an exhibit. |
| Expert Reports and testimony of Dr. Teece in | Overruled.  The document may be used solely for refreshing recollection and will not be admitted as an exhibit. |

1

| | |
|---|---|
| the 1846 case | |
| Preliminary Jury Instructions | Sustained. |
| **B. Mitchael Freeman** | |
| PX254 | Overruled. |
| **C. Michael Freeman** | |
| PX251 | Overruled. |
| Robert Evatt Article | Overruled.  The document may be used solely for refreshing recollection and will not be admitted as an exhibit. |
| **E. JP Hong** | |
| Depo Tr. at 74:15-22 | Overruled. |
| **F. Tracey Mazur** | |
| PX248 | Overruled. |
| **G. Tim Millet** | |
| PX257 | Overruled. |
| PX294/298 | Overruled. |
| **H. Ken Parulski** | |
| Kearl Expert Report and Depo Transcript | Overruled.  The documents will not be admitted as exhibits. |
| Schonfeld Expert Report | Sustained. |
| **I. Sanjay Rao** | |
| Rao Article | Sustained. |
| **J. Dan Schonfeld** | |
| Slide 15 | Sustained. |
| Order at Dkt. 1301 | Sustained. |
| **K. James Storer** | |
| PX249/253 | Overruled. |
| Opening Demonstrative No. 56 | Overruled. |

**IT IS SO ORDERED.**

Dated: April 19, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 12-CV-00630-LHK
ORDER RE SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES IN CONNECTION WITH CHEVALIER, FREEMAN, FREEMAN, HONG, MAZUR, MILLET, PARULSKI, RAO, SCHONFELD, AND STORER