UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON SAMSUNG'S SEALING |
| | ) | REQUESTS |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |

Samsung requests to seal various documents. ECF No. 1726-3. Having considered Samsung's motion, and compelling reasons having been shown, the Court seals the following documents as follows:

| Exhibit | COURT'S RULING ON SEALING REQUEST |
|---|---|
| PX 246, pages 1, 2, 4, 5, 6, 15 | GRANTED as to only the highlighted portions of pages 1, 2, 4, 5, 6, and 15; DENIED otherwise. |
| DX 431, pages 30, 33, 35 | GRANTED. |
| SDX 3786-87 | GRANTED. |

1

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S SEALING REQUESTS

| | |
|---|---|
| SDX 3794A | GRANTED. |
| SDX 3794-95 | GRANTED. |
| SDX 3800-03 and SDX 3805-08 | GRANTED. |
| PDX 102, pages 3 and 4 | GRANTED. |
| DX 453A, pages 2 and 12 | GRANTED. |
| PX 153, page 26 | GRANTED. |
| PX 183, pages 4-7 | GRANTED. |
| PX 201, pages 11-13, 79-80, 116 | GRANTED. |
| PX 204, pages 56-57 | GRANTED. |
| DX 353 | GRANTED. |
| DX 491 | GRANTED. |
| SDX 3720-24 | GRANTED. |
| SDX 3977-79 | GRANTED. |
| DX 396 | GRANTED. |
| SDX 3926 | GRANTED. |
| DX 353 | GRANTED. |
| SDX 3990-92 | GRANTED. |

Dated: April 19, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S SEALING REQUESTS