1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON APPLE'S SEALING |
| | ) | REQUESTS |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

Apple requests to seal various documents. ECF No. 1727-3. Having considered Apple's motion, and compelling reasons having been shown, the Court seals the following documents as follows:

| Exhibit | COURT'S RULING ON SEALING REQUEST |
|---|---|
| SDX 3728-30 | GRANTED. |
| SDX 3733 | GRANTED. |
| SDX 3737-38 | GRANTED. |
| SDX 3741-42 | GRANTED. |
| SDX 3750 | GRANTED. |
| SDX 3981-86 | GRANTED. |

1

| | |
|---|---|
| SDX 3993, 3997-4001 | GRANTED. |
| DX 391A | GRANTED. |
| PDX 102.1-102.2 | GRANTED. |
| SDX 3784 | GRANTED. |
| SDX 3935 | GRANTED. |

**IT IS SO ORDERED.**

Dated: April 19, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

2