UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER ON VERDICT FORMS |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

In light of the parties' statements regarding products and features that are no longer accused of infringing Samsung's patents (ECF No. 1727-3), the parties shall file updated proposed verdict forms with their briefs regarding the verdict forms by 5:00 P.M. on April 21, 2014.

**IT IS SO ORDERED.**

Dated: April 19, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge