UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON ACCUSED PRODUCTS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The parties have stated that certain products and features are no longer accused of infringing Samsung's patents. ECF Nos. 1727-3 and 1727-5. The parties are hereby ORDERED to file an updated list of Apple products accused by Samsung, by asserted patent, no later than 12:00 P.M. noon on April 20, 2014.

**IT IS SO ORDERED.**

Dated: April 19, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER ON ACCUSED PRODUCTS