| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> ***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **CERTIFICATE OF SERVICE UPON VOICE OVER CELLULAR INVENTIONS, LLC** |

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 127375773v.1

I, Michael Silhasek, hereby declare:

I am employed in Santa Clara County, California. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On April 20, 2014, I served the following documents by electronic service:

1. Apple's Objections and Responses to Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Shonfeld, James Storer; and

2. Exhibits 4, 5, and 9 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses to Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Shonfeld, James Storer.

BY ELECTRONIC SERVICE: I caused the documents to be sent by E-Mail to the Counsel for Voice Over Cellular Inventions, LLC:

David L. Bryant
GableGotwols
1100 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74109
dbryant@gablelaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2014, at San Jose, California.

*/s/ Michael Silhasek*
Michael Silhasek

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 127375773v.1