QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR CHASE, COCKBURN, GREENBERG, JEFFAY, MACCOUN, MOWRY, RINARD, SCHONFELD, SNOEREN, VELLTURO, AND WIGDOR** |

98.51981/5883763.1

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR CHASE, COCKBURN, GREENBERG, JEFFAY, MACCOUN, MOWRY, RINARD, SCHONFELD, SNOEREN, VELLTURO, AND WIGDOR

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of an email from Ruth N. Borenstein to Michael Fazio dated 4/19/2014 at 9:41pm.

3. Attached as Exhibit B is a true and correct copy of Apple's Rebuttal Cross Examination disclosure for Dr. Jeffrey Chase, dated April 19, 2014.

4. Attached as Exhibit C is a true and correct copy of Apple's Rebuttal Cross Examination disclosure for Dr. Saul Greenberg, dated April 19, 2014.

5. Attached as Exhibit D is a true and correct copy of Apple's Rebuttal Cross Examination disclosure for Dr. Martin Rinard, dated April 19, 2014.

6. Attached as Exhibit E is a true and correct copy of Apple's Rebuttal Cross Examination disclosure for Dr. Daniel Wigdor, dated April 19, 2014.

7. Attached as Exhibit F is a true and correct copy of Apple's Rebuttal Cross Examination disclosure for Dr. Kevin Jeffay, dated April 19, 2014.

8. Attached as Exhibit G is a true and correct copy of Apple's Corrected Direct Examination disclosure for Christopher Vellturo, dated April 5, 2014.

9. Attached as Exhibit H is a true and correct copy of Apple's Cross Examination disclosure for Dale Sohn, dated April 8, 2014.

10. Attached as Exhibit I is a true and correct copy of Apple's Cross Examination disclosure for Todd Pendleton, dated April 11, 2014.

11. Attached as Exhibit J is a true and correct copy of Apple's Cross Examination disclosure for Hiroshi Lockheimer, dated April 8, 2014.

1     I declare under penalty of perjury that the foregoing is true and correct.   Executed on
2 April 20, 2014, at San Jose, California.

                                             */s/ Michael L. Fazio*

                                             Michael L. Fazio

98.51981/5883763.1

-3-

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS AND RESPONSES REGARDING EXHIBITS AND DEMONSTRATIVES DISCLOSED FOR CHASE, COCKBURN, GREENBERG, JEFFAY, MACCOUN, MOWRY, RINARD, SCHONFELD, SNOEREN, VELLTURO. AND WIGDOR