# EXHIBIT A

**Katharine Barach**

---

| | |
|---|---|
| **From:** | Borenstein, Ruth N. [RBorenstein@mofo.com] |
| **Sent:** | Saturday, April 19, 2014 9:41 PM |
| **To:** | Michael Fazio; Samsung NEW |
| **Cc:** | AppleMoFoHPO; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'; '*** GDC - 630 Team'; Samsung NEW HPO |
| **Subject:** | RE: Apple v. Samsung 630 case:  April 19 rebuttal cross disclosures and HPOs |

Michael,

Apple maintains its witness objection.  Apple relies on the preliminary jury instructions to define the scope of rebuttal for Samsung's experts because Samsung's proposed preliminary jury instructions requested rebuttal "on the validity of Samsung's patents" and the instructions issued by the Court did not afford Samsung any rebuttal on the validity of Apple's patents.  When Samsung requested a change in the middle of trial, the Court responded that "for now," Samsung's experts would be subject to recall and did not resolve the issue.  In contrast, the Court did resolve Samsung's request that Apple address non-infringement and non-infringing alternatives in rebuttal and required Apple to wait to address those issues in rebuttal.  (Tr. at 816:23-817:1.) Thus, Apple's experts are not limited to validity.

Ruth

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Saturday, April 19, 2014 7:34 PM
**To:** Borenstein, Ruth N.; Samsung NEW
**Cc:** AppleMoFoHPO; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'; '*** GDC - 630 Team'; Samsung NEW HPO
**Subject:** RE: Apple v. Samsung 630 case: April 19 rebuttal cross disclosures and HPOs

Counsel,

The Court's Preliminary Jury Instructions (Dkt. 1542) contemplate rebuttals only for invalidity.  Please explain how your position – that Drs. Mowry, Snoeren and Cockburn can testify to issues other than invalidity – can be reconciled with your witness objections to Drs. Jeffay, Chase, Rinard, Wigdor and Greenberg.  Otherwise, please confirm that your witness objections are withdrawn.

Best regards,
Michael Fazio

---

**From:** Borenstein, Ruth N. [mailto:RBorenstein@mofo.com]
**Sent:** Saturday, April 19, 2014 9:30 PM
**To:** Samsung NEW
**Cc:** AppleMoFoHPO; WHAppleSamsungNDCalIITeam@wilmerhale.com; *** GDC - 630 Team
**Subject:** Apple v. Samsung 630 case: April 19 rebuttal cross disclosures and HPOs

Counsel:

Apple's high priority objections to Samsung's rebuttal disclosures for Jeffry Chase, Saul Greenberg, Kevin Jeffay, Martin Rinard, Dan Schonfeld, and Daniel Wigdor are set forth below.
Apple's cross disclosures for those witnesses are attached.  Apple is not serving any demonstratives with its cross disclosures.

**Jeffrey Chase**
- **Witness objection**:  Outside scope of rebuttal testimony timely requested by Samsung and permitted by Court in preliminary jury instructions
- **DX318**:  Foundation, authenticity if Samsung does not enter into evidence authenticating declaration.

**Saul Greenberg**
- **Witness objection**:  Outside scope of rebuttal testimony timely requested by Samsung and permitted by Court in preliminary jury instructions
- **Testimony beyond the scope of recall of witness**:  To the extent that Dr. Greenberg is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to any testimony from Dr. Greenberg beyond the scope of invalidity, including any testimony about infringement, non-infringing alternatives, or Dr. Hauser's conjoint survey.
- **SDX2699**:  To the extent that Dr. Greenberg is permitted to testify at all, notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to SDX 2699 as beyond the scope of invalidity

**Kevin Jeffay**
- **Witness objection**:  Outside scope of rebuttal testimony timely requested by Samsung and permitted by Court in preliminary jury instructions
- **DX333:**  To the extent that Dr. Jeffay is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to DX333 as follows:  Case narrowing violation (includes prior art not on narrowed list and references excluded by Dkt. 1701); improper rebuttal testimony (exhibit not used in direct).
- **DX339**:  To the extent that Dr. Jeffay is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to DX339 under FRE 402/403 (suggestion that Dr. Miller was aware of or copied embedded buttons is irrelevant and prejudicial and violates Dkt. 1573)

**Martin Rinard**
- **Witness objection**:  outside scope of rebuttal testimony timely requested by Samsung and permitted by Court in preliminary jury instructions
- **JX54**:  To the extent that Dr. Rinard is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to JX54 as improper rebuttal as prior art not discussed in Samsung's case-in-chief
- **DX306**:  To the extent that Dr. Rinard is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to DX306 as improper rebuttal as prior art not discussed in Samsung's case-in-chief

**Dan Schonfeld**
- **SDX3982 (reference to DX351.1772):**  To the extent it is used in Dr. Schonfeld's direct examination, Apple objects to the inclusion of page DX351.1772 on SDX3982 as beyond scope of expert reports.  This demonstrative reproduces a portion of a document that is not discussed in Dr. Schonfeld's expert reports.  *See* Dkt. 1730 at 2 (sustaining objection to SDX3996 on same ground).
- **SDX3986 (reference to Mail/Messages code)**:  The extent it is used in Dr. Schonfeld's direct examination, Apple objects to the inclusion of the source code cited as APL630DEF-WH-SC00004418 on SDX3986 as beyond scope of expert reports.  This demonstrative suggests that Dr. Schonfeld will

testify about source code not discussed in his reports.  *See* Dkt. 1730 at 2 (sustaining objection to SDX3994 on same ground).

**Daniel Wigdor**
- **Witness objection**:  Outside scope of rebuttal testimony timely requested by Samsung and permitted by Court in preliminary jury instructions
- **Testimony beyond the scope of recall of witness**:  To the extent that Dr. Wigdor is permitted to testify notwithstanding Apple's witness objection to his offering any rebuttal testimony, Apple objects to any testimony from Dr. Wigdor beyond the limited scope of invalidity, including any testimony about non-infringing alternatives, or Dr. Hauser's conjoint survey

----------------------------------------------------------------
**Ruth N. Borenstein**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7348 | F: 415.276.7348 | C: 415.310.2525
RBorenstein@mofo.com | www.mofo.com

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail RBorenstein@mofo.com, and delete the message.