# EXHIBIT C

*Apple v. Samsung,* No. 12-cv-00630
# Dr. Saul Greenberg Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's rebuttal disclosure for Dr. Andrew Cockburn of April 19, 2014, as further specified in subsequent emails between the parties
- Samsung's rebuttal disclosure for Dr. Saul Greenberg of April 19, 2014

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in Apple v. Samsung, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Greenberg's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*