# EXHIBIT D

*Apple v. Samsung,* No. 12-00630
# Dr. Martin Rinard Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's April 19, 2014 rebuttal disclosure for Dr. Alex Snoeren, as further specified in subsequent emails between the parties.
- Samsung's April 19, 2014 rebuttal disclosure for Dr. Martin Rinard.

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in *Apple v. Samsung*, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Rinard's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*