# EXHIBIT G

*Apple v. Samsung*, No. 12-cv-00630
**Christopher Vellturo Trial Disclosure**

**Exhibits**

- PX111
- PX113A
- PX115 (pages 1-4)
- PX117 (pages 1-6, 16, 49, 55-56, 69, 183)
- PX118
- PX119
- PX120
- PX121
- PX122A
- PX123
- PX126
- PX128
- PX129 (pages 1-4, 8-9)
- PX130
- PX131
- PX132
- PX136 (all pages)
- PX137
- PX137A
- PX138 (page 1)
- PX141
- PX142 (all pages)
- PX145
- PX146
- PX147 (pages 1-3, 5, 9, 13)
- PX149
- PX150
- PX151 (pages 1-7, 21, 35, 39, 68)
- PX152 (pages 1-4)
- PX153 (pages 1-2, 8, 33)
- PX154 (pages 1, 5-10)
- PX155 (pages 1-2, 57)
- PX156
- PX157
- PX158 (spreadsheet)
- PX160 (spreadsheet)
- PX161 (pages 1, 7-18)
- PX162 (all pages)
- PX163 (pages 1, 3)

sf-3397329

*Apple v. Samsung,* No. 12-cv-00630
# Christopher Vellturo Trial Disclosure

- PX165 (pages 1-3, 7, 17)
- PX168
- PX169
- PX181
- PX183 (pages 1, 4, 81)
- PX193
- PX194 (pages 1-3, 27, 52)
- PX195 (page 1)
- PX196 (all pages)
- PX197 (pages 1, 8)
- PX198
- PX199
- PX200 (pages 1-3, 11, 14)
- PX201 (pages 1, 10-13, 19, 41, 54)
- PX203 (pages 1-2, 4, 10)
- PX204
- PX206 (pages 1-2)
- PX208 (pages 1-4)
- PX209
- PX210 (pages 1-8, 48)
- PX211
- PX214 (pages 1-2, 8, 11, 13, 17, 40, 53, 70, 77, 79, 81, 96, 119, 122, 124)
- PX215 (pages 1-4)
- PX218 (pages 1-2, 6)
- PX219
- PX222 (all pages)
- PX222A (all pages)
- PX223 (all pages)
- PX223A (all pages)
- PX224 (all pages)
- PX226 (pages 1-19, 26-30)
- PX227 (pages 1-4)
- PX242
- PX243
- PX244
- PX245

**Demonstratives**

- PDX92.1-PDX93.84

sf-3397329

*Apple v. Samsung,* No. 12-cv-00630
# Christopher Vellturo Trial Disclosure

**Other Documents**

- Samsung's July 15, 2013, Supplemental Response to Apple's Interrogatory No. 4: p. 1 (entirety); p. 2 (line 1-14, 27); p. 3 (lines 4-7); p. 204 (signature block).  All other portions redacted.
- Joint Pretrial Statement (D.I. 1455); Undisputed Fact No. 13.  All other portions redacted.
- Samsung's July 15, 2013, Supplemental Response to Apple's Interrogatory No. 4: p. 1 (entirety); p. 2 (line 1-14, 27); p. 3 (lines 4-7); p. 204 (signature block).  All other portions redacted.
- Joint Pretrial Statement (D.I. 1455); Undisputed Fact No. 13.  All other portions redacted.
- Apple will also have available for Dr. Vellturo in Court a binder with his opening, rebuttal and supplemental expert reports in this case as well as the rebuttal expert report of Dr. Chevalier, Dr. Foster, Dr. Erdem and Dr. Reibstein. However, Apple does not intend to offer these expert reports into evidence.