# EXHIBIT H

*Apple v. Samsung,* No. 12-00630
# Sohn Cross Examination Disclosure

*Apple reserves the right to use any materials identified by Samsung for use during direct examination during Apple's cross-examination. The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

**Exhibits (subject to any of Apple's objections and the Court's rulings)**
- JX22
- JX23
- JX24
- JX25
- JX26
- JX27
- JX28
- JX29
- JX30
- JX31
- PX107
- PX117 (pages 2-3, 6, 49, 69)
- PX119
- PX120
- PX121
- PX132A
- PX137A
- PX145
- PX146
- PX147
- PX148 (pages 1, 29-31, 68-71)
- PX149
- PX150 (pages 1-5)
- PX151 (pages 6-7, 35)
- PX152 (pages 1-4)
- PX153 (pages 1, 3, 8, 26, 33-35)
- PX154 (pages 1, 3, 5, 7)
- PX155 (pages 1, 2, 42-45, 57, 105-107, 114-115, 120-122)
- PX156
- PX157
- PX160 (all pages)
- PX161 (all pages)
- PX163 (pages 1-4)
- PX164 (pages 1, 3-7, 13-18, 20-24)
- PX165 (pages 1, 3-7, 17, 19-22)
- PX167
- PX168
- PX169
- PX174 (pages 1, 3-5, 13, 17, 20-22, 30)

*Apple v. Samsung,* No. 12-00630
# Sohn Cross Examination Disclosure

- PX181
- PX182 (pages 1-2, 4-7, 9, 17, 24, 32)
- PX183 (pages 1, 2, 4-7, 10-14, 82)
- PX184 (pages 1, 3-6, 12, 14-15, 20-22, 25-26)
- PX185 (pages 1-11, 13-18, 24-27, 66-68, 78-80, 82)
- PX193
- PX194 (pages 1-5 27, 30, 35-41, 44-61)
- PX197 (pages 1, 6-8, 10, 14, 16-17, 19-28)
- PX200 (pages 1-20, 69-81)
- PX201 (pages 1, 3, 5 7, 10-14, 16-17, 19, 22, 26-28, 34-39, 41, 43-44, 61-63, 70-71, 77-79, 81, 93, 95, 101, 104, 109, 112, 116, 118, 125-132)
- PX202 (pages 1-5, 11, 16-17)
- PX203 (pages 1-3, 7)
- PX204 (pages 1-2)
- PX205 (pages 1-8)
- PX206 (pages 1-2)
- PX207 (pages 2-3, 51-52)
- PX208 (pages 1-4)
- PX209 (pages 1-6, 12-15)
- PX210 (pages 1-2, 4, 5-7)
- PX211
- PX214
- PX215 (pages 1-4)
- PX216 (pages 1-3)
- PX217 (pages 1, 45, 47)
- PX218 (pages 1, 3, 4, 6)
- PX219
- PX224 (pages 1-6, 8-11, 13-16)
- PX226 (pages 1, 15-19)
- PX227 (pages 1-7)
- PX228 (pages 1-14)
- PX229 (pages 1-12)
- PX242 (pages 1-32)
- PX300

**Demonstratives (subject to any of Apple's objections and the Court's rulings)**
- Apple's Opening Slides (and embedded videos)
- Samsung's Opening Slides (and embedded videos)

**Testimony and Other Documents (subject to any of Apple's objections and the Court's rulings)**
- Deposition of Dale Sohn, April 20, 2012
- Order re Victory Phone, April 7, 2014 (Dkt. 1613)

*Apple v. Samsung,* No. 12-00630
# Sohn Cross Examination Disclosure

- Order Granting Motion for Preliminary Injunction, July 1, 2012 (Dkt. 221)
-  1846 Trial Transcript at pp. 795-796, November 14, 2013 (Dkt. 2840)
- Samsung's Responses to Apple's Interrogatory No. 4, 21, 29, 45, 47, and any supplements thereto