# EXHIBIT I

*Apple v. Samsung,* No. 12-00630
# Todd Pendleton Cross Examination Disclosure

*Apple reserves the right to use any materials identified by Samsung for use during direct examination during Apple's cross-examination. The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

**Exhibits**

- PX121
- PX137B
- PX142
- PX146
- PX149
- PX154 (pages 1, 3, 5, 7)
- PX156
- PX160 (all pages)
- PX163 (pages 1-4)
- PX164 (pages 1, 3, 18)
- PX193
- PX202 (pages 1-3, 5, 11, 17)
- PX203
- PX206 (pages 1-2)
- PX209
- PX211
- PX214
- PX215 (pages 1-4)
- PX217 (pages 1, 45, 47)
- PX218 (pages 1-4, 6)
- PX227 (pages 1-7)
- PX228 (pages 1-14)
- PX229 (pages 1-12)
- PX268

**Testimony and Other Documents**

- Deposition of Todd Pendleton, March 21, 2012 (1846 Case)
- Deposition of Todd Pendleton, March 21, 2012 (ITC 794 Case)
- Deposition of Todd Pendleton, July 19, 2013 (630 Case)
- Pfanner, E. and Chen, B., "Samsung: Uneasy in the Lead," New York Times, December 14, 2013
- Lee, M., "Samsung Tweaks How it Calculates Marketing Costs," Wall Street Journal, April 3, 2013