| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 14 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REQUEST TO SEAL TRIAL MATERIALS RELATED TO PARTIES' DISCLOSURES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's request to seal certain trial exhibits related to the parties' April 19th disclosures as indicated in Samsung's April 20th High Priority Objections and Responses.

3. Samsung requests an Order sealing the following pages:

| Exhibit | Portions to be Sealed |
|---|---|
| JX50A | SAMNDCA630-SC00057553-87; SAMNDCA630-SC00057951-57; SAMNDCA630-SC00057958-75. |
| SDX3792 | Entirety of Exhibit |
| PDX92.86 | Entirety of Exhibit |
| PDX92.86A | Entirety of Exhibit |

4. The documents listed in paragraph 3 include Samsung's highly confidential business strategy information, financial information, and market survey and research data. Specifically:

- Portions of SDX3792, PDX92.86, PDX92.86A include Samsung's financial and/or sales data; and
- Portions of JX50A contain Samsung's source code.

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.

(*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

6. I am informed and believed that Samsung considers the information regarding its source code and the development of its code highly confidential because competitors could use the information to copy certain features exclusively found on Samsung's products, and to gain insight into Samsung's development processes.

7. I am informed and believed that Samsung considers the financial data included in these documents highly confidential. Samsung does not report the type of data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

8. Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

9. I am informed and believe that competitors and suppliers could use the financial data included in these documents to Samsung's detriment by undercutting Samsung's prices, or using margins to extract higher prices for components during supply negotiations.

10. I am informed and believe that Samsung considers its proprietary source code highly confidential because public disclosure could allow competitors to copy features exclusively found on Samsung's products.

11. For the foregoing reasons, Samsung requests that its administrative motion to file under seal be granted as to the pages listed in paragraphs 3, *supra.*

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on April 20, 2014, at San Jose, California.
3
4                                          */s/ Michael L. Fazio*
                                            ────────────────────────────
5                                              Michael L. Fazio
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28