1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER SEALING TRIAL EXHIBITS RELATED TO PARTIES' DISCLOSURES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal trial exhibits and demonstratives related to the parties' April 19, 2014 disclosures as indicated in Samsung's April 20, 2014 High Priority Objections and Responses.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

1. The following portions of the parties' trial exhibits and demonstratives related to the parties' April 19, 2014 disclosures are to be sealed:

| Exhibit | Portions to be Sealed |
|---|---|
| JX50A | SAMNDCA630-SC00057553-87; SAMNDCA630-SC00057951-57; SAMNDCA630-SC00057958-75. |
| DX314A | Entirety of Exhibit |
| SDX3792 | Entirety of Exhibit |
| PX2003 | Entirety of Exhibit |
| PX2004 | Entirety of Exhibit |
| PDX92.86 | Entirety of Exhibit |
| PDX92.86A | Entirety of Exhibit |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge