
JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal the following documents:

1. Apple's Objections and Responses to Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoren, Christopher Vellturo, and Daniel Wigdor ("Apple's Objections and Responses")

2. Exhibits 1 and 3-6 to the Declaration of Erik J. Olson in support of Apple's Objections and Responses ("Exhibits 1 and 3-5").

Apple's Objections and Responses and Exhibits 1 and 3-5 contain information that Samsung and/or Google may consider confidential. Apple expects that Samsung and/or Google will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in Apple's Objections and Responses and Exhibits 1 and 3-5 should be sealed.

Apple does not maintain a claim of confidentiality with respect to Apple's Objections and Responses or Exhibits 1 and 3-5. Apple does not file a proposed redacted version of the aforementioned documents in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple has moved to file Apple's Objections and Responses and Exhibits 1 and 3-5 under seal. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing Apple's Objections and Responses and Exhibits 1 and 3-5 under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed

copy of Apple's Objections and Responses and Exhibits 1 and 3-5 identifying what information Samsung has supported sealing.

Dated:  April 20, 2014                                         MORRISON & FOERSTER LLP

                                                               */s/ Rachel Krevans*
                                                               Rachel Krevans

                                                               *Attorneys for Plaintiff and
                                                               Counterclaim-Defendant Apple Inc.*