1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Objections and Responses to Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoren, Christopher Vellturo, and Daniel Wigdor ("Apple's Objections and Responses") and Exhibits 1 and 3-5 to the Declaration of Erik J. Olson in Support of Apple's Objections and Responses ("Exhibits 1 and 3-5").  Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Objections and Responses | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 1 | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 3 | Portion(s) indicated by Samsung. |
| Exhibit 4 | Portion(s) indicated by Samsung and/or Google. |
| Exhibit 5 | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                           Hon. Lucy H. Koh
                                           United States District Judge