# Exhibit 2

*Apple v. Samsung,* No. 12-00630
# Dr. Jeffrey Chase Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's April 19, 2014 rebuttal disclosure for Dr. Alex Snoeren, as further specified in subsequent emails between the parties.
- Samsung's April 19, 2014 rebuttal disclosure for Dr. Jeffrey Chase.

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in *Apple v. Samsung*, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Chase's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

*Apple v. Samsung,* No. 12-cv-00630
# Dr. Saul Greenberg Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's rebuttal disclosure for Dr. Andrew Cockburn of April 19, 2014, as further specified in subsequent emails between the parties
- Samsung's rebuttal disclosure for Dr. Saul Greenberg of April 19, 2014

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in Apple v. Samsung, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Greenberg's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

*Apple v. Samsung,* No. 12-00630
# Dr. Kevin Jeffay Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's April 19, 2014 rebuttal disclosure for Dr. Todd Mowry, as further specified in subsequent emails between the parties.
- Samsung's April 19, 2014 rebuttal disclosure for Dr. Kevin Jeffay.

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in *Apple v. Samsung*, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Jeffay's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

*Apple v. Samsung,* No. 12-00630
# Dr. Martin Rinard Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's April 19, 2014 rebuttal disclosure for Dr. Alex Snoeren, as further specified in subsequent emails between the parties.
- Samsung's April 19, 2014 rebuttal disclosure for Dr. Martin Rinard.

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in *Apple v. Samsung*, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Rinard's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

*Apple v. Samsung,* No. 12-00630
## Schonfeld Rebuttal Cross Examination Disclosure

*Apple reserves the right to use any materials identified by Samsung for use during direct examination during Apple's cross-examination. The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

Apple discloses all exhibits, demonstratives, transcripts, expert reports, and other documents listed by Samsung in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Samsung's April 18, 2014 disclosure of materials for the direct examination of Dr. Schonfeld, and
- Samsung's April 19, 2014 disclosure of materials for the rebuttal direct examination of Dr. Schonfeld.

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in Apple v. Samsung, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Schonfeld's rebuttal testimony.

*Apple v. Samsung,* No. 12-cv-00630
# Dr. Daniel Wigdor Rebuttal Cross Examination Disclosure

Apple discloses all exhibits, testimony, expert reports, demonstratives, and other documents that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:

- Apple's rebuttal disclosure for Dr. Andrew Cockburn of April 19, 2014, as further specified in subsequent emails between the parties.
- Samsung's rebuttal disclosure for Dr. Daniel Wigdor of April 19, 2014

In addition, Apple discloses:

- All demonstratives and exhibits that Samsung may disclose for or use in connection with the direct or cross examination of any witnesses after Apple serves this rebuttal disclosure.
- All trial testimony in Apple v. Samsung, No. 12-cv-00630 (N.D. Cal.) preceding Dr. Wigdor's rebuttal testimony.

*The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*