JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   I, Erik J. Olson, hereby declare as follows:

2       1.      I am a partner at the law firm of Morison & Foerster LLP, counsel for Apple Inc.

3   ("Apple") in the above-captioned litigation.  I am licensed to practice law in the State of

4   California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and

5   would testify competently to those facts.

6       2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's

7   Administrative Motion to File Under Seal regarding certain attachments to Apple's Notice of

8   Filing of Materials Disclosed by Apple and Subject to Samsung's April 20 High Priority

9   Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James

10  MacCoun, Todd Mowry, Martin Rinard, Alex Snoren, Christopher Vellturo, and Daniel Wigdor

11  ("Attachments to Apple's Notice of Filing").

12      3.      Attachments to Apple's Notice of Filing contain information that Samsung and/or

13  Google may consider confidential.

14      4.      Apple expects that Samsung and/or Google will file the required supporting

15  declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether

16  the information contained in Attachments to Apple's Notice of Filing should be sealed.

17

18      I declare under the penalty of perjury that the foregoing is true and correct to the best of

19  my knowledge and that this Declaration was executed this 20th day of April, 2014, in San Jose,

20  California.

21

22                                          */s/ Erik J. Olson*
                                            Erik J. Olson

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has

4

concurred in this filing.

5

6

Dated:   April 20, 2014                                          */s/ Rachel Krevans*
                                                                        Rachel Krevans

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28