1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding certain attachments to Apple's Notice of Filing of Materials Disclosed by Apple and Subject to Samsung's April 20 High Priority Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoren, Christopher Vellturo, and Daniel Wigdor ("Attachments to Apple's Notice of Filing").  Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| Witness/Document | Portion to be Sealed |
|---|---|
| James MacCoun<br>• PTX-2003<br>• PTX-2004 | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014     _____
                                   Hon. Lucy H. Koh
                                   United States District Judge