# Neonode + Plaisant

*and importantly…*

- A Neonode guide 41 pages in Patent History

- Plaisant paper copied in full into Patent History

- **PTO ruled '721 valid**

# Xrgomics
## *Missing Claim Elements*



18. A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising:

   a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and

   a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string;

   wherein;

   ✗ the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter;

   ✗ the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and

   the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area.

PDX97.124