QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S UPDATED LIST OF ACCUSED PRODUCTS** |

Pursuant to the Court's April 19, 2014 Order on Accused Products (Dkt. 1737), Samsung respectfully submits this statement identifying Apple products accused by Samsung of infringing Samsung's asserted patents.

**U.S. Patent No. 6,226,449**

iPhone 4

iPhone 4S

iPhone 5

iPod Touch (5th Generation)

iPod Touch (4th Generation)

**U.S. Patent No. 5,579,239**

iPhone 4

iPhone 4S

iPhone 5

DATED: April 20, 2014                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Victoria F. Maroulis
    Charles K. Verhoeven
    Kevin P.B. Johnson
    William C. Price
    Victoria F. Maroulis
    Michael L. Fazio
    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
    INC., and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC