JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S APRIL 20, 2014, ROLLING WITNESS LIST** |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. Tim Millet
2. Roberto Garcia
3. Jong Pil Hong (Deposition)
4. Tracey Mazur (Declaration)
5. James Storer
6. James Maccoun (Deposition)
7. Todd Mowry

Apple notes in advance that Dr. Mowry has an academic conflict on Tuesday, April 22, 2014, from 12pm-2pm Pacific.  If it appears that he would have to testify at that time, Apple may need to reorder its witnesses such that Dr. Mowry testifies either before witnesses who currently appear above him in Apple's rolling list or after the witness Apple will disclose to follow Dr. Mowry in tomorrow evening's rolling list.

Apple further notes that it may read into the record or otherwise enter into evidence Samsung's Objections and Responses to Apple's Third Set of Interrogatories, p.43, Response to Interrogatory No. 32; and Joint Stipulation and Order re Authenticity of Documents (Dkt. 1514), paragraph 28.

Dated:  April 20, 2014

MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
    RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.