QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S APRIL 20, 2014 ROLLING WITNESS LIST** |

Samsung's rolling list of its anticipated trial witnesses for April 21, 2014 is as follows:

1. Tulin Erdem
2. Judith Chevalier
3. Michael Freeman
4. Dan Schonfeld
5. Kenneth Parulski
6. James Kearl
7. Sanjay Rao
8. Walter Wong (By Affidavit)

Samsung further notes that Samsung may read into the record or otherwise enter into evidence all or part of the following:

- Joint Amended Pretrial Statement and Proposed Order, Undisputed Fact No. 14.
- Joint Stipulation and Order Re Ownership of Asserted Patents, Dkt. No. 1549.
- Joint Stipulation and Order re: Authenticity of Documents, Dkt. No. 1514.
- Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 33, 34, 35, 36), Third Supplemental Response to Interrogatory No. 36.
- Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28 and 29), Supplemental Response to Interrogatory No. 28.
- July 17, 2013 Deposition of Fred Cheng at 6:8-15, 7:16-19, 8:1-8, 8:17-24, 12:20-13:16, 14:11-16, 14:21-15:1 and 15:16-21, authenticating exhibit DX491.

1  DATED: April 20, 2014            QUINN EMANUEL URQUHART & SULLIVAN, LLP

2                                    By  */s/ Michael L. Fazio*
3                                        Victoria F. Maroulis
                                         Michael L. Fazio
4                                        Attorneys for SAMSUNG ELECTRONICS
                                         CO., LTD., SAMSUNG ELECTRONICS
5                                        AMERICA, INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28