| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT 4 TO OLSON DECLARATION IN SUPPORT OF APPLE'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1741])** |

1  On April 20, 2014, Apple Inc. ("Apple") filed Apple's Objections and Responses to
2 Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James
3 MacCoun, Todd Mowry, Martin Rinard, Alex Snoeren, Daniel Wigdor, and Christopher Vellturo
4 ("Apple's Objections and Responses") [Dkt. No. 1741-3].  An incorrect version of Exhibit 4 to
5 the Declaration of Erik Olson in Support of Apple's Objections and Responses ("Exhibit 4") was
6 inadvertently filed in support thereof.
7  Apple hereby gives notice that it withdraws the version of Exhibit 4 filed under seal at
8 Dkt. No. 1741-8.  Apple will file a Corrected Exhibit 4 under seal.
9  Apple further requests that the Court order the removal of Exhibit 4 from the Electronic
10 Court Filing system.

Dated:  April 20, 2014                                  MORRISON & FOERSTER LLP

                                                        */s/ Rachel Krevans*                             _
                                                        Rachel Krevans

                                                        *Attorneys for Plaintiff and*
                                                        *Counterclaim-Defendant Apple Inc.*