**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT 4 TO OLSON DECLARATION IN SUPPORT OF APPLE'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1741]) FROM THE COURT'S ELECTRONIC FILING SYSTEM** |

On April 20, 2014, Apple Inc. ("Apple") filed Apple's Objections and Responses to Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoeren, Daniel Wigdor, and Christopher Vellturo ("Apple's Objections and Responses") [Dkt. No. 1741-3].

On April 20, 2014, Apple filed a motion to withdraw Exhibit 4 to the Declaration of Erik Olson in Support of Apple's Objections and Responses ("Exhibit 4").

Having reviewed the motion, for good cause shown, Apple's Motion to Withdraw Exhibit 4 is GRANTED, and the Court ORDERS that Exhibit 4, filed at Dkt. No. 1741-8, shall be immediately removed from ECF.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge