1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

9
10
11
12
13
14
15
16
17
18
19

| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|---|---|

20
21
22
23
24
25
26
27
28

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple Inc.'s Additional Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28 and 29), Supplemental Response to Interrogatory No. 28 ("Apple's Response to ROG 28").  Apple has filed the Declaration of Peter J. Kolovos in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Response to ROG 28 | Portion(s) indicated by Apple. |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge