Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 1740, 1741, 1742, 1747]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2  1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motions to File Under Seal and Samsung's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**APPLE'S MOTION TO FILE UNDER SEAL RELATING TO BRIEFING OF HIGH PRIORITY OBJECTIONS AND RESPONSES [DKT. 1741, 1747]**

2. On April 20, 2014, Apple Inc. ("Apple") filed an Administrative Motion to File Documents Under Seal (Docket No. 1741), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Objections and Responses Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James Maccoun, Todd Mowry, Martin Rinard, Alex Snoeren, Christopher Vellturo, and Daniel Wigdor (Docket No. 1741, Attachment 3) ("Objections"); and Exhibits to the Declaration of Erik J. Olson in Support of Apple's Objections ("Olson Declaration") (Docket No. 1741, Attachment 1; Docket No. 1747). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Docket No. 1741), to the extent Apple's Objections and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Apple's Objections (Docket No. 1741, Attachment 3, at 4) discuss proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

4. Exhibit 4 to the Olson Declaration (Docket No. 1747) is an excerpt of the August 16, 2013 deposition testimony of James Maccoun. Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

**SAMSUNG'S MOTION TO FILE UNDER SEAL RELATING TO BRIEFING OF HIGH PRIORITY OBJECTIONS AND RESPONSES [DKT. 1740]**

5. On April 20, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an Administrative Motion to File Documents Under Seal (Docket No. 1740). By its motion, Samsung seeks to protect information designated as confidential by non-party Google and discussed in certain deposition designations and exhibits that are the subject of the parties' objections concerning witness disclosures for Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoeren, Christopher Vellturo, and Daniel Wigdor.

6. Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1740) to the extent certain materials identified therein reference non-party Google's highly confidential or proprietary business information.

7. Docket No. 1740, Attachment 24, is an excerpt of the August 16, 2013 deposition testimony of James Maccoun. Mr. Maccoun's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Maccoun testified regarding internal business processes and licensing of Google's intellectual property that are confidential to non-party Google.

8. PX2003 (Docket No. 1740, Attachment 13) discusses proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

9. PX2004 (Docket No. 1740, Attachment 14) discusses proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

**SAMSUNG'S AND APPLE'S MOTIONS TO FILE UNDER SEAL TRIAL MATERIALS RELATING TO HIGH PRIORITY OBJECTIONS AND RESPONSES [DKT. 1740, 1742]**

10.     On April 20, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an Administrative Motion to File Documents Under Seal (Docket No. 1740).  By its motion, Samsung seeks to protect information designated as confidential by non-party Google and discussed in certain exhibits that are the subject of the parties' objections concerning witness disclosures for Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James MacCoun, Todd Mowry, Martin Rinard, Alex Snoeren, Christopher Vellturo, and Daniel Wigdor.

11.     On April 20, 2014, Apple similarly filed an Administrative Motion to File Documents Under Seal (Docket No. 1742), which sought to protect information designated as confidential by non-party Google reflected in a number of the same exhibits that are the subject of the parties' pending objections concerning witness disclosures.

12.     Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1740) and Apple's Administrative Motion to File Documents Under Seal (Docket No. 1742), to the extent certain exhibits identified therein reference non-party Google's highly confidential or proprietary business information.

13.     PX2003 (Docket No. 1740, Attachment 28; Docket No. 1742; Attachment 6) discusses proprietary information that is confidential to non-party Google, including licensing terms of Google's intellectual property, produced under the protective order governing confidentiality in this action (Docket No. 171).

14.     PX2004 (Docket No. 1740, Attachment 29; Docket No. 1742, Attachment 7) discusses proprietary information that is confidential to non-party Google, including licensing

1  terms of Google's intellectual property, produced under the protective order governing
2  confidentiality in this action (Docket No. 171).
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on April 21, 2014, in San Jose, California.

By  /s/ Kristin J. Madigan
Kristin J. Madigan