**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT 4 TO OLSON DECLARATION IN SUPPORT OF APPLE'S HIGH PRIORITY OBJECTIONS [DKT. NO. 1741]) FROM THE COURT'S ELECTRONIC FILING SYSTEM** |

1  On April 20, 2014, Apple Inc. ("Apple") filed Apple's Objections and Responses to
2  Objections Regarding Jeffrey Chase, Andrew Cockburn, Saul Greenberg, Kevin Jeffay, James
3  MacCoun, Todd Mowry, Martin Rinard, Alex Snoeren, Daniel Wigdor, and Christopher Vellturo
4  ("Apple's Objections and Responses") [Dkt. No. 1741-3].
5  On April 20, 2014, Apple filed a motion to withdraw Exhibit 4 to the Declaration of Erik
6  Olson in Support of Apple's Objections and Responses ("Exhibit 4").
7  Having reviewed the motion, for good cause shown, Apple's Motion to Withdraw Exhibit
8  4 is GRANTED, and the Court ORDERS that Exhibit 4, filed at Dkt. No. 1741-8, shall be
9  immediately removed from ECF.

**IT IS SO ORDERED.**

Dated: __April 21__, 2014

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge