UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES REGARDING SAMSUNG REBUTTAL WITNESSES, GREENBERG, JEFFAY, MOWRY, RINARD, WIGDOR, AND VELLTURO |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

On April 20, 2014, Apple filed objections to Samsung's disclosures. ECF No. 1740. On April 20, 2014, Samsung filed a response. ECF No. 1741-3. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| **Samsung Rebuttal Witnesses** | |
| Witness objection | Overruled. |
| **Saul Greenberg** | |
| Testimony Beyond the | Sustained. |

1

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES

| | |
|---|---|
| Scope of Recall of Witness | |
| **Kevin Jeffay** | |
| DX339 (1991 conference, Embedded Buttons) | Overruled. Samsung has not asserted inequitable conduct as to the '647 patent. Questions related solely to inequitable conduct will not be permitted pursuant to Fed. R. Evid. 403. *See* ECF No. 1573. |
| **Todd Mowry** | |
| SDX4032 (comparison of Mowry opinions) | Overruled. |
| Collaborative, Programmable Intelligent Agents | Overruled. This document may be used solely to refresh recollection and will not be admitted in evidence. |
| **Martin Rinard** | |
| JX54 (U.S. Patent No. 5,926,808 to Evans) | Sustained. |
| DX306 ("Information Retrieval") | Sustained. |
| **Daniel Wigdor** | |
| Testimony Beyond the Scope of Recall of Witness | Sustained. |
| **Christopher Vellturo** | |
| *VirnetX* Deposition Testimony | Sustained. |
| DX462 (summary of news articles on supply shortages) | Sustained. |

**IT IS SO ORDERED.**

Dated: April 21, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S DISCLOSURES