| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 12-cv-00630-LHK (PSG) <br><br> **APPLE'S APRIL 21, 2014, ROLLING WITNESS LIST** |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. Tim Millet
2. Roberto Garcia
3. Tracey Mazur (Declaration)
4. James Storer
5. James Maccoun (Deposition)
6. Todd Mowry
7. Alex Snoeren

Apple notes that Dr. Mowry has an academic conflict on Tuesday, April 22, 2014, from 12pm-1:05pm Pacific. If it appears that he would have to testify at that time, Apple may need to reorder its witnesses such that Dr. Mowry testifies either before witnesses who currently appear above him in Apple's rolling list or after Dr. Snoeren.

Apple further notes that it may read into the record or otherwise enter into evidence Samsung's Objections and Responses to Apple's Third Set of Interrogatories, p.43, Response to Interrogatory No. 32; and Joint Stipulation and Order re Authenticity of Documents (Dkt. 1514), paragraph 28.

Dated:  April 21, 2014                                    MORRISON & FOERSTER LLP

                                                          By:   */s/ Rachel Krevans*
                                                                RACHEL KREVANS

                                                          Attorneys for Plaintiff and
                                                          Counterclaim-Defendant
                                                          APPLE INC.