QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SAMSUNG'S APRIL 21, 2014 ROLLING WITNESS LIST** |

Samsung's rolling list of its anticipated trial witnesses for April 22, 2014 is as follows:

1. Kenneth Parulski
2. Sanjay Rao
3. James Kearl

In addition, after Apple's rebuttal case, Samsung may call one or more of the following witnesses (for whom all high priority objections have been ruled on):

4. Jeffrey Chase
5. Martin Rinard
6. Daniel Wigdor
7. Saul Greenberg
8. Kevin Jeffay

Samsung further notes that Samsung may read into the record or otherwise enter into evidence all or part of the following:

- Joint Amended Pretrial Statement and Proposed Order, Undisputed Fact No. 14.
- July 8, 2013 Affidavit of Walter Wong, (Carnegie Mellon University) authenticating exhibit DX318.

DATED: April 21, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael L. Fazio*
Victoria F. Maroulis
Michael L. Fazio
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC