| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S BRIEF REGARDING THEORIES NO LONGER ASSERTED** |

Declaration of Mark D. Selwyn ISO Apple's Brief Regarding Theories No Longer Asserted
Case No. 12-cv-00630-LHK (PSG)

I, Mark D. Selwyn, hereby declare as follows:

1.       I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.       Attached hereto as **Exhibit 1** are true and correct copies of an email from Todd Briggs to Kevin Prussia dated March 27, 2014 and an excerpt from Samsung's Proposed Preliminary Jury Instructions attached to that email.

3.       Attached hereto as **Exhibit 2** are true and correct copies of an email from Kevin Prussia to Todd Briggs dated March 27, 2014 and excerpts from Apple's Proposed Preliminary Jury Instructions attached to that email.

4.       Attached hereto as **Exhibit 3** are true and correct copies of an email from Victoria Maroulis to William Lee dated March 6, 2014 notifying Apple that Samsung may be dropping its claims for infringement of the two declared essential patents (the '596 and '087 patents) that remained in the case as of that date, and an email from Victoria Maroulis to William Lee dated March 7, 2014, attaching a draft stipulation pursuant to which Samsung would dismiss its claims for infringement of the '596 patent, the '087 patent, and claim 1 of the '239 patent.

5.       Attached hereto as **Exhibit 4** is a true and correct copy of an email from Michael Fazio to counsel for Apple dated April 18, 2014 notifying Apple that Samsung would withdraw its damages claims attributable to the '239 patent for the iPad 2, iPad 3, iPad 4 and iPad Mini and the FaceTime over Cellular infringement read of the '239 patent for the iPhone 4.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 21st day of April, 2014, in San Jose, California.

Dated: April 21, 2014            /s/ Mark D. Selwyn
                                 Mark D. Selwyn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                 /s/ Mark D. Selwyn
                                 Mark D. Selwyn