# EXHIBIT 3

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, March 07, 2014 11:36 AM
**To:** Lee, William
**Cc:** Selwyn, Mark; Michael Fazio; Eric Wall
**Subject:** RE: Apple/Samsung: case narrowing

Mark,

I won't have the requisite approvals until the evening because of the time difference, but wanted to run the text of the Stipulation of Dismissal Without Prejudice by you so that we can agree on the language and file as soon as we get the final sign-offs. Please review the attached and let us know your comments. This is modeled on the parties' prior stipulations of this type.

Vicki

---

**From:** Lee, William [mailto:William.Lee@wilmerhale.com]
**Sent:** Friday, March 07, 2014 6:20 AM
**To:** Victoria Maroulis
**Cc:** Selwyn, Mark; Michael Fazio
**Subject:** RE: Apple/Samsung: case narrowing

Vicki:

We will if you do.

Bill

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Thursday, March 06, 2014 11:57 PM
**To:** Lee, William
**Cc:** Selwyn, Mark; Michael Fazio
**Subject:** Apple/Samsung: case narrowing

Bill,

While we are still awaiting Samsung's final decision on dropping claims as part of our commitment to the Court yesterday to narrow the case, we may be dropping the '596 and '087 patents. Please confirm that if we do, Apple will dismiss without prejudice all of its counterclaims for breach of contract relating to licensing and disclosure of SEPs. Please let us know by 2 pm PST tomorrow (Friday).

Thank you.

1

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>         Counterclaim-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") on February 8, 2012 (Dkt. No. 1);

WHEREAS, Samsung filed counterclaims in the Litigation against Apple on April 18, 2012 (Dkt. No. 107);

WHEREAS, Apple filed answers, defenses, and counterclaims in reply to Samsung's counterclaims on May 31, 2012 (Dkt. No. 194);

WHEREAS, Apple filed an amended complaint for patent infringement on August 31, 2012 (Dkt. No. 261);

WHEREAS, Apple amended its answers, defenses, and counterclaims in reply to Samsung's counterclaims on August 31, 2012 (Dkt. No. 262);

WHEREAS, Samsung filed amended answers, affirmative defenses, and counterclaims to Apple's amended complaint on September 14, 2012 (Dkt. No. 264)

WHEREAS, the parties wish to further narrow and streamline the trial in this matter to avoid overburdening the jury and the court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the following claims shall be dismissed without prejudice by each party, as described below:

1. Samsung agrees to dismiss without prejudice the following patent claims:
    a. Infringement of U.S. Patent No. 7,756,087 – Claim 10
    b. Infringement of U.S. Patent No. 7,551,596 – Claim 13
    c. Infringement of U.S. Patent No. 5,579,239 – Claim 1
2. Apple agrees to dismiss without prejudice its defenses to the above claims as well as the following claims and/or counterclaims:
    a. Causes of action arising from its First Counterclaim for Declaratory Judgment of Non-Infringement of the '087 Patent

b. Causes of action arising from its Second Counterclaim for Declaratory Judgment of Invalidity of the '087 Patent

c. Causes of action arising from its Third Counterclaim for Declaratory Judgment of Non-Infringement of the '596 Patent

d. Causes of action arising from its Fourth Counterclaim for Declaratory Judgment of Invalidity of the '596 Patent

e. Causes of action arising from its Fifteenth Counterclaim for Declaratory Judgment of Non-Infringement of Claim 1 of the '239 Patent.

f. Causes of action arising from its Sixteenth Counterclaim for Declaratory Judgment of Invalidity of Claim 1 of the '239 Patent.

g. Causes of action arising from its Seventeenth Counterclaim for Breach of Contract – FRAND and Other Standard-Related Misconduct

h. Causes of action arising from its Eighteenth Counterclaim for Declaratory Judgment that Apple is Entitled to a License to Samsung's Declared-Essential Patents

i. Causes of action arising from its Twenty First Counterclaim for Inequitable Conduct Before the United States Patent and Trademark Office During Prosecution of the '596 Patent

j. All affirmative claims for relief or defenses that Samsung's rights in the '087 and '596 patents are exhausted or unenforceable under the doctrines of waiver, equitable estoppel, and/or unclean hands (Fourth Affirmative Defense)

k. All affirmative claims for relief or defenses that Apple has an irrevocable right to be licensed on FRAND terms under the '087 and '596 patents (Fifth Affirmative Defense)

l. All affirmative claims for relief or defenses that Samsung is prevented from seeking injunctive relief for infringement of the '087 and '596 patents (Sixth Affirmative Defense)

m. All affirmative claims for relief or defenses that the jury's verdict in Case No. 11-

1846 creates an issue preclusion regarding two elements of Apple's affirmative defense of patent exhaustion with respect to accused products containing Intel baseband chips (Seventh Affirmative Defense)

    n. All affirmative claims for relief or defenses that the '596 patent is invalid and unenforceable under the doctrine of inequitable conduct (Eighth Affirmative Defense)

3. This stipulation of dismissal without prejudice is made subject to Samsung's and Apple's reservation of rights to reassert these claims, counterclaims, and related defenses should any such dismissed claim be revived or reasserted by either party for any reason.

4. This Stipulation and Order is not an adjudication on the merits of nor admission regarding any of the claims or counterclaims that are hereby dismissed without prejudice.

**IT IS SO STIPULATED**

Dated: March 7, 2014

By: /s/ _____

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**Right signature block:**

By: /s/ _____

Attorney for Defendants and Counterclaim- SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

02198.51981/5803207.3

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE
CASE NO. 5:12-CV-00630-LHK

4

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____, 2014    By:_____
                                          HONORABLE LUCY H. KOH

## ATTESTATION OF E-FILED SIGNATURES

I, _____, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal of Claims and Counterclaims Without Prejudice. In compliance with Local Rule 5-1, I hereby attest that _____ has concurred in this filing.

Dated: August 2, 2013                                          _____/s/_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: March 7, 2014                                          _____/s/_____

02198.51981/5803207.3
STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE
CASE NO. 5:12-CV-00630-LHK