# EXHIBIT 4

# Kolovos, Peter

| | |
|---|---|
| **From:** | Michael Fazio <michaelfazio@quinnemanuel.com> |
| **Sent:** | Friday, April 18, 2014 8:56 AM |
| **To:** | AppleMoFoHPO; '*** Apple/Samsung (Apple/Samsung@gibsondunn.com)'; WH Apple Samsung NDCal II Team; Apple630Team@mofo.com |
| **Cc:** | Samsung NEW; Samsung NEW HPO |
| **Subject:** | Apple v. Samsung, Case No. 12-cv-00630 |
| **Attachments:** | Chevalier Direct Disclosure.pdf; Freeman Disclosures.pdf; Schonfeld Disclosures.pdf; Dr KearlDisclosure.pdf; Dr RaoDisclosure.pdf; Parulski Disclosures (2).pdf |

Counsel:

Attached please find Samsung's disclosures for Ken Parulski, Dan Schonfeld, Michael Freeman, James Kearl, Sanjay Rao and Judith Chevalier.  A drive containing demonstratives is being delivered to you.

Please note that as to DX391A – which is on the drive – it removes damages claims attributable to the '239 patent for the iPad 2, iPad 3, iPad 4 and iPad Mini and the FaceTime over Cellular infringement read of the '239 patent for the iPhone 4.  DX395A – also provided to Apple on the drive – removes reviews of the iPad 2.

Best regards,
Michael Fazio