1   JOSH A. KREVITT (CA SBN 208552)          WILLIAM F. LEE
    jkrevitt@gibsondunn.com                  william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)             WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                     HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP              60 State Street
    1881 Page Mill Road                      Boston, MA 02109
4   Palo Alto, CA 94304-1211                 Telephone: (617) 526-6000
    Telephone: (650) 849-5300                Facsimile: (617) 526-5000
5   Facsimile: (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)       MARK D. SELWYN (SBN 244180)
    hmcelhinny@mofo.com                      mark.selwyn@wilmerhale.com
7   JAMES P. BENNETT (CA SBN 65179)          WILMER CUTLER PICKERING
    jbennett@mofo.com                        HALE AND DORR LLP
8   JACK W. LONDEN (CA SBN 85776)            950 Page Mill Road
    jlonden@mofo.com                         Palo Alto, California 94304
9   RACHEL KREVANS (CA SBN 116421)           Telephone: (650) 858-6000
    rkrevans@mofo.com                        Facsimile: (650) 858-6100
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  MORRISON & FOERSTER LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

15  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | |
| 21              Plaintiff, | Case No. 12-cv-00630-LHK (PSG) |
| 22         v. | **APPLE'S AMENDED APRIL 21, 2014, ROLLING WITNESS LIST** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | |
| 27              Defendant. | |

1    Apple Inc.'s rolling list of its anticipated next eight trial witnesses:

2        1.  Tim Millet

3        2.  Roberto Garcia

4        3.  Tracey Mazur (Declaration)

5        4.  James Storer

6        5.  James Maccoun (Deposition)

7        6.  Todd Mowry

8        7.  Alex Snoeren

9        8.  Andrew Cockburn

10

11   Apple notes that Dr. Mowry has an academic conflict on Tuesday, April 22, 2014, from

12   12pm-1:05pm Pacific.  If it appears that he would have to testify at that time, Apple may need to

13   reorder its witnesses such that Dr. Mowry testifies either before witnesses who currently appear

14   above him in Apple's rolling list or after Dr. Snoeren.

15   Apple further notes that it may read into the record or otherwise enter into evidence

16   Samsung's Objections and Responses to Apple's Third Set of Interrogatories, p.43, Response to

17   Interrogatory No. 32; and Joint Stipulation and Order re Authenticity of Documents (Dkt. 1514),

18   paragraph 28.

19   Apple includes eight witnesses as the parties may reach Dr. Cockburn's rebuttal

20   examination tomorrow.

21

22   Dated:  April 21, 2014                    MORRISON & FOERSTER LLP

23

24                                             By:   /s/ Rachel Krevans
                                                     RACHEL KREVANS

25                                                   Attorneys for Plaintiff and
                                                     Counterclaim-Defendant
26                                                   APPLE INC.

27

28