**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Samsung has filed objections to Apple's disclosures. ECF No. 1740. Apple has filed a

response. ECF No. 1741-3. After reviewing the parties' briefing, considering the record in the case,

and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on

Samsung's objections as follows:

| Exhibit Number | COURT'S RULING ON OBJECTION |
|---|---|
| Samsung's "insufficient identification" of disclosures | Overruled. |

**United States District Court**
For the Northern District of California

| objection | |
|---|---|
| **Dr. Cockburn** | |
| Witness objection | Overruled. |
| PDX 97.103 (Neonode and Plaisant slide) | Sustained. Apple may use the slide but must delete the last sentence: "PTO ruled '721 valid." |
| PDX 97.124 (Xrgomics slide) | Sustained. Dr. Cockburn may not testify as to any opinion that Xrgomics fails to disclose the claim limitation that "the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area" but may testify as to his opinion that Xrgomics fails to disclose the claim limitation that "the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter." |
| **Mr. Maccoun** | |
| Improper Rebuttal objection (Maccoun may not testify regarding Google and Samsung) | Overruled. |
| PX 2003 (letter from Samsung to Google) | Sustained. |
| PX 2004 (letter from Google to Samsung) | Sustained. |
| **Dr. Mowry** | |
| Witness objection: violation of case narrowing | Overruled. |
| Witness objection: new infringement theory on rebuttal | Overruled. |
| Witness objection: Rule 26 (Secondary considerations) | Sustained. |
| **Dr. Snoeren** | |
| Witness objection (opinion on | Sustained. |

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES

GSA 2.7)

Samsung requests to seal various documents. ECF No. 1740. Having considered Samsung's motion, and compelling reasons having been shown, the Court rules on the sealing requests as follows:

| Request | Court's Ruling |
|---|---|
| PDX92.86 | GRANTED. |
| PDX92.86A | GRANTED. |
| SDX3792 | GRANTED. |
| JX 50A (SAMNDCA630-SC00057553-87; SAMNDCA630-SC00057951-57; SAMNDCA630-SC00057958-75). The parties shall renumber this exhibit. | GRANTED. |
| PX 2003 | GRANTED. |
| PX 2004 | GRANTED. |
| DX314A (MSFT_Code 170-416, 1127-1666, 2023-2025, 2089-2803, 2956-2957). | GRANTED. |

Dated: April 21, 2014

_____

LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER ON SAMSUNG'S OBJECTIONS TO APPLE'S DISCLOSURES

**United States District Court**
For the Northern District of California