UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE APPLE'S DROPPED INVALIDITY CLAIMS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

After consideration of the parties' briefing, oral arguments, and the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court does not alter its ruling sustaining Apple's objection to Samsung's direct examination question of Dr. Schonfeld as to Apple's dropped invalidity claims.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge