UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Friday, April 18, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown        Time in Court: 6hr 12min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
   **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
        PLAINTIFF                                DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | |

**PROCEEDINGS:  JURY TRIAL—DAY NINE**

| | |
|---|---|
| 9:04 a.m. | All parties present, all jurors present, Witness Wigdor resumes the stand for further testimony. |
| 9:18 a.m. | Witness David Reibstein is sworn and testifies. |
| 10:32 a.m. | The morning recess is taken. |
| 10:45 a.m. | All parties present, the matter resumes. |
| 11:35 a.m. | Excerpts of video deposition testimony of Gary Hall is played |
| 11:44 a.m. | Witness Jeffrey Chase is sworn and testifies. |
| 12:00 p.m. | The jurors are excused for the noon recess. The Court and counsel discuss matters. |
| 12:05 p.m. | The noon recess is taken. |
| 1:02 p.m. | All parties present, the matter resumes. |
| 1:26 p.m. | The jury is excused while the Court and counsel discuss matters. |
| 1:50 p.m. | Jury now present, the matter resumes with various declarations read in open Court. |
| 1:58 p.m. | Witness Chase resumes the stand for further testimony. |
| 2:19 p.m. | The afternoon recess is taken. |
| 2:31 p.m. | All parties present, the matter resumes. |
| 2:50 p.m. | Witness Nicholas DiCarlo is sworn and testifies. |

| | |
|---|---|
| 3:03 p.m. | Deposition transcript excerpts are read into the record from Sarah Chandler, Greg Joswiak, Arthur Rangel, Philip Schiller, and Steven Sinclair. |
| 3:27 p.m. | The second afternoon recess is taken. |
| 3:37 p.m. | All parties present, the matter resumes.  Witness Tulin Erdem is sworn and testifies. |
| 4:33 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:49 p.m. | Court is adjourned until Monday, April 21, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    DX 454a, 315, 317, 320a, 326, 319, 321, 489 (pgs 1-9, 10-28, 32-55, 68-91—under seal), 457, 452, 433
    JX 8
    PX 59

The following are lodged:  DX 514, 3009, 3007, 3008, 3006