# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Monday, April 21, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown		Time in Court: 5hr 56min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.			V.		SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF						DEFENDANTS

| Attorneys present: | Attorneys present: |
| --- | --- |
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak, Scott Watson |
| James Bennett | |
| Erik Olson | |

**PROCEEDINGS:   JURY TRIAL—DAY TEN**

| | |
| --- | --- |
| 9:05 a.m. | All parties present, all jurors present, Witness Erdem resumes the stand for further testimony. |
| 9:36 a.m. | Witness Judith Chevalier is sworn and testifies. |
| 10:07 a.m. | The jury is excused while the Court and counsel discuss matters. |
| 10:45 a.m. | The Court takes a brief recess. |
| 10:57 a.m. | The matter resumes outside the presence of the jury for further discussion. |
| 11:05 a.m. | Jury now present, the matter resumes with further testimony from Witness Chevalier. |
| 12:00 p.m. | The jury is excused for the noon recess.  The Court and counsel discuss briefly. |
| 12:02 p.m. | The noon reess is taken. |
| 1:02 p.m. | All parties present, the matter resumes. |
| 1:52 p.m. | Samsung rests on its defensive case. |
| 1:53 p.m. | Witness Michael H. Freeman is sworn and examined, called by Samsung. |
| 2:12 p.m. | Witness Dan Schonfeld is sworn and testifies. |
| 2:30 p.m. | The first afternoon recess is taken. |
| 2:38 p.m. | All parties present, the matter resumes. |
| 3:31 p.m. | The second afternoon recess is taken. |

| | |
|---|---|
| 3:43 p.m. | Jurors not present, the Court and counsel discuss matters. |
| 3:50 p.m | Jury now present, the matter resumes. |
| 3:57 p.m. | Witness Kenneth Parulski is sworn and testifies. |
| 4:30 p.m. | The jury is admonished and excused for the day. The Court and counsel discuss matters. |
| 4:35 p.m. | Court is adjourned until Tuesday, April 22, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    DX 457.6, 453a, 351a, 352a, 353a, 354a, 371, 490a, 491a, 499
    PX 208, 432, 201, 251, 246, 255
    JX 39, 40, 25, 26, 52a, 45a, 46a
The following are lodged: