1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") seek an order to seal certain joint
3  trial exhibits.
4  Having considered Samsung's request, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Exhibit | Portions to be Sealed |
|---|---|
| JX24 | Portions highlighted in version filed concurrently with Samsung's motion. |

**IT IS SO ORDERED.**

DATED:   April 22, 2014

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge