# EXHIBIT D

SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY
CONTAINS HIGHLY CONFIDENTIAL SOURCE CODE INFORMATION

# EXPERT REPORT OF KENNETH A. PARULSKI REGARDING INFRINGEMENT OF U.S. PATENT NO. 6,226,449

Signed:  August 12, 2013

Thereof," filed by Kodak against Research in Motion and Apple. I also provided factual testimony in this action, as the first named inventor of the patent-in-suit. In addition, I have been deposed a number of times over the past ten years as a fact witness and corporate designee. In January 2013, I was retained by Canon U.S.A. and Canon, Inc. as an independent litigation consultant in connection with Digitech Image Technologies, LLC v. Canon Inc. et al., No.: 8-12-cv-01670 (C.D. Cal.).

17. Additional details about my employment history, expertise, patents, presentations and publications are further described in my curriculum vitae, attached as Exhibit A to this report.

B. **Materials Considered**

18. In forming the opinions set forth in this report, I have considered and relied upon my work experience, education, and knowledge of the relevant fields. I have also reviewed and considered the materials cited in this report, the asserted patent and its file history, and materials obtained through the course of discovery such as documents, deposition transcripts, and source code. A list of the evidence I considered in forming my opinions is attached as Exhibit B to this report. I reserve the right to rely on any and all materials identified in Exhibit B, to the extent they support my opinions or rebut Apple's arguments.

19. I have reviewed Samsung Defendants' Third Amended Disclosure of Asserted Claims and Infringement Contentions, filed on July 4, 2013, as they relate to the '449 Patent. Exhibit G therein is incorporated by reference into this Report, and attached as Exhibit D.

20. I have reviewed Apple's non-infringement contentions, as reflected in Apple Inc.'s Further Supplemental Objections And Responses To Samsung's First Set Of Interrogatories To Apple (No. 12), served on July 15, 2013, as they relate to the '449 Patent, and the documents cited therein.