1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO WITHDRAW** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2    Telecommunications America, LLC (collectively, "Samsung") seek an order to withdraw from the
3    docket certain trial exhibits.
4    Having considered Samsung's request, and compelling reasons having been shown, the
5    Court GRANTS Samsung's motion and ORDERS the document filed at Dkt. No. 1774 removed
6    from the Electronic Court Filing system.

7

8    **IT IS SO ORDERED.**

9

10   DATED: _____    _____
11                                      The Honorable Lucy H. Koh
                                        United States District Judge