UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | ) Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ) ORDER TO FILE JOINT LIST OF ADMITTED EXHIBITS |
| v. | ) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) |
| Defendants and Counterclaimants. | ) |

The parties shall file their joint list of admitted exhibits by Thursday, April 24, 2014 at 10 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2014

_____
LUCY H. KOH
United States District Judge