Highly Confidential

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California
Corporation,

      Plaintiff,            Case No.

  vs.                    12-CV-00630-LHK

SAMSUNG ELECTRONICS CO., LTD.,
a Korean business entity;
SAMSUNG ELECTRONICS AMERICA,
INC., a New York corporation;
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, a Delaware
limited liability company,

      Defendants.

HIGHLY CONFIDENTIAL

PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF GREG CHRISTIE

REDWOOD SHORES, CALIFORNIA

Friday, April 20, 2012

REPORTED BY:

CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

JOB NO. 48335

37d0ba72-4d18-4753-8d64-0eb8486595f2

Highly Confidential

Page 166

1  applications.
2  BY MR. PAK:
3      Q.  I assume at some point you sat down with
4  your lawyers and described your invention to
5  them.  Were you involved in that process?
6      A.  That's an assumption.  Do you have a
7  question?
8      Q.  I just asked you, were you involved in
9  that process?
10     A.  You assumed that a process occurred and
11 asked me if I was part of that process.
12     Q.  Yes.
13        Were you?
14     A.  You haven't ascertained that a process
15 took place.
16     Q.  Let me ask you this question:  Have you
17 been involved in any aspect of the process that
18 led to the filing of the '721 patent application?
19        MR. LYON:  Objection; vague.
20        THE WITNESS:  I believe I answered that
21 earlier.  I characterized our involvement.  It's
22 to look at claims, comment on them, agree that we
23 are or are not or should or should not be
24 inventors for a particular set of claims.  And
25 beyond that it's mostly, you know, signing

Page 167

1  paperwork that goes back and forth.
2  BY MR. PAK:
3      Q.  Do you know whether any of your
4  co-inventors met with patent attorneys to prepare
5  for the application that led to the '721 patent?
6      A.  I don't know the answer to that
7  question.
8      Q.  Based on your review of the '721 patent,
9  did you see a description in the patent of an
10 embodiment where, instead of the unlock image, a
11 text description was provided to indicate to the
12 user that an unlock gesture --
13        MR. LYON:  Objection --
14        THE WITNESS:  You keep saying "instead
15 of."  We use text in addition to.
16        MR. LYON:  Let me just jump in with the
17 objection there.  The objection is the document
18 speaks for itself.
19 BY MR. PAK:
20     Q.  That's why I'm trying to be -- maybe I'm
21 not being careful with my question, but please
22 listen carefully.
23        I'm asking you whether you saw a
24 description of an embodiment in which a text
25 description was used instead of an unlock image.

Page 168

1        MR. LYON:  Same objection.
2        THE WITNESS:  I don't recall.
3  BY MR. PAK:
4      Q.  Are you aware of any commercial products
5  out there today in which the unlock gesture is
6  preceded by a text indication rather than an
7  unlock image?
8      A.  At this time, I don't recall any.
9      Q.  Are you aware of the impact, if any,
10 that the use of unlock image for the unlock
11 gesture has had on the sales of the iPhone?
12        MR. LYON:  Objection; lacks foundation.
13        THE WITNESS:  I don't know what impacts
14 sales.
15 BY MR. PAK:
16     Q.  Are you aware of the impact, if any,
17 that the use of unlock gestures of different
18 designs has had on the sales of competing
19 products?
20        MR. LYON:  Same objections.
21        THE WITNESS:  I just said I don't know
22 what impacts sales.
23 BY MR. PAK:
24     Q.  This time I'm asking about the
25 third-party products.

Page 169

1        Do you know anything about the impact of
2  particular unlock gestures on the sales of
3  competing products?
4        MR. LYON:  Same objection.
5        THE WITNESS:  I don't know what impacts
6  sales.
7  BY MR. PAK:
8      Q.  And that's true for iPhones as well as
9  third-party products?
10     A.  You asked that.  I answered it.  I don't
11 know what impacts sales.
12     Q.  I'm just trying to make it really clear
13 on the record.
14        When you say it doesn't impact sales,
15 are you talking about both iPhone and --
16     A.  I never said it doesn't impact sales.  I
17 said I don't know what impacts sales.
18     Q.  Okay.  And when you say "sales," which
19 sales are you talking about?
20        MR. LYON:  Objection.  Mischaracterizes
21 testimony.
22        THE WITNESS:  You're asking me about
23 sales.  So which sales are you referring to?
24 BY MR. PAK:
25     Q.  I'm just trying to create a clear

43 (Pages 166 to 169)

37d0ba72-4d18-4753-8d64-0eb8486595f2