| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES NOS. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49<br><br>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 26**

Additional evidence supporting the validity of Apple's patents-in-suit includes, but is not limited to, the documents identified in the attached Appendices B, D, and F.

In addition, Apple's contentions regarding the validity of the Apple patents-in-suit are the subject of expert opinion found in the following expert reports, which are hereby incorporated by reference:

- Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 And 7,761,414 dated September 13, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Rebuttal Expert Report Of Dr. Todd C. Mowry Regarding Infringement Of U.S. Patent No. 5,946,647 dated September 13, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Rebuttal Expert Report Of Professor Andrew Cockburn dated September 13, 2013 and all exhibits, appendices, errata, and supplementations thereto

**INTERROGATORY NO. 27**

Identify by Bates Number all DOCUMENTS or things on which APPLE intends to rely at trial in this LITIGATION, including but not limited to all DOCUMENTS APPLE will use to support its claims of infringement on the APPLE PATENTS-IN-SUIT, its claims that the APPLE PATENTS-IN-SUIT are valid and enforceable, its damages and injunctive relief claims for the APPLE PATENTS-IN-SUIT, its claims that it does not infringe the SAMSUNG PATENTS-IN-SUIT, its claims that the SAMSUNG PATENTS-IN-SUIT are invalid or unenforceable, its claims RELATING to Samsung's claims for damages and injunctive relief on the SAMSUNG PATENTS-IN-SUIT, and any other claims, affirmative defense, or counterclaim APPLE has or will assert in this LITIGATION.

**RESPONSE TO INTERROGATORY NO. 27**

Apple objects to this interrogatory as premature in light of deadlines for the disclosure of trial exhibits established by the Court's Minute Order and Case Management Order dated May 2, 2012 (Docket Entry No. 160), the Civil Local Rules and/or the Patent Local Rules of

this Court.

Subject to and without waiving the foregoing General and Specific Objections, Apple incorporates by reference all documents cited in Apple's Disclosures of Asserted Claims and Infringement Contention, including any Supplemental or Amended Disclosures of Asserted Claims and Infringement Contentions; Apple's Invalidity Contentions, including any Supplemental or Amended Invalidity Contentions; and Apple's Responses to Samsung's Interrogatories.

Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate. In particular, Apple will identify the documents or things on which it intends to rely at trial in its pre-trial disclosures pursuant to the schedule set by the Court.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 27:**

Subject to and without waiving the foregoing General and Specific Objections, in addition to its prior response, Apple may rely on some or all of the following at trial in this matter:

a) some or all of the documents introduced as exhibits in depositions in this case, including, particularly but not limited to, exhibits introduced by Apple in the depositions taken of Samsung and Google;

b) some or all documents identified in Apple's contentions and interrogatory responses, including, but not limited to, the documents identified in this supplemental response;

c) the source code produced by Samsung, Google, Nuance and other third parties as well as the source code Apple has requested but have not yet been produced by those parties; and

d) all source code identified by Apple in its Infringement Contentions and related discovery responses and all source code produced by Apple.

Apple also notes that the parties have agreed to and the Court has ordered a date for supplementation of discovery responses to include identification of documents through August 23, 2013 and therefore, Apple will further supplement its response to this Interrogatory at that time (or at a later time if agreed by the parties).

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 27:**

In additional to the documents previously identified by Apple in response to this interrogatory, Apple may further rely on some or all of the following at trial in this matter:

    a)    All Samsung accused devices made available for inspection by Apple;

    b)    All telephones, smartphones, tablets, or other devices relied on or made available for inspection by any party or third party to this litigation;

    c)    All documents identified in Apple's responses to Samsung's Interrogatories, including but not limited to, Apple's supplemental responses, all of which are hereby incorporated by reference;

    d)    The documents identified in the attached Appendices A, B, C, D, E, F, G, H, I, J, and K;

    e)    All source code made available for inspection, produced or printed by any party or third party to this litigation;

    f)    All documents, source code, deposition testimony and other evidence relied on, referred to or otherwise cited in in any of the expert reports served by Apple in this litigation, including all exhibits, appendices, errata, and supplementations thereto

    g)    Without waiving any arguments with regards to admissibility of any evidence cited therein, all documents, source code, deposition testimony and other evidence relied on, referred to or otherwise cited in in any of the expert reports served by Samsung in this litigation, including all exhibits, appendices, errata, and supplementations thereto