JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>APPLE INC.'S FURTHER SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES NOS.  1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49<br><br>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

**INTERROGATORY NO. 49:**

Separately for each of the Apple Patents-in-Suit, identify the following: (1) the role, if any, that each of the Apple Patented Features has in consumer purchase decisions, (2) whether each of the Apple Patented Features is the basis of consumer demand for, or substantially creates the value of, the component parts of the Apple Practicing Devices and Samsung Accused Devices, and (3) any documents upon which APPLE relies in providing its response to this Interrogatory.

**RESPONSE TO INTERROGATORY NO. 49:**

In addition to its General Objections above, which it hereby incorporates by reference, Apple objects to this Interrogatory as overly broad, unduly burdensome, and vague and ambiguous as to the terms and phrases "consumer purchase decisions," "substantially creates the value of," "consumer demand," and "component parts." Apple further objects to this Interrogatory to the extent it is not reasonably calculated to lead to the discovery of admissible evidence. Apple further objects to this Interrogatory to the extent it seeks information that is outside of Apple's possession, custody, or control, or that is equally available to Samsung. Apple further objects to this Interrogatory as compound and comprising discrete subparts resulting in separate interrogatories. Apple further objects to this Interrogatory as calling for legal conclusions. Apple further objects to this Interrogatory as it prematurely calls for expert testimony or opinions at this stage of litigation. Apple further objects to this Interrogatory to the extent it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.

Discovery in this matter and Apple's investigation is ongoing. Apple reserves the right

to supplement and/or amend its response as appropriate. Subject to the foregoing, Apple responds as follows:

The inventions claimed in U.S. Patent No. 6,847,959 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an important factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '959 patent enhance a device's ease of use. For further example, a mobile device that lacks the inventions disclosed in the '959 patent lacks some of the core functionality of a mobile device. For further example, a mobile device lacking the inventions disclosed in the '959 patent is "like a notepad without a pen." SAMNDCA630-07866179 at *187. For further example, the inventions disclosed in the '959 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, when Samsung removed the inventions disclosed in the '959 patent from certain Samsung Accused Devices, consumers were "both confused and irritated." SAMNDCA630-07517049 at *050. For further example, Samsung's removal of the inventions disclosed in the '959 patent from certain Samsung Accused Devices was a "dumb[ing] down" of the devices' search feature. SAMNDCA630-07515686 at *687. For further example, Siri is one of the most often used features of the iPhone 4S, and a majority of Ski users use Siri to locate information. APLNDC630-0000149086 at *090, 092. For further example, Ski was one of the most influential features in consumer purchasing decisions for iPhone 4S buyers. APLNDC630-0000127252 at *282-83.

The inventions claimed in U.S. Patent No. 5,946,647 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an important factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '647 patent enhance a device's ease of use. For further

example, the inventions disclosed in the '647 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, the inventions disclosed in the '647 patent are some "of the most powerful features" on Android devices. GOOGNDCAL630- 00062054 at *055. For further example, a device lacking those features could be "very painful and dangerous." SAMNDCA630-06641653 at *654, *657.

The inventions claimed in U.S. Patent No. 8,046,721 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an mportant factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '721 patent enhance a device's ease of use. For further example, the inventions disclosed in the '721 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, the majority of consumers prefer a device that employs the inventions disclosed in the '721 patent. SAMNDCA10175268 at *309. For further example, an "emotional" user interface is also an important factor affecting consumer purchase decisions, and consumers find the inventions disclosed in the '721 patent to be "fun." SAMNDCA00206747 at *757. For further example, when Samsung attempted to design around the inventions disclosed in the '721 patent, it received complaints and there were requests to reinstate the inventions disclosed in the '721 patent. SAMNDCA630 04369886. The inventions claimed in U.S. Patent No. 8,074,172 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an important factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '172 patent enhance a device's ease of use. For further example, the inventions disclosed in the '172 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, the inventions disclosed in the '172 patent allow users

of touchscreen mobile devices to type as quickly and accurately as users of mobile devices with physical keyboards. APLNDC-Y0000234932 at *932.  The inventions claimed in U.S. Patent No. 8,014,760 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an important factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '760 patent enhance a mobile device's ease of use. For further example, the inventions disclosed in the '760 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, the inventions disclosed in the '760 patent are specifically included in mobile devices to attract consumers. See SAMNDCA00203880 at *927.

The inventions claimed in U.S. Patent No. 7,761,414 drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices. The presence of the inventions in a device positively impacts consumer purchase decisions. For example, ease of use is an important factor affecting consumer purchase decisions, APLNDC630-0000167955 at *978-80, and the inventions disclosed in the '414 patent enhance a device's ease of use. For further example, the inventions disclosed in the '414 patent are desired by consumers, and consumers expect those inventions to be embodied in mobile devices. For further example, a device that fails to properly implement the inventions disclosed in the '414 patent is a "top" issue that negatively affects the operability of the device. GOOG-NDCAL630-00063685 at *685.

Additionally, Samsung allegedly implemented design changes in the Samsung Accused Devices to avoid infringing U.S. Patent Nos. 8,074,172 and 8,046,721. Samsung did not implement any design changes to avoid infringing any other Apple Patents-in-Suit, however because the inventions disclosed in those Apple Patents-in-Suit were too fundamental and important to remove or alter.

Apple's contentions with respect to this Interrogatory No. 49 are also based on expert

- 344 –

opinion, which will be disclosed at a later time in accordance the discovery schedule set forth by the Court.

The following documents present additional evidence demonstrating the role that the Apple Patented Features have in consumer purchase decisions, and demonstrating that the Apple Patented Features drive consumer demand for the Apple Practicing Devices and Samsung Accused Devices:

| | | |
|---|---|---|
| APL-1TC796-0000436056 | SAMNDCA10123040 | SAMNDCA630-05512238 |
| APLNDC-0000026173 | SAMNDCA10123049 | SAMNDCA630-05515895 |
| APLNDC-0000026257 | SAMNDCA10123122 | SAMNDCA630-05516000 |
| APLNDC-0000026348 | SAMNDCA10166657 | SAMNDCA630-05529496 |
| APLNDC0001324274 | SAMNDCA10166661 | SAMNDCA630-05560681 |
| APLNDC630-0000056520 | SAMNDCA10175266 | SAMNDCA630-05582497 |
| APLNDC630-0000127110 | SAMNDCA10175268 | SAMNDCA630-05598268 |
| APLNDC630-0000127252 | SAMNDCA10244357 | SAMNDCA630-05666454 |
| APLNDC630-0000127692 | SAMNDCA10244604 | SAMNDCA630-05695534 |
| APLNDC630-0000128231 | SAMNDCA10245281 | SAMNDCA630-05699628 |
| APLNDC630-0000129659 | SAMNDCA10245956 | SAMNDCA630-05707752 |
| APLNDC630-0000131781 | SAMNDCA10247373 | SAMNDCA630-05707782 |
| APLNDC630-0000149470 | SAMNDCA10247549 | SAMNDCA630-05726501 |
| APLNDC630-0000167955 | SAMNDCA10252803 | SAMNDCA630-05748484 |
| APLNDC630-0000170909 | SAMNDCA10311844 | SAMNDCA630-05859535 |
| APLNDC630-0000171023 | SAMNDCA10320161 | SAMNDCA630-05861826 |
| APLNDC630-0000171052 | SAMNDCA10320164 | SAMNDCA630-05876293 |
| APLNDC630-0000171814 | SAMNDCA10387447 | SAMNDCA630-05876686 |
| APLNDC630-0000171819 | SAMNDCA10387449 | SAMNDCA630-05878281 |
| APLNDC630-0000171825 | SAMNDCA10410283 | SAMNDCA630-05882639 |
| APLNDC630-0000171846 | SAMNDCA10432232 | SAMNDCA630-05890517 |
| APLNDC630-0000177067 | SAMNDCA10506419 | SAMNDCA630-05901700 |
| APLNDC630-0000177303 | SAMNDCA10807316 | SAMNDCA630-05931596 |
| APLNDC630-0000177658 | SAMNDCA10807388 | SAMNDCA630-05931637 |
| APLNDC630-0000177773 | SAMNDCA10967364 | SAMNDCA630-05951901 |
| APLNDC630-0000244108 | SAMNDCA10990627 | SAMNDCA630-06010136 |
| APLNDC630-0000728780 | SAMNDCA10993206 | SAMNDCA630-06018043 |
| APLNDC630-0000823418 | SAMNDCA10994757 | SAMNDCA630-06018913 |

| | | |
|---|---|---|
| APLNDC630-0000832896 | SAMNDCA10999199 | SAMNDCA630-06032104 |
| APLNDC630-0000843247 | SAMNDCA11065647 | SAMNDCA630-06147696 |
| APLNDC630-0000844702 | SAMNDCA11077704 | SAMNDCA630-06162057 |
| APLNDC630-0000870318 | SAMNDCA11290440 | SAMNDCA630-06233846 |
| APLNDC630-0000870458 | SAMNDCA11290567 | SAMNDCA630-06243410 |
| APLNDC630-0000870714 | SAMNDCA11294641 | SAMNDCA630-06279877 |
| APLNDC630-0000886083 | SAMNDCA11296712 | SAMNDCA630-06376300 |
| APLNDC630-0000935722 | SAMNDCA11298663 | SAMNDCA630-06382407 |
| APLNDC630-0000936889 | SAMNDCA11568028 | SAMNDCA630-06382677 |
| APLNDC630-0000937009 | SAMNDCA20003761 | SAMNDCA630-06614527 |
| APLNDC630-0001042428 | SAMNDCA63004335717 | SAMNDCA630-06635592 |
| APLNDC630-0001233115 | SAMNDCA63004362736 | SAMNDCA630-06639213 |
| APLNDC630-0001233406 | SAMNDCA63004369886 | SAMNDCA630-06639215 |
| APLNDC630-0001332683 | SAMNDCA630-00018307 | SAMNDCA630-06640771 |
| APLNDC630-0001336200 | SAMNDCA630-00018347 | SAMNDCA630-06641653 |
| APLNDC630-0001342197 | SAMNDCA630-00021349 | SAMNDCA630-06684572 |
| APLNDC630-0001409994 | SAMNDCA630-00050226 | SAMNDCA630-06687243 |
| APLNDC630-0001410776 | SAMNDCA630-00055957 | SAMNDCA630-06687358 |
| APLNDC630-0001427164 | SAMNDCA630-00055959 | SAMNDCA630-06691877 |
| APLNDC630-0001437744 | SAMNDCA630-00124744 | SAMNDCA630-06976158 |
| APLNDC630-0001438833 | SAMNDCA630-00153422 | SAMNDCA630-06988513 |
| APLNDC630-0001439288 | SAMNDCA630-00855947 | SAMNDCA630-07001037 |
| APLNDC630-0001463186 | SAMNDCA630-00855975 | SAMNDCA630-07177902 |
| APLNDC630-0001463541 | SAMNDCA630-00875256 | SAMNDCA630-07318132 |
| APLNDC630-0001466502 | SAMNDCA630-00911800 | SAMNDCA630-07320934 |
| APLNDC630-0001467057 | SAMNDCA630-01022452 | SAMNDCA630-07339199 |
| APLNDC630-0001467518 | SAMNDCA630-01031074 | SAMNDCA630-07340999 |
| APLNDC630-0001506122 | SAMNDCA630-01100970 | SAMNDCA630-07341087 |
| APLNDC630-0001725702 | SAMNDCA630-01391611 | SAMNDCA630-07341167 |
| APLNDC-Y0000023428 | SAMNDCA630-01412081 | SAMNDCA630-07341292 |
| APLNDC-Y0000023579 | SAMNDCA630-04291891 | SAMNDCA630-07380941 |
| APLNDC-Y0000023730 | SAMNDCA630-04294324 | SAMNDCA630-07415153 |
| APLNDC-Y0000024130 | SAMNDCA630-04387935 | SAMNDCA630-07416541 |
| APLNDC-Y0000024334 | SAMNDCA630-04401169 | SAMNDCA630-07416667 |
| APLNDC-Y0000025024 | SAMNDCA630-04406006 | SAMNDCA630-07435638 |
| APLNDC-Y0000026461 | SAMNDCA630-04408350 | SAMNDCA630-07435668 |
| APLNDC-Y0000029092 | SAMNDCA630-04432191 | SAMNDCA630-07441315 |
| GOOG-NDCAL630-00062038 | SAMNDCA630-04440727 | SAMNDCA630-07470136 |
| GOOG-NDCAL630-62048 | SAMNDCA630-04455675 | SAMNDCA630-07488222 |

| | | | |
|---|---|---|---|
| 1 | GOOG-NDCAL630-00062054 | SAMNDCA630-04462640 | SAMNDCA630-07488578 |
| 2 | GOOG-NDCAL630-00063685 | SAMNDCA630-04466024 | SAMNDCA630-07488580 |
| 3 | http://news.consumerreports.org/electronics/2012/08/samsung-galaxy-note-ii-has-abrilliant-55-inch-lcd-but-nouniversal-search.html | SAMNDCA630-04466096 | SAMNDCA630-07488605 |
| 4 | http://www.idownloadblog.com/2011/06/13/ios-5-useiphone-while-syncing/ | SAMNDCA630-04483842 | SAMNDCA630-07493451 |
| 5 | http://www.mobilenapps.com/articles/3332/20120727/samsung-galaxy-s3-universalsearch-function-coming.htm | SAMNDCA630-04503299 | SAMNDCA630-07493479 |
| 6 | http://www.theverge.com/2012/7/3/3136102/googlesamsung-software-updategalaxy-nexus-infringement | SAMNDCA630-04503771 | SAMNDCA630-07514866 |
| 7 | http://www.youtube.com/watch?v=AbexaqNTppo | SAMNDCA630-04527774 | SAMNDCA630-07515681 |
| 8 | http://www.youtube.com/watch?v=FLxB4pHHGY | SAMNDCA630-04529157 | SAMNDCA630-07515686 |
| 9 | http://www.youtube.com/watch?v=IPTgTeLFawM&NR | SAMNDCA630-04529870 | SAMNDCA630-07516211 |
| 10 | http://www.youtube.com/watch?v=kikTGEGz1dY | SAMNDCA630-04529875 | SAMNDCA630-07516356 |
| 11 | http://www.youtube.com/watch?v=qiUs8HQulo | SAMNDCA630-04532363 | SAMNDCA630-07516358 |
| 12 | http://www.youtube.com/watch?v=SOSiE1dGJ8&list=PL151367C4704CDA94&index=1 | SAMNDCA630-04532819 | SAMNDCA630-07517047 |
| 13 | http://www.youtube.com/watch?v=VHSZFrOfvTY | SAMNDCA630-04533481 | SAMNDCA630-07517049 |
| 14 | http://www.youtube.com/watch?v=yfey1U6ePug | SAMNDCA630-04533871 | SAMNDCA630-07578304 |
| 15 | SAMNDCA00176053 | SAMNDCA630-04538779 | SAMNDCA630-07694668 |
| 16 | SAMNDCA00201683 | SAMNDCA630-04543328 | SAMNDCA630-07697146 |
| 17 | SAMNDCA00203727 | SAMNDCA630-04543614 | SAMNDCA630-07697657 |
| 18 | SAMNDCA00203811 | SAMNDCA630-04543750 | SAMNDCA630-07799286 |

| | | |
|---|---|---|
| SAMNDCA00203880 | SAMNDCA630-04544458 | SAMNDCA630-07831241 |
| SAMNDCA00206747 | SAMNDCA630-05065440 | SAMNDCA630-07865073 |
| SAMNDCA00226589 | SAMNDCA630-05375143 | SAMNDCA630-07865076 |
| SAMNDCA00231459 | SAMNDCA630-05375902 | SAMNDCA630-07866179 |
| SAMNDCA00238251 | SAMNDCA630-05376089 | S-ITC-001015073 |
| SAMNDCA00239302 | SAMNDCA630-05394970 | S-ITC-001742947 |
| SAMNDCA00239398 | SAMNDCA630-05396802 | S-ITC-001764757 |
| SAMNDCA00239999 | SAMNDCA630-05407166 | S-ITC-009302888 |
| SAMNDCA00249929 | SAMNDCA630-05407533 | S-ITC-010477376 |
| SAMNDCA00250864 | SAMNDCA630-05407747 | S-ITC-010477381 |
| SAMNDCA00251761 | SAMNDCA630-05411575 | S-ITC-010531269 |
| SAMNDCA00508318 | SAMNDCA630-05425937 | S-ITC-010625175 |
| SAMNDCA10029586 | SAMNDCA630-05446737 | S-ITC-010671049 |
| SAMNDCA10042955 | SAMNDCA630-05459040 | S-ITC-010675987 |
| SAMNDCA10068570 | SAMNDCA630-05459042 | S-ITC-010698481 |
| SAMNDCA10091885 | SAMNDCA630-05460449 | S-ITC-500042803 |
| S-ITC-600103549 | S-ITC-010477381 | S-ITC-010671049 |
| SAMNDCA10940411 | SAMNDCA11077704 | S-ITC-006218603 |
| SAMNDCA10940411 | S-ITC-010625175 | SAMNDCA630-04416663 |
| SAMNDCA10940411 | SAMNDCA10145014 | |

Apple reserves the right to supplement and/or amend its response as appropriate.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 49:**

Additional evidence demonstrating the role that the Apple Patented Features have in consumer purchase decisions, and demonstrating that Apple Patented Features drive consumer demand for the Apple Practicing Devices and Samsung Accused devices includes but is not limited to the evidence listed in Appendices C, E, F, and H. Apple also incorporates by reference its responses and supplemental responses to Samsung's Interrogatory Nos. 5, 10 and 39.

In addition to the documents identified above and those identified previously by Apple in response to this Interrogatory, the harm caused to Apple by Samsung's infringement and the calculation of damages are the subject of expert opinion found in the following expert reports, which are hereby incorporated by reference:

- Opening Expert Report of Christopher A. Vellturo, PH.D., dated August 12, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Expert Report of John R. Hauser, August 11, 2013 and all exhibits, appendices, errata, and supplementations thereto
- Declaration of Christopher Vellturo, PH.D., dated February 8, 2012 and all exhibits, appendices, errata, and supplementations thereto
- Reply Declaration of Christopher Vellturo, PH.D., dated May 14, 2012 and all exhibits, appendices, errata, and supplementations thereto