Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

vs.                               CASE NO.  12-cv-00630-LHK

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.
_____/

H I G H L Y   C O N F I D E N T I A L

A T T O R N E Y S'   E Y E S   O N L Y

VIDEOTAPED DEPOSITION OF KENNETH KOCIENDA

REDWOOD SHORES, CALIFORNIA

FRIDAY, APRIL 13, 2012

BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 47976

Page 130

1  investigations.
2     Q  Do you recall seeing any type of marketing
3  studies or usability studies from the human computer
4  interaction group on this point?
5     A  No.
6     Q  Fair to say that the primary vehicle through
7  which your keyboard design ideas were vetted were
8  through these demonstrations inside Apple?
9     A  Yes.
10    Q  To your knowledge, are there any studies
11 within Apple that evaluated different keyboard designs
12 and word recommendation designs to determine their
13 relative impact on the sales of iPhone?
14    A  I'm not aware of any such studies.
15    Q  Have you investigated that issue?
16    A  I personally have not.
17    Q  Sitting here today, do you have any personal
18 opinions on that issue?
19    A  No.
20    Q  Have you ever analyzed competing products
21 with respect to their keyboard design?
22    A  No, I haven't.
23    Q  Have you ever seen an Android phone?
24    A  Have I ever seen an Android phone?  Yes.
25    Q  Have you ever operated an Android phone?

Page 131

1        MR. BUROKER:  I'll just say this is outside
2  the scope for which he's been designated, but he can
3  answer in his personal capacity.
4        THE WITNESS:  If I have, it was a very brief
5  interaction.
6        MR. PAK:  Q.  When did you use the Android
7  phone?
8     A  I don't even -- I can't even recall a
9  specific instance, but I can't really discount it and
10 say "no."  I may have.
11    Q  Do you know anything about the keyboard
12 design on the Android phones?
13    A  I know nothing specific about their keyboard
14 designs.
15    Q  Do you know anything about the word
16 recommendation design of the Android phones?
17    A  I know nothing about it.
18    Q  Do you know anything about the spell checking
19 functionality of the Android phones?
20    A  I don't.
21    Q  Same questions for Microsoft phones; do you
22 know anything about the keyboard designs?
23    A  No; same answers.
24    Q  Okay.  So have you ever been given any type
25 of award for your work on the '172 patent?

Page 132

1     A  I don't know.
2     Q  Do you receive -- do you -- do you recall
3  receiving any type of award?
4     A  Apple has a -- a -- a policy of giving cash
5  awards for patents.
6     Q  And do you know the amount?
7     A  I -- I don't know the specifics of how that
8  plan works, to be perfectly honest.
9     Q  So setting aside the standard Apple policy of
10 granting some cash for filing a patent, do you recall
11 receiving any other awards in connection with your
12 work on the '172 patent?
13    A  No.
14    Q  Have you ever published papers on the design
15 work that is described in the '172 patent?
16    A  No.
17    Q  Have you ever presented to people outside
18 Apple your work on the '172 patent?
19    A  Never.
20    Q  Sitting here today, can you think of any
21 accolades that you have received with respect to your
22 keyboard design work for the '172 patent?
23    A  No.
24    Q  After having prepared for today's deposition
25 as a company witness, can you tell me what's new about

Page 133

1  the '172 patent.
2        MR. BUROKER:  Objection; calls for a legal
3  conclusion.
4        THE WITNESS:  That -- that sort of question
5  makes me uncomfortable because I'm not a patent
6  lawyer.
7        MR. PAK:  I understand that.
8        THE WITNESS:  Yeah.
9        MR. PAK:  Q.  I'm asking as an inventor and
10 as a company witness, what is new or novel about the
11 '172 patent?
12       MR. BUROKER:  Same objections.
13       THE WITNESS:  Again, I have to give the same
14 answer.  It's how my work gets cast into.  The form of
15 a patent is not an area that I'm expert in.
16       MR. PAK:  Q.  Can you tell me, setting aside
17 the patent, have you ever analyzed what is different
18 or new about your keyboard design that ended up in the
19 iPhone compared to what may have existed before the
20 iPhone?
21    A  No, not specifically.
22    Q  So it's -- sitting here today, you just can't
23 tell me whether there's anything new because you
24 haven't looked at the prior art; right?
25    A  That was not my responsibility.