UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED]** ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO WITHDRAW |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") seek an order to withdraw from the

3 docket certain trial exhibits.

4    Having considered Samsung's request, and compelling reasons having been shown, the

5 Court GRANTS Samsung's motion and ORDERS the document filed at Dkt. No. 1774 removed

6 from the Electronic Court Filing system.

7    Samsung shall file a public redacted version by April 24, 2014 at 12p.m. which is in line with the Court's sealing Order, ECF No. 1772.

8    **IT IS SO ORDERED.**

10   DATED:    April 23, 2014                    _Lucy H. Koh_
11                                               The Honorable Lucy H. Koh
                                                 United States District Judge

02198.51981/5887405.1                            -1-                 Case No. 12-CV-00630-LHK (PSG)
                         [PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO WITHDRAW