UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER RE: VERDICT FORM |
| ) | [TENTATIVE] |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

The parties shall each file a statement of a maximum of two pages commenting on the Verdict Form [Tentative], ECF No. 1779, by noon on April 24, 2014. The Court understands that Apple is alleging that all operating software versions and subversions and all JX subparts of the accused products infringe. Nonetheless, the Court asks for clarification as to why all JX subparts were not admitted into evidence and as to why the parties differ in which JX subparts they list among the "Accused Versions" or "Representative Exhibits" for the accused products.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
LUCY H. KOH
United States District Judge