1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT LIST OF EXHIBITS ADMITTED THROUGH APRIL 22, 2014** |

1   Attached as Exhibit A is the parties' joint list of exhibits admitted through April 22, 2014.

Dated: April 24, 2014

| By: */s/ Rachel Krevans* | By: */s/ Victoria F. Maroulis* |
|---|---|
| RACHEL KREVANS | VICTORIA F. MAROULIS |
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| JOSH A. KREVITT (CA SBN 208552) | CHARLES K. VERHOEVEN (Bar No. 170151) |
| jkrevitt@gibsondunn.com | charlesverhoeven@quinnemanuel.com |
| H. MARK LYON (CA SBN 162061) | KEVIN A. SMITH (Bar No. 250814) |
| mlyon@gibsondunn.com | kevinsmith@quinnemanuel.com |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 1881 Page Mill Road | 50 California Street, 22nd Floor |
| Palo Alto, CA  94304-1211 | San Francisco, California 94111 |
| Telephone: (650) 849-5300 | Telephone: (415) 875-6600 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 875-6700 |
| HAROLD J. McELHINNY (CA SBN 66781) | |
| hmcelhinny@mofo.com | KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY)) |
| JAMES P. BENNETT (CA SBN 65179) | kevinjohnson@quinnemanuel.com |
| jbennett@mofo.com | VICTORIA F. MAROULIS (Bar No. 202603) |
| JACK W. LONDEN (CA SBN 85776) | victoriamaroulis@quinnemanuel.com |
| jlonden@mofo.com | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| RACHEL KREVANS (CA SBN 116421) | 555 Twin Dolphin Drive, 5th Floor |
| rkrevans@mofo.com | Redwood Shores, California 94065 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone: (650) 801-5000 |
| rborenstein@mofo.com | Facsimile: (650) 801-5100 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | WILLIAM C. PRICE (Bar No. 108542) |
| MORRISON & FOERSTER LLP | williamprice@quinnemanuel.com |
| 425 Market Street | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| San Francisco, California 94105-2482 | 865 South Figueroa Street, 10th Floor |
| Telephone: (415) 268-7000 | Los Angeles, California 90017-2543 |
| Facsimile: (415) 268-7522 | Telephone: (213) 443-3000 |
| WILLIAM F. LEE (*pro hac vice*) | Facsimile: (213) 443-3100 |
| William.lee@wilmerhale.com | |
| WILMER CUTLER PICKERING  HALE AND DORR LLP | |
| 60 State Street | |
| Boston, Massachusetts 02109 | |
| Telephone: (617) 526-6000 | |
| Facsimile: (617) 526-5000 | |

| | |
|---|---|
| 1 | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 3 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint List. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 24, 2014                    */s/ Rachel Krevans*
                                         Rachel Krevans