UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") seek to seal certain documents
3  relating to Samsung's Statement Regarding the Verdict Form [Tentative].
4  Having considered Samsung's request, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed Exhibit A to the Fazio Declaration In
6  Support of Samsung's Statement Regarding the Verdict Form [Tentative].

9  **IT IS SO ORDERED.**

12  DATED: _____

The Honorable Lucy H. Koh
United States District Judge