1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
15

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| 19          Plaintiff, | |
| 20          vs. | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S STATEMENT REGARDING THE VERDICT FORM [TENTATIVE]** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24          Defendants. | |

98.51981/5894308.1

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of an Exhibit 5 to the Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414. Information in this document has been designated as Highly Confidential – Attorneys Eyes Only by Samsung.

3. Attached as Exhibit B is a true and correct copy of a redline of the Court's Verdict Form [Tentative] (Dkt. 1779).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 24, 2014, at San Jose, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

98.51981/5894308.1

-2-
DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S STATEMENT REGARDING THE VERDICT FORM [TENTATIVE]