QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 1727]** |

I, Michael L. Fazio, declare:

1.     I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.     I make this declaration in support of Apple's Administrative Motion To File Under Seal (Dkt. No. 1727) ("Administrative Motion").

3.     Pursuant to the Parties' agreement, Samsung expects that Apple will file highlighted versions of documents subject to the Administrative Motion and Samsung expects that Apple will file conformed highlighted versions of documents it seeks to seal within seven days of this declaration.  Samsung maintains a claim of confidentiality over all portions highlighted in green in these conformed highlighted versions.  Specifically, Samsung claims confidentiality over the green highlighted portions of:

- Apple's Objections and Responses to Objections Regarding Judith Chevalier, Michael Freeman, Roberto Garcia, Jong Pil Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer (Dkt. No. 1727-3); and
- Exhibit 5 to the Olson Declaration In Support of Apple's Objections and Responses (Dkt. No. 1727-9).

4.     The Administrative Motion and Exhibit 5 contain: (1) detailed discussions of Samsung's licensing and purchasing decisions.

5.     I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.  (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

1  6. I am informed and believe that information about Samsung's licensing agreements
2  with third parties is highly confidential because Samsung frequently negotiates licensing
3  agreements and counterparties could use information about Samsung's existing agreements to
4  Samsung's disadvantage during negotiations.

5  7. I am informed and believe that information about Samsung's purchase agreements
6  are highly confidential as Samsung has a contractual obligation to maintain the confidentiality of
7  these agreements.  Samsung therefore requests that Apple's Administrative Motion to File Under
8  Seal be granted as to the portions highlighted in green in Apple's Objections and Responses to
9  Objections Regarding Judith Chevalier, Michael Freeman, Roberto Garcia, Jong Pil Hong, James
10 Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer (Dkt.
11 No. 1727-3), and Exhibit 5 to the Olson Declaration In Support of Apple's Objections and
12 Responses (Dkt. No. 1727-9), for the reasons stated above and in the aforementioned Shim
13 declarations.

15 I declare under penalty of perjury under the laws of the United States of America that the
16 foregoing is true and correct.  Executed April 24, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio