[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING PX201, DX336 AND DX453A** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

Upon reviewing the record, the parties believe that the sealing status of certain pages of PX 201, DX 336 and DX 453A is unclear or may be inconsistent with the Court's prior orders. *See* Tr. 2326-27; 2503; 2507. Accordingly, in order to clarify the record, the parties submit this joint notice to clarify the pages of PX 201, DX 336 and DX 453A that are sealed subject to the Court's prior sealing orders.

**DX 336:** On April 10, 2014 the Court granted Google's request to seal DX 336 in full. *See* Dkt. 1656 at 2-3 (sealing multiple documents, including PX 336, in light of Dkt. Nos. 1639-3, 1639-9 and 1651); Dkt. 1639-3 (moving to seal DX 336 on behalf of Google); Dkt 1651 at 4 (declaration from Google requesting DX 336 be sealed in full). Thus, the parties respectfully notify the Court of their understanding that DX 336 is sealed in full.

**PX 201:** On April 14, 2014 the Court granted Samsung's request to seal pages 60, 72 and 87 of PX 201. *See* Dkt. 1699 at 2. On April 19, 2014, the Court also granted Samsung's request to seal pages 11-13, 79-80, 116 of PX 201 "to the extent … not used during a witness examination." *See* Dkt. 1726-3 at 6 (requesting those portions be sealed); Dkt. 1734 at 2 (granting Samsung's request). Accordingly, the parties respectfully notify the Court of their understanding that pages 11-13, 60, 72, 79-80, 87 and 116 of PX 201 are sealed, and that pages 11-13, 79-80, 116 of PX 201 will become unsealed if they are used in Court (which, to date, they have not).

**DX 453A:** On April 19, 2014, the Court granted Apple's request to seal pages 5 and 6 of DX 453A and Samsung's request to seal pages 2 and 12 of DX 453A. *See* Dkt. 1730 at 3 (sealing pages 5 and 6 of DX 453A); Dkt. 1734 at 2 (sealing pages 2 and 12 of DX 453A). Thus, the parties respectfully notify the Court of their understanding that pages 2, 5, 6 and 12 of DX 453A are sealed.

Dated: April 24, 2014

| By: */s/ Mark D. Selwyn* | By: */s/ Michael Fazio* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Harold J. McElhinny (CA SBN 66781)<br>hmcelhinny@mofo.com<br>James P. Bennett (CA SBN 65179)<br>jbennett@mofo.com<br>Jack W. Londen (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Ruth N. Borenstein (CA SBN 133797)<br>rborenstein@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING | |

| | | |
|---|---|---|
| 1 | HALE AND DORR LLP | Telephone: (213) 443-3000 |
| 2 | 950 Page Mill Road | Facsimile: (213) 443-3100 |
| | Palo Alto, CA 94304 | |
| 3 | Telephone: (650) 858-6000 | |
| | Facsimile: (650) 858-6100 | |

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding PX201, DX336 and DX453A.   In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: April 24, 2014                              *s/* Mark D. Selwyn
                                                                  Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 24, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                  */s/* Mark D. Selwyn
                                                                  Mark D. Selwyn