**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE: FURTHER BRIEFING RELATED TO ACCUSED DEVICES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

By no later than 5 p.m. on April 24, 2014, Apple shall file a statement identifying the operating system versions and subversions as well as JX subparts for each product accused of infringing each asserted patent.

**IT IS SO ORDERED.**

Dated: April 24, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge