SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar # 114789)
Carrie E. Jantsch (CA Bar # 284877)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:      +1 415 954 0200
Facsimile:      +1 415 393 9887
E-mail:          mark.dosker@squiresanders.com
                 carrie.jantsch@squiresanders.com

SQUIRE SANDERS (US) LLP
Bruce A. Khula (to be admitted *pro hac vice*)
4900 Key Tower, 127 Public Square
Cleveland, Ohio  44114
Telephone:      +1 216 479 8500
Facsimile:      +1 216 479 8780
E-mail:          bruce.khula@squiresanders.com

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC in the related action *Dang v. Samsung Electronics
Co., Ltd. et al.*, Case No. 14-cv-00530-SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC a Delaware limited liability company,<br><br>            Defendants. | Case No. 5:12-cv-00630-LHK<br><br>**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2        NOTICE IS HEREBY GIVEN that defendants Samsung Electronics America, Inc. and

3    Samsung Telecommunications America, LLC in the action captioned *Dang v. Samsung*

4    *Electronics Co., Ltd. et al.*, Case No. 14-cv-00530-SI have filed an ADMINISTRATIVE

5
     MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED pursuant to Civ. L.R.
6
7    3-12 and 7-11, a true and correct copy of which is attached hereto and which is hereby served by

8    ECF pursuant to Civ. L.R. 5-5(a).

9    Dated:  April 24, 2014                          Respectfully submitted,
10
                                                      SQUIRE SANDERS (US) LLP
11

12
                                                      By:  _____ */s/ Mark C. Dosker*_____
13                                                              Mark C. Dosker

14                                                    Attorneys for Defendants
                                                       SAMSUNG ELECTRONICS AMERICA,
15                                                    INC. and SAMSUNG
                                                      TELECOMMUNICATIONS AMERICA, LLC
16                                                    in the related action captioned *Dang v.*
                                                      *Samsung Electronics Co., Ltd. et al.*, Case No.
17                                                    14-cv-00530-SI

18

19

20

21

22

23

24

25

26

27

28

- 1 -