1   JOSH A. KREVITT (CA SBN 208552)           WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                   william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)              WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                        HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP               60 State Street
    1881 Page Mill Road                       Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211         Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300                Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)        MARK D. SELWYN (CA SBN 244180)
    hmcelhinny@mofo.com                       mark.selwyn@wilmerhale.com
7   JAMES P. BENNETT (CA SBN 65179)           WILMER CUTLER PICKERING
    jbennett@mofo.com                           HALE AND DORR LLP
8   JACK W. LONDEN (CA SBN 85776)             950 Page Mill Road
    jlonden@mofo.com                          Palo Alto, California  94304
9   RACHEL KREVANS (CA SBN 116421)            Telephone:  (650) 858-6000
    rkrevans@mofo.com                         Facsimile:  (650) 858-6100
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  Morrison & Foerster LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

15  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                 **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
17                       **SAN JOSE DIVISION**

18

19  APPLE INC., a California corporation,      Case No. 12-cv-00630-LHK (PSG)

20          Plaintiff,                         **APPLE'S ADMINISTRATIVE MOTION
                                               TO FILE DOCUMENTS UNDER SEAL**
21      vs.

22

23  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
24  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
25  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

26          Defendants.

27

28

1     In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal

2   the following documents:

3        1.    Apple's Statement Re Accused Devices ("Apple's Statement"); and

4        2.    Exhibits A to Apple's Statement.

5     Apple's Statement and Exhibit A contain information that Samsung and/or Google may

6   consider confidential.  Apple expects that Samsung and/or Google will file the required

7   supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether

8   the information contained in Apple's Statement and Exhibit A should be sealed.

9     Apple does not maintain a claim of confidentiality with respect to Apple's Statement and

10   Exhibit A.  Apple does not file a proposed redacted version of the aforementioned documents in

11   accordance with the Court's Order requiring the parties to meet and confer before filing public

12   redacted documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

13     For the foregoing reasons, Apple has moved to file Apple's Statement and Exhibit A

14   under seal.

15

16   Dated:  April 24, 2014                    MORRISON & FOERSTER LLP

17                                             */s/ Harold J. McElhinny*_____ _
                                              Harold J. McElhinny
18
                                              *Attorneys for Plaintiff and*
19                                            *Counterclaim-Defendant Apple Inc.*

20

21

22

23

24

25

26

27

28

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)