| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Statement Re Accused Devices ("Apple's Statement") and Exhibit A to Apple's Statement.

3. Apple's Statement and Exhibit A contain information that Samsung and/or Google may consider confidential.

4. Apple expects that Samsung and/or Google will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Apple's Statement and Exhibit A should be sealed.

5. Apple does not maintain a claim of confidentiality with respect to Apple's Statement and Exhibit A.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 24th day of April, 2014, in San Jose, California.

*/s/ Erik J. Olson*
Erik J. Olson

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: April 24, 2014                  */s/ Harold J. McElhinny*
                                             Harold J. McElhinny