1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER GRANTING
APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's

2 Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding

3 Apple's Statement Re Accused Devices ("Apple's Statement") and Exhibit A to Apple's

4 Statement ("Exhibit A").  Apple has filed the Declaration of Erik J. Olson in support of Apple's

5 Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

6

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Statement | Portion(s) indicated by Samsung and/or Google. |
| Exhibit A | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated:  _____, 2014              _____
                                            Hon. Lucy H. Koh
                                            United States District Judge