Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-00630-LHK |

**REBUTTAL EXPERT REPORT OF TÜLIN ERDEM**
**SEPTEMBER 13, 2013**

# APPENDIX C

## Materials Relied Upon

| Court Documents |
| --- |
| Amended Complaint for Patent Infringement, August 31, 2013. |
| Apple Inc.'s List of Accused Samsung Products and Asserted Patents, February 15, 2013. |
| Apple Inc.'s Submission on Case Narrowing Pursuant to Court Order of April 24, 2013. |
| Expert Report of John R. Hauser, August 11, 2013, and Exhibits thereto. |
| Expert Report of Dr. Alex Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, August 12, 2013. |
| Expert Report of Jeffrey Chase, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414, September 13, 2013. |
| Expert Report of Professor Andrew Cockburn, August 12, 2013. |
| Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, August 12, 2013. |
| Opening Expert Report of Christopher A. Vellturo, Ph.D., August 12, 2013. |
| Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647, September 13, 2013. |
| Rebuttal Expert Report of Martin Rinard, Ph.D. Regarding Infringement of Claims 24 and 25 of U.S. Patent No. 6,847,959, September 13, 2013. |
| Rebuttal Expert Report of Saul Greenberg, Ph.D., Regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721, September 13, 2013. |
| Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172, September 13, 2013 |
| Expert Report of Jeffrey Chase, Ph.D. Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414, September 13, 2013 |
| Samsung Defendants Answer, Affirmative Defenses, and Counterclaims to Apple Inc. Complaint, April 18, 2012. |
| Stipulation and Order Regarding Dismissal of Claims, September 6, 2013. |
| U.S. Patent No. 5,946,647. |
| U.S. Patent No. 6,847,959. |
| U.S. Patent No. 7,761,414. |

| |
|---|
| U.S. Patent No. 8,046,721. |
| U.S. Patent No. 8,074,172. |
| |

| **Bates Stamped Documents** |
|---|
| APL630DEF-WH0007775601-654. |
| APLNDC0000036266-348. |
| APLNDC00010809.2-9.54. |
| APLNDC0001405392-454. |
| APLNDC0002007608-704. |
| APLNDC0002172819-860. |
| APLNDC0002420480-484. |
| APLNDC0002426913-940. |
| APLNDC0002426913-7240. |
| APLNDC0002752664-680. |
| APLNDC630-0001233246-405. |
| APLNDC630-0000123751-754. |
| APLNDC630-0000128950-9006. |
| APLNDC630-0000131841-884. |
| APLNDC630-0000135164-183. |
| APLNDC630-0000149086-097. |
| APLNDC630-0000149197. |
| APLNDC630-0000177067-302. |
| APLNDC630-0000177658-772. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| |
|---|
| APLNDC630-0000177773-8021. |
| APLNDC630-0000182457-593. |
| APLNDC630-0000823351-414. |
| APLNDC630-0000870458-706. |
| APLNDC630-0000870825. |
| APLNDC630-0001233246-405. |
| APLNDC630-0001321266-273. |
| APLNDC630-0001321529-594. |
| APLNDC-Y0000023361-427. |
| APLNDC-Y0000023730-907. |
| APLNDC-Y0000025460-574. |
| APLNDC-Y0000026687-807. |
| GOOG-NDCAL630-00062038. |
| GOOG-NDCAL630-00062048. |
| SAMDCDA10182539-726. |
| SAMNDCA00190144-243. |
| SAMNDCA00252685-775. |
| SAMNDCA10030345-641. |
| SAMNDCA630-07416541. |
| SAMNDCA630-07532808-855. |
| SAMNDCA630-06701998-2014. |
| SAMNDCA630-07395533-577. |
| SAMNDCA630-07416541-560. |

| SAMNDCA630-07416541-601. |
| SAMNDCA630-07517049. |
| S-ITC-003353288-507. |
| NUANCE 000011. |
|  |

| **Depositions** |
| Deposition of Arthur Rangel, June 25, 2013. |
| Deposition of Dag Kittlaus, June 27, 2013. |
| Deposition of Greg Joswiak, April 2012. |
| Deposition of Greg Joswiak, July 9, 2013. |
| Deposition of James Imahiro, July 2, 2013. |
| Imahiro Deposition Exhibits 6-9, Imahiro Deposition, July 2, 2013. |
| Deposition of Michael Tchao, June 28, 2013. |
| Deposition of Nick DiCarlo, June 26, 2013. |
| Deposition of Phil Schiller, July 23, 2013. |
| Deposition of Stan Ng, July 2, 2013. |
| Deposition of Steven Sinclair, April 4, 2012. |
| Deposition of Timothy Benner, June 28, 2013. |
| Deposition of Yat-Sang Hung, June 13, 2013. |
|  |

| **Academic Articles** |
| B. Orme, "Comment on Bradlow," (2005), in an unpublished draft of E. Bradlow, "Current Issues and a 'Wish List' for Conjoint Analysis," 19, 22. |
| Bettman, James R., Mary F. Luce, and John W. Payne (1998). "Constructive Choice Processes," *Journal of Consumer Research*, 25(3), 187-217. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Böckenholt, U. and Hynan, L.S. (1994), "Caveats on a Process-Tracing Measure and Remedy," *Journal of Behavioral Decision Making,* 7, 119-22.

Bordalo, Pedro, Nicola Gennaioli, and Andrei Shleifer (2012), "Salience Theory of Choice Under Risk," *Quarterly Journal of Economics*, 127(3), 1243-85.

Campbell, Karen L., Naseem Al-Aidroos, and Jay Pratt (2009), "Repelling the young and attracting the old: Examining age-related differences in saccade trajectory deviations," *Psychology and Aging*, 2009, 24(1), 163-68.

Cattin, P. and D. Wittink (1982), "Commercial Use of Conjoint Analysis: A Survey," *Journal of Marketing*, 46(3), 50.

Chandon P., J. Wesley Hutchinson, Eric T. Bradlow, and Scott H. Young (2009), "Does In-Store Marketing Work? Effects of the Number and Position of Shelf Facings on Brand Attention and Evaluation at the Point of Purchase," *Journal of Marketing*, 73(November), 1-17.

Cui, Yongqin, and Jan M. Hondzinski (2006), "Gaze Tracking Accuracy in Humans: Two Eyes are Better than One," *Neuroscience Letters*, 396(3), 257-62.

Diamond, Shari S. (2011), "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, 359-423.

Du, Ping and Erin F. MacDonald (2013), "Eye-Tracking Data Predicts Importance of Product features and Saliency of Size Change," *Proceedings of the ASME 2013 International Design Engeneering Technical Conferences & Computers and Information in Engineering Conference,* DETC2013-12737.

Erdem, Tülin (1998), "An Empirical Analysis of Umbrella Branding," *Journal of Marketing Research*, 35(3), 339-351.

Erdem, Tülin and Joffre Swait (2004), "Brand Credibility, Brand Consideration, and Choice," *Journal of Consumer Research,* 31(1).

Fiedler, Susann and Andreas Gloeckner (2012), "The Dynamics of Decision Making in Risky Choice: An Eye-Tracking Analysis," *Frontiers in Psychology / Cognitive Science,* 3, 1-18.

Galesic, Mirta, Roger Tourangeau, Mick P. Couper, and Frederick G. Conrad (2008), "Eye-Tracking Data: New Insights on Response Order Effects and Other Cognitive Shortcuts in Survey Responding," *Public Opinion Quarterly*, 72(5), 892-913.

Gennaioli, Nicola and Andrei Shleifer (2010), "What Comes to Mind," *Quarterly Journal of Economics*, 125(4), 1399-1433.

Gilbride,Timothy J., and Greg M. Allenby (2006), "Estimating Heterogeneous EBA and Economic Screening Rule Choice Models," *Marketing Science,* 25(5), 494-509.

Glaholt, M.G. and Reingold, E. M. (2011), "Eye Movement Monitoring as a Process Tracing Methodology in Decision-Making Research," *Journal of Psychology, Neuroscience and Economics*, 4(2).

Glaholt, Mackenzie. G., Mei-Chun Wu and Eyal M. Reingold (2009), "Predicting Preference from Fixations," *PsychNology Journal*, 7(2), 141-158.

Graham, John W., Bonnie J. Taylor, Allison E. Olchowski, and Patricio E. Cumsille (2006), "Planned Missing Data Designs in Psychological Research," *Psychological Methods*, 11(4), 323-43.

Hauser, John R. (2013). "Consideration-Set Heuristics." *Journal of Business Research*, Forthcoming.

Hauser, John R. and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration,*" Journal of Consumer Research*, 16(4), 393-408.

Hauser, John R., "Note on Consumer Behavior," MIT Sloan Courseware.

Hauser, John, Min Ding, Steven Gaskin (2009), "Non-Compensatory (and Compensatory) Models of Consideration-Set Decisions," *Proceedings of the Sawtooth Software Conference*, March 2009.

Isaacowitz, Derek M., Kaitlin Toner, Deborah Goren, and Hugh R. Wilson (2008), "Looking While Unhappy: Mood Congruent Gaze in Young Adults, Positive Gaze in Older Adults," *Psychological Science*, 19(9), 848-53.

Jedidi K. and Rajeev Kohli (2005), "Probabilistic Subset Conjunctive Models for Heterogeneous Consumers," *Journal of Marketing Research*, 42(November), 483-94.

Just, Marcel A. and Patricia A. Carpenter (1980), "A Theory of Reading: From Eye Fixations to Comprehension," *Psychological Review*, 87, 329-54.

Klein, N. M. (1983), "Utility and decision strategies: A second look at the rational decision maker," *Organizational Behavior and Human Performance*, 10, 165-183.

Lancaster, Kelvin (1966), "A New Approach to Consumer Theory," *Journal of Political Economy*, 74, 132-157.

Lohse, G. L. (1997), "Consumer Eye Movement Patterns on Yellow Page Advertising," *Journal of Advertising*, 26, 61-73.

Lohse, Gerald L. and Eric J. Johnson (1996), "A Comparison of Two Process Tracing Methods for Choice Tasks," *Organizational Behavior and Human Decision Processes*, 68(1), 28-43.

Lussier, Denis A., and Richard W. Olshavsky, (1979), "Task complexity and contingent processing in brand choice," *Journal of Consumer Research*, 6, 154–165.

Masatlioglu, Yusufcan, Daisuke Nakajima, and Erkut Y. Ozbay (2012), "Revealed Attention," *American Economic Review*, 102(5), 2183-2205.

McFadden, Daniel "Conditional Logit Analysis of Qualitative Choice Behavior," in P. Zarembka, ed., *Frontiers In Economics*, New York: Academic Press, 1973, 105-142.

Michel Wedel and Rik Pieters (2006) "Eye Tracking for Visual Marketing." *Foundations and Trends in Marketing*, 1(4), 233-320.

Olsen, Anneli (2012). "The Tobii I-VT Fixation Filter: Algorithm Description, Tobii Technology White Paper," March 20, 2012.

Olson, Jerry C. and Jacob Jacoby (1972), "Cue Utilization in the Quality Perception Process," in *SV - Proceedings of the Third Annual Conference of the Association for Consumer Research*, ed. M. Venkatesan, Chicago, IL : Association for Consumer Research, 167-179.

Orquin, Jacob L, Simone-Mueller Loose (2013) "Attention and Choice: A Review on Eye Movements in Decision-Making," *Acta Psychologica*, 144, 190-206.

Payne, John W. (1976), "Task Complexity and Contingent Processing in Decision-Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, 16, 366-387.

Payne, John W. and James R. Bettman (1994). "Comment: The Costs and Benefits of Alternative Measures of Search Behavior: Comments on Bockenholt and Hynan," *Journal of Behavioral Decision Making*, 7, 119-22.

Payne, John W., Bettman, James R., & Johnson, Eric J. (1988), "Adaptive Strategy Selection in Decision Making," *Journal of Experimental Psychology: Learning, Memory, and Cognition*, 14, 534-552.

Payne, John. W., & Myron L. Braunstein (1978), "Risky choice: An examination of information acquisition behavior," *Memory & Cognition*, 6, 554-561.

Pieters, Rik and Luk Warlop (1999), "Visual Attention during Brand Choice: The Impact of Time Pressure and Task Motivation," *International Journal of Research in Marketing*, 16, 1-16.

Pokropek, Artur (2011), "Missing by Design: Planned Missing-Data Designs in Social Science," ASK Research & Methods, 20(1), 81-105.

Rayner, Keith (1998), "Eye Movements in Reading and Information Processing: 20 Years of Research." *Psychological Bulletin*, 124(3), 372-422.

Reichle, Erik D., Keith Rayner and Alexander Pollatsek (2003), "The E-Z Reader Model of Eye-Movement Control in Reading: Comparison to Other Models," *Behavioral and Brain Sciences*, 26, 445-526.

Reisen, Nils (2009), "On Consumer Decision Strategies: New Approaches for Studying and Aiding Preferential Choices." University of Lausanne, PhD Dissertation.

Reisen, Nils, Ulrich Hoffrage, Fred W. Mast (2008), "Identifying Decision Strategies In A Consumer Choice Situation," Judgment and Decision Making, 3(8), 641-658.

Renkewitz, F. and G. Jahn (2012), "Memory Indexing: A Novel Method for Tracing memory Processes in Complex Cognitive Tasks," *Journal of Experimental Psychology: Learning, Memory and Cognition*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Reutskaja, Elena, Rosemarie Nagel, Colin F. Camerer, and Antonio Rangel (2011), "Search Dynamics in Consumer Choice Under Time Pressure: An Eye-Tracking Study," American Economic Review, 101, 900-926.

Riedl, R. E. Brandstätter, F. Roithmayr (2008). "Identifying Decision Strategies: A Process and Outcome-based Classification Method," Behavior Research Methods, 40(3), 795-807.

Roberts, J. and P. Nedungadi (1995). "Studying Consideration In Consumer Decision Process: Progress And Challenges," International Journal of Research in Marketing, 12, 3-7.

Roberts, J. H. and James M. Lattin (1991), "Development and Testing of A Model of Consideration Set Formation," Journal of Marketing Research, 28(November), 429-40.

Russo, J. Edward, and France Leclerc (1994), "An Eye-Fixation Analysis Of Choice Processes For Consumer Nondurables," Journal of Consumer Research, 21(2), 274-290.

Shi, S.W., Michel Wedel, F.G.M. (Rik) Pieters, "Information Acquisition During Online Decision Making: A Model-Based Exploration Using Eye-Tracking Data," Management Science, Articles in Advance, 1-18.

Shocker, Allan D., Moshe Ben-Akiva, Bruno Boccara, and Prakash Nedungadi (1991), "Consideration Set Influences on Consumer Decision-Making and Choice: Issues, Models and Suggestions," Marketing Letters, 2(3), 181-197.

Shugan, Steven (1980), "The Cost of Thinking," The Journal of Consumer Research, 7(2), 99-111.

Streufert, S. (1970), "Complexity and complex decision-making: Convergences between differentiation and integration approaches to the prediction of task performance," Journal ofExperimental Social Psychology, 6, 464-509.

Stüttgen, Peter, Peter Boatwright and Robert T. Monroe (2012). "A Satisficing Choice Model," Marketing Science, 31, 878-899.

Swait, J. and V. Adamowicz (2001). "The Influence of Task Complexity on Consumer Choice: A Latent Class Model of Decision Strategy Switching," Journal of Consumer Research, 28(1), 135-148.

Swait, Joffre (2001), "A non-compensatory choice model incorporating attribute cutoffs," Transportation Research, Part B, 35, 903-928.

Swait, Joffre and Fred Feinberg (2012), "Deciding How to Decide: An Agenda for Multi-Stage Choice Modeling Research in Marketing," in Handbook of Choice Modeling, Stephane Hess and Andrew Daly, eds. (forthcoming).

Taylor, Shelley E. and Suzanne C Thompson (1982), "Stalking the Elusive 'Vividness' Effect," Psychological Review, 89(2), 155-81.

Tseng, L. P. and Y. Lii (2006), "The Role of Attribute Order and Number Effects in Consumers Multiattribute Preferential Decisions," Research in Consumer Behavior, 10, 165-183.

Wilkie, W. L., & Weinreich, R. P. (1972). "Effects of the number and type of attributes included in an attitude model: More is not better," In: Proceedings, third annual conference, College Park, MD: Association for Consumer Research, 325-340.

## Books

Aaker, David A. (1991). Managing Brand Equity. New York: The Free Press.

Bettman, J. R. (1979). An information processing theory of consumer choice. Reading, MA: Addison-Wesley Publishing.

Bettman, James..R., Eric J. Johnson, and John W. Payne (1991). "Consumer Decision Making," in Handbook of Consumer Behavior, ed. T.S. Robertson et al (Prentice Hall: New Jersey).

Chandon P., J. Wesley Hutchinson, Eric T. Bradlow, and Scott H. Young (2007), "Measuring the Value of Point-of-Purchase Marketing with Commercial Eye-Tracking Data," in Visual Marketing: From Attention to Action, ed. Michel Wedel et al (Mahwah: NJ: Lawrence Erlbaum Associates).

Duchowski, Andrew T. (2007). Eye Tracking Methodology: Theory and Practice, Second Edition. London: Springer-Verlag.

Fishbein, Martin and Icek Ajzen (1975). *Belief, Attitude, Intention, and Behavior: An Introduction to Theory and Research* . Reading, MA: Addison-Wesley.

Holmqvist, Kenneth, Marcus Nyström, Richard Andersson, Richard Dewhurst, Halszka Jarodzka and Joost van de Weijer (2011). *Eye Tracking: A Comprehensive Guide to Methods and Measures* . New York: Oxford University Press.

Holmqvist, Kenneth, Marcus Nyström, Richard Andersson, Richard Dewhurst, Halszka Jarodzka, Joost Van de Weijer (2011). *Eye Tracking, A Comprehensive Guide to Methods and Measures* . New York: Oxford University Press.

Kotler, Philip (1997). *Marketing Management* . New Jersey: Prentice Hall.

Lilien, Gary L., Philip Kotler and K. Sridhar Moorthy (1992), *Marketing Model* s, New Jersey: Prentice Hall.

Payne, J. W., Bettman, J. R., & Johnson, E. J. (1993). *The adaptive decision maker* . Cambridge, England: Cambridge University Press.

Payne, John. W., James R.Bettman,and Eric J. Johnson (1990), "The adaptive decision-maker: Effort and accuracy in choice," in *Insights in Decision Making* , ed. R. M. Hogarth (Chicago, IL: University of Chicago Press).

Raiffa, H. (1968). *Decision Analysis* . Addison-Wesley, Reading, Mass.

Russo, J. Edward, "Eye Fixations as a Process Trace," in *A Handbook of Process Tracing Methods for Decision Research: A Critical Review and User's Guide* , ed. Michael Schulte-Mecklenbeck (New York: Psychology Press, 2011).

Tirole, Jean. (1990). *The Theory of Industrial Organization* . Cambridge, MA: MIT Press.

Wahlers, Russell G. (1982), "Number of choice alternatives and number of product characteristics as determinants of the consumer's choice of an evaluation process strategy," in *Advances in Consumer Research* , ed. Andrew Mitchell (Ann Arbor, MI: Association for Consumer Research).

Yarbus, Alfred L (1967), "Eye Movements and Vision," New York: Plenum Press.

Yates, Frank, J. (1990), "Judgment and Decision-Making," New Jersey: Prentice Hall.

## SEC Filings and Investor Relations

Apple Inc. Form 10-K for fiscal year ended September 29, 2012.

## Research Reports

"2012 Handset Guidebook," Oppenheimer Equity Research, November 13, 2011.

"2012 Portable PC Shopper Study," Google Compete, September 2012.

"Daily Letter, Q4/12 Handset Market Summary & January Survey," Canaccord Genuity Daily Letter, February 5, 2013.

"Gartner IT Glossary, Smartphone," Gartner, www.gartner.com/it-glossary/smartphone/; "Gartner IT Glossary, Entry-Level Smartphone," Gartner, www.gartner.com/it-glossary/entry-level-smartphone/.

"iPhone vs. Samsung Galaxy User Experience Case Study," eye square User & Brand Research, April 29, 2012.

"Mobile Future in Focus 2013," comScore, February 2013.

"North American Smartphones Market," Frost & Sullivan, December 2010.

"Portable PC Study," thinktech with Google, October 2010.

"Smartphones ship a billion but usage becomes simpler," Deloitte, 2013.

"Understanding Today's Mobile Device Shopper," thinktech with Google Compete, March 2011.

"Wireless Shopper 2.0," thinktech with Google Compete, April 2010

"Wireless Shopper Study," Google Compete, April 2013.

Joanna Brenner, "Pew Internet: Mobile," PewInternet, June 6, 2013, pewinternet.org/Commentary/2012/February/Pew-Internet-Mobile.aspx.

Oppenheimer 2012 Handset Guidebook.

### News Articles and Press Releases

"Apple Press Info - Apple Reinvents the Phone with iPhone," January 9, 2007, www.apple.com/pr/library/2007/01/09Apple-Reinvents-the-Phone-with-iPhone.html.

"Apple Press Info - iPad Available in US on April 3," March 5, 2010, www.apple.com/pr/library/2010/03/05iPad-Available-in-US-on-April-3.html.

"Apple Unveils iPhone," January 9, 2007, www.macworld.com/article/1054769/iphone.html.

"T-Mobile Un-leashes iPhone 5 With Incredible New Pricing and No Annual Contracts," March 26, 2013,  newsroom.t-mobile.com/phoenix.zhtml?c=251624&p=irol-newsArticle&ID=1802242&highlight=.

"Apple Introduces iPhone 5," Apple Press Info, September 12, 2012, www.apple.com/pr/library/2012/09/12Apple-Introduces-iPhone-5.html.

"Eye Tracking: The eyes have it," The Economist, December 1, 2012, www.economist.com/news/technology-quarterly/21567195-computer-interfaces-ability-determine-location-persons-gaze.

"Phone plans 101: breaking down the major carrier," *The Christian Science Monitor*, February 24, 2013, www.csmonitor.com/layout/set/print/Business/Saving-Money/2013/0224/Phone-plans-101-breaking-down-the-major-carriers.

"Samsung goes big with Windows 8-powered Ativ line," June 20, 2013, news.cnet.com/8301-1035_3-57590154-94/samsung-goes-big-with-windows-8-powered-ativ-line/.

"Trio of New DROID Smartphones Coming to Verizon Wireless," Verizon Wireless News Center, August 20, 2013, news.verizonwireless.com/news/2013/07/droid-mini-droid-ultra-droid-maxx.html.

"Verizon Wireless puts Samsung Galaxy Tab In Stores In November," October 20, 2010, news.verizonwireless.com/news/2010/10/pr2010-10-19b.html.

Geoff Duncan, "How Apple and Samsung Cornered All Smartphone Profits," Digital Trends, August 6, 2013, www.digitaltrends.com/mobile/how-apple-and-samsung-cornered-all-smartphone-profits/.

Release Dates of iPhone on Sprint, October 6, 2011, newsroom.sprint.com/article_display.cfm?article_id=2063.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Release Dates of iPhone on Verizon, January 11, 2011, www.apple.com/pr/library/2011/01/11Verizon-Wireless-Apple-Team-Up-to-Deliver-iPhone-4-on-Verizon.html.

Release Dates of Various Generations of iPad, March 2, 2011, www.apple.com/pr/library/2011/03/02Apple-Launches-iPad-2.html; March 7, 2012, www.apple.com/pr/library/2012/03/07Apple-Launches-New-iPad.html; October 23, 2012, www.apple.com/pr/library/2012/10/23Apple-Introduces-iPad-mini.html.

Release Dates of Various Generations of the iPhone, July 10, 2008, www.apple.com/pr/library/2008/07/10iPhone-3G-on-Sale-Tomorrow.html; June 8, 2009, www.apple.com/pr/library/2009/06/08Apple-Announces-the-New-iPhone-3GS-The-Fastest-Most-Powerful-iPhone-Yet.html; June 7, 2010, www.apple.com/pr/library/2010/06/07Apple-Presents-iPhone-4.html; October 4, 2011, www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html; September 12, 2012, www.apple.com/pr/library/2012/09/12Apple-Introduces-iPhone-5.html.

Shayndi Raice and Yukari Iwatani Kane, "Verizon Unwraps iPhone," *Wall Street Journal* , January 12, 2011, online.wsj.com/article/SB10001424052748703791904576075681886276172.html.

| Websites |
| --- |

"AT&T Smartphone Side-By-Side Comparison," AT&T, www.att.com/shop/wireless/devices/comparephone.html.

"AT&T Smartphone Store Front," AT&T,  www.att.com/shop/wireless/devices/smartphones.html.

"Awards and Merits," Tobii,  www.tobii.com/en/eye-tracking-research/global/about-tobii/awards-anmerits/.

"Eye Tracking Research," Tobii, www.tobii.com/en/eye-tracking-research/global/research/.

"GfK Group finds one in five iPhone owners would rather change banks than smartphones," November 25, 2011, www.slashgear.com/one-in-five-iphone-owners-would-rather-change-banks-than-smartphones-25198045/.

"Smartphones," AT&T,  www.att.com/shop/wireless/devices/smartphones.htm.

"Sprint Smartphone Side-By-Side Comparison," Sprint, shop.sprint.com/mysprint/shop/phone_wall.jsp?filterString=smartphone&isDeeplinked=true& INTNAV=ATG:HE:Smartphones.

"Star Gazer: Tobii Receives Four Best of Show; Honors at CES," Reuters,  Jan 17, 2013, www.reuters.com/article/2013/01/17/nv-tobii-technology-idUSnBw9JM6Pma+134+BSW20130117.

"Tobii Eye Trackings Public Library," Diigo,  www.tobii.com/eye-tracking-research/global/library/research-papers/.

"Verizon Smartphone Side-By-Side Comparison," Verizon, www.verizonwireless.com/b2c/devicesController/viewCompareDevices.do.

"What's the point of android skins?" gizmodo.com, December 5, 2012, gizmodo.com/5963773/whats-the-point-of-android-skins.

"2012 Tablet Buying Guide," Consumer Electronics Association, October 30, 2012, www.ce.org/CorporateSite/media/CEA-Consumer-Info/Wireless%20Computing/2012-Tablet-Buying-Guide.pdf.

"2012 Tablet Buying Guide," Consumer Electronics Association, www.ce.org/CorporateSite/media/CEA-Consumer-Info/Wireless%20Computing/2012-Tablet-Buying-Guide.pdf.

"64 million smart phones shipped worldwide in 2006," Canalys, February 12, 2007, www.canalys.com/newsroom/64-million-smart-phones-shipped-worldwide-2006.

"90-Percent of U.S. Tablets are WiFi Only," padgadget, March 20, 2012, www.padgadget.com/2012/03/20/90-of-u-s-tablets-are-wifi-only/.

"About Luth Research," Luth, www.luthresearch.com/about.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

"About Shugoll Research," Shugoll, www.shugollresearch.com/focus-group-fielservices/about-shugoll.

"About the Impulse Survey," Impulse Survey, www.impulsesurvey.com/About.asp.

"About Various Views," Various Views, www.variousviews.com/index.html.

"Amazon Smartphone Store Front," Amazon, www.amazon.com.

"Amazon Tablet Side-By-Side Comparison [fixed selection]," Amazon, www.amazon.com.

"Amazon Wireless Smartphone Side-By-Side Comparison," Amazon, http:/wireless.amazon.com (site discontinued).

"Best Buy Smartphone Side-by-Side Comparison," Best Buy, www.bestbuy.com.

"Best Buy Smartphone Store Front," Best Buy,  www.bestbuy.com.

"Best Buy Tablet Side-By-Side Comparison," Best Buy, www.bestbuy.com.

"CNET Smartphone Side-By-Side Comparison," CNET, reviews.cnet.com.

"Eye Tracking Studies – Tobii Customer Cases," Tobii, www.tobii.com/en/eye-tracking-research/global/library/customer-cases/.

"Gartner IT Glossary, Entry-Level Smartphone," Gartner, "www.gartner.com/it-glossary/entry-level-smartphone/.

"Gartner IT Glossary, Smartphone," Gartner, www.gartner.com/it-glossary/smartphone/.

"gdgt Tablet Side-By-Side Comparison," gdgt, gdgt.com/reviews/tablets.

"gdgt.com Smartphone Side-By-Side Comparison," gdgt.com, gdgt.com/compare/cellphones.

"How to Buy a Smartphone: A Guide," The Verge, December 3, 2012, www.theverge.com/2011/11/16/2565102/smartphone-buyers-guide.

"How to Buy Smartphones," FindTheBest, smartphones.findthebest.com/#guide.

"Luth Participant Questionnaire," Luth, downloaded from www.luthresearch.com/joinfocusgroup.

"Luth Recruiting," Luth, www.luthresearch.com/recruiting and "Luth Facilities," Luth, accessed August 2, 2013, www.luthresearch.com/facilities,accessed August 2, 2013).

"Newegg Smartphone Store Front," Newegg, wireless.newegg.com/ecommerce/phones/?filterbyfeature=24&referringdomain=newegg.

"Newegg Tablet Side-By-Side Comparison," Newegg, www.newegg.com/Tablets/SubCategory/I2557?Tid=13681.

"OPA Study Define's Today's Smartphone User," Online Publishers Association,  August 20, 2012, www.online-publishers.org/index.php/opa_news/press_release/opa_study_defines_todays_smartphone_user.

"OPA Study Reveals Attitudes of Today's Tablet User," Online Publishers Association, June 18, 2012, www.online-publishers.org/index.php/opa_news/press_release/opa_study_reveals_attitudes_of_todays_tablet_user.

"Overview of smartphone adoption," Pew Internet and American Life Project, www. pewinternet.org/Reports/2011/Smartphones/Section-1/Overview-of-smartphone-adoption.aspx.

"Overview of Various Views Research," Various Views, www.variousviews.com/about.php and per information from Various Views Research.

"PCMag Encyclopedia, Tablet Computer," PCMag, www.pcmag.com/encyclopedia/term/52520/tablet-computer.

"PCWorld Smartphone Side-By-Side Comparison," PCWorld, www.pcworld.com.

"PCWorld Tablet Side-By-Side Comparison," PCWorld, www.pcworld.com.

"RadioShack Smartphone Store Front," RadioShack, radioshackwireless.com/eCommerce/phones/?FilterByFeature=24&referringdomain=radioshack.

"RadioShack Tablet Side-By-Side Comparison," RadioShack, www.radioshack.com/family/index.jsp?categoryId=2032359&znt_campaign=Category_CMS&znt_source=CAT&znt_medium=RSCOM&znt_content=CT2032061&numProdsPerPage=60.

"Samsung Dart T499," www.gsmarena.com/samsung_dart_t499-4055.php.

"Shugoll Facilities, Alexandria Fairfax," Shugoll, 2013, www.shugollresearch.com/focus-group-fielservices/our-facilities/alexandria-fairfax-va.

"Shugoll Focus Group Facilities," Shugoll, www.shugollresearch.com/focus-group-fielservices/our-facilities/alexandria-fairfax-va.

"Shugoll Participant Questionnaire," Shugoll, www.shugollresearch.com/participate_in_research.

"Sprint Smartphone Store Front," Sprint, shop.sprint.com/mysprint/shop/phone_wall.jsp?filterString=smartphone&isDeeplinked=true&INTNAV=ATG:HE:Smartphones.

"Tablet Buying Guide," Consumer Reports, January 2013, www.consumerreports.org/cro/tablets/buying-guide.htm.

"Take a Virtual Tour of Our Facilities," Luth, www.luthresearch.com/virtual_tour.

"Target Smartphone Side-By-Side Comparison," Target Mobile, www.targetmobilestore.com/content/shop-all/?r=targetmobile.

"Target Smartphone Store Front," Target Mobile, www.targetmobilestore.com/content/shop-all/?r=targetmobile.

"Target Tablet Side-By-Side Comparison," Target, www.target.com/.

"The Verge Smartphone Side-By-Side Comparison," The Verge, \www.theverge.com/products.

"The Verge Tablet Side-By-Side Comparison," The Verge, www.theverge.com/products.

"T-Mobile Smartphone Side-By-Side Comparison," T-Mobile, www.t-mobile.com/shop/phones.

"T-Mobile Smartphone Store Front," T-Mobile,  www.t-mobile.com/shop/phones/?shape=smartphones.

"Tobii Company Brochure," Tobii,  www.tobii.com/Global/GroupHome/Tobii_CompanyBrochure.pdf.

"Tobii T60XL Eye Tracker User Manual, Revision 2," Tobii Technology, www.tobii.com/Global/Analysis/Downloads/User_Manuals_and_Guides/Tobii_T60XL_EyeTracker_UserManual.pdf.

"Top Rated Honor Roll," the Impulse Survey, www.impulsesurvey.com/10honorroll.asp.

"User Manual – Tobii Studio, Version 3.2 Rev A," Tobii, www.tobii.com/Global/Analysis/Downloads/User_Manuals_and_Guides/Tobii_UserManual_TobiiStudio3.2_301112_ENG_WEB.pdf, at 29.

"Various Views Cincinnati Floorplan," Various Views, www.variousviews.com/floor.php.

"Various Views Participant Questionnaire," Various Views, www.variousviews.com/participants.php.

"Verizon Smartphone Store Front," Verizon, www.verizonwireless.com/b2c/device/smartphone.

"Walmart Smartphone Side-By-Side Comparison," Walmart Wireless, wireless.walmart.com/content/finder/?feature=24&referringdomain=wm&oflag=specialoffer.

"Walmart Smartphone Store Front," Walmart Wireless, wireless.walmart.com/content/finder/?r=wm&feature=24.

"Wide-screen eye tracking – Tobii T60XL," Tobii Technology, www.tobii.com/en/eye-tracking-research/global/products/hardware/tobii-t60xl-eye-tracker/.

"Description of Samsung Group," 2013, https://www.samsung.com/us/aboutsamsung/samsung_group/affiliated_companies/ (viewed 06/16/2013).

Fetto, John, "Americans spend 58 minutes a day on their smartphones," Experian Marketing Services, May 28, 2013, available at www.experian.com/blogs/marketing-forward/2013/05/28/americans-spend-58-minutes-a-day-on-their-smartphones/.

Frank Gibney Jr, "Samsung Moves Upmarket," *Time Magazine* , March 17, 2002, www.time.com/time/magazine/article/0,9171,218319,00.html.

John Callaham, "ComScore: US smartphone OS market share nearly flat in Q1 2013," Neowin, May 5, 2013, www.neowin.net/news/comscore-us-smartphone-os-market-share-nearly-flat-in-q1-2013.

Josh Lowensohn, "Samsung: Our smartphones are 'distinctly different,'" cnet, August 6, 2012, news.cnet.com/8301-13579_3-57487409-37/samsung-our-smartphones-are-distinctly-different.

Kendrick, James, "How to buy a smartphone: A guide for newbies," Mobile News, June 21, 2013, www.zdnet.com/how-to-buy-a-smartphone-a-guide-for-newbies-7000017163/.

Lauren Effron and Joanna Stern, "Apple iOS 7: Sleek, Elegant Software Redesign for iPhone, iPad," abcNews, June 10, 2013, abcnews.go.com/Technology/apple-ios-sleek-elegant-software-redesign-iphone-ipad/story?id=19364781#.UdTJf_mcd30.

Matthew Miller, "Smartphone software updates are expected and devices are obsolete without them," ZDNet, January 13, 2011, <www.zdnet.com/blog/cell-phones/smartphone-software-updates-are-expected-and-devices-are-obsolete-without-them/5311.

Mid-level to Premium Samsung Offerings, December 13, 2012, reviews.cnet.com/smartphones/samsung-galaxy-express-at/4505-6452_7-35473912.html; April 23, 2013, reviews.cnet.com/samsung-galaxy-s4/.

Richard Lawler, "Tim Cook downplays possibility of larger iPhone, cites quality and app trade-offs," engadget, April 23, 2013, www.engadget.com/2013/04/23/tim-cook-larger-iphone-no/.

"Samsung phone for sale in U.S.," March 12, 2013, www.pcmag.com/slideshow/story/309047/samsung-s-smartphone-history-from-zero-to-galaxy-s4/1.

"Samsung Phones Run Android Operating System," April 27, 2009, gizmodo.com/5229244/meet-the-i7500-samsungs-first-android-phone.

"Samsung Phones Run Android Operating System," www.brighthand.com/default.asp?newsID=15161&news=Samsung+I7500+Google+Android.

"Samsung Phones Running Palm and Windows," September 7, 2013, reviews.cnet.com/smartphones/samsung-sph-i300-sprint/4505-6452_7-7703904.html, reviews.cnet.com/smartphones/samsung-blackjack-sgh-i607/4505-6452_7-32143267.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| |
|---|
| "Siri Commands," University of Minnesota, accessibility.umn.edu/siri-commands.html. |
| Lets Talk Smartphone Side-By-Side Comparison, LetsTalk |
| Phone Scoop Glossary, Phone Scoop |
| PC Magazine Encyclopedia, PC Magazine |
| GSM Arena Mobile Terms Glossary, GSM Arena |
| PC.net System Requirements, PC.net |
| Apple iPhone Technical Specifications, Apple |
| Samsung Galaxy Note II Technical Specifications, Samsung |
| HTC One Technical Specifications, HTC |
| Motorola Droid RAZR MAXX HD Technical Specifications, Motorola |
| Nokia Lumia 920 Technical Specifications, Nokia |
| The Only Smartphones Worth Buying Right Now [RANKED], 6/19/2013 |
| Best cell phones, 6/24/2013 |
| Engadget's smartphone buyer's guide: spring 2013 edition, 6/19/2013 |
| 7 best smartphones today, 6/19/2013 |
| Smartphone Comparison Guide 2013, 6/19/2013 |
| Top 10 Best Smartphones – April 2013, 6/19/2013 |
| Top 5 Android Smartphones, 6/19/2013 |
| 20 best smartphones in the US, 6/19/2013 |
| Top 5 smartphones (February 2013 edition), 6/19/2013 |
| Top 10 smartphones to kick off 2013, 6/19/2013 |
| Best Buy Tablet Side-By-Side Comparison, Best Buy |
| gdgt Tablet Side-By-Side Comparison, gdgt |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| |
|---|
| LetsTalk Smartphone Side-By-Side Comparison, LetsTalk |
| GSMArena Mobile Terms Glossary, GSMArena |
| Best Buy Definitions, Best Buy |
| PC Mag Encyclopedia, PC Mag |
| TechCrunch Glossary, TechCrunch |
| Digital Trends Definitions, Digital Trends |
| Phone Scoop Glossary, Phone Scoop |
| Gartner Glossary, Gartner |
| Trusted Reviews Definitions, Trusted Reviews |
| Apple iPad Technical Specifications, Apple |
| Samsung Technical Specifications, Samsung |
| Microsoft Technical Specifications, Microsoft |
| Amazon Technical Specifications, Amazon |
| Asus Technical Specifications, Asus |
| |
| **Data** |
| Study 1 Hit Matrices, "Study 1 Hit Matrices.zip". |
| Study 1 Participant Data, "Study 1 Data File.xlsx". |
| Study 2 Hit Matrices, "Study 2 Hit Matrices.zip". |
| Study 2 Participant Data, "Study 2  Complete Questionnaire Data.xls". |
| Study 3 Hit Matrices, "Study 3 Hit Matrices.zip". |
| Study 3 Participant Data, "Study 3  Complete Questionnaire Data.xlsx". |