# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation,<br>    Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**INITIAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING INFRINGEMENT OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE**<br><br>**GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE** |

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

ended number and type of pattern analysis units, and further that the system may enable an open-ended number and type (i.e. scripts, macros, code fragments, etc.) of candidate actions to associate with, and thus perform, on each identified structure."); 3:38-44 (Detailed Description of the Preferred Embodiment) ("The program 165 of the present invention is stored in RAM 170 and causes CPU 120 to identify structures in the data presented by application 167, to associate actions with the structures identified in the data, to enable the user to select a structure and an action, and to automatically perform the selected action on the identified structure."); 4:34-38 (Detailed Description of the Preferred Embodiment) ("For example, in an audio environment, user interface 240 may present the structures and associated actions to the user using voice synthesis and may enable selection of a pattern and action using voice or sound activation.").

82. To the extent that a connection is required, that connection is merely an association between a detected structure and candidate actions to be performed on that structure. For example, the specification explains that "[u]pon identification of a structure in the text, parser 310 links the actions associated with the grammar to the identified structure . . . upon selection of the identified structure, user interface 240 can locate the linked actions."). '647 Patent at 4:64-5:5. Thus, the only linking that is required is between the detected structure and the candidate actions.

83. Despite the disagreement regarding the proper construction of the Asserted Claims, as I explain below, the Samsung Accused Devices infringe under both Samsung's and Apple's constructions. I reserve the right to provide further opinions regarding other claim terms should Samsung assert they have a particular meaning.

### E. Importance of the Patented Technology

84. As I described above, the invention of the '647 Patent is particularly useful in today's mobile devices, which often prevent multiple applications from being shown simultaneously.

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

Allowing a user to select detected structures and linked actions relieves the users from having to flip back and forth between screens or applications to copy a phone number from a web page to the phone dialer or to carefully highlight a number copy it into a device's memory and then paste it into a contacts application. Thus, the '647 Patent in an important feature in making today's smartphones and tablets easy to use.

85.     I am not alone in my opinion regarding the importance of the patented technology. Based on my review of Apple, Samsung, and Google documents, I have seen evidence that these companies also understand the patented technology to be an important aspect of the user's experience. For example, I have reviewed consumer surveys that consistently show that "ease of use" is one of the top reasons consumers cite as influencing their purchasing decisions.[3] In my opinion, the patented technology is an important part of making Apple products such as the iPhone easy to use.

86.     I have also reviewed numerous Samsung documents discussing the desirability of automatically detecting structures such as phone numbers and email addresses and launching actions associated with those structures.[4] As one example, SAMNDCA10267763-898 is a

---

[3] *See, e.g.*, APLNDC630-0000937009-168 (iPhone Buyer Survey); APLNDC630-0000870458 (iPad Tracking Study); APLNDC0002420480-484 (memo regarding consumer qualitative session noting "calling phone numbers from emails" as an important part of ease of use).

[4] *See, e.g.* SAMNDCA11568028-49, at *47 (discussing implementation of ability to recognize addresses and dates in multiple apps, including the Browser and Messaging, and to have a "popup" when a user selects a detected address or date); S-ITC-001764757 (email exchange regarding implementation of address detection); S-ITC-001742947-3080 (comparison between Samsung S1 and iPhone finding that an improvement to the S1 browser would be to provide links to dial phone numbers like the iPhone does); S-ITC-001750005-196 (comparison with iPhone stating that it is desirable to be able to call phone numbers detected in web pages); SAMNDCA630-04440727 ("Problem Resolution Request" stating that there are no options in Messaging to call a phone number or connect with a url request, and that these options are "very useful for consumers"); SAMNDCA630-05910617-34at *34 (discussing the benefit of

*(Cont'd on next page)*

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)          30

Case 5:12-cv-00630-LHK   Document 1796-3   Filed 04/24/14   Page 5 of 7

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE

document entitled "Comparative Evaluation Result" containing a "Usability Evaluation" comparing the iPhone with a Samsung device codenamed "Lismore." This document contains a side-by-side comparison with the iPhone browser, stating that it is "inconvenient to make a call after finding the number through [a] web search." It is noted that the iPhone allows a user to tap the phone number and dial it, while the Samsung device forces the user to "memorize the phone number" and "launch the Dialer to make the call." These inconveniences are part of what the '647 Patent was designed to avoid. The document further notes that an "improvement direction" would be to include the ability to directly call phone numbers found on the web.

87. In addition, as described more fully below, Samsung has modified the publicly available Android messaging application so that it provides individualized context menus with multiple actions for each detected structure. For example, SAMNDCA11418669 is a document entitled "[Samsung android] Messaging UI." As shown below, this document contains a page that has, as shown below, a sample text message with three detected structures highlighted in blue, and three different context menus with associated actions for each respective detected structure.[5]

---

*(Cont'd from previous page)*

recognizing structures such as phone numbers and addresses and launching corresponding actions directly from the Messaging app).

[5] *See also, e.g.,* SAMNDCA630-06382677 (multiple context menus for structures in Messaging app).

INITIAL EXPERT REPORT OF DR. TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)          31

HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE
GOOGLE'S HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY—SOURCE CODE



88.     In addition, I have reviewed Google documents discussing the importance of the patented technology.  For example, one email from a member of Google's user experience group discussed the importance of the "interaction of text objects [with] other applications on the phone," for example, the ability to "select a phone number, an email address or a physical address and [the phone] will launch the dialer, email editor or maps respectively." GOOG-NDCAL630-00062054-57, at 55.  In fact, this functionality was called "one of [Android's] most powerful features. *Id.* This same document also discusses the desirability of having multiple actions linked to detected structures, such as "Add to Address Book." *Id.*   In addition, Google was aware of Apple's development of technology for the automatic detection of structures in data.  *See, e.g.*, GOOG-NDCAL630-00004854 (email exchange among Google engineers stating "we should be able to do the same thing that was just shown at wwdc."). [6]

---

[6]  I have also reviewed additional documents discussing Google's work to implement the accused functionality in Android.  *See, e.g.,* GOOG-NDCAL630-00001622; GOOG-NDCAL630-
*(Cont'd on next page)*

INITIAL EXPERT REPORT OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)           32

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013

_____
Todd C. Mowry

INITIAL EXPERT REPORT OF DR. TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP