1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,

13               Plaintiff,                        Civil Action No. 12-CV-00630-LHK

14          v.                                     **CORRECTED JOINT LIST OF
                                                   EXHIBITS ADMITTED
15   SAMSUNG ELECTRONICS CO., LTD., a              THROUGH APRIL 22, 2014**
     Korean corporation, SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation, and SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                 Defendant.
19

20

21

22

23

24

25

26

27

28

1    Attached as Exhibit A is the parties' corrected joint list of exhibits admitted through

2   April 22, 2014.  The only changes are (1) addition of JX40B, (2) removal of certain Bates ranges

3   from DX491A that are not part of that exhibit, and (3) removal of inadvertent footnote.

4

5   Dated:  April 24, 2014

6   By:  */s/ Rachel Krevans*                              By:  */s/ Victoria F. Maroulis*

7        RACHEL KREVANS                                          VICTORIA F. MAROULIS
         Attorney for Plaintiff and Counterclaim-               Attorney for Defendants and Counterclaim-
         Defendant                                              Plaintiffs
8        APPLE INC.                                             SAMSUNG ELECTRONICS CO., LTD.,
                                                                SAMSUNG ELECTRONICS AMERICA,
9                                                               INC., AND SAMSUNG
                                                                TELECOMMUNICATIONS AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

CHARLES K. VERHOEVEN (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint List.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 24, 2014

*/s/ Rachel Krevans*
Rachel Krevans