UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE: FURTHER BRIEFING RELATED TO ACCUSED DEVICES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court has reviewed the parties' submissions regarding the operating system versions and subversions as well as JX subparts for each product accused of infringing each asserted patent. The Court has identified the following remaining discrepancies between the parties' positions:

- Regarding the '721 patent and the Galaxy Nexus (JX29/72), Apple indicates that JX29G is not accused (ECF No. 1793-4 at 2), but Samsung disagrees (ECF No. 1785-6 at 5).

- Regarding the '414 patent and the Galaxy Tab II 10.1 (JX36), Samsung indicates that JX36E is accused (ECF No. 1785-6 at 4), but Apple has not identified it as an accused device (ECF No. 1793-4 at 10).

1

- Regarding the '959 patent and the Stratosphere (JX37), Apple indicates that JX37B is not accused (ECF No. 1793-4 at 11), but Samsung disagrees (ECF No. 1785-6 at 3).
- Regarding the Galaxy S III (JX35), the parties appear to agree on the JX subparts that are accused of infringing the '647, '959, and '414 patents, but JX35M does not appear on Apple's list of accused devices (ECF No. 1793-4 at 9). Additionally, the descriptions of JX35J and JX35M on the parties' most recent joint exhibit list are identical. ECF No. 1781-1 at 6 ("Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.1.1").

The parties are hereby ORDERED to submit one-page statements addressing these discrepancies by 11:00 A.M. on April 25, 2014.

**IT IS SO ORDERED.**

Dated: April 25, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge