UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Before the Court is Apple's Rule 50(A) Motion for Judgment as a Matter of Law at the Close of all Evidence.  Based on the trial record and submissions of the parties, the Court concludes that the evidence permits only one reasonable conclusion as to the following, and HEREBY ORDERS:

1. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show invalidity of claim 9 of the '647 patent.

2. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show invalidity of claim 25 of the '959 patent.

3. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show invalidity of claim 20 of the '414 patent.

4. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show invalidity of claim 8 of the '721 patent.

5. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show invalidity of claim 18 of the '172 patent.

6. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to show the availability of acceptable non-infringing alternatives.

7. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Samsung failed to establish any other affirmative defense.

8. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC and STA infringe, and have infringed, claim 8 of the '721 patent.

9. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC, STA, and SEA infringe, and have infringed, claim 25 of the '959 patent.

10. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC, STA, and SEA infringe, and have infringed, claim 20 of the '414 patent.

11. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC and STA infringe, and have infringed, claim 9 of the '647 patent.

12. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC and STA are directly liable for the infringement of all patent claims discussed above,

and SEA is directly liable for infringement of claim 25 of the '959 patent and claim 20 of the '414 patent.

13. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that each Samsung entity's infringement has been willful.

14. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC took action that it knew or should have known would induce SEA and/or STA to infringe the '647, '959, '414, and '721 patents.

15. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that SEC took action it knew or should have known would contribute to infringement of the '647, '959, '414, and '721 patents.

16. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Apple is entitled to lost profits.

17. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Apple does not infringe, and has not infringed, claim 27 of the '449 patent.

18. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Apple does not infringe, and has not infringed, claim 15 of the '239 patent.

19. Judgment as a matter of law is granted in favor of Apple, and against Samsung, that Apple has not willfully infringed either the '239 or '449 patents.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                  Hon. Lucy H. Koh
                                                                  United States District Judge