# EXHIBIT A

**Apple's Infringement Assertions** 1/

| # | Product Name | Screen Size 4/ | '647 Patent Asserted | '959 Patent Asserted | '959 Patent Period for Which Lost Profits Not Sought | '959 Patent Assertion End Date | '414 Patent Asserted | '721 Patent Asserted | '721 Patent Assertion End Date | '172 Patent Asserted | '172 Patent Assertion End Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Admire | 3.5" | Y | Y | | 10/24/2012 | Y | Y | 7/12/2012 | Y | | |
| 2 | Galaxy Nexus | 4.65" | Y | Y | | | Y | Y | 1/28/2013 | Y | | |
| 3 | Galaxy Note | 5.3" | Y | Y | | | Y | Not Asserted | | Y | 4/29/2013 | |
| 4 | Galaxy Note II | 5.5" | Y | Y | | | Y | Not Asserted | | Not Asserted | | |
| 5 | Galaxy S II | 4.32" | Y | Y | | | Y | Y | 6/17/2012 | Y | | 2/ |
| 5 | Galaxy S II | 4.52" | Y | Y | 7/5/2012 - 7/31/2012 | | Y | Y | 5/7/2012 | Y | 3/19/2013 | 3/ |
| 6 | Galaxy S II Epic 4G Touch | 4.52" | Y | Y | 10/8/2012 - 1/18/2013 | | Y | Y | 7/10/2012 | Y | 3/19/2013 | |
| 7 | Galaxy S II Skyrocket | 4.5" | Y | Y | 10/22/2012 - 4/11/13 | | Y | Y | 2/16/2012 | Y | | |
| 8 | Galaxy S III | 4.8" | Y | Y | Launch - 3/14/2013 | | Y | Not Asserted | | Not Asserted | | |
| 9 | Galaxy Tab II 10.1 | 10.1" | Not Asserted | Y | Launch - present | | Y | Not Asserted | | Not Asserted | | |
| 10 | Stratosphere | 4.0" | Y | Y | | 8/21/2012 | Y | Y | 8/21/2012 | Y | | |

Notes:
1/ To the extent that sales occur prior to the issue date of an asserted patent, such sales are excluded from the damages base.
2/ Assertions relate to Galaxy SII AT&T (SGH-I777).
3/ Assertions relate to Galaxy SII T-Mobile (SGH-T989).
4/ See PX222, page 8 for a list of the sources for the screen sizes on a product by product basis.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER