QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S BRIEF IN RESPONSE TO THE COURT'S ORDER, DOCKET NO. 1801, RELATED TO ACCUSED DEVICES** |

In response to the Court's questions in its order:

- JX29G is not accused of infringing the '721 patent;
- The parties have agreed to withdraw JX36E;
- JX37B is not accused of infringing the '959 patent; and
- JX35M is accused of infringing the '647, '959 and '414 patents.

Samsung maintains that identification of sub-versions is necessary to achieve clarity for the jury.

Moreover, Apple's Statement (Dkt. 1799-2) with respect to the '959 Patent (*id*. at 2:2-7), which seeks to introduce a new "Updated to Infringe" category, is not consistent with Apple's expert reports.[1]  It should not be considered in deciding the format of the verdict form.

DATED: April 25, 2014   QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Victoria F. Maroulis
Kevin P.B. Johnson
Michael L. Fazio
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1] Apple has always agreed that the Internet-Only GSA does not infringe the '959 patent, and Apple's infringement expert, Alex Snoeren, identified these devices as "NA" in his infringement report. (Dkt. 1785-5.)