1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Cal. Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| 20            Plaintiff, | |
| 21       vs. | **NOTICE OF ERRATA REGARDING SAMSUNG'S RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW [RELATES TO DKT. NO. 1803]** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25            Defendants. | |

1    PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3 "Samsung") hereby serve this Notice of Errata Regarding Samsung's Rule 50 Motion for

4 Judgment as a Matter of Law [Dkt No. 1803]: a errant graphic was unintentionally inserted in the

5 brief at 5:8-9.  Samsung hereby files a corrected version attached to this notice.

6

7   DATED: April 25, 2014                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
8
                                         By */s/ Victoria F. Maroulis*
9                                            Victoria F. Maroulis
                                             Kevin P.B. Johnson
10                                           Michael L. Fazio
                                             Attorneys for SAMSUNG ELECTRONICS
11                                           CO., LTD., SAMSUNG ELECTRONICS
                                             AMERICA, INC., and SAMSUNG
12                                           TELECOMMUNICATIONS AMERICA, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28