UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff and Counterdefendant, | ) | ORDER RE: VERDICT FORM |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants and Counterclaimants. | ) ) | |

The Court would like to use the Verdict Form as filed at ECF No. 1779. Accordingly, the Court would prefer if the experts' damages summaries provided a way for the jury to easily fill out the Verdict Form.

In line with this, Apple agreed to provide Samsung with a revised version of Mr. Vellturo's damages summary exhibit by April 26, 2014, at 8 a.m., and Samsung agreed to file a statement indicating whether it is willing to stipulate to Apple's substitution of that exhibit by April 27, 2014, at 8 a.m.

In addition, Samsung may provide Apple with a revised version of Dr. Chevalier's damages summary exhibit that conforms to the Court's Verdict Form with regard to the damages periods for

1

Case No.: 12-CV-00630-LHK
ORDER RE: VERDICT FORM

the Galaxy SII, Galaxy SII Epic 4G Touch, and Galaxy S II Skyrocket by April 26, 2014, at 8 a.m. If Samsung chooses to alter the exhibit, Apple shall file a statement indicating whether it is willing to stipulate to Samsung's substitution of that exhibit by April 27, 2014, at 8 a.m.

**IT IS SO ORDERED.**

Dated: April 25, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-00630-LHK
ORDER RE: VERDICT FORM