1   JOSH A. KREVITT (CA SBN 208552)   WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com            william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)       WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                 HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP        60 State Street
    1881 Page Mill Road                Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211  Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300         Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)   MARK D. SELWYN (CA SBN 244180)
    hmcelhinny@mofo.com                  mark.selwyn@wilmerhale.com
7   JAMES P. BENNETT (CA SBN 65179)      WILMER CUTLER PICKERING
    jbennett@mofo.com                      HALE AND DORR LLP
8   JACK W. LONDEN (CA SBN 85776)        950 Page Mill Road
    jlonden@mofo.com                     Palo Alto, California  94304
9   RACHEL KREVANS (CA SBN 116421)       Telephone:  (650) 858-6000
    rkrevans@mofo.com                    Facsimile:  (650) 858-6100
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  Morrison & Foerster LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

15  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16              **UNITED STATES DISTRICT COURT**
17              **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
18

19  APPLE INC., a California corporation,

20              Plaintiff,

21      vs.                                     Case No. 12-cv-00630-LHK (PSG)

22  SAMSUNG ELECTRONICS CO., LTD., a            **NOTICE OF MOTION AND MOTION**
    Korean business entity; SAMSUNG             **TO WITHDRAW INCORRECTLY**
23  ELECTRONICS AMERICA, INC., a New            **FILED DOCUMENT [DKT. NO. 1796-3]**
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
26              Defendants.

27

28

On April 24, 2014, Apple Inc. ("Apple") filed public versions of documents originally filed under seal in Dkt. No. 1709 pursuant to confirmation from Samsung and Google that these documents did not contain confidential information.  An incorrect version of Exhibit 5 to the Declaration Ruth N. Borenstein in Support of Apple's Objections and Responses to Objections Regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Exhibit 5") was inadvertently filed.  This document was correctly filed at Dkt. No. 1797-3.

Apple hereby gives notice that it withdraws the version of Exhibit 5 filed at Dkt. No. 1796-3.  Apple will file a corrected version of Exhibit 5 that corresponds to the document originally filed under seal at Dkt. No. 1709-9.

Dated:  April 25, 2014

MORRISON & FOERSTER LLP

*/s/ Rachel Krevans*_____
Rachel Krevans

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Rachel Krevans*_____
Rachel Krevans

NOTICE OF MOTION AND MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT
Case No. 12-cv-00630-LHK (PSG)
sf-3410754