1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

9
10
11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT [DKT. NO. 1796-3]** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    On April 24, 2014, Apple Inc. ("Apple") filed public versions of documents originally filed under seal in Dkt. No. 1709 pursuant to confirmation from Samsung and Google that these documents did not contain confidential information. An incorrect version of Exhibit 5 to the Declaration Ruth N. Borenstein in Support of Apple's Objections and Responses to Objections Regarding Sarah Chandler, Jeffrey Chase, Nick DiCarlo, Tulin Erdem, Gary Hall, Greg Joswiak, Art Rangel, David Reibstein, Philip Schiller, Steven Sinclair, and Daniel Winship ("Exhibit 5") was inadvertently filed [Dkt. No. 1796-3].

On April 25, 2014, Apple filed a motion to withdraw Exhibit 5.

Having reviewed the motion, for good cause shown, Apple's Motion to Withdraw Incorrectly Filed Document [Dkt. No. 1796-3] is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2014           _____
                                          Hon. Lucy H. Koh
                                          United States District Judge