# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC., SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC )<br>)<br>Defendants. )<br>) | CASE NO.12-cv-00630-LHK |

# OPENING EXPERT REPORT OF
# CHRISTOPHER A. VELLTURO, PH.D.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

the function to search for file within the device."[355] In July 2010, Samsung reported that "Universal search/domain search was over 90% usage."[356] On February 14, 2011, Samsung noted that its GT-i9100 phone "cannot use Google Search to search for things such as email, mp3s, etc. within the cell phone" and suggested adding "a global search feature" to remedy this.[357]

203.   Even more telling of universal search's importance, however, was the torrent of negative public reaction that ensued when Samsung temporarily removed the ability to search locally from its devices as a result of the preliminary injunction in this case.[358] Media outlets reported, for example, that "Sprint's slight GSIII update had consumers both confused and irritated as the universal search feature was removed."[359] Moreover, there was significant user discussion about the removal,[360] constituting 17% of online discussions about the Galaxy S III.[361] For example, one Samsung employee reported that a "top discussion was about the disabling of universal search for Sprint, which is getting some negative mentions."[362]

204.   On November 15, 2012, after universal search was restored in the U.S., one commentator stated, "This is an awesome feature for Android and [its] removal back in August

---

[355] "Comparison Evaluation of Android Phone Usability," Aug. 2009, SAMNDCA10993206 (translation), at -236.

[356] "Smartphone PUI/UX User Behavior Quantitative Research," SAMNDCA10182539 (translation), at -551; see also Deposition of Junho Park, Transcript, May 29, 2013, at 130:3-16.

[357] "U1 (GT-i9100) Review Results," Feb. 14, 2011, SAMNDCA630-05951901 (translation), at -947.

[358] See, e.g., "STA PR Daily Media Monitoring," July 12, 2012, SAMNDCA630-06988513, at -518.

[359] "Campaign Tracking Report, Samsung Galaxy S III, Analysis of 7/09/2012 – 7/15/2012," July 18, 2012, SAMNDCA630-07517049, at -050.

[360] "Campaign Tracking Report, Samsung Galaxy S III, Analysis of 7/09/2012 – 7/15/2012," July 18, 2012, SAMNDCA630-07517049, at -055.

[361] "Campaign Tracking Report, Samsung Galaxy S III, Analysis of 7/09/2012 – 7/15/2012," July 18, 2012, SAMNDCA630-07517049, at -065.

[362] Email, dated July 13, 2012, SAMNDCA630-07441315, at -315.