1  JOSH A. KREVITT (CA SBN 208552)  WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com  william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)  WILMER CUTLER PICKERING
   mlyon@gibsondunn.com    HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP  60 State Street
   1881 Page Mill Road  Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211  Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300  Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)  MARK D. SELWYN (CA SBN 244180)
   hmcelhinny@mofo.com  mark.selwyn@wilmerhale.com
7  JAMES P. BENNETT (CA SBN 65179)  WILMER CUTLER PICKERING
   jbennett@mofo.com    HALE AND DORR LLP
8  JACK W. LONDEN (CA SBN 85776)  950 Page Mill Road
   jlonden@mofo.com  Palo Alto, California  94304
9  RACHEL KREVANS (CA SBN 116421)  Telephone:  (650) 858-6000
   rkrevans@mofo.com  Facsimile:  (650) 858-6100
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 Morrison & Foerster LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

15 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal
2 the following documents:
3    1.   Errata to Attachment A to Apple's Statement Re Accused Devices (Dkt. 1793-4)
4         ("Errata to Attachment A").
5    Errata to Attachment A contains information that Samsung and/or Google may consider
6 confidential. Apple expects that Samsung and/or Google will file the required supporting
7 declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the
8 information contained in Errata to Attachment A should be sealed.
9    Apple does not maintain a claim of confidentiality with respect to Errata to Attachment
10 A. Apple does not file a proposed redacted version of the aforementioned documents in
11 accordance with the Court's Order requiring the parties to meet and confer before filing public
12 redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).
13   For the foregoing reasons, Apple has moved to file Errata to Attachment A under seal.

Dated: April 25, 2014                MORRISON & FOERSTER LLP

                                     */s/ Rachel Krevans*
                                     Rachel Krevans

                                     *Attorneys for Plaintiff and*
                                     *Counterclaim-Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                            */s/ Rachel Krevans*
                                            Rachel Krevans