1  JOSH A. KREVITT (CA SBN 208552)                WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com                        william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)                   WILMER CUTLER PICKERING
   mlyon@gibsondunn.com                              HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP                    60 State Street
   1881 Page Mill Road                            Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211              Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300                     Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)             MARK D. SELWYN (CA SBN 244180)
   hmcelhinny@mofo.com                            mark.selwyn@wilmerhale.com
7  JAMES P. BENNETT (CA SBN 65179)                WILMER CUTLER PICKERING
   jbennett@mofo.com                                 HALE AND DORR LLP
8  JACK W. LONDEN (CA SBN 85776)                  950 Page Mill Road
   jlonden@mofo.com                               Palo Alto, California  94304
9  RACHEL KREVANS (CA SBN 116421)                 Telephone:  (650) 858-6000
   rkrevans@mofo.com                              Facsimile:  (650) 858-6100
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

15  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                     **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
17                          **SAN JOSE DIVISION**

18  APPLE INC., a California corporation,

19              Plaintiff,

20       vs.

21                                              Case No. 12-cv-00630-LHK

22  SAMSUNG ELECTRONICS CO., LTD., a            **DECLARATION OF ERIK J. OLSON IN**
    Korean business entity; SAMSUNG             **SUPPORT OF APPLE'S**
23  ELECTRONICS AMERICA, INC., a New            **ADMINISTRATIVE MOTION TO FILE**
    York corporation; SAMSUNG                   **DOCUMENTS UNDER SEAL**
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
26              Defendants.
27
28

1  I, Erik J. Olson, hereby declare as follows:

2      1.      I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3  ("Apple") in the above-captioned action.  I am licensed to practice law in the State of California.

4  I am familiar with the facts set forth herein and, if called as a witness, I could and would testify

5  competently to those facts under oath.

6      2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's

7  Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding

8  Errata to Attachment A to Apple's Statement Re Accused Devices (Dkt. 1793-4) ("Errata to

9  Attachment A").

10      3.      Errata to Attachment A contains information that Samsung and/or Google may

11  consider confidential.

12      4.      Apple expects that Samsung and/or Google will file the required supporting

13  declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether

14  the information contained in Errata to Attachment A should be sealed.

15      5.      Apple does not maintain a claim of confidentiality with respect to Errata to

16  Attachment A.

17

18      I declare under the penalty of perjury that the foregoing is true and correct to the best of

19  my knowledge and that this Declaration was executed this 25th day of April, 2014, in San Jose,

20  California.

21
   Dated:  April 25, 2014                    */s/ Erik J. Olson*
22                                           Erik J. Olson

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that a true and correct copy of the above and foregoing document has

3   been served on April 25, 2014 to all counsel of record who are deemed to have consented to

4   electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                     /s/ Rachel Krevans
                                       Rachel Krevans

7

8

**ATTESTATION OF E-FILED SIGNATURE**

9

10       I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

11  Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has

12  concurred in this filing.

13

    Dated:   April 25, 2014                  */s/ Rachel Krevans*
14                                            Rachel Krevans

15

16

17

18

19

20

21

22

23

24

25

26

27

28