1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Errata to Attachment A to Apple's Statement Re Accused Devices (Dkt. 1793-4) ("Errata to Attachment A").  Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Errata to Attachment A | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                     Hon. Lucy H. Koh
                                     United States District Judge