UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ) ) ) | ORDER RE: VERDICT FORM [AMENDED TENTATIVE] |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) | |

The parties shall each file a statement of a maximum of one page commenting on the Verdict Form [Amended Tentative], ECF No. 1812, by 8 a.m. on April 27, 2014. All objections raised in prior briefing on the Verdict Form are preserved for appeal.

**IT IS SO ORDERED.**

Dated: April 25, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER RE: VERDICT FORM [AMENDED TENTATIVE]