UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER TO FILE '647 PATENT CHART |
| ) | |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

The parties shall file a joint U.S. Patent No. 5,946,647 chart, that includes the two new Federal Circuit constructions, for inclusion in the Chart of Asserted Patent Claims tab in the jury binders by April 27, 2014 at noon. The parties shall also bring ten three hole-punched copies to Court on Monday, April 28, 2014.

**IT IS SO ORDERED.**

Dated: April 26, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER TO FILE '647 PATENT CHART