1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER SEALING REVISED PX222A AND REVISED DX453A** |

The parties have filed a Joint Submission and Stipulation in Response to Order re: Verdict Form and Motion to Seal.  The Court grants Apple's and Samsung's request to seal revised PX222A and revised DX453A as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Revised PX222A | Pages 10-13, 13A, 14-22, 24, 26, 27, 30, 31, 32, 34, 35, 38, 39, 41, 42 are sealed. |
| Revised DX453A | Pages 2, 5, 6, 12, and 14 are sealed. |

**IT IS SO ORDERED.**

Dated: _____, 2014       _____
                                     Hon. Lucy H. Koh
                                     United States District Judge

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

1

ActiveUS 127558847v.1