QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S STATEMENT REGARDING AMENDED TENTATIVE VERDICT FORM** |

1  Pursuant to the Court's order (Dkt. 1813), Samsung reserves its prior objections to the verdict
2  form and states as follows:  during the parties' April 25 inspection of the JX devices in evidence,
3  the parties discovered that JX32A and JX36B include the internet-only Google Search
4  Application.  Because Apple and Samsung agree that the internet-only version of the Google
5  Search Application does not infringe the '959 patent, JX32A and JX36B should not be listed as
6  "Accused Samsung Products" for the '959.  (Dkt. 1812 at 3.)
7
8  DATED: April 27, 2014           QUINN EMANUEL URQUHART &
9                                  SULLIVAN, LLP
10                                 By */s/ Victoria F. Maroulis*
11                                     Victoria F. Maroulis
                                       Kevin P.B. Johnson
12                                     Michael L. Fazio
                                       Attorneys for SAMSUNG ELECTRONICS
13                                     CO., LTD., SAMSUNG ELECTRONICS
                                       AMERICA, INC., and SAMSUNG
14                                     TELECOMMUNICATIONS AMERICA, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28