# EXHIBIT A

**CHART OF '647 PATENT CLAIM ASSERTED BY APPLE AND CONSTRUED TERMS**

| U.S. Patent No. 5,946,647 ||
|---|---|
| **Claim 9 (a dependent claim that incorporates all elements of independent claim 1)**<br><br>1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:<br><br>    an input device for receiving data;<br><br>    an output device for presenting the data;<br><br>    a memory storing information including program routines including<br><br>        an analyzer server for detecting structures in the data, and for linking actions to the detected structures;<br><br>        a user interface enabling the selection of a detected structure and a linked action; and<br><br>        an action processor for performing the selected action linked to the selected structure; and<br><br>    a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. | The term "analyzer server" means "a server routine separate from a client that receives data having structures from the client."<br><br>The term "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure."<br><br>The term "action processor" means "program routine(s) that perform the selected action on the detected structure." |