1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER SEALING MATERIALS THAT APPLE AND SAMSUNG MAY USE DURING CLOSING ARGUMENTS** |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed the Declaration of Erik J. Olson in Support of Sealing Materials that Apple and Samsung May Use During Closing Arguments ("Olson Sealing Declaration").  The Court grants Apple's request to seal the materials disclosed in the Olson Sealing Declaration as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Closing Slide 84 | Sealed in full. |
| Apple's Closing Slide 87 | Sealed in full. |
| Apple's Closing Slide 88 | Sealed in full. |
| Apple's Closing Slide 94 | Sealed in full. |
| Apple's Closing Slide 95 | Sealed in full. |
| Apple's Closing Slide 106 | Sealed in full. |
| Apple's Closing Slide 107 | Sealed in full. |
| Apple's Closing Slide 117 | Sealed in full. |
| Samsung's Closing Slide 66 | Sealed in full. |
| Samsung's Closing Slide 67 | Sealed in full. |
| Samsung's Closing Slide 71 | Sealed in full. |
| Apple's Closing Slides | Portion(s) indicated by Samsung and/or Google. |
| PDX 97.109 | Portion(s) indicated by Samsung. |
| PDX 92.45 | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014         _____
                                        Hon. Lucy H. Koh
                                        United States District Judge