# EXHIBIT 1

# Factors You Must Consider

## A Real World Check On What Is Obvious and What Is Not

**INITIAL SKEPTICISM**

**ACCLAIM**

**COMMERCIAL SUCCESS**

**COPYING**

Final J.I. No. 51

27