# EXHIBIT A

| | |
|---|---|
| **From:** | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| **Sent:** | Friday, April 18, 2014 8:58 PM |
| **To:** | Michael Fazio; Chase, Lanta; Samsung NEW |
| **Cc:** | 'AppleMoFoHPO'; '*** GDC - 630 Team'; WH Apple Samsung NDCal II Team; Samsung NEW HPO |
| **Subject:** | RE: Apple v. Samsung 630 Case:  Apple HPOs and Cross Disclosures |
| **Attachments:** | Chevalier Disclosures.pdf; 3bclean-control.bin |

Counsel,

Apple confirms that it will not seek to admit into evidence the testimony, expert reports, and "other documents" listed on Dr. Chevalier's cross disclosures.

The preliminary jury instructions intended to be disclosed were Dkt. 1542 from the present case.  Attached please find a revised disclosure for Dr. Chevalier that includes this change.

-- Peter

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Friday, April 18, 2014 8:22 PM
**To:** Chase, Lanta; Samsung NEW
**Cc:** 'AppleMoFoHPO'; '*** GDC - 630 Team'; WH Apple Samsung NDCal II Team; Samsung NEW HPO
**Subject:** RE: Apple v. Samsung 630 Case: Apple HPOs and Cross Disclosures

Counsel,

I write regarding two issues in connection with Apple's Cross Disclosure for Dr. Chevalier.

First, please confirm that Apple will not seek to admit into evidence, in whole or in part, any of the items listed under the heading Testimony, Expert Reports and, Other Documents.

Second, Apple's disclosure lists "Apple Inc. v. Samsung Electronics Corp.," 11-cv-1846 Dkt. 1532 (Preliminary Jury Instructions)".  Docket 1532 in that action is not the preliminary jury instructions.  Please clarify what document you intend to disclose.

Given the pending deadline for disclosing objections, please respond as soon as reasonably possible.

Best regards,
Michael Fazio

**From:** Chase, Lanta [mailto:Lanta.Chase@wilmerhale.com]
**Sent:** Friday, April 18, 2014 9:26 PM
**To:** Samsung NEW
**Cc:** AppleMoFoHPO; *** GDC - 630 Team; WH Apple Samsung NDCal II Team
**Subject:** Apple v. Samsung 630 Case: Apple HPOs and Cross Disclosures

Counsel:

Apple's high priority objections to Samsung's direct disclosures for Judith Chevalier, Michael Freeman, James Kearl, Ken Parulski, Sanjay Rao and Dan Schonfeld are set forth below.

1

Apple's cross disclosures and demonstratives for those witnesses are attached.

### Judith Chevalier
- **SDX 3786:**  Calculations of One- and Two-Month Off-the-Market Period not disclosed in expert report.
- **SDX 3793:**  FRE 403 (statement that "In SEC Filings, Apple Estimates of the Price of Software Updates Amount to Between $0.05 and $0.25 Per Feature" is incorrect and misleading; table misleadingly suggests that the "Average Price Per Newly Updated Feature" is stated in Apple's SEC filings).
- **SDX 3794:**  Not disclosed in expert report; FRE 403 (misleading).

### Michael Freeman
- **DX357:**  FRE 802 (statements on pages 1-73 and 75-86 are hearsay for which no exception applies); FRE 403 (pages 85-86 are irrelevant, confusing, and waste of time because the document does not relate to the '239 patent).
- **PX255:**  Beyond scope of witness disclosure; FRE 701.  Samsung disclosed that Mr. Freeman "may testify regarding the subjects of his deposition, including without limitation the technical background relevant to the asserted claims of the '239 patent, the value of the inventions claimed in the '239 patent, and the circumstances surrounding the sale of the '239 patent."  Apple objects to any testimony from Mr. Freeman beyond that limited disclosure, including any testimony about the operation or structure of any Apple product, which would be improper lay opinion testimony (FRE 701).
- **Witness objection:**  Apple objects generally to Mr. Freeman offering any testimony that is expert opinion from fact witness (FRE 701).

### James Kearl
- **DX390:**  FRE 402 (not relevant as it relates to products that are not accused of infringement); FRE 403 (misleading, confusing, and prejudicial as it relates to products that are not accused of infringement).
- **DX396:**  FRE 802 (hearsay); FRE 403 (risk of confusing a third party with Apple outweighs any probative value).
- **SDX3935:**  FRE 402 (not relevant to damages calculation and content relates to VirnetX case which has been excluded); FRE 403 (misleading, confusing, and prejudicial for same reasons).

### Ken Parulski
- **Witness objection:**  Testimony beyond the scope of expert report.  SDX3733 suggests that Mr. Parulski will testify that the iPhone 4 and 4S and iPod touch 4th and 5th Gens. meet the "recording circuit" limitation.  Samsung represented that it was only pursuing a theory that the recording circuit limitation was met by a "NAND flash memory and controller combination" (see Dkt. 963-3 at 23), but Mr. Parulski did not disclose this theory for any product other than the iPhone 5.  Parulski Open. Rep. ¶ 200.  Mr. Parulski should not be permitted to present this theory for any product other than the iPhone 5.
- **SDX3705:**  FRE 403 (misleading and prejudicial because it implies the patent discloses the output displayed on the right); illustration and theory not disclosed in expert report.
- **SDX3706:**  FRE 403 (misleading and prejudicial because it implies the patent discloses the output displayed on the right); illustration and theory not disclosed in expert report.

### Sanjay Rao
- **SDX 3908:**  FRE 402 (not relevant because Samsung no longer accuses the iPad 2, iPad 3 and iPad mini); FRE 403 (inclusion of non-accused products is misleading and confusing).
- **SDX 3912:**  FRE 403 (misleading, confusing, and unduly prejudicial because demonstrative omits anchor for relative value scores and identification of "not significant" relative value scores); FRE 703 (any probative value does not substantially outweigh prejudicial effect).

**Dan Schonfeld**
- **SDX3994:** Beyond scope of expert report. This demonstrative suggests that Dr. Schonfeld will testify about source code not discussed in his report.
- **SDX3995:** Beyond scope of expert report. This demonstrative suggests that Dr. Schonfeld will testify about source code not discussed in his report.
- **SDX3996:** Beyond scope of expert report. This demonstrative reproduces a portion of a document that is not discussed in Dr. Schonfeld's expert reports.