# EXHIBIT C

SDX3008 – Video