QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REQUEST TO SEAL CLOSING DEMONSTRATIVES** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's request to seal certain closing demonstratives.

3. Samsung seeks to seal:

| Demonstrative | Portions to be Sealed |
| --- | --- |
| Samsung closing demonstratives 1, 4, 5, 7, 25 | Slides in their entirety. |
| Apple closing demonstratives 46, 47, 91, 97-101, 106, 107 | Slides in their entirety. |

4. In addition, Samsung seeks to seal Samsung closing demonstratives 66, 67 and 71 because they include third-party confidential information the Court has found sealable, and requests that all closing demonstratives (filed concurrently on ECF) be sealed in their entirety until they are used during trial.

5. The Court previously sealed trial exhibits and demonstratives that include information identical to the confidential information included in the listed closing demonstratives. *See* Dkt. Nos. 1619 (sealing PX142 and PX222A) (Samsung demonstrative 21 & Apple demonstratives 46, 47, 91, 97-99, 106-07); 1683 (sealing PDX92.19) (Samsung demonstrative 25); 1730 & 1734 (sealing DX351 and DX353) (Samsung demonstratives 66, 67, and 71); 1734 (sealing SDX3794A, SDX3795 and DX453) (Samsung demonstratives 4, 5, 7); 1766 (sealing PDX92.86A and SDX3792) (Samsung demonstrative 1 & Apple demonstrative 100-01). *See also*

1  Dkt. No. 1825 (renewed joint request to seal revised 222A and 453A) (Apple demonstratives 97-
2  99 & Samsung demonstrative 7).

3        6.      The demonstratives listed in paragraph 3 include Samsung's highly confidential
4  financial data.  I incorporate by reference the previously filed declarations of Daniel W. Shim,
5  Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to
6  file under seal that establish that the Samsung-confidential information at issue here is sealable.
7  (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re:
8  Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling
9  reasons why various categories of Samsung-confidential information should be filed under seal).)

10       7.      I am informed and believed that Samsung considers the financial data included in
11 these demonstratives highly confidential.  Samsung does not report the type of data included in
12 here to investors, regulatory bodies, the press, or business analysts.  This type of information is
13 highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of
14 the information.  Even within Samsung's finance and accounting groups, such data can only be
15 accessed by certain personnel on a restricted, need-to-know basis.  This type of data guides
16 Samsung's pricing, distribution, financial planning, and other business decisions.

17       8.      Samsung's financial data was produced in this case to Apple's outside counsel and
18 experts for the sole purpose of calculating supposed damages and were marked "Highly
19 Confidential – Attorneys' Eyes Only" under the Protective Order.

20       9.      I am informed and believe that competitors and suppliers could use the financial
21 data included in these demonstratives to Samsung's detriment by undercutting Samsung's prices,
22 or using margins to extract higher prices for components during supply negotiations.

23       10.     For the foregoing reasons, Samsung requests that its sealing requests be granted.
24       I declare under penalty of perjury under the laws of the United States of America that the
25 foregoing is true and correct.  Executed on April 27, 2014, at San Jose, California.

26

27                          */s/ Michael L. Fazio*
28                          Michael L. Fazio