1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S REQUEST TO SEAL CLOSING DEMONSTRATIVES** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") seek to seal certain closing demonstratives.

Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the demonstratives listed below.

1. The following demonstratives are to be sealed:

| Demonstrative | Portions to be Sealed |
|---|---|
| Samsung closing demonstratives 1, 4, 5, 7, 25 | Slides in their entirety. |
| Samsung closing demonstratives 66, 67, 71 | Slides in their entirety. |
| Apple closing demonstratives 46, 47, 91, 97-101, 106, 107 | Slides in their entirety. |

2. The following demonstratives are to be sealed until they are used at trial.

| Exhibit | Portions to Sealed |
|---|---|
| All Samsung closing demonstratives filed on ECF | Slides in their entirety. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge