[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **JOINT SUBMISSION AND STIPULATION IN RESPONSE TO ORDER RE: VERDICT FORM [DKT. 1807] AND MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") and Apple Inc. ("Apple") file this

3  joint submission in response to the Court's Order re: Verdict Form [Dkt. 1807] (the "Order").

4    WHEREAS, pursuant to the Order, Apple served on Samsung a revised version of PX222A

5  containing a single additional page, marked PX222A.13A;

6    WHEREAS, pursuant to the Order, Samsung served on Apple a revised version of DX453A

7  containing a single additional page, marked DX453A.014;

8    WHEREAS, the Parties have agreed that they have no objection to the respective revisions of

9  PX222A and DX453A and thus agree to admit into evidence the revised documents;

10    WHEREAS, both PX222A and DX453A are under seal, in whole or in part;

11    WHEREAS, the parties move to seal revised PX222A and revised DX435A as follows:

12    **Revised PX222A**: On April 6, 2014, Apple moved to seal pages 11, 13, 15, 17, 21, 30, 31,

13  32, 34, 35, 39, 41, 42 of PX222A.  *See* Dkt. 1600-3 at 5; Dkt. 1600-7 at ¶ 5.  On April 7, 2014, the

14  Court granted Apple's request.  *See* Dkt. 1626 at 2.  Those pages of revised PX222A should be

15  sealed for the same reasons.  Upon further review, Apple requests the Court also seal pages 26 and

16  27.  These two pages contain highly confidential product specific information regarding Apple's

17  sales.  *See* Declaration of Jim Bean in Support of Apple's Motion to Seal Trial  Exhibits dated July

18  30, 2012 (Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1495-2 at 1-3) (explaining that Apple's

19  financial information is immensely valuable and disclosed only on a need to know basis within

20  Apple to a small list of individuals because maintaining the confidentiality of Apple's financial data

21  "allows Apple to remain competitive in an opaque and fast-moving marketplace")).  On April 6,

22  2014, Samsung moved to seal PX222A in its entirety.  Dkt. 1605-1 at 6.  The Court granted

23  Samsung's request as to 11, 13, 15, 17, 21, 30-32, 34, 35, 39, 41, and 42.  Dkt. 1619.  Upon further

24  review, in addition to pages the Court has previously found sealed, Samsung requests that pages 10,

25  12, 13A, 14, 16, 18-20, 22, 24, and 38 be sealed. The Federal Circuit has previously approved of

26  Apple's and Samsung's requests to seal similar financial information.  *See, e.g.*, *Apple Inc. v.*

27

02198.51981/5898188.2                                2

28   JOINT SUBMISSION AND STIPULATION IN RESPONSE TO ORDER RE: VERDICT FORM
     AND MOTION TO SEAL
     CASE NO. 12-CV-00630 (LHK)

*Samsung Electronics Co., Ltd.*, et al., Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1224-26 (Fed. Cir. Aug. 23, 2013) (approving sealing of product-specific financial information). Accordingly, in addition to the prior pages the Court sealed, Apple requests that pages 26 and 27 of revised PX222A be sealed and Samsung requests that pages 10, 12, 13A, 14, 16, 18-20, 22, 24, and 38 of PX222A and revised PX222A be sealed. Therefore, the parties request that the Court order that pages 10-13, 13A, 14-22, 24, 26, 27, 30-32, 34, 35, 38, 39, 41 and 42 of revised PX222A be sealed.

**Revised DX453A**: On April 19, 2014, the Court granted Apple's request to seal pages 5 and 6 of DX 453A and Samsung's request to seal pages 2 and 12 of DX 453A. *See* Dkt. 1730 at 3 (sealing pages 5 and 6 of DX 453A); Dkt. 1734 at 2 (sealing pages 2 and 12 of DX 453A). On April 24, 2014, the parties filed a joint notice notifying the Court of their understanding that pages 2, 5, 6 and 12 of DX 453A are sealed. *See* Dkt. 1789 at 1. For the same reasons, those pages of revised DX453A should be sealed. In addition, Samsung requests that newly added page 14 be sealed for the same reasons as pages 2 and 12. Accordingly, the parties request that the Court order that pages 2, 5, 6, 12 and 14 of revised DX453A be sealed.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Samsung stipulates to the substitution of the revised version of PX222A, which adds PX222A.13A and to admission into evidence of the revised version of the document.

2. Apple stipulates to the substitution of the revised version of DX453A, which adds DX453A.014 and to admission into evidence of the revised version of the document.

3. The parties agree that references in the trial transcript to the prior versions of PX222A and DX453A shall be treated as if they were references to the revised versions of each document.

NOW THEREFORE, THE PARTIES HEREBY REQUEST THE COURT SEAL revised PX222A and revised DX453A as follows:

1. Revised PX222A: pages 10-13, 13A, 14-22, 24, 26, 27, 30, 31, 32, 34, 35, 38, 39, 41, 42 are sealed.

2. Revised DX453A: pages 2, 5, 6, 12, and 14 are sealed.

IT IS SO STIPULATED.

Dated: April 26, 2014

| By: */s/ Mark D. Selwyn* | By: */s/ Victoria F. Maroulis* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

| | | |
|---|---|---|
| 1 | Boston, Massachusetts 02109 | Facsimile: (213) 443-3100 |
| | Telephone: (617) 526-6000 | |
| 2 | Facsimile: (617) 526-5000 | |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  April 26, 2014                         */s/  Mark D. Selwyn*
                                                               Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 26, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                               */s/* Mark D. Selwyn
                                                               Mark D. Selwyn

02198.51981/5898188.2 1                              7
JOINT SUBMISSION AND STIPULATION IN RESPONSE TO ORDER RE: VERDICT FORM
AND MOTION TO SEAL
CASE NO. 12-CV-00630 (LHK)

ActiveUS 125427395v.1

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The requests to seal are GRANTED.

Dated: April 27, 2014

*Lucy H. Koh*

Hon. Lucy H. Koh

United States District Judge