JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S RESPONSE REGARDING ORDER RE: STATEMENTS REGARDING VERDICT FORM [AMENDED TENTATIVE] (DKT. NO. 1833)** |

1      In response to the Court's Order Re: Statements Regarding Verdict Form [Amended

2  Tentative] (Dkt. 1833), Apple responds:

3        • Samsung is correct that JX32A and JX36B do not contain the feature accused of

4        infringing the '959 Patent.

5      Thus, those references should be removed from the list of representative examples shown

6  in Question 2 of the Verdict Form [Amended Tentative] (Dkt. 1832).

7

8  Dated:  April 27, 2014        MORRISON & FOERSTER LLP

9            By:   */s/ Rachel Krevans*

10               RACHEL KREVANS

11              Attorneys for Plaintiff and
                Counterclaim-Defendant

12              APPLE INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28