| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Cal. Bar No. 177129) |
|  | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Cal. Bar No. 202603) |
|  | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
|  | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
|  | Facsimile: (650) 801-5100 |
| 9 | |
|  | William C. Price (Cal. Bar. No. 108542) |
| 10 | williamprice@quinnemanuel.com |
|  | Michael L. Fazio (Cal. Bar No. 228601) |
| 11 | michaelfazio@quinnemanuel.com |
|  | 865 S. Figueroa St., 10th Floor |
| 12 | Los Angeles, California 90017 |
|  | Telephone: (213) 443-3000 |
| 13 | Facsimile: (213) 443-3100 |
| 14 | Attorneys for SAMSUNG ELECTRONICS |
|  | CO., LTD., SAMSUNG ELECTRONICS |
| 15 | AMERICA, INC. and SAMSUNG |
|  | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S FURTHER STATEMENT REGARDING AMENDED TENTATIVE VERDICT FORM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to the Court's order (Dkt. 1833), Samsung reserves its prior objections to the verdict
2  form and has no further objections.

4  DATED: April 27, 2014                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         By */s/ Victoria F. Maroulis*
                                             Victoria F. Maroulis
                                             Kevin P.B. Johnson
                                             Michael L. Fazio
                                             Attorneys for SAMSUNG ELECTRONICS
                                             CO., LTD., SAMSUNG ELECTRONICS
                                             AMERICA, INC., and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC

-1-                                                       Case No. 12-cv-00630-LHK
SAMSUNG'S FURTHER STATEMENT REGARDING AMENDED TENTATIVE VERDICT FORM