UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) <br> ) <br> Plaintiff and Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., a ) <br> Korean corporation; SAMSUNG ) <br> ELECTRONICS AMERICA, INC., a New York ) <br> corporation; and SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Defendants and Counterclaimants. ) <br> ) | Case No.: 12-CV-00630-LHK <br><br> ORDER DIRECTING PARTIES TO BRING COPIES OF FINAL JURY INSTRUCTIONS |

The Court directs the parties to bring to Court 12 copies of the Final Jury Instructions without annotations, ECF No. 1842, on April 28, 2014. These copies shall be double sided and three-hole punched.

**IT IS SO ORDERED.**

Dated: April 27, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge