**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
|     Plaintiff and Counterdefendant, | ) | AMENDED ORDER REGARDING |
| | ) | MOTIONS FOR JUDGMENT AS A |
|     v. | ) | MATTER OF LAW WITH RESPECT TO |
| | ) | THE '647 |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
|     Defendants and Counterclaimants. | ) | |
| | ) | |

Any additional motions for judgment as a matter of law on the '647 patent will be made

orally after the close of evidence on April 28, 2014. Each side will have ten minutes total to present

its arguments. The Court will instruct the jury on April 28, 2014.

**IT IS SO ORDERED.**

Dated: April 27, 2014

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
AMENDED ORDER REGARDING MOTIONS FOR JUDGMENT AS A MATTER OF LAW WITH RESPECT TO
THE '647