UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Tuesday, April 22, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 6hr 12 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
   **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
      PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY ELEVEN**

| | |
|---|---|
| 9:05 a.m. | All parties present, all jurors present, Witness Parulski resumes the stand for further testimony. |
| 9:35 a.m. | Witness Dr. Sanjay Kumar Rao is sworn and testifies. |
| 9:49 a.m. | Witness James Russell Kearl is sworn and testifies. |
| 10:17 a.m. | Samsung rests on their affirmative case. |
| 10:19 a.m. | The jury is excused for the morning recess. The Court and counsel discuss matters. |
| 10:21 a.m. | The morning recess is taken. |
| 10:36 a.m. | The matter resumes outside the presence of the jury for further discussion. |
| 10:43 a.m. | Jury now present, the matter resumes. Witness Tim Millet is sworn and testifies, called by Apple. |
| 11:04 a.m. | Witness Roberto Garcia is sworn and testifies. |
| 11:24 a.m. | Witness James Storer is sworn and testifies. |
| 12:00 p.m. | The jury is excused for the noon recess. The Court and counsel discuss briefly. |
| 12:03 p.m. | The noon recess is taken. |
| 1:09 p.m. | The matter resumes outside the presence of the jury for further discussion. |

| | |
|---|---|
| 1:13 p.m. | All parties present, the matter resumes. |
| 1:55 p.m. | Apple rests its defense to Samsung's affirmative case and begins their rebuttal case with video deposition clip of James Maccoun. |
| 2:16 p.m. | The first afternoon recess is taken. |
| 2:26 p.m. | The matter resumes outside the presence of the jury for brief discussion |
| 2:29 p.m. | Jury now present, the matter resumes. Witness Todd Mowry is re-called for rebuttal testimony. |
| 3:03 p.m. | Alex Snoeren is re-called for rebuttal testimony. |
| 3:30 p.m. | The second afternoon recess is taken. |
| 3:43 p.m. | All parties present, the matter resumes. |
| 4:16 p.m. | Andrew Cockburn is re-called for rebuttal testimony. |
| 4:30 p.m. | The jury is admonished and excused for the day. The Court and counsel discuss matters. |
| 4:35 p.m. | Court is adjourned until Friday, April 25, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    JX 22, 24, 23, 40b
    PX 391a, 253, 248, 254, 249, 257, 294, 227, 228, 229, 102
The following are lodged:  3010