# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Friday, April 25, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 2 hr 38 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
|  |  |  |
|---|---|---|
| **APPLE INC.** | V. | **SAMSUNG ELECTRONICS CO. LTD., ET AL** |
| PLAINTIFF | | DEFENDANTS |

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS: JURY TRIAL—DAY TWELVE**

| | |
|---|---|
| 9:12 a.m. | All parties present, Jury not present, the Court and counsel discuss matters. |
| 9:31 a.m. | Witness Cockburn resumes the stand for further testimony. |
| 9:57 a.m. | Apples rests in its rebuttal case. |
| 9:58 a.m. | Martin Rinard is re-called for rebuttal testimony, called by Samsung. |
| 10:04 a.m. | Samsung rests in its rebuttal case. The jury is admonished and excused for the day, to return on Monday, April 28, 2014 at 9:00 a.m. The Court and counsel discuss matters. |
| 11:03 a.m. | A recess is taken until 3:30 p.m. today. |
| 3:36 p.m. | All counsel present, the matter resumes with further discussion of issues. |
| 3:59 p.m. | A short recess is taken. |
| 4:31 p.m. | The matter resumes. |
| 4:55 p.m. | Court is adjourned until Friday, April 25, 2014 at 9:00 a.m. |

The following exhibits are admitted into evidence:
    JX 38

DX 345
JX 36e is withdrawn upon joint motion of the parties.