UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al,<br><br>　　　　　Defendants. | Case No.: 12-CV-00630-LHK<br><br>ORDER |

　　　IT IS HEREBY ORDERED that lunch shall be provided in the above entitled matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, astridmorales1984@yahoo.com, 408-998-2323, 2 N. Market St., San Jose, CA 95113) for the members of the jury during deliberations effective April 30, 2014 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: April 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge