QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 1830)** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 7-7, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") withdraw their Administrative Motion to File Under Seal Samsung's High Priority Objections to Apple's Closing Argument Slides and Samsung's Responses to Apple's High Priority Objections to Samsung's Closing Argument Slides ("HPO Brief").  (ECF No. 1830).

Samsung does not maintain a claim of confidentiality over its HPO Brief, and counsel for Apple Inc. ("Apple") has informed counsel for Samsung that Apple does not maintain a claim of confidentiality over Samsung's HPO Brief either.   Samsung files an unredacted version of its HPO Brief concurrently with this Notice.

DATED: April 28, 2014                        Respectfully submitted,

                                             QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP

                                                By /s/ Michael L. Fazio
                                                   Victoria F. Maroulis
                                                   Michael L. Fazio

                                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC. and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC