UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | ) Case No.: 12-CV-00630-LHK |
| | ) |
| Plaintiff and Counterdefendant, | ) ORDER RE: HIGH-PRIORITY |
| | ) OBJECTIONS ON CLOSING SLIDES |
| v. | ) |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| | ) |
| Defendants and Counterclaimants. | ) |
| | ) |

**I.   SAMSUNG'S OBJECTIONS TO APPLE'S CLOSING SLIDES**

Samsung has filed objections to Apple's Closing Slides. ECF No. 1830-1. Apple has filed a response. ECF No. 1829. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Samsung's objections as follows:

| SAMSUNG'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slide 28 | Overruled. |

| | |
|---|---|
| Slides 38, 39, 56, 57, 58 | Overruled. |
| Slide 40 | Overruled. |
| Slide 51 | Overruled. |
| Slides 56-58 | Overruled. |
| Slide 90 | Overruled. |
| Slide 101 | Overruled. |
| Slide 108 | Sustained as to the first question and answer, which comprise the first six lines of the transcript excerpt. Overruled as to the remainder. |
| Slide 112 | Sustained. Counsel may not use this slide but may discuss Samsung's statement in opening that Samsung was awarded the second highest number of patents in 2013 after IBM. |

## II.   APPLE'S OBJECTIONS TO SAMSUNG'S CLOSING SLIDES

Apple has filed objections to Samsung's Closing Slides. ECF No. 1829. Samsung has filed a response. ECF No. 1830-1. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| APPLE'S OBJECTION | COURT'S RULING ON OBJECTION |
|---|---|
| Slide 16 | Sustained. |
| Slides 18, 119 | Overruled. |
| Slide 21 | Overruled. |
| Slide 30 | Overruled. |
| Slide 35 | Overruled. |
| Slides 42, 116 | Overruled. |
| Slide 43A | Overruled. |
| Slide 53 | Sustained. |
| Slides 54, 103, 110 | Overruled. |
| Slides 55, 61, 87, 88 | Overruled. |
| Slides 57, 92 | Overruled. |
| Slide 58 | Sustained as to bottom two screenshots. Overruled as to top screenshot. |
| Slide 60 | Overruled. |
| Slide 80 | Overruled. |
| Slide 90 | Overruled. |
| Slide 91 | Sustained as to bottom two screenshots. Overruled as to top screenshot. |
| Slide 97 | Overruled. |
| Slide 109 | Overruled. |
| Slides 114-115 | Overruled. |

## III. SEALING

Samsung requests to seal various closing slides. ECF No. 1830-1. Having considered Samsung's motion, and compelling reasons having been shown, the Court seals the following slides as follows:

| Apple Slides | COURT'S RULING ON SEALING REQUEST |
|---|---|
| 46 | GRANTED. |
| 47 | GRANTED. |
| 91 | GRANTED. |
| 97-101 | GRANTED. |
| 106 | GRANTED. |
| 107 | GRANTED. |
| **Samsung Slides** | **COURT'S RULING ON SEALING REQUEST** |
| 1 | GRANTED. |
| 4 | GRANTED. |
| 5 | GRANTED. |
| 7 | GRANTED. |
| 21 | GRANTED. |
| 25 | GRANTED. |
| 66 | GRANTED. |
| 67 | GRANTED. |
| 71 | GRANTED. |
| Fazio Declaration Exhibit D | GRANTED. |

Apple requests to seal various closing slides. ECF No. 1829. Having considered Apple's motion, and compelling reasons having been shown, the Court seals the following slides as follows:

| Apple Slides | COURT'S RULING ON SEALING REQUEST |
|---|---|
| 84 | GRANTED. |
| 87 | GRANTED. |
| 88 | GRANTED. |
| 94 | GRANTED. |
| 95 | GRANTED. |
| 106 | GRANTED. |
| 107 | GRANTED. |
| 117 | GRANTED. |
| **Samsung Slides** | **COURT'S RULING ON SEALING REQUEST** |
| 66 | GRANTED. |

| 67 | GRANTED. |
|----|----------|
| 71 | GRANTED. |

**IT IS SO ORDERED.**

Dated: April 28, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge