UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER TO ANSWER QUESTIONS ABOUT EXHIBIT LIST |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court asks the parties to respond to the following exhibit list discrepancies by 7:30 p.m. April 28, 2014.

1. DX 489: The parties' joint exhibit list, ECF No. 1810, states that only pages 34, 39-55, 73-75, 77-80, and 82-91 are sealed. However, this Court's sealing order, ECF No. 1626, states that the following pages are sealed: "pages 34, 39-55, 73-75, 77-80, 82-91, 95, 100-105, 107, 109-114, 165, 174, 176-177, 181-197, 201, 206, 208, 215, 217-218, 220, 222- 224, and 226-230 and all pages not shown in court." The parties should address this discrepancy.

2. DX 433: The parties' joint exhibit list states that pages 3-6, 9-13, and 16-17 are sealed. The Court's sealing orders granted sealing as to pages 3-13, and 16-17. *See* ECF Nos. 1619, 1628. The parties should clarify whether they request that pages 7 and 8 be sealed.

3. DX 431: The Court's sealing order, ECF No. 1734, states that pages 30, 33, and 35 are sealed. The parties' joint exhibit list states that pages 6, 30, 33, and 35 are sealed. The parties should explain why their list seals page 6 as well.

4. DX 453A: The parties shall update their joint exhibit list to add the additional page sealed on April 27, 2014. ECF No. 1831.

5. PX 222A: The parties shall update their joint exhibit list to add the additional pages sealed on April 27, 2014. ECF No. 1831.

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
LUCY H. KOH
United States District Judge