[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER TO ANSWER QUESTIONS ABOUT EXHIBIT LIST (DOCKET NO. 1855)** |

The parties jointly respond to the Court's Questions About Exhibit List (Dkt. 1855) as follows:

1. DX 489:  Only certain pages of DX 489 were admitted (pages .001-.009, .010-.028, .032-.055, .068-.091, .245-.248).  *See* Tr. 549; 2271-72.  Of those pages, the parties have reviewed the record, and the only pages that were shown in court are pages 3, 14 and 245-248.  Accordingly, the parties will file an amend joint exhibit list clarifying that DX 489 is sealed except for pages 3, 14 and 245-248.

2. DX 433: The Court ordered that page 17 was sealed and that pages 3-13 and 16 were sealed to the extent not used during an examination.  *See*  Dkt. 1628.  The parties have reviewed the record and pages 7 and 8 were shown in court.  *See*  Tr. 2293, 2374-75.  Accordingly, only pages 3-6, 9-13 and 16-17 are sealed.

3. DX 431:  The Court sealed pages 6, 30, 33 and 35.  *See* Dkt. 1619; Dkt. 1734.

4. DX 453A:  The parties will jointly file an amended exhibit list adding the page sealed by the Court on April 27, 2014.

5. PX 222A: The parties will jointly file an amended exhibit list adding the pages sealed by the Court on April 27, 2014.

In addition, the parties have identified an error in the joint exhibit list filed on April 25, 2014.  Dkt. 1810-1.  The exhibit list erroneously states that pages 1,  2, 4, 5, 10, 11, 13, 14, 15 and 32 of DX 411 are unsealed.  In fact, page 15 is sealed and page 25 is unsealed.  *See* Tr. 2326; *see also* Dkt. 1626.  The parties will jointly file an amended exhibit list clarifying that 1,  2, 4, 5, 10, 11, 13, 14, 25 and 32 of DX 411 are unsealed.

Dated: April 28, 2014

| By: | */s/ Mark D. Selwyn* | By: | */s/ Michael Fazio* |

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Jack W. Londen (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,  INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

1  HALE AND DORR LLP                    Telephone: (213) 443-3000
2  950 Page Mill Road                   Facsimile: (213) 443-3100
   Palo Alto, CA 94304
3  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding Order to Answer Questions About Exhibit List.   In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated: April 28, 2014                                   *s/* Mark D. Selwyn
                                                                         Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 28, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                         */s/* Mark D. Selwyn
                                                                         Mark D. Selwyn