# EXHIBIT A

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX301 | FreeWAIS-sf 2.0 distribution | FUHRNDCA630-00000001 | FUHRNDCA630-00000001 | 4/15/2014 | | |
| DX304 | Tung, *Expansion of the FreeWAIS Server*, and English translation | SAMNDCA630-04385219 FUHRNDCA630-00000013 SAMNDCA630-06029163 | SAMNDCA630-04385406 FUHRNDCA630-00000200 SAMNDCA630-06029352 | 4/15/2014 | Not prior art to '959 patent | |
| DX305 | Summary of Ulrich Pfeifer materials corroborating public knowledge and use of FreeWAIS-sf 2.0 in the United States | PFEIFERNDCA-00000392 PFEIFERNDCA-00000487 PFEIFERNDCA-00000511 PFEIFERNDCA-00000566 PFEIFERNDCA-00001602 PFEIFERNDCA-00001976 PFEIFERNDCA-00002019 PFEIFERNDCA-00002104 PFEIFERNDCA-00003905 PFEIFERNDCA-00004613 PFEIFERNDCA-00004997 PFEIFERNDCA-00000008 at 110, 161, 181, 207, 592, 602, 710 | PFEIFERNDCA-00000392 PFEIFERNDCA-00000487 PFEIFERNDCA-00000511 PFEIFERNDCA-00000566 PFEIFERNDCA-00001602 PFEIFERNDCA-00001976 PFEIFERNDCA-00002019 PFEIFERNDCA-00002104 PFEIFERNDCA-00003907 PFEIFERNDCA-00004614 PFEIFERNDCA-00004997 PFEIFERNDCA-00000008 at 110, 161, 181, 207, 592, 602, 710 | 4/15/2014 | Not to be considered for the truth of what is stated | |
| DX308 | E-mail from Maryam Garrett to Hiroshi Lockheimer re: Information regarding Android Search | GOOG-NDCAL630-00065845 | GOOG-NDCAL630-00065869 | 4/11/2014 | | |
| DX311 | *Proceedings for Wide Area Information Server Workshop,* MCNC Conference | KAHLENDCA630-00013891 | KAHLENDCA630-00014007 | 4/15/2014 | | |
| DX312 | Wide Area Information Servers (WAIS) launch lecture at Xeros PARC | SAMNDCA630-04526333 | SAMNDCA630-04526333 | 4/15/2014 | | |
| DX313 | March 14, 1997 e-mail from Ulrich Pfeifer to a number of people re: "freeWAIS-sf (hosts)" | PFEIFERNDCA630-00004625 | PFEIFERNDCA630-00004626 | 4/15/2014 | | |
| DX314A | Selections from Windows Mobile 5 source code from bates range MSFT_CODE000170 to MSFT_CODE003225 | MSFT_CODE0000170-00416 MSFT_CODE0001127-01666 MSFT_CODE0002023-02025 MSFT_CODE0002089-02803 MSFT_CODE0002956-02957 MSFT_CODE0002996-03225 | MSFT_CODE0000170-00416 MSFT_CODE0001127-01666 MSFT_CODE0002023-02025 MSFT_CODE0002089-02803 MSFT_CODE0002956-02957 MSFT_CODE0002996-03225 | 4/21/2014 | | Sealed in its entirety |
| DX315 | Summary of Windows Mobile press releases | N/A | N/A | 4/18/2014 | Not to be considered for the truth of what is stated | |
| DX316 | Windows Mobile sales records | MSFT-00630-001175 | MSFT-00630-001175 | 4/18/2014 | | Sealed in its entirety |
| DX317 | Selection of Microsoft TechNet articles | SAMNDCA630-00948288 SAMNDCA630-05347297 SAMNDCA630-07887096 | SAMNDCA630-00948293 SAMNDCA630-05347297 SAMNDCA630-07887109 | 4/18/2014 | | |
| DX319 | SUSE 10.0 / Evolution 2.4 software | NOVELLNDCA630-00000001 | NOVELLNDCA630-00000001 | 4/18/2014 | | |
| DX320A | SUSE 10.0 / Evolution 2.4 source code | NOVELLNDCA630-00000002 | NOVELLNDCA630-00000002 | 4/21/2014 | | |
| DX321 | Summary of SUSE 10.0 press releases | N/A | N/A | 4/18/2014 | Not to be considered for the truth of what is stated | |
| DX326 | Hill, *Microsoft Smart Client Architecture & Design Guide* | SAMNDCA630-00949126 | SAMNDCA630 -00949337 | 4/18/2014 | | |
| DX327 | Google Android Software Functional Requirements | GOOG-NDCAL630-00065439 | GOOG-NDCAL630-00065483 | 4/11/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX330 | Sidekick 1.5 Owner's Handbook | FRIDNIELNDCA630-00006937 or SAMNDCA630-00808758 | FRIDNIELNDCA630-00007065 or SAMNDCA630-00808886 | 4/14/2014 | | |
| DX331 | Sidekick 1.56A Source Code | FRIDNIELNDCA630-00009433\SK v 1 56\Source Code\ | FRIDNIELNDCA630-00009433\SK v 1 56\Source Code\ | 4/14/2014 | | |
| DX332 | Sidekick 1.56A Executable | FRIDNIELNDCA630-00009433\SK v 1 56\SK\ | FRIDNIELNDCA630-00009433\SK v 1 56\SK\ | 4/14/2014 | | |
| DX334 | Summary of '647 Inventor Emails | MILLER00000064/APLNDC630-0000133392 MILLER00000063/APLNDC630-0000133393 MILLER00000133/APLNDC630-0000098807 | MILLER00000064/APLNDC630-0000133392 MILLER00000063/APLNDC630-0000133393 MILLER00000133/APLNDC630-0000098807 | 4/15/2014 | | |
| DX335 | Email dated 4/20/2007 from Grace Kloba to Dianne Hackborn copying Cary Clark | GOOG-NDCAL630-00039288 | GOOG-NDCAL630-00039289 | 4/14/2014 | | |
| DX336 | Project Android Activities and Intents | GOOG-NDCAL630-00001806 | GOOG-NDCAL630-00001820 | 4/14/2014 | | Sealed in its entirety |
| DX338 | Bier, *Embedded Buttons: Supporting Buttons in Documents* | SAMNDCA630-04320879 | SAMNDCA630-04320905 | 4/15/2014 | | |
| DX339 | CHI '91 Conference Proceedings: Reaching Through Technology | SAMNDCA630-06443618 | SAMNDCA630-06443886 | 4/15/2014 | | |
| DX341 | CHI '91 video program: Reaching Through Technology | SAMNDCA630-07274705 | SAMNDCA630-07274705 | 4/15/2014 | | |
| DX342 | Neonode Quick Start Guide and download page for same (Exhibit A to the 6/25/13 Affidavit of Christopher Butler) | N/A | N/A | 4/14/2014 | | |
| DX343 | Plaisant Video CHI '92 | PLAISANTNDCA-00000002 | PLAISANTNDCA-00000002 | 4/15/2014 | | |
| DX344 | Plaisant & Wallace, *Touchscreen Toggle Design* | SAMNDCA630-00001325 | SAMNDCA630-00001326 | 4/15/2014 | | |
| DX345 | iPhone 5 running iOS 7 | N/A | N/A | 4/25/2014 | | |
| DX346 | Physical Exhibit: Samsung Dart (model SGH-T499) | N/A | N/A | 4/15/2014 | | |
| DX351A | Apple Accused Products Application Processor User Manual Compilation (Excerpt) | | | 4/21/2014 | | Sealed in its entirety |
| DX352A | Apple Accused Product Schematics Compilation | | | 4/21/2014 | | Sealed in its entirety |
| DX353A | Baseband Processor/RF Transceiver Compilation | | | 4/21/2014 | | Sealed in its entirety |
| DX354A | Apple Accused Product Bills of Materials ("BOM") Compilation | | | 4/21/2014 | | Sealed in its entirety |
| DX371 | X-Gold Product 616 Product Brief (Intel) | 593DOC000323 | 593DOC000324 | 4/21/2014 | | Sealed in its entirety |
| DX377 | iPhone Buyer Survey, FY13Q2 | APLNDC630-0001233246 | APLNDC630-0001233405 | 4/4/2014 | | Sealed except DX377.012, .015, .024, .028 |
| DX391A | Summary of Samsung's Feature Patent Damages Calculations | N/A | N/A | 4/22/2014 | | Sealed in its entirety |
| DX404 (only page .006) | Point of Sale influence on smartphone buyers | APLNDC-Y0000025232 | APLNDC-Y0000025304 | 4/11/2014 | | |
| DX405 | iPhone Offsite | APLNDC630-0001467518 | APLNDC630-0001467580 | 4/4/2014 | | Sealed except DX405.014, .032 |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX407 | Samsung's brand update | APLNDC630-0001351415 | APLNDC630-0001351428 | 4/4/2014 | | Sealed except DX407.002, .003, .004, .005 |
| DX408A | Email from Vincent to Schiller et al email re Has Apple lost its cool? (Redacted) | APLNDC630-0000845537 | APLNDC630-0000845543 | 4/4/2014 | | |
| DX409 | Email from Vincent to Schiller re Marcom tomorrow | APLNDC630-0001397337 | APLNDC630-0001397338 | 4/4/2014 | | |
| DX410 | Email from Cook to Schiller re Why aren't you fighting back? | APLNDC630-0001374551 | APLNDC630-0001374552 | 4/4/2014 | | |
| DX411 | iPhone Review | APLNDC630-0001697453 | APLNDC630-0001697537 | 4/8/2014 | | All pages sealed except 1, 2, 4, 5, 10, 11, 13, 14, 25 and 32 |
| DX413 | FY' 14 Planning Offsite | APLNDC630-0001849558 | APLNDC630-0001849678 | 4/4/2014 | | Sealed except DX413.001, .008, .014, .046 |
| DX415 | Supply Issues that impacted Q2' 13 ST | APLNDC630-0001075325 | APLNDC630-0001075325 | 4/8/2014 | | Sealed in its entirety |
| DX418 | Smartphone Market Study US | APLNDC630-0000127665 | APLNDC630-0000127691 | 4/4/2014 | | Sealed except DX418.002, .019, .020, .021 |
| DX431 | STA Marketing - CFO Update | SAMNDCA11547471 | SAMNDCA11547505 | 4/14/2014 | | Pages 6, 30, 33 and 35 sealed |
| DX432 | Samsung Galaxy Note II UX Research | SAMNDCA630-07395323 | SAMNDCA630-07395367 | 4/21/2014 | | Pages 5-7, 9-13, 15-34, 40-42, and 44-45 sealed |
| DX433 | GSIII Early Customer Profile Insights - Initial Launch Report | SAMNDCA630-06701998 | SAMNDCA630-06702014 | 4/18/2014 | | Pages 3-6, 9-13, 16-17 sealed |
| DX435 | Samsung Tablets & Phones Final Presentation | SAMNDCA11086713 | SAMNDCA11086917 | 4/14/2014 | | Pages 12, 15, 17-27, 41, 44-45, 47-49, 51, 55, 57, 61-62, 65, 68-69, 71-72, 76, 77, 79, 82, 86, 87, 89-92, 94, 99-103, 105, 111, 114, 119, 120, 123, 125, 130-132, 134, 140, 142, 145-146, 150, 154-158, 164-166, 170-173, 175, 176, 179-186, 190-193, 196, 198-200, 205 sealed |
| DX444 | iPhone 4 Press Release | N/A | N/A | 4/4/2014 | | |
| DX445 | iPhone 4S Press Release | N/A | N/A | 4/4/2014 | | |
| DX446 | iPhone 5 Press Release | N/A | N/A | 4/4/2014 | | |
| DX447 | "Samsung Next Big Thing Super Bowl Full Ad with Seth Rogen, Paul Rudd, and Lebron James" | N/A | N/A | 4/14/2014 | | |
| DX451 | Apple 2011 10-K | N/A | N/A | 4/8/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX452 | Smartphone purchase influencers at retail | APLNDC630-0001321529 | APLNDC630-0001321594 | 4/18/2014 | | Sealed in its entirety, except for page 21 |
| DX453A | Summary of Dr. Judith Chevalier's Damages Calculations | N/A | N/A | 4/21/2014 | | Pages 2, 5, 6, 12, and 14 sealed |
| DX454A | Transcript Excerpts from Dr. Reibstein's Pretest of Dr. Hauser's Conjoint Study | N/A | N/A | 4/18/2014 | Not to be considered for the truth of what is stated | |
| DX457 | Excerpted pages of iPhone Buyer Surveys FY 2010-FY 2013 | APLNDC630-0001438833<br>APLNDC-Y0000026687<br>APLNDC-Y0000027136<br>APLNDC0002734025<br>APLNDC630-0001437744<br>APLNDC0000036266<br>APLNDC0001351087<br>APLNDC630-0001439288<br>APLNDC630-0000149470<br>APLNDC630-0000167955<br>APLNDC630-0000870318<br>APLNDC630-0001233115<br>APLNDC630-0001233406<br>APLNDC630-0000937009 | APLNDC630-0001438960<br>APLNDC-Y0000026807<br>APLNDC-Y0000027255<br>APLNDC0002734109<br>APLNDC630-0001437826<br>APLNDC0000036348<br>APLNDC0001351180<br>APLNDC630-0001439387<br>APLNDC630-0000149605<br>APLNDC630-0000168090<br>APLNDC630-0000870456<br>APLNDC630-0001233245<br>APLNDC630-0001233487<br>APLNDC630-0000937168 | 4/18/2014 | | All pages sealed, except pages 1, 9, 11, 17, 21, 25, 29, 34, 36, 38, 40, 42, 44, 46 and 48 |
| DX459A | "Tim Cook Apologizes for Apple's Maps," by Brian X. Chen, The New York Times, September 28, 2012 | N/A | N/A | 4/4/2014 | | |
| DX489 (only pages .001-.009, .010-.028, .032- 055, .068-091, 245-.248) | Summary of Apple materials regarding competitive analysis | APLNDC630-0001871927<br>APLNDC630-0001871984<br>APLNDC630-0001912351<br>APLNDC630-0001912375<br>APLNDC630-0001912304<br>APLNDC630-0001912328<br>APLNDC630-0001912287<br>APLNDC630-0001912058<br>APLNDC630-0001912078<br>APLNDC630-0001912099<br>APLNDC630-0001912124<br>APLNDC630-0001912236<br>APLNDC630-0001195522 | APLNDC630-0001871935<br>APLNDC630-0001872005<br>APLNDC630-0001912374<br>APLNDC630-0001912386<br>APLNDC630-0001912327<br>APLNDC630-0001912350<br>APLNDC630-0001912303<br>APLNDC630-0001912077<br>APLNDC630-0001912098<br>APLNDC630-0001912123<br>APLNDC630-0001912156<br>APLNDC630-0001912249<br>APLNDC630-0001195525 | 4/4/2014 (pages .245-.248)<br>4/18/2014 (pages .001-.009, .010-.028, 032-.055, .068-.091) | | All pages sealed except 3, 14, and 245-248 |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| DX490A | Apple Accused Products User Guide Compilation | APL630DEF-WH0000026660<br>APL630DEF-WH0001757766<br>APL630DEF-WH0001757964<br>APL630DEF-WH0001758169<br>APL630DEF-WH0001758342<br>APL630DEF-WH0001758833<br>APL630DEF-WH0001759063<br>APL630DEF-WH0001759242<br>APL630DEF-WH0001759379<br>APL630DEF-WH0004396739<br>APL630DEF-WH0004397691 | APL630DEF-WH0000026933<br>APL630DEF-WH0001757963<br>APL630DEF-WH0001758100<br>APL630DEF-WH0001758309<br>APL630DEF-WH0001758497<br>APL630DEF-WH0001759062<br>APL630DEF-WH0001759241<br>APL630DEF-WH0001759378<br>APL630DEF-WH0001759522<br>APL630DEF-WH0004396740<br>APL630DEF-WH0004397778 | 4/21/2014 | | |
| DX491A | Apple Accused Product Camera Sensor DataSheet Compilation | OMNI 0866<br>OMNI 0241<br>OMNI 0483<br>OMNI 0586<br>APL630DEF-WH0000097566<br>APL630DEF-WH0005226539<br>APL630DEF-WH0000097942<br>APL630DEF-WH0000097306<br>APL630DEF-WH0000098046<br>APL630DEF-WH0005224613<br>APL630DEF-WH0005224752<br>APL630DEF-WH0005214335 | OMNI 1004<br>OMNI 0407<br>OMNI 0585<br>OMNI 0673<br>APL630DEF-WH0000097727<br>APL630DEF-WH0005226707<br>APL630DEF-WH0000098045<br>APL630DEF-WH0000097400<br>APL630DEF-WH0000098143<br>APL630DEF-WH0005224751<br>APL630DEF-WH0005224847<br>APL630DEF-WH0005214457 | 4/21/2014 | | Sealed in its entirety |
| DX492 | U.S. Patent No. 7,880,730 to Robinson | SAMNDCA630-00942638 | SAMNDCA630-00942682 | 4/15/2014 | | |
| DX498 | Email from Rangel to Schiller re Samsung's road to global domination - Social Media Monitoring | APLNDC630-0000743869 | APLNDC630-0000743880 | 4/4/2014 | | |
| DX499 | Shelley Jeng email with Attached FaceTime Over Cellular Presentation | APL630DEF-WH0002898279 | APL630DEF-WH0002898306 | 4/21/2014 | | Sealed in its entirety |
| DX500 | Carrier Channel Review | APLNDC630-0001850417 | APLNDC630-0001850483 | 4/11/2014 | | Sealed in its entirety, except pages 1, 12, 13, 16-18 and 20 |
| DX505 | Hauser Exhibit I | N/A | N/A | 4/8/2014 | | |
| DX508 | Apple Inc.'s Supplemental Objections and Responses to Samsung's Interrogatories (Nos. 1, 5, 7, 8, 10, 14, 15, 25, 26, 27, 39, and 41) | N/A | N/A | 4/14/2014 | | |
| JX01 | U.S. Patent No. 5,946,647 | N/A | N/A | 4/7/2014 | | |
| JX04 | U.S. Patent No. 6,847,959 | N/A | N/A | 4/7/2014 | | |
| JX07 | U.S. Patent No. 7,761,414 | N/A | N/A | 4/7/2014 | | |
| JX08 | U.S. Patent No. 7,761,414 File History | APLNDC630-0000049779 | APLNDC630-0000050667 | 4/18/2014 | | |
| JX10 | U.S. Patent No. 8,046,721 | N/A | N/A | 4/4/2014 | | |
| JX13 | U.S. Patent No. 8,074,172 | N/A | N/A | 4/4/2014 | | |
| JX22 | U.S. Patent No. 6,226,449 | SAMNDCA630-007887580 | SAMNDCA630-007887603 | 4/22/2014 | | |
| JX23 | U.S. Patent No. 6,226,449 File History | SAMNDCA630-00832686 | SAMNDCA630-00833124 | 4/22/2014 | | |
| JX24 | U.S. Patent No. 6,226,449 Assignment | SAMNDCA630-00835429 | SAMNDCA630-008835456 | 4/22/2014 | | Portions highlighted in Dkt. 1771-3 sealed |
| JX25 | U.S. Patent No. 5,579,239 | SAMNDCA630-04260564 | SAMNDCA630-04260575 | 4/21/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| JX26 | U.S. Patent No. 5,579,239 File History | SAMNDCA630-00832500 | SAMNDCA630-00832685 | 4/21/2014 | | |
| JX28B | Physical Exhibit: Admire SCH-R720 Android OS 2.3.4 | N/A | N/A | 4/4/2014 | | |
| JX28C | Physical Exhibit: Admire SCH-R720 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX29A | Physical Exhibit: Galaxy Nexus SCH-I515 Android OS 4.0.2 | N/A | N/A | 4/7/2014 | | |
| JX29B | Physical Exhibit: Galaxy Nexus SCH-1515 Android OS 4.0.4 | N/A | N/A | 4/4/2014 | | |
| JX29C | Physical Exhibit: Galaxy Nexus SPH-L700 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX29D | Physical Exhibit: Galaxy Nexus SCH-1515 Android OS 4.1.1 | N/A | N/A | 4/4/2014 | | |
| JX29E | Physical Exhibit: Galaxy Nexus GT-I9250 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX29G | Physical Exhibit: Galaxy Nexus GT-I9250 Android OS 4.2.2 | N/A | N/A | 4/7/2014 | | |
| JX29H | Physical Exhibit: Galaxy Nexus Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX29I | Physical Exhibit: Galaxy Nexus SCH-I515 Android OS 4.0.2 | N/A | N/A | 4/7/2014 | | |
| JX30A | Physical Exhibit: Galaxy Note SGH-1717 Android OS 2 3.6 | N/A | N/A | 4/4/2014 | | |
| JX30B | Physical Exhibit: Galaxy Note SGH-1717 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX30C | Physical Exhibit: Galaxy Note SGH-1717 Android OS 2 3.6 | N/A | N/A | 4/7/2014 | | |
| JX31A | Physical Exhibit: Galaxy Note II SGH-T889 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX31B | Physical Exhibit: Galaxy Note II SGH-1317 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX31C | Physical Exhibit: Galaxy Note II SPH-L900 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX32A | Physical Exhibit: Galaxy S II SGH-T989 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX32B | Physical Exhibit: Galaxy S II SGH-1777 Android OS 4.0.3 | N/A | N/A | 4/7/2014 | | |
| JX32C | Physical Exhibit: Galaxy S II SGH-1777 Android OS 2 3.6 | N/A | N/A | 4/4/2014 | | |
| JX32D | Physical Exhibit: Galaxy S II SGH-T989 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX32E | Physical Exhibit: Galaxy S II SGH-1777 Android OS 2.3.4 | N/A | N/A | 4/7/2014 | | |
| JX32F | Physical Exhibit: Galaxy S II SGH-T989 Android OS 4.0 3 | N/A | N/A | 4/7/2014 | | |
| JX33A | Physical Exhibit: Galaxy S II Epic 4G Touch SPH-DT710 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX33B | Physical Exhibit: Galaxy S II Epic 4G Touch SPH-D710 Android OS 2.3.6 | N/A | N/A | 4/4/2014 | | |
| JX33C | Physical Exhibit: Galaxy S II Epic 4G Touch SPH-D710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX34A | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX34B | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX34C | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 2.3.4 | N/A | N/A | 4/4/2014 | | |
| JX34D | Physical Exhibit: Galaxy S II Skyrocket SGH-1727 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35A | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35B | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4 0.4 | N/A | N/A | 4/7/2014 | | |
| JX35C | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4 0.4 | N/A | N/A | 4/7/2014 | | |
| JX35D | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35E | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35F | Physical Exhibit: Galaxy S III SGH-1747 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35G | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX35H | Physical Exhibit: Galaxy S III SCH-1535 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |
| JX35I | Physical Exhibit: Galaxy S III SCH-1535 Android OS 4.1.2 | N/A | N/A | 4/7/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| JX35J | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX35L | Physical Exhibit: Galaxy S III SPH-L710 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX35M | Physical Exhibit: Galaxy S III SGH-T999 Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX35N | Physical Exhibit: Galaxy S III SCH-I535 Android OS 4.0.4 | | | 4/15/2014 | | |
| JX35O | Samsung Galaxy S III | | | 4/15/2014 | | |
| JX36A | Physical Exhibit: Galaxy Tab 2 (10.1) SGH-I497 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX36B | Physical Exhibit: Galaxy Tab 2 (10.1) SCH-I915 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX36C | Physical Exhibit: Galaxy Tab 2 (10.1) GT-P5113TS Android OS 4.1.1 | N/A | N/A | 4/7/2014 | | |
| JX36D | Physical Exhibit: Galaxy Tab 2 (10.1) SGH-T779 Android OS 4.0.4 | N/A | N/A | 4/7/2014 | | |
| JX37A | Physical Exhibit: Stratosphere SCH-I405 Android OS 2.3.5 | N/A | N/A | 4/4/2014 | | |
| JX37B | Physical Exhibit: Stratosphere SCH-I405 Android OS 2.3.6 | N/A | N/A | 4/7/2014 | | |
| JX38 | Apple iPhone 4 (All Models) | N/A | N/A | 4/25/2014 | | |
| JX39 | Apple iPhone 4S (All Models) | N/A | N/A | 4/21/2014 | | |
| JX40 | Apple iPhone 5 (All Models) | N/A | N/A | 4/21/2014 | | |
| JX40B | Apple iPhone 5 (All Models) | N/A | N/A | 4/22/2014 | | |
| JX45A | Apple iPod touch (5th generation) | N/A | N/A | 4/21/2014 | | |
| JX46A | Apple iPod touch (4th generation) | N/A | N/A | 4/21/2014 | | |
| JX50A | Compilation of Samsung Android source code and accused application source code | | | 4/8/2014 | | Sealed in its entirety |
| JX50B | Compilation of Samsung Android source code and accused application source code (webviewcore.java only) | | | 4/15/2014 | | Sealed in its entirety |
| JX51A | Compilation of Google Android source code and accused application source code | | | 4/8/2014 | | Sealed in its entirety |
| JX52A | Compilation of Apple source code | N/A | N/A | 4/21/2014 | | Sealed in its entirety |
| JX53A | Compilation of Android Open Source Project source code | | | 4/8/2014 | | |
| JX55 | U.S. Patent No. 7,653,614 to Smith | SAMNDCA630-07882284 | SAMNDCA630-07882302 | 4/15/2014 | | |
| JX56 | U.S. Patent No. 5,855,015 to Shoham | SAMNDCA630-07881554 | SAMNDCA630-07881569 | 4/15/2014 | | |
| JX59 | Int'l Patent Pub. No. 2005/008899 A1 to Xrgomics | SAMNDCA630-06405638 | SAMNDCA630-06405696 | 4/15/2014 | | |
| JX60 | Int'l Patent No. WO 03/038569 A2 to Hypponen | SAMNDCA630-00966681 | SAMNDCA630-00966713 | 4/15/2014 | | |
| JX72 | Physical Exhibit: Galaxy Nexus Phone running version 2.7 of the Google Search Application, Android OS 4.1.1 | N/A | N/A | 4/15/2014 | | |
| PX102 | Abstract Threaded Sync Adapter, Android Developers (http://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter.html) | APLNDC630-0000879625 | APLNDC630-0000879628 | 4/22/2014 | | |
| PX103 | Baker et al., Megastore: Providing Scalable, Highly Available Storage for Interactive Services (http://research.google.com/pubs/pub36971.html) | APLNDC630-0000879847 | APLNDC630-0000879858 | 4/7/2014 | | |
| PX104 | Corbett et al., Spanner: Google's Globally-Distributed Database (http://research.google.com/archive/spanner.html) | APLNDC630-0000879868 | APLNDC630-879881 | 4/7/2014 | | |
| PX106 | Nardi et al., Collaborative, programmable intelligent agents | APLNDC630-0000109800 | APLNDC630-0000109810 | 4/7/2014 | | |
| PX107 | 2011-12 UX Roadmap: Opportunity Brief | S-ITC-001735469 | S-ITC-001735553 | 4/7/2014 | | |
| PX110 | Quick Search Box for Android: Search your phone and the web | APLNDC630-0000171798 | APLNDC630-0000171801 | 4/7/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX113A | Walter Mossberg, "Testing out the iPhone," Wall Street Journal, June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX115 | Email from YoungGyun Imre [Recipients please! Reading required] Samsung Corby TMO Responses | SAMNDCA630-06279877 | SAMNDCA630-06279886 | 4/7/2014 | | |
| PX116 | Email from Erick Tseng re [Android-product] Cross-application Android UI issues we need toaddress | GOOG-NDCAL630-00062054 | GOOG-NDCAL630-00062057 | 4/7/2014 | | |
| PX118 | January 2007 MacWorld Presentation | APLNDC-Y0000066914 | | 4/1/2014 | | |
| PX119 | MIEUX - Emotional UX: Make it Emotional UX | SAMNDCA00206747 | SAMNDCA00206807 | 4/4/2014 | | |
| PX120 | Behold3 Usability Evaluation Results | SAMNDCA00508318 | SAMNDCA00508411 | 4/4/2014 | | |
| PX121 | Victory Usability Evaluation Results | S-ITC-500042803 | S-ITC-500042911 | 4/4/2014 | | |
| PX122A | Summary of iPhone Buyer Surveys | *E.g.*, APLNDC630-0000127692<br>APLNDC630-0001439288<br>APLNDC630-0000149470<br>APLNDC630-0000127252<br>APLNDC630-0000167955<br>APLNDC630-0000870318<br>APLNDC630-0001233115<br>APLNDC630-0001466887<br>APLNDC630-0001463541<br>APLNDC630-0001233406<br>APLNDC630-0000937009 | APLNDC630-0000127715<br>APLNDC630-0001439387<br>APLNDC630-0000149605<br>APLNDC630-0000127293<br>APLNDC630-0000168090<br>APLNDC630-0000870456<br>APLNDC630-0001233245<br>APLNDC630-0001466934<br>APLNDC630-0001463588<br>APLNDC630-0001233487<br>APLNDC630-0000937168 | 4/1/2014 | | |
| PX123 | Summary of Smartphone Buyer / Market / Owner Surveys | *E.g.*, APLNDC630-0001409994<br>APLNDC630-0000177658<br>APLNDC630-0001463186<br>APLNDC630-0001342197<br>APLNDC630-0000823415<br>APLNDC630-0001467057 | APLNDC630-0001410089<br>APLNDC630-0000177772<br>APLNDC630-0001463251<br>APLNDC630-0001342272<br>APLNDC630-0000823466<br>APLNDC630-0001467120 | 4/1/2014 | | |
| PX127A | "The iPhone Matches Most of its Hype," NY Times, by David Pogue | APLNDC630-0000171819 | APLNDC630-0000171822 | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX128 | iPhone and iPad manufacturing capacity schedules | APLNDC630-0001120880<br>APLNDC630-0001120881<br>APLNDC630-Y00009018<br>APLNDC630-Y00009021 | APLNDC630-0001120880<br>APLNDC630-0001120881<br>APLNDC630-Y00009018<br>APLNDC630-Y00009021 | 4/8/2014 | | Sealed in its entirety |
| PX132 (pages 1-16, 23) | August 2010 Presentation, Samsung's Use of Apple Patents in Smartphones | APLNDC00000388 | APLNDC00000410 | 4/8/2014 | | |
| PX133 | "Best Inventions of 2007," Time, by Lev Grossman, November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146962 | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX134 | "Patent Office Highlights Jobs's Innovations," New York Times, by Brian X. Chen | APLNDC-Y0000233352 | APLNDC-Y0000233352 | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX135A | "Apple Waves Its Wand at the Phone," New York Times, by Davis Pogue | APLNDC-Y0000235973 | APLNDC-Y0000235976 | 4/1/2014 | Not to be considered for the truth of what is stated | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX137B | TmoNews, Did Local (Universal) Search Get Restored in Galaxy SIII Jelly Bean Update? (http://www.tmonews.com/2012/11/did-local-universal-search-get-restored-in-galaxy-s-iii-jelly-bean-update/) | David Beren, "Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update?," TmoNews, Nov. 15, 2012 (http://www.tmonews com/2012/11/did-local-universalsearch-get-restored-in-galaxy-s-iii-jelly-bean-update/) | | 4/11/2014 | | |
| PX139 | Summary of Hauser's Conjoint Survey - Animations | N/A | N/A | 4/8/2014 | | |
| PX140 | Summary of Hauser's Conjoint Survey - Screenshots | N/A | N/A | 4/8/2014 | | |
| PX141 | Summary of Hauser's Conjoint Survey - Results | N/A | N/A | 4/8/2014 | | |
| PX142 | Summary of Christopher Vellturo's Damages Calculation | N/A | N/A | 4/8/2014 | | All pages sealed except for cover page |
| PX143 | Summary of Apple's Sales of iPhone and iPad | N/A | N/A | 4/1/2014 | | |
| PX144A | Summary of iPhone News Coverage | N/A | N/A | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX145 | GravityTank, Touch Portfolio: Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00178021 | SAMNDCA00178197 | 4/8/2014 | | |
| PX146 | Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | 4/7/2014 | | |
| PX147 | 3G iPhone US market impact | SAMNDCA00251506 | SAMNDCA00251522 | 4/8/2014 | | |
| PX149 | Email from Bong-Hee Kim re Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | 4/8/2014 | | |
| PX154 | 2011 Summary & Lessons Learned: 2012 Business Forecast | SAMNDCA11173802 | SAMNDCA11173812 | 4/8/2014 | | Pages 2-5 and 9-10 sealed |
| PX156 | STA Competitive Situation Paradigm Shift: HQ CFO | SAMNDCA11545927 | SAMNDCA11546000 | 4/8/2014 | | |
| PX157 | Amethyst, iPhone Usability Test Result | SAMNDCA20003761 | SAMNDCA20003857 | 4/4/2014 | | |
| PX163 | Email from KeAndre Boggess re GS III Daily Conversation Digest 7/13 | SAMNDCA630-07441315 | SAMNDCA630-07441318 | 4/8/2014 | | |
| PX168 | Email from Sally Jeong re Trace & Swype related inquiry item | SAMNDCA630-06716908 | SAMNDCA630-06716918 | 4/4/2014 | | |
| PX169 | Verizon SIP VOC Review Result | SAMNDCA630-07696889 | SAMNDCA630-07696893 | 4/4/2014 | | |
| PX172 | High-level pieces of Android Sync | GOOG-NDCAL630-00060860 | GOOG-NDCAL630-00060869 | 4/7/2014 | | |
| PX173 | Android Project: Software Functional Requirements Document for Release 1.0 | GOOG-NDCAL630-00065560 | GOOG-NDCAL630-00065627 | 4/11/2014 | | |
| PX175 | Intent, Android Developers (http://developer.android.com/reference/android/content/Intent.html) | APLNDC630-0001906681 | APLNDC630-0001906767 | 4/7/2014 | | |
| PX180 | iPhone TV advertisement ("How To") | APLNDC-X0000007535 | | 4/1/2014 | Not to be considered for the truth of what is stated | |
| PX181 | Email from Min Kyung Kim re Application of P8 Circle Lock case | SAMNDCA10506419 | SAMNDCA10506422 | 4/4/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX193 | Samsung Galaxy S3: Sprint Confirms OTA Update Disabling Universal Search, AT&T Follows Suit (http://www.ibtimes.com/samsung-galaxy-s3-sprint-confirms-ota-update-disabling-universal-search-att-follows-suit-722264) | N/A | N/A | 4/15/2014 | | |
| PX196 | Report: Android Gmail - Android Latency Survey Findings Part 4 | GOOG-NDCAL630-00063685 | GOOG-NDCAL630-00063691 | 4/8/2014 | Not to be considered for the truth of what is stated | |
| PX201 | Global Strategy Group: Smartphone Business Strategy | SAMNDCA10223664 | SAMNDCA10223795 | 4/21/2014 | | Pages 11-13, 60, 72, 79-80, 87 and 116 sealed |
| PX203 | Beat Apple: Apple vs Samsung Consumer Insights | SAMNDCA10389445 | SAMNDCA10389483 | 4/11/2014 | | Pages 3, 4, 7, 9-16, 19-21, 23-25, 28-33, 36-38 sealed |
| PX206 | Email from Michael Pennington re Counter Tsunami Plan set up | SAMNDCA630-06987115 | SAMNDCA630-06987116 | 4/14/2014 | | |
| PX208 | Untitled, Undated powerpoint presentation | SAMNDCA630-07687767 | SAMNDCA630-07687770 | 4/21/2014 | | Pages 1-4 sealed |
| PX214 | GS Choi Visit to STA | SAMNDCA00258674 | SAMNDCA00258827 | 4/8/2014 | | |
| PX215 | Email from Todd Pendleton re Use Google to attack Apple? | SAMNDCA10448147 | SAMNDCA10448150 | 4/14/2014 | | |
| PX216 | Business Ops & Planning: Apr. 2012 Monthly Dept Meeting | SAMNDCA630-06444236 | SAMNDCA630-06444268 | 4/14/2014 | | Pages 5, 6 and 8 sealed |
| PX219 | Kepler Usability Evaluation Review Report | S-ITC-010477381 | S-ITC-010477490 | 4/4/2014 | | |
| PX222A | Christopher Vellturo FRE 1006 Damages Summary | N/A | N/A | 4/8/2014 | | Pages 10-13, 13A, 14-22, 24, 26, 27, 30, 31, 32, 34, 35, 38, 39, 41, and 42 sealed |
| PX223A | Christopher Vellturo FRE 1006 Damages Summary | N/A | N/A | 4/8/2014 | | Pages 5-8, 11-14, 17-20, 23-26, 29-32, 59-63 sealed |
| PX227 | Email chain between Google and Samsung representatives, Nov. 25, 2012 through Dec. 7, 2012 | GOOG-NDCAL630-00069118 | GOOG-NDCAL630-00069124 | 4/22/2014 | | Sealed in its entirety |
| PX228 | Google-Samsung Mobile Application Distribution Agreement, Jan. 1, 2011 | S-ITC-003816167 | S-ITC-003816180 | 4/22/2014 | | |
| PX229 | Google-Samsung Strategic Marketing Agreement, Dec. 1, 2010 | S-ITC-003853551 | S-ITC-003853562 | 4/22/2014 | | Highlighted Portions of Paragraphs 5, 6, 8, 24 sealed |
| PX230 | Set of User Guides for Samsung Admire | SAMNDCA630-00920057 | SAMNDCA630-00920192 | 4/4/2014 | | |
| PX231 | Set of User Guides for Samsung Galaxy Nexus | APLNDC630-0001899041 | APLNDC630-0001899147 | 4/4/2014 | | |
| PX232 | Set of User Guides for Samsung Galaxy Note | APLNDC630-0001899148 APLNDC630-0001899389 | APLNDC630-0001899388 APLNDC630-0001899757 | 4/4/2014 | | |
| PX233 | Set of User Guides for Samsung Galaxy Note II | APLNDC630-0001899758 APLNDC630-0001900018 APLNDC630-0001900256 APLNDC630-0001900658 APLNDC630-0001900903 | APLNDC630-0001900017 APLNDC630-0001900255 APLNDC630-0001900657 APLNDC630-0001900902 APLNDC630-0001901125 | 4/7/2014 | | |
| PX234 | Set of User Guides for Samsung Galaxy S II | SAMNDCA630-00923282 APLNDC630-0001901126 | SAMNDCA630-00923559 APLNDC630-0001901360 | 4/4/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX235 | Set of User Guides for Samsung Galaxy S II Epic 4G Touch | APLNDC630-0000160976<br>SAMNDCA630-01053776<br>SAMNDCA630-05853461<br>SAMNDCA630-05855512 | APLNDC630-0000161176<br>SAMNDCA630-01053797<br>SAMNDCA630-05853482<br>SAMNDCA630-05855555 | 4/4/2014 | | |
| PX236 | Set of User Guides for Galaxy S II Skyrocket | SAMNDCA630-00924419 | SAMNDCA630-00924624 | 4/4/2014 | | |
| PX237 | Set of User Guides for Samsung Galaxy S III | APLNDC630-0001902652<br>APLNDC630-0001901361<br>APLNDC630-0001901612<br>APLNDC630-0001901865<br>APLNDC630-0001902119<br>APLNDC630-0001902278<br>APLNDC630-0001902866 | APLNDC630-0001902865<br>APLNDC630-0001901611<br>APLNDC630-0001901864<br>APLNDC630-0001902118<br>APLNDC630-0001902277<br>APLNDC630-0001902651<br>APLNDC630-0001903069 | 4/7/2014 | | |
| PX238 | Set of User Guides for Samsung Galaxy Tab 2 10.1 | APLNDC630-0001904873<br>APLNDC630-0001905895<br>APLNDC630-0001905061<br>APLNDC630-0001905358<br>APLNDC630-0001905653 | APLNDC630-0001905060<br>APLNDC630-0001906061<br>APLNDC630-0001905357<br>APLNDC630-0001905507<br>APLNDC630-0001905894 | 4/7/2014 | | |
| PX239 | Set of User Guides for Samsung Stratosphere | APLNDC630-0001903249 | APLNDC630-0001903434 | 4/4/2014 | | |
| PX241 | Set of Specification Sheets for Samsung Accused Products | APLNDC630-0000159333<br>APLNDC630-0000879778<br>APLNDC630-0000879780<br>APLNDC630-0000160973<br>APLNDC630-0000879821<br>APLNDC630-0000879825<br>APLNDC630-0000162108<br>APLNDC630-0001903913<br>APLNDC630-0000879819<br>APLNDC630-0001903916<br>APLNDC630-0001903919<br>APLNDC630-0000879823<br>SAMNDCA630-00924878<br>APLNDC630-0000879887<br>SAMNDCA630-00922217<br>APLNDC630-0000879786<br>APLNDC630-0000879788<br>APLNDC630-0000879790<br>APLNDC630-0000879792<br>APLNDC630-0000879794<br>APLNDC630-0000161385<br>APLNDC630-0000879813<br>APLNDC630-0000161177<br>APLNDC630-0000879829<br>APLNDC630-0000879831<br>APLNDC630-0000879833<br>APLNDC630-0000879835 | APLNDC630-0000159334<br>APLNDC630-0000879779<br>APLNDC630-0000879781<br>APLNDC630-0000160975<br>APLNDC630-0000879822<br>APLNDC630-0000879826<br>APLNDC630-0000162109<br>APLNDC630-0001903915<br>APLNDC630-0000879820<br>APLNDC630-0001903918<br>APLNDC630-0001903921<br>APLNDC630-0000879824<br>SAMNDCA630-00924886<br>APLNDC630-0000879888<br>SAMNDCA630-00922224<br>APLNDC630-0000879787<br>APLNDC630-0000879789<br>APLNDC630-0000879791<br>APLNDC630-0000879793<br>APLNDC630-0000879796<br>APLNDC630-0000161387<br>APLNDC630-0000879814<br>APLNDC630-0000161178<br>APLNDC630-0000879830<br>APLNDC630-0000879832<br>APLNDC630-0000879834<br>APLNDC630-0000879838 | 4/4/2014 | | |

United States District Court
Northern District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## ADMITTED TRIAL EXHIBITS

| TRIAL EXHIBIT NO. | DESCRIPTION | BEGBATES | ENDBATES | ADMITTED | COURT'S LIMITING INSTRUCTION | SEALING |
|---|---|---|---|---|---|---|
| PX246 | Patent Purchase Agreement | SAMNDCA630-00835386 | SAMNDCA630-00835405 | 4/21/2014 | | Highlighted portions of pages 1, 2, 4-6, and 15 sealed |
| PX248 | ActionMedia II Product Briefs | 161DOC000324 | 161DOC000334 | 4/22/2014 | | |
| PX249 | Understanding PC Video article (Intel) | 161DOC000570 | 161DOC000581 | 4/22/2014 | | |
| PX251 | 1st Look Video Over Cellular Brochure | SAMNDCA630-00828677 | SAMNDCA630-00828678 | 4/21/2014 | | |
| PX253 | Faxed quote from AVTEX to Mitch Freeman and attachments | SAMNDCA630-00830180 | SAMNDCA630-00830191 | 4/22/2014 | | |
| PX254 | Intel Smart Video Recorder Installation Guide | ZINGERMANNDCA630-00000149 | ZINGERMANNDCA630-00000192 | 4/22/2014 | | |
| PX255 | iPhone 5 Teardown and Photos | Storer Rebuttal Report at page 249-254, 260-261, 278-280, 283-284, 359 | | 4/21/2014 | | |
| PX257 | iPhone 5 Bill of Material | APL630DEF-WH0005285127 | APL630DEF-WH0005285307 | 4/22/2014 | | Sealed in its entirety |
| PX294 | SOC User's Manual | APL630DEF-WH0001749889 | APL630DEF-WH0001757765 | 4/22/2014 | | sealed in its entirety |
| PX300 | Samsung's Third Supplemental Objections and Responses to Apple's Sixth Set of Interrgoatories (No. 41) | | | 4/7/2014 | | Pages 5-17 sealed |