| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF LODGING OF DEMONSTRATIVES PUBLISHED BY APPLE TO THE JURY** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Apple will lodge with the Court on April 29, 2014 the following demonstratives that have been published by Apple to the jury during the course of the trial.  Apple has included in the list below an indication of which of these demonstratives have already been sealed by the Court.  For example, as noted below, the Court already has sealed the following demonstratives that contain Apple's confidential information:  PDX 92.29, 92.30, 92.34, 92.35, 92.40, 92.59, 92.63, 92.64, 92.66, 92.68, 92.70; SDX 3729.  *See* Dkt. Nos. 1626, 1629, 1735.  Apple does not move to seal any of the other demonstratives listed below. Although Apple has also identified below the demonstratives that the Court has sealed at Samsung's request, to the extent that Samsung, Google and/or Microsoft maintains a claim of confidentiality with respect to any other demonstratives listed below, Apple expects that Samsung, Google and/or Microsoft will move to seal them.

- Apple's Opening Slides (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 28, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 48, 49, 50, 53, 54, 55, 56, 57, 62A, 64, 65, 67)
- Samsung Opening Slide 4
- PDX 1
- PDX 2
- PDX 3
- PDX 4
- PDX 5
- PDX 7
- PDX 11
- PDX 14A
- PDX 18
- PDX 19
- PDX 20
- PDX 21
- PDX 22
- PDX 23
- PDX 24
- PDX 25
- PDX 26
- PDX 29
- PDX 31

- PDX 33
- PDX 34
- PDX 36
- PDX 38
- PDX 39A
- PDX 40
- PDX 41
- PDX 42
- PDX 44
- PDX 46
- PDX 47
- PDX 48
- PDX 54
- PDX 55
- PDX 59
- PDX 61A
- PDX 63
- PDX 64
- PDX 65
- PDX 66
- PDX 67
- PDX 68
- PDX 69
- PDX 76
- PDX 77
- PDX 80
- PDX 81
- PDX 82
- PDX 85
- PDX 86
- PDX 88.1
- PDX 88.3
- PDX 88.4
- PDX 88.6
- PDX 88.7
- PDX 88.8
- PDX 88.9
- PDX 88.10
- PDX 88.11
- PDX 88.13
- PDX 88.14
- PDX 88.15
- PDX 88.16
- PDX 88.17

- PDX 88.18A (SEALED – Dkt. 1656)
- PDX 88.19A (SEALED – Dkt. 1656)
- PDX 88.20 (SEALED – Dkt. 1656)
- PDX 88.21
- PDX 88.22 (SEALED – Dkt. 1656)
- PDX 88.23 (SEALED – Dkt. 1656)
- PDX 88.24 (SEALED – Dkt. 1656)
- PDX 88.25
- PDX 88.26 (SEALED – Dkt. 1656)
- PDX 88.27 (SEALED – Dkt. 1656)
- PDX 88.28 (SEALED – Dkt. 1656)
- PDX 88.29 (SEALED – Dkt. 1656)
- PDX 88.30 (SEALED – Dkt. 1656)
- PDX 88.31 (SEALED – Dkt. 1656)
- PDX 88.32 (SEALED – Dkt. 1656)
- PDX 88.33 (SEALED – Dkt. 1656)
- PDX 88.34
- PDX 88.35 (SEALED – Dkt. 1656)
- PDX 88.36
- PDX 88.37
- PDX 88.40
- PDX 88.75
- PDX 89.1
- PDX 89.2
- PDX 89.3
- PDX 89.4
- PDX 90.1
- PDX 90.2
- PDX 90.3
- PDX 90.6
- PDX 91.1
- PDX 91.3
- PDX 91.4
- PDX 91.5
- PDX 91.6
- PDX 91.7
- PDX 91.8
- PDX 91.9
- PDX 91.10
- PDX 91.11
- PDX 91.13
- PDX 91.14
- PDX 91.17 (SEALED IN PART – Dkt. 1615)
- PDX 91.18 (SEALED IN PART – Dkt. 1615)

- PDX 91.20
- PDX 91.22
- PDX 91.23
- PDX 91.24
- PDX 91.28
- PDX 91.30
- PDX 91.36
- PDX 91.37
- PDX 91.38
- PDX 91.39
- PDX 91.40
- PDX 91.41
- PDX 91.42
- PDX 91.43
- PDX 91.44 (SEALED IN PART – Dkt. 1722)
- PDX 91.68
- PDX 91.69
- PDX 91.70
- PDX 92.1
- PDX 92.2
- PDX 92.4
- PDX 92.5
- PDX 92.8
- PDX 92.9
- PDX 92.10
- PDX 92.11
- PDX 92.12
- PDX 92.13
- PDX 92.15
- PDX 92.16
- PDX 92.18 (SEALED IN PART – Dkt. 1683)
- PDX 92.20 (SEALED IN PART – Dkt. 1683)
- PDX 92.21
- PDX 92.23
- PDX 92.28
- PDX 92.29 (SEALED – Dkt. 1629)
- PDX 92.30 (SEALED – Dkt. 1629)
- PDX 92.34 (SEALED – Dkt. 1626)
- PDX 92.35 (SEALED – Dkt. 1629)
- PDX 92.37
- PDX 92.40 (SEALED – Dkt. 1629)
- PDX 92.41
- PDX 92.43
- PDX 92.45

- PDX 92.54 (SEALED IN PART – Dkt. 1683)
- PDX 92.55 (SEALED IN PART – Dkt. 1683)
- PDX 92.59 (SEALED – Dkt. 1626)
- PDX 92.61 (SEALED IN PART – Dkt. 1683)
- PDX 92.62
- PDX 92.63 (SEALED – Dkt. 1629)
- PDX 92.64 (SEALED – Dkt. 1626)
- PDX 92.65 (SEALED IN PART – Dkt. 1683)
- PDX 92.66 (SEALED – Dkt. 1629)
- PDX 92.68 (SEALED – Dkt. 1629)
- PDX 92.70 (SEALED – Dkt. 1626)
- PDX 93.1
- PDX 93.3
- PDX 93.4
- PDX 93.5
- PDX 93.7
- PDX 93.8
- PDX 93.9
- PDX 93.10
- PDX 93.11
- PDX 93.12
- PDX 93.14
- PDX 93.15
- PDX 93.16
- PDX 93.17
- PDX 93.18
- PDX 93.27
- PDX 93.28
- PDX 93.29
- PDX 93.30
- PDX 93.31
- PDX 93.32
- PDX 93.33
- PDX 93.34
- PDX 93.35
- PDX 93.36
- PDX 93.37
- PDX 93.38
- PDX 93.39
- PDX 93.40
- PDX 93.41
- PDX 93.51
- PDX 93.53
- PDX 93.65

- PDX 97.89
- PDX 97.90
- PDX 97.91
- PDX 97.93
- PDX 97.94
- PDX 97.95
- PDX 97.96
- PDX 97.99
- PDX 97.100
- PDX 97.104
- PDX 97.105
- PDX 97.106
- PDX 97.107
- PDX 97.108
- PDX 97.109
- PDX 97.112
- PDX 97.113
- PDX 97.114
- PDX 97.115
- PDX 97.117
- PDX 97.118
- PDX 97.119
- PDX 97.120
- PDX 97.121
- PDX 97.122
- PDX 97.123
- PDX 97.124A
- PDX 97.126A
- PDX 97.127
- PDX 98.1
- PDX 98.2
- PDX 102.4 (SEALED – Dkt. 1734)
- SDX2430
- SDX2431
- SDX2578
- SDX2713
- SDX2866A
- SDX3009
- SDX3169
- SDX3230
- SDX3538
- SDX3540
- SDX3632
- SDX3634

- SDX3650
- SDX3729 (SEALED – Dkt. 1735)
- SDX3778
- SDX3781
- SDX3942

Dated:  April 29, 2014                         MORRISON & FOERSTER LLP

*/s/ Rachel Krevans*
Rachel Krevans

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*