1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1  Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's
2  Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding certain
3  attachments to the Joint Stipulation and Proposed Order Re Correction of Bates Numbers in
4  Attachments A and B to Dkt. 1630-3 (Joint Stipulation Re Entry of Source Code Into Evidence)
5  ("Attachments to the Joint Stipulation").
6  Apple has filed the Declaration of Erik J. Olson in support of Apple's Motion to Seal.
7  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Witness/Document** | **Portion to be Sealed** |
|---|---|
| Attachment A-1 | Portion(s) indicated by Samsung and/or Google. |
| Attachment A-1a | Portion(s) indicated by Samsung and/or Google. |
| Attachment B-1 | Portion(s) indicated by Samsung and/or Google. |
| Attachment B-1a | Portion(s) indicated by Samsung and/or Google. |

**IT IS SO ORDERED.**

Dated: _____, 2014       _____
                                      Hon. Lucy H. Koh
                                      United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
1                                 Case No. 12-cv-00630-LHK (PSG)

ActiveUS 127656298v.1