1 [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7

8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10

| | |
|---|---|
| 11  APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| 12              Plaintiff, | **JOINT STIPULATION AND** |
| 13      v. | **[PROPOSED] ORDER RE CORRECTION OF BATES** |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG | **NUMBERS IN ATTACHMENTS A AND B TO DKT 1630-3 (JOINT** |
| 15  ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG | **STIPULATION RE ENTRY OF SOURCE CODE INTO** |
| 16  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **EVIDENCE)** |
| 17 | |
| 18              Defendant. | |

19
20
21
22
23
24
25
26
27
28

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Joint Stipulation.

1. On April 8, 2014, the parties jointly moved into evidence as exhibits JX 50A, 51A, and 53A portions of source code from JX 50, 51, and 53, as identified in charts attached as Attachments A and B to their joint stipulation. *See* Dkt. No. 1630-3 to 1630-5.

2. The parties have jointly determined that certain corrections should be made to the bates numbers in Attachments A and B to the stipulation filed as Dkt. No. 1630, which identified the source code to be moved into evidence, as reflected in Attachments A-1 and B-1 attached hereto, for which red-line versions identifying such changes have been provided as Attachments A-1a and B-1a hereto.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Attachments A and B to the stipulation filed as Dkt. No. 1630, which identified the source code files and corresponding bates numbers to be moved into evidence from exhibits JX 50A, 51A, and 53A, shall be corrected as reflected in the attached Attachments A-1 and B-1.

2. The parties jointly move that Attachments A-1 and B-1 be filed entirely under seal, along with their red-lined versions attached hereto as Attachments A-1a and B-1a.  The Court has previously granted the parties' request to seal Attachments A and B.  *See generally* 1846, Dkt. No. 1649 at 8 (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal Apple source code).

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: April 29, 2014 | |
| 2 | By: ___/s/ Rachel Krevans___ | By: ___/s/ Michael Fazio___ |
| 3 | Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiffs |
| 4 | | |
| 5 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179) | SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., AND SAMSUNG |
| 6 | jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776) | TELECOMMUNICATIONS AMERICA, LLC |
| 7 | jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421) | CHARLES K. VERHOEVEN<br>(Bar No. 170151) |
| 8 | rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797) | charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814) |
| 9 | rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815) | kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 10 | ejolson@mofo.com<br>MORRISON & FOERSTER LLP | SULLIVAN LLP<br>50 California Street, 22nd Floor |
| 11 | 425 Market Street<br>San Francisco, California 94105-2482 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 12 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Facsimile: (415) 875-6700 |
| 13 | | KEVIN P.B. JOHNSON (Bar No. 177129 |
| 14 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com |
| 15 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 16 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 17 | Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 18 | Facsimile: (650) 849-5333 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 19 | WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com | WILLIAM C. PRICE (Bar No. 108542) |
| 20 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP | williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 21 | 60 State Street<br>Boston, Massachusetts 02109 | SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor |
| 22 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000 |
| 23 | MARK D. SELWYN (CA SBN 244180) | Facsimile: (213) 443-3100 |
| 24 | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING | |
| 25 |   HALE AND DORR LLP<br>950 Page Mill Road | |
| 26 | Palo Alto, CA 94304<br>Telephone: (650) 858-6000 | |
| 27 | Facsimile: (650) 858-6100 | |
| 28 | | |

2

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT OF SOURCE CODE EXHIBITS
CASE NO. 12-CV-00630 (LHK)

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.

Dated:  April 29, 2014                    */s/ Rachel Krevans*_____

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: April _____, 2014

Hon. Lucy H. Koh
United States District Judge