**UNITED STATES DISTRICT COURT**
**Judge Lucy H. Koh, Presiding**
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Monday, April 28, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 4 hrs 24 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
    PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY THIRTEEN**

| | |
|---|---|
| 9:00 a.m. | All parties present, Jury not present, the Court and counsel discuss matters. |
| 9:04 a.m. | Jury now present, testimony is re-opened. Apple re-calls Witness Todd Mowry for further testimony. |
| 9:57 a.m. | Witness Kevin Jeffay is re-called to the stand by Samsung. |
| 10:00 a.m. | The jury is excused while the Court and counsel discuss matters outside their presence. |
| 10:30 a.m. | Jury now present the matter resumes. |
| 10:55 a.m. | The morning recess is taken. |
| 11:11 a.m. | All parties present, the matter resumes. |
| 11:15 a.m. | Witness Mowry is re-called to the stand. |
| 11:32 a.m. | The jury is excused for the lunch recess. The Court hears arguments on motions by counsel for the parties. |
| 12:15 p.m. | The noon recess is taken. |
| 1:10 p.m. | All parties present, the Court instructs the Jury. |
| 2:25 p.m. | The jury is admonished and excused for the day. The Court and counsel discuss matters. |

2:35 p.m.	Court is adjourned until Tuesday, April 29, 2014 at 9:00 a.m.

Exhibit DX 520 is lodged.