UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No._____

The Jury has the following question:

_____

Date:_____
Time:_____                   Signature of Juror

Response from the Court:
The jurors requested sticky notes and highlighters from the Bailiff, so the Court is providing sticky notes and highlighters!

Date: 4/29/14
Time: 4:27 PM                               Lucy H. Koh
                                            United States District Judge