QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S EMERGENCY RENEWED ADMINISTRATIVE MOTION TO SEAL PX223A** |

1    Pursuant to Civil L.R 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics
2 America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")
3 hereby bring this renewed administrative motion for an order to seal certain portions of PX223A
4 that include Samsung's highly confidential financial data.
5    On April 6, 2014, Samsung moved to seal PX223A in its entirety because it contained both
6 Apple's and Samsung's financial data. (Dkt. 1605-1 at 5.) The Court denied in part Samsung's
7 request, and ordered sealed only pages 5-8, 11-14, 17-20, 23-26, 29-32, and 59-63. (Dkt. 1619 at
8 2.) Samsung now requests that the Court issue an order sealing a limited number of additional
9 pages because they reveal Samsung's product-specific financial data, including sales, incremental
10 profits, and costs. Specifically, Samsung seeks to seal pages 9, 15, 21, 27, 33, 35, and 55-57
11 because they reveal product-specific, monthly sales data, and pages 44-46 because they reveal
12 product-specific incremental costs and profits.
13    The detailed, product-specific data Samsung seeks to seal is similar to the data the Federal
14 Circuit and this Court have previously found sealable under the "compelling reasons" standard.
15 *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013)
16 (approving sealing of product-specific financial information); *see also, e.g.*, Dkt. 1831 (ordering
17 sealed similar financial data included in PX222A and DX453A). The Court has previously sealed
18 this same type of incremental profit information in the same exhibit pursuant to Apple's request.
19 (Dkt. 1619.)
20    Samsung further requests leave to file an amended joint exhibit list that revises the
21 "Sealing" column for PX223A, and an extension of time for the parties to lodge a publicly
22 redacted version of PX223A, which is currently due to be lodged at noon on April 30, 2014, until
23 the Court issues an order on this Administrative Motion.

1  DATED: April 29, 2014                    QUINN EMANUEL URQUHART &
2                                           SULLIVAN, LLP
3
4                                           */s/ Michael L. Fazio*
                                            William C. Price
5                                           Victoria F. Maroulis
                                            Michael L. Fazio
6                                           Attorneys for Defendants
7                                           SAMSUNG ELECTRONICS CO., LTD.,
                                            SAMSUNG ELECTRONICS AMERICA, INC.,
8                                           and SAMSUNG TELECOMMUNICATIONS
                                            AMERICA, LLC