QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S EMERGENCY RENEWED ADMINISTRATIVE MOTION TO SEAL** |

1  I, Michael L. Fazio, declare:

2  1.  I am a member of the State Bar of California, admitted to practice before this

3  Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for

4  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5  Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of

6  personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as

7  set forth below.

8  2.  I make this declaration in support of Samsung's Emergency Renewed

9  Administrative Motion to Seal PX223A.

10  3.  Samsung seeks to seal:

| Exhibit | Portions to be Sealed |
|---|---|
| PX223A | Pages 9, 15, 21, 27, 33, 35, 44-46, and 55-57, in addition to those sealed in Dkt. 1619 |

4.  The pages listed in paragraph 3 include Samsung's highly confidential financial data.  I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.  (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

5.  I am informed and believe that Samsung considers the product-specific financial data, including sales, incremental profits, and costs included in these pages to be highly confidential.  Samsung does not report the type of data included in here to investors, regulatory bodies, the press, or business analysts.  This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information.  Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on

1  a restricted, need-to-know basis.  This type of data guides Samsung's pricing, distribution,
2  financial planning, and other business decisions.
3       6.   Samsung's financial data was produced in this case to Apple's outside counsel and
4  experts for the sole purpose of calculating supposed damages and were marked "Highly
5  Confidential – Attorneys' Eyes Only" under the Protective Order.
6       7.   I am informed and believe that competitors and suppliers could use the financial
7  data included in these demonstratives to Samsung's detriment by undercutting Samsung's prices,
8  or using margins to extract higher prices for components during supply negotiations.
9       8.   For the foregoing reasons, Samsung requests that its sealing requests be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio