1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9
10

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY RENEWED ADMINISTRATIVE MOTION TO SEAL PX223A** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") seek to seal certain pages of
3  PX223A.
4   Having considered Samsung's request, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed the pages listed below.

| Exhibit | Portions to be Sealed |
|---|---|
| PX223A | Pages 9, 15, 21, 27, 33, 35, 44-46, and 55-57, in addition to those sealed in Dkt. 1619 |

   In addition, the parties shall lodge a public redacted version of PX223A that conforms with this Order and an amended joint exhibit list within one day of this Order.

   **IT IS SO ORDERED.**

DATED: _____

                                   The Honorable Lucy H. Koh
                                   United States District Judge