UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER ON SEALING PX223A |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Samsung seeks to seal certain additional pages of PX223A. ECF No. 1863-3. Having considered Samsung's request, and compelling reasons having been shown, the Court GRANTS Samsung's motion and ORDERS sealed pages 9, 15, 21, 27, 33, 35, 44-46, and 55-57, in addition to those sealed in ECF No. 1619.

By 10:30 A.M. on April 30, 2014, the parties shall file an amended joint exhibit list with a note on the first page stating that the only change is to the "SEALING" column as to PX223A. By 5:00 P.M. on April 30, 2014, the parties shall lodge a public redacted version of PX223A that conforms with this Order.

1

1  **IT IS SO ORDERED.**

2  Dated: April 30, 2014

   _____
   LUCY H. KOH
   United States District Judge