# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

## NOTE FROM THE JURY DURING DELIBERATIONS

Note No._____

The Jury has the following question:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Date:_____

Time:_____                        Signature of Juror

Response from the Court:
An easel with paper was provided to the jury this morning. The jury requested tape from the Bailiff, who provided tape to the jury. The Court will provide more tape and scissors.

The Court requests that the jury please place all requests for supplies in writing on a Jury Note.

The Court reminds the jurors to please communicate in writing. Thank you.

Date: 4/30/14
Time: 9:55AM

Lucy H. Koh
United States District Judge