# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

## NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

Is there any evidence available to us that would answer this question? What did Steve Jobs say at the moment he directed, or decided to prosecute, a case against Samsung? Was Google mentioned, and/or included in that directive, or subsequent directives, to be included in any way in the case?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question:

Is there any evidence available to us that would answer this question? How were the five Apple patents chosen? Were they identified to Apple execs prior to the decision to pursue patent infringement, or after?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:

Date: _____
Time: _____

Lucy H. Koh
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

## NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 3

The Jury has the following question:

Is there any evidence available to us that would answer this question? How were the two patents chosen by Samsung to be purchased? Who specifically, and initially, recommended that purchase, and what was his/her title?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 4

The Jury has the following question:

Is there any evidence available to us that would answer this question? What did the CEO of Samsung say, or write, at the moment he first heard about Apple Corp. believing Samsung was infringing their intellectual property? What subsequent direction did the guy do his team as to how to respond?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 5

The Jury has the following question:

Could we please get 8 copies made of the "Jury verdict form" for reference?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge