UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 5

The Jury has the following question:

Could we please get 8 copies made of the "Jury verdict form" for reference?

Date: 4-30-14
Time: 10:15 am

Signature of Juror

Response from the Court:
Eight copies of the Jury Verdict Form are being provided to you. However, only one form can be the official Jury Verdict Form.

An amended joint list of admitted exhibits is also being provided to you. The only change is to the pages that are sealed in PX 223A.

Date: 4/30/14
Time: 11:26 AM

Lucy H. Koh
United States District Judge