# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Monday, April 29, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 4 hr 6 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.**             V.        **SAMSUNG ELECTRONICS CO. LTD., ET AL**
   PLAINTIFF                                DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
| --- | --- |
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY FOURTEEN**

| | |
| --- | --- |
| 9:09 a.m. | All parties present, Jury present. |
| 9:10 a.m. | Closing argument for Apple is presented by Mr. McElhinny. |
| 10:31 a.m. | The morning recess is taken. |
| 10:46 a.m. | The matter resumes with closing argument for Apple. |
| 10:57 a.m. | Closing argument for Samsung begins by Mr. Price, Mr. Nelson |
| 12:02 p.m. | The noon recess is taken. |
| 1:09 p.m. | All parties present, closing arguments resume with Mr. Nelson, followed by Mr. Johnson and Mr. Quinn. |
| 2:05 p.m. | A brief recess is taken. |
| 2:15 p.m. | The matter resumes with Apple's rebuttal argument by Mr. Lee. |
| 2:46 p.m. | The Marshal is sworn to take charge of the jury during deliberations. The jury retires to the jury room to commence deliberations. |
| 4:30 p.m. | The jury ceases deliberations for the day and will return on Wednesday, April 30, 2014 at 9:00 a.m. for further deliberations. |