1 [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 APPLE INC., a California corporation,

12               Plaintiff,                    CASE NO. 5:12-cv-00630-LHK

13       v.                                    **JOINT NOTICE REGARDING LODGING
                                               OF PUBLIC REDACTED VERSIONS OF
14 SAMSUNG ELECTRONICS CO., LTD., a            EXHIBITS**
   Korean corporation; SAMSUNG
15 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
16 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
17
                 Defendants.
18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Order to lodge public redacted versions of the partially sealed admitted exhibits by the end of the day on Wednesday April 30, 2014 (Tr. 2947-48; Dkt. 1864), the parties jointly notify the Court that they have lodged public redacted versions of the following exhibits with the Court:

- DX377
- DX404
- DX405
- DX407
- DX411
- DX413
- DX418
- DX431
- DX432
- DX433
- DX435
- DX452
- DX453A
- DX457
- DX489
- DX500
- JX24
- PX142
- PX154
- PX201
- PX203
- PX216
- PX222A

Joint Notice Regarding  Lodging of
Public Redacted Versions of Exhibits
Case No. 12-cv-00630-LHK (PSG)

- PX223A
- PX229
- PX246
- PX300

1    Dated: April 30, 2014

2

3    By:  _/s/ Mark D. Selwyn_                              By:  _/s/ Michael Fazio_

4
         Attorney for Plaintiff and Counterclaim-          Attorney for Defendants and
5        Defendant APPLE INC.                              Counterclaim-Plaintiff SAMSUNG
                                                           ELECTRONICS CO., LTD., SAMSUNG
6        Josh A. Krevitt (CA SBN 208552)                   ELECTRONICS AMERICA,  INC., AND
         jkrevitt@gibsondunn.com                           SAMSUNG TELECOMMUNICATIONS
7        H. Mark Lyon (CA SBN 162061)                      AMERICA, LLC
         mlyon@gibsondunn.com
8        GIBSON, DUNN & CRUTCHER LLP                       Charles K. Verhoeven (Bar No. 170151)
9        1881 Page Mill Road                               charlesverhoeven@quinnemanuel.com
         Palo Alto, CA  94304-1211                         Kevin A. Smith (Bar No. 250814)
10       Telephone: (650) 849-5300                         kevinsmith@quinnemanuel.com
         Facsimile: (650) 849-5333                         QUINN EMANUEL URQUHART &
11                                                         SULLIVAN LLP
12       Harold J. McElhinny (CA SBN 66781)                50 California Street, 22nd Floor
         hmcelhinny@mofo.com                               San Francisco, California 94111
13       James P. Bennett (CA SBN 65179)                   Telephone: (415) 875-6600
         jbennett@mofo.com                                 Facsimile: (415) 875-6700
14       Jack W. Londen (CA SBN 85776)
         jlonden@mofo.com
15       Rachel Krevans (CA SBN 116421)
         rkrevans@mofo.com
16       Ruth N. Borenstein (CA SBN 133797)                Kevin P.B. Johnson
         rborenstein@mofo.com                              (Bar No. 177129 (CA); 2542082 (NY))
17       Erik J. Olson (CA SBN 175815)                     kevinjohnson@quinnemanuel.com
         ejolson@mofo.com                                  Victoria F. Maroulis (Bar No. 202603)
18       MORRISON & FOERSTER LLP                           victoriamaroulis@quinnemanuel.com
         425 Market Street                                 QUINN EMANUEL URQUHART &
19       San Francisco, California  94105-2482             SULLIVAN LLP
         Telephone:  (415) 268-7000                        555 Twin Dolphin Drive, 5th Floor
20       Facsimile:  (415) 268-7522                        Redwood Shores, California 94065
                                                           Telephone: (650) 801-5000
21       William F. Lee (pro hac vice)                     Facsimile: (650) 801-5100
         William.lee@wilmerhale.com
22       WILMER CUTLER PICKERING
           HALE AND DORR LLP
23       60 State Street
         Boston, Massachusetts 02109
24       Telephone: (617) 526-6000                         William C. Price (Bar No. 108542)
25       Facsimile: (617) 526-5000                         williamprice@quinnemanuel.com
                                                           QUINN EMANUEL URQUHART &
26       Mark D. Selwyn (CA SBN 244180)                    SULLIVAN LLP
         mark.selwyn@wilmerhale.com                        865 South Figueroa Street, 10th Floor
27       WILMER CUTLER PICKERING                           Los Angeles, California 90017-2543

28

Joint Notice Regarding  Lodging of
Public Redacted Versions of Exhibits
Case No. 12-cv-00630-LHK (PSG)

HALE AND DORR LLP                    Telephone: (213) 443-3000
950 Page Mill Road                   Facsimile: (213) 443-3100
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Joint Notice Regarding Lodging of Public Redacted Versions of Exhibits.   In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael Fazio has concurred in this filing.


Dated: April 30, 2014                                        *s/* Mark D. Selwyn
                                                                                Mark D. Selwyn


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 30, 2014  to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


                                                                        */s/* Mark D. Selwyn
                                                                        Mark D. Selwyn