# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Wednesday, April 30, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 12 minutes
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.          V.          SAMSUNG ELECTRONICS CO. LTD., ET AL**
PLAINTIFF                                    DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY FIFTEEN**

| | |
|---|---|
| 9:00 a.m. | All jurors present in jury room, deliberations resume. |
| 10:25 a.m. | Jury notes 1-5 are received.  Upon completion of the Court's criminal calendar the parties are notified. |
| 11:25 a.m. | The Court and counsel meet in open Court to discuss the questions posed by the Jury.  Present for Apple: Mr. Selwyn, Mr. Bennett and Mr. Sabri; Present for Samsung Ms. Maroulis, Mr. Watson.  Answers are agreed upon to all questions. |
| 11:37 a.m. | Court is adjourned until further word from the Jury. The answers are provided to the deliberating jurors. |
| 2:15 p.m. | The Jury takes a recess from deliberations until 2:30. |
| 4:30 p.m. | The Jury ceases deliberations for the day and will return on Thursday, May 1, 2014 at 9:00 a.m. for further deliberations.  Counsel are notified. |