1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
3 kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
4 San Francisco, California 94111
Telephone: (415) 875-6600
5 Facsimile: (415) 875-6700

6 Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
7 Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
9 Telephone: (650) 801-5000
Facsimile: (650) 801-5100

10
William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017-2543
Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
16

17                        UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19 APPLE INC., a California Corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | |
| 20 v. | **SAMSUNG'S CORRECTED AND** |
| 21 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, et al., | **SUPPLEMENTED NOTICE OF LODGING PUBLISHED DEMONSTRATIVES** |
| 22 Defendants. | **[SUPERSEDES DKT. NO. 1870]** |
| 23 SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 24 Counterclaim-Plaintiffs, | |
| v. | |
| 25 APPLE INC., | |
| 26 Counterclaim-Defendant. | |

27

28

1    **PLEASE TAKE NOTICE THAT** Defendants and Counterclaim-Plaintiffs Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby lodge the following demonstratives that have
4  been published by Samsung to the jury during the course of the trial.  Samsung includes in the list
5  below an indication of which demonstratives have already been sealed by the Court: PDX 88.18A;
6  PDX 88.22; PDX 88.23; PDX 88.35; PDX 91.18; PDX 91.24; PDX 91.43; PDX 92.19; PDX
7  91.30; PDX 91.59; PDX 92.61; PDX 92.72; SDX 2570; SDX 3650; SDX 3720; SDX 3721; SDX
8  3722; SDX 3723; SDX 3724; SDX 3728; SDX 3729; SDX 3730; SDX 3733; SDX 3737; SDX
9  3738; SDX 3741; SDX 3742; SDX 3750; SDX 3792; SDX 3794A; SDX 3795; SDX 3800; SDX
10 3981; SDX 3983; SDX 3984; SDX 3985; SDX 3986; SDX 3990; SDX 3991; SDX 3992; SDX
11 3993; SDX 3994; SDX 3995; SDX 3996; SDX 3997; SDX 3998; SDX 3999; SDX 4000; SDX
12 4001; Samsung Closing Slide 21; Samsung Closing Slide 66; Samsung Closing Slide 67; and
13 Samsung Closing Slide 71.  Samsung identifies below the full list of demonstratives that the Court
14 has sealed at Samsung's request.
15       This notice corrects the notice filed at Dkt. No. 1870.  It also supplements the list provided
16 in that notice by including slides shown during Samsung's closing argument.
17       Apple Opening Slide 29
18       Apple Opening Slide 42
19       Apple Opening Slide 57
20       Samsung Opening Slide 2
21       Samsung Opening Slide 3
22       Samsung Opening Slide 4
23       Samsung Opening Slide 5
24       Samsung Opening Slide 6
25       Samsung Opening Slide 13
26       Samsung Opening Slide 14
27       Samsung Opening Slide 15
28       Samsung Opening Slide 16

| | |
|---|---|
| 1 | Samsung Opening Slide 17 |
| 2 | Samsung Opening Slide 18 |
| 3 | Samsung Opening Slide 19 |
| 4 | Samsung Opening Slide 20 |
| 5 | Samsung Opening Slide 21 |
| 6 | Samsung Opening Slide 22 |
| 7 | Samsung Opening Slide 23 |
| 8 | Samsung Opening Slide 25 |
| 9 | Samsung Opening Slide 26 |
| 10 | Samsung Opening Slide 27 |
| 11 | Samsung Opening Slide 28 |
| 12 | Samsung Opening Slide 29 |
| 13 | Samsung Opening Slide 30 |
| 14 | Samsung Opening Slide 31 |
| 15 | Samsung Opening Slide 32 |
| 16 | Samsung Opening Slide 34 |
| 17 | Samsung Opening Slide 35 |
| 18 | Samsung Opening Slide 36 |
| 19 | Samsung Opening Slide 37 |
| 20 | Samsung Opening Slide 38 |
| 21 | Samsung Opening Slide 39 |
| 22 | Samsung Opening Slide 40 |
| 23 | Samsung Opening Slide 41 |
| 24 | Samsung Opening Slide 42 |
| 25 | Samsung Opening Slide 43 |
| 26 | Samsung Opening Slide 44 |
| 27 | Samsung Opening Slide 45 |
| 28 | Samsung Opening Slide 46 |

| | |
|---|---|
| 1 | Samsung Opening Slide 47 |
| 2 | Samsung Opening Slide 48 |
| 3 | Samsung Opening Slide 49 |
| 4 | Samsung Opening Slide 50 |
| 5 | Samsung Opening Slide 51 |
| 6 | Samsung Opening Slide 52 |
| 7 | Samsung Opening Slide 53 |
| 8 | Samsung Opening Slide 54 |
| 9 | Samsung Opening Slide 55 |
| 10 | Samsung Opening Slide 56 |
| 11 | Samsung Opening Slide 57 |
| 12 | Samsung Opening Slide 78 |
| 13 | Samsung Opening Slide 79 |
| 14 | DX504 |
| 15 | DX507 |
| 16 | PDX 88.18A (SEALED – Dkt. Nos. 1631, 1656) |
| 17 | PDX 88.22 (SEALED – Dkt. No. 1656) |
| 18 | PDX 88.23 (SEALED – Dkt. Nos. 1631, 1656) |
| 19 | PDX 88.35 (SEALED – Dkt. Nos. 1631, 1656) |
| 20 | PDX 88.75 |
| 21 | PDX 91.18 (SEALED – Dkt. No. 1615) |
| 22 | PDX 91.24 (SEALED – Dkt. NO. 1613) |
| 23 | PDX 91.25 |
| 24 | PDX 91.43 (SEALED – Dkt. No. 1613) |
| 25 | PDX 92.8 |
| 26 | PDX 92.11 |
| 27 | PDX 92.12 |
| 28 | PDX 92.13 |

| | |
|---|---|
| 1 | PDX 92.19 (SEALED IN PART – Dkt. No. 1683) |
| 2 | PDX 92.30 (SEALED – Dkt. No. 1629) |
| 3 | PDX 92.37 |
| 4 | PDX 92.59 (SEALED – Dkt No. 1626) |
| 5 | PDX 92.61 (SEALED IN PART – Dkt. No. 1683) |
| 6 | PDX 92.72 (SEALED – Dkt. No. 1626) |
| 7 | PDX 93.15 |
| 8 | PDX 93.17 |
| 9 | PDX 93.18 |
| 10 | PDX 93.27 |
| 11 | SDX 2010 |
| 12 | SDX 2020 |
| 13 | SDX 2021 |
| 14 | SDX 2026 |
| 15 | SDX 2032 |
| 16 | SDX 2035 |
| 17 | SDX 2126 |
| 18 | SDX 2127 |
| 19 | SDX 2312 |
| 20 | SDX 2313 |
| 21 | SDX 2341 |
| 22 | SDX 2346 |
| 23 | SDX 2347 |
| 24 | SDX 2350 |
| 25 | SDX 2352 |
| 26 | SDX 2356 |
| 27 | SDX 2367 |
| 28 | SDX 2375 |

| | |
|---|---|
| 1 | SDX 2400 |
| 2 | SDX 2401 |
| 3 | SDX 2411 |
| 4 | SDX 2471 |
| 5 | SDX 2476 |
| 6 | SDX 2540 |
| 7 | SDX 2541 |
| 8 | SDX 2546 |
| 9 | SDX 2568 |
| 10 | SDX 2570 (SEALED – Dkt. No. 1699) |
| 11 | SDX 2571 |
| 12 | SDX 2576 |
| 13 | SDX 2581 |
| 14 | SDX 2583 |
| 15 | SDX 2584 |
| 16 | SDX 2586 |
| 17 | SDX 2587 |
| 18 | SDX 2597 |
| 19 | SDX 2600 |
| 20 | SDX 2604 |
| 21 | SDX 2605 |
| 22 | SDX 2650 |
| 23 | SDX 2666 |
| 24 | SDX 2683 |
| 25 | SDX 2686 |
| 26 | SDX 2690 |
| 27 | SDX 2692 |
| 28 | SDX 2695 |

| | |
|---|---|
| 1 | SDX 2699 |
| 2 | SDX 2700 |
| 3 | SDX 2711 |
| 4 | SDX 2713 |
| 5 | SDX 2714 |
| 6 | SDX 2724 |
| 7 | SDX 2726 |
| 8 | SDX 2735 |
| 9 | SDX 2738 |
| 10 | SDX 2749 |
| 11 | SDX 2750 |
| 12 | SDX 2751 |
| 13 | SDX 2752 |
| 14 | SDX 2753 |
| 15 | SDX 2754 |
| 16 | SDX 2755 |
| 17 | SDX 2758 |
| 18 | SDX 2760 |
| 19 | SDX 2763 |
| 20 | SDX 2765 |
| 21 | SDX 2767 |
| 22 | SDX 2768 |
| 23 | SDX 2769 |
| 24 | SDX 2771 |
| 25 | SDX 2836 |
| 26 | SDX 2866A |
| 27 | SDX 2867 |
| 28 | SDX 2883 |

| | |
|---|---|
| 1 | SDX 2884 |
| 2 | SDX 2886 |
| 3 | SDX 2914 |
| 4 | SDX 2919 |
| 5 | SDX 2927 |
| 6 | SDX 2928 |
| 7 | SDX 2929 |
| 8 | SDX 2933 |
| 9 | SDX 2934 |
| 10 | SDX 2935 |
| 11 | SDX 2936 |
| 12 | SDX 2939 |
| 13 | SDX 2981 |
| 14 | SDX 2982 |
| 15 | SDX 2988 |
| 16 | SDX 2996 |
| 17 | SDX 2999 |
| 18 | SDX 3003 |
| 19 | SDX 3008 |
| 20 | SDX 3009 |
| 21 | SDX 3010 |
| 22 | SDX 3130 |
| 23 | SDX 3131 |
| 24 | SDX 3132 |
| 25 | SDX 3133 |
| 26 | SDX 3134 |
| 27 | SDX 3135 |
| 28 | SDX 3146B |

| | |
|---|---|
| 1 | SDX 3147 |
| 2 | SDX 3148 |
| 3 | SDX 3149 |
| 4 | SDX 3150 |
| 5 | SDX 3151 |
| 6 | SDX 3159 |
| 7 | SDX 3160 |
| 8 | SDX 3161 |
| 9 | SDX 3162 |
| 10 | SDX 3164 |
| 11 | SDX 3165 |
| 12 | SDX 3169 |
| 13 | SDX 3230 |
| 14 | SDX 3500 |
| 15 | SDX 3501 |
| 16 | SDX 3502 |
| 17 | SDX 3507 |
| 18 | SDX 3508 |
| 19 | SDX 3509 |
| 20 | SDX 3510 |
| 21 | SDX 3514 |
| 22 | SDX 3515 |
| 23 | SDX 3517 |
| 24 | SDX 3526 |
| 25 | SDX 3538 |
| 26 | SDX 3600 |
| 27 | SDX 3606 |
| 28 | SDX 3608 |

| | |
|---|---|
| 1 | SDX 3609 |
| 2 | SDX 3610 |
| 3 | SDX 3611 |
| 4 | SDX 3613 |
| 5 | SDX 3617 |
| 6 | SDX 3631 |
| 7 | SDX 3632 |
| 8 | SDX 3633 |
| 9 | SDX 3634 |
| 10 | SDX 3635 |
| 11 | SDX 3638 |
| 12 | SDX 3641 |
| 13 | SDX 3643 |
| 14 | SDX 3644 |
| 15 | SDX 3646 |
| 16 | SDX 3648 |
| 17 | SDX 3650 (SEALED – Dkt. Nos. 1699, 1766; Tr. 2193:22-23; 2253:8-12) |
| 18 | SDX 3651 |
| 19 | SDX 3653 |
| 20 | SDX 3655 |
| 21 | SDX 3658 |
| 22 | SDX 3673 |
| 23 | SDX 3677 |
| 24 | SDX 3680 |
| 25 | SDX 3691 |
| 26 | SDX 3692 |
| 27 | SDX 3693 |
| 28 | SDX 3694 |

| | |
|---|---|
| 1 | SDX 3695 |
| 2 | SDX 3696 |
| 3 | SDX 3698 |
| 4 | SDX 3700 |
| 5 | SDX 3701 |
| 6 | SDX 3702 |
| 7 | SDX 3704 |
| 8 | SDX 3705 |
| 9 | SDX 3706 |
| 10 | SDX 3707 |
| 11 | SDX 3708 |
| 12 | SDX 3709 |
| 13 | SDX 3710 |
| 14 | SDX 3711 |
| 15 | SDX 3712 |
| 16 | SDX 3713 |
| 17 | SDX 3714 |
| 18 | SDX 3715 |
| 19 | SDX 3716 |
| 20 | SDX 3717 |
| 21 | SDX 3719 |
| 22 | SDX 3720 (SEALED – Dkt. No. 1734) |
| 23 | SDX 3721 (SEALED – Dkt. Nos. 1730, 1734) |
| 24 | SDX 3722 (SEALED – Dkt. Nos. 1730, 1734) |
| 25 | SDX 3723 (SEALED – Dkt. Nos. 1730, 1734) |
| 26 | SDX 3724 (SEALED – Dkt. Nos. 1730, 1734) |
| 27 | SDX 3726 |
| 28 | SDX 3727 |

| | |
|---|---|
| 1 | SDX 3728 (SEALED – Dkt. No. 1735) |
| 2 | SDX 3729 (SEALED – Dkt. No. 1735) |
| 3 | SDX 3730 (SEALED – Dkt. No. 1735) |
| 4 | SDX 3732 |
| 5 | SDX 3733 (SEALED – Dkt. No. 1735) |
| 6 | SDX 3735 |
| 7 | SDX 3736 |
| 8 | SDX 3737 (SEALED – Dkt. No. 1735) |
| 9 | SDX 3738 (SEALED – Dkt. No. 1735) |
| 10 | SDX 3740 |
| 11 | SDX 3741 (SEALED – Dkt. No. 1735) |
| 12 | SDX 3742 (SEALED – Dkt. No. 1735) |
| 13 | SDX 3744 |
| 14 | SDX 3745 |
| 15 | SDX 3746 |
| 16 | SDX 3747 |
| 17 | SDX 3749 |
| 18 | SDX 3750 (SEALED – Dkt. No. 1735) |
| 19 | SDX 3751 |
| 20 | SDX 3753 |
| 21 | SDX 3754 |
| 22 | SDX 3755 |
| 23 | SDX 3756 |
| 24 | SDX 3757 |
| 25 | SDX 3758 |
| 26 | SDX 3770 |
| 27 | SDX 3771 |
| 28 | SDX 3772 |

| | |
|---|---|
| 1 | SDX 3774 |
| 2 | SDX 3775 |
| 3 | SDX 3776 |
| 4 | SDX 3778 |
| 5 | SDX 3780 |
| 6 | SDX 3781 |
| 7 | SDX 3791 |
| 8 | SDX 3792 (SEALED – Dkt. No. 1760) |
| 9 | SDX 3793A |
| 10 | SDX 3794A (SEALED – Dkt. No. 1734) |
| 11 | SDX 3795 (SEALED – Dkt. No. 1734) |
| 12 | SDX 3796 |
| 13 | SDX 3797 |
| 14 | SDX 3800 (SEALED – Dkt. No. 1735) |
| 15 | SDX 3901 |
| 16 | SDX 3902 |
| 17 | SDX 3903 |
| 18 | SDX 3905 |
| 19 | SDX 3906 |
| 20 | SDX 3910 |
| 21 | SDX 3920 |
| 22 | SDX 3922 |
| 23 | SDX 3923 |
| 24 | SDX 3925 |
| 25 | SDX 3928 |
| 26 | SDX 3930 |
| 27 | SDX 3938 |
| 28 | SDX 3942 |

| | |
|---|---|
| 1 | SDX 3961 |
| 2 | SDX 3962 |
| 3 | SDX 3963 |
| 4 | SDX 3964 |
| 5 | SDX 3965 |
| 6 | SDX 3967 |
| 7 | SDX 3970 |
| 8 | SDX 3971 |
| 9 | SDX 3973 |
| 10 | SDX 3975 |
| 11 | SDX 3976 |
| 12 | SDX 3980 |
| 13 | SDX 3981 (SEALED – Dkt. No. 1735) |
| 14 | SDX 3983 (SEALED – Dkt. No. 1735) |
| 15 | SDX 3984 (SEALED – Dkt. No. 1735) |
| 16 | SDX 3985 (SEALED – Dkt. No. 1735) |
| 17 | SDX 3986 (SEALED – Dkt. No. 1735) |
| 18 | SDX 3987 |
| 19 | SDX 3988 |
| 20 | SDX 3989 |
| 21 | SDX 3990 (SEALED – Dkt. Nos. 1730, 1734) |
| 22 | SDX 3991 (SEALED – Dkt. Nos. 1730, 1734) |
| 23 | SDX 3992 (SEALED – Dkt. Nos. 1730, 1734) |
| 24 | SDX 3993 (SEALED – Dkt. No. 1735) |
| 25 | SDX 3994 (SEALED – Dkt. No. 1730) |
| 26 | SDX 3995 (SEALED – Dkt. No. 1730) |
| 27 | SDX 3996 (SEALED – Dkt. No. 1730) |
| 28 | SDX 3997 (SEALED – Dkt. No. 1735) |

| | |
|---|---|
| 1 | SDX 3998 (SEALED – Dkt. No. 1735) |
| 2 | SDX 3999 (SEALED – Dkt. No. 1735) |
| 3 | SDX 4000 (SEALED – Dkt. No. 1735) |
| 4 | SDX 4001 (SEALED – Dkt. No. 1735) |
| 5 | SDX 4002 |
| 6 | Samsung Closing Slide 18 |
| 7 | Samsung Closing Slide 20 |
| 8 | Samsung Closing Slide 21 (SEALED – Dkt. No. 1854) |
| 9 | Samsung Closing Slide 44C |
| 10 | Samsung Closing Slide 47C |
| 11 | Samsung Closing Slide 50 |
| 12 | Samsung Closing Slide 51 |
| 13 | Samsung Closing Slide 66 (SEALED – Dkt. No. 1854) |
| 14 | Samsung Closing Slide 67 (SEALED – Dkt. No. 1854) |
| 15 | Samsung Closing Slide 69 |
| 16 | Samsung Closing Slide 70A |
| 17 | Samsung Closing Slide 71 (SEALED – Dkt. No. 1854) |
| 18 | Samsung Closing Slide 73 |
| 19 | Samsung Closing Slide 80 |
| 20 | Samsung Closing Slide 87 |
| 21 | Samsung Closing Slide 90 |
| 22 | Samsung Closing Slide 92 |
| 23 | Samsung Closing Slide 93B |
| 24 | Samsung Closing Slide 95A |
| 25 | Samsung Closing Slide 96A |
| 26 | Samsung Closing Slide 97 |
| 27 | Samsung Closing Slide 100 |
| 28 | Samsung Closing Slide 101 |

1     Samsung Closing Slide 102

2     Samsung Closing Slide 105

3     Samsung Closing Slide 106

4     Samsung Closing Slide 107

5     Samsung Closing Slide 108

6     Samsung Closing Slide 109

7     Samsung Closing Slide 111

8     Samsung Closing Slide 112

9     Samsung Closing Slide 114

10 DATED: May 2, 2014     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
Victoria F. Maroulis
Michael L. Fazio
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC