# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

## Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
## 12-CV-00630-LHK

## NOTE FROM THE JURY DURING DELIBERATIONS

Note No._____

The Jury has the following question:

_____
_____
_____
_____
_____
_____
_____
_____

Date:_____          _____
Time:_____          Signature of Juror

Response from the Court:
35 United States Code Section 284 states: Upon finding for the claimant, the claimant shall be awarded damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer. For the Galaxy SII (JX32) and Claim 18 of the '172 Patent, please see Final Jury Instruction No. 40. The Galaxy SII (JX32) box for Claim 18 of the '172 Patent on page 9 says Ø. Please also see question 9 on page 8 and question 10b on page 10.

Date: 5/2/14          _Lucy H. Koh_
Time: 6:14 PM          Lucy H. Koh
                       United States District Judge