UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 6

The Jury has the following question:

We have concluded our deliberations and
have completed the verdict form.

Date: May 2, 2014

Time: 4:25 pm

_____
Signature of Juror

Response from the Court:

Date:_____

Time:_____

Lucy H. Koh
United States District Judge