UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 6

The Jury has the following question:

For the changes, should we cross out the existing official jury verdict form, or complete a new form?

Date: May 5, 2014
Time: 9:20 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge