UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. _6_  7 LHK

The Jury has the following question:

For the changes, should we cross out the existing official jury verdict form, or complete a new form?

Date: May 5, 2014
Time: 9:20 am

Signature of Juror

Response from the Court:

Please cross out and write on the existing official jury verdict form. Please have the foreperson, Mr. Dunham, add a new line for his signature and the date.

Date: 5/5/14
Time: 9 45AM

Lucy H. Koh
United States District Judge