| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |   HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com |   HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California 94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
| rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| Morrison & Foerster LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF LODGING OF DEMONSTRATIVES PUBLISHED BY APPLE TO THE JURY** |
|     Defendants. | |

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Apple will lodge with the Court on May 5, 2014 the

3 following demonstratives that have been published by Apple to the jury during its closing

4 argument.  Apple has included in the list below an indication of which of these demonstratives

5 have already been sealed by the Court.

- Apple's Closing Slide 1
- Apple's Closing Slide 2
- Apple's Closing Slide 7
- Apple's Closing Slide 9
- Apple's Closing Slide 10
- Apple's Closing Slide 11
- Apple's Closing Slide 12
- Apple's Closing Slide 13
- Apple's Closing Slide 14
- Apple's Closing Slide 15
- Apple's Closing Slide 19
- Apple's Closing Slide 20A
- Apple's Closing Slide 21
- Apple's Closing Slide 24
- Apple's Closing Slide 25
- Apple's Closing Slide 26
- Apple's Closing Slide 27
- Apple's Closing Slide 28
- Apple's Closing Slide 29
- Apple's Closing Slide 31
- Apple's Closing Slide 34
- Apple's Closing Slide 37
- Apple's Closing Slide 41
- Apple's Closing Slide 43
- Apple's Closing Slide 44
- Apple's Closing Slide 45
- Apple's Closing Slide 48
- Apple's Closing Slide 49
- Apple's Closing Slide 53
- Apple's Closing Slide 54
- Apple's Closing Slide 55
- Apple's Closing Slide 57
- Apple's Closing Slide 58
- Apple's Closing Slide 59
- Apple's Closing Slide 60
- Apple's Closing Slide 61

- Apple's Closing Slide 62
- Apple's Closing Slide 64
- Apple's Closing Slide 65
- Apple's Closing Slide 66
- Apple's Closing Slide 67
- Apple's Closing Slide 71
- Apple's Closing Slide 72
- Apple's Closing Slide 73
- Apple's Closing Slide 74
- Apple's Closing Slide 76
- Apple's Closing Slide 77
- Apple's Closing Slide 78
- Apple's Closing Slide 80
- Apple's Closing Slide 83
- Apple's Closing Slide 84 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 85
- Apple's Closing Slide 86
- Apple's Closing Slide 89
- Apple's Closing Slide 90
- Apple's Closing Slide 91 (Sealed – Dkt No. 1854)
- Apple's Closing Slide 93
- Apple's Closing Slide 94 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 95 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 96
- Apple's Closing Slide 97 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 98 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 101 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 106 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 108A
- Apple's Closing Slide 109
- Apple's Closing Slide 113
- Apple's Closing Slide 117 (Sealed – Dkt. No. 1854)
- Apple's Closing Slide 120
- Apple's Closing Slide 123
- Apple's Closing Slide 127
- Apple's Closing Slide 131
- Apple's Closing Slide 132
- Apple's Closing Slide 136
- Apple's Closing Slide 137
- Apple's Closing Slide 138
- Apple's Closing Slide 145
- Apple's Closing Slide 153
- Apple's Closing Slide 156
- Apple's Closing Slide 157

- Apple's Closing Slide 161
- Apple's Closing Slide 162
- Apple's Closing Slide 164
- Apple's Closing Slide 165
- Apple's Closing Slide 166
- Apple's Closing Slide 172
- Apple's Closing Slide 173
- Apple's Closing Slide 178

Dated: May 5, 2014　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　　*/s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　　Mark D. Selwyn

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and*
　　　　　　　　　　　　　　　　　　　*Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 5, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn