UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
12-CV-00630-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 8

The Jury has the following question:

We have completed the court's request.

Date: 5-5-14
Time: 11:10 am

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge