IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>      Defendants. | No. CV 12-00630 LHK<br><br>**JUDGMENT IN A CIVIL CASE** |

(X) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed May 5, 2014, judgment is entered in favor of plaintiff and against defendants.

Dated: May 5, 2014

Richard W. Wieking, Clerk

By: Martha Parker Brown
Deputy Clerk