**UNITED STATES DISTRICT COURT**
**Judge Lucy H. Koh, Presiding**
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Thursday, May 1, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown                Time in Court:
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    **APPLE INC.**　　　　V.　　　　**SAMSUNG ELECTRONICS CO. LTD., ET AL**
       PLAINTIFF　　　　　　　　　　　　　DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY SIXTEEN**

| | |
|---|---|
| 9:00 a.m. | All jurors present in jury room, deliberations resume. |
| 11:15 a.m. | The Jury takes a brief recess from deliberations until 11:30. |
| 2:15 p.m. | The Jury takes a recess from deliberations until 2:30. |
| 4:25 p.m. | The Jury ceases deliberations for the day and will return on Friday, May 2, 2014 at 9:00 a.m. for further deliberations.  Counsel are notified. |