# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Friday, May 2, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown                    Time in Court: 58 minutes
Court Reporter: Lee-Anne Shortridge

**TITLE:**

| | | |
|---|---|---|
| **APPLE INC.** | **V.** | **SAMSUNG ELECTRONICS CO. LTD., ET AL** |
| PLAINTIFF | | DEFENDANTS |

Attorneys present:
Harold J. McElhinny
Rachel Krevans
William F. Lee
Mark D. Selwyn
Nathan Sabri
Joseph Mueller
James Bennett
Erik Olson
Nina S. Tallon

Attorneys present:
John Quinn
William Price
Victoria F. Maroulis
Kevin Johnson
Dave Nelson
Sean Pak
Scott Watson
Jon Cederberg

**PROCEEDINGS:   JURY TRIAL—DAY SEVENTEEN**

| | |
|---|---|
| 9:00 a.m. | All jurors present in jury room, deliberations resume. |
| 10:30 a.m. | The Jury takes a brief recess from deliberations until 10:45. |
| 2:15 p.m. | The Jury takes a recess from deliberations until 2:30. |
| 4:25 p.m. | The jury indicates a verdict has been reached.  The parties are notified. |
| 4:48 p.m. | All parties present.  Jury present, the verdict is read by the Courtroom Deputy. |
| 5:17 p.m. | The jury is polled and then excused for a brief recess while counsel and the Court review the verdict.  A recess is taken. |
| 5:58 p.m. | The Court and counsel present, the matter resumes with discussion about the Verdict. |
| 6:09 p.m. | Another brief recess is taken. |
| 6:13 p.m. | The matter resumes with Court and counsel for further discussion. |
| 6:24 p.m. | Jury now present, the jury is told there is one further issue for them to decide and the jury elects to come back for further deliberations on Monday, May 5, 2014 at 9:00 a.m.  They are admonished and excused. |
| 6:28 p.m. | Court is adjourned. |