UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Monday, May 5, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 36 minutes
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.    V.    SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF    DEFENDANTS

| Attorneys present: | Attorneys present: |
| --- | --- |
| Harold J. McElhinny | John Quinn |
| Rachel Krevans | William Price |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Kevin Johnson |
| Nathan Sabri | Dave Nelson |
| Joseph Mueller | Sean Pak |
| James Bennett | Scott Watson |
| Erik Olson | Jon Cederberg |
| Nina S. Tallon | |

**PROCEEDINGS:   JURY TRIAL—DAY EIGHTEEN**

| | |
| --- | --- |
| 9:00 a.m. | All jurors present in jury room, deliberations resume. |
| 9:25 a.m. | The Jury sends out a note.  Counsel are notified. |
| 9:38 a.m. | Counsel and the Court discuss the jury's question and an answer is sent back in to them. |
| 9:45 a.m. | Deliberations resume. |
| 11:10 a.m. | The jury indicates a verdict has been reached.  The parties are notified. |
| 11:18 a.m. | All parties present.  The Court and counsel discuss briefly.  Jury present, the verdict is read by the Courtroom Deputy. |
| 11:30 a.m. | The jury is excused for a brief recess while counsel and the Court review the verdict.  A recess is taken. |
| 11:45 a.m. | The Court and counsel present, the matter resumes with discussion about the Verdict. |
| 11:52 a.m. | Jury now present, the Court thanks the jury for their service and excuses them. Court is adjourned. |