1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California  94304-1211
   Telephone:  (650) 849-5300
5  Facsimile:  (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 Morrison & Foerster LLP
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
14 Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

15 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
17               **SAN JOSE DIVISION**

18

19 APPLE INC., a California corporation,

20          Plaintiff,

21     vs.                                              Case No. 12-cv-00630-LHK

22 SAMSUNG ELECTRONICS CO., LTD., a                     **NOTICE OF LODGING OF**
   Korean business entity; SAMSUNG                      **DEMONSTRATIVES PUBLISHED BY**
23 ELECTRONICS AMERICA, INC., a New                     **APPLE TO THE JURY**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
26          Defendants.

27

28

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to the Court's request on May 5, 2014, Apple

3    will lodge with Chambers on May 6, 2014, the demonstratives published by Apple to the jury

4    during the course of trial, including during opening statements and closing arguments.  These

5    demonstratives were previously lodged with the clerk's office.  *See* Dkt. Nos. 1858, 1882.  As is

6    detailed in Apple's two prior Notices of Lodging of Demonstratives Published by Apple to the

7    Jury (Dkt. Nos. 1848, 1882), certain of these demonstratives have already been sealed by the

8    Court.

9

10

11   Dated:  May 6, 2014                              WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
12

13                                                     */s/ Mark D. Selwyn*                          _
                                                       Mark D. Selwyn
14
                                                       *Attorneys for Plaintiff and*
15                                                     *Counterclaim-Defendant Apple Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the above and foregoing document has

3

been served on May 6, 2014 to all counsel of record who are deemed to have consented to

4

electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6

                                 */s/ Mark D. Selwyn*
                                 Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28