IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. CV 12-00630 LHK |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT IN A CIVIL CASE** |
| SAMSUNG ELECTRONICS CO.,LTD,ET.AL, | |
| Defendant. | |

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendants, and in favor of defendants and against plaintiff, pursuant to the jury verdict filed May 5, 2014

Dated: May 6, 2014                                Richard W. Wieking, Clerk

                                                  By: Martha Parker Brown
                                                  Deputy Clerk