United States District Court
Northern District of California

# DOCUMENT LOCATOR

CASE NUMBER          _____C12-630 LHK_____

DATE FILED           _____5/8/2014_____

Reporter's Transcript        _____

Trial Exhibits               _____X_____

Lodged Documents             _____

Sealed Documents             _____

CJA Financial Documents      _____

Other                        _____

# LOCATION

Expando File
(Located next to case file)  _____

Overflow Shelf               _____

Vault / Exhibit Room         _____X_____

SEE DOCUMENT NO. 1866 FOR FINAL ADMITTED TRIAL EXHIBIT LIST