[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER REGARDING SCHEDULE** |
| | **FOR ENFORCING JUDGMENT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **AND CERTAIN POST-VERDICT** |
| | **FILINGS** |
| Defendants. | |

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,

2 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, (collectively

3 "Samsung") file this Stipulation regarding the schedule for enforcement of the verdict or judgment

4 entered by the Court and the filing of any bill of costs or motion for attorney's fees.

5    WHEREAS, the parties wish to avoid burdening the Court with unnecessary or multiple

6 stages of filings while post-trial motions are pending;

7    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

8 parties, subject to the approval of the Court, that:

9    1.    Any attempt to execute or enforce the judgment, award, or verdict entered in favor of

10 Apple and against Samsung (Dkt. Nos. 1884, 1890), and any attempt to execute or enforce the

11 judgment, award, or verdict entered in favor of Samsung and against Apple (Dkt. Nos. 1884, 1890),

12 shall be stayed until 21 days after the Court enters an order that resolves all of the issues raised by

13 the parties' post-trial motions filed pursuant to Rules 50, 52, 59, and 60 (but excluding any bill of

14 costs or motion for attorney's fees under Rule 54) ("Post-Trial Motions").  In the event that the

15 Court issues multiple orders addressing Post-Trial Motions, the 21-day period will begin upon entry

16 of the last order that, in combination with prior orders, resolves all issues raised by the parties' Post-

17 Trial Motions.

18    2.    Any motion for attorney's fees under Rule 54 shall be filed 21 days after the Court

19 enters an order that resolves all of the issues raised by the parties' Post-Trial Motions.  In the event

20 that the Court issues multiple orders addressing Post-Trial Motions, the 21-day period will begin

21 upon entry of the last order that, in combination with prior orders, resolves all issues raised by the

22 parties' Post-Trial Motions.  The parties agree to abide by the following deadlines and page limits

23 for any motion for attorney's fees:

24

25

| Filing | Deadline |
|---|---|
| Motion for attorney's fees (max. 20 pages plus supporting documentation showing fees) | 21 days after entry of entry of last order resolving issues raised in Post-Trial Motions, as discussed above. |

26

27

28

| Opposition (max. 20 pages) | 14 days after motion is filed |
|---|---|
| Reply (max. 10 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

3.      Any bill of costs under Rule 54 shall be filed 21 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60.  The parties agree to abide by the following deadlines and page limits for any bill of costs:

| Filing | Deadline |
|---|---|
| Bill of costs | 21 days after entry of entry of last order resolving issues raised in Post-Trial Motions, as discussed above |
| Objections to bill of costs | 21 days after bill of costs is filed |
| Motion for review of the Clerk's taxation of costs (max. 15 pages) | 14 days after the Clerk files the taxing of costs |
| Opposition to motion for review (max. 15 pages) | 14 days after motion is filed |
| Reply (max. 8 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

4.      These extensions of time do not toll or extend deadlines for filing any notice of appeal.  The filing of any motion for attorney's fees or submission of any bill of costs pursuant to these deadlines shall not be treated under Federal Rule of Civil Procedure 58(e) to have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion brought under Federal Rule of Civil Procedure 59.

5.      Nothing in this stipulation shall prejudice the rights of the parties to revisit the schedule for filing bills of costs or motions for fees after the Court's ruling on post-trial motions.

IT IS SO STIPULATED.

Dated:  May 9, 2014

1

## <u>ORDER</u>

2   Based on the foregoing stipulation,

3   **IT IS SO ORDERED.**

4

5   Dated: May __, 2014

6   _____

6   The Honorable Lucy H. Koh

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  May 9, 2014

2

3    By: */s/ Rachel Krevans*                          By: */s/ Victoria F. Maroulis*

4    Attorney for Plaintiff and Counterclaim-          Attorney for Defendants and Counterclaim-
     Defendant                                          Plaintiffs

5    APPLE INC.                                         SAMSUNG ELECTRONICS CO., LTD.,
                                                        SAMSUNG ELECTRONICS AMERICA,
6                                                       INC., AND SAMSUNG
                                                        TELECOMMUNICATIONS AMERICA, LLC
7
     HAROLD J. McELHINNY (CA SBN 66781)               CHARLES K. VERHOEVEN
8    hmcelhinny@mofo.com                               (Bar No. 170151)
     JACK W. LONDEN (CA SBN 85776)                     charlesverhoeven@quinnemanuel.com
9    jlonden@mofo.com                                  KEVIN A. SMITH (Bar No. 250814)
     RACHEL KREVANS (CA SBN 116421)                    kevinsmith@quinnemanuel.com
10   rkrevans@mofo.com                                 QUINN EMANUEL URQUHART &
     RUTH N. BORENSTEIN (CA SBN 133797)                SULLIVAN LLP
11   rborenstein@mofo.com                              50 California Street, 22nd Floor
     ERIK J. OLSON (CA SBN 175815)                     San Francisco, California 94111
12   ejolson@mofo.com                                  Telephone: (415) 875-6600
     MORRISON & FOERSTER LLP                           Facsimile: (415) 875-6700
13   425 Market Street
14   San Francisco, California 94105-2482              KEVIN P.B. JOHNSON (Bar No. 177129
     Telephone: (415) 268-7000                         (CA); 2542082 (NY))
15   Facsimile: (415) 268-7522                         kevinjohnson@quinnemanuel.com
                                                        VICTORIA F. MAROULIS (Bar No. 202603)
16                                                      victoriamaroulis@quinnemanuel.com
17   JOSH A. KREVITT (CA SBN 208552)                   QUINN EMANUEL URQUHART &
     jkrevitt@gibsondunn.com                           SULLIVAN LLP
18   H. MARK LYON (CA SBN 162061)                      555 Twin Dolphin Drive, 5th Floor
     mlyon@gibsondunn.com                              Redwood Shores, California 94065
19   GIBSON, DUNN & CRUTCHER LLP                       Telephone: (650) 801-5000
     1881 Page Mill Road                               Facsimile: (650) 801-5100
20   Palo Alto, CA  94304-1211
     Telephone: (650) 849-5300
21   Facsimile: (650) 849-5333                         WILLIAM C. PRICE (Bar No. 108542)
                                                        williamprice@quinnemanuel.com
22                                                      QUINN EMANUEL URQUHART &
     WILLIAM F. LEE (*pro hac vice*)                   SULLIVAN LLP
23   William.lee@wilmerhale.com                        865 South Figueroa Street, 10th Floor
     WILMER CUTLER PICKERING                           Los Angeles, California 90017-2543
24     HALE AND DORR LLP                               Telephone: (213) 443-3000
     60 State Street                                   Facsimile: (213) 443-3100
25   Boston, Massachusetts 02109
     Telephone: (617) 526-6000
26   Facsimile: (617) 526-5000

27
     MARK D. SELWYN (CA SBN 244180)
28

                                        4                        CASE NO. 12-CV-00630 (LHK)

mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

1

**ATTESTATION**

2      I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this

3   Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has

4   concurred in this filing.

5

6   Dated:  May 9, 2014                              */s/  Victoria F. Maroulis*

7                                                         Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28