1  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR ENFORCING JUDGMENT AND CERTAIN POST-VERDICT FILINGS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,

2    Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, (collectively

3    "Samsung") file this Stipulation regarding the schedule for enforcement of the verdict or judgment

4    entered by the Court and the filing of any bill of costs or motion for attorney's fees.

5    WHEREAS, the parties wish to avoid burdening the Court with unnecessary or multiple

6    stages of filings while post-trial motions are pending;

7    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

8    parties, subject to the approval of the Court, that:

9    1.    Any attempt to execute or enforce the judgment, award, or verdict entered in favor of

10   Apple and against Samsung (Dkt. Nos. 1884, 1890), and any attempt to execute or enforce the

11   judgment, award, or verdict entered in favor of Samsung and against Apple (Dkt. Nos. 1884, 1890),

12   shall be stayed until 21 days after the Court enters an order that resolves all of the issues raised by

13   the parties' post-trial motions filed pursuant to Rules 50, 52, 59, and 60 (but excluding any bill of

14   costs or motion for attorney's fees under Rule 54) ("Post-Trial Motions").  In the event that the

15   Court issues multiple orders addressing Post-Trial Motions, the 21-day period will begin upon entry

16   of the last order that, in combination with prior orders, resolves all issues raised by the parties' Post-

17   Trial Motions.

18   2.    Any motion for attorney's fees under Rule 54 shall be filed 21 days after the Court

19   enters an order that resolves all of the issues raised by the parties' Post-Trial Motions.  In the event

20   that the Court issues multiple orders addressing Post-Trial Motions, the 21-day period will begin

21   upon entry of the last order that, in combination with prior orders, resolves all issues raised by the

22   parties' Post-Trial Motions.  The parties agree to abide by the following deadlines and page limits

23   for any motion for attorney's fees:

24

25

| Filing | Deadline |
|---|---|
| Motion for attorney's fees (max. 20 pages plus supporting documentation showing fees) | 21 days after entry of entry of last order resolving issues raised in Post-Trial Motions, as discussed above. |

26

27

28

| | |
|---|---|
| Opposition (max. 20 pages) | 14 days after motion is filed |
| Reply (max. 10 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

3.      Any bill of costs under Rule 54 shall be filed 21 days after the Court enters judgment resolving all post-trial motions filed pursuant to Rules 50, 52, 59, and 60.  The parties agree to abide by the following deadlines and page limits for any bill of costs:

| Filing | Deadline |
|---|---|
| Bill of costs | 21 days after entry of entry of last order resolving issues raised in Post-Trial Motions, as discussed above |
| Objections to bill of costs | 21 days after bill of costs is filed |
| Motion for review of the Clerk's taxation of costs (max. 15 pages) | 14 days after the Clerk files the taxing of costs |
| Opposition to motion for review (max. 15 pages) | 14 days after motion is filed |
| Reply (max. 8 pages) | 7 days after opposition is filed |
| Hearing (if necessary) | TBD by Court |

4.      These extensions of time do not toll or extend deadlines for filing any notice of appeal.  The filing of any motion for attorney's fees or submission of any bill of costs pursuant to these deadlines shall not be treated under Federal Rule of Civil Procedure 58(e) to have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion brought under Federal Rule of Civil Procedure 59.

5.      Nothing in this stipulation shall prejudice the rights of the parties to revisit the schedule for filing bills of costs or motions for fees after the Court's ruling on post-trial motions.

IT IS SO STIPULATED.

Dated:  May 9, 2014

1

## <u>ORDER</u>

2          Based on the foregoing stipulation,

3          **IT IS SO ORDERED.**

4

5    Dated: May <u>12</u>, 2014

6                                                    The Honorable Lucy H. Koh

7                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 9, 2014

By: */s/ Rachel Krevans*

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.


HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)

By: */s/ Victoria F. Maroulis*

Attorney for Defendants and Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC


CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129
(CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100