1    JOSH A. KREVITT (CA SBN 208552)             WILLIAM F. LEE (*pro hac vice*)
     jkrevitt@gibsondunn.com                      william.lee@wilmerhale.com
2    H. MARK LYON (CA SBN 162061)                 WILMER CUTLER PICKERING
     mlyon@gibsondunn.com                           HALE AND DORR LLP
3    GIBSON, DUNN & CRUTCHER LLP                  60 State Street
     1881 Page Mill Road                          Boston, Massachusetts  02109
4    Palo Alto, California  94304-1211            Telephone:  (617) 526-6000
     Telephone:  (650) 849-5300                   Facsimile:  (617) 526-5000
5    Facsimile:  (650) 849-5333

6    HAROLD J. McELHINNY (CA SBN 66781)           MARK D. SELWYN (CA SBN 244180)
     hmcelhinny@mofo.com                          mark.selwyn@wilmerhale.com
7    JAMES P. BENNETT (CA SBN 65179)              WILMER CUTLER PICKERING
     jbennett@mofo.com                              HALE AND DORR LLP
8    JACK W. LONDEN (CA SBN 85776)                950 Page Mill Road
     jlonden@mofo.com                             Palo Alto, California  94304
9    RACHEL KREVANS (CA SBN 116421)               Telephone:  (650) 858-6000
     rkrevans@mofo.com                            Facsimile:  (650) 858-6100
10   RUTH N. BORENSTEIN (CA SBN 133797)
     rborenstein@mofo.com
11   ERIK J. OLSON (CA SBN 175815)
     ejolson@mofo.com
12   Morrison & Foerster LLP
     425 Market Street
13   San Francisco, California  94105-2482
     Telephone:  (415) 268-7000
14   Facsimile:  (415) 268-7522

15   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                          **UNITED STATES DISTRICT COURT**
                          **NORTHERN DISTRICT OF CALIFORNIA**
17                             **SAN JOSE DIVISION**

18
     APPLE INC., a California corporation,
19
                    Plaintiff,
20
            vs.                                   Case No. 12-cv-00630-LHK (PSG)
21
                                                  **APPLE'S ADMINISTRATIVE MOTION
22   SAMSUNG ELECTRONICS CO., LTD., a             TO FILE DOCUMENTS UNDER SEAL**
     Korean business entity; SAMSUNG
23   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
24   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
25
                    Defendants.
26

27

28

1    In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves to seal

2    the following documents:

3         1.    Portions of Apple Inc.'s Motion for a Permanent Injunction ("Apple's PI Motion");

4               and

5         2.    Exhibit 6 to the Declaration of Mark D. Selwyn in support of Apple's PI Motion

6               ("Exhibit 6").

7    As set for the in Declaration of Mark D. Selwyn in Support of Apple's Motion to Seal

8    filed herewith, Apple's PI Motion and Exhibit 6 contain highly confidential Apple information.

9    Apple does not file a proposed redacted version of the aforementioned documents in accordance

10   with the Court's Order requiring the parties to meet and confer before filing public redacted

11   documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

12   In addition, Apple's PI Motion contains information that Samsung and certain third

13   parties may consider confidential.  Apple expects that Samsung and certain third parties will file

14   the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to

15   confirm what, if any, information contained in Apple's PI Motion should be sealed.  Exhibit 6

16   also contains information that HTC may consider confidential.

17   For the foregoing reasons, Apple has moved to file Apple's PI Motion and Exhibit 6

18   under seal.  Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's

19   counsel regarding this motion to seal.  Samsung does not oppose Apple's Administrative Motion

20   to File Documents Under Seal as a procedural mechanism for filing Apple's PI Motion and

21   Exhibit 6 under seal.  Samsung reserves the right to challenge any proposed redactions to the

22   extent it believes those redactions improperly seal non-confidential information.  Within 7 days

23   of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file

24   a final consolidated and conformed copy of Apple's PI motion and Exhibit 6 identifying what

25   information should be sealed.

26

27

28

1

Dated:  May 23, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP

2

3

*/s/ Mark D. Selwyn*
Mark D. Selwyn

4

5

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

6

7

### CERTIFICATE OF SERVICE

8

I hereby certify that a true and correct copy of the above and foregoing document has

9

been served on May 23, 2014 to all counsel of record who are deemed to have consented to

10

electronic service via the Court's ECF system per Civil Local Rule 5-1.

11

12

*/s/ Mark D. Selwyn*
Mark D. Selwyn

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28