1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding portions of Apple Inc.'s Motion for a Permanent Injunction ("Apple's PI Motion") and Exhibit 6 to the Declaration of Mark D. Selwyn in support of Apple's PI Motion ("Exhibit 6").  Apple has filed the Declaration of Mark D. Selwyn in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's PI Motion | Highlighted portion(s) and any additional portions identified by Samsung and certain third parties. |
| Exhibit 6 | Highlighted portion(s) and any additional portions identified by HTC. |

**IT IS SO ORDERED.**

Dated: _____, 2014      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge