| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION FOR A PERMANENT INJUNCTION** |

I, Mark D. Selwyn, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an article:  K. Eichenwald, *The Great Smartphone War*, VANITY FAIR, available at http://www.vanityfair.com/business/2014/06/apple-samsung-patent-war.print.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an article:  S. Tibken, *Key Samsung Lawyer Sees Patent War Ending Soon – With Apple Getting Nothing*, CNET, available at http://www.cnet.com/news/samsung-attorney-quinn-says-patent-war-will-be-over-soon-and-apples-not-getting-our-money/.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of an article:  H. Mintz, *Apple vs. Samsung: Jury Foreman Says Verdict Not Meant to Send Big Message*, SAN JOSE MERCURY NEWS, available at http://www.mercurynews.com/business/ci_25700558/apple-v-samsung-jury-foreman-says-verdict-not.

*5.*      Attached hereto as **Exhibit 4** is a true and correct copy of an article: *Samsung Attny Quinn Calls IPhone War 'Apple's Vietnam,'* LAW360, available at http://www.law360.com/articles/534842/print?section=california.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the August 5, 1997 Patent Cross License Agreement between Microsoft and Apple.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the November 11, 2012 Patent License and Settlement Agreement between HTC and Apple.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Samsung Electronics Co., Ltd. and Subsidiaries Notes to the Consolidated Financial Statement from the first quarter of 2012.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 23rd day of May, 2014, in Palo Alto, California.

Dated:  May 23, 2014            */s/ Mark D. Selwyn*
                                Mark D. Selwyn

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn