# EXHIBIT 4



Portfolio Media. Inc. | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Samsung Atty Quinn Calls IPhone IP War 'Apple's Vietnam'

By **Beth Winegarner**

Law360, San Jose (May 05, 2014, 7:55 PM ET) -- Quinn Emanuel Urquhart & Sullivan LLP's John Quinn, lead attorney for Samsung Electronics Co. Ltd. in its latest smartphone patent trial with Apple Inc., told Law360 on Monday that he believes the iPhone maker is suffering from litigation fatigue, comparing Apple's ongoing legal battles against Samsung to the Vietnam War.

**Monday's verdict** capped the latest of three trials between the smartphone rivals in California federal court, including a **2012 jury battle** in Apple's first round of patent litigation and a **damages retrial** last November. Apple has also gone after other Android phone makers, including **Motorola Mobility Inc.** and **HTC Corp.**, and is entangled in appeals before the **Federal Circuit** and litigation it launched overseas.

"This is Apple's Vietnam, and people are sick of it," Quinn said Monday. But when asked whether he thought Apple might go after Samsung with new patent claims anytime soon, he said he thought the Cupertino, California, tech giant might be suffering "litigation fatigue. I think they've had their fill."

Quinn stepped in to lead Samsung's team in the springtime trial, following in the footsteps of **Quinn Emanuel's Charles Verhoeven**, who captained Samsung's defense in 2012, and William Price, who took the reins for November's damages retrial. Apple's trial team was led by **Morrison & Foerster LLP, WilmerHale**, and Gibson Dunn.

Although the jury awarded Apple $119.6 million in damages Monday for Samsung's infringement of three iPhone patents, Quinn was certain that the sum would overturned, either through motions for judgment as a matter of law, or through Samsung's appeals.

"I'm more confident than in any case I've ever been in that this is unsupported [by the evidence]," he said. "It will go to zero. They're not going to see any of this money. This won't stand."

Specifically, he criticized Apple economics expert John Hauser, whose study of consumer preferences was used to calculate Apple's $2.2 billion damages demand. Although conjoint surveys such as the one Hauser performed are useful in some contexts, it didn't work in this one, Quinn told Law360, echoing what he told the eight-member jury in closing arguments last week.

Hauser's findings helped bolster Apple damages expert Christopher Vellturo's claim that Apple should recoup $33 to $40 per phone in royalties for Samsung's alleged infringement, including more than $12 per device on U.S Patent Number 5,946,647. Apple called it the "quick links" patent, covering a feature that detects data like phone numbers or addresses

and routes them to the phone's dialer, mapping application or other programs. "I thought Hauser's study was absurd" in its valuation of such features, Quinn said.

Although California juries have awarded Apple a total of more than $1 billion over the course of three trials, Quinn didn't see those verdicts as a victory Samsung's rival, especially given that presiding U.S. District Court Judge Lucy Koh has **refused to issue injunctions** on Samsung's infringing products.

"Apple hasn't collected a penny — or succeeded in taking any products off the market," Quinn said.

Representatives and attorneys for Apple didn't respond to request for comment Monday.

The Apple patents-in-suit are U.S. Patent Numbers 5,946,647; 6,847,959; 7,761,414; 8,074,172; and 8,046,721. The Samsung patents-in-suit are U.S. Patent Numbers 5,579,239 and 6,226,449.

Apple is represented by Harold J. McElhinny, Rachel Krevans, James P. Bennett and Erik J. Olson of Morrison & Foerster LLP, William F. Lee and Mark D. Selwyn of WilmerHale, and Josh A. Krevitt of Gibson Dunn.

Samsung is represented by Charles K. Verhoeven, Kevin A. Smith, Kevin P.B. Johnson, Victoria F. Maroulis, William C. Price and Michael L. Fazio of Quinn Emanuel Urquhart & Sullivan LLP.

The case is Apple Inc. v. Samsung Electronics Co. Ltd. et al., case number 5:12-cv-00630, in the U.S. District Court for the Northern District of California.

--Editing by Chris Yates.

All Content © 2003-2014, Portfolio Media, Inc.