UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51981/5952983.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3   to File Documents Under Seal Relating to Samsung's Notice of Motion and Motion for Judgment
4   as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) and Motion to Amend the
5   Judgment.
6   Having considered Samsung's motion, and compelling reasons having been shown, the
7   Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Notice of Motion and Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) and Motion to Amend the Judgment | See conformed highlighted version of document to be filed within 7 days of declarations in support. |

**IT IS SO ORDERED.**

DATED: _____           _____
                                  The Honorable Lucy H. Koh
                                  United States District Judge