1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B) AND MOTION TO AMEND THE JUDGMENT** |

02198.51981/5968315.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A
MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B)
AND MOTION TO AMEND THE JUDGMENT

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Judgment
3  As a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) and Motion to Amend the
4  Judgment.
5  Having considered Samsung's motion, Apple's response, and the arguments at hearing, the
6  Court hereby GRANTS Samsung's motion in all respects.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

02198.51981/5968315.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B) AND MOTION TO AMEND THE JUDGMENT