| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 5:12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), AMENDED JUDGMENT, NEW TRIAL, AND DAMAGES ENHANCEMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal portions of Exhibits 1, 3, 3.1, 4, and 6 to the Declaration of Marylee Robinson in Support of Apple's Motion for Judgment as a Matter of Law (Renewed), Amended Judgment, New Trial, and Damages Enhancements (collectively, the "Robinson Exhibits").

The Robinson Exhibits contain information designated confidential by Samsung. Apple does not maintain any claim of confidentiality with respect to the Robinson Exhibits. Apple expects that Samsung will file a declaration in support of sealing in accordance with Civil Local Rule 79-5.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal relating to the Robinson Exhibits as a procedural mechanism for filing portions of the Robinson Exhibits under seal. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of the Robinson Exhibits identifying what information Samsung supported sealing in its declaration.

Dated: May 23, 2014　　　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　　By:　 */s/ Rachel Krevans*
　　　　　　　　　　　　　　　　　　　　　　RACHEL KREVANS

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and
　　　　　　　　　　　　　　　　　　　　　　Counterclaim-Defendant
　　　　　　　　　　　　　　　　　　　　　　APPLE INC.