1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11

12     APPLE INC., a California corporation,

13                    Plaintiff,

14            vs.

15     SAMSUNG ELECTRONICS CO., LTD., a

16     Korean business entity; SAMSUNG
       ELECTRONICS AMERICA, INC., a New

17     York corporation; SAMSUNG
       TELECOMMUNICATIONS AMERICA,

18     LLC, a Delaware limited liability company,

19                    Defendants.

20

Case No. 5:12-cv-00630-LHK

**[PROPOSED] ORDER GRANTING
APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL**

21

22

23

24

25

26

27

28

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal regarding Exhibits 1, 3, 3.1, 4, and 6 to the Declaration of Marylee Robinson in Support of Apple's Motion for Judgment as a Matter of Law (Renewed), Amended Judgment, New Trial, and Damages Enhancements ("Robinson Declaration").  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit 1 to the Robinson Declaration | Portion(s) indicated by Samsung |
| Exhibit 3 to the Robinson Declaration | Portion(s) indicated by Samsung. |
| Exhibit 3.1 to the Robinson Declaration | Portion(s) indicated by Samsung. |
| Exhibit 4 to the Robinson Declaration | Portion(s) indicated by Samsung |
| Exhibit 6 to the Robinson Declaration | Portion(s) indicated by Samsung |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge