1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, CA 94304-1211
    Telephone: (650) 849-5300
5   Facsimile: (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
7   JAMES P. BENNETT (CA SBN 65179)
    jbennett@mofo.com
8   JACK W. LONDEN (CA SBN 85776)
    jlonden@mofo.com
9   RACHEL KREVANS (CA SBN 116421)
    rkrevans@mofo.com
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  MORRISON & FOERSTER LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

15  Attorneys for Plaintiff and
16  Counterclaim-Defendant APPLE INC.

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                  SAN JOSE DIVISION

20

21  APPLE INC., a California corporation,

22              Plaintiff,

23      v.

24  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
25  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
26  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

27

28              Defendant.

Case No. 5:12-cv-00630-LHK (PSG)

**DECLARATION OF NATHAN
SABRI IN SUPPORT OF APPLE'S
MOTION FOR JUDGMENT AS A
MATTER OF LAW (RENEWED),
AMENDED JUDGMENT, NEW
TRIAL, AND DAMAGES
ENHANCEMENTS**

1   I, Nathan Sabri, hereby declare as follows:

2       1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple

3   Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4   knowledge of the matters stated herein or understand them to be true.  I submit this declaration in

5   support of Apple's Motion for Judgment as a Matter of Law (Renewed), Amended Judgment,

6   New Trial, and Damages Enhancement.

7       2.      Attached as **Exhibit A** hereto is a true and correct copy of "Predictive Log-

8   Synchronization" by Ori Shalev and Nir Shavit.

9       3.      Attached as **Exhibit B** hereto is a true and correct copy of a printout of the article

10  at http://www.cnet.com/news/samsung-attorney-quinn-says-patent-war-will-be-over-soon-and-

11  apples-not-getting-our-money, as of May 22, 2014.

12      4.      Attached as **Exhibit C** hereto is a true and correct copy of a printout of the article

13  at http://www.law360.com/ip/articles/534842?nl_pk=748eed9a-20a4-4a5e-8d8b-

14  41b80e8c0b1a&utm_source=newsletter&utm_medium=email&utm_campaign=ip, as of

15  May 22, 2014.

16      I declare under penalty of perjury that the foregoing is true and correct.  Executed this

17  23rd day of May, 2014 in San Francisco, California.

18

19                              */s/ Nathan Sabri*
                                Nathan Sabri

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2      I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3  Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has

4  concurred in this filing.

5  Dated:  May 23, 2014           By:   */s/ Rachel Krevans*

6                                     RACHEL KREVANS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Nathan Sabri ISO Apple's Motion for Judgment as a Matter of Law (Renewed)
Case No.12-cv-00630-LHK (PSG)
sf-3419548          2