# EXHIBIT 2

Case 5:12-cv-00630-LHK   Document 1897-10   Filed 05/23/14   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 2

## Summary of Rates Associated with Apple's
## 2013-2014 Debt Offerings 1/

| Apple Notes Offered | Maturity | Rate Per Annum | |
|---|---|---|---|
| $1.5 B in Fixed Rate Notes | 2016 | 0.45% | 2/ |
| $4 B in Fixed Rate Notes | 2018 | 1.00% | 2/ |
| $1.5 B in Fixed Rate Notes | 2017 | 1.05% | 1/ |
| $2 B in Fixed Rate Notes | 2019 | 2.10% | 1/ |
| $5.5 B in Fixed Rate Notes | 2023 | 2.40% | 2/ |
| $3 B in Fixed Rate Notes | 2021 | 2.85% | 1/ |
| $2.5 B in Fixed Rate Notes | 2024 | 3.45% | 1/ |
| $3 B in Fixed Rate Notes | 2043 | 3.85% | 2/ |
| $1 B in Fixed Rate Notes | 2044 | 4.45% | 1/ |

**Sources/Notes:**
1/ Apple Inc. Prospectus Supplement dated April 29, 2014, pp. S-2 to S-3.
2/ Apple Inc. Prospectus Supplement dated April 30, 2013, p. S-2.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER