# EXHIBIT 5

## Daily Prejudgment Interest
### *(Starting July 11, 2014)*

| | | |
|---|---:|---|
| Principal Available for Interest as of July 2014 | $ 119,813,991 | 1/ |
| Last Available T-Bill Rate | 0.11% | 2/ |
| **Annual Interest Accrued** | $ 131,795 | |
| Days per Year | 365 | |
| **Daily Interest Accrued** | **$ 361.08** | |

**Sources/Notes:**
1/  Exhibit 4.
2/  1-year monthly T-Bill rate as of April 2014 per EXHIBIT 4.