# EXHIBIT 7

Case 5:12-cv-00630-LHK   Document 1897-16   Filed 05/23/14   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                                                EXHIBIT 7

## Daily Prejudgment Interest
### *(Starting July 11, 2014)*

| | | |
|---|---:|---|
| Principal Available for Interest as of July 2014 | $ 123,991,688 | 1/ |
| Last Available Prime Rate | 3.25% | 2/ |
| **Annual Interest Accrued** | $ 4,029,730 | |
| Days per Year | 365 | |
| **Daily Interest Accrued** | $ 11,040.36 | |

**Sources/Notes:**
1/  Exhibit 6.
2/  Annual prime rate as of April 2014 per EXHIBIT 6.