# EXHIBIT 8

## Summary of Apple Confirmed, Retrial & Supplemental Damages
## and Prejudgment Interest

|  | Interest based on T-Bill Rate | | Interest Based on Prime Rate | |
|---|---:|---|---:|---|
| Apple Damage Award | $ 119,625,000 | 1/ | $ 119,625,000 | 1/ |
| Prejudgment Interest on Jury Award (through July 10, 2014) | $ 261,612 | 2/ | $ 6,468,029 | 3/ |
| **Subtotal** | **$ 119,886,612** | | **$ 126,093,029** | |
| Total Supplemental Damages | To Be Determined | 4/ | To Be Determined | 4/ |
| **TOTAL FOR FINAL JUDGMENT** | To Be Determined | | To Be Determined | |
| Daily Interest (After July 10, 2014) | $ 361.08 | 5/ | $ 11,040.36 | 6/ |

Sources/Notes:
1/ Verdict Form, 5/5/14.
2/ See EXHIBIT 4.
3/ See EXHIBIT 6.
4/ To be determined based per unit amounts on EXHIBIT 2 multiplied by units sold of Galaxy Note II and Galaxy SIII starting May 1, 2014.
5/ See EXHIBIT 5.
6/ See EXHIBIT 7.