UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 5:12-cv-00630-LHK (PSG)

**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), AMENDED JUDGMENT, NEW TRIAL, AND DAMAGES ENHANCEMENTS**

Before the Court is Apple's Motion for Judgment as a Matter of Law (Renewed), Amended Judgment, New Trial, and Damages Enhancements. Based on the trial record and submissions of the parties, the Court concludes that the evidence permits only one reasonable conclusion as to the following, and HEREBY ORDERS:

1. Judgment as a matter of law that Samsung infringed claim 8 of the '721 patent by making, using, selling, and/or importing within the United States the Galaxy SII, Galaxy SII (Epic 4G Touch), and Galaxy SII (Skyrocket) products.

2. Judgment as a matter of law that Samsung infringed claim 20 of the '414 patent by making, using, selling, and/or importing within the United States the Admire, Galaxy Nexus, Galaxy Note, Galaxy Note II, Galaxy SII, Galaxy SII (Epic 4G Touch), Galaxy SII (Skyrocket), Galaxy SIII, Galaxy Tab 2 10.1, and Stratosphere.

3. Judgment as a matter of law that Samsung infringed claim 25 of the '959 patent by making, using, selling, and/or importing within the United States the Admire, Galaxy Nexus, Galaxy Note, Galaxy Note II, Galaxy SII, Galaxy SII (Epic 4G Touch), Galaxy SII (Skyrocket), Galaxy SIII, Galaxy Tab 2 10.1, and Stratosphere.

4. Judgment as a matter of law that Samsung willfully infringed claim 9 of the '647 patent.

5. Judgment as a matter of law that Samsung failed to establish the affirmative defenses listed in Samsung's pleadings.

6. Judgment as a matter of law that Apple does not infringe claim 27 of the '449 patent.

7. Judgment as a matter of law that Apple's iPad products do not infringe claim 15 of the '239 patent.

8. A new trial on 1) the amount of damages owed by Samsung to Apple for Samsung's infringement of claim 8 of the '721 patent, claim 20 of the '414 patent, claim 25 of the '959 patent, claim 9 of the '647 patent, and claim 18 of the '172 patent; and 2) the willfulness of Samsung's infringement of claim 20 of the '414 patent, claim 25 of the '959 patent, and claim 18 of the '172 patent.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED)
CASE NO. 5:12-CV-00630-LHK (PSG)
sf-3419849

2