RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:     650-838-2000
Facsimile:      650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.: 12-CV-00630-LHK<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DOCKET NO. 1895]** |

/ / /

/ / /

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of sealing Docket Number 1895-3 at page 16, lines 21 through 22 and page 16, line 28 through page 17, line 2 on behalf of Nokia.

3. On May 23, 2014, Apple filed an Administrative Motion to File Documents Under Seal (Dkt. No. 1895). In its Motion, Apple noted that portions of its Motion for a Permanent Injunction ("Apple's Motion") contained information confidential to third parties. Apple's Motion contains information previously designated "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order in this case (Dkt. No. 512).

4. Specifically, the pages and lines of Apple's Motion specified above (1895-3 at 16:21-22 and 16:28–17:2) contain a discussion of the terms of a 2011 license agreement between Apple and Nokia. Nokia considers its licensing terms highly confidential and does not disclose this information publicly or to any third party except under strict confidentiality agreements. Apple's proposed redactions are necessary to avoid causing serious harm to Nokia (*see Apple v. Samsung*, Case No. 11-CV-01846-LHK (PSG), Dkt. No. 2254 at ¶ 4). The Court has previously found that non-public licensing terms are sealable (*see id.*, Dkt. No. 1649 at 7, 10-11).

5. For the foregoing reasons, Nokia requests that the Court grant Apple's Administrative Motion with respect to the above-cited passage.

///

///

///

///

///

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 27th day of May, 2014 in East Palo Alto, California.

                                                              /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*