Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                    Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1895)** |

1    Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this
2    response to Apple Inc.'s Administrative Motion to File Documents Under Seal ("Sealing Motion" at
3    Docket No. 1895) which seeks to file under seal portions of its Motion for Permanent Injunction and
4    Exhibit 6 to the Selwyn Declaration in support of Apple Inc.'s Motion for a Permanent Injunction
5    ("Apple's PI Motion").
6    Apple's Motion for Permanent Injunction at pages 16 and 17 contains confidential
7    information related to the Settlement Agreement between Apple and HTC ("HTC/Apple
8    Agreement").  Exhibit 6 to the Selwyn Declaration in support of Apple's PI Motion and is an actual
9    copy of the ("HTC/Apple Agreement") which contains confidential terms that were the subject of a
10   motion to file under seal in the companion 2012 case between Apple and Samsung, Action No. 11-
11   cv-01846-LHK ("The First Apple/Samsung case").  In the context of that 2012 motion to file under
12   seal, HTC specially appeared because the Agreement that was the subject of that motion contained
13   confidential HTC information.  As a result of HTC's pleadings and supporting declaration, this
14   Court ordered that the Agreement be redacted before it was publicly filed.  (Docket No. 2192 in The
15   First Apple/Samsung case).  HTC respectfully submits that portions of Apple's Motion and Exhibit 6
16   to the Selwyn Declaration in support of Apple's PI Motion should be redacted because they contain
17   confidential information found in the redacted HTC/Apple Agreement.
18   I.    BACKGROUND
19   After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement,
20   some of the terms of which are the subject of Apple's current Motion to Seal.  During post-trial
21   proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with
22   that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,
23   HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to
24   the accompanying Mosko Declaration) and the Lam Declaration (Docket No. 2186-1 in the First
25   Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
26   its position that this Agreement contained confidential information.   HTC specifically identified
27   those portions of the Agreement that contained confidential information, the basis for the
28   confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This

1  Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
2  public.  (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the
3  accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of
4  this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

5        II.      APPLE'S CURRENT REQUEST

6  Apple's Sealing Motion (Docket No. 1895) seeks an order to file portions of its Motion and
7  Exhibit 6 to the Selwyn Declaration in support of Apple's PI Motion under seal.  HTC understands
8  that Apple has lodged a redacted version of its Motion and Exhibit 6 representing those portions
9  Apple believes had HTC confidential information in them.

10  On May 23, 2014, the day Apple filed its Sealing Motion, Apple provided a partial copy of
11  its Motion and Exhibit 6 to Apple's PI Motion which included highlighted portions representing
12  proposed redactions so that HTC could determine what portions were proposed to be redacted, and
13  whether additional portions contained HTC confidential information.  (Mosko Decl. ¶5).  Through
14  this pleading, HTC expresses its agreement with Apple regarding the proposed redactions from any
15  public versions of the Exhibit 6 to Apple's PI Motion.

16        III.      ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND
17  THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

18  HTC supports Apple's proposed redactions to its Motion and to Exhibit 6 to Apple's PI
19  Motion because they encompass terms in the HTC/Apple Agreement that this Court previously
20  sealed.  Specifically, HTC seeks to exclude from the public versions all references to the scope of
21  the license, the products to which the license applies, and the royalty term.  On May 23, 2014, Apple
22  forwarded a copy of the proposed redactions to HTC.  Mosko Decl. ¶5.  This Court has previously
23  excluded these terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc. v. Samsung Electronics*
24  *Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re Electronic Arts,* 298 Fed.
25  App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place HTC at a competitive
26  disadvantage, as stated in Lam declaration, attached as Exhibit 2 to the accompanying Mosko
27  Declaration.
28

1  Dated: May 27, 2014                    FINNEGAN, HENDERSON, FARABOW,
2                                             GARRETT & DUNNER, LLP

3                                         By:_____*/s/ Scott R. Mosko*_____
4                                                   Scott R. Mosko
                                          Attorneys for Third Parties
5                                         HTC America Inc., and HTC Corporation

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28