Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1895)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

Mosko Declaration re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1895)
Case No. 5:12-cv-00630-LHK

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district. I submit this declaration in support of Third Parties HTC America, Inc., and HTC Corporation's Response to Apple Inc.'s Administrative Motion to File Documents Under Seal (Docket No. 1895).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. On May 23, 2014, the day Apple filed its Motion to Seal at Docket No. 1895, Apple provided me with a copy of portions of its Motion for Permanent Injunction, specifically pages 16 and 17, and Exhibit 6 to Selwyn Declaration in Support of Apple Inc.'s Motion for a Permanent Injunction ("Apple's PI Motion") which consists of an Agreement between HTC and Apple ("HTC/Apple Agreement"). The version of the motion and of Exhibit 6 to the Selwyn Declaration in Support of Apple's PI Motion I received contained highlighted portions, which I understood represented Apple's beliefs that these lines included confidential information from the HTC/Apple Agreement that this Court addressed in the immediately preceding paragraph. Assuming this version of the Motion and the version of Exhibit 6 to the Selwyn Declaration in Support of Apple's PI Motion are the ones that Apple has submitted in the course of its motion to seal, this declaration, and the attachments to this declaration are filed to support an Order that redacts the highlighted portions before public versions are released.

1

Mosko Declaration re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1895)
Case No. 5:12-cv-00630-LHK

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct.
3   Executed this 27rd day of May, 2014, at Palo Alto, California.

           /s/ Scott R. Mosko

2

Mosko Declaration re HTC's Response to
Apple's Mtn to Seal (Dkt. No. 1895)
Case No. 5:12-cv-00630-LHK