1   JOSH A. KREVITT (CA SBN 208552)        WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)           WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                     HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP            60 State Street
    1881 Page Mill Road                    Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211      Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300             Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)     MARK D. SELWYN (CA SBN 244180)
    hmcelhinny@mofo.com                    mark.selwyn@wilmerhale.com
7   JAMES P. BENNETT (CA SBN 65179)        WILMER CUTLER PICKERING
    jbennett@mofo.com                        HALE AND DORR LLP
8   JACK W. LONDEN (CA SBN 85776)          950 Page Mill Road
    jlonden@mofo.com                       Palo Alto, California  94304
9   RACHEL KREVANS (CA SBN 116421)         Telephone:  (650) 858-6000
    rkrevans@mofo.com                      Facsimile:  (650) 858-6100
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  Morrison & Foerster LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

15  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                  UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
18

19  APPLE INC., a California corporation,

20              Plaintiff,

21      vs.                                      Case No. 12-cv-00630-LHK (PSG)

22  SAMSUNG ELECTRONICS CO., LTD., a        **NOTICE REGARDING SAMSUNG'S**
    Korean business entity; SAMSUNG         **ADMINISTRATIVE MOTION TO FILE**
23  ELECTRONICS AMERICA, INC., a New        **DOCUMENTS UNDER SEAL**
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25

26              Defendants.

27

28

In accordance with Civil Local Rule 79-5, Apple Inc. ("Apple") hereby submits this Notice regarding Samsung's Administrative Motion to File Under Seal regarding Samsung's Notice of Motion and Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) and Motion to Amend the Judgment ("Samsung's JMOL Motion") (Dkt. 1896).

Apple does not maintain a claim of confidentiality with respect to Samsung's JMOL Motion.

Dated:  May 27, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP


*/s/ Mark D. Selwyn*
Mark D. Selwyn

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 27, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


*/s/ Mark D. Selwyn*
Mark D. Selwyn