```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9
    William C. Price (Bar No. 108542)
10  williamprice@quinnemanuel.com
    Michael L. Fazio (Bar No. 228601)
11  michaelfazio@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
12  Los Angeles, California  90017
    Telephone:   (213) 443-3000
13  Facsimile:   (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [RELATES TO DKT. NO. 1896]** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 7-7, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") withdraw their Administrative Motion to File under Seal Samsung's Notice of Motion and Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(B) and Motion to Amend the Judgment ("Rule 50 Brief" -- ECF No. 1896).

Samsung does not maintain a claim of confidentiality over the Rule 50 Brief, and counsel for Apple Inc. ("Apple") has informed counsel for Samsung that Apple does not maintain a claim of confidentiality over Samsung's Rule 50 Brief.   Samsung concurrently files an unredacted version of the Rule 50 Brief.

DATED: May 28, 2014                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Michael L. Fazio*
    Victoria F. Maroulis
    Michael L. Fazio

    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC