QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW (RENEWED), AMENDED JUDGMENT, NEW TRIAL, AND DAMAGES ENHANCEMENTS** |

-2-

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of a transcript of Apple's Q2 2014 earnings call, dated April 23, 2014, downloaded from: http://www.morningstar.com/earnings/PrintTranscript.aspx?id=65586852.

3. Attached as Exhibit B is a true and correct copy of a transcript of Apple's Q2 2013 earnings call, dated April 23, 2013, downloaded from: http://www.morningstar.com/earnings/PrintTranscript.aspx?id=51338386.

4. Attached as Exhibit C is a true and correct copy of an article by Matthew Yglesias posted on http://www.slate.com titled "Going Into Debt Will Help Apple Avoid Taxes," dated April 23, 2013, downloaded from: http://www.slate.com/blogs/moneybox/2013/04/23/apple_tax_dodging_debt_will_help_the_company_avoid_taxes.html.

5. Attached as Exhibit D is a true and correct copy of an email from N. Sabri to counsel for Samsung, dated April 4, 2014, which has been redacted to remove confidential information.

6. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the Jury trial in *Voda v. Medtronic, Inc.*, Civ-09-95-L (W.D. Oak.), dated January 24, 2012.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on June 6, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*

Michael L. Fazio