# EXHIBIT D

# James Razick

| | |
|---|---|
| **From:** | Sabri, Nathan B. [NSabri@mofo.com] |
| **Sent:** | Friday, April 04, 2014 2:49 AM |
| **To:** | Samsung NEW |
| **Cc:** | Apple630MoFoTeam; 'gdc630team@gibsondunn.com'; WHAppleSamsungNDCalIITeam@wilmerhale.com |
| **Subject:** | Apple v. Samsung (630) -- PX222A and PX223A |
| **Attachments:** | PTX-222A.PDF; PTX-223A.PDF |

Counsel,

Attached please find amended versions of PX222 and PX223, marked as PX222A and PX223A. The amended versions remove all damages claims attributable to the '647 patent on the Galaxy Tab 2 10.1. Dr. Vellturo's calculation of damages has been reduced to conform to proof because Apple no longer accuses the Galaxy Tab 2 10.1 at trial, consistent with the chart provided with Apple's opening statement.

The reduction in the amount of damages can be identified and tracked as follows:

- Pages 18 and 19 of PX222 reflected the lost profits and reasonable royalties attributable to the '647 patent on the Galaxy Tab 2 10.1, which totaled  OMITTED . This sum has been removed from the calculations of damages on pages 10, 12, 14, 16, 18 and 19 of PX222A.

- Page 24 of PX222 shows the reasonable royalties attributable to the '647 patent on the Galaxy Tab 2 10.1 total  OMITTED  when lost profits are not sought. This sum has been removed from pages 20 and 22 of PX222A.

All remaining changes conform the remaining figures to reflect the foregoing changes.


**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6641 | C: +1 (415) 439.9153
NSabri@mofo.com | www.mofo.com

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.