# EXHIBIT E

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4   JAN K. VODA, M.D.,               )
                                      )
 5         Plaintiff,                 )
                                      )        Case No. CIV-09-95-L
 6                                    )
                                      )
     v.                               )
 7                                    )
     MEDTRONIC INC., and              )
 8   MEDTRONIC VASCULAR, INC.,        )
                                      )
 9         Defendants.                )
                                      )
10

11
                       TRANSCRIPT OF JURY TRIAL
12                            VOLUME VI
                      HAD ON JANUARY 24TH, 2012
13              BEFORE THE HONORABLE TIM LEONARD
             UNITED STATES DISTRICT JUDGE, PRESIDING
14

15

16                      A P P E A R A N C E S

17        **Mr. Mitchell Stockwell** and **Mr. D. Clay Holloway**,
     KILPATRICK TOWNSEND, & STOCKTON, LLP, 1100 Peachtree Street,
18   Suite 2800, Atlanta, GA 30309, and Mr. **John A. Kenney**, MCAFEE &
     TAFT, Tenth Floor, Two Leadership Square, Oklahoma City, OK
19   73102, appearing for the plaintiff

20        **Mr. Steven M. Zager**, **Mr. Michael Simons**,
     **Mr. Christopher M. Mikson**, **Mr. James L. Duncan, III**, AKIN,
21   GUMP, STRAUSS, HAUER, & FELD, LLP, 2001 Market Street, Suite
     4100, Philadelphia, PA 19103, and **Mr. Phillip L. Free, Jr.**,
22   HALL, ESTILL, HARDWICK, GABLE, GOLDEN, & NELSON, P.C., 100
     North Broadway, Suite 2900, Oklahoma City, OK 73102, appearing
23   for the defendants

24

25
```

*B. JEANNE RING, RDR*
UNITED STATES COURT REPORTER
*200 NW 4th Street, Suite 3011E*
*Oklahoma City, OK 73102*
jeanne_ring@okwd.uscourts.gov - ph (405) 609-5603

Case 5:12-cv-00630-LHK Document 1906-6 Filed 06/06/14 Page 3 of 3
Case 5:09-cv-00095-L Document 305-1 Filed 03/16/12 Page 86 of 86

1179

```
 1            THE COURT:  Who is your next witness?
 2            MR. ZAGER:  Dr. Stephen Becker.  And he'll be our last
 3   witness.
 4            THE COURT:  Dr. Sanborn is not going to testify?
 5            MR. ZAGER:  No, Your Honor.  We've decided to pick a
 6   horse and ride it, so we won't be presenting the validity
 7   issues.
 8            THE COURT:  How long do you anticipate his testimony?
 9            MR. ZAGER:  I think he should be on and off today.
10   His direct is maybe 30, 40 minutes.  So --
11            THE COURT:  Okay.  Is he the one that got accosted
12   when he tried to get into the courthouse?
13            THE WITNESS:  Yes, Your Honor.
14            THE COURT:  We've had the occupy the courthouse folks
15   outside and I think they thought you were one of them.
16            MR. ZAGER:  It's what happens when you come from
17   Austin.
18            THE COURT:  Oh.  We always confiscate all Texans,
19   everything in their possession.
20       We'll be in recess.
21      (The following was reported by Lynn Lee:)
22          (Jury enters the courtroom.)
23      (Proceedings at the bench, out of the jury's hearing:)
24            THE COURT:  First, I don't want you to announce that
25   you rest after this witness, and secondly, is this witness
```