QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's Opposition to Apple's Motion for Permanent Injunction ("Opposition Brief").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Document | Portions to be Filed Under Seal[1] |
|---|---|
| Opposition Brief | See Highlighted Version of Document |
| Exhibit 1 to the Declaration of Michael L. Fazio in Opposition to Apple's Motion for Permanent Injunction ("Fazio Opp. Dec.") | See Highlighted Version of Document |
| Exhibit 2 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 3 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 4 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 5 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| The Declaration of Dr. Judith Chevalier in Opposition to Apple's Motion for Permanent Injunction ("Chevalier Declaration") | See Highlighted Version of Document |
| Exhibits 2, 4, 5 to the Chevalier Declaration | See Highlighted Version of Document |
| The Declaration of Dr. Tulin Erdem in Opposition to Apple's Motion for Permanent Injunction ("Erdem Declaration") | See Highlighted Version of Document |
| Exhibit 2 to the Erdem Declaration | See Highlighted Version of Document |
| The Declaration of Dr. David Reibstein in | See Highlighted Version of |

---

[1] Concurrently with this Administrative Motion, Samsung files versions of documents that highlight information Samsung requests be sealed in green, information Apple may consider confidential in yellow, and information third parties may consider confidential in blue. As explained *infra* at 2, after Apple and third parties file declarations in support of this Administrative Motion, Samsung will file revised highlighted versions of documents.

| Document | Portions to be Filed Under Seal[1] |
|---|---|
| Opposition to Apple's Motion for Permanent Injunction ("Reibstein Declaration") | Document |
| Exhibit 1 to the Reibstein Declaration | See Highlighted Version of Document |

Pursuant to the Court's January 29, 2014 Order, Case No. 11-cv-01846, Dkt. 2935, the confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing.  After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for requesting that portions of Samsung's and Opposition Brief and Exhibits be placed under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within seven days of Apple or any third party filing declarations in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and brief identifying what information parties have supported sealing in their declarations.

1  DATED: June 6, 2014     QUINN EMANUEL URQUHART &
                           SULLIVAN, LLP
2
3
4                            /s/ Michael L. Fazio
                           Kevin P.B. Johnson
5                          Victoria F. Maroulis
                           William C. Price
6                          Michael L. Fazio

7                          Attorneys for Defendants
8                          SAMSUNG ELECTRONICS CO., LTD.,
                           SAMSUNG ELECTRONICS AMERICA, INC.,
9                          and SAMSUNG TELECOMMUNICATIONS
                           AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28