1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion for Permanent Injunction ("Opposition Brief").

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition To Apple's Motion For Permanent Injunction ("Opposition Brief"). | See Highlighted Version of Document |
| Exhibit 1 to the Declaration of Michael L. Fazio in Opposition to Apple's Motion for Permanent Injunction ("Fazio Opp. Dec.") | See Highlighted Version of Document |
| Exhibit 2 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 3 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 4 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| Exhibit 5 to the Fazio Opp. Dec. | See Highlighted Version of Document |
| The Declaration of Dr. Judith Chevalier in Opposition to Apple's Motion for Permanent Injunction ("Chevalier Declaration") | See Highlighted Version of Document |
| Exhibits 2, 4, 5 to the Chevalier Declaration | See Highlighted Version of Document |
| The Declaration of Dr. Tulin Erdem in Opposition to Apple's Motion for Permanent Injunction ("Erdem Declaration") | See Highlighted Version of Document |
| Exhibit 2 to the Erdem Declaration | See Highlighted Version of Document |
| The Declaration of Dr. David Reibstein in Opposition to Apple's Motion for Permanent Injunction ("Reibstein Declaration") | See Highlighted Version of Document |
| Exhibit 1 to the Reibstein Declaration | See Highlighted Version of Document |

**IT IS SO ORDERED.**

1  DATED: _____       _____
2                                      The Honorable Lucy H. Koh
                                       United States District Judge