QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN OPPOSITION TO APPLE'S MOTION FOR PERMANENT INJUNCTION**<br><br>Date:  July 10, 2014<br>Time: 2:00 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 are true and correct copies of the Exhibit 25 to the August 2013 expert report of Christopher Vellturo in this action.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from Apple Inc.'s Further Supplemental Objections and Responses to Samsung's Interrogatories Nos. 1, 2, 3, 5, 9, 10, 25, 26, 27, 39, 40, 41, 42, 49, dated October 4, 2013, in which Apple sets forth its original response to Interrogatory No. 10, as well as three supplemental responses thereto.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the transcript of the deposition of Greg Joswiak taken July 9, 2013, in this action.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the transcript of the deposition of Philip Schiller taken July 23, 2013, in this action.

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the transcript of the deposition of B.J. Watrous taken July 12, 2013, in this action, and Exhibit 16 thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 6, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio