1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an administrative motion to seal Exhibit 2 to the Declaration of Marylee Robinson Regarding Supplemental Damages ("Robinson Declaration").  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit 2 to the Robinson Declaration | Portion(s) indicated by Samsung |

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                                                                        Hon. Lucy H. Koh
                                                                                        United States District Judge