# Exhibit 1

Case 5:12-cv-00630-LHK   Document 1908-5   Filed 06/06/14   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                EXHIBIT 1

# Summary of Apple Jury Awards, Supplemental Damages, and Prejudgment Interest

| | | |
|---|---:|---|
| Damages Award Not Subject to Retrial (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Damages Award at Retrial (November 21, 2013 Jury Verdict) | 290,456,793 | 2/ |
| **Total Jury Awards** | **$ 929,860,041** | |
| Supplemental Damages: August 25, 2012 through September 2012 | $ 24,337,154 | 3/ |
| Supplemental Damages: October 2012 through December 2013 | 156,662,870 | 3/ |
| **Total Supplemental Damages: August 25, 2012 through December 2013** | **$ 181,000,025** | |
| **Total Damages Award** | **$ 1,110,860,066** | |
| Prejudgment Interest on Jury Award (through July 10, 2014) | $ 4,047,540 | 4/ |
| Prejudgment Interest on Supplemental Damages | 338,246 | 5/ |
| **Total Prejudgment Interest** | **$ 4,385,786** | |
| **TOTAL FOR FINAL JUDGMENT** | **$ 1,115,245,852** | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/ Verdict Form, 11/21/13, p. 1.
3/ See EXHIBIT 2.
4/ See EXHIBIT 3.
5/ See EXHIBIT 4.