Exhibit 3

Case 5:12-cv-00630-LHK   Document 1908-8   Filed 06/06/14   Page 2 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Calculation of Prejudgment Interest on Jury Verdict
(Interest Calculated at T-Bill Rate, Compounded Annually through July 10, 2014 1/)

| 2010 | | | January-10 | February-10 | March-10 | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ | - | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 14,822,707 | $ 23,232,200 | $ 42,397,702 | $ 38,425,776 | $ 35,351,873 | $ 15,709,774 | $ 170,218,273 |
| | | | | | | | | | | | | | | | |
| Prior Month's Principal | | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 15,100,948 | $ 38,333,148 | $ 80,730,850 | $ 119,156,626 | |
| Prior Month's Damages | | | - | - | - | - | - | - | - | 278,241 | 14,822,707 | 23,232,200 | 42,397,702 | 38,425,776 | 35,351,873 | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | | | |
| Principal Available for Interest | | $ | - | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 15,100,948 | $ 38,333,148 | $ 80,730,850 | $ 119,156,626 | $ 154,508,499 | |
| | | | | | | | | | | | | | | | |
| Interest Earned | | $ | - | $ - | $ - | $ - | $ - | $ - | $ 67 | $ 3,272 | $ 8,306 | $ 15,473 | $ 24,824 | $ 37,340 | $ 89,282 |

| 2011 | | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ | 25,413,781 | 28,475,059 | 28,911,625 | 53,315,073 | 74,231,038 | 68,583,993 | 49,391,202 | 42,897,241 | 37,033,766 | 52,366,731 | 59,153,046 | 32,300,986 | $ 552,073,541 |
| | | | | | | | | | | | | | | | |
| Prior Month's Principal | | $ | 154,508,499 | 170,307,555 | 195,721,335 | 224,196,394 | 253,108,019 | 306,423,092 | 380,654,130 | 449,238,123 | 498,629,325 | 541,526,566 | 578,560,332 | 630,927,063 | |
| Prior Month's Damages | | | 15,709,774 | 25,413,781 | 28,475,059 | 28,911,625 | 53,315,073 | 74,231,038 | 68,583,993 | 49,391,202 | 42,897,241 | 37,033,766 | 52,366,731 | 59,153,046 | |
| Prior Year's Interest | 3/ | | 89,282 | | | | | | | | | | | | |
| Principal Available for Interest | | $ | 170,307,555 | 195,721,335 | 224,196,394 | 253,108,019 | 306,423,092 | 380,654,130 | 449,238,123 | 498,629,325 | 541,526,566 | 578,560,332 | 630,927,063 | 690,080,109 | |
| | | | | | | | | | | | | | | | |
| Interest Earned | | $ | 38,319 | 47,299 | 48,576 | 52,731 | 48,517 | 57,098 | 71,129 | 45,708 | 45,127 | 53,035 | 57,835 | 69,008 | $ 634,382 |

| 2012 | | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ | 46,429,921 | 31,484,976 | 39,332,985 | 48,164,530 | 23,572,565 | 18,583,250 | | | | | | | $ 207,568,228 |
| | | | | | | | | | | | | | | | |
| Prior Month's Principal | | $ | 690,080,109 | 723,015,478 | 769,445,399 | 800,930,375 | 840,263,360 | 888,427,890 | 912,000,455 | 930,583,705 | 930,583,705 | 930,583,705 | 930,583,705 | 930,583,705 | |
| Prior Month's Damages | | | 32,300,986 | 46,429,921 | 31,484,976 | 39,332,985 | 48,164,530 | 23,572,565 | 18,583,250 | - | - | - | - | - | |
| Prior Year's Interest | 3/ | | 634,382 | | | | | | | | | | | | |
| Principal Available for Interest | | $ | 723,015,478 | 769,445,399 | 800,930,375 | 840,263,360 | 888,427,890 | 912,000,455 | 930,583,705 | 930,583,705 | 930,583,705 | 930,583,705 | 930,583,705 | 930,583,705 | |
| | | | | | | | | | | | | | | | |
| Interest Earned | | $ | 72,302 | 102,593 | 126,814 | 126,040 | 140,668 | 144,400 | 147,342 | 139,588 | 139,588 | 139,588 | 139,588 | 124,078 | $ 1,542,586 |

| 2013 | | | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | |
| Prior Month's Principal | | $ | 930,583,705 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | |
| Prior Month's Damages | | | - | - | - | - | - | - | - | - | - | - | - | - | |
| Prior Year's Interest | | | 1,542,586 | | | | | | | | | | | | |
| Principal Available for Interest | | $ | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | 932,126,291 | |
| | | | | | | | | | | | | | | | |
| Interest Earned | | $ | 116,516 | 124,284 | 116,516 | 93,213 | 93,213 | 108,748 | 93,213 | 100,980 | 93,213 | 93,213 | 93,213 | 100,980 | $ 1,227,300 |

| 2014 | | | January-14 | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 | September-14 | October-14 | November-14 | December-14 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | | $ - | $ 929,860,041 |
| | | | | | | | | | | | | | | | | |
| Prior Month's Principal | | $ | 932,126,291 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | | |
| Prior Month's Damages | | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Prior Year's Interest | | | 1,227,300 | | | | | | | | | | | | | |
| Principal Available for Interest | | $ | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | 933,353,591 | | |
| | | | | | | | | | | | | | | | | |
| Interest Earned | | $ | 93,335 | 93,335 | 101,113 | 85,557 | 77,779 | 77,779 | 25,090 | | | | | | $ 553,991 | $ 4,047,540 |

Prepared by Stout Risius Ross
Page 1 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

**Sources/Notes:**

1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Jul-10* | *Aug-10* | *Sep-10* | *Oct-10* | *Nov-10* | *Dec-10* |
| 1-year Treasury constant maturity | | | | | | | *0.29%* | *0.26%* | *0.26%* | *0.23%* | *0.25%* | *0.29%* |
| Monthly interest rate | | | | | | | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% |
| | *Jan-11* | *Feb-11* | *Mar-11* | *Apr-11* | *May-11* | *Jun-11* | *Jul-11* | *Aug-11* | *Sep-11* | *Oct-11* | *Nov-11* | *Dec-11* |
| 1-year Treasury constant maturity | *0.27%* | *0.29%* | *0.26%* | *0.25%* | *0.19%* | *0.18%* | *0.19%* | *0.11%* | *0.10%* | *0.11%* | *0.11%* | *0.12%* |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| | *Jan-12* | *Feb-12* | *Mar-12* | *Apr-12* | *May-12* | *Jun-12* | *Jul-12* | *Aug-12* | *Sep-12* | *Oct-12* | *Nov-12* | *Dec-12* |
| 1-year Treasury constant maturity | *0.12%* | *0.16%* | *0.19%* | *0.18%* | *0.19%* | *0.19%* | *0.19%* | *0.18%* | *0.18%* | *0.18%* | *0.18%* | 0.16% |
| Monthly interest rate | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |
| | *Jan-13* | *Feb-13* | *Mar-13* | *Apr-13* | *May-13* | *Jun-13* | *Jul-13* | *Aug-13* | *Sep-13* | *Oct-13* | *Nov-13* | *Dec-13* |
| 1-year Treasury constant maturity | *0.15%* | *0.16%* | *0.15%* | *0.12%* | *0.12%* | *0.14%* | *0.12%* | *0.13%* | *0.12%* | *0.12%* | *0.12%* | *0.13%* |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| | *Jan-14* | *Feb-14* | *Mar-14* | *Apr-14* | *May-14* | *Jun-14* | *Jul-14* | | | | | |
| 1-year Treasury constant maturity | *0.12%* | *0.12%* | *0.13%* | *0.11%* | *0.10%* | *0.10%* | *0.10%* | | | | | |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | | | | | |

June through July 2014 monthly interest rate held constant from May 2014.

2/ See EXHIBIT 3.1.

3/ Interest has been compounded on a calendar year basis.