# Exhibit 3.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | Start Date | 2010 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Galaxy Tab | 8/4/2010 | | | - | - | 220 | 236,465 | 25,414 |
| Galaxy Tab 10.1 | 8/4/2010 | | | - | - | - | - | - |
| **Tablet Units** | | - | - | - | - | 220 | 236,465 | 25,414 |
| | | | | | | | | |
| Captivate | 8/4/2010 | | | 167,644 | 105,982 | 117,540 | 30,096 | 103,745 |
| Continuum | 8/4/2010 | | | - | - | 2,389 | 104,401 | 66,770 |
| Droid Charge | 8/4/2010 | | | - | - | - | - | - |
| Epic 4G | 8/4/2010 | | | 194,844 | 157,610 | 160,590 | 155,355 | 13,430 |
| Exhibit 4G | 8/4/2010 | | | - | - | - | - | - |
| Fascinate | 7/11/2008 | - | - | 49,190 | 491,801 | 329,939 | 81,703 | 74,573 |
| Galaxy Ace | n/a | | | | | | | |
| Galaxy Prevail | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S (i9000) | n/a | | | | | | | |
| Galaxy S 4G | 7/11/2008 | - | - | - | - | - | - | - |
| Galaxy S II (AT&T Edition, 4G) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Epic 4G Touch) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Skyrocket) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (T-Mobile edition) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S Showcase | 7/11/2008 | - | - | - | - | - | 15,890 | 15,610 |
| Gem | 8/4/2010 | | | - | - | - | - | - |
| Indulge | 8/4/2010 | | | - | - | - | - | - |
| Infuse 4G | 8/4/2010 | | | - | - | - | - | - |
| Mesmerize | 7/11/2008 | - | - | - | - | 32,620 | 68,780 | 18,230 |
| Nexus S 4G | 8/4/2010 | | | - | - | - | - | - |
| Replenish | 8/4/2010 | | | - | - | - | - | - |
| Transform 3/ | 11/30/2010 | | | | | | 1,680 | 15,620 |
| Vibrant | 7/11/2008 | 6,230 | 331,890 | 108,506 | 193,919 | 217,080 | 97,181 | 18,360 |
| **Smartphone Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,158 | 555,086 | 326,338 |
| | | | | | | | | |
| **Total Infringing Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,378 | 791,551 | 351,752 |
| | | | | | | | | |
| **Damages per Unit 3/** | | $ 44.66 | | | | | | |
| | | | | | | | | |
| **Damages** | | $ 278,241 | $ 14,822,707 | $ 23,232,200 | $ 42,397,702 | $ 38,425,776 | $ 35,351,873 | $ 15,709,774 |

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Galaxy Tab | 33,372 | 17,799 | 25,815 | 51,648 | 31,986 | 49,120 | 55,169 | 32,434 | 4,327 | 65,354 | 26,356 | 10,141 |
| Galaxy Tab 10.1 | - | - | - | - | 5,640 | 127,558 | 38,523 | 48,964 | 45,899 | 94,184 | 73,189 | 46,066 |
| **Tablet Units** | **33,372** | **17,799** | **25,815** | **51,648** | **37,626** | **176,678** | **93,692** | **81,398** | **50,226** | **159,538** | **99,545** | **56,207** |
| | | | | | | | | | | | | |
| Captivate | 93,485 | 88,043 | 47,819 | 41,468 | 27,690 | 100,537 | 84,038 | 77,167 | 20,087 | 24,648 | 31,850 | 21,608 |
| Continuum | 230 | (21) | 7,144 | 11,406 | 18,328 | 30,141 | 51,299 | 18,007 | 10,164 | (51) | (95) | 62 |
| Droid Charge | - | - | - | 213,600 | 107,890 | 130,577 | 95,049 | 53,405 | 6,964 | 28,491 | 31,767 | 31,623 |
| Epic 4G | 131,594 | 81,280 | 154,540 | 119,070 | 232,320 | 169,110 | 67,140 | 1,890 | - | 36,540 | 61,320 | 37,857 |
| Exhibit 4G | - | - | - | - | - | 117,781 | 26,986 | 61,128 | 44,221 | 15,117 | 17,873 | (33) |
| Fascinate | 107,877 | 7,350 | 45,525 | 121,909 | 46,583 | 29,420 | 34,191 | 6,260 | 7,872 | (36) | (180) | 49 |
| Galaxy Ace | | | | | | | | | | | | |
| Galaxy Prevail | - | - | - | 104,820 | 247,800 | 313,320 | 262,290 | 201,600 | 74,970 | 99,840 | 185,400 | 46,800 |
| Galaxy S (i9000) | | | | | | | | | | | | |
| Galaxy S 4G | - | 208,190 | 145,365 | 142,090 | 16,920 | 94,050 | 95,087 | 136,560 | 70,337 | 45,043 | 73,118 | 118,942 |
| Galaxy S II (AT&T Edition, 4G) | - | - | - | - | - | - | - | - | 110,319 | 156,116 | 101,115 | 16,111 |
| Galaxy S II (Epic 4G Touch) | - | - | - | - | - | - | - | 20 | 164,700 | 138,985 | 204,320 | 70,607 |
| Galaxy S II (Skyrocket) | - | - | - | - | - | - | - | - | - | 13,640 | 149,066 | 165,066 |
| Galaxy S II (T-Mobile edition) | - | - | - | - | - | - | - | - | - | 257,075 | 60,141 | 115,070 |
| Galaxy S Showcase | 13,500 | 10,610 | 14,090 | 25,290 | 24,909 | 28,285 | 29,288 | 33,788 | 10,995 | 3,159 | 26,347 | 12,755 |
| Gem | 17,920 | 16,240 | 62,976 | 55,864 | 27,186 | 70,417 | 47,533 | 28,724 | 25,440 | 18,097 | 4,104 | (400) |
| Indulge | - | 96,484 | 47,236 | (7) | (11) | (33) | 19,942 | 30,733 | 15,001 | 18,203 | 25,204 | 17,860 |
| Infuse 4G | - | - | - | 5,000 | 248,996 | 34,230 | 90,035 | 130,057 | 140,003 | 87,259 | 112,949 | 2,114 |
| Mesmerize | 47,170 | 45,040 | 57,170 | 88,061 | 61,429 | 56,793 | 375 | 23,471 | 30,672 | 56,199 | 60,213 | 10,746 |
| Nexus S 4G | - | - | - | 80,250 | 297,300 | 23,100 | 17,000 | 6,020 | - | - | 80,400 | (2) |
| Replenish | - | - | - | 81,940 | 217,410 | 139,185 | 59,680 | 42,549 | 47,245 | 14,660 | 20 | 198 |
| Transform 3/ | 91,980 | 65,560 | 31,750 | 49,770 | 44,220 | 22,050 | 32,280 | 27,720 | - | - | - | - |
| Vibrant | 31,903 | 1,000 | 7,920 | 1,580 | 5,485 | (1) | (4) | - | (6) | 2 | (2) | - |
| **Smartphone Units** | **535,659** | **619,776** | **621,535** | **1,142,111** | **1,624,455** | **1,358,962** | **1,012,209** | **879,099** | **778,984** | **1,012,987** | **1,224,930** | **667,033** |
| | | | | | | | | | | | | |
| **Total Infringing Units** | **569,031** | **637,575** | **647,350** | **1,193,759** | **1,662,081** | **1,535,640** | **1,105,901** | **960,497** | **829,210** | **1,172,525** | **1,324,475** | **723,240** |
| | | | | | | | | | | | | |
| **Damages per Unit 3/** | $ 44.66 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Damages** | | $ 25,413,781 | $ 28,475,059 | $ 28,911,625 | $ 53,315,073 | $ 74,231,038 | $ 68,583,993 | $ 49,391,202 | $ 42,897,241 | $ 37,033,766 | $ 52,366,731 | $ 59,153,046 | $ 32,300,986 |

Case 5:12-cv-00630-LHK   Document 1908-9   Filed 06/06/14   Page 4 of 4
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | 2012 Jan | Feb | Mar | Apr | May | June | Total |
|---|---|---|---|---|---|---|---|
| Galaxy Tab | 11,409 | 13,991 | 9,611 | 5,140 | 4,638 | 14,890 | 725,299 |
| Galaxy Tab 10.1 | 47,475 | 39,008 | 17,491 | (1,782) | 4,636 | (1,545) | 585,306 |
| **Tablet Units** | **58,884** | **52,999** | **27,102** | **3,358** | **9,274** | **13,345** | **1,310,605** |
| | | | | | | | |
| Captivate | (707) | (35) | (45) | (46) | 3 | (21) | 1,182,596 |
| Continuum | (9) | (3) | - | (6) | - | - | 320,156 |
| Droid Charge | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 805,920 |
| Epic 4G | 34,320 | 21,180 | 8,221 | 37,935 | - | (1) | 1,876,145 |
| Exhibit 4G | (16) | (14) | 13,992 | 1 | 6,004 | (9) | 303,031 |
| Fascinate | (72) | (28) | (29) | (11) | 6 | - | 1,433,892 |
| Galaxy Ace | | | | | | | |
| Galaxy Prevail | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 2,255,040 |
| Galaxy S (i9000) | | | | | | | |
| Galaxy S 4G | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 1,446,903 |
| Galaxy S II (AT&T Edition, 4G) | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | 573,639 |
| Galaxy S II (Epic 4G Touch) | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 1,675,160 |
| Galaxy S II (Skyrocket) | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 636,314 |
| Galaxy S II (T-Mobile edition) | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 1,251,578 |
| Galaxy S Showcase | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 417,499 |
| Gem | 548 | (348) | (87) | (86) | 222 | - | 374,350 |
| Indulge | - | - | (32) | - | - | - | 270,580 |
| Infuse 4G | 40,423 | 55,197 | 58,522 | 39,196 | 797 | (39) | 1,044,739 |
| Mesmerize | (157) | (136) | 10,424 | 90,809 | 28,990 | 878 | 787,777 |
| Nexus S 4G | 8,075 | (18,000) | 17,985 | - | - | - | 512,128 |
| Replenish | 126,360 | 78,480 | 55,560 | 64,750 | 10,410 | - | 938,447 |
| Transform 3/ | - | (4) | - | - | - | - | 382,626 |
| Vibrant | - | - | - | - | - | - | 1,021,043 |
| **Smartphone Units** | **980,712** | **651,970** | **853,589** | **1,075,077** | **518,531** | **402,746** | **19,509,563** |
| | | | | | | | |
| **Total Infringing Units** | **1,039,596** | **704,969** | **880,691** | **1,078,435** | **527,805** | **416,091** | **20,820,168** |

| | | |
|---|---|---|
| **Damages per Unit 3/** | $ | 44.66 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Damages** | $ | 46,429,921 | $ | 31,484,976 | $ | 39,332,985 | $ | 48,164,530 | $ | 23,572,565 | $ | 18,583,250 | $ | 929,860,041 |

**Sources/Notes:**

1/ STA and SEA unit sales per SAMNDCA00402075 and '4875335_1_Highly Confidential Attorneys Eyes Only Worldwide Accused Model 2012 2Q update.xls'.

2/ Unit sales calculated Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.

3/ See EXHIBIT 3.2.

Prepared by Stout Risius Ross
Page 3 of 3