Exhibit 3.2

## Analysis of Damages per Unit Based on
## the Jury Verdict

| | | |
|---|---:|---|
| Damages Award Not Subject to Retrial (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Damages Award at Retrial (November 21, 2013 Jury Verdict) | 290,456,793 | 2/ |
| **Total Damage Award** | $ 929,860,041 | |
| Total Infringing Units Sold | 20,820,168 | 3/ |
| **Average Damages Per Unit** | $ 44.66 | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/ Verdict Form, 11/21/13, p. 1.
3/ See EXHIBIT 3.1.

Prepared by Stout Risius Ross