# Exhibit 4

Case 5:12-cv-00630-LHK   Document 1908-11   Filed 06/06/14   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 4

## Calculation of Prejudgment Interest on Apple's Supplemental Damages
**(Interest Calculated at T-Bill Rate, Compounded Annually through July 10, 2014 1/)**

| 2012 | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | $ 5,914,361 | $ 18,422,793 | $ 26,503,616 | $ 38,511,119 | $ 13,027,507 | $ 102,379,397 |
| Prior Month's Principal | | - | - | - | - | - | - | - | - | - | 5,914,361 | 24,337,154 | 50,840,770 | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | 5,914,361 | 18,422,793 | 26,503,616 | 38,511,119 | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,914,361 | $ 24,337,154 | $ 50,840,770 | $ 89,351,890 | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 887 | $ 3,651 | $ 7,626 | $ 11,914 | $ 24,077 |

| 2013 | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $ 22,984,748 | $ 11,098,840 | $ 8,870,798 | $ 12,334,376 | $ 8,842,937 | $ 6,491,770 | $ 3,202,608 | $ 4,505,365 | $ 299,260 | $ (3,732) | $ (4,200) | $ (2,142) | $ 78,620,627 |
| Prior Month's Principal | 89,351,890 | 102,403,475 | 125,388,223 | 136,487,063 | 145,357,861 | 157,692,236 | 166,535,173 | 173,026,943 | 176,229,551 | 180,734,916 | 181,034,176 | 181,030,444 | |
| Prior Month's Damages | 13,027,507 | 22,984,748 | 11,098,840 | 8,870,798 | 12,334,376 | 8,842,937 | 6,491,770 | 3,202,608 | 4,505,365 | 299,260 | (3,732) | (4,200) | |
| Prior Year's Interest | 24,077 | | | | | | | | | | | | |
| Principal Available for Interest | $ 102,403,475 | $ 125,388,223 | $ 136,487,063 | $ 145,357,861 | $ 157,692,236 | $ 166,535,173 | $ 173,026,943 | $ 176,229,551 | $ 180,734,916 | $ 181,034,176 | $ 181,030,444 | $ 181,026,244 | |
| Interest Earned | $ 12,800 | $ 16,718 | $ 17,061 | $ 14,536 | $ 15,769 | $ 19,429 | $ 17,303 | $ 19,092 | $ 18,073 | $ 18,103 | $ 18,103 | $ 19,611 | $ 206,599 |

| 2014 | January-14 | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 | September-14 | October-14 | November-14 | December-14 | Subtotal | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 181,000,025 |
| Prior Month's Principal | 181,026,244 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | 181,230,701 | | |
| Prior Month's Damages | (2,142) | - | - | - | - | - | - | - | - | - | - | - | | |
| Prior Year's Interest | 206,599 | | | | | | | | | | | | | |
| Principal Available for Interest | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | $ 181,230,701 | | |
| Interest Earned | $ 18,123 | $ 18,123 | $ 19,633 | $ 16,613 | $ 15,103 | $ 15,103 | $ 4,872 | $ - | $ - | $ - | $ - | $ - | $ 107,569 | $ 338,246 |

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | | | | | | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | | | | | | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | | | | | | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |
| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.13% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | | | | | |
| 1-year Treasury constant maturity | 0.12% | 0.12% | 0.13% | 0.11% | 0.10% | 0.10% | 0.10% | | | | | |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | | | | | |

June through July 2014 monthly interest rate held constant from May 2014.
2/ See EXHIBIT 2.