Exhibit 5

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 5

**Daily Prejudgment Interest**
***(Starting July 11, 2014)***

| | | |
|---|---|---|
| Principal Available for Interest as of July 2014 | $ | 933,353,591  1/ |
| Last Available T-Bill Rate | | 0.10% 2/ |
| **Annual Interest Accrued** | $ | 933,354 |
| Days per Year | | 365 |
| **Daily Interest Accrued** | **$** | **2,557.13** |

**Sources/Notes:**

1/   EXHIBIT 3.

2/   1-year monthly T-Bill rate as of May 2014 per EXHIBIT 3.

Prepared by Stout Risius Ross