1   JOSH A. KREVITT (CA SBN 208552)                WILLIAM F. LEE
    jkrevitt@gibsondunn.com                        william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)                   WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                           HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP                    60 State Street
    1881 Page Mill Road                            Boston, MA 02109
4   Palo Alto, CA 94304-1211                       Telephone: (617) 526-6000
    Telephone: (650) 849-5300                      Facsimile: (617) 526-5000
5   Facsimile: (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)             MARK D. SELWYN (SBN 244180)
    hmcelhinny@mofo.com                            mark.selwyn@wilmerhale.com
7   JAMES P. BENNETT (CA SBN 65179)                WILMER CUTLER PICKERING
    jbennett@mofo.com                              HALE AND DORR LLP
8   JACK W. LONDEN (CA SBN 85776)                  950 Page Mill Road
    jlonden@mofo.com                               Palo Alto, California 94304
9   RACHEL KREVANS (CA SBN 116421)                 Telephone: (650) 858-6000
    rkrevans@mofo.com                              Facsimile: (650) 858-6100
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  MORRISON & FOERSTER LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

15  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20

21  APPLE INC., a California corporation,          Case No. 5:12-cv-00630-LHK (PSG)

22               Plaintiff,                        **DECLARATION OF NATHAN
                                                   SABRI IN SUPPORT OF APPLE'S
23        v.                                       OPPOSITION TO SAMSUNG'S
                                                   MOTION FOR JUDGMENT AS A
24  SAMSUNG ELECTRONICS CO., LTD., a               MATTER OF LAW PURSUANT
    Korean corporation; SAMSUNG                    TO FEDERAL RULE 50(B) AND
25  ELECTRONICS AMERICA, INC., a New               MOTION TO AMEND THE
    York corporation; and SAMSUNG                  JUDGMENT**
26  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
27
                 Defendant.
28

1    I, Nathan Sabri, hereby declare as follows:

2        1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple

3    Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4    knowledge of the matters stated herein or understand them to be true.  I submit this declaration in

5    support of Apple's Opposition to Samsung's Motion for Judgment as a Matter of Law Pursuant to

6    Federal Rule of Civil Procedure 50(b) and Motion to Amend the Judgment.

7        2.      Attached as **Exhibit A** hereto is a true and correct copy of an order issued in the

8    matter of *Apple Inc. v. Motorola, Inc.*, No. 1:11-cv-08540 (N.D. Ill. April 9, 2012), ECF No. 751.

9        3.      Attached as **Exhibit B** hereto is a true and correct copy of an order issued in the

10   matter of *Apple Inc. v. Motorola, Inc.*, No. 1:11-cv-08540 (N.D. Ill. March 19, 2012), ECF No.

11   671.

12       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th

13   day of June, 2014, in San Francisco, California.

14

15               */s/ Nathan Sabri*_____
                 Nathan Sabri

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

    I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has

4

concurred in this filing.

5

Dated:  June 6, 2014                          By:   _/s/ Rachel Krevans_

6

                                                    RACHEL KREVANS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sabri Decl. ISO Apple's Opp'n To Samsung's  Mot. for JMOL and Mot. to Amend Judgment
Case No.12-cv-00630-LHK (PSG)
sf-3424906

2