1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1907)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1    WHEREAS, on June 6, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") moved to seal
3 documents filed in connection with Samsung's Opposition to Apple's Motion for Permanent
4 Injunction (Dkt. No. 1907 ("Samsung's Opposition"));
5    WHEREAS, Nokia's current deadline to submit a declaration in support of sealing
6 documents filed in connection with Samsung's Opposition is June 10, 2014;
7    WHEREAS, the parties' counsel agree to extend by one week the deadline for Nokia's
8 declaration in support of sealing, *i.e.*, to June 17, 2014; and
9    WHEREAS, this stipulation and the corresponding extension of time will not require altering
10 any other deadline presently on calendar in this matter;
11 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the
12 deadline for Nokia to submit its declaration in support of sealing documents filed in connection with
13 Samsung's Opposition (Dkt. No 1907) shall be extended to June 17, 2014.

Dated: June 10, 2014            ALSTON & BIRD LLP


                                By: __/s/ Ryan W. Koppelman_____
                                    Ryan W. Koppelman
                                    *Attorneys for Attorneys for*
                                    *Non-Party NOKIA CORPORATION*


Dated: June 10, 2014            WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                By: __/s/ Mark D. Selwyn_____
                                    Mark D. Selwyn
                                    *Attorneys for Plaintiff and*
                                    *Counterclaim-Defendant APPLE, INC.*


Dated: June 10, 2014            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                By: __/s/ Michael L. Fazio_____
                                    Michael L. Fazio
                                    *Attorneys for Defendants and*
                                    *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
                                    *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
                                    *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | IT IS SO ORDERED.

5 | Dated: _____        _____
         Hon. Lucy H. Koh
         United States District Court Judge

## ATTESTATION

I, Ryan W. Koppelman, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that all of the above listed parties concurred in this filing.

Dated: June 10, 2014                          By:   */s/ Ryan W. Koppelman*
                                                             Ryan W. Koppelman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 10, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

                                                         */s/ Ryan W. Koppelman*
                                                         Ryan W. Koppelman