Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1907)** |

1  Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this response to Samsung's Administrative Motion to File Documents Under Seal ("Sealing Motion" at Docket No. 1907) which seeks to file under seal several documents attached to the Fazio Declaration (Docket No. 1907-1), including portions of the Declaration of Dr. Judith Chevalier, and portions of exhibits to the Declarations of Dr. Judith Chevalier and Dr. Tulin Erdem.  HTC understands the Chevalier Declaration and the Erdem Declaration and certain exhibits to them have been lodged by Samsung in Support of Samsung's Opposition to Apple's Motion for Permanent Injunction ("Opposition Brief").

HTC has been provided with certain pages of the above-referenced Chevalier Declarations and two exhibits to the Chevalier and Erdem Declarations.  Certain portions of certain pages have been highlighted.  HTC hereby moves that the highlighted portions of these documents lodged by Samsung be redacted from any public versions that filed from these declaration as the highlighted portions contain HTC Confidential Business Information.

The highlighted portions of the Chevalier Declaration and exhibits to the Chevalier and Erdem Declarations forwarded to HTC contain references to an earlier Agreement that was the subject of a motion to file under seal in the companion 2012 case between Apple and Samsung, Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the context of that 2012 motion to file under seal, HTC specially appeared because the Agreement that was the subject of that motion contained confidential HTC information.  As a result of HTC's pleadings and supporting declaration, this Court ordered that the Agreement be redacted before it was publicly filed.  (Docket No. 2192 in The First Apple/Samsung case).  HTC respectfully submits that the highlighted portions of the Chevalier Declaration and exhibits to the Chevalier and Erdem Declarations, referenced above, should be redacted because they contain confidential information found in the redacted Agreement this Court has already sealed.

I.  BACKGROUND

After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement, some of the terms of which are the subject of Samsung's current Motion to Seal.  During post-trial proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with

1  that lodging, filed a motion to file it under seal.  In response to this 2012 Motion to File Under Seal,
2  HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to
3  the accompanying Mosko Declaration) and the Lam Declaration (Docket No. 2186-1 in the First
4  Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
5  its position that this Agreement contained confidential information.   HTC specifically identified
6  those portions of the Agreement that contained confidential information, the basis for the
7  confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
8  Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
9  public.  (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the
10 accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of
11 this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

## II.   SAMSUNG'S CURRENT REQUEST

Samsung's Sealing Motion (Docket No. 1907) seeks an order to file portions of the Chevalier Declaration and exhibits to the Chevalier and Erdem Declarations referenced above, lodged in support of Samsung's Opposition to Apple's Motion for Permanent Injunction, under seal.  HTC understands that Samsung has lodged redacted versions of the declaration and exhibits, highlighted to reflect Samsung's beliefs as to which portions of these declarations contain HTC's confidential business information.

On June 9, 2014, Samsung provided a partial copy of the Chevalier Declaration and exhibits to the Chevalier and Erdem declarations to HTC, which included highlighted portions representing proposed redactions so that HTC could determine what portions were proposed to be redacted, and whether additional portions contained HTC confidential information.  (Mosko Decl. ¶5).  Through this pleading, HTC expresses its agreement with Samsung regarding the proposed redactions from any public versions of the Chevalier Declaration and exhibits to the Chevalier and Erdem Declarations.

## III.   ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

1    HTC supports Samsung's proposed redactions to the Chevalier Declaration and exhibits to
2 the Chevalier and Erdem Declarations because they encompass terms in the HTC/Apple Agreement
3 that this Court previously sealed.  Specifically, HTC seeks to exclude from the public versions all
4 references to the scope of the license, the products to which the license applies, and the royalty term.
5 On June 9, 2014, Samsung forwarded a copy of the proposed redactions to HTC.  Mosko Decl. ¶5.
6 This Court has previously excluded these terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc.*
7 *v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re*
8 *Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place
9 HTC at a competitive disadvantage, as stated in Lam declaration, attached as Exhibit 2 to the
10 accompanying Mosko Declaration.

11 Dated:  June 10, 2014                            FINNEGAN, HENDERSON, FARABOW,
12                                                                          GARRETT & DUNNER, LLP

13                                                              By:        */s/ Scott R. Mosko*
14                                                                             Scott R. Mosko
                                                                  Attorneys for Third Parties
15                                                                HTC America Inc., and HTC Corporation