1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  Stanford Research Park
4  3300 Hillview Avenue
   Palo Alto, California 94304-1203
5  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
6
7  Attorneys for Third Parties
   HTC America Inc., HTC Corporation
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | CASE NO. 5:12-cv-00630-LHK |
| 13              Plaintiff, | **DECLARATION OF SCOTT R.** |
| 14       v. | **MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND** |
| 15  SAMSUNG ELECTRONICS CO., LTD., a | **HTC CORPORATION'S RESPONSE** |
| 16  Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York | **TO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS** |
| 17  Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a | **UNDER SEAL (Docket No. 1907)** |
| 18  Delaware Limited Liability Company, | |
| 19              Defendants. | |

Mosko Declaration re HTC's Response to
Samsung's Mtn to Seal (Dkt. No. 1907)
Case No. 5:12-cv-00630-LHK

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district.  I submit this declaration in support of Third Parties HTC America, Inc., and HTC Corporation's Response to Apple Inc.'s Administrative Motion to File Documents Under Seal (Docket No. 1895).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. On June 9, 2014, Samsung provided me with a copy of the Fazio Declaration, Docket No. 1907-1, and the signature page (page 30), upon which highlights were found, of what I was told was the June 6, 2014, Dr. Judith Chevalier Declaration in support of Samsung's Opposition to Apple's Motion for Permanent Injunction ("Opposition Brief").  I was further told by Samsung that attached as an exhibit to this Chevalier Declaration was a lengthy report.  Samsung provided me with pages, 13, 31, 35-37, 56, 165, 173-178, 185, 187, 199, and 202-204 of this lengthy report that included highlights.  Samsung told me that these highlights were added to the report to show where, in Samsung's opinion Confidential Business Information was found.  In addition, I was provided with a copy of page 37 of what I was told came from the expert report of Dr. Tulin Erdem which was attached as an exhibit to the Declaration of Dr. Erdem in Support of Samsung's Opposition Brief.  This page also included highlights that I believe were added by Samsung to show where, in its opinion Confidential Business Information could be found.  Assuming the above-described versions

1

Mosko Declaration  re HTC's Response to
Samsung's  Mtn to Seal (Dkt. No. 1907)
Case No. 5:12-cv-00630-LHK

1  of the documents were what Samsung has lodged for filing under seal, I make this declaration in
2  support of HTC's motion seeking that the Court order that each of the highlighted portions of the
3  above-described documents is redacted before a public version of these documents is filed.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6      Executed this 10th day of June, 2014, at Palo Alto, California.

                                                */s/ Scott R. Mosko*

2

Mosko Declaration re HTC's Response to
Samsung's Mtn to Seal (Dkt. No. 1907)
Case No. 5:12-cv-00630-LHK