**[COUNSEL LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1907)** |

1  WHEREAS, on June 6, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") moved to seal documents filed in connection with Samsung's Opposition to Apple's Motion for Permanent Injunction (Dkt. No. 1907 ("Samsung's Opposition"));

WHEREAS, Apple's current deadline to submit a declaration in support of sealing documents filed in connection with Samsung's Opposition is June 10, 2014;

WHEREAS, the parties' counsel agree to extend by one week the deadline for Apple's declaration in support of sealing, *i.e.*, to June 17, 2014; and

WHEREAS, this stipulation and the corresponding extension of time will not require altering any other deadline presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for Apple to submit its declaration in support of sealing documents filed in connection with Samsung's Opposition (Dkt. No 1907)  shall be extended to June 17, 2014.

1  Dated:  June 9, 2014          WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
2
                                 By:     __/s/ Mark D. Selwyn_____
3                                        Mark D. Selwyn
                                         *Attorneys for Plaintiff and*
4                                        *Counterclaim-Defendant APPLE, INC.*

5

6  Dated: June 9, 2014           QUINN EMANUEL URQUHART & SULLIVAN, LLP

7
                                 By:     __/s/ Michael L. Fazio_____
8                                        Michael L. Fazio
                                         *Attorneys for Defendants and*
9                                        *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
                                         *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
10                                       *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:  June 11, 2014            By:  *Lucy H. Koh*

                                         Honorable Lucy H. Koh
                                         United States District Judge

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: June 9, 2014        By:        */s/ Mark D. Selwyn*
                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn