1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1907)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREAS, on June 6, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") moved to seal documents filed in connection with Samsung's Opposition to Apple's Motion for Permanent Injunction (Dkt. No. 1907 ("Samsung's Opposition"));

WHEREAS, Nokia's current deadline to submit a declaration in support of sealing documents filed in connection with Samsung's Opposition is June 10, 2014;

WHEREAS, the parties' counsel agree to extend by one week the deadline for Nokia's declaration in support of sealing, *i.e.*, to June 17, 2014; and

WHEREAS, this stipulation and the corresponding extension of time will not require altering any other deadline presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for Nokia to submit its declaration in support of sealing documents filed in connection with Samsung's Opposition (Dkt. No 1907) shall be extended to June 17, 2014.

1  Dated: June 10, 2014          ALSTON & BIRD LLP

3                                By: __/s/ Ryan W. Koppelman_____
                                     Ryan W. Koppelman
4                                    *Attorneys for Attorneys for*
                                     *Non-Party NOKIA CORPORATION*

6  Dated: June 10, 2014          WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

7                                By: __/s/ Mark D. Selwyn_____
8                                    Mark D. Selwyn
                                     *Attorneys for Plaintiff and*
9                                    *Counterclaim-Defendant APPLE, INC.*

11 Dated: June 10, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

13                               By: __/s/ Michael L. Fazio_____
                                     Michael L. Fazio
14                                   *Attorneys for Defendants and*
                                     *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
                                     *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
15                                   *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | IT IS SO ORDERED.

5 | Dated: __June 11, 2014__                     ___*Lucy H. Koh*___
6 |                                                            Hon. Lucy H. Koh
                                                               United States District Court Judge

## ATTESTATION

I, Ryan W. Koppelman, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that all of the above listed parties concurred in this filing.

Dated: June 10, 2014                By:   */s/ Ryan W. Koppelman*
                                          Ryan W. Koppelman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 10, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

                                          */s/ Ryan W. Koppelman*
                                          Ryan W. Koppelman