1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, CA 94304-1211
    Telephone: (650) 849-5300
5   Facsimile: (650) 849-5333

6   HAROLD J. McELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
7   JAMES P. BENNETT (CA SBN 65179)
    jbennett@mofo.com
8   JACK W. LONDEN (CA SBN 85776)
    jlonden@mofo.com
9   RACHEL KREVANS (CA SBN 116421)
    rkrevans@mofo.com
10  RUTH N. BORENSTEIN (CA SBN 133797)
    rborenstein@mofo.com
11  ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
12  MORRISON & FOERSTER LLP
    425 Market Street
13  San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
14  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

15  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

20  APPLE INC., a California corporation,

21              Plaintiff,

22        vs.

23
    SAMSUNG ELECTRONICS CO., LTD., a
24  Korean business entity; SAMSUNG
    ELECTRONICS AMERICA, INC., a New York
25  corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC, a
26  Delaware limited liability company,

27              Defendants.

28

Case No. 5:12-cv-00630-LHK (PSG)

**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1    I, Nathan Sabri, hereby declare as follows:

2    1.    I am an associate at the law firm of Morrison & Foerster LLP, counsel for Apple

3    Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law in the State of

4    California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and

5    would testify competently to those facts.

6    2.    Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's

7    Administrative Motion to Seal Apple's Reply in Support of Motion for Judgment as a Matter of

8    Law (Renewed), Amended Judgment, New Trial, and Damages Enhancements ("Apple's JMOL

9    Reply").  Apple's JMOL Reply, the Declaration of Christopher A. Vellturo in Support of Apple's

10   Motion for a Permanent Injunction and Motion for Supplemental Damages ("Vellturo

11   Declaration") and Exhibits 2 and 3 to the Vellturo Declaration contain information that Samsung

12   may assert should be sealed.

13   3.    Apple expects that Samsung will file the required supporting declaration in

14   accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information

15   contained in Apple's JMOL Reply, the Vellturo Declaration, and Exhibits 2 and 3 to the Vellturo

16   Declaration should be sealed.

17   4.    Apple does not maintain a claim of confidentiality with respect to the above

18   documents.

19   I declare under the penalty of perjury that the foregoing is true and correct to the best of

20   my knowledge and that this Declaration was executed this 13th day of June, 2014, in San

21   Francisco, California.

22

23   _/s/ Nathan Sabri_
     Nathan Sabri

24

25

26

27

28

DECLARATION OF NATHAN SABRI ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3427314

1

1

**ATTESTATION OF E-FILED SIGNATURE**

2       I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has

4   concurred in this filing.

5   Dated:   June 13, 2014                              */s/ Rachel Krevans*
                                                         Rachel Krevans
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NATHAN SABRI ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3427314

2