1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an administrative motion to seal Apple's Reply in Support of Motion for Judgment as a Matter of Law (Renewed), Amended Judgment, New Trial, and Damages Enhancements ("Apple's JMOL Reply"), the Declaration of Christopher A. Vellturo in Support of Apple's Motion for a Permanent Injunction and Motion for Supplemental Damages ("Vellturo Declaration") and Exhibits 2 and 3 to the Vellturo Declaration. The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Apple's JMOL Reply | Portion(s) indicated by Samsung. |
| Vellturo Declaration | Portion(s) indicated by Samsung. |
| Exhibits 2 and 3 to the Vellturo Declaration | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge