PLAINTIFF'S EXHIBIT NO. 3001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

**Apple v Samsung II Video DB**

**Denison, Justin (Vol. 01) - 07/18/2013**                                        1 CLIP  (RUNNING 00:02:14.765)

VIDEOGRAPHER: This is the start of tape     09:28 ...

DENISON_JUSTIN_DES              6 SEGMENTS  (RUNNING 00:02:14.765)

**1. PAGE 5:23 TO 5:24 (RUNNING 00:00:02.034)**

```
         23      Q.  Good morning, Mr. Denison.              09:30
         24      A.  Good morning.                           09:30
```

**2. PAGE 6:19 TO 7:02 (RUNNING 00:00:22.945)**

```
         19      Q.  What is your title at -- well, let me start with    09:30
         20  this:  Where do you work?                                   09:30
         21      A.  I work at Samsung Telecommunications America.       09:30
         22      Q.  STA?                                                09:30
         23      A.  Yes.                                                09:30
         24      Q.  Any position at SEC Samsung Electronics             09:30
         25  Corporation?  Do you hold a position at SEC?                09:30
   00007:01      A.  My understanding is STA is part of SEC, so I        09:30
         02  guess the answer to that would be yes.                      09:31
```

**3. PAGE 7:21 TO 8:02 (RUNNING 00:00:17.903)**

```
         21      Q.  So you understand in this case between Apple and    09:32
         22  Samsung, devices that are at issue, at least from           09:32
         23  Apple's point of view are smartphones and tablets and       09:32
         24  perhaps MP3 players, music players.  Do you understand      09:32
         25  that?                                                       09:32
   00008:01      A.  I do.                                               09:32
         02      Q.  Who designs those devices for Samsung?              09:32
```

**4. PAGE 8:04 TO 8:09 (RUNNING 00:00:21.171)**

```
         04      A.  I assume designers do.                              09:32
         05      Q.  Designers working for whom?                         09:32
         06      A.  Well, I think we've established that employees at   09:32
         07  STA and SEA ultimately are part of SEC.  So I would just    09:32
         08  say by extension, it would be an employee within Samsung    09:32
         09  Electronics Corporation.                                    09:32
```

**5. PAGE 8:21 TO 9:07 (RUNNING 00:00:38.450)**

```
         21      Q.  I'm not asking for any names or any groups.  I      09:33
         22  just want to know generally or confirm generally that it    09:33
         23  is SEC, Samsung Electronics Corporation, the Korean         09:33
         24  entity that actually designs the smartphones that are       09:33
         25  sold by Samsung?                                            09:33
   00009:01      A.  Again, what I can say is inasmuch as my             09:33
         02  understanding of the corporate structure holds, every       09:33
         03  subsidiary of Samsung Electronics Corporation I can say     09:33
         04  is part of Samsung Electronics Corporation.  So the         09:33
         05  design, regardless of which subsidiary it might occur       09:33
         06  within, ultimately is part of Samsung Electronics           09:33
         07  Corporation.                                                09:34
```

**6. PAGE 20:07 TO 20:14 (RUNNING 00:00:32.262)**

```
         07      Q.  Does STA write a check for the tablets that it      09:50
         08  receives?                                                   09:50
         09      A.  Again, I'm uncomfortable with the question          09:50
         10  because I'm not sure it is such a -- what is almost         09:50
         11  implied as an arm's length transaction.  We're all part     09:50
         12  of the same company.  So you know, shipping a tablet        09:51
         13  from what you are calling SEC to SEA or STA, we're all      09:51
```

Apple v Samsung II Video DB

```
14   part of the same company.                                    09:51
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:14.765)



**PLAINTIFF'S EXHIBIT NO. 3002**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

Apple v Samsung II Video DB

 **DiCarlo, Nick (Vol. 01) - 06/26/2013**                              1 CLIP  (RUNNING 00:01:38.504)

Okay.  So you're employed by Samsung, correct? ...

DICARLO_NICK_DES            4 SEGMENTS  (RUNNING 00:01:38.504)

**1. PAGE 8:09 TO 8:10  (RUNNING 00:00:05.503)**

```
            09              So, Mr. DiCarlo, as I said, my name is
            10  Mike Heyison.  I'm one of the lawyers for Apple.  I'm
```

**2. PAGE 8:16 TO 8:25  (RUNNING 00:00:35.911)**

```
            16       Q.   Okay.  So you're employed by Samsung, correct?
            17       A.   Samsung Telecommunications American.
            18       Q.   Okay.  And what is your job?
            19       A.   I'm the vice president of product planning and
            20  product marketing.
            21       Q.   Okay.  What are your duties and
            22  responsibilities as vice president?
            23       A.   I work with US carriers and a local marketing
            24  team and local STA staff to both plan our products and
            25  market them to carriers and consumers.
```

**3. PAGE 19:12 TO 19:16  (RUNNING 00:00:12.877)**

```
            12       Q.   So who is Samsung's largest competitor among
            13  the ones you named?
            14       A.   I think that based on market share, Apple
            15  would be the largest smartphone competitor in the -- in
            16  the US market.
```

**4. PAGE 200:17 TO 201:09  (RUNNING 00:00:44.213)**

```
            17       Q.   Is that one of Samsung's marketing strategies
            18  is -- to get more business is switch Apple customers to
            19  Samsung customers?
            20       A.   We've talked, you know, throughout the day
            21  today that, you know, our strategies, you know, evolve
            22  with the rapidly evolving market.  One of the
            23  dimensions, you know, in the kind of closer to today
            24  time horizon has been, you know, that Apple has a large
            25  population of users, and so if we can switch some of
      00201:01  them, there's -- there's a benefit to us in that.
            02  It's, you know, easy to say, hard to do kind of thing,
            03  so ...
            04       Q.   So the answer would be yes, you want to
            05  convert Apple --
            06       A.   To --
            07       Q.   -- customers to Samsung customers?
            08       A.   Today that's, you know, a viable portion of
            09  our strategy, yeah.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:38.504)



**PLAINTIFF'S EXHIBIT NO. 3003**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

Apple v Samsung II Video DB

Lee, Jun Won (Vol. 01) - 03/05/2012                                1 CLIP  (RUNNING 00:04:01.607)

Okay.  Who is your employer? ...

LEE_JUN_WON_DES              9 SEGMENTS  (RUNNING 00:04:01.607)

**1. PAGE 9:01 TO 9:11 (RUNNING 00:01:00.448)**

```
00009:01        Q    Okay.  Who is your employer?
      02        A    Samsung Electric -- Electronics.
      03        Q    Okay.  Are you employed by any other Samsung
      04   entity?
      05        A    No.
      06        Q    What is your job title?
      07        A    Director of licensing.
      08        Q    What are your duties and responsibilities as
      09   director of licensing?
      10        A    The licensing-related work in relation to
      11   mobile phones.
```

**2. PAGE 27:18 TO 27:19 (RUNNING 00:00:17.734)**

```
      18        Q    Okay.  You testified earlier that you met with
      19   Apple; correct?
```

**3. PAGE 27:21 TO 27:21 (RUNNING 00:00:01.793)**

```
      21             THE WITNESS:  Correct.
```

**4. PAGE 31:15 TO 31:16 (RUNNING 00:00:16.020)**

```
      15        Q    Please tell me in as much detail as you can
      16   what Apple said and what Samsung said.
```

**5. PAGE 31:18 TO 31:23 (RUNNING 00:00:50.807)**

```
      18             THE WITNESS:  Samsung mostly was listening to
      19   what Apple said in the first meeting.  Apple was talking
      20   about Samsung's smartphone infringed Apple phone's
      21   patents and design, so they were complaining about our
      22   infringement about Apple's patent and design in their
      23   phone.
```

**6. PAGE 33:21 TO 33:24 (RUNNING 00:00:33.365)**

```
      21        Q    Okay.  So at that first meeting that you
      22   attended, Mr. Lee, do you recall Apple stating that
      23   Samsung had copied Apple's products?
      24        A    Yes.
```

**7. PAGE 37:08 TO 37:09 (RUNNING 00:00:00.927)**

```
      08             (Exhibit 1 was marked for identification by the
      09             court reporter.)
```

**8. PAGE 37:21 TO 37:25 (RUNNING 00:00:41.410)**

```
      21        Q    Mr. Lee, you testified earlier that you thought
      22   that Apple made a written presentation at the first
      23   meeting you attended.
      24             Is this the written presentation that Apple
      25   provided at that meeting?
```

**9. PAGE 38:02 TO 38:05 (RUNNING 00:00:19.103)**

```
      02             THE WITNESS:  I don't remember the contents of
      03   this document entirely, but it appears to be the one.
      04             MR. HEYISON:  Okay.
```

**CONFIDENTIAL**                                                                 page 1

PLAINTIFF'S EXHIBIT NO. 3003, Page 1 of 2

**Apple v Samsung II Video DB**

    05        THE WITNESS:  To my recollection.

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:01.607) |
|---|

**PLAINTIFF'S EXHIBIT NO. 3004**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

Apple v Samsung II Video DB

 **Sheppard, Tim (Vol. 01) - 12/21/2011**                    1 CLIP (RUNNING 00:01:42.700)

Can you please state your name for ...

SHEPPARD_TIM_DES          6 SEGMENTS (RUNNING 00:01:42.700)         

**1. PAGE 6:12 TO 6:14 (RUNNING 00:00:03.610)**

```
         12      Q.   Can you please state your name for
         13   the record.
         14      A.   My name is Tim Sheppard.
```

**2. PAGE 19:23 TO 20:04 (RUNNING 00:00:18.428)**

```
         23      Q.   Do you understand that you're here
         24   to testify as a corporate witness for the
         25   knowledge of STA on certain topics, and you're
   00020:01   also going to be the corporate witness to
         02   testify on behalf of SEC on certain topics?
         03   Do you understand that?
         04      A.   Yes.
```

**3. PAGE 87:23 TO 88:07 (RUNNING 00:00:33.115)**

```
         23      Q.   And it says, "STA works with SEC to
         24   design, develop, test, commercialize and
         25   support Samsung telecommunication products
   00088:01   sold in the United States."
         02           Do you agree with that last
         03   statement?
         04      A.   I do.
         05      Q.   How does STA work with SEC to
         06   design telecommunication products sold in the
         07   United States?
```

**4. PAGE 88:10 TO 88:18 (RUNNING 00:00:28.591)**

```
         10      A.   Okay.  Very briefly, SEC has a
         11   corporate R&D team based in Suwon.
         12   BY MS. YOHANNAN:
         13      Q.   Based in?
         14      A.   Suwon, South Korea, which is the
         15   headquarters of SEC.  Inside the US market
         16   there are also teams working under direction
         17   from that corporate organization to design,
         18   develop, test and commercialize products.
```

**5. PAGE 188:09 TO 188:10 (RUNNING 00:00:04.180)**

```
         09      Q.   Does STA have a role in setting
         10   wholesale price?
```

**6. PAGE 188:12 TO 188:17 (RUNNING 00:00:14.776)**

```
         12      A.   Direct responsibility, no.  SEC
         13   sets the wholesale price.
         14   BY MS. YOHANNAN:
         15      Q.   SEC sets the wholesale price for a
         16   product being sold to a carrier?
         17      A.   Yes.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:42.700)

CONFIDENTIAL                                                                         page 1



**Case Clip(s) Detailed Report**
**Monday, April 14, 2014, 11:22:12 AM**



PLAINTIFF'S EXHIBIT NO. 3005
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

AvS 630

**Bonura, Dr. Thomas - 12/11/2012**                                1 CLIP  (RUNNING 00:04:59.023)

Bonura CDD Revised

**BONURA2**                6 SEGMENTS  (RUNNING 00:04:59.023)

**1. PAGE 25:15 TO 25:17  (RUNNING 00:00:11.930)**

```
       15         Q.   Putting aside the projects, do you
       16   have an understanding of the invention that's
       17   described in the 647 patent?
```

**2. PAGE 25:20 TO 26:07  (RUNNING 00:01:06.604)**

```
       20              THE WITNESS:  I can't put the
       21         projects aside, because that's all I know
       22         about.
       23         Q.   What were the name of the projects
       24   to which you're referring?
       25         A.   There was LiveDoc.  There was data
00026:01   detectors, also known as Apple data detectors,
       02   also known as structure detectors.  There was a
       03   project called LiveSimpleText.  There was a
       04   project called Eudora Live.  There was a project
       05   called OD Live, or OpenDoc Live, or Live
       06   OpenDoc.  I think that characterizes all of the
       07   terms I remember.
```

**3. PAGE 70:09 TO 70:11  (RUNNING 00:00:08.899)**

```
       09         Q.   Do you have an understanding of
       10   what it means to say software employs a client
       11   server model?
```

**4. PAGE 70:13 TO 70:22  (RUNNING 00:00:41.557)**

```
       13              THE WITNESS:  In general terms, I
       14         have an idea of what that might be.
       15         Q.   And what is that understanding?
       16         A.   In very general terms, and this
       17   may not be technically the most precise, but I
       18   looked at a client server model as a
       19   computational model where there exists some piece
       20   of software that executes and provides
       21   information to or receives information from
       22   another software component.
```

**5. PAGE 156:23 TO 158:03  (RUNNING 00:01:15.267)**

```
       23         Q.   If you will grab Exhibit 3.
       24         A.   Okay.
       25         Q.   I believe this is also an e-mail
00157:01   that you wrote?
       02         A.   Right.
       03         Q.   To Jim Miller, which you discussed
       04   earlier.
       05         A.   Yes.
       06         Q.   If you look at the fifth
       07   paragraph, there's a sentence that begins, "I am
       08   looking," do you see that?
       09         A.   Yes.
       10         Q.   It says, "I am looking into
       11   implementing the server" -- let me back up.  The
       12   sentence before that says, "Currently
       13   LiveSimpleText has a LiveDoc code, has LiveDoc
```

**CONFIDENTIAL**                                                                                                        page 1

Case Clip(s) Detailed Report
Monday, April 14, 2014, 11:22:12 AM

## AvS 630

```
          14  code linked into the application and also uses
          15  another application to dispatch content to
          16  various analyzers.  This is the analyzer
          17  server."  Do you see that?
          18        A.    I see that.
          19        Q.    And then it's written, "I am
          20  looking into implementing the server as a shared
          21  library rather than a first class application."
          22  Do you see that?
          23        A.    Yes.
          24        Q.    So it's fair to say that at least
          25  at this time you viewed the server as being able
00158:01  to be implemented as a shared library or as a
      02  first class application; is that fair to say?
      03        A.    I think that's fair.
```

### 6. PAGE 158:24 TO 160:12 (RUNNING 00:01:34.766)

```
          24        Q.    I believe you said there was a
          25  first or initial LISP-based version that was
00159:01  self-contained; is that correct?
      02        A.    That's correct.  We had all of the
      03  components that we discussed in one application
      04  space or address space.
      05        Q.    So that implementation did not
      06  involve a separate application; is that correct?
      07        A.    The initial one did not.
      08        Q.    Now, that implementation, that had
      09  functionality that performed the detection of
      10  structures and associated actions to those
      11  detected structures; is that correct?
      12        A.    That's correct.
      13        Q.    And also functionality or code
      14  that executed those selected actions once a user
      15  selected the actions?
      16        A.    That's correct.
      17        Q.    Would you characterize this
      18  implementation, this first LISP-based
      19  implementation, as implementing a client server
      20  model?
      21        A.    Not in the strict sense, no,
      22  because everything was -- there was no
      23  communication between separate processes
      24  required.  It was all in one place.
      25        Q.    So would it be analogous to more
00160:01  of a shared library type model?
      02        A.    More analogous to that.
      03        Q.    Would you characterize this LISP-
      04  based implementation as a systemwide service?
      05        A.    You could look at the LISP
      06  implementation as an entire system.
      07        Q.    So the functionality that performs
      08  the detection of structures and the associating
      09  of actions of those structures, would that
      10  functionality be -- would you characterize that
      11  as a systemwide service for that system?
      12        A.    Yes, for that system I would.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:59.023)**

**Case Clip(s) Detailed Report**
Thursday, April 17, 2014, 2:13:50 PM



PLAINTIFF'S EXHIBIT NO. 3006
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

## Apple v Samsung II Video DB

 **Schiller, Phil - 07/23/2013**                                       1 CLIP  (RUNNING 00:01:26.984)

List the features, sir. ...

SCHP_CD                          2 SEGMENTS  (RUNNING 00:01:26.984)

**1. PAGE 310:21 TO 311:11  (RUNNING 00:00:41.545)**

```
         21         Q.   List the features, sir.
         22         A.   So for example, you brought up earlier today
         23    slide to unlock.  And if -- I know from the list of
         24    many features on iPhone, that was a very important
         25    feature to us to help with ease of use because it's, in
00311:01       fact, the very thing you experience you when wake up a
         02    phone, is how you unlock the screen.  And we worked
         03    very hard on that feature to do slide to unlock.
         04              To the extent that Samsung has also used our
         05    slide to unlock feature, I believe that would
         06    contribute to ease of use of the product.
         07         Q.   That's one.
         08              Two?
         09         A.   Again, I am giving you examples.  I'm not
         10    going to have a long, exhaustive list because I haven't
         11    studied Samsung's products.
```

**2. PAGE 311:17 TO 312:05  (RUNNING 00:00:45.439)**

```
         17              THE WITNESS:  Another feature that we have
         18    talked a lot about with iPhone is the multitouch
         19    keyboard, because when we launched the iPhone, previous
         20    phones, if you call them smartphones, had physical
         21    keyboards.  So convincing customers that it would be a
         22    nice experience and easy to use a phone that didn't
         23    have a physical keyboard was a big challenge we had to
         24    take on.  So how the physical keyboard works, how you
         25    type, how you get the correct, I think it all adds up
00312:01       to the ease of use of the product.  I think that's
         02    another area.  To the extent that if Samsung products
         03    have similar features, you can infer that they also
         04    have end user benefits of ease of use like our products
         05    do.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:26.984)

**Case Clip(s) Detailed Report**
Friday, April 18, 2014, 7:51:03 AM

AvS 630

**PLAINTIFF'S EXHIBIT NO. 3007**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

 **Joswiak, Greg - 07/09/2013**                                    1 CLIP  (RUNNING 00:01:19.430)

 Are you -- do you have a list of features of ...

JOZ                     1 SEGMENT  (RUNNING 00:01:19.430)                       

1. PAGE 29:13 TO 30:12  (RUNNING 00:01:19.430)

```
         13        Q.   Are you aware of any survey data or market
         14   data, or any data of any nature, that sort of ranks
         15   what features are more important in terms of
         16   contributing to ease of use?
         17        A.   Not -- we don't typically ask for
         18   ingredients to ease of use when we survey our
         19   customers.  We would ask, is ease of use important,
         20   and again, it typically ranks among the top answers
         21   as to what was important to customers.  We generally
         22   don't dissect it with the ingredients that make that
         23   up.
         24        Q.   I heard you say that you generally don't do
         25   it.  So my question is:  Are you aware of any data at
 00030:01   all that tries to drill down on what features are
         02   more or less important as contributing to ease of
         03   use?
         04        A.   Again, we don't dissect that.  It hasn't
         05   been a -- it's been an area we have done very well
         06   with our customers.  Our scores are typically in the
         07   mid 90s as far as ease of use, satisfaction of ease
         08   of use for our products.  So it hasn't been something
         09   that we have had to do a lot of analysis to
         10   understand problem areas.  Typically, if you have a
         11   problem area, you might do a little bit more
         12   dissection.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:19.430)

Case Clip(s) Detailed Report
Thursday, April 17, 2014, 8:28:19 PM



PLAINTIFF'S EXHIBIT NO. 3008
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

# AvS 630

## Rangel, Art (Vol. 01) - 04/05/2012        1 CLIP  (RUNNING 00:00:23.334)

 Q:   And so what we see is that for easy to use ...

**RANGEL1**                    **1 SEGMENT  (RUNNING 00:00:23.334)**

1.  PAGE 147:10 TO 147:19  (RUNNING 00:00:23.334)

```
         10   You're familiar with -- with
         11   slide to unlock?
         12   A:   Yes.
         13   Q:   Okay. And again, is that something that
         14   you've ever surveyed consumers on separately?
         15   A:   That's, as far as I recall, always been on
         16   the iPhone. It's just part of iPhone-ness, if you
         17   will. And so kind of with the -- it goes with the
         18   ease of use and just what people assume an iPhone
         19   does.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:23.334)

**PLAINTIFF'S EXHIBIT NO. 3009**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

**Case Clip(s) Detailed Report**
Thursday, April 17, 2014, 8:12:15 PM

**AvS 630**

 **Chandler, Sarah - 09/20/2013**                                   **1 CLIP  (RUNNING 00:00:55.799)**

Are there any other reasons that Apple ...

| CHANDLER | 4 SEGMENTS  (RUNNING 00:00:55.799) |



**1. PAGE 12:03 TO 12:09  (RUNNING 00:00:20.700)**

```
03      Q.  Are there any other reasons that Apple
04   takes apart Samsung and other products?
05      A.  Yes, there are other reasons that we take
06   apart products.
07      Q.  And what are those?
08      A.  One might be to ensure that our
09   intellectual property is not being stolen.
```

**2. PAGE 19:15 TO 19:17  (RUNNING 00:00:10.400)**

```
15      Q.  Does Apple ever review competitors'
16   products for the purpose of trying to find ways to
17   improve its own product?
```

**3. PAGE 19:19 TO 19:19  (RUNNING 00:00:01.966)**

```
19          THE WITNESS:  Not that I know of.
```

**4. PAGE 19:21 TO 20:04  (RUNNING 00:00:22.733)**

```
21        Q.  To your knowledge, has that ever happened?
22        A.  Not to my knowledge.
23        Q.  To your knowledge, has Apple ever looked at
24   a competitor's product or its capabilities and
25   decided, based on that review, that Apple should
00020:01   pursue a similar capability that a competitor had?
02        A.  No.
03        Q.  Never happened?
04        A.  Not to my knowledge.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:55.799)**

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

AvS 630

**PLAINTIFF'S EXHIBIT NO. 3010**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

  Maccoun, James - 8/16/2013                                    1 CLIP  (RUNNING 00:15:22.134)

Good morning, Mr. Maccoun. ...

MACCOUN                    45 SEGMENTS  (RUNNING 00:15:22.134)

**1. PAGE 5:08 TO 5:09 (RUNNING 00:00:02.372)**

```
08      Q.  Good morning, Mr. Maccoun.
09      A.  Good morning.
```

**2. PAGE 5:19 TO 5:22 (RUNNING 00:00:11.103)**

```
19          Who are you currently employed by?
20      A.  I'm employed by Google Inc.                        09:39
21      Q.  How long have you been employed by Google?
22      A.  Since 2011.
```

**3. PAGE 6:04 TO 6:05 (RUNNING 00:00:02.914)**

```
04      Q.  Are you an attorney?                               09:38
05      A.  Yes, I am.
```

**4. PAGE 7:21 TO 7:24 (RUNNING 00:00:10.137)**

```
21      Q.  Do you understand that you are appearing today
22  as a corporate witness on behalf of Google to give
23  testimony in response to several of the topics in this
24  notice?
```

**5. PAGE 8:03 TO 8:04 (RUNNING 00:00:06.793)**

```
03          THE WITNESS:  I understand I'm here in response
04  to the -- this subpoena that I have in my hands.
```

**6. PAGE 13:09 TO 13:15 (RUNNING 00:00:23.233)**

```
09      Q.  I'm not sure that I understand your answer.  So
10  let me just ask you, Topic 28 asks for any agreement      09:51
11  with or request by Samsung to indemnify it for defense
12  costs and/or liability related to this litigation.  My
13  question to you is:  Is there any agreement with Samsung
14  to indemnify it for defense costs or liability related
15  to this litigation?                                        09:51
```

**7. PAGE 13:18 TO 13:21 (RUNNING 00:00:17.377)**

```
18          THE WITNESS:  There is a Mobile Applications
19  Development Agreement, and I understand that to be an
20  agreement between Google Inc. and Samsung relating to     09:52
21  indemnity and defense.
```

**8. PAGE 14:08 TO 14:11 (RUNNING 00:00:09.072)**

```
08          Pursuant to that agreement that you just
09  referred to, has Google agreed to indemnify Samsung for
10  any liability or defense costs associated with this       09:52
11  litigation?
```

**9. PAGE 14:16 TO 14:19 (RUNNING 00:00:35.986)**

```
16          THE WITNESS:  So I understand that Google is
17  defending Samsung and that this is reflected by emails.
18  The -- I think that's probably a good way to
19  characterize it.
```

**10. PAGE 15:09 TO 15:14 (RUNNING 00:00:03.391)**

```
       09          MR. STONE:  Would you please mark that as        09:55
       10    Exhibit 2, please.
       11          (Exhibit 2, Email string from Susan Kim to
       12          Daniel.ko@samsung.com, 12/7/12,
       13          GOOG-NDCAL630-00069118 - 124, marked for
       14          identification.)
```

**11. PAGE 15:15 TO 15:18 (RUNNING 00:00:07.143)**

```
       15    BY MR. STONE:                                           09:55
       16       Q.  Mr. Maccoun, have you seen what's been marked
       17    as Exhibit 2 before?
       18       A.  Yes, I have.
```

**12. PAGE 17:19 TO 17:23 (RUNNING 00:00:03.920)**

```
       19          MR. STONE:  Mark this as Exhibit 3, please.
       20          (Exhibit 3, Letter to Andy Rubin from
       21          JaeHyoung Kim, 4/5/12,
       22          GOOG-NDCAL630-00065923 - 24, marked for
       23          identification.)
```

**13. PAGE 17:24 TO 18:09 (RUNNING 00:00:38.443)**

```
       24    BY MR. STONE:
       25       Q.  Do you recognize what's been marked as.          09:59
   00018:01    Exhibit 3, Mr. Maccoun?
       02       A.  Yes, I do.
       03       Q.  What is it?
       04       A.  It's a letter from Samsung to Google.
       05       Q.  And was this letter Samsung's initial request    09:59
       06    to be indemnified for this litigation by Google?
       07       A.  I'm not aware of any earlier request.
       08       Q.  This is the first request that you're aware of;
       09    is that correct?
```

**14. PAGE 18:11 TO 18:12 (RUNNING 00:00:03.169)**

```
       11          THE WITNESS:  This is the first request that
       12    I'm aware of, yes.
```

**15. PAGE 19:09 TO 19:13 (RUNNING 00:00:16.410)**

```
       09       Q.  What is the Mobile Application Distribution
       10    Agreement?  I guess you referred to it as the M-A-D-A or   10:01
       11    MADA.
       12       A.  It's an agreement between Google and Samsung.
       13       Q.  What's the purpose of the agreement?
```

**16. PAGE 19:18 TO 19:25 (RUNNING 00:00:25.126)**

```
       18          THE WITNESS:  Well, I suppose it had a variety
       19    of purposes.  But one of them is to provide
       20    applications -- for Google to provide applications to   10:01
       21    Samsung.  But there were other purposes that are set
       22    forth in the agreement.
       23    BY MR. STONE:
       24       Q.  And I take it one provision of the agreement
       25    relates to indemnification of Samsung by Google?         10:02
```

**17. PAGE 20:03 TO 20:05 (RUNNING 00:00:06.131)**

```
       03          THE WITNESS:  So I recall that the MADA does
       04    have provisions relating to defense and indemnification.
       05    BY MR. STONE:                                            10:02
```

**18. PAGE 20:06 TO 20:07 (RUNNING 00:00:03.410)**

```
       06       Q.  And the same is true for the Strategic
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

AvS 630

```
            07  Marketing Agreement?
```
**19. PAGE 20:10 TO 20:15 (RUNNING 00:00:19.798)**
```
            10          THE WITNESS: Well, I -- it would be helpful to     10:02
            11  see it. But in general, I seem to recall that the
            12  Strategic Marketing Agreement simply incorporated the
            13  provisions of the MADA -- or stated something to the
            14  effect that the MADA would be similarly used.  Something
            15  like that.                                                 10:02
```
**20. PAGE 20:16 TO 20:21 (RUNNING 00:00:03.767)**
```
            16          MR. STONE: Would you please mark this as
            17  Exhibit 4.
            18          (Exhibit 4, Letter to JaeHyoung Kim and
            19          Seong-Woo Kim from Allen Lo, 5/21/12,
            20          GOOG-NDCAL630-00065935 - 37, marked for
            21          identification.)
```
**21. PAGE 20:22 TO 21:07 (RUNNING 00:00:48.844)**
```
            22          MR. STONE: Exhibit 3, which we were just
            23  looking at, was dated April 5th. And it was a letter of
            24  JaeHyoung Kim of Samsung to Mr. Andy Rubin of Google.
            25          Exhibit 4 is a letter from Allen Lo of Google,    10:03
    00021:01  Deputy General Counsel Patents and Patent Litigation, to
            02  JaeHyoung Kim. And it's dated May 21, 2012. Subject
            03  is: "Apple litigation alleged patent infringement."
            04       Q. Have you seen this exhibit before?
            05       A. Yes, I have.                                       10:04
            06       Q. Is this Google's response to Samsung's request
            07  for indemnification, dated April 5th, 2012?
```
**22. PAGE 21:10 TO 21:12 (RUNNING 00:00:07.987)**
```
            10          THE WITNESS: The document does state, in the       10:04
            11  first sentence, that it's a response to the letter of
            12  April 5th, 2012.
```
**23. PAGE 21:14 TO 21:16 (RUNNING 00:00:08.833)**
```
            14       Q. Okay. In this letter, did Google agree to
            15  indemnify Samsung for any of the claims in the             10:04
            16  litigation?
```
**24. PAGE 21:21 TO 22:01 (RUNNING 00:00:17.135)**
```
            21          THE WITNESS: So as I read it, Google's
            22  essentially offering to defend Samsung to the MADA and
            23  does offer to defend some -- some claims.
            24  BY MR. STONE:
            25       Q. Which claims does Google offer to defend in        10:05
    00022:01  this letter?
```
**25. PAGE 22:02 TO 22:04 (RUNNING 00:00:11.362)**
```
            02       A. It seems to be stated in this last full
            03  paragraph of the second page that -- more or less, the
            04  parameters.
```
**26. PAGE 22:05 TO 22:16 (RUNNING 00:00:59.466)**
```
            05       Q. Are you referring to the sentence that states:    10:06
            06  "We believe that Apple's allegations in Apple Inc.
            07  Versus Samsung Electronics Company Limited, et al., Case
            08  Number 511CV00630LHK, regarding asserted U.S. Patent
            09  Number" -- and then it refers to the '959 patent and the
            10  '604 patent -- "may fall within this obligation"?         10:07
            11       A. Yeah, but I believe that, more or less, is the
            12  essence of this.
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

```
           13       Q.  So is it your understanding that in this
           14  letter, Google's offering to indemnify Samsung for the
           15  claims made with respect to those two patents but not to    10:07
           16  any other claims in litigation?
```

**27. PAGE 22:18 TO 22:20 (RUNNING 00:00:22.839)**

```
           18            THE WITNESS:  So I believe that there is -- in
           19  the December -- December 5th email, there may be
           20  additional claims that Google is offering to defend.         10:08
```

**28. PAGE 27:16 TO 27:20 (RUNNING 00:00:17.036)**

```
           16       Q.  So Google is offering to defend and indemnify
           17  Samsung with respect to the claims regarding the '959
           18  and '604 patents and is requesting that Samsung tender
           19  the defense of those claims to it?  Is that what you
           20  understand this letter is doing?                             10:19
```

**29. PAGE 27:22 TO 28:02 (RUNNING 00:00:33.019)**

```
           22            THE WITNESS:  So Google is asking Samsung to
           23  tender the defense so that Google can defend Samsung.
           24  And that's really what I see this sentence saying.
           25  BY MR. STONE:                                                10:19
   00028:01       Q.  When you say "tender the defense," what does
           02  that mean, to tender the defense?
```

**30. PAGE 28:06 TO 28:07 (RUNNING 00:00:03.596)**

```
           06            THE WITNESS:  This is a requirement that's set
           07  forth in the MADA.
```

**31. PAGE 28:09 TO 28:09 (RUNNING 00:00:01.763)**

```
           09       Q.  And what is that requirement?
```

**32. PAGE 28:15 TO 28:18 (RUNNING 00:00:25.201)**

```
           15            THE WITNESS:  And so I understand it to be a       10:20
           16  legal term of art, more or less, allowing the indemnitor
           17  to control the litigation and defense.  That's more or
           18  less a summary of the idea.
```

**33. PAGE 32:18 TO 33:21 (RUNNING 00:02:27.411)**

```
           18       Q.  Mr. Maccoun, I'd like to turn back to what was
           19  previously marked as Exhibit 2 to your deposition,
           20  Exhibit 2, which is the December email.  Do you have        10:31
           21  that?
           22       A.  I do (indicating).
           23       Q.  On the second page, there is an email in the
           24  middle from Susan Kim of Google, dated December 5th,
           25  2012, re:  Google indemnification for Samsung.              10:31
   00033:01            Do you see that?
           02       A.  Yes.
           03       Q.  That's an email to Daniel Ko of Samsung; is
           04  that correct?
           05       A.  It appears to be.  It's -- I see his name in       10:32
           06  another email.
           07       Q.  Okay.
           08       A.  I see his last name in another email, which is
           09  part of a set.
           10       Q.  Okay.  And do you understand this email to set    10:32
           11  forth the terms of indemnification for Samsung for this
           12  litigation that Google has offered?
           13       A.  So the -- the terms are set forth in the MADA.
           14  But this is something which is Google offering to do in
           15  relationship to the MADA.                                   10:33
           16       Q.  In connection with the indemnification
```

```
            17   provision in the MADA, in this litigation Google is
            18   offering to indemnify Samsung as set forth in this
            19   email; correct?
            20        A.   So Google's offering to defend and indemnify,      10:33
            21   as set forth in this email, pursuant to the MADA.
```

**34. PAGE 33:22 TO 34:05 (RUNNING 00:00:34.710)**

```
            22        Q.   Okay.  The first paragraph of this email says,
            23   "For the '959 and '604 patents, Google will indemnify
            24   Samsung for Apple's allegations against the Quick Search
            25   Box."
   00034:01            Is that your understanding, that Google is
       02   offering to indemnify Samsung for the allegations in
       03   this case regarding the Quick Search Box?
       04        A.   So this is an offer that Google made.  I have
       05   no reason to believe that that has changed.                       10:34
```

**35. PAGE 34:16 TO 34:18 (RUNNING 00:00:10.667)**

```
            16        Q.   Okay.  Has Samsung tendered to Google the
            17   defense of the claims against the Quick Search Box with
            18   respect to the '959 and '604 patents?
```

**36. PAGE 34:20 TO 34:20 (RUNNING 00:00:02.414)**

```
            20            THE WITNESS:  So far as I know, it has.             10:35
```

**37. PAGE 34:22 TO 35:06 (RUNNING 00:00:50.638)**

```
            22        Q.   Well, if you turn to the next page of the
            23   exhibit, the one ending in Bates Number 120, this is an
            24   email, dated November 25th, 2012, from Daniel Ko at
            25   Samsung to Susan Kim and Chester Day of Google; correct?    10:36
   00035:01            Do you see that?
       02        A.   Yes, I do.
       03        Q.   And Mr. Ko of Samsung writes in this email
       04   that -- he's summarizing what Samsung and Google agreed
       05   so far regarding the Google's indemnification in this             10:36
       06   case; is that right?
```

**38. PAGE 35:09 TO 35:11 (RUNNING 00:00:14.238)**

```
            09            THE WITNESS:  So there is a sentence which
            10   states:  "I summarized what Samsung and Google agreed so     10:36
            11   far regarding the Google indemnification."
```

**39. PAGE 36:12 TO 36:14 (RUNNING 00:00:08.573)**

```
            12        Q.   Do you understand that Google has control and
            13   authority over the defense of the '959 and '604 patents
            14   in this litigation?
```

**40. PAGE 36:18 TO 36:19 (RUNNING 00:00:03.412)**

```
            18            THE WITNESS:  I have no reason to believe
            19   that's not the case.
```

**41. PAGE 37:17 TO 37:20 (RUNNING 00:00:16.045)**

```
            17        Q.   To prepare for your deposition today, did you
            18   make any inquiry into whether Google has tendered the
            19   defense of any of the claims in this litigation pursuant
            20   to the MADA indemnification provision?                       10:41
```

**42. PAGE 37:24 TO 38:04 (RUNNING 00:00:17.036)**

```
            24            THE WITNESS:  So I believe that, generally
            25   speaking, Samsung has made a tender and that Google is       10:41
   00038:01   defending with respect to those two patents.  But I
       02   don't have specific knowledge.
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

```
           03          And in answer to your question, I did not make
           04   a specific inquiry into that.
```

**43. PAGE 40:04 TO 40:14 (RUNNING 00:00:56.989)**

```
           04          Q.  Okay.  Paragraph 3 of Susan Kim's December 5,       10:45
           05   2012, email relates to the '414 patent.  It states:
           06   "Google will indemnify Samsung for Apple's allegations
           07   against Gmail pursuant to the terms of the MADAs."
           08          Is it your understanding that Google has
           09   offered to indemnify Samsung for Apple's allegations
           10   against Gmail with respect to the '414 patent?              10:45
           11       A.  So I -- I understand that this email offered
           12   that and -- basically to defend and, if necessary,
           13   indemnify.  I don't have any reason to believe that's
           14   changed.
```

**44. PAGE 46:08 TO 46:12 (RUNNING 00:00:28.225)**

```
           08       Q.  With respect to paragraphs 1, 2 and 3 in
           09   Susan Kim's December 5th email related to the '959,
           10   '604, '502, and '414 patents, each of those paragraphs     10:57
           11   states:  "Google will indemnify Samsung for certain of
           12   Apple's allegations."
```

**45. PAGE 46:15 TO 46:18 (RUNNING 00:00:25.000)**

```
           15          THE WITNESS:  So I see it as a general term         10:58
           16   relating to providing a defense against claims, and then
           17   can mean other things depending on the outcome of
           18   litigation.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:22.134) |
|---|