

**DEFENDANTS' EXHIBIT**
**DX - 501**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____By:_____

# Apple v. Samsung

 **Lee, JunWon (Vol. 01) - 03/05/2012**     **1 CLIP  (RUNNING 00:01:20.177)**

Samsung Counter Designations- cut 04-04-14 PM



**LEEJ-0305-SAMCNT03         4 SEGMENTS  (RUNNING 00:01:20.177)**

**1. PAGE 32:08 TO 32:08  (RUNNING 00:00:05.578)**

```
08      Q   What did Samsung say in response?
```

**2. PAGE 32:10 TO 32:12  (RUNNING 00:00:37.914)**

```
10          THE WITNESS:  Samsung contended that there was
11  no such infringement and also requested the evidences
12  for the contention of the infringement.
```

**3. PAGE 34:03 TO 34:05  (RUNNING 00:00:27.800)**

```
03      Q   And what, if any, reply did Samsung make to
04  Apple's assertion that Samsung had copied Apple's
05  products?
```

**4. PAGE 34:07 TO 34:08  (RUNNING 00:00:08.885)**

```
07          THE WITNESS:  I guess Samsung said it did not
08  copy.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:20.177)**



**DEFENDANT'S EXHIBIT
NO. 506..001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

## Apple v. Samsung



### Bonura, Thomas (Vol. 01) - 12/11/2012

**1 CLIP  (RUNNING 00:09:19.167)**

### Samsung Direct Clip

**BONURA-1211-SAMDIR05          18 SEGMENTS  (RUNNING 00:09:19.167)**

**1. PAGE 25:08 TO 25:09  (RUNNING 00:00:10.303)**

```
08         Q.   Do you have an understanding of
09   the invention claimed in the 647 patent?
```

**2. PAGE 25:12 TO 25:14  (RUNNING 00:00:12.150)**

```
12              THE WITNESS:  I certainly have an
13         understanding of the projects that I was
14         involved with that led to the 647 patent.
```

**3. PAGE 92:08 TO 92:11  (RUNNING 00:00:12.267)**

```
08         Q.   And do you recall as part of that
09   work that at some point when you were working on
10   the prototype you started to see performance
11   problems on the system?
```

**4. PAGE 92:13 TO 92:14  (RUNNING 00:00:07.505)**

```
13              THE WITNESS:  There were
14         performance issues.  I do recall, yeah.
```

**5. PAGE 92:16 TO 92:22  (RUNNING 00:00:30.414)**

```
16         Q.   What were those performance
17   issues?
18         A.   A little hazy, but I think one of
19   them was an issue that surfaced when we first
20   started using Apple data detectors and we were
21   communicating between LISP, LiveDoc and Apple
22   data detectors using Apple Events.
```

**6. PAGE 101:17 TO 102:05  (RUNNING 00:00:29.857)**

```
17         Q.   So Dr. Bonura, do you recognize
18   this e-mail?
19         A.   Yes, this was a reply from Dave to
20   me.
21         Q.   You can see at the top there it
22   says, "RE update on performance of LiveDoc," and
23   if you look back at Exhibit 1, I think that's the
24   same subject line.
25         A.   Yeah.  Looks like it.
00102:01        Q.   And he says, "Soon I will have a
02   shared library version of data detectors."
03         A.   Uh-huh.
04         Q.   Do you have an understanding of
05   what he meant by that?
```

**7. PAGE 102:08 TO 102:14  (RUNNING 00:00:28.391)**

```
08              THE WITNESS:  Yes.  A shared
09         library being a piece of code that could
10         be linked that the application developer
11         would link with their application and
12         compile build time and allow for the data
13         detectors code to operate within that
14         applications process space.
```

## Apple v. Samsung

**8. PAGE 103:06 TO 105:11  (RUNNING 00:03:40.617)**

```
        06                  Prior to November 26, 1996, do you
        07   recall any shared library version of data
        08   detectors?
        09        A.   I don't recall one.
        10        Q.   And do you recall who had the idea
        11   for a shared library version of data detectors?
        12        A.   I don't recall.
        13        Q.   Did you work on a shared library
        14   version of data detectors?
        15        A.   I did not personally.
        16        Q.   Now, referring back to Exhibit 1,
        17   you say in the second paragraph there, this is
        18   your e-mail earlier in the day to Jim Miller, in
        19   the second paragraph you say, "Conclusions I
        20   don't really know.  Everything I've been thinking
        21   regarding LiveDoc employs a client server model
        22   and hence strongly dependent on Apple Events."
        23        A.   Uh-huh.
        24        Q.   Do you have an understanding of
        25   what you meant by "client server model" in that
00104:01   paragraph?
        02        A.   I believe that my thinking was
        03   there would be a service that would be providing
        04   we could call it a LiveDoc service, if you will,
        05   that would be provided to any application that
        06   was interested in it.  And that service would
        07   analyze text and inform the application of what
        08   was found and would communicate with the
        09   application using Apple Events.  That was
        10   principally what I was thinking at the time.  And
        11   the idea being that it obviated the need for an
        12   application developer to essentially link to a
        13   static library, essentially incorporating code
        14   and it was a service, was sort of a systemwide
        15   service.  Just seemed like a good idea at the
        16   time.
        17                  So you have two kind of different
        18   approaches that you could see we were exploring.
        19   One where the capabilities were included in the
        20   application and the executable itself and another
        21   in which the capabilities were outside the
        22   application and the application would communicate
        23   with the service.  So there was just two
        24   approaches to the same problem.
        25        Q.   When you say two approaches,
00105:01   you're contrasting the client server model with
        02   the solution that Dave Wright proposed in
        03   Exhibit 2?
        04        A.   Uh-huh.  And there may have been
        05   other solutions that we entertained.  I can't
        06   recall them now.
        07        Q.   So you would -- would you consider
        08   the shared library solution that David Wright
        09   proposed as separate from the client server model
        10   that you had been thinking about in the LiveDoc
        11   model?
```

**9. PAGE 105:14 TO 105:17  (RUNNING 00:00:20.519)**

```
        14             THE WITNESS:  I would guess that
        15        it was a different thing.
        16             (Exhibit 3 was marked for
        17        identification.)
```

## Apple v. Samsung

**10. PAGE 105:19 TO 105:22  (RUNNING 00:00:08.027)**

```
19          Q.    And this is a relatively long
20   e-mail, so I'll try to save you -- see, it's
21   dated December 18, 1996?
22          A.    Uh-huh.
```

**11. PAGE 107:05 TO 108:10  (RUNNING 00:01:17.415)**

```
05          Q.    So you see it says the third
06   sentence down says, "I'm looking into
07   implementing the server as a shared library"?
08          A.    Uh-huh.
09          Q.    "Rather than the first class
10   application"?
11          A.    Uh-huh.
12          Q.    What does first class application
13   mean?
14          A.    An application that would run in
15   its own process.
16          Q.    Okay.  So you say, "I'm looking
17   into implementing the server as a shared library
18   rather than as a first class application."
19                So do you have an understanding
20   what that sentence means?
21          A.    Not really.  It doesn't sound
22   logical, since if I were talking about a
23   shared -- a server it wouldn't be a shared
24   library.
25          Q.    Okay.
00108:01        A.    So I am not quite sure what I was
02   talking about.
03          Q.    But you say a first class
04   application would be its own process?
05          A.    Yes.
06          Q.    Okay.
07          A.    That's what I would think.
08          Q.    So do you understand this to refer
09   to implementation of the analyzer server in its
10   own separate process?
```

**12. PAGE 108:13 TO 108:22  (RUNNING 00:00:22.122)**

```
13                THE WITNESS:  Yes.  That's what I
14          would interpret this to mean.  And that's
15          probably how it was running up to this
16          point.
17   BY MR. SUMMERS:
18          Q.    Did you implement it that way so
19   that various applications could call into the
20   analyzer server to have text analyzed?
21          A.    That was the goal.  That was the
22   intent.
```

**13. PAGE 168:03 TO 168:16  (RUNNING 00:00:29.681)**

```
03                And counsel for Apple asked you a
04   couple questions about this document and did you
05   tell me as well; is that correct?
06          A.    Uh-huh.
07          Q.    And specifically counsel asked you
08   about the sentence, the third one down saying, "I
09   am looking into implementing the servers as a
10   shared library rather than a first class
11   application."
12          A.    Yes.
13          Q.    I understood you to testify when I
14   asked you questions about this that shared
```

## Apple v. Samsung

```
15  library implementation was distinct from a client
16  server implementation; is that correct?
```

**14. PAGE 168:20 TO 168:25  (RUNNING 00:00:18.231)**

```
20          THE WITNESS:  It's --
21          constructurally it shares some
22          similarities with client server, but in
23          truth it's a different kind of
24          implementation, where a library is linked
25          to the application.
```

**15. PAGE 169:02 TO 169:05  (RUNNING 00:00:08.747)**

```
02          Q.  And is one of the differences that
03  a shared library wouldn't require the
04  interprocess communication that a client server
05  model requires?
```

**16. PAGE 169:08 TO 169:09  (RUNNING 00:00:02.911)**

```
08          THE WITNESS:  As far as I know
09          that's correct.
```

**17. PAGE 170:16 TO 170:19  (RUNNING 00:00:15.745)**

```
16          Q.  And do you recall at any time
17  prior to December of 1996 considering a shared
18  library as opposed to a client server model for
19  detecting structures in unstructured data?
```

**18. PAGE 170:22 TO 170:23  (RUNNING 00:00:04.265)**

```
22          THE WITNESS:  I really don't
23          recall.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:19.167)

**DEFENDANT'S EXHIBIT
NO. 514.001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

**Apple v. Samsung**

## Hall, Gary (Vol. 01) - 07/11/2013       1 CLIP  (RUNNING 00:06:17.243)

Samsung Direct Designations

**HALLG-0711-SAMDIR04          11 SEGMENTS  (RUNNING 00:06:17.243)**

**1. PAGE 7:04 TO 7:11 (RUNNING 00:00:18.136)**

```
       04            Before I do that, can you please state your    09:02
       05    full name on the record.                               09:02
       06       A.   Gary William Hall.                             09:02
       07       Q.   And your address?                              09:02
       08       A.   2186 Trousdale Drive, Burlingame,              09:02
       09    California 94010.                                      09:02
       10       Q.   Your current employment?                       09:02
       11       A.   Director of engineering at Zynga.              09:02
```

**2. PAGE 11:22 TO 12:21 (RUNNING 00:01:34.674)**

```
       22       Q.   Okay.  About what year did you start           09:08
       23    working on Windows CE?                                 09:08
       24       A.   That was late 2001 or early 2002.              09:08
       25       Q.   Gotcha.  And can you explain, just to make     09:08
    00012:01   sure I get it right, what Windows CE is and what     09:08
       02    Windows Mobile is?                                     09:08
       03       A.   Windows CE was the name of the operating       09:08
       04    system, the low-level operating system that            09:08
       05    applications were built on top of.  Windows Mobile     09:08
       06    was the loose name for the product that was on         09:08
       07    handheld devices at the time which was Windows CE      09:08
       08    plus applications.                                     09:08
       09       Q.   I see.  And did you work on both the           09:08
       10    operating system and the application side?             09:08
       11       A.   Mostly on the applications side.               09:08
       12       Q.   Which specific applications?                   09:09
       13       A.   ActiveSync and the protocol for ActiveSync.    09:09
       14       Q.   Can you explain what ActiveSync and the        09:09
       15    ActiveSync protocol are?                               09:09
       16       A.   ActiveSync was an application to               09:09
       17    synchronize personal information to your device:       09:09
       18    e-mail, contacts, calendar information.  And the       09:09
       19    protocol was what allowed us -- it was the data that   09:09
       20    allowed us to get the information from your computer   09:09
       21    initially to the phone.                                09:09
```

**3. PAGE 14:22 TO 15:09 (RUNNING 00:00:41.555)**

```
       22            BY MR. TANG:  Q.  And you continued to work    09:13
       23    on ActiveSync through the 2003 release; correct?       09:13
       24       A.   Yes.                                           09:13
       25       Q.   How long did you work on ActiveSync for?       09:13
    00015:01      A.   We did another release in 2005 called        09:13
       02    Magneto, and I was there through that release, and     09:13
       03    then I left partly through the 2006 release.           09:13
       04       Q.   Okay.  And is the Magneto release also         09:13
       05    known as Windows Mobile 5?                             09:13
       06       A.   Yes.                                           09:13
       07       Q.   Okay.  And I think you indicated that          09:13
       08    Windows Mobile 5 was released in 2005?                 09:13
       09       A.   To the best of my knowledge.                   09:13
```

**4. PAGE 30:04 TO 30:10 (RUNNING 00:00:17.237)**

```
       04       Q.   Was there an application on Windows            09:40
```

page 1

## Apple v. Samsung

```
       05  Mobile 5.0 for e-mail?                              09:40
       06      A.  Yes.                                        09:40
       07      Q.  Was there an application for contacts?      09:40
       08      A.  Yes.                                        09:40
       09      Q.  Was there an application for calendar?      09:40
       10      A.  Yes.                                        09:40
```

**5. PAGE 40:22 TO 41:11  (RUNNING 00:00:44.139)**

```
       22              All right.  Was there an interface within    09:58
       23  ActiveSync called PIM provider?                          09:58
       24      A.  Yes.  Now that you mention it, I do recall       09:58
       25  that interface.                                          09:58
  00041:01      Q.  Can you explain what it was.                    09:58
       02      A.  At a high level, we -- it was an                 09:58
       03  abstraction so that the synchronization process          09:58
       04  could say for each PIM provider, please do sync          09:59
       05  operations.  I want you to find out if there's new       09:59
       06  data on the client, if there's new data on the           09:59
       07  server, synchronize them, delete items if they -- if     09:59
       08  the server tells us they need to be deleted, et          09:59
       09  cetera.  E-mail, contacts, calendar were all             09:59
       10  abstracted behind a generic interface called PIM         09:59
       11  provider.                                                09:59
```

**6. PAGE 41:25 TO 42:03  (RUNNING 00:00:18.040)**

```
       25      Q.  So there were distinct provider classes          09:59
  00042:01  implementing the general provider interface, and        10:00
       02  those provider classes were specific to, for             10:00
       03  instance, calendar data, contacts data or mail data?     10:00
```

**7. PAGE 42:07 TO 42:07  (RUNNING 00:00:01.891)**

```
       07              THE WITNESS:  Yes.                            10:00
```

**8. PAGE 53:12 TO 53:14  (RUNNING 00:00:18.423)**

```
       12              BY MR. TANG:  Q.  Now, was this a design     10:36
       13  decision to allow ActiveSync to synchronize without      10:36
       14  disrupting the operation of the PIM application?         10:36
```

**9. PAGE 53:16 TO 54:06  (RUNNING 00:00:46.550)**

```
       16              THE WITNESS:  Yes, it was.                   10:36
       17              BY MR. TANG:  Q.  Were you part of that      10:36
       18  decision-making process?                                 10:36
       19      A.  The decision was made before I got there,        10:36
       20  but we maintained it.                                    10:36
       21      Q.  Do you know what the rationale for the           10:36
       22  decision was?                                            10:36
       23      A.  Yes.                                             10:36
       24      Q.  What was it?                                     10:36
       25      A.  If you're using your e-mail, writing             10:36
  00054:01  e-mail, as soon as you send that e-mail, we wanted      10:37
       02  it to be sent immediately, but you were likely still     10:37
       03  within your e-mail application reading, writing,         10:37
       04  doing other things.  So we needed to be able to          10:37
       05  synchronize in the background, and by the background    10:37
       06  I mean in a parallel process unbeknownst to you.         10:37
```

**10. PAGE 54:22 TO 55:06  (RUNNING 00:00:40.962)**

```
       22              BY MR. TANG:  Q.  Is it also true that --    10:38
       23  it's also true that ActiveSync allowed for scheduled     10:38
       24  synchronization and downloading code information         10:38
       25  from the server not initiated by user operation;         10:39
  00055:01  correct?                                                10:39
       02      A.  Correct.                                         10:39
```

DEFENDANT'S EXHIBIT NO. 514.003

## Apple v. Samsung

```
03      Q.  Did those scheduled synchronization        10:39
04 operations also execute in the background without   10:39
05 disrupting or freezing the user's operation of the  10:39
06 PIM application?                                    10:39
```

**11. PAGE 55:08 TO 55:20  (RUNNING 00:00:35.636)**

```
08           THE WITNESS:  Yes, they did.              10:39
09           BY MR. TANG:  Q.  And was that a conscious 10:39
10 design decision?                                    10:39
11      A.  Yes.                                       10:39
12      Q.  And can you explain the rationale for that. 10:39
13      A.  Basically, there's always an intent to not 10:39
14 interrupt the user in a way that they're using the  10:39
15 device.  So anything ActiveSync did always had to be 10:39
16 done in a nondisruptive way.  We had to deal with   10:39
17 any issues that might appear that cause glitchy     10:39
18 performance or disable you from updating a contact, 10:39
19 those kinds of things.  It was always a design     10:39
20 pillar.                                             10:40
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:17.243)**