all tech considered

**DEFENDANT'S EXHIBIT NO. 520**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

# From The Birth Of The iPhone To An Era Of Lawsuits

by STEVE HENN

March 26, 2014   6:54 PM

**Listen to the Story**

All Things Considered                              4 min 22 sec


*Courtesy of Apple*

Next week Apple and Samsung are heading back to court. The two technology giants have been locked in an ongoing patent battle for years.

Round 1 went to Apple, with the Cupertino company winning a patent infringement case and a jury award that was initially larger than $1 billion. In Round 2 the stakes could be even higher, and within Apple this notion that the company's competitors stole its ideas is a grievance that many engineers and executives simply cannot let go.

Until this week Greg Christie had never spoken publicly about his role designing the software and operating system for the first iPhone. Christie manages the software designers who shape Apple's human and machine interfaces.

We met in a tiny, windowless room in Apple's Cupertino headquarters.

This room was the birthplace of the iPhone — and even after a remodeling it's still not an impressive place. The office is next to a bathroom that occasionally leaks. A decade ago it was outfitted with a stained carpet, a tattered poster of a chicken, and castoff furniture. But it was completely secure.

"You know, the cleaning crews weren't allowed in here because

there were these sliding whiteboards along the wall," Christie said. "We wouldn't erase them. They became part of the design conversation."

To get in you needed a special code. Inside, Christie, his team and Steve Jobs hashed out the ideas that became the iPhone.

Years later when Jobs and Tim Cook would talk about the experience of using this phone they tended to use language like intuitive — and simple.

"It just works," is how Jobs often described it.

The iPhone was so easy to use, a baby could pick it up and flip through pictures.

The design choices built into its software seem obvious. But when Christie was first pulled into the project nearly 10 years ago, he and his team were confronted by a blank screen.

Very little of this seemingly intuitive software existed.

"The early demos of the phone were like sketches," he said. "They were like idea fragments. I don't have the right words to describe it. It wasn't like this was a complete phone call experience — it wasn't end to end on anything."

No one had built a phone without buttons before. A touch screen offered software designers like Christie freedom, but there was no design language they could grab on to.

How would you turn this phone on? How would voice mail work; how would you open an app, or answer a call?

"These guys would basically be tasked with, from scratch, redefining a cellphone, a smartphone," said Greg Joswiak, who was part of the original marketing team.

"There were literally a thousand things these guys would have to invent," Joswiak said.

They came up with multiple solutions for every little problem, try them out, tweak, and start over. It was painful and slow.

"Steve was growing increasingly frustrated each time we reviewed it with him," Christie said. "He wanted to see a path."

Jobs wanted a product, not fragments or rough ideas of how something could work. And so in 2005 he issued an ultimatum: Christie's team was given two weeks to come up with something real — or Jobs would find another team of designers.

Christie had come to Apple years earlier — in the '90s, during Apple's dark period — before Jobs returned to the company. Christie came because he wanted to work on the Newton, Apple's first mobile device.

"I was convinced that very, very interesting things can start happening when you have software running in everyone's pocket," he said. The idea of being able to access the Internet from anywhere seemed remarkable.

Ultimately, the Newton failed in the marketplace. The project was killed in the late 1990s. For Christie it was like losing his chance to play professional baseball — nothing was ever going to be quite as good.

And then he was asked to work on the iPhone.

"Like a decade later," he said. "As if somehow time has no effect on you — the aging process has stopped and you get that phone call you get to make it out of triple A."

This was his dream. That's what this phone project was for him. And now in early 2005 — with Jobs frustrated and angry — Christie worried that he was about to blow it.

Over the next two weeks his team worked nonstop, slowly weaving its "idea fragments" into a cohesive whole.

They slept at the office and managers booked them into a nearby hotel. The team members were so fried, the managers wanted to keep them off the roads

Slowly, they knit together a vision of how this phone would work.

"I have no doubt that if I could resurrect that demo and show it to you now you would have no problem recognizing it as an iPhone,"

Christie said.

When Jobs walked into their dingy little windowless room, Christie knew they would keep the project.

"Yeah. We got it," Christie said. "And that was the reaction from Steve: He was blown away by that demo."

It took nearly two more years before those ideas would be unveiled to the world as the iPhone. In the end, Christie and his team ended up shaping a device which hundreds of millions of people now carry in their pockets. Gestures they created are now second nature for millions of us.

And today, on the eve of Apple's second patent trial with Samsung, he insists that company simply ripped him off.

He says when you pick up a Samsung phone, "you go from app to app and you start recognizing things." Little things — like where controls were placed — and big things.

"It's not just the possible arrangement of controls but what the controls do, what we enable the customer to do," Christie says.

The iPhone went on sale in 2007 and by late 2008 Android phones began to hit the market.

In its upcoming lawsuit with Samsung, Apple claims its rival should have to pay $40 per phone to license Apple's ideas — including tiny little things like the slide-to-unlock screen.

It's a claim many patent experts have called ludicrous, pointing out that hundreds of thousands of patented technologies go into every phone.

Samsung declined to comment for this story, saying only that the company preferred to make its case in court.

In court documents, Samsung's attorneys have argued that some of Apple's ideas were so obvious they shouldn't be patented at all.

And Samsung is also countersuing, saying that Apple stole some of its patents — including ones Apple needed to make its video calling app, FaceTime, a reality.

As these lawsuits have dragged on year after year, both sides have spent countless hours and tens of millions of dollars on litigation.

It's become more difficult for Apple executives to explain why the company can't let this litigation go — why they don't stop fighting about the past and focus on building the future.

And questions like that can set them off.

Christie and leaders at Apple believe they were ripped off. Within Apple this isn't really seen as a battle for market share or profits or lost revenue.

In fact, the feelings driving these lawsuits may not be rational at all. Apple's executives insist Samsung stole their ideas, and they tend to see this legal fight as a battle over right and wrong.

The latest case is scheduled to go to court next week.

samsung    apple    iphone

**older**
Backlash To Facebook Buying Virtual Reality Firm Comes Swiftly

About

Subscribe

Technology Podcast

©2014 NPR

| WSJ | WSJ LIVE | MARKETWATCH | BARRON'S | Portfolio | ... | THE SHOPS | MORE |

News, Quotes, Companies, Videos    SEARCH

Subscribe   Log In

## TECH

SUBSCRIBE NOW

TOP STORIES IN TECH

 **Facebook to Buy Virtual Reality Firm fo...** (1 of 12)

 **Apple Engineer Recalls iPhone's Birth** (2 of 12)

 **Find the Phone That Fits Your Hand** (3 of 12)

**Consumers See Payout from E-book Settle...** (4 of 12)

TECHNOLOGY

# Apple Engineer Recalls the iPhone's Birth
### Jobs's Ultimatum: Lay Out a Vision Fast or Lose the Project

Email | Print | Save | Comments

🔑 **ARTICLE FREE PASS**
Enjoy your free sample of exclusive subscriber content

**ONLY $1 A WEEK FOR 12 WEEKS**
SUBSCRIBE NOW »

By **DAISUKE WAKABAYASHI**   CONNECT
March 25, 2014 7:53 p.m. ET

In February 2005, Apple Inc. (AAPL +1.08%) 's then chief executive, Steve Jobs, gave senior software engineer Greg Christie an ultimatum.



Steve Jobs introducing the iPhone in San Francisco on Jan. 9, 2007 *Zuma Press*

Mr. Christie's team had been struggling for months to lay out the software vision for what would become the iPhone as well as how the parts would work together. Now, Mr. Jobs said the team had two weeks or he would assign the project to another group.

"Steve had pretty much had it," said Mr. Christie, who still heads Apple's user-interface team. "He wanted bigger ideas and bigger concepts."

Mr. Christie's team devised many iPhone features, such as swiping to unlock the phone, placing calls from the address book, and a touch-based music player. The iPhone ditched the keyboard then common on advanced phones for a display that covered the device's entire surface, and it ran software that more closely resembled personal-computer programs.

Mr. Christie has never publicly discussed the early development of the iPhone. But Apple made him available on the eve of a new patent-infringement trial against Samsung Electronics Co. (005930.SE +3.37%) to highlight a key element of its legal strategy—just how innovative the iPhone was in 2007, when it arrived.

**Related**
Consumers To Get Payout From E-Book Settlement

Since then, Apple has sold more than 470 million iPhones. The phone is now the subject of patent disputes around the world between Apple and Samsung, the two biggest and most profitable smartphone makers. Apple contends that Samsung copied its designs and software features, while Samsung argues that many iPhone and iPad innovations aren't exclusive to Apple.

In an earlier trial in U.S. district court in San Jose, Calif., juries ordered Samsung to pay Apple $930 million for infringing other Apple patents. Samsung is appealing the decision.

The next round starts Monday. Apple claims Samsung infringed on five more of its patents, including the "slide to unlock" feature for which Mr. Christie is listed as an



See how ▶

**Popular Now**   What's This?

**ARTICLES**

1  **Malaysia Flight 370 Sent Final 'Partial Ping' That Could Aid Probe**


2  **Opinion: Putin's Challenge to the West**


3  **Facebook to Buy Virtual Reality Firm for $2 Billion**


4  **Sick Again? Why Some Colds Won't Go Away**


5  **Should You Hit the Snooze Button?**


**VIDEO**

1  

Case 5:12-cv-00630-LHK   Document 1922   Filed 06/16/14   Page 7 of 20

DEFENDANT'S EXHIBIT NO. 520.007

inventor. Samsung counters that Apple has violated two of its patents. The damages could be larger than those awarded in the earlier trial, because this case covers features in more recent phones that sold in greater volume.

A Samsung spokesman declined to comment.



A system created by Apple to test early iPhone software in 2006. It tethered a plastic touch-screen device—code-named 'Wallaby'—to an outdated Mac to simulate the slower speeds of a phone hardware. *Apple*

Mr. Christie joined Apple in 1996 to work on the Newton, the short-lived personal-digital assistant that had a touch screen controlled by a stylus. But the Newton proved to be ahead of its time—too big, too expensive, with software that was too balky. Despite the failure, Mr. Christie remained intrigued by the potential of a powerful computing device that could fit in a pocket.

In late 2004, Mr. Christie was working on software for Apple's Macintosh computers when Scott Forstall, a senior member of the company's software team, walked into his office, closed the door and asked if he wanted to work on a secret project, codenamed "purple." The team would develop a phone with an integrated music player, operated by a touch screen.

By that time, Mr. Jobs had revived Apple and focused it around key products, including the iPod. Greg Joswiak, Apple's vice president of iPhone and iOS product marketing, monitored other phone makers for signs of a handset that integrated a music player, threatening the iPod.

Mr. Christie's team pored over details like the perfect speed for scrolling lists on the phone and the natural feel of bouncing back when arriving at the end of a list. He said his team "banged their head against the wall" over how to change text messages from a chronological list of individual messages to a series of separate ongoing conversations similar to instant messaging on a computer.

He also said the team was "shockingly small." Apple declined to specify the number of members.

For several months, Mr. Christie made twice-monthly presentations to Mr. Jobs in a windowless meeting room on the second floor of Apple's Cupertino, Calif., headquarters. Only a handful of employees had access to the room; cleaning people weren't allowed in.

The day after Mr. Christie's team finally impressed Mr. Jobs with its vision of the iPhone software, it had to repeat the presentation for Bill Campbell, an Apple director and close Jobs confidant. Mr. Christie recalled Mr. Campbell

**Good Reception**
Annual iPhone unit sales, in millions



Source: the company

### Most Popular

1. Malaysia Flight 370: Scenario

2. Opinion: College Women Won't Marry 'Himbos' 

3. Opinion: Missing George W. Bush Yet? 

4. Search Sends China's Military to Unwelcome Waters 

5. HTC One (M8) Review: Best Android Phone Gets Better 

Source: the company
The Wall Street Journal

saying the phone would be better than the original Mac. Mr. Campbell didn't return a call seeking comment.

A few days later, Mr. Jobs summoned the team for a third demonstration, this time for Jony Ive, Apple's design chief. Mr. Ive's team was designing the glass for the physical device. "He was curious how we were going to pull off that magic trick" of manipulating software, Mr. Christie said.

**WSJ.D**

WSJD is the Journal's home for tech news, analysis and product reviews.

- Facebook to Buy Virtual-Reality Firm Oculus for $2 Billion
- Review: HTC One (M8): Best Android Phone Gets Even Better
- Is H-P Getting Its Mojo Back?
- Google Fashions Luxottica Deal to Bring Glass to Ray-Ban, Oakley
- Give Me Back My Online Privacy

With each demonstration, Mr. Jobs took over more of the narration, making the story his own. "His excitement for it was boundless," said Mr. Christie.

So was his demand for secrecy. Mr. Jobs ordered employees working on the project at home to use a computer in a secluded part of the house to prevent anyone from accidentally seeing details. He also demanded that employees encrypt digital images of the device.

The green light in early 2005 was the start of what Mr. Christie called a "2½- year marathon." It involved rethinking every part of the phone from how to check voice mail to how to display a calendar. Mr. Jobs obsessed over every detail.

In late 2006, a few months before Mr. Jobs formally introduced the iPhone, the CEO asked Mr. Christie what albums would best demonstrate the phone's "cover-flow" feature for scrolling through images. Mr. Jobs wanted album art with bright colors and lots of faces to show off the phone's display. But the music needed to be "Steve music." They settled on the Beatles' "Sgt. Pepper's Lonely Hearts Club Band."

In the following six months, before the iPhone went on sale in June 2007, Mr. Christie's team made other changes. At Mr. Jobs's urging, they eliminated a split-screen view for email with information about the sender on one side and the message on the other. "Steve thought it was foolish to do a split screen on such a small display," Mr. Christie said.

Almost seven years into the life of the iPhone, Mr. Christie said one moment stands out. A few days before Mr. Jobs's keynote, Mr. Christie entered the auditorium through a side door using two separate security badges, then pulled back a thick curtain. He saw a giant image of the iPhone's home screen projected onto the screen in the dark room. At that moment, he said, he realized how big the phone would be.

"It was glowing in this huge space," said Mr. Christie. "My heart skipped a beat and I thought, 'This is actually happening.'"

**Write to** Daisuke Wakabayashi at Daisuke.Wakabayashi@wsj.com

Email   Print   Save        Comments   Order Reprints

## WSJ In-Depth


**Ukraine Battles to Bolster Military**


**U.S. Races to Bolster Spying on Russia**


**Wearing a Wire as a Federal Witness**


**Scientists Search for the Hairless Kiwi**


**Cities Move to Rein In Horse Carriages**


**March Madness and the Quick Goodbye**



# Ahead of second Samsung trial, Apple tosses the press a bone

By Philip Elmer-DeWitt March 26, 2014 9:46 AM ET

Recommend < 43

**Makes Greg Christie, whose name is on the slide-to-unlock patent, available to the *Journal*.**

FORTUNE -- Apple's (**AAPL**) rules for dealing with reporters are pretty simple: Say absolutely nothing on the record. And if you have to say something, craft a statement that gives nothing away, then repeat it as often as necessary.

So you know something is afoot when the company allows the *Wall Street Journal* -- whose reporters cover Apple like a blanket and are not always so warm -- to interview Greg Christie, one of the small team of engineers that developed the original iPhone.

What's afoot, of course, is the second Samsung patent infringement trial, scheduled to begin next Monday in a San Jose, Calif., U.S. District Court. At the end of the first trial, a jury awarded Apple more than a $1 billion in damages, an award that was later whittled down to $930 million. The second trial -- over a new set of Samsung devices that sold in even larger quantities -- could result in even bigger damages.



A system used to test early versions of the iPhone's software. Photo: Apple

Christie's name appears on **U.S. Patent No. 8,046,721** -- "slide to unlock" -- one of five Apple patents at issue in the new trial. Apple claims Samsung willfully copied a key iPhone innovation; Samsung argues that there was nothing innovative about it.

To counter that argument -- and perhaps influence both the *Journal*'s coverage and the public's perception -- Apple permitted Christie to talk to the paper about the pressure he was under to get the design right. Daisuke Wakabayashi's account in the *Journal* begins with Steve Jobs putting the heat on Christie as only Steve Jobs could do:

> In February 2005, Apple's then chief executive, Steve Jobs, gave senior software engineer Greg Christie an ultimatum.
>
> Mr. Christie's team had been struggling for months to lay out the software vision for what would become the iPhone as well as how the parts would work together. Now, Mr. Jobs said the team had two weeks or he would assign the project to another group.
>
> "Steve had pretty much had it," said Mr. Christie, who still heads Apple's user-interface team. "He wanted bigger ideas and bigger concepts."

Interviews with key engineers deep in Apple's trenches are rare indeed. Wakabayashi report is worth a read.

LINK: **Apple Engineer Recalls the iPhone's Birth**

**54**
TOTAL SHARES

13      41                  0

**You Might Also Like**                                    Sponsored Content by Taboola

   

Case 5:12-cv-00630-LHK   Document 1922   Filed 06/16/14   Page 10 of 20
**DEFENDANT'S EXHIBIT NO. 520.010**


'Warren Buffett Indicator' Signals Collapse in Stock Mar...
*Moneynews*


Think Twice About Your Mortgage Payment
*Weekly Financial Solutions*


5 Questions That Will Not Get You Hired
*Monster*


5 Richest American Olympians At Sochi
*Bankrate*

**Recommended for You**

What's the deal with Apple's new Arizona sapphire plant?

Russia paying price for Ukraine crisis

Netflix blasts Internet providers: 'Consumers deserve better'

Apple's CFO says see you in Sept., after 100,000 shares vest

**Around the Web**

4 Exciting Apple Announcements
Wall St. Cheat Street

HTC One (M8) Dot View case is actually quite cool (hands-on)
Android Authority

99% of Gmail users don't know about this trick
Andrew Skotzko

[what's this]

© 2014 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. AdChoices

greg christie apple - Google Search                                    https://www.google.com/

greg christie apple                                           ktreitel@quinnemanuel.com

Web   **News**   Images   Videos   Shopping   More   Search tools

About 2,320 results (0.16 seconds)

   **Apple** Engineer **Greg Christie** Discusses Creating The Original iPhone
Cult of Mac - Mar 26, 2014
Ahead of the next round of the **Apple** vs. Samsung legal battle, one of the original iPhone engineers, **Greg Christie**, spoke to the WSJ about the ...

Original iPhone Engineer **Greg Christie** Gives Details on ...
Mac Rumors - Mar 25, 2014

**Apple** Engineer Recalls the iPhone's Birth
Wall Street Journal - Mar 25, 2014

**Greg Christie**, An Original iPhone Engineer, Gives A Rare Interview
AppAdvice - Mar 26, 2014

**Apple** Engineer Reveals the Secret History of the iPhone
Mashable - Mar 26, 2014

   
Mac Rumors   Wall Street Jo...   AppAdvice   Apple Insider   The Guardian

**Explore in depth** (182 more articles)

Ahead of second Samsung trial, **Apple** tosses the press a bone
Fortune (blog) - by Philip Elmer-DeWitt - Mar 26, 2014
Makes **Greg Christie**, whose name is on the slide-to-unlock patent, available ...
FORTUNE -- **Apple's** (AAPL) rules for dealing with reporters are ...

   Enthüllung von **Apple**-Entwickler - Wie das iPhone wirklich entstand
Süddeutsche.de - Mar 28, 2014
Der Helfer von Steve Jobs packt aus: Erstmals spricht **Greg Christie** öffentlich über die Zeit, als er mit dem **Apple**-Gründer am iPhone tüftelte.

**Apple**: Ingenieur spricht über die Entstehung des iPhones
In-Depth - PC Games - Mar 29, 2014

**Explore in depth** (37 more articles)

From The Birth Of The iPhone To An Era Of Lawsuits
WCAI - Mar 26, 2014
Round 1 went to **Apple**, with the Cupertino company winning a patent ... Until this week **Greg Christie** had never spoken publicly about his role ...

**Greg Christie** racconta alcuni aneddoti sul primo iPhone
TechGenius - Mar 27, 2014
L'ultima storia venuta a galla riguarda lo sviluppo del primo iPhone e a raccontarla è **Greg Christie** ex ingegnere **Apple** appartenente al team ...

See the room where the iPhone was first imagined
Today's iPhone - by Cam Bunton - Mar 26, 2014
With Samsung and **Apple** set to fight it out in a major court case (again), **Apple** ... **Greg Christie**, hired in 2004 was one of the original team of ...
PhoneDog

**Apple** Engineer Recalls iPhone's Birth
Wall Street Journal - by Daisuke Wakabayashi - Mar 26, 2014
Mr. **Christie** joined **Apple** in 1996 to work on the Newton, the short-lived ... **Greg** Joswiak, **Apple's** vice president of iPhone and iOS product ...

iPhone và dự án bí mật của **Apple**
Tuổi Trẻ - 11 hours ago

greg christie apple - Google Search                                    https://www.google.com/


Báo Điện tử Dân ...

Phóng viên của Wall Street Journal Daisuke Wakabayashi đã được **Apple** đồng ý cho phỏng vấn **Greg Christie**, kỹ sư phần mềm cho các máy Mac. Nhịp Sống ...
Tiết lộ đặc biệt, chưa từng biết về iPhone thời sơ khai
Báo Điện tử Dân Việt - Mar 29, 2014
**Explore in depth** (10 more articles)

**Apple-Entwickler packt aus: Wie das iPhone geboren wurde**
STERN.DE - Mar 28, 2014
Höchste Geheimhaltung und ein wahrhaft besessener Steve Jobs: **Apple**-Ingenieur **Greg Christie** spricht zum ersten Mal über die Zeit, als das ...


Teletica

**El nacimiento del iPhone, narrado por uno de sus ingenieros**
Diario Gestión - 6 hours ago
Hace diez años, **Apple** puso bajo la conducción del ingeniero de software sénior **Greg Christie** un proyecto secreto titulado "Purple" (morado), ...

Stay up to date on these results: Create an email alert for greg christie apple

**1** 2 3 4      **Next**

The selection and placement of stories on this page were determined automatically by a computer program. The time or date displayed reflects when an article was added to or updated in Google News.

Help     Send feedback     Privacy & Terms

DEFENDANT'S EXHIBIT NO. 520.013

greg christie apple - Google Search                                                         https://www.google.com/

greg christie apple                                                      ktreitel@quinnemanuel.com

Web    **News**    Images    Videos    Shopping    More    Search tools

Page 2 of about 2,320 results (0.10 seconds)


Jeden z inżynierów **Apple** opowiada o powstaniu iPhone'a
AppleCenter.pl - Mar 28, 2014
Ówczesny prezes **Apple** powiedział, że zespół ma dwa tygodnie, aby
... **Greg Christie** dołączył do **Apple** w 1996 roku i pracował nad
Newtonem ...

Engenheiro da **Apple** relembra como foi o começo do iPhone
Canaltech - Mar 28, 2014
**Greg Christie**, engenheiro de software sênior da **Apple** e líder do time que
desenvolveu o primeiro iPhone, contou um pouco da sua história e ...

"Extreme Geheimhaltung": So entwickelte **Apple** das iPhone
AreaMobile - by Stefan Schomberg - Mar 29, 2014
Der leitende **Apple**-Entwickler **Greg Christie** berichtet in einem Interview mit dem Wall
Street Journal von seinen Anfängen bei **Apple** und der ...

**Apple** vs. Samsung: Entwicklungsprozess des iPhones soll **Apple** im ...
androidmag.de - by Kaan Gürayer - Mar 26, 2014
Gegenüber dem Wallstreet Journal plauderte **Greg Christie**, seines Zeichens
Chefentwickler von **Apple**, aus dem Nähkästchen und gab nun ...

İlk iPhone'un doğduğu gizli oda
Haber7.com - Mar 28, 2014
**Apple**'ın kıdemli yazılım mühendisi **Greg Christie**, ilk iPhone'un doğduğu **Apple**
kampüsündeki gizli ve penceresiz odanın hikayesini anlattı.


**Apple**-Entwickler erinnert sich an die Geburt des iPhones
Wall Street Journal Deutschland - Mar 27, 2014
Im Februar 2005 stellte der damalige **Apple**-Chef Steve Jobs dem
Software-Entwickler **Greg Christie** ein Ultimatum. Sein Team hatte
schon seit ...

Entwickler erzählt: Die wahre Geschichte des iPhones
Augsburger Allgemeine - Mar 28, 2014
**Apple**-Entwickler **Greg Christie** hat in einem Interview mit dem amerikanischen "Wall
Street Journal" erzählt, wie das iPhone entstand.

Un des pères de l'iPhone se rappelle sa création pour contrer ...
01net - Mar 27, 2014
**Apple** aurait vendu 500 millions d'iPhone depuis le lancement ... Les histoires de **Greg**
**Christie** sont, elles, certifiées véridiques par la marque à ...


Insinööri paljastaa: Näin iPhone syntyi
Kauppalehti - Mar 29, 2014
Vuonna 2005 Applen insinööri **Greg Christie** leikitteli ajatuksella
kosketusnäytöllisestä puhelimesta. Kun **Apple**-pomo Steve Jobs kuuli
ideasta, ...

So kam es zur iPhone-Geburt
Basler Zeitung - Mar 26, 2014
Intimer Einblick: Ein **Apple**-Ingenieur erzählt minutiös, wie das Kult-Handy ... **Greg**
**Christie** gehörte als leitender Ingenieur zum Team, das von ...

Stay up to date on these results: Create an email alert for greg christie
apple

greg christie apple - Google Search                                         https://www.google.com/

**Previous**    1 **2** 3 4    **Next**

The selection and placement of stories on this page were determined automatically by a computer program. The time or date displayed reflects when an article was added to or updated in Google News.

Help     Send feedback     Privacy & Terms

greg christie apple - Google Search                                       https://www.google.com/

greg christie apple                              ktreitel@quinnemanuel.com

Web   **News**   Images   Videos   Shopping   More   Search tools

Page 3 of about 2,320 results (0.15 seconds)



İşte ilk iPhone'un doğduğu gizli oda!
veteknoloji.com - Mar 28, 2014
**Apple**'ın kıdemli yazılım mühendisi **Greg Christie**, ilk iPhone'un doğduğu **Apple** kampüsündeki gizli ve penceresiz odanın hikayesini The Wall ...

Wie ein Steve-Jobs-Ultimatum zum ersten iPhone beisteuerte
Mac & i - Mar 27, 2014
Das iPhone ist das wohl bekannteste **Apple**-Produkt: Auch heute ... erinnert sich der **Apple**-Entwickler **Greg Christie** in einem Interview des Wall ...

Jobs, iOS için İki Hafta Süre Vermiş!
ShiftDelete - Mar 28, 2014
Halen **Apple**'da iOS yazılım mühendisi olarak çalışan **Greg Christie**, 2005 yılında yaşanan süreçle ilgili ilginç bir anektodu teknolojiseverler ile ...

蘋果**Greg Christie**主導多款iPhone軟體開發
科技網 - Mar 26, 2014
現任蘋果(**Apple**)的使用者介面團隊主管**Greg Christie**曾在2005年2月時接到前任蘋果執行長Steve Jobs的最後通牒, 要求其領導的團隊需在2週內需 ...

Un empleado de **Apple** revela el origen del iPhone
El Exprés - Mar 26, 2014
**Greg Christie**, el líder del proyecto que trajo como consecuencia el iPhone original, concedió recientemente una entrevista en la que menciona ...

A história por trás do iPhone
Administradores - Mar 26, 2014
**Greg Christie**, engenheiro sênior da **Apple** e idealizador do recurso "deslize para desbloquear", integrou o grupo original que montou o iPhone ...

Un inginer **Apple** vorbeste despre procesul de dezvoltare al primului ...
iDevice - Mar 26, 2014
Ca parte a unui proces pe care compania **Apple** îl are deschis cu ... **Greg Christie** este numele acestui inginer, iar echipa sa a avut rolul de a ...

In einer neuen Vorabversion von OS X Mavericks 10.
Ad-Hoc-News (Pressemitteilung) - Mar 28, 2014
Mitteilung von stern.de: Höchste Geheimhaltung und ein wahrhaft besessener Steve Jobs: **Apple**-Ingenieur **Greg Christie** spricht zum ersten ...

Panorama económico
El Diario de Yucatán - Mar 27, 2014
El ingeniero de software **Greg Christie** fue el aludido y fue entonces que ... del segundo piso de las oficinas de **Apple** en Cupertino, California.



VLAŽNI SOBIČAK PORED POPLAVLJENOG WC-a Zavirite u ...
Jutarnji - Mar 26, 2014
... krađe patenata, **Apple** je po prvi puta javnosti dao uvid u supertajnu ... Journal posvjedočio jedan od članova razvojnog tima **Greg Christie**.

Stay up to date on these results: Create an email alert for greg christie apple

Case 5:12-cv-00630-LHK   Document 1922   Filed 06/16/14   Page 16 of 20
DEFENDANT'S EXHIBIT NO. 520.016

**Previous**      1  2  **3**  4          **Next**

The selection and placement of stories on this page were determined automatically by a computer program. The time or date displayed reflects when an article was added to or updated in Google News.

Help      Send feedback      Privacy & Terms

greg christie apple - Google Search                                               https://www.google.com/

greg christie apple                                           ktreitel@quinnemanuel.com

Web    **News**    Images    Videos    Shopping    More    Search tools

Page 4 of about 36 results (0.12 seconds)

Des détails sur la création de l'iPhone
Apple Mind - by Alexis Renaux - Mar 27, 2014
A l'occasion du prochain procès d'**Apple** contre Samsung, **Greg Christie**, un ingénieur de la firme de Cupertino, a donné au Wall Street Journal ...

蘋果工程師回憶第一代iPhone誕生
鉅亨網 - Mar 27, 2014
… 網絡版周二刊登題為《蘋果工程師回憶iPhone的誕生》(**Apple** Engineer ... Jobs)向高級軟件工程師格雷格·克里斯蒂(**Greg Christie**)下了最後通牒。

Segui Fai Informazione su
informazione.it (Comunicati Stampa) - Mar 1, 2014
In un&#8217;intervista con il Wall Street Journal pubblicata nella scorsa giornata, l&#8217;**Apple** senior software engineer **Greg Christie** offre ...

Stay up to date on these results: Create an email alert for greg christie apple

Previous    1  2  3  **4**

The selection and placement of stories on this page were determined automatically by a computer program. The time or date displayed reflects when an article was added to or updated in Google News.

Help    Send feedback    Privacy & Terms

greg christie apple - Yahoo News Search Results                              https://news.search.yahoo.com/search;_ylt=AuM_EQ6hsKgiKg.SaBAE8...

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

greg christie apple                                                                    Sign In         Mail

Web                 Get alerts about greg christie apple by email

**News**

More                                                                   Sort by  Relevance  |  Time

**Filter by Source**
                    The untold story behind the creation of Apple's first iPhone
**All sources**     BGR News via Yahoo! News   Mar 26 05:10am
                    In the wake of a second major **Apple** vs Samsung lawsuit in the U.S., **Apple** senior
NPR                 software engineer **Greg Christie** talked with The Wall Street Journal about the early days
Wall Street Jour... of the iPhone, revealing details that had not been shared with the world. After joining **Apple**
                    in 1996 to work on the Newton, **Christie** said Scott Forstall drafted him into the iPhone
Yahoo! Finance      team in late 2004. Called project "purple ...

CNN Money           Ahead of second Samsung trial, **Apple** tosses the press a bone
More                CNN Money   Mar 26 07:18am
                    Makes **Greg Christie**, whose name is on the slide-to-unlock patent, available to the
                    Journal.
**Filter by Time**

**Any time**        **Apple** Engineer Reveals the Secret History of the iPhone
Past hour           Mashable   Mar 26 02:17am
                    **Apple** senior engineer **Greg Christie** was part of the team that conjured up the iPhone
Past day            back in 2005. Now, in an interview with The Wall Street Journal — preceding the next
Past week           chapter in the legal battle between **Apple** and Samsung — he reveals some of the
                    fascinating details about the device's early history **Christie**, who is credited with a patent
                    for iPhone's "slide to unlock" feature, describes the ...
                       Top **Apple** engineer details how the original iPho... - The Unofficial Apple Weblog
                       News: **Apple** engineer shares details on iPhone creation - iLounge
                       How **Apple** created the iPhone - Macworld
                       all 6 news articles…

                    Interview: iPhone OS core developed in two weeks
                    MacNN   Mar 26 02:26am
                    **Greg Christie**, one of the original iPhone engineers and a witness likely to be called in
                    the second **Apple**-Samsung patent trial starting next week, has revealed in a new
                    interview that an "ultimatum" from then-CEO Steve Jobs pushed his team into creating the
                    core of the "iPhone OS" (as it was called then) in just two weeks. The full interview,
                    conducted by the Wall Street Journal, goes into ...
                       From The Birth Of The iPhone To An Era Of Lawsuits - NPR
                       all 7 news articles…

                    **Apple** Engineer Provides Rare Glimpse Into iPhone Invention Secrets
                    Entrepreneur via Yahoo! Finance   Mar 27 07:31am
                    As **Apple** prepares to wage yet another patent suit against Samsung, a key engineer is
                    sharing insight into the enigmatic company's creative processes.

                    **Apple** Engineer Explains The Extreme Lengths **Apple** Went Through To
                    Keep The Original iPhone A Secret
                    Business Insider via Yahoo! Finance   Mar 26 07:40am
                    Ahead of yet another trial with Samsung over...

                    Original iPhone dev team was 'shockingly small' - **Apple** engineer
                    The Register   Mar 27 02:10am
                    Yet micromanaging Jobs steered them to worldwide mobe DOMINATION A former **Apple**
                    engineer has revealed key details of the process behind the design of the iPhone....

                    How a 2005 Steve Jobs Ultimatum Turned Into the iPhone We Know
                    Gizmodo   Mar 26 03:43am
                    Way back in 2005, **Apple** engineer **Greg Christie** was toying around with ideas for a
                    touchscreen telephone. Then, Jobs gave him an ultimatum: show serious progress in two
                    weeks, or someone else gets the project. Read more...
                       Steve Jobs almost gave the iPhone project to another group - MedCity News
                       **Apple** engineer recalls the iPhone's birth, Steve Jobs' ultimat... - MacDailyNews
                       all 3 news articles…

                    **Apple** Engineer Explains The Extreme Lengths **Apple** Went Through To

### Keep The Original iPhone A Secret
**Business Insider**   Mar 26 07:52am
Ahead of yet another trial with Samsung over patents, **Apple** is opening up about the work that went into making the original iPhone. The company recently gave the Wall Street Journal's Daisuke Wakabayashi access to **Greg Christie**, the senior software engineer who leads **Apple**'s "human interface" team. **Christie** says that the first iPhone, which was originally codenamed "purple," was developed by a ...

### Inside a Secret Apple Room Where iPhone Software Was Born
**Wall Street Journal Blogs**   Mar 25 08:36pm
A secret meeting room was where much of the first iPhone's software was developed and discussed with Steve Jobs.

**1**  2  3  4  5   Next                                        42 results

greg christie apple                                              ▮

Yahoo   Help   Privacy   Terms   Advertise

greg christie apple - Yahoo News Search Results            https://news.search.yahoo.com/search;_ylt=AwrTWf0WxjhTyhcApovQ...

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

greg christie apple                                        Sign In        Mail

Web            Get alerts about greg christie apple by email
**News**
More                                                       Sort by  Relevance  |  Time

**Apple's original and secretive iPhone testing room [Photo]**
Network World   Mar 27 09:25am
Filter by Source      In case you missed it, the Wall Street Journal this week ran a compelling interview with
**All sources**       **Greg Christie**, one of the first engineers involved in developing the iPhone. The story
NPR                   details some of the hurdles that the original iPhone team had to traverse, providing some
                      newfound nuggets of information in the process.
Wall Street Jour...
Yahoo! Finance        **Apple engineer shares details on the iPhone's long birth**
                      GigaOM   Mar 26 08:39am
CNN Money             More details of how the iPhone came to be by the software engineer that invented "slide to
More                  unlock" according to the patent filing. You'd might be surprised by what the **Apple** team
                      used to simulate the slower speeds of a 2007 smartphone.
Filter by Time
**Any time**          **Apple software engineer reminisces iPhone's birth**
Past hour             SlashGear   Mar 25 11:39pm
                      It's a story that can now be told, but given how secretive **Apple** is about its 'devil' and
Past day              'details', one has to factor in the timing in context of the ... Continue reading
Past week
                      **Apple engineer explains where the iPhone came from**
                      Engadget   Mar 25 08:35pm
                      Offering a rare interview in the run-up to another legal fray between Samsung and **Apple**,
                      the senior engineer behind the iPhone has explained where it all started, part of **Apple**'s
                      plan to communicate how groundbreaking the original iPhone was. Talking...

                      **Apple planning to make Emoji characters more diverse and other news
                      from March 25, 2014**
                      The Unofficial Apple Weblog   Mar 25 10:42pm
                      If you take a look at iOS's built-in Emjoi set, you may have noticed that most of the people
                      depicted are Caucasian. Curious as to why this was the case, MTV's Act blog sent an email
                      to Tim Cook asking if **Apple** had any plans to diversify its Emoji...

                      **Wall Street Plays White House Dating Game as Christie Stumbles**
                      Bloomberg via Yahoo! Finance   Mar 11 09:00pm
                      Billionaire Wilbur Ross invited Paul Ryan over for lunch. Goldman Sachs (GS) Group Inc.
                      and Wells Fargo & Co. (WFC) bankers met with Rand Paul at a fundraiser in Atlanta.
                      Investor Rob Arnott dropped in on Ted Cruz. Wall Street Republicans have begun their
                      White House dance less than halfway into a second Barack Obama term they tried to
                      prevent with record donations to Mitt Romney.

                      **McDermott scores 35, No. 14 Creighton beats DePaul**
                      CBS 46 News Atlanta   Mar 13 08:05pm
                      Doug McDermott is playing in New York City this week, just a few blocks from Broadway.
                      And by the looks of it, he plans to put on a show.

                      Prev   1  **2**  3  4  5   Next                    42 results

                      greg christie apple

                      Yahoo   Help   Privacy   Terms   Advertise