RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-00630-LHK<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DOCKET NO. 1907]** |

/ / /

/ / /

1  I, Ryan W. Koppelman, declare as follows:

2  1. I am an attorney with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of sealing the following portions of Docket Number 1907: (i) Declaration of Judith Chevalier at 30:5-6; (ii) Exhibit 2 to the Chevalier Declaration at pages 173-74, n. 702; and (iii) Samsung's Opposition to Apple's Motion for Permanent Injunction at 17:18-21 and 18:4-6. While I have not seen copies of the actual documents, Samsung's counsel at Quinn Emanuel provided representations regarding the statements they deemed relevant to Nokia along with citations thereto.

3. On June 6, 2014, Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 1907). In its Motion, Samsung noted that portions of its Opposition to Apple's Motion for a Permanent Injunction and supporting documents thereof ("Samsung's Opposition filing") contained information confidential to third parties. Samsung's Opposition filing contains information previously designated "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order in this case (Dkt. No. 512).

4. Specifically, the pages and lines of Samsung's Opposition filing specified above discuss the scope of a 2011 license agreement between Apple and Nokia. Nokia considers its licensing terms highly confidential and does not disclose this information publicly or to any third party except under strict confidentiality agreements. These proposed redactions are necessary to avoid causing serious harm to Nokia (*see Apple v. Samsung*, Case No. 11-CV-01846-LHK (PSG), Dkt. No. 2254 at ¶¶ 4, 6, and 9) (prior declaration by Paul Melin supporting sealing of the same information). The Court has previously found that same non-public licensing terms are sealable (*see id.*, Dkt. No. 2397 at 3 (order sealing license grant of the Nokia-Apple license relevant to this filing and granting motion at Dkt. No. 2250); 630 Dkt. No. 1347 at 2) (order sealing license grant of the Nokia-Apple license relevant to this filing).

5. For the foregoing reasons, Nokia requests that the Court grant Samsung's Administrative Motion to Seal with respect to the above-cited passages.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 17th day of June, 2014 in East Palo Alto, California.

        /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:     650-838-2000
Facsimile:     650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*