1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

APPLE INC., A CALIFORNIA          )   C-12-00630 LHK
6   CORPORATION,                      )
                                      )   SAN JOSE, CALIFORNIA
7               PLAINTIFF,            )
                                      )   MAY 2, 2014
8          VS.                        )
                                      )   VOLUME 16
9   SAMSUNG ELECTRONICS CO., LTD.,    )
    A KOREAN BUSINESS ENTITY;         )   PAGES 3380-3419
10  SAMSUNG ELECTRONICS AMERICA,      )
    INC., A NEW YORK CORPORATION;     )
11  SAMSUNG TELECOMMUNICATIONS        )
    AMERICA, LLC, A DELAWARE          )
12  LIMITED LIABILITY COMPANY,        )
                                      )
13              DEFENDANTS.           )
    _____    )

14

15

16         TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17          UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22  OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
23                               IRENE RODRIGUEZ, CSR, CRR
                                 CERTIFICATE NUMBER 8074
24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
          TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2        A P P E A R A N C E S:

 3     FOR PLAINTIFF          MORRISON & FOERSTER
       APPLE:                 BY:  HAROLD J. MCELHINNY
 4                                 RACHEL KREVANS
                              425 MARKET STREET
 5                            SAN FRANCISCO, CALIFORNIA  94105

 6

 7                            WILMER, CUTLER, PICKERING,
                              HALE AND DORR
 8                            BY:  WILLIAM F. LEE
                              60 STATE STREET
 9                            BOSTON, MASSACHUSETTS  02109

10                            BY:  MARK D. SELWYN
                              950 PAGE MILL ROAD
11                            PALO ALTO, CALIFORNIA  94304

12

13     FOR SAMSUNG:           QUINN, EMANUEL, URQUHART & SULLIVAN
                              BY:  JOHN B. QUINN
14                                 WILLIAM PRICE
                              865 S. FIGUEROA STREET, FLOOR 10
15                            LOS ANGELES, CALIFORNIA  90017

16                            BY:  VICTORIA F. MAROULIS
                                   KEVIN B. JOHNSON
17                            555 TWIN DOLPHIN DRIVE
                              SUITE 560
18                            REDWOOD SHORES, CALIFORNIA  94065

19

20

21

22

23

24

25
```

```
1       SAN JOSE, CALIFORNIA                      MAY 2, 2014

2                         P R O C E E D I N G S

3           (JURY OUT AT 4:48 P.M.)

4               THE COURT:  IS EVERYONE PRESENT ON YOUR TEAMS?

5               MR. QUINN:  YES, YOUR HONOR.

6               MR. BENNETT:  YES, YOUR HONOR.

7               THE COURT:  OKAY.  THEN MS. PARKER BROWN, WOULD YOU

8       PLEASE CALL THE CASE.

9               THE CLERK:  OH.  CALLING CASE NUMBER C-12-00630 LHK,

10      APPLE, INCORPORATED, VERSUS SAMSUNG ELECTRONICS LIMITED, ET AL.

11          DO YOU WANT COUNSEL TO STATE THEIR APPEARANCES?

12              THE COURT:  YES, PLEASE.

13              THE CLERK:  COUNSEL STATE YOUR APPEARANCES, PLEASE.

14              MR. QUINN:  JOHN QUINN, VICKI MAROULIS,

15      KEVIN JOHNSON, BILL PRICE APPEARING FOR SAMSUNG.

16              MR. BENNETT:  JIM BENNETT, MARK SELWYN, ERIC OLSON,

17      JAMES QUARRELS, MARK -- NATE SABRI, AND SARAH FRASIER FOR --

18              THE CLERK:  I'M SORRY, SARAH?

19              MR. BENNETT:  SARAH FRASIER FOR APPLE.

20              THE COURT:  ALL RIGHT.  WE'RE GOING TO FOLLOW THE

21      SAME PROCEDURE THAT WE HAVE THE LAST TWO TIMES IN THAT WHEN WE

22      BRING THE JURY OUT, WE'LL HAVE THE VERDICT FORM REVIEWED BY

23      MS. PARKER BROWN JUST TO MAKE SURE IT'S COMPLETELY FILLED OUT,

24      THAT IT'S SIGNED IN INK, AND THEN SHE'LL READ THE VERDICT FORM.

25              AFTER SHE READS THE VERDICT FORM, WE'RE GOING TO TAKE A
```

1      RECESS FOR 30 MINUTES, AS WE'VE DONE THE PREVIOUS TWO TIMES, TO

2      CHECK FOR INCONSISTENCIES.

3           WE'LL HAVE A DISCUSSION ABOUT WHETHER THE INCONSISTENCY IS

4      SOMETHING THAT CAN BE RESOLVED AS FAR AS FURTHER DELIBERATION

5      AND WHATNOT.

6           IF NECESSARY, WE'LL HAVE THIS JURY COME BACK ON MONDAY TO

7      RESUME DELIBERATIONS IF THE INCONSISTENCY REQUIRES THAT MUCH.

8           BUT WE'LL PROBABLY SEND THEM BACK EVEN FOR A LITTLE

9      BIT BEFORE EXCUSING THEM FOR THE DAY.

10          OKAY.  IS EVERYONE CLEAR ON OUR PROCEDURE?

11               MR. BENNETT:  YES, YOUR HONOR.

12               MR. QUINN:  YES.

13               THE COURT:  OKAY.  THEN I'LL ASK MS. PARKER BROWN TO

14     BRING THEM IN.

15          (JURY IN AT 4:50 P.M.)

16               THE COURT:  ALL RIGHT.  GOOD AFTERNOON.  WELCOME

17     BACK.  PLEASE TAKE A SEAT.

18          WOULD THE JURY FOREPERSON PLEASE IDENTIFY HERSELF OR

19     HIMSELF.

20               JUROR DUNHAM: (RAISES HAND.)

21               THE COURT:  OKAY, MR. DUNHAM.

22               JUROR DUNHAM:  YES.

23               THE COURT:  ALL RIGHT.  HAS THE JURY REACHED A

24     VERDICT?

25               JUROR DUNHAM:  YES, WE HAVE.

1    THE COURT:  OKAY.  IF SO, WOULD YOU PLEASE HAND THE

2    VERDICT TO OUR BAILIFF, OFFICER STEVENS, WHO WILL THEN GIVE IT

3    TO MS. PARKER BROWN.

4        AND I'LL ASK MS. PARKER BROWN TO JUST CHECK TO MAKE SURE

5    IT'S COMPLETELY FILLED OUT, THAT IT IS IN INK, THAT IT'S DATED

6    AND SIGNED IN INK AS WELL.

7        (PAUSE IN PROCEEDINGS.)

8        THE CLERK:  EVERYONE BLANK APPEARS TO BE FILLED IN.

9        THE COURT:  OKAY.  THEN IF YOU WOULD PLEASE READ IT

10   INTO THE RECORD?

11       THE CLERK:  UNITED STATES DISTRICT COURT, NORTHERN

12   DISTRICT OF CALIFORNIA, SAN JOSE DIVISION.

13       APPLE, INCORPORATED, A CALIFORNIA CORPORATION, PLAINTIFF

14   AND COUNTERDEFENDANT, VERSUS SAMSUNG ELECTRONICS COMPANY,

15   LIMITED, A KOREAN CORPORATION; SAMSUNG ELECTRONICS AMERICA,

16   INCORPORATED, A NEW YORK CORPORATION; AND SAMSUNG

17   TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY

18   COMPANY, DEFENDANTS AND COUNTERCLAIMANTS.

19       CASE NUMBER 12-CV-00630 LHK.

20       VERDICT FORM.

21       WE, THE JURY, UNANIMOUSLY AGREE TO THE ANSWERS TO THE

22   FOLLOWING QUESTIONS AND RETURN THEM UNDER THE INSTRUCTIONS OF

23   THIS COURT AS OUR VERDICT IN THIS CASE:

24       APPLE'S PATENT CLAIMS AGAINST SAMSUNG.

25       NUMBER 1.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS APPLE

```
 1      PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SAMSUNG

 2      ELECTRONICS COMPANY (SEC), SAMSUNG ELECTRONICS AMERICA (SEA),

 3      AND/OR SAMSUNG TELECOMMUNICATIONS AMERICA (STA) HAS INFRINGED

 4      CLAIM 9 OF THE '647 PATENT?

 5           DO YOU WANT ME TO READ THE INSTRUCTIONS ON HOW TO FILL IT

 6      OUT?

 7               THE COURT:  NO, THANK YOU.

 8               THE CLERK:  THE ACCUSED SAMSUNG PRODUCT:

 9           ADMIRE (JX 28B, JX 28C).

10           FOR SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

11           FOR SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

12           DO YOU WANT ME TO READ THE EXHIBIT NUMBERS OR JUST THE

13      PRODUCTS?

14               THE COURT:  I THINK YOU CAN JUST READ THE PRODUCTS.

15       THANK YOU.

16               THE CLERK:  THE GALAXY NEXUS.

17           SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

18           SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

19           THE GALAXY NOTE.

20           SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

21           SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

22           THE GALAXY NOTE 2.

23           SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

24           SAMSUNG TELECOMMUNICATIONS COMPANY AMERICA, LLC:  YES.

25           THE GALAXY S II.
```

1        SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

2        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

3        THE GALAXY S II EPIC 4G TOUCH.

4        SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

5        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

6        THE GALAXY S II SKYROCKET.

7        SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

8        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

9        THE GALAXY S III.

10        SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

11        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

12        AND THE STRATOSPHERE.

13        SAMSUNG ELECTRONICS COMPANY, LIMITED:  YES.

14        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  YES.

15        NUMBER 2.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS APPLE

16    PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SAMSUNG

17    ELECTRONICS COMPANY (SEC), SAMSUNG ELECTRONICS AMERICA (SEA),

18    AND/OR SAMSUNG TELECOMMUNICATIONS AMERICA (STA) HAS INFRINGED

19    CLAIM 25 OF THE '959 PATENT?

20        THE ADMIRE.

21        SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

22        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, NO.

23        THE GALAXY NEXUS.

24        SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

25        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

```
1          THE GALAXY NOTE.

2          SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

3          SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

4          THE GALAXY NOTE 2.

5          SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

6          SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

7          GALAXY S II.

8          SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

9          SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

10         THE GALAXY S II EPIC 4G TOUCH.

11         SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

12         SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

13         THE GALAXY S II SKYROCKET.

14         SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

15         SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

16         THE GALAXY S III.

17         SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

18         SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

19         THE GALAXY TAB 2 10.1.

20         SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

21         SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

22         THE STRATOSPHERE.

23         SAMSUNG ELECTRONICS COMPANY, LIMITED:  NO.

24         SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:  NO.

25         FOR THE FUTURE, CAN I JUST START READING SEC AND STA?
```

```
1              THE COURT:  THAT'S FINE.

2              THE CLERK:  THANK YOU.

3          NUMBER 3.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS APPLE

4    PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SAMSUNG

5    ELECTRONICS COMPANY (SEC), SAMSUNG ELECTRONICS AMERICA (SEA),

6    AND/OR SAMSUNG TELECOMMUNICATIONS AMERICA (STA) HAS INFRINGED

7    CLAIM 20 OF THE '414 PATENT?

8          THE ADMIRE.

9          FOR SEC:  NO.

10         FOR STA:  NO.

11         THE GALAXY NEXUS.

12         FOR SEC:  NO.

13         FOR STA:  NO.

14         THE GALAXY NOTE.

15         FOR SEC:  NO.

16         FOR STA:  NO.

17         THE GALAXY NOTE 2.

18         FOR SEC:  NO.

19         FOR STA:  NO.

20         THE GALAXY S II.

21         FOR SEC:  NO.

22         FOR STA:  NO.

23         THE GALAXY S II EPIC 4G TOUCH.

24         FOR SEC:  NO.

25         FOR STA:  NO.
```

```
 1          THE GALAXY S II SKYROCKET.

 2          FOR SEC:  NO.

 3          FOR STA:  NO.

 4          THE GALAXY S III.

 5          FOR SEC:  NO.

 6          FOR STA:  NO.

 7          THE GALAXY TAB 2, 10.1.

 8          FOR SEC:  NO.

 9          FOR SEA:  NO.

10          FOR STA:  NO.

11          THE STRATOSPHERE.

12          FOR SEC:  NO.

13          FOR STA:  NO.

14          NUMBER 4.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS APPLE

15    PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SAMSUNG

16    ELECTRONICS COMPANY (SEC) AND/OR SAMSUNG TELECOMMUNICATIONS

17    AMERICA (STA) HAS INFRINGED CLAIM 8 OF THE '721 PATENT?

18          THE ADMIRE.

19          FOR SEC:  YES.

20          FOR STA:  YES.

21          THE GALAXY NEXUS.

22          FOR SEC:  YES.

23          FOR STA:  YES.

24          THE GALAXY S II.

25          FOR SEC:  NO.
```

3390

```
 1          FOR STA:  NO.

 2          THE GALAXY S III EPIC 4G TOUCH.

 3          FOR SEC:  NO.

 4          FOR STA:  NO.

 5          THE GALAXY S II SKYROCKET.

 6          FOR SEC:  NO.

 7          FOR STA:  NO.

 8          THE STATOSPHERE.

 9          FOR SEC:  YES.

10          FOR STA:  YES.

11          NUMBER 5.  IF YOU FOUND THAT SAMSUNG ELECTRONICS AMERICA

12   (SEA) OR SAMSUNG TELECOMMUNICATIONS AMERICA (STA) INFRINGED IN

13   QUESTIONS 1 THROUGH 4, HAS APPLE PROVEN BY A PREPONDERANCE OF

14   THE EVIDENCE THAT SAMSUNG ELECTRONICS COMPANY (SEC) TOOK THE

15   ACTION -- TOOK ACTION THAT IT KNEW OR SHOULD HAVE KNOWN WOULD

16   INDUCE SEA OR STA TO INFRINGE THE '647 PATENT, THE '959 PATENT,

17   '414 PATENT, AND/OR '721 PATENT?

18          THE ADMIRE.

19          FOR THE '647 PATENT:  YES.

20          FOR THE '959 PATENT:  NO.

21          FOR THE '414 PATENT:  NO.

22          FOR THE '721 PATENT:  YES.

23          THE GALAXY NEXUS.

24          FOR THE '647 PATENT:  YES.

25          FOR THE '959 PATENT:  NO.
```

```
1            FOR THE '414 PATENT:  NO.

2            FOR THE '721 PATENT:  YES.

3            THE GALAXY NOTE.

4            FOR THE '647 PATENT:  YES.

5            FOR THE '959 PATENT:  NO.

6            FOR THE '414 PATENT:  NO.

7            THE GALAXY S II -- DID I READ THE GALAXY NOTE 2?

8                 THE COURT:  NO, NOT YET.

9                 THE CLERK:  THE GALAXY NOTE 2.

10           FOR THE '647 PATENT:  YES.

11           FOR THE '959 PATENT:  NO.

12           FOR THE '414 PATENT:  NO.

13           THE GALAXY S II.

14           FOR THE '647 PATENT:  YES.

15           FOR THE '959 PATENT:  NO.

16           FOR THE '414 PATENT:  NO.

17           FOR THE '721 PATENT:  NO.

18           GALAXY S II EPIC 4G TOUCH.

19           FOR THE '647 PATENT:  YES.

20           FOR THE '959 PATENT:  NO.

21           FOR THE '414 PATENT:  NO.

22           FOR THE '721 PATENT:  NO.

23           THE GALAXY S II SKYROCKET.

24           FOR THE '647 PATENT:  YES.

25           FOR THE '959 PATENT:  NO.
```

```
1              FOR THE '414 PATENT:  NO.

2              FOR THE '721 PATENT:  NO.

3              THE GALAXY S III.

4              FOR THE '647 PATENT:  YES.

5              FOR THE '959 PATENT:  NO.

6              FOR THE '414 PATENT:  NO.

7              THE GALAXY TAB 2 10.1.

8              FOR THE '959 PATENT:  NO.

9              FOR THE '414 PATENT:  NO.

10             THE STRATOSPHERE.

11             FOR THE '647 PATENT:  YES.

12             FOR THE '959 PATENT:  NO.

13             FOR THE '414 PATENT:  NO.

14             FOR THE '721 PATENT:  YES.

15             NUMBER 6.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS APPLE

16     PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SAMSUNG

17     ELECTRONICS COMPANY (SEC) TOOK ACTION IT KNEW OR SHOULD HAVE

18     KNOWN WOULD CONTRIBUTE TO INFRINGEMENT OF THE '647 PATENT, THE

19     '959 PATENT, '414 PATENT, AND/OR '721 PATENT?

20             THE ADMIRE.

21             '647 PATENT:  YES.

22             '959 PATENT:  NO.

23             '414 PATENT:  NO.

24             '721 PATENT:  YES.

25             FOR THE GALAXY NEXUS.
```

```
1              '647 PATENT:  YES.

2              '959 PATENT:  NO.

3              '414 PATENT:  NO.

4              '721 PATENT:  YES.

5              THE GALAXY NOTE.

6              '647 PATENT:  YES.

7              '959 PATENT:  NO.

8              '414 PATENT:  NO.

9              THE GALAXY NOTE 2.

10             '647 PATENT:  YES.

11             '959 PATENT:  NO.

12             '414 PATENT:  NO.

13             GALAXY S II.

14             '647 PATENT:  YES.

15             '959 PATENT:  NO.

16             '414 PATENT:  NO.

17             721 PATENT:  NO.

18             FOR THE GALAXY S II EPIC 4G TOUCH.

19             '647 PATENT:  YES.

20             '959 PATENT:  NO.

21             '414 PATENT:  NO.

22             '721 PATENT:  NO.

23             FOR THE GALAXY S II SKYROCKET.

24             THE '647 PATENT:  YES.

25             THE '959 PATENT:  NO.
```

```
 1            THE '414 PATENT:  NO.

 2            THE '721 PATENT:  NO.

 3            FOR THE GALAXY S III.

 4            THE '647 PATENT:  YES.

 5            THE '959 PATENT:  NO.

 6            THE '414 PATENT:  NO.

 7            THE GALAXY TAB 2 10.21.

 8            THE '959 PATENT:  NO.

 9            THE '414 PATENT:  NO.

10            THE STRATOSPHERE.

11            THE '647 PATENT:  YES.

12            THE '959 PATENT:  NO.

13            THE '414 PATENT:  NO.

14            THE '721 PATENT:  YES.

15            NUMBER 7.  HAS APPLE PROVEN BY CLEAR AND CONVINCING

16      EVIDENCE THAT THE SAMSUNG ENTITY'S INFRINGEMENT OF ANY OF THE

17      FOLLOWING PATENTS WAS WILLFUL?

18            THE '647 PATENT, CLAIM 9.

19            SEC:  NO.

20            STA:  NO.

21            THE '959 PATENT, CLAIM 25.

22            SEC:  NO.

23            SEA:  NO.

24            STA:  NO.

25            THE '414 PATENT, CLAIM 20.
```

1           SEC:  NO.

2           SEA:  NO.

3           STA:  NO.

4           THE '721 PATENT, CLAIM 8.

5           SEC:  YES.

6           STA:  YES.

7           THE '172 PATENT, CLAIM 18.

8           SEC:  NO.

9           STA:  NO.

10          NUMBER 8.  HAS SAMSUNG PROVEN BY CLEAR AND CONVINCING

11  EVIDENCE THAT APPLE'S ASSERTED PATENT CLAIMS ARE INVALID?

12          THE '647 PATENT, CLAIM 9:  NO.

13          THE '959 PATENT, CLAIM 25:  NO.

14          THE '414 PATENT, CLAIM 20:  NO.

15          THE '721 PATENT, CLAIM 8:  NO.

16          THE '172 PATENT, CLAIM 18:  NO.

17          DAMAGES TO APPLE FROM SAMSUNG.

18          NUMBER 9.  WHAT IS THE TOTAL DOLLAR AMOUNT THAT APPLE IS

19  ENTITLED TO RECEIVE FROM SAMSUNG ON THE CLAIMS ON WHICH YOU

20  HAVE RULED IN FAVOR OF APPLE?  $119,625,000.

21          NUMBER 10A.  FOR THE TOTAL DOLLAR AMOUNT IN YOUR ANSWER TO

22  QUESTION 9, PLEASE PROVIDE IN THE CHART ON THE NEXT PAGE THE

23  DOLLAR BREAKDOWN FOR EACH PRODUCT.

24          THE ADMIRE.

25          FOR THE '647 PATENT, CLAIM 9:  7,599,178.

1        THE '959 PATENT, CLAIM 25:  0.

2        THE '414 PATENT, CLAIM 20:  0.

3        THE '721 PATENT, CLAIM 8:  1,372,696.

4        THE '172 PATENT, CLAIM 18:  2,655,675.

5        TOTAL:  11,627,549.

6        FOR THE GALAXY NEXUS.

7        THE '647 PATENT, CLAIM 9:  3,158,100.

8        THE '959 PATENT, CLAIM 25:  0.

9        THE '414 PATENT, CLAIM 20:  0.

10       THE '721 PATENT, CLAIM 8:  867,281.

11       THE '172 PATENT, CLAIM 18:  1,579,050.

12       THE TOTAL:  5,604,431.

13       THE GALAXY NOTE.

14       FOR THE '647 PATENT, CLAIM 9:  1,677,740.

15       FOR THE '959 PATENT, CLAIM 25:  0.

16       FOR THE '414 PATENT, CLAIM 20.  0.

17       FOR THE '172 PATENT, CLAIM 18:  1,166,343.

18       TOTAL:  2,844,083.

19       THE GALAXY NOTE 2.

20       8,684,775 FOR THE '647 PATENT, CLAIM 9.

21       FOR THE '959 PATENT, CLAIM 25:  0.

22       FOR THE '414 PATENT, CLAIM 20:  0.

23       FOR THE TOTAL OF 8,684,775.

24       THE GALAXY S II.

25       FOR THE '647 PATENT, CLAIM 9:  8,625,560.

```
 1              FOR THE '959 PATENT, CLAIM 25:  0.

 2              FOR THE '414 PATENT, CLAIM 20:  0.

 3              FOR THE '721 PATENT, CLAIM 8:  0.

 4              FOR THE '172 PATENT, CLAIM 18:  0.

 5              TOTAL:  8,625,560.

 6              FOR THE GALAXY S II EPIC 4G TOUCH.

 7              FOR THE 647 PATENT, CLAIM 9:  10,165,134.

 8              FOR THE '959 PATENT, CLAIM 25:  0.

 9              FOR THE '414 PATENT, CLAIM 20:  0.

10              FOR THE '721 PATENT, CLAIM 8:  0.

11              FOR THE '172 PATENT, CLAIM 18:  4,019,400.

12              TOTAL:  14,184,534.

13              FOR THE GALAXY S II SKYROCKET.

14              FOR THE '647 PATENT, CLAIM 9:  2,467,265.

15              FOR THE '959 PATENT, CLAIM 25:  0.

16              FOR THE '414 PATENT, CLAIM 20:  0.

17              FOR THE '721 PATENT, CLAIM 8:  0.

18              FOR THE '172 PATENT, CLAIM 18:  5,849,662.

19              TOTAL:  8,316,927.

20              FOR THE GALAXY S III.

21              FOR THE '647 PATENT, CLAIM 9:  52,404,721.

22              FOR THE '959 PATENT, CLAIM 25:  0.

23              FOR THE '414 PATENT, CLAIM 20:  0.

24              FOR A TOTAL OF 52,404,721.

25              FOR THE GALAXY TAB 2 10.9.
```

1                  FOR THE '959 PATENT, CLAIM 25:  0.

2                  FOR THE '414 PATENT, CLAIM 20:  0.

3                  FOR A TOTAL OF 0.

4                  FOR THE STRATOSPHERE.

5                  FOR THE '647 PATENT, CLAIM 9:  3,908,152.

6                  FOR THE '959 PATENT, CLAIM 25:  0.

7                  FOR THE '414 PATENT, CLAIM 20:  0.

8                  FOR THE '721 PATENT, CLAIM 8:  750,648.

9                  FOR THE '172 PATENT, CLAIM 18:  2,673,620.

10                 TOTAL:  7,332,420.

11                 DAMAGES TO APPLE -- WHOOPS, I'M GOING BACKWARDS.

12                 B.  FOR THE DOLLAR AMOUNT IN YOUR ANSWER TO QUESTION 10A,

13        PLEASE PROVIDE THE DOLLAR BREAKDOWN FOR THE FOLLOWING PRODUCTS

14        AND THE FOLLOWING PERIODS:

15                 THE GALAXY S II.

16                 FROM AUGUST 1, 2011 THROUGH JUNE 30, 2012:  6,203,849.

17                 FOR THE PERIOD JULY 1, 2012 THROUGH AUGUST 24, 2012:

18        298,099.

19                 FOR THE PERIOD AUGUST 25, 2012 TO THE PRESENT:  2,123,612.

20                 FOR THE GALAXY S II EPIC 4G TOUCH.

21                 FOR THE PERIOD AUGUST 1, 2011 THROUGH JUNE 30, 2012:

22        8,008,191.

23                 FOR THE PERIOD JULY 1, 2012 THROUGH AUGUST 24, 2012:

24        1,081,684.

25                 FOR THE PERIOD AUGUST 25, 2012 THROUGH THE PRESENT:

1        5,094,659.

2              FOR THE GALAXY S II SKYROCKET.

3              FOR THE PERIOD AUGUST 1, 2011 THROUGH JUNE 30, 2012:

4        6,780,043.

5              FOR THE PERIOD JULY 1, 2012 THROUGH AUGUST 24, 2012:

6        807,490.

7              FOR THE PERIOD AUGUST 25, 2012 THROUGH THE PRESENT:

8        729,394.

9              SAMSUNG'S PATENT CLAIMS AGAINST APPLE.

10             NUMBER 11.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS

11       SAMSUNG PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT APPLE

12       HAS INFRINGED CLAIM 15 OF THE '239 PATENT?

13             THE IPHONE 4:  NO.

14             THE IPHONE 4S:  NO.

15             THE IPHONE 5:  NO.

16             NUMBER 12.  FOR EACH OF THE FOLLOWING PRODUCTS, HAS

17       SAMSUNG PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT APPLE

18       HAS INFRINGED CLAIM 27 OF THE '499 PATENT?

19                  THE COURT:  '449.

20                  THE CLERK:  '449, EXCUSE ME.

21             THE IPHONE 4:  YES.

22             THE IPHONE 4S:  YES.

23             THE IPHONE 5:  YES.

24             THE IPOD TOUCH, 4TH GENERATION:  YES.

25             THE IPOD TOUCH, 5TH GENERATION:  YES.

```
1            NUMBER 13.  HAS SAMSUNG PROVEN BY CLEAR AND CONVINCING

2       EVIDENCE THAT APPLE'S INFRINGEMENT OF ANY OF THE FOLLOWING

3       PATENTS AFTER APRIL 18, 2012 WAS WILLFUL?

4            FOR THE '239 PATENT, CLAIM 15:  NO.

5            FOR THE '449 PATENT, CLAIM 27:  NO.

6            DAMAGES TO SAMSUNG FROM APPLE.

7            NUMBER 14.  WHAT IS THE TOTAL DOLLAR AMOUNT THAT SAMSUNG

8       IS ENTITLED TO RECEIVE FROM APPLE ON THE CLAIMS ON WHICH YOU

9       HAVE RULED IN FAVOR OF SAMSUNG?

10           $158,400.

11           NUMBER 15.  FOR THE TOTAL DOLLAR AMOUNT IN YOUR ANSWER TO

12      QUESTION 14, PLEASE PROVIDE IN THE CHART BELOW THE DOLLAR

13      BREAKDOWN FOR EACH PRODUCT.

14           FOR THE IPHONE 4.

15           ON THE '449 PATENT, CLAIM 27:  $20,591.

16           FOR THE '239 PATENT, CLAIM 15:  0.

17           FOR A TOTAL OF $20,591.

18           ON THE IPHONE 4S.

19           FOR THE '449 PATENT, CLAIM 27:  $28,474.

20           ON THE '239 PATENT, CLAIM 15:  0.

21           TOTAL:  28,474.

22           FOR THE IPHONE 5.

23           FOR THE '449 PATENT, CLAIM 27:  $41,514.

24           FOR THE '239 PATENT, CLAIM 15:  0.

25           TOTAL:  $41,514.
```

```
1              FOR THE IPOD TOUCH, 4TH GENERATION.

2              FOR THE '449 PATENT, CLAIM 27:  $40,597.

3              TOTAL:  $40,597.

4              FOR THE IPOD TOUCH, 5TH GENERATION.

5              $27,224.

6              TOTAL:  $27,224.

7              SIGNED THOMAS DUNHAM, DATED 5-2-2014.

8                   THE COURT:  OKAY.  WOULD EITHER PARTY LIKE THE JURY

9       TO BE POLLED?

10                   MR. QUINN:  SAMSUNG WOULD, YES, YOUR HONOR.

11                   THE COURT:  YOU WOULD?

12                   MR. QUINN:  YES.

13                   THE COURT:  OKAY.  ALL RIGHT.  JUROR NUMBER ONE,

14      MR. ZAPATA, IS THE VERDICT THAT'S JUST BEEN READ YOUR VERDICT?

15                   JUROR ZAPATA:  YES, IT IS, YOUR HONOR.

16                   THE COURT:  ALL RIGHT.  JUROR NUMBER TWO,

17      MS. NGUYEN, IS THE VERDICT THAT'S JUST BEEN READ YOUR VERDICT?

18                   JUROR NGUYEN:  YES, IT IS.

19                   THE COURT:  JUROR NUMBER THREE, MR. MORGAN, IS THE

20      VERDICT THAT HAS JUST BEEN READ YOUR VERDICT?

21                   JUROR MORGAN:  YES.

22                   THE COURT:  JUROR NUMBER FOUR, MS. WOO, IS THE

23      VERDICT THAT HAS JUST BEEN READ YOUR VERDICT?

24                   JUROR WOO:  YES, IT IS.

25                   THE COURT:  OKAY.  MR. DUNHAM, IS THE VERDICT THAT
```

```
 1            HAS JUST BEEN READ YOUR VERDICT?

 2                      JUROR DUNHAM:  YES, YOUR HONOR.

 3                      THE COURT:  MS. SAGE, IS THE VERDICT THAT HAS JUST

 4            BEEN READ YOUR VERDICT?

 5                      JUROR SAGE:  YES.

 6                      THE COURT:  OKAY.  MR. KARIHALDO, IS THE VERDICT THAT

 7            HAS JUST BEEN READ YOUR VERDICT?

 8                      JUROR KARIHALDO:  YES, YOUR HONOR.

 9                      THE COURT:  I'M SORRY?

10                      JUROR KARIHALDO:  YES, YOUR HONOR.

11                      THE COURT:  OKAY.  THANK YOU.

12                 AND MS. PALMADA, IS THE VERDICT THAT HAS JUST BEEN READ

13            YOUR VERDICT?

14                      JUROR PALMADA:  YES, IT IS.

15                      THE COURT:  SO THIS IS WHAT WE ARE GOING TO DO.  WE

16            ARE GOING TO RECESS, AND I'M SORRY TO MAKE YOU WAIT, BUT WE'RE

17            GOING TO RECESS FOR 30 MINUTES JUST TO HAVE EVERYONE REVIEW THE

18            VERDICT FORM.

19                 IF THERE ARE ANY QUESTIONS REQUIRING ANY CLARIFICATION, WE

20            ARE GOING TO ASK YOU.

21                 SO IF YOU WOULD PLEASE JUST RETURN TO THE JURY ROOM AND

22            GIVE US 30 MINUTES JUST TO REVIEW THIS VERDICT FORM, AND THEN

23            WE'LL BRING EVERYONE BACK INTO THE COURTROOM.  ALL RIGHT?

24                      THANK YOU VERY MUCH FOR YOUR PATIENCE AND YOUR SERVICE.

25                      (JURY OUT AT 5:18 P.M.)
```

```
 1              THE COURT:  ALL RIGHT.  THE TIME IS NOW 5:15.  DO YOU

 2     THINK YOU NEED LESS THAN 30 MINUTES?  CAN WE DO THIS IN 20

 3     MINUTES?  WHAT WOULD YOU LIKE?

 4          (DISCUSSION OFF THE RECORD BETWEEN COUNSEL.)

 5              MR. BENNETT:  WE'LL TRY, YOUR HONOR.

 6              MS. MAROULIS:  WE CAN TRY.

 7              THE COURT:  OKAY.  LET'S TRY.  IF WE NEED MORE TIME,

 8     WE'LL TAKE MORE TIME.  BUT WE HAVE 30 MINUTES.  OKAY?

 9          THANK YOU.

10          (RECESS FROM 5:19 P.M. UNTIL 5:58 P.M.)

11          (JURY OUT AT 5:58 P.M.)

12              THE COURT:  OKAY.  GOOD EVENING AND WELCOME BACK.

13          LET ME HEAR FROM THE PARTIES -- WELCOME, PLEASE TAKE A

14     SEAT -- AS TO WHAT, IF ANYTHING, YOU THINK NEEDS TO BE SENT

15     BACK TO THE JURY.

16              MR. BENNETT:  YES, YOUR HONOR.  JAMES BENNETT FOR

17      APPLE.

18          WE'VE IDENTIFIED ONE ISSUE, YOUR HONOR, ONE ERROR WE SEE

19     IN THE VERDICT FORM.  IT'S ON PAGE 9, THE CHART THAT ALLOCATES

20     THE DAMAGES.

21              THE COURT:  YES.

22              MR. BENNETT:  THE '172 PATENT, CLAIM 18, GALAXY S II,

23     JX 32, AN AWARD OF DAMAGES OF 0, THAT'S A PATENT, YOUR HONOR,

24     THAT THE COURT FOUND -- INSTRUCTED HAD BEEN INFRINGED AND THE

25     JURY FOUND WAS VALID, SO UNDER THE INSTRUCTIONS GIVEN, THE JURY
```

1    SHOULD HAVE AWARDED DAMAGES IN THE AMOUNT OF AT LEAST A

2    REASONABLE ROYALTY AND THEY'VE AWARDED 0 HERE, WHICH IS

3    INCONSISTENT WITH WHAT THEY'VE DONE WITH ALL THE OTHER ACCUSED

4    PHONES, OR ADJUDICATED INFRINGED PHONES I SHOULD SAY.

5            THE COURT:  ALL RIGHT.  WOULD SAMSUNG LIKE TO BE

6    HEARD ON THAT ISSUE?

7            MR. WATSON:  YES, YOUR HONOR, SCOTT WATSON FOR

8    SAMSUNG.

9        YOUR HONOR, THERE IS EVIDENCE IN THE RECORD FOR WHICH THE

10   JURY COULD HAVE CONCLUDED THAT A REASONABLE ROYALTY ON THAT

11   PATENT ON THAT PRODUCT WAS 0.  AS THE COURT WILL RECALL,

12   DR. CHEVALIER'S ANALYSIS, THE ANALYTIC APPROACH SUGGESTED A

13   VALUE OF PRECISELY 0 FOR THAT PATENT.

14       AND SO THERE IS EVIDENCE IN THE RECORD TO SUPPORT THAT.

15   DEFENSE EXHIBIT 453A, PAGES 2 AND 13, BOTH REFLECT THAT

16   DR. CHEVALIER'S ANALYTIC APPROACH WOULD SUPPORT AN AWARD OF 0

17   ON THAT.

18           THE COURT:  DO YOU WANT TO RESPOND TO THAT, PLEASE?

19           MR. BENNETT:  IT'S NOT AN INCONSISTENCY, BECAUSE THAT

20   WAS NOT SPECIFIC TO THE GALAXY S II.  THAT WAS AN APPROACH

21   OFFERED FOR ALL OF THE PRODUCTS, ALL OF THE VARIOUS MODELS.

22       THE JURY OBVIOUSLY REJECTED THAT APPROACH.  THERE'S NO

23   RATIONAL OR CREDIBLE REASON TO ARGUE THEY ADOPTED THAT APPROACH

24   JUST FOR THE GALAXY S II.

25           THE COURT:  WELL, PAGE 11 OF DR. CHEVALIER'S REPORT

1    FOR THE '172 PATENT FOR THE S II, SHE DOES PROVIDE REASONABLE

2    ROYALTY NUMBERS FOR THE S II AT&T AT $66,401, AND FOR THE S II

3    T-MOBILE, IT'S 546,44 -- $546,044.

4         SO EVEN ACCORDING TO HER REPORT, SHE DOES SAY THAT THERE

5    SHOULD BE A REASONABLE ROYALTY FOR THAT PRODUCT FOR THIS

6    PATENT.

7         AND THIS IS MY CONCERN:  35, UNITED STATES CODE,

8    SECTION 284 SAYS THAT, "UPON FINDING FOR THE CLAIMANT, THE

9    COURT SHALL AWARD THE CLAIMANT DAMAGES ADEQUATE TO COMPENSATE

10   FOR THE INFRINGEMENT, BUT IN NO EVENT LESS THAN A REASONABLE

11   ROYALTY FOR THE USE MADE OF THE INVENTION BY THE INFRINGER."

12        AND THERE IS JURY INSTRUCTION NUMBER 40 WHICH SAYS THAT

13   "APPLE SHOULD BE AWARDED A REASONABLE ROYALTY FOR ALL

14   INFRINGING SAMSUNG SALES FOR WHICH APPLE HAS NOT BEEN AWARDED

15   LOST PROFITS DAMAGES."

16        SO I THINK IT SHOULD GO BACK TO THE JURY JUST FOR THIS ONE

17   LIMITED PURPOSE.  I WOULD CITE 35, U.S. CODE, SECTION 284 AND

18   JURY INSTRUCTION NUMBER 40.

19             MR. WATSON:  YOUR HONOR, I WOULD JUST SUBMIT THAT

20   DR. CHEVALIER WAS VERY CLEAR THAT SHE VIEWED HER $.35 PER UNIT

21   PER PATENT NUMBER AS A VERY CONSERVATIVE NUMBER AT THE HIGH END

22   OF THE RANGE.

23        I THINK THE JURY COULD WELL HAVE LOOKED BEHIND HER

24   ANALYSIS, WHICH WAS PRESENTED TO THE JURY, AND CONCLUDED THAT

25   FOR THIS PATENT, ON THIS PRODUCT, THAT THERE WAS NO VALUE TO

```
 1      THE PATENT WHATSOEVER, WHICH IS, FRANKLY, NOT AN UNREASONABLE

 2      THING TO CONCLUDE.

 3              THE COURT:  ALL RIGHT.  WELL, I DISAGREE AND I AM

 4      GOING TO SEND THIS ISSUE BACK JUST FOR -- THIS IS WHAT I PLAN

 5      TO DO:  THE NOTE THAT I'M GOING TO SEND IS JUST GOING TO QUOTE

 6      35, U.S.C., SECTION 284 AND REFER THE JURORS TO FINAL JURY

 7      INSTRUCTION NUMBER 40.

 8          I'M NOT GOING TO TELL THEM THAT THERE IS ANY TIME LIMIT,

 9      BUT I'LL PROBABLY ONLY HAVE THEM DELIBERATE FOR 30 MINUTES.  IF

10      THEY'RE NOT DONE IN 30 MINUTES, I'LL ASK THEM TO RESUME ON

11      MONDAY MORNING AT 9:00.  OKAY?

12          THAT'S WHAT I INTEND TO DO.

13          HERE IS -- LET ME READ --

14              MR. BENNETT:  YOUR HONOR, ONE QUESTION.  IS YOUR

15      HONOR GOING TO CALL OUT THE ISSUE THAT WE HAVE, JUST THE --

16              THE COURT:  YES.

17              MR. BENNETT:  YES.

18              THE COURT:  BECAUSE THEY WILL WANT TO KNOW WHAT'S

19      GOING ON ANYWAY.

20          (PAUSE IN PROCEEDINGS.)

21              THE COURT:  MR. BENNETT, DO YOU WANT TO COMMENT ON

22      WHETHER A 0 REASONABLE ROYALTY IS LEGALLY APPROPRIATE OR

23      WHETHER AT LEAST A NOMINAL REASONABLE ROYALTY IS NECESSARY TO

24      COMPLY WITH 35, U.S.C., SECTION 284?

25              MR. BENNETT:  I DON'T THINK A NOMINAL ROYALTY IS A
```

```
 1          REASONABLE ROYALTY OR DOES COMPLY, YOUR HONOR.

 2              MOREOVER, JUST ON THE FACE OF THIS VERDICT FORM, THERE'S

 3      NO RATIONAL BASIS TO THINK THAT'S THE CONCLUSION THE JURY

 4      REACHED.

 5              I HOPE I'M RESPONDING TO YOUR HONOR'S QUESTION, BECAUSE I

 6      INTERPRETED IT TO BE A REQUEST TO RESPOND TO MR. WATSON.

 7                  THE COURT:  WELL, THE QUESTION IS, WHAT IS THE LEGAL

 8      ANSWER TO CAN A REASONABLE ROYALTY BE 0?

 9                  MR. BENNETT:  NO.

10                  THE COURT:  I DIDN'T UNDERSTAND -- I DIDN'T THINK

11      THAT WAS THE LAW MYSELF.

12                  MR. BENNETT:  THE ANSWER IS NO.

13                  MR. WATSON:  I'M NOT AWARE OF ANY AUTHORITY THAT

14      PRECLUDES IT, YOUR HONOR, BUT WE OBVIOUSLY HAVE NOT HAD TIME TO

15      RESEARCH IT.

16                  MR. BENNETT:  I THINK THE STATUTE TALKS ABOUT -- I

17      THINK IT'S MORE -- I DON'T HAVE THE STATUTE IN FRONT OF ME, BUT

18      I THINK THAT A COMPENSATION OF 0 IS NOT A COMPENSATION.

19              (PAUSE IN PROCEEDINGS.)

20                  THE COURT:  SO THIS IS WHAT THE NOTE SAYS:  "35,

21      UNITED STATES CODE, SECTION 284 STATES:  'UPON FINDING FOR THE

22      CLAIMANT, THE CLAIMANT SHALL BE AWARDED DAMAGES ADEQUATE TO

23      COMPENSATE FOR THE INFRINGEMENT, BUT IN NO EVENT LESS THAN A

24      REASONABLE ROYALTY FOR THE USE MADE OF THE INVENTION BY THE

25      INFRINGER.'  FOR THE GALAXY S II, JX 32, IN CLAIM 18 OF THE
```

```
 1          '172 PATENT, PLEASE SEE FINAL JURY INSTRUCTION NUMBER 40."

 2              DO YOU WANT TO BE HEARD ON THAT?

 3                  MR. WATSON:  YOUR HONOR, I'M TRYING TO DO SOME

 4      RESEARCH ON THE FLY HERE.  RECENT FEDERAL CIRCUIT OPINION IN

 5      THE MOTOROLA CASE DOES SUGGEST THAT AN AWARD OF 0 COULD BE

 6      APPROPRIATE FOR A REASONABLE ROYALTY.  I HAVEN'T HAD A CHANCE

 7      TO READ THE OPINION IN ANY DETAIL AS I'VE BEEN STANDING HERE,

 8      BUT THERE DOES SEEM TO BE AUTHORITY FOR THAT PROPOSITION.

 9                  THE COURT:  ALL RIGHT.  GIVE ME A PIN CITE.  I JUST

10      HAVE IT DOWNSTAIRS.  GIVE ME THE PIN CITE, PLEASE.  I DIDN'T --

11      THAT WAS NOT MY UNDERSTANDING OF THE LAW.  MY UNDERSTANDING OF

12      THE LAW IS THAT THIS STATUTE PROVIDES, AS A FLOOR, A REASONABLE

13      ROYALTY AND THAT CAN'T BE 0.

14                  MR. JOHNSON:  YOUR HONOR, WE DON'T HAVE A PIN CITE,

15      BUT WE CAN READ THE PART OF THE OPINION AND THEN WE CAN LOOK

16      FOR A PIN CITE.

17                  THE COURT:  WELL, ACTUALLY, WHY DON'T -- CAN YOU GET

18      MY COPY?  IT'S SITTING ON THE CONFERENCE TABLE.  OR CAN YOU

19      PULL THAT UP ON YOUR LAPTOP?

20                  MR. JOHNSON:  THERE'S A PARAGRAPH THAT BEGINS, "THUS,

21      THE FACT FINDER MAY AWARD NO DAMAGES ONLY WHEN THE RECORD

22      SUPPORTS A 0 ROYALTY AWARD," AND IT GOES ON FROM THERE.  BUT

23      THAT'S THE FIRST SENTENCE FROM THE PARAGRAPH.

24                  THE COURT:  ALL RIGHT.  WHY DON'T WE TAKE A BREAK AND

25      I'LL GO FIND THAT OPINION.  OKAY?  THANK YOU.
```

```
1              IS THERE ANY OTHER CASE YOU WANT ME TO LOOK AT?  AND WHAT

2        PAGE -- WHAT'S THE SITE FOR THAT, PLEASE?

3                   MR. WATSON:  PAGE 65, YOUR HONOR.

4                   THE COURT:  OKAY.  LET'S TAKE A SHORT RECESS.

5              (RECESS FROM 6:09 P.M. UNTIL 6:13 P.M.)

6                   THE COURT:  OKAY.  SO HERE IS THE RELEVANT PARAGRAPH

7        OF MOTOROLA.  "THUS, A FACT FINDER MAY AWARD NO DAMAGES ONLY

8        WHEN" -- PLEASE TAKE A SEAT -- "THE RECORD SUPPORTS A 0 ROYALTY

9        AWARD.  FOR EXAMPLE, IN A CASE COMPLETELY LACKING ANY EVIDENCE

10       ON WHICH TO BASE A DAMAGES AWARD, THE RECORD MAY WELL SUPPORT A

11       0 ROYALTY AWARD.  ALSO, A RECORD COULD DEMONSTRATE THAT AT THE

12       TIME OF INFRINGEMENT, THE DEFENDANT CONSIDERED THE PATENT

13       VALUELESS AND THE PATENTEE WOULD HAVE ACCEPTED NO PAYMENT FOR

14       THE DEFENDANT'S INFRINGEMENT.

15             "OF COURSE, IT SEEMS UNLIKELY THAT A WILLING LICENSOR AND

16       A WILLING LICENSEE WOULD AGREE TO A 0 ROYALTY PAYMENT IN A

17       HYPOTHETICAL NEGOTIATION WHERE BOTH INFRINGEMENT AND VALIDITY

18       ARE ASSUMED."

19             SO I DON'T BELIEVE THAT MOTOROLA SUPPORTS A 0 ROYALTY

20       AWARD IN THIS CASE WHERE BOTH EXPERTS PROVIDED REASONABLE

21       ROYALTY CALCULATIONS, AND IT'S CLEAR FROM THE JURY'S VERDICT AS

22       TO ADMIRE, GALAXY NEXUS, GALAXY NOTE, GALAXY S II EPIC 4G

23       TOUCH, GALAXY S II SKYROCKET, AND STRATOSPHERE THAT THEY DID

24       NOT VIEW THIS PATENT AS VALUELESS BECAUSE THEY CLEARLY GAVE IT

25       VALUE FOR THE OTHER SIX PRODUCTS THAT WERE FOUND TO INFRINGE
```

1    THIS CLAIM WHICH THE JURY FOUND VALID.

2         SO I AM GOING TO SEND THIS BACK.  OBVIOUSLY YOU CAN BRIEF

3    THIS ON JMOL, AND WE CAN ALSO CORRECT THIS ON JMOL IF THAT

4    BECOMES NECESSARY --

5              MR. WATSON:  YOUR HONOR, IF I CAN RAISE --

6              THE COURT:  -- AND I COULD STRIKE ANY AWARD.

7              MR. WATSON:  IF I COULD RAISE ONE OTHER POSSIBILITY?

8    IN LOOKING AT THE FORM, IT SEEMS POSSIBLE THAT THE JURY MAY

9    HAVE INADVERTENTLY INCLUDED THAT NUMBER IN THE GALAXY S II

10   SKYROCKET AWARD OF $5,849,662.

11        AND SO I THINK IT WOULD NOT BE INAPPROPRIATE TO ASK THE

12   JURY WHETHER THEY HAD NOT INADVERTENTLY ACCOUNTED FOR THAT

13   NUMBER.

14             THE COURT:  OKAY.  I'M NOT GOING TO DO THAT.  IF THEY

15   THINK THAT THEY'VE MADE A MISTAKE, THEY CAN CORRECT IT.  ALL

16   I'M GOING TO SAY IS 35, UNITED STATES CODE, SECTION 284 STATES,

17   "UPON FINDING FOR THE CLAIMANT, THE CLAIMANT SHALL BE AWARDED

18   DAMAGES ADEQUATE TO COMPENSATE FOR THE INFRINGEMENT, BUT IN NO

19   EVENT LESS THAN A REASONABLE ROYALTY FOR THE USE MADE OF THE

20   INVENTION BY THE INFRINGER.  FOR THE GALAXY S II, JX 32, IN

21   CLAIM 18 OF THE '172 PATENT, PLEASE SEE FINAL JURY INSTRUCTION

22   NUMBER 40."

23             MR. QUINN:  YOUR HONOR --

24             THE COURT:  WHO HAS THE ACTUAL FORM THAT NEEDS TO GO

25   BACK WITH THE NOTE?  MS. PARKER BROWN, DO YOU HAVE THE ACTUAL

1    FORM?

2            THE CLERK:  I SUPPOSE I CAN PRINT ONE.  I DON'T

3    KNOW --

4            THE COURT:  NO, BUT WHO HAS THE ACTUAL --

5            THE CLERK:  THEY WERE STILL DOWNSTAIRS.

6            THE COURT:  OH, THE ACTUAL -- THE SIGNATURE.  NO.  WE

7    NEED THE ACTUAL ONE WITH THE SIGNATURE.

8            THE CLERK:  OH, THE VERDICT?  I HAVE THAT.

9            THE COURT:  OH, I'M SORRY.

10           THE CLERK:  I THOUGHT YOU WERE TALKING ABOUT THE

11   NOTE, THE NOTE FORM.

12           THE COURT:  OH, NO.  THE ACTUAL VERDICT FORM NEEDS TO

13   GO BACK WITH THEM WITH THE INSTRUCTIONS SO THEY CAN MAKE ANY

14   CORRECTIONS.

15           MR. QUINN:  YOUR HONOR, MAY I --

16           THE COURT:  GO AHEAD, PLEASE.

17           MR. QUINN:  DID THE COURT INTEND TO CALL THE JURY'S

18   ATTENTION TO THE PARTICULAR BOX, PAGE 9?  I MEAN, I'M CONCERNED

19   THAT THE JURY MAY INTERPRET THIS AS A SUGGESTION OR INVITATION

20   SOMEHOW TO RELOOK AT OTHER NUMBERS AS WELL, AND THE ONLY ISSUE

21   THAT'S BEEN IDENTIFIED IS THIS ONE BOX ON PAGE 9 OF THE FORM.

22   I WOULD SUGGEST THAT THE COURT'S NOTE CALL ATTENTION TO THAT

23   SPECIFICALLY, THAT THAT'S WHAT THIS IS DIRECTED TO.

24           THE COURT:  SO YOU WANT ME TO SAY, "PLEASE SEE FINAL

25   JURY INSTRUCTION NUMBER 40 AND PAGE 9"?

```
 1              MR. QUINN:  YEAH, SOMETHING --

 2              THE COURT:  WELL, PAGE 9 AND PAGE 10, BECAUSE THEN

 3     THEY ARE -- THE PRECEDING PAGE, PAGE 8.  SO PLEASE SEE PAGE

 4     8 -- PLEASE SEE PAGE 9, THEN PAGE 8?

 5              MR. BENNETT:  I THINK MR. QUINN'S SUGGESTION WAS

 6     CALLING OUT THE BOX.

 7              MR. QUINN:  YEAH.  I MEAN, I THINK WE ALL KNOW THE

 8     BOX THAT WE'RE TALKING ABOUT.

 9              THE COURT:  I SAID FOR THE GALAXY S II, JX 32, IN

10     CLAIM 18 OF THE '172 PATENT.  THAT'S SPELLED OUT.  I DON'T KNOW

11     HOW YOU WANT ME TO CALL IT OUT, YOU KNOW, SECOND BOX FROM THE

12     RIGHT, SIXTH ROW -- I MEAN, I DON'T THINK THAT'S HELPFUL.  I'VE

13     ALREADY CALLED OUT, FOR THE GALAXY S II, JX 32, AND CLAIM 18 OF

14     THE '172 PATENT.  I DON'T KNOW HOW -- I MEAN -- I DON'T KNOW

15     HOW ELSE YOU WANT ME TO DO IT.

16              MR. QUINN:  YOU MIGHT SAY "THE FORM AT PAGE 9 FOR

17     THAT PATENT, THAT PRODUCT, PRESENTLY HAS A 0," AND THEN GIVE

18     THEM THE INSTRUCTION.

19              MR. BENNETT:  AND WE COULD MAYBE PREFACE THIS WITH

20     THE STATEMENT THAT "THE COURT HAS IDENTIFIED ONE ISSUE WITH THE

21     VERDICT FORM," AND TELL THEM THAT WE'VE LOOKED AT IT AND

22     IDENTIFIED ONE ISSUE, CALL OUT THAT BOX THAT MR. QUINN

23     SUGGESTED, AND THEN GIVE THE INSTRUCTION THAT THE COURT HAS

24     PROPOSED.

25              MR. QUINN:  I THINK THAT WOULD BE APPROPRIATE, YOUR
```

1       HONOR.

2               THE COURT:  THEN SHOULD I ALSO CALL OUT PAGE 8,

3       BECAUSE THEY WILL HAVE TO MAKE A CONFORMING CHANGE TO QUESTION

4       NUMBER 9?

5               MR. QUINN:  RIGHT.

6               MR. BENNETT:  RIGHT.

7               MR. QUINN:  YES.

8               MR. BENNETT:  YES, YOUR HONOR.

9               THE COURT:  OH, AND PAGE --

10              MS. MAROULIS:  10.

11              THE COURT:  -- 10.  OKAY.  WELL, I'VE ALREADY WRITTEN

12      IT, SO HERE IT GOES.  "35, UNITED STATES CODE, SECTION 284

13      STATES, 'UPON FINDING FOR THE CLAIMANT, THE CLAIMANT SHALL BE

14      AWARDED DAMAGES ADEQUATE TO COMPENSATE FOR THE INFRINGEMENT,

15      BUT IN NO EVENT LESS THAN A REASONABLE ROYALTY FOR THE USE MADE

16      OF THE INVENTION BY THE INFRINGER.'  FOR THE GALAXY S II,

17      JX 32, IN CLAIM 18 OF THE '172 PATENT, PLEASE SEE FINAL JURY

18      INSTRUCTION NUMBER 40.  THE GALAXY S II, JX 32 BOX FOR CLAIM 18

19      OF THE '172 PATENT ON PAGE 9 SAYS 0 WITH A SLASH THROUGH IT.

20      PLEASE ALSO SEE QUESTION 9 ON PAGE 8 AND QUESTION 10B ON PAGE

21      10."

22          IS THAT SATISFACTORY?

23              MR. BENNETT:  YES, YOUR HONOR.

24              MR. QUINN:  THAT'S FINE, YOUR HONOR.

25              THE COURT:  OKAY.

```
 1              MR. BENNETT:  THAT'S FINE.

 2              THE COURT:  SO I HAVE THE -- THIS IS THE ORIGINAL

 3    WITH THE SIGNATURE.  LET'S CALL OUR JURY IN.

 4         I DON'T -- DO YOU WANT ME TO TRY TO EXPLAIN IT TO THEM OR

 5    JUST HAND THEM THE NOTE AND THE VERDICT FORM?  I THINK THAT

 6    SHOULD BE FINE.

 7              MR. QUINN:  I HAVE NO -- I THINK THE COURT OUGHT TO

 8    EXPLAIN IT TO THEM.

 9              MR. BENNETT:  WE HAVE NO OBJECTION TO YOU EXPLAINING

10    IT TO THEM.

11              THE COURT:  ALL RIGHT.  LET'S BRING THE JURY OUT.

12    I'LL JUST FOLLOW THIS NOTE.  I'LL ALSO SEND THE NOTE WITH THEM.

13              MR. QUINN:  THANK YOU.

14         (JURY IN AT 6:21 P.M.)

15              THE COURT:  EXCUSE ME ONE SECOND ACTUALLY.  I'M

16    SORRY.  LET ME ASK THE PARTIES ONE LAST QUESTION OUTSIDE YOUR

17    PRESENCE BEFORE I BRING YOU BACK.  SORRY ABOUT THAT.

18         (JURY OUT AT 6:22 P.M.)

19              THE COURT:  ALL RIGHT.  THE JURORS HAVE LEFT THE

20    COURTROOM.

21         IT IS 6:20 NOW.  WE COULD ASK THEM TO COME BACK AND FINISH

22    THIS ON MONDAY INSTEAD OF -- I MEAN, I'M FINE WITH HAVING THEM

23    AT LEAST BEGIN TO DELIBERATE, BUT MAYBE ONLY HAVE THEM DO IT

24    FOR TEN MINUTES AND THEN ASK THEM TO JUST RESUME ON MONDAY

25    VERSUS TRYING TO FORCE THIS LATE ON FRIDAY NIGHT.
```

3415

```
 1          LET ME ASK THE PARTIES, WHAT WOULD YOU LIKE?  THE ONLY

 2   BENEFIT OF SEEING IF THEY COULD DO A QUICK ANSWER IS THAT THEN

 3   THEY DON'T HAVE TO COME BACK MONDAY, BUT I'M ALSO CONCERNED

 4   ABOUT TRYING TO FORCE THIS.

 5          MR. BENNETT:  WE --

 6          MR. QUINN:  IT WOULD BE NICE TO GET IT DONE, YOUR

 7   HONOR, SO THEY CAN BE RELIEVED AND NOT HAVE TO COME BACK.

 8          THE COURT:  BUT I'M NOT GOING TO HAVE THEM DELIBERATE

 9   MORE THAN --

10          MR. QUINN:  NO, I UNDERSTAND.

11          THE COURT:  -- MAYBE 20 MINUTES, BECAUSE IT'S 6:20

12   RIGHT NOW.

13          MR. QUINN:  I UNDERSTAND, YOUR HONOR.  I THINK THAT

14   MAKES SENSE.  GIVE THEM A CHANCE, SEE IF THEY CAN DO IT IN 20

15   MINUTES.

16          THE COURT:  ALL RIGHT.  I'M NOT GOING TO TELL THEM,

17   BECAUSE I DON'T WANT THEM TO FEEL PRESSURED.  I COULD ALSO ASK

18   THEM IF THEY'D RATHER COME -- I COULD TELL THEM WHAT THE

19   PROBLEM IS AND SEE IF THEY WANTED TO COME BACK ON MONDAY.

20   THAT'S THE OTHER OPTION.

21          MR. BENNETT:  THAT WOULD BE FINE.

22          MR. QUINN:  THAT MIGHT BE THE BEST OF ALL.

23          THE COURT:  I DON'T KNOW IF THEY THOUGHT THEY WERE

24   LEAVING AT 4:30.

25          MR. BENNETT:  I THINK THE LAST OPTION IS FINE.
```

```
 1            MR. QUINN:  YOUR HONOR, I HATE TO DO THIS, BUT IT

 2    APPEARS THAT THE NUMBERS ON PAGE 10 AT THE TOP FOR THE

 3    GALAXY S II --

 4            THE COURT:  YES.

 5            MR. QUINN:  -- IF YOU ADD THOSE UP, THEY SHOULD TOTAL

 6    THE SAME, YOU SHOULD GET THE SAME NUMBER AS ON THE PREVIOUS

 7    PAGE.

 8            THE COURT:  YES.

 9            MR. QUINN:  AND THERE IS A VARIATION.

10            THE COURT:  WE CHECKED THAT AND DID NOT FIND A

11    VARIATION.

12            MR. OLSON:  THERE'S NO VARIATION.

13            MR. WATSON:  BUT IF THE NUMBER --

14            THE COURT:  WHAT'S THE VARIATION?

15            MR. WATSON:  IF THE NUMBER IS ADDED FOR THE '172

16    PATENT FOR THE S II, PRESENTLY THE NUMBER IS 0, IT SEEMS LIKE

17    THERE WOULD HAVE TO BE AN APPROPRIATE ADJUSTMENT, YOUR HONOR,

18    ON THE TOP ROW OF 10 -- OF QUESTION 10B.

19            THE COURT:  I KNOW.  THAT'S WHY MY -- THE LAST

20    SENTENCE OF MY INSTRUCTION SAYS "PLEASE ALSO SEE QUESTION 9 ON

21    PAGE 8" BECAUSE THAT'S THE RUNNING TOTAL, AND QUESTION 10B ON

22    PAGE 10.

23            MR. QUINN:  I APOLOGIZE, YOUR HONOR.

24            THE COURT:  SO THAT SHOULD HOPEFULLY TAKE CARE OF ANY

25    POTENTIAL DISCREPANCY.
```

```
 1              OKAY.  LET'S BRING OUR JURY IN.

 2          (JURY IN AT 6:24 P.M.)

 3              THE COURT:  WELCOME BACK.  PLEASE TAKE A SEAT.

 4          WE HAVE IDENTIFIED ONE ISSUE WHICH I WANT TO CALL TO YOUR

 5   ATTENTION, AND THEN I'M GOING TO ASK YOU WHETHER -- OBVIOUSLY

 6   IT'S LATE AND I WILL NOT HAVE YOU -- I'LL GIVE YOU THE OPTION

 7   OF WHETHER YOU'D LIKE TO COME BACK ON MONDAY AT 9:00 A.M. TO

 8   RESOLVE THIS OR WHETHER YOU'D LIKE TO START TODAY.  I'M LEAVING

 9   IT COMPLETELY OPEN.

10          BUT WITH REGARD TO CLAIM 18 OF THE '172 PATENT, THE

11   GALAXY S II, WHICH IS JX 32, HAS BEEN FOUND TO INFRINGE, AND ON

12   QUESTION 10A ON PAGE 9 OF THE VERDICT FORM, THE AMOUNT OF

13   DAMAGES AWARDED WAS 0.

14          AND SO I JUST WANTED TO READ TO YOU 35, UNITED STATES

15   CODE, SECTION 284 STATES, UPON FINDING FOR THE CLAIMANT, THE

16   CLAIMANT SHALL BE AWARDED DAMAGES ADEQUATE TO COMPENSATE FOR

17   THE INFRINGEMENT, BUT IN NO EVENT LESS THAN A REASONABLE

18   ROYALTY FOR THE USE MADE OF THE INVENTION BY THE INFRINGER.

19          SO FOR THE GALAXY S II, JX 32, IN CLAIM 18 OF THE '172

20   PATENT, PLEASE SEE FINAL JURY INSTRUCTION NUMBER 40.

21          AND THAT IS THE FINAL JURY INSTRUCTION FOR PATENT DAMAGES,

22   REASONABLE ROYALTY ENTITLEMENT.

23          SO WE ARE ASKING YOU TO JUST RECONSIDER THAT BOX, BUT THEN

24   YOU WOULD ALSO NEED TO RECONSIDER QUESTION 9 ON PAGE 8, WHICH

25   IS THE OVERALL NUMBER, AND THEN QUESTION 10B ON PAGE 10, WHICH
```

```
1     ASKS THAT THE GALAXY S II, JX 32 NUMBERS, BE BROKEN DOWN BY

2     TIME PERIOD.

3          I KNOW ALL OF YOUR MATERIALS ARE DOWNSTAIRS.  WOULD YOU

4     LIKE TO COME BACK ON MONDAY AT 9:00 TO RESOLVE THIS?

5          JUROR DUNHAM:  YES, YOUR HONOR, WE WOULD.

6          THE COURT:  ALL RIGHT.  THANK YOU.

7          THIS IS WHAT I'M GOING TO DO.  I'M GOING TO RETURN -- THIS

8     IS THE ORIGINAL VERDICT FORM WITH YOUR SIGNATURES.  I'M

9     RETURNING THIS NOTE THAT SETS FORTH WHAT I READ TO YOU, AND I'M

10    ASKING THAT, AND ORDING, THAT YOU STILL DO NOT DISCUSS THE CASE

11    WITH ANYONE, THAT YOU DO NOT RESEARCH THE CASE AT ALL, AND YOU

12    STILL KEEP ALL OF MY INSTRUCTIONS AND ADMONITIONS.  THEY ARE

13    STILL IN PLACE BECAUSE YOUR WORK AND YOUR DELIBERATIONS HAVE

14    NOT BEEN COMPLETED.  OKAY?

15         SO NO COMMUNICATIONS WITH ANYONE ABOUT THE CASE.  NO

16    RESEARCHING THE CASE, NO READING ANYTHING, AND WE'LL SEE YOU

17    BACK ON MONDAY AT 9:00 TO RESOLVE THIS ISSUE.

18         JUROR DUNHAM:  OKAY.

19         THE COURT:  ALL RIGHT.  THANK YOU FOR YOUR PATIENCE

20    AND YOUR SERVICE.

21         I BELIEVE ALL YOUR PERSONAL BELONGINGS ARE DOWNSTAIRS.

22         JUROR DUNHAM:  NO, WE'RE ALL SET.

23         JUROR ZAPATA:  THEY'RE ALL HERE.

24         THE COURT:  ALL RIGHT.  THANK YOU.

25         PLEASE DON'T RESEARCH OR DISCUSS THE CASE.  WE'LL SEE YOU
```

1        MONDAY MORNING AT 9:00 A.M.

2              JUROR ZAPATA:  SURE.

3           (JURY OUT AT 6:28 P.M.)

4              THE COURT:  ALL RIGHT.  ANYTHING ELSE FOR TODAY?

5              MR. BENNETT:  NO, YOUR HONOR.

6              THE COURT:  NO?  OKAY.

7              MR. BENNETT:  THANK YOU, YOUR HONOR.

8              THE COURT:  THEN WE'LL RESUME AT 9:00 O'CLOCK ON

9        MONDAY.

10          ALL RIGHT.  THANK YOU.

11             MR. BENNETT:  THANK YOU, YOUR HONOR.

12             MR. QUINN:  THANK YOU.

13          (THE EVENING RECESS WAS TAKEN AT 6:28 P.M.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16  _____
    LEE-ANNE SHORTRIDGE, CSR, CRR
17  CERTIFICATE NUMBER 9595

18       DATED:  MAY 8, 2014

19

20

21

22

23

24

25