```
                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION



  APPLE INC., A CALIFORNIA          ) C-12-00630 LHK
  CORPORATION,                      )
                                    ) SAN JOSE, CALIFORNIA
                   PLAINTIFF,       )
                                    ) MAY 5, 2014
              VS.                   )
                                    ) VOLUME 17
  SAMSUNG ELECTRONICS CO., LTD.,    )
  A KOREAN BUSINESS ENTITY;         ) PAGES 3420-3434
  SAMSUNG ELECTRONICS AMERICA,      )
  INC., A NEW YORK -CORPORATION;    )
  SAMSUNG TELECOMMUNICATIONS        )
  AMERICA, LLC, A DELAWARE          )
  LIMITED LIABILITY COMPANY,        )
                                    )
                   DEFENDANTS.      )
                                    )
  _____



                  TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE LUCY H. KOH
                 UNITED STATES DISTRICT JUDGE



                   APPEARANCES ON NEXT PAGE


  OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
                               IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2     A P P E A R A N C E S:

 3     FOR PLAINTIFF            MORRISON & FOERSTER
       APPLE:                   BY:  HAROLD J. MCELHINNY
 4                                   RACHEL KREVANS
                                425 MARKET STREET
 5                              SAN FRANCISCO, CALIFORNIA   94105

 6

 7                              WILMER, CUTLER, PICKERING,
                                HALE AND DORR
 8                              BY:  WILLIAM F. LEE
                                60 STATE STREET
 9                              BOSTON, MASSACHUSETTS   02109

10                              BY:  MARK D. SELWYN
                                950 PAGE MILL ROAD
11                              PALO ALTO, CALIFORNIA   94304

12

13     FOR SAMSUNG:             QUINN, EMANUEL, URQUHART & SULLIVAN
                                BY:  JOHN B. QUINN
14                                   WILLIAM PRICE
                                865 S. FIGUEROA STREET, FLOOR 10
15                              LOS ANGELES, CALIFORNIA   90017

16                              BY:  VICTORIA F. MAROULIS
                                     KEVIN B. JOHNSON
17                              555 TWIN DOLPHIN DRIVE
                                SUITE 560
18                              REDWOOD SHORES, CALIFORNIA   94065

19
20
21
22
23
24
25
```

```
1      SAN JOSE, CALIFORNIA                           MAY 5, 2014
2                         P R O C E E D I N G S
3         (JURY OUT AT 9:38 A.M.)
4              THE COURT:  GOOD MORNING AND WELCOME.
5              MR. BENNETT:  GOOD MORNING, YOUR HONOR.
6              MR. PRICE:  GOOD MORNING, YOUR HONOR.
7              THE COURT:  THE NOTE IS THAT WE RECEIVED SAYS, "FOR
8      THE CHANGES, SHOULD WE CROSS OUT THE EXISTING OFFICIAL JURY
9      VERDICT FORM, OR COMPLETE A NEW FORM?"
10         AND I'M JUST GOING TO RESPOND THAT THEY -- PLEASE TAKE A
11     SEAT -- PLEASE CROSS OUT AND USE THE EXISTING JURY VERDICT
12     FORM.
13         ANY OBJECTION TO THAT?
14             MR. BENNETT:  NO, YOUR HONOR.
15             MR. QUINN:  NO OBJECTION.
16             THE COURT:  OKAY.  AND WHEN WE FINISH TODAY, I'M
17     GOING TO INVITE ANY JUROR WHO WANTS TO SPEAK EITHER WITH THE
18     PARTIES, ANY MEMBER OF THE PUBLIC, OR ANY MEDIA TO GO TO THE
19     COURTYARD DOWNSTAIRS ON THE FIRST FLOOR BETWEEN THE TWO
20     BUILDINGS RATHER THAN CLOGGING UP THIS HALLWAY.  ALL RIGHT?
21          THEN WE'LL SUBMIT THIS AND WE'LL BE IN TOUCH.  I EXPECT WE
22     MAY HEAR SOON.
23             MR. BENNETT:  ALL RIGHT.  THANK YOU.
24             MR. PRICE:  THANK YOU, YOUR HONOR.
25         (RECESS FROM 9:38 A.M. UNTIL 11:18 A.M.)
```

```
1                (JURY OUT AT 11:18 A.M.)
2            THE COURT:  OKAY.  GOOD MORNING AND WELCOME BACK.
3      PLEASE TAKE A SEAT.  WE'RE GOING TO TAKE A MINUTE FOR THE
4   JURORS TO COME TO THE FIFTH FLOOR.
5      WE HAVE RECEIVED JUROR NOTE 8, WHICH SAYS, "WE HAVE
6   COMPLETED THE COURT'S REQUEST."
7      I'M GOING TO PROPOSE THAT MS. PARKER BROWN ONLY READ
8   WHAT'S DIFFERENT AND NOT REREAD THE ENTIRE VERDICT FORM.  DO
9   THE PARTIES AGREE TO THAT, OR WOULD YOU LIKE HER TO REREAD THE
10  WHOLE THING AGAIN?
11           MR. BENNETT:  SOUNDS RIGHT TO US, YOUR HONOR.
12           MR. PRICE:  WE AGREE WITH THAT, YOUR HONOR.
13           THE COURT:  SO ONLY WHATEVER IS STRICKEN OUT, IT
14   SHOULD BE, YOU KNOW, CROSS OUTS AND NEW NUMBERS.
15      HOW MUCH TIME WOULD YOU LIKE TO REVIEW THEIR NEW VERDICT
16  FORM?  OBVIOUSLY THERE'S LESS TO REVIEW THIS TIME.
17           MR. BENNETT:  FIVE TO TEN MINUTES SHOULD BE ENOUGH,
18   YOUR HONOR.
19           MR. PRICE:  TEN MINUTES, YOUR HONOR.
20           THE COURT:  OKAY.
21        (PAUSE IN PROCEEDINGS.)
22           THE COURT:  WHILE WE'RE WAITING, LET ME BRING UP ONE
23   OF MY FAVORITE TOPICS.  WOULD IT BE APPROPRIATE TO HAVE SOME
24   TYPE OF ALTERNATIVE DISPUTE RESOLUTION AT SOME POINT?  I KNOW
25   WE CURRENTLY HAVE A JULY 10TH, I BELIEVE, HEARING DATE FOR THE
```

```
1        JMOL MOTIONS AND WE'VE ALREADY SET THE BRIEFING SCHEDULE FOR
2        THAT BACK ON MARCH 5TH AT THE PRETRIAL CONFERENCE.
3            I DON'T WANT TO, YOU KNOW, WASTE YOUR CLIENTS' TIME AND
4        RESOURCES, BUT IF THEY MIGHT BE AMENABLE TO HAVING ONE, EITHER
5        BEFORE THE POST-TRIAL MOTIONS HEARING OR AFTER -- I MEAN, I
6        GUESS AS SOON AS THIS GOES UP I'LL LOSE JURISDICTION, AND I
7        KNOW THE FEDERAL CIRCUIT ALSO HAS ADR PROGRAMS, OR UNLESS YOU
8        THINK IT'S JUST FUTILE.
9            I DON'T WANT TO WASTE YOUR CLIENTS' TIME.  WHAT --
10               MR. BENNETT:  YOUR HONOR, I HAVE NOT BEEN IN THAT
11       BOAT.  AS YOUR HONOR HAS SEEN, MY ROLE HAS BEEN LIMITED.
12               THE COURT:  SURE.
13               MR. BENNETT:  SO I WOULD DEFER.
14               MS. MAROULIS:  YOUR HONOR, WE'RE ALWAYS WILLING TO
15       PARTICIPATE IF THERE IS SUCH AN INTEREST.
16               THE COURT:  OKAY.
17           (PAUSE IN PROCEEDINGS.)
18               MR. OLSON:  YOUR HONOR, ERIC OLSON ON BEHALF OF APPLE
19       FROM MORRISON & FOERSTER.
20           AGAIN, OUR CLIENT HAS ENGAGED AND PARTICIPATED IN THE
21       PROCESS AND IS WILLING TO DO THE SAME.
22           AS YOU'RE AWARE, IT HASN'T BEEN BROUGHT TO A SUCCESSFUL
23       CONCLUSION THUS FAR.  I'M NOT SURE WHETHER A COURT ORDER WILL
24       ASSIST OR DETRACT FROM IT, BUT THAT'S -- THERE'S NO
25       UNWILLINGNESS ON THE PART OF THE CLIENT.
```

```
1              THE COURT:  ALL RIGHT.  WELL, WHAT I COULD ALSO DO
2     IS -- I'M SORT OF PUTTING YOU ON THE SPOT NOW, AND YOU MAY NEED
3     TO CONSULT WITH OTHERS AT YOUR CLIENTS, BUT I COULD JUST ASK
4     YOU, IN TWO WEEKS, TO JUST FILE A STATUS REPORT ABOUT WHETHER
5     YOU THINK IT WOULD BE USEFUL OR NOT.
6          I'M GOING TO ENCOURAGE YOU -- JUST BECAUSE PREVIOUS
7     EFFORTS HAVE NOT BEEN SUCCESSFUL DOESN'T MEAN THAT ANY FUTURE
8     EFFORTS WILL NOT, AND IT'S ALWAYS WORTH TRYING.
9          CAN YOU LET ME KNOW IN TWO WEEKS, JUST LET ME KNOW WHETHER
10    YOU'RE WILLING TO ENGAGE.  SAME AS BEFORE.  IT'S COMPLETELY UP
11    TO YOU WHERE, WITH WHOM, WHO ATTENDS.  I'M NOT -- I'M
12    COMPLETELY DEFERRING TO WHATEVER YOU ALL THINK MAY BE THE MOST
13    CONDUCIVE TO REACHING A RESOLUTION.
14         SO IN TWO WEEKS, COULD YOU LET ME KNOW?  I BELIEVE THAT
15    WOULD BE MAY 19TH.  DOES THAT SOUND RIGHT?
16              THE CLERK:  YES.
17              THE COURT:  BY MAY 19TH, COULD YOU PLEASE JUST --
18              THE CLERK:  AND THE JURY IS HERE.
19              THE COURT:  ALL RIGHT.  LET'S BRING OUR JURY IN,
20    PLEASE.
21         (JURY IN AT 11:24 A.M.)
22              THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A
23    SEAT EVERYONE.
24         MR. DUNHAM, YOU ARE STILL OUR FOREPERSON, CORRECT?
25              JUROR DUNHAM:  CORRECT.
```

1           THE COURT:  THERE'S BEEN NO MUTINY IN THE LAST COUPLE
2    DAYS?
3           JUROR DUNHAM:  NO, MA'AM.
4           THE COURT:  ALL RIGHT.  AND YOU HAVE REACHED A
5    VERDICT; CORRECT?
6           JUROR DUNHAM:  YES, YOUR HONOR.
7           THE COURT:  ALL RIGHT.  WOULD YOU PLEASE HAND THAT TO
8    MS. PARKER BROWN, WHO'S GOING TO CHECK IT FOR COMPLETENESS AND
9    MAKE SURE IT'S SIGNED AND DATED IN INK?
10        AND THE PARTIES HAVE AGREED THAT RATHER THAN READING THE
11   WHOLE FORM ALL OVER AGAIN, WE'LL ONLY READ WHAT HAS CHANGED.
12          JUROR DUNHAM:  OKAY.
13          THE COURT:  OKAY?  SO ANY CROSS OUTS OR NEW NUMBERS.
14      SO MS. PARKER BROWN, IF YOU WOULD GO AHEAD AND --
15          THE CLERK:  I JUST SAY THE PAGE NUMBER?
16          THE COURT:  YES, PLEASE.  MAYBE JUST THE QUESTION
17   NUMBER AND THE PAGE NUMBER, PLEASE.
18      ON PAGE 9, THIS IS PART OF QUESTION 10, FOR THE
19   GALAXY S II, THE '172 PATENT, CLAIM 18, THE AMOUNT IS
20   $4,019,400, WHICH MAKES THE TOTAL FOR THAT DEVICE $12,644,960.
21      FOR THE GALAXY S II EPIC 4G TOUCH, FOR THE '172 PATENT,
22   CLAIM 18, THE AMOUNT IS 5,849,662.
23      THE TOTAL FOR THAT DEVICE:  16,014,796.
24      FOR THE GALAXY S II SKYROCKET, THE '172 PATENT, CLAIM 18,
25   1,178,904.

```
 1              THE TOTAL FOR THAT DEVICE:  3,646,169.
 2              AND FOR THE STRATOSPHERE REGARDING THE '172 PATENT,
 3      CLAIM 18, 1,494,716.
 4              TOTAL FOR THAT DEVICE:  6,153,516.
 5              THE COURT:  OKAY.  CAN YOU CHECK ON PAGE 8, PLEASE,
 6      QUESTION NUMBER 9, DID THAT NUMBER CHANGE?
 7              THE CLERK:  THAT NUMBER DID NOT CHANGE.
 8              THE COURT:  OKAY.
 9              THE CLERK:  ON PAGE 10, FOR THE GALAXY S II,
10      AUGUST 1ST, 2011, THROUGH JUNE 30, 2012:  9,094,761.
11              FOR THE PERIOD JULY 1, 2012, THROUGH AUGUST 24TH, 2012:
12      $437,010.
13              FOR THE PERIOD AUGUST 25TH, 2012, TO THE PRESENT:
14      3,113,189.
15              FOR THE GALAXY S II EPIC 4G TOUCH.
16              FOR THE AUGUST 1ST, 2011, THROUGH JUNE 30, 2012, TIME
17      PERIOD:  9,041,506.
18              FOR THE JULY 1, 2012, THROUGH AUGUST 24, 2012:  1,221,256.
19              FOR THE AUGUST 25, 2012, TO THE PRESENT:  5,752,034.
20              FOR THE GALAXY S II SKYROCKET.
21              FOR THE TIME PERIOD AUGUST 1, 2011, THROUGH JUNE 30, 2012:
22      2,972,393.
23              FOR THE JULY 1, 2012, THROUGH AUGUST 24, 2012, TIME
24      PERIOD:  $354,007.
25              FOR THE PERIOD AUGUST 25, 2012, TO THE PRESENT:  319,769.
```

```
1            THOSE ARE THE ONLY CHANGES.
2            AND IT WAS SIGNED BY THE PRESIDING JUROR ON TODAY'S DATE,
3     5-5-2014.
4            THE COURT:  OKAY.  THIS IS WHAT WE ARE GOING TO DO.
5            WELL, FIRST -- I'M SORRY -- LET ME ASK IF ANY COUNSEL
6     WOULD LIKE THE JURORS POLLED?
7            MR. BENNETT:  NO, YOUR HONOR.
8            MR. PRICE:  NO, YOUR HONOR.
9            THE COURT:  OKAY.  THEN I'M GOING TO EXCUSE OUR
10    JURORS.  OFFICER STEPHENS IS GOING TO TAKE YOU BACK DOWN TO THE
11    FOURTH FLOOR, AND IN THE MEANTIME, PLEASE GIVE US ABOUT 15
12    MINUTES JUST TO REVIEW THE VERDICT AS WE DID LAST TIME.
13           WE -- KNOCK ON WOOD.  WE HOPEFULLY SHOULD NOT NEED AS MUCH
14    TIME AS WE NEEDED LAST TIME.  OKAY?
15           SO LET'S PLAN RIGHT NOW ON ABOUT 15 MINUTES.
16           THANK YOU.  OFFICER STEPHENS WILL ESCORT YOU DOWN TO THE
17    FOURTH FLOOR.
18           MS. PARKER BROWN IS GOING TO MAKE A COPY FOR EACH SIDE AND
19    WE'LL ALL BE REVIEWING IT.
20           AND LET'S MEET BACK IN ABOUT 15 MINUTES.  OKAY?
21           THANK YOU.
22           (RECESS FROM 11:30 A.M. UNTIL 11:45 A.M.)
23           (JURY OUT AT 11:45 A.M.)
24           THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A
25    SEAT.
```

```
 1             WOULD YOU LIKE TO COMMENT ON THE NUMBERS?
 2             MR. BENNETT:  WE'VE LOOKED AT THE NUMBERS.  THEY ADD
 3   UP.  WE DON'T SEE ANYTHING THAT WOULD REQUIRE FURTHER
 4   SUBMISSION FROM THE JURY.
 5             MR. PRICE:  SAMSUNG AGREES.
 6             THE COURT:  ALL RIGHT.  SO THEN NO OBJECTION TO ME
 7   EXCUSING THE JURY AT THIS TIME; CORRECT?
 8             MR. PRICE:  YES, YOUR HONOR.
 9             MR. BENNETT:  CORRECT, YOUR HONOR.
10             THE COURT:  ALL RIGHT.  I'VE TOLD OFFICER STEPHENS TO
11   PLEASE BRING UP THE JURY IN ABOUT FIVE MINUTES, SO THEY SHOULD
12   BE UP HERE SHORTLY.
13             MR. BENNETT:  OKAY.
14             THE COURT:  ANYTHING ELSE THAT WE NEED TO ORGANIZE
15   TODAY?
16             MS. MAROULIS:  NOTHING, YOUR HONOR.
17             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
18        THEN AS SOON AS THEY COME IN, WE'LL GO AHEAD AND EXCUSE
19   THEM.  AS I SAID, IF THEY WANT TO SPEAK TO ANY PARTY OR ANY
20   MEDIA OR ANY MEMBER OF THE PUBLIC, I'M GOING TO TELL THEM TO
21   PLEASE GO DOWN TO THE BREEZEWAY, THE COURTYARD IN BETWEEN THE
22   TWO FEDERAL BUILDINGS.  OKAY?
23        WE HAVE ALL OF THE EXHIBITS, SO I'M ONLY PLANNING TO KEEP
24   THE DEMONSTRATIVES, AS WELL AS THE EXPERT REPORTS, WHICH I
25   DON'T HAVE.  BUT I'D LIKE TO THEN GO AHEAD AND RETURN --
```

| | |
|---|---|
| 1 | BECAUSE NONE OF THE OTHER EXHIBITS SHOULD HAVE CHANGED, RIGHT, |
| 2 | BETWEEN WHAT YOU ALL PROVIDED TO CHAMBERS BEFORE THE TRIAL |
| 3 | STARTED?  DOES THAT SOUND RIGHT? |
| 4 |             MS. MAROULIS:  YOUR HONOR, A FEW EXHIBITS WERE |
| 5 | UPDATED, LIKE THE FINANCIAL EXHIBITS MAYBE.  BUT THE BULK OF IT |
| 6 | IS THE SAME. |
| 7 |             THE COURT:  OKAY. |
| 8 |             MS. MAROULIS:  THERE WERE SOME EXHIBITS THAT WERE -- |
| 9 | THAT BECAME A, B, C, AND D THAT ARE THE SAME EXHIBITS THAT THE |
| 10 | COURT HAD, SO IF THE COURT NEEDS A SEPARATE SET OF THOSE, WE |
| 11 | CAN PROVIDE THEM SEPARATELY. |
| 12 |             THE COURT:  WELL, I'M JUST THINKING, FOR THE JMOL |
| 13 | MOTIONS, WHAT WOULD BE THE EASIEST WAY TO HAVE THE INFORMATION |
| 14 | ORGANIZED TO HELP US IN RULING ON THOSE AS EFFECTIVELY AND |
| 15 | EFFICIENTLY AS WE CAN? |
| 16 |             MS. MAROULIS:  WE CAN PROVIDE EITHER A FULL SET OF |
| 17 | EXHIBITS OR JUST THE EXHIBITS THAT CHANGED IN ANY WAY, AND I'M |
| 18 | NOT SURE WHAT IS MORE EFFICIENT, BUT WE CERTAINLY CAN PROVIDE A |
| 19 | SUBSET OF EXHIBITS THAT BECAME, SAY, 44A OR 44B OR C. |
| 20 |             THE COURT:  WELL, IT WOULD HELP BECAUSE THEN FOR THE |
| 21 | EXHIBITS THAT WEREN'T ADMITTED, WE HAVE VERY SMALL SPACE, THEN |
| 22 | WE COULD ACTUALLY RETURN THOSE TO YOU.  THAT ACTUALLY MIGHT BE |
| 23 | HELPFUL FOR US BECAUSE THE AMOUNT OF MATERIAL THAT WE HAVE |
| 24 | STORED IN OUR SMALL SPACE FROM BOTH CASES IS PRETTY VOLUMINOUS. |
| 25 |          THEN COULD I ASK, IF I RETURN THESE, IF I COULD RETURN |

1     THESE, EXCEPT FOR THE EXPERT REPORTS, COULD YOU THEN JUST GIVE
2     ME THE SAME SET OF ADMITTED EXHIBITS THAT WENT TO THE JURY WITH
3     ALL OF YOUR DEMONSTRATIVES?
4               MS. MAROULIS:  YES, YOUR HONOR.
5               THE COURT:  AND THEN I'LL USE THAT SET TO RULE ON
6     YOUR JMOL MOTIONS.
7               MR. OLSON:  ABSOLUTELY, YOUR HONOR.
8               THE COURT:  OKAY, THANK YOU.
9           THEN I DON'T ANTICIPATE THAT WE SHOULD NEED THESE FOR THIS
10    NEXT FEW DAYS OR THE NEXT WEEK, SO WHEN WOULD YOU LIKE TO THEN
11    GO AHEAD AND PICK UP THE EXHIBITS THAT YOU PROVIDED, AND THEN
12    ALSO TAKE THESE AS WELL?  OR DO YOU WANT TO JUST GET IN TOUCH
13    WITH MY CHAMBERS LATER?  THAT'S FINE.
14              MS. MAROULIS:  YES, YOUR HONOR, THAT WOULD BE GREAT.
15              THE COURT:  OKAY.  THANK YOU.  THEN WE'LL PULL OFF
16    THE EXPERT REPORTS AND TAKE THOSE DOWN.  BUT WE'LL GO AHEAD AND
17    LEAVE THESE HERE, SO IF YOU COULD TAKE THESE?
18         AND THEN WHENEVER IS CONVENIENT, IF YOU COULD PICK UP THE
19    OTHER EXHIBITS FROM OUR CHAMBERS, AND THEN WE'LL WAIT FOR YOU
20    TO GIVE US THE FINAL SET OF ADMITTED EXHIBITS WITH THE
21    DEMONSTRATIVES THAT WERE USED IN THE TRIAL, BECAUSE I KNOW SOME
22    OF THE DEMONSTRATIVES CHANGED AS WELL, SO I MAY NOT HAVE THE
23    MOST CURRENT SET OF DEMONSTRATIVES, AND THOSE ARE HELPFUL IN
24    REMEMBERING WHAT HAPPENED AND FOR THE JMOL MOTIONS.  OKAY?
25              MR. OLSON:  JUST SO I'M CLEAR, YOUR HONOR, A NEW SET

```
 1         OF DEMONSTRATIVES AND THE EXHIBITS?
 2              AS TO THE PHYSICAL EXHIBITS, THE COURT WILL BE RETAINING
 3         POSSESSION OF THOSE; CORRECT?
 4                   THE COURT:  YOU MEAN THE DEVICES?
 5                   MR. OLSON:  CORRECT.
 6                   THE COURT:  OKAY.  THOSE WILL JUST GO TO THE CLERK'S
 7         OFFICE.  I DOUBT WE WOULD NEED TO ACTUALLY USE ANY FOR THE JMOL
 8         MOTIONS, BUT IF WE DO, WE WOULD JUST GET THOSE FROM THE CLERK'S
 9         OFFICE.
10              SO JUST A NEW SET OF EXHIBITS ADMITTED AT TRIAL, AND A --
11         YOU KNOW, A FINAL SET OF DEMONSTRATIVES USED AT TRIAL.
12              YOU WERE GOING TO LODGE THOSE ANYWAY, RIGHT, AT THE END OF
13         THE TRIAL, THE DEMONSTRATIVES?
14                   MS. MAROULIS:  WE ACTUALLY DID TODAY, YOUR HONOR.  I
15         UNDERSTAND THAT WE LODGED OUR SHOWN EXHIBITS, OR OUR
16         DEMONSTRATIVES AT TRIAL.
17                   MR. OLSON:  I BELIEVE WE'VE DONE OURS AS WELL, YOUR
18         HONOR.
19                   THE COURT:  OKAY.  IF YOU COULD PLEASE JUST LODGE A
20         COPY IN CHAMBERS OF THOSE DEMONSTRATIVES THAT WERE ACTUALLY
21         PRESENTED AT TRIAL?
22                   MS. MAROULIS:  YES, YOUR HONOR.
23                   THE COURT:  OKAY.  THANK YOU.
24            MS. PARKER BROWN, CAN YOU CHECK TO SEE IF OUR JURORS ARE
25         HERE?
```

```
 1                THE CLERK:  I STILL HAVEN'T HEARD THEM, BUT I'LL
 2    CHECK.
 3            (PAUSE IN PROCEEDINGS.)
 4                THE CLERK:  FOR THE LAST TIME, WE HAVE ONE IN THE
 5    REST ROOM.
 6            (PAUSE IN PROCEEDINGS.)
 7            (JURY IN AT 11:52 A.M.)
 8                THE COURT:  ALL RIGHT.  WELCOME BACK, AND PLEASE TAKE
 9    A SEAT FOR THE LAST TIME.
10         SO LADIES AND GENTLEMEN OF THE JURY, I WANT TO THANK YOU
11    SO MUCH FOR YOUR PARTICIPATION IN THIS CASE.  YOU HAVE BEEN SO
12    ATTENTIVE AND PUNCTUAL AND WE VERY, VERY MUCH APPRECIATE YOUR
13    PATIENCE AND YOUR SERVICE.  THIS WAS A LONG TRIAL AND IT WAS
14    VERY COMPLICATED AND WE REALLY APPRECIATE THAT YOU'VE FULFILLED
15    AN IMPORTANT PUBLIC SERVICE.
16         AND YOU ARE NO LONGER UNDER THE COURT'S ORDER NOT TO
17    DISCUSS THE CASE.  YOU ARE NOW FREE TO DISCUSS IT WITH WHOMEVER
18    YOU LIKE.
19         AND AS YOU MIGHT SUSPECT, THERE ARE A LOT OF PEOPLE WHO
20    WOULD LIKE TO SPEAK WITH YOU ABOUT THIS CASE, AND IT'S
21    COMPLETELY YOUR DECISION IF YOU WANT TO OR NOT.
22         IF YOU ARE INTERESTED IN SPEAKING WITH ANYONE, THE
23    PARTIES, THE MEDIA, MEMBERS OF THE PUBLIC, WHOMEVER, I'M GOING
24    TO ASK THAT YOU PLEASE GO TO THE BREEZEWAY, OR THE COURTYARD IN
25    BETWEEN THE TWO FEDERAL BUILDINGS ON THE FIRST FLOOR, JUST
```

```
1    RIGHT OUTSIDE OF THE METAL DETECTORS.  IF YOU ARE INTERESTED IN
2    HAVING A CONVERSATION WITH ANYONE, THEN I'M JUST GOING TO GO
3    AHEAD AND ADVISE THAT YOU MEET THERE.
4         WE'RE JUST GOING TO EXCUSE YOU FROM THE FOURTH FLOOR.
5    MS. PARKER BROWN WILL HELP WITH WHATEVER, YOU KNOW, PAPERWORK
6    YOU MAY HAVE REGARDING YOUR PARKING AND YOUR JUROR FEES AND
7    WHATNOT.
8         BUT OTHERWISE, YOU ARE DISCHARGED FROM FURTHER SERVICE IN
9    THIS CASE, AND THANK YOU VERY, VERY MUCH.
10            JUROR DUNHAM:  THANK YOU, YOUR HONOR.
11       (JURY OUT AT 11:54 A.M.)
12            THE COURT:  ALL RIGHT.  THEN THANK YOU ALL VERY MUCH.
13            MR. BENNETT:  THANK YOU, YOUR HONOR.
14            MR. OLSON:  THANK YOU, YOUR HONOR.
15            MR. PRICE:  THANK YOU, YOUR HONOR.
16            MS. MAROULIS:  THANK YOU, YOUR HONOR.
17       (THE PROCEEDINGS WERE CONCLUDED AT 11:55 A.M.)
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MAY 8, 2014