# EXHIBIT 1

# Redacted Version of Document Sought To Be Sealed

# Samsung Smartphone "Net Replacement Rate" as of Mid-2011

| | | |
|---|---|---|
| Samsung Android Smartphone Repurchase Rate | 1/ | [redacted] |
| Non-iPhone Smartphone Owners Replacing with iPhone | 2/ | [redacted] |
| Samsung "Net Replacement Rate" | 3/ | [redacted] |
| | | |
| Discount Rate | 4/ | 12.75% |
| Discount Period | 5/ | 1.8 |
| Discounted "Net Replacement Rate" | 6/ | [redacted] |

**Sources/Notes:**

1/ SAMNDCA630-07420971.xlsx, tab '2011Q1' (Nielsen Mobile Device Insights Q1 2011 dataset)

2/ Exhibit 25-A

3/ = [1] - [2]

4/ Weighted Average Cost of Capital for SIC 3571, Electronic Computers, MorningStar, as of June 30, 2011.

5/ Discount Period is based on the replacement cycle for Apple smarphones per NPD Group, Smartphone Track, available at http://www.npd.com/lps/SmartphoneTrackPR/. See also, Fierce Wireless, "Enter: Handset replacement cycles haven't changed in two years, but why?" March 18, 2013, http://www.fiercewireless.com/story/entner-handset-replacement-cycles-havent-changed-two-years-why/2013-03-18.

6/ = [3] discounted by [4] for [5] years

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**EXHIBIT 25-A**

# Calculation of Consumer Switching Among Smartphone Manufacturers

| | | 1/ | Current OEM Brand: Total | Apple | HTC | RIM/ BlackBerry | Samsung | Motorola | LG | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | [REDACTED] | 1,045 | 934 | 853 | [REDACTED] | 664 | 343 | 408 |
| Previous OEM Brand | Samsung - Total | | [REDACTED] | 176 | 170 | 142 | [REDACTED] | 85 | 83 | 77 |
| | Samsung - Feature Phone | | [REDACTED] | 126 | 118 | 98 | [REDACTED] | 69 | 78 | 73 |
| | Samsung - Smartphone | | [REDACTED] | 49 | 51 | 43 | [REDACTED] | 17 | 7 | 6 |
| | Apple | | [REDACTED] | 326 | 37 | 15 | [REDACTED] | 7 | 4 | 8 |
| | HTC | | [REDACTED] | 24 | 140 | 20 | [REDACTED] | 31 | 12 | 16 |
| | RIM/BlackBerry | | [REDACTED] | 95 | 134 | 329 | [REDACTED] | 92 | 34 | 16 |
| | Motorola - Total | | [REDACTED] | 113 | 91 | 89 | [REDACTED] | 169 | 34 | 56 |
| | Motorola - Featurephone | | [REDACTED] | 83 | 73 | 83 | [REDACTED] | 108 | 32 | 52 |
| | Motorola - Smartphone | | [REDACTED] | 29 | 18 | 8 | [REDACTED] | 57 | 3 | 5 |
| | LG - Total | | [REDACTED] | 141 | 175 | 103 | [REDACTED] | 190 | 120 | 40 |
| | LG - Smartphone | | [REDACTED] | 12 | 23 | 22 | [REDACTED] | 18 | 18 | 5 |
| | LG - Featurephone | | [REDACTED] | 131 | 152 | 79 | [REDACTED] | 173 | 102 | 35 |
| | Other | | [REDACTED] | 180 | 180 | 137 | [REDACTED] | 90 | 58 | 208 |
| | # Smartphone Buyers | 2/ | 1,957 | | | | 226 | | | |
| | # Non-Samsung Smartphone Buyers | 3/ | [REDACTED] | | | | [REDACTED] | | | |
| | # Non-Apple Smartphone Buyers | 4/ | 1,538 | 209 | | | | | | |

| | | |
|---|---|---|
| Percent of non-Samsung smartphone buyers who purchased a Samsung smartphone | 5/ | [REDACTED] |
| Percent of Samsung smartphone buyers who purchased an Apple iPhone | 6/ | [REDACTED] |
| Percent of non-Apple smartphone buyers who purchased an Apple iPhone | 7/ | [REDACTED] |

**Sources/Notes:**

1/ SAMNDCA630-07420971.xlsx, tab "2011Q1" (Nielsen Mobile Device Insights Q1 2011 dataset)
2/ Sum of Samsung - Smartphone, Apple, HTC, RIM/BlackBerry, Motorola - Smartphone, LG - Smartphone
3/ = [2] - Samsung - Smartphone
4/ = [2] - Apple
5/ Calculated from [3]
6/ Previous Samsung - Smartphone owners switching to Apple
7/ Calculated from [4]

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER