# EXHIBIT 3

** TRANSCRIPT MARKED CONFIDENTIAL **
** ATTORNEYS'EYES ONLY **

Page 1

1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4    APPLE INC., a California
     Corporation,
5                                      No. 12: CV00630LHK
                     Plaintiff,
6    vs.
7    SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity; SAMSUNG
8    ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG
9    TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
10   company,
11                   Defendants.
12   _____/
13
14         ** TRANSCRIPT MARKED CONFIDENTIAL **
15              ** ATTORNEYS'EYES ONLY **
16
          VIDEOTAPED DEPOSITION OF GREG JOSWIAK
17
                  Palo Alto, California
18
                  Tuesday, July 9, 2013
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 63459

** TRANSCRIPT MARKED CONFIDENTIAL **
** ATTORNEYS'EYES ONLY **

|  |  | Page 80 |
|---|---|---|
| 1 | Q.   Apps? | 11:03 |
| 2 | A.   The ability to download apps all being | 11:03 |
| 3 | essential.  I'm sure there's many others, and that's | 11:03 |
| 4 | why, again, I don't want to lead you to think that I | 11:03 |
| 5 | can come up with a conclusive list at this moment. | 11:03 |
| 6 | Certainly, there would be lots on the list. | 11:03 |
| 7 | Q.   But sitting here now, those are the ones you | 11:03 |
| 8 | can think of, understanding there are probably others | 11:03 |
| 9 | that you haven't thought of.  You've told me the ones | 11:03 |
| 10 | that you can think of that you regard as being | 11:04 |
| 11 | essential for a mobile device to be competitive in | 11:04 |
| 12 | the market today? | 11:04 |
| 13 |        MR. KREVITT:  Objection. | 11:04 |
| 14 |        THE WITNESS:  I'm saying, yeah, those are | 11:04 |
| 15 | ones that are top of mind, and I'm not trying to | 11:04 |
| 16 | create an exhaustive list for you. | 11:04 |
| 17 | Q.   Now, Apple has gotten some bad press on some | 11:04 |
| 18 | things like AntennaGate.  We heard the phrase.  You | 11:04 |
| 19 | know what I'm referring to by AntennaGate? | 11:04 |
| 20 | A.   I do. | 11:04 |
| 21 | Q.   And that was the subject of some negative | 11:04 |
| 22 | press? | 11:04 |
| 23 | A.   It was.  Relatively short-lived, but yes. | 11:04 |
| 24 | Q.   And there's also been some press about labor | 11:04 |
| 25 | conditions in FoxConn manufacturing facilities, some | 11:04 |

** TRANSCRIPT MARKED CONFIDENTIAL **
** ATTORNEYS'EYES ONLY **

Page 81

| | | |
|---|---|---|
| 1 | negative press on that subject? | 11:04 |
| 2 | A.  I recall that. | 11:04 |
| 3 | Q.  Do you believe that any of that has had any | 11:04 |
| 4 | effect on Apple's brand image? | 11:04 |
| 5 | MR. KREVITT:  Objection. | 11:04 |
| 6 | THE WITNESS:  I've seen no data that would | 11:04 |
| 7 | tell me that. | 11:05 |
| 8 | Q.  Has it been the subject of concern within | 11:05 |
| 9 | Apple that the AntennaGate episode and things like | 11:05 |
| 10 | the press about labor conditions in FoxConn | 11:05 |
| 11 | manufacturing facilities might tarnish Apple's brand | 11:05 |
| 12 | or its name? | 11:05 |
| 13 | MR. KREVITT:  Objection.  Foundation. | 11:05 |
| 14 | Outside the scope. | 11:05 |
| 15 | THE WITNESS:  Well, in both cases, we knew | 11:05 |
| 16 | that we had a very positive story to tell.  And as | 11:05 |
| 17 | marketing people, of course we wanted to make sure | 11:05 |
| 18 | that we were telling our story.  I don't think either | 11:05 |
| 19 | of them has had much of an impact on the brand at | 11:05 |
| 20 | all, to tell you the truth. | 11:05 |
| 21 | Q.  Was that a subject of concern within Apple | 11:05 |
| 22 | that these events, AntennaGate, the press about bad | 11:05 |
| 23 | labor conditions in FoxConn manufacturing facilities, | 11:05 |
| 24 | was that ever a subject of concern within Apple that | 11:05 |
| 25 | that might have some negative impact on its brands | 11:05 |