# EXHIBIT 4

Highly Confidential

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California     )
     corporation,                  )
 6                                 )
              Plaintiff,           )
 7                                 )
              vs.                  ) Case No. 12-cv-00630-LHK
 8                                 )
                                   )
 9   SAMSUNG ELECTRONICS CO., a   )
     Korean corporation, SAMSUNG  )
10   ELECTRONICS AMERICA, INC.,   )
     a New York corporation; and  )
11   SAMSUNG TELECOMMUNICATIONS   )
     AMERICA, LLC, a Delaware     )
12   limited liability company,   )
                                   )
13            Defendants.          )
     _____ )
14
15
16          HIGHLY CONFIDENTIAL TRANSCRIPT
17       VIDEOTAPED DEPOSITION OF PHIL SCHILLER
18
19
20               Palo Alto, California
21             Tuesday, July 23, 2013
22
23   Reported by:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 63996
```

Page 87

```
         1    of time.
         2    BY MR. QUINN:
         3        Q.  But -- no.
         4            After some period of time, that negative
11:22    5    effect was gone?  Is that your testimony?
         6            MR. KREVITT:  Objection.  Foundation.  Vague.
         7            THE WITNESS:  There -- the reason we talk
         8    about this so differently is, I think people's
         9    perceptions of a company are made up of multiple
11:23   10    things, so you can't simply say one thing is your
        11    ultimate feeling about a company.  So I think some
        12    people, not all, felt that Antennagate was a negative
        13    thing about Apple and made them think less of Apple.
        14    But then they heard other things over time that made
11:23   15    them feel positive about Apple.  So you have a mixed,
        16    compound perception of a company, just like you do of
        17    people.  It's not just one thing.
        18            And so, yes, I think some people, some
        19    percentage of people -- I don't know the number -- had
11:23   20    a negative feeling about Apple based on Antennagate,
        21    but I don't think that sustained a very long time.  I
        22    think it changes as we do other things.
        23    BY MR. QUINN:
        24        Q.  So in the end, you -- you think that the
11:23   25    impact of Antennagate on Apple's image was neutral?
```

Page 88

1          MR. KREVITT:  Objection.  Asked and answered.
2     Foundation.
3          THE WITNESS:  In the end, in the -- in the
4     grand scheme of how people feel about Apple today, yes,
11:24   5     I think the -- the -- the -- the long-term effect of
6     Antennagate was negligible, and -- and I don't see it
7     having a big negative effect in the long term.
8     BY MR. QUINN:
9        Q.  Antennagate, that's -- what was that?
11:24  10        A.  It's a term that was given by someone in the
11     press to the fact that when you hold a cell phone a
12     certain way, you can attenuate the signal and drop
13     the -- the bars of range you get a bit.  And -- and
14     when that was observed, people wrote stories about it
11:24  15     and called it Antennagate.
16        Q.  But that -- Antennagate, that was also a term
17     that was used within Apple, right?
18        A.  I think some people used the term because the
19     press had used the term.  Yes.
11:25  20        Q.  All right.
21            And then there was a fiasco regarding maps,
22     Apple Maps.
23            Do you know what I'm referring to?
24            MR. KREVITT:  Objection.
11:25  25            THE WITNESS:  Yes, I know what you're