# EXHIBIT 5

Highly Confidential - Outside Attorneys' Eyes Only

1          IN THE UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4
5   APPLE INC., a California
    corporation,
6
                 Plaintiff,
7
    vs.                              NO. 12-CV-00630-LHK
8
    SAMSUNG ELECTRONICS CO., LTD.,
9   a Korean corporation; SAMSUNG
    ELECTRONICS AMERICA, INC., a
10  New York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC,
11  a Delaware limited liability
    company,
12
                 Defendants.
13  _____/
14
15
16
17    HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY
18     VIDEOTAPED DEPOSITION OF BRUCE WATROUS, JR.
19               PALO ALTO, CALIFORNIA
20              FRIDAY, JULY 12, 2013
21
22
23  BY:  ANDREA M. IGNACIO, CSR, RPR, CCRR, CLR
24       CSR LICENSE NO. 9830
25       JOB NO. 62774

Highly Confidential - Outside Attorneys' Eyes Only

Page 205

1    two iPhones there are labeled iPhone 3G and iPhone 4?    15:20
2        A    Yes.    15:20
3        Q    Other than the listing of those names, do you    15:20
4    have any understanding as to whether, in    15:20
5    September 2010, Samsung informed Apple which products    15:20
6    it was contending infringe the patents listed on this    15:20
7    page?    15:21
8            MR. SELWYN:  Objection to form.    15:21
9            THE WITNESS:  No, I do not.    15:21
10            MR. WALL:  Okay.    15:21
11        Q    Other than reviewing presentation -- strike    15:21
12    that.    15:21
13            Other than the -- reviewing the presentation    15:21
14    marked as Exhibit 15, did you do anything else to    15:21
15    prepare to testify regarding Apple's awareness of the    15:21
16    Samsung patents?    15:21
17            MR. SELWYN:  The Samsung Patents-in-Suit?    15:21
18            MR. WALL:  Yes, the Samsung Patents-in-Suit.    15:21
19            THE WITNESS:  No I do not.    15:21
20            MR. WALL:  Okay.    15:21
21            THE WITNESS:  Other than I said I spoke to my    15:21
22    counsel.    15:21
23            MR. WALL:  Q.  So you spoke to counsel and    15:21
24    you reviewed this presentation; right?    15:21
25        A    That's correct.    15:21

Highly Confidential - Outside Attorneys' Eyes Only

Page 206

1    Q    Okay.  With respect to -- with respect to        15:21

2  Apple's Patents-in-Suit, was your understanding as to   15:21

3  the first time that Apple informed Samsung of those     15:21

4  patents?                                                15:21

5    A    I believe we identified at least one of the      15:21

6  patents to Samsung in the August presentation,          15:21

7  August 2010 presentation.                               15:22

8         MR. WALL:  All right.                            15:22

9         So let's mark as Exhibit 16 a document           15:22

10  bearing Production Nos. APLNDC1103 to APLNDC1125.       15:22

11         (Document marked Watrous Exhibit 16             15:22

12          for identification.)                           15:22

13         MR. WALL:  Q.  Mr. Watrous, do you recognize    15:22

14  Exhibit 16?                                             15:22

15    A    I do.                                            15:22

16    Q    What is Exhibit 16?                              15:22

17    A    I believe Exhibit 16 is a presentation that     15:22

18  Apple gave to Samsung in August of 2010.               15:22

19    Q    And what is your understanding of that based    15:22

20  on?                                                     15:22

21    A    It is based on conversations with my counsel    15:22

22  and conversations with Mr. Teksler.                    15:22

23    Q    If you'll turn to the page ending in            15:23

24  Production No. '1117, please.                           15:23

25    A    Yes.                                             15:23

Highly Confidential - Outside Attorneys' Eyes Only

Page 207

1    Q   Do you see that there is a patent number       15:23

2    listed in the second bullet point, 5,946,647?      15:23

3    A   Yes.                                            15:23

4    Q   Do you understand that's one of the patents     15:23

5    being asserted in this litigation?                 15:23

6    A   Yes, I do understand that.                      15:23

7    Q   Okay.  To your understanding, is this the       15:23

8    first instance in which Apple gave notice to Samsung  15:23

9    of this patent?                                    15:23

10   A   I believe so.                                   15:23

11   Q   Do you have an understanding of which           15:23

12   products Apple alleged infringed that patent?      15:23

13   A   Just from the context of this -- of this        15:23

14   slide, my understanding is that it was asserted     15:23

15   against Samsung phones that include the Android     15:24

16   application layer.                                 15:24

17   Q   Do you know which version of Android Apple      15:24

18   was asserting this patent against?                 15:24

19   A   I do not.                                       15:24

20   Q   Okay.  Other than the '647 patent listed in     15:24

21   Exhibit 16, when was the first time that Apple      15:24

22   informed Samsung of its allegation of infringements of  15:24

23   the Apple Patents-in-Suit?                         15:24

24   A   I believe it was the filing of the lawsuit.     15:24

25   Q   Did Apple make any attempts to resolve its      15:24

# Samsung's Use of Apple Patents in Smartphones



EXHIBIT NO. 16
7.12.13
Andrea Ignacio, CSR 9830

**PLAINTIFF'S EXHIBIT NO. 52**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

1

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001103

Highly Confidential -
Attorneys' Eyes Only



Plaintiff's Exhibit No. 52.2

APLNDC00001104

## Key issues

- Samsung is a key Apple partner

- The Android software platform makes extensive use of Apple intellectual property ... without Apple's permission

  - Android is designed to lead companies to imitate the iPhone product design and strategy

- Samsung's choice to use Android without a license undermines Samsung's greater relationship with Apple

2

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice



Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.3

## Apple Patents

- Large worldwide patent portfolio on computing technology
  - Over 3500 US patents
  - Worldwide coverage for many key patents
- Tracks Apple's 35 years of leadership in personal and mobile computing and communications
- Definitive patent portfolio for industry --
  - Modern computing and consumer electronics hardware
  - Internet architecture and services
  - Modern software – OS, applications, and user interface



3

Confidential.* Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001105

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.4

# Apple: 35 Years of Market Leading Innovation



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001106

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.5

APLNDC0001107

## Apple Patents: General Computing

- Apple patents broadly cover general computing technologies used in all modern computing devices and consumer electronics

  - Core processor technologies

  - High speed internal buses and peripheral device buses

  - Graphics processors

  - Networking and communications

  - Power management

  - Mechanical and input technologies

5



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.6

APLNDC00001108

*Apple Patents: Internet architecture and services*

- Apple patents are essential to modern Internet-enabled devices and services

- Dynamic web page generation

- Persistent objects in a web page

- Object/ relational database mapping

- Location based services

- Mobile computer IP address assignment

- Media and application store services

- Multimedia format and delivery

6

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential -
Attorneys' Eyes Only



Plaintiff's Exhibit No. 52.7

## Apple Patents: Software

- Apple has definitive patents on modern operating systems and applications architecture

  - Operating systems and basic software architecture

  - Graphics

  - User Interface

  - Multimedia processing

  - Networking and communication

  - Object oriented software

  - Development technologies



7

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001109

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.8



# Convergence In Modern Smartphones

## Apple core computing

Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform

- Modem, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component links
- Internet and network technology

## Apple advanced features

Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices

- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offering

## Basic telephony

Basic network interface -- industry-standardized air interface (least common denominator) and data format

8

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.9

APLNDC00001111

# Samsung Smartphone Sales

**Samsung Smartphones (2009)**
**Total: 5,872,000**

**Samsung Phones (2009)**
**Total: 235,772,000**

2%

## Samsung Smartphones by OS



Legend: Window Mobile | Symbian | Android | 기타

100%, 80%, 60%, 40%, 20%, 0%

2008, 2009F, 2010F, 2011F, 2012F

Source : HMC Investment Securities

9

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.10

APLNDC00001112

## Apple Patents and Android

- Apple has identified dozens of examples where Android is using or encouraging others to use Apple patented technology

- Many more Apple patents are relevant to the Android platform

- Apple has not authorized the use of any of these patents

- Limited examples to follow

10

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice



Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.11

# Android Architecture



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

11

APLNDC00001113

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.12

# Apple Patents Infringed by Android Runtime

## Example Apple patents infringed by Samsung phones using Android runtime

- U.S. 6,424,354 (EP, JP)* - Interest-based notification
- U.S. 5,481,721* - Dynamic binder
- U.S. 5,519,867*- Object oriented multitasking
- U.S. 6,275,983 (EP, JP, CN)* - Wrapper loader
- U.S. 5,367,633 (EP, JP) - OO notification framework
- U.S. 5,566,337 (EP, JP)* - Event handling
- U.S. 5,915,131 (EP)* - Tailored distinct IO APIs
- U.S. 5,969,705* - Background event handling
- U.S. 6,684,261 (EP, JP, CN) - OO operating system
- U.S. 5,379,432 (EP, JP, CN) - Wrappers
- U.S. 7,380,116 (JP) - Real-time display adaptation
- U.S. 6,067,577 - Dynamic resolution
- U.S. 5,911,067 - Application switching
- U.S. 5,911,069 - Exception handling
- U.S. 5,404,529 - IPC Wrapper
- U.S. 5,473,777 - VM Wrapper
- U.S. 5,475,845 (EP, JP, CN) - Wrapper system

* Asserted against HTC in Pending Litigations

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

12

APLNDC00001114

Highly Confidential -
Attorneys' Eyes Only



Plaintiff's Exhibit No. 52.13

# Apple Patents Infringed by Android Libraries

*Example Apple patents infringed by Samsung phones using Android libraries*

- U.S. 6,343,263 (EP)* - Realtime signal processing APIs
- U.S. 5,920,726* - OS camera management
- U.S. 7,281,212 - Multi-track media
- U.S. 7,043,694 - Multi-track media
- U.S. 5,379,129 - Compositing images
- U.S. 5,404,447 (GB) - Manipulating pixel streams
- U.S. 7,292,636 (EP,CN,JP) - Processing a video picture
- U.S. 6,757,438 - Video compression
- U.S. 6,728,315 (EP,CN,JP) - Digital video encoding
- U.S. 5,828,904 - Synchronizing data retrieval
- U.S. 6,098,126 - Synchronizing data retrieval



* Asserted against HTC in Pending Litigations

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

13



APLNDC00001115

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.14

APLNDC0001116

# Apple Patents Infringed by Android Application Framework

_Example Apple patents infringed by Samsung phones using Android application framework_



- U.S. 5,455,599 (EP, JP)* - OO graphics framework
- U.S. 7,362,331 (EP, JP)* - Non-linear animation of GUI
- U.S. 6,031,532 - Composite images
- U.S. 5,929,852 (EP)* - Network widget
- U.S. 6,344,855 (EP) - Encapsulated entity
- U.S. RE39,486 (EP)* - Extensible NW component system
- U.S. 7,469,381* - Scrolling with bounce and snapback
- U.S. 6,259,446 (EP, JP) - Menu system
- U.S. 6,593,947 - OO image rendering
- U.S. 6,956,564 (EP, CN) - Tilt-based display mode
- U.S. 5,764,218 - Touch gesture control
- U.S. 5,469,194 - Orientation-aware touch interface
- U.S. RE41,088 - Orientation of captured image
- U.S. 6,282,646 - Adaptive display configuration
- U.S. 7,003,260 - Database programs for handhelds
- U.S. 5,455,854 (EP) - Telephony system
- U.S. 7,084,859 - Tactile touch screen
- U.S. 5,880,729 (EP, JP) - Animated transitions
- U.S. 5,196,838 - Autoscrolling

* Asserted against HTC in Pending Litigations

14

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice



Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.15

# Apple Patents Infringed by Android Applications Layer

*Example Apple patents infringed by Samsung phones using Android standard applications*



- U.S. 7,657,849 (EP, JP)* - Swipe to unlock
- U.S. 5,946,647* - Data detectors
- U.S. 7,479,949* - Multiple distinct touch heuristics
- U.S. 7,602,378 - Selective soft keypad
- U.S. 5,128,672 (JP) - Dynamic predictive keyboard
- U.S. 6,236,396 - Calendar data entry
- U.S. 7,479,971 - Automatic window scrolling
- U.S. 5,612,719 - Gesture sensitive buttons
- U.S. 7,669,134 - Messaging UI
- U.S. 6,072,489 - Translucent user interfaces
- U.S. 5,949,432 - Translucent user interfaces
- U.S. 5,544,358 - Card/ list view for contacts
- U.S. 5,446,882 - Card/ list views for contacts
- U.S. 5,603,053 - Pop-up interactive tools
- U.S. 6,493,002 - Status bar

\* Asserted against HTC in Pending Litigations

*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

15

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.16

## Apple Patents Infringed by Android Ecosystem

*Example Apple patents infringed by Android phones offering Android loadable apps, Internet services and ecosystem*



- U.S. 7,421,690 - Threaded email
- U.S. 5,926,190 - Virtual reality images
- U.S. 7,187,997 - LBS
- U.S. 7,710,290 - Invocable speed reference
- U.S. 7,003,260 - Database programs for handheld
- U.S. 5,555,369 - SDK with device emulator
- U.S. 5,572,582 (EP) – Teleconference communication
- U.S. 6,910,052 - Software update
- U.S. 6,430,576 - Software update
- U.S. 7,584,468 - Software update
- U.S. 7,660,831 (EP) - Data synchronization
- U.S. 5,710,922 - Last-time altered sync
- U.S. 6,253,228 (EP) - Package-based sync
- U.S. 6,947,967 (EP) - Package-based sync

16



Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential -
Attorneys' Eyes Only

APLNDC00001118

Plaintiff's Exhibit No. 52.17



*Samsung Copying iPhone*

Apple iPhone 4

Samsung Galaxy S

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

17

APLNDC00001119

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.18



*Samsung Copying iPhone*

Apple iPhone 4

Samsung Galaxy S

*Confidential* * *Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

18

APLNDC00001120

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.19

APLNDC00001121



## Samsung Copying iPhone

### Apple iPhone 4

### Samsung Galaxy S

19

*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.20



*Macworld 2007 - January 9 , 2007*

20

APLNDC00001122

*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.21

# Android Phones



21

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001123

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.22



*Samsung's Bada Platform*

Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

APLNDC00001124

Highly Confidential -
Attorneys' Eyes Only

Plaintiff's Exhibit No. 52.23

APLNDC00001125

## Key issues

- Samsung is a key Apple partner

- The Android platform is causing Samsung to unfairly use Apple's intellectual property to undermine and imitate iPhone

- Symbian and Bada also using Apple patents

- Samsung needs a license to continue to use Apple patents in infringing smartphones

23

Confidential · Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice



Highly Confidential -
Attorneys' Eyes Only