1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S REQUEST FOR LEAVE FOR SUPPLEMENTAL BRIEFING TO ADDRESS ALICE V. CLS BANK DECISION** |

1      Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed a Request for Leave for
3 Supplemental Briefing to Address *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, __ S. Ct. __, 2014 WL
4 2765283 (2014).
5      Having considered Samsung's request, and good cause having been shown, the Court
6 hereby GRANTS Samsung's Request for Leave.  Apple's responsive brief, if any, shall be filed no
7 later than July 8, 2014, of no more than five pages, and Samsung shall file a reply if any of no
8 more than two pages by July 9, 2014.

10      **IT IS SO ORDERED.**

12 DATED: _____

                                           The Honorable Lucy H. Koh
13                                            United States District Judge