UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER RE: SAMSUNG'S REQUEST |
| ) | FOR LEAVE FOR SUPPLEMENTAL |
| v. ) | BRIEFING |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

On July 3, 2014, Samsung filed a Request for Leave for Supplemental Briefing. ECF No. 1935. Apple's response shall not exceed 10 pages and shall be filed on July 17, 2014. Apple shall address both procedural and substantive issues. Samsung's reply shall not exceed 5 pages and shall be filed on July 24, 2014. The Court does not believe a hearing is necessary at this time. If the Court later deems a hearing appropriate, the Court will notify the parties.

1

Case No.: 12-CV-00630-LHK
ORDER RE: SAMSUNG'S REQUEST FOR LEAVE FOR SUPPLEMENTAL BRIEFING

1   **IT IS SO ORDERED.**

2   Dated: July 4, 2014

    _____
    LUCY H. KOH
    United States District Judge

2

Case No.: 12-CV-00630-LHK
ORDER RE: SAMSUNG'S REQUEST FOR LEAVE FOR SUPPLEMENTAL BRIEFING