QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S NOTICE OF AUTHORITY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In response to the Court's request at July 10, 2014 hearing for authority supporting finding of objective non-willfulness where prior art was before the USPTO, Samsung directs the Court to *Spine Solutions, Inc. v. Medtronic Sofamor Danek USA, Inc.*, 620 F.3d 1305, 1319-1320 (Fed. Cir. 2010), cited in Samsung's Notice of Motion and Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(b) and Motion to Amend the Judgment (Dkt. 1896-3) at p. 22.

**Exhibit A** is a copy of the *Spine Solutions* opinion cited above.

**Exhibit B** is a copy of the asserted patent in *Spine Solutions*, U.S. Patent No. 6,936,071. This document is publicly available at http://portal.uspto.gov/pair/PublicPair.

**Exhibit C** is copy of U.S. Patent No. 5,314,477, referred to by the *Spine Solutions* opinion above, asserted by Medtronic as an obviousness reference, and cited on the face of the asserted '071 patent at p. 1 under "US Patent Documents". This document is publicly available at http://portal.uspto.gov/pair/PublicPair.

**Exhibit D** is a copy of JP H2-261446 to Nobuo from the prosecution history of the '071 patent, referred to by the *Spine Solutions* opinion above, and asserted by Medtronic as an obviousness reference. Nobuo is cited on the face of the asserted '071 patent at p. 2 under "Foreign Patent Documents." This document is publicly available at http://portal.uspto.gov/pair/PublicPair.

**Exhibit E** is a copy of the information disclosure statement filed during the prosecution of the asserted '071 patent (U.S. Patent Application No. 10/018,402) alerting the USPTO of the Nobuo publication attached as Exhibit D. This document is publicly available at http://portal.uspto.gov/pair/PublicPair.

| | |
|---|---|
| 1  DATED: July 12, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | |
| 3 | By  */s/ Victoria F. Maroulis* |
| | Charles K. Verhoeven |
| 4 | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| 5 | William C. Price |
| | Michael L. Fazio |
| 6 | |
| 7 | Attorneys for |
| | SAMSUNG ELECTRONICS CO., LTD., |
| 8 | SAMSUNG ELECTRONICS AMERICA, INC., |
| | and SAMSUNG TELECOMMUNICATIONS |
| 9 | AMERICA, LLC |