# EXHIBIT D

# ARTIFICIAL VERTEBRA

| | |
|---|---|
| Patent number: | JP2261446 |
| Publication date: | 1990-10-24 |
| Inventor: | MATSUNO NOBUO; others: 01 |
| Applicant: | KAWASAKI STEEL CORP |
| Classification: | |
| - international: | A61F2/44 |
| - european: | |
| Application number: | JP19890084274 19890403 |
| Priority number(s): | |

## Abstract of JP2261446

PURPOSE:To obtain an artificial vertebra easy to fit and excellent in durability by having a main member and/or an adjust member, whose lengths are arranged adjustable in a longitudinal direction and equipping with fixing parts which are connected to normal vertebrae.
CONSTITUTION:Fixing parts which are installed on a main member 9 and/or an adjust member 14 are constituted of a flat plate 12, a projection 13 and/or a flat plate 16, a projection 17. In case of substituting an artificial vertebra for an injured vertebra 2 between two normal vertebrae 1, the injured vertebra 2 and two intervertebral disks 3 situated up and below the injured vertebra 2 are removed, grooves 25 for fitting the projections 13 and 17 of an artificial vertebra are bored in the normal vertebrae 1 remained at both sides. Next, after bone cement 4 is applied into each groove 25, the main member 9 and the adjust member 14, whose total length as the artificial vertebra is made shorter than that of the removed part, is placed between the normal vertebrae 1, the total length of



the artificial vertebra is enlarged by turning around a length adjusting ring 19, both projections 13, 17 are made to insert into grooves 25, and finally both flat plates 12, 16 are made to adhere to respective end plates.

⑲ 日本国特許庁（JP）　　⑪ 特許出願公開

⑫ 公開特許公報（A）　平2-261446

㊿ Int. Cl.⁵　　識別記号　　庁内整理番号　　㊸ 公開　平成2年（1990）10月24日
A 61 F　2/44　　　　　　　　7603-4C

審査請求　未請求　請求項の数 5　（全6頁）

㊼発明の名称　　人工椎体

㉑特　　願　　平1-84274
㉒出　　願　　平1（1989）4月3日

㋕発　明　者　　松　野　　　伸　男　　千葉県千葉市川崎町1番地　川崎製鉄株式会社技術研究本部内

㋕発　明　者　　松　井　　　博　之　　千葉県千葉市川崎町1番地　川崎製鉄株式会社技術研究本部内

㋑出　願　人　　川　崎　製　鉄　株　式　会　社　　兵庫県神戸市中央区北本町通1丁目1番28号
㋙代　理　人　　弁理士　渡辺　望稔　外1名

明　細　書

1. 発明の名称

　人工椎体

2. 特許請求の範囲

（1）損なわれた椎体の代替となる人工椎体において、長さ方向に延在して、前記長さ方向に長さの調節が可能に設けられた基幹部材と調節部材とを有し、前記基幹部材および／または調節部材は正常椎体と接合するための固定部分を有することを特徴とする人工椎体。

（2）前記固定部分が、前記長さ方向に正常椎体側に延在する突起部を有する平板である請求項1記載の人工椎体。

（3）前記基幹部材が、長さ方向にわたるねじ部を有する中芯部であり、前記調節部材が、該中芯部に嵌挿された外筒部と、この外筒部上に設けられ、前記中芯部のねじ部に螺合する長さ調節リングと、前記長さ調節リングの長さ方向

移動を制限する外筒部上のストッパとを有する請求項1または2記載の人工椎体。

（4）前記長さの調節は、中心軸および笠歯車を有するベベルギア手段を用いて行ない、前記調節部材の外筒部は前記ベベルギア手段の中心軸を挿入できる少なくとも1個の横孔を有し、前記調節部材の調節リングは前記ベベルギア手段の笠歯車に嵌合する歯を有する請求項3記載の人工椎体。

（5）前記横孔がねじ付き貫通孔である請求項4記載の人工椎体。

3. 発明の詳細な説明

＜産業上の利用分野＞

　本発明は、悪性腫瘍等で損なわれた背骨椎体部の代替物として使用される人工椎体に関するものである。

<従来の技術>

近年、脊椎転移性悪性腫瘍やけがなどで損なわれた椎体を、積極的に人工椎体置換することが行なわれるようになってきた。

従来行なわれてきた方法を第9図ないし第13図に例示する。

第9図は、正常な椎体1が、椎間板3を介して連続している脊椎の一部を示すものであるが、椎体の一部が種々の原因で損なわれた椎体2となった場合を説明している。

第10図は、損傷を受けた椎体(第9図参照)を除去した後、その上下に存在する正常な椎体1の中央部に穴をあけてから、除去した椎体部分と穴にボーンセメント4を押し込んで充填する方法を示している。また、第11図では、ボーンセメント4を押し込んで充填する際にボーンセメント4内に金属棒5をさし込んで補強する方法を示している。

第12図は、除去した椎体部分に、適当な長さを持ったセラミック等でできた中空材または

10図に示す方法での、ロ)強度的に問題があり、長期使用に耐えられないという問題を解決するために、椎体除去部に、金属または、セラミック等の補強材を挿入したものであるが、イ)固まる時の発熱が大きく、周囲骨組織が壊死に至る。ハ)埋め込んだ後、長さの調節が不可能である。等の問題は解決されておらず、さらに除去すべき椎体部分の長さを術前に予測することが難しいため、数種類の長さのものを術前に予め用意しておく必要があった。

しかし椎体の大きさは、患者により一人ひとり異なりさらに症状によって、骨の摘出量が異なるため適正な長さのものを入れることは難しかった。

さらに、第13図に示す方法は、第10図〜第12に示す方法とは全く異なり、椎体の外側から金属棒8を取り付けて固定する方法であるが、長期の使用により、金属棒8が破壊しやすいなどの問題があった。

本発明は、上記の問題点を解決するため、長

棒材6をさし込み、その内部に、ボーンセメント4を押し込む方法を示している。さらには、第13図に示すように上下の正常な椎体に対しボーンスクリュー7をさし込み、さし込んだボーンスクリュー7間を金属棒8で連結させる方法などが行なわれている。

<発明が解決しようとする課題>

ところが、従来の方法には、下記のような問題があった。

すなわち第10図に示す方法では、イ)多量のボーンセメント4を使用するため固まる時の発熱が大きく、このため周囲骨組織が壊死に至る。ロ)ボーンセメント4単体では脊椎のように大きな力の加わるところでは、強度的に問題があり、長期使用に耐えられない。
ハ)ボーンセメント4を埋め込んだ後、長さの調整が不可能である。ニ)骨切除量が多いため、出血量が多い。

第11図および第12図に示す方法は、第

さが可変であり、取りつけが容易で、耐久性に優れた人工椎体を提供することを目的としている。

<課題を解決するための手段>

上記目的を達成するために本発明によれば、損なわれた椎体の代替となる人工椎体において、長さ方向に延在して、前記長さ方向に長さの調節が可能に設けられた基幹部材と調節部材とを有し、前記基幹部材および/または調節部材は正常椎体と接合するための固定部分を有することを特徴とする人工椎体が提供される。

ここで、前記固定部分が、前記長さ方向に正常椎体側に延在する突起部を有する平板であるのが好ましい。

また、前記基幹部材が、長さ方向にわたるねじ部を有する中芯部であり、前記調節部材が、該中芯部に嵌挿された外筒部と、この外筒部上に設けられ、前記中芯部のねじ部に螺合する長さ調節リングと、前記長さ調節リングの長さ方

向移動を制限する外筒部上のストッパとを有するのが好ましい。

前記長さの調節は、中心軸および笠歯車を有するベベルギア手段を用いて行ない、前記調節部材の外筒部は前記ベベルギア手段の中心軸を挿入できる少なくとも1個の横孔を有し、前記調節部材の調節リングは前記ベベルギア手段の笠歯車に嵌合する歯を有するのが好ましい。

前記横孔がねじ付き貫通孔であるのが好ましい。

以下に本発明を図面に示す好適実施例に基づいてさらに詳細に説明する。

第1図～第3図は、それぞれ本発明の人工椎体の縦断面図、側断面図および平断面図である。

基幹部材9は、長さ方向にわたるねじ部10を有する中芯部11と、その長さ方向の一端に平板12を介して延設された突起部13とで構成されている。前記平板12と突起部13は、正常椎体と接合するための固定部分となるものである。

前記中芯部11の形状は、第3図に示すように扇を2つ接続した断面形状となっているがこれに限定するものではない。また、その円弧部分にねじ部10が設けられている。

調節部材14は、長さ方向の中心軸に対して前記中芯部11と同軸に設けられた外筒部15と、その長さ方向の一端に平板16を介して延設された突起部17と、その長さ方向の他端に設けられ前記ねじ部10に螺合するねじ部18を有し、中芯部11と同軸的に長さ方向に移動する長さ調節リング19と、外筒部15の好ましくは他端部に設けられ前記長さ調節リング19の長さ方向移動を制限するストッパ20とで構成されている。前記平板16と突起部17は、正常椎体と接合するための固定部分となるものである。

前記外筒部15は、前記中芯部11の断面形状に部分的に外接する断面形状の溝穴を有し、中芯部11が外筒部15の中をスライドして出し入れできるようになっている。

前記長さ調節リング19は、例えば、動力伝達用のベベルギア手段を用い、第4図に示すように前記ベベルギア手段の笠歯車21の回転により、長さ調節リング19が回転するようその外周下面に前記笠歯車21の歯21aに嵌合する歯19aを設けるとともに、前記外筒部15に笠歯車21の中心軸21bを受ける横孔22を設け、この横孔22に笠歯車21の中心軸21bの先端を嵌合させて回転させるようにすれば、本発明の人工椎体を生体内へ埋込み後に作業スペースの極めて狭い生体内で人工椎体の長さを調節する場合に具合がよい。

前記ストッパ20は、前記中芯部11が長さ調節リング19とともに外筒部15から抜けるのを防止するためのもので、はめ込み式など適宜のものを用いればよい。また、前記ベベルギア手段を用いるようにした場合には、前記ストッパ20に加えて第5図に示すように外筒部15に設けた横孔22を利用してこれにねじ部を設け、これに螺合するストッパ23を取付けることができる。この場合には、生体の動きにともなう人工椎体へのくり返しの荷重による長さ調節リング19のゆるみやがたつきによる摩耗などが防止できる。

なお、横孔22はねじ付き貫通孔の例で説明したが、ねじをきらなくても貫通孔でなくてもよい。

前記基幹部材9および/または調節部材14に設けられる固定部分は、それぞれ平板12と突起部13および/または平板16と突起部17で構成され、各突起部13、17は各平板12、16のほぼ中央に設けられて上下の正常椎体に後述するボーンセメントにより接合されるようになっている。これら固定部分のボーンセメントと接する面には、第6図に示すように表面を粗面化したり凹部または凸部24を設けると、ボーンセメントとの接合強度を向上させることができる。

前記本発明の人工椎体を構成する各部材の材

質としては、生体適合性の優れた材料であればよく、特にTi合金は好ましい。

つぎに、本発明の人工椎体を生体内に取り付ける具体例について説明する。

第7a図に示す正常椎体1の間にある損なわれた椎体2に第1図に示す人工椎体を置換する場合には、まず前記損なわれた椎体2と、その上下に存在する椎間板3を通常の方法によって除去する（第7b図参照）。

つぎに、前記除去された椎体2およびその上下の椎間板3の両側に残された正常椎体1に、置換する人工椎体の突起部13および17を装着するための溝25を穿設する（第7c図参照）。この溝25は椎体の周方向および長さ方向に貫通させないよう穿設すると正常椎体1の強度が損なわれないので好ましい。また、正常椎体端部の緻密骨（エンドプレート）は損なわれた椎体2とともに除去してもよいが、残した方が強度的に好ましい。

つぎに、穿設された前記各溝25へボーンセメント4を挿入したのち（第7d図参照）、基幹部材9と調節部材14を第1図に示すように不良椎体除去長さよりも人工椎体の長さを短くして第7e図に示すように位置させ、長さ調節リング19を廻しながら人工椎体の全長を伸長させ両突起部13、17をそれぞれ前記両溝25へ挿入していく（第7e図参照）。なお、溝25へ挿入する前に、予め突起部13、17の表面および平板12、16の突起部側表面にそれぞれボーンセメント4を塗布しておくとよい。前記ボーンセメントを塗布する各部分を予め粗面化し、または前記部分に凹部あるいは凸部を設けておくと、接合強度を向上できる。

最後に、長さ調節リング19を廻しつづけて両平板12、16が各エンドプレートに密着するようにして人工椎体の装着を完了する（第7f図参照）。

なお、人工椎体の伸縮は上述した調節リングの手動あるいはベベルギア手段で行えばよい。

人工椎体の固定は調節部材の外商部に横孔を設けこれにストッパを取付ければより確実になる。

上記によって固定される本発明の人工椎体は、従来のものに比べ垂直荷重およびねじり荷重が同等以上であり高度の耐久性を有している。

<実施例>

以下に本発明を実施例に基づき具体的に説明する。

人屍体骨の脊椎を実測し、椎体と椎間板の大きさを調査した。この結果に基づき、腰椎用、胸腰椎用、頸胸椎用、頸椎用の4種の人工椎体を作製した。

素材として生体適合性に優れたTi－6Aℓ－4V合金を用い、第8図に示す ⓐ：長さ調節範囲、ⓑ：突起部長さ、ⓒ：平板の大きさをそれぞれ表－1のとおりとしたほかは第4図に示す形状とした。

ボーンセメントと接する面は格子状に溝を設けた。

つぎに、これらの人工椎体を生理食塩水中で垂直荷重300kgfで1×10$^5$サイクルの疲労試験を行なったが、いずれも破壊につながるような損傷は認められなかった。

また、同様に生理食塩水中で、2kgf・mのねじりモーメントを加えて疲労試験を行なったが、やはり損傷は認められなかった。実際の生体内で人工椎体にかかる荷重として垂直荷重300kgf、ねじりモーメント2kgf・mはほとんどあり得ない大きな値であり、このことから強度は十分あることが立証された。

また、これらの人工椎体は固体差によらず損なわれた椎体の代替として長さを調節するだけで適合できた。

表-1　　　　　　　　　　　　　(単位：mm)

|  | 長さ調節範囲 ⓐ | 突起部長さ ⓑ | 平板の大きさ ⓒ |
|---|---|---|---|
| 腰椎用 | 40〜60 | 12 | 17 × 18 |
| 胸腰椎用 | 28〜40 | 10 | 14 × 14 |
| 頸胸椎用 | 20〜28 | 9 | 12 × 12 |
| 頸椎用 | 15〜20 | 8 | 11 × 11 |

<発明の効果>

本発明は、以上説明したように構成されているので、従来の椎体置換術と比較し手術手段が簡単で骨との固定力に優れ、かつ椎体への埋込み前、後においても、その長さの調節が可能であり、椎体傷害に悩む患者の救済に役立つこと大である。

また、本発明の人工椎体は、長さ調節範囲、突起部長さおよび平板の大きさを変化させるだけで腰椎用、胸腰椎用、頸胸椎用および頸椎用の人工椎体とすることができる。

4. 図面の簡単な説明

第1図は、本発明の人工椎体の縦断面図である。

第2図および第3図は、それぞれ第1図のII-II線およびIII-III線断面図である。

第4図は、ベベルギヤ機構取り付けた部分の説明図である。

第5図は、他のストッパを取り付けた部分の説明図である。

第6図は、ボーンセメントと接する面に凸部を設けた図である。

第7a図〜第7f図は、人工椎体の取り付け工程の説明図である。

第8図は、人用人工椎体4種の各寸法の位置を示す図である。

第9図は、正常椎体と損なわれた椎体との関係を示す図である。

第10図〜第13図は、それぞれ従来の人工椎体置換例を示す図である。

符号の説明

1 … 正常椎体、
2 … 損なわれた椎体、
3 … 椎間板、
4 … ボーンセメント、
5 … 金属棒、
6 … 中空材または溝材、
7 … ボーンスクリュー、
8 … 金属棒、
9 … 基幹部材、
10 … ねじ部、
11 … 中芯部、
12 … 平板、
13 … 突起部、
14 … 調節部材、
15 … 外筒部、
16 … 平板、
17 … 突起部、
18 … ねじ部、
19 … 長さ調節リング、
19a … 歯、
20 … ストッパ、
21 … ベベルギア手段の笠歯車、
21a … 歯、
21b … 中心軸、
22 … 横孔、
23 … ストッパ、
24 … 凹部または凸部、
25 … 溝

特許出願人　川崎製鉄株式会社
代　理　人　弁理士　渡辺望稔
同　　　　　弁理士　三和晴子

