# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Motion Hearing, Tuesday, July 10, 2014
Case Number: 12-CV-00630-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 1hr48min
Court Reporter: Raynee Mercado

**TITLE:**
    **APPLE INC.**          V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
    PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Rachel Krevans | John Quinn |
| William F. Lee | William Price |
| Mark D. Selwyn | Victoria F. Maroulis |
| Nathan Sabri | Kevin Johnson |
| Christopher Robinson | Dave Nelson |
|  | Scott Watson |

**PROCEEDINGS:**

Motions are argued by counsel and taken under submission. A written order will issue. Court is adjourned.