1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   12-cv-00630-LHK (PSG) |
| Plaintiff, | **JOINT SUBMISSION REGARDING JX33-B (GALAXY SII EPIC 4G TOUCH)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

**Joint Statement Regarding JX33-B (Galaxy SII Epic 4G Touch)**

The parties confirmed at the July 10th hearing that the software running on JX33-B has not been updated since the device was submitted to the jury.

**Apple's Separate Statement**

The feature of the Galaxy SII Epic 4G Touch that Apple accused of infringing claim 8 of the '721 patent is the operation used to retrieve missed messages, as opposed to the operation used to respond to incoming phone calls (which Apple accused in the other Galaxy SII devices). Apple referred to both accused operations in its JMOL motion as forms of "slide to answer." (*See* Dkt. 1897-3 at 4:22-27.) Attached to this Joint Statement are the following video files that illustrate the Galaxy SII devices' "slide to answer" operations for retrieving missed phone calls and missed text messages:

- **Exhibit A** shows the "slide to answer" operation in the Galaxy SII Epic 4G Touch (JX33-B) for retrieving a missed phone call. The user contacts the red icon on the left side the screen and continuously slides the icon to a predefined unlock region on the right side of the screen. At that point, the device unlocks and the user may access any of the features of the missed call menu of the phone application, or may navigate to the home screen by pressing the home button (circled in red) to access other features or applications on the device.
- **Exhibit B** shows a similar "slide to answer" operation in the Galaxy SII Epic 4G Touch (JX33-B) for retrieving a missed text message. Other than minor differences in the visual appearance and direction of movement of the unlock image, the "slide to answer" operation for retrieving a missed text message is the same as the one depicted in Exhibit A for retrieving a missed phone call.
- **Exhibit C** shows the same "slide to answer" operation in the Galaxy SII (JX32-C) for retrieving a missed text message as the one depicted in Exhibit B, and further illustrates that the user may navigate to the home screen by pressing the home button after the device becomes unlocked.

**Samsung's Separate Statement**

During the hearing on July 10, the Court asked the parties to confirm whether the software running on JX33-B was updated, and the parties have confirmed that it was not. Apple's statement goes far beyond responding to the Court's request, and it should be stricken as an improper attempt to submit supplemental briefing on the merits.

To the extent the Court considers Apple's unsolicited supplemental briefing, Apple's argument should be rejected as unsupported by, indeed inconsistent with, the trial record. Notably, Apple cites only to its post trial briefing in support of its inaccurate statement that retrieving missed messages are a form of "slide to answer." At trial, Apple never equated the two. Rather, on the few occasions when missed texts were even mentioned, Apple's expert distinguished between sliding to answer calls and sliding to retrieve text messages. *See, e.g.,* Tr. 674:11-13 ("There are other forms of sliding to unlock, there's answering a call, sliding to retrieve missed messages and so on . . ."); Tr. 2899:17-19 ("Glass Unlock is part of the S II devices which are accused of infringing and do infringe in slide to answer and slide to text message.").

In addition, Apple never demonstrated sliding to retrieve text messages to the jury. *See* Tr. 620:14-688:25. Instead, Apple chose to rely on the mere assertion that the interfaces "look more or less identical." *See* Tr. 674:9-13. The trial record supports the jury's determination that the Galaxy S II Epic 4G Touch does not infringe the '721 patent. Apple should not now be allowed to introduce a new infringement analysis that the jury never heard.

Dated:  July 14, 2014

| | |
|---|---|
| By: */s/ Rachel Krevans* | By: */s/Victoria F. Maroulis* |
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

| | |
|---|---|
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | CHARLES K. VERHOEVEN<br>(Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>MICHAEL T. ZELLER (Bar No. 19417)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

## ATTESTATION

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 14, 2014                              /s/ Rachel Krevans

RACHEL KREVANS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Joint Submission Regarding JX33-B (Galaxy SII Epic 4G Touch)
Case No.12-cv-00630-LHK (PSG)
sf-3436309

4