[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**NOTICE OF MANUAL FILING EXHIBITS A THROUGH C IN SUPPORT OF JOINT SUBMISSION REGARDING JX33-B (GALAXY SII EPIC 4G TOUCH)** |

1  Regarding:    Exhibits A through C

3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
5  For information on retrieving this filing directly from the Court, please see the Court's main web
6  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not e-filed for the following reason(s):
8  ____ Voluminous Document (PDF file size larger than e-filing system allowances)
9  ____ Unable to Scan Documents
10  __X__ Physical Object (description):  Flash drive
11  __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
12  ____ Item Under Seal
13  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
14  _____ Other (description): __

Dated: July 14, 2014

By: */s/ Rachel Krevans*

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100