| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**APPLE'S NOTICE OF AUTHORITY** |

On July 12, 2014, Samsung submitted a Notice of Authority to the Court relating to its argument that a court may find objective non-willfulness where prior art was before the USPTO.

In response, Apple directs the Court to *Church & Dwight Co. v. Abbott Labs.*, No. 05-2142 (GEB) (JJH), 2008 U.S. Dist. LEXIS 49587 (D.N.J. June 23, 2008). A copy of this opinion is attached as **Exhibit A**. The opinion states in relevant part:

> [T]he Court concludes that the jury was presented with evidence that would support a finding of an 'objectively high likelihood that [Abbott's] actions constituted infringement of a valid patent.'. . . Specifically, the jury was shown evidence that: (1) the Charlton patents, because they were issued, were presumptively valid; (2) Abbott's invalidity defenses were not very strong and were previously rejected by the USPTO; (3) that Abbott did not contest infringement of the '982 Patent at trial; and (4) its infringement arguments as to the other patents were not convincing.

*See* Ex. A at *28 (citations omitted).

Dated: July 16, 2014                    MORRISON & FOERSTER LLP

                                        By:  */s/ Rachel Krevans*
                                             RACHEL KREVANS

                                             Attorneys for Plaintiff and
                                             Counterclaim-Defendant
                                             APPLE INC.