JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK<br><br>**DECLARATION OF CHRISTOPHER ROBINSON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S REQUEST FOR LEAVE FOR SUPPLEMENTAL BRIEFING TO ADDRESS ALICE V. CSL BANK DECISION** |

I, Christopher L. Robinson, hereby declare as follows:

1.  I am an associate at Morrison & Foerster LLP, counsel of record for Apple Inc. in this above-captioned action. I make this declaration based on personal knowledge in support of Apple's Opposition to Samsung's Request for Leave for Supplemental Briefing to Address *Alice v. CLS Bank* Decision.

2.  Attached as **Exhibit A** is a true and correct copy of Brief for Respondents dated February 20, 2014, in *Alice Corp. Pty. Ltd. v. CLS Bank International*, No. 13-298, available at http://www.americanbar.org/content/dam/aba/publications/supreme_court_preview/briefs-v3/13-298_resp.authcheckdam.pdf.

3.  Attached as **Exhibit B** is a true and correct copy of Brief of Google Inc., Amazon.com Inc., American Association of Advertising Agencies, Dell Inc., Facebook Inc., Intuit Inc., Linkedin Corp., Netflix, Inc., Rackspace Hosting, Inc., Verizon Communications Inc., and Zynga Inc. as *Amici Curiae* in Support of Respondents, dated February 27, 2014, in *Alice Corp. Pty. Ltd. v. CLS Bank International*, No. 13-298, available at http://www.americanbar.org/content/dam/aba/publications/supreme_court_preview/briefs-v3/13-298_resp_amcu_google-etal.authcheckdam.pdf.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 17th day of July 2014, at San Francisco, California.

/s/ Christopher L. Robinson

CHRISTOPHER ROBINSON

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christopher L. Robinson has concurred in this filing.

Dated:   July 17, 2014             /s/ Rachel Krevans
                                   Rachel Krevans

DECLARATION OF CHRISTOPHER ROBINSON ISO APPLE'S OPPOSITION TO SAMSUNG'S REQUEST FOR LEAVE
CASE NO. 12-CV-00630-LHK (PSG)
sf-3436944

2