1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                        UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21              Plaintiff, | **STATEMENT OF RECENT DECISION (L.R. 7-3(d))** |
| 22          vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26              Defendants. | |

27

28

1      Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

3  "Samsung") bring to the Court's attention an Office Action by the United States Patent and

4  Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent Number 8,074,172 (the

5  "'172 patent") dated August 5, 2014.  This Office Action is relevant to Samsung's invalidity

6  defenses for the '172 patent, as described in Samsung's Motion for Judgment as a Matter of Law

7  (Dkt. 1896-3, Section III) because the USPTO concluded that the prior art identified in the Office

8  Action is the same or in the same family as the prior art asserted by Samsung in this case.  The

9  Office Action concluded that U.S. Patent Number 6,801,190 ("Robinson") and International

10 Patent Number WO 2005/008899 ("Ng"/"Xrgomics") anticipate claim 18 of the '172 patent.  To

11 the best of Samsung's knowledge, this Office Action was published on the USPTO's Patent

12 Application Information Retrieval (PAIR) website on August 5, 2014.  A copy of the Decision on

13 Petition is attached hereto as Exhibit A.

15 DATED: August 7, 2014           QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

18                                By */s/ Patrick Curran*
                                     Charles K. Verhoeven
19                                   Kevin P.B. Johnson
                                     Victoria F. Maroulis
20                                   Michael T. Zeller
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
21                                   LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC., and SAMSUNG
22                                   TELECOMMUNICATIONS AMERICA, LLC