# TRANSCRIPT ORDER

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 2013)

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Robin Sexton |
| 2a. CONTACT PHONE NUMBER | (415) 268-7349 |
| 3a. CONTACT EMAIL ADDRESS | rsexton@mofo.com |
| 1b. ATTORNEY NAME (if different) | Christopher J. Wiener |
| 2b. ATTORNEY PHONE NUMBER | (415) 268-7529 |
| 3b. ATTORNEY EMAIL ADDRESS | CWiener@mofo.com |
| 4. MAILING ADDRESS | Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105 |
| 5. CASE NAME | Apple v. Samsung |
| 6. CASE NUMBER | 12-0630 |
| 7. COURT REPORTER NAME | Raynee H. Mercado |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☑ CIVIL |

COURT USE ONLY — DUE DATE:

### 9. TRANSCRIPT(S) REQUESTED

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 07/10/2014 | LHK | JMOL | |

**b. SELECT FORMAT(S)** (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ● | ○ | ○ | ● | ○ |

**c. DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

### 10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

### ORDER & CERTIFICATION (11. & 12.)

By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Christopher J. Wiener

12. DATE: 09/02/2014

DISTRIBUTION: ☐ COURT COPY  ☐ ORDER RECEIPT  ☐ TRANSCRIPTION COPY  ☐ ORDER COPY