UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ONGOING ROYALTIES** |

Before the Court is Apple's Motion for Ongoing Royalties. Having considered the parties' arguments and the papers submitted, and good cause having been shown, the Court GRANTS Apple's motion as follows:

The Court hereby orders that Apple is entitled to an ongoing royalty under *Paice LLC v. Toyota Motor Corp.*, 504 F.3d 1293 (Fed. Cir. 2007), in the amount of at least $2.75, $2.30, and $1.41 per infringing unit as to products adjudicated to infringe the '647, '172, and '721 patents, respectively, and as to products not more than colorably different therefrom, that are sold on or after the date of this Order.

The Court sets the following schedule for the parties to brief the precise rate at which the ongoing royalty shall be awarded:

Apple's Opening: _____

Samsung's Opposition: _____

Apple's Reply: _____

Hearing: _____

**IT IS SO ORDERED.**

Dated: _____   _____
                                                                Hon. Lucy H. Koh
                                                                United States District Judge