**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE., INC., a California corporation, )<br><br>Plaintiff and Counterdefendant, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean corporation; SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company, )<br>)<br>Defendants and Counterclaimants. )<br>_____ ) | Case No.: 12-CV-00630-LHK<br><br>ORDER RE: BRIEFING OF APPLE'S<br>MOTION FOR ONGOING ROYALTIES |

Regarding briefing of Apple's motion for ongoing royalties (ECF No. 1958), the Court rules as follows:

The briefing schedule regarding the merits of an ongoing royalty remains as set, reproduced below for convenience:

Samsung's response: September 17, 2014

Apple's reply: September 24, 2014

The parties shall also file briefs regarding the appropriate royalty rate, should a royalty be awarded, according to the following schedule:

1

Case No.: 12-CV-00630-LHK
ORDER RE: BRIEFING OF APPLE'S MOTION FOR ONGOING ROYALTIES

**United States District Court**
For the Northern District of California

1    Apple's brief: September 17, 2014, not exceeding 5 pages

2    Samsung's response: October 1, 2014, not exceeding 5 pages

3    Apple's reply: October 8, 2014, not exceeding 3 pages

4  In their briefs regarding the appropriate royalty rate, the parties shall also address the effect of

5  Apple's motion for ongoing royalties on entry of final judgment, in light of *Robert Bosch, LLC v.*

6  *Pylon Mfg. Corp.*, 719 F.3d 1305 (Fed. Cir. 2013), and *Warsaw Orthopedic, Inc. v. NuVasive, Inc.*,

7  515 Fed. Appx. 882 (Fed. Cir. 2012).

8    The December 18, 2014 hearing date remains as set pending the Court's review of the

9  parties' briefs.

10  **IT IS SO ORDERED.**

11  Dated: September 9, 2014                    _Lucy H. Koh_____

12                                LUCY H. KOH
                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

Case No.: 12-CV-00630-LHK
ORDER RE: BRIEFING OF APPLE'S MOTION FOR ONGOING ROYALTIES