[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER RE: VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (ECF 1960)** |

On September 4, 2014, this Court entered an Order Re: Various Administrative Motions to Seal granting-in-part and denying-in-part several motions to seal and instructing the parties to re-file certain exhibits.  *See* ECF No. 1960.  The parties hereby provide notice that certain exhibits that were the subject of the Court's September 4, 2014 Order were withdrawn prior to being considered by the Court or were already filed publicly, as summarized in the chart below:

| ECF No. | Exhibit | Status |
|---|---|---|
| 807-29 | QQ | Withdrawn. (See ECF Nos. 1296-1; 1143; 1145.) |
| 807-31 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 807-34 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-42 | II | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-52 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-53 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-54 | TT | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-55 | UU | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-56 | VV | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-12 | E | Already public. (*See* ECF No. 1293-1.) |
| 856-13 | F | Already public. (*See* ECF No. 1293-1.) |
| 856-14 | G | Already public. (*See* ECF No. 1293-1.) |
| 856-15 | H | Already public. (*See* ECF No. 1293-1.) |
| 856-16 | I | Already public. (*See* ECF No. 1293-1.) |
| 856-49 | OO | Already public. (*See* ECF No. 1293-1.) |
| 948-9 | C | Already public. (*See* ECF No. 1294-1.) |

| 948-11 | D | Already public. (*See* ECF No. 1294-1.) |
|---|---|---|
| 948-16 | H | Already public. (*See* ECF No. 1294-1.) |
| 948-19 | K | Already public. (*See* ECF No. 1294-1.) |
| 948-24 | P | Already public. (*See* ECF No. 1294-1.) |

*See also* ECF No. 1296-1 (jointly withdrawing ECF Nos. 807-29, 807-31, 807-34, 856-42, 856-52, 856-53, 856-54, 856-55, and 856-56); ECF No. 1143 (jointly withdrawing *Daubert* issues related to Samsung patents); and ECF No. 1145 (granting request pursuant to ECF No. 1143 to withdraw *Daubert* issues).

Accordingly, the parties respectfully suggest that, subject to the Court's approval, no further action or re-filing is necessary with respect to the foregoing exhibits.

Dated:  September 11, 2014            WILMER CUTLER PICKERING
                                                                HALE AND DORR LLP

                                                      By:     __/s/ Mark D. Selwyn_____ _____
                                                                Mark D. Selwyn
                                                                *Attorneys for Plaintiff and*
                                                                *Counterclaim-Defendant APPLE, INC.*

Dated: September 11, 2014             QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                      By:     __/s/ Michael L. Fazio_____
                                                                Michael L. Fazio
                                                                *Attorneys for Defendants and*
                                                                *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
                                                                *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
                                                                *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Notice.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  September 11, 2014          By:     /s/ Mark D. Selwyn
                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                    /s/ Mark D. Selwyn
                                    Mark D. Selwyn