**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER RE: JOINT NOTICE** |
| Defendants. | |

On September 11, 2014, the parties submitted a Joint Notice Regarding Order Re: Various Administrative Motions to Seal (ECF 1960) indicating that certain exhibits that were the subject of the Court's September 4, 2014 Order were withdrawn prior to being considered by the Court or were already filed publicly. Accordingly, no further action or re-filing is necessary with respect to the following exhibits:

| ECF No. | Exhibit | Status |
| --- | --- | --- |
| 807-29 | QQ | Withdrawn. (See ECF Nos. 1296-1; 1143; 1145.) |
| 807-31 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 807-34 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-42 | II | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-52 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-53 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-54 | TT | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-55 | UU | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-56 | VV | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-12 | E | Already public. (*See* ECF No. 1293-1.) |
| 856-13 | F | Already public. (*See* ECF No. 1293-1.) |
| 856-14 | G | Already public. (*See* ECF No. 1293-1.) |
| 856-15 | H | Already public. (*See* ECF No. 1293-1.) |
| 856-16 | I | Already public. (*See* ECF No. 1293-1.) |
| 856-49 | OO | Already public. (*See* ECF No. 1293-1.) |
| 948-9 | C | Already public. (*See* ECF No. 1294-1.) |

| | | |
|---|---|---|
| 948-11 | D | Already public. (*See* ECF No. 1294-1.) |
| 948-16 | H | Already public. (*See* ECF No. 1294-1.) |
| 948-19 | K | Already public. (*See* ECF No. 1294-1.) |
| 948-24 | P | Already public. (*See* ECF No. 1294-1.) |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                                                              Hon. Lucy H. Koh
                                                                              United States District Judge