# EXHIBIT I

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



# Samsung's brand update
## (based on external industry information)

John Brown
Mgr. corporate market intelligence team
December, 2012

APLNDC630-00001313180

Highly Confidential - Attorneys' Eyes Only

## Samsung's advertising and promotion campaigns are driving a rise in brand recognition

- Samsung's aggressive mobile advertising in the fourth quarter is resonating across the entire Samsung brand as consumer brand recall is on the rise.
- The Galaxy S III advertising has driven most brand recall, while Apple's iPhone 5 advertising has been above the category norm.
- Samsung's rising brand has allowed it become a product of consideration in the media player market, a category that it has had little success in the past.
- Although they are still a small player in the media player market, increasing their presence in this space provides Samsung the opportunity to build a halo effect with other Samsung CE products within the younger demographics.
- Samsung is using aggressive bundling of tablets with many of their branded product categories (washing machines, cameras, phones and even their NaviBot vacuum) in an attempt to gain tablet share in many markets.
- If successful, these aggressive bundling and advertising campaigns could lead to a change in the market share landscape for both tablets and mobile phones for the fourth quarter of 2012.
- If these practices lead to share gains in the fourth quarter, the big question is will it come at the expense of smaller market players, Apple or a combination of both.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313181

# Samsung's outspending all others in advertising

It is estimated that Samsung spent $4B globally on advertising in 2012, which dwarfs the spend of some major brands around the world. This increase in spend over 2011 has raised its brand recognition globally and has allowed them to be in the consideration set of consumers in our key markets of music players, PCs, tablets and mobile phones.



Samsung Electronics Marketing Expenses

Source: Asymco.com - http://www.asymco.com/2012/11/29/the-cost-of-selling-galaxies/

APLNDC630-0001313182

Highly Confidential - Attorneys' Eyes Only

# Samsung's brand impression is just as strong as Apple's in the U.S.

Samsung's brand impression has been on par with Apple's in the U.S. for the entire year, while Sony has declined slightly during 2012.



Electronics manufacturer brand impression (Top 3 box), December 2012

- Sony: 61%
- Apple: 60%
- Microsoft (As an electronics mfg.): 60%
- Samsung: 58%
- HP: 49%
- Dell: 46%
- LG: 42%

Source: Yankee Group US Mobile and Connected Device Consumer Survey, December 2012; Q: On a scale of 1 to 10, how favorable is your impression of the following brands? (Please select "NA" if you are not familiar with the brand.)

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313183



APLNDC630-0001313184

Highly Confidential - Attorneys' Eyes Only

APLNDC630-00013131855

Highly Confidential - Attorneys' Eyes Only

# Samsung's international holiday promotions aim to increase its global brand and market share

APLNDC630-00013131186

Highly Confidential - Attorneys' Eyes Only

# Samsung is attempting to boost UK tablet sales with free promotions

Combining free Galaxy Tabs with all products from phones to digital cameras has the potential to increase their sales into the channel and potentially sell-through for the holiday quarter.

**Series 9 and Galaxy Tab Promotion**

Get a FREE Galaxy Tablet worth £199 when you buy a Samsung Series 9 with Windows® 7





**Samsung Smart TV Promotion – Free Galaxy 2 Tablet**






When you buy a Samsung NX20 Compact System Camera

Source: Apple corporate intelligence
APLNDC630-0001313187

Highly Confidential - Attorneys' Eyes Only

# Samsung has expanded the UK bundle practice across the European continent

Whether with washing machines, cameras or iRobot, Samsung is giving away tablets across the continent to stimulate holiday sales.



Bundled tablet promotions

Source: Apple European Witness

# Samsung is also very aggressive with tablet promotions in Latin America

Samsung is being aggressive in advertising tablet bundles in all channels from CE stores to department stores across all of Latin, particularly in the key Apple markets of Mexico and Chile.

Mexico - Buy Galaxy Note 10" get Galaxy 2 for free



Chile - Buy Samsung TV get Galaxy Note 10" for free



Chile - Buy Samsung Notebook get Galaxy Note 7" for free



Source: Apple Latin America CE Team

Highly Confidential - Attorneys' Eyes Only

APLNDC630-00001313189

APLNDC630-0001313190

Highly Confidential - Attorneys' Eyes Only

APLNDC630-00001313191

Highly Confidential - Attorneys' Eyes Only



TM and © 2012 Apple Computer, Inc. All rights reserved.

APLNDC630-0001313192

Highly Confidential - Attorneys' Eyes Only