# EXHIBIT K

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Subject: Re: Marcom tomorrow
From: "James Vincent" <james@mediaartslab.com>
Received(Date): Fri, 01 Feb 2013 15:22:42 +0000
To: "Philip Schiller" <schiller@apple.com>
Date: Fri, 01 Feb 2013 15:22:42 +0000

ok, lets talk when you land. we'll be ready from 3.30pm onwards and expect your call.

we'll also talk through everything with hiroki and bob this morning.

james

On Jan 31, 2013, at 7:32 PM, Philip Schiller <schiller@apple.com> wrote:

> I am in the air from about 9am until 3:30 PM PST. I could do a call early or late. Or on the weekend.
>
> I would also recommend a call with Hiroki and Bob to run ideas past them too. We really want to help.
>
> I now have Apple board members asking "what is going on with advertising and what are you doing to fix it". The team is too good to be in this spot.
>
>
>
> On Jan 31, 2013, at 7:09 PM, James Vincent <james@mediaartslab.com> wrote:
>
>> phil,
>>
>> we agree that too much in marcom yesterday was too soft for this moment. we have some stronger areas we have teams working in now.
>>
>> yes, i do think it would be helpful to talk tomorrow.  lets hop on a call late morning maybe to talk these new areas through together.
>>
>> james
>>
>>
>> On Jan 31, 2013, at 2:10 PM, Philip Schiller <schiller@apple.com> wrote:
>>
>>> James,
>>>
>>> Progress yesterday was good on the iPad advertising. Not good on iPhone.
>>>
>>> I've seen the team come in time after time with super deep analysis, thought



Highly Confidential - Attorneys' Eyes Only                                        APLNDC630-0001397337

provoking briefs, and amazing creative work that has us feeling great that we are on the right path. I can't say that is the case now with iPhone.
>>>
>>> I watched the Samsung pre-superbowl ad that launched today. It's pretty good and I can't help but think "these guys are feeling it" (like an athlete who can't miss because they are in a zone) while we struggle to nail a compelling brief on iPhone. That's sad because we have much better products.
>>>
>>> Maybe you feel differently. We should talk on the phone again if it will help. We can also come down there next week if that will help.
>>> Something drastic has to change. Fast.
>>>
>>> Phil
>>
>>
>>
>> _____
>> This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is proprietary, privileged, confidential and/or otherwise protected from disclosure.
>> If you received this e-mail in error, any review, use, dissemination, distribution or copying of this e-mail is strictly prohibited. Please notify us immediately of the error via e-mail to disclaimer@mediaartslab.com and please delete the e-mail from your system, retaining no copies in any media. We appreciate your cooperation.


_____
This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is proprietary, privileged, confidential and/or otherwise protected from disclosure.
If you received this e-mail in error, any review, use, dissemination, distribution or copying of this e-mail is strictly prohibited. Please notify us immediately of the error via e-mail to disclaimer@mediaartslab.com and please delete the e-mail from your system, retaining no copies in any media. We appreciate your cooperation.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001397338