# EXHIBIT OO
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

APLNDC630-0001313179



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313180



# Samsung's brand update
## (based on external industry information)

John Brown
Mgr. corporate market intelligence team
December, 2012

Highly Confidential - Attorneys' Eyes Only

3

APLNDC630-0001313181

Highly Confidential - Attorneys' Eyes Only

# Samsung's outspending all others in advertising

It is estimated that Samsung spent $4B globally on advertising in 2012, which dwarfs the spend of some major brands around the world. This increase in spend over 2011 has raised its brand recognition globally and has allowed them to be in the consideration set of consumers in our key markets of music players, PCs, tablets and mobile phones.



Source: Asymco.com - http://www.asymco.com/2012/11/29/the-cost-of-selling-galaxies/

APLNDC630-0001313182

Highly Confidential - Attorneys' Eyes Only

# Samsung's brand impression is just as strong as Apple's in the U.S.

Samsung's brand impression has been on par with Apple's in the U.S. for the entire year, while Sony has declined slightly during 2012.



Electronics manufacturer brand impression (Top 3 box), December 2012

Source: Yankee Group US Mobile and Connected Device Consumer Survey, December 2012; Q:On a scale of 1 to 10, how favorable is your impression of the following brands? (Please select "NA" if you are not familiar with the brand.)

5

APLNDC630-0001313183

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313184

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313185

Highly Confidential - Attorneys' Eyes Only

# Samsung's international holiday promotions aim to increase its global brand and market share

APLNDC630-0001313186

Highly Confidential - Attorneys' Eyes Only

# Samsung is attempting to boost UK tablet sales with free promotions

Combining free Galaxy Tabs with all products from phones to digital cameras has the potential to increase their sales into the channel and potentially sell-through for the holiday quarter.











Source: Apple Corporate MI Team

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313187

APLNDC630-0001313188

Highly Confidential - Attorneys' Eyes Only

# Samsung has expanded the UK bundle practice across the European continent

Whether with washing machines, cameras or iRobot, Samsung is giving away tablets across the continent to stimulate holiday sales.



Source: Apple European MI Team

# Samsung is also very aggressive with tablet promotions in Latin America

Samsung is being aggressive in advertising tablet bundles in all channels from CE stores to department stores across all of Latin, particularly in the key Apple markets of Mexico and Chile.

Chile - Buy Samsung TV get Galaxy Note 10" for free

Chile - Buy Samsung Notebook get Galaxy Note 7" for free

Mexico - Buy Galaxy Note 10" get Galaxy 2 for free





Source: Apple Latin American MI Team

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313189

APLNDC630-0001313190

Highly Confidential - Attorneys' Eyes Only

13

APLNDC630-0001313191

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001313192



TM and © 2012 Apple Computer, Inc. All rights reserved.

Highly Confidential - Attorneys' Eyes Only