# EXHIBIT EEE
REDACTED VERSION



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 – Q4

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
APLNDC-X0000006553

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006554

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006555



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006556



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006559



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006561



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006562



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006563



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006564



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006566

19

APLNDC-X0000006567



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



APLNDC-X0000006571



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006574



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006576



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006577



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
APLNDC-X0000006580

33

APLNDC-X0000006581



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

39

APLNDC-X0000006587



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006591

44

APLNDC-X0000006592



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



TM and © 2011 Apple Inc. All rights reserved.

53

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006601



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006604



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006607



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006608



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
APLNDC-X0000006636

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006637

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

APLNDC-X0000006641



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY