# EXHIBIT FFF

APLNDC630-0001233115



Highly Confidential - Attorneys' Eyes Only

# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY12 - Q4

APLNDC630-0001233116

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233117

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233118

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233119

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233120

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233121

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233122

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233123

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233124

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233125

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233126

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233127

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233128

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233129

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233130

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233131

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233132

Confidential - Attorneys' Eyes Only



APLNDC630-0001233133

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233134

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233135

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233136

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233137

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233138

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233139

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233140

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233141

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233142

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233143

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233144

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233145

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233146

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233147

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233148

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233149

Confidential - Attorneys' Eyes Only



APLNDC630-0001233150

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233151

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233152

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233153

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233154

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233155

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233156

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233157

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233158

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233159

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233160

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233161

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233162

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233163

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233164

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233165

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233166

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233167

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233168

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233169

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233170

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233171

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233172

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233173

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233174

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233175

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233176

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233177

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233178

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233179

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233180

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233181

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233182

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233183

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233184

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233185

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233186

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233187

TM and © 2012 Apple Inc. All rights reserved.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233188

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233189

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233190

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233191

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233192

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233193

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233194

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233195

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233196

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233197

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233198

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233199

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233200

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233201

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233202

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233203

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233204

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233205

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233206

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233207

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233208

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233209

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233210

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233211

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233212

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233213

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233214

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233215

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233216

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233217

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233218

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233219

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233220

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233221

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233222

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233223

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233224

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233225

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233226

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233227

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233228

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233229

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233230

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233231

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233232

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233233

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233234

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233235

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233236

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233237

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233238

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233239

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233240

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233241

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233242

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233243

Highly Confidential - Attorneys' Eyes Only



APLNDC630-0001233244

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233245

Highly Confidential - Attorneys' Eyes Only