# EXHIBIT GGG
## REDACTED VERSION



Highly Confidential - Attorneys' Eyes Only



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY13 - Q2

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233247



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233249



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233254



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233261



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233268



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233269



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233279



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233280



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233283



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233288



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233289



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233295



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233296



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233297



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233303



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233305



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233307



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233308



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233315



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233317



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233320



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233323



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233327



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233343



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233349



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233351



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233353



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233354



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233355



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233358



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233360



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233365



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233366



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233370



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233373



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233375



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233376

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233380



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233382



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233387



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233395



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233397



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233398



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233404