# EXHIBIT Q

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| APPLE INC., and NEXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.), | |
| Plaintiffs and Counterclaim-Defendants, | |
| v. | Case No. 11-CV-8540 (RAP) |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC. | |
| Defendants and Counterclaim-Plaintiffs | |

**MARCH 22, 2012 SECOND SUPPLEMENTAL EXPERT REPORT OF TODD C. MOWRY REGARDING INFRINGEMENT AND VALIDITY OF U.S. PATENT NO. 5,946,647**

_____
Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

CC Order at 10-11 ("the ability to link a structure to a single action still comports with the patent's plural reference, so long as other structures are linked to other actions.").

### F.    Sidekick

#### 1.    Overview of Sidekick

50.    In the Second Supplemental Expert Report, Dr. Clark newly asserts the Sidekick Handbook, which describes an IBM-compatible Personal Information Management software, including an attendant "dialer" functionality, which was apparently used to identify and call telephone numbers in databases and other documents.  Clark Second Supplemental Report at ¶¶ 293, 301 ("This program contains a component called the 'Dialer' which detects phone numbers in the data and allows the user to select a detected number and cause it to be dialed by a modem attached to the computer.").  Dr. Clark cites for support a demonstration of the Sidekick software on an MS-DOS virtual machine, which he apparently downloaded for the purposes of this litigation, and a handbook published in March of 1985 ("Sidekick Handbook").  Clark Second Supplemental Report at ¶ 296-97.

51.    The Sidekick system and its Dialer functionality is an instance of the prior art systems discussed in the patent, which can only detect one type of structure and allow only limited functionality.  The '647 Patent specifically describes that systems allowing detection of telephone numbers, and performing the single action of calling detected telephone numbers, are the prior art over which the inventors innovated;

> One type of system that has addressed this problem involves *detecting telephone numbers*.  Such systems enable a user to select a telephone number and request that the application automatically dial the number.  However, these systems do not recognize the selected data as a telephone number and they generally produce an error message if the user selects invalid characters as a phone number.  Also *they do not enable the performance of other candidate actions, such as moving the*

Highly Confidential - Attorneys' Eyes Only                                          APLNDC630-0000260864

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

> *number to an electronic telephone book*. That is, *if a user wishes to perform different action on an identified telephone number such as storing the number in an address book the user cannot automatically perform the action but must select and transfer the number to the appropriate data base as described above*. Therefore *a system is needed that identifies structures, associates candidate actions to the structures, enables selection of an action, and automatically performs the selected action on the structure*.

'647 Patent at 1:52-2:2 (emphasis added)

52.     A user of the Sidekick system first had to activate the system, by installing the software on his computer and running the software. Once the software was running, the user had to begin the application needed to open the document in which he wanted to detect telephone numbers. With the document open, the user had to hold the Control and Alt keys. Sidekick Handbook [MOTO-APPLE-0007515005 – 5133] at 5039. In order to get Sidekick to detect telephone numbers in his data, the user then had to press the Alt key and the letter D to activate the Dialer routines. *Id.* at MOTO-APPLE-0007515040. The Dialer would then highlight the first telephone number, and the user could dial the number by pressing the Enter key, or could request that the system find the next telephone number by entering the right arrow key. *Id.* at MOTO-APPLE-0007515040 - 5041. Instead of detecting all structures in data, the Sidekick system detects only one telephone number at a time, waits for the user's response, and then tries to find the next telephone number. This is distinct from detecting multiple types of useful structures in data and allowing the user to choose one. This is also distinct from finding multiple structures (whether of various types or a single type) and allowing a user to select a structure for action. Instead, Sidekick only finds one structure at a time, and allows only a single action on that structure. The user does not have the opportunity to "select" a structure, as only one is available at a time, or to "select" an action, for the same reason.

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

25

<u>CONTAINS CONFIDENTIAL BUSINESS INFORMATION</u>
<u>SUBJECT TO PROTECTIVE ORDER</u>

53.     Unlike the '647 Patent, the Sidekick system requires the user to use the keyboard to activate the Sidekick program, and to continuously prompt the system to look for the next structure – telephone numbers – in data.  Clark Second Supplemental Report at ¶¶ 304, 308; Sidekick Handbook at 29-30.     This is contrary to the '647 Patent's teaching of a system that itself detects structures in data.  '647 Patent at Claim 1 ("A computer-based system for detecting structures in data and performing actions on detected structures"); 5:19-37 ("analyzer server 220, which parses the contents based on grammars and strings.  This parsing process produces the window shown in Fig. 6."); *see also,* Fig, 6:

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

Highly Confidential - Attorneys' Eyes Only                                                    APLNDC630-0000260866

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER



# FIG. 6

54.     Further, the Sidekick system does not include an "analyzer server for detecting structures in the data, and for linking actions to the detected structures."  The Sidekick system only detects one kind of data – telephone numbers – and does not "link actions to" that data as taught by the patent.  The '647 Patent teaches linking candidate actions – computer operations specific to the data detected – to data, and presenting a menu of the actions possible to perform on that data, dependent on the type of data detected.  CC Order at 9.  Sidekick, on the other hand,

---

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

27

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000260867

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

only allows a single operation to be performed on the only type of data it detects.  This operation is not "linked" as required by the patent or the Court's claim construction.  '647 Patent at Claim 1 ("A computer based system for detecting structures in data and performing actions on detected structures").

55.     I further note that the Sidekick Handbook that Dr. Clark cites provides only speculation as to whether or how an action takes place in Sidekick.  Clark Second Supplemental Report at ¶ 315 (*citing* Sidekick Handbook at MOTO-APPLE-0007515116) ("The following test duplicates the procedure Sidekick uses when it dials a telephone number.").  From this description of a test that "duplicates" the Sidekick's operation, Dr. Clark concludes without further support that "I understand the Sidekick Handbook to be explaining the Sidekick program has subroutines that will communicate with the modem using a COM port (a serial port of the computer) and dial the selected number using an 'ATDT' command)."

       2.     Claim 1

          a.     A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

56.     I have opined that the preamble is not a limitation to claim 1.  *See* e.g. Mowry Rebuttal Validity Report at ¶ 86.  If the preamble is considered a limitation, the Sidekick system does not comprise "[a] computer-based system for detecting structures in data and performing actions on detected structures."

57.     Dr. Clark has not shown that the Sidekick system discloses a computer-based system for performing actions on detected structures.  The Sidekick system does not detect structures in data as required by the '647 patent.  The Court in its claim construction order has recognized that the patent requires detection of more than one type of structure in data.   CC

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

28

APLNDC630-0000260868

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Order at 10-11 ("the ability to link a structure to a single action still comports with the patent's plural reference, so long as other structures are linked to other actions.").

58.     The Sidekick system only allows the identification of a single type of data: telephone numbers.  Further, the Sidekick system does not itself perform the detection of the data that it can identify.  As explained above, the '647 Patent teaches that the system itself detects structures in data and links candidate actions (actions that a user would normally perform on those structures).  '647 Patent at 2:49-53 ("Upon selection of a detected structure, the user interface presents and enables selection of candidate actions.").  Dr. Clark fails to address the fact that, unlike the system disclosed in the '647 Patent, the computer-based system of Sidekick does not alone perform the detection.  Use of the Sidekick system requires a user to start the Sidekick application, and to enter a series of keystrokes in order to get Sidekick to detect one structure – the first telephone number appearing in a document.  *See* Sidekick Handbook at MOTO-APPLE-0007515041 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen.").  Dr. Clark's screenshots of the Sidekick system demonstrate that the system detects only a single telephone number at a time:

Highly Confidential - Attorneys' Eyes Only                                                    APLNDC630-0000260869

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**



Sidekick – showing a single detected structure at a time, and allowing only that structure to be acted upon.  Compare with '647 Patent Fig. 6 (demonstrating system with multiple detected structures, highlighted for the user):

---

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

30

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER



FIG. 6

'647 Patent at Fig. 6 – Showing various detected structures, and allowing user selection of any one of those multiple structures for action.

59.     The Sidekick software then requires the user to hit an arrow key to detect the next phone number, and to repeat the same procedure to detect other phone numbers if any. Sidekick Handbook at 14.    The '647 Patent specifically describes its inventiveness over the limited functionality of telephone number detectors.  '647 Patent at 1:52-65 ("One type of system that

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

31

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

has addressed this problem involves detecting telephone numbers.  Such systems . . . do not enable the performance of other candidate actions such as moving the number to an electronic telephone book.   That is, if user wishes to perform different action on an identified telephone number such as storing the number in an address book the user cannot automatically perform the action but must select and transfer the number to the appropriate data base.").

60.     The '647 Patent defines a structure as an instance of a pattern, and discloses the use of multiple saved patterns to detect different types of structures (e.g., phone numbers, email addresses, etc.), each associated with candidate actions that a user would normally perform on such a structure.  '647 Patent at 1:25-35.  Sidekick, on the other hand, discloses only the ability to detect a single type of structure (a phone number), and only a single alleged action to be performed on that structure.  Sidekick Handbook at MOTO-APPLE-0007515030 ("Dialer:  This automatic dialer takes numbers from its own phone directory or picks them directly off the screen"); MOTO-APPLE-0007515101 ("Activate Sidekick then press D to dial.  Sidekick automatically picks the number off the screen [and] dials it for you").  The Sidekick thus does not link candidate actions to detected structures, as the patent and the Court require, but instead allows only one possible action to be performed on the data it detects.

        b.     a memory storing information including program routines
            including

61.     For the reasons described with regards to at least elements (a), and (c)-(e) of this claim, the Sidekick system does not practice or disclose "a memory storing information including program routines including . . . ." for at least the reason that the Sidekick system does not contain the claimed program routines.

        c.     an analyzer server for detecting structures in the data, and for
            linking actions to the detected structures

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

32

Highly Confidential - Attorneys' Eyes Only

<u>CONTAINS CONFIDENTIAL BUSINESS INFORMATION</u>
<u>SUBJECT TO PROTECTIVE ORDER</u>

62.    It is my opinion that the Sidekick system does not practice or disclose this element of claim 1.

63.    The Court has construed "analyzer server" to mean "a server routine separate from a client that receives data having structures from the client."   The Sidekick system does not receive "data having structures" in the context of the '647 Patent, because the Sidekick system only recognizes a single type of structure – a telephone number.  Clark Second Supplemental Report at ¶¶ 308-09 (the Dialer receives data from a number of programs, detects and points out a phone number on the screen from any running program using patterns, and links the number to the action of making a call"); Sidekick Handbook at MOTO-APPLE-0007515086, 5041 ("Sidekick 'knows' a phone number, because it must contain special characters.  These are usually parentheses or hyphens, but you can choose other characters within the installation program.").

64.    Further, the Sidekick system does not "detect structures" as required by the asserted claims.  As the Court described in its claim construction decision, the '647 patent discloses a system able to detect multiple types of structures in data.  CC Order at 10-11 ("the ability to link a structure to a single action still comports with the patent's plural reference, so long as other structures are linked to other actions.  An analyzer that links dates to the calendar and phone numbers to the phone book still 'links structures to actions.'").  Instead of detecting multiple types of structures in data, and linking operations tailored to those detected structures, the Sidekick system is only able to recognize a single type of structure, and only has available a single operation to link to all structures it detects.  Clark Second Supplemental Report at ¶ 308. Systems such as the Sidekick system, which only allow the detection of a single type of structure and allow a single operation to be performed on the structure, are specifically discussed in the

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

33

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

patent as prior art that the patent invented over.  1:52-65.  These systems require no "linking" or "specified connection" between structures and operations because there is only one type of structure identified and one operation allowed.

65.     The Court has construed "linking actions to the detected structures" to mean "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure." Dr. Clark does not provide any analysis as to how the Sidekick system would anticipate this claim element under Motorola's proposed construction, which the Court has adopted.  At ¶ 307 of his report, Dr. Clark opines that the "analyzer server" limitation is met under each party's proposed construction, but only asserts that "linking actions to the detected structures" was met under Apple's construction. I therefore understand that Dr. Clark does not dispute that the Sidekick reference fails to anticipate the '647 Patent's asserted claims under the Court's (Motorola's proposed) construction of "linking actions to the detected structures.").

66.     In my opinion, the Sidekick system does not meet this limitation under the Court's construction because the Sidekick system does not "creat[e] a specified connection" between structures and actions.  Instead, the Sidekick system has a single operation that can be performed on each telephone number detected.  Clark Second Supplemental Report at ¶ 310. This is contrary to the teachings of the '647 Patent, in which a system detects multiple structures, and specifically associates with each detected structure candidate actions to perform on that particular structure.  *See, e.g.* '647 Patent at 5:8-14; CC Order at 8-9 ("After the analyzer server recognizes structures in a document, it links each structure to operations (called 'actions') commonly performed on data of that type (such as linking phone numbers to the functions for calling or storing phone numbers)."). The Court in its claim construction order has recognized

_____
Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540
34

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

that the patent teaches detection of more than one type of structure in data.   CC Order at 10-11 ("the ability to link a structure to a single action still comports with the patent's plural reference, so long as other structures are linked to other actions.").

67.     Dr. Clark alleges the following:  "I understand the Sidekick Handbook to be explaining that the Sidekick program has computer subroutines that will communicate with the modem using a COM port (a serial port of the computer) and dial the detected and selected phone number using an 'ATDT' command.'"  Clark Second Supplemental Report at ¶ 316.  Dr. Clark provides no opinion as to whether or how this estimated functionality constitutes creation of a "specified connection."  As noted above, it is my opinion that providing a single dialing function for all telephone numbers detected does not constitute "creating a specified connection." Dr. Clark has failed to show that the Sidekick creates any "specified connection" between the single operation available and the structures detected.

68.     I further disagree with Dr. Clark's assertion that "a person of skill in the art at the time of the invention would have understood that the inclusion of additional actions beyond the dialing disclosed by the Sidekick Handbook is a trivial distinction."   Clark Second Supplemental Report at ¶ 313.  The patent specifically teaches the linking to a detected structure "candidate actions" that a user would normally perform on that structure.  CC Order at 8-9 ("After the analyzer server recognizes structures in a document, it links each structure to operations (called 'actions') commonly performed on data of that type (such as linking phone numbers to the functions for calling or storing phone numbers).").   Dr. Clark provides no basis for this statement, and it is my opinion that at least as of the time of invention it was novel to provide a system to detect structures and associate with those structures actions tailored to those structures. Thus, Sidekick's allowing only a single operation to perform on telephone numbers would not

_____

Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000260875

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

meet this limitation, because the system performs no specific linking based on the data detected. *Id.* at 8-9 ("After the analyzer server recognizes structures in a document, it links each structure to operations (called 'actions') commonly performed on data of that type (such as linking phone numbers to the functions for calling or storing phone numbers)."); *id.* at 11 (describing linking of dates to a calendar and phone numbers to a phone book as "link[ing] structures to actions.").

69.     The inventors specifically informed the PTO about prior art references such as Sidekick, including in the body of the patent a discussion of the limited functionality of these systems. '647 Patent at 1:52-65.  The patentees gave the specific example of systems only able to detect telephone numbers, and only able to allow dialing of those numbers, as prior art systems over which they were inventing.  *Id*.  The patent was thus specifically granted over prior art that had Sidekick-like limited capability, and the same claims were recently confirmed in reexamination.

70.     Lastly, Sidekick fails to disclose the limitation of "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure," because the operations performed by Sidekick are not operations performed on the detected structure.  The patent describes an action as software operating on a detected structure.  '647 Patent at 2:31-34 ("Each action is a computer subroutine that causes the CPU to perform a sequence of operations on the particular structure to which it is linked."); 2:21-27 ("The present invention provides . . . a memory that includes a program to identify structures in a document and performs computer-based actions on the identified structures."). Dr. Clark failed to point out any statement in the Sidekick Handbook that discloses that software is operating on the alleged telephone number structure.  Commonly, systems such as Sidekick dialing a telephone number would only send the string of numbers to a

_____
Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

36

<u>CONTAINS CONFIDENTIAL BUSINESS INFORMATION</u>
<u>SUBJECT TO PROTECTIVE ORDER</u>

hardware modem.  *See*, *e.g.*, Sidekick Handbook at 29 ("The Dialer turns your computer into an automatic dialer provided you have a modem connected to your computer.).  In my opinion, sending a string of digits to a piece of hardware does not constitute an action as required by the Court's construction and disclosure in the '647 Patent.

> d.      a user interface enabling the selection of a detected structure and a linked action

71.      The Sidekick dialer further does not disclose a "user interface enabling the selection of a detected structure and a linked action."

72.      The '647 Patent defines structures as instantiations of saved patterns, and discloses use of multiple saved patterns, each associated with candidate actions that a user would normally perform on such a pattern.  '647 Patent at 1:25-35, 5:8-14.  Sidekick does not disclose a user interface enabling the selection of a detected structure.  The Sidekick user is not able to select from a set of detected structures in a document.  Instead, Sidekick detects one structure at a time, prompts the user to hit an arrow button to detect the next structure, and repeats.  Clark Second Supplemental Report at ¶ 320.  Sidekick does not allow a user to select from a multitude of detected structures, but the system only detects one telephone number at a time, and the system itself chooses that number to give the user the option to dial the number.  Clark Second Supp. ¶ 320 ("If you have more than one number on the screen that looks like a first phone number, the first one will be chosen") (Citing Sidekick Handbook at p. 29, 30).  In other words, at any given time, the Sidekick system has both detected and selected only a single structure.  This is contrary to the teachings of the '647 Patent, of a system in which multiple structures are detected and the user interface allows the user to choose any one on which to perform an operation.  '647 Patent at 4:8-14 ("Application program interface 230 then transmits this location information to user interface 240, which highlights the detected structures, although other

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

37

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

presentation mechanisms can be used. User interface 240 enables selection of an identified structure by making the presentation regions mouse-sensitive, i.e. aware when a mouse event such as a mouse-down operation is performed while the cursor is over the region.").

73.     Further, Sidekick does not perform the claim limitation of a "user interface enabling the selection of . . . a linked action."  Instead, when the "dialer" recognizes a telephone number, only a single operation – using the computer's modem to make a telephone call to the number – is eligible for selection.  Clark Second Supplemental Report at ¶ 308 ("the Dialer receives data from a number of programs, detects and points out a phone number on the screen from any running program using patterns, and links the number to the action of making a call, which can be accomplished by pressing the 'Enter' key"); ¶ 310 ("The Sidekick Handbook then describes that the Sidekick program links the action of using an attached modem to dial the number to each detected phone number"), ¶ 312, ¶ 320.  The '647 Patent teaches that when a user selects a portion of detected data, the system then presents to the user candidate actions to perform on the data selected.  '647 Patent at 4:23-31 ("Upon selection of this structure, user interface 240 presents and enables selection of the linked candidate actions using any selection mechanism, such as conventional pull-down or pop-up menu.").  Sidekick does not perform this functionality, but instead has a single menu that is persistently present to the user when the Sidekick software is running, both before and after selection of data.  This is due to the fact that Sidekick only allows a single operation to be performed on any data that it finds.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000260878

<u>CONTAINS CONFIDENTIAL BUSINESS INFORMATION</u>
<u>SUBJECT TO PROTECTIVE ORDER</u>



Sidekick System – showing a single list of options:  "F1 - help; Return - dial; right arrow - next number; space – view telephone directory; ESC – exit".

74.     I further disagree with Dr. Clark's assertion that "it would have been obvious to someone of ordinary skill in the art that this menu could be extended with multiple linked actions for the same detected structure."     Clark Second Supplemental Report at ¶ 324.   Dr. Clark provides no basis for this statement, and it is my opinion that at least as of the time of invention it was novel to provide a system to detect structures and present a context menu with actions tailored to those structures.   The '647 Patent indicates the same, discussing prior art systems which only allowed detecting and automatically dialing telephone number.  '647 Patent at 1:52-65.

e.     an action processor for performing the selected action linked to the selected structure;

75.     It is my opinion that the Sidekick system does not disclose an action processor for performing the selected action linked to the selected structure for at least the reason that the Sidekick system does not allow a linked action but instead only allows the single operation that

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540

39

<u>CONTAINS CONFIDENTIAL BUSINESS INFORMATION</u>
<u>SUBJECT TO PROTECTIVE ORDER</u>

the system may perform on the detected information – calling a telephone number.  Clark Second Supplemental Report at ¶ 324.  This is contrary to the teachings of the '647 Patent of presenting a menu with actions that are candidate actions to be performed on the specific type of data detected.  CC Order at 8-9 ("After the analyzer server recognizes structures in a document, it links each structure to operations (called 'actions') commonly performed on data of that type (such as linking phone numbers to the functions for calling or storing phone numbers).").

76.     I further disagree with Dr. Clark's assertion that Sidekick "has computer subroutines that will communicate with the modem using a COM port (a serial port of the computer) and dial the detected and selected phone number using an 'ATDT' command."  Clark Second Supplemental Report at ¶ 325.  Dr. Clark provides no support for this assertion and no analysis as to how this would constitute a "specified connection."  For the reasons given above, it is my opinion that this constitutes neither association of an action, nor a "specified connection" to a detected telephone number.

f.     a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

77.     It is my opinion that the Sidekick system does not disclose "a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines" for at least the reason that the Sidekick system does not include the claimed program routines for the reasons described above. Consequently, Dr. Clark has failed to show that the Sidekick system discloses this limitation of claim 1.

3.     Claim 8: The system recited in Claim 1, wherein the user interface highlights detected structures.

78.     It is my opinion that the Sidekick Handbook does not disclose claim 8 for at least the reason it does not disclose each element of claim 1.  Further, the Sidekick system does not

_____
Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540
40

Highly Confidential - Attorneys' Eyes Only                                    APLNDC630-0000260880

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

highlight a set of detected structures, but instead prompts the user to command the system to find the next structure, and responds by putting a cursor on that structure.  Where there are multiple structures in a document, claim 8 requires highlighting of those structures.  In my opinion, searching for one structure at a time, and highlighting a single structure at a time, does not meet this limitation.

## VII.   THE '647 ASSERTED CLAIMS ARE NOT OBVIOUS

### A.   The Combination of MHonArc with Mosaic or Lynx Would Not Render the '647 Patent Obvious

79.     I disagree with Dr. Clark's assertion that the combinations of the newly asserted MHonArc system with either of the Mosaic or Lynx web browsers would have made the invention of the '647 Patent obvious to one of skill in the art.  In my opinion, these references would fail to make the '647 Patent obvious to one of skill in the art at the time of the patent due to substantially the same deficiencies that plague the Mosaic and Lynx web browsers described in my Rebuttal Validity Report and further elaborated above in Sections VI.A.-.B.  The prior art did not disclose finding and detecting of instances of patterns with semantic significance, and linking to those instances, or structures, a number of candidate actions that users would normally perform using such structures.

#### 1.     Overview of MHonArc

80.     Dr. Clark asserts that the combination of the asserted Mosaic and Lynx browsers with a newly asserted reference, MHonArc version 1.0.0 ("MHonArc") (hereinafter, "the combination") would make the asserted claims of the '647 Patent obvious.  Clark Second Supplemental Report at ¶ 406, 411.  MHonArc is a UNIX-based application that can be used to convert plain text e-mails into HTML documents to be read by web browsers such as Mosaic and Lynx.  Clark Second Supplemental Report at ¶ 409 ("MHonArc generated HTML documents

_____

Todd C. Mowry Second Supplemental Rebuttal Expert Report Case No. 11-CV-8540
41

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Dated: March 22, 2012

Todd C. Mowry

---

Todd C. Mowry Supplemental Rebuttal Expert Report Case No. 11-CV-8540

Highly Confidential - Attorneys' Eyes Only                    APLNDC630-0000260920