QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S MOTION PURSUANT TO CIVIL L.R. 6-3 FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO APPLE'S MOTION FOR ONGOING ROYALTIES (DKT. 1958)** |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Rule 6-3, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby move for an extension of time to respond to Apple's Motion for Ongoing Royalties.

**RELIEF REQUESTED**

Samsung requests an extension of time to respond to Apple's Motion for Ongoing Royalties of 14 days until October 1, 2014.

DATED: September 13, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ *Victoria Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael T. Zeller

    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# CIVIL LOCAL RULE 6-3 MOTION

Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully request an order granting a two-week extension of time to file an opposition to Apple Inc.'s Motion for Ongoing Royalties. (Dkt. 1958.)

Apple filed its motion for ongoing royalties on September 3, 2014. Under the current schedule, Samsung's opposition to the motion is due September 17, 2014. (Dkt. 1966.) If this extension is granted, Samsung's opposition brief will be due October 1, 2014. No previous extension of this deadline has been requested or granted. If granted, this extension will not affect the currently scheduled hearing date of December 18, 2014. (Dkt. 1966.)

A two week extension of Samsung's deadline to file its response is warranted because, although counsel is working diligently to prepare Samsung's opposition brief, Samsung was prejudiced by a lack of notice from Apple on this issue. Apple's motion identifies no previous statement to the Court or to Samsung indicating it would move for ongoing royalties. Samsung could not have anticipated Apple's motion, especially given the Court's order on post-trial briefing, which allowed each side to file only one post-trial motion and only one motion for permanent injunction. (Dkt. 1398 at 4.)

Furthermore, the initial portion of the period for Samsung to prepare its response occurred during the Korean Thanksgiving holiday. Apple filed its unanticipated motion on September 3, 2014. Many of Samsung's employees were away from work for the holiday between September 5 and 10. Samsung seeks this relief not for any purpose of delay, but rather so that it may properly respond to Apple's motion.

Counsel for Samsung contacted Apple on the afternoon of September 12, 2014 to inquire whether it would stipulate to this extension of time. Apple responded that it would not agree.

For all these reasons and as stated in the accompanying Declaration of Victoria Maroulis, there is good cause to grant Samsung's request for a two-week extension of time. A proposed order is submitted herewith.

1  DATED: September 13, 2014         QUINN EMANUEL URQUHART &
2                                    SULLIVAN, LLP
3
4                                    By  */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
5                                        Kathleen M. Sullivan
                                         Kevin P.B. Johnson
6                                        Victoria F. Maroulis
                                         William C. Price
7                                        Michael T. Zeller
8
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
9                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC., and SAMSUNG
10                                   TELECOMMUNICATIONS AMERICA, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51981/6229080.4                    -3-              Case No. 12-cv-00630-LHK
                                 **SAMSUNG'S MOTION FOR EXTENSION OF TIME**