QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S MOTION PURSUANT TO CIVIL L.R. 6-3 FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO APPLE'S MOTION FOR ONGOING ROYALTIES (DKT. 1958)** |

02198.51981/6229103.2

Case No. 12-CV-00630-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR EXTENSION OF TIME RE APPLE'S MOTION FOR ONGOING ROYALTIES

I, Victoria F. Maroulis, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. This is the first request to extend deadlines related to Apple's Motion for Ongoing Royalties and no previous extension of this deadline has been requested or granted.

3. On September 12, 2014, I contacted counsel for Apple via email in order to propose a stipulation extending the deadline for Samsung's opposition to Apple's recently filed Motion for Ongoing Royalties by two weeks to October 1, 2014. Apple replied on September 13, 2014 that they would not agree to stipulate to the extension of time and would oppose Samsung's motion. Attached as Exhibit 1 is a true and correct copy of that correspondence with Apple.

4. On information and belief, Chuseok, the Korean Thanksgiving holiday, is observed for three days. This year the holiday fell on September 7–9, and Wednesday, September 10 was also designated a day off during this holiday period. A number of Samsung representatives with knowledge and responsibilities relevant to Samsung's opposition were on holiday during the Chuseok holiday period.

5. In the absence of an extension of time, Samsung's ability to fully and adequately prepare its opposition to Apple's motion and declarations thereto will be hindered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2014, at Monterey, California.

*/s/   Victoria Maroulis*
Victoria F. Maroulis

02198.51981/6229103.2

-1-   Case No. 12-CV-00630-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR EXTENSION OF TIME RE APPLE'S MOTION FOR ONGOING ROYALTIES