UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION PURSUANT TO CIVIL L.R. 6-3 FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO APPLE'S MOTION FOR ONGOING ROYALTIES (DKT. 1958)** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil
3  Local Rule 6-3 for an order extending the deadline for their opposition to Apple's Motion for
4  Ongoing Royalties.
5  Having considered the arguments of the parties in the papers submitted, and finding good
6  cause therefore, the Court hereby GRANTS Samsung's Motion to Extend Time.  Samsung's
7  Opposition to Apple's Motion for Ongoing Royalties shall be filed on or before October 1, 2014.
8
9  **IT IS SO ORDERED.**
10
11 DATED:   September   ____, 2014
12
13
14                                                              HONORABLE LUCY H. KOH
                                                                United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28