QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING ON ITS MOTION PURSUANT TO CIVIL L.R. 6-3 FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO APPLE'S MOTION FOR ONGOING ROYALTIES (DKT. 1958)** |

1    Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this motion to shorten time for briefing and hearing on Samsung's Motion for Extension of Time to File an Opposition to Apple's Motion for Ongoing Royalties ("Motion to Extend Time").   Specifically, Samsung requests that:

1. Apple's opposition to the Motion to Extend Time be filed no later than Monday, September 15, 2014;
2. Samsung's reply in support of its Motion to Extend Time be filed no later than Tuesday, September 16, 2014; and
3. The Court decide the matter without a hearing.

An expedited briefing schedule is needed because if Samsung's Motion to Extend Time were decided according to the schedule set forth in Local Rule 6-3(c), Apple's opposition would not be due until September 17, 2014, the current deadline for Samsung's opposition.   Such a result would be inequitable and prejudicial to Samsung.

Counsel for Samsung contacted Apple on September 13, 2014 and requested that it stipulate to a shortened briefing schedule.   Apple did not reply prior to the filing of this motion.

**CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion for Extension of Time to File an Opposition to Apple's Motion for Ongoing Royalties.

1  DATED: September 13, 2014        QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

    By  /s/ Victoria Maroulis
        Charles K. Verhoeven
        Kathleen M. Sullivan
        Kevin P.B. Johnson
        Victoria F. Maroulis
        William C. Price
        Michael T. Zeller

        Attorneys for SAMSUNG ELECTRONICS CO.,
        LTD., SAMSUNG ELECTRONICS AMERICA,
        INC., and SAMSUNG
        TELECOMMUNICATIONS AMERICA, LLC