# EXHIBIT 1

| | |
|---|---|
| **From:** | Carl Anderson |
| **Sent:** | Saturday, September 13, 2014 5:52 PM |
| **To:** | Sabri, Nathan B.; Victoria Maroulis; '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com)'; Apple630MoFoTeam; 'WH Apple Samsung NDCal II Team' |
| **Cc:** | Samsung NEW; Samsung Appeal Team |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-00630 -request for extension |

Nate,

Samsung intends to seek relief from the Court.   Will you agree to shortened time for your opposition to Samsung's motion for extension of time so that the Court will receive your opposition no later than September 15, 2014?  Please confirm.

Carl

**Carl Anderson**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6328 Direct
415-875-6600 Main Office Number
415-875-6700 FAX
carlanderson@quinnemanuel.com
www.quinnemanuel.com

This message was sent by an attorney and may contain confidential information protected by a legal privilege. If you are not the intended recipient, please delete it and notify us by phone or e-mail that you have done so.

---

**From:** Sabri, Nathan B. [mailto:NSabri@mofo.com]
**Sent:** Saturday, September 13, 2014 10:47 AM
**To:** Victoria Maroulis; "*** Apple/Samsung' (Apple/Samsung@gibsondunn.com)'; Apple630MoFoTeam; 'WH Apple Samsung NDCal II Team'
**Cc:** Samsung NEW; Samsung Appeal Team
**Subject:** RE: Apple v. Samsung, Case No. 12-cv-00630 -request for extension

Vicki,

Apple does not agree and would oppose such a request.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6641 | C: +1 (415) 439.9153
NSabri@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, September 12, 2014 3:42 PM

1

**To:** Sabri, Nathan B.; "*** Apple/Samsung' (Apple/Samsung@gibsondunn.com)'; Apple630MoFoTeam; 'WH Apple Samsung NDCal II Team'
**Cc:** Samsung NEW; Samsung Appeal Team
**Subject:** Apple v. Samsung, Case No. 12-cv-00630 -request for extension

Counsel for Apple,

Samsung requests a 2-week extension for its opposition to Apple's recently filed Motion for Ongoing Royalties. The new deadline for the opposition will be October 1, 2014. Please advise whether Apple agrees and we will prepare a stipulation to be filed with the Court as soon as possible.

Thank you.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.