1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved for an order extending the deadline for their opposition to Apple's Motion for Ongoing Royalties.  Samsung concurrently filed a Motion to Shorten Time for Briefing pursuant to Civil Local Rule 6-3.

Having considered the arguments of the parties in the papers submitted, and finding good cause therefore, the Court hereby GRANTS Samsung's Motion to Shorten Time and sets the following schedule:

1. Apple's opposition to the Motion to Extend Time be filed no later than Monday, September 15, 2014;
2. Samsung's reply in support of its Motion to Extend Time be filed no later than Tuesday, September 16, 2014; and
3. The Court decide the matter without a hearing.

**IT IS SO ORDERED.**

DATED: September _____, 2014

HONORABLE LUCY H. KOH
United States District Court Judge