UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | ORDER GRANTING IN PART AND |
| ) | DENYING IN PART SAMSUNG'S |
| v. ) | MOTION TO SHORTEN TIME |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

Samsung's motion to shorten time (ECF No. 1970) is GRANTED IN PART AND DENIED IN PART. Apple shall file any opposition by September 15, 2014. No reply shall be filed. The Court will resolve Samsung's request for an extension (ECF No. 1969) without a hearing.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1