1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>[PROPOSED] ORDER RE: JOINT NOTICE |

On September 11, 2014, the parties submitted a Joint Notice Regarding Order Re: Various Administrative Motions to Seal (ECF 1960) indicating that certain exhibits that were the subject of the Court's September 4, 2014 Order were withdrawn prior to being considered by the Court or were already filed publicly.  Accordingly, no further action or re-filing is necessary with respect to the following exhibits:

| ECF No. | Exhibit | Status |
| --- | --- | --- |
| 807-29 | QQ | Withdrawn. (See ECF Nos. 1296-1; 1143; 1145.) |
| 807-31 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 807-34 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-42 | II | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-52 | RR | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-53 | SS | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-54 | TT | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-55 | UU | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-56 | VV | Withdrawn. (*See* ECF Nos. 1296-1; 1143; 1145.) |
| 856-12 | E | Already public. (*See* ECF No. 1293-1.) |
| 856-13 | F | Already public. (*See* ECF No. 1293-1.) |
| 856-14 | G | Already public. (*See* ECF No. 1293-1.) |
| 856-15 | H | Already public. (*See* ECF No. 1293-1.) |
| 856-16 | I | Already public. (*See* ECF No. 1293-1.) |
| 856-49 | OO | Already public. (*See* ECF No. 1293-1.) |
| 948-9 | C | Already public. (*See* ECF No. 1294-1.) |

[PROPOSED] ORDER RE: JOINT NOTICE
Case No. 12-cv-00630-LHK (PSG)

1

| | | |
|---|---|---|
| 948-11 | D | Already public. (*See* ECF No. 1294-1.) |
| 948-16 | H | Already public. (*See* ECF No. 1294-1.) |
| 948-19 | K | Already public. (*See* ECF No. 1294-1.) |
| 948-24 | P | Already public. (*See* ECF No. 1294-1.) |

**IT IS SO ORDERED.**

Dated: __September 15__, 2014

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge