UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW
DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS
CASE NO. 12-CV-00630-LHK (PSG)

ActiveUS 123188906v.1

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved to withdraw documents, and portions thereof, originally filed in connection with their *Daubert* motions, *see* ECF Nos. 802, 806, 807, 831, 856, 857, 945, and 948, that relate solely to issues that were subsequently resolved informally. *See* ECF No. 1143, entered by the Court as ECF No. 1145.

Having considered the papers submitted, and finding good cause thereof, the Court hereby GRANTS the parties' Joint Motion to Withdraw Documents Filed in Connection with *Daubert* Motions and HEREBY ORDERS that the documents in the following chart ~~be removed from the ECF system:~~ remain on ECF under seal.

| **ECF No.** | **Document** | **Portions to be Withdrawn** |
|---|---|---|
| **D.I. 802, 807 – Samsung's Motion to Exclude Opinions of Certain of Apple's Experts** | | |
| 802-3 | Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Page 23, line 2 – page 24, line 10. |
| 807-29 | Exhibit QQ to the Fazio Declaration | All |
| 807-31 | Exhibit RR to the Fazio Declaration | All |
| 807-34 | Exhibit SS to the Fazio Declaration | All |
| 807-35 | Exhibit TT to the Fazio Declaration | All |
| **D.I. 806, 831 – Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony** | | |
| 806-3 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Page 11, lines 15-25, 27-28; pages 12-22. |
| 806-6 | Exhibit B-1 to the McCracken Declaration | All |
| 806-6 | Exhibit B-2 to the McCracken Declaration | All |
| 806-6 | Exhibit B-3 to the McCracken Declaration | All |
| 806-6 | Exhibit B-4 to the McCracken Declaration | All |
| 806-6 | Exhibit B-5 to the McCracken Declaration | All |
| 806-7 | Exhibit B-6 to the McCracken Declaration | All |

[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS
-1-    CASE NO. 12-CV-00630-LHK (PSG)

ACTIVEUS 123188906v.1

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 806-7 | Exhibit B-7 to the McCracken Declaration | All |
| 806-7 | Exhibit B-8 to the McCracken Declaration | All |
| 806-7 | Exhibit B-9 to the McCracken Declaration | All |
| 806-7 | Exhibit B-10 to the McCracken Declaration | All |
| 806-7 | Exhibit C-1 to the McCracken Declaration | All |
| 806-7 | Exhibit C-2 to the McCracken Declaration | All |
| 806-8 | Exhibit C-3 to the McCracken Declaration | All |
| 806-8 | Exhibit C-4 to the McCracken Declaration | All |
| 806-8 | Exhibit C-5 to the McCracken Declaration | All |
| 806-9, 806-10, 806-11 | Exhibit C-6 to the McCracken Declaration | All |
| 831-2 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Page 11, lines 15-25, 27-28; pages 12-22. |
| 831-6 | Exhibit B-1 to the McCracken Declaration | All |
| 831-7 | Exhibit B-2 to the McCracken Declaration | All |
| 831-8 | Exhibit B-3 to the McCracken Declaration | All |
| 831-9 | Exhibit B-4 to the McCracken Declaration | All |
| 831-10 | Exhibit B-7 to the McCracken Declaration | All |
| 831-11 | Exhibit B-8 to the McCracken Declaration | All |
| 831-12 | Exhibit B-10 to the McCracken Declaration | All |
| 831-13 | Exhibit C-1 to the McCracken Declaration | All |
| 831-14 | Exhibit C-2 to the McCracken Declaration | All |
| 831-15 | Exhibit C-5 to the McCracken Declaration | All |
| **D.I. 856 – Samsung's Opposition to Apple's Motion to Exclude** | | |
| 856-03 | Samsung's Opposition to Apple's Motion to Exclude | Page 12, line 3 - page 21, lines 17; page 21, lines 23-28. |
| 856-42 | Exhibit II to the Fazio Declaration | All |
| 856-52 | Exhibit RR to the Fazio Declaration | All |

[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW
DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS
                                          -2-               CASE NO. 12-CV-00630-LHK (PSG)

ACTIVEUS 123188906v.1

| ECF No. | Document | Portions to be Withdrawn |
|---|---|---|
| 856-53 | Exhibit SS to the Fazio Declaration | All |
| 856-54 | Exhibit TT to the Fazio Declaration | All |
| 856-55 | Exhibit UU to the Fazio Declaration | All |
| 856-56 | Exhibit VV to the Fazio Declaration | All |
| **D.I. 857 – Apple's Opposition to Samsung's Motion to Exclude** | | |
| 857-3, 857-4 | Apple's Opposition to Samsung's Motion to Exclude | Page 21, lines 13-24; pages 22-24; page 25:1-22 |
| 859-28 | Exhibit D-1 to the McCracken Declaration | All |
| 859-29, 859-30 | Exhibit D-2 to the McCracken Declaration | All |
| 859-31 | Exhibit D-3 to the McCracken Declaration | All |
| 859-32 | Exhibit D-4 to the McCracken Declaration | All |
| **D.I. 945 – Apple's Reply in support of Its Motion to Exclude** | | |
| 945-3, 945-4 | Apple's Reply in support of Its Motion to Exclude | Page 7, lines 10-22, 25-28; pages 8-12; page 13, lines 1-15, 26-28 |
| 945-6 | Exhibit B-11 to the Selwyn Declaration | All |
| 945-7 | Exhibit B-12 to the Selwyn Declaration | All |
| 945-8 | Exhibit C-7 to the Selwyn Declaration | All |
| 945-9 | Exhibit C-8 to the Selwyn Declaration | All |
| 945-10 | Exhibit C-9 to the Selwyn Declaration | All |
| 945-11, 945-12 | Exhibit C-10 to the Selwyn Declaration | All |
| 945-13, 945-14 | Exhibit C-11 to the Selwyn Declaration | All |
| 945-15, 945-16 | Exhibit C-12 to the Selwyn Declaration | All |
| **D.I. 948 – Samsung's Reply in support of Its Motion to Exclude** | | |
| 948-04 and -05 | Samsung's Reply in Support of its Motion to Exclude | Page 15, lines 6-28. |

[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW
DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* MOTIONS

-3-   CASE NO. 12-CV-00630-LHK (PSG)

ACTIVEUS 123188906v.1

With respect to those documents of which a portion is being withdrawn, the versions of those documents filed by the parties on February 5, 2014 and February 19, 2014 shall constitute the pertinent versions of such documents. *See* ECF Nos. 1209 and 1264.

**IT IS SO ORDERED.**

Dated: September 15, 2014          By: *Lucy H. Koh*
                                       Hon. Paul S. Grewal
                                       ~~United States Magistrate Judge~~
                                       UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Motion to Withdraw
Documents Filed in Connection with *Daubert* Motions
                                -4-                    CASE NO. 12-cv-00630-LHK (PSG)

ActiveUS 123188906v.1