UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | ORDER RE: SAMSUNG'S MOTION FOR EXTENSION OF TIME |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Having considered the parties' submissions regarding Samsung's motion for an extension of time to file an opposition to Apple's motion for ongoing royalties (ECF No. 1969), the Court rules as follows:

The briefing schedule regarding the merits of an ongoing royalty shall be:

- Samsung's response: September 22, 2014
- Apple's reply: September 29, 2014

The briefing schedule regarding the appropriate royalty rate shall be:

- Apple's brief: September 22, 2014, not exceeding 5 pages

1

• Samsung's response: October 6, 2014, not exceeding 5 pages

• Apple's reply: October 14, 2014, not exceeding 3 pages

The December 18, 2014 hearing date remains as set pending the Court's review of the parties' briefs.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
LUCY H. KOH
United States District Judge