UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 5:12-cv-00630-LHK-PSG |
| Plaintiff, | **ORDER GRANTING MOTION FOR RELIEF AND DENYING MOTION TO STRIKE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket Nos. 1038, 1041)** |
| Defendants. | |

Before the court are Samsung Electronic Co., Ltd.'s Administrative Motion for Relief from Certain Provisions of October 2, 2013 Stipulation re 785 Order[1] and Nokia Corporation's Administrative Motion to Strike Samsung's motion.[2] Nokia opposes Samsung's motion, and vice versa.[3] The dispute is whether Samsung has sufficiently produced a log of all documents located

---

[1] *See* Docket No. 1038.

[2] *See* Docket No. 1038.

[3] *See* Docket Nos. 1048 and 1055.

1
Case No. 5:12-cv-00630-LHK-PSG
ORDER GRANTING MOTION FOR RELIEF AND DENYING MOTION TO STRIKE

through the use of the search terms Nokia had negotiated with Samsung or alternatively produced the documents themselves.

The facts of this dispute are well-known.[4] After an April 1, 2014 hearing in the related 11-1846 case, the court held:

> Nokia is in the right, but only up to a point. In light of the court's personal involvement in reviewing documents in this dispute, the undersigned is not persuaded that Samsung need undertake the burden of logging and producing documents as Nokia suggests. The court has a different idea. No later than 30 days after the end of trial in the related 12-630 case, Mr. John Quinn himself shall serve and file a sworn declaration confirming the representations made in court today by his firm about the status of Nokia confidential license information. If he can make such representations under penalty of perjury, and as an officer of this court, Nokia will have all the assurances to which it is entitled. If Mr. Quinn is unwilling or unable to do so, the court will entertain a renewed Nokia motion.[5]

Quinn served and filed this sworn declaration on May 29, 2014.[6]

In light of this declaration Samsung has fully complied with its obligation.[7] The court accordingly GRANTS Samsung's motion and DENIES Nokia's motion.

**IT IS SO ORDERED.**

Dated: September 17, 2014

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See* Docket No. 34 at 1.

[5] Case No. 5:12-cv-01846, Docket No. 3061 at 2.

[6] *See id.* at Docket No. 3106.

[7] *See* Docket No. 785.

2
Case No. 5:12-cv-00630-LHK-PSG
ORDER GRANTING MOTION FOR RELIEF AND DENYING MOTION TO STRIKE