**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California Corporation, | ) | Case No.: 5:12-cv-0630-LHK-PSG |
| | ) | |
| Plaintiff, | ) | **ORDER RE: MOTIONS TO SEAL** |
| v. | ) | |
| | ) | **(Re: Docket Nos. 766, 890, 962, 963, 964,** |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | **965, 978, 985, 989, 992, 1009, 1011, 1017,** |
| Korean corporation; SAMSUNG | ) | **1018, 1169, 1170, 1171, 1172, 1173, 1174,** |
| ELECTRONICS AMERICA, INC., a New York | ) | **1175, 1214, 1218, 1258, 1280, 1282, 1289,** |
| corporation; and SAMSUNG | ) | **1320, 1322, 1323)** |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court are 30 administrative motions to seal hundreds of documents.

"Historically, courts have recognized a 'general right to inspect and copy public records and

documents, including judicial records and documents.'"[1]  Accordingly, when considering a sealing

request, "a 'strong presumption in favor of access' is the starting point."[2]  Parties seeking to seal

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

1

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3

judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

4
5
6
7
8
9
10
11
12
13
14
15
16

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4]  Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5]  Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6]  As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8]  "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9]  A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to

17
18

19
20
21
22
23
24
25
26
27
28

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

2

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12]  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 766 | Notice Of Motion Related To September 20, 2013 Hearing | UNSEALED. | No declaration filed. |
| 890 | Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents | Yellow highlighting in Docket No. 882-3 and portions indicated in Docket No. 940 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 1 to the Furman | Boxed in blue in Docket No. | Sealed portions |

---

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

[12] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unreadacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version."
Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).  The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days.  As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Declaration | 882-7 SEALED; remainder UNSEALED. | narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 2 to the Furman Declaration | Boxed in blue in Docket No. 882-8 and portions indicated in Docket No. 940 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 3 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 4 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 5 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 6 to the Furman Declaration | Boxed in blue in Docket No. 882-12 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 7 to the Furman Declaration | Boxed in blue in Docket No. 882-13 and portions indicated in Docket No. 940 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 890 | Exhibit 8 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 9 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 10 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 11 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED. | Sealed portions narrowly tailored to confidential source |

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| | | | code and business information. |
| 890 | Exhibit 12 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 13 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 14 to the Furman Declaration | UNSEALED. | Declaration not narrowly tailored to confidential source code or business information. |
| 890 | Exhibit 16 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 17 to the Furman Declaration | UNSEALED. | Declaration not narrowly tailored to confidential source code or business information. |
| 890 | Exhibit 22 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 27 to the Furman Declaration | Boxed in blue in Docket No. 882-33 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 28 to the Furman Declaration | Boxed in blue in 882-51 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 35 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 36 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 37 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 41 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 890 | Exhibit 42 to the Furman Declaration | Portions indicated in Docket No. 940 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 890 | Exhibit 43 to the Furman Declaration | UNSEALED. | No declaration filed. |
| 962 | Samsung's Opposition to | Green highlights in Docket No. | Sealed portions |

5

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

| | Apple's Motion to Strike | 962-4, portions indicated in Docket No. 1001, and portions indicated in Docket No. 1002 SEALED; remainder UNSEALED. | narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
|---|---|---|---|
| 962 | Exhibit 1 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 2 to the Declaration of Michael L. Fazio | UNSEALED. | No supporting highlighted document "lodged" with the court as indicated by Apple in Docket No. 1002.  Apple may seek reconsideration upon filing the omitted document. |
| 962 | Exhibit 3 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 4 | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 6 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962, 992 | Exhibit 7 to the Declaration of Michael L. Fazio (Corrected in Docket No. 992) | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 9 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 1002 (Docket No. 882-51) SEALED, remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; no supporting highlighted document "lodged" with the court as indicated by Apple in Docket No. 1002.  Apple may seek reconsideration upon filing the omitted document. |
| 962 | Exhibit 10 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 11 to the | UNSEALED. | Not narrowly tailored |

6

| | | | |
|---|---|---|---|
| | Declaration of Michael L. Fazio | | to confidential source code or business information. |
| 962, 1169, 1172 | Exhibit 19 to the Declaration of Michael L. Fazio (Docket No. 962-11) | Portions indicated in Docket No. 962-15 and green highlights in Docket No. 1172 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 24 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 962-15 and portions in Docket No. 1001 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 28 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 1002 referencing Docket No. 882-33 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 31 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 1002 referencing Docket No. 989-4 SEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 36 to the Declaration of Michael L. Fazio | UNSEALED. | No supporting highlighted document "lodged" with the court as indicated by Apple in Docket No. 1002.  Apple may seek reconsideration upon filing the omitted document. |
| 962 | Exhibit 37 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 962-15, portions indicated in Docket No. 1001, and portions indicated in Docket No. 1002 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 38 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 39 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 962-15 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 40 to the Declaration of Michael L. Fazio | UNSEALED. | Declaration not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 42 to the Declaration of Michael L. Fazio | 137: 24-28; 138:1-3, 5, 7-12, 14-28; 139 2-7, 11-19; 21-28; 140:1, 3-6, 8-18; 20-25; 141:1-6 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |

7

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

| | | | |
|---|---|---|---|
| 962 | Exhibit 45 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 1001 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 962 | Exhibit 46 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 47 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 48 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 53 to the Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 962 | Exhibit 54 to the Declaration of Michael L. Fazio | Portions indicated in Docket No. 1001 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 963, 1173, 1175 | Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement | Gray highlighting indicated in Docket No. 996, portions indicated in Docket No. 1003, gray highlighting indicated in Docket No. 1008, yellow highlighting in 1173, and portions indicated in 1175-14 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 963 | Exhibit 1 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 963, 1169 | Exhibit 2 to the Declaration of Samuel Drezdzon | Portions indicated in Docket No. 1003 SEALED; extra highlighting in Docket No. 1169 UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 963 | Exhibit 3 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 963 | Exhibit 4 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information. |

8

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| | | | |
|---|---|---|---|
| 963, 1169, 1173 | Exhibit 5 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information and lacks supporting declaration. |
| 963 | Exhibit 6 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 963, 1169, 1173, 1175 | Exhibit 7 to the Declaration of Samuel Drezdzon | Yellow highlighting in Docket No. 1173-3 and portions indicated in Docket No. 1175-14 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; no supporting highlighted document "lodged" with the court as indicated by Apple in Docket No. 1003.  Apple may seek reconsideration upon filing the omitted document. |
| 963, 1169, 1173, 1175 | Exhibit 8 to the Declaration of Samuel Drezdzon | Yellow highlighting in Docket No. 1173-3 and portions indicated in Docket No. 1175-14 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; no supporting highlighted document "lodged" with the court as indicated by Apple in Docket No. 1003.  Apple may seek reconsideration upon filing the omitted document. |
| 963, 1169, 1173, 1175, 1218 | Exhibit 9 to the Declaration of Samuel Drezdzon | Portions indicated in Docket No. 1003, yellow highlighting in Docket No. 1173-5 and portions indicated in Docket No. 1175-14 SEALED; extra highlighting in Docket No. 1218 UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 963 | Exhibit 10 to the Declaration of Samuel Drezdzon | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 963, 1169, 1173, 1218, 1175 | Exhibit 13 to the Declaration of Samuel Drezdzon | Portions indicated in Docket No. 1003; yellow highlighting in Docket No. 1173-6, and portions indicated in Docket No. 1175-14 SEALED; extra highlighting in | Sealed portions narrowly tailored to confidential source code and business information; unsealed |

9

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | | Docket No. 1218 UNSEALED. | portions lack supporting declaration. |
| 964 | Apple's Opposition to Samsung's Motion to Strike Regarding Apple Patents | Highlighted portions at 1:20-21, 24-28; 3:25-28; 4:2-6, 21-22, 28; 5:12, 15-17, 19-21, 24-28; 6:1-3, 5-8, 14-18, 20-21, 23-27; 7:1, 4-5, 7-13; 8:18-22, 27-28; 10:19, 27-28; 13:18-19; 14:1-9, 13-15, 17-20; 17:12-13; 23:1-3, 8-10 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit E to the Declaration of Jennifer Rho | 5:21-25; 7-15 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit F to the Declaration of Jennifer Rho | Entire document SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit G to the Declaration of Jennifer Rho | Entire document SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 964, 989-2 | Exhibit I to the Declaration of Jennifer Rho | 28:5-10; 52-53; 54:1-16; 56: SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964, 989-3 | Exhibit J to the Declaration of Jennifer Rho | Highlighting in Docket No. 989-4 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit K to the Declaration of Jennifer Rho | 8:1-11, fn. 11-15; 9:4-16, fn. 29-34 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit L to the Declaration of Jennifer Rho | 95-98; 101; 174-75; 7-N:7:5-15, fn. 11-15; 7-N:15:2-14, fn. 29-34 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit M to the Declaration of Jennifer Rho | UNSEALED. | No supporting declaration filed. |
| 964, 989-4 | Exhibit N to the Declaration of Jennifer Rho | Highlighting at 212:696 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |

**United States District Court**
For the Northern District of California

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 964, 1175 | Exhibit P to the Declaration of Jennifer Rho | 45:25, 27; 46:3-6, 9, 17, 19, 22; 59:16-18; 107:22-25; 108:1-24; 109:1-2, 5-9, 11-15, 18-28; 110:1-6, 9-28; 111:1-4, 7-13; 112:2-28; 113:1-16, 20-28; 114:1-28; 115:1-17; 117:2-9, 23-28; 118:1-17, 27; 119:2-4; 120; 121:4-6, 16-27; green highlighting in Docket Nos. 1175-13 and 1200 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit R to the Declaration of Jennifer Rho | UNSEALED. | No supporting declaration filed. |
| 964, 1175 | Exhibit S to the Declaration of Jennifer Rho | Highlighting at 13:4-16; yellow highlighting in Docket No. 1175-13 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit T to the Declaration of Jennifer Rho | 115:7 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 964 | Exhibit W to the Declaration of Jennifer Rho | UNSEALED. | Not narrowly tailored to confidential source code and business information. |
| 964 | Exhibit X to the Declaration of Jennifer Rho | UNSEALED. | No supporting declaration filed. |
| 964 | Exhibit AA to the Declaration of Jennifer Rho | 5:20-27; 6:8-10; 24-26; 8-17 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential source code and business information. |
| 965, 1175, 1214 | Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions | Yellow, blue, and magenta highlighting in Docket No. 965-4, yellow highlighting in Docket Nos. 1175-8 and 1214, and portions indicated in Docket No. 1196 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 965, 1175, 1214 | Exhibit 3 to the Declaration of Peter J. Kolovos | Yellow highlighting in Docket Nos. 965-9, 1175-9, and 1214-1 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 965, 1175, 1214 | Exhibit 5 to the Declaration of Peter J. Kolovos | Yellow highlighting in Docket Nos. 965-11, 1175-9, and 1214-1 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 965, 1175 | Exhibit 10 to the Declaration of Peter J. Kolovos | Yellow highlighting in Docket No. 965-19, portions indicated in Docket No. 1000, and yellow | Sealed portions narrowly tailored to confidential source |

United States District Court
For the Northern District of California

11

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | highlighting in Docket No. 1175-9 SEALED. | code and business information. |
|---|---|---|---|
| 965, 985, 1175, 1214 | Exhibit 11 to the Declaration of Peter J. Kolovos | Yellow and pink highlighting in Docket No. 965-20, portions indicated in Docket No. 1000, amendments in Docket No. 985, yellow highlighting in Docket Nos. 1175-9 and 1214-1, and blue highlighting in Docket Nos. 1189 and 1196 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 965, 985, 1175, 1214 | Exhibit 14 to the Declaration of Peter J. Kolovos | Yellow highlighting in Docket No. 965-24; ¶530, and yellow highlighting in Docket Nos. 1175-9 and 1214-1 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 978 | Samsung's Corrected Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement Reports | Highlighting in Docket No. 978-2 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1009, 1174 | Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions | Highlighting in Docket No. 1009-4 and blue-green highlighting in Docket No. 1174 SEALED; 1:16-17; 3:28; 4:1, 17-19, 27-28, and extra blue-green highlighting in Docket No. 1218 UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions are public knowledge or lack supporting declaration. |
| 1009 | Exhibit 2 to the Declaration of Marissa Ducca | UNSEALED. | Not narrowly tailored to confidential source code and business information. |
| 1009 | Exhibit 3 to the Declaration of Marissa Ducca | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 1011 | Apple's Reply in Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents | Yellow highlighting in Docket No. 1011-6 and portions indicated in Docket No. 1029 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1011 | Exhibit 47 to the Declaration of Joshua Furman | UNSEALED. | No supporting declaration filed. |
| 1011 | Exhibit 48 to the Declaration of Joshua Furman | Portions indicated in Docket No. 1029 and Docket No. 1030 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1011 | Exhibit 49 to the Declaration of Joshua | UNSEALED. | No supporting declaration filed. |

12

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| | | | |
|---|---|---|---|
| | Furman | | |
| 1011 | Exhibit 50 to the Declaration of Joshua Furman | UNSEALED. | No supporting declaration filed. |
| 1011 | Exhibit 51 to the Declaration of Joshua Furman | UNSEALED. | Google declaration at Docket No. 1029 mentions "selected portions" but does not indicate which specific "selected" portions. Google may seek reconsideration upon filing the omitted document. |
| 1017, 1175 | Apple's Reply in Support of its Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Yellow and blue highlighting in Docket Nos. 1017-3 and 1033 and yellow highlighting in Docket No. 1175-10 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 1017 | Exhibit 2 to the Declaration of Peter J. Kolovos | SEALED. | Narrowly tailored to confidential source code and business information. |
| 1017 | Exhibit 3 to the Declaration of Peter J. Kolovos | SEALED. | Narrowly tailored to confidential source code and business information. |
| 1017 | Exhibit 6 to the Declaration of Peter J. Kolovos | Yellow highlighting in Docket No. 1017-11 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1017 | Exhibit 9 to the Declaration of Peter J. Kolovos | SEALED. | Narrowly tailored to confidential source code and business information. |
| 1018 | Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Previously Undisclosed Theories | Green highlighting in Docket No. 1018-4 and portions indicated in Docket No. 1029 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1018 | Exhibit 2 to the Supplemental Declaration of Michael L. Fazio | UNSEALED. | No supporting declaration filed. |
| 1018 | Exhibit 3 to the Supplemental Declaration of Michael L. Fazio | Portions indicated in Docket No. 1029 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1018 | Exhibit 4 to the Supplemental Declaration | Portions indicated in Docket Nos. 1018-8 and 1029 SEALED. | Sealed portions narrowly tailored to |

13

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| | | | |
|---|---|---|---|
| | of Michael L. Fazio | | confidential source code and business information. |
| 1018 | Exhibit 5 to the Supplemental Declaration of Michael L. Fazio | SEALED. | Narrowly tailored to confidential source code and business information. |
| 1018 | Exhibit 7 to the Supplemental Declaration of Michael L. Fazio | UNSEALED. | Google declaration at Docket No. 1029 mentions "selected portions" but does not indicate which specific "selected" portions.  Google may seek reconsideration upon filing the omitted document. |
| 1018 | Exhibit 9 to the Supplemental Declaration of Michael L. Fazio | Portions indicated in Docket No. 1018-8 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1018 | Exhibit 10 to the Supplemental Declaration of Michael L. Fazio | UNSEALED. | Not narrowly tailored to confidential source code or business information. |
| 1169, 1170, 1175, 1218 | Exhibit 6 to the Declaration of Todd Briggs (Docket No. 878-11) | Blue-green highlighting in Docket No. 1170 SEALED; extra blue-green highlighting in Docket No. 1218 UNSEALED. | Sealed portions narrowly tailored to confidential source code or business information; unsealed portions lack supporting declaration. |
| 1169, 1170 | Exhibit 7 to the Declaration of Todd Briggs (Docket Nos. 878-12, 878-13) | Blue-green highlighting in Docket No. 1170-2 SEALED; except 28:5-7, 10-12; 67:8-10 UNSEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions are public knowledge or lack supporting declaration. |
| 1169, 1170, 1175, 1218 | Exhibit 8 to the Declaration of Todd Briggs (Docket No. 878-14, 878-15) | Yellow highlighting in 1170-3, 1170-4, and 1175-14 SEALED; extra highlighting in Docket No. 1218 UNSEALED. | Sealed portions narrowly tailored to confidential source code or business information; unsealed portions lack supporting declaration. |
| 1169, 1170, 1175 | Exhibit 10 to the Declaration of Todd Briggs (Docket No. 878-17) | Yellow highlighting in 1170-5 and 1175-14 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential source |

14

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | code or business information; unsealed portions lack supporting declaration. |
|---|---|---|---|
| 1169, 1170, 1175 | Exhibit 11 to the Declaration of Todd Briggs (Docket No. 878-18) | Blue-green highlighted portions in Docket No. 1170-6 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions are public knowledge or lack supporting declaration. |
| 1169, 1171 | Exhibit 8 to the Declaration of Michael L. Fazio (Docket No. 880-21) | UNSEALED. | No supporting declaration filed. |
| 1169, 1171 | Exhibit 27 to the Declaration of Michael L. Fazio (Docket Nos. 880-22, 880-6) | Blue-green highlighted portions in Docket No. 1171-1 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions are public knowledge or lack supporting declaration. |
| 1175 | Exhibit 5 to the Declaration of Joshua Furman | Green highlighting in Docket Nos. 1175-12 and 1200 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1175 | Exhibit 11 to the Declaration of Joshua Furman | Green highlighting on pp. 107 and 111 indicated in Docket Nos. 1175-12 and 1200 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1175 | Exhibit 36 to the Declaration of Joshua Furman | Green highlighting in Docket Nos. 1175-12 and 1200 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1175 | Exhibit 8 to the Declaration of Michael Fazio | UNSEALED. | Lacks supporting highlighted document to reconsider.  Apple may seek reconsideration upon filing the omitted document. |
| 1175 | Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Yellow highlighting in Docket No. 1175-4 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting |

**United States District Court**
For the Northern District of California

15

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | declaration. |
|---|---|---|---|
| 1175, 1214 | Exhibit A to the Declaration of Mark D. Selwyn | Yellow highlighted portions in Docket Nos. 1175-5 and 1214-2 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 1175, 1214 | Exhibit B to the Declaration of Mark D. Selwyn | Yellow highlighting in Docket Nos. 1175-6 and 1214-3 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 1175 | Exhibit D to the Declaration of Mark D. Selwyn | Yellow highlighting in Docket No. 1175-7 SEALED. | Sealed portions narrowly tailored to confidential source code and business information; unsealed portions lack supporting declaration. |
| 1175 | Exhibit 16 to the Declaration of Peter J. Kolovos | UNSEALED. | No supporting declaration filed. |
| 1175 | Exhibit 6 to the Declaration of Mark D. Selwyn | Yellow highlighting in Docket No. 1175-11 SEALED. | Sealed portions narrowly tailored to confidential source code and business information. |
| 1258 | Krevitt Letter | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1258 | Lee Letter | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1258 | Kolovos Declaration | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1280 | Samsung's Opposition to Apple's Motion to Seal | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1280 | Becher Declaration | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1280 | Exhibit 1 to Becher Declaration | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, |

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| | | | Docket Nos. 2997, 3027. |
|---|---|---|---|
| 1282 | Nishino Declaration | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1289 | Declaration of Jennifer Rho | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| | Krevitt Letter | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1320 | Amended Nishino Declaration | UNSEALED | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1322 | Nishino Declaration | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |
| 1323 | Declaration of Peter J. Kolovos in Support of Apple's and Samsung's Administrative Motions to File Documents Under Seal | UNSEALED. | Denied in Case No. 5:11-cv-01846-LHK, Docket Nos. 2997, 3027. |

**IT IS SO ORDERED.**

Dated: September 18, 2014

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:12-cv-0630-LHK-PSG
ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California