1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
14 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18

19                    UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 22         Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S** |
| 23         vs. | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO.** |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **1897]** |
| 25  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 26  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27         Defendants. | |
| 28 | |

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL. ISO APPLE'S AMTFUS RE: DKT. NO. 1897

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File under Seal (Dkt. No. 1897) ("Administrative Motion") and in response to the Court's September 8, 2014 "Order re: Administrative Motions to Seal" (Dkt. No. 1964).

3. Specifically, Samsung claims confidentiality over the portions of Exhibits 1, 3, 4, and 6 to the Declaration of Marylee Robinson Regarding Supplemental Damages highlighted in green (Dkt. Nos. 1897-9, 1897-11, 1897-13 and 1897-15).  Highlighted versions of these exhibits are filed under seal concurrently herewith.[1]

4. The portions sought to be sealed set forth confidential, product-specific sales data from PX 142 for certain Samsung phones that the Court has previously ordered sealed, or set forth information from which such data may be derived.  Dkt. No. 1619 at 2:7-8 (ordering PX 142 sealed in its entirety except for the cover page); *see also id.* at 2:13-14 (ordering PX 208 sealed because it set forth unit sales data); *Apple v. Samsung,* 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed *product-specific information* concerning such things as costs, *sales*, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.")(emphasis added).

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.  (*See*

---

[1] Samsung uses the "Administrative Motion to File Under Seal" ECF event as a procedural mechanism for e-filing confidential, highlighted versions of exhibits on the Court's ECF system.

1  Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's
2  Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why
3  various categories of Samsung-confidential information should be filed under seal).

5       I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.  Executed September 19, 2014, at Los Angeles, California.

8                                         */s/ Michael L. Fazio*
                                       Michael L. Fazio