1  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT NOTICE REGARDING ORDER RE: VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (ECF 1974)** |
| Defendants. | |

1   On September 15, 2014, this Court entered an Order Re: Various Administrative Motions
2   to Seal granting-in-part and denying-in-part several motions to seal and requiring the parties to
3   re-file certain documents.  *See* ECF No. 1974.  The parties hereby provide notice that certain
4   documents that were the subject of the Court's September 15, 2014 Order were already filed
5   publicly, as summarized in the chart below:

| ECF No. | Document | Status |
| --- | --- | --- |
| 1244-2 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, Ex. A-1 | Already public. (*See* ECF No. 1298.) |
| 1244-4 | ″ ″ Ex. A-2 | Already public. (*See* ECF No. 1298-2.) |
| 1244-5 | ″ ″ Ex. A-3 | Already public. (*See* ECF No. 1298-3.) |
| 859-3 | Apple's Opposition to Samsung's Motion to Exclude Opinion of Certain of Apple's Experts, Ex. A-3 | Already public. (*See* ECF No. 1299-1.) |
| 859-4 | ″ ″ Ex. A-4 | Already public. (*See* ECF No. 1299-2.) |
| 859-5 | ″ ″ Ex. A-5 | Already public. (*See* ECF No. 1299-3.) |
| 859-6 | ″ ″ Ex. A-6 | Already public. (*See* ECF No. 1299-4.) |
| 859-7 | ″ ″ Ex. A-7 | Already public. (*See* ECF No. 1299-5.) |
| 859-8 | ″ ″ Ex. A-8 | Already public. (*See* ECF No. 1299-6.) |
| 1243-2 | ″ ″ Ex. A-9 | Already public. (*See* ECF No. 1299-7.) |
| 1243-3 | ″ ″ Ex. A-10 | Already public. (*See* ECF No. 1299-8.) |
| 1243-5 | ″ ″ Ex. B-1 | Already public. (*See* ECF No. 1299-10.) |
| 859-27 | ″ ″ Ex. C-3 | Already public. (*See* ECF No. 1299-11.) |
| 1242-1 | Apple Inc.'s Reply in Support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Already public. (*See* ECF No. 1295.) |

1  Accordingly, the parties respectfully suggest that, subject to the Court's approval, no further
2  action or re-filing is necessary with respect to the foregoing exhibits.

Dated:  September 22, 2014        WILMER CUTLER PICKERING
                                   HALE AND DORR LLP

                            By:    */s/ Mark D. Selwyn*
                                   Mark D. Selwyn
                                   *Attorneys for Plaintiff and
                                   Counterclaim-Defendant APPLE, INC.*

Dated: September 22, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                            By:    */s/ Michael L. Fazio*
                                   Michael L. Fazio
                                   *Attorneys for Defendants and
                                   Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                                   LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                                   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Notice. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: September 22, 2014        By:        /s/ Mark D. Selwyn____
                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 22, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF.

                                            /s/ Mark D. Selwyn_____
                                            Mark D. Selwyn