**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER RE: JOINT NOTICE** |
| Defendants. | |

On September 22, 2014, the parties submitted a Joint Notice Regarding Order Re: Various Administrative Motions to Seal (ECF 1974) indicating that certain documents that were the subject of the Court's September 15, 2014 Order were already filed publicly.  Accordingly, no further action or re-filing is necessary with respect to the following documents:

| ECF No. | Document | Status |
|---|---|---|
| 1244-2 | Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony, Ex. A-1 | Already public. (*See* ECF No. 1298.) |
| 1244-4 | " " Ex. A-2 | Already public. (*See* ECF No. 1298-2.) |
| 1244-5 | " " Ex. A-3 | Already public. (*See* ECF No. 1298-3.) |
| 859-3 | Apple's Opposition to Samsung's Motion to Exclude Opinion of Certain of Apple's Experts, Ex. A-3 | Already public. (*See* ECF No. 1299-1.) |
| 859-4 | " " Ex. A-4 | Already public. (*See* ECF No. 1299-2.) |
| 859-5 | " " Ex. A-5 | Already public. (*See* ECF No. 1299-3.) |
| 859-6 | " " Ex. A-6 | Already public. (*See* ECF No. 1299-4.) |
| 859-7 | " " Ex. A-7 | Already public. (*See* ECF No. 1299-5.) |
| 859-8 | " " Ex. A-8 | Already public. (*See* ECF No. 1299-6.) |
| 1243-2 | " " Ex. A-9 | Already public. (*See* ECF No. 1299-7.) |
| 1243-3 | " " Ex. A-10 | Already public. (*See* ECF No. 1299-8.) |
| 1243-5 | " " Ex. B-1 | Already public. (*See* ECF No. 1299-10.) |
| 859-27 | " " Ex. C-3 | Already public. (*See* ECF No. 1299-11.) |
| 1242-1 | Apple Inc.'s Reply in Support of Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Already public. (*See* ECF No. 1295.) |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge