| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 5:12-cv-00630-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S BRIEF REGARDING ONGOING ROYALTY RATES AND RELATED PAPERS** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal Apple's Brief Regarding Ongoing Royalty Rates ("Apple's Brief"), the Declaration of Christopher A. Vellturo, Ph.D., in Support of Apple's Brief Regarding Ongoing Royalty Rates ("Vellturo Declaration"), and Exhibits 2 and 3 to the Vellturo Declaration.

Apple's Brief, the Vellturo Declaration, and Exhibits 2 and 3 to the Vellturo Declaration contain information that Samsung may assert should be sealed.  Apple does not maintain any claim of confidentiality with respect to Apple's Brief, the Vellturo Declaration, or Exhibits 2 and 3 to the Vellturo Declaration.  Apple expects that Samsung will file a declaration in support of sealing in accordance with Civil Local Rule 79-5.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Brief, the Vellturo Declaration, and Exhibits 2 and 3 to the Vellturo Declaration under seal.  Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file final consolidated and conformed copies of the above documents identifying what information Samsung supported sealing in its declaration.

Dated: September 22, 2014          MORRISON & FOERSTER LLP

                                   By:  /s/ Rachel Krevans
                                        RACHEL KREVANS

                                        Attorneys for Plaintiff and
                                        Counterclaim-Defendant
                                        APPLE INC.