| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
|   | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
|   | mlyon@gibsondunn.com | HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
|   | 1881 Page Mill Road | Boston, MA 02109 |
| 4 | Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
|   | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
|   | hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
|   | jbennett@mofo.com | HALE AND DORR LLP |
| 8 | JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
|   | jlonden@mofo.com | Palo Alto, California 94304 |
| 9 | RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
|   | rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| 10 | RUTH N. BORENSTEIN (CA SBN 133797) | |
|   | rborenstein@mofo.com | |
| 11 | ERIK J. OLSON (CA SBN 175815) | |
|   | ejolson@mofo.com | |
| 12 | MORRISON & FOERSTER LLP | |
|   | 425 Market Street | |
| 13 | San Francisco, California 94105-2482 | |
|   | Telephone: (415) 268-7000 | |
| 14 | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF CHRISTOPHER L. ROBINSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

DECLARATION OF CHRISTOPHER ROBINSON ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3460270

I, Christopher L. Robinson, hereby declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the State of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal Apple's Brief Regarding Ongoing Royalty Rates ("Apple's Brief"), the Declaration of Christopher A. Vellturo, Ph.D., in Support of Apple's Brief Regarding Ongoing Royalty Rates ("Vellturo Declaration"), and Exhibits 2 and 3 to the Vellturo Declaration — all of which may contain information that Samsung may assert should be sealed.

3. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Apple's Brief, the Vellturo Declaration, and Exhibits 2 and 3 to the Vellturo Declaration should be sealed.

4. Apple does not maintain a claim of confidentiality with respect to the above documents.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 22nd day of September, 2014, in San Francisco, California.

*/s/ Christopher Robinson*
Christopher L. Robinson

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

Dated: September 22, 2014         */s/ Rachel Krevans*
                                  Rachel Krevans

DECLARATION OF CHRISTOPHER ROBINSON ISO APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3460270

2