**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an administrative motion to seal Apple's Brief Regarding Ongoing Royalty Rates ("Apple's Brief"), the Declaration of Christopher A. Vellturo, Ph.D., in Support of Apple's Brief Regarding Ongoing Royalty Rates ("Vellturo Declaration"), and Exhibits 2 and 3 to the Vellturo Declaration. The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Brief | Portion(s) indicated by Samsung. |
| Vellturo Declaration | Portion(s) indicated by Samsung. |
| Exhibits 2 and 3 to the Vellturo Declaration | Portion(s) indicated by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                                                          Hon. Lucy H. Koh
                                                                          United States District Judge