# Exhibit 4

| Case | Jury's Original Royalty | Ongoing Royalty |
|---|---|---|
| *Paice LLC v. Toyota Motor Corp.*, 609 F. Supp. 2d 620 (E.D. Tex. 2009) | $25 per vehicle | $98 per vehicle |
| *Orion IP, LLC v. Mercedes-Benz USA, LLC*, No. 05-322, 2008 WL 8856865 (E.D. Tex. Mar. 28, 2008) | 2% | 2% |
| *Soverain Software LLC v. Newegg Inc.*, 836 F. Supp. 2d 462, 482-484 (E.D. Tex. 2010) *amended on reh'g on other grounds*, 728 F.3d 1332, 1335-36, (Fed. Cir. 2013) | $0.088 per transaction | $0.15 per transaction |
| *Fractus, S.A. v. Samsung Elecs. Co., Ltd.*, No. 09-203, 12-421, 2013 WL 1136964 (E.D. Tex. Mar. 15, 2013) | $0.355/phone | $0.60/phone |
| *Affinity Labs of Tex., LLC v. BMW N. Am., LLC*, 783 F. Supp. 2d 891, 896-897 (E.D. Tex. 2011) | $11 per accused vehicle | $14.50 per accused vehicle |
| *Douglas Dynamics, LLC v. Buyers Prods. Co.*, No. 09-cv-261 (W.D. Wis. Apr. 29, 2009), Dkt. 530 (order denying permanent injunction) and Dkt. 547 (Sept. 22, 2011 order setting ongoing royalty rate) | 3.3% of the wholesale snowplow assembly price | 6.225% of the wholesale snowplow assembly price |
| *Bard Peripheral Vascular, Inc. v. W.L. Gore & Assocs.*, No. CV-03-597, 2010 U.S. Dist. LEXIS 144259 (D. Ariz. Sept. 8, 2010) | 10% | 20% of net selling price on surgical grafts, 15% on stent-grafts, 12.5% on VIABAHN stent-graft, and 15% on PROPATEN surgical graft |
| *Telcordia Tech. Inc. v. Cisco Sys., Inc.*, No. 04-876-GMS, 2014 WL 1457797 (D. Del. Apr. 14, 2014) | .64% | 1.25% for products infringing '763 patent; 1% for products infringing '633 patent |

1

**EXHIBIT 4**

| Case | Jury's Original Royalty | Ongoing Royalty |
|---|---|---|
| *Depuy Synthes Prods., LLC v. Globus Med., Inc.*, No. 11-652-LPS, 2014 U.S. Dist. LEXIS 61450, at *17-22 (D. Del. Mar. 25, 2014) | 15% | 18% |
| *WBIP, LLC v. Kohler Co.*, No. 11-10374, 2014 WL 585854 (D. Mass. Feb. 12, 2014) | 13.5% | 13.5% |
| *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, No. 09-290, 2014 WL 1320154 (W.D. Penn. Mar. 31, 2014) | $0.50/chip | $0.50/chip |
| *VirnetX Inc. v. Apple Inc.*, No. 13-00211 (Dkt. 53) (E.D. Tex. Mar. 6, 2014) | .52% | .98% |
| *I/P Engine, Inc. v. AOL Inc.*, No. 11-512, 2014 WL 309245, *2-*4 (E.D. Va. Jan. 28, 2014) | 3.5% | 6.5% |
| *Creative Internet Adver. Corp. v. Yahoo! Inc.*, 674 F. Supp. 2d 847, 861 (E.D. Tex. 2009) | 20% | 23% of post-verdict revenues |
| *DataTreasury Corp. v. Wells Fargo & Co.*, No. 2:06-cv-72, 2011 WL 8810604 (E.D. Tex. Feb. 24, 2006), Dkt. 2496 (Aug. 2, 2011 order setting ongoing royalty rate) | $0.002 per check | $0.005 per check |
| *University of Pittsburgh v. Varian*, No. 08-cv-1307, 2012 WL 1436569 (W.D. Pa. Sept. 18, 2008), Dkt. 864 (Apr. 25, 2012 order setting ongoing royalty) | 10.5% on RPM Systems and 1.5% on Clinac and Trilogy linear accelerators | 10.5% on RPM Systems and 1.5% on Clinac and Trilogy linear accelerators |
| *Boston Sci. Corp. v. Cordis Corp.*, No. 10-315-SLR (D. Del. Mar. 13, 2012), Dkt. 273 (order on post-trial motions) | 2.95% on sales of 2.2mm Cypher DES | 32% on sales of 2.2mm Cypher DES |
| *Joyal Prods., Inc. v. Johnson Elec. N. Am., Inc.*, Civ. No. 04-5172, 2009 WL 512156, *13 (D.N.J. 2009) | 8% | 26% |
| *Syntrix Biosystems, Inc. v. Illumina, Inc.*, No. 10-5870, 2013 WL 3089448 (W.D. Wash. June 18, 2013) | 6% | 8% |

**EXHIBIT 4**

| Case | Jury's Original Royalty | Ongoing Royalty |
|---|---|---|
| *Morpho Detection, Inc. v. Smiths Detection Inc.*, No. 11-498, 2013 WL 5701522 (E.D. Va. Oct. 17, 2013) | $7,500/sale | $9,375/sale |
| *Finisar Corp. v. Directv Group, Inc.*, No. 1:05-CV-264, 2006 U.S. Dist. LEXIS 76380, 4-5 (E.D. Tex. July 7, 2006) | $1.32 per box | $1.60 per set top box |
| *Soverain Software LLC v. J.C. Penney Corp., Inc.* 899 F.Supp.2d 574 (E.D. Tex. 2012) | .4% for victoriassecret.com, .42% for avon.com, .35% for youravon.com | 1% for victoriassecret.com, 1.05% for avon.com, .875% for youravon.com |
| *Fresenius USA Inc. v. Baxter Int'l Inc.*, No. C-03-1431 PJH, 2012 WL 761712 (N.D. Cal. Mar. 8, 2012) | 1.7% on machines; .007% on disposables | 3.4% on machines; .007% on disposables |
| *Internet Machines LLC v. Alienware Corp.*, No. 6:10-cv-23, 2013 WL 4056282 (E.D. Tex. June 19, 2013) | 6% | 9% |
| *Mondis Tech. Ltd. v. Chimei InnoLux Corp.*, 822 F. Supp. 2d 639 (E.D. Tex. 2011) | 0.5% (monitors)  0.75% (TVs) | 1.5% (monitors)  0.75% (TVs) |

3