Exhibit 5

Join Sprint | Coverage maps | Find a store | Shopping Cart

Personal | Business

Search

**Sprint**

My Sprint | Shop | Digital Lounge | Community | Support

Sign in/Register

# Samsung Galaxy S® III 16GB

Get cart

See all devices ❯ Samsung Galaxy S® III 16GB

You're shopping for a new device and plan    02111 ▾

I already have Sprint and want to..

Upgrade my device | Add a device

1. Devices ❯ 2. Plans ❯ 3. Services ❯ 4. Accessories

**1.** To continue, click the Add to cart button to add  Samsung Galaxy S® III 16GB  or  check out our other devices.

🍃 We will meet or beat all national carriers' trade-in pricing.  Start Buyback

| Highlights | Key features | Gallery & videos | Support |





Color: Pebble Blue

360 view | Gallery

## Specs

**Operating system**
Android 4.4 (KitKat)

**Battery information**
2100 mAh Lithium Ion Battery

**Talk time**
Up to 9 Hours

**Dimensions**
5.4" x 2.8" x 0.3"

**Display**
4.8" (1280x720) HD Super AMOLED Touch Screen

**Weight**
4.7 oz

**Processor**
Qualcomm Snapdragon 1.5 GHz Dual Core

**Memory**
16GB or 32GB ROM / 2GB RAM. Supports up to 64GB MicroSD card

# Samsung Galaxy S® III 16GB
## Connect. Capture. Share.

**Who will love it:** Galaxy S fans looking for a simplified and intuitive experience paired with Jelly Bean, a sleek design and ultimate sharing capabilities.

**Why it rocks:** Snap a burst of photos and pick the best to share with friends in real time. With S Beam, you can instantly transfer pics, music and more directly to another Galaxy S III. Want to stream your snapshots and videos to a TV? With AllShare, you can. When you need a little assistance, your personal, portable helper S Voice answers the call.

**Work smarter:** Power a small army with ample storage space and Wi-Fi support for up to 10 devices. Thanks to AllShare technology, your work files are accessible anytime, anywhere.

**Environmental Certification:** Platinum certified, this phone meets the highest level of environmental performance established by UL Environment.

Learn more about Samsung Galaxy S III

## Key features

        

         

## Share

  

## Coverage for this device

 You're seeing voice coverage below. Click the map to see full coverage for this device.

### Your price to start a new line of service

Samsung Galaxy S® III 16GB
Memory :      16 GB

Color:    Pebble Blue ▼

Payment options:

Easy Pay ▼

$0.00 down + tax
$16.67 for 23 payments, $16.58 for the 24th payment

QUANTITY    1 ▼

**Add to cart**

*Pricing for well-qualified buyer. Req. Installment agmt, 0% APR & qualifying service plan. Credit check req. Other customers may qualify for different down payment & monthly payment terms.

| | |
|---|---|
| Regular Price | $399.99 |
| Down Payment | $0.00 |
| Remaining balance | $399.99 |

$16.67 for 23 payments, $16.58 for the 24th payment

If you cancel wireless service, remaining balance on device becomes due.

➡ See all devices

Free shipping on new lines of service and upgrades.You'll get it in 2-5 business days.

**Save even more**
We will meet or beat all national carriers' trade-in pricing.

### Bluetooth profiles

A2DP, AVRCP, GAVDP, HFP 1.5, PBAP,
HSP, HID, GOEP, SDAP/SDP, OPP,
SPP, PAN, Stereo Streaming, MAP,
AVDTP, OBEX (CR)

## What's in the box

- 2100 mAh Lithium Ion Battery
- Micro USB Cable and Charger
- 3.5mm Headset



Boston, MA  02111
See coverage



Start Buyback

**America's newest network.**

We're building an all-new
network to deliver 4G LTE data
speeds, stronger signals and
fewer dropped calls. Our
innovation continues with
Sprint Spark™ and HD™ Voice.

About this device: Offer expires October 16, 2014 or while supplies last. Requires 0 month annual service contract and new activation. If you have a term commitment and cancel your Service Agreement, an up to $350 early termination fee/line applies (no ETF for Agreements cancelled in compliance with Sprint's Return Policy). Subject to credit approval. Offer available on sprint.com only. A new phone activation fee of up to $36 per line may apply. Sprint reserves the right to cancel/extend offers without notice. Offers may not be available in all markets. Other conditions may apply. Read service agreement for details. Nationwide Sprint Network reaches over 282 million people. The Sprint 3G Network (including roaming) reaches over 278 million people. You may return your undamaged device within 14 days of activation to your original place of purchase (with your receipt) and request that we deactivate the service. We'll refund your activation fee (if service is canceled within 3 days of activation) and waive your early termination fee (as long as the device is returned at the time of deactivation). You are responsible for all charges based on actual usage (partial monthly service charges, Sprint surcharges, taxes and fees). A $35 restocking fee ($75 for netbooks, notebooks and tablets) may apply. Visit Sprint.com/returns for details (return policy for existing customers may vary). For any devices or accessories purchased through a Buy one, get one offers (BOGO) offer, all devices or accessories purchased must be returned/exchanged to receive a refund or comparable exchange. In addition, if a Buy One, Get One Free device is exchanged, it is subject to the restocking fee terms. Please note that this policy may not reflect the additional return policies of our authorized third-party dealers or retailers. If you are returning a device leased through Apple Financing Services (AFS), call AFS at 1-800-216-4384. Sprint 4G LTE devices will not operate on the Sprint 4G (WiMAX) network. New Agreements on the Sprint 4G (WiMAX) Network: Your Service on a device activated on the Sprint 4G (WiMAX) Network may require a new one or two-year Agreement per line. Sprint expressly reserves the right to migrate your Service during this Agreement term from the Sprint 4G (WiMAX) Network to the Sprint 4G LTE network to complete your Agreement term. Reasonable advance notice of the Service change will be provided to impacted customers, who can then select one of the following options: (a)  Choose to complete the Agreement term using your existing device without 4G (WiMAX) capability (b)  Elect to complete the Agreement term by contacting us after receiving notice from Sprint to transition to the Sprint 4G LTE network with no additional term commitment required (Transition Option) (c)  Deactivate service. Deactivations because of this Service change will not result in an Early Termination Fee (ETF)  Transition Option: If you select the Transition Option, you will receive a free standard Sprint LTE capable device and can maintain your existing Service plan, if available. During the Agreement term, Sprint may provide other offers that are separate from the Transition Option, and these offers will be subject to a new two-year Agreement per line.

Your Agreement with us

© 2014 Sprint.com All rights reserved.

FREE shipping on all orders .

Home / Shop / Cell Phones / Samsung / Samsung Galaxy S III

My Wireless Cart 🛒

## Samsung Galaxy S III - Marble White

Powered by Android 4.3, the Samsung Galaxy S III recognizes your voice, understands your habits, and shares your moments instantly with intuitive technology on a 4.8" HD Super AMOLED display. Experience how the Galaxy S III is designed with you in mind.



Quantity:
1

AT&T Next℠ Installment　　What's this?

Save up to $25/mo. on your
Mobile Share Value plan

2-year Contract*

No annual contract*

Save up to $25/mo. on your
Mobile Share Value plan

| | |
|---|---|
| Regular Price | $464.99 |
| Instant Savings with Contract | -$365.00 |

Due Today　　**$99.99**

*Activation fees may apply. Up to $25 Savings: Compares Mobile Share Value plan pricing for smartphone line on no annual service contract (AT&T Next℠, bring your own, pay full price, or month-to-month) to one on a 2 yr wireless agmt. Discount/savings is $25 per smartphone line on plans 10 GB and higher, and $15 for plans less than 10 GB. If you upgrade to a new 2-yr agmt the discount is lost. 2-year contract pricing requires new activation and qualifying monthly data and voice plan. See offer req's.

Add to Cart

See how to get a $100 bill credit when you add a new AT&T Next℠ line. See offer details

Free overnight shipping. See offer details.

 1:11  1:19  0:44  2:10 

Samsung Galaxy S® III Device Demo | Samsung Galaxy S® III: Overview | Samsung Galaxy S® III: Pop Up Play | Samsung Galaxy S® III: S Voice Personal Assistant

## Recommended Accessories

Add accessories to the cart prior to adding the device, and the accessories will display at checkout.



Car Charger 2 Amp - Universal Micro USB

**$15.00**

Add to Cart



Scosche Retractable Micro and Mini USB to Standard USB

**$10.00**
$20.00

Add to Cart



Jabra BT2046 - Bluetooth® Headset

**$39.00**

Add to Cart

| Overview | Details | In the Box | Reviews |
|---|---|---|---|

Print

### At your service

Finally, a smartphone that makes everyday life easier at 4G LTE speeds. Powered by Android™ 4.3, the Samsung Galaxy S® III recognizes your voice, understands your

**Enhanced PTT for Business**



Instant communication for field workers. Learn more

habits, and shares your moments instantly with intuitive technology on a 4.8" HD Super AMOLED™ display. Capture moments on the fly with an 8MP camera built with facial recognition features. Experience how the Galaxy® III is designed with you in mind.

## PERFORMANCE

## Take multitasking to a whole new level

The Samsung Galaxy S® III runs on the Android™ 4.3 operating system. Built with a 1.5GHz dual-core processor, you can play a video on the go while running other tasks – no need to close and restart videos when checking email or surfing the Web. With S Beam, you can share content to other devices faster. You can even use Multi Window to simultaneously view two different apps in split-screen mode.

## DESIGN

## See to believe

Get the big-screen experience in the palm of your hand. With a 4.8" HD Super AMOLED display, the Galaxy S III offers a large and crisp picture. The Samsung screen even enhances to HD and 16:9 wider viewing angles that are perfect for e-books, games, video, and more. Plus with eye-tracking technology you can keep your screen active with no more unwanted dimming.

## CAMERA

### People Also Viewed


Samsung Galaxy S 4 mini
$29.99
View Details


Samsung Galaxy S III mini (Certified Like-New)
$0.00
View Details


HTC Desire 610
$0.00
View Details


Samsung Galaxy Note 3
$229.99
View Details


Apple iPhone 5s
$99.99
View Details

### People Also Bought


Samsung Galaxy S5
$199.99
View Details


Samsung Galaxy S 5 Active
$199.99
View Details


Moto X
$49.99
View Details

Samsung Galaxy S 4 mini
$29.99



View Details



Samsung Galaxy S III mini
$0.00
View Details

## Snapshot satisfaction

Capture amazing pictures with zero shutter lag using the 8MP camera and Best Photo option. Using the burst shot option, the camera takes 3.3 shots per second and allows you to select the best of eight images taken when Best Photo is turned on. Use face recognition to tag photos and share instantly with friends using Buddy photo share.

SHARE

## Smart connect

Seamlessly share and play with friends and family face-to-face or mobile-to-mobile. Simple device-to-device connection with Near Field Communications (NFC) and Wi-Fi Direct lets you share videos, calendar, apps, and more. On top of everything else, S Beam and Buddy photo share make it easy to do more together.

*Limited 4G LTE availability in select markets. 4G speeds deliv      ered by LTE, or HSPA+ with enhanced backhaul, where available. Deployment ongoing. Compatible device and data plan required. L      TE is a trademark of ETSI. Learn more at att.com/network.

Limited time offer. Requires new 2-year wireless agreement with qualified plan including voice and data. Subject to Wireless Customer Agreement. Credit approval required.      Upgrade/Activation fee $40/line. Geographic, usage and other terms, conditions, restrictions apply and may result in service termination. Equipment price and availability may vary. Coverage and services not available everywhere. Taxes and other charges apply. Data (att.com/dataplans):   If usage exceeds your monthly data allowance, you will automatically be charged overage for additional data provided. Early Termination Fee (att.com/equipmentETF):    After 14 days, ETF up to $325. Restocking fee: up to $35. Other Monthly Charges/Line:    may include federal and state universal service charges, Regulatory Cost Recovery Charge (up to $1.25), gross receipts surcharge, Administrative Fee, and other government assessments. These are not taxes or government required charges. Pricing subject to change. Visit a store or att.com/wireless to learn more.

FREE Overnight Shipping.    Postpaid orders will be processed and shipped subject to credit approval, inventory availability, and validation of a proper shipping address and other information. Orders received after 4 p.m. CST will be processed the next business day. Inventory, credit, or other issues may delay shipment. No holiday, Saturday, or Sunday delivery. Shipping policy is subject to change. Please note: It may take up to 24 hours to process your order if there are any issues with the credit approval process and/or the shipping address validation process. This 24 hours is not included in the delivery time and should be taken into account in your order placement timing. Delivery signatures may be required. Priority Shipments to Puerto Rico and the U.S. Virgin Islands may take more than 2 business days. Actual delivery date may also be affected by government processing.

Requires 20-month or 24-month 0% APR installment agreement & qualifying credit. Sales tax due at sale. Qualified wireless service plan (voice & data) req. If you cancel wireless service, remaining device balance is due       . Qualifying smartphones only; excludes tablets. Limit 4 financed devices (including devices financed via AT&T NextSM or other installment agreement) per wireless account. Select locations only. If financed smartphone returned/exchanged w/in 14 days, restocking fee up to $35 may apply. Suggestion: Upgrade req's min. of 12 monthly installment payments on 20 month agreement or 18 on a 24 month agreement & acct. in good standing plus trade-in of current financed device in good & functional condition & purchase of new qualified device/wireless service plan. After upgrade, remaining unbilled installment payments are waived. All terms subject to change. Visit att.com/next to learn more.    ©2013 AT&T Intellectual Property. All Rights Reserved. All other marks used herein are the property of their respective owners.

Bill Credit Offer: Ends 9/30/14.    New lines only, excludes upgrades. Must purchase a new smartphone via an AT&T NextSM installment agmt & activate it on a new qual. postpaid line of wireless service. Excludes GoPhone, Lifeline, Residential Wireless and select discounted plans. Must be active & in good standing for 45 days. Credit rec'd w/in 3 bill cycles. May not be combinable w/ other credits, discounts and offers. AT&T NextSM: Tax due at sale. If wireless service is cancelled, remaining device balance is d       ue. Limit 4 financed devices per consumer wireless account may apply. Avail. at select locations only.    Visit att.com/next for details. Return/Restocking:    Restocking fee up to $35 may apply. Gen. Wireless Svc Terms: Subject to Wireless Customer Agmt.    Credit approval req'd. Coverage & svcs not avail everywhere. Other restr's apply & may result in svc termination. Other Monthly Charges/Line:    May include taxes & federal/state universal svc charges, Reg. Cost Recovery Charge (up to $1.25), gross receipts surcharge, Admin. Fee & other gov't assessments which are not gov't req'd charges. Offer subject to change and may be discontinued at any time.

All talk, data and standby times depend on network configuration.

©2012 Samsung Telecommunications America, LLC. Samsung and Galaxy S are both registered trademarks of Samsung Electronics Co., Ltd.

All marks contained herein are the property of their respective owners.

Service provided by AT&T Mobility.

Item SKU: 65250(Samsung Galaxy S III - Marble White)

Wireless Legal Site    (http://www.att.com/wirelesslegal)    |    Wireless Customer Agreement    |    Cell Phone Records Security    (http://www.att.com/gen/public-affairs?pid=13030)    | Other Monthly Charges    |    Plan Terms    |    Online Pricing    | Returns Policy & Early Termination Fee    |    Additional   Messaging & Data Charges    (http://www.wireless.att.com/learn/articles-resources/wireless    -legal-charges.jsp)    |    Shipping Information



Enlarge



## Samsung - Galaxy S III 4G with 16GB Mobile Phone - Pebble Blue (AT&T)

Model:  SGH-i747  |  SKU: 5606621  |
Customer Rating:  **4.5  (1,173 customer reviews)**

Color:  Blue



**$1.00**
With new 2-year contract

**$23.25/month**
For 20 months with AT&T Next*

**$19.38/month**
For 24 months with AT&T Next*

**$299.99**
Replacement device

*AT&T Next offer for well-qualified buyers. Select contract after adding device to package.

## $1.00
With new 2-year contract
ON SALE

Regular Price: $49.99
You Save: $48.99

FREE SHIPPING

## Overview



## Ready to Upgrade?

Find out if you're eligible to upgrade your device with your current carrier.
Check upgrade eligibility

## Product Availability

Shipping:  Usually leaves our warehouse in 1 business day.

A signature is required for delivery of this item.
Estimate Arrival Time

Store Pickup:
Check Stores
Learn more about store pickup

## Special Offers

See (3) Special Offers

## Cardholder Offers

See (2) Financing Offers

## What's Included

- Samsung Galaxy S III 4G with 16GB Mobile Phone
- Lithium battery
- Charger
- Owner's manual

Samsung Galaxy S III SGH-i747 Cell Phone for AT&T:    Find more ways to connect, create and share with the feature-packed Samsung Galaxy S III. With a vivid 4.8" Full HD display and super-fast processor, you can enjoy richly detailed photos, videos and entertainment on the go. Share files by tapping two phones together, stream content to your HDTV and control your phone with simple voice commands and easy-access TecTiles.

AT&T Next option available in store. Learn more ›AT&T Next option available in store. Learn more ›

## Product Features

### Qualcomm Snapdragon S4 Plus processor
Dual-core 1.5GHz processor with 2GB of RAM delivers fast overall phone performance and handles demanding applications for gaming, photography, business and personal productivity.

## Ratings & Reviews

### Overall Customer Rating:

## 4.5

(1,173 Reviews)

93% of customers would recommend this product to a friend (1,088 out of 1,173)

Write a Review

Samsung.com Rating:
(1,061 Reviews)

### Android 4.0 Ice Cream Sandwich operating system
Builds upon Android's legacy of easy multitasking and intuitive interactivity, with a refined interface optimized for high-res screens, resizable widgets, and more ways to communicate and share.

### 4G LTE speed
Provides fast Web connection for downloading apps, streaming content and connecting to social media.

### 4.8" Super AMOLED HD touch screen
High-definition touch screen displays texts, e-mails, games, photos and videos with clarity. Gorilla Glass resists scratches.

### 8.0MP rear-facing camera with HD recording
Shoot pictures and video in 1080p HD for crisp, detailed visuals. Burst Shot captures up to 20 continuous shots with zero shutter lag, and a 1.9MP front-facing camera puts you in the picture.

### 16GB internal memory plus microSD slot
Provides plenty of storage space for your contacts, music, apps and more. Expand storage by adding a microSD card (up to 64GB).

### Share photos, playlists and videos with S Beam
Transfer files directly to another S Beam-activated phone with a single touch, simply by placing the two phones back-to-back.

### Stream and share content with Samsung Link
Stream videos to your Samsung Smart TV, listen to music stored on your PC while on the go and share content across multiple devices for easy access wherever you are.

### Send photos instantly with Share Shot
Share pictures as you take them by connecting with up to 5 friends' mobile devices. Pictures taken with your camera will automatically upload to a shared group gallery.

### Use motion gestures for simple, intuitive control
Convert a text message to a call, zip to the top of your contact list or tilt to zoom with simple hand and finger gestures.

### Make S Voice your personal assistant
Use voice commands to answer calls, send messages, open apps or search for information on your phone.

### Simplify tasks with Samsung TecTiles
Create shortcuts for common tasks, like setting an alarm or changing your phone settings. Then activate the task with a simple tap of your phone.

### Multitask while you watch with Popup Play
Watch videos while surfing the Web, checking e-mail or doing other tasks with an HD video picture-in-picture display.

### Bluetooth compatibility for use with wireless accessories
For wireless communication with your Bluetooth-enabled headphones, printer or other devices.

### Access to Google Play
Browse and download apps, magazines, books, movies, and television programs directly to your phone.

Phone activation required before use. Carrier activation fees may apply.

Requires a minimum data service starting at $20/month.

Early termination fees will be prorated, starting at $325 minus $10 for each full month of service commitment completed.



## Customers Who Bought This Item Also Bought

Page 1 of 2







| Samsung - Galaxy S III 4G with 16GB Mobile Phone - Marble White (AT&T) | OtterBox - Defender Series Case for Samsung Galaxy S III Cell Phones - Black | ZAGG - InvisibleSHIELD HD for Samsung Galaxy S III Mobile Phones | OtterBox - Commuter Series Case for Samsung Galaxy S III Cell Phones - Black | OtterBox - Defender Series Case for Samsung Galaxy S III Cell Phones - Blush |
|---|---|---|---|---|
| (1,173) | (636) | (532) | (392) | (636) |
| Sale: $1.00 With new 2-year contract | Sale: $28.99 | $25.99 | Sale: $20.99 | Sale: $32.99 |

## Customers Who Viewed This Item Also Viewed

Page 1 of 2







| Samsung - Galaxy S III 4G with 16GB Mobile Phone - Marble White (AT&T) | Samsung - Galaxy S III 4G with 16GB Memory Mobile Phone - Marble White (Verizon Wireless) | Samsung - Galaxy S 4 4G with 16GB Memory Cell Phone - Blue Arctic (AT&T) | Samsung - Galaxy S 4 4G Cell Phone - Red (AT&T) | Samsung - Galaxy S 4 4G Cell Phone - Black (AT&T) |
|---|---|---|---|---|
| (1,173) | (1,632) | (1,624) | (1,626) | (1,624) |
| Sale: $1.00 With new 2-year contract | $1.00 With new 2-year contract | Sale: $1.00 With new 2-year contract | Sale: $1.00 With new 2-year contract | Sale: $1.00 With new 2-year contract |

## Product Q&A

### 76 Questions & 282 Answers

Ask Mr. Samsung, the community, fellow shoppers and Best Buy staff. Share your answers.

## Services

Safeguard your product with a Geek Squad Protection Plan.

Product images, including color, may differ from actual product appearance.

Ads by Google

What's this?

Stay Connected In Style - VirginMobile USA.com
www.virginmobile usa.com/
Get The Samsung Galaxy  S®III w/The 4.8" HD Screen at Virgin Mobile ®!

$50 Off Samsung Galaxy S3     $100 Off Galaxy Victory
$100 Off Supreme               $30 Off LG Optimus F3
$30 Off Reef                   $30 Off Desire

★★★★☆  rating for virginmobileusa.com

Samsung Galaxy  S 5 - MetroPCS.com
www.metropcs.com/GalaxyS5
Shop MetroPCS and Get the Galaxy  S 5 with a No Contract Plan at $40/m!

Why MetroPCS?    MetroPCS Phones
MetroPCS Plans

★★★★☆  rating for metropcs.com

Huge 4G Smartphone Deals - Compared4U.net
4g-smartphones .compared4u.net/
Find Great Deals on 4G Smartphones. Shop, Compare & Save Big Today!

Galaxy  S5 - Up To 90% Off - Hurry - The Auction is Almost Over
www.pricebidder.com/New-Galaxy -s5
Enter Now and Enjoy Our Low Prices!

**EXHIBIT 5**





### Univision Samsung Galaxy S III LTE 16GB Prepaid Smartphone, Titanium Gray/Marble White w/$50 Bonus Gift Card

In This Bundle

Item Description



**Click here to see if T-Mobile coverage works in your area before buying this bundle.**

Samsung Galaxy S III LTE 16GB Prepaid Smartphone:
- 4.8" HD display
- Resolution: 1280 x 720
- Titanium Gray, Marble White
- Data Transfer: LTE 100Mbps/50Mbps; HSDPA+ 42Mbps/HSUPA 5.76Mbps/3G/EDGE/GPRS
- 8.0 Megapixel auto focus camera with LED flash
- Front camera: 1.9 Megapixel
- Focus mode: auto focus, macro, face detection
- Shooting mode: single shot, burst shot, HDR, smile shot, beauty, panorama, cartoon, share shot, buddy photo share, face detection
- Scene mode: portrait, landscape, night, sports, party/ indoor, beach/snow, sunset, dawn, fall color, firework, text, candlelight and backlight
- Effect: negative, black and white, sepia, washed out, cold vintage, warm vintage, posterise, solarise, blue point, green point, red-yellow point
- White balance: auto, daylight, cloudy, incandescent and fluorescent
- Timer
- Music and audio play format: MP3/AAC/ACC+/e-AAC+/WMA/WAV/MIDI/OGG/FLAC
- 3.5mm stereo headset jack
- Background music play
- Offline mode
- Dimensions: 70.6mm L x 136.6mm W x 8.6mm H
- Weight: 131g
- Built-in memory: 16GB (RAM: 2GB)
- Supports microSD card up to 64GB
- Internet Tool
- Android browser
- Google: Google+, Search, Voice Search, Gmail, Map, Calendar, Latitude, Places and Google Talk
- YouTube
- Exchange active sync
- Samsung apps
- Zero shutter lag
- Capture still shots during video recording
- Pop up play
- S Beam
- Smart stay
- Android v4.1.1(Jelly Bean) OS
- TOUCHWIZ
- 1.4GHz Quad Core Processor
- Talk time up to 16 hrs (2G), 11 hrs (3G)
- Standby time: up to 580 hrs (2G), 510 hrs (3G), 390 hrs (LTE)
- Video Play Format: H.263/H.264/MPEG4/WMV/AVI/DivX/Xvid
- Full HD Video Recording and playing (1920 x 1080 pixel)

- Connectivity: Wi-Fi: 802.11 a/b/g/n, Wi-Fi Direct, Bluetooth#: V4.0 +HS (A2DP/ AVRCP), NFC, USB 2.0 HS, GPS (Support GPS, A-GPS, GLONASS)
- Mobile AP (You can share your phone's mobile Internet connection with PC, mobile phone, etc., through WiFi)

El Samsung Galaxy S III viene equipado con un conjunto de funciones interactivas de Samsung y una capacidad de procesamiento r??pido y potente para la red de servicio T-Mobile. Gracias a sus 2 GB de memoria RAM interna y a sus 16 GB de almacenamiento interno, este Samsung Galaxy tiene la potencia necesaria para albergar una impresionante tecnolog??a como S-Voice, el asistente personal virtual de Samsung; S Beam, un m??todo basado en el uso de l??ser para compartir contenido directamente con otro tel??fono Samsung Galaxy; y AllShare Play, que permite a los usuarios mostrar el contenido multimedia de su tel??fono en un televisor de alta definici??n o en un PC. Este tel??fono celular Samsung Galaxy S III tambi??n viene dotado de una c??mara trasera de 8 megap??xeles y una c??mara frontal habilitada para video para llamadas en conferencia. Podr??s compartir de forma autom??tica con hasta cinco amigos las fotos que tomes con esta c??mara gracias a la funci??n Share Shot de este smartphone. Adem??s, este Samsung Galaxy tambi??n es capaz de comprender ciertos gestos humanos e iniciar comandos y acciones al deslizar la mano o simplemente acerc??ndose el smartphone a la oreja, convirti??ndolo en una herramienta de comunicaci??n inteligente y potente.



## Sponsored Links                                                                                      What's this?

**Rent-A-Center®**    You're Pre-Approved And No Deposit! Get Your Samsung Galaxy Note® 3. www.rentacenter.com/

**Cricket Wireless Plans**    Unlimited Talk, Text, & Data Plans. Starting at $40/mo. www.cricketwireless.com/

**NO Contract $35 Unlimited**    Unlimited Talk, Text, Data, INT'L SMS & MMS. Nationwide LTE Network www.ptel.com/$35

**NET10 ® Wireless**    $20 Huawei Android. Limited Time. $40/mo Unlimited* Talk, Text & Web! www.net10wireless.com/Sale

**You've Asked The Internet**    Now Read The Reviews. Visit HTC Now & Buy The All New HTC One (M8). www.htc.com/HTC_OneM8

**Verizon Plans Prepaid**    Over 100 Million Visitors. Discover and Explore on Ask.com! www.ask.com/Verizon+Plans+Prepaid

**Commando Push to Talk**    Gz'One Commando Encrypted PTT www.sla-ptt.com/

## Sponsored Products                                                                                   What's this?

| Ad | Ad | Ad | Ad |
|---|---|---|---|
| Samsung Galaxy S 5 (... | Samsung Galaxy S4 - ... | Samsung Galaxy Prevai... | Cheap Cell Phone 5.5 inc... |
| $99.99 | $49.99 | $99.95 | $79.73 |
| Sprint | Verizon Wireless | HSN | Everbuying |

   

great taste, plain & simple.    FAGE    learn more

sign in / account    find a store    weekly ad    gift cards    registries    TargetLists    REDcard    email offers sign up & save

shop all categories    all    search      your cart



Target   electronics   cell phones   prepaid cell phones

ite (T999L)

introducing free shipping
on all orders of $50+

find in a store

add to registry  |  add to list

★★★★★ 5.0 (4)    write a review

share

more details

overview overview
specifications specifications
guest reviews guest reviews
shipping & returns shipping & returns
Share videos, pictures and more from your
Galaxy S III to your Wi-Fi enabled Smart
TV. Enjoy TV and Movies on the beautiful
4.8" Super AMOLED HD Screen.
Service Provider:  T-Mobile, brightspot
Phone Type:  Smartphone
Calling Features:  Call Waiting, Call
Forwarding, 2-Line Conference Call,
Phonebook
Telecommunication Features:  Backlit
Keypad, Alarm Clock, Caller ID,
Music/Audio Playback, Calendar,
Calculator, Voice Mail, Video Recording,
Speakerphone
Display Features:  Clock
Talk Time:  Up to 8 hours
Standby Time:  Up to 432 hours
Screen Size:  4.8 "
Maximum Resolution:  1920 x 1080
Built-In Digital Camera:  Rear and Front-
Facing Camera
Video Resolution:  No Built-In Video
Recorder
GPS Enabled:  Yes
Built-In Memory Storage Capacity:  16GB
Wired Connectivity:  Wireless
Wireless Frequency/Band:
850/900/1800/1900 MHz
Wireless Technology:  Bluetooth Enabled
Wireless Standard:  IEEE 802.11b/g/n
File Formats Supported:  MP3
Input Method:  Touchscreen
Battery Cell Type:  Lithium-ion

Mouse over image to zoom in.

  



Includes:  Adapter, SIM Card, USB Cable,
Battery Charger, Headset, User Manual
Not Included:  Service Plan
Battery  Required, included
Assembly Details:  no assembly required
Release Date: October 6, 2013
see specifications

This item must be returned within 30 days of the ship date. See return policy for details.
Prices, promotions, styles and availability may vary by store and online.
see shipping & returns

| | |
|---|---|
| Value | |
| Quality | |
| EaseOfUse | |

see guest reviews
special offers and deals.
Buy brightspot prepaid minutes (online item#s: 15237125, 15237126, 14883737, 14764834, 15234179, 15234178), and save 30% on a select brightspot pre-paid cell phone (online item#s: 14791711, 14791709, 15750946, 14791715, 14791714, 14791712, 15425186, 15672780). Add both items to cart. Discount will be applied at checkout. , offer details.
other offers.
free standard shipping with $50 purchase, offer details.
other Info.
Online Item #: 14791715
Store Item Number (DPCI): 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
Made in the USA
Warranty details



learn more about Samsung

From the Manufacturer

---

### Product Features

#### Share Back-to-Back

If sharing is your thing, the Samsung Galaxy S® III is your phone. With S Beam™, you can share large HD files in seconds – just touch compatible devices back-to-back. S Beam™ takes full advantage of NFC (Near-Field Communication) and Wi-Fi® Direct technology, making it quick and easy for you to share photos, videos, documents, calendars, contacts and more. And you don't even need Wi-Fi® or a cellular signal.





#### Share Big

As much as you like a crowd huddled around admiring your new phone, it won't be necessary with AllShare® Play. Because now, you can play your music, videos and slide shows on any compatible HDTV or computer for all to see. Go big.

#### Share Photos Instantly

Share Shot lets you share your photos with up to five friends – as you take them. What does this mean? You don't have to remember to share later; just share on the spot and forget it. Sharing has never been so much fun, so fast or so hassle-free.



Gesture Smarter



Gesture Smarter

The Galaxy S III goes beyond swiping and pinching. Special motion gestures let you do things easier and more intuitively than ever before. For example, to capture a screen shot, just swipe your hand across the screen. To get to the top of a list, just tap the top of your phone. Or if you're texting someone and want to call them, just put the phone to your ear. It doesn't get any smarter than that.

### Speak, and the Galaxy S III will Listen

S Voice™ responds to your every voice command, acting as your on-board personal assistant to give you helpful, accurate information, dial phone numbers, send messages, open apps and more. It will follow your commands and answer your questions quickly and intelligently. You can tell your phone to wake you up, take a photo, answer a call, send a text message or play your favorite song. In fact, thanks to S Voice, you might never talk to real people again.





### Simplify any Task

is the short-hand way to operate your Galaxy S III. Just program your "tiles" to automatically handle repetitive actions, like changing settings or performing certain tasks. After that, all you'll need is a simple tap of your phone. It can launch apps, connect you to Facebook® or Twitter® or share a contact with any NFC-enabled phone. TecTiles are sold separately.

### Memories in a Moment

The Galaxy S III is as powerful as it is stylish. For starters, the camera has 8.0 megapixels and absolutely zero shutter lag, so you can catch memories the moment you press the shutter. Want more? Take up to 20 continuous shots in seconds with Burst Shot. The front-facing camera even has a full 1.9 megapixels, so you can get yourself into the HD action.





### Picture-in-Everything

The display is so bright and beautiful on the Galaxy S III, you won't ever want to stop watching. With Pop Up Play, you won't have to. It's a picture-in-picture feature that lets you continue to watch your HD videos while you surf the web or check your email. It's multitasking to the max.

### Powerful Hardware and Software

The Galaxy S III gives you powerful hardware and software. First of all, there's a 1.5 GHz dual-core processor to make sure everything works quickly and smoothly. Second of all, there's the Android™ 4.1, Jelly Bean platform. It's great for everything you need.





*Results are based on lab environment testing. Refer to your network carrier's website for network specific talk times. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of device may vary. Device operating system and preloaded content will occupy a portion of the memory. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. LTE is a trademark of ETSI. Samsung, S Suggest, Galaxy S, AllShare, Music Hub, SAFE, TecTiles, Super AMOLED, and TouchWiz are all trademarks of Samsung Electronics Co., Ltd. Google, Android, Gmail, Google Wallet, Google Talk, Latitude, Picasa, Google Places, Google Play, YouTube, and other marks are trademarks of Google Inc. Other company names, product names and marks mentioned herein are property of their respective owners and may be trademarks or registered trademarks.

## More Views



## Specifications



### Category

- Prepaid/No Contract

### Form Factor

- Bar, Touchscreen

### Color

- Marble White

### OS

- Android™ 4.1, Jelly Bean

### Size

- Product Weight: 6.349 oz
- Product Dimensions: 5.38" x 2.78" x 0.34"

### Camera

- Front- facing Camera: 1.9 MP
- Rear-facing Camera: 8.0 MP
- Digital Optical Zoom: 4x

- Auto Focus; Shot Modes: Single shot, Best photo, Best face, Face detectin, Panorama, Share shot, HDR, Buddy photo share, Beauty, Smile shot, Low light; Camcorder; DivX®; HD Recording; HD Playback; Video Share; Online Image Uploading

Battery

- Standby Time: 3G: Up to 300 Hours; 4G: Up to 200 Hours
- Continuous Usage Time: Up to 13 Hours
- Battery Type and Size: 2100mAh
- Music Play Time: Up to 48 Hours
- Video Play Time: Up to 9 Hours
- Internet Use Time: 3G: Up to 7 Hours; 4G: Up to 8 Hours; WiFi: Up to 8 Hours

Memory

- Internal Memory: 2GB RAM / 16GB ROM
- External Memory: 64GB

Network

- Frequencies and Data Type: LTE: Band 25 (1900MHz); CDMA ax/EVDO Rev A, 1900MHz
- 0.53 W/kg
- 1.44 W/kg

Connectivity

- Bluetooth® Profiles: 3GPP, A2DP, AVDTP, AVRCP, GAVDP, GOEP, HFP 1.5, HID, HSP, OBEX, OPP, PAN, PBAP, SBC, SPP; Wi-Fi®; Wi-Fi® Hotspot; HTML Browser; WAP Browser; Flash®; Java™; GPS

CPU

- Qualcomm MSM8960, 1.5 GHz x2

Display

- Resolution: 1280 x 720 Pixel
- Size: 4.8"
- Technology: HD Super AMOLED™

User Interface

- User Interface Features: Widgets; TouchWiz®; Social Hub; Accelerometer

Audio

- Music Player; Compatible Music Files: MP4, MP3, aac, aac+, eaac+, amr; WMV(ASF): wma, aac, aac+, eaac+; AVI: mp3, aac,aac+,eaac+, ac-3; FLV: mp3, aac,aac+eaac+; MKV: mp3, aac,aac+,eaac+,ac-3,flac; MP3/Music Tones

Video

- Video Player; Compatible Video Files: MPEG4, H.264, H.263, VC-1, DivX, VP8, WMV7/8, Sorenson Spark, DivX3.11, MP43; Video, Streaming

Fun and Entertainment

- Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub

Business & Office

- vCard/vCalendar

Messaging Options

- Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded / Chat-style Messages; Video Messaging; Swype™; Predictive Text (T9®/XT9®)

Calling Functions

- Speakerphone; Voice Recognition; Voicemail; Visual Voicemail; Speech-to-text; Text-to-speech; Music ID; Picture Caller ID; Hearing Aid Compatible (HAC); TTY; Airline Mode

Disclaimer

- *Results are based on lab environment testing. Refer to your network carrier's website for network specific talk times. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode,

backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

## guests who viewed this item ultimately bought.






$449.99

**Samsung Galaxy S4 I9500...**
(60)

$329.99

**Samsung Galaxy S3 I747 16GB...**
(1956)

$179.99

**brightspot LG Optimus L90...**
(1)

$249.99 Store Price

**Apple iPhone 4S 16GB White...**

Not sold online

popular searches
black l
spend $50, get free
shipping

on usb p
spend $50, get free
shipping

cover pho
buy pre-paid minutes, save
30% on this phone

sar     In Store cked cell phone
(2)

spend $50, get free
shipping

Sponsored Links

Samsung Cell Phones
www.cricketwireless.com/
Get Your Samsung Phone with   a Plan Starting at $40/mo.
Shop Now!

    Meet Cricket Wireless        Cricket Wireless
    Basic Phones at Cricket      Cricket Smartphones
    Join Cricket Wireless        Bring Your Own Cell Phone

Sprint® Samsung GSIII
www.sprint.com/GalaxySIII
Switch and Save $100 Online Today. Shop the Samsung
GSIII. Learn More.

    Find a Store                 Special Offers
    Samsung Galaxy Note 3        Sprint 4G Network
    Sprint Customer Service      Samsung Galaxy S4

Shop Samsung Galaxy S3
www.qvc.com/Samsung
The Whole World at Your Fingertips Featured Prices and Easy
Pay at QVC

    Shop Latest Electronics      Computers
    Televisions

★★★★★ rating for qvc.com

Galaxy S5 - Up To 90% Off
www.pricebidder.com/New-Galaxy -s5
Hurry - The Auction is Almost Over. Enter Now and Enjoy Our
Low Prices!

Consumer Cellular ®
www.consumercellular .com/
It's Always Your Call. No Contract. Cell Phone Plans as Low
as $10/Mo.

Cheap Samsung Galaxy S3
samsung -galaxy -s3.smartprices.us/
Huge Discounts on Samsung Galaxy S3 Comapre Prices &
Grab Best Deal!

guests who viewed this item also viewed.



brightspot Nokia Lumia 521...
$99.99

(10)
buy pre-paid minutes, save 30% on this phone



Virgin Samsung Galaxy S III...
$299.99 Store Price
**Not sold online**
In Store

(374)
spend $50, get free shipping



brightspot Alcatel OneTouch...
$129.99

(14)
buy pre-paid minutes, save 30% on this phone



brightspot LG Optimus F6 Cell...
$289.99

(7)
buy pre-paid minutes, save 30% on this phone



as you view items
on Target.com,
we'll keep track of
them here.

**Target stores**
find a store
clinic
optical
pharmacy
photo
portrait studio

**about Target**
company info & press
careers
investor relations
corporate responsibility
affiliates
A Bullseye View
team member services
Bullseye Shop
advertise with us

**ways to save**
weekly ads
coupons
clearance
all the deals

**help**
see all help
accessibility
track an order
return an item
store pickup
shipping information
product recalls
size charts
contact us

**the REDcard**
card benefits
how to apply
manage my REDcard

5% off
**plus everyday free
shipping**
apply now

my recommendations

privacy policy    | cookies   | terms & conditions    | CA privacy rights    | CA transparency in supply chains act     | about this site
© 2014 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc. All rights reserved.

view all products by:    womens   mens   baby   kids   home   bath   bedding   appliances   décor
kitchen   patio and garden   furniture   electronics   toys   health and beauty   sports

shop all departments
view mobile version





# Samsung - Galaxy Note II 4G Cell Phone - Marble White (Verizon Wireless)

Model: SCHI605ZWV | SKU: 6963055 |

Customer Rating:     **4.8 (622 customer reviews)**

$49.99
With 2-year contract extension

$1.00
With new 2-year contract

$25.00/month
For 20 months with Verizon Edge*

$699.99
Replacement device

*Verizon Edge offer for well-qualified buyers. Select contract after adding device to package.

## $49.99
With 2-year contract extension

FREE SHIPPING

Color: White



---

## Overview



### Ready to Upgrade?

Find out if you're eligible to upgrade your device with your current carrier.

Check upgrade eligibility

### Product Availability

Shipping:   Usually leaves our warehouse in 1 business day.

A signature is required for delivery of this item.

Estimate Arrival Time

Store Pickup:

Check Stores

Learn more about store pickup

### Special Offers

See (4) Special Offers

### Cardholder Offers

See (2) Financing Offers

## What's Included

- Samsung Galaxy Note II 4G Cell Phone
- Lithium-ion battery
- Charger
- Owner's manual

Samsung Galaxy Note II SCHI605ZWV Cell Phone for Verizon Wireless: Combining the best of a smartphone and a tablet, its 5.5" screen provides a great view of photos, videos and Web pages, yet its thin and lightweight design makes it easy to hold and carry. Use the enhanced S Pen to write on the display and personalize e-mails, highlight calendar appointments and make sketches.

Verizon Edge option available in store. Learn more ›



## Ratings & Reviews

Overall Customer Rating:

<span style="color:blue;font-size:2em;">4.8</span>

(622 Reviews)

97% of customers would recommend this product to a friend (604 out of 622)

Write a Review

Samsung.com Rating:
(254 Reviews)

## Product Features

**Exynos processor**
Quad-core 1.9GHz speed processor with 2GB of RAM delivers outstanding overall phone performance for opening and running applications, flipping through menus, running home screens and more.

**Android 4.1 Jelly Bean OS**
With fast load times and the Google Now personal assistant built in, this operating system helps you manage your day-to-day activities. View live traffic and weather reports and find your destination.

**4G LTE speed**
Provides a fast Web connection for downloading apps, streaming content and staying connecting to social media.

**5.5" HD Super AMOLED touch screen**
Extra-large screen is matched with a slim body to comfortably fit in your hand. Offers 16:9 cinema-like screen ratio that's perfect for viewing of videos, photos and games.

**8.0MP digital camera**
Lets you instantly share photos with friends. Take a burst of continuous shots and it helps you pick the best image by capturing the best pose of each person.

**16GB internal memory plus microSD slot**
Provides plenty of storage space for your photos, music, apps and more. Expand storage by adding a microSD card (up to 64GB).

**S Pen with eraser**
Write down directions, phone numbers and more even while on a call. Send an e-mail or a text message to friends just by writing on the screen. It even reminds you to return the S Pen to its holder.

**Easy multitasking in one view**
Do multiple tasks on the same screen at the same time with no screen transitions. Quickly browse your pictures without having to open folders.

**Get an instant preview with Air View**
Hover your finger close to the screen to preview photos, files, links and text.

**Access to Google Play**
Browse and download apps, magazines, books, movies, and television programs directly to your phone.

Requires a voice plan and data package.

Early termination fee of $350.

## Customers Who Viewed This Item Also Viewed

Page 1 of 2 











| Samsung - Galaxy Note II 4G Cell Phone - Titanium Gray (Verizon Wireless) | Samsung - Galaxy Note 3 4G LTE Cell Phone - Black (Verizon Wireless) | Samsung - Galaxy Note 3 4G LTE Cell Phone - White (Verizon Wireless) | Samsung - Galaxy S 4 4G LTE Cell Phone - Blue Arctic (Verizon Wireless) | Samsung - Galaxy Note 3 4G Cell Phone - Black (Sprint) |
|---|---|---|---|---|
| (622) | (491) | (491) | (2,590) | (434) |
| $49.99 With 2-year contract extension | $249.99 With new 2-year contract | $249.99 With new 2-year contract | Sale: $1.00 With new 2-year contract | Sale: $199.99 With new 2-year contract |

## Product Q&A

## Services

Safeguard your product with a Geek

**31 Questions & 105 Answers**

Ask Mr. Samsung, the community, fellow shoppers and Best Buy staff. Share your answers.

Squad Protection Plan.

Product images, including color, may differ from actual product appearance.

Ads by Google

What's this?

TRACFONE ® Wireless - Galaxy Centura- 3X Minutes for Life
www.tracfonewireless.com/
90 Days - Talk, Text, Data $19.99.

Used Phones For Sale - Verizon Galaxy Phones —$199.99
www.cellular country.com/Galaxy
Free Shipping Over $150—Buy Today!
★★★★½ rating for cellularcountry.com

Top 5 4G Phone Offers - Big Summer 2014 Clearance Sale - ShopSave.us
www.shopsave.us/4G_Phones
Up to 35% Off - Don't Miss It

| Cell Phone Family Plan | Prepaid Phones |
| Senior Cell Phone Plans | Refurbished Phones |
| No Contract Phones | Cheap Cellphones |

Switch to Cricket Today - 5 Lines for Only $100/month
www.cricketwireless.com/5for100
Taxes & Fees Included. Get Offer Details.

| Meet Cricket Wireless | Cricket Wireless |
| Basic Phones at Cricket | Cricket Smartphones |
| Join Cricket Wireless | Bring Your Own Cell Phone |

# Powering screens of all sizes

Watch the video

# Coming to watches, phones, tablets, TVs, and cars near you



Android Wear



Phones and Tablets



Android TV

| | Phones & Tablets | Wear | TV | Auto | One | Play |
|---|---|---|---|---|---|---|

# Best of Google built-in

Android works perfectly with your favorite Google apps, like Maps, Calendar, Gmail, and YouTube.

See all Google apps ›

# Customized by you, for you

Put the stuff you care most about right on your home screen: the latest news, weather, or a stream of your recent photos.



# More from Android



## L
## Developerto
## Preview

The next
generation of
Android is built for
the multi-screen



## Millions
## choose
## from

Hail a taxi, find a
recipe, run through

## Never
## miss a
## shot

Google Camera
snaps beautiful
photos quickly and
easily. Smart

world, giving you the power to create innovative apps for screens big and small.

Check out the L Developer Preview ›

a temple—Google Play has all the apps and games that let you make your Android device uniquely yours.

Find your favorite apps ›

image modes like Photo Sphere, Lens Blur, and Panorama let you creatively capture the moments you care about most.

Download Google Camera ›

Home

Phones & Tablets

Wearables

TV

Auto

Play

Privacy & Terms

Official Blog

Android on Google+

Android on Twitter

**Versions**

4.4 KitKat

4.3 Jelly Bean

4.2 Jelly Bean

**For Developers**

App Developer Resources

Android Open Source Project

English ▼

Some features and devices may not be available in all areas.

Register | Log in

MAIN MENU ▾    MY STORIES: **25** ▾    FORUMS    **SUBSCRIBE**    JOBS

**LIVE:** Samsung Unpacked 2014 Episode 2 (The Galaxy Note 4 Launch)

# GEAR & GADGETS / PRODUCT NEWS & REVIEWS

# Google releases Android 4.4.3 to Nexus devices

The Nexus 4, 5, 7, and 10 can all manually update right now.

by Ron Amadeo - June 2 2014, 7:35pm EDT

80

## LATEST FEATURE STORY ◢



**FEATURE STORY (2 PAGES)**

## Is there a creativity deficit in science?

If so, the current funding system shares much of the blame.

## WATCH ARS VIDEO ◢



## Hands On with the HTC One M8 for Windows: The first OS-agnostic phone

The same One M8 that ran Android now runs Windows Phone, exclusively on Verizon.

**STAY IN THE KNOW WITH ⬦**

**LATEST NEWS ⬦**

 **Remains of the Universe's first stars found plastered onto a present one**

 **Samsung announces the Galaxy Note 4 and new Galaxy Note Edge**

HIRE LIKE YOU MEAN IT

**eBay promises US gov't: no more "no poach" deals**

 **Liveblog: Samsung's Note 4 event**

Google has just released a new version of Android: 4.4.3. After Sprint totally jumped the gun by announcing the update in April, Google has finally pushed 4.4.3 to the Nexus Factory Image page. T-Mobile has a changelog for the update, which is wildly descriptive:

Improvements

- Security enhancements
- Various bug fixes

Google is hosting 4.4.3 images for the Nexus 5, both Nexus 7s, Nexus 10, and Nexus 4. These are full images that must be manually applied and will erase everything on your device. Users interested in not losing their data should wait for the OTA update, which is slowly rolling out to devices now. And if you're the type of person interested in seeing the code, the AOSP code drop is going on right now, too.

READER COMMENTS    80



**Ron Amadeo** / Ron is the Reviews Editor at Ars Technica, where he specializes in Android OS and Google products.
He is always on the hunt for a new gadget and loves to rip things apart to see how they work.
**@RonAmadeo on Twitter**

⟵ OLDER STORY                    |                    NEWER STORY ⟶

YOU MAY ALSO LIKE ◢



**VMware Fusion for Mac now
connects to virtual machines
in data centers**

WE ALL SCREAM FOR NICE SCREENS

**Toshiba's Chromebook 2 will give you a
13" 1080p IPS display for $330**

## SITE LINKS

About Us

Advertise with us

Contact Us

Reprints

## SUBSCRIPTIONS

Subscribe to Ars

## MORE READING

RSS Feeds

Newsletters

## CONDE NAST SITES

Reddit

Wired

Vanity Fair

Style

Details

Visit our sister sites ▼

Subscribe to a magazine ▼

**VIEW MOBILE SITE**

© 2014 Condé Nast. All rights reserved

Use of this Site constitutes acceptance of our User Agreement (effective 1/2/14) and Privacy Policy (effective 1/2/14), and Ars Technica Addendum (effective 5/17/2012) Your California Privacy Rights

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices

Topics     Show     Store     Tip Us

Search

**PREVIOUS STORY**

Thursday Poll: What's Keeping You With Your
Current Wireless Carrier?

**NEXT STORY**

Tip: Do a Google Search for Artists, Tap Quick
Links to Apps to Listen to Them



by  Kellex  on Jun 19, 2014

# Whoa: Android 4.4.4 Factory Images Posted as Build KTU84P (



Umm, so yeah, Google just posted **Android 4.4.4** factory images as build **KTU84P**.

We are seeing files for the Nexus 5, Nexus 7 (2013) WiFi, Nexus 10, Nexus 4, Nexus 7 (2012) WiFi, and Nexus 7 (2012) Mobile.

The new 4.4.4 binaries are there too.

I would be lying if I said that this move wasn't surprising. We just got an OTA update on almost all Nexus devices to Android 4 would imagine that another OTA update is imminent. Any guesses as to what it will fix?

If you are interested in flashing Android 4.4.4 factory images, hit up these instructions.

**Update**:  My Nexus 4 is now running Android 4.4.4. So far, not seeing anything new in particular.

**Update 2**:  According to Sprint, the update is nothing but a security fix.

**Update 3**:  If you are prompted with an OTA file, don't forget to grab the URL of the file.

**PREVIOUS STORY**
Thursday Poll: What's Keeping You With Your Current Wireless Carrier?

**NEXT STORY**
Tip: Do a Google Search for Artists, Tap Quick Li
to Them

Comments for this thread are now closed.

## 138 Comments    Droid Life: An Intense Android News Community

Sort by Best ▾

 **droidrazredge** · 2 months ago
I don't care what it does I just like when my Nexus says update ready to download!
90 ⌃ | ⌄ • Share ›

 **Dr. Steve** ➔ droidrazredge · 2 months ago
Took me a week to get 4.4.3 on my N5. Looks like another agonizing wait.
10 ⌃ | ⌄ • Share ›

 **Eric R.** ➔ Dr. Steve · 2 months ago
My n7 still doesn't have it
2 ⌃ | ⌄ • Share ›

 **Simon Belmont** ➔ Dr. Steve · 2 months ago
I just updated my N5 ten minutes ago. I grabbed the OTA zip.

Here you go: http://www.droid-life.com/2014... . Took me five minutes to sideload. Easy peasy.
⌃ | ⌄ • Share ›

 **michael arazan** ➔ Dr. Steve · 2 months ago
My N7 2012 just got 4.4.3 last night ota wifi. today they release 4.4.4, seriously, they couldn't have just pushed 4.4.

Longest update wait I've had for a nexus device not associated with Verizon
⌃ | ⌄ • Share ›

 **bozzykid** ➔ Dr. Steve · 2 months ago



This is a small update so it will probably roll out quickly.

⌃ | ⌄ • Share ›



**jamaall** ➜ bozzykid • 2 months ago

I am now 4 updates behind on my droid maxx. Yet these updates will probably change nothing for me.

1 ⌃ | ⌄ • Share ›



Anon ➜ jamaall • 2 months ago

As a Droid MAXX owner who has had every version of the OS, I can say that the original 4.2.2 was still the signal strength, the best wifi, the best Bluetooth, and some would say the best battery life (hasn't been an i

I still love the phone, but hope 4.4.3 really brings the magic back.

1 ⌃ | ⌄ • Share ›



**jamaall** ➜ Anon • 2 months ago

The only thing I found better on 4.2.2 was Bluetooth connection for ford sync, but that's about it. 4.4 has de and my old RAZR M got much faster with it. My Droid Maxx with Google Now Launcher works perfectly for a Moto 360 for more Google Now goodness.

⌃ | ⌄ • Share ›



**Craig** • 2 months ago

4.0

4.0.1

4.0.2

4.0.3

4.0.4

4.1

4.1.2

4.2

4.2.1

4.2.2

4.3

4.3.1

4.4

4.4.1

4.4.2

4.4.3

AND NOW SUPPOSEDLY 4.4.4?!

16 ∧ | ∨ • Share ›

 Kevin → Craig • 2 months ago

Google sure doesn't want to move away from 4.

10 ∧ | ∨ • Share ›

 YuYu Elsalmi → Kevin • 2 months ago

I think they want to move to 5 when the OS is prepared in terms of bugs/security/performance
It might be a whole different thing who knows

2 ∧ | ∨ • Share ›

 Tommy2chinz → YuYu Elsalmi • 2 months ago

I think moving from Dalvik to ART in the next update is big enough to warrant a 5.0

3 ∧ | ∨ • Share ›

 Michael Pahl → Tommy2chinz • 2 months ago

they want the little pie graph to begin to look nice...

1 ∧ | ∨ • Share ›

 Patrick Crumpler → Kevin • 2 months ago

5.0 would probably be a major release and probably the last big big update for a couple of years. The 5.0 label typi

1 ∧ | ∨ • Share ›

 Chris → Patrick Crumpler • 2 months ago

5.0 in this case would mean 'next major version after 4.0'. I doubt 5.0 as a number has any real significanc

2 ∧ | ∨ • Share ›

 **jamaall** → Craig • 2 months ago

Well, ice cream sandwich was the biggest change since gingerbread, they've just been improving it over the past two yea
coming with the major 5.0 jump, though I won't expect a huge UI change since the experience is great as is at the momer
newer fresh look, and most likely the same experience on all devices feature will come soon.

1 ∧ | ∨ • Share ›

 **CasperTFG** → Craig • 2 months ago

And my toro Nexus is 7 updates from the latest = 4.2.2. Thank God for Xposed.

1 ∧ | ∨ • Share ›

 **terrorist96** → Craig • 2 months ago

You forgot 4.1.1. My DNA had that.

∧ | ∨ • Share ›

 James • 2 months ago

Countdown to Moto X update...

20 ∧ | ∨ • Share ›

 **Ralph Bretz** → James • 2 months ago

Hopefully the Verizon Edition will go straight to 4.4.4. if there's enough bug fixes.

4 ∧ | ∨ • Share ›

 **Jason Purp** → Ralph Bretz • 2 months ago

No OEM is allowed to release their phone unless it has the most current Android update at that time.

5 ∧ | ∨ • Share ›

 **anezarati** → Jason Purp • 2 months ago

i dont think they have to be current on the date they actually release. it has to be on the newest version whe
probably. you cant expect a phone that is months of development to be the most up to date if an os update
launch.

2 ∧ | ∨ • Share ›

 **MrOrange645** → anezarati • 2 months ago



Yeah, phones are released all the time running older versions of Android OS.

∧ | ∨ · Share ›



MrOrange645 ➔ Jason Purp · 2 months ago

Says who?

3 ∧ | ∨ · Share ›



Jason Purp ➔ MrOrange645 · 2 months ago

Says Google. They made that a rule a few months ago.

8 ∧ | ∨ · Share ›



MrOrange645 ➔ Jason Purp · 2 months ago

Source please

∧ | ∨ · Share ›



Jason Purp ➔ MrOrange645 · 2 months ago

I don't even know what keywords I would search for to easily find the articles about what I'm talking about. believe me. I believe Droid Life even had an article on it. A device like the new Amazon phone doesn't need date Android version because Amazon doesn't ship the phone with Google Play Services. But everyone els

Sorry I can't be arsed to find a link.

∧ | ∨ · Share ›



MrOrange645 ➔ Jason Purp · 2 months ago

http://www.androidcentral.com/...

∧ | ∨ · Share ›



MrOrange645 ➔ Jason Purp · 2 months ago

Sprint Kyocera Hydro Vibe just released with Android 4.3 Jelly Bean, which is obviously even close to the n AND it has access to Google Play Services.

So again, Source?

∧ | ∨ · Share ›



**Jared Denman** → Jason Purp • 2 months ago

Then why are phones getting the 4.4.2 update still? Your argument is invalid.

˄ | ˅ • Share ›



**Jason Purp** → Jared Denman • 2 months ago

Google made it a rule that when OEMs release a phone, it needs to have the latest software up to that date out a week after release, for example, then the OEM can take as long as they want.

4 ˄ | ˅ • Share ›



**Gaurav Mehta** → Jared Denman • 2 months ago

He said Google 'just' so lets look at current gen and he's not wrong.

1 ˄ | ˅ • Share ›



**MrOrange645** → Gaurav Mehta • 2 months ago

He is wrong actually. Google Kyocera Hydro Vibe and see what it ships with.

˄ | ˅ • Share ›



**tlingitsoldier** → Ralph Bretz • 2 months ago

Nope, the Verizon Moto X will get 4.4.3 sometime this summer, and will get 4.4.4 just in time for Christmas.

1 ˄ | ˅ • Share ›



**tu3218** → Ralph Bretz • 2 months ago

That's what we can hope. Especially if it's a security fix. I'd think they'd make it more of a priority. One can hope at

˄ | ˅ • Share ›



**Paul Hansen** → James • 2 months ago

Right? Lol

˄ | ˅ • Share ›



**Kevin** • 2 months ago

Can't wait for 4.4.4.1

18 ˄ | ˅ • Share ›



**Connor** → Kevin • 2 months ago

Android not quite 5.0

∧ | ∨ • Share ›



**Sam Del Valle** • 2 months ago

http://31.media.tumblr.com/tum...



20 ∧ | ∨ • Share ›



**TC Infantino** → Sam Del Valle • 2 months ago

+1 for the Doctor Who meme

∧ | ∨ • Share ›



**Adam Mercer** • 2 months ago

Also looks like it includes an updated radio for the Nexus 5, 4.4.3 included 2.0.50.1.13 whereas 4.4.4 includes 2.0.50.1.16.

7 ∧ | ∨ • Share ›



**Trevor** → Adam Mercer • 2 months ago

Hopefully this helps the phone hold onto LTE better. Mine likes to ditch it in favor of HSPA a little too often.

1 ∧ | ∨ • Share ›

 **Jason Kahn** → Adam Mercer • 2 months ago

I had noticed since the update to 4.4.3, more bars but weaker signal as reported by the signal meter under status

1 ∧ | ∨ • Share ›

 **Azn_Android** → Jason Kahn • 2 months ago

Remember when Apple did that same thing after the whole iPhone 4 fiasco and got shit for it? Yeah I do too.

∧ | ∨ • Share ›

 **Preston Mueller** • 2 months ago

Security fix apparently? https://community.sprint.com/b...

6 ∧ | ∨ • Share ›

 **Simon Belmont** • 2 months ago

Ha. This is great.

I demand a minor point update everyday until I/O begins. So that would be Android 4.4.4, Android 4.4.5, Android 4.4.6, Android 4.4 4.4.9.

5 ∧ | ∨ • Share ›

 **Jason Kahn** → Simon Belmont • 2 months ago

Don't change anything just release an update that changes the version number

1 ∧ | ∨ • Share ›

 **Simon Belmont** → Jason Kahn • 2 months ago

Exactly. I just want to see it go all the way up to Android 4.4.9.

THEN, instead of giving us Android 4.5 next week, Google should give us Android 4.6 or 5.0. Just to troll us.

1 ∧ | ∨ • Share ›

 **Ray** • 2 months ago

Oh great now my phone is 2 updates behind

5 ∧ | ∨ • Share ›

Load more comments

ALSO ON DROID LIFE: AN INTENSE ANDROID NEWS COMMUNITY

## Tuesday Poll: Product You are Most Excited for This Week?

139 comments • 16 hours ago

Blue Sun — I chose other: More iCloud leaks.

## Samsung Galaxy Note 4 Live Blog!

69 comments • 10 hours ago

carl w. — And cue the Samsung haters whining about how they hate touchwiz.. etc, and how they can't wait for whatever Motorola is releasing next. When is the site name changing to Moto-Life?

## Contest: Win a 64GB Sandstone Black On

2281 comments • 20 hours ago

Tyrone Biggums — I want one so I can sell it a

## Contest: $300 in Google Play Gift Cards U Hours!

2236 comments • a day ago

Zachary Coles — Nova launcher has been on made

✉ Subscribe      Ⓓ Add Disqus to your site

# About Droid Life

We consider ourselves to have the greatest Android community in the world, here at Droid Life. We talk general news, feature apps, review phones, and even teach you how to hack a little. But most importantly, there is no place on the internet that has the reader participation that we do and consider ourselves to be completely community driven. If you were looking for the best place to learn about Android and talk with like-minded folks about all things tech, then Droid Life is for you.

# Follow Us

Facebook        Google+        YouTube        Twitter        Subscribe



© DRD Life Inc. **About** **Contact** **Advertise** **Privacy Policy** Handcrafted by **Coulee Creative**.

REVIEWS          IPHONE          ANDROID          HOW TO          ABOUT



NEWS TIPS              SEARCH THE SITE …

# Samsung Galaxy Android 4.4 KitKat Update: 7 New Details

08/18/2014 By Adam Mills



Finally, after weeks and weeks of silence, Samsung Galaxy Android 4.4.3 KitKat update and Android 4.4.4 KitKat details finally surfaced. With those details in mind, we want to take another look at the current state of the Samsung Galaxy S5, Galaxy S4, Galaxy S3, Galaxy Note 3, and Galaxy Note 2 Android 4.4 KitKat update process.

Just about a year ago, Google announced its Android 4.4 KitKat update. The company announced the update in early September, shortly before the Galaxy Note 3 launch and Apple's iPhone 5s launch and iOS 7 release. The update, a small upgrade to Android 4.3 Jelly Bean, started rolling out in November, several weeks after its announcement.

While some Android smartphone and tablet users got their Android 4.4.2 KitKat update at the tail end of last year, owners of other devices were made to wait until 2014. Samsung Galaxy smartphone owners in particular were made to wait quite awhile for their upgrades to Android 4.4.2 KitKat. In fact, Samsung is still pushing out Android 4.4.2 KitKat updates to device owners around the world.



**Samsung includes many small changes to basic Android 4.4.2 design with the Galaxy S5.**

In June, the Android 4.4 KitKat update situation for Samsung Galaxy S5, Galaxy S4, Galaxy S3, Galaxy Note 3, and Galaxy Note 2 users got a little more complicated as Google released not one but two crucial upgrades to the Android 4.4 KitKat operating system. Android 4.4.3 KitKat and Android 4.4.4 KitKat both replaced Android 4.4.2 KitKat and did so with crucial bug fixes from Google, bug fixes, that squashed Android 4.4.2 KitKat problems.

While some companies immediately offered insight into their Android 4.4.3 KitKat and Android 4.4.4 KitKat plans, Samsung remained silent about the two updates. That is until last week when we finally saw some details trickle out.

*Advertisement*



With Samsung Galaxy Android 4.4.2 KitKat, Android 4.4.3 KitKat and Android 4.4.4 KitKat update details swirling, we want to take an updated look at how the situation is evolving ahead of Google's Android L release. This is our latest Samsung Galaxy Android 4.4 KitKat update, update.

# Samsung Galaxy S5 Android 4.4.3 KitKat Update

For weeks, Samsung Galaxy Android 4.4.3 KitKat and Android 4.4.4 KitKat update details remained out of reach while companies like HTC, Motorola and Sony pushed out a number of Android 4.4.3 KitKat and Android 4.4.4 KitKat upgrades. And while Samsung itself remains silent about the two upgrades, we finally saw one tiny Android 4.4.3 KitKat detail emerge.

Last week, Vodafone Australia released a brand new updated list that lists their upcoming Android update plans. There, on the schedule, is a lone Android 4.4.3 KitKat update for the Galaxy S5. The carrier says that the update is in testing but it does not provide any other details like its release date or the features that will be on board.



When an update enters the testing process, it's usually a few weeks before it rolls out to users. This means that we could potentially see this lone Android 4.4.3 KitKat upgrade roll out in August or September ahead of the Android L release.

Thus far, this is the only Android 4.4.3 KitKat update that's emerged for the Galaxy series of smartphones. We haven't seen any Android 4.4.3 KitKat details emerge for the Galaxy S4, Galaxy S3, Galaxy Note 2, or Galaxy Note 3 in recent days so it could be that some of these devices remain on Google's Android 4.4.2 KitKat update. We're not sure at this point.

# Samsung Galaxy Android 4.4.4 KitKat Updates Appear

We've also seen Samsung Galaxy Android 4.4.4 KitKat updates make appearances in the last couple of weeks. First, Samsung announced the Galaxy Alpha with Android 4.4.4 KitKat stock on board. The Galaxy Alpha is slated to arrive in early September and will fill in the mid-range between the Galaxy S5 and Galaxy Note 4 and Samsung's other budget smartphones. Point is, it will have Android 4.4.4 KitKat on board.

We assumed that this would mean that the Galaxy Note 4 would come with Android 4.4.4 KitKat and sure enough, a recent benchmark points to that exact thing. Of course, benchmarks aren't confirmations so it's possible that we could see Android 4.4.3 KitKat or even Android 4.4.2 KitKat emerge on the Galaxy Note 4 but the appearance at least leaves the door open. Not just for the Galaxy Note 4 but for all of Samsung's

Galaxy smartphones.



Samsung's known for announcing Android update details on stage during its Unpacked launch events and with a Galaxy Note 4 launch event slated for September 3rd we could, perhaps, see Samsung detail its Android 4.4.3 KitKat, Android 4.4.4 KitKat or even its Android L update plans there.

# Galaxy S4 Android 4.4 KitKat Update Update

The Samsung Galaxy S4 Android 4.4.2 KitKat update continues to push out and according to *SamMobile*, the update recently landed for a number of Galaxy S4 LTE users and Galaxy S4 Active users. Both of those updates have been rolling out for months so it's nice to see Samsung continuing to make progress around the world.

Carriers in Australia are still promising their remaining Galaxy S4 Android 4.4 KitKat upgrades for August though new Android update schedule releases for Vodafone and Optus don't guarantee updates for the month of August. We simply haven't seen any movement in the past few weeks and users shouldn't feel confident about imminent upgrades.



Of course, things could be worse. Fellow Aussie carrier Telstra still hasn't confirmed a Galaxy S4 Android 4.4 KitKat upgrade even though it's now listing update releases through September. If the carrier is cooking something up, it's far from ready.

As for the missing Galaxy S4 Android 4.4 KitKat updates in the U.S. (C Spire and MetroPCS), we still haven't seen any details emerge so we're not sure when or if they'll be moving beyond Android 4.3 Jelly Bean.

## Galaxy S3 Android 4.4 KitKat Future Remains Cloudy

Vodafone Australia is still the only international carrier, at least that we've seen, to confirm an upcoming Samsung Galaxy S3 Android 4.4 KitKat update for its LTE model. The update, which was confirmed several weeks ago, still sits in limbo as the carrier awaits the Android 4.4 KitKat update from Samsung. The carrier still says it plans to get the update out in August though users will want to temper their expectations.



Recent updates from SFR, Telstra and Optus, carriers that often relay information ahead of Samsung, simply don't have the Galaxy S3 Android 4.4 KitKat update listed. With those schedules running through September, it's hard to imagine that we'll see a Galaxy S3 Android 4.4 KitKat push emerge in the imminent future.

From the look of things, these carriers are waiting for Samsung to confirm progress. And at this point, that progress behind-the-scenes appears to be moving extremely slowly. Galaxy S3 users will want to temper their expectations moving forward because there's a good chance that some users will stay on Android 4.3 Jelly Bean while others will stay on Android 4.4.2 KitKat.

And yes, the Galaxy S3 Android 4.3 Jelly Bean update is still rolling out.

## Samsung Galaxy Note 3 Android 4.4 KitKat Update Update

The Samsung Galaxy Note 3 Android 4.4.2 KitKat update push is moving extremely slowly in August a sign that the update, which began rolling out in January, is nearing its end. A recent report indicates that the Galaxy Note 3 Android 4.4.2 KitKat update just hit Israeli carrier ILO and Swiss carrier AUT but other than those, August has been relatively quiet.

# Galaxy Note 2 Android 4.4.2 KitKat Upgrade Still Pushing

Unlike the Galaxy Note 3 Android 4.4.2 KitKat update, the Galaxy Note 2 Android 4.4.2 KitKat update is still healthy and recently pushed out to a number of different devices including carriers in Argentina, France, and Spain. It looks like Samsung will continue to push out this update, an update that started rolling out in April.



There are still some Galaxy Note 2 Android 4.4 KitKat updates that remain MIA. We haven't seen Vodafone, Optus, Telstra or SFR roll out their Galaxy Note 2 Android 4.4 KitKat upgrades though all of them have pointed to an arrival in August or September. We should see all of them push out their upgrades in the next few weeks as testing finishes up behind the scenes.

Also missing is the T-Mobile Galaxy Note 2 Android 4.4 KitKat update in the U.S. It, along with T-Mobile's Galaxy S3 Android 4.4 KitKat update, are still unconfirmed and we haven't seen any details emerge.

## What's Next?

At this point, it looks like there's a chance that some of these Galaxy devices will get Android 4.4.3 or Android 4.4.4 KitKat down the road. If Samsung does decide to push either of these updates out, we should

see movement in the next few weeks, after the arrival of the Galaxy Note 4.

Speaking of the Galaxy Note 4, the fact that its launching with Android 4.4 KitKat is a sign that Android L is probably far off in the distance for top Galaxy smartphones. It's possible that Samsung will use the Galaxy Note 4 launch to project Android L release details onto current Galaxy Note and Galaxy S users but that's just speculation on our part.



If Samsung doesn't provide any details on September 3rd, look for it to announce its plans after Google releases Android L later this year. Rumors point to an arrival in late 2014 but that remains unconfirmed at this point.

Devices likely to get Android L, based on Samsung's continued 24 months of software support:

- Galaxy S5
- Galaxy S4
- Galaxy Note 3
- Galaxy Note 4

Devices in the gray area:

- Galaxy Note 2 (Turns two in September)

*Advertisement*



Devices unlikely to get Android L:

- Galaxy S3

---



SPONSORED

**COLLABORATE WITH OFFICE ONLINE**

Save documents, spreadsheets, and presentations online, in OneDrive. Share them with others and work together at the same time. Get started now, it's free!

View more

**You might also like**







Galaxy S4 Android 4.4.4 KitKat Update Starts Rolling Out

Android 4.4.4 KitKat Update: 10 Things You Need to Know

15 New Samsung Galaxy Android 4.4 KitKat Update Details

Galaxy S5 Android 4.4.3 KitKat Update Release Moving Closer

Samsung Galaxy Android 4.4.4 KitKat Update Details Arrive

Recommended by

## Show 7 Comments

## Leave a Reply

Enter your comment here...







Copyright Notebooks.com, Inc. 2014

loading

REVIEWS     IPHONE     ANDROID     HOW TO     ABOUT     NEWS TIPS



SEARCH THE SITE ...

# Samsung Galaxy S3 KitKat Update Stuck in Limbo

08/22/2014 By Adam Mills



Brooks Brothers

The Samsung Galaxy S3 Android 4.4 KitKat update remains in limbo for many users around the world and now we think we know why.

Earlier this year, Samsung started rolling out Android 4.4 KitKat updates to its top smartphones and tablets including the Galaxy Note 3, Galaxy S4, Galaxy Note 2, and even the Galaxy S3, a device that recently turned two years old.

The Samsung Galaxy S3 Android 4.4.2 KitKat update started pushing out in early May. The update quickly landed for users on Sprint and then moved to users on AT&T and Verizon in the United States and to an assortment of carriers in Canada. Those roll outs took place weeks ago and since then, we haven't seen a

**EXHIBIT 5**

peep out of the Galaxy S3 Android 4.4 KitKat upgrade.

Since those roll outs, we've seen just one carrier announce plans for a Galaxy S3 LTE Android 4.4 KitKat update. Vodafone Australia continues to list the Galaxy S3 Android 4.4 KitKat update amongst its other plans though it has not provided any concrete information regarding its release date or its testing. The update remains in limbo weeks after it first appeared.

The same can't be said for other carriers. Carriers like Optus in Australia and SFR in France, carriers that often announce updates well in advance, remain silent about the Galaxy S3 Android 4.4 KitKat update. And now, we think we know why the international community has been silent about the Galaxy S3 Android 4.4 KitKat update for so long.



Vodafone Spain, another carrier that keeps its customers in the loop as far as Android updates are concerned, explained yesterday that it still hasn't received word from Samsung in regards to the Galaxy S3 Android 4.4 KitKat update. Here are the carrier's exact words:

*Advertisement*



> " Today Samsung Spain has not confirmed or denied officially that the Samsung Galaxy S III will be upgraded to Android 4.4.2. For now, the latest version available for the Samsung Galaxy S III 4G (GT-I9305) Vodafone is Android 4.3.

What makes this interesting is that this is one of the only times that we've seen credible information emerge. Samsung hasn't done anything to clear up the situation and carriers simply have left the update off of their Android update schedules, many of which list releases through the month of September. While these comments only apply one device in Spain, we suspect that it probably applies to regions around the world.

It's also a positive sign for Galaxy S3 users around the world. The comments here imply that the Galaxy S3 Android 4.4 KitKat update is not dead in the water, at least not yet and that we could potentially see updates beyond Vodafone's push out in the weeks ahead.

Samsung's Android update situation is certainly confusing. While the Galaxy S3 Android 4.4.2 KitKat update has landed for AT&T, Sprint and Verizon users, Galaxy S3 users on T-Mobile, U.S. Cellular and smaller carriers still haven't received their upgrade. Historically, updates are only a few weeks behind each other but in this case, it has been several months.



We've also seen Samsung continue to push the Galaxy Note 2 Android 4.4.2 KitKat update and we've also seen Galaxy related Android 4.4.3 KitKat and Android 4.4.4 KitKat updates pop up.

Vodafone Australia, for instance, claims that it will be rolling out a Galaxy S5 Android 4.4.3 KitKat update after it completes testing behind the scenes. Samsung itself still hasn't announced plans for Android 4.4.3 KitKat or Android 4.4.4 KitKat so the appearance of this update is certainly curious.

*Advertisement*



With Android 4.4.3 KitKat and Android 4.4.4 KitKat updates swirling around, and Android 4.3 Jelly Bean problems plaguing Samsung's former flagship, Galaxy S3 users are simply looking for answers. Unfortunately, those answers remain scarce for most.



SPONSORED

COLLABORATE WITH OFFICE ONLINE

Save documents, spreadsheets, and presentations online, in OneDrive. Share them with others and work together at the same time. Get started now, it's free!

View more

**You might also like**







Why You Shouldn't
Buy the Samsung
Galaxy S3 Today

New Samsung Galaxy
S3 Android 4.4 KitKat
Update Confirmed

5 Things You Didn't
Know Your Android
Smartphone Could Do

Samsung Galaxy
Android 4.4 KitKat
Release Breakdown
(July)

Android 4.4.4 KitKat
vs. Android 4.4.3: What
We Know Now

Recommended by



## Show 5 Comments

## Leave a Reply

Enter your comment here...



▷

▷

Copyright Notebooks.com, Inc. 2014

loading

**EXHIBIT 5**



Enlarge



# Samsung - Galaxy S III 4G with 16GB Mobile Phone - Pebble Blue (AT&T)

Model: SGH-i747 | SKU: 5606621 |
Customer Rating:     **4.5 (1,175 customer reviews)**

Color: Blue

 

$1.00
With new 2-year contract

$23.25/month
For 20 mo    AT&T Next*

$19.38/mo
For 24 mo    AT&T Next*

$299.99
Replacement e

*AT&T Next    well-qualified
buyers. Select contract after adding
device to package.

**CHAT NOW**

⊘ **LOW PRICE** GUARANTEE

# $1.00
With new 2-year contract
**ON SALE**

Regular Price: $49.99
You Save: $48.99

FREE SHIPPING

# Overview

## Ready to Upgrade?

 Find out if you're eligible to upgrade your device with your current carrier.
Check upgrade eligibility

## Product Availability

 Shipping:   Usually leaves our warehouse in 1 business day.
A signature is required for delivery of this item.
Estimate Arrival Time

 Store Pickup:



Check Stores
Learn more about store pickup

## Special Offers

  See (4) Special Offers

## Cardholder Offers

  See (2) Financing Offers

## What's Included

- Samsung Galaxy S III 4G with 16GB Mobile Phone
- Lithium battery
- Charger
- Owner's manual

## Ratings & Reviews

Overall Customer Rating:

### 4.5

(1,175 Reviews)

93% of customers would recommend this product to

Samsung Galaxy S III SGH-i747 Cell Phone for AT&T:    Find more ways to connect, create and share with the feature-packed Samsung Galaxy S III. With a vivid 4.8" Full HD display and super-fast processor, you can enjoy richly detailed photos, videos and entertainment on the go. Share files by tapping two phones together, stream content to your HDTV and control your phone with simple voice commands and easy-access TecTiles.

AT&T Next option available in store. Learn more ›AT&T Next option available in store. Learn more ›

## Product Features

**Qualcomm Snapdragon S4 Plus processor**
Dual-core 1.5GHz processor with 2GB of RAM delivers fast overall phone performance and handles demanding applications for gaming, photography, business and personal productivity.

**Android 4.0 Ice Cream Sandwich operating system**
Builds upon Android's legacy of easy multitasking and intuitive interactivity, with a refined interface optimized for high-res screens, resizable widgets, and more ways to communicate and share.

**4G LTE speed**
Provides fast Web connection for downloading apps, streaming content and connecting to social media.

a friend (1,090 out of 1,175)

Write a Review

Samsung.com Rating:
(1,062 Reviews)

### 4.8" Super AMOLED HD touch screen
High-definition touch screen displays texts, e-mails, games, photos and videos with clarity. Gorilla Glass resists scratches.

### 8.0MP rear-facing camera with HD recording
Shoot pictures and video in 1080p HD for crisp, detailed visuals. Burst Shot captures up to 20 continuous shots with zero shutter lag, and a 1.9MP front-facing camera puts you in the picture.

### 16GB internal memory plus microSD slot
Provides plenty of storage space for your contacts, music, apps and more. Expand storage by adding a microSD card (up to 64GB).

### Share photos, playlists and videos with S Beam
Transfer files directly to another S Beam-activated phone with a single touch, simply by placing the two phones back-to-back.

### Stream and share content with Samsung Link
Stream videos to your Samsung Smart TV, listen to music stored on your PC while on the go and share content across multiple devices for easy access wherever you are.

### Send photos instantly with Share Shot
Share pictures as you take them by connecting with up to 5 friends' mobile devices. Pictures taken with your camera will automatically upload to a shared group gallery.

### Use motion gestures for simple, intuitive control
Convert a text message to a call, zip to the top of your contact list or tilt to zoom with simple hand and finger gestures.

### Make S Voice your personal assistant
Use voice commands to answer calls, send messages, open apps or search for information on your phone.

### Simplify tasks with Samsung TecTiles
Create shortcuts for common tasks, like setting an alarm or changing your phone settings. Then activate the task with a simple tap of your phone.

### Multitask while you watch with Popup Play
Watch videos while surfing the Web, checking e-mail or doing other tasks with an HD video picture-in-picture display.

### Bluetooth compatibility for use with wireless accessories

For wireless communication with your Bluetooth-enabled headphones, printer or other devices.

### Access to Google Play
Browse and download apps, magazines, books, movies, and television programs directly to your phone.

Phone activation required before use. Carrier activation fees may apply.

Requires a minimum data service starting at $20/month.

Early termination fees will be prorated, starting at $325 minus $10 for each full month of service commitment completed.



## Customers Who Bought This Item Also Bought

Page 1 of 2











| Samsung - Galaxy S III 4G with 16GB Mobile Phone - Marble White (AT&T) | OtterBox - Defender Series Case for Samsung Galaxy S III Cell Phones - Black | ZAGG - InvisibleSHIELD HD for Samsung Galaxy S III Mobile Phones | OtterBox - Defender Series Case for Samsung Galaxy S III Cell Phones - Blush | OtterBox - Commuter Series Case for Samsung Galaxy S III Cell Phones - Black |
|---|---|---|---|---|
| (1,175) | (637) | (532) | (637) | (393) |
| Sale: $1.00 | Sale: $28.99 | $25.99 | Sale: $32.99 | Sale: $20.99 |
| With new 2-year contract | | | | |

## Customers Who Viewed This Item Also Viewed

    

Samsung - Galaxy S III 4G with 16GB Mobile Phone - Marble White (AT&T)

(1,175)

Sale: $1.00
With new 2-year contract

Samsung - Galaxy S 4 4G with 16GB Memory Cell Phone - Blue Arctic (AT&T)

(1,631)

Sale: $1.00
With new 2-year contract

Samsung - Galaxy S III 4G with 16GB Memory Mobile Phone - Marble White (Verizon Wireless)

(1,632)

$1.00
With new 2-year contract

Samsung - Galaxy S 4 4G Cell Phone - Red (AT&T)

(1,631)

Sale: $1.00
With new 2-year contract

Samsung - Galaxy S 4 4G Cell Phone - Black (AT&T)

(1,631)

Sale: $1.00
With new 2-year contract

## Product Q&A



**76 Questions & 283 Answers**

Ask Mr. Samsung, the community, fellow shoppers and Best Buy staff. Share your answers.

## Services



Safeguard your product with a Geek Squad Protection Plan.

Product images, including color, may differ from actual product appearance.





Color: Pebble Blue

360 view | Gallery

## Specs

**Operating system**
Android 4.4 (KitKat)

**Battery information**
2100 mAh Lithium Ion Battery

**Talk time**
Up to 9 Hours

**Dimensions**
5.4" x 2.8" x 0.3"

**Display**
4.8" (1280x720) HD Super AMOLED Touch Screen

**Weight**
4.7 oz

**Processor**
Qualcomm Snapdragon 1.5 GHz Dual Core

**Memory**
16GB or 32GB ROM / 2GB RAM. Supports up to 64GB MicroSD card

# Samsung Galaxy S® III 16GB
## Connect. Capture. Share.

Who will love it:   Galaxy S fans looking for a simplified and intuitive experience paired with Jelly Bean, a sleek design and ultimate sharing capabilities.

Why it rocks:   Snap a burst of photos and pick the best to share with friends in real time. With S Beam, you can instantly transfer pics, music and more directly to another Galaxy S III. Want to stream your snapshots and videos to a TV? With AllShare, you can. When you need a little assistance, your personal, portable helper S Voice answers the call.

Work smarter:   Power a small army with ample storage space and Wi-Fi support for up to 10 devices. Thanks to AllShare technology, your work files are accessible anytime, anywhere.

 **Environmental Certification:**   Platinum certified, this phone meets the highest level of environmental performance established by UL Environment.

Learn more about Samsung Galaxy S III

## Key features

       

      

## Share

  

## Coverage for this device

 You're seeing voice coverage below. Click the map to see full coverage for this device.

### Your price to start a new line of service

Samsung Galaxy S® III 16GB
Memory :       16 GB

Color:    Pebble Blue ▼

Payment options:

Easy Pay ▼

$0.00 down + tax
$16.67 for 23 payments, $16.58 for the 24th payment

QUANTITY     1 ▼

**Add to cart**

*Pricing for well-qualified buyer. Req. Installment agmt, 0% APR & qualifying service plan. Credit check req. Other customers may qualify for different down payment & monthly payment terms.

| | |
|---|---|
| Regular Price | $399.99 |
| Down Payment | $0.00 |
| Remaining balance | $399.99 |

$16.67 for 23 payments, $16.58 for the 24th payment

If you cancel wireless service, remaining balance on device becomes due.

→ See all devices

Free shipping on new lines of service and upgrades. You'll get it in 2-5 business days.

**Save even more**
We will meet or beat all national carriers' trade-in pricing.

Bluetooth profiles

A2DP, AVRCP, GAVDP, HFP 1.5, PBAP,
HSP, HID, GOEP, SDAP/SDP, OPP,
SPP, PAN, Stereo Streaming, MAP,
AVDTP, OBEX (CR)

## What's in the box

- 2100 mAh Lithium Ion Battery
- Micro USB Cable and Charger
- 3.5mm Headset



Boston, MA  02111
See coverage



About this device: Offer expires October 16, 2014 or while supplies last. Requires 0 month annual service contract and new activation. If you have a term commitment and cancel your Service Agreement, an up to $350 early termination fee/line applies (no ETF for Agreements cancelled in compliance with Sprint's Return Policy). Subject to credit approval. Offer available on sprint.com only. A new phone activation fee of up to $36 per line may apply. Sprint reserves the right to cancel/extend offers without notice. Offers may not be available in all markets. Other conditions may apply. Read service agreement for details. Nationwide Sprint Network reaches over 282 million people. The Sprint 3G Network (including roaming) reaches over 278 million people. You may return your undamaged device within 14 days of activation to your original place of purchase (with your receipt) and request that we deactivate the device. We'll refund your activation fee (if service is canceled within 3 days of activation) and waive your early termination fee (as long as the device is returned at the time of deactivation). You are responsible for all charges based on actual usage (partial monthly service charges, Sprint surcharges, taxes and fees). A $35 restocking fee ($75 for netbooks, notebooks and tablets) may apply. Visit Sprint.com/returns for details (return policy for existing customers may vary). For any devices or accessories purchased through a Buy one, get one offers (BOGO) offer, all devices or accessories purchased must be returned/exchanged to receive a refund or comparable exchange. In addition, if a Buy One, Get One Free device is exchanged, it is subject to the restocking fee terms. Please note that this policy may not reflect the additional return policies of our authorized third-party dealers or retailers. If you are returning a device leased through Apple Financing Services (AFS), call AFS at 1-800-216-4384. Sprint 4G LTE devices will not operate on the Sprint 4G (WiMAX) network. New Agreements on the Sprint 4G (WiMAX) Network: Your Service on a device activated on the Sprint 4G (WiMAX) Network may require a new one or two-year Agreement per line. Sprint expressly reserves the right to migrate your Service during this Agreement term from the Sprint 4G (WiMAX) Network to the Sprint 4G LTE network to complete your Agreement term. Reasonable advance notice of the Service change will be provided to impacted customers, who can then select one of the following options: (a)  Choose to complete the Agreement term using your existing device without 4G (WiMAX) capability (b)  Elect to complete the Agreement term by contacting us after receiving notice from Sprint to transition to the Sprint 4G LTE network with no additional term commitment required (Transition Option) (c)  Deactivate service. Deactivations because of this Service change will not result in an Early Termination Fee (ETF)  Transition Option: If you select the Transition Option, you will receive a free standard Sprint LTE capable device and can maintain your existing Service plan, if available. During the Agreement term, Sprint may provide other offers that are separate from the Transition Option, and these offers will be subject to a new two-year Agreement per line.

Your Agreement with us

# Patently Apple

Home

Archives

Contact Us

Subscribe

Twitter

Facebook

Patently Mobile



August 06, 2014

## Samsung Temporarily Beats Apple in US Smartphone Shipments

### STATISTICS

A new Counterpoint report published today notes that Apple & Samsung have, combined, controlled two-thirds of the US smartphone market for the last 10 quarters. Last month Hong Kong's Counterpoint reported that Apple's iPhone 5S was the number one Smartphone in the world, while missing out in China as the number two smartphone. Obviously Apple's iPhone 5S made gains around the world in order to become the number one smartphone, as they were also number two in the US.

While statistics for smartphone usage favored Apple's iPhone with 52% market share for July which doubled Samsung's smartphone usage, Samsung reportedly beat Apple out in "shipments" in the US in Q2, according to Counterpoint.

Here we go again with "shipments" versus sales. Even Samsung noted that they had weaker smartphone sales for Q2 (as profit is based on sales not shipments). Yet for the sake of argument, the stats are what they are as noted in Counterpoint's chart below.

| USA Smartphones Shipments Share (%) | Q2 2013 | Q2 2014 |
|---|---|---|
| Samsung | 33.9% | 36.1% |
| Apple | 25.9% | 29.7% |
| LG | 9.9% | 11.0% |
| ZTE | 4.3% | 4.5% |
| Motorola | 3.6% | 4.5% |
| Others | 22.4% | 14.3% |
| Total | 100.0% | 100% |

Interestingly, the numbers representing shipments in the US tell a straight story. Samsung gets a noted boost because of just releasing the new Galaxy S5 in Q2 while Apple fans begin to hold off on purchases around the end of the quarter as they await new iPhones in Q3. It's an intersection of stats that "temporarily" tips the scale in

Samsung's favor. That scale will flip Apple's way later this year after the new iPhones debut, as duly noted by Counterpoint below. Here are a few other noteworthy points made in the Counterpoint report:

- The US market was the lone bright spot for Samsung this quarter as market shares slipped globally and especially across key markets such as India and China
- The upcoming holiday season quarter Q4 as usual would certainly be an "Apple" quarter as it unveils its new iPhone in September which means Samsung will have to pull off a feat with the upcoming Galaxy Note 4 to maintain share as Galaxy S5 demand begins to taper off.
- Apple grew share and volumes in many other key markets globally (e.g. China)
- In terms of carriers, Apple was the leading smartphone brand at AT&T but lost the top spot to Samsung at Verizon and Sprint



About Making Comments on our Site:     Patently Apple reserves the right to post, dismiss or edit any comments. Comments are reviewed daily from 4am to 7pm PST and sporadically over the weekend.

Posted by Jack Purcher on August 06, 2014 at 10:06 AM in 5. News, Rumors & Special Reports , Apple & Market Statistics | Permalink

Comments for this thread are now closed.     ×

AROUND THE WEB       WHAT'S THIS?

The Motley Fool
**How to Escape Living Paycheck to Paychek**

Fit Mom Daily
**Controversial "Skinny Pill" Sweeps the Nation**

Lifefactopia
**How to Buy Must-Have Products for Next to Nothing**

Lifestyle Journal
**Little Known Way to Pay**

Off Mortgage

ALSO ON PATENTLY APPLE

Samsung weeps as iPhone 6 Mania Rocks around the
Globe  4 comments

Samsung Shows Brave Face in Light of Apple's iPhone 6
Plus  6 comments

A Stunner: A New Patent Surfaces Listing Steve Jobs as
the Primary Inventor of a …  1 comment

Copycat Samsung is racing to Integrate PayPal into Next
Watch  4 comments

2 Comments       Patently Apple                                                Login

Sort by Newest                                                           Share  Favorite ★

   Jared Porter  · a month ago
        I wonder if Samsung pays out commissions to sales people at stores like Verizon and Best Buy? I'm told that
        Apple does not. Also, doesn't Samsung do a lot of BOGO deals?
        1 ∧ | ∨ • Share ›

           PatentlyJack  Moderator Jack  → Jared Porter  · a month ago
                You bring up two good points Jared.

                Although my wife now has an iPad mini, initially we purchased an HP slate for simple and inexpensive
                e-book reading. When trying to buy the HP, the tech store salesman wouldn't shut up about the new
                Samsung tablet. I asked him point blank: What is Samsung paying you. I'm here for an HP tablet, why
                are you in my face about Samsung. He turned purple and walked away. No rep would be hounding me
                like that if there wasn't some kind of incentive on the table for them. So you make a good point, Jared.

                Secondly, Buy-One and Get One (BOGO) free is a commonly seen deal from Samsung's distributors.
                That would explain to some degree why the actual "usage" of these devices on the net is so much lower
                than Apple devices. They're sitting in a drawer, like Tim Cook said once. I concur.

                Cheers
                1 ∧ | ∨ • Share ›

 Subscribe       Add Disqus to your site

The comments to this entry are closed.
Patently Apple
Check out our new Patent Bolt

## Apple Press Info

Press Releases          Product Images & Info          Apple Leadership

# Apple Announces iPhone 6 & iPhone 6 Plus —The Biggest Advancements in iPhone History

Dramatically Thin Design Features Stunning Retina HD Displays, Powerful A8 Chip, Advanced Cameras & Apple Pay

CUPERTINO, California—September 9, 2014—Apple® today announced iPhone® 6 and iPhone 6 Plus, the biggest advancements in iPhone history, featuring two new models with stunning 4.7-inch and 5.5-inch Retina HD displays, and packed with innovative technologies in an all-new dramatically thin and seamless design. The new iPhones feature a precision unibody enclosure of anodized aluminum that conforms seamlessly with the shaped glass of the display, resulting in a completely smooth and continuous surface. iPhone 6 and iPhone 6 Plus are engineered to be the thinnest ever, delivering a bigger display in a design that is still comfortable to hold and easy to use.

Packed with innovative new technologies, iPhone 6 and iPhone 6 Plus include: the Apple-designed A8 chip with second generation 64-bit desktop-class architecture for blazing fast performance and power efficiency; advanced iSight® and FaceTime® HD cameras; ultrafast wireless technologies; and Apple Pay™, an easier way to simply and securely make payments with just the touch of a finger.[1] Both models include iOS 8, the latest version of the world's most advanced mobile operating system, featuring a simpler, faster and more intuitive user experience with new Messages and Photos features, QuickType™ keyboard, a new Health app, Family Sharing and iCloud Drive℠.

"iPhone 6 and iPhone 6 Plus are the biggest advancements in iPhone history," said Tim Cook, Apple's CEO. "The iPhone is the most loved smartphone in the world with the highest customer satisfaction in the industry and we are making it much better in every way. Only Apple can combine the best hardware, software and services at this unprecedented level and we think customers are going to love it."

For the first time iPhone is available in two new sizes: iPhone 6 features a stunning 4.7-inch Retina® HD display with 1334 x 750 resolution, providing 38 percent more viewing area than iPhone 5s, while iPhone 6 Plus features an even bigger 5.5-inch Retina HD display with 1920 x 1080 resolution, providing 88 percent more viewing area and nearly three times the pixels than iPhone 5s. The Retina HD displays offer advanced technologies including higher contrast for deeper blacks and dual-domain pixels for more accurate colors at wider viewing angles.

With second generation 64-bit desktop-class architecture, the all-new A8 chip offers faster performance and is more energy efficient, delivering higher sustained performance with great battery life. With Metal™, a new graphics technology in iOS 8, developers can take performance of the A8 chip even further to bring console-class 3D games to iPhone. The A8 chip also includes a new, powerful Apple-designed image signal processor that enables advanced camera and video features.

Both models include the M8 motion coprocessor that gathers motion data from the accelerometer, gyroscope, compass and the new barometer, which senses air pressure to provide relative elevation. The M8 motion coprocessor can continuously measure your motion data, even when the device is asleep, saving battery life for fitness apps that use the sensors all day. With iOS 8, motion data from M8 appears in the Health app so you can see how many flights of stairs you've climbed, or how far you've walked or run. Developers can use CoreMotion APIs that take advantage of M8 and HealthKit to create apps that help you take better care of your health and fitness.

iPhone 6 and iPhone 6 Plus introduce Apple Pay, an easy way to securely pay for physical goods and services in stores or apps with just the touch of a finger. Users can pay securely and conveniently in stores by simply holding the phone near the contactless reader while keeping a finger on Touch ID™; there is no need to unlock your iPhone or launch an app. With Apple Pay, you can also make one-touch purchases within apps, without having to enter credit card or shipping information. All payment information is kept private, encrypted and stored securely in the Secure Element, a chip inside the new iPhones.

## Download iPhone 6 and iPhone 6 Plus images



iPhone 6 and iPhone 6 Plus
Download (zip)



iPhone 6 and iPhone 6 Plus
Download (zip)



iPhone 6 and iPhone 6 Plus
Download (zip)



iPhone 6
Download (zip)

The iSight camera gets even better with a new sensor featuring Focus Pixels for faster autofocus, making it easier to quickly capture any moment. iPhone 6 Plus users will also benefit from optical image stabilization technology that compensates for hand shake in low light and works with iOS 8 to reduce subject motion. High-definition video on iPhone improves with faster frame rates up to 60fps for 1080p video and 240fps for slo-mo, as well as continuous autofocus, cinematic video stabilization and time-lapse video. The FaceTime HD camera now captures over 80 percent more light with a new sensor, larger f/2.2 aperture and advanced new features including burst mode and HDR video.

With faster LTE download speeds of up to 150 Mbps, iPhone 6 and iPhone 6 Plus users can browse, download and stream content faster. The new iPhones also support high-quality voice calls over LTE (VoLTE) as well as Wi-Fi calling.[2] With support for up to 20 LTE wireless bands—more than any other smartphone in the world—the new models make it easier to experience high-speed networks around the world. Both iPhones also include 802.11ac Wi-Fi with speeds up to 433 Mbps and Bluetooth 4.0.[3]

The new iPhones come with iOS 8, the biggest release since the launch of the App Store℠, delivering a simpler, faster and more intuitive user experience and new features including QuickType keyboard, a new Health app, Family Sharing and iCloud Drive. With more than 4,000 new APIs, iOS 8 allows developers to further customize the user experience with major extensibility features and robust frameworks such as HealthKit and HomeKit. iPhone 6 and iPhone 6 Plus users also have access to the revolutionary App Store, which offers more than 1.3 million apps to iPhone, iPad® and iPod touch® users in 155 countries around the world.

Pricing & Availability

iPhone 6 comes in gold, silver or space gray, and will be available in the US for a suggested retail price of $199 (US) for the 16GB model, $299 (US) for the 64GB model and, for the first time, a new 128GB model for $399 (US) with a two-year contract.[4] iPhone 6 Plus comes in gold, silver or space gray, and will be available in the US for a suggested retail price of $299 (US) for the 16GB model, $399 (US) for the 64GB model and $499 (US) for the new 128GB model with a two-year contract.[4] Both models will be available from the Apple Online Store (www.apple.com), Apple's retail stores, and through AT&T, Sprint, T-Mobile, Verizon Wireless, additional carriers and select Apple Authorized Resellers. iPhone 6 and iPhone 6 Plus will be available in the US, Australia, Canada, France, Germany, Hong Kong, Japan, Puerto Rico, Singapore and the UK beginning on Friday, September 19, and customers can pre-order both models beginning on Friday, September 12.

Apple-designed leather cases will be available in black, soft pink, olive brown, midnight blue and (RED) for $45 (US) for iPhone 6 and $49 (US) for iPhone 6 Plus and silicone cases in black, blue, pink, green, white and (RED) for a suggested retail price of $35 (US) for iPhone 6 and $39 (US) for iPhone 6 Plus through the Apple Online Store (www.apple.com), Apple's retail stores and select Apple Authorized Resellers.

iPhone 5s will be available in the US for a suggested retail price of $99 (US) for the 16GB model and $149 (US) for the 32GB model, and an iPhone 5c 8GB model will be available for free.[4] iOS 8 will be available as a free software update starting on Wednesday, September 17. Some features may not be available on all products. Apple Pay will be available to US customers as a free software update to iOS 8 this October.

[1] Apple Pay will be available to iPhone 6 and iPhone 6 Plus customers in the US as a free update to iOS 8 this October.
[2] LTE, VoLTE and Wi-Fi calling are available through select carriers. Network speeds are dependent on carrier networks, check with your carrier for details.
[3] Based on theoretical speeds, actual speeds may vary.
[4] For qualified customers only. Check with your carrier for details.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

Press Contacts :
Nat Kerris
Apple
nat@apple.com
(408) 974-6877

Teresa Brewer
Apple
tbrewer@apple.com

(408) 974–6851

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, iSight, FaceTime, Apple Pay, QuickType, iCloud Drive, Retina, Metal, Touch ID, App Store, iPad and iPod touch are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline    (408) 974–2042    media.help@apple.com

PhoneArena is looking for new authors! To view all available positions, click here.   x

| Site Search | ALL |
|---|---|

LOGIN   REGISTER

**HOME**    **PHONES**    **TABLETS**    **NEWS**    **REVIEWS**    **VIDEOS**        TIP US

HOT RIGHT NOW   iPhone 6 and 6 Plus have been released - here's all you need to   know

Home > News > Samsung Galaxy Alpha price and release date: cheaper than an S5

# Samsung Galaxy Alpha price and release date: cheaper than an S5

Posted: 13 Aug 2014, 04:25, by Daniel P.

*Tags:*   Samsung   +   Android   +



Samsung took the stage today, and announced its long-awaited metal handset, the Galaxy Alpha. Well, metal is an overstatement here, as just the frame, side rim, home key and camera lens bordering are made out of the hard stuff, but it's still a more premium development, compared to the usual plasticky contraptions the company churns out.

In any case, besides the unorthodox for Samsung design, the Galaxy Alpha is decked-out in the specs department, too, featuring powerful Exynos or Snapdragon processors with LTE Cat. 6 cellular modems, allowing up to 300 Mbps download speeds - if your carrier is up to those, of course. A hearty 12 MP camera is placed on the back, and 2 GB of RAM, as well as 32 GB of storage round up the pretty offering. About the only disappointment is the 1860 mAh battery, but the screen is with HD resolution, so this juicer might turn out to be enough for a decent battery life.

How much will it cost, though, and when will the Galaxy Alpha be available? Well, it turns out that the rumors about the release date being in September turned out to be true. The Galaxy Alpha will go up for preorder in Russia this Friday, August 15th, and will be launched on September 12th for the equivalent of $690, which is a sixth cheaper than the Galaxy S5 there. This is Russia we are talking about, though, and popular smartphones tend to be rather expensive at launch there, so in Europe and the US we can reasonably expect the Galaxy Alpha to pop up for a tad below the 600 USD or EUR mark, barring any carrier subsidies. Of course, that doesn't preclude the good ol' UK retailers to put it up for preorder at the hefty 500 pounds sterling price tag, but we all know how things on the island country go when it comes to electronics pricing.

## POPULAR STORIES

 Best, lightest, and most awesome Android launchers

 iOS 8 release date and time: Available now!

 How to download and install the iOS 8 update to your iPhone, iPad or iPod touch

 The bigger they are, the harder the new iPhones fall in drop test

1   2   3   4



## Samsung Galaxy Alpha
## Product Specifications

65.5mm

**Camera**
12MP (rear) + 2.1MP (front)

**Sensor**
Accelerometer, Gyro Sensor,
Geomagnetic Sensor,
Hall Sensor, Light Sensor,
Proximity Sensor,
Gesture Sensor,
Fingerprint Sensor,
HR Sensor

**OS**
Android 4.4.4 (KitKat)

**Weight**
115g

**Battery**
1,860mAh

**Display**
4.7" HD Super AMOLED
(1280 x 720)

132.4mm

**Memory**
RAM - 2GB
Internal Memory - 32GB
No micro SD Slot

**AP**
Octa Core (Quad 1.8GHz + Quad 1.3GHz)
or Quad Core 2.5GHz

H
6.7mm

**Network**
LTE Cat.6 (300/50Mbps)

**Connectivity**
WiFi: 802.11 a/b/g/n/ac HT80,
MIMO(2x2)
Bluetooth®: 4.0 BLE / ANT+
USB: USB 2.0
NFC

- All functionality, features, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing,
components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

**SAMSUNG TOMORROW**

SHARE:

 Nokia Lumia 530 launches in India
13 Aug

PREV NEWS

 Samsung Galaxy Alpha vs Sony
Xperia Z1 Compact vs Galaxy S5
mini: specs 13 Aug

NEXT NEWS

## RELATED PHONES

 **SAMSUNG GALAXY ALPHA**

Specifications | News (65) | Review | User Reviews

Discussions (0) | Photos | Size it | 360° | Manual

## RELATED NEWS (GALAXY ALPHA)

 Get the
Samsung
Galaxy Alpha
imported into the
states for $699

 Samsung's
metallic Galaxy
Alpha is now
available to buy
(in select
markets)

 Apple iPhone 6
vs Samsung
Galaxy Alpha:
in-depth specs
comparison

### RECENT ARTICLES



Google Now vs
Siri vs Cortana:
showdown

iOS 8 Review:
an update
focused on what
matters

Finally! Galaxy
Note 4's Super
AMOLED
screen to have
super-accurate
colors

1  2  3  4

### HOT PHONES



Apple iPhone 6   Samsung Galaxy S5   LG G3   HTC One (M8)

| Sony Xperia | Samsung | Apple iPhone | Nokia Lumia |
| Z3 | Galaxy Note | 6 Plus | 930 |

## 8 COMMENTS

OPTIONS    FOLLOW

---

posted on **13 Aug 2014, 04:29**  4



1. **AlikMalix** (Posts: 402; Member since: 16 Jul 2014)

Wait, what? another Samsung Alpha news? that's only 5 in a row, maybe one more for good measure? no?

posted on **13 Aug 2014, 04:37**  8



2. **NextGenTech** (limited) (Posts: 59; Member since: 24 Jul 2014)

"About the only disappointment is the 1860 mAh battery," Don't understand yes although poor in this age you love the worser Apple 5S battery in your reviews... Come on.

posted on **13 Aug 2014, 05:03**  1



3. **GreekGeek** (Posts: 763; Member since: 22 Mar 2014)

Still expensive
Cheaper doesn't equate to being a good/better buy.

posted on **13 Aug 2014, 05:46**  5



4. **supa_dupa** (Posts: 65; Member since: 21 Dec 2012)

1. Too expensive
2. Mid-range specs
3. Not fully metal (only Apple and HTC can build premium metal device)
4. Ugly look.
5. Anemic battery
6. No Boom sound stereo
7. Touchwiz

posted on **13 Aug 2014, 06:41**  2



5. **HoPhonTab** (Posts: 34; Member since: 03 Jun 2014)

Good looking phone but at that price Lol
1860mah battery lol samsung galaxy s3 have a higher battery capacity

posted on **13 Aug 2014, 16:23**



6. **javy108** (Posts: 161; Member since: 27 Jul 2014)

I bet this wont be a best seller device >.<

posted on **13 Aug 2014, 17:09**



7. **gigaraga** (Posts: 901; Member since: 29 Mar 2013)

Matches Z13C. So why would anyone still want the Z13C? (esp since Z1C with poor display and camera)

posted on **17 Aug 2014, 09:17**



8. **robertkoa** (Posts: 8; Member since: 27 Apr 2014)

A nice , powerful compact phone
with a very good Camera.

Pocket Sized Phone.

Need a thicker Alpha to enable
larger Battery and SD card.

2 or 3 mm thicker and we have

Alpha Pro -will Samsung do it ?

And they need to remove hardware Home button in 2015.

Really.

Want to comment? Please **login** or **register**.

## LATEST STORIES

## INTERESTING STORIES

<span>1</span> <span>2</span>




Google Now vs Siri vs Cortana



Best iOS 8 third-party keyboards



iOS 8 Review



iOS 8 is now available

Finally! Galaxy Note 4's Super AMOLED screen to have super-accurate colors



How Apple and Motorola made me freeze my smartwatch purchase plans



A closer look at Apple's A8 chip



Here are the best iPhone trade-in deals right now

| | | |
|---|---|---|
| Home | Discussions | |
| Manufacturers | Videos | |
| Carriers | | |
| News | | |
| Reviews | | |

Affiliates: Speed Guide, Cell Phone Accessories, PubGalaxy

Search PhoneArena.com

PhoneArena network:

About Us   Advertise   Contact Us   Database Licensing   Links   Jobs

All content (phone reviews, news, specs, info), design and layouts are Copyright 2001-2014 phonearena.com. All rights reserved. Reproduction in whole or in part or in any form or medium without written permission is prohibited!

Privacy · Terms of use · Cookies

CDN services by:

View mobile version



ENGLISH    LOGIN

PRODUCTS    INDUSTRIES    INSIGHTS    TOTAL VIDEO    ACADEMY    CAREERS    ABOUT US

INSIGHTS /
Market Rankings

JULY 3, 2014                                37

# comScore Reports May 2014 U.S. Smartphone Subscriber Market Share

Smartphones Achieve 70 Percent Mobile Market Share

RESTON, VA, July 2, 2014   – comScore, Inc. (NASDAQ: SCOR), a leader in measuring the digital world, today released data from comScore MobiLens® and Mobile Metrix®, reporting key trends in the U.S. smartphone industry for May 2014. Apple ranked as the top smartphone manufacturer with 41.9 percent OEM market share, while Google Android led as the #1 smartphone platform with 52.1 percent platform market share. Facebook ranked as the top individual smartphone app.

Smartphone OEM Market Share
169 million people in the U.S. owned smartphones (70 percent mobile market penetration) during the three months ending in May, up 4 percent since February. Apple ranked as the top OEM with 41.9 percent of U.S. smartphone subscribers (up 0.6 percentage points from February). Samsung ranked second with 27.8 percent market share (up 0.8 percentage points), followed by LG with 6.5 percent, Motorola with 6.3 percent and HTC with 5.1 percent.

JOIN OUR EMAIL LIST

GET OUR MOBILE APP

## Related Products

### Mobile Metrix

comScore Mobile Metrix® brings comScore's Unified Digital Measurement™ to smartphone devices, combining on-device metering with census-level data to provide the most...
Learn More

### MobiLens

comScore MobiLens® provides an unparalleled view of the U.S., European, Japanese and Canadian mobile media landscapes, connecting data on mobile consumer demographics and...
Learn More

| Top Smartphone OEMs<br>3 Month Avg. Ending May 2014 vs. 3 Month Avg. Ending Feb. 2014<br>Total U.S. Smartphone Subscribers Age 13+<br>Source: comScore MobiLens | | | |
|---|---|---|---|
| | Share (%) of Smartphone Subscribers | | |
| | Feb-14 | May-14 | Point Change |
| Total Smartphone Subscribers | 100.0% | 100.0% | N/A |
| Apple | 41.3 | 41.9 | 0.6 |
| Samsung | 27.0 | 27.8 | 0.8 |
| LG | 6.8 | 6.5 | -0.3 |

| | | | |
|---|---|---|---|
| Motorola | 6.3 | 6.3 | 0.0 |
| HTC | 5.4 | 5.1 | -0.3 |

Smartphone Platform Market Share

Android ranked as the top smartphone platform in May with 52.1 percent market share, followed by Apple with 41.9 percent (up 0.6 percentage points from February), Microsoft with 3.4 percent, BlackBerry with 2.3 percent and Symbian with 0.1 percent.

Top Smartphone Platforms
3 Month Avg. Ending May 2014 vs. 3 Month Avg. Ending Feb. 2014
Total U.S. Smartphone Subscribers Age 13+
Source: comScore MobiLens

| | Share (%) of Smartphone Subscribers | | |
|---|---|---|---|
| | Feb-14 | May-14 | Point Change |
| Total Smartphone Subscribers | 100.0% | 100.0% | N/A |
| Android | 52.1% | 52.1% | 0.0 |
| Apple | 41.3% | 41.9% | 0.6 |
| Microsoft | 3.4% | 3.4% | 0.0 |
| BlackBerry | 2.9% | 2.3% | -0.6 |
| Symbian | 0.2% | 0.1% | -0.1 |

Top Smartphone Apps

Facebook ranked as the top smartphone app, reaching 76.4 percent of the app audience, followed by Google Play (51.8 percent), YouTube (51.7 percent) and Google Search (49.2 percent).

Top 15 Smartphone Apps
May 2014
Total U.S. Smartphone Mobile Media Users, Age 18+ (iOS and Android Platforms)
Source: comScore Mobile Metrix

| | Top 15 Apps | % Reach |
|---|---|---|
| | Smartphone App Audience | 100.0% |
| 1 | Facebook (Mobile App) | 76.4% |
| 2 | Google Play (Mobile App) | 51.8% |
| 3 | YouTube (Mobile App) | 51.7% |
| 4 | Google Search (Mobile App) | 49.2% |
| 5 | Pandora Radio (Mobile App) | 47.6% |
| 6 | Google Maps (Mobile App) | 44.3% |
| 7 | Gmail (Mobile App) | 42.2% |
| 8 | Instagram (Mobile App) | 32.0% |
| 9 | Yahoo Stocks (Mobile App) | 28.9% |
| 10 | Facebook Messenger (Mobile App) | 27.5% |

| 11 | Yahoo Weather Widget (Mobile App) | 26.0% |
|----|-----------------------------------|-------|
| 12 | Apple Maps (Mobile App) | 25.3% |
| 13 | Twitter (Mobile App) | 23.0% |
| 14 | Google+ (Mobile App) | 22.5% |
| 15 | iTunes Radio/iCloud (Mobile App) | 21.6% |

About Mobile Metrix

comScore Mobile Metrix provides mobile audience measurement across smartphones and tablets. Using a combination of panel and census-based measurement methods, Mobile Metrix offers an unduplicated view of mobile browsing and app audiences at the media property, website and individual app level.

About MobiLens

MobiLens data is derived from an intelligent online survey of a nationally representative sample of mobile subscribers age 13 and older. Data on mobile phone usage refers to a respondent's primary mobile phone and does not include data related to a respondent's secondary device.

About comScore

comScore, Inc. (NASDAQ: SCOR) is a global leader in digital measurement and analytics, delivering insights on web, mobile and TV consumer behavior that enable clients to maximize the value of their digital investments. For more information, please visit www.comscore.com/companyinfo.

Contact:

Adam Lella

comScore, Inc.

+1 (312) 775-6474

press@comscore.com

Follow @comScore    114K followers

Tags: Android, Apple, Mobile, Samsung, Smartphone

37

YOU ARE HERE: HOME > INSIGHTS > MARKET RANKINGS > COMSCORE REPORTS MAY 2014 U.S. SMARTPHONE SUBSCRIBER MARKET SHARE

| PRODUCTS | INDUSTRIES | INSIGHTS | TOTAL VIDEO | ACADEMY | CAREERS |
|----------|------------|----------|-------------|---------|---------|
| Audience | Agencies | Press Releases | | About comScore | Job |
| Analytics | CPG | Presentations & | | Academy | Opportunities |
| Advertising | Education | Whitepapers | | Course Catalog | Life at comScore |
| Analytics | Energy | Blog | | Certified Expert | Message from |
| Enterprise | Financial | Videos | | Program | the CEO |
| Analytics | Services | Data Mine | | Partner | Campus |

Stay connected

ting

Healthcare

Investment

Research

Media

Manufacturing

Pharmaceutical

Professional

Services

Retail

Technology

Telecommunications

Travel

Events &

Webinars

Stay Connected

Communication

Preference

Center

CONTACT ME NOW

Program

ABOUT US

comScore Fact

Sheet

Privacy

Investor

Relations

Media Kit

Management

Patents

Locations

Third-Party

Accreditation,

Certification and

Review

Privacy Policy - © 2014 comScore, Inc.



Register | Log in

MAIN MENU ▾    MY STORIES: 6 ▾    FORUMS    SUBSCRIBE    JOBS

# GEAR & GADGETS / PRODUCT NEWS & REVIEWS

## Google releases Android 4.4.3 to Nexus devices

The Nexus 4, 5, 7, and 10 can all manually update right now.

by Ron Amadeo  - June 2 2014, 7:35pm EDT                                                80



Google has just released a new version of Android: 4.4.3. After Sprint totally jumped the gun by announcing the update in April, Google has finally pushed 4.4.3 to the Nexus Factory Image page. T-Mobile has a changelog for the update, which is wildly descriptive:

> Improvements
>
> - Security enhancements
> - Various bug fixes

Google is hosting 4.4.3 images for the Nexus 5, both Nexus 7s, Nexus 10, and Nexus 4. These are full images that must be manually applied and will erase everything on your device. Users interested in not losing their data should wait for the OTA update, which is slowly rolling out to devices now. And if you're the type of person interested in seeing the code, the AOSP code drop is going on right now, too.

READER COMMENTS    80

114            179            89



Ron Amadeo / Ron is the Reviews Editor at Ars Technica, where he specializes in Android OS and Google products. He is always on the hunt for a new gadget and loves to rip things apart to see how they work.

@RonAmadeo on Twitter

---

LATEST FEATURE STORY ◢



FEATURE STORY ( 11 PAGES)

### iOS 8, thoroughly reviewed

A big, developer-centric update completes the overhaul started in iOS 7.

WATCH ARS VIDEO ◢

### Space Shuttle Enterprise Tour

A mini-documentary on one of NASA's experimental toys, the Enterprise.

STAY IN THE KNOW WITH ◢

LATEST NEWS ◢

YOUTH ELITE '14

### A not-so-friendly reminder from the gov't: Yelp is not for kids

← OLDER STORY    |    NEWER STORY →

## YOU MAY ALSO LIKE ◢



**Review: The new Moto G doesn't change much, but still a steal at $179**



**Review: In its second generation, the Moto X becomes a true flagship**



**Google releases Google Fit SDK along with special version of Android L**



**Sponsored:** Three Winning Recipes, Courtesy of Chef Watson (and Bon Appétit)



**Google launches Android One, bringing India $105 smartphones**



**The state of Android updates: Who's fast, who's slow, and why**



**Android Browser flaw a "privacy disaster" for half of Android users**

**Google Hangouts gets a huge update, including Google Voice integration**



**Hack runs Android apps on Windows, Mac, and Linux computers**



**2014 Ig Nobel awards honor nasal tampons made of bacon**



**Bill would limit reach of US search warrants for data stored abroad**



**AT&T's friends: Meet the companies and politicians "enthusiastic" about DirecTV buy**

LIMB FROM LIMB

**iFixit tears new iPhones apart, finds they're pretty easy to fix**

## Stream the web to your TV

google.com/Chromecast

wirelessly with Google Chromecast! Get yours for only $35.

### SITE LINKS

About Us
Advertise with us
Contact Us
Reprints

### SUBSCRIPTIONS

Subscribe to Ars

### MORE READING

RSS Feeds
Newsletters

### CONDE NAST SITES

Reddit
Wired
Vanity Fair
Style
Details

Visit our sister sites ▾
Subscribe to a magazine ▾

**VIEW MOBILE SITE**

© 2014 Condé Nast. All rights reserved
Use of this Site constitutes acceptance of our   User Agreement (effective 1/2/14) and   Privacy Policy (effective 1/2/14), and   Ars Technica Addendum (effective 5/17/2012)
Your California Privacy Rights
The material on this site may not be reproduced, distributed, t    ransmitted, cached or otherwise used, except with the prior wri    tten permission of Condé Nast.

Ad Choices ▷



**Topics** ⌄    **Show**    **Deals**    **Tip Us**    `Search`

**PREVIOUS STORY**
Thursday Poll: What's Keeping You With Your Current Wireless Carrier?

**NEXT STORY**
Tip: Do a Google Search for Artists, Tap Quick Links to Apps to Listen to Them

by Kellex on Jun 19, 2014

SHARE THIS STORY

# Whoa: Android 4.4.4 Factory Images Posted as Build KTU84P (Updated)



Umm, so yeah, Google just posted **Android 4.4.4** factory images as build **KTU84P**.

We are seeing files for the Nexus 5, Nexus 7 (2013) WiFi, Nexus 10, Nexus 4, Nexus 7 (2012) WiFi, and Nexus 7 (2012)

Mobile.

The new 4.4.4 binaries are there too.

I would be lying if I said that this move wasn't surprising. We just got an OTA update on almost all Nexus devices to Android 4.4.3 a couple of weeks ago. I would imagine that another OTA update is imminent. Any guesses as to what it will fix?

If you are interested in flashing Android 4.4.4 factory images, hit up these instructions.

**Update**:  My Nexus 4 is now running Android 4.4.4. So far, not seeing anything new in particular.

**Update 2**:  According to Sprint, the update is nothing but a security fix.

**Update 3**:  If you are prompted with an OTA file, don't forget to grab the URL of the file.

Via:  Factory Images | Binaries



**PREVIOUS STORY**
Thursday Poll: What's Keeping You With Your Current Wireless Carrier?

**NEXT STORY**
Tip: Do a Google Search for Artists, Tap Quick Links to Apps to Listen to Them




← Older Comments

- *killerdo*
  Does this look infected?

- *Joshua Rewerts*
  M7 GPE just updated OTA to 4.4.4

← Older Comments

## About Droid Life

We consider ourselves to have the greatest Android community in the world, here at Droid Life. We talk general news, feature apps, review phones, and even teach you how to hack a little. But most importantly, there is no place on the internet that has the reader participation that we do and consider ourselves to be completely community driven. If you were looking for the best place to learn about Android and talk with like-minded folks about all things tech, then Droid Life is for you.

## Follow Us

 Facebook G+ Google+ YouTube YouTube Twitter Twitter Subscribe



BUSINESS    FINANCE    LIFE    SPORTS    TECH & SCIENCE    TRAVEL    HEADLINES    HEALTH    UNITED STATES

You are here: Home / Tech & Science / Samsung Galaxy S5 Android 4.4.4 KitKat Update Released

| Search this website… | Search |

## Samsung Galaxy S5 Android 4.4.4 KitKat Update Released

September 13, 2014 By Andreea Madalina     Leave a Comment



### FOLLOW US

### RECENT POSTS

Buying iPhone 6 With Same Release Date Delivery

Upgrading iPhone 5 & iPhone 5s To iOS 8- Features, Performance, Update, Apps

Apple Described "Switching From Android to iPhone 6"

iPhone 6 vs New Moto X: People Prefer What?

iOS 8 Release Date Today: Installation Instructions for iPhone, iPad and iPod

HTC to Make Waterproof Extreme Sports Camera

IBM introduces "Watson Analytics" stores huge data with natural data tools

New Release Date For The Samsung Galaxy Note 4

Skype Vs Viber: Who Wins?

Apple iPhone 6 Plus vs Samsung Galaxy Note 3 – Is the Note 3 of Any Competition to the iPhone 6 Plus?

The highly anticipated Galaxy S5 Android 4.4.4 KitKat Update has just started. Way back in June, Google has launched two spanking new Android 4.4 KitKat updates in the forms of Android 4.4.3 KitKat and Android 4.4.4 KitKat. Both were, and still are, bug fixers intended at hush-up major Android 4.4.2 KitKat problems. In prior three months, we have seen numerous Android manufacturers make it a point to bring these two updates to Smartphone and tablet users.



We have seen that Samsung lagged behind in this stance, but early this month, they also comes up with the number of new Samsung Galaxy

Android 4.4.4 KitKat update details including an Android 4.4.4 KitKat update inveterate for the Galaxy Note 4 and the company's first Android 4.4.4 KitKat squash.

Recently, Samsung has launched the Galaxy S3 Neo Android 4.4.4 KitKat Update in Kazakhstan. You can get the update via company's Samsung Kies software for PC. In fact, this update was the company's first Android 4.4.4 KitKat update but it's not going to be its last for sure.



The Galaxy Note 3 Android 4.4.4 KitKat Update has started rolling out yesterday. The update brings out with the number of new features and it should be rolling out, gradually, to Galaxy Note 3 available owners on the Now Network. As per the reports waving around, the Sprint Galaxy S5 Android 4.4.4 KitKat Update was prowling on the Sprint's Website in the last week; although it has not been out yet.



No doubt, it seems to be the good news for the Galaxy users all over the United States, Australia and the rest of the world but it doesn't alter the truth that the Samsung Galaxy Android 4.4.4 KitKat condition remains gloomy in front of the Android L release.

by Andreea Madalina

Filed Under: Tech & Science          Tagged With: android update, kitkat 4.4.4, Samsung Galaxy S5



AROUND THE WEB                                                              WHAT'S THIS?

The Motley Fool                  Fit Mom Daily                    Lifefactopia

How to Escape                    Controversial                    How to Buy Must-
Living Paycheck to               "Skinny Pill"                    Have Products for
Paychek                          Sweeps the Nation                Next to Nothing

Lifestyle Journal

Little Known Way
to Pay Off
Mortgage

ALSO ON ARGYLL FREE PRESS

Apple iPhone 6 Plus vs Samsung Galaxy        Galaxy Note 4 Versus Galaxy Note Edge:
Note 3 – Is the Note 3 of …  9 comments      Comparison  2 comments

Galaxy Note 4 Release Date- Read on          New Graphene Light Detector to Unhide
Latest Rumors on Release …  1 comment        Everything  1 comment

0 Comments        Argyll Free Press                              ● Login ▾

Sort by Best ▾                                        Share ➦  Favorite ★

👤  | Start the discussion… |

Be the first to comment.

✉ Subscribe      Ⓓ Add Disqus to your site

RETURN TO TOP OF PAGE                                         COPYRIGHT © 2014 · ARGYLLFREEPRESS.COM

TIP US    FACEBOOK    TWITTER    GOOGLE+    RSS    LOG IN    SIGN UP

HOME    NEWS    REVIEWS    BLOG    TOOLS    COMPARE    GLOSSARY    FAQ    CONTACT US

Search


Nokia Lumia 930 review     Motorola Moto E review

NEWS

**Nokia**
Samsung
Motorola
Sony
LG
Apple
HTC
BlackBerry
HP
Huawei
Acer
Asus
Alcatel
Vodafone
T-Mobile
Toshiba
Gigabyte
Pantech
ZTE
XOLO
Lava
Micromax
BLU
Spice
Prestigio
verykool
Unnecto
Maxwest
Celkon
Gionee
NIU
Yezz
Parla
Plum

ALL BRANDS
RUMOR MILL
PHONE FINDER

# T-Mobile Samsung Galaxy S4 gets Android 4.4.4 KitKat

11 September, 2014 | Comments (37) | Post your comment

Tags: Android, Samsung, T-Mobile, Firmware updates

It's Android 4.4.4 update season for Samsung smartphones sold by US carriers, it seems. Following in the footsteps of Sprint's Galaxy Note 3 and Verizon's Galaxy S5, it's now the turn of T-Mobile's Galaxy S4 to be updated.

Android 4.4.4 is currently the latest release of Google's mobile operating system. The update for TMo's Galaxy S4 is rolling out over-the-air but can also be grabbed by using Kies, Samsung's desktop PC software.





If you want to install the new software, make sure your phone has at least 50% battery left, and keep in mind that you can't update if your handset is rooted.

The update comes in at around 400MB. After applying it, you'll be on build number M919UVUFNH7. Aside from all the bug fixes and enhancements that are built into Android 4.4.4, the new version brings with it support for T-Mobile's free inflight texting offer (made possible through a partnership with Gogo).

Source | Via

| 121 | 53 | 3 | 3 |
| Tweet | Like | g+1 | g+ Share | Share |

### MOST POPULAR



Apple iPhone 6 Plus



Samsung Galaxy S5

| 1 | 2 | 3 |

### LATEST NEWS

Samsung sold one million Galaxy S5 units in Germany

New Samsung smartwatch to have fingerprint scanner

Samsung Galaxy A3 (SM-A300) revealed in User Agent profile

60,000 Xiaomi Redmi 1S units hit India on September 23

more news

### LATEST REVIEWS

Xiaomi Redmi 1S review: Stormtrooper

Moto X (2014) review: Have it your way

Sony Xperia Z3 Compact review: Not your usual suspect

more reviews

## T-MOBILE SAMSUNG GALAXY S4 GETS ANDROID 4.4.4 KITKAT - READER COMMENTS

S4

Yes, they are. Ussually, it took 1 - 1 1/2 day to drain. After the upgrade, it is 1/2 day. I am really pissed of by this lack of respect from Samsung.

2014-09-18 17:18          Mf5B                                              Reply

S4

Right. DO NOT UPGRADE. It really f****d up my phone. Slow. Blocked four times a day. The battery is dead after half a day. LOTS of bullshit apps. DO NOT UPGRADE. IF my phone is acting like that another I will take my money back, being still in guaran...

2014-09-18 17:15          Mf5B                                              Reply

Anonymous

Try to switch off the phone and take the battery out of phone for few mins then put it back and charge the phone once while keeping it switched off,then use in normal way and put back on charging hopefully it will solve this charging issue after Upda...

2014-09-18 04:34       MH9m             Reply

Read all comments    Post your comment         **Total reader comments: 37**

GSMArena.com    Home   News   Reviews   Blog   Compare   Coverage   Glossary   FAQ   RSS feed   Facebook   Twitter     CDN by

© 2000-2014 GSMArena.com   Mobile version   Contact us   Advertising   Privacy   Terms of use     maxcdn

Ad 

**The Switch**

# Apple and Samsung call a truce in their patent war. Sort of.



By **Hayley Tsukayama**  August 6    Follow @htsuka

Apple and Samsung have agreed to drop all litigation outside of the United States.  (EPA/Kimimasa Mayama)

The end of the patent fight between Apple and Samsung may finally be in sight.  The firms are calling a sort of truce in their long-standing battle, saying they will stand down on all lawsuits outside the United States.

"Apple and Samsung have agreed to drop all litigation between the two companies outside the United States," the companies said in a joint statement to Bloomberg. "This agreement does not involve any licensing arrangements, and the companies are continuing to pursue the existing cases in U.S. courts."

The dispute traces its roots back  to remarks from Apple's late co-founder, Steve Jobs, who believed that the Android operating system -- developed by Google and used by



Advertisement

EXHIBIT 5

Samsung and other phone makers -- was a blatant ripoff of Apple products. In the 2011 biography of Jobs released shortly after his death, author Walter Isaacson noted Jobs once said: "I'm going to destroy Android. I'm willing to go thermonuclear war on this."

In the years after Jobs's death, that war played out in a series of lawsuits between Apple and a number of Android phone makers, including HTC and Motorola. But no relationship has been more contentious than that between Apple and Samsung,  the two largest makers of smartphones and tablets in the world, which share nearly all of the smartphone market's profits between them.

While the firms have filed over a dozen intellectual property cases across Europe, Asia and North America, the decisions have failed to yield a clear advantage for either company -- and have eaten up considerable resources just as the smartphone market has only become more competitive.  Apple chief executive Tim Cook even said in a 2012 earnings call that he would "highly prefer to settle versus battle,"  though he would never stop defending Apple's intellectual property.

The latest announcement shows that  "thermonuclear war" is not the only option anymore. But it doesn't mean that the fight is over. The statement made a clear exception that the firms are only dropping cases outside of the United States, the country where the highest-profile cases have taken place. Apple won $930 million in damages from Samsung in a California court in 2012. It was also awarded $120 million in May in a U.S. case against Samsung, though it was far less than Apple had asked for.

The companies have also failed to strike licensing settlements

## The Most Popular All Over

THE DODO

Orphaned Rhino Calf Rescued By Kind-Hearted Motorists In...

THE ATLANTIC

How Sugar Daddies Are Financing College Education

THE TOLEDO BLADE

Convicted Fla. felon kills his 6 grandkids

**EXHIBIT 5**

out of court -- something that they've been urged to do
multiple times by presiding judges -- indicating this could be
more of a pause in the fighting than a definitive end.

Hayley Tsukayama covers consumer technology for The
Washington Post.

» Print

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Apple, Google settle smartphone patent litigation

Fri, May 16 2014

By Dan Levine



SAN FRANCISCO (Reuters) - Apple Inc and Google Inc's Motorola Mobility unit have agreed to settle all patent litigation between them over smartphone technology, ending one of the highest profile lawsuits in technology.

In a joint statement on Friday, the companies said the settlement does not include a cross license to their respective patents.

"Apple and Google have also agreed to work together in some areas of patent reform," the statement said.

Apple and companies that make phones using Google's Android software have filed dozens of such lawsuits against each other around the world to protect their technology. Apple argued that Android phones that use Google software copy its iPhones.

The two companies informed a federal appeals court in Washington that the cases should be dismissed, according to filings on Friday. However, the deal does not appear to apply to Apple's litigation against Samsung Electronics Co Ltd, as no dismissal notices were filed in those cases.

The most high-profile case between Apple and Motorola began in 2010. Motorola accused Apple of infringing several patents, including one essential to how cell phones operate on a 3G network, while Apple said Motorola violated its patents to certain smartphone features.

The cases were consolidated in a Chicago federal court. However, Judge Richard Posner dismissed it in 2012 shortly before trial, saying neither company had sufficient evidence to prove its case.

Last month, the appeals court gave the iPhone manufacturer another chance to win a sales ban against its competitor.

Google acquired Motorola Mobility in 2012 for $12.5 billion, and this year announced was selling Motorola Mobility's handset business to Lenovo, while keeping the vast majority of the patents.

(Reporting by Dan Levine. Editing by Andre Grenon)

© Thomson Reuters 2014. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.