UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ONGOING ROYALTIES** |

1  Before the Court is Apple's Motion for Ongoing Royalties.  Having considered the
2  parties' arguments and the papers submitted, and good cause having been shown, the Court
3  GRANTS Apple's motion as follows:
4  The Court hereby orders that Apple is entitled to an ongoing royalty under *Paice LLC v.
5  Toyota Motor Corp.*, 504 F.3d 1293 (Fed. Cir. 2007), in the amount of $2.75, $2.30, and $1.41
6  per infringing unit as to products adjudicated to infringe the '647, '172, and '721 patents,
7  respectively, and as to products not more than colorably different therefrom.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Hon. Lucy H. Koh
                                      United States District Judge