```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
    San Francisco, California 94111
 4  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 5
    Kevin P.B. Johnson (Bar No. 177129)
 6  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 7  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 8  Redwood Shores, California 94065-2139
    Telephone: (650) 801-5000
 9  Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
11  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
12  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
13  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC

17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR AN ONGOING ROYALTIES INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/6244304.1

Case No. 12-CV-00630-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR AN ONGOING ROYALTIES INJUNCTION

I, Victoria F. Maroulis, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of ECF No. 224 from *Paice LLP v. Toyota Motors Corp.*, Case No. 2:04-cv-211 (E.D. Tex. July 13, 2006).

3. Attached as Exhibit 2 is a true and correct copy of ECF No. 661 from *Amado v. Microsoft Corp.*, Case No. 8:03-cv-242-DOC-AN (E.D. Tex.March 14, 2007).

4. Attached as Exhibit 3 is a true and correct copy of ECF No. 38 from *Wheeling & Lake Erie Railway Co., v Brotherhood of Locomotive Eng'rs and Trainmen*, Case No 5:13-cv-2105 (N.D. Ohio, Jan. 14, 2014).

5. Attached as Exhibit 4 is a true and correct copy of ECF No. 272 from *Creative Internet Adver. Corp. v. Yahoo! Inc.*, Case No. 6:07-cv-00354-JDL (E.D. Tex. July 17, 2009).

6. Attached as Exhibit 5 is a true and correct copy of ECF No. 1171 from *Fractus, S.A. v. Samsung Elecs. Co., Ltd.*, Case No. 6:09-cv-00203-LED-JDL (February 22, 2014).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2014, at San Francisco, California.

*/s/  Victoria Maroulis*
Victoria F. Maroulis

02198.51981/6244304.1

-1-   Case No. 12-CV-00630-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR AN ONGOING ROYALTIES INJUNCTION