1 [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 12-CV-00630-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH COURT'S SEPTEMBER 18, 2014 ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2  Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") file this Stipulation to expand the time to comply with the Court's September 18, 2014
4  Order Granting-in-Part and Denying-in-Part Apple's and Samsung's Administrative Motions to File
5  Documents Under Seal (Dkt. No. 1981) ("September 18 Order").

6  WHEREAS, the Court entered an Order on September 18, 2014 addressing sealing issues
7  related to 30 different motions to seal covering in excess of a hundred and thirty documents and
8  thousands of pages, directing the parties to re-file documents complying with the Court's Order
9  within seven days as to some documents, and inviting the Parties to seek reconsideration as to
10 others;

11 WHEREAS, the Parties have conferred regarding the Court's Order and worked diligently to
12 review the documents at issue to meet the Court's deadline, in particular to make any follow-up
13 requests as narrow as possible and to notify third parties whose confidentiality interests may be
14 implicated;

15 WHEREAS, the Parties intend to file narrow renewed motions to seal seeking to seal a small
16 subset of documents at issue in the September 18 Order, as well as prepare redacted versions of
17 documents order filed publicly that preserve third parties confidential business information;

18 NOW THEREFORE, the parties jointly request that the following schedule be
19 entered:

20  1.  The parties file any renewed motions to seal or motions to stay by Thursday, October
21 9, 2014, at 5 p.m. PST; and

22  2.  The parties file all documents not covered by a stay or renewed motion to seal,
23 publicly or with redactions consistent with the September 18 Order, by Thursday, October 9, 2014,
24 at 5 p.m. PST.

25

26 **IT IS SO STIPULATED.**

27

28

IT IS SO STIPULATED.

Dated:  September 24, 2014

| By:  */s/ Mark D. Selwyn* | By:  */s/ Michael L. Fazio* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant | Attorney for Defendants and Counterclaim-Plaintiffs |
| APPLE INC. | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109 | CHARLES K. VERHOEVEN<br>(Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>KEVIN A. SMITH (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>WILLIAM C. PRICE (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>MICHAEL L. FAZIO (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |

02198.51981/6248036.1

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH COURT'S SEPTEMBER 18, 2014 ORDER
CASE NO. 12-CV-00630 (LHK)

| | |
|---|---|
| Telephone: (617) 526-6000 | Telephone: (213) 443-3000 |
| Facsimile: (617) 526-5000 | Facsimile: (213) 443-3100 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

## ATTESTATION

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: September 24, 2014            */s/ Michael L. Fazio*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | Dated: September ____, 2014

Hon. Paul S. Grewal, Magistrate Judge

United States District Court for the Northern

District of California