QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH COURT'S SEPTEMBER 18, 2014 ORDER** |

02198.51990/6246628.1

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL. ISO STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH COURT'S SEPTEMBER 18, 2014 ORDER

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. The parties have conferred regarding the Court's September 18, 2014 Order ("September 18 Order"). Samsung has worked diligently to review the documents at issue, and I am informed that Apple has done the same. In particular, the Parties aim to make any follow-up sealing requests as narrow as possible and to notify third parties whose confidentiality interests are implicated in the documents covered by the September 18 Order.

3. In light of the volume of documents at issue, including 30 different motions to seal covering an excess of one hundred and thirty documents, the Parties seek additional time for the re-filing of redacted and un-redacted documents publicly so that they may notify all third parties whose potential confidential business data is implicated in the documents covered by the September 18 Order, as well as timely file any motion for reconsideration of the Court's September 18 Order as to limited, narrowly tailored portions of the information at issue. The additional time will also permit the parties to confer regarding and confirm redactions for their respective confidential information.

4. This will be the first extension to the deadline set in the September 18 Order, and will not affect the remainder of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

-1-  Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL. ISO STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH COURT'S SEPTEMBER 18, 2014 ORDER

02198.51990/6246628.1