# EXHIBIT A

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 301 | N/A | 1996 | FreeWAIS-sf 2.0 distribution | FUHRNDCA630-00000001 | FUHRNDCA630-00000001 | Martin Rinard, Norbert Fuhr, Ulrich Pfeifer | Invalidity of the '959 patent | | |
| 302 | N/A | 1994 | Selections from the AppleSearch 1.5 source code from bates range 630OFFAPPLESOURCECODE_000001 - 630OFFAPPLESOURCECODE_010367 | See Appendix 1 | See Appendix 1 | Martin Rinard | Invalidity of the '959 patent | | |
| 303 | McCleod Ex. 14 | 1994 | AppleSearch version 1.5 retail box with contents (McLeod depo. Ex. 14), as made available for inspection by Apple in this litigation and later produced in separate pieces, including, inter alia, the included AppleSearch 1.5 User's Guide (produced at APLNDC630-0000441829 to 943), AppleSearch 1.5 Administrator's Guide (produced at APLNDC630-0000441944 to 2053), and AppleSearch 1.5 executable software (produced at APLNDC630-Z000000003) | N/A | N/A | Martin Rinard; Kenneth McCleod | Invalidity of the '959 patent | | |
| 304 | Fuhr Ex. 4, Pfeifer Ex. 5 | 1994 | Tung, *Expansion of the FreeWAIS Server*, and English translation | SAMNDCA630-04385219 FUHRNDCA630-00000013 SAMNDCA630-06029163 | SAMNDCA630-04385406 FUHRNDCA630-00000200 SAMNDCA630-06029352 | Norbert Fuhr, Martin Rinard | Invalidity of the '959 patent | | |
| 305 | N/A | N/A | Summary of Ulrich Pfiefer emails corroborating public knowledge and use of FreeWAIS-sf 2.0 in the United States | N/A | N/A | Ulrich Pfeifer, Martin Rinard | Invalidity of the '959 patent | | |
| 306 | N/A | 1998 | Grossman, *Information Retrieval Algorithms and Heuristics* | SAMNDCA630-00936965 | SAMNDCA630-00937227 | Martin Rinard, Sylvia Hall-Ellis | Invalidity of the '959 patent | | |
| 307 | Bivona Ex. 12 | 1/18/1994 | Waters Gateway Test Log | DARTMOUTHNDCA630-00001661 | DARTMOUTHNDCA630-00001670 | Eric Bivona, Martin Rinard | Invalidity of the '959 patent | | |
| 308 | N/A | 7/23/2013 | E-mail from Maryam Garrett to Hiroshi Lockheimer re: Information regarding Android Search | GOOG-NDCAL630-00065845 | GOOG-NDCAL630-00065869 | Hiroshi Lockheimer, Bjorn Bringert, Martin Rinard | Damages | | |
| 309 | N/A | N/A | '604 patent file history | APLNDC630-0000040372 | APLNDC630-0000040855 | Martin Rinard | Invalidity of the '959 patent | | |
| 310 | Casseres Ex. 6 | 09/1996 | Newsgroup post by David Casseres to comp.sys.mac.system re: AppleSearch Pros/Cons | SAMNDCA630-07216824 | SAMNDCA630-07216826 | David Casseres, Martin Rinard | Invalidity of the '959 patent | | |
| 311 | Kahle Ex. 22 | 2/3/1992 | *Proceedings for Wide Area Information Server Workshop*, MCNC Conference | KAHLENDCA630-00013891 | KAHLENDCA630-00014007 | Martin Rinard, Sylvia Hall-Ellis, Brewster Kahle | Invalidity of the '959 patent | | |
| 312 | N/A | 1991 | Wide Area Information Servers (WAIS) launch lecture at Xeros PARC | SAMNDCA630-04526333 | SAMNDCA630-04526333 | Martin Rinard, Brewster Kahle | Invalidity of the '959 patent | | |
| 313 | Pfeifer Ex. 4 | 3/14/1997 | March 14, 1997 e-mail from Ulrich Pfeifer to a number of people re: "freeWAIS-sf (hosts)" | PFEIFERNDCA630-00004625 | PFEIFERNDCA630-00004626 | Ulrich Pfeifer, Martin Rinard | Invalidity of the '959 patent | | |
| 314 | N/A | 10/2005 | Selections from Windows Mobile 5 source code from bates range MSFT_CODE000170 to MSFT_CODE002803 | MSFT_CODE000170-00416 MSFT_CODE001127-01666 MSFT_CODE001127-01666 MSFT_CODE002023-02025 MSFT_CODE002413-02803 | MSFT_CODE000170-00416 MSFT_CODE001127-01666 MSFT_CODE001127-01666 MSFT_CODE002023-02025 MSFT_CODE002413-02803 | Jeffrey Chase, Gary Hall, Patrick Gogerty | Invalidity of the '414 patent | | |
| 315 | N/A | N/A | Summary of Windows Mobile press releases | N/A | N/A | Jeffrey Chase, Gary Hall | Invalidity of the '414 patent | | |
| 316 | N/A | 4/17/2013 | Windows Mobile sales records | MSFT-00630-001175 | MSFT-00630-001175 | Jeffrey Chase, Patrick Gogerty | Invalidity of the '414 patent | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 317 | N/A | 7/6/2005 5/23/2005 1/16/2006 | Selection of Microsoft TechNet articles | SAMNDCA630-00948288 SAMNDCA630-05347297 SAMNDCA630-07887096 | SAMNDCA630-00948293 SAMNDCA630-05347297 SAMNDCA630-07887109 | Jeffrey Chase, Gary Hall | Invalidity of the '414 patent | | |
| 318 | N/A | 12/20/2005 | Cyrus IMAP server documentation | CMU-NDCA630-00000001 | CMU-NDCA630-00000001 | Jeffrey Chase, Walter Wong | Invalidity of the '414 patent | | |
| 319 | N/A | 10/10/2005 | SUSE 10.0 / Evolution 2.4 software | NOVELLNDCA630-00000001 | NOVELLNDCA630-00000001 | Jeffrey Chase, Dan Winship, Jim Lundberg | Invalidity of the '414 patent | | |
| 320 | N/A | 10/10/2005 | SUSE 10.0 / Evolution 2.4 source code | NOVELLNDCA630-00000002 | NOVELLNDCA630-00000002 | Jeffrey Chase, Dan Winship, Jim Lundberg | Invalidity of the '414 patent | | |
| 321 | N/A | N/A | Summary of SUSE 10.0 press releases | N/A | N/A | Jeffrey Chase, Dan Winship, Jim Lundberg | Invalidity of the '414 patent | | |
| 322 | N/A | 9/5/2005 | SUSE 10.0 User Guide | SAMNDCA630-07791355 | SAMNDCA630-07791640 | Jeffrey Chase, Dan Winship | Invalidity of the '414 patent | | |
| 323 | N/A | 9/7/2005 | Evolution 2.4 User Guide | SAMNDCA630-00094438 | SAMNDCA630-00094555 | Jeffrey Chase, Dan Winship, Jim Lundberg | Invalidity of the '414 patent | | |
| 324 | N/A | 2/6/2006 | Groupwise 6.5 Administration Guide | SAMNDCA630-07873006 | SAMNDCA630-07874101 | Jeffrey Chase, Dan Winship, Jim Lundberg | Invalidity of the '414 patent | | |
| 325 | N/A | 1994 | Elmasri, *Fundamentals of Database Systems* | SAMNDCA630-07886200 | SAMNDCA630-07887095 | Jeffrey Chase | Invalidity of the '414 patent | | |
| 326 | N/A | 10/26/2004 | Hill, *Microsoft Smart Client Architecture & Design Guide* | SAMNDCA630-00949126 | SAMNDCA630 -00 94 9337 | Jeffrey Chase, Sylvia Hall-Ellis, Patrick Gogerty | Invalidity of the '414 patent | | |
| 327 | Lockheimer Ex. 7 | 7/6/2006 | Google Android Software Functional Requirements | GOOG-NDCAL630-00065439 | GOOG-NDCAL630-00065483 | Hiroshi Lockheimer, Paul Westbrook | Development of accused functionality, damages, invalidity of the '414 patent | | |
| 328 | Freedman Ex. 6 | 5/28/2008 | May 28, 2008 E-mail from G. Freedman | APLNDC630-0000197213 | APLNDC630-0000197213 | Gordie Freedman | Damages, invalidity of the '414 patent | | |
| 329 | N/A | 04/1986 | Koved, *Embedded Menus: Selecting Items in Context* | SAMNDCA630-00094643 | SAMNDCA630-00094649 | Kevin Jeffay, Sylvia Hall-Ellis | Invalidity of the '647 patent | | |
| 330 | N/A | 03/1985 | Sidekick 1.5 Owner's Handbook | FRIDNIELNDCA630-00006937 or SAMNDIEL630-00808758 | FRIDNIELNDCA630-00007065 or SAMNDCA630-00808886 | Lars Frid-Nielsen, Kevin Jeffay | Invalidity of the '647 patent | | |
| 331 | N/A | 1985 | Sidekick 1.56A Source Code | FRIDNIELNDCA630-00009433\SK v 1.56\Source Code\ | FRIDNIELNDCA630-00009433\SK v 1.56\Source Code\ | Lars Frid-Nielsen, Kevin Jeffay | Invalidity of the '647 patent | | |
| 332 | N/A | 1985 | Sidekick 1.56A Executable | FRIDNIELNDCA630-00009433\SK v 1.56\SK\ | FRIDNIELNDCA630-00009433\SK v 1.56\SK\ | Lars Frid-Nielsen, Kevin Jeffay | Invalidity of the '647 patent | | |
| 333 | N/A | N/A | Summary of State of the Art for 647 Patent | SAMNDCA630-00000869 SAMNDCA630-00001077 SAMNDCA630-00964592 SAMNDCA630-07177122 COHENNDCA630-00000188 or SAMNDCA630-00808437 COHENNDCA630-00001037 or SAMNDCA630-00806930 COHENNDCA630-00000667 or SAMNDCA630-00808887 SAMNDCA630-00000738 SAMNDCA630-00955229 SAMNDCA630-00807544 SAMNDCA630-00963873 | SAMNDCA630-00000883 SAMNDCA630-00001089 SAMNDCA630-00964809 SAMNDCA630-07177217 COHENNDCA630-00000476 or SAMNDCA630-00808725 COHENNDCA630-00001063 or SAMNDCA630-00807503 COHENNDCA630-00000993 or SAMNDCA630-00809213 SAMNDCA630-00000747 SAMNDCA630-00955572 SAMNDCA630-00808436 SAMNDCA630-00963913 | Diana Cohen, Kevin Jeffay, Sylvia Hall-Ellis | Invalidity of the '647 patent | | |

Apple v. Samsung (Case No: 12-CV-00630)
Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 334 | N/A | N/A | Summary of '647 Inventor Emails | MILLER00000064/APLNDC630-0000133392 MILLER00000065/APLNDC630-0000133393 MILLER00000133/APLNDC630-0000098807 | MILLER00000064/APLNDC630-0000133392 MILLER00000065/APLNDC630-0000133393 MILLER00000133/APLNDC630-0000098807 | Kevin Jeffay, Thomas Bonura | Noninfringement of the '647 patent; invalidity of the '647 patent | | |
| 335 | Clark Ex. 6 (Vol. 2) | 4/20/2007 | Email dated 4/20/2007 from Grace Kloba to Dianne Hackborn copying Cary Clark | GOOG-NDCAL630-00039288 | GOOG-NDCAL630-00039289 | Cary Clark, Dianne Hackborn, Kevin Jeffay | Development of accused functionality | | |
| 336 | Hackborn Ex. 6 | 7/27/2006 | Project Android Activities and Intents | GOOG-NDCAL630-00001806 | GOOG-NDCAL630-00001820 | Dianne Hackborn, Kevin Jeffay | Development of accused functionality | | |
| 337 | N/A | 1992 | Macintosh Human Interface Guidelines | SAMNDCA630-00944773 | SAMNDCA630-00945182 | Kevin Jeffay, Sylvia Hall-Ellis | Invalidity of the '647 patent | | |
| 338 | Bier Ex. 4 | 10/1992 | Bier, *Embedded Buttons: Supporting Buttons in Documents* | SAMNDCA630-04320879 | SAMNDCA630-04320905 | Eric Bier, Kevin Jeffay | Invalidity of the '647 patent | | |
| 339 | Bier Ex. 6 | 4/27/1991 | CHI '91 Conference Proceedings: Reaching Through Technology | SAMNDCA630-06443618 | SAMNDCA630-06443886 | Eric Bier, Kevin Jeffay | Invalidity of the '647 patent | | |
| 340 | N/A | 1992 | Embedded Buttons Source Code | PARCNDCA630-00000001 | PARCNDCA630-00000001 | Eric Bier, Kevin Jeffay | Invalidity of the '647 patent | | |
| 341 | N/A | 1991 | CHI '91 video program: Reaching Through Technology | SAMNDCA630-07274705 | SAMNDCA630-07274705 | Eric Bier, Kevin Jeffay | Invalidity of the '647 patent | | |
| 342 | N/A | 7/29/2004 | Neonode Quick Start Guide and download page for same (Exhibit A to the 6/25/13 Affidavit of Christopher Butler) | N/A | N/A | Chris Butler, Saul Greenberg | Invalidity of the '721 patent | | |
| 343 | Plaisant Ex. 10 | 1992 | Plaisant Video CHI '92 | PLAISANTNDCA-00000002 | PLAISANTNDCA-00000002 | Catherine Plaisant, Saul Greenberg | Invalidity of the '721 patent | | |
| 344 | Cockburn Ex. 11; Greenberg Ex. 11; Plaisant Ex. 6 | 5/3/1992 | Plaisant & Wallace, *Touchscreen Toggle Design* | SAMNDCA630-00001325 | SAMNDCA630-00001326 | Catherine Plaisant, Saul Greenberg | Invalidity of the '721 patent | | |
| 345 | N/A | N/A | iPhone 5 running iOS 7 [Version 7.0 (11 A 465), Model No. MD655 LL/A, Carrier Verizon 15.0] used at the September 27, 2013 deposition of Andrew Cockburn | N/A | N/A | Saul Greenberg | Invalidity of the '721 patent, damages | | |
| 346 | N/A | N/A | Samsung Dart (model SGH-T499) | N/A | N/A | Daniel Wigdor, Daewoon Myoung | Damages; non-infringing alternatives to the '172 patent | | |
| 347 | N/A | 2002 | MacKenzie & Soukoreff, *Text Entry for Mobile Computing: Models and Methods, Theory and Practice* | SAMNDCA630-00940864 | SAMNDCA630-00940916 | Daniel Wigdor | Invalidity of the '172 patent | | |
| 348 | Rous Ex. 22; Wigdor Ex. 10 | 1999 | Masui, *POBox: An Efficient Text Input Method for Handheld and Ubiquitous Computers* | SAMNDCA630-00094800 | SAMNDCA630-00094811 | Daniel Wigdor | Invalidity of the '172 patent | | |
| 349 | N/A | 1/13/2014 | Decision on Petition in Ex Parte Reexamination Proceeding No. 90/012,892 for U.S. Patent No. 8,074,172 | Not produced | Not produced | Daniel Wigdor | Invalidity of the '172 patent | | |

Apple v. Samsung  (Case No: 12-CV-00630)
Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 350 | N/A | N/A | Commercial Embodiment Product Brochure Compilation (FONET Present 1st Look Video PVII-200&PVII-200R Video Transmission Systems, (c) 1993; 1st Look Video Brochure; Emmy Award Winning FirstLook Video News Video Over Cellular Brochure; FirstLook ResQCam Brochure, (c) 1995; FirstLook ResQCam Video Over Cellular Medical Diagnostics) | SAMNDCA630-00828677 SAMNDCA630-00828679 SAMNDCA630-00828681 SAMNDCA630-00828683 SAMNDCA630-07218229 | SAMNDCA630-00828678 SAMNDCA630-00828680 SAMNDCA630-00828682 SAMNDCA630-00828684 SAMNDCA630-07218230 | Dan Schonfeld; Michael Freeman | Validity/Conception/Reduction to Practice of the '239 patent | | |
| 351 | N/A | N/A | Apple Accused Products Application Processor User Manual Compilation | APL630DEF-WH0001726602 APL630DEF-WH0001726611 APL630DEF-WH0001728448 APL630DEF-WH0001728933 APL630DEF-WH0001729591 APL630DEF-WH0001738776 APL630DEF-WH0001738779 APL630DEF-WH0001738783 APL630DEF-WH0001738866 APL630DEF-WH0001744145 APL630DEF-WH0001749889 APL630DEF-WH0001749900 APL630DEF-WH0001750131 APL630DEF-WH0001753268 APL630DEF-WH0001753272 APL630DEF-WH0001753351 APL630DEF-WH0001753620 APL630DEF-WH0001753659 APL630DEF-WH0003890052 APL630DEF-WH0003890056 APL630DEF-WH0003890060 APL630DEF-WH0003892426 APL630DEF-WH0003892558 APL630DEF-WH0003892597 APL630DEF-WH0003895651 APL630DEF-WH0003895733 APL630DEF-WH0004002318 APL630DEF-WH0004002323 APL630DEF-WH0004002427 APL630DEF-WH0004004795 APL630DEF-WH0001749889 APL630DEF-WH0001738776 | APL630DEF-WH0001726603 APL630DEF-WH0001726805 APL630DEF-WH0001728521 APL630DEF-WH0001729590 APL630DEF-WH0001730177 APL630DEF-WH0001738777 APL630DEF-WH0001738782 APL630DEF-WH0001738864 APL630DEF-WH0001738934 APL630DEF-WH0001744214 APL630DEF-WH0001749890 APL630DEF-WH0001750118 APL630DEF-WH0001750156 APL630DEF-WH0001753269 APL630DEF-WH0001753272 APL630DEF-WH0001753619 APL630DEF-WH0001753658 APL630DEF-WH0001753860 APL630DEF-WH0003890053 APL630DEF-WH0003890059 APL630DEF-WH0003890310 APL630DEF-WH0003892557 APL630DEF-WH0003892596 APL630DEF-WH0003892798 APL630DEF-WH0003895732 APL630DEF-WH0003895744 APL630DEF-WH0004002319 APL630DEF-WH0004002326 APL630DEF-WH0004002583 APL630DEF-WH0004004795 APL630DEF-WH0001749986 APL630DEF-WH0001738789 | Dan Schonfeld, Ken Parulski | Infringement of '239 and '449 patents | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 352 | N/A | N/A | Apple Accused Product Schematics Compilation | APL630DEF-WH0000021441<br>APL630DEF-WH0000026153<br>APL630DEF-WH0000028100<br>APL630DEF-WH0000028273<br>APL630DEF-WH0000028363<br>APL630DEF-WH0000028479<br>APL630DEF-WH0000028508<br>APL630DEF-WH0000028541<br>APL630DEF-WH0000038595<br>APL630DEF-WH0001557288<br>APL630DEF-WH0001557419<br>APL630DEF-WH0001558132<br>APL630DEF-WH0001558196<br>APL630DEF-WH0001558252<br>APL630DEF-WH0007583106<br>APL630DEF-WH0007584403<br>APL630DEF-WH0007584821<br>APL630DEF-WH0008476000<br>APL-ITC796-0000406366<br>APL-ITC796-0000406540 | APL630DEF-WH0000021526<br>APL630DEF-WH0000026200<br>APL630DEF-WH0000028141<br>APL630DEF-WH0000028304<br>APL630DEF-WH0000028391<br>APL630DEF-WH0000028507<br>APL630DEF-WH0000028540<br>APL630DEF-WH0000028573<br>APL630DEF-WH0000038627<br>APL630DEF-WH0001557333<br>APL630DEF-WH0001557457<br>APL630DEF-WH0001558182<br>APL630DEF-WH0001558215<br>APL630DEF-WH0001558281<br>APL630DEF-WH0007583109<br>APL630DEF-WH0007584448<br>APL630DEF-WH0007584844<br>APL630DEF-WH0008476031<br>APL-ITC796-0000406394<br>APL-ITC796-0000406572 | Dan Schonfeld, Ken Parulski | Infringement of '239 and '449 patents | | |
| 353 | N/A | N/A | Baseband Processor/RF Transceiver Compilation | 593DOC000160<br>APL630DEF-WH0007726141<br>APL630DEF-WH0008300854<br>APL630DEF-WH0008322218<br>APL630DEF-WH0008418942<br>APL630DEF-WH0008419534<br>APL630DEF-WH0008419855<br>APL630DEF-WH0008420575<br>APL7940018124399 | 593DOC000322<br>APL630DEF-WH0007726202<br>APL630DEF-WH0008300922<br>APL630DEF-WH0008322322<br>APL630DEF-WH0008419038<br>APL630DEF-WH0008419631<br>APL630DEF-WH0008419950<br>APL630DEF-WH0008420663<br>APL7940018124568 | Dan Schonfeld | Infringement of '239 patent | | |
| 354 | N/A | N/A | Apple Accused Product Bills of Materials ("BOM") Compilation | APL630DEF-WH0000047996<br>APL630DEF-WH0000057658<br>APL630DEF-WH0000090406<br>APL630DEF-WH0000093084<br>APL630DEF-WH0000094030<br>APL630DEF-WH0000095740<br>APL630DEF-WH0001591991<br>APL630DEF-WH0001593140<br>APL630DEF-WH0001593264<br>APL630DEF-WH0001593407<br>APL630DEF-WH0001593548<br>APL630DEF-WH0001593804<br>APL630DEF-WH0001593935<br>APL630DEF-WH0001595083<br>APL630DEF-WH0001663397<br>APL630DEF-WH0001809981<br>APL630DEF-WH0004031426<br>APL630DEF-WH0004031634<br>APL630DEF-WH0005280911<br>APL630DEF-WH0005282775<br>APL630DEF-WH0005284610<br>APL630DEF-WH0005285127<br>APL630DEF-WH0005315674<br>APL630DEF-WH0007288876<br>APL7940011889416<br>APL7940015780796<br>APL-ITC796-0000403174<br>APL-ITC796-0000434291<br>APL-ITC796-0000435027<br>APL-ITC796-0000435338 | APL630DEF-WH0000049350<br>APL630DEF-WH0000059250<br>APL630DEF-WH0000090629<br>APL630DEF-WH0000093180<br>APL630DEF-WH0000094131<br>APL630DEF-WH0000095852<br>APL630DEF-WH0001592213<br>APL630DEF-WH0001593263<br>APL630DEF-WH0001593406<br>APL630DEF-WH0001593547<br>APL630DEF-WH0001593660<br>APL630DEF-WH0001593934<br>APL630DEF-WH0001594059<br>APL630DEF-WH0001595222<br>APL630DEF-WH0001663622<br>APL630DEF-WH0001810109<br>APL630DEF-WH0004031494<br>APL630DEF-WH0004031703<br>APL630DEF-WH0005281009<br>APL630DEF-WH0005282873<br>APL630DEF-WH0005284777<br>APL630DEF-WH0005285307<br>APL630DEF-WH0005315853<br>APL630DEF-WH0007289343<br>APL7940011889535<br>APL7940015780916<br>APL-ITC796-0000403266<br>APL-ITC796-0000434448<br>APL-ITC796-0000435200<br>APL-ITC796-0000435455 | Dan Schonfeld, Ken Parulski | Infringement of '239 and '449 patents | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 355 | N/A | N/A | Apple Accused Product Audio Codec Compilation | APL-ITC796-0000549074 CLI00001 CLI00270 CLI01058 CLI01635 CLI03903 CLI05376 CLI06266 | APL-ITC796-0000549247 CLI00269 CLI00444 CLI01230 CLI01823 CLI04056 CLI05509 CLI06447 | Dan Schonfeld; Carl Alberty | Infringement of '239 patent | | |
| 356 | N/A | N/A | Apple Accused Product WiFi Chip Compilation | APL630DEF-WH0008479593 BCM0000127 BCM0000263 BCM0000265 BCM0000739 BCM0001408 BCM0001576 | APL630DEF-WH0008479597 BCM0000262 BCM0000264 BCM0000397 BCM0000740 BCM0001575 BCM0001745 | Dan Schonfeld; Suzanne Chapman (Broadcom) | Infringement of '239 patent | | |
| 357 | N/A | N/A | Article/Website Regarding 239 Inventor Commercial Product Compilation | SAMNDCA630-07589090 SAMNDCA630-07589022 SAMNDCA630-07218222 SAMNDCA630-07218223 SAMNDCA630-07218224 SAMNDCA630-07218225 SAMNDCA630-07218227 SAMNDCA630-07218232 SAMNDCA630-07218238 ICAP00001994 SAMNDCA630-00828685 SAMNDCA630-00828686 | SAMNDCA630-07589093 SAMNDCA630-07589089 SAMNDCA630-07218222 SAMNDCA630-07218223 SAMNDCA630-07218224 SAMNDCA630-07218225 SAMNDCA630-07218228 SAMNDCA630-07218233 SAMNDCA630-07218239 ICAP00001994 SAMNDCA630-00828685 SAMNDCA630-00828687 | Dan Schonfeld; Michael Freeman | Background and validity/non-obiviousness of '239 patent | | |
| 358 | N/A | N/A | FirstLook Invoices (compilation) | SAMNDCA630-00828589 | SAMNDCA630-00828673 | Michael Freeman, Dan Schonfeld | Background and validity/non-obiviousness of '239 patent | | |
| 359 | N/A | N/A | Emmy Statues and Photos of Same | N/A | N/A | Michael Freeman, Dan Schonfeld | Background and validity/non-obiviousness of '239 patent | | |
| 360 | N/A | N/A | Documents re: secondary consideration of non-obviousness for '449 (compilation) | SAMNDCA630-06812314 SAMNDCA630-06812319 SAMNDCA630-07888561 SAMNDCA630-06812331 SAMNDCA630-06812350 | SAMNDCA630-06812323 SAMNDCA630-06812319 SAMNDCA630-07888567 SAMNDCA630-06812333 SAMNDCA630-06812351 | Ken Parulski | Background and validity/non-obiviousness of '449 patent | | |
| 361 | JH Lee Ex. 9 | 9/20/2004 | 3GPP Proposal R1-041087 | APL630DEF-WH0000002218 | APL630DEF-WH0000002222 | Paul S. Min; Ju Ho Lee; Paul Simmons; Michael Walker | Infringement, Conception and Reduction to Practice, FRAND | | |
| 362 | N/A | N/A | Intel Produced Source Code | 160DOC000407 | 160DOC001024 | Paul S. Min; Naga Kandasamy; Ulrich Mennchen | Infringement of '087 and '596 patents | | |
| 363 | N/A | N/A | Qualcomm Produced Source Code | Q1NDCA630SC0000160 Q2NDCA630SC0000001 | Q1NDCA630SC0002071 Q2NDCA630SC0000115 | Paul S. Min; Jim Hutchison | Infringement of '087 and '596 patents | | |
| 364 | N/A | 04/2009 | Qualcomm HSUPA Overview | APL7940015117867 | APL7940015117953 | Paul S. Min | Infringement of '087 and '596 patents | | |

# Apple v. Samsung (Case No: 12-CV-00630)
## Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 365 | Fuja Ex. 6 | 2/22/2012 | NSN WCDMA RAN and HSUPA | TMO-APL-SMSNG-00004470 | TMO-APL-SMSNG-00004705 | Paul S. Min | Infringement of '087 and '596 patents | | |
| 366 | Fuja Ex. 9 | 4/30/2009 | NSN HSUPA in BTS (April 30, 2009) | TMO-APL-SMSNG-00007973 | TMO-APL-SMSNG-00008015 | Paul S. Min | Infringement of '087 and '596 patents | | |
| 367 | N/A | 03/2010 | NSN Compliance with 3PP Rel-9 | TMO-APL-SMSNG-00001111 | TMO-APL-SMSNG-00001812 | Paul S. Min | Infringement of '087 and '596 patents | | |
| 368 | N/A | 11/27/2009 | UMTS Generic Data Control Interface Functional Specification (Intel) | APL630DEF-WH0005248525 | APL630DEF-WH0005248570 | Paul S. Min; Naga Kandasamy; Ulrich Mennchen | Infringement of '087 and '596 patents | | |
| 369 | Kandasamy Ex. 9 | 9/2/2009 | UMTS Generic Data Control Interface (Intel) | 160DOC001025 | 160DOC001104 | Paul S. Min; Naga Kandasamy; Ulrich Mennchen | Infringement of '087 and '596 patents | | |
| 370 | Kandasamy Ex. 7 | 4/7/2010 | HSUPA Feature Specification | 160DOC000308 | 160DOC000406 | Paul S. Min; Naga Kandasamy; Ulrich Mennchen | Infringement of '087 and '596 patents | | |
| 371 | Kandasamy Ex. 2 | 2009 | X-Gold Product 616 Product Brief (Intel) | 593DOC000323 | 593DOC000324 | Paul S. Min; Dan Schonfeld | Infringement of '087, '596, and '239 patents | | |
| 372 | N/A | N/A | Qualcomm Chipset Manuals (compilation) | APL630DEF-WH0007248714<br>APL630DEF-WH0007248718<br>APL630DEF-WH0007248729<br>APL630DEF-WH0007248783<br>APL630DEF-WH0007248788<br>APL630DEF-WH0007248795<br>APL630DEF-WH0007254384<br>APL630DEF-WH0007254461<br>APL630DEF-WH0008355965<br>APL630DEF-WH0008355973<br>APL630DEF-WH0008355976<br>APL7940017738238<br>APL7940017738242<br>APL7940017738245 | APL630DEF-WH0007248714<br>APL630DEF-WH0007248718<br>APL630DEF-WH0007248735<br>APL630DEF-WH0007248783<br>APL630DEF-WH0007248788<br>APL630DEF-WH0007248796<br>APL630DEF-WH0007254384<br>APL630DEF-WH0007254461<br>APL630DEF-WH0008355965<br>APL630DEF-WH0008355973<br>APL630DEF-WH0008355980<br>APL7940017738238<br>APL7940017738243<br>APL7940017738245 | Paul S. Min | Infringement of '087 and '596 patents | | |
| 373 | N/A | 1/31/2007 | Intel Functional Specification UMTS Layer 3 RRC (1/31/07) (Intel) | 160DOC001834 | 160DOC002105 | Paul S. Min; Naga Kandasamy; Ulrich Mennchen | Infringement of '087 and '596 patents | | |
| 374 | Cheung Ex. 11 | 2/4/2011 | HSxPA Parameters User Guide | ATT000059 | ATT000597 | Paul S. Min | Infringement of '087 and '596 patents | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 375 | N/A | N/A | Cetecom Test Reports (compilation) | APL630DEF-WH0001777119<br>APL630DEF-WH0001777125<br>APL630DEF-WH0001777140<br>APL630DEF-WH0001777238<br>APL630DEF-WH0001777805<br>APL630DEF-WH0001778347<br>APL630DEF-WH0001778353<br>APL630DEF-WH0001778370<br>APL630DEF-WH0001778511<br>APL630DEF-WH0001779764<br>APL630DEF-WH0001779960<br>APL7940001420762<br>APL7940001420768<br>APL7940001420781<br>APL7940001420877<br>APL7940011143362<br>APL7940011143368<br>APL7940011143383<br>APL7940011143539 | APL630DEF-WH0001777119<br>APL630DEF-WH0001777125<br>APL630DEF-WH0001777140<br>APL630DEF-WH0001777239<br>APL630DEF-WH0001777805<br>APL630DEF-WH0001778347<br>APL630DEF-WH0001778353<br>APL630DEF-WH0001778370<br>APL630DEF-WH0001778513<br>APL630DEF-WH0001779764<br>APL630DEF-WH0001779960<br>APL7940001420762<br>APL7940001420768<br>APL7940001420781<br>APL7940001420878<br>APL7940011143362<br>APL7940011143368<br>APL7940011143383<br>APL7940011143540 | Paul S. Min | Infringement of '087, '596, and '239 patents | | |
| 376 | Nimmala Ex. 9 | 2007 | 3GPP TS 34.123 | APL630DEF-WH0003908864 | APL630DEF-WH0003913364 | Paul S. Min | Infringement of '087, '596, and '239 patents | | |
| 377 | Imahiro Ex. 1; Joswiak Ex. 13 (Vol. 2) | N/A | iPhone Buyer Survey, FY13Q2 | APLNDC630-0001233246 | APLNDC630-0001233405 | James Kearl, Phil Schiller, Greg Joswiak, James Imahiro, Arthur Rangel, Christopher Vellturo | Damages | | |
| 378 | Chen Ex. 46 | 2011 | 2011 effie award application | MAL-000053507 | MAL-000053512 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak | Damages | | |
| 379 | N/A | N/A | "Louis Armstrong" TV ad | APLNDC-X0000007681 | APLNDC-X0000007681 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 380 | N/A | N/A | "Meet Her" TV ad | APLNDC-X0000007683 | APLNDC-X0000007683 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 381 | N/A | N/A | "FaceTime Every Day" TV ad | http://www.youtube.com/watch?v=iu1jHtf_oUc | | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 382 | Tchao Ex. 1 | N/A | iPad 2 print ad | APL630DEF-WH0005164323 | APL630DEF-WH0005164323 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak, Michael Tchao | Damages | | |
| 383 | N/A | N/A | iPhone 4 FaceTime print ads | APLNDC0001323935 | APLNDC0001323937 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak | Damages | | |
| 384 | N/A | 7/10/2010 | Video of June 7, 2010 WWDC Keynote Address | http://www.apple.com/apple-events/wwdc-2010/ | | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |

**Apple v. Samsung (Case No: 12-CV-00630)**
**Samsung's Trial Exhibit List**

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 385 | N/A | 10/20/2010 | Video of October 20, 2010 Apple Special Event | http://www.apple.com/apple-events/october-2010/ | | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 386 | N/A | 3/2/2011 | Video of March 2, 2011 Apple Special Event | APLNDC-Y0000066928 | APLNDC-Y0000066928 | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 387 | N/A | 6/11/2012 | Video of June 11, 2012 WWDC | http://www.apple.com/apple-events/june-2012/ | | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 388 | Forstall Ex. 16 | 6/6/2010 | Email dated 6/7/2010 from Farnaz Fattahi re: WWDC Apple Press Releases" | APLNDC630-0000243430 | APLNDC630-0000243438 | James Kearl, Phil Schiller, Greg Joswiak, Scott Forstall, Christopher Vellturo | Damages | | |
| 389 | N/A | 3/2/2011 | March 2, 2011 press release re Apple Launches iPad 2 | APL-ITC796-X0000002668 | APL-ITC796-X0000002669 | James Kearl, Phil Schiller, Greg Joswiak, Michael Tchao, Christopher Vellturo | Damages | | |
| 390 | Schiller Ex. 23 | 4/27/2010 | April 27, 2010 email from Steve Jobs re: video conferencing | APLNDC630-0000745023 | | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 391 | N/A | N/A | Summary of Samsung's Feature Patent Damages Calculations | N/A | N/A | James Kearl | Damages | | |
| 392 | N/A | N/A | Summary of Apple Buyer Surveys | N/A | N/A | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 393 | N/A | N/A | Summary of Apple Conference and Special Event Videos | N/A | N/A | James Kearl, Phil Schiller and Greg Joswiak, Christopher Vellturo | Damages | | |
| 394 | N/A | N/A | Summary of Apple TV and Online Ads Featuring FaceTime and Video Transmission | N/A | N/A | James Kearl, Phil Schiller, Greg Joswiak, Stephanie Chen, James Vincent, Christopher Vellturo | Damages | | |
| 395 | N/A | N/A | Summary of Third Party Reviews and Comments Re FaceTime | N/A | N/A | James Kearl, Phil Schiller, Greg Joswiak | Damages | | |
| 396 | Chen Ex. 49 | 8/22/2012 | Email dated 8/12/2012 from Stephanie Chen re: FaceTime on cellular | MAL-000185739 | MAL-000185741 | James Kearl, Stephanie Chen | Damages | | |
| 397 | Chen Ex. 48 | N/A | iPhone has a new lilly pad: FaceTime | MAL-000077873 | MAL-000077879 | James Kearl, Stephanie Chen, James Vincent, Phil Schiller, Greg Joswiak | Damages | | |
| 398 | N/A | 6/9/2010 | Email dated 6/9/2010 from Harrison to Jobs, Cook, Joswiak, Schiller forwarding Fox News review of iPhone 4. | APLNDC630-0001412662 | APLNDC630-0001412663 | James Kearl, Phil Schiller, Greg Joswiak | Damages | | |
| 399 | N/A | 11/2007 | November 2007 iPhone Buyer Survey | APLNDC630-0000883598 | APLNDC630-0000883666 | James Kearl, Phil Schiller, Greg Joswiak, Christopher Vellturo | Damages | | |
| 400 | Schiller Ex. 26 | 5/28/2010 | Email dated 5/28/2010 from Steve Jobs re: iPhone 4-Key Messages | ALNDC630-0001378188 | ALNDC630-0001378188 | James Kearl, Phil Schiller, Greg Joswiak | Damages | | |
| 401 | Buckley Ex. 13 (Vol. 2) | 2006-2013 | Apple US Sales Data | APLNDC630-Y00000043 | APLNDC630-Y00000105 | James Kearl, Chris Vellturo, Mark Buckley | Damages | | |
| 402 | N/A | 2013-2014 | Apple US Sales Data | APLNDC630-Y00008985 | APLNDC630-Y00009014 | James Kearl, Chris Vellturo | Damages | | |
| 403 | Watrous Ex. 6 | 11/11/2012 | HTC-Apple license | APLNDC-Y0000408242 | APLNDC-Y0000408383 | Vellturo, Chevalier, Watrous, Teksler | Damages | | |
| 404 | N/A | 07/01/11 | Point of Sale influence on smartphone buyers | APLNDC-Y0000025232 | APLNDC-Y0000025304 | Schiller, Joswiak, Rangel, Vellturo, Erdem, Chevalier | Damages | | |

9

**Apple v. Samsung (Case No: 12-CV-00630)**
**Samsung's Trial Exhibit List**

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 405 | Schiller Ex. 17 | 1/17/2013 | iPhone Offsite | APLNDC630-0001467518 | APLNDC630-0001467580 | Schiller, Joswiak, Rangel, Erdem, Chevalier | Damages | | |
| 406 | Imahiro Ex. 6-9 | 07/13/2011 07/14/2011 | Emails from Quiazon to Imahiro attaching slides | APLNDC630-0001315479 APLNDC630-0001315484 APLNDC630-0001315489 APLNDC630-0001315497 | APLNDC630-0001315480 APLNDC630-0001315485 APLNDC630-0001315490 APLNDC630-0001315498 | Imahiro, Schiller, Rangel | Damages | | |
| 407 | Schiller Ex. 5 | 12/2012 | Samsung's brand update | APLNDC630-0001351415 | APLNDC630-0001351428 | Schiller, Joswiak, Vincent, Chevalier, Erdem | Damages | | |
| 408 | Schiller Ex. 1 | 1/27/2013 | Email from Vincent to Schiller et al email re Has Apple lost its cool? | APLNDC630-0000845537 | APLNDC630-0000845543 | Schiller, Vincent, Chen | Damages | | |
| 409 | Schiller Ex. 3 | 2/1/2013 | Email from Vincent to Schiller re Marcom tomorrow | APLNDC630-0001397337 | APLNDC630-0001397338 | Schiller, Vincent, Chen | Damages | | |
| 410 | Schiller Ex. 2 | 1/28/2013 | Email from Cook to Schiller re Why aren't you fighting back? | APLNDC630-0001374551 | APLNDC630-0001374552 | Schiller, Vincent, Chen | Damages | | |
| 411 | Donnelly Ex. 6 | 3/8/2013 | iPhone Review | APLNDC630-0001697453 | APLNDC630-0001697537 | Schiller, Joswiak, Rangel, Donnelly, Chevalier, Erdem, Vellturo | Damages | | |
| 412 | N/A | 04/13 | Creating Value for Carriers | APLNDC630-0001653661 | APLNDC630-0001653715 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 413 | Donnelly Ex. 8 | 4/2/2013 | FY' 14 Planning Offsite | APLNDC630-0001849558 | APLNDC630-0001849678 | Schiller, Joswiak, Rangel, Donnelly, Chevalier, Erdem, Vellturo | Damages | | |
| 414 | N/A | 07/15/10 | Email from Schiller to Jobs, Cotton and Joswiak forwarding article iPhone 4: Consumer Reports Needs To Get It Together | APLNDC630-0001729094 | APLNDC630-0001729097 | Schiller, Joswiak, Vellturo, Chevalier | Damages | | |
| 415 | Sexton Ex. 12 | N/A | Supply Issues that impacted Q2' 13 ST | APLNDC630-0001075325 | APLNDC630-0001075325 | Sexton, Schiller, Vellturo, Chevalier | Damages | | |
| 416 | Rangel Ex. 06 (Vol. 1) | 6/1/2011 | Apple Brand Perception and Measures Research | APLNDC0001418999 | APLNDC0001419070 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 417 | N/A | 09/12 | The NPD Group iPhone 5 Pre-Release | APLNDC630-0001848620 | APLNDC630-0001848627 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 418 | N/A | 3/15/2012 | Smartphone Market Study US | APLNDC630-0000127665 | APLNDC630-0000127691 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 419 | N/A | N/A | Smartphone Share by Display Size FY' 11 & FY' 12 | APLNDC630-0001886200 | APLNDC630-0001886200 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 420 | N/A | 09/2012 | 451 Research Group Consumer Smart Phone Demand Survey Results | APLNDC630-0001848833 | APLNDC630-0001848875 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 421 | N/A | 06/2012 | iPhone Owner Survey | APLNDC630-0000177067 | APLNDC630-0000177302 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 422 | Schiller Ex. 35 | Oct-Dec 2012 | Smartphone Buyers survey CY 12-Q4 | APLNDC630-0001467057 | APLNDC630-0001467120 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 423 | Schiller Ex. 4 | 2/23/2013 | Email from Schiller to Ferrini re BOD presentation build | APLNDC630-0001417236 | APLNDC630-0001417237 | Schiller, Vincent, Chen | Damages | | |
| 424 | Schiller Ex. 21 | 9/1/2011 | Email from Schiller to Ng re Preliminary Marketing Data | APLNDC0002491509 | APLNDC0002491511 | Schiller, Joswiak, Ng, Rangel | Damages | | |
| 425 | N/A | N/A | Smartphone Quant Study | APLNDC630-0001497612 | APLNDC630-0001497640 | Schiller, Joswiak, Rangel, Chevalier, Vellturo. | Damages | | |
| 426 | N/A | 1/4/2011 | Email chain between Joswiak to Brown, Ng and Rangel re: URGENT: Latest Surveys | APLNDC0002557273 | APLNDC0002557275 | Schiller, Joswiak, Ng, Rangel | Damages | | |
| 427 | N/A | Q4 FY 2011 | iPhone Buyer Survey FY 11-Q4 | APLNDC-X0000006548 | APLNDC-X0000006647 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 428 | N/A | Q4 FY 2012 | iPhone Buyer survey FY 12-Q4 | APLNDC630-0001233115 | APLNDC630-0001233245 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 429 | Rangel Ex. 3 (Vol. 2) | 08/12 | iPad Tracking Survey FY 12-Q3 | APLNDC630-0000177303 | APLNDC630-0000177552 | Schiller, Joswiak, Rangel, Tchao, Chevalier, Erdem, Vellturo | Damages | | |
| 430 | Donnelly Ex. 2 | 8/16/2012 | Price Committee - iPhone | APLNDC630-Y00008911 | APLNDC630-Y00008916 | Donnelly, Buckley, Chevalier, Vellturo | Damages | | |
| 431 | N/A | 2/15/2012 | STA Marketing - CFO Update | SAMNDCA11547471 | SAMNDCA11547505 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 432 | N/A | 12/2012 | Samsung Galaxy Note II UX Research | SAMNDCA630-07395323 | SAMNDCA630-07395367 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 433 | N/A | 07/12 | GSIII Early Customer Profile Insights - Initial Launch Report | SAMNDCA630-06701998 | SAMNDCA630-06702014 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 434 | N/A | N/A | Marketing Impacts-Results | SAMNDCA630-07690690 | SAMNDCA630-07690711 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 435 | N/A | 8/31/2011 | Samsung Tablets & Phones Final Presentation | SAMNDCA11086713 | SAMNDCA11086917 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 436 | N/A | Q4 2012 | Nielsen Q4 2012 Telecom Industry Insights | SAMNDCA630-07681158 | SAMNDCA630-07681218 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 437 | N/A | Q1 2013 | Nielsen Q1 2013 Telecom Industry Insights | SAMNDCA630-07395533 | SAMNDCA630-07395577 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 438 | N/A | 10/25/2012 | Samsung Galaxy SIII: Registrant Survey (draft) | SAMNDCA630-07395425 | SAMNDCA630-07395440 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 439 | DiCarlo Ex. 17 | 9/12/2012 | iPhone 5 The biggest thing to happen to iPhone since iPhone Really? | SAMNDCA630-06635592 | SAMNDCA630-06635667 | Pendleton, Benner, DiCarlo, Denison | Damages | | |
| 440 | Chen Ex. 31 | N/A | iPhone research headlines; Apple brand research headlines | MAL-000060669 | MAL-000060670 | Chen, Vincent, Schiller | Damages | | |
| 441 | Chen Ex. 40 | Apr-Jun 2012 | MAL global research: april-june 2012 | MAL-000059680 | MAL-000059729 | Chen, Vincent, Schiller | Damages | | |
| 442 | Chen Ex. 19 | 12/6/2012 | Email notes from Chen | MAL-000000777 | MAL-000000778 | Chen, Vincent, Schiller | Damages | | |
| 443 | Chen Ex. 12 | 7/23/2012 | Email from Soto to Chen re apple business update (mike & frank mtg) notes | MAL-000038556 | MAL-000038565 | Chen, Vincent, Schiller | Damages | | |
| 444 | Schiller Ex. 18 | 6/7/2010 | iPhone 4 Press Release | N/A | N/A | Schiller, Joswiak, Ng, Chevalier, Vellturo | Damages | | |
| 445 | Ng Ex. 1 | 10/4/2011 | iPhone 4S Press Release | N/A | N/A | Schiller, Joswiak, Ng, Chevalier, Vellturo | Damages | | |
| 446 | Schiller Ex. 20 | 9/12/2012 | iPhone 5 Press Release | N/A | N/A | Schiller, Joswiak, Ng, Chevalier, Vellturo | Damages | | |
| 447 | N/A | N/A | "Samsung Next Big Thing Super Bowl Full Ad with Seth Rogen, Paul Rudd, and Lebron James" | N/A | N/A | Pendleton | Damages | | |
| 448 | N/A | N/A | "Samsung Galaxy S III - The Next Big Thing Is Here" | N/A | N/A | Pendleton | Damages | | |
| 449 | N/A | 5/22/2012 | *Apple v. Motorola*, 2012 WL 1959560 (N.D. Ill. May 22, 2012) | N/A | N/A | Chevalier, Vellturo | Damages | | |
| 450 | Schiller Ex. 16 | 3/26/2013 | Email from Schiller to Cotton re How Siri Could Kill Apple | APLNDC630-0001422893 | APLNDC630-0001422894 | Schiller, Vellturo | Damages | | |
| 451 | Donnelly Ex. 4 | 2011 | Apple 2011 10-K | N/A | N/A | Donnelly, Buckley, Chevalier, Vellturo | Damages | | |
| 452 | Schiller Ex. 33 | 8/29/2011 | Smartphone purchase influencers at retail | APLNDC630-0001321529 | APLNDC630-0001321594 | Schiller, Joswiak, Rangel, Imahiro, Chevalier | Damages | | |
| 453 | N/A | N/A | Summary of Dr. Judith Chevalier's Damages Calculations | N/A | N/A | Chevalier | Damages | | |

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 454 | N/A | N/A | Summary of Dr. David Reibstein's Expert Research | N/A | N/A | Reibstein | Damages | | |
| 455 | N/A | N/A | Summary of Dr. Tulin Erdem's Expert Research | N/A | N/A | Erdem | Damages | | |
| 456 | N/A | N/A | Summary of Dr. George Foster's Expert Research | N/A | N/A | Foster | Damages | | |
| 457 | N/A | 2010-2013 | Excerpted pages of iPhone Buyer Surveys FY 2010-FY 2013 | APLNDC630-0001438833<br>APLNDC-Y0000026687<br>APLNDC-Y0000027136<br>APLNDC0002734025<br>APLNDC630-0001437744<br>APLNDC0000036266<br>APLNDC0001351087<br>APLNDC630-0001439288<br>APLNDC630-0000149470<br>APLNDC630-0000167955<br>APLNDC630-0000870318<br>APLNDC630-0001233115<br>APLNDC630-0001233406<br>APLNDC630-0000937009 | APLNDC630-0001438960<br>APLNDC-Y0000026807<br>APLNDC-Y0000027255<br>APLNDC0002734109<br>APLNDC630-0001437826<br>APLNDC0000036348<br>APLNDC0001351180<br>APLNDC630-0001439387<br>APLNDC630-0000149605<br>APLNDC630-0000168090<br>APLNDC630-0000870456<br>APLNDC630-0001233245<br>APLNDC630-0001233487<br>APLNDC630-0000937168 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 458 | N/A | 2010-2013 | Excerpted pages of iPad Tracking Surveys FY 2010-FY 2013 | APLNDC0002597583<br>APLNDC0002117730<br>APLNDC0001654218<br>APLNDC630-0000177773<br>APLNDC630-0000177303<br>APLNDC630-0001896300 | APLNDC0002597733<br>APLNDC0002117933<br>APLNDC0001654477<br>APLNDC630-0000178021<br>APLNDC630-0000177552<br>APLNDC630-0001896543 | Schiller, Joswiak, Rangel, Chevalier, Erdem, Vellturo | Damages | | |
| 459 | N/A | 9/12/2012 | "Tim Cook Apologizes for Apple's Maps," by Brian X. Chen, The New York Times, September 28, 2012 | N/A | N/A | Schiller, Joswiak, Vincent, Vellturo | Damages | | |
| 460 | N/A | 1/25/2012 | "In China, Human Costs are Built into an iPad," by Charles Duhigg and David Barboza, The New York Times, January 25, 2012 | N/A | N/A | Schiller, Joswiak, Vincent, Vellturo | Damages | | |
| 461 | N/A | 7/12/2010 | "Design Flaw in iPhone 4, Testers Say," by Miguel Helft and Nick Bilton, The New York Times, July 12, 2010 | N/A | N/A | Schiller, Joswiak, Vincent, Vellturo | Damages | | |
| 462 | N/A | Various | FRE 1006 Summary of news articles regarding Apple supply shortages in US | N/A | N/A | Schiller, Joswiak, Donnelly, Vellturo, Chevalier | Damages | | |
| 463 | N/A | Various | FRE 1006 Summary of news article reviews of the Galaxy S3 | N/A | N/A | Pendleton, Benner, DiCarlo, Chevalier | Damages | | |
| 464 | Teksler Ex. 4 (ITC 796) | 10/5/2010 | Samsung-Apple Licensing Discussion | APLNDC00010886 | APLNDC00010903 | Watrous, Teksler, Chevalier, Vellturo, Heung Mo Lee, Ken Korea | Damages | | |
| 465 | N/A | 10/5/2010 | Presentation entitled "Samsung Patents Relevant to Apple" | S-ITC-000085108<br>APLNDC00000369 | S-ITC-000085126<br>APLNDC00000387 | James Kearl; Kenneth Korea; Boris Teksler; BJ Watrous | FRAND | | |
| 466 | N/A | N/A | Kearl Rebuttal Tables 5-7 | N/A | N/A | James Kearl | FRAND | | |
| 467 | N/A | 12/14/2008 | Declaration to ETSI | APLNDC-WH-A 0000009374 | APLNDC-WH-A 0000009374 | James Kearl; Paul Simmons; Heung-mo Lee; Michael Walker; Hanil Yu | FRAND | | |
| 468 | Walker Ex. 6 | 2/24/2003 | ETSI General Assembly Ad Hoc Group on IPR #1 Secretary's Meeting Notes | N/A | N/A | Michael Walker; Paul Simmons | FRAND | | |

Apple v. Samsung  (Case No: 12-CV-00630)
Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 469 | Walker Ex. 7 | 05/2004 | Implementation of the ETSI IPR Policy," Global Standards Cooperation Meeting #9 | N/A | N/A | Michael Walker; Paul Simmons | FRAND | | |
| 470 | N/A | 9/14/2006 | ETSI General Assembly Ad Hoc Group on IPR # 6 Secretary's Meeting Notes | Simmons Expert Rebuttal Report Exhibit 16 | | Michael Walker; Paul Simmons | FRAND | | |
| 471 | N/A | 11/16/1990 | ETSI Intellectual Property Policy and Procedures | S-ITC-003390461 | S-ITC-003390493 | Michael Walker; Paul Simmons | FRAND | | |
| 472 | Walker Ex. 10 (ITC 794) | 4/12/2011 | ETSI IPR FAQ | S-ITC-003899001 | S-ITC-003899003 | Michael Walker; Paul Simmons | FRAND | | |
| 473 | N/A | 4/21/2011 | Letter from Yong-Tae Lee to Derek Aberle | S-ITC-003443950 | S-ITC-003443950 | Fabian Gonnell; Heung-mo Lee; Kenneth Korea | FRAND | | |
| 474 | Gonell Ex. 7 | 2/2/2012 | Letter from Jae Wan Chi to Derek Aberle | S-ITC-003443951 | S-ITC-003443952 | Fabian Gonnell; Heung-mo Lee; Kenneth Korea | FRAND | | |
| 475 | Sweeny Ex. 8 | Various | Sales Invoices | QC630SAM0003420 | QC630SAM0003438 | Tony Blevins; Susan Sweeney | FRAND | | |
| 476 | N/A | Various | Sales Invoices | APL794-N00000003905 APL794-N00000003908 | APL794-N00000003905 APL794-N00000003908 | Tony Blevins; Susan Sweeney | FRAND | | |
| 477 | N/A | 11/4/2010 | Presentation entitled "Apple-Samsung Licensing Discussion" | S-ITC-000085099 | S-ITC-000085107 | James Kearl; Heung-mo Lee; Kenneth Korea; Boris Teksler; BJ Watrous | FRAND | | |
| 478 | N/A | Various | Anthology of Correspondence between Apple and Samsung | SAMNDCA00322501<br>SAMNDCA00322724<br>SAMNDCA00322502<br>SAMNDCA00322530<br>SAMNDCA00322726<br>S-ITC-005236725<br>SAMNDCA00322730<br>SAMNDCA00322732<br>S-ITC-005236731<br>SAMNDCA00322734<br>SAMNDCA00322740<br>SAMNDCA00322504<br>SAMNDCA00322508<br>SAMNDCA00322742<br>SAMNDCA00322745<br>SAMNDCA00322515<br>SAMNDCA00322747<br>SAMNDCA00322752<br>S-ITC-003894720<br>Watrous Depo Ex. 8 (7/12/13)<br>APLNDC630-0001120222<br>APL630DEF-WH0005312343<br>APL630DEF-WH0005312349<br>APL630DEF-WH0005312351<br>APL630DEF-WH0005312357<br>APL630DEF-WH0005312362<br>APL630DEF-WH0005312371<br>APL630DEF-WH0000106023<br>APL630DEF-WH0005312377<br>APL630DEF-WH0005312379<br>APL630DEF-WH0005312380<br>APL630DEF-WH0005312385<br>APL630DEF-WH0005312387<br>APL630DEF-WH0006831017<br>SAMNDCA630-07337432<br>APL630DEF-WH0005312390<br>APL630DEF-WH0005312338<br>APL630DEF-WH0005312392<br>SAMNDCA630-07887302<br>APL630DEF-WH0008483793 | SAMNDCA00322501<br>SAMNDCA00322725<br>SAMNDCA00322503<br>SAMNDCA00322530<br>SAMNDCA00322727<br>S-ITC-005236726<br>SAMNDCA00322731<br>SAMNDCA00322733<br>S-ITC-005236731<br>SAMNDCA00322735<br>SAMNDCA00322741<br>SAMNDCA00322507<br>SAMNDCA00322514<br>SAMNDCA00322744<br>SAMNDCA00322746<br>SAMNDCA00322517<br>SAMNDCA00322749<br>SAMNDCA00322754<br>S-ITC-003894721<br>Watrous Depo Ex. 8 (7/12/13)<br>APLNDC630-0001120225<br>APL630DEF-WH0005312345<br>APL630DEF-WH0005312350<br>APL630DEF-WH0005312356<br>APL630DEF-WH0005312361<br>APL630DEF-WH0005312369<br>APL630DEF-WH0005312373<br>APL630DEF-WH0000106025<br>APL630DEF-WH0005312378<br>APL630DEF-WH0005312379<br>APL630DEF-WH0005312384<br>APL630DEF-WH0005312386<br>APL630DEF-WH0005312389<br>APL630DEF-WH0006831018<br>SAMNDCA630-073374333<br>APL630DEF-WH0005312391<br>APL630DEF-WH0005312342<br>APL630DEF-WH0005312393<br>SAMNDCA630-07887302<br>APL630DEF-WH0008483797 | Heung-mo Lee; Kenneth Korea; Boris Teksler; BJ Watrous | FRAND | | |
| 479 | Watrous Ex. 11 | 5/17/2013 | Memorandum of Understanding | SAMNDCA630-07336874 | SAMNDCA630-07336879 | Heung-mo Lee; Kenneth Korea; Boris Teksler; BJ Watrous | FRAND | | |
| 480 | N/A | 07/2008 | A Hedonic Model for Internet Access in the Consumer Price Index | N/A | N/A | James Kearl | FRAND, Damages | | |
| 481 | N/A | N/A | Kearl Opening Report Table 28 | N/A | N/A | James Kearl | FRAND, Damages | | |

Apple v. Samsung (Case No: 12-CV-00630)
Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 482 | N/A | N/A | Kearl Opening Report Tables 29-30 | N/A | N/A | James Kearl | FRAND, Damages | | |
| 483 | N/A | N/A | Kearl Opening Report Tables 31-32 | N/A | N/A | James Kearl | FRAND, Damages | | |
| 484 | N/A | N/A | Kearl Opening Report Table 33 | N/A | N/A | James Kearl | FRAND, Damages | | |
| 485 | N/A | 03/2011 | Translation of presentation entitled "Future Traffic Analysis" | SAMNDCA630-01422019 | SAMNDCA630-01422058 | James Kearl; Paul Min | FRAND, Damages | | |
| 486 | N/A | 9/29/2011 | Infonetics Report | SAMNDCA630-07398539 | | James Kearl | FRAND, Damages | | |
| 487 | Gonell Ex. 3 | 11/22/2012 | Declaration of Fabian Gonell | SAMNDCA630-07603256 | SAMNDCA630-07603257 | Fabian Gonell | FRAND | | |
| 488 | Gonell Ex. 8 | 1/8/2012 | Declaration of Fabian Gonell | SAMNDCA630-07603261 | | Fabian Gonell | FRAND | | |
| 489 | N/A | N/A | Summary of Apple materials regarding competitive analysis | APLNDC630-0001871927<br>APLNDC630-0001871984<br>APLNDC630-0001912351<br>APLNDC630-0001912375<br>APLNDC630-0001912304<br>APLNDC630-0001912328<br>APLNDC630-0001912287<br>APLNDC630-0001912058<br>APLNDC630-0001912078<br>APLNDC630-0001912099<br>APLNDC630-0001912124<br>APLNDC630-0001912236<br>APLNDC630-0001195522 | APLNDC630-0001871935<br>APLNDC630-0001872005<br>APLNDC630-0001912374<br>APLNDC630-0001912386<br>APLNDC630-0001912327<br>APLNDC630-0001912350<br>APLNDC630-0001912303<br>APLNDC630-0001912077<br>APLNDC630-0001912098<br>APLNDC630-0001912123<br>APLNDC630-0001912156<br>APLNDC630-0001912249<br>APLNDC630-0001195525 | Sarah Chandler, Arthur Rangel, Greg Joswiak, Phillip Schiller | Damages | | |
| 490 | N/A | N/A | Apple Accused Products User Guide Compilation | APL630DEF-WH0000026660<br>APL630DEF-WH0001757766<br>APL630DEF-WH0001757964<br>APL630DEF-WH0001758169<br>APL630DEF-WH0001758342<br>APL630DEF-WH0001758833<br>APL630DEF-WH0001759063<br>APL630DEF-WH0001759242<br>APL630DEF-WH0001759379<br>APL630DEF-WH0004396739<br>APL630DEF-WH0004397691 | APL630DEF-WH0000026933<br>APL630DEF-WH0001757963<br>APL630DEF-WH0001758100<br>APL630DEF-WH0001758309<br>APL630DEF-WH0001758497<br>APL630DEF-WH0001759062<br>APL630DEF-WH0001759241<br>APL630DEF-WH0001759378<br>APL630DEF-WH0001759522<br>APL630DEF-WH0004396740<br>APL630DEF-WH0004397778 | Dan Schonfeld; Kenneth Parulski | Infringement of '239 and '449 patents | | |
| 491 | N/A | N/A | Apple Accused Product Camera Sensor DataSheet Compilation | SEL 000096<br>OMNI 0866<br>OMNI 0084<br>OMNI 0241<br>OMNI 0674<br>OMNI 0483<br>SEL 000001<br>OMNI 0586<br>OMNI 0771<br>APL630DEF-WH0000097566<br>APL630DEF-WH0005226539<br>APL630DEF-WH0000097942<br>APL630DEF-WH0000097306<br>APL630DEF-WH0000098046<br>APL630DEF-WH0005224613<br>APL630DEF-WH0005224752<br>APL630DEF-WH0005214335 | SEL 000199<br>OMNI 1004<br>OMNI 0240<br>OMNI 0407<br>OMNI 0770<br>OMNI 0585<br>SEL 000095<br>OMNI 0673<br>OMNI 0865<br>APL630DEF-WH0000097727<br>APL630DEF-WH0005226707<br>APL630DEF-WH0000098045<br>APL630DEF-WH0000097400<br>APL630DEF-WH0000098143<br>APL630DEF-WH0005224751<br>APL630DEF-WH0005224847<br>APL630DEF-WH0005214457 | Dan Schonfeld; Ken Parulski; Fred Cheng | Infringement of '239 and '449 patents | | |
| 492 | Wigdor Ex. 5; Cockburn Ex. 9 | 5/27/1999 | U.S. Patent No. 7,880,730 to Robinson | SAMNDCA630-00942638 | SAMNDCA630-00942682 | Daniel Wigdor | Invalidity of the '172 patent | | |

# Apple v. Samsung (Case No: 12-CV-00630)
## Samsung's Trial Exhibit List

| EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | SPONSORING WITNESS | PURPOSE |
|---|---|---|---|---|---|---|---|
| 493 | N/A | Various | Summary of articles regarding media coverage for Samsung's products | N/A | N/A | Chevalier, Erdem, Sohn, Foster, Pendleton, Benner, DiCarlo | Damages |
| 494 | N/A | 7/23/10; 7/26/10; 3/1/2012 | Samsung spreadsheets containing media coverage for Samsung's Products | SAMNDCA630-05799020; SAMNDCA630 07631876; SAMNDCA630-07500082 | N/A | Chevalier, Erdem, Sohn, Foster, Pendleton, Benner, DiCarlo | Damages |
| 495 | N/A | N/A | Samsung Nexus S (SPH-D720) | JX1023 from 1846 case | N/A | Dan Schonfeld | Samsung's practice of '239 patent |
| 496 | N/A | N/A | Samsung Nexus S (SPH-D720) Owner's Guide | APLNDC-Y0000061615 | APLNDC-Y0000061628 | Dan Schonfeld | Samsung's practice of '239 patent |
| 497 | N/A | N/A | U.S. Patent No. 5,495,284 | N/A | N/A | Dan Schonfeld | Validity of '239 patent |
| 498 | N/A | 1/31/2013 | Email from Rangel to Schiller re Samsung's road to global domination - Social Media Monitoring | APLNDC630-0000743869 | APLNDC630-0000743880 | Rangel, Schiller, Vellturo, Chevalier | Damages |
| 499 | Wood Ex. 2 | 4/3/2012 | Shelley Jeng email with Attached FaceTime Over Ce | APL630DEF-WH0002898279; | APL630DEF-WH0002898306 | Dan Schonfeld, Justin Wood | Infringement |
| 500 | N/A | 2/28/2012 | Carrier Channel Review | APLNDC630-0001850417 | APLNDC630-0001850483 | Schiller, Joswiak, Rangel, Donnelly, Chevalier, Vellturo | Damages |