Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1986)** |

1  Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this response to Samsung's Administrative Motion to File Documents Under Seal ("Sealing Motion" at Docket No. 1986) which seeks to file under seal a pleading entitled Samsung's Opposition to Apple's Motion for an Ongoing Royalties Injunction (Docket No. 1986-3), hereinafter "Samsung's Pleading."

HTC has been provided with a highlighted copy of Samsung's Pleading, which HTC is informed and believes identified portions that Samsung has filed under seal, and is the subject of Samsung's Administrative Motion.

The highlighted portions of Samsung's Pleading were, in part the subject of a motion to file under seal in the companion 2012 case between Apple and Samsung, Action No. 11-cv-01846-LHK ("The First Apple/Samsung case").  In the context of that 2012 motion to file under seal, HTC specially appeared because the Agreement that was the subject of that motion contained confidential HTC information.  As a result of HTC's pleadings and supporting declaration, this Court ordered that the Agreement be redacted before it was publicly filed.  (Docket No. 2192 in The First Apple/Samsung case).  HTC is informed and believes that the highlighted portions of Samsung's Pleading refer to this above-referenced Agreement.  Therefore, consistent with The First Apple/Samsung Case, HTC respectfully requests that the highlighted portions of the Samsung Pleading be redacted before any version of this pleading is publicly filed.

## I.  BACKGROUND

After the trial in The First Apple/Samsung Case, Apple and HTC entered into an Agreement, some of the terms of which are the subject of Samsung's current Motion to Seal.  During post-trial proceedings in that first case, Samsung lodged this Agreement with the Court and, concurrently with that lodging, filed a motion to file it under seal. In response to this 2012 Motion to File Under Seal, HTC filed a response (Docket No. 2186 in the First Apple/Samsung Case--attached as Exhibit 1 to the accompanying Mosko Declaration) and the Lam Declaration (Docket No. 2186-1 in the First Apple/Samsung Case--attached as Exhibit 2 to the accompanying Mosko declaration) that supported its position that this Agreement contained confidential information.  HTC specifically identified those portions of the Agreement that contained confidential information, the basis for the

1  confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
2  Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
3  public.  (Docket No. 2192 in the First Apple/Samsung Case)  A copy of this Order is attached to the
4  accompanying Mosko Declaration as Exhibit 3 for the Court's convenience.  The public version of
5  this Agreement was thereafter filed.  (Docket No. 2182-5 in the First Apple/Samsung Case)

6  **II.     SAMSUNG'S CURRENT REQUEST**

7  Samsung's Sealing Motion (Docket No. 1986) seeks an order to file portions of the Samsung
8  Pleading under seal.  HTC understands that Samsung has lodged a redacted version of the Samsung
9  Pleading, highlighted to reflect Samsung's beliefs as to which portions of this pleading contain
10 HTC's confidential business information.

11 Samsung recently provided a highlighted unredacted copy of the Samsung Pleading, which
12 included highlighted portions representing the portions to be kept from the public record.  (Mosko
13 Decl. ¶5).  Through this pleading, HTC expresses its agreement with Samsung that these highlighted
14 portions should be redacted from any public version of the Samsung Pleading.

15 **III.    ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE
         AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE
16       REDACTED FROM ANY PUBLIC FILING**

17 HTC supports Samsung's proposed redactions to the Samsung Pleading because they
18 encompass terms in the HTC/Apple Agreement that this Court previously sealed.  Specifically, HTC
19 seeks to exclude from the public versions all references to the scope of the license, the amounts to
20 which the parties agreed, the products to which the license applies, and the royalty term.  This Court
21 has previously excluded these terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc. v. Samsung*
22 *Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re Electronic Arts,*
23 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place HTC at a
24 competitive disadvantage, as stated in Lam declaration, attached as Exhibit 2 to the accompanying
25 Mosko Declaration.

26 //
27 //
28 //

| | | |
|---|---|---|
| 1 | Dated: September 24, 2014 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | |
| 3 | | By:      */s/ Scott R. Mosko* |
| 4 | | Scott R. Mosko |
| | | Attorneys for Third Parties |
| 5 | | HTC America Inc., and HTC Corporation |