Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                             Plaintiff,<br><br>           v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                             Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 1986)** |

Mosko Declaration  re HTC's Response to
Samsung's  Mtn to Seal (Dkt. No. 1986)
Case No. 5:12-cv-00630-LHK

1  I, Scott R. Mosko hereby declare as follows:

2  1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district. I submit this declaration in support of Third Parties HTC America, Inc., and HTC Corporation's Response to Apple Inc.'s Administrative Motion to File Documents Under Seal (Docket No. 1895).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in the related Apple v. Samsung case, Action No. 11-cv-01846-LHK at Docket No. 2192.

5. Samsung previously provided me with a copy of a highlighted pleading entitled Samsung's Opposition to Apple's Motion for an Ongoing Royalties Injunction (Docket No. 1986-3), hereinafter "Samsung's Pleading." I make this declaration in support of Samsung's Administrative Motion at Docket No. 1986, and HTC's Response to Samsung's Administrative Motion to File Documents Under Seal, that the highlighted portions of the Samsung Pleading be redacted before a public version is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of September, 2014, at Palo Alto, California.

*/s/ Scott R. Mosko*

1

Mosko Declaration re HTC's Response to
Samsung's Mtn to Seal (Dkt. No. 1986)
Case No. 5:12-cv-00630-LHK