QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 1985]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File under Seal Apple's Brief Regarding Ongoing Royalty Rates And Related Papers (Dkt. No. 1985) ("Administrative Motion").

3. Specifically, Samsung claims confidentiality over the portions of the Declaration of Christopher A. Vellturo, Ph.D, In Support Of Apple's Brief Regarding Ongoing Royalty ("Vellturo Declaration") (Dkt. No. 1985-4); and Exhibits 6 and 7 to the Vellturo Declaration (Dkt. Nos. 1985-6, 1985-7). Samsung will serve highlighted versions of these exhibits on Apple and Apple will file conformed highlighted versions within 7 days of this declaration (*See* Dkt. No. 1985 at 1).

4. The portions sought to be sealed set forth confidential, product-specific sales data from PX142 for certain Samsung phones that the Court has previously ordered sealed, or set forth information from which such data may be derived. Dkt. No. 1619 at 2:7-8 (ordering PX 42 sealed in its entirety except for the cover page); *see also id.* at 2:13-14 (ordering PX208 sealed because it set forth unit sales data); *Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed product-specific information concerning such things as costs, sales, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.").

5. These portions also set forth confidential, product-specific financial data from PX222A for certain Samsung phones that the Court has previously ordered sealed, or set forth information from which such data may be derived. Dkt. No. 1619 (granting sealing as to pages

1  11, 13, 15, 17, 21, 30, 31, 32, 34, 35, 39, 41, and 42); Dkt. No. 1831 (expanding sealing to pages
2  10-13, 13A, 14-22, 24, 26, 27, 30-32, 34, 35, 38, 39, 41, and 42 sealed).
3       6.    I incorporate by reference the previously filed declarations of Daniel W. Shim,
4  Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file
5  under seal that establish that the Samsung-confidential information at issue here is sealable.  (*See*
6  Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's
7  Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why
8  various categories of Samsung-confidential information should be filed under seal).
9
10     I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.  Executed September 26, 2014, at Los Angeles, California.
12
13
14     */s/ Michael L. Fazio*
    Michael L. Fazio