1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO COURT'S SEPTEMBER 23, 2014 ORDER, AND FOR EXTENSION OF TIME FOR THIRD PARTIES TO FILE SUPPORTING DECLARATIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civil L.R 7-11 and 79-5, and the Court's September 23, 2014 Order (ECF No. 1987), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this Renewed Administrative Motion for an order to seal certain documents filed in connection with briefing on the parties' Motions *in Limine* for which sealing was denied without prejudice.  In this Renewed Motion, Samsung seeks to seal 4 documents that include information Samsung considers confidential.  In addition, Samsung moves to seal 10 additional documents that Apple and various third parties have designated confidential.  As described in detail below, Samsung, Apple, and some third parties previously filed declarations in support of sealing the documents at issue here.  However, Samsung moves for an extension to October 14, 2014 for third parties to file any additional declaration in support of sealing, or narrower sealing requests.

I.     **The Documents Samsung Moves to Seal**

Samsung seeks to seal 14 documents filed in connection with the parties' Motions *in Limine*.  The documents, and the parties who may maintain a claim of confidentiality are listed in the table below.

| Original Mot. to Seal | Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| 1283 | Fazio Dec., Ex. 40 (manually filed) | Samsung |
| 1283 | Fazio Dec., Ex. 47 (manually filed) | Samsung |
| 1337 | Fazio Dec., Ex. 6 (manually filed) | Apple |
| 1337 | Fazio Dec., Ex. 7 (manually filed) | Apple |
| 1337 | Fazio Dec., Ex. 18 (manually filed) | Apple |
| 1337 | Fazio Dec., Ex. 25 (manually filed) | Samsung |
| 1337 | Fazio Dec., Ex. 28 (manually filed) | Apple (pages .0001-.0174); third-party Cirrus Logic (pages .0001-.1451) |

| Original Mot. to Seal | Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| 1337 | Fazio Dec., Ex. 29 (manually filed) | Apple (pages .164-.949); third-parties Intel (pages .001-.225) and Qualcomm (pages .226-.949) |
| 1337 | Fazio Dec., Ex. 30 (manually filed) | Apple (pages .1046-.2031); third-parties Sony (pages .0001-.0104, .0768-.0862, .1814-2031) and Omnivision (pages .0105-.0767, .0863-.1045, .1047-.1376, .1378-.1480, .1482-.1575, .1577-.1812) |
| 1337 | Fazio Dec., Ex. 31 (manually filed) | Apple (pages .001-.005); third-party Broadcom (pages .006-.0616) |
| 1337 | Fazio Dec., Ex. 32 (manually filed) | Apple |
| 1337 | Fazio Dec., Ex. 36 (manually filed) | Apple and Samsung |
| 1337 | Fazio Dec., Ex. 37 (manually filed) | Apple |
| 1337 | Fazio Dec., Ex. 69 (filed at ECF No. 1337-56) | Third-party Google |

II.     **Samsung-Confidential Documents**

Samsung maintains a claim of confidentiality over Exhibits 40 ("Exhibit 40") and 47 ("Exhibit 47") to the Declaration of Michael L. Fazio in Support of Samsung's Motions *in Limine* (original motion to seal at ECF No. 1283), and Exhibits 25 ("Exhibit 25") and 36 ("Exhibit 36") to

1  the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motions *in*
2  *Limine* (original motion to seal at ECF No. 1337).[1]

3      Exhibit 40, which is a copy of proposed trial exhibit PX 160, is a financial summary of
4  accused Samsung products that includes detailed, product-specific information regarding
5  Samsung's sales, costs, profits, and pricing.  While PX 160 was not admitted into evidence, in
6  connection with High Priority Objections briefing during trial, the Court granted Samsung's
7  request to seal PX 160 in its entirety if it was admitted into evidence.  ECF No. 1619.  Samsung
8  requests that Exhibit 40 be sealed in its entirety.

9      Exhibit 47, which is a copy of proposed trial exhibit PX 200, is an internal Samsung
10 presentation that includes detailed survey data.  While PX 200 was not admitted into evidence, in
11 connection with High Priority Objections briefing during trial, the Court granted Samsung's
12 request to seal pages 6, 9, 12, 22-39, 42-51, 53-68, 71-81, 83-91, 95-112, 114-19, 121-30, 133-36,
13 139-47, 149-68, 171-79, and 181-88 if the exhibit was admitted into evidence.  ECF Nos. 1656,
14 1699.  Samsung seeks to seal the same pages the Court previously found sealable.

15     Exhibit 25, which is a copy of proposed trial exhibit DX 358, contains sales invoices that
16 reveal pricing, sales, and licensing rates of Fonet, Inc., which owned a patent at issue before the
17 patent was acquired by Samsung.  Samsung requests that the document be sealed in its entirety.

18     Exhibit 36, which is a copy of proposed trial exhibit DX 478, contains correspondence
19 between Apple and Samsung regarding proposed licensing agreements, including proposed royalty
20 rates.  The parties' communications were subject to non-disclosure agreements and Samsung
21 requests that the exhibit be sealed in its entirety.

22     Requests to seal in connection with motions *in limine* are evaluated under the "good cause"
23 standard.  *See* ECF No. 1987 at 2; *see also Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, 727
24 F.3d 1214, 1222-23 (Fed. Cir. 2013) ("*Apple*").  Good cause exists to seal the detailed product-
25 specific financial data included in Exhibit 40 and Exhibit 25, and detailed survey data included in

---

[1] Samsung's declarations in support of sealing these documents were previously filed at ECF Nos. 1283-1 and 1337-1.

-3-  Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL, AND FOR EXTENSION OF TIME

1  Exhibit 47.  *Id.* at 1224-28 (approving sealing of product-specific financial data and detailed
2  survey information under the more stringent "compelling reasons" standard).  In addition,
3  Samsung has a contractual obligation to maintain confidentiality of the correspondence included in
4  Exhibit 36, and disclosure of Samsung's licensing strategies and correspondence would cause
5  Samsung competitive harm during future licensing negotiations.  As established in Samsung's
6  declarations previously filed with the Court (ECF Nos. 1283-1 and 1337-1), Samsung would
7  suffer competitive harm as a result of any public disclosure of these documents.

8  **III.     Apple and Third-Party Confidential Documents**

9  As indicated above, Apple and various third parties have designated certain exhibits
10 confidential.  Apple and third parties filed declarations in support of sealing the documents in
11 whole or in part.  ECF Nos. 1365 (declaration by Cirrus Logic), 1366 (declaration by Omnivision),
12 1367 (declaration by Broadcom), 1370 (declaration by Intel), 1375 (declaration by Apple), 1378
13 (declaration by Google), 1382 (declaration by Qualcomm).  To the extent Apple and third parties
14 wish to narrow their claims of confidentiality, Samsung expects that they will file declarations in
15 support of this Renewed Motion indicating which portions they consider confidential.

16 However, in order to permit a meaningful review of the documents, Samsung requests that
17 the Court extend the deadline for third parties to file any additional declaration in support of
18 Samsung's sealing motions to October 14, 2014.

19 **Conclusion**

20 For the foregoing reasons, Samsung respectfully requests that this Renewed Motion be
21 granted as to the portions the respective parties seek to seal.  Because most of the documents at
22 issue in this motion are either computer files or too voluminous to file on the Court's ECF system,
23 Samsung will provide the Court with electronic copies concurrently with a courtesy copy of this
24 Renewed Motion.

25
26
27
28

1  DATED:  September 26, 2014         QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                       /s/ Michael L. Fazio
                                        William C. Price
5                                       Victoria F. Maroulis
                                        Michael L. Fazio
6                                       Attorneys for Defendants
                                        SAMSUNG ELECTRONICS CO., LTD.,
7                                       SAMSUNG ELECTRONICS AMERICA, INC.,
                                        and SAMSUNG TELECOMMUNICATIONS
8                                       AMERICA, LLC