UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS, AND FOR EXTENSION OF TIME FOR THIRD PARTIES TO FILE SUPPORTING DECLARATIONS** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed a Renewed
3  Administrative Motion to Seal Documents Pursuant to the Court's September 23, 2014 Order, and
4  for Extension of Time for Third Parties to File Supporting Declarations

5  Having considered Samsung's motion, and good cause having been shown, the Court
6  GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Original Mot. to Seal | Document to be Sealed | Portions to be Sealed |
|---|---|---|
| 1283 | Fazio Dec., Ex. 40 (manually filed) | Document in its entirety. |
| 1283 | Fazio Dec., Ex. 47 (manually filed) | Pages 6, 9, 12, 22-39, 42-51, 53-68, 71-81, 83-91, 95-112, 114-19, 121-30, 133-36, 139-47, 149-68, 171-79, and 181-88. |
| 1337 | Fazio Dec., Ex. 6 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 7 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 18 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 25 (manually filed) | Document in its entirety. |
| 1337 | Fazio Dec., Ex. 28 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |

| Original Mot. to Seal | Document to be Sealed | Portions to be Sealed |
|---|---|---|
| 1337 | Fazio Dec., Ex. 29 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 30 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 31 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 32 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 36 (manually filed) | Document in its entirety. |
| 1337 | Fazio Dec., Ex. 37 (manually filed) | Portions indicated in Apple or third-party supporting declaration. |
| 1337 | Fazio Dec., Ex. 69 (filed at ECF No. 1337-56) | Portions indicated in Apple or third-party supporting declaration. |

Third parties shall file any additional declaration in support of Samsung's sealing motions by October 14, 2014.

1 **IT IS SO ORDERED.**

3 DATED: _____    _____
                                   The Honorable Lucy H. Koh
                                   United States District Judge