```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
    San Francisco, California 94111
 4  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 5
    Kevin P.B. Johnson (Bar No. 177129)
 6  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 7  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 8  Redwood Shores, California 94065-2139
    Telephone: (650) 801-5000
 9  Facsimile: (650) 801-5100

10  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
11  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
12  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
13  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
14
    Attorneys for SAMSUNG ELECTRONICS
15  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
16  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S MOTION FOR CLARIFICATION ON COURT'S ORDER REGARDING SCHEDULE FOR BILL OF COSTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I, Victoria F. Maroulis, declare:

2  1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. On September 17, 2014, I contacted counsel for Apple via email in order to propose a supplemental stipulation explicitly stating that the parties' fees and costs motions are due three weeks after the Court's disposition of Apple's pending motion for ongoing royalty.

3. On September 25, 2014, I contacted counsel for Apple via email to request additional time to consider Apple's proposal.  I alerted counsel for Apple that Mr. Johnson and I are currently trial counsel in another case, and requested a courtesy extension of 4 weeks from September 30 to the extent Apple is contending that September 30 is the deadline for the motions for fees and bill of costs.

4. Counsel for Apple replied on September 26, 2014 that they would not agree to supplement the previous stipulation.

5. Attached as Exhibit 1 is a true and correct copy of that correspondence with Apple.

6. In the alternative, if the court finds to the contrary, this is the first request to extend deadlines related to Samsung's bill of costs, and no previous extension of this deadline has been requested or granted.

7. In the absence of an extension of time, Samsung's ability to fully and adequately prepare its bill of costs will be hindered.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2014, at San Francisco, California.

*/s/   Victoria Maroulis*
Victoria F. Maroulis