1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR CLARIFICATION ON COURT'S ORDER REGARDING SCHEDULE FOR BILL OF COSTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil
3 Local Rule 7-11 for an order clarifying the schedule for the bill of costs.   Samsung, in the
4 alternative, have also moved pursuant to Civil Local Rule 6-3 for an extension of time to file a bill
5 of costs.

6    Having considered the arguments of the parties in the papers submitted, and finding good
7 cause therefore, the Court hereby GRANTS Samsung's Motion for Clarification on Court's Order
8 Regarding Schedule for Bill of Costs and orders that:

9    1.    Per the schedule set forth in Dkt. 1893, the parties' bill of costs be filed twenty-one
10         days from the Court's order on Apple's motion for ongoing royalty, the final order
11         on post-trial motions.

12    *[In the event that the Court finds that the deadline for bills of costs is September 30, 2014]*
13    Having considered the arguments of the parties in the papers submitted, and finding good
14 cause therefore, the Court hereby GRANTS Samsung's Motion, in the alternative, for Extension
15 of Time pursuant to Civil Local Rule 6-3 and sets the following schedule:

16    2.    Samsung's Bill of Costs be filed no later than October 30, 2014.

19    **IT IS SO ORDERED.**

21 DATED:   September   ____, 2014

24                                          HONORABLE LUCY H. KOH
                                            United States District Court Judge

-1-                                         Case No. 12-cv-00630-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR CLARIFICATION