QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-3 FOR BRIEFING ON ITS MOTION FOR CLARIFICATION ON COURT'S ORDER REGARDING SCHEDULE FOR BILL OF COSTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |

Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this motion to shorten time for briefing and hearing on Samsung's Motion for Clarification on Court's Order Regarding Schedule for Bill of Costs or, in the alternative, for Extension of Time ("Motion for Clarification").    Specifically, Samsung requests that:

1.     Apple's opposition to the Motion for Clarification be filed no later than Monday, September 29, 2014;

2.     Samsung waives a reply; and

3.     The Court decide the matter without a hearing per Local Rule 7-11(c).

An expedited briefing schedule is needed because if Samsung's Motion for Clarification were decided according to the schedule set forth in Local Rule 7-11, Apple's opposition would not be due until October 3, 2014, and Apple contends that the current deadline for its bill of costs is September 30, 2014. Such a result would be inequitable and prejudicial to Samsung.

Counsel for Samsung contacted Apple on September 29, 2014 and requested that it stipulate to a shortened briefing schedule. (Maroulis Decl. Ex. 1.)    Counsel for Apple replied on September 29, 2014 that it could not agree to the proposed schedule for its opposition to Samsung's motion for clarification. (Maroulis Decl. Ex. 2.)

## CONCLUSION

For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Shorten Time Pursuant to Civil L.R. 6-3 for Briefing and Hearing on Samsung's Motion for Clarification on Court's Order Regarding Schedule for Bill of Costs or, in the alternative, for Extension of Time.

1

DATED: September 29, 2014        QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

2

3

4

                             By  */s/ Victoria Maroulis*

5

                                  Charles K. Verhoeven
                                  Kathleen M. Sullivan

6

                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis

7

                                  William C. Price
                                  Michael T. Zeller

8

9

                                  Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,

10

                                  INC., and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                          Case No. 12-cv-00630-LHK

**SAMSUNG'S MOTION TO SHORTEN TIME**