QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-3 FOR BRIEFING ON ITS MOTION FOR CLARIFICATION ON COURT'S ORDER REGARDING SCHEDULE FOR BILL OF COSTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |

I, Victoria F. Maroulis, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. This is the first request to shorten deadlines for briefing related to Samsung's Motion for Clarification on Court's Order Regarding Schedule for Bill of Costs or, in the alternative, for Extension of Time ("Motion for Clarification") and no previous extension of this deadline has been requested or granted.

3. On September 29, 2014, my colleague Michael Fazio contacted counsel for Apple via email to request agreement on a shortened time for Apple's opposition to Samsung's Motion for Clarification.  Attached as Exhibit 1 is a true and correct copy of that correspondence with Apple.

4. Counsel for Apple rejected Samsung's request for a stipulated shortened time for briefing on September 29, 2014.  Attached as Exhibit 2 is a true and correct copy of that correspondence with Apple.

5. In the absence of an expedited briefing period, Apple's opposition to Samsung's Motion for Clarification would not be due until October 3, 2014, and Apple contends that the current deadline for its bill of costs is September 30, 2014.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2014, at San Francisco, California.

*/s/  Victoria Maroulis*
Victoria F. Maroulis