# EXHIBIT 2

| | |
|---|---|
| **From:** | Olson, Erik J. [EJOlson@mofo.com] |
| **Sent:** | Monday, September 29, 2014 11:23 AM |
| **To:** | Michael Fazio; Victoria Maroulis; Sabri, Nathan B.; Samsung NEW; Samsung Appeal Team |
| **Cc:** | 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung (630) -- timing of the fees/costs motions |

Michael:

You have not provided a copy of the proposed motion or any briefing on it.  The request that we file an opposition this evening is exceptionally late given that we confirmed on and before September 23, 2014 that it was our intent to file our bill of costs on September 30, 2013.  We have consistently rejected the proposed extension since before that date.  We cannot agree to your proposed schedule for an opposition.


**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5825 | F: +650.251 3842 | C: +1 (650) 283.5808
EJOlson@mofo.com | www.mofo.com


**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Monday, September 29, 2014 9:46 AM
**To:** Olson, Erik J.; Victoria Maroulis; Sabri, Nathan B.; Samsung NEW; Samsung Appeal Team
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Eric,

Samsung intends to move this morning for relief from the parties' prior stipulation, clarifying that the fees/costs motions are due after the ongoing royalty disposition,  or,  alternatively for a 30 day extension.  We will move on shortened notice.  Please advise whether Apple agrees to a shortened briefing schedule where Apple's opposition brief is due by midnight tonight.

Samsung will further inform the Court in this brief that neither party is planning to move for fees and the briefing involves only bill of costs.

Best regards,
Michael Fazio


**From:** Olson, Erik J. [EJOlson@mofo.com]
**Sent:** Friday, September 26, 2014 7:53 AM
**To:** Victoria Maroulis; Sabri, Nathan B.; Michael Fazio; Samsung NEW; Samsung Appeal Team
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Dear Victoria;

1

Apple is not prepared to enter into a new stipulation.  Apple intends to file September 30, 2014.  Bill is, of course, still happy to discuss his proposal with you or Kevin.

Sincerely,

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5825 | F: +650.251 3842 | C: +1 (650) 283.5808
EJOlson@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Thursday, September 25, 2014 3:54 PM
**To:** Olson, Erik J.; Sabri, Nathan B.; Michael Fazio; Samsung NEW; Samsung Appeal Team
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Erik,

Samsung needs more time to consider Bill's proposal.  In addition, Kevin and I are in trial and would appreciate an extension of time on these motions to the extent Apple is contending that September 30 is the deadline.  If Apple is unwilling to agree to an extension of time of 3 weeks from the resolution of the royalty motion, please advise today whether Apple would agree to a short 4 week extension from September 30.  We can include a provision that both parties preserve their arguments as to what is or is not a final post trial motion, and that neither party waives anything by entering the stipulation.

Thank you.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Olson, Erik J. [mailto:EJOlson@mofo.com]
**Sent:** Monday, September 22, 2014 9:07 AM
**To:** Victoria Maroulis; Sabri, Nathan B.; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Victoria:

As I believe you know, Bill Lee reached out to Kevin Johnson about these motions.  The response likely affects Apple's position.  I believe Kevin has not responded to Bill.

Thank you.

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5825 | F: +650.251 3842 | C: +1 (650) 283.5808
EJOlson@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Sunday, September 21, 2014 9:35 PM
**To:** Victoria Maroulis; Sabri, Nathan B.; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Counsel, we have not heard back on this proposal.  Please advise.  Thank you.

---

**From:** Victoria Maroulis
**Sent:** Wednesday, September 17, 2014 7:02 PM
**To:** 'Sabri, Nathan B.'; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; 'Apple630MoFoTeam'; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** Apple v. Samsung (630) -- timing of the fees/costs motions

Counsel for Apple,

The parties have previously stipulated that their respective motions for fees and costs be filed 3 weeks from the Court's order on the last post-trial motion (Dkt. 1893).  Samsung proposes that the parties file a supplemental stipulation explicitly stating that the parties' fees and costs motions are due three weeks after the Court's disposition of Apple's pending motion for ongoing royalty.  Please advise whether Apple agrees and we will circulate a stipulation.

Thank you.

Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EJOlson@mofo.com, and delete the message.

==================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EJOlson@mofo.com, and delete the message.

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EJOlson@mofo.com, and delete the message.