1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-3** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved for an order clarifying the Court's Order regarding the schedule for bill of costs or, in the alternative, for an extension of time ("Motion for Clarification").   Samsung concurrently filed a Motion to Shorten Time Pursuant to Civil L. R. 6-3 for Briefing.

Having considered the arguments of the parties in the papers submitted, and finding good cause therefore, the Court hereby GRANTS Samsung's Motion to Shorten Time and sets the following schedule:

1. Apple's opposition to the Motion for Clarification be filed no later than Monday, September 29, 2014;
2. Samsung waives a reply; and
3. The Court decide the matter without a hearing per Local Rule 7-11(c).

**IT IS SO ORDERED.**

DATED:   September   ____, 2014

_____
HONORABLE LUCY H. KOH
United States District Court Judge