**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff, ) | ORDER ON REQUEST FOR |
| v. ) | EXTENSION FOR SEALING |
| ) | DECLARATIONS (ECF NO. 1996) |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |

On September 26, 2014, Samsung filed a renewed administrative motion to seal certain documents, and requests an extension to October 14, 2014 for third parties to file any additional declarations in support of sealing. ECF No. 1996. Samsung's request for an extension for third-party declarations is GRANTED.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:12-CV-00630-LHK
ORDER ON REQUEST FOR EXTENSION FOR SEALING DECLARATIONS (ECF NO. 1996)