**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>  Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.: 12-CV-00630-LHK<br><br>ORDER RE: SAMSUNG'S MOTION TO SHORTEN TIME |

In light of Samsung's motion for clarification (ECF No. 1997) and Samsung's motion to shorten time for Apple's response (ECF No. 1998), it is hereby ORDERED that Apple shall file any response to Samsung's motion for clarification by September 30, 2014 at 5:00 P.M.  Samsung shall not file any reply in support of its motion for clarification.  Pending review of the parties' submissions, no bill of costs must be filed before October 2, 2014.

**IT IS SO ORDERED.**

Dated: September 29, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:12-CV-00630-LHK
ORDER RE: SAMSUNG'S MOTION TO SHORTEN TIME