JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR ONGOING ROYALTIES**<br><br>Date:  December 18, 2014<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Reply Brief in Support of Its Motion for Ongoing Royalties.

2. Attached as **Exhibit 1** is a true and correct copy of *Mondis Tech., Ltd. v. Hon Hai Precision Indus. Co.*, Case No. 2:07-CV-565-TJW-CE, ECF No. 527 (E.D. Tex. June 3, 2011).

3. Attached as **Exhibit 2** is a true and correct copy of A *I/P Engine, Inc. v. AOL, Inc.*, Case No. 2:11-cv-512, ECF No. 719 (E.D. Va. Oct. 15, 2012).

4. Attached as **Exhibit 3** is a true and correct copy of *Creative Internet Advertising Corp. v. Yahoo! Inc.*, Case No. 6:07cv354, ECF No. 127 (E.D. Tex. Mar. 6, 2009).

5. Attached as **Exhibit 4** is a true and correct copy of *Paice LLC v. Toyota Motor Corp.*, Case No. 2-04CV-211 (DF), ECF No. 143 (E.D. Tex. Dec. 1, 2005).

6. Attached as **Exhibit 5** is a true and correct copy of *Medtronic Sofamor Danek USA, Inc. v. Nuvasive Inc.*, Case No. 3:08-CV-01512-MMA (MDD), ECF No. 409-1 (S.D. Cal. Nov. 2, 2011).

7. Attached as **Exhibit 6** is a true and correct copy of *Medtronic Sofamor Danek USA, Inc. v. Nuvasive Inc.*, Case No. 3:08-CV-01512-MMA (MDD), ECF No. 447 (S.D. Cal. Dec. 23, 2011).

8. Attached as **Exhibit 7** is a true and correct copy of *Medtronic Sofamor Danek USA, Inc. v. Nuvasive Inc.*, Case No. 3:08-CV-01512-MMA (MDD), ECF No. 460 (S.D. Cal. Jan. 26, 2012).

9. Attached as **Exhibit 8** is a true and correct copy of *Medtronic Sofamor Danek USA, Inc. v. Nuvasive Inc.*, Case No. 3:08-CV-01512-MMA (MDD), ECF No. 462 (S.D. Cal. Feb. 10, 2012).

///

///

10. Attached as **Exhibit 9** is a true and correct copy of *Medtronic Sofamor Danek USA, Inc. v. Nuvasive Inc.*, Case No. 3:08-CV-01512-MMA (MDD), ECF No. 592 (S.D. Cal. Jun. 10, 2013).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 29th day of September 2014, at Palo Alto, California.

/s/ *Erik J. Olson*

ERIK J. OLSON

DECLARATION OF ERIK J. OLSON ISO APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR ONGOING ROYALTIES
CASE NO. 12-CV-00630-LHK (PSG)
sf-3463084

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: September 29, 2014        */s/ Rachel Krevans*
                                 Rachel Krevans

DECLARATION OF ERIK J. OLSON ISO APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR ONGOING ROYALTIES
CASE NO. 12-CV-00630-LHK (PSG)
sf-3463084

3