Exhibit 7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK USA, INC., et al., <br><br> Plaintiff and Counterclaim Defendants, <br><br> vs. <br><br> NUVASIVE, INC., <br><br> Defendant and Counterclaimant | CASE NO. 08 CV 1512 MMA (MDD) <br><br> **ORDER RE:** <br><br> **MEDTRONIC'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, NEW TRIAL;** <br><br> [Doc. No. 406] <br><br> **NUVASIVE'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, NEW TRIAL;** <br><br> [Doc. No. 407] <br><br> **WARSAW'S MOTION FOR SUPPLEMENTAL DAMAGES**; <br><br> [Doc. No. 408] <br><br> **WARSAW'S MOTION FOR PERMANENT INJUNCTION** <br><br> [Doc. No. 409] |

///

- 1 -

08cv1512

On Thursday, January 26, 2012, four post-trial matters came before the Court for hearing: (1) Medtronic's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 406]; (2) NuVasive's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 407]; (3) Warsaw's motion for supplemental damages [Doc. No. 408]; and (4) Warsaw's motion for permanent injunction [Doc. No. 409]. Prior to the hearing, the Court issued tentative rulings indicating it was inclined to deny each of the four motions. [Doc. No. 458.] For the reasons set forth on the record during the January 26 hearing, the Court **AFFIRMS** its tentative rulings.

With respect to the additional damages that will be set by the Court, the parties are instructed to provide supplemental briefing on the following issues: (i) the ongoing royalties that will be imposed for infringing sales made after the date of the jury's verdict, September 20, 2011; and (ii) an appropriate rate of prejudgment interest.[1] Each party shall submit a single opening brief, not to exceed 25 pages, on or before ***February 10, 2012***. Each party shall submit a single opposition brief, not to exceed 25 pages, on or before ***February 24, 2012.*** No reply briefs shall be filed. Upon review of the parties submissions, the Court will set a hearing if necessary.

Lastly, the Court hereby sets a scheduling conference for ***February 27, 2012 at 2:30 p.m.*** to discuss any issues regarding the entry of a Rule 54(b) final judgment as to Phase I of this action. The parties need not submit briefing on this issue prior to the scheduling conference.

**IT IS SO ORDERED.**

DATED: January 26, 2012

Hon. Michael M. Anello
United States District Judge

---

[1] As stated at the hearing, the Court finds that the jury did not include prejudgment interest in its damages calculations.