| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| HAROLD J. McELHINNY (CA SBN 66781) | |
| hmcelhinny@mofo.com | MARK D. SELWYN (SBN 244180) |
| JAMES P. BENNETT (CA SBN 65179) | mark.selwyn@wilmerhale.com |
| jbennett@mofo.com | WILMER CUTLER PICKERING |
| JACK W. LONDEN (CA SBN 85776) | HALE AND DORR LLP |
| jlonden@mofo.com | 950 Page Mill Road |
| RACHEL KREVANS (CA SBN 116421) | Palo Alto, California 94304 |
| rkrevans@mofo.com | Telephone: (650) 858-6000 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Facsimile: (650) 858-6100 |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | |
| Facsimile:  (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   12-cv-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION ON THE COURT'S ORDER REGARDING SCHEDULE FOR BILL OF COSTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Erik J. Olson, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and understand them to be true. I submit this declaration in support of Apple's Opposition to Samsung's Motion for Clarification on the Court's Order Regarding Schedule for Bill of Costs or, in the Alternative, for Extension of Time.

2. Attached as **Exhibit 1** is a true and correct copy of an email from Victoria Maroulis to Nathan Sabri and others, dated September 17, 2014.

3. Attached as **Exhibit 2** is a true and correct copy of an email from Erik Olson to Victoria Maroulis and others, dated September 23, 2014.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 30th day of September 2014, at Palo Alto, California.

*/s/ Erik J. Olson*

ERIK J. OLSON

DECLARATION OF ERIK J. OLSON ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR CLARIFICATION RE BILL OF COSTS
CASE NO. 12-CV-00630-LHK (PSG)
sf-3463566

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:   September 30, 2014        */s/ Rachel Krevans*
                                   Rachel Krevans

DECLARATION OF ERIK J. OLSON ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR CLARIFICATION RE BILL OF COSTS
CASE NO. 12-CV-00630-LHK (PSG)
sf-3463566

2