# Exhibit 1

| | |
|---|---|
| **From:** | Victoria Maroulis <victoriamaroulis@quinnemanuel.com> |
| **Sent:** | Wednesday, September 17, 2014 7:02 PM |
| **To:** | Sabri, Nathan B.; Michael Fazio; Samsung NEW |
| **Cc:** | 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIIITeam@wilmerhale.com' |
| **Subject:** | Apple v. Samsung (630) -- timing of the fees/costs motions |

Counsel for Apple,

The parties have previously stipulated that their respective motions for fees and costs be filed 3 weeks from the Court's order on the last post-trial motion (Dkt. 1893).  Samsung proposes that the parties file a supplemental stipulation explicitly stating that the parties' fees and costs motions are due three weeks after the Court's disposition of Apple's pending motion for ongoing royalty.  Please advise whether Apple agrees and we will circulate a stipulation.

Thank you.


*Victoria Maroulis*
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.