Exhibit 2

| | |
|---|---|
| **From:** | Olson, Erik J. |
| **Sent:** | Tuesday, September 23, 2014 9:46 AM |
| **To:** | 'Victoria Maroulis'; 'Lee, William' |
| **Cc:** | 'Kevin Johnson'; Krevans, Rachel |
| **Subject:** | RE: Apple v. Samsung (630) -- timing of the fees/costs motions |

Based on Samsung's filing from last night, we understand that Samsung may view September 30, 2014 as the current deadline.  We are prepared to file any motions then.  We look forward to Samsung's response to Bill's question.

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5825 | F: +650.251 3842 | C: +1 (650) 283.5808
EJOlson@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Monday, September 22, 2014 9:21 AM
**To:** Olson, Erik J.; 'Lee, William'
**Cc:** Kevin Johnson
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Eric – yes, I am aware, and we are waiting on client input.  Is it correct to infer that Apple's position is that the motion is due 3 weeks from the last JMOL order unless an agreement can be reached on the question Bill posed?  We just need to understand the time frame everyone's work with.  Kevin and I are both in trial but one of us will reach out once we hear from Samsung.

**From:** Olson, Erik J. [mailto:EJOlson@mofo.com]
**Sent:** Monday, September 22, 2014 9:07 AM
**To:** Victoria Maroulis; Sabri, Nathan B.; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Victoria:

As I believe you know, Bill Lee reached out to Kevin Johnson about these motions.  The response likely affects Apple's position.  I believe Kevin has not responded to Bill.

Thank you.

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5825 | F: +650.251 3842 | C: +1 (650) 283.5808
EJOlson@mofo.com | www.mofo.com

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Sunday, September 21, 2014 9:35 PM
**To:** Victoria Maroulis; Sabri, Nathan B.; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; Apple630MoFoTeam; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** RE: Apple v. Samsung (630) -- timing of the fees/costs motions

Counsel, we have not heard back on this proposal.  Please advise.  Thank you.

---

**From:** Victoria Maroulis
**Sent:** Wednesday, September 17, 2014 7:02 PM
**To:** 'Sabri, Nathan B.'; Michael Fazio; Samsung NEW
**Cc:** 'Apple/Samsung@gibsondunn.com'; 'Apple630MoFoTeam'; 'WHAppleSamsungNDCalIITeam@wilmerhale.com'
**Subject:** Apple v. Samsung (630) -- timing of the fees/costs motions

Counsel for Apple,

The parties have previously stipulated that their respective motions for fees and costs be filed 3 weeks from the Court's order on the last post-trial motion (Dkt. 1893).  Samsung proposes that the parties file a supplemental stipulation explicitly stating that the parties' fees and costs motions are due three weeks after the Court's disposition of Apple's pending motion for ongoing royalty.  Please advise whether Apple agrees and we will circulate a stipulation.

Thank you.


Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EJOlson@mofo.com, and delete the message.