1  Jonathan L. McFarland, CBN 247601
   JMcFarland@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Counsel for Non-Party
   BROADCOM CORPORATION
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  APPLE INC., a California corporation,        Case No. 12-cv-00630-LHK

13              Plaintiff,                        **NON-PARTY BROADCOM
                                                 CORPORATION'S BRIEF IN SUPPORT
14       v.                                       OF SAMSUNG'S RENEWED
                                                 ADMINISTRATIVE MOTION TO SEAL
15  SAMSUNG ELECTRONICS CO., LTD., a             DOCUMENTS PURSUANT TO COURT'S
    Korean corporation;  SAMSUNG                 SEPTEMBER 23, 2014 ORDER (DKT. NO.
16  ELECTRONICS AMERICA, INC., a New            1996)**
    York corporation;  and SAMSUNG
17  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
18
                Defendants.
19

20

21         Non-Party Broadcom Corporation ("Broadcom") files this Brief and the accompanying

22  Declaration in Support of Samsung's September 26, 2014 Renewed Administrative Motion to

23  Seal Documents Pursuant to Court's September 23, 2014 Order ("Samsung's Renewed Motion to

24  Seal") (Dkt. No. 1996).  Broadcom respectfully requests that Exhibit 31 to the Fazio Declaration

25  (DX356) be sealed in its entirety on the basis that Exhibit 31 contains 611 pages of Broadcom's

26  confidential and proprietary engineering and design information that is entitled to protection from

27  disclosure under Fed. R. Civ. P. 26(c).  In the alternative, Broadcom respectfully requests that the

28  exhibit be withdrawn from the record because the submission of such a large volume of highly

1   confidential Broadcom materials by Samsung was unnecessary and imposes undue burdens on

2   Broadcom that could have been avoided.

3   **I.      FACTUAL BACKGROUND**

4           Samsung served a subpoena on Non-Party Broadcom on or about May 31, 2013, seeking,

5   among other things, confidential Broadcom technical documents for certain Broadcom wireless

6   semiconductor chip products.  Broadcom produced technical documents in response to that

7   subpoena in July 2013.  *See* Declaration of Suzanne Chapman ("Chapman Declaration") ¶ 4 in

8   Exhibit A.  Broadcom's technical documents contain highly confidential and proprietary

9   engineering and design information regarding Broadcom's products and, accordingly, Broadcom

10  designated those documents "Highly Confidential - Attorneys' Eyes Only" pursuant to the

11  Court's protective order.  *Id.*

12          On February 26, 2014, Samsung notified Broadcom that Samsung's Opposition to

13  Apple's Motions *in Limine* contained, in Exhibit 31 to the Fazio Declaration (DX356), Broadcom

14  confidential information designated as "Highly Confidential - Attorneys' Eyes Only" pursuant to

15  the Court's protective order.  *Id.* ¶ 5.  At Broadcom's request, Samsung identified and provided

16  the six Broadcom technical documents that were included in their entirety in Exhibit 31, a total of

17  611 pages of Broadcom's technical documentation, including technical data sheets and product

18  briefs.  *Id.* ¶¶ 6-7.  Broadcom understands that Exhibit 31 to the Fazio Declaration (DX356) was

19  filed for the sole purpose of demonstrating an example in which the Samsung defendants

20  compiled multiple documents into a single exhibit on its list of *potential* trial exhibits, but DX356

21  was neither admitted nor used at trial.

22          On March 3, 2014, Broadcom filed a brief and declaration in support of sealing Exhibit 31

23  (Dkt. No. 1367).  On September 23, 2014, the Court issued its Order re: Various Administrative

24  Motions to Seal (Dkt. No. 1987), which denied Samsung's motion to seal Exhibit 31 to the Fazio

25  Declaration (DX356) without prejudice to refile.  On September 26, 2014, Samsung filed its

26  Renewed Motion to Seal (Dkt. No. 1996), including Exhibit 31 to the Fazio Declaration.

27

28

## II.    ARGUMENT

Broadcom respectfully requests that the Court grant Samsung's Administrative Motion and allow the confidential Broadcom information in Exhibit 31 to the Fazio Declaration (DX356) to remain under seal in its entirety.  Under Fed. R. Civ. P. 26(c), evidence filed in support of non-dispositive motions should be sealed when there is "good cause."  *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012) ("[A] particularized showing of 'good cause' under Federal Rule of Civil Procedure 26(c) is sufficient to preserve the secrecy of sealed discovery documents attached to non-dispositive motions.").  Courts in this circuit have often found that a party's interest in securing non-public engineering designs and other proprietary trade secrets constitutes not only "good cause" for sealing court records, *Dynetix Design Solutions, Inc. v. Synopsys, Inc.*, Case No. 11-CV-05973-PSG, 2013 WL 1366046, at *1 (N.D. Cal. Apr. 3, 2013), but also a "compelling reason" when that heightened standard has been applied in the context of evidence attached to dispositive motions.  *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (compelling reason may be found in avoiding release of trade secrets); *Upek, Inc. v. Authentec, Inc.*, Case No. C 10-00424 JF, 2010 WL 1980189, at *4 (N.D. Cal. May 17, 2010); *Network Appliance, Inc. v. Sun Microsys., Inc.*, Case No. C-07-06053-EDL, 2010 WL 841274, *2 (N.D. Cal. Mar. 10, 2010) (compelling reason to seal documents containing "proprietary technical information").

Good cause exists here to allow the highly confidential and proprietary Broadcom technical information Samsung included in Exhibit 31 to the Fazio Declaration to remain under seal.  *First*, as explained in the accompanying Declaration of Suzanne Chapman, the disclosed Broadcom information concerns the design and technical workings of several Broadcom wireless semiconductor products, which Broadcom maintains in strict confidence.  While it is impossible to describe all of the product details contained in more than 600 pages of technical documents, these materials include, by way of example, functional block diagrams, topologies, circuit diagrams, read/write protocols, port locations, bus timing information, transmitter/receiver specifications, performance specifications, and timing characteristics for the Broadcom products.  Chapman Decl. ¶ 7.  Broadcom invests substantial time and resources in research and

1   development—Broadcom employs thousands of research and development employees and spent

2   $2.49 **billion** in research and development in 2013 alone—and Broadcom goes to great lengths to

3   protect the confidentiality of its proprietary technical information.  For example, Broadcom

4   protects the confidentiality of this information through the use of password protection technology,

5   confidentiality labeling, and confidentiality agreements.  *Id.* ¶ 8.  Given the nature and length of

6   the highly confidential technical non-party documents at issue, which should not have been filed

7   in their entirety (if at all) in the first place, redaction is not a practicable option.

8        *Second*, the disclosure of the Broadcom technical information contained in Exhibit 31 to

9   the Fazio Declaration could cause Broadcom severe competitive and economic harm in the

10  marketplace.  *Id.* ¶ 9.  Broadcom's confidential information has independent economic value from

11  not being generally known to or readily ascertainable by others, including its competitors, who

12  might obtain economic value from the disclosure of that technical information.  As mentioned

13  above, Broadcom spent $2.49 billion in research and development in 2013 alone.  *Id.* ¶ 8.

14  Broadcom would be greatly disadvantaged if its competitors were given free access to the

15  confidential and proprietary workings of the very products that it invested so much money and so

16  many resources to develop.

17       *Third*, Broadcom designated the documents contained in Exhibit 31 to the Fazio

18  Declaration as "Highly Confidential - Attorneys' Eyes Only" pursuant to the Court's protective

19  order, and in producing those materials to Apple and Samsung, Broadcom relied on the Court's

20  protective order to limit the disclosure of those materials to only a limited number of individuals,

21  such as the parties' outside counsel.  *Id.* ¶ 10.  Broadcom did not agree and would not have agreed

22  to produce those materials to the general public or its competitors.

23       *Fourth*, it is Broadcom's understanding that the materials in Exhibit 31 have not been used

24  in or relied upon in connection with arguments about or the resolution of any substantive issue in

25  the case.  They were submitted to the Court in connection with a procedural dispute about the

26  propriety of compiling multiple separate documents into a single exhibit.  This dispute has

27  nothing to do with the contents of the documents themselves, but Broadcom has been put to

28  inconvenience and expense in having to repeatedly submit declarations to ensure the

1  confidentiality of the materials.  There is no reason for them to remain in the record, much less

2  for Broadcom or the Court to have to continue addressing issues relating to their sealing and the

3  burdens relating to the same.  Exhibit 31 to the Fazio Declaration (DX356) was filed for the sole

4  purpose of demonstrating an instance in which the Samsung defendants compiled multiple

5  documents into a single exhibit on its list of *potential* trial exhibits, but DX356 was neither

6  admitted nor used at trial.

7       Because the content of Broadcom's confidential materials are not apparently germane to

8  any issues of fact or law at issue in the case, Broadcom alternatively requests that Exhibit 31 be

9  withdrawn or stricken to preserve the confidentiality of Broadcom's technical documents.

10  **III.    CONCLUSION**

11       For these reasons, good cause exists to maintain under seal the Non-Party Broadcom

12  technical information contained in Exhibit 31 to the Fazio Declaration (DX356), and Broadcom

13  respectfully requests that the Court grant Samsung's Renewed Motion to Seal with respect to

14  Exhibit 31 and allow the Broadcom confidential information contained within that exhibit to

15  remain under seal.  Alternatively, Broadcom requests that Exhibit 31 be withdrawn or stricken to

16  preserve the confidentiality of Broadcom's highly confidential technical documents.

17

18  DATED September 30, 2014                    **PERKINS COIE LLP**

19

20                                             By: */s/ Jonathan McFarland*
                                               Jonathan McFarland, CBN 247601
21                                             JMcFarland@perkinscoie.com
                                               PERKINS COIE LLP
22                                             1201 Third Avenue, Suite 4900
                                               Seattle, WA 98101-3099
23                                             Phone: 206.359.3132
                                               Facsimile: 206.359.4132
24
                                               Counsel for Non-Party
25                                             BROADCOM CORPORATION

26

27

28

1

2                              <u>**CERTIFICATE OF SERVICE**</u>

3          I hereby certify that on September 30, 2014, I served the foregoing document on all

4    counsel of record who have consented to electronic service in accordance with Civil Local Rule

5    5.1 via the Court's ECF system.

6

7                                        **PERKINS COIE LLP**

8

9                                        By:  */s/ Jonathan McFarland*
                                         Jonathan McFarland, CBN 247601
10                                       JMcFarland@perkinscoie.com
                                         PERKINS COIE LLP
11                                       1201 Third Avenue, Suite 4900
                                         Seattle, WA 98101-3099
12                                       Phone: 206.359.3132
                                         Facsimile: 206.359.4132
13
                                         Counsel for Non-Party
14                                       BROADCOM CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-        Non-Party Broadcom Brief ISO Motion to Seal,
                                                    Case No. 12-cv-00630-LHK (N.D. Cal.)