UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER ON SAMSUNG'S MOTION FOR CLARIFICATION OF SCHEDULE FOR BILL OF COSTS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On September 29, 2014, Samsung moved for clarification of the deadline for filing a bill of costs, asking that the deadline be either 21 days after entry of an order resolving Apple's pending motion for ongoing royalties (ECF No. 1958) or October 30, 2014. ECF No. 1997. On September 30, 2014, Apple opposed Samsung's motion, arguing that the proper deadline was September 30, 2014, which (according to Apple) was 21 days after resolution of all post-trial motions. ECF No. 2003.

Upon consideration of the parties' submissions, it is hereby ORDERED that the deadline for filing any bill of costs shall be 21 days after resolution of Apple's motion for ongoing royalties.

1   **IT IS SO ORDERED.**

2   Dated: October 1, 2014

   _____
   LUCY H. KOH
   United States District Judge