1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, )<br><br>Plaintiff, )<br>v. )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean corporation; SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company, )<br><br>Defendants. )<br>_____ ) | Case No.: 12-CV-00630-LHK<br><br>ORDER REVISING SCHEDULE FOR<br>BILL OF COSTS |

On September 29, 2014, Samsung filed a motion to extend the stipulated September 30, 2014 deadline for filing a bill of costs, asking that the deadline be either 21 days after entry of an order resolving Apple's pending motion for ongoing royalties (ECF No. 1958) or October 30, 2014. ECF No. 1997. Samsung also moved to require Apple to respond to this motion on the same day that it was filed, and further stated that "Samsung waives a reply." ECF No. 1998.

On September 29, 2014, the Court extended the bill of costs deadline from September 30, 2014 to October 2, 2014 to give Apple time to respond to Samsung's motion. ECF No. 2000. The Court also specified that "Samsung shall not file any reply in support of its motion for clarification." *Id.* Nonetheless, following Apple's response, Samsung submitted an unauthorized reply in the form of an attorney declaration and exhibit. ECF No. 2005.

1

1        Last night, the Court issued an order stating that the deadline for filing any bill of costs

2   would be 21 days after resolution of Apple's motion for ongoing royalties.  ECF No. 2007.  Upon

3   further consideration this morning, the Court VACATES that order and now ORDERS that any bill

4   of costs must be filed by October 9, 2014.

5   **IT IS SO ORDERED.**

6   Dated: October 2, 2014                                _____

7                                                         LUCY H. KOH
                                                          United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:12-CV-00630-LHK
ORDER REVISING SCHEDULE FOR BILL OF COSTS