[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER RE: VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (ECF 1987)** |

On September 23, 2014, this Court entered an Order Re: Various Administrative Motions to Seal that, among other things, denied Samsung's Administrative Motion to File Under Seal Relating to Samsung's Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (ECF No. 1031). ECF No. 1031-2 consisted of highlighted copies of Exhibits 10-16 and 27-28 to the Declaration of Michael L. Fazio from ECF No. 880. *See* ECF 1031-1 at 1. The parties hereby provide notice that Exhibits 10-16 and 27-28 were withdrawn or have already been filed publicly, as summarized in the chart below:

| ECF No. | Document | Status |
| --- | --- | --- |
| 880-21; 1031-2 | Exs. 10-15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike re: Apple's Patents | Withdrawn (*See* ECF No. 1977). |
| 880-22; 1031-2 | Ex. 16 " " | Withdrawn (*See* ECF No. 1977). |
| 880-22; 1031-2 | Ex. 27 " " | Already public (*See* ECF No. 1210-2). |
| 880-22; 1031-2 | Ex. 28 " " | Already public (*See* ECF No. 1210-3). |

Accordingly, the parties respectfully suggest that, subject to the Court's approval, no further action is necessary with respect to the foregoing exhibits.

Dated: October 3, 2014         WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                       By:    */s/ Mark D. Selwyn*
                              Mark D. Selwyn
                              *Attorneys for Plaintiff and
                              Counterclaim-Defendant APPLE, INC.*

Dated: October 3, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                       By:    */s/ Michael L. Fazio*
                              Michael L. Fazio
                              *Attorneys for Defendants and
                              Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                              LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                              SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Notice. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: October 3, 2014         By:    */s/ Mark D. Selwyn*
                                      Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 3, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                      */s/ Mark D. Selwyn*
                                      Mark D. Selwyn