1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael L. Fazio (Cal. Bar No. 228601)
11 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation,          | CASE NO. 12-cv-00630-LHK
20 |         Plaintiff,                             |
21 |    vs.                                         | **NOTICE OF ERRATA REGARDING SAMSUNG'S DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL [RELATES TO ECF NOS. 1985, 1995]**
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 |         Defendants.                            |

26

27

28

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

3  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

4  "Samsung") hereby file this Notice of Errata regarding the Declaration of Michael L. Fazio in

5  Support of Apple Inc.'s Administrative Motion to File Under Seal (ECF No. 1995).

6  Page 1, line 13 includes a typographical error.  Samsung seeks to seal Exhibits 2 and 3 to

7  the Vellturo Declaration, not Exhibits 6 and 7.  The ECF numbers listed in the Declaration are

8  accurate.

10  DATED: October 5, 2014                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By */s/ Michael L. Fazio*
                                              Victoria F. Maroulis
                                              Kevin P.B. Johnson
                                              Michael L. Fazio
                                              Attorneys for SAMSUNG ELECTRONICS
                                              CO., LTD., SAMSUNG ELECTRONICS
                                              AMERICA, INC., and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC

-1-   Case No. 12-cv-0630-LHK
NOTICE OF ERRATA RE: DECLARATION IN SUPPORT [RELATES TO ECF NOS. 1985, 1995]