1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER RE: VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (ECF 1981)** |

On September 18, 2014, this Court entered an Order Re: Various Administrative Motions to Seal granting-in-part and denying-in-part several motions to seal and requiring the parties to re-file certain documents.  *See* ECF No. 1981.  The parties hereby provide notice that certain documents that were the subject of the Court's September 18, 2014 Order were withdrawn prior to being considered by the Court or were already filed publicly (in some cases the publicly filed version includes redactions approved by the Court's prior sealing orders), as summarized in the chart below:

| ECF No. | Document | Status |
| --- | --- | --- |
| 882-3 | Apple's Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1205.) |
| 882-7 | ″ ″  Ex. 1 | Withdrawn (*See* ECF No. 1977) |
| 882-8 | ″ ″  Ex. 2 | Withdrawn (*See* ECF No. 1977) |
| 882-9 | ″ ″  Ex. 3 | Withdrawn (*See* ECF No. 1977) |
| 882-11, 1175-12 | ″ ″  Ex. 5 | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing (*See* ECF No. 1205-1) |
| 882-12 | ″ ″  Ex. 6 | Withdrawn (*See* ECF No. 1977) |
| 882-13 | ″ ″  Ex. 7 | Withdrawn (*See* ECF No. 1977) |
| 882-14 | ″ ″  Ex. 8 | Withdrawn (*See* ECF No. 1977) |
| 882-15 | ″ ″  Ex. 9 | Withdrawn (*See* ECF No. 1977) |
| 882-16 | ″ ″  Ex. 10 | Withdrawn (*See* ECF No. 1977) |
| 882-17, 1175-12 | ″ ″  Ex. 11 | Portions withdrawn (*See* ECF No. 1977); Public version is |

| | | |
|---|---|---|
| | | consistent with the Court's Order regarding sealing (*See* ECF No. 1205-1) |
| 882-18 | ″ ″ Ex. 12 | Withdrawn (*See* ECF No. 1977) |
| 882-19 | ″ ″ Ex. 13 | Withdrawn (*See* ECF No. 1977) |
| 882-20 | ″ ″ Ex. 14 | Withdrawn (*See* ECF No. 1977) |
| 882-22 | ″ ″ Ex. 16 | Withdrawn (*See* ECF No. 1977) |
| 882-23 | ″ ″ Ex. 17 | Withdrawn (*See* ECF No. 1977) |
| 882-28 | ″ ″ Ex. 22 | Withdrawn (*See* ECF No. 1977) |
| 882-33 | ″ ″ Ex. 27 | Withdrawn (*See* ECF No. 1977) |
| 882-51 | ″ ″ Ex. 28 | Withdrawn (*See* ECF No. 1977) |
| 882-41 | ″ ″ Ex. 35 | Withdrawn (*See* ECF No. 1977) |
| 882-42, 1175-12 | ″ ″ Ex. 36 | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing (*See* ECF No. 1205-1) |
| 882-43 | ″ ″ Ex. 37 | Withdrawn (*See* ECF No. 1977) |
| 882-47 | ″ ″ Ex. 41 | Withdrawn (*See* ECF No. 1977) |
| 882-48 | ″ ″ Ex. 42 | Withdrawn (*See* ECF No. 1977) |
| 882-49 | ″ ″ Ex. 43 | Withdrawn (*See* ECF No. 1977) |
| 962-4 | Samsung's Opposition to Apple's Motion to Strike (Apple Patents) | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1210-6.) |
| 962-10 | ″ ″ Ex. 1 | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. |

| | | |
|---|---|---|
| | | 1210-7.) |
| 962-10 | ″ ″ Ex. 2 | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1210-8.) |
| 962-10 | ″ ″ Ex. 3 | Withdrawn (*See* ECF No. 1977) |
| 962-10 | ″ ″ Ex. 4 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 6 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 7 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 9 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 10 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 11 | Withdrawn (*See* ECF No. 1977) |
| 962-11, 1172 | ″ ″ Ex. 19 | Public version is consistent with the Court's Order regarding sealing (*See* ECF No. 1210-9) |
| 962-11 | ″ ″ Ex. 24 | Withdrawn (*See* ECF No. 1977) |
| 962-11 | ″ ″ Ex. 28 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 31 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 36 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 37 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 38 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 39 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 40 | Withdrawn (*See* ECF No. 1977) |
| 962-12 | ″ ″ Ex. 42 | Withdrawn (*See* ECF No. 1977) |

ActiveUS 136636462v.1

| | | | |
|---|---|---|---|
| 1 | 962-13 | ″ ″ Ex. 45 | Withdrawn (*See* ECF No. 1977) |
| 2 | 962-13 | ″ ″ Ex. 46 | Withdrawn (*See* ECF No. 1977) |
| 3 | 962-13 | ″ ″ Ex. 47 | Withdrawn (*See* ECF No. 1977) |
| 4 | 962-13 | ″ ″ Ex. 48 | Withdrawn (*See* ECF No. 1977) |
| 5 | 962-13 | ″ ″ Ex. 53 | Withdrawn (*See* ECF No. 1977) |
| 6 | 962-13 | ″ ″ Ex. 54 | Withdrawn (*See* ECF No. 1977) |
| 7 | 963-3, 963-20, 978-2, 1173 | Samsung's Opposition to Apple's Motion to Strike Arguments from Samsung's Infringement | Public version is consistent with the Court's Order regarding sealing (*See* ECF No. 1217-13). While the Court only sealed the yellow highlighting in Docket No. 1173 and portions indicated in Docket No. 1175 when ruling on Apple's Motion for Reconsideration (ECF No. 1175), the other information that was highlighted in Docket No. 1173 and redacted in the public redacted version (ECF No. 1217-13) was included in Docket Nos. 1003 and 1008, which the Court also sealed.  (*See* ECF No. 1981 at 8.) |
| 8 | 963-6 | ″ ″ Ex. 1 | Withdrawn (*See* ECF No. 1977) |
| 9 | 963-7, 1173-1 | ″ ″ Ex. 2 | Public version is consistent with the Court's Order regarding sealing (*See* ECF No. 1217-14). While the Court unsealed the "extra highlighting in Docket No. 1169," all of the information that is redacted in the public redacted version (ECF No. 1217-14) was included in Docket No. 1003, which the Court sealed. (*See* ECF No. 1981 at 8.) |
| 10 | 963-8 | ″ ″ Ex. 3 | Public version is consistent with the Court's Order regarding |

| | | |
|---|---|---|
| | | sealing. (*See* ECF No. 1217-15.) |
| 963-9 | ″ ″ Ex. 4 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-16.) |
| 963-11 | ″ ″ Ex. 6 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-18.) |
| 963-12, 1173-3 | ″ ″ Ex. 7 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-19.) Accordingly, Apple will not seek file the document "lodged" with the court as indicated by Apple in Docket No. 1003 and will not seek reconsideration. |
| 963-13, 1173-4 | ″ ″ Ex. 8 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-20.) Accordingly, Apple will not seek file the document "lodged" with the court as indicated by Apple in Docket No. 1003 and will not seek reconsideration. |
| 963-14, 1173-5, 1218-5 | ″ ″ Ex. 9 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-21.) With respect to the Court's ruling regarding Docket No. 1218, the Corrected Highlighted Version of Exhibit 9 removed highlighting that was erroneously included in Docket No. 1173-5. |
| 963-15 | ″ ″ Ex. 10 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-22.) |
| 963-18, 1173-6, 1218-6 | ″ ″ Ex. 13 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-25.) With respect to the Court's ruling regarding Docket No. 1218, the Corrected Highlighted Version of Exhibit 13 removed highlighting that was erroneously included in Docket |

ActiveUS 136636462v.1

| | | |
|---|---|---|
| | | No. 1173-6. |
| 964-25 | Apple's Opposition to Samsung's Motion to Strike Regarding Apple Patents | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1208.) |
| 964-4 | ″ ″  Ex. E | Withdrawn (*See* ECF No. 1977) |
| 964-4 | ″ ″  Ex. F | Withdrawn (*See* ECF No. 1977) |
| 964-5 | ″ ″  Ex. G | Withdrawn (*See* ECF No. 1977) |
| 964-6, 989-2 | ″ ″  Ex. I | Withdrawn (*See* ECF No. 1977) |
| 964-7, 989-3 | ″ ″  Ex. J | Withdrawn (*See* ECF No. 1977) |
| 964-8 | ″ ″  Ex. K | Withdrawn (*See* ECF No. 1977) |
| 964-9 | ″ ″  Ex. L | Withdrawn (*See* ECF No. 1977) |
| 964-10 | ″ ″  Ex. M | Withdrawn (*See* ECF No. 1977) |
| 964-11, 989-4 | ″ ″  Ex. N | Withdrawn (*See* ECF No. 1977) |
| 964-13, 1075-13 | ″ ″  Ex. P | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1208-1.) |
| 964-15, 1075-13 | ″ ″  Ex. S | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1208-1.) |
| 964-17 | ″ ″  Ex. T | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1208-2.) |
| 964-19 | ″ ″  Ex. W | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1208-3.) |

| | | | |
|---|---|---|---|
| 964-22 | | ″ ″ Ex. AA | Withdrawn (*See* ECF No. 1977) |
| 965-4, 1075-8, 1214 | | Apple's Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions (Samsung Patents) | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1212.)  While the Court only sealed the yellow highlighting in Docket Nos. 1175-8 and 1214 and the portions indicated in Docket No. 1196 and the portions indicated in 1175 when ruling on Apple's Motion for Reconsideration (ECF No. 1175), the other information that was highlighted in 1175-8 and redacted in the public redacted version (ECF No. 1212) was highlighted in either blue or magenta in Docket No. 965-4, which the Court also sealed. (*See* ECF No. 1981 at 11.) |
| 965-11, 1075-9, 1214-1 | | ″ ″ Ex. 5 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1212-1.) |
| 965-20, 985-3, 1075-9, 1214-1 | | ″ ″ Ex. 11 | The public version is consistent with the parties' understanding of the Court's Order regarding sealing. (*See* ECF No. 1212-1.)<br><br>While the Court only sealed the yellow highlighting in Docket Nos. 1175-9 and 1214-1 and the blue highlighting in Docket Nos. 1189 and 1196 when ruling on Apple's Motion for Reconsideration (ECF No. 1175), the Court also sealed all of the "yellow and pink highlighting in Docket No. 965-20, portions indicated in Docket No. 1000, [and] amendments in Docket No. 985."  As Docket No. 965-20 included only blue and pink highlighting, Apple supported sealing all of the |

| | | |
|---|---|---|
| | | information highlighted in blue, and Apple usually supported information highlighted in yellow, the parties understand the Court's Order to have sealed the "blue and pink" highlighting in Docket No. 965-20. |
| 1009-4, 1009-5, 1174 | Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions (Samsung Patents) | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-26.)  With respect to the Court's ruling regarding Docket No. 1218, the Corrected Highlighted Version of Samsung's Reply removed highlighting that was erroneously included in Docket No. 1174. |
| 1009-8 | ″ ″ Ex. 2 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-28.) |
| 1009-9 | ″ ″ Ex. 3 | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-29.) |
| 1011-6 | Apple's Reply in Support of Its Motion to Strike Arguments from Samsung's Invalidity and Non-Infringement Expert Reports Regarding Apple Patents | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1206.) |
| 1011-7 | ″ ″ Ex. 48 | Withdrawn (*See* ECF No. 1977) |
| 1011-7 | ″ ″ Ex. 50 | Withdrawn (*See* ECF No. 1977) |
| 1011-7 | ″ ″ Ex. 51 | Withdrawn (*See* ECF No. 1977) |
| 1017-3; 1175-10 | Apple's Reply in Support of its Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing as it includes only the yellow highlighting found in 1175-10. (*See* ECF No. 1213.) |

| | | | |
|---|---|---|---|
| 1 | 1017-6 | ″ ″ Ex. 2 | Withdrawn (*See* ECF No. 1977) |
| 2 | 1017-7 | ″ ″ Ex. 3 | Withdrawn (*See* ECF No. 1977) |
| 3 | 1017-14 | ″ ″ Ex. 9 | Withdrawn (*See* ECF No. 1977) |
| 4 | 1018-4 | Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (Samsung Patents) | Portions withdrawn (*See* ECF No. 1977); Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1210-10.) |
| 5 | 1018-7 | ″ ″ Ex. 2 | Withdrawn (*See* ECF No. 1977) |
| 6 | 1018-7 | ″ ″ Ex. 3 | Withdrawn (*See* ECF No. 1977) |
| 7 | 1018-7 | ″ ″ Ex. 4 | Withdrawn (*See* ECF No. 1977) |
| 8 | 1018-7 | ″ ″ Ex. 5 | Withdrawn (*See* ECF No. 1977) |
| 9 | 1018-7 | ″ ″ Ex. 7 | Withdrawn (*See* ECF No. 1977) |
| 10 | 1018-7 | ″ ″ Ex. 9 | Withdrawn (*See* ECF No. 1977) |
| 11 | 1018-7 | ″ ″ Ex. 10 | Withdrawn (*See* ECF No. 1977) |
| 12 | 1170-5 | Exhibit 10 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike (Samsung Patents) | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-9.)<br><br>While the Court only sealed the yellow highlighting in ECF Nos. 1170-5 and 1175-14 and stated that the remainder was unsealed because no supporting declaration was filed, all information highlighted in blue was also highlighted in yellow. |
| 13 | 1170-6 | Exhibit 11 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike (Samsung Patents) | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1217-10.) |
| 14 | 1171-1 | Exhibit 27 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike (Apple Patents) | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1210-2.) |

| | | |
|---|---|---|
| 1175-5, 1214-2 | Exhibit A to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1211-1.) |
| 1175-7 | Exhibit D to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Public version is consistent with the Court's Order regarding sealing. (*See* ECF No. 1211-3.) |
| 1258-2 | Krevitt Letter | Already public. (*See* ECF No. 1390-1.) |
| 1258-3 | Lee Letter | Already public. (*See* ECF No. 1390.) |
| 1258-1 | Kolovos Declaration | Already public. (*See* ECF No. 1390-2.) |
| 1280-3 | Samsung's Opposition to Apple's Motion to Seal | Already public. (*See* ECF No. 1363.) |
| 1280-4 | Becher Declaration | Already public. (*See* ECF No. 1363-1.) |
| 1280-5 | Exhibit 1 to Becher Declaration | Already public. (*See* ECF No. 1363-2.) |
| 1282-2 | Nishino Declaration | Already public. (*See* ECF No. 1401.) |
| 1289-2 | Declaration of Jennifer Rho | Already public. (*See* ECF No. 1405-1.) |
| 1289-3 | Krevitt Letter | Already public. (*See* ECF No. 1405.) |
| 1320-2 | Amended Nishino Declaration | Already public. (*See* ECF No. 1403.) |
| 1322-2 | Nishino Declaration | Already public. (*See* ECF No. 1402.) |
| 1323-1 | Declaration of Peter J. Kolovos in Support of Apple's and Samsung's Administrative Motions to File Documents Under Seal | Already public. (*See* ECF No. 1391.) |

Accordingly, the parties respectfully suggest that, subject to the Court's approval, no further action or re-filing is necessary with respect to the foregoing exhibits.

| | | |
|---|---|---|
| 1 | Dated:  October 6, 2014 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By:   /s/ Mark D. Selwyn  <br>Mark D. Selwyn <br>*Attorneys for Plaintiff and* |
| 4 | | *Counterclaim-Defendant APPLE, INC.* |
| 5 | | |
| 6 | Dated: October 6, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | By:   /s/ Michael L. Fazio  <br>Michael L. Fazio <br>*Attorneys for Defendants and* |
| 9 | | *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., and* |
| 10 | | *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC* |

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Notice. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: October 6, 2014          By:     */s/ Mark D. Selwyn*
                                                            Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 6, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF.

                                                       */s/ Mark D. Selwyn*
                                                       Mark D. Selwyn

ActiveUS 136636462v.1