1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  APPLE INC., a California corporation,        CASE NO. 12-cv-00630-LHK

12              Plaintiff,
         vs.                                     **[PROPOSED] ORDER GRANTING**
13                                               **SAMSUNG'S MOTION FOR**
    SAMSUNG ELECTRONICS CO., LTD., a             **ADMINISTRATIVE RELIEF FOR**
14  Korean business entity; SAMSUNG              **LEAVE TO FILE SUR-REPLY IN**
    ELECTRONICS AMERICA, INC., a New             **OPPOSITION TO APPLE'S MOTION**
15  York corporation; SAMSUNG                    **FOR AN ONGOING ROYALTIES**
    TELECOMMUNICATIONS AMERICA,                  **INJUNCTION**
16  LLC, a Delaware limited liability company,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for

3  Administrative Relief for Leave to File Sur-Reply in Opposition to Apple's Motion for an

4  Ongoing Royalties Injunction.

5    Having considered the arguments of the parties and the papers submitted, and good cause

6  having been shown, the Court hereby GRANTS Samsung's Motion for Administrative Relief for

7  Leave to File Sur-Reply in Opposition to Apple's Motion for an Ongoing Royalties Injunction.

8

9    **IT IS SO ORDERED.**

10

11  DATED:   October   ____, 2014

12

13

14                                          _____

                                           HONORABLE LUCY H. KOH

15                                          United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO FILE SUR-REPLY