QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**ATTESTATION OF MICHAEL L. FAZIO IN CONNECTION WITH SAMSUNG'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY [DKT. NO 2013]** |

02198.51990/6269538.1

Case No. 12-CV-00630-LHK (PSG)
ATTESTATION OF MICHAEL L. FAZIO IN CONNECTION WITH SAMSUNG'S MOTION FOR
ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY [DKT. NO 2013]

**ATTESTATION**

I, Michael L. Fazio, am the ECF User whose ID and password that were used to file Samsung's Motion for Administration Relief For Leave To File Sur-Reply (Dkt. No. 2013), the Declaration Of Victoria F. Maroulis In Support of Samsung's Motion for Administration Relief For Leave To File Sur-Reply (Dkt. No. 2013-1), and Samsung's Sur-Reply In Opposition To Apple's Motion For An Ongoing Royalties Injunction (Dkt. No. 2013-3).   In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in the aforementioned filings.

Dated:   October 6, 2014                           */s/   Michael L. Fazio*

                                                                Michael L. Fazio