QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File Documents Under Seal in connection with Samsung's Response To Apple's Brief Regarding Ongoing Royalty Rates ("Samsung's Response").

3. Samsung moves to file under seal portions of the Declaration of Judith A. Chevalier In Support of Samsung's Response; portions of the Declaration of Kevin Jeffay In Support of Samsung's Response; portions of the Declaration of Juhui Lee In Support of Samsung's Response; and portions of the Declaration of Sungwoo Cho In Support of Samsung's Response.

4. Portions of Declaration of Judith A. Chevalier In Support of Samsung's Response may contain information that Apple considers confidential.

5. Highlighted versions of these exhibits are filed under seal concurrently herewith as exhibits to this declaration.[1]

6. Samsung maintains a claim of confidentiality over the documents listed at paragraph 3. These documents contain: (1) calculations that reveal Samsung's sales data; (2) calculations that reflect Samsung's per-unit profit, margin and pricing data; (3) Samsung source code and development, function, categorization, and operation of Samsung's source code and/or source code modules; and (4) details of Samsung's development efforts regarding non-infringing alternatives, including time to implement.

---

[1] Samsung uses the "Administrative Motion to File Under Seal" ECF event as a procedural mechanism for e-filing confidential, highlighted versions of exhibits on the Court's ECF system.

7. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.  (*See* Dkts. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkts. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed October 6, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i) (3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: October 6, 2014   /s/ Victoria F. Maroulis

Victoria F. Maroulis