QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S BRIEF REGARDING ONGOING ROYALTY RATES** |

02198.51981/6268408.1

Case No. 12-CV-00630-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S BRIEF RE ONGOING ROYALTY RATES

I, Victoria F. Maroulis, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Pretrial Order (Dkt. 338) in *Warsaw Orthopedic, Inc. v. Nuvasive, Inc.*, Case No. 3:08-CV-01512-MMA (MDD) (S.D. Cal. Aug. 12, 2011).

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Warsaw and Medtronic Sofamore Danek's Notice of Appeal (Dkt. 487) in *Warsaw Orthopedic, Inc. v. Nuvasive, Inc.*, Case No. 3:08-CV-01512-MMA (MDD) (S.D. Cal. Mar. 2, 2012).

4. Attached as Exhibit 3 is a true and correct copy of excerpts of Motion to Dismiss Appeals for Lack of Jurisdiction in *Warsaw Orthopedic, Inc., v. Nuvasive, Inc.*, No. 2012-1266 (Fed. Cir. Mar. 26, 2012).

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Proposed Pretrial Order in *Bard Peripheral Vascular, Inc. v. W.L. Gore & Assocs.,* No. CV-03-0597-PHX-MHM (D. Ariz. July 27, 2007).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 6, 2014, at Redwood Shores, California.

*/s/   Victoria Maroulis*
Victoria F. Maroulis