# EXHIBIT 2

1 Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
2 Alexander F. MacKinnon (S.B.N. 146883)
alexander.mackinnon@kirkland.com
3 Nimalka R. Wickramasekera (S.B.N. 268518)
nimalka.wickramasekera@kirkland.com
4 Kirkland & Ellis LLP
333 South Hope Street
5 Los Angeles, California  90071
Telephone: (213) 680-8400
6 Facsimile: (213) 680-8500

7 Attorneys for Plaintiff/Counterclaim
Defendant/Counterclaimant
8

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | WARSAW ORTHOPEDIC, INC.,  )  | CASE NO. 3:08-CV-01512-MMA (MDD) |
| 12 | Plaintiff,  )  )  | |
| | vs.  )  | |
| 13 | NUVASIVE, INC.,  )  )  | **WARSAW AND MEDTRONIC SOFAMOR DANEK'S NOTICE OF APPEAL** |
| 14 | Defendant.  )  )  | |
| 15 | NUVASIVE, INC.,  )  )  | |
| | Counterclaimant,  )  | |
| 16 | vs.  )  | |
| 17 | MEDTRONIC SOFAMOR DANEK USA, INC.,  )  )  | |
| | Counterclaim Defendant.  )  | |
| 18 | )  )  | |
| | AND RELATED COUNTERCLAIMS  )  | |
| 19 | | |

20

21

22

23

24

25

26

27

28

1    Notice is hereby given that plaintiff Warsaw Orthopedic, Inc. ("Warsaw") and counterclaim

2 defendant Medtronic Sofamor Danek U.S.A., Inc. ("Sofamor Danek") appeal to the United States

3 Court of Appeals for the Federal Circuit from this Court's entry on March 2, 2012 of what is titled

4 Judgment Pursuant to Federal Rule of Civil Procedure 54(b).  (Dkt. No. 486.)  Warsaw and Sofamor

5 Danek appeal whether the March 2, 2012 Judgment meets the requirements of Rule 54(b) and

6 whether the judgment is properly appealable.  Warsaw and Sofamor Danek also appeal the District

7 Court's judgment that Sofamor Danek infringed U.S. Patent No. 7,470,236 (the '236 patent) (Dkt.

8 Nos. 401 and 486); the District Court's Order and Judgment denying Warsaw's motion for

9 supplemental damages for the period July 1, 2010, to the verdict (Dkt. Nos. 460 and 486); the

10 District Court's Order and Judgment denying Warsaw's motion for a permanent injunction (Dkt.

11 Nos. 460 and 486); the District Court's denial of Sofamor Danek's Renewed Motion for Judgment as

12 a Matter of Law or, in the Alternative, a New Trial (Dkt. No. 460); the District Court's Order

13 construing the disputed claim terms of the '236 patent (Dkt. No. 149); and from all other Orders

14 entered by the District Court in this case that are appealable by Warsaw or Sofamor Danek.

15

16

17    DATED:  March 2, 2012                        Respectfully submitted,

18

19                                            /s/ Alexander MacKinnon
20                                        Luke L. Dauchot
                                         Alexander F. MacKinnon
21                                       Nimalka R. Wickramasekera
                                         KIRKLAND & ELLIS LLP
22                                       Attorneys for Plaintiff/Counterclaim
23                                       Defendant/Counterclaimant,
                                         WARSAW ORTHOPEDIC, INC.; MEDTRONIC
24                                       SOFAMOR DANEK USA, INC.;

25

26

27

28

1