# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bard Peripheral Vascular, Inc., and David Goldfarb, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> W.L. Gore & Associates, Inc., <br><br> Defendant. | No. CV-03-0597-PHX-MHM <br><br><br><br><br><br><br><br> **PROPOSED PRETRIAL ORDER** |
| W.L. Gore & Associates, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Bard Peripheral Vascular, Inc., David Goldfarb, M.D., and C.R. Bard, Inc. <br><br> Counterdefendants. | <br><br><br><br><br><br><br><br> *(Assigned to the Hon. Mary H. Murguia)* |

10. Whether Gore has proven by clear and convincing evidence that claims 1-6, 8-11, 14-27 of the '135 patent are invalid under 35 U.S.C. § 112, ¶ 1 for an alleged failure to disclose the "best mode."

11. Whether Gore has proven by clear and convincing evidence that claims 1-6, 8-11, 14-27 of the '135 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of written description for an alleged failure to recite the limitations of transmural ingrowth and formation of a neointima.

12. Whether Gore has proven by clear and convincing evidence that claims 20-24 or 27 of the '135 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of written description for an alleged failure to recite a wall thickness limitation.

13. Whether Gore has provide by clear and convincing evidence that someone other than Dr. Goldfarb invented the inventions claimed in claims 1-2, 4-6, 10, 14-16, and 20-27 of the '135 patent in this country by another inventor who had not abandoned, suppressed, or concealed it pursuant to 35 U.S.C. § 102(g)(2).

    c.    <u>Enforceability</u>

14. Whether Gore has proven to the Court by clear and convincing evidence that the '135 patent is unenforceable.

    d.    <u>Remedies</u>

15. If Plaintiffs have proven infringement of any valid and enforceable claim, whether Plaintiffs are entitled to a permanent injunction.

16. Whether Plaintiffs have established entitlement to recover damages based on the exclusive license and/or assignment of the '135 patent.

17. If Plaintiffs are not entitled to a permanent injunction, the royalty to be applied to infringing products post-judgment.

| | |
|---|---|
| 1 | |
| 2 | * * * * * |
| 3 | APPROVED AS TO FORM AND CONTENT: |

| | |
|---|---|
| _Andrew Federhar_ | _Brett Dunkleman_ |
| Attorney for Plaintiff | Attorney for Defendant |

Based on the foregoing,

IT IS ORDERED that this Proposed Pretrial Order jointly submitted by the parties is hereby APPROVED and is thereby ADOPTED as the official Pretrial Order of this Court.

DATED this _____ day of _____, 2007

_____
United States District Judge

164