QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF COREY KERSTETTER**<br><br>Date:    December 18, 2014<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

I, Corey Kerstetter, declare as follows under 28 U.S.C. § 1746:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Vice President of Business Planning. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the Vice President of Business Planning, I am familiar with and have knowledge of STA's importation and sales of certain mobile devices, including the Admire, Galaxy Nexus, Galaxy Note, Galaxy Note II, Galaxy S II, Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket, Galaxy S III and Stratosphere models.

3. STA stopped importing the following products for sale in the United States before January 1, 2014: Admire, Galaxy Nexus, Galaxy Note, Galaxy S II, Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket, and Stratosphere. STA has discontinued importation of and has no plans to resume importation of any of the products listed in the preceding paragraph for sale in the United States.

4. STA has stopped selling the Galaxy Note II in the United States. Any remaining retail availability of the Galaxy Note II is a result of excess inventory by those retailers, and not a result of STA sales. STA does not sell directly to either Best Buy or Radio Shack.

5. Galaxy S III models still on sale include: SCH-i535 PP, SPH-L710T, SGH-T999L, SCH-R530, SCH-R530X and SCH-S968. Any remaining retail availability of other Galaxy S III models is a result of excess inventory by those retailers, and not a result of STA sales. STA has stopped selling and has no plans to resume selling Galaxy S III models other than those specifically listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2014, at Richardson, Texas

By: *[signature]*
Corey Kerstetter

-1-

Case No. 12-cv-00630-LHK
DECLARATION OF COREY KERSTETTER