UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Response To Apple's Brief Regarding Ongoing Royalties Rates.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Declaration of Judith A. Chevalier In Support of Samsung's Response To Apple's Brief For Ongoing Royalty Rates("Samsung's Response") | See Highlighted Version of Document |
| Declaration of Kevin Jeffay In Support of Samsung's Response | See Highlighted Version of Document |
| Declaration of Juhui Lee In Support of Samsung's Response | See Highlighted Version of Document |
| Declaration of Sungwoo Cho In Support of Samsung's Response | See Highlighted Version of Document |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge