1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

        Plaintiff,

    vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

        Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER REGARDING**
**JOINT MOTION FOR STAY**

1    The parties have moved for an order staying a limited portion of the Court's September

2  18, 2014 Order (ECF No. 1981) ("Sealing Order").  The limited stay requested is warranted, and

3  there is no substantial countervailing public or private interest in the immediate disclosure of the

4  documents subject to the parties' Joint Notice Regarding Order Re: Various Administrative

5  Motions to Seal (ECF No. 1981) ("Joint Notice").   Accordingly, the Court grants the parties'

6  Motion to Stay.

7    **IT IS HEREBY ORDERED** that the Court's Sealing Order is stayed as it relates to the

8  exhibits identified in the Joint Notice (ECF No. 2012) until the later of:  (1) a ruling granting the

9  Joint Notice; or (2) in the event that the Court denies in whole or in part the Joint Notice, a ruling

10  on the Apple's, Samsung's, or a third party's motion for reconsideration or  motion for relief of

11  non-dispositive order pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the

12  alternative pending resolution of any appeal to the  Federal Circuit).

13

14  Dated:  _____, 2014          _____

15                                                                  Hon. Paul S. Grewal
                                                                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28