# UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED


## Exhibit B

**SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY**
**CONTAINS HIGHLY CONFIDENTIAL SOURCE CODE INFORMATION**

**EXPERT REPORT OF KENNETH A. PARULSKI REGARDING INFRINGEMENT OF**
**U.S. PATENT NO. 6,226,449**

Signed:   August 12, 2013

## TABLE OF CONTENTS

**Page**

TABLE OF EXHIBITS ............................................................................................................. 1

I.    INTRODUCTION ........................................................................................................... 2

II.   BASES OF OPINIONS .................................................................................................. 3

    A.   Qualifications................................................................................................... 3

    B.   Materials Considered ....................................................................................... 6

III.  UNDERSTANDING OF RELEVANT LEGAL STANDARDS.................................... 7

    A.   Claim Construction.......................................................................................... 7

    B.   Infringement..................................................................................................... 8

        1.   Direct Infringement ............................................................................. 8

            (a)   Literal Infringement ................................................................. 9

            (b)   Doctrine of Equivalents ........................................................... 9

    C.   Prosecution History Estoppel......................................................................... 10

IV.   THE ACCUSED APPLE PRODUCTS ........................................................................ 11

    A.   Overview of the Accused Apple Products...................................................... 11

    B.   iOS ................................................................................................................. 12

    C.   Photos and Camera Applications.................................................................... 13

    D.   Source Code ................................................................................................... 15

V.    OVERVIEW OF THE '449 PATENT ......................................................................... 20

    A.   The Specification............................................................................................ 20

    B.   The Hitachi MP-EG1 Product........................................................................ 24

    C.   The Prosecution History ................................................................................ 28

    D.   The Asserted Claims...................................................................................... 42

    E.   Level of Ordinary Skill in the Art................................................................. 43

F.    Claim Construction ............................................................................... 43

VI.  THE ACCUSED APPLE PRODUCTS INFRINGE THE ASSERTED CLAIMS OF
      THE '449 PATENT ..................................................................................... 44

      A.    The Accused Apple Products Infringe Claim 25 of the '449 Patent ........................ 44

            1.    Claim 25 Preamble: "A digital camera comprising": ................................... 44

                  (a)    Response To Apple Non-Infringement Arguments ......................... 50

                  (b)    Doctrine Of Equivalents Opinion ..................................................... 52

            2.    Claim 25[A]: "a lens" ................................................................................. 52

            3.    Claim 25 [B]: "an imaging device which converts an optical image
                  into an analog signal" ................................................................................. 57

            4.    Claim 25 [C]: "an A/D converter which converts said analog signal
                  from said imaging device to a digital signal" ............................................. 64

                  (a)    Response To Apple Non-Infringement Arguments ......................... 68

                  (b)    Doctrine Of Equivalents Opinion ..................................................... 69

            5.    Claim 25 [D]: "a compressor which compresses said digital signal
                  outputted from said A/D converter, and generates compressed data
                  by using a different compressing method for moving image signals
                  and for still image signals" ......................................................................... 69

                  (a)    Response To Apple Non-Infringement Arguments ......................... 81

                  (b)    Doctrine Of Equivalents Opinion ..................................................... 81

            6.    Claim 25 [E]: "a recording circuit which records compressed data,
                  said compressed data including a moving image signal, and a still
                  image signal" ............................................................................................... 82

            7.    Claim 25 [F]: "a decompressor which decompresses said compressed
                  data by using a different decompressing method according to
                  whether said recorded compressed data is a moving image signal
                  or a still image signal" ............................................................................... 87

                  (a)    Response To Apple Non-Infringement Arguments ......................... 91

                  (b)    Doctrine Of Equivalents Opinion ..................................................... 92

8.   Claim 25 [G]: "a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal" ................................................................. 92

9.   Claim 25 [H]: "a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of classifications as a classification mode" .................... 98

(a)   Response To Apple Non-Infringement Arguments ....................... 101

(b)   Doctrine Of Equivalents Opinion ................................................... 103

10.   Claim 25 [I]: "wherein said recording circuit records each one of said plurality of image signals with classification data" ........................ 104

(a)   Response To Apple Non-Infringement Arguments ....................... 105

(b)   Doctrine Of Equivalents Opinion ................................................... 106

11.   Claim 25 [J]: "said display lists a plurality of classifications and a number of images belonging to each classification" ............................... 107

12.   Claim 27: "A digital camera according to claim 25, wherein said classification is able to change by a direction of a user." ........................ 108

VII.   THE ALTERNATIVES PROPOSED BY APPLE LACK THE ADVANTAGES OF THE CLAIMED INVENTIONS ................................................................. 111

VIII.   TRIAL AND SUPPLEMENTAL OPINIONS ............................................. 112

Apple does on its website, user manuals, and other materials—"would not be correct" and was not "an accurate statement." (*Id.*)  I disagree with that portion of Mr. Millet's testimony.  In his subsequent answers, Mr. Millet apparently tried to avoid admitting the fact that the iPhone, like the other Accused Apple Products, stores captured images in digital form. (*Id.* at 45:4 – 47:12.) However, Mr. Millet later admitted that still images are stored in JPEG format in the iPhone's file system, and that stored video files "include H.264 components." (*Id.* at 47:14 - 52:1.)

132.   For all these reasons, I disagree with Apple's argument.  All of the Accused Apple Products are advertised as being or including a digital camera, and provide the functions of a digital camera.  For example, as mentioned above, Apple's website states that "iPhone is the most popular camera in the world."[7]  The same page also promotes the iPhone's cellular phone capabilities.  By Apple's logic, however, the iPhone is not a phone, either.

### (b)   Doctrine Of Equivalents Opinion

133.   To the extent the "digital camera" preamble of claim 25 is construed as a limitation, and the Accused Apple Products are determined not to meet the limitation literally, it is my opinion that each Accused Apple Product meets the limitation under the doctrine of equivalents.  Each Accused Apple Product performs the function of a digital camera—capturing images and storing them in digital form, in the same way—using lens, an image sensor, and analog-to-digital-converter, a compressor, and a recording circuit, to obtain the same result—images represented and stored in digital form.

### 2.   Claim 25[A]: "a lens"

134.   In my opinion, each of the Accused Apple Products includes "a lens."  Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each

---

[7] Page titled "Apple – iPhone 5 – It's so much more. And so much less, too." *available at* http://www.apple.com/iphone/features/, *last accessed* on 8/11/2013.

### 3.    Claim 25 [B]: "an imaging device which converts an optical image into an analog signal"

143.    In my opinion, each of the Accused Apple Products includes "an imaging device which converts an optical image into an analog signal."  Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each product captures photos and videos and stores them in compressed digital form.  Therefore, each product must include an imaging device such as a CMOS image sensor.  I observed at least one camera lens in each of the Accused Apple Products, which indicates the presence of a camera image sensor.  I also reviewed specifications on Apple's website which list the number of megapixels used for capturing photos in the Apple Accused Products, which requires that the product include an imaging device having at least the number of megapixels listed.

144.    The Bill of Materials for the Apple iPhone 5 (APL630DEF-WH0001591991) includes a listing for an ██████████████ (*see* APL630DEF-WH0001592156) supplied by ██████████████ with part number ██████ as well as a ██████████████ as shown below.



145.    The product specifications for the ██████ CMOS image sensor used in the iPhone 5 is are contained in an ██████ datasheet (OMNI 0866 - 1004) entitled ██████ ██████████████ ██████ This datasheet includes the ██████████ ██████" (OMNI 0885) shown below. The diagram shows an ██████████ inside the ██████████ area.  This "image array" is an imaging device which converts an optical

2

2   image into an analog signal.  The ████████████████████████████

████████████████████████████████████ Because

an ADC ("analog-to-digital converter") converts an analog signal into a digital signal, the output

of the image array must be an analog signal.



146.     Each of the Accused Apple Products includes an image sensor chip, like

████ which necessarily includes an image array and an analog-to-digital converter, as shown

2   above. ████████ engineer Fred Cheng confirmed that ████████████████████

████████████████████████ (Cheng Tr. at 9:20-21.)  He added that "Those photo

detectors detect light and convert it into a voltage" (*Id*. at 9:25-10:1) and "that voltage is an

analog signal." (*Id*. at 10:3-6.)  Apple engineer Tim Millet also confirmed that "the camera

sensor is capturing the light, capturing the image." (Millet Tr. at 16:25 – 17:1.)

147.     The ████████████████ datasheet further includes ████████████████

2   ████████████████████" (OMNI 0916), reproduced below.  This diagram shows the color pixels

which form the ████████████ shown in figure 2-1 above.  The color pixels in this sensor array

convert an optical image, provided by the lens in the iPhone 5 front-facing camera, into an analog signal.  In light of their confirmed functionality, each Accused Apple Product should include at least one image array like the one shown below for converting an optical image into an analog signal.



148.    Product specifications for the ▮▮▮▮ CMOS image sensor used in the iPhone 5 are provided by ▮▮ in a datasheet. (SEL 000096-199.)  According to the datasheet, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See* SEL 000096.)  The ▮▮▮▮ ▮▮▮▮ shown in FIG. 30 of the datasheet is an imaging device which converts an optical image into an analog signal.

149.    The Bill of Materials for the Apple iPhone 4S (APL630DEF-WH0000090406) lists the ▮▮▮▮▮ CMOS image sensor and the ▮▮▮▮ CMOS image sensor. The product specifications for the ▮▮▮ CMOS image sensor are included in an ▮▮▮▮

datasheet (OMNI 0483 - 0585) entitled "███████████████████████████ ███████████████████████████████████████ This specification includes ███████████████████" (OMNI 0498), reproduced below. This diagram shows an ███████████████████████████████ is an imaging device which converts an optical image into an analog signal. ████████████████████████████) ███████████████████████████████████████████████████ As I explained earlier, because the ADC converts an analog signal into a digital signal, the output of the image array must be an analog signal.



150.    The product specifications for the ██████████████ CMOS image sensor used in the iPhone 4S are included in a ██████ datasheet. (SEL 000001-95).  According to this datasheet, the IMX145PQH2-C is a CMOS active pixel type image sensor with a square pixel ███████████████████████████████████████ (*See* SEL 000001).  The ████████████ shown in FIG. 1 block diagram (*See* SEL000006) is an imaging device which converts an optical image into an analog signal.

151.    The Bill of Materials for the Apple iPhone 4 (APL630DEF-WH0000435338) lists the ███████████ CMOS image sensor and the ███████████████ CMOS image sensor (*See* APL630DEF-WH0000435432).  The ██████████ CMOS image sensor is specified in an ████████ datasheet (OMNI 0084 - 0240) entitled ████████ ████████████████████████████████████████ ████████████████████ This document includes ████████████████ ███████" (OMNI 0102), reproduced below.  As in the image sensors discussed above, this diagram shows an ██████████████████████ is an imaging device which converts an optical image into an analog signal.  The █████████████████ █████████████████████████ ████████ Because the ADC converts an analog signal into a digital signal, the output of the image array must, again, be an analog signal.



152.    The ████████ CMOS image sensor used in the iPhone 3GS is specified in an ████████ datasheet (OMNI 0001-0083) entitled ████████████████ ████████████████████████████████████████ This

datasheet includes ███████████████ (OMNI 0016), reproduced below.  This diagram shows an ████████ in the upper left.  In my opinion, this ████████ is an imaging device which converts an optical image into an analog signal.  The ████████████ ████████████████████████████████████████████████ ███████████ Because the ADC converts an analog signal into a digital signal, the output of the image array must be an analog signal.



153.   The ██████ CMOS image sensor used in the iPhone 4 and the iPod Touch (4th Gen) is specified in an ████████ datasheet (OMNI 0586 - 0673) entitled ████████ ███████████████████████████████████ This datasheet includes ███████████ ██████ (OMNI 0599), reproduced below.  This diagram shows an ████████ n the upper left.  This ████████ is an imaging device which converts an optical image into an analog signal.  The ██████████████████████████ ██████████████████████

Because the ADC converts an analog signal into a digital signal, the output of the image array must be an analog signal.



154.    The ▮▮▮▮ CMOS image sensor used in the iPhone 4 and the iPod Touch (5th Gen) is specified in an ▮▮▮▮ datasheet (*See* OMNI 0241 - 0407) entitled ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ This datasheet includes ▮▮▮▮ ▮▮▮▮ (*See* OMNI 0262) shown below. This figure shows an ▮▮▮▮ This ▮▮▮▮ block is an imaging device which converts an optical image into an analog signal. The ▮▮▮▮▮▮▮▮ Because the ADC converts an analog signal into a digital signal, the output of the image array must be an analog signal.



**4.      Claim 25 [C]: "an A/D converter which converts said analog signal from said imaging device to a digital signal"**

155.     In my opinion, each of the Accused Apple Products includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."  Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each product captures photos and videos and stores them in compressed digital form.  Therefore, each product must include an analog-to-digital converter that digitizes the output of the image sensor array.  I observed at least one camera lens in each of the Accused Apple Products, which indicates the presence of an image sensor array and corresponding analog-to-digital converter.

156.     The ████ CMOS image sensor used in the front-facing camera of the iPhone 5 is specified in an ████ datasheet (OMNI 0866 - 1004) entitled '████████



████████████████████ (OMNI 0885), reproduced below.  This diagram shows a ████████ Again, ADC

stands for analog-to-digital converter. This ▮▮▮▮▮ is an A/D ("analog-to-digital") converter which converts said analog signal from the imaging device to a digital signal. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Because the ADC converts an analog signal into a digital signal, the output of the ▮▮▮▮▮▮ must be a digital signal. As shown below, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



157.   ▮▮▮▮ engineer Fred Cheng confirmed that "in every image sensor ▮▮▮▮ provides to Apple, there's an analog-to-digital converter" (Cheng Tr. 11:25-12:3), and that "the A-to-D converter is actually integrated into the image sensor itself," referring to the image sensor chip. (*See* Cheng Tr. 17:16-21.) He also confirmed that the ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (Cheng Tr. 12:4-8.)

158.   The ▮▮▮▮ CMOS image sensor chip used in the rear-facing camera of the iPhone 5 is described in detail in its datasheet. (*See* SEL 000096-199.) According to this

datasheet, the ███████████████████████ (*See* SEL 00096.)  The ████████████

█████████████████████████████████████████████████████████

████████████████ as shown below.  This A/D converter converts the analog signal

**2**

from the 8 MP imaging array to a digital signal.



159.    Apple engineer Tim Millet confirmed that "the image sensor will capture the

image and convert it to a digital representation." (Millet Tr. 46:6-9.)

160.    The ██████ CMOS image sensor used in the front-facing camera of the iPhone

4S is specified in an ████████ datasheet (OMNI 0483 - 0585). This datasheet includes ████████

██████████████████" (OMNI 0498) which includes a ██████████████████████

is an A/D converter which converts the analog signal from the image array into a 10 bit digital

**2**

signal.

161.    The ████████████████ CMOS image sensor used in the rear-facing camera

of the iPhone 4S is specified in its datasheet. (*See* SEL 000001-95.)  According to this datasheet,

the ████████████████████████████████ (*See* SEL 000001.)  The ██████████

███ shown in FIG. 41 of the datasheet (SEL 000079) shows, in the upper left, an ███████ which converts the analog signal from the 8 MP imaging array to a digital signal.

162.  ███████ CMOS image sensor used in the iPhone 4 is specified in its ███ datasheet. (*See* OMNI0084 - 0240).  This datasheet includes ███ ███████ (*See* OMNI 0102) which includes a ███ ███ ███ is an A/D converter which converts the analog signal from the image array into a 10 bit digital signal.

163.  The ███ CMOS image sensor used in the iPhone 3GS is specified in an ███ datasheet (OMNI 0001-0083) entitled ███████ ███████ This datasheet includes ███████ (OMNI 0016) which includes a ███ ███████ is an A/D converter which converts the analog signal from the image array into a ███ digital signal.

164.  The ███ CMOS image sensor used in the iPhone 4 and the iPod Touch (4th Gen) is specified in its ███ datasheet. (*See* OMNI0586 – 0673.)  This datasheet includes ███████ (OMNI 0599.)  This figure shows a ███ ███████ is an A/D converter which converts the analog signal from the image array into a ███ digital signal.

165.  The ███ CMOS image sensor used in the iPod Touch (5th Gen) is specified in its ███ datasheet. (*See* OMNI 0241 – 0407.)  This datasheet includes ███████ ███████" (OMNI 0262) which includes a ███████ is



2 | an A/D converter which converts the analog signal from the image array into a ███ digital signal.

### (a)   Response To Apple Non-Infringement Arguments

166.   Apple argues that its Accused Products don't meet this limitation because the analog-to-digital converters in its products are located within the image sensors.  Apple's argument is based in an erroneous premise.  The "imaging device" in the Accused Apple Products is the image sensor array, not the entire CMOS image sensor integrated circuit.  The

2 | ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████  Therefore, even if Apple were correct that "the claims require an A/D converter to receive an analog signal from the imaging device, *i.e.*, an A/D converter distinct from the imaging device," the Accused Apple Products literally meet this limitation.

(*See* Apple Inc.'s Further Supplemental Objections And Responses To Samsung's First Set Of Interrogatories To Apple (No. 12), dated July 15, 2013, pp. 164-169.)

167.   To the extent Apple argues that anything in the claims, specification, or file history of the '449 Patent suggests that the claimed "A/D converter" must be a "standalone component" that cannot be part of the same integrated circuit as the imaging device, I disagree.  Nothing in the '449 Patent or its prosecution history suggests that the term should be so limited.

168.   Each of the Accused Apple Products includes a CMOS image sensor integrated circuit which includes both an imaging device that converts an optical image into an analog signal and an A/D converter which converts the analog signal from the imaging device to a digital signal.  The CMOS image sensor in each Accused Apple Product includes an image array, which is the claimed imaging device, and also includes an A/D converter, which converts the

analog signal from the image array to a digital signal.  Therefore, the Accused Apple Products literally meet the "A/D converter" limitation of claim 25.

**(b)      Doctrine Of Equivalents Opinion**

169.    To the extent the Accused Apple Products are determined not to meet the "A/D converter" limitation of claim 25 literally, it is my opinion that each Accused Apple Product meets the limitation under the doctrine of equivalents.  Each analog-to-digital converter in the Accused Apple Products performs the function of the claimed "A/D converter"—converting the analog signal from an imaging device to a digital signal, in the same way—through quantization of the analog signal into digital values, to obtain the same result—a digital signal corresponding to the analog signal from the imaging device.

**5.      Claim 25 [D]: "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

170.    In my opinion, each of the Accused Apple Products includes "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals." Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each product captures photos and videos and stores them in compressed digital form. For example, I analyzed image files generated by the Accused Apple Products and confirmed that they contain compressed digital data.  Videos are compressed using a different compression method than the one used for photos.  Therefore, each Accused Apple Product must include a compressor as claimed.

████████████████████████ (*See* APL630DEF-WH0001749909.)  A footnote to the block diagram reads ████████████████████████



176. ████████████████████████████████

████████████████████████████████ (*See* APL630DEF-WH0001749911.) ████████████████ is described as follows: ████████████
████████████████████████████████████████████
████ (*Id.*)  For interface ████████████ the manual states: ████████████████████████████
████████████████████████████████████████████." (*Id.*)
3  177. ████████████████████████████████████
████████████████ as follows (APL630DEF-WH0001749917):

[REDACTED]

[REDACTED]. As described in the diagram below, the

[REDACTED]

[REDACTED]

178. [REDACTED]

[REDACTED] shown below. (APL630DEF-WH0001749928.)  The [REDACTED]

3  [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] which are the functions performed by the [REDACTED] in FIG. 4

of the '449 patent, also shown below.





179. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which are used to compress still images using the JPEG compression standard, and ▮▮▮▮ [3] ▮▮▮▮▮▮▮▮▮▮▮ which is used to compress moving video images using the H.264 compression standard.  Apple engineer Tim Millet stated that ▮▮▮▮▮▮▮▮▮ ▮▮▮ o perform still image compression" (Millet Tr. 32:9-10.) and that the ▮▮▮▮▮ "can perform the function of taking source – image stream and producing a bit stream from that that's in the H.264 format." (Millet Tr. 65:18-23.)

180. Apple's website states that the iPhone 5 supports "H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in m4v, mp4 and .mov file formats."[18]  The H.264 standard recommendation, titled "Advanced video coding for generic audiovisual services" is specified by ITU-T, the Telecommunication Standardization Sector of the International Telecommunication Union.[19] The standard defines a block-oriented motion-compensation-based compression and decompression method for video.  A motion-compensation algorithm describes a picture frame in terms of frames that precede or follow it in a sequence.  Therefore, a motion-compensation-based compression method for video is very different from a compression method used for still images.

181. My analysis of a still image file from an iPhone 5 demonstrates that photos are store using the Exif-compressed image format, which uses baseline JPEG compression as

---

[18] (*See* www.apple.com/iphone/specs.html.)

[19] (*See* "H.264: Advanced video coding for generic audiovisual services" at http://www.itu.int/rec/T-REC-H.264-201304-I/en.)



185. ███████████████████████████████████████

3 ██████████████████████████████████████████ shown

below. (APL630DEF-WH0001738810.) ████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████ which are functions performed by the "MPEG/JPEG ENC/DEC" block 409 in FIG. 4 of

the '449 patent.



186. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which is used to compress still images using the JPEG compression standard, and an ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which I understand is used to compress moving video images using the H.264 compression standard.   Apple engineer Tim Millet stated that ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ that performs the encoding function and supports the H.264 codec standard" (Millet Tr. 28:24-29:1) and a block "that performs still image compression" using JPEG. (Millet Tr. 30:19-31:3.)

187.    The Bill of Materials for the Apple iPod touch (5th Gen) (*see* APL630DEF-WH0004031634 – 4031703) includes a listing for a module which includes an "▓▓▓▓ (*See* APL630DEF-WH0004031654). It appears that the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

188.    The Bill of Materials for the Apple iPod touch (4th Gen) (*see* APL630DEF-WH0004031426 – 4031494) includes a listing for a module which includes an ▓▓▓▓ (*See* APL630DEF-WH0004031441), and the Bill of Materials for the Apple iPhone 4 includes a

listing for an ▆▆▆▆▆▆▆ These SOC's are described in an Apple document entitled ▆▆▆

User's Manual, Revision 1.22, February 23, 2010." (APL630DEF-WH0001726602 – 1732790.)

According to the ▆▆ User's Manual, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

(*See* APL630DEF-WH0001726630.)  A block diagram of the ▆▆ is shown below.

(APL630DEF-WH0001738789.)



189.   Section 5.5 of the ▆▆ User's Manual describes the "▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆ shown below.  (APL630DEF-WH0001726685).  In my opinion, the ▆▆▆

 includes a compressor for moving and still image signals that uses different compressing methods for moving and still image signals.

3

190.    The Bill of Materials for the Apple iPhone 3GS (APL-ITC796-0000410781) includes a listing for an ▮▮▮▮ (APL-ITC796-0000410976.)  The ▮▮▮▮ is described in an Apple document entitled "H2P User's Manual, Revision 1.73, July 16, 2009." (*See* APL630DEF-WH0001708681 - 1712045).  According to the ▮▮ User's Manual, the ▮▮ ▮▮▮▮" (APL630DEF-WH0001708700.)  The features of ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮  A block diagram of the ▮▮ is shown below. (APL630DEF-WH0001708700.)



191. The ███████████████████████████████████████

3    ███████████████████████████████████ (*see* APL630DEF-WH00017111485-

1571) which compresses videos, and a ███████████ (*see* APL630DEF-WH0001711131-189)

which compresses photos.  In my opinion, ████████████████████████████

████████████████████████████████████████████████████

████████

**(a)**     **Response To Apple Non-Infringement Arguments**

192.    Apple states that ███████████████████████████

████ in the accused products, which are supplied by ██████████████ and is

instead performed by a separate and distinct component supplied by a different third-party,

████████ (*See* Apple Inc.'s Further Supplemental Objections And Responses To Samsung's

First Set Of Interrogatories To Apple (No. 12), dated July 15, 2013, pp. 164-169.)  To the extent

Apple argues that this is somehow a non-infringement argument, I disagree.

193.    First, I note that the plain language of the claim does not require that the

"compressor" limitation must to correspond to a "single component."  Nothing in the claims,

specification or file history of the '449 Patent prevents the "compressor" limitation from being

met, for example, by more than one integrated circuit component.  Moreover, in the Accused

[3] Apple Products, ███████████████████████████████████)

████████████████████████████████████████████)

████████████████████ as described above and as Apple engineer Tim Millet testified.

(*See* Millet Tr. At 65-66). ███████████████████████████

████████████████████████, just like the "MPEG/JPEG

ENC/DEC" block 409 in FIG. 4 of the '449 patent.

**(b)**     **Doctrine Of Equivalents Opinion**

[1 and 3] 194.    To the extent the Accused Apple Products are determined not to meet the

"compressor" limitation of claim 25 literally, it is my opinion that each Accused Apple Product

meets the limitation under the doctrine of equivalents.  Each ████████████████

████████████ in each Accused Apple Product performs the function of the claimed

"compressor"—compressing a digital signal output by an A/D converter and generating

compressed data using a different compressing method for moving or still images, in the same

way—by executing a different compression algorithm for still images or video, to obtain the same result—compressed photo or video data that can be recorded to memory.

6.   **Claim 25 [E]: "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"**

195.   In my opinion, each of the Accused Apple Products includes "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal."  Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each product captures photos and videos and stores them in compressed digital form. Therefore, each Accused Apple Product must contain a memory and an interface thereto "which records compressed data, said compressed data including a moving image signal, and a still image signal."

196.   Section 1.2 of the ███ User's Manual is a block diagram (*see* APL630DEF-WH0001749909), a portion of which is shown below.  This portion of the ████████

████████████████████████████████████████████████

████████████████████████ In my opinion, ████████████████████

████████████ provide a recording circuit which records compressed data, including a moving image signal and a still image signal, ████████████████████

197 ███████████████████████████████████ is further described in section

2  5.1.17 of the ███ User's Manual. (*See* APL630DEF-WH0001749980 - WH0001749986.)  The

███ User's Manual states that the ██████████████████████████████

███████████████████████████████████████████

██████████████████ (*See* APL630DEF-WH0001749980.)  The ███ User's Manual

████████████████████████████████████

████████████████████████████████████

███████████████████ (*See* APL630DEF-WH0001749986.)



198.    The ██████████████ is used to record compressed data which includes both

still image signals for photos and moving video signals for videos. Apple engineer Justin Titi

stated that ████████████████████████████████████

██████████████████ (Titi Tr. 13:7 - 15:15.)

199.    The amount of NAND Flash Memory in the Accused Apple Products is provided

as part of the model number.  Apple engineer Tim Millet confirmed that for an iPhone 5 16 GB,

the "GB" (gigabytes) refers to the amount of flash memory. (*See* Millet dep. 67:25-68:5.)

Apple's website states "iPhone comes in three storage sizes: 16GB, 32GB, and 64GB. The term

"GB" stands for gigabytes. The more gigabytes you have, the more content you can store on your iPhone — apps, games, photos, HD videos, music, movies, and more."[23]



200.    The ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Apple engineer Tim Millet stated ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆ (*See* Millet dep. 68:17-20.) This ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ is also

a recording circuit as claimed.

201.    Apple software running on the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆ Apple engineer Tim Millet stated ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (Millet Tr. 68:13-14.)

202.    The ▆▆▆▆▆ used in the iPhone 4 is described in the ▆▆▆ User's Manual. (*See*

APL630DEF-WH0001738776 - 1744368).  Section 1.2 of the ▆▆▆ User's Manual ▆▆▆▆▆▆

▆▆▆▆▆▆ (*see* APL630DEF-WH0001738789), a portion of which is shown below.  This

portion of the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ In my opinion, ▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ provide a recording circuit which records compressed

data, including a moving image signal and a still image signal, in ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

---

[23] (*See*: store.apple.com/us/buy/home/shop_iphone/family/iphone5?product=IPHONE5.)



203.   High-level diagrams of the hardware and software blocks used for capturing, compressing, and recording still and video images using the ████████ are provided in an Apple document titled ████████████ (*See* APL630DEF-WH0004002036-38).  The

204. The '█████████████ shown below (*see* APL630DEF-WH0004002038), depicts how processed still image signals are provided to a █████████ ████████████████████████████████████ █████████████ A block titled ████████████ ███████████████████████



205. The ██████ used in the iPod Touch (4th Gen) is described in the ███ User's Manual. (*See* APL630DEF-WH0001726602 - 1732790). Section 4.3 of this document includes a block diagram (*See* APL630DEF-WH0001726634), a portion of which is shown below. This diagram depicts the ████████████ which is connected to the ███████████ and is used with ███████████ in my opinion, ████████████████ █████ provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in ████████████

86



206.    The ███████ used in the Apple iPhone 3GS is described in the ███ User's Manual (*See* APL630DEF-WH0001708681 - 1712045). The ███████████████████████ ███████████████ which is depicted in a block diagram (*See* APL630DEF-WH0001710784). In my opinion, the ███████████████████ provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in the ███████ ███████████

7.      **Claim 25 [F]: "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

207.    In my opinion, each of the Accused Apple Products includes "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal." Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates

that each product captures photos and videos and stores them in compressed digital form. Each product also displays or plays back the compressed photos and videos. Therefore, each Accused Apple Product must contain a decompressor as claimed.

208. Section 2.5 of the ███ User's Manual describes ████████████████ ████████████████████████████████████ which is shown below. (*See* APL630DEF-WH0001749928.) The ████████████ includes a decompressor for moving image signals and still image signals. The ████████████████████ ████████████, which are used to decompress still images using the JPEG compression standard, and an ████████████ which is used to decompress moving video images which have been compressed using the H.264 compression standard. The ████████████████████████ ████████ which are functions performed by the "MPEG/JPEG ENC/DEC" block 409 in FIG. 4 of the '449 patent.



209.    Section 2.5.4 of the ████ User's Manual further describes the ████████████ which is used to decompress JPEG encoded images. (*See* APL630DEF-WH0001749934.) Apple

**3**

engineer Tim Millet stated the ████████████████████████████████████████

████████████ (*See* Millet Tr. 65:11-17.)



210.    The ████████████████████████████████████████ is further described in section 2.5.1 of the ████ User's Manual as providing features including ████████ ████████████ (*See* APL630DEF-WH0001749929.)  Apple engineer Tim Millet stated that the ████████████████████████████████████████ ████████████ (Millet Tr. 66:1-3.)

211.    The H.264 standard used to compress and decompress videos uses a very different compressing method than the JPEG baseline compression standard used to compress and decompress photos.  For example, the H.264 standard includes variable block size motion compensated interframe coding, while the JPEG baseline standard uses only intraframe coding using a fixed block size.  Therefore, different decompressing methods must be used in order to decompress the JPEG and H.264 still and moving image signals.

212.    The ████████ used in the iPhone 4S is described in the ████ User's Manual. (*See* APL630DEF-WH0001738776 – 1744368.)  Section 2.5 of this document describes ████████

**3**

████████████████████████████████████████. (*See*
APL630DEF-WH0001738810.)  The ██████████████████████
████████████████████████████  The ████████████████
████████████████████████ which is used to decompress still images which have
been compressed using the JPEG compression standard, and ████████████████
████ which is used to decompress moving video images which have been compressed using the
H.264 compression standard.

213.   Apple engineer Tim Millet stated that ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████  (Millet Tr. 29:6 -
31:6-8.)

214.   The ██████████ used in the iPod Touch (4th Gen) is described in the ████████████
██████. (*See* APL630DEF-WH0001726602 – 1732790.) Section 5.6 of the ████ User's Manual
describes ██████████████████████ (*See* APL630DEF-WH0001726691-93.) The ██████
portion of the ████ includes a ████████████████████████████
████████████████████████████████████████████████
████████████ shown in Table 11. (*See* APL630DEF- WH0001726692-93.)  In addition, the ████
User's Manual states that the ██████████ included in the ████████████████
████████████████████████████████████████
██████████████████████ (*See* APL630DEF-WH0001726689).  In my opinion, the
████████████████████████████████████████



215.    The ████████ used in the Apple iPhone 3GS is described in the ████ User's Manual. (*See* APL630DEF-WH0001708681 - 1712045).  The features of the ██████ include ████████ ████████████ (*See* APL630DEF-WH0001708699.)  The Block Diagram of the ██████████████████ (*See* APL630DEF-WH0001708700).  The ████████████████ which decompresses videos (*see* APL630DEF-WH0001711190-1365) and a ██████████ decompresses photos. (*See* APL630DEF-WH0001711131-189.)  In my opinion, the ████ ████████████████████ and uses different decompressing methods for the moving and still image signals.

**(a)      Response To Apple Non-Infringement Arguments**

216.    As with the compressor limitation, Apple argues that different components in the Accused Apple Products perform decompression of photos and videos. (*See* Apple Inc.'s Further Supplemental Objections And Responses To Samsung's First Set Of Interrogatories To Apple (No. 12), dated July 15, 2013, pp. 164-169.)  To the extent Apple argues that this is somehow a non-infringement argument, I disagree.

217.    First, I note that the plain language of the claim does not require that the "decompressor" limitation must to correspond to a "single component," or that it must be a separate and distinct component from the claimed "compressor."  Nothing in the claims, specification or file history of the '449 Patent prevents the "decompressor" limitation from being met, for example, by more than one logic circuit, including logic circuits that also perform compression.  Moreover, in the Accused Apple Products, both video and still image decompression are performed ████████████████ For

3

example, ███████████████████████████████████████

███████████ as Apple engineer Tim Millet testified. (Millet Tr. At 65-66.).  The ████████████

████████████████████████████████████████

██████████████ just like the "MPEG/JPEG ENC/DEC" block 409 in FIG. 4 of the '449

patent.

**(b)     Doctrine Of Equivalents Opinion**

1 and 3

218.     To the extent the Accused Apple Products are determined not to meet the

"compressor" limitation of claim 25 literally, it is my opinion that each Accused Apple Product

meets the limitation under the doctrine of equivalents.  Each █████████████████

████████████ in each Accused Apple Product performs the function of the claimed

"decompressor"—decompressing compressed image data using a different compressing method

for moving or still images, in the same way—by executing a different decompression algorithm

for still images or video, to obtain the same result—decompressed photo or video data that can

be reproduced for display.

**8.     Claim 25 [G]: "a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal"**

219.     In my opinion, each of the Accused Apple Products includes "a reproducing

circuit which reproduces a moving image signal, a sound signal in synchronous to said moving

image signal, and a still image signal."  Setting aside the evidence cited below, my testing of the

Accused Apple Products demonstrates that each product captures photos and videos and stores

them in compressed digital form.  Each product also displays or plays back the compressed

photos and videos.  In order to render and display photos and videos with audio, each product

must include a reproducing circuit as claimed.

220.   Section 2.4.1 of the ███ User's Manual describes the ████████ used in the iPhone 5 and includes a ████████████ which is shown below. (APL630DEF-WH0001749918-19.)  This block diagram shows how videos, images, and graphics are reproduced and blended together for display on the iPhone 5 display. In my opinion, the ████████████ is a reproducing circuit which reproduces a moving image signal and a still image signal.



221.   Apple engineer Tim Millet stated that "████████████
████████████
████████████
████████████
████████████
*See* Millet dep. 104: 8-23.)

222.   Section 2.10 of the ███ User's Manual describes the ████████ (*See*
████████████ (*See*

93

APL630DEF-WH0001749951-55.)  According to the ███ User's Manual, the first goal of the

[2] ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████ (*See id.*)  In my opinion, the ██████████████████████████ is a part of

the device's reproducing circuit which reproduces a sound signal synchronized with a moving

image signal.



223.   Section 2.9.1.2 of the ███ User's Manual describes the ██████████████████

[2] ████████████████████████████████████████████████████████████████ (*See*

APL630DEF-WH0001749945.)  Apple engineer Justin Titi stated ████████████████████

████████████████████████████████████████████████████████████████████

and agreed that "During playback, the audio content is synchronized with the video content."

(Titi Tr. 70:18 - 72:11.)

224.   Similarly, the ███ used in the iPhone 4S is described in the ███ User's Manual.

[2] (*See* APL630DEF-WH0001738776 – 1744368.)  The ████████████████████████████

████████████████████████████ shown below. (*See* APL630DEF-

WH0001738801.)  My analysis of the ███████ is also applicable to the ██████, since the

H5P User's Manual states in Section 2.4.1 that ███████████████████████

2  ███████████ *See* APL630DEF-WH0001749918.)



225.    The ██████████ used in the iPod Touch (4th Gen) is described in the ████████ User's

Manual. (*See* APL630DEF-WH0001726602 – 1732790.)  Section 5.7 of the ██████ User's Manual

2  describes ██████████ portion of the ██████████ and includes the █████████████████

██████████ shown below.  (*See* APL630DEF-WH0001726694-99.)



2

226.    Section 5.9 of the ████ User's Manual describes █████████████

████████████████████████████████ shown below, which includes a

██████████████ (*See* APL630DEF-WH0001726704-07.)  The ████ User's Manual states

that '██████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████████████

██████████ (*See* APL630DEF-WH0001726704).



227.   In my opinion, the ████████████████████████ include a reproducing circuit which reproduces a moving image signal, a sound signal synchronized with moving image signal, and a still image signal.

228.   The ████ used in the Apple iPhone 3GS is described in the ████ User's Manual. (*See* APL630DEF-WH0001708681 – 1712045.) The ████ User's Manual lists ████████ ████████████████████ (*See* APL630DEF-WH0001708699).  Figure 1 of the ████ User's Manual depicts the ████████████ which includes a ████████ ████████████████████ (*See* APL630DEF-WH0001708700). The ████████████████████ User's Manual states that ████████████████████████████ ████████████████████ (*See* APL630DEF-WH0001709457-9510.) ████████████████████ ████████████████████ ████████████████████ ████████████████. (*See* APL630DEF-WH0001709461.)

97

2   229.   In my opinion, the ███████████████████████████████████████████ include a reproducing circuit which reproduces a moving image signal, a sound signal synchronized with the moving image signal, and a still image signal.

### 9.   Claim 25 [H]: "a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of classifications as a classification mode"

230.   In my opinion, each of the Accused Apple Products includes "a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of classifications as a classification mode."  Setting aside the evidence cited below, I observed that each of the Accused Apple Products includes a display as claimed.  The display screen displays photos and videos, the contents of the Camera Roll (a "search mode"), and a list of Albums in the Photos app (a "classification mode").

231.   For example, the Bill of Materials for the iPhone 5 includes an ████████████ ████████████████████████████████████████████████████████████████ (*See* APL630DEF-WH0001592131).  The Apple website states that the iPhone 5 includes a "Retina display" with a 4-inch (diagonal) widescreen Multi-Touch display, and 1136-by-640-pixel resolution at 326 ppi.[24]  A display is also included and promoted in the Bills of Materials and Apple marketing materials for the iPhone 3GS, iPhone 4, iPhone 4S, iPod touch 4th and 5th generations.

232.   The Accused Apple Products display a list of moving image signals and still image signals as a search mode when the "Camera Roll" is displayed.  As shown in the example

---

[24] (*See* www.apple.com/iphone/specs.html.)

98

FIG. 8 of the '449 patent are "search modes" comprising a list of moving image signals and still image signals. Nothing in the claims, specification or file history of the '449 Patent suggests that the claimed "search mode" should exclude lists implemented as grids of thumbnail images. For example, a "grocery list," or any other type of list, can be displayed as a grid, as shown below. Each item in a "list" does not need to be displayed on a separate line.



240.   Finally, there is no support in the claims, specification or file history of the '449 Patent to require that the claimed "list of said moving image signal and still image signal as a search mode" display the time or date the image or video was recorded to the user.

**(b)   Doctrine Of Equivalents Opinion**

241.   To the extent the Accused Apple Products are determined not to meet the "search mode" limitation of claim 25 literally, it is my opinion that each Accused Apple Product meets the limitation under the doctrine of equivalents. The Camera Roll in each Accused Apple Product performs the function of the claimed "search mode"—displaying a list of photos and videos, in the same way—by listing each photo and video as an item on the screen, to obtain the same result—a displayed list allowing the user to find a particular photo or video.

image with "classification data" classifying the image as belonging to the Camera Roll.  The Camera Roll is a different classification than, for example, the Photo Library.  The Photo Library contains images imported to an Accused Apple Product from a computer, whereas the Camera Roll contains images captured with product.  As another example, the Camera Roll classifies the still and video images as having been captured by an image sensor in the Accused Apple Product, rather than having been imported from a digital SLR using the Camera Import Kit. (*See* Titi Tr. 29:4-14.)

248.     The Accused Apple Products list the "Camera Roll" as the top entry in the "Albums" list view of the Photos application.  While the "Camera Roll" is not created by the user, and cannot be renamed, it corresponds to classification data recorded with each image captured with an Accused Apple Product. (*See* Titi Tr. at 42-44.)  The Camera Roll is a classification for photos and videos captured by the user.

**(b)     Doctrine Of Equivalents Opinion**

249.     To the extent the Accused Apple Products are determined not to literally meet the limitation of recording "each one of said plurality of image signals with classification data," it is my opinion that each Accused Apple Product meets the limitation under the doctrine of equivalents.  Adding each captured image to the Camera Roll in each Accused Apple Product performs the function recording the image with classification data—classifying each captured image at the time it is recorded, in the same way—by recording data in memory when the image is captured, to obtain the same result—each image is assigned a classification at the time it is recorded, and may be found later by browsing the contents of that classification in the device.