**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT X

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Plaintiffs,<br>　v.<br><br>APPLE INC., a California corporation,<br>　　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**REBUTTAL EXPERT REPORT OF DR. TODD C. MOWRY REGARDING VALIDITY OF U.S. PATENT NO. 5,946,647**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

1  and the explicit reference in some cases to Apple devices or to Apple Data Detectors, which was
2  described in numerous public documents available to Samsung and others.  *See, e.g.*, APLNDC630-
3  0000077465-98; APLNDC630-0000098808-16; APLNDC630-0000109800-810; APLNDC630-
4  0000109811-20; APLNDC630-0000133394-404; APLNDC630-0000145737-780; APLNDC630-
5  0000145781-91; APLNDC630-0000145932-65; APLNDC630-0000146424-29; APLNDC630-
6  0000146614-22.

7  391.  Dr. Jeffay misstates the record when he says that he "understands that Apple contends
8  that the first product it released that incorporated this technology was iOS 3 (a/k/a "iPhone OS 3")."
9  Jeffay Validity Report, ¶ 814.  Dr. Jeffay's understanding is incorrect.  Apple's Interrogatory
10 Responses never state that products using iOS 3 were the "first" Apple products to incorporate the
11 '647 patent technology.  In fact, based on my discussions with Apple engineers, as well as my own
12 experience with several Mac computers I have owned, I understand that Mac computers (including
13 MacBook Air, MacBook Pro, Mac mini, iMac, and Mac Pro) running either the OS X 10.5 Leopard
14 operating system or a later version of OS practice the '647 patent, and that a form of the "data
15 detector" functionality was first implemented in Mac OS 8 in 1997, and that it was also used in Mac
16 OS 9.  From my discussions with Apple engineers, I also understand that the data detector
17 functionality in iOS 3.0 originated from an existing functionality in Mac OS X.  Mac OS X 10.5 was
18 released in 2007, well before any implementation of the accused technology by Samsung, Google, or
19 others.  *See* https://www.apple.com/pr/library/2007/10/16Apple-to-Ship-Mac-OS-X-Leopard-on-
20 October-26.html (Apple press release noting release of Mac OS X 10.5 in October 2007); April 23,
21 2012 Declaration of Cary Clark, ¶ 26 (noting that certain of the accused functionality was introduced
22 to Android version 1.5 in April 2009); April 23, 2012 Declaration of Dianne Hackborn, ¶ 14 (noting
23 that certain of the accused functionality was introduced to Android version 1.0 in 2008).

24 392.  I also disagree with Dr. Jeffay's assertion that Samsung could not have copied the
25 patented technology because Samsung did not have access to Apple's source code.  Jeffay Validity
26 Report, ¶¶ 815-816.  Dr. Jeffay appears to assert that it is the particular software implementation that
27 constitutes the novel feature of the '647 patent.  But the '647 patent itself does not contain source
28

REBUTTAL EXPERT REPORT OF TODD C.                                                    HIGHLY CONFIDENTIAL
MOWRY REGARDING VALIDITY OF U.S.                                    ATTORNEYS' EYES ONLY
PATENT NO. 5,946,647                                                 139

Gibson, Dunn &
Crutcher LLP

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/13

_____
Todd C. Mowry

---

REBUTTAL EXPERT REPORT OF TODD C.
MOWRY REGARDING VALIDITY OF U.S.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Gibson, Dunn &