**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

I.      INTRODUCTION ................................................................................................. 1

II.     SUMMARY OF OPINIONS ................................................................................ 2

III.    BASES FOR OPINIONS ...................................................................................... 3

        A.      Qualifications ........................................................................................... 3

        B.      Materials Considered ................................................................................ 5

        C.      Level of Ordinary Skill in the Art ........................................................... 5

IV.     LEGAL STANDARDS ........................................................................................ 6

        A.      Level of Ordinary Skill in the Art ........................................................... 6

        B.      Legal Standards for Claim Construction .................................................. 6

        C.      Legal Standards for Prior Art .................................................................. 9

        D.      Legal Standards for Anticipation .......................................................... 10

        E.      Legal Standards for Obviousness ........................................................... 11

        F.      Legal Standards for Written Description and Enablement..................... 14

        G.      Legal Standards for Indefiniteness ........................................................ 14

        H.      Legal Standards for Inventorship .......................................................... 14

        I.      Legal Standards for Conception and Reduction to Practice.................. 15

        J.      Legal Standards for Priority Dates ........................................................ 15

        K.      Incorporation By Reference ................................................................... 16

V.      THE '647 PATENT ............................................................................................ 16

        A.      Disclosure of the Claimed Invention..................................................... 16

                1.      Abstract                                                        16

                2.      Background of the Invention                                    17

                3.      Summary of the Invention                                       19

                4.      Detailed Description of the Preferred Embodiment              20

        B.      The Asserted Claims ............................................................................... 29

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

C.    Summary of the '647 Prosecution History.................................................. 30

　　　1.    April 23, 1996 Preliminary Amendment                        30

　　　2.    January 28, 1998 Office Action                              30

　　　3.    April 28, 1998 Response                                     30

　　　4.    August 4, 1998 Office Action                                34

　　　5.    September 23, 1998 Amendment                                34

　　　6.    December 15, 1998 Office Action                             34

　　　7.    March 15, 1999 Amendment                                    34

　　　8.    March 29, 1999 Notice of Allowability                       38

D.    Reexamination of the '647 Patent......................................................... 38

　　　1.    December 10, 2010 Office Action                             39

　　　2.    February 10, 2010 Response                                  39

　　　3.    June 27, 2011 Office Action                                 40

　　　4.    August 29, 2011 Response                                    40

　　　5.    December 16, 2011 Office Action                             41

　　　6.    February 16, 2012 Response to Final Rejection               43

　　　7.    June 20, 2013 Board of Patent Appeals and Interferences Decision –
　　　　　　Affirmance                                                    44

　　　8.    Comments on Reexamination                                   46

E.    Priority Date & Critical Date .............................................................. 47

VI.   THE STATE OF THE ART AS OF 1994........................................................ 51

A.    State of the Art in Detecting Structures in Data and Performing Actions on
      Detected Structures ............................................................................. 52

B.    Detecting Structures in Data ............................................................... 58

C.    A Demonstration of Detecting Structures ............................................ 69

D.    Linking actions.................................................................................. 73

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1       E.      Patents Describing Structure Detection and Action Linking ................................ 74

2       F.      Commercial Systems Disclosing Detecting and Linking Functionality .............. 82

3       G.      Hyperlinking & Hypertext ........................................................................ 89

4       H.      User Interfaces for Operating on Detected Structures ......................................... 96

5       I.      Free Software .............................................................................. 99

6       J.      Detection, Linking, and User Interface Concepts ............................................... 107

7       K.      Architecture ...................................................................................... 122

8  VII.     CLAIM CONSTRUCTION ......................................................................... 124

9       A.      "an analyzer server"........................................................................... 125

10       B.      "linking actions to the detected structures" ....................................... 130

11       C.      "an action processor".................................................................... 132

12  VIII.    TERMS NOT CONSTRUED ..................................................................... 132

13       A.      "actions"/"structures" ..................................................................... 132

14       B.      "fast string search function" ........................................................... 133

15

16  IX.      ANTICIPATION OF THE ASSERTED CLAIMS ..................................... 134

17       A.      Sidekick System ................................................................................ 134

18           1.      Claim 1                                137

19           2.      Claim 4                                173

20           3.      Claim 6                                176

21           4.      Claim 8                                177

22           5.      Claim 9                                180

23       B.      *Sidekick Version 1.5 Owner's Handbook*, Borland International, Inc, Scotia Valley,
24           CA, March 1985 ("Sidekick Handbook") ........................................................ 180

25           1.      Claim 1                                181

26           2.      Claim 4                                193

27           3.      Claim 6                                195

28

|   |   |   | 4. | Claim 8 | 196 |

|   |   |   | 5. | Claim 9 | 197 |

|   | C. | MHonArc System/Mosaic System ....................................................... | 197 |

|   |   |   | 1. | Claim 1 | 210 |

|   |   |   | 2. | Claim 4 | 243 |

|   |   |   | 3. | Claim 6 | 245 |

|   |   |   | 4. | Claim 8 | 247 |

|   |   |   | 5. | Claim 9 | 250 |

|   | D. | Perspective System .............................................................................. | 253 |

|   |   |   | 1. | Claim 1 | 255 |

|   |   |   | 2. | Claim 4 | 324 |

|   |   |   | 3. | Claim 6 | 325 |

|   |   |   | 4. | Claim 8 | 328 |

|   |   |   | 5. | Claim 9 | 329 |

|   | E. | Embedded Buttons System...................................................................... | 330 |

|   |   |   | 1. | Claim 1 | 346 |

|   |   |   | 2. | Claim 4 | 400 |

|   |   |   | 3. | Claim 6 | 404 |

|   |   |   | 4. | Claim 8 | 405 |

|   |   |   | 5. | Claim 9 | 414 |

| X. | OBVIOUSNESS OF THE ASSERTED CLAIMS ....................................... | 425 |

|   | A. | The First *Graham* Factor: The Scope and Content of the Prior Art.................... | 427 |

|   |   |   | 1. | Detecting Structures in Data | 430 |

|   |   |   | 2. | Linking Actions | 439 |

|   |   |   | 3. | Patents Describing Structure Detection and Action Linking | 440 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

4.      Commercial Systems Disclosing Detecting and Linking Functionality   448

5.      Hyperlinking & Hypertext                                            452

6.      User Interfaces for Operating on Detected Structures                459

7.      Free Software                                                       462

8.      Detection, Linking, and User Interface Concepts                     464

9.      Architecture                                                        465

10.     Knowledge of a Person of Ordinary Skill in the Art                 467

11.     Because the Combinations of the Asserted Claim Limitations are Obvious and Do Not Yield Unpredictable Results, the References Discussed Above Render the Asserted Claim Obvious in Combination with the Knowledge of a Person of Ordinary Skill in the Art                                             469

12.     The '647 Patent Is An Obvious Combination Of Prior Art Elements    470

13.     The Combination of Elements in the '647 Patent is Predictable      470

14.     The Combination of Elements in the '647 Patent Does Not Yield Any Unpredictable or Unexpected Results                                       471

15.     A Person of Ordinary Skill in the Art Would Have Been Motivated to Pursue the Claimed Combinations, Including Through Trends and Market Forces                                                                  472

B.  The Second *Graham* Factor:  Comparison and Differences Between the Prior Art and the Asserted Claims—Limitation-by-Limitation Analysis of The Asserted Claims of the '647 Patent, Including Differences, if Any ................................... 473

1.      The Sidekick System Renders The Asserted Claims of the '647 Patent Invalid as Obvious                                                       474

2.      *Sidekick Handbook* Renders The Asserted Claims of the '647 Patent Invalid as Obvious                                                       488

3.      Embedded Buttons Renders The Asserted Claims of the '647 Patent Invalid as Obvious                                                       495

4.      MHonArc/Mosaic Renders The Asserted Claims of the '647 Patent Invalid as Obvious                                                       506

5.      Perspective Renders The Asserted Claims of the '647 Patent Invalid as Obvious                                                              516

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

6. The Sidekick System in Combination with Dick Grune & Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, Ellis Horwood (1st Ed. 1990), Chichester, England, 1990 ("Grune"); *Automatic Structuring and Retrieval of Large Text Files*, Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994 ("Salton"); and Apple Human Interface Guidelines, 1992. ("HIG") Renders The Asserted Claims of the '647 Patent Invalid as Obvious ........................................................................................................ 524

7. *Sidekick Handbook* in Combination Grune, Salton, and HIG Renders The Asserted Claims of the '647 Patent Invalid as Obvious          531

8. U.S. Patent 5,437,036 to Stamps et al. in combination with "Embedded Menus: Selecting Items in Context," Vol 29, No. 4., Communications of the Association for Computing Machinery, 312, April 1986 ("Koved").      536

C. The Third *Graham* Factor: Level of Ordinary Skill in the Relevant Art ............ 561

D. The Fourth *Graham* Factor: Secondary Considerations Support A Finding Of Obviousness (Fourth Graham Factor) .................................................................. 562

1. No Commercial Success of the Claimed Subject Matter          562

2. No Praise and Acclaim for the Claimed Subject Matter          563

3. No Skepticism Concerning the Claimed Subject Matter          563

4. No Copying          564

5. Numerous Non-Infringing Alternatives Were and Are Readily Available 566

6. No Long Felt Need for the Claimed Subject Matter          566

7. Simultaneous Invention          567

XI. CLAIM 6 IS INDEFINITE UNDER 35 U.S.C. § 112 .................................................... 569

XII. MISCELLANEOUS COMMENTS .............................................................................. 570

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

based on patterns similarly had these capabilities. The Unix operating system included numerous text processing tools with these capabilities including the tools "sed," and "awk."

175.   As but one example, for the example of detecting structures and automatically performing actions on detected structures  in email disclosed in the '647 patent, publically available tools existed to solve precisely these problems. For example, in the late 1980s, while a student, I wrote programs to automate my processing of email using the freely available MH ("Message Handling") email software from the Rand Corporation, and standard Unix tools.

176.   At the time, arriving email was placed in a single file (a "mailbox" file) on a server computer. To read email using MH, one would first "incorporate" new mail from the operating system maintained mailbox file into an MH database wherein each message was stored as a separate file within a particular directory structure. Email could then be read using either a command-line based program or an X Windows based program with a graphical user interface. I desired to keep lists of emails from particular users that I had either received, or received and not yet read. My goal was to develop the capability to support functions in the MH system such as "shown me all the messages from Kevin," or "show me all the unread ('pending') messages from Jeffay." (Note that while these are both functions that are widely supported in email clients today, email clients of the 1980s were significantly more simple and less functional than twenty-first century email clients.)

177.   To implement these capabilities I used off-the-self Unix text processing utilities including "sed," "awk," and "grep" and the scripting capabilities of the Unix shell (the Unix command interpreter). Sed is a program that enables one to, among other things, automatically search through documents (*i.e.*, parse documents) to detect structures defined by regular expressions, and automatically perform actions on those detected structures such as modify the structure (*e.g.*, edit the structure), insert text, delete text, *etc.*[2] (see, sed & awk text). Awk is a more

___

[2] These descriptions of sed, awk, and grep, are provided as background material and are not meant to completely characterize the functions of these utilities. Each utility is a richly featured pattern section and processing engine and is capable of numerous functions and modes of operation.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

sophisticated text processing tool that also allows one to automatically search for structures in documents and perform actions on the detected structures as well as perform processing on the document as a whole (see, sed & awk text). Awk contains a "pattern-directed scanning and processing language" that allows users to detect more sophisticated patterns than sed and to also perform more sophisticated operations on detected structures based on Boolean conditions and other control structures. Grep is a further tool that searches documents for instances of patterns defined by regular expression and print the found instances.

178. Using sed, awk, and grep, I developed a series of program routines to identify when new mail had arrived, incorporate the new messages into the MH database, and perform some processing on the individual new messages if they were from friends, co-workers, or collaborators. The goal was to determine the English name of the sender (*e.g.*, the name "Kevin" or "Jeffay" of the sender as opposed to email address *jeffay@cs.unc.edu*), and if the message was from a known individual in an email contacts file, to add pointers to the new messages from that person to a list of unread messages from that person. These pointers were stored as an MH "sequence" in a file in the MH database.

179. The routines I wrote were simple shell scripts that were separate programs from my email reader but worked in conjunction with the reader. The overall systems worked as a processing pipeline quite analogous to the pipeline illustrated in Figure 2 of the '647 patent. The mailbox file created by the operating system was read as a document by a first program I wrote to detect and output information on the sender of each message in the mailbox file if that sender was from a known individual. An individual was "known" if there was an entry for that person in either an email contact file or telephone number contact file.. This processing was performed by parsing email headers and message signature blocks (text at the end of the message written by the sender of the message to more formally identify the sender of the message). The information output by the first processing program (a line of text suspected of containing the English name of the sender) was input by a second processing program that further parsed the information identifying the sender to determine an English name. The output of the second program (a name)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

was input by a third program and used to update a database of message sequences of read and unread messages for a given sender. This database could later be queried by MH programs to implement the aforementioned functions of "show me all the unread messages from Kevin." I could use existing MH programs to either summarize all the unread messages from Kevin (*e.g.*, for each unread message generate a single line summary showing the date of the message, the sender of the message, and the subject line and/or the first few words from the body of the message), or to simple show the entire contents of each unread message from Kevin.

180.    Of note is the fact that the processing described above required no modifications to the program I used to actually read email. Moreover, while the programs I wrote were motivated by a desire to enable email reading functions not then supported by my email reader, the programs were generic and could have also been used to, for example, automatically process USENET newsgroup postings to organize postings by sender.

181.    My email processing system did not have a user interface. For example, the system did not prompt the user if they wanted to add message from Kevin to the list for Kevin. Instead, the system did this automatically. However, adding an interface to allow a user to control functions that a program performs automatically is clearly a trivial addition to a program.

182.    Because my email processing system did not have a user interface, it similarly did not highlight any of the structures it found in email messages. However, because my system found structures, the system could have trivially used the sed utility to insert display codes ("escape sequences") to, for example, display the detected structure in reverse video.

183.    A second example of detecting structures in documents and automatically performing processing on the detected structures is a simple system I built to automate processing of USENET messages posted to news groups. Prior to the web, the use of electronic "bulletin boards" were popular for Internet users to exchange information and discuss topics of interest. USENET was the name of a particular bulletin board system that was widely used in the 1980s and early 1990s. USENET was organized as a hierarchy of "news groups" which were loosely akin to mailing lists (a notable distinction being that email was not the means of posting or reading

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

messages). Each group started with a high-level topic identifier such as "comp" (short for "computer"), and included sub-topic identifiers, such as "sys" (short for "computer] system"), and then "mac" (short for "Macintosh [computer systems]"). Thus, for example, the newsgroup comp.sys.mac would contain messages concerning the Macintosh computer system.

184.    As a Macintosh user in the 1980s, I used USENET to learn about and download free software for the Macintosh. USENET only supported the posting of text messages. Since applications are not text, to be posted on USENET an application had to be encoded in an ASCII form much the same way that today, binary data such as images are encoded in a text form when emailed as an attachment. In addition, USENET messages typically had a length limit and hence if one wanted to post an application to a newsgroup to share with the world, they had to encode the application binary in ASCII form and then typically split the encoded file up into a number of parts and post each part separately. In order to "download" an application posted to a newsgroup, one had to find all the separate parts of the ASCII encoded application that had been posted individually, combine these parts into a single file (removing USENET information that was present in each posting), and then decode the encoded application to retrieve the original binary application.

185.    This process was typically performed manually by a user reading the postings to a "binaries" newsgroup. A user would read (view) a posting containing part of an ASCII encoded application and then save that part of the application in a file. After the user had read and saved each part of the encoded application, the user would strip out all unnecessary information from each file (*e.g.*, remove all USENET headers in the file and any text posted by the sender). The user would then combine the files comprising the application in the appropriate order, and then decoding the combined file to generate a binary image of the posted application.

186.    Not surprisingly, this process was tedious to perform manually and was ripe for automation by a software program. In approximately 1990, I wrote a series of program routines to automate the process just described. Given a subject line, these programs used the sed, awk, and grep utilities to search the USENET database (a set of directories and files on a server) to find all

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

the files corresponding to a posting of an application, strip out the non-application data in each file, combine the processing of these files in the correct order into a single file, and then decode the file. This processing required parsing of files (documents) to identify lines in the files (structures) that corresponded or did not correspond to application data. Once identified, actions were automatically performed on the detected structures such as writing the line to a file or deleting the line.

187.   These examples form a basis for my general opinion that solutions to the problem of detecting structures in computer data and performing actions on detected structures were well known in the prior art. In particular, I personally developed systems that detected structures and automated processing on those structures to eliminate the otherwise tedious and cognitively disruptive nature of manual processing. Further, performing these actions via program routines that were separate from the application the user normally interacts with (*e.g.*, an email client), was similarly a well known technique.

188.   Obviously, I was not the only one to study or develop such systems.  In fact, there was both significant practical work in the field, as well as academic study and real-world applications.  Below, I categorize only a few examples of work in the field with software routines for detecting structures and linking actions to those structures.

189.   As an initial matter, there is a basic reason why the remaining elements of the '647 patent were used extensively in combination with the ability to detect a wide range of structures in the art.  When a person of ordinary skill in the art wants a computer to detect structures in text, rather than doing it manually they automate the process (*e.g.*, the write or use an off-the-shelf parser). Once structures are found, they are acted upon (otherwise why detect the structures in the first place?).  Persons of skill generally do not want to have to manually associate routines to act upon every structure—doing so, particularly for some of the large scale systems described below, would be burdensome and render the automated detection pointless.  Therefore, it is desirable to design the system to automatically link actions you want to take to the detected structures. Such is a common sense design approach.

## 2   Automatic Feature Extraction

The problem of feature or fact extraction from unrestricted text has been studied by a number of re-searchers in the context of the Message Understanding Conferences [4] and the TIPSTER project [3]. The basic approach has been to use a variety of natural language processing and statistical techniques to extract predetermined types of facts for a specific domain. In the TIPSTER joint venture domain, for example, the goal of extraction is to identify information such as the companies forming the joint venture, the name of the new company, the location of the new company, the products of the new company, and the amount of money involved.

Accurate extraction of some types of information requires either sophisticated analysis or significant amounts of training data. There are, however, a number of important and fairly general features which can be recognized using relatively simple techniques. These include the names of companies, the names of people, locations, monetary amounts, and dates. The task of collecting this information could be described as the recognition and categorization of certain noun phrases. In other words, a feature is essentially an object which falls into a special word grouping and has certain attributes associated with it [5]. High rates of accuracy are possible because of the relative simplicity of the task. It is, for example, much easier to recognize the presence of a company name in an article about a joint venture than to identify the role that company is playing. The ability to recognize these simple features can be used to develop powerful new approaches to accessing information [6].

A System For Discovering Relationships by Feature Extraction from Text Databases," Jack G. Conrad and Mary Hunter Utt, Proceedings of the 17th Annual International ACM SIGIR conference on Research and Development in Information Retrieval, August 1994. ("Conrad"), at 261.  That detection of data for performing further actions on it was considered to be an area of "relative simplicity" is not a surprise, given that it is fundamental to the field of computer science in general, and given the extensive teachings in the field.

### C.   A Demonstration of Detecting Structures

204.   At trial in this matter, I anticipate performing a demonstration illustrating how well-known, off-the-shelf tools from the 1980s, including at least the Unix tools csh, sed, awk, grep, tee, more, cat, and vi, could be used to create a system for detecting structures in documents, and performing actions on the detected structures, using a processing pipeline similar to that shown in Figure 2 of the '647 patent. I will show how a person of ordinary skill in the art could have used the aforementioned tools to automatically detect structures such as email addresses and telephone numbers in documents and perform simple actions on the detected structures such as highlighting the detected structures. For example, I will show that the following one line Unix program will detect email addresses in any document and highlight those addresses to the user:[3]

---

[3] The text that follows would be typed on a single line. That it appears here as two lines is an artifact of the formatting of this document.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
cat FILENAME | sed -E -f "s/[a-zA-Z0-9._-]+@[a-zA-Z0-9.-]+\.[a-zA-Z0-9.-
]+/^[[7m&^[[0m/g"
```

where FILENAME is the name of the file to be processed. Time permitting, I will show how simple variations of the regular expression above can be used to detect and highlight different forms of email addresses. This simple demonstration will serve to show how simple it was to create a process (an application running concurrently with other applications) that receives data having recognizable structures from an application to display email messages, detects those structures in the data and automatically performs an action on those structures via a type of action processor (program routine(s) that perform an action on the detected structure).

205.   I will further demonstrate how this simple program can be easily adapted to detect and perform the action of highlighting multiple types of structures such as phone numbers and email addresses. While this demonstration of detecting multiple structures can also be expressed as a one line program, as a practical matter it is easier to use a command file for the sed program. The demonstration would consist of executing the following programs using one or two processes (separate programs) for detection, and showing that they produce the same result:

```
sed -E -f detectemail FILENAME | sed -E -f detectphonenbrs | cat
cat FILENAME | sed -E -f detectemail | sed -E -f detectphonenbrs
sed -E -f detectemailandphonenbrs FILENAME | cat
cat | sed -E -f detectemailandphonenbrs FILENAME
```

where "detectemail," is the command file consisting of:

```
s/[a-zA-Z0-9._-]+@[a-zA-Z0-9.-]+\.[a-zA-Z0-9.-]+/^[[7m&^[[0m/g
```

and "detectphonenbrs" is the command file consisting of:

```
s/[[:<:]][0-1][._ -][2-9][0-9]{2}[._ -][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][2-9][0-9]{2}[._ -][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][2-9][0-9]{2}[._ -][0-9]{4}/^[[43m&^[[0m/g
s/[[:<:]][0-9][._ -][0-9]{4}/^[[43m&^[[0m/g
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

and "detectemailandphonenbrs" is a command file containing the contents of the above two files. These examples will show that once code is in place to detect a first structure, it is trivial for a person of skill to extend that code to detect a second structure. I will also demonstrate, for example, how the regular expression for recognizing phone numbers can be adapted to recognize proper names. This will also demonstrate that whether detection is performed as one or two processes does not effect the detection process and is transparent to the user.

206. These programs show automatic detection and performance of an action on a detected structure. I will also demonstrate slightly more complex versions of these programs to allow for user interaction to select an action to be performed on a detected structure. The example I will use will be adding "aliases" to an email contacts file for the MH mail system as that system existed in the 1980s. The following script will detect email addresses in an email message and if the user does not already have an email alias for the address, ask the user if the user wishes to create an email alias in their contacts file for the detected address.

```
#! /bin/csh -f
if ($1 == "") then
        echo "No input file specified"
        exit
    else if (!(-e $1)) then
        echo "File '$1' not found"
        exit
endif
sed -E -f detectemail $1 | sed -E -f detectphonenbrs
grep   -Eo   "\b[a-zA-Z0-9._-]+@[a-zA-Z0-9._-]+\.[a-zA-Z0-9.-]+\b"   $1   >>
/tmp/$$.txt
if (-z /tmp/$$.txt) then
    rm /tmp/$$.txt
    exit
endif
echo ""
echo "-----------------"
echo -n "Create aliases for detected email addresses? (y/n) > "
set answer = $<
if ($answer != "y" && $answer != "Y" && $answer != "yes" && $answer !=
"YES") then
    rm /tmp/$$.txt
    exit
endif
echo ""
foreach address  (`cat /tmp/$$.txt`)
    set emailAlias = `echo $address | grep -Eo "[a-zA-Z0-9._-]+"`
    if (`grep -i "alias $emailAlias[1]" mailrc` == "") then
        echo -n "Create alias for $address? (y/n) > "
        set answer = $<
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
        if ($answer == "y" || $answer == "Y" || $answer == "yes" || $answer ==
"YES") then
                echo "alias $emailAlias[1]    $address" >> mailrc
                echo  "Email  alias  '$emailAlias[1]'  created  for  address
'$address' "
                echo ""
        else if ($answer == "q" || $answer == "Q" || $answer == "quit" ||
$answer == "QUIT") then
                rm /tmp/$$.txt
                exit
            endif
        endif
end
rm /tmp/$$.txt
```

This demonstration will again serve to show how simple it was to create a process (an application running concurrently with other applications) that receives data having recognizable structures, detects those structures in the data and automatically performs an action on those structures via an action processor (program routine(s) that perform a selected action on the detected structure).

207. Although the above example will show detection and user interaction with an email message, I will show how the program works without modification on any text file. (More specifically, it will detect the structures it is programmed to detect in any file containing those structures.) I will also show how the body of this program can be repeated with minor modifications to add the capability of interacting with the user to perform an additional action on the detected structure such as creating a custom email alias for the detected structure. I will also show how the body of this program can be repeated with minor modifications to add the capability to interact with the user to determine if found phone numbers (a second type of structure) should be added to a phone contact list. These examples will show that once code is in place to perform a first action, it is straightforward to extend that code to perform a second action. Moreover, the complexity of the extension is solely a function of the complexity of performing the second action and is not a function of the detection or interaction process.

208. The example of parsing emails for structures I will demonstrate is closely analogous to functions of the software I developed in the 1980s and early 1990s to automate my own email processing (as described above). Thus, I will present the demonstration as being

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

representative of a computer-based system for detecting structures and performing actions on detected structures that I personally developed prior to 1994.

209.    The goal of the demonstration will be to show that prior to 1994, creating a computer-based system for detecting structures in data and performing actions on detected structures was a trivial exercise for a person of ordinary skill in the art. The goal will be to further show that at elements of claim 1 of the '647 patent such as the claimed input device, the output device, a memory for storing information, and a processing unit, were also well known in the art. A further goal will be to use the demonstration to illustrate how generally, whether or not one implements a computer-based system for detecting structures and performing actions on detected structures using the elements claimed in the '647 patent such as a "server" that is separate from the "application" is a detail that does not add user-perceivable value to the detection process. That is, whether or not there is value to the user (*e.g.*, a perceivable performance improvement) in using a structure detection system comprising a detection server separate from the application, or a system performing identical function where the detection functions are integrated into the application, will depend on the specifics of the implementation environment and not on the use of a server. Similarly, whether or not one implements a computer-based system for detecting structures and performing actions on detected structures where the actions are "linked" to the detected structures is a further detail that does not add user-perceivable value to the detection process. That is, whether or not there is value to the user (*e.g.*, a perceivable performance improvement) in using a structure detection system comprising "linked" or "unlinked" actions will depend on the specifics of the implementation environment and not on the use of linking.

**D.**    **Linking actions**

210.    Linking actions to detected structures was, like detection, a well-known and fundamental technique in computer science.  Detection of structures in data is generally not a useful task without the ability to take actions to those structures.  Indeed, a large part of the motivation for detecting structures in data was to further operate on them to either make a computer user's life easier or to use the structure in some other purpose.  Accordingly, knowledge

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

These screenshots depicts the detected phone numbers highlighted using reverse video.

**5.**   **Claim 9**

(a)   "wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions"

348.   To the extent the Sidekick system does not use pop-up menus of linked actions, it would have been well known to a person of ordinary skill in the art, as described in more detail below.  Sidekick discloses the use of a pop-up menu to activate the Dialer:



**B.**   ***Sidekick Version 1.5 Owner's Handbook*, Borland International, Inc, Scotia Valley, CA, March 1985 ("Sidekick Handbook")**

349.   The analysis below is founded on a review of the Sidekick 1.5 Owner's Handbook, 1985 by Borland International ("SK Handbook").  It is my opinion that the Sidekick Handbook, in particular the Dialer feature as described therein, anticipates or renders obvious Claims 1, 4, 6, 8 and 9 of the '647 Patent.

### 1.   Claim 1

(a)   "A computer-based system for detecting structures in data and performing actions on detected structures"

350.   I understand that this element of claim 1 is called the "preamble." I also understand that the preamble of a patent claim may or may not be limiting depending on certain legal principles as well as the court's construction of the claim. I understand that the court determines whether or not the preamble is limiting. I understand that Apple has not argued that the preamble is limiting. In any event, as set forth below, it is my opinion that the Sidekick Handbook discloses the language set forth in the preamble.

351.   To the extent the Court finds the preamble of claim 1 to be limiting, The Sidekick Handbook discloses a "computer-based system for detecting structures in data and performing actions on detected structures." Sidekick was a computer-based system: "Software for your IBM PC, XT, AT, jr. and true compatibles." SAMNDCA0963744. And the Sidekick Handbook describes detecting structures in data and allowed a user to perform actions on detected structures:

**Dialer**  This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!

SAMNDCA0963751.   The versatility of Sidekick in working across applications is further described at length in some example "scenes" included in the Sidekick Handbook promoting use of the Dialer feature:

**Scene Three:**
You are working at your computer when the telephone rings. Someone asks you to call back in two days and leaves a number for you to call.

*Without Sidekick*
First find your appointment calendar. Then find a pencil and sharpen it (somebody broke its point). Then make a note of the name and telephone number. When the day arrives, you have to find your appointment book again and for the second

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

time duplicate the number, this time by pushing buttons on the phone.

*With Sidekick:*

Activate Sidekick. Select the calendar and the day to call back. Type the name and telephone number of the person to call back. Press Esc to return to your program.

When the day arrives, you simply activate the calendar as you normally do to check the day's appointments. Since today's the day, and now's the time, press Alt D to activate the Dialer – it automatically picks the number from the calendar, and you just press ⏎ to dial.

**Scenes From the Life of a Salesman**

**Scene One:**

You are using dBASE III or some other program to keep track of customers. You also use this program to select the customers you need to call.

*Without Sidekick:*

Although you have an autodial modem in your computer, and although your computer already 'knows' the number you need to dial, it can't, because the database program cannot make phone calls! So what happens? You must read the number off the screen and dial it yourself.

*With Sidekick:*

Activate Sidekick then press D to dial. Sidekick automatically picks the number off the screen dials it for you.

SAMNDCA630-00963840.

(b)  "an input device for receiving data"

352.  The Sidekick Handbook discloses an input device for receiving data. Sidekick required both a keyboard and a modem. The keyboard was used for inputting data that could be parsed by Sidekick, opening and closing applications that could use Sidekick's Dialer, selecting actions and structures, as well as activating the Dialer feature:

With Sidekick's main selection window on the screen, press Alt D (or D or F5, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ⏎.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

SAMNDCA630-00963779.

> If you have more than one number on the screen that looks like a phone number, the first one will be chosen.  You can then move to the next one by pressing ⊡.  If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.

SAMNDCA0963780.  The modem was required to actually dial a selected number:  "The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported"  SAMNDCA0963779.

> (c)    "an output device for presenting the data"

353.    The Sidekick Handbook discloses "an output device for presenting the data."  The Sidekick Handbook describes presenting data on a computer monitor:

**Screen Type**

> When you press ⓢ to perform screen installation, you get this menu which lets you select the screen mode you want Sidekick to use:

```
Choose one of the following displays:

0) Default display mode
1) Monochrome display
2) Color display 80x25
3) B/W  display 80x25

Which display? (Enter no. or Q to exit):
            Figure B-2: Screen Installation Menu
```

**Default display mode**
> Sidekick will operate in the mode which is active when you **start** Sidekick.   If you change the screen mode later, Sidekick will still use the mode which was active when you started.  Sidekick always uses *80x25 character mode* even if 40x25 is active, and it will use color mode if graphics mode is active when you start.

**Monochrome display**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Sidekick will use monochrome mode, no matter what mode is active, and switch back to the active mode on exit.

**Color display 80x25**

Sidekick will use color mode with 80x25 characters, no matter what mode is active, and switch back to the active mode on exit.

**B/W display 80x25**

Sidekick will use black and white mode with 80x25 characters, no matter what mode is active, and switch back to the active mode on exit.

**Blinking Display?**

If you install default, color, or b/w screens, you are finally asked if your display blinks when it scrolls. A standard IBM color/graphics controller blinks, but some other controllers don't. Answer Y or N as appropriate. This causes Sidekick to use your video controller optimally, with as little screen 'noise' as possible.

SAMNDCA630-00963844-845.

(d)   "a memory storing information including program routines including"

354.   The Sidekick Handbook discloses "a memory storing information including program routines." Sidekick ran on a variety of computers, as discussed above, which require memory. Sidekick, including the routines discussed below, had to be stored and loaded in memory, because it operated as a "resident program":

**When to Start SideKick**

Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.

Sidekick may not be the only resident program you use on your computer; programs such as print spoolers, RAM disks, and keyboard enhancers (Borland's *SuperKey*, for example) are other examples of resident programs. If you use any of these, it is essential that you load them in the following order:

1) Load any non-Borland resident programs **first** (print spoolers, RAM-disks, or what have you).

2) If you have SuperKey, load it **after** any non-Borland resident programs.

3) Finally load *SideKick* as the **last** resident program.

SAMNDCA630-00963758.

(e)  "an analyzer server for detecting structures in the data, and for linking actions to the detected structures"

355.  The Dialer feature described in the Sidekick Handbook is an "analyzer server for detecting structures in the data, and for linking actions to the detected structures."

(i)  Judge Posner's construction of "analyzer server"

356.  The Sidekick Handbook discloses a server routine separate from a client that receives data having structures from a client, and therefore discloses an analyzer server under Judge Posner's construction.

357.  The Dialer, like all of the Sidekick features, executes as a separate routine running in the background while other application programs execute:  "Sidekick is a lot of things, but first and foremost **it is always there when you need it**.  That's because it is right there in your computer's memory all the time until you turn the power off or reset your machine.  No matter which other program you are using—word processor, data base, spreadsheet, TURBO Pascal, BASIC, or whatever—Sidekick is always present 'underneath' it and may be activated immediately with a single keystroke."  SAMNDCA630-00963751.  Dialer could be invoked in any program by a keystroke:

With Sidekick's main selection window on the screen, press `Alt` `D` (or `D` or `F5`, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing `↵`.

SAMNDCA0963779.  This is similar to the interface for activating the analyzer server disclosed in the '647 patent.  As described in the '647 patent, the "program" of the present invention could be

1

activated by a "button **520** for initiating program **165**, although alternative mechanisms such as depressing the 'option' key may be used."  '647 patent, Col. 5:22-24.

358.   Once initiated, the Dialer "picks the number" out of information containing structures that are received from the currently running program—for instance, the Calendar, Notes, or Database program the user is using:

**Dialer**

The Dialer turns your computer into an automatic dialer provided tat you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr.  The VOAD Keyboard Phone is also supported.

*'My communications package does the same thing'* you might say.  Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you?  Since we know the answers, we know you will use the Sidekick Dialer a lot.

Before using the Dialer, you must tell Sidekick which communications port your modem is on.  This is done with the installation program SKINST, see page 99.

With Sidekick's main selection window on the screen, press Alt D (or D or F5, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ⏎.

SAMNDCA0963779.

359.   Once picked off the screen, the Dialer uses "conventions" to parse the content of the document and identify telephone numbers and link them to actions.  The Sidekick Handbook recites:

**Telephone Number Format**

Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your

186

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

telephone directory.  By default, a number must meet the following specifications to qualify as a phone number:

Minimum number of digits: 6  Required character: - ( )

The installation program lets you change these values if they don't fit the format of your phone numbers.

**Minimum number of digits**
Set this value to the shortest telephone number you are likely to encounter.  The allowable range is 1 through 80.

**Required character**
This defines which character(s) **must** be present in a phone number.  If more than one character is specified, only one of them need be present.  Specify up to ten characters as needed.  Default required characters are: - ( )

SAMNDCA630-00963849.  The Sidekick Handbook also describes how the Dialer detects structures in information from an application in further detail:

Sidekick "knows" a phone number, because it must contain special characters.  These are usually parentheses or hyphens, but you can choose other characters with the installation program.

To make things very clear: in order to distinguish a phone number from dates, amounts, and other numeric information, the phone number must not contain commas, periods, or slashes.

SAMNDCA630-00963780.  The Sidekick Handbook reiterates: "A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information." SAMNDCA0963825.

360.  Again, the Dialer feature of Sidekick operates in the same way as the '647 patent describes the analyzer server operating:  "Upon initiation of program 165, system 100 transmits the contents of document 210 to analyzer server 220, which parses the contents based on grammars 410 and strings 420 (FIG. 4)." '647 Patent, Col. 5:24-27.

361.    Accordingly, because the Sidekick Handbook discloses a Dialer routine that is separate from a client application structures contained in information received from that application, the Sidekick Handbook therefore discloses the "analyzer server" limitation under Judge Posner's construction and anticipates this limitation of the '647 patent.

(ii)    Apple's overly broad interpretation of "analyzer server"

362.    I understand that Apple proposed that "analyzer server" meant "a program routine(s) that receives data, uses patterns to detect structures in the data, and links actions to the detected structure." I understand that Apple now asserts that Judge Posner's construction, "a server routine separate from a client that receives data having structures from the client", includes code which can be reused or shared by applications such a shared library. In my opinion, Apple's interpretation of Judge Posner's construction and Apple's proposed construction that Judge Posner declined to adopt are coextensive. My opinions regarding the anticipation by the Sidekick Handbook of the analyzer server limitation are therefore the same under both Apple's interpretation and Apple's denied construction.

363.    Apple interprets Judge Posner's construction in a broad fashion, including code which can be reused or shared by applications, such as a shared library. Sidekick thus discloses this limitation under Apple's construction, even if "analyzer server" includes shared libraries. Sidekick is a "resident program":

**When to Start SideKick**

Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.

Sidekick may not be the only resident program you use on your computer; programs such as print spoolers, RAM disks, and keyboard enhancers (Borland's *SuperKey*, for example) are other examples of resident programs. If you use any of these, it is essential that you load them in the following order:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1)  Load any non-Borland resident programs **first** (print spoolers, RAM-disks, or what have you).

2)  If you have SuperKey, load it **after** any non-Borland resident programs.

3)  Finally load *SideKick* as the **last** resident program.

SAMNDCA630-00963758. A resident program is stored in memory while other programs are running, and is thus shared by and between applications, and is composed of code that does the same. *See, e.g., id.* Accordingly, Sidekick discloses the "analzyer server" limitation of claim 1 of the '647 patent under Apple's interpretation of that term, and anticipates claim 1. *See, e.g., id.*

(iii)   Judge Posner's construction of "linking actions to the detected structures"

364.   Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the Sidekick Handbook renders claim 1 of the '647 patent obvious as discussed further in Section X.B.2 below.

(iv)   Apple's overly broad interpretation of "linking actions to the detected structures"

365.   I understand that Apple proposed that "linking actions to the detected structures" meant "associating detected structures to computer subroutines that cause the CPU to perform a sequence of operations on the particular structures to which they are associated." As discussed above, I understand that Apple now asserts that Judge Posner's construction, "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", is not limited to the user of conventional pointers or other forms of specified connections. In my opinion, Apple's interpretation of Judge Posner's construction and Apple's proposed construction that Judge Posner declined to adopt are coextensive. My opinions regarding the anticipation by the Sidekick

Handbook of the linking actions to the detected structures limitation are therefore the same under both Apple's interpretation and Apple's denied construction.

366.    Apple interprets Judge Posner's construction in a broad fashion, such that it is not limited to the use of conventional pointers.  Sidekick discloses this limitation if "linking actions to detected structures" merely requires an "association", and is not limited to conventional pointers. The Dialer of the Sidekick Handbook associates a detected phone number with an action, namely, the ability to dial the detected number:

**Scene Three:**
> You are working at your computer when the telephone rings. Someone asks you to call back in two days and leaves a number for you to call.

*Without Sidekick*
> First find your appointment calendar. Then find a pencil and sharpen it (somebody broke its point). Then make a note of the name and telephone number. When the day arrives, you have to find your appointment book again and for the second time duplicate the number, this time by pushing buttons on the phone.

*With Sidekick:*
> Activate Sidekick. Select the calendar and the day to call back. Type the name and telephone number of the person to call back. Press `Esc` to return to your program.

> When the day arrives, you simply activate the calendar as you normally do to check the day's appointments. Since today's the day, and now's the time, press `Alt` `D` to activate the Dialer – it automatically picks the number from the calendar, and you just press `⏎` to dial.

**Scenes From the Life of a Salesman**

**Scene One:**
> You are using dBASE III or some other program to keep track of customers. You also use this program to select the customers you need to call.

*Without Sidekick:*
> Although you have an autodial modem in your computer, and although your computer already 'knows' the number you

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1       need to dial, it can't, because the database program cannot
2       make phone calls! So what happens? You must read the
      number off the screen and dial it yourself.

3    *With Sidekick:*
      Activate   Sidekick   then   press   [D]   to   dial.   Sidekick
4       automatically picks the number off the screen dials it for
5       you.

6 SAMNDCA0963840.

7     367.   In my opinion therefore, the Sidekick Handbook anticipates claim 1 of the '647
8 patent under Apple's interpretation of "linking actions to the detected structures.

9       (f)   "a user interface enabling the selection of a detected structure and a
10         linked action"

11     368.   Sidekick presents "a user interface enabling selection of a detected structure and a
12 linked action."   As described in the Sidekick Handbook, after activating the Dialer, the first
13 number detected will be chosen, and the user interface enables the selection of the next detected
14 number via a keyboard shortcut:  "If you have more than one number on the screen that looks like
15 a phone number, the first one will be chosen. You can then move to the next one by pressing
16 [RIGHT ARROW]…."  SAMNDCA0963825.  A user can then select the linked action by using
17 another   keyboard   shortcut:   "you   can   make   the   call   by   pressing   [ENTER   KEY]."
18 SAMNDCA630-00963779.  A form of the user interface as it appears in the address book, as
19 presented in the Sidekick Handbook, is below, and is similar to, but not exactly as the user
20 interface presented in other programs:

```
CP    (415)-786-0909   CompuPro (S100,CPU,68000)
ERI   (314) 725-5566   EnerTronics  (graphics,3D,software)
IMF        555-1212    Information
PH    (609)-927-3770   Plum Hall (Unix,C,Books)
SCS   (408) 287-4640   Santa Clara Systems Inc. (PC clones,network,LAN)
SDS   (214)-340-0303   SDSystems (S100,Disk controllers, CPU)
SYB   (415) 848-8233   SYBEX  (Books)

F1-help F2-New file <--dial ↓↑-scroll  search: F3-ID F4-all F5-stop  Esc-exit
```

**Figure 2-7: Dialer Window**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

        (g)    "an action processor for performing the selected action linked to the selected structure"

369.   Sidekick contains an action processor for performing the selected action linked to the selected structure under the Court's construction in this case:  "program routine(s) that perform the selected action on the detected structure."  Once the user has selected "Dial," the Sidekick program performs a dialing action linked to the selected telephone number by sending commands to the modem.  In particular, the Sidekick Handbook describes that the software has computer subroutines that communicate using a COM port with the modem, and dial the selected phone number using an ATDT comment:

**Dialer**

The Dialer turns your computer into an automatic dialer provided tat you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr.  The VOAD Keyboard Phone is also supported.

*'My communications package does the same thing'* you might say.  Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you?  Since we know the answers, we know you will use the Sidekick Dialer a lot.

Before using the Dialer, you must tell Sidekick which communications port your modem is on.  This is done with the installation program SKINST, see page 99.

With Sidekick's main selection window on the screen, press `Alt` `D` (or `D` or `F5`, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing `⏎`.

SAMNDCA0963779.  This is confirmed by the test indicated in the Sidekick Handbook for dialing a phone number:

HIGHLIGHTLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

> The following test duplicates the procedure Sidekick uses when it
> dials a telephone number.
>
> Enter the following commands to DOS:
>
> MODE COM1:300,N,8,1 ⏎
> COPY CON COM1: ⏎
> ATDT123-4567 ⏎
> F6 ⏎

SAMNDCA0963855.

    (h)    "a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines."

    370.    Sidekick discloses "a processing unit coupled to the input device, output device, and the memory for controlling the execution of the program routines."  Sidekick ran on "compatible microcomputers," including "IBM PC, XT, AT, jr."  SAMNDCA0963872.  Additionally, Sidekick was loaded into memory and was "running even while you run other programs such as a word processor or spreadsheet."  SAMNDCA0963758.  Sidekick also used a .COM file, which one of ordinary skill in the art would understand was a binary executable in an MS-DOS system.  As described, one of ordinary skill would understand the Sidekick Handbook inherently requires a processor coupled to the input device, output device and memory for controlling the execution of the Sidekick program routines.

    **2.**    **<u>Claim 4</u>**

    (a)    "wherein the analyzer server includes grammars and a parser for detecting structures in the data"

    371.    The Sidekick Handbook discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Sidekick's Dialer is an analyzer server that "includes grammars and a parser for detecting structures in the data."

> A telephone number is unique because it contains certain special
> characters. The default setup assumes either a left or right
> parenthesis and/or a hyphen, but this may be changed by the Dialer
> installation. Further, telephone numbers must not contain commas,

193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

periods, slashes, or other characters which are used in dates, amounts, and other numeric information.

SAMNDCA0963825.  The Sidekick Handbook uses a parser to examine the text displayed on a screen in another program, "such as a word processor or spreadsheet" (SAMNDCA630-009637858), allowing a user to select a phone number. *See, e.g.,* SAMNDCA630-00963840.  The Sidekick Handbook uses grammars, called conventions, which can be modified by a Sidekick user:

### Telephone Number Format

Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory.  By default, a number must meet the following specifications to qualify as a phone number:

Minimum number of digits: 6  Required character: - ( )

The installation program lets you change these values if they don't fit the format of your phone numbers.

### Minimum number of digits

Set this value to the shortest telephone number you are likely to encounter.  The allowable range is 1 through 80.

### Required character

This defines which character(s) **must** be present in a phone number.  If more than one character is specified, only one of them need be present.  Specify up to ten characters as needed.  Default required characters are: - ( )

SAMNDCA630-00963849.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

### 3. Claim 6

    (a)    "wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data"

372.   Apple appears to interpret a "fast string search function"[8] and a "string library" to encompass any detection accomplished with the use of fixed strings. The Sidekick Handbook discloses the system recited in claim 1, wherein the analyzer server includes a string library and a "fast string search" function for detecting string structures in the data. The Sidekick Handbook uses strings to detect phone numbers in text. The Sidekick Handbook describes the ability to search the full text of files in the built-in address book, which allowed for string searching:

**<F5> search INITials**

When you want to call a particular person, you just need to press <F5> and enter the person's initials. 'Initials' are anything starting in column one of the phone directory file. The dialer will then find the number in the directory, and you can press ⏎ to dial it.

While a search is active, the ⬇ and ⬆ keys will continue the search for the next match in the indicated direction.

**<F6> search all**

You press <F6> to search the *entire line* for any text (as opposed to *search INIT* which only searches for text starting in column one). This way you can quickly locate all vendors offering, for example, COMPUTERS or FAST FOOD, or customers interested in THIS or THAT. The possibilities are countless.

While a search is active, the ⬇ and ⬆ keys will continue the search for the next match in the indicated direction.

SAMNDCA630-00963827.

---

[8] As set forth in additional detail above, the term "fast string search function" is indefinite.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

**4.**   **Claim 8**

(a)   "wherein the user interface highlights detected structures"

373.   The Sidekick Handbook discloses the system recited in claim 1, wherein the user interface highlights detected structures.  The Dialer parses a screen for phone numbers and "points out" the first detected number:

> With Sidekick's main selection window on the screen, press `Alt` `D` (or `D` or `F5`, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing `⏎`.

SAMNDCA630-0096379.  Highlighting via reverse video is demonstrated in Figure 2-7:



**Figure 2-7: Dialer Window**

The Sidekick Handbook selects one number at a time; numbers can be switched between using the arrow keys on a keyboard:

> If you have more than one number on the screen that looks like a phone number, the first one will be chosen.  You can then move to the next one by pressing `→`.  If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.

SAMNDCA630-0096380.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

**5.** **Claim 9**

(a) "wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions"

374.   To the extent the Sidekick Handbook does not disclose pop-up menus of linked actions, it would have been well known to a person of ordinary skill in the art, as described in more detail below.  The Sidekick Handbook already discloses the use of a menu of actions that enables the seelection of an action:



```
CP    (415)-786-0909   CompuPro (S100,CPU,68000)
ERI   (314) 725-5566   EnerTronics  (graphics,3D,software)
INF         555-1212   Information
PH    (609)-927-3770   Plum Hall (Unix,C,Books)
SCS   (408) 287-4640   Santa Clara Systems Inc. (PC clones,network,LAN)
SDS   (214)-348-0303   SDSystems (S100,Disk controllers, CPU)
SYB   (415) 848-0233   SYBEX  (Books)

F1-help F2-New file ←—dial ↕-scroll  search: F3-ID F4-all F5-stop Esc-exit
```

**Figure 2-7: Dialer Window**

**C.** **MHonArc System/Mosaic System**

375.   MHonArc was a program written in the Perl programming language by Earl Hood. MHonArc could convert plain-text e-mail messages or news messages into HTML documents so that structures in those documents could be acted upon by other programs such as a web browser. To do so, MHonArc detected certain URL types, and added HTML structures that could be interpreted by a web-browser—such as Mosaic.  For instance, MHonArc could find common URL types such as "http://...", "ftp://...", and "mailto…."  MHonArc would then create hyperlinks by adding HTML data to the plaintext URLs, meaning that instead of presenting as plain text, the URLs would be parsed by any standard web browser (such as Mosaic) and presented to the user as a hyperlink with the defined actions that were presented for each type of hyperlink. Additionally, MHonArc would search for and detect e-mail addresses in "To:", "From:", "Cc:", and "Sender:"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1  mail header fields.  It then would add both a "mailto" URL and HTML tags to the e-mail address,

2  creating a hyperlink.  After MHonArc had done so, the email addresses it had detected would

3  similarly be parsed by a standard web browser and presented as hyperlinks, rather than plain text.

4  (MHonArc at doc/mhonarc_qstart.doc.html).

5      376.   Mr. Hood provided MHhonArc free to anyone who wished to download it.  I

6  understand that Mr. Hood provided the following explanation of his development of MHonArc,

7  entitled, "How MHonArc came to be":

8          How MHonarc Came to Be:

9          In 1994, I was working on a project developing an SGML-based
10         electronic document viewer for hardware and software products for
           Convex Computer Corporation.  The project utilized a third-party
11         library called DynaText provided Electronic Book Technologies (EBT).

12         I was the technical liason between our project team and EBT on any
13         questions and problems we had with Dynatext.  The primary mode of
           communication was email.

14         The organization I worked within was called ConvexPress, and
15         ConvexPress had an internal httpd (Web) server.  I decided that it
           would be beneficial to archive my correspondence with EBT on the
16         web server so others on the project team, along with ConvexPress,
17         could follow the correspondence.

18         I looked on the Web (which at the time was not very large since
19         it was only 2 years after the basic technology was published on
           the Internet) to see if anyone else had developed an email-to-HTML
20         conversion tool.  At the time, the only viable tool was a program
           called `Hypermail'.

21         However, Hypermail had one serious limitation: it did not support
22         the mail storage format that my mail user agent (MUA) used.  I used
           a free MUA called "MH", which was (at the time) being maintained
23         by the University of California in Irvine (UCI), my alma mater,
           and it was widely available at companies and colleges that utilized
24         Unix-based operating systems.  MH stored each mail message in a
           separate file under a named directory.  Hypermail only worked on
25         input where multiple mail messages were contained in a single file
26         (note, initially, I was not aware of that the single file store
           format was the UUCP-mailbox format, but my ignorance went way as

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

I became more versed in email technologies).

At the time, Hypermail was written in the Lisp programming language, which posed the following major problems for me: Finding a Lisp interpreter that would run under the operating systems used where I worked, and my lack of Lisp programming skills.  It is mostly the latter that prevented me from trying to modify Hypermail itself to support the mail storage format I used.

[Side Note: Hypermail was eventually rewritten in the C programming language, and for the longest time, MHonArc and Hypermail were the two primary open source tools used for archiving mail messages on the web.]

Therefore, I decided to write my own program from scratch.  I decided to use the Perl programming language since I was familiar with it and it provided features that made text processing easier.  The first script was called mbox2html (which I subsequently realized was misnamed--more on that later) and I announced its availability around July, 1994.  Based on email records I have, I showed I announced my tools (which included mbox2html) on July 2, 1994.  I have nothing that shows anything before this date, although it is possible that the program existed before then.

Back then, I made my announcements on USENET.  For my web-related tools I used comp.infosystems.www and comp.infosystems.www.announce.

All tools were released under the GNU General Public License (GPL), with the license included in the distribution(s) of the tools.

Initially, I did not put much thought into mbox2html from a public perspective since my main primary interest was SGML and the SGML tools that I made publicly available.  However, I started getting feedback about mbox2html which spurred me into getting a better understanding of email technologies and improving upon the original program I wrote.

I learned that the term "mbox" had a specific meaning with respect to email storage formats, and my initial program did not support that format, which is formally known as the UUCP mailbox format. This format was widely used by various Unix-based MUAs and by the predominate (at the time) mail transfer agent (MTA) `sendmail'. Hence, I updated the program to support the widely used mbox format along with other features that were of interest to me--like Multipurpose Internet Mail Extensions (MIME)--and features requested from users.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Overtime, I renamed the program to the more general `mail2html' and it was part of distribution package I called `perlWWW' that included several other programs I made freely available like man2html, htmltoc, and makehomeidx.

As some of my tools started to get wider use and evolve into larger programs, I decided to break up the programs into separate distribution bundles with their own release cycles.  Sept 2, 1994 was the last release of perlWWW, which contained version 3.1.1a of mail2html.

Due to my competitive nature, I realized that the name `mail2html' was too utilitarian and did not distinguish my program from other mail conversion programs that were popping up.  Therefore, after sitting down one day at home to brainstorm names and logos (my mother was around to help out), the name `MHonArc' was born.  I came up with the name as I spotted pictures of monarch butterflies in an old animal encyclopedia set.  The butterfly would make a good logo and it contained letters like 'M' (mail), 'H' (HTML), and 'A' (archive).  I modified the spelling of `monarch' to be 'MHonArc' to make it unique and convey its meaning.

The first public release of MHonArc was Oct 1, 1994.  The program was basically mail2html renamed.  The code base was the same.

A formal mailing list for MHonArc users was not established until Dec of 1995 thanks to Achim Bohnet of Germany, whom hosted it.  Over time, the hosting of the list moved to NCSA and then to Mallorn Computing, where it is currently hosted under the mhonarc.org domain.

Before the mailing list, I pretty much was the only source of help for users of MHonArc.

(History.txt)

377.   I also understand that Mr. Hood provided the following descriptions of many of the files referenced in the analysis below:

This file provides an overview of the set of files contained in the files/ directory.  These files provide historical information and evidence related to the development and usage of MHonArc (and its predecessor mail2html).

Contents of files/ directory:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
============================
```
announcement-including-mbox2html.txt:
    July 2, 1994 announcement of a collection of OSS Perl tools I was
    working on.  Although not the primary focus of work at the time,
    mbox2html is mentioned.  The announcement was sent to the following
    groups: comp.infosystems.www.misc, comp.text.frame, comp.text.sgml,
    comp.lang.perl.

    Version of this announcement obtained from Google Groups Archive:
    <https://groups.google.com/group/comp.text.sgml/msg/
     90c0e4d023f66da?dmode=source&output=gplain&noredirect>

comp.infosystems.announce.mail2html-announce.txt:
    July 21, 1994 announcement of mail2html on comp.infosystems.announce
    USENET newsgroup.  Version of this post obtained from the Google Groups
    Archive:
    <https://groups.google.com/group/comp.infosystems.announce/msg/
     bc11b542db30fcf8?dmode=source&output=gplain&noredirect&pli=1>

comp.infosystems.www.mail2html-2.1.0-announce.txt:
    July 30, 1994 announcement of mail2html v2.1.0 on the
    comp.infosystems.www and comp.infosystems.www.misc
    USENET newsgroup.

    This file was obtained from the Google Groups archive of USENET:
    <http://groups.google.com/group/comp.infosystems.www.misc/
     msg/d3f8c45625d2db6d?dmode=source&output=gplain>

comp.infosystems.www.misc.MS-DOS-port-19941117.txt:
    Nov, 17, 1994 announcement of MS-DOS port of MHonArc by
    Steve Pacenka on the comp.infosystems.www.misc USENET
    newgroup.

    This file was obtained from the Google Groups archive of USENET:
    <https://groups.google.com/group/comp.infosystems.www.misc/
     msg/31aea52b9ac62dde?dmode=source&output=gplain>

comp.infosystems.www.misc.Reading-MailBoxes-19941006.txt
    Oct 6, 1994 post by me (Earl) replying to a thread about reading
    Unix mailboxs in a WWW browser.

    This file was obtained from the Google Groups archive of USENET:
    <https://groups.google.com/group/comp.infosystems.www.misc/
     msg/9c8606d38394e2ca?dmode=source&output=gplain>

comp.mail.mime-FAQ-changes-19941009.txt:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Oct 9, 1994 post to comp.mail.mime Usenet group highlighting changes to the MIME FAQ.  The changes include the mentioning of MHonArc 1.0.0.

This file was obtained from the Google Groups archive of USENET: <https://groups.google.com/group/comp.mail.mime/msg/a1848b68d23d5510?dmode=source&output=gplain>

ftp5.gwdg.de_DTD2HTML.htm:
    Page (still) providing link to MHonArc 1.0.0 distribution, including associated date-time of file.

Index of _pub_sgml_ifi.uio.no.save_DTD2HTML.htm:
    Page (still) providing link to MHonArc 1.0.0 distribution, including associated date-time of file.

mail2html.mbox:
    Email correspondence with user of mail2html (aka mbox2html).
    Correspondence ranges from July 7, 1994 to Dec 21, 1994.
    File is in UUCP-mailbox format.

mail2html-announcements-from-w3c.html:
    A copy of the page located at
    <http://www.w3.org/Tools/mail2html.html>.  W3C has a page that archived two of my announcements of mail2html (v3.0.0 and v3.1.1) while I was working for Convex Computer Corporation with the announcement dates of:

    Date: 19 Aug 1994 15:08:40 -0500
    Date: Fri, 2 Sep 94 13:45:40 GMT-1:00

    Page was also located at the following:
    <http://lost-contact.mit.edu/afs/cern.ch/w3.org/www/Tools/mail2html.html>
    But seems it is now only available via Google cache:
    <https://webcache.googleusercontent.com/search?q=cache:S5pCjGZ1PUYJ:lost-contact.mit.edu/afs/cern.ch/w3.org/www/Tools/mail2html.html+&cd=1&hl=en&ct=clnk&gl=us>

mhonarc.mbox:
    Email correspondence with users of MHonArc.
    Correspondence ranges from Oct 2, 1994 to Apr 21, 1995
    (more correspondence can be provided after Apr 21 if desired).
    File is in UUCP-mailbox format.

MHonArc1.0.0.tar.gz:
    MHonArc 1.0.0 distribution bundle.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

MHonArc-1.0.0-announcement.txt:
    Personal copy of 1.0.0 announcements sent to the following
    USENET newsgroups:

      comp.infosystems.www.misc
      comp.mail.mime
      comp.lang.perl

    I could not find a copy of the announcement on Google groups,
    but see file comp.mail.mime-FAQ-changes-19941009.txt.

MosaicMail:
    Perl script to load a mail message into a running NCSA Mosaic
    browser process.  Date of program included in comments at
    the top.

perlWWW.02Sep1994++.tar.gz:
    The last saved distribution of the perlWWW package, before the
    various tools (including mail2html) were distributed separately.
    As the name implies, the bundle was formally released on
    Sept 02, 1994.

perlWWW.CHANGES.txt:
    A copy of the CHANGES file in perlWWW.02Sep1994++.tar.gz for
    convenience purposes.

SUNET's Index of _pub_text-processing_sgml_DTD2HTML.htm
    Page (still) providing link to MHonArc 1.0.0 distribution, including
        associated date-time of file.

(Files.txt).

378.   I observed the execution of the MHonarc software on a virtual machine running FreeBSD 2.0.5, running MHonArc 1.0.0. The virtual machine software used was VMWare Workstation version 7.1.6 running on a Windows 7 computer.  As a longtime FreeBSD user, in my opinion this setup is appropriate to observe the operation of the MHonArc software at the time it was used, based on the information in the files associated with the MHonArc executable.  I further directed the creation of screen-shots to illustrate my analysis and conclusions below.

379.   I further spoke to Earl Hood.  I understand that individuals, including Earl Hood, automated the MHonArc and Mosaic system so that MHonArc would run and then launch Mosaic

through a UNIX Socket.  ("MosaicMail is a simple Perl program that loads a single mail ## message from STDIN into a running Mosaic process.  If no Mosaic ## process is running, the script will exec Mosaic. ## MHonArc is called to do the actual conversion of the e-mail.):

```
#! /usr/local/bin/perl##-------------------------------------------
----------####  File:##         MosaicMail##  Author:##        Earl
Hood       ehood@convex.com##   Copyright (C) 1994, Wed Oct 26 15:00:44 CDT
1994##  Thanks:##       Roman Czyborra <czyborra@cs.tu-berlin.de> -- whose
feedback##               and sh script greatly improved the program.####
Description:##    MosaicMail is a simple Perl program that loads a single
mail##  message from STDIN into a running Mosaic process.  If no Mosaic##
process is running, the script will exec Mosaic.##     MHonArc is called to
do the actual conversion of the e-mail##      message.  Therefore, MIME
messages will be converted.#### Change the values in the CONFIG section
below to suit your##  needs.####  Notes:##   o  For MH users, the
following can be used to process the current##   mail message:####
% show -noshowproc -noheader | MosaicMail####   o  For Trn users, you can
load a newsgroup post into Mosaic##       by piping the post to MosaicMail:
####     | MosaicMail####        o  If extra files are created by MHonArc (i.e. for graphics,
##     binaries, etc), they will not get removed.  You'll have##
to manually remove them.####------------------------------------------
--------------------------------####   Copyright (C) 1995       Earl Hood,
ehood@convex.com####    This program is free software; you can redistribute
it and/or modify##   it under the terms of the GNU General Public License
as published by##   the Free Software Foundation; either version 2 of the
License, or##   (at your option) any later version.####    This program is
distributed in the hope that it will be useful,##   but WITHOUT ANY
WARRANTY; without even the implied warranty of##   MERCHANTABILITY or
FITNESS FOR A PARTICULAR PURPOSE.  See the##   GNU General Public License
for more details.####     You should have received a copy of the GNU General
Public License##   along with this program; if not, write to the Free
Software##   Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.##--
-----------------------------------------------------------------##
##-----------------------------------------------------------------
--
###############################################################
---####   CONFIG: Change the following variables to reflect your needs##
Location of converted message; directory must exist and be a FULL##
pathname.$DESTDIR = "$ENV{'HOME'}/tmp";## Set the following variable to
"goto" or "newwin".  "goto" will make## Mosaic load the message into the
current window. "newwin" causes## Mosaic to load the message into a new
window.$directive = "newwin";## Give location of mknod command for creating
FIFO files to communicate## with Mosaic.$mknod = '/etc/mknod';## Uncomment
and set the following variable to a MHonArc resource file if## you want to
customize the format of the converted message#$ENV{'M2H_RCFILE'} =
"mhonarc.rc";## CONFIG: End change section##---------------------------------
###############################################################
---##-----------------------------------------------------------------
-----## Actual code to do the conversion (Should not have to edit)## Read
.mosaicpid to find PID of last Mosaic processif (open(PID, "$ENV
{'HOME'}/.mosaicpid")) {   $pid = <PID>;  chop $pid;  close(PID);
$tmpfile = '/tmp/Mosaic.$pid';} else {   $pid = 0;   # No Moasic process
to attach to}## Set html filename$htmlfile = "$DESTDIR/" . time() .
".$$.html";## Set handler to clean up if program is interrupted$SIG{'ABRT'}
=$SIG{'HUP'} =$SIG{'INT'} =$SIG{'QUIT'} =$SIG{'TERM'} = 'cleanup';## Make
FIFO for html filesystem("$mknod $htmlfile p") && &error("Unable to create
$htmlfile: $!\n");## Set Mosaic command to use if Mosaic is not currently
running$Mosaiccmd = 'Mosaic file://localhost/$htmlfile 2>&1 > /dev/null';if
($pid && (kill 'CONT', $pid)) {  # Mosaic session active    ## Set Mosaic
control file   system("$mknod $tmpfile p") && &error("Unable to create
$tmpfile: $!\n");    ## Signal Mosaic to read control file   kill 'USR1',
$pid;     ## write instructions to control file   open(MTMP, ">$tmpfile") ||
&error("Unable to open $tmpfile: $!\n");    print MTMP "$directive\n",
"file://localhost/$htmlfile\n";     close(MTMP);} else {
# Call Mosaic explicitly    if (!fork()) {    # child exec
($Mosaiccmd);  &error("Unable to exec $Mosaiccmd: $!\n");    }}## Convert
message to HTML by using MHonArcopen(MHONARC, "|mhonarc -single -outdir
$DESTDIR > $htmlfile");print MHONARC <STDIN>;close(MHONARC);&cleanup();##--
-----------------------------------------------------------------sub
cleanup {    unlink "/tmp/Mosaic.$pid", $htmlfile;    exit 0;}##----------
----------------------------------------------------sub error {
warn @_;    &cleanup();}
```

(mhonarc-research/files/MosaicMail)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

380.    Mosaic was a web browser that could be used to view the HTML documents that MHonArc output for archiving.  Mr. Hood confirmed that he and others used MHonArc and Mosaic together in the same systems in the United States, prior to the critical date of the patent. Documentation regarding the system supports this.  Mosaic was developed at the National Center for Supercomputing Applications ("NCSA") in 1992-1997. NCSA was a part of the University of Illinois Urbana – Champaign.  According to "The Mosaic Handbook" (1994), "NCSA is not a commercial software development organization; it was chartered to create software for scientific researchers and place it in the public domain. NCSA made Mosaic freely available on the Internet 'for academic, research, and internal business purposes only.' No doubt these terms have helped make Mosaic popular. Anyone can get a copy, try it out, and realize how useful it is." (Mosaic Handbook at 13.)

381.    Mosaic released several versions of the software, including version 2.0 alpha 9, which was released no later than January 25, 1995. This version of the Mosaic web browser was used on a PC running the Windows operating system, but the Mosaic Handbook makes it clear Mosaic was not limited to that platform:

> The World Wide Web specifications are public, and anyone can follow them to build a client; there is even code available that takes care of common functions. Indeed, that is how Mosaic was developed at the National Center for Supercomputing Applications (NCSA) at the University of Illinois. The virtue of public specifications is that from the outset, the World Wide Web recognized the need to have clients for all platforms. This was fully realized when NCSA came out with versions of Mosaic for the X Window System, Microsoft Windows, and the Macintosh.

Mosaic Handbook, at xvi.  Notably, I used Mosaic in 1994 and 1995.

382.    A user could use Mosaic to visit the World Wide Web, and navigate its user interface in order to send HTTP requests to retrieve and HTML (Hyper Text Markup Language) documents from the web.  (Mosaic Handbook at xv.)  As described in depth above in Section VI, HTML documents can contain hyperlinks that allow a user to take a flexible variety of actions on structures—such as visiting other webpages or creating an e-mail.

383.    Mosaic could also be used to view the e-mail on which MHonArc had operated, and it would link various actions to the structures that MHonArc had detected, using parsing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

routines of its own that further performed structure detection and linking. That Mosaic distinguished between types of structures to provide actions is apparent from the screen shots below, which demonstrate the actions associated with an e-mail address MHonArc has detected in the e-mail header are different from those associated with a web-address:



Mosaic would link actions to detected text using the "<a href=url>anchor text</a>" structure, as explained in the Mosaic Handbook:

*Weaving Threads: Anchor Links*

<A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

### Linking to other documents

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file."  Here's the syntax:

    <A HREF="filename">HYPERTEXT</A>

Consider the original Marx Brothers home page shown in Figure 7-10.  The mouse is positioned over the word **GROUCHO**, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to



*Figure 7-9.  Hypertext links displayed in status bar in Mosaic*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

> this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.
>
>     <A HREF="groucho.html">Groucho</A>
>
> This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.
>
> Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:
>
>     <A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn
>     more about the 1930s</A>
>
> When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.
>
> When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

(Mosaic Handbook at 149-50.)

384.   I used executables and accompanying documentation for the Mosaic web browser version 2.0 alpha 9 from the following website run by the NCSA: ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/MosaicHistory.html.   You can download the executables and documentation from ftp://ftp.ncsa.uiuc.edu/Mosaic/Windows/Archive/NCSAMosaicV2.0a9.zip. Note that the timestamp on the files for RELNOTES.HTM and MOS20A9.EXE support that they were created on (or before) January 25, 1994—which is consistent with the release date stated by the NCSA website. I also note that this date is confirmed by the post to the following discussion group sent from the NCSA Software Development Group, and dated January 24, 1995: http://scout.wisc.edu/Projects/PastProjects/NH/95-01/95-01-27/0000.html.

385.   I observed the execution of the Mosaic software on a virtual machine running MS-DOS 6 and 6.22, and Microsoft Windows 3.1, with Mosaic 2.0 alpha 9. The virtual machine software used was VMWare Workstation version 7.1.6 running on a Windows 7 computer and QEMU 0.9.1 running on Linux.  In my opinion this setup is appropriate to observe the operation of the Mosaic software at the time it was used, based on the information in the README.WRI

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

associated with the executable.  I further directed the creation of screen-shots to illustrate my analysis and conclusions below.

386.   The MHonArc/Mosaic system is a representative example of the type of flexible linking at the core of HyperText systems.  By parsing text and creating hyperlinks in plain-text documents, MHonArc made it possible to link and perform actions that were intelligently chosen for the type of structure in question, but MHonArc did not limit the number of actions that could be chosen to only a few.  Instead, MHonArc, in the words of the '647 patent, "enable[d] an open-ended number and type (i.e. scripts, macros, code fragments, etc.) of candidate actions to associate with, and thus perform, on each identified structure."  An application such as Mosaic, which could view HTML content and had a published list of actions it would link with particular types of HTML structures, is one example of what actions could specifically be linked.

387.   Accordingly, the use of the MHonArc/Mosaic system was a precursor to the type of system used on the accused devices (with exceptions—for instance, MHonArc operated as separate application, whereas the detecting and linking code in the accused devices runs as part of individual applications).  As in the accused devices, detection is done prior to presentation to the user, and preserved by adding HTML elements to the parsed text:  MHonArc detects structures in a received message and adds HTML elements to those structures.  The HTML elements MHonArc adds to those structures are then used by an application that can display HTML content—such as a web-browser—to provide a user with a list of actions that can be taken on that structure.  The application determines what actions will be linked to what type of structures.

388.   In my opinion, the MHonArc/Mosaic system anticipates claims 1, 4, 6, 8, and 9 of the '647 patent under Apple's proposed construction of "linking actions to the detected structures" and any of the following constructions of "analyzer server": Judge Posner's construction, Apple's interpretation of Judge Posner's construction, and Apple's rejected construction.  Under the construction adopted by Judge Posner for "linking actions to the detected structures", it is my opinion that MHonArc/Mosaic renders the claims obvious.  See Section X.B.4 below.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1.   **Claim 1**

    (a)   "A computer-based system for detecting structures in data and performing actions on detected structures"

389.   I understand that this element of claim 1 is called the "preamble."  I also understand that the preamble of a patent claim may or may not be limiting depending on certain legal principles as well as the court's construction of the claim.  I understand that the court determines whether or not the preamble is limiting.  I understand that Apple has not argued that the preamble is limiting.  In any event, as set forth below, it is my opinion that MHonArc/Mosaic discloses the language set forth in the preamble.

390.   To the extent the preamble is found to be limiting, the MHonArc/Mosaic system constitutes "a computer-based system for detecting structures in data and performing actions on detected structures."  MHonArc output HTML documents containing headers and text for each message given to it to analyze.  To do so, MHonArc took unstructured plain text email messages, detected certain URL types, and added HTML tags that could be interpreted by a web-browser—such as Mosaic.

> text/plain
> *text/plain* signifies ASCII character data. In the HTMLized message, the data is wrapped in a PRE element with special characters (< > &) converted to entity references. *MHonArc* will also make any URLs into hyperlinks. The following URL types are recognized:
> • http://...
> • ftp://...
> • afs://...
> • wais://...
> • telnet://...
> • gopher://...
> • news:...
> • nntp:...
> • mid:...
> • cid:...
> • mailto:...
> • prospero:...

(MHonArc at doc/mhonarc_mime.doc.html).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

391.   MHonArc also detected e-mail addresses in message headers of plain text e-mail messages, and similarly added HTML tags.

> The following is also done for each mail message processed:
> • Links are created in the "References" and "In-Reply-To" header fields, and possibly the message body, if the destination message-ids are being processed.
> • email addresses are converted to "mailto" hyperlinks in "To:", "From:", "Cc:", and "Sender:" mail header fields. Currently, not all Web browsers support the mailto URL.
> • Newsgroups listed in a "Newsgroups:" mail header field are converted to news hyperlinks.

(MHonArc at doc/mhonarc_qstart.doc.html)

392.   Mosaic, or other web browsers, would then allow a user to perform actions on those detected structures through methods common to HTML systems, using the HTML tags to determine what actions to link to what structures.  Below is a demonstrative showing the operation of Mosaic that allows a user to perform actions on the structure:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



393.   Mosaic also detected structures in data and performed actions on detected structures. The Mosaic web browser detects HTML anchors and tags in data presented to it (including e-mails output by MHonArc) such as "<a href=url>anchor text</a>", and it presents the

detected structures to the user as hyperlinks, which when clicked, allow a user to specify actions to be performed on the structures it has detected, as further described below.



(b)   "an input device for receiving data"

394.   MHonArc/Mosaic discloses an input device for receiving data.  MHonArc operated on e-mails that a person of ordinary skill in the art would understand were received via a modem or other network hardware or some other input device. Further, the emails were viewed using additional input devices such as a keyboard and mouse, for example, through a command line interface  For instance:

> Converting a single message
> To convert a single message to HTML use the -single command-line option. The message to process can be specified by a filename in the command-line, or by reading the message from standard input if no file is specified. The filtered message is sent to standard output. All formatting options apply to the single message as with messages being processed for an archive, with the exception of formatting related specificly to archive processing, like index links and mail thread links.
>
> **Examples**:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Input from standard input:
% mhonarc -single < messagefile > file.html
Filename on command-line:
% mhonarc -single messagefile > file.html

(MHonArc at doc/mhonarc_qstart.doc.html.).

395.   Additionally, Mosaic discloses an input device for receiving data—a mouse, as well as network hardware:

One thing I usually do when Mosaic appears on the screen is to distinguish between the Mosaic interface and the document that is displayed. I say, "When I use the scrollbar, which Mosaic provides, everything that moves is in the document window, where formatted documents containing text and graphics are displayed. The document itself contains any number of hypertext links, or connections to other documents anywhere on the Net. I move the mouse pointer over a link and click on it. Right away, Mosaic begins retrieving the document from a remote information server."

SAMNDCA630-00809228.

(c)   "an output device for presenting the data"

396.   MHonArc/Mosaic discloses an output device for presenting the data. MHonArc operated on e-mails, using command-line interface, and were viewed using a monitor (the command line interface further requiring an output device such as a computer monitor). For instance:

Converting a single message
To convert a single message to HTML use the -single command-line option. The message to process can be specified by a filename in the command-line, or by reading the message from standard input if no file is specified. The filtered message is sent to standard output. All formatting options apply to the single message as with messages being processed for an archive, with the exception of formatting related specificly to archive processing, like index links and mail thread links.

**Examples**:
Input from standard input:
% mhonarc -single < messagefile > file.html
Filename on command-line:
% mhonarc -single messagefile > file.html

(MHonArc at doc/mhonarc_qstart.doc.html.)

397.   Additionally, Mosaic discloses an output device for presenting data—a screen:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

> One thing I usually do when Mosaic appears on the screen is to distinguish between the Mosaic interface and the document that is displayed. I say, "When I use the scrollbar, which Mosaic provides, everything that moves is in the document window, where formatted documents containing text and graphics are displayed. The document itself contains any number of hypertext links, or connections to other documents anywhere on the Net. I move the mouse pointer over a link and click on it. Right away, Mosaic begins retrieving the document from a remote information server."

SAMNDCA630-00809228.

        (d)      <u>"a memory storing information including program routines including"</u>

398.    MHonArc/Mosaic system discloses a memory storing information including the program routines discussed below.  MHonArc could be used on a UNIX based system, which would use memory to store information including the MHonArc program routines:

> Requirements
> In order to run ***MHonArc***, you must be using it on a UNIX based system with 4 installed. It is recommed [sic] to have patchlevels 34 or later of Perl.

(doc/mhonarc_intro.doc.html.)

399.    Similarly, Mosaic is a collection of program routines, which are stored in memory on a computer.  Specifically, Mosaic is a 32-bit application, as described in the Release Notes:

> **Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:
>     **iX86** - Intel's 386, 486, and Pentium Processors
>     **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor
>     **MIPS** - Mips Technology processor
>     **PPC** - Motorola,IBM,Apple Power PC processor

Mosaic Release Notes (The file RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of the Mosaic2.0Alpha9 distribution). An examination of the binary for Mosaic shows that it is a set of program routines.  For example, as expected, the binary contains the text strings of function names, error messages emitted by specific functions, and system routines used by the program. These strings disclose to a person of ordinary skill in the art that Mosaic is a set of program routines.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(e)     "an analyzer server for detecting structures in the data, and for

linking actions to the detected structures"

400.    The MHonArc/Mosaic system is an "analyzer server for detecting structures in the data, and for linking actions to the detected structures."  MHonArc is an "analyzer server" under Judge Posner's construction, Apple's rejected construction, and Apple's interpretation of Judge Posner's construction.

(i)     Judge Posner's construction of "analyzer server"

401.    The MHonArc/Mosaic system discloses a server routine separate from a client that receives data having structures from a client, and therefore discloses an analyzer server under Judge Posner's construction.

402.    MHonArc is a standalone application that detects URL structures and e-mail structures in data, including HTML protocols such as "mailto:," "telnet:," and "http:".  MHonDoc: lines 1451-1467.  MHonArc then adds the correct HTTP tags in an HTML document. *Id*.  Mosaic, a standard web browser, can read this document format.  MHonArc is thus separate from any client application that interprets the document format created by the MHonArc program.

403.    The MHonArc program detects three different types of structures in the input data (unstructured email text):  untagged email addresses, HTTP URLs, and mailto URLs.  The analysis of input data in the MHonArc program is performed in the read_mail_body routine (and other routines that it calls, including MAILread_body) of the MHonArc script. *See, e.g.*:

```
##     read_mail_body() reads in the body of a message.  The returned
##     filtered body is in *ret.
##
sub read_mail_body {
```

(MHonArc: lines 773-776).

```
##     MAILread_body() parses a MIME message body.  $header is the
##     header of the message.  $content is the value of the Content-Type
##     field.  $body is the actual message body.  The return value
##     is a scalar variable representing the contents of the filtered
##     message.
##
sub main'MAILread_body {
```

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(MHonArc: lines 1497-1503).

404.    Specifically, when running, MHonArc calls read_mail_body (defined at line 776). read_mail_body starts the process of parsing and detecting, and adds the tags to URLs found in the body of the plain-text email, but not the header.  MHonArc defines a grammar using the following regular expression for the protocol part of a URL:

```
$Url =
'(http://|ftp://|afs://|wais://|telnet://|gopher://|news:|nntp:|mid
:|cid:|mailto:|prospero:)';
```

(MHonArc at mhonarc main script, lines 116-117.)

405.    MHonArc then detects and marks http:, and other URL references in the plaintext email body by converting them to hyperlinks.

text/plain signifies ASCII character data. In the HTMLized message, the data is wrapped in a PRE element with special characters (< > &) converted to entity references. MHonArc will also make any URLs into hyperlinks. The following URL types are recognized:

    * http://...
    * ftp://...
    * afs://...
    * wais://...
    * telnet://...
    * gopher://...
    * news:...
    * nntp:...
    * mid:...
    * cid:...
    * mailto:...
    * prospero:...

(MHonDoc: lines 1451-1467).

406.    When parsing the body of an plain text email, for instance MHonArc uses the following code , which is called by MAILread_body (mhonarc, lines 1497-1629) at lines 1610-1623, which uses the variable %MIMEFilters (defined at mhonarc line 150-219) to determine which filter to use:

```
package m2h_text_plain;
$Url   = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
                    'news:|nntp:|mid:|cid:|mailto:|prospero:)';
$UrlExp  = $Url . q%[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>]%;
$HUrlExp = $Url . q%[^\s\(\)\|<>"'\&]*[^\.;,"'\|\[\]\(\)\s<>\&]%;

##------------------------------------------------------------------
##    Filter entitizes special characters, and converts URLs to
##    hyperlinks.
##
sub filter {
    local($header, *fields, *data) = @_;

    $data =~ s%\&%\&amp;%g;
    $data =~ s%<%\&lt;%g;
    $data =~ s%>%\&gt;%g;

    ## Convert URLs to hyperlinks (check $main'NOURL if this should be done)
    $data =~ s%($HUrlExp)%<A HREF="$1">$1</A>%gio unless $'NOURL;
    "<PRE>\n" . $data . "</PRE>\n";
}
```

(MHonArc at lib/mhtxtplain.pl, lines 32-44.) Similarly, The convert_line() function (mhonarc, lines 1845-1877) and the `filter()` function translate a line of text from the plain text into HTML. The functions parse a line of text to detect any of the URLs of interest (*e.g.*, strings that contain certain letters and numbers, but not certain symbols), using a regular expression:

```
{:$Url[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>])
```

(MHonArc at mhonarc main script, line 1853).

```
$Url     = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .
           'news:|nntp:|mid:|cid:|mailto:|prospero:)';
$UrlExp  = $Url . q%[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>]%;
$HUrlExp = $Url . q%[^\s\(\)\|<>"'\&]*[^\.;,"'\|\[\]\(\)\s<>\&]%;
```

(MHonArc at lib/mhtxtplain.pl, lines 33-36)

```
## Convert URLs to hyperlinks (check $main'NOURL if this should be done)
$data =~ s%($HUrlExp)%<A HREF="$1">$1</A>%gio   unless $'NOURL;
```

(MHonArc at lib/mhtxtplain.pl, lines 49-50).

407.    MHonArc also has a routine for detecting e-mail addresses (by parsing through the names and addresses) in the header of an e-mail and converting them to hyperlinks as well:

```
E-mail addresses are converted to "mailto" hyperlinks in "To:",
```

218

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1  "From:", "Cc:", and "Sender:" mail header fields. Currently, not
   all Web browsers support the mailto URL.

2  (MHonArc at doc/mhonarc_qstart.doc.html)

3  408.   To do this, MHonArc uses the grammar defined by the specification of e-mail

4  addresses in RFC 822 to detect e-mail addresses. Once detected, MHonArc adds HTML tags of

5  the form '<A HREF="mailto:address">address</A>'.   The subroutine `mailto` is called at

6  mhonarc, line 1819 within the `field_add_links` subroutine when parsing the e-mail headers.

7  This allows MHonArc to detect e-mail addresses from within the text of the "To", "From", "CC",

8  "Sender" and "Reply-to" fields, which also contain text names along with the e-mail address text:

```
sub mailto {
    local(*str) = shift;
    if ($MAILTOURL) {
        $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
    } else {
        $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;
    }
}
```

13  (MHonArc at mhonarc main script, lines 1736-1743.).

14  409.   The use of the convention <a href="..."> to identify and detect a hyperlink is the

15  same as the use of other formatting conventions—such as hyphens and parens for a phone number.

16  A "()-" in (555) 555-5555  distinguish a phone number from other number strings, such as dates,

17  times, or even UPS tracking numbers.  Using "<a href=url>anchor text</a>" to mark anchors is

18  the same as using the format (pattern)  "(NNN) NNN-NNNN" to mark phone numbers.

19  410.   In fact, the '647 patent is clear that the type of structures that can be detected are

20  not limited to structures in unstructured text, because the '647 patent discusses detection that

21  occurs outside of textual environments entirely:  "The analyzer server 220 of FIG. 2 may use a

22  neural net for searching a graphical document 210 for faces, or a musical library for searching a

23  stored musical piece 210 for sounds." '647 Patent, Col. 6:64-67.

24  411.   Accordingly, because the MHonArc/Mosaic system is composed of a server routine

25  (MHonArc) separate from a client application (Mosaic) discloses and because Mosaic or any other

26  web browser receives a formatted document from the MHonArc program, the MHonArc program

219

is therefore an "analyzer server" under Judge Posner's construction, and the MHonArc/Mosaic system anticipates this limitation of the '647 patent.

        (ii)    <u>Apple's overly broad interpretation of "analyzer server"</u>

412.   I understand that Apple proposed that "analyzer server" meant "a program routine(s) that receives data, uses patterns to detect structures in the data, and links actions to the detected stucture." I understand that Apple now asserts that Judge Posner's construction, "a server routine separate from a client that receives data having structures from the client", includes code which can be reused or shared by applications such a shared library but is ultimately integrated into, and becomes part of the application during its execution.  In my opinion, Apple's interpretation of Judge Posner's construction and Apple's proposed construction that Judge Posner declined to adopt are coextensive.   My opinions regarding the anticipation by the MHonArc/Mosaic system of the analyzer server limitation are therefore the same under both Apple's interpretation and Apple's denied construction.

413.   Apple interprets Judge Posner's construction in a broad fashion, including code which can be reused or shared by applications, such as a shared library but is ultimately integrated into, and becomes part of the application during its execution.  For the reasons described above, the MHonArc/Mosaic system discloses this limitation under Apple's construction, even if "analyzer server" includes shared libraries.   As described above, MHonArc is a standalone application that detects URL structures and e-mail structures in data, including HTML protocols such as "mailto:," "telnet:," and "http:". (MHonDoc: lines 1451-1467).  MHonArc then adds the correct HTTP tags in an HTML document.  *Id*.  Mosaic, a standard web browser, can read this document format.  As a standalone application, MHonArc is completely separate from a web browser that reads MHonArc-formatted documents, such as Mosaic.  Accordingly, MHonArc discloses the "analyzer server" limitation of claim 1 of the '647 patent under Apple's interpretation of that term, and anticipates claim 1.

        (iii)    <u>Judge Posner's construction of "linking actions to the detected structures"</u>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

414.    Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the the MHonArc/Mosaic system renders claim 1 of the '647 patent obvious.  Section X.B.4.

(iv)    Apple's overly broad interpretation of "linking actions to the detected structures"

415.    I understand that Apple proposed that "linking actions to the detected structures" meant "associating detected structures to computer subroutines that cause the CPU to perform a sequence of operations on the particular structures to which they are associated."  I understand that Apple now asserts that Judge Posner's construction, "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", is not limited to the user of conventional pointers.  In my opinion, Apple's interpretation of Judge Posner's construction and Apple's proposed construction that Judge Posner declined to adopt are coextensive.  My opinions regarding the anticipation by the MHonArc/Mosaic system of the linking actions to the detected structures limitation are therefore the same under both Apple's interpretation and Apple's denied construction.

416.    Apple interprets Judge Posner's construction in a broad fashion, such that it is not limited to the use of conventional pointers or similar forms of specified connections that specify the subroutine prior to the action being performed.  The MHonArc/Mosaic system discloses this limitation if "linking actions to detected structures" merely requires an "association", and is not limited to conventional pointers.  Mosaic associates computer subroutines with the links created by the MHonArc program.

417.    MHonArc is a standalone application that detects URL structures and e-mail structures in data, including HTML protocols such as "mailto:," "telnet:," and "http:".  MHonArc then adds the correct HTTP tags in an HTML document.  Mosaic, a standard web browser, can read this document format.  From reviewing the code and my discussion with Earl Hood, I

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

understand the process of using MHonArc and Mosiac together can be automated so that the user only executes a single program. I further understand that Mr. Hood used MHonArc and Mosiac together in this manner.

418.   MHonArc detects and marks http: and other URL references in the plaintext email body by converting them to hyperlinks.

text/plain signifies ASCII character data. In the HTMLized message, the data is wrapped in a PRE element with special characters (< > &) converted to entity references. MHonArc will also make any URLs into hyperlinks. The following URL types are recognized:

```
* http://...
* ftp://...
* afs://...
* wais://...
* telnet://...
* gopher://...
* news:...
* nntp:...
* mid:...
* cid:...
* mailto:...
* prospero:...
```

419.   MHonArc returns the detected URL text and incorporates that text within '<A HREF="">' and '</A>' tags, which thus makes it possible to link actions to the structure in software such as Mosaic:

```
$tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>';
```

(MHonArc at mhonarc main script, line 1860; "$item2" is the detected structure to be inserted into the anchor).  MHonArc inserts the detected URL into two locations in the HTML anchor.

420.   When MHonArc is finished processing a document, a user can use the Mosaic web browser to view the MHonArc output, where Mosaic will link specific actions to the detected structures:

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

421.   Mosaic links the actions such as "Load Anchor to Disk," "Anchor Information," "Create Internet Shortcut," and "Spawn Mosaic from Anchor" to the detected structures, as depicted in the demonstratives above.  To do this, Mosaic detects structures such as anchors/tags in an HTML documents presented to it, links actions to the detected structures, as pictured above, and presents those structures to the user as hyperlinks that enable the user to take actions on the structures when clicked.

422.   In particular, when Mosaic receives text comprising an HTML document, as is created by MHonArc or otherwise, it detects may different kinds of structures—various anchors that have the form "<a href=url>anchor text</a>".  For example, one kind of anchor has the form '<a href="http://address">anchor text</a>' for hypertext documents, and another has the form '<a href="mailto:address">anchor text</a>' for e-mail addresses.  In both cases, the detected structure is the entire form, from the initial "<a" to the final "/a>", which can be detected by parsing using either grammars, regular expressions, or other parsing techniques. When Mosaic detects these structures, Mosaic presents the anchor text in blue text.  It will also display the associated URL in the status bar at the bottom:

*Figure 7–9. Hypertext links displayed in status bar in Mosaic*

(Mosaic Handbook at 150.)

423.    As described in the Mosaic Handbook, Mosaic would link the "<a href=url>anchor text</a>" structure for a web address in the anchor text to the action of using the structure to load the web page specified:



### Weaving Threads: Anchor Links

#### <A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

### Linking to other documents

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax:

```
<A HREF="filename">HYPERTEXT</A>
```

Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to



*Figure 7–9. Hypertext links displayed in status bar in Mosaic*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

> this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.
>
>     <A HREF="groucho.html">Groucho</A>
>
> This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.
>
> Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:
>
>     <A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn
>     more about the 1930s</A>
>
> When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.
>
> When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

(Mosaic Handbook at 149-50.)

424. The various actions that Mosaic will link are described in the Mosaic Release Notes and Mosaic Handbook:

> ***Inline Images:***
>
> **Save Image**
> Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:
>
> **Windows BMP Format**
> The standard file format used by Windows for the desk top background.
>
> **Remote Site Format**
> The default format of the file. This format is dictated by the server and the image is usually in a .gif format.
>
> **Image Information**
> Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:
>
>  URL
> Size

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

### *Image Anchors:*

**Load Anchor to Disk**
Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**
Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

**Save Image**
Ditto

**Image Information**
Ditto

**Create Internet Shortcut**
Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

### *Text Anchors:*

**Load Anchor to Disk**
Ditto

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

**Anchor Information**
Ditto

**Create Internet Shortcut**
Ditto

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

***All Other Space within the Document***

**Save to Disk**
Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk...

**Create Internet Shortcut**
Ditto

(RELNOTES.HTM, disclosing four linked actions for Text Anchors.)   For instance, 'Spawn Mosaic at Anchor' action opens a new window at the selected URL. *See, e.g.*:

```
<DT><A NAME="HTMLAnchorInfo"><B>Anchor Information</B>
<DD>Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic
will then display this information to you within a dialog box.  The dialog box contains the
following information:
<P>
<UL>
<LI> URL
<LI> Size
<LI> Last Modified (Date)
<LI> Type (MIME Type/Sub Type)
<LI> Server Type (Web server and version number)
<LI> MIME (version number)
</UL>
<P>
```

(RELNOTES.HTM: lines 262-275.)

```
<DT><B>Spawn Mosaic at Anchor</B>
<DD>This function will open a new Mosaic window with this anchor URL.
```

(RELNOTES.HTM: lines 288-289.)  If the user selects the 'Create Internet Shortcut' action with a 'left-click', the action is to create a 'shortcut' file in the file system with the extension '.url' and containing a mailto: URL containing the selected email address.  An internet shortcut is the same concept as what is commonly known today as a bookmark. Mosaic would save .url files into a

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

folder where the user could browse these bookmarks to return to a webpage at a later time. The .url file will contain the URL structure that was detected in the selected anchor.

```
<DT><A NAME="Shortcut"><B>Create Internet Shortcut</B></A>
<DD>Internet shortcuts create .url files that contain an anchor URL.
These files can be opened by File, Open Local File or they can be dragged and dropped from
File Manager into a Mosaic Window.  When one of these files are opened,
Mosaic will retrieve the document from the network and display it to you.
```

(RELNOTES.HTM: lines 282-286.)

425.    As an initial matter, under Apple's construction for "linking actions to detected structures"—"associating detected structures to computer subroutines that cause the CPU to perform a sequence of operations on the particular structures to which they are associated"—as well as Apple's interpretation of Judge Posner's construction of that term—"creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure"—MHonArc has routines that perform the claimed "linking," or, alternatively, both Mosaic and MHonArc disclose the claimed "linking" routines.

426.    As to the "linking" routines in MHonArc, Apple's understanding of "linking"—regardless of construction—apparently covers any instance where a "code path" merely exists from the structure to the "linked" action.  Under this understanding, MHonArc links structures to the actions that Mosaic will take on them at the point at which it creates hyperlinks in the document.  (MHonArc at mhonarc main script, line 1860; "$item2" is the detected structure to be inserted into the anchor).  At that point, a code path exists in Mosaic that can act on the hyperlink structure, and all the user needs to do is load the MHonArc document in Mosaic (just as a user must load a page on the browsers of the accused devices).  Thus, under any construction of "linking" as Apple interprets it, a "specified connection" or "association" exists between the hyperlink structure and the actions that Mosaic—the computer subroutine that causes the CPU to perform a sequence of operations on that detected structure—allows at the point at which MHonArc inserts the "<a href=url>anchor text</a>" for structures detected in the body, and when it detects email addresses in the header and converts them to hyperlinks.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

427.    In my opinion therefore, the MHonArc/Mosaic system anticipates claim 1 of the '647 patent under Apple's interpretation of "linking actions to the detected structures" because a code path exists between the structure and the computer subroutine that causes the CPU to perform a sequence of operations on that detected structure in both MHonArc and Mosaic.

(f)    "a user interface enabling the selection of a detected structure and a linked action"

428.    MHonArc and Mosaic provide a user interface enabling the selection of a detected structure and a linked action.

429.    MHonArc adds HTML tags to the document that it outputs, as described above. The structures to which these are added are made selectable by the user by Mosaic.  Specifically, Mosaic presents URL hyperlinks in a blue color.  Users can select the URL and linked action with a mouse, as in the demonstrative below:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



430.   Mosaic provides the user interface depicted above after the click of a mouse button, as is described in the Mosaic Release Notes:

### *Inline Images:*

**Save Image**
Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:

**Windows BMP Format**
The standard file format used by Windows for the desk top background.

**Remote Site Format**
The default format of the file. This format is dictated by the server and the image is usually in a .gif format.

**Image Information**
Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

- ⚓ Type (MIME Type/Sub Type)
- ⚓ Server Type (Web server and version number)
- ⚓ MIME (version number)

### *Image Anchors:*

**Load Anchor to Disk**

Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**

Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

- ⚓ URL
- ⚓ Size
- ⚓ Last Modified (Date)
- ⚓ Type (MIME Type/Sub Type)
- ⚓ Server Type (Web server and version number)
- ⚓ MIME (version number)

**Save Image**

Ditto

**Image Information**

Ditto

**Create Internet Shortcut**

Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.

**Spawn Mosaic at Anchor**

This function will open a new Mosaic window with this anchor URL.

### *Text Anchors:*

**Load Anchor to Disk**

Ditto

**Anchor Information**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Ditto

**Create Internet Shortcut**
Ditto

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

***All Other Space within the Document***
**Save to Disk**
Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk...

**Create Internet Shortcut**
Ditto

(RELNOTES.HTM, disclosing four linked actions for Text Anchors.)

(g)   "an action processor for performing the selected action linked to the selected structure"

431.   MHonArc and Mosaic disclose an action processor for performing the selected action linked to the selected structure.   I understand that the Court has construed this phrase as "program routine(s) that perform the selected action on the detected structure."

432.   Mosaic is a modern piece of software created by the NCSA.   In operation, when an action is selected from the menu presented, an action is performed on the detected structure--for instance, a mailto URL can be used to compose a new e-mail to the specified address, and an http URL can be used to spawn a new Mosaic window. As discussed above, I confirmed Mosaic, in execution, will perform an action, and also reviewed the binary and found strings demonstrating that Mosaic contains routines for performing the selected action on the detected structure.

433.   Specifically, Mosaic includes an action processor that will perform any of the selected actions discussed above.   For example, Mosaic processes the selected actions of "Load Anchor to Disk," "Anchor Information," "Create Internet Shortcut" and "Spawn Mosaic from Anchor," as is described in the Release Notes and depicted below:

 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

### *Inline Images:*

**Save Image**

Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:

**Windows BMP Format**

The standard file format used by Windows for the desk top background.

**Remote Site Format**

The default format of the file. This format is dictated by the server and the image is usually in a .gif format.

**Image Information**

Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

### *Image Anchors:*

**Load Anchor to Disk**

Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**

Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

**Save Image**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Ditto

**Image Information**
Ditto

**Create Internet Shortcut**
Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

*Text Anchors:*

**Load Anchor to Disk**
Ditto

**Anchor Information**
Ditto

**Create Internet Shortcut**
Ditto

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

*All Other Space within the Document*

**Save to Disk**
Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk...

**Create Internet Shortcut**
Ditto

(RELNOTES.HTM, disclosing four linked actions for Text Anchors.)   The screenshots confirm this functionality:

1
2
3
4
5
6
7
8
9
10
1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



434.    For instance, 'Spawn Mosaic at Anchor' action opens a new window at the selected URL. See, e.g.:

&lt;DT&gt;&lt;A NAME="HTMLAnchorInfo"&gt;&lt;B&gt;Anchor Information&lt;/B&gt;
&lt;DD&gt;Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic will then display this information to you within a dialog box.  The dialog box contains the following information:
&lt;P&gt;
&lt;UL&gt;
&lt;LI&gt; URL
&lt;LI&gt; Size
&lt;LI&gt; Last Modified (Date)
&lt;LI&gt; Type (MIME Type/Sub Type)
&lt;LI&gt; Server Type (Web server and version number)
&lt;LI&gt; MIME (version number)
&lt;/UL&gt;
&lt;P&gt;

(RELNOTES.HTM: lines 262-275.)

&lt;DT&gt;&lt;B&gt;Spawn Mosaic at Anchor&lt;/B&gt;
&lt;DD&gt;This function will open a new Mosaic window with this anchor URL.

(RELNOTES.HTM: lines 288-289.)  If the user selects the 'Create Internet Shortcut' action with a 'left-click', the action is to create a 'shortcut' file in the file system with the extension '.url' and containing a mailto: URL containing the selected email address.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

```
<DT><A NAME="Shortcut"><B>Create Internet Shortcut</B></A>
<DD>Internet shortcuts create .url files that contain an anchor URL.
These files can be opened by File, Open Local File or they can be dragged and dropped from
File Manager into a Mosaic Window.  When one of these files are opened,
Mosaic will retrieve the document from the network and display it to you.
```

(RELNOTES.HTM: lines 282-286.)

(h)   "a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines."

435.   Mosaic and MHonArc run on a computer, and require "a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines."  For instance, MHonArc could be run a UNIX operating system:

```
Requirements
    In order to run MHonArc, you must be using it on a UNIX based system with
    4 installed. It is recommd [sic] to have patchlevels 34 or later of Perl.
```

(MHonArc at doc/mhonarc_intro.doc.html.).

436.   Similarly,   Mosaic is a 32-bit application, as described in the Release Notes included with the Mosaic executable in the file RELNOTES.HTM:

**Mosaic is a 32-bit application.** This means that Mosaic is compatible with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:
    **iX86** - Intel's 386, 486, and Pentium Processors
    **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor
    **MIPS** - Mips Technology processor
    **PPC** - Motorola,IBM,Apple Power PC processor

Such operating systems and processors are inherently coupled to the input device, output device and memory for controlling the execution of the Mosaic and MHonArc software program routines.

**2.   Claim 4**

(a)   "wherein the analyzer server includes grammars and a parser for detecting structures in the data"

437.   Mosaic/MHonArc discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.  Generally, the use of a

parser is the most common means of detecting structures (instances of patterns) and would not be considered inventive. Similarly, persons of skill in the art would understand that all parsers work according to a specification of the target structures, grammars being one of the most common means of specifying the target pattern. For example, MHonArc uses a grammar containing a regular expressions for detecting structures in the data. The functions convert_line, filter, and mhtxtplain, and mailto all use regular expressions. *See* MHonArc: lines 1846-1877, 1736-1743, and lib/mhtxtplain.pl, lines 33-50

```
package m2h_text_plain;
$Url      = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .
             'news:|nntp:|mid:|cid:|mailto:|prospero:)';
$UrlExp = $Url . q%[^\s\(\)\|<>"']*[^\.:,"'\|\[\]\(\)\s<>]%;
$HUrlExp = $Url . q%[^\s\(\)\|<>"'\&]*[^\.:,"'\|\[\]\(\)\s<>\&]%;

##----------------------------------------------------------------------
##    Filter entitizes special characters, and converts URLs to
##    hyperlinks.
##
sub filter {
    local($header, *fields, *data) = @_;

    $data =~ s%\&%\&amp;%g;
    $data =~ s%<%\&lt;%g;
    $data =~ s%>%\&gt;%g;

    ## Convert URLs to hyperlinks (check $main'NOURL if this should be done)
    $data =~ s%($HUrlExp)%<A HREF="$1">$1</A>%gio  unless $'NOURL;
    "<PRE>\n" . $data . "</PRE>\n";
}
```

(lib/mhtxtplain.pl).

```
('$Url[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>])
```

(MHonArc at mhonarc main script, line 1853).

```
sub mailto {
    local(*str) = shift;
        if ($MAILTOURL) {
            $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
        } else {
            $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;
        }
    }
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(MHonArc at mhonarc main script, lines 1736-1743.).

   **3.**   **Claim 6**

      (a)   "wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data"

438.   Apple appears to interpret a "fast string search function"[9] and a "string library" to encompass any detection accomplished with the use of fixed strings. Mosaic/MHonArc discloses the system recited in claim 1, wherein the analyzer server includes a string library and a "fast string search function" for detecting string structures in the data.  As described above, both Mosaic and MHonArc use strings to detect URLs or anchors in text.  For instance, MHonArc uses URL protocols, and discloses the following code in performing detection, which contains fixed strings:

```
package m2h_text_plain;
$Url    = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .
          'news:|nntp:|mid:|cid:|mailto:|prospero:)';
$UrlExp = $Url . q%[^\s\(\)\|<>"']*[^\.:,"'\|\[\]\(\)\s<>]%;
$HUrlExp = $Url . q%[^\s\(\)\|<>"'\&]*[^\.:,"'\|\[\]\(\)\s<>\&]%;

##------------------------------------------------------------------------
##   Filter entitizes special characters, and converts URLs to
##   hyperlinks.
##
sub filter {
   local($header, *fields, *data) = @_;

   $data =~ s%\&%\&amp;%g;
   $data =~ s%<%\&lt;%g;
   $data =~ s%>%\&gt;%g;

   ## Convert URLs to hyperlinks (check $main'NOURL if this should be done)
   $data =~ s%($HUrlExp)%<A HREF="$1">$1</A>%gio  unless $'NOURL;
   "<PRE>\n" . $data . "</PRE>\n";
}
```

(lib/mhtxtplain.pl)

```
'$Url[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>])
```

---

[9]   As set forth in additional detail above, the term "fast string search function" is indefinite.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(MHonArc at mhonarc main script, line 1853).

```
sub mailto {
    local(*str) = shift;
        if ($MAILTOURL) {
            $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
        } else {
            $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;
        }
}
```

(MHonArc at mhonarc main script, lines 1736-1743.).

439.   Similarly, as described in the Mosaic Handbook, Mosaic detects an "<a href=url>anchor text</a>" which contains fixed strings:

### Weaving Threads: Anchor Links

#### <A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

#### Linking to other documents

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax:

    <A HREF="filename">HYPERTEXT</A>

Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



*Figure 7-9. Hypertext links displayed in status bar in Mosaic*

this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.

    <A HREF="groucho.html">Groucho</A>

This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:

    <A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn
    more about the 1930s</A>

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

(Mosaic Handbook at 149-50.)

## 4. **Claim 8**

### (a) <u>"wherein the user interface highlights detected structures"</u>

440.   Apple interprets the conventional presentation of hyperlinks on a screen—blue text, to be "highlighting."   (A convention that in large part originated in, and was popularized by

HIGHLIGHT CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Mosiac.) By the time of the '647 patent, however, the common display of hyperlinks in a browser was a well-known in the art, and would not have been considered highlighting.  Similarly, the use of highlighting more generally would not have been considered inventive.  To the extent Apple so contends the common presentation of hyperlinking is "highlighting," the MHonArc/Mosaic discloses the system recited in claim 1, wherein the user interface highlights detected structures.  In Mosaic, detected HTML structures of the form '<a href="http://address">anchor text</a>' or the form '<a href="mailto:address">anchor text</a>' are colored blue. *See, e.g.*:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

**5.**    <u>**Claim 9**</u>

(a)    "wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions"

441.    MHonArc/Mosaic discloses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.  See, e.g.:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



The actions presented in a pop-up are detailed in the documentation as well:

### *Inline Images:*

**Save Image**

Selecting this options allow you to save the image to your local disk

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

using the standard Windows "Save As" dialog box. You can save the image in one of two formats:

**Windows BMP Format**
The standard file format used by Windows for the desk top background.

**Remote Site Format**
The default format of the file. This format is dictated by the server and the image is usually in a .gif format.

**Image Information**
Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

### *Image Anchors:*

**Load Anchor to Disk**
Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**
Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

- URL
- Size
- Last Modified (Date)
- Type (MIME Type/Sub Type)
- Server Type (Web server and version number)
- MIME (version number)

**Save Image**
Ditto

**Image Information**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

Ditto

**Create Internet Shortcut**
Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

*Text Anchors:*

**Load Anchor to Disk**
Ditto

**Anchor Information**
Ditto

**Create Internet Shortcut**
Ditto

**Spawn Mosaic at Anchor**
This function will open a new Mosaic window with this anchor URL.

*All Other Space within the Document*

**Save to Disk**
Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk...

**Create Internet Shortcut**
Ditto

(RELNOTES.HTM, disclosing four linked actions for Text Anchors.)

D.     <u>Perspective System</u>

442.    Perspective Software (including the Personal and Business Editions), Penpoint operating system software, and AT&T EO Personal Communicator models 440 and 880, which could execute these pieces of software, were in public use, sold, and offered for sale in 1993.  My

**2.** ***Sidekick Handbook* Renders The Asserted Claims of the '647 Patent Invalid as Obvious**

690.  I incorporate by reference my discussion of the Sidekick Handbook in the anticipation section (*See* paragraphs 349-374).  In my opinion, as set forth below, the Sidekick Handbook also renders obvious the asserted claims of the '647 patent.

691.  As set forth above, it is my opinion that the Sidekick Handbook anticipates the asserted claims of the '647 patent.  In the alternative, to the extent that any limitation is found not to be explicitly or inherently disclosed, particularly as Apple argues, a person of ordinary skill in the art at the time of the alleged invention would have found that limitation obvious based on the Sidekick Handbook and the state of the art at the time of the invention.[17]

(a)  Claim 1

(i)  "an analyzer server for detecting structures in the data, and for linking actions to the detected structures"

692.  I understand that Apple argues that the Sidekick Handbook does not disclose an "analyzer server for detecting structures in the data, and for linking actions to the detected structures."  Apple argues that this limitation is not disclosed because the Sidekick Handbook describes detecting one type of structure—phone numbers—and links one type of action to them—Dial.  As an initial matter, for the reasons set forth above in Section _, I do not agree that the '647 patent requires the detection of multiple structures and multiple actions.  As a matter of grammar, and as disclosed in the specification, the claims only require the detection of one type of structure and only require linking one type of action.  See, for instance, Figure 4 of the '647 patent:

---

[17]  Only a subset of the limitations of the asserted claims and the possible interpretations of those limitations are discussed herein.  Any claim limitation or interpretation not discussed is invalid for other reasons enumerated elsewhere in this Report, including in my anticipation section.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



FIG. 4

693.   Moreover, even if Apple were correct that the '647 patent requires that multiple structures be detected, the Sidekick Handbook discloses detecting both multiple phone numbers. SAMNDCA630-00963825 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [ENTER]") and the Sidekick Handbook discloses detecting multiple types of phone numbers. *Id.* ("A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation."). The Sidekick Handbook also discloses that the criteria for a phone number can be modified to allow Sidekick to detect other phone numbers:

> Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory. By default, a number must meet the following specifications to qualify as a phone number:

> Minimum number of digits: 6  Required character: - ( )

> The installation program lets you change these values if they don't fit the format of your phone numbers.

SAMNDCA630-00963849.   Regardless, it would have been obvious to modify the software described in the Sidekick Handbook to either detect different types of phone numbers or other structures that can be detected using "conventions" such as those described in the Sidekick Handbook, such as dollar amounts or proper names.  The ability of a system to detect multiple types of structures and link multiple actions was merely a trivial design decision that one of ordinary skill in the art would understand how to implement.

A)   Judge Posner's construction of "linking actions to the detected structures"

694.   Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the Sidekick Handbook renders claim 1 of the '647 patent obvious.  The Dialer described in the Sidekick Handbook detects phone numbers in information from running applications:

> Sidekick "knows" a phone number, because it must contain special characters.  These are usually parentheses or hyphens, but you can choose other characters with the installation program.

> To make things very clear: in order to distinguish a phone number from dates, amounts, and other numeric information, the phone number must not contain commas, periods, or slashes.

SAMNDCA630-00963780.

695.   Once detected, the Dialer links actions to the detected structures, namely, the action that allows the user to dial the detected number:

> **Scene Three:**
> You are working at your computer when the telephone rings.  Someone asks you to call back in two days and leaves a number for you to call.
>
> *Without Sidekick*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

First find your appointment calendar. Then find a pencil and sharpen it (somebody broke its point). Then make a note of the name and telephone number. When the day arrives, you have to find your appointment book again and for the second time duplicate the number, this time by pushing buttons on the phone.

*With Sidekick:*

Activate Sidekick. Select the calendar and the day to call back. Type the name and telephone number of the person to call back. Press `Esc` to return to your program.

When the day arrives, you simply activate the calendar as you normally do to check the day's appointments. Since today's the day, and now's the time, press `Alt` `D` to activate the Dialer – it automatically picks the number from the calendar, and you just press `⏎` to dial.

**Scenes From the Life of a Salesman**

**Scene One:**

You are using dBASE III or some other program to keep track of customers. You also use this program to select the customers you need to call.

*Without Sidekick:*

Although you have an autodial modem in your computer, and although your computer already 'knows' the number you need to dial, it can't, because the database program cannot make phone calls! So what happens? You must read the number off the screen and dial it yourself.

*With Sidekick:*

Activate Sidekick, then press `D` to dial. Sidekick automatically picks the number off the screen dials it for you.

SAMNDCA0963840.

696.   The Dialer feature described in the Sidekick Handbook operates in the same way as the '647 patent describes linking actions to detected structures:  "As illustrated in FIG. 6, analyzer server 220 identifies the phone number, post-office address, e-mail address and name. Although not shown in FIG. 6, analyzer server 220 links the actions associated with grammars 410 and strings 420 to these identified structures…."  '647 Patent, Col. 5:29-33.

697.    In my opinion therefore, the Sidekick Handbook renders claim 1 of the '647 patent obvious under Judge Posner's construction of "linking actions to the detected structures". Whether or not a "specified connection" is created or an "association" is made prior to a user selecting an operation to be performed on a structure is one of a limited number of design choices. Function pointers were a well known programming technique that would have been familiar to a person of ordinary skill in the art, and would commonly be added to a data structure, such as those used in Sidekick to keep track of the detected number.   Creating a specified connection at a time a structure is detected is the most obvious design choice because it is the simplest to program.  At the point at which the system knows the structures on which it will operate, it is simple to make a specified connection between those structures and the computer subroutines that can act on them. Alternatively, creating an "association" that will dynamically determine the subroutines that can act on the structure after user selection of the structure is a more complex design choice, but provides the flexibility to modify the associations that will be made depending on the context of the users prior selections and operations.

B)      Apple's overly broad interpretation of "linking actions to the detected structures"

698.    Whether or not a "specified connection" is created or an "association" is made prior to a user selecting an operation to be performed on a structure is one of a limited number of design choices.  Creating a specified connection at a time a structure is detected is the most obvious design choice because it is the simplest to program.  At the point at which the system knows the structures on which it will operate, it is simple to make a specified connection between those structures and the computer subroutines that can act on them.  Alternatively, creating an "association" that will dynamically determine the subroutines that can act on the structure after user selection of the structure is a more complex design choice, but provides the flexibility to modify the associations that will be made depending on the context of the users prior selections and operations.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

699.   To the extent that Apple argues that the Sidekick Handbook does not disclose "linking actions to the detected structures", it would have been obvious to a person of ordinary skill in the art to modify the parsing functionality described in the Sidekick Handbook to detect additional types of structures such as mailing addresses, email address and the like.  Generally, once a function is in place to parse a document for a given structure, no additional functionality is required to parse the document for two or more structures. For example, it was well known in the art that tools for automatically generating parsers for grammars existed. Extending a grammar to include a new terminal or non-terminal production is a trivial matter and then generating a new parser for the new grammar is a matter of simply "pushing a button" (running the parser generator program). Whether or not one identifies one, two, or twenty seven structures in a document is function of the requirements or purpose of the application, it is not a technical problem. In my opinion, taking a system that identifies one type of structure and extending that system to identify two or more types of structures in not an invention in and of itself. As described above, the Sidekick Handbook describes robust functionality for detecting phone numbers in documents, including multiple phone numbers in the same document.  Parsing additional types of information would have been well within the knowledge of a person of ordinary skill in the art.  Accordingly, this limitation of claim 1 of the '647 patent would have been obvious to a person of ordinary skill in the art.

(ii)   "a user interface enabling the selection of a detected structure and a linked action"

700.   To the extent that there were not multiple actions linked to the structures detected, the Sidekick Handbook already discloses the ability to detected a phone number on the screen and perform operations on it, such as "dial."  Linking another action is not an invention, and is a mere design choice.  To do so would not have any unexpected results.  Once you have the mechanism to detect a structure and link an action, linking a second action is a mere matter repeating the steps to link the first action with the specifics of the second action.  No new inventive mechanism is required.   In fact, many Sidekick menus already displayed multiple commands where the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

developers decided that additional options were desirable.  In fact, many Sidekick menus already

displayed multiple commands where the developers decided that additional options were desirable.

        (b)    <u>Claim 4</u>

             (i)    <u>"wherein the analyzer server includes grammars and a parser</u>

                   <u>for detecting structures in the data"</u>

701.    To the extent the Sidekick Handbook does not disclose a grammar, it would have

been obvious to add a grammar to Sidekick. First, generally, whether or not one uses a grammar

versus a regular expression is a function of the complexity of the structures one desires to detect.

Phone numbers may be specified by a regular expression and do not require the expressive power

of a grammar. Moreover, if one desired to detect structures that required a grammar to parse,

adding a grammar is straightforward and well within the level of skill of a person of ordinary skill

in the art. For example, as discussed in the Background Section, given a grammar, tools existed to

automatically generate parsers. Thus, adding a grammar to the system described in the Sidekick

Handbook would have been an obvious design choice (if not the most obvious design choice) if

the application of interest required a grammar.

        (c)    <u>Claim 8</u>

             (i)    <u>"wherein the user interface highlights detected structures"</u>

702.    To the extent the Sidekick Handbook does not disclose highlighting detected

structures, it was well known to one of ordinary skill in the art in 1994.  In MS-DOS applications

like Sidekick, one well-known method of "pointing out" a phone number on a display would

involve highlighting the number using reverse video.

        (d)    <u>Claim 9</u>

             (i)    <u>"wherein the user interface enables selection of an action by</u>

                   <u>causing the output device to display a pop-up menu of the</u>

                   <u>linked actions"</u>

703.    It would have been obvious to a person of ordinary skill in the art to utilize pop-up

menus with the software described in the Sidekick Handbook.  As described above in paragraph

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

368, Sidekick Handbook discloses a user interface enabling the selection of a detected structure and a linked action.  To the extent the Sidekick Handbook does not disclose the use of a pop-up menu, this can be attributed to the graphical capabilities of MS-DOS programs such as the the software described in Sidekick Handbook.  Sidekick Handbook was written in the 1980s.  The MS-DOS operating system and the programs that ran on that operating system had significantly more limited graphical capabilities than those that existed at the time of the alleged invention of the '647 patent.  By that time, it was well-known to a person of ordinary skill in the art to use pop-up menus.  Additionally, the use of a menu for options at the bottom of the screen was merely a design choice, likely to minimize disruption since Sidekick was intended to run in the background.

### 3. Embedded Buttons Renders The Asserted Claims of the '647 Patent Invalid as Obvious

704.    I incorporate by reference my discussion of the Embedded Buttons prior art in the anticipation section (*See* paragraphs 502-589).  In my opinion, as set forth below, the Embedded Buttons prior art also renders obvious the asserted claims of the '647 patent.

705.    As set forth above, it is my opinion that the Embedded Buttons prior art anticipates the asserted claims of the '647 patent.  In the alternative, that to the extent any limitation is found not to be explicitly or inherently disclosed, particularly as Apple argues, a person of ordinary skill in the art at the time of the alleged invention would have found that limitation obvious based on the Embedded Buttons prior art and the state of the art at the time of the invention.[18]

(a)    Claim 1

(i)    "an analyzer server for detecting structures in data and linking actions to the detected structures"

---

[18]    Only a subset of the limitations of the asserted claims and the possible interpretations of those limitations are discussed herein.  Any claim limitation or interpretation not discussed is invalid for other reasons enumerated elsewhere in this Report, including in my anticipation section.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

**4.**    **MHonArc/Mosaic Renders The Asserted Claims of the '647 Patent**

**Invalid as Obvious**

717.    I incorporate by reference my discussion of the MHonArc/Mosaic system in the anticipation section (*See* paragraphs 375-441).    In my opinion, as set forth below, the MHonArc/Mosaic prior art also renders obvious the asserted claims of the '647 patent.

718.    As set forth above, it is my opinion that the MHonArc/Mosaic system anticipates the asserted claims of the '647 patent.  In the alternative, that to the extent any limitation is found not to be explicitly or inherently disclosed, particularly as Apple argues, a person of ordinary skill in the art at the time of the alleged invention would have found that limitation obvious based on the MHonArc/Mosaic system and the state of the art at the time of the invention.[19]

719.    Additionally, I note that to the extent Apple argues that MHonArc and Mosaic do not qualify as a single anticipatory system, they were used together, and regardless, a person of ordinary skill in the art would have been motivated to combine them.   Both were publicly available software that could be downloaded, installed, and used for free.  Mosaic was one of a set of well-known pieces of software for viewing HTML documents, which is precisely the type of document output by MHonArc.  Notably, MHonArc specifically references  a Web client:

Why Use MHonArc?

Here are some reasons for using *MHonArc*:

• You need to archive mailing lists for use in a World Wide Web (*WWW*) server.

• You want to archive newsgroup postings for use in a WWW server.

**You have a WWW client, but no MIME mail reader. *MHonArc* will allow you to read MIME messages that includes images, audio, video, etc via your Web client.**

---

[19]    Only a subset of the limitations of the asserted claims and the possible interpretations of those limitations are discussed herein.  Any claim limitation or interpretation not discussed is invalid for other reasons enumerated elsewhere in this Report, including in my anticipation section.

    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

• You think the *MHonArc* logo is really cool, and it deserves to be used.

• You like Perl, and you want to see what it can do.

• Just cuz.

(MHonArc at doc/mhonarc_intro.doc.html, 'Why Use MHonArc?' (emphasis added))  In fact, on on November 17, 1994, Earl Hood announced to the comp.infosystems.www.misc newsgroup that a version of MHonArc was publicly available that worked on MS-DOS, the same computer system that ran the version of Mosaic described previously, which ran on a system with MS-DOS and  MS-Windows.  See  comp.infosystems.www.misc.MS-DOS-port-19941117.txt.   *See also* MosaicMail.

(a)    <u>Claim 1</u>

(i)    "an analyzer server for detecting structures in the data and linking actions to the detected structures"

720.    Apple contends that Mosaic/MHonArc does not perform detection of "structures" because Apple appears to argue what is detected does not qualify as a "structure."  *See* Apple's Supplemental Response to Interrogatory No. 26, at 99-133, 282-282, and documents cited therein. Apple's argument appears to be based in part on a misunderstanding of the operation of MHonArc. Apple claims MHonArc does not "detect nuggets [of data] in data visible to the user."  Similarly, Apple contends that MHonArc "only finds text that has already been marked with prefixes…." Supplemental Response to Interrogatory No. 26, at 116.  This is incorrect:  MHonArc does detect information in data visible to a user, including email addresses in the headers of an e-mail and URLs, and information such as e-mails that have not been premarked with a prefix.  Regardless, to the extent Apple contends that the detected information must be visible to the user to constitute a "structure," the it would be obvious to one of ordinary skill in the art to use the detection routines in MHonArc to detect information visible to a user, such as a name or e-mail address, given that MHonArc already teaches the detection of information in plain text, which is visible to the user,

1   and techniques for doing so were well known in the art and fundamental to computer science, as

2   set forth in the Background.

3       721.    Apple also appears to misunderstand MHonArc's operation in parsing e-mail

4   addresses in the header of an e-mail.  Apple contends that this does not constitute "detection"

5   because a header is "structured."  But MHonArc operated on plain text, not structured text, and

6   therefore had to parse out e-mail addresses from the remainder of the plain text, including names

7   and other characters.   The subroutine `mailto` is called at mhonarc, line 1819 within the

8   `field_add_links` subroutine when parsing the e-mail headers.  This allows MHonArc to detect

9   e-mail addresses from within the text of the "To", "From", "CC", "Sender" and "Reply-to" fields,

10  which also contain text names along with the e-mail address text:

```
sub mailto {
    local(*str) = shift;
      if ($MAILTOURL) {
          $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
      } else {
          $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;
      }
}
```

15  (MHonArc at mhonarc main script, lines 1736-1743.).  Regardless, to the extent Apple contends

16  this is not detecting a structure, it would have been obvious to one of ordinary skill in the art to use

17  the sort of parsing and detection techniques for unstructured text discussed in the Background to

18  accomplish the detecting goals of MHonArc, as such were well-known in the art, as set forth in the

19  Background.

20      722.    Apple also appears to argue that Mosaic does not perform detection because it

21  looks for HTML tags and anchors, and thus operates on "structured" text.  As discussed above,

22  detection of HTML tags and anchors is no different than looking for "structure" associated with a

23  phone number or e-mail.   The use of the convention <a href="..."> to identify and detect a

24  hyperlink is the same as the use of other formatting conventions—such as hyphens and parenthesis

25  for a phone number.  A "()-" in (555) 555-5555  distinguish a phone number from other number

26  strings, such as dates, times, or even UPS tracking numbers.  Moreover, Apple appears to not

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

understand that "<a href=" is just one example of an HREF tag. There are dozens of legal variations of this tag that a parser his to recognize.   Using "<a href=url>anchor text</a>" to mark anchors is the same as using "(NNN) NNN-NNNN" to mark phone numbers.  Accordingly, to the extent Apple contends this limitation is not disclosed by the detection Mosaic performs, it would have been obvious to modify the routines disclosed to detect other text such as a phone number, because the techniques used to do so are the same.  Alternatively, it would have been obvious to one of ordinary skill in the art to use well-known detection techniques in the art described in the background to detect the HTML content using the portions visible to the user—i.e. the anchor text—rather than the anchor elements.

A)    Judge Posner's construction of "linking actions to the detected structures"

723.    Under Judge Posner's construction, where "linking actions to the detected structures" means "creating a specified connection between each detected structure and at least one computer subroutine that causes the CPU to perform a sequence of operations on that detected structure", the the MHonArc/Mosaic system renders claim 1 of the '647 patent obvious.

724.    MHonArc detects and marks http: and other URL references in the plaintext email body by converting them to hyperlinks.

text/plain signifies ASCII character data. In the HTMLized message,
the data is wrapped in a PRE element with special characters (< > &)
converted to entity references. MHonArc will also make any URLs into
hyperlinks. The following URL types are recognized:

```
* http://...
* ftp://...
* afs://...
* wais://...
* telnet://...
* gopher://...
* news:...
* nntp:...
* mid:...
* cid:...
* mailto:...
```

509    **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

* prospero:...

725.   MHonArc returns the detected URL text and incorporates that text within '<A HREF="">' and '</A>' tags, which thus makes it possible to link actions to the structure in software such as Mosaic:

$tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>';

(MHonArc at mhonarc main script, line 1860; "$item2" is the detected structure to be inserted into the anchor).  MHonArc inserts the detected URL into two locations in the HTML anchor.  This way, when a web browser such as Mosaic displays the document MHonArc creates,  the user sees the same detected structure that will be used by the action processor to perform the action.

726.   When MHonArc is finished processing a document, a user can use the Mosaic web browser to view the MHonArc output, where Mosaic will link specific actions to the detected structures:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647



727.   Mosaic links the actions such as "Load Anchor to Disk," "Anchor Information," "Create Internet Shortcut," and "Spawn Mosaic from Anchor" to the detected structures, as depicted in the demonstratives above.  To do this, Mosaic detects structures such as anchors/tags.

in an HTML documents presented to it, links actions to the detected structures, as pictured above, and presents those structures to the user as hyperlinks that enable the user to take actions on the structures when clicked.

728.   To the extent the hyperlinks created by MHonArc and interpreted and linked by Mosaic do not make use of a "specified connection", it would have been obvious to do so via the use of conventional pointers using the teachings of MHonArc and Mosaic and the knowledge of a person of ordinary skill in the art.

B)   Apple's overly broad interpretation of "linking actions to the detected structures"

729.   Apple argues that "even if Mosaic did encounter 'detected structures' of some kind, it does not offer customized sets of associated actions based on the type of structure detected." Apple's Supplemental Response to Interrogatory No. 26, at 118-119.   This is demonstrably incorrect:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



24   730.   When Mosaic detected an e-mail address, it did not link actions such as "Create

25   Internet Shortcut" or "Spawn Mosaic from Anchor"—two actions that it did provide for http://

26   URLs.  Apple's argument that Mosaic does not perform "linking" (either by making an association

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

or a "specified connection" (*Id.* at 118)) appears to be founded on a misunderstanding of Mosaic's operation.  Regardless, intelligently associating actions with detected structures depending on their type was a fundamental idea behind the use of the variety of URLs known at the time of MHonArc and Mosaic:

> * http://...
> * ftp://...
> * afs://...
> * wais://...
> * telnet://...
> * gopher://...
> * news:...
> * nntp:...
> * mid:...
> * cid:...
> * mailto:...
> * prospero:...

(MHonDoc: lines 1451-1467).  Accordingly, to the extent Mosaic does not perform linking because it does not associate detected structures with candidate actions on the particular structure selected, it would have been obvious to do so given the teachings in MHonArc and Mosaic and well-known techniques for doing so in the art.

     (b)     <u>Claim 4</u>

         (i)     <u>"wherein the analyzer server includes grammars and a parser for detecting structures in the data"</u>

     731.     A person of ordinary skill in the art would have found it obvious to use "grammars and a parser for detecting structures in the data," given the background of the art, to the extent Apple contends they are not disclosed as set forth above.  As described in Section _, the use of grammars and parsers is fundamental to computer science.  Furthermore, the choice of a grammer instead of the regular expressions and parsers used in MHonArc are a simple design choice based on the types of structures that needed to be detected. It was also common practice to use a grammar and a parser in a web browser such as Mosaic to parse HTML documents.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

(c)   Claim 6

    (i)   "wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data"

732.   Any person of ordinary skill in the art would have found it obvious to utilize a "fast string search function" and a "string library," given the background of the art, to the extent these are not disclosed above.  Detection using strings was well-known in the art long before the time of the '647 patent.

### 5.   Perspective Renders The Asserted Claims of the '647 Patent Invalid as Obvious

733.   I incorporate by reference my discussion of the Perspective prior art in the anticipation section (*See* paragraphs 442-501).  In my opinion, as set forth below, Perspective prior art also renders obvious the asserted claims of the '647 patent.

734.   As set forth above, it is my opinion that the Perspective prior art anticipates the asserted claims of the '647 patent.  In the alternative, that to the extent any limitation is found not to be explicitly or inherently disclosed, particularly as Apple argues, a person of ordinary skill in the art at the time of the alleged invention would have found that limitation obvious based on the Perspective prior art and the state of the art at the time of the invention.[20]

(a)   Claim 1

    (i)   "an analyzer server for detecting structures in the data and linking actions to the detected structures"

735.   Apple appears to argue that Perspective does not disclose linking because, Apple contends, Perspectives only makes links between an "area of the screen" and a profile entry in a

---

[20]   Only a subset of the limitations of the asserted claims and the possible interpretations of those limitations are discussed herein.  Any claim limitation or interpretation not discussed is invalid for other reasons enumerated elsewhere in this Report, including in my anticipation section.

   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

_____          _____August 12, 2013_____
Kevin Jeffay                                              Date

**EXHIBIT 2**

THE SIDEKICK HANDBOOK ANTICIPATES AND/OR RENDERS
THE ASSERTED CLAIMS OF THE '647 PATENT OBVIOUS

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | To the extent that the preamble is limiting, the Sidekick Handbook discloses a computer-based system for detecting structures in data and performing actions on detected structures.<br><br>*Minimum System Configuration: SIDEKICK is available now to your IBM PC, XT, AT, or 100% compatible microcomputers. The IBM PCjr will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive, and PC-DOS 1.0 or greater. A Hayes PC-compatible modem is required for the autodialer function.*<br><br>**Sidekick Handbook: rear cover.**<br><br>**Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!<br><br>**Sidekick Handbook: p1.**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PCJr modem on the IBM PC Jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>**Sidekick Handbook: p29.** |

U.S. Patent No. 5,946,647

The Sidekick Handbook

**An Autodialer**

**Sidekick Handbook: rear cover.**

**Scene Three:**

You are working at your computer when the telephone rings. Someone asks you to call back in two days and leaves a number for you to call.

*Without Sidekick*

First find your appointment calendar. Then find a pencil and sharpen it (somebody broke its point). Then make a note of the name and telephone number. When the day arrives, you have to find your appointment book again and for the second time duplicate the number, this time by pushing buttons on the phone.

*With Sidekick:*

Activate Sidekick. Select the caLendar and the day to call back. Type the name and telephone number of the person to call back. Press `Esc` to return to your program.

When the day arrives, you simply activate the caLendar as you normally do to check the day's appointments. Since today's the day, and now's the time, press `Alt D` to activate the Dialer – it automatically picks the number from the calendar, and you just press ↵ to dial.

2

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
|  | **Scenes From the Life of a Salesman** |
|  | **Scene One:** |
|  | You are using dBASE III or some other program to keep track of customers. You also use this program to select the customers you need to call. |
|  | *Without Sidekick:* |
|  | Although you have an autodial modem in your computer, and although your computer already 'knows' the number you need to dial, it can't, because the database program cannot make phone calls! So what happens? You must read the number off the screen and dial it yourself. |
|  | *With Sidekick:* |
|  | Activate Sidekick then press ⬚ to dial. Sidekick automatically picks the number off the screen dials it for you. |
|  | **Sidekick Handbook: p. 90** |
| **[1B]** an input device for receiving data | The Sidekick Handbook discloses an input device for receiving data. |
|  | As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please ⎋ape your way out of Sidekick. |
|  | Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing Ctrl Alt . |
|  | **Sidekick Handbook: p28.** |
|  | **Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call! |
|  | **Sidekick Handbook: p1.** |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | With Sidekick's main selection window on the screen, press [Alt] [D] (or [D] or [F5], if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing [↵]. **Sidekick Handbook: p29**<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [·]. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar. **Sidekick Handbook: p30**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported. **Sidekick Handbook: p29** |
| **[1C]** an output device for presenting the data | The Sidekick Handbook discloses an output device for presenting the data.<br><br>Minimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr and 100% compatible microcomputers. The IBM PC jr will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes®-compatible modem required for the autodialer feature.<br><br>**Sidekick Handbook: rear cover.** |

4

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | These are the things you should know about your computer when you install Sidekick: **Which monitor adapter(s) are installed?** Monochrome Monitor Adapter Color Monitor Adapter Both Monitor Adapters **What is your default display mode?** Monochrome display Color display 80x25 B/W display 80x25 **Which asynchronous communications port does your modem use?** COM1 COM2 **Sidekick Handbook: p94.** |

5

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Screen Type**<br><br>When you press ⓢ to perform screen installation, you get this menu which lets you select the screen mode you want Sidekick to use:<br><br>`Choose one of the following displays:`<br><br>`0)  Default display mode`<br>`1)  Monochrome display`<br>`2)  Color display 80x25`<br>`3)  B/W  display 80x25`<br><br>`Which display? (Enter no. or Q to exit): _`<br><br>**Figure B-2: Screen Installation Menu**<br><br>**Default display mode**<br>Sidekick will operate in the mode which is active when you **start**<br>Sidekick. If you change screen mode later, Sidekick will still use the<br>mode which was active when you started. Sidekick always uses<br>*80x25 character mode* even if 40x25 is active, and it will use color<br>mode if graphics mode is active when you start.<br><br>**Sidekick Handbook: p94** |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Monochrome display**<br>Sidekick will use monochrome mode, no matter what mode is active, and switch back to the active mode on exit.<br><br>**Color display 80x25**<br>Sidekick will use color mode with 80x25 characters, no matter what mode is active, and switch back to the active mode on exit.<br><br>**B/W display 80x25**<br>Sidekick will use black and white mode with 80x25 characters, no matter what mode is active, and switch back to the active mode on exit.<br><br>**Blinking Display?**<br>If you install default, color, or b/w screens, you are finally asked if your display blinks when it scrolls. A standard IBM color/graphics controller blinks, but some other controllers don't. Answer Ⓨ or Ⓝ as appropriate. This causes Sidekick to use your video controller optimally, with as little screen 'noise' as possible.<br><br>**Sidekick Handbook: p95** |
| **[1D]** a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Sidekick Handbook discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures. |

7

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | ## When to Start SideKick |
| | Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet. |
| | Sidekick may not be the only resident program you use on your computer; programs such as print spoolers, RAM disks, and keyboard enhancers (Borland's *SuperKey*, for example) are other examples of resident programs. If you use any of these, it is essential that you load them in the following order: |
| | 1) Load any non-Borland resident programs **first** (print spoolers, RAM-disks, or what have you). |
| | 2) If you have SuperKey, load it **after** any non-Borland resident programs. |
| | 3) Finally load *SideKick* as the **last** resident program. |
| | **Sidekick Handbook: p8.** |
| | Sidekick is a lot of things, but first and foremost **it is always there when you need it**. That's because it is right there in your computer's memory all the time until you turn the power off or reset your machine. No matter which other program you are using - word processor, data base, spreadsheet, TURBO Pascal, BASIC, or whatever - Sidekick is always present 'underneath' it and may be activated immediately with a single keystroke. What's more: your other program continues as if nothing happened when you return from Sidekick. |
| | **Sidekick Handbook: p1.** |

8

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Activate Sidekick**<br><br>If you have followed the instructions in chapter 1 , Sidekick is now loaded into memory. It stays there until you either turn off the computer or reset it.<br><br>You may use the computer exactly as usual; fire up your spreadsheet, word processor, TURBO Pascal, or even BASIC (disk BASIC, that is), and go to work. **Anytime** you need Sidekick, just press:<br><br>Ctrl  Alt<br><br>which means: hold down the Ctrl and Alt keys at the same time.<br><br>Another way to call Sidekick is to hold down both ⟨⟩ keys. The Sidekick main selection window now pops up in the middle of the screen: <br><br>**Sidekick Handbook: p13.** |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | ## Scenes From the Life of a Salesman |
| | **Scene One:** |
| | You are using dBASE III or some other program to keep track of customers. You also use this program to select the customers you need to call. |
| | *Without Sidekick:* |
| | Although you have an autodial modem in your computer, and although your computer already 'knows' the number you need to dial, it can't, because the database program cannot make phone calls! So what happens? You must read the number off the screen and dial it yourself. |
| | *With Sidekick:* |
| | Activate Sidekick then press ⎵ to dial. Sidekick automatically picks the number off the screen dials it for you. |
| | **Sidekick Handbook: p90.** |
| | As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please Esc ape your way out of Sidekick. |
| | Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing Ctrl Alt . |
| | **Sidekick Handbook: p28.** |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Dialer**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>Before using the Dialer, you must tell Sidekick which communications port your modem is on. This is done with the installation program SKINST, see page 99 .<br><br>With Sidekick's main selection window on the screen, press Alt D (or D or F5 ), if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ↵ ).<br><br>**Sidekick Handbook: p29.** |

11

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | Sidekick "knows" a phone number, because it must contain special characters. These are usually parentheses or hyphens, but you can choose other characters with the installation program.<br><br>To make things very clear: in order to distinguish a phone number from dates, amounts, and other numeric information, the phone number must not contain commas, periods, or slashes.<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing ⬜. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br><br>If the Dialer cannot find a valid phone number on the screen, it will load its own phone directory file if it is present on your disk.<br><br>**Sidekick Handbook: p30.**<br><br>The Dialer works in two different ways:<br><br>**1)** It may pick a phone number off the screen. This facility may be used to dial numbers found by other programs.<br><br>**Sidekick Handbook: p75.**<br><br>A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information.<br><br>**Sidekick Handbook: p75.** |

12

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Dialer**

**Modem Type**

Sidekick comes pre-installed for a Hayes 1200/1200B modem. This installation lets you choose from a list of other popular modems and dialers.

**Telephone Number Format**

Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory. By default, a number must meet the following specifications to qualify as a phone number:

Minimum number of digits: **6** Required character: - ( )

The installation program lets you change these values if they don't fit the format of your phone numbers.

**Minimum number of digits**
Set this value to the shortest telephone number you are likely to encounter. The allowable range is 1 through 80.

**Required character**
This defines which character(s) **must** be present in a phone number. If more than one character is specified, only one of them need be present. Specify up to ten characters as needed. Default required characters are: - ( )

**Sidekick Handbook: p99.** |

13

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
|  | The following test duplicates the procedure Sidekick uses when it dials a telephone number.<br><br>Enter the following commands to DOS:<br><br>MODE COM1:300,N,8,1 ⏎<br>COPY CON COM1: ⏎<br>ATDT123-4567 ⏎<br>F6 ⏎<br>**Sidekick Handbook: p105.** |
| **[1E]** a user interface enabling the selection of a detected structure and a linked action; and | The Sidekick Handbook discloses a user interface enabling the selection of a detected structure and a linked action.<br><br>Sidekick "knows" a phone number, because it must contain special characters. These are usually parentheses or hyphens, but you can choose other characters with the installation program.<br><br>To make things very clear: in order to distinguish a phone number from dates, amounts, and other numeric information, the phone number must not contain commas, periods, or slashes.<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing ⏎. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br><br>If the Dialer cannot find a valid phone number on the screen, it will load its own phone directory file if it is present on your disk.<br><br>**Sidekick Handbook: p30.** |

14

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information.<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing ⊟. If you don't want to dial the number, but use the Dialer's own phone directory, you just press the space bar.<br><br>**Sidekick Handbook: p75.**<br><br><br><br>**Figure 2-7: Dialer Window**<br><br>**Sidekick Handbook: p29** |
| **[1F]** an action processor for performing the selected action linked to the selected structure; and | The Sidekick Handbook discloses an action processor for performing the selected action linked to the selected structure. |

15

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Dialer**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PCJr modem on the IBM PCjr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>Before using the Dialer, you must tell Sidekick which communications port your modem is on. This is done with the installation program SKINST, see page 99 .<br><br>With Sidekick's main selection window on the screen, press ⟨Alt⟩ ⟨D⟩ (or ⟨D⟩ or ⟨F5⟩ , if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ⟨⤶⟩ .<br><br>**Sidekick Handbook: p29.**<br><br>The following test duplicates the procedure Sidekick uses when it dials a telephone number.<br><br>Enter the following commands to DOS:<br><br>`MODE COM1:300,N,8,1` ⟨⤶⟩<br>`COPY CON COM1:` ⟨⤶⟩<br>`ATDT123-4567`<br>⟨F6⟩ ⟨⤶⟩<br><br>**Sidekick Handbook: p105.** |
| **[1G]** a processing unit coupled to | The Sidekick Handbook discloses a processing unit coupled to the input device, the output device, and the |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| the input device, and the memory for controlling the execution of the program routines. | memory for controlling the execution of the program routines. |

**Minimum System Configuration:** SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PCjr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. X keyes bar-compatible modem required for the autodialer feature.

**Sidekick Handbook: rear cover.**

These are the things you should know about your computer when you install Sidekick:

**Which monitor adapter(s) are installed?**
Monochrome Monitor Adapter
Color Monitor Adapter
Both Monitor Adapters

**What is your default display mode?**
Monochrome display
Color display 80x25
B/W display 80x25

**Which asynchronous communications port does your modem use?**
COM1
COM2

**Sidekick Handbook: p94.**

As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please Esc ape your way out of Sidekick.

Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing Ctrl Alt .

17

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Sidekick Handbook: p28.**<br><br>Sidekick is a *resident program,* which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.<br><br>**Sidekick Handbook: p8.** |
| **[4]** The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Sidekick Handbook discloses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.<br><br>A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information.<br><br>**Sidekick Handbook: p75.** |

18

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **Dialer**

**Modem Type**

Sidekick comes pre-installed for a Hayes 1200/1200B modem. This installation lets you choose from a list of other popular modems and dialers.

**Telephone Number Format**

Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory. By default, a number must meet the following specifications to qualify as a phone number:

Minimum number of digits: **6** Required character: **- ( )**

The installation program lets you change these values if they don't fit the format of your phone numbers.

**Minimum number of digits**
Set this value to the shortest telephone number you are likely to encounter. The allowable range is 1 through 80.

**Required character**
This defines which character(s) **must** be present in a phone number. If more than one character is specified, only one of them need be present. Specify up to ten characters as needed. Default required characters are: **- ( )**

**Sidekick Handbook: p99.**

19 |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| | **When to Start SideKick**<br><br>Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.<br><br>**Sidekick Handbook: p8** |
| **[6]** The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. | The Sidekick Handbook discloses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data.<br><br>⟨F5⟩<br>▣ **search INITials**<br>When you want to call a particular person, you just need to press ⟨S⟩ and enter the person's initials. 'Initials' are anything starting in column one of the phone directory file. The dialer will then find the number in the directory, and you press ⟨↵⟩ to dial it.<br><br>While a search is active, the ⟨↓⟩ and ⟨↑⟩ keys will continue the search for the next match in the indicated direction.<br><br>⟨F6⟩<br>▣ **search all** ⟨F6⟩<br>You press ⟨F6⟩ to search the *entire line* for any text (as opposed to *search INIT* which only searches for text starting in column one). This way you can quickly locate all vendors offering, for example, COMPUTERS or FAST FOOD, or customers interested in THIS or THAT. The possibilities are countless.<br><br>While a search is active, the ⟨↓⟩ and ⟨↑⟩ keys will continue the search for the next match in the indicated direction.<br><br>⟨F7⟩<br>▣ **stop search** ⟨F7⟩<br>▣ stops a search and returns the ⟨↓⟩ and ⟨↑⟩ keys to their normal scroll functions.<br><br>**Sidekick Handbook: p77** |
| **[8]** The system recited in claim 1, | The Sidekick Handbook discloses the system recited in claim 1, wherein the user interface highlights detected |

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| wherein the user interface highlights detected structures. | structures.<br><br>With Sidekick's main selection window on the screen, press ⌈Alt⌉ ⌈D⌉ (or ⌈D⌉ or ⌈F5⌉, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ⌈↵⌉.<br><br>**Sidekick Handbook: p29.**<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing ⌈.⌉. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br><br>**Sidekick Handbook: p30.**<br><br>![Dialer Window screenshot with phone directory entries: CP (415)-786-0909 CompuPro ($100,CPU,68000); ERI (314) 725-5566 EnerTronics (graphics,3D,software); LMF 555-1212 Information; PH (603)-927-3770 Plum Hall (Unix,C,Books); SCS (408) 287-4640 Santa Clara Systems Inc. (PC clones,network,LAN); SDS (214)-340-0303 SDSystems ($100,Disk controllers,CPU); SYB (415) 840-0233 SYBEX (Books). Menu bar: F1 help F2 New file F3 dial F4 scroll search F6-ID F7-all F8 stop Esc exit]<br><br>**Figure 2-7: Dialer Window**<br><br>**Sidekick Handbook: p29** |
| [9] The system recited in claim 1, wherein the user interface enables selection of an action by causing | The Sidekick Handbook discloses the system recited in claim 1, wherein the user interface enables displays pop-up menus. |

21

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| the output device to display a pop-up menu of the linked actions. |  Figure 2-7: Dialer Window |

22

**EXHIBIT 4**

**MHONARC/MOSAIC ANTICIPATES AND/OR RENDERS**
**THE ASSERTED CLAIMS OF THE '647 PATENT OBVIOUS**

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | To the extent that the preamble is limiting, MHonArc/Mosaic uses a computer-based system for detecting structures in data and performing actions on detected structures.<br><br>NCSA Mosaic is a network navigational tool that will allow you to easily access networked information with the click of a button. Mosaic is capable of accessing data via protocols such<br><br>as HTTP, Gopher, FTP and NNTP (Usenet News) natively, and other data services such as Archie, WAIS, and Veronica through gateways. NCSA Mosaic was designed to provide its user transparent and seamless access to these information sources and services. Mosaic capable of running under the following processor architectures and operating systems.<br><br>Below are the naming schemes we are using for this release.<br><br>    With a Setup Program:<br><br>        mos20a9.exe .......................   Win3.x, WWG & NT (iX86 processor)<br><br>    Without a Setup Program:<br><br>        x86.mosaic.2.0.0a9.exe ................   Win3.x, WWG & NT (iX86 processor)<br><br>        axp.mosaic.2.0.0a9.exe ................   NT for the DEC aXP<br><br>        mips.mosaic.2.0.0a9.exe ...............   NT for the MipsPC<br><br>        ppc.Mosaic.2.0.0a9.exe ................   NT for the Power PC<br><br>Software Requirements<br><br>Before we get started we must assume your system meets one or more of the following Operating System and environments: |

1

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | - Microsoft Windows NT |
| | - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured. |
| | - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured. |
| | - You have an Internet access provider or you plan on using Mosaic in Stand-Alone mode.  NOTE: NCSA doesn't provide Internet access to the general public. |
| | Mosaic is a 32-bit Application |
| | Mosaic is a 32-bit application. This means that Mosaic is compatable with Windows 3.1, |
| | Windows for Workgroups, Windows NT and Win95.  The Windows NT operating system is |
| | available for the following processors: |
| | **Mosaic README.WRI: lines 6-37.** |
| | MHonArc is a Perl program for converting e-mail messages as specified in RFC 822 and RFC 1521 (MIME) to HTML. MHonArc can perform the following tasks: |
| | * Convert mh(1) mail folders or mail(1) style mailboxes into an HTML mail archive. |
| | * Add new e-mail messages to an existing HTML mail archive generated by MHonArc. |
| | * Convert a single message to HTML. |
| | **mhonarc.txt: lines 74-82.** |
| | Requirements |
| | In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl. |
| | **mhonarc.txt: lines 111-115.** |

2

| U.S. Patent<br>No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | text/plain<br><br>*text/plain* signifies ASCII character data. In the HTMLized message, the data is wrapped in a PRE element with special characters (< > &) converted to entity references. *MHonArc* will also make any URLs into hyperlinks. The following URL types are recognized:<br><br>• http://...<br>• ftp://...<br>• afs://...<br>• wais://...<br>• telnet://...<br>• gopher://...<br>• news:...<br>• nntp:...<br>• mid:...<br>• cid:...<br>• mailto:...<br>• prospero:...<br><br>**MHonArc at doc/mhonarc_mime.doc.html**<br><br>The following is also done for each mail message processed:<br>• Links are created in the "References" and "In-Reply-To" header fields, and possibly the message body, if the destination message-ids are being processed.<br>• email addresses are converted to "mailto" hyperlinks in "To:", "From:", "Cc:", and "Sender:" mail header fields. Currently, not all Web browsers support the mailto URL.<br>• Newsgroups listed in a "Newsgroups:" mail header field are converted to news hyperlinks.<br><br>**MHonArc at doc/mhonarc_qstart.doc.html** |

3

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



**U.S. Patent No. 5,946,647**

**MHonArc/Mosaic**



**U.S. Patent
No. 5,946,647**

**MHonArc/Mosaic**



9

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |
| **[1B]** an input device for receiving data | MHonArc/Mosaic uses an input device for receiving data.<br><br>Converting MH mail folders, or Mailbox files<br><br>Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want to process. To convert your inbox to an HTML archive, use one of the following commands:<br><br>For an MH mail folder:<br>   % mhonarc <path>/inbox<br><br>For a mailbox file: |

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | % mhonarc -mbox <path>/inbox<br><br>Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/".<br><br>NOTES:<br>    An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format.<br>**mhonarc.txt: lines 154-175.**<br><br>Description:<br>MHonArc converts mail messages to HTML and creates an index page linking to each mail message. MHonArc can be renamed to assume the following options:<br>    mhonarc:    -mh   (File arguments are MH mail folders)<br>    mbox2html:   -mbox  (File arguments are mail(1) mailbox files)<br>    <anyname>:    -mh<br><br>The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option. The -mh option can be used to process MH mail folders if the program name is mbox2html.<br>**MHonArc: lines 1419-1429.**<br><br>Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to |

| U.S. Patent<br>No. 5,946,647 | MHonArc/Mosaic |
|---|---|

MHonArc/Mosaic



Figure 7-9. Hypertext links displayed in status bar in Mosaic

**Mosaic Handbook: pp. 149-150.**

Converting MH mail folders, or Mailbox files

Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want to process. To convert your inbox to an HTML archive, use one of the following commands:

For an MH mail folder:
    % mhonarc <path>/inbox

For a mailbox file:

9

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
|  | % mhonarc -mbox <path>/inbox |
|  | Where <path> represents the path to the directory that contains inbox. If you are in the directory that contains inbox, then you can leave out the "<path>/". |
|  | NOTES:<br>An MH mail folder is actually a UNIX directory file, and MHonArc expects the filename arguments you give to be directory files. If -mbox is specified, then the filename arguments should be UNIX plain files in mailbox format.<br>**mhonarc.txt: lines 154-175.** |
|  | Description:<br>MHonArc converts mail messages to HTML and creates an index page linking to each mail message. MHonArc can be renamed to assume the following options:<br>mhonarc:       -mh    (File arguments are MH mail folders)<br>mbox2html:   -mbox  (File arguments are mail(1) mailbox files)<br><anyname>:   -mh |
|  | The -mbox option always specifies mail(1) mailbox processing regardless of the program name or the -mh option. The -mh option can be used to process MH mail folders if the program name is mbox2html.<br>**MHonArc: lines 1419-1429.** |
|  | One thing I usually do when Mosaic appears on the screen is to distinguish between the Mosaic interface and the document that is displayed. I say, "When I use the scrollbar, which Mosaic provides, everything that moves is in the document window, where formatted documents containing text and graphics are displayed. The document itself contains any number of hypertext links, or connections to other documents anywhere on the Net. I move the mouse pointer over a link and click on it. Right away, Mosaic begins retrieving the document from a remote information server." |

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | **SAMNDCA630-00809228** |
| [1C] an output device for presenting the data | MHonArc/Mosaic uses an output device for presenting the data. Mosaic presents the received HTML document on a computer screen.<br><br>Requirements<br><br>In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommend to have patchlevels 34 or later of Perl.<br><br>**mhonarc.txt: lines 111-115.**<br><br>Converting a single message<br>To convert a single message to HTML use the -single command-line option. The message to process can be specified by a filename in the command-line, or by reading the message from standard input if no file is specified. The filtered message is sent to standard output. All formatting options apply to the single message as with messages being processed for an archive, with the exception of formatting related specifically to archive processing, like index links and mail thread links.<br><br>**Examples:**<br>Input from standard input:<br>% mhonarc -single < messagefile > file.html<br>Filename on command-line:<br>% mhonarc -single messagefile > file.html<br>**MHonArc at doc/mhonarc_qstart.doc.html** |

11

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | One thing I usually do when Mosaic appears on the screen is to distinguish between the Mosaic interface and the document that is displayed. I say, "When I use the scrollbar, which Mosaic provides, everything that moves is in the document window, where formatted documents containing text and graphics are displayed. The document itself contains any number of hypertext links, or connections to other documents anywhere on the Net. I move the mouse pointer over a link and click on it. Right away, Mosaic begins retrieving the document from a remote information server." <br><br> **SAMNDCA630-00809228** |
| **[1D]** a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | MHonArc/Mosaic uses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures. <br><br> Requirements <br> In order to run **MHonArc**, you must be using it on a UNIX based system with 4 installed. It is recommed [sic] to have patchlevels 34 or later of Perl. <br><br> **MHonArc at doc/mhonarc_intro.doc.html** <br><br> **Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors: <br> **iX86** - Intel's 386, 486, and Pentium Processors <br> **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor <br> **MIPS** - Mips Technology processor <br> **PPC** - Motorola,IBM,Apple Power PC processor <br><br> **Mosaic RELNOTES.HTM** |

12

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
|  |  *Figure 7-9. Hypertext links displayed in status bar in Mosaic* **Mosaic Handbook: p.150.** |

13

**U.S. Patent No. 5,946,647**

**MHonArc/Mosaic**

*Weaving Threads: Anchor Links*

<b> and </b>

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

*Linking to other documents*

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer, then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag <a>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax.

<a HREF="filename">anchortext</a>

Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to.

**Mosaic Handbook: pp. 149-150.**

```
##     read_mail_body() reads in the body of a message. The returned
##     filtered body is in $ret.
##
   sub read_mail_body {
```

**MHonArc: lines 773-776.**

```
##     MAILread_body() parses a MIME message body. $header is the
##     header of the message. $content is the value of the Content-Type
##     field. $body is the actual message body. The return value
```

14

---



The Marx Brothers Web Server

Welcome Marx Brothers Fans!

Get Information About The Brothers By Clicking On Their Names:

GROUCHO
HARPO
CHICO
ZEPPO

Link: file://PC2WWW/groucho.html

*Figure 7-9. Hypertext links displayed in status bar in Mosaic*

this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor.

<A HREF="groucho.html">Groucho</A>

This line says: Make the word GROUCHO an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML.

<A HREF="http://college.edu/files/story/1930s/HomePage.html">Learn more about the 1930s</A>

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | ```
##      is a scalar variable representing the contents of the filtered
##      message.
##
sub main'MAILread_body {
``` **MHonArc: lines 1497-1503.** |

* E-mail addresses are converted to "mailto" hyperlinks in "To:", "From:", "Cc:", and "Sender:" mail header fields. Currently, not all Web browsers support the mailto URL.

**mhonarc.txt: lines 233-235.**

```
sub mailto {
    local(*str) = shift;
    if ($MAILTOURL) {
    $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
    } else {
    $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|gi;
    }
}
```

**MHonArc: lines 1736-1743.**

text/plain signifies ASCII character data. In the HTMLized message, the data is wrapped in a PRE element with special characters (< > &) converted to entity references. MHonArc will also make any URLs into hyperlinks. The following URL types are recognized:

* http://...
* ftp://...
* afs://...
* wais://...
* telnet://...
* gopher://...
* news:...
* nntp:...
* mid:...

15

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | * cid:.... <br> * mailto:.... <br> * prospero:.... <br><br> **mhonarc.txt: lines 1451-1467.** <br><br> `$tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>';` <br> **MHonArc: line 1860** <br><br> `$url =` <br> `'(http://|ftp://|afs://|wais://|telnet://|gopher://|news:|nntp:|mid:|cid:|mailto:|prospero:)';` <br> **MHonArc at mhonarc main script, lines 116-117** <br><br> `($url[(^\s(\)\<>"]*[^\,;,"'\|\[\]\(\)\s<>1)` <br> **MHonArc at mhonarc main script, line 1853** <br><br><br> *Inline Images:* <br><br> **Save Image** <br> Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats: <br><br> **Windows BMP Format** <br> The standard file format used by Windows for the desk top background. <br><br> **Remote Site Format** <br> The default format of the file. This format is dictated by the server and the image is usually in a .gif format. <br><br> **Image Information** <br> Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information: <br><br> ^ URL |

16

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
|  | ⌅ Size<br>⌅ Last Modified (Date)<br>⌅ Type (MIME Type/Sub Type)<br>⌅ Server Type (Web server and version number)<br>⌅ MIME (version number)<br><br>***Image Anchors:***<br><br>**Load Anchor to Disk**<br>Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)<br><br>**Anchor Information**<br>Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:<br><br>⌅ URL<br>⌅ Size<br>⌅ Last Modified (Date)<br>⌅ Type (MIME Type/Sub Type)<br>⌅ Server Type (Web server and version number)<br>⌅ MIME (version number)<br><br>**Save Image**<br>Ditto<br><br>**Image Information**<br>Ditto<br><br>**Create Internet Shortcut**<br>Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. |

17

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | When one of these files are opened, Mosaic will retrieve the document from the network and display it to you. |
| | **Spawn Mosaic at Anchor**<br>This function will open a new Mosaic window with this anchor URL. |
| | *Text Anchors:*<br>**Load Anchor to Disk**<br>Ditto |
| | **Anchor Information**<br>Ditto |
| | **Create Internet Shortcut**<br>Ditto |
| | **Spawn Mosaic at Anchor**<br>This function will open a new Mosaic window with this anchor URL. |
| | *All Other Space within the Document*<br>**Save to Disk**<br>Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk... |
| | **Create Internet Shortcut**<br>Ditto |
| | **Mosaic RELNOTES.HTM**<br><DT><A NAME="HTMLAnchorInfo"><B>Anchor Information</B><br><DD>Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the |

18

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | following information:<br>\<P><br>\<UL><br>\<LI> URL<br>\<LI> Size<br>\<LI> Last Modified (Date)<br>\<LI> Type (MIME Type/Sub Type)<br>\<LI> Server Type (Web server and version number)<br>\<LI> MIME (version number)<br>\</UL><br>\<P><br>**Mosaic RELNOTES.HTM**<br><br>\<DT>\<B>Spawn Mosaic at Anchor\</B><br>\<DD>This function will open a new Mosaic window with this anchor URL.<br>**Mosaic RELNOTES.HTM**<br><br>\<DT>\<A NAME="Shortcut">\<B>Create Internet Shortcut\</B>\</A><br>\<DD>Internet shortcuts create .url files that contain an anchor URL.<br>These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window.  When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.<br>**Mosaic RELNOTES.HTM** |

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



20

**U.S. Patent**
**No. 5,946,647**

**MHonArc/Mosaic**



21

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |
| **[1E]** a user interface enabling the selection of a detected structure and a linked action; and | MHonArc/Mosaic uses a user interface enabling the selection of a detected structure and a linked action.<br><br>***Inline Images:***<br><br>**Save Image**<br>    Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:<br>**Windows BMP Format**<br>    The standard file format used by Windows for the desk top background.<br>**Remote Site Format** |

22

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | The default format of the file. This format is dictated by the server and the image is usually in a .gif format. |
| | **Image Information** |
| | Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information: |
| | • URL |
| | • Size |
| | • Last Modified (Date) |
| | • Type (MIME Type/Sub Type) |
| | • Server Type (Web server and version number) |
| | • MIME (version number) |
| | *Image Anchors:* |
| | **Load Anchor to Disk** |
| | Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!) |
| | **Anchor Information** |
| | Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information: |
| | • URL |
| | • Size |
| | • Last Modified (Date) |
| | • Type (MIME Type/Sub Type) |
| | • Server Type (Web server and version number) |
| | • MIME (version number) |

23

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | **Save Image**<br>Ditto<br>**Image Information**<br>Ditto<br>**Create Internet Shortcut**<br>Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.<br>**Spawn Mosaic at Anchor**<br>This function will open a new Mosaic window with this anchor URL.<br><br>*Text Anchors:*<br>**Load Anchor to Disk**<br>Ditto<br>**Anchor Information**<br>Ditto<br>**Create Internet Shortcut**<br>Ditto<br><br>**Mosaic RELNOTES.HTM** |

24

**U.S. Patent**
**No. 5,946,647**

**MHonArc/Mosaic**



25

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



26

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |

27

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



28

**U.S. Patent**
**No. 5,946,647**

**MHonArc/Mosaic**



29

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |
| **[1F]** an action processor for performing the selected action linked to the selected structure; and | MHonArc/Mosaic uses an action processor for performing the selected action linked to the selected structure.<br><br>&lt;DT&gt;&lt;A NAME="Load"&gt;&lt;B&gt;Load Anchor to Disk&lt;/B&gt;<br>&lt;DD&gt;Load Anchor to Disk allows you to save that html file to your local disk via a the<br><br>"Save As" dialog box.  Note: Only the html file will be saved to disk, not the images that are associated with that file.  (Yet!)<br>**Mosaic RELNOTES.HTM:** lines 257-260.<br><br>&lt;DT&gt;&lt;A NAME="HTMLAnchorInfo"&gt;&lt;B&gt;Anchor Information&lt;/B&gt;<br>&lt;DD&gt;Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic will then display this information to you within a dialog box.  The dialog box contains the following information: |

30

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | \<P\><br>\<UL\><br>\<LI\> URL<br>\<LI\> Size<br>\<LI\> Last Modified (Date)<br>\<LI\> Type (MIME Type/Sub Type)<br>\<LI\> Server Type (Web server and version number)<br>\<LI\> MIME (version number)<br>\</UL\><br>\<P\><br><br>**Mosaic RELNOTES.HTM**: lines 262–275.<br><br>\<DT\>\<B\>Spawn Mosaic at Anchor\</B\><br>\<DD\>This function will open a new Mosaic window with this anchor URL.<br>**Mosaic RELNOTES.HTM**: lines 288–289.<br><br>\<DT\>\<A NAME="Shortcut"\>\<B\>Create Internet Shortcut\</B\>\</A\><br>\<DD\>Internet shortcuts create .url files that contain an anchor URL.<br>These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window.  When one of these files are opened, Mosaic will retrieve the document from the network and display it to you.<br>**Mosaic RELNOTES.HTM**: lines 282–286.<br><br>***Inline Images:***<br><br>**Save Image**<br>Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:<br><br>**Windows BMP Format**<br>The standard file format used by Windows for the desk top background.<br><br>**Remote Site Format**<br>The default format of the file. This format is dictated by the server and the image is usually in a .gif |

31

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | format. |

**Image Information**

Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:

⌃ URL
⌃ Size
⌃ Last Modified (Date)
⌃ Type (MIME Type/Sub Type)
⌃ Server Type (Web server and version number)
⌃ MIME (version number)

*Image Anchors:*

**Load Anchor to Disk**

Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)

**Anchor Information**

Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:

⌃ URL
⌃ Size
⌃ Last Modified (Date)
⌃ Type (MIME Type/Sub Type)
⌃ Server Type (Web server and version number)
⌃ MIME (version number)

**Save Image**

32

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | Ditto |
| | **Image Information** <br> Ditto |
| | **Create Internet Shortcut** <br> Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you. |
| | **Spawn Mosaic at Anchor** <br> This function will open a new Mosaic window with this anchor URL. |
| | *Text Anchors:* |
| | **Load Anchor to Disk** <br> Ditto |
| | **Anchor Information** <br> Ditto |
| | **Create Internet Shortcut** <br> Ditto |
| | **Spawn Mosaic at Anchor** <br> This function will open a new Mosaic window with this anchor URL. |
| | ***All Other Space within the Document*** <br> **Save to Disk** |

33

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk... |
| | **Create Internet Shortcut** Ditto |
| | **Mosaic RELNOTES.HTM** |
| |  |

34

**U.S. Patent
No. 5,946,647**

**MHonArc/Mosaic**



35

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



36

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



37

**U.S. Patent**
**No. 5,946,647**

**MHonArc/Mosaic**



38

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



39

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



40

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |
| **[1G]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | MHonArc/Mosaic uses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>Software Requirements<br><br>Before we get started we must assume your system meets one or more of the following Operating System and environments:<br><br>- Microsoft Windows NT<br><br>- Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured. |

41

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured. **Mosaic README.WRI: lines 20-28.**<br><br>**Mosaic is a 32-bit application.** This means that Mosaic is compatable with Windows 3.1, Windows for Workgroups 3.11, Windows NT and Windows 95. The Windows NT operating system is available for the following processors:<br>    **iX86** - Intel's 386, 486, and Pentium Processors<br>    **aXP** - Digital Equipment Corporation (DEC) aXP 64-bit processor<br>    **MIPS** - Mips Technology processor<br>    **PPC** - Motorola,IBM,Apple Power PC processor<br>**Mosaic RELNOTES.HTM**<br><br>Requirements<br><br>  In order to run MHonArc, you must be using it on a UNIX based system with Perl 4 installed. It is recommed to have patchlevels 34 or later of Perl.<br>**mhonarc.txt: lines 111-115.** |
| **[4]** The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | MHonArc/Mosaic uses the system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.<br><br>convert_line<br>htmlize_header<br>mailto<br>**MHonArc: lines 1846-1877, 2019- 2060, 1736-1743; lib/mhtxtplain.pl, lines 33-50** |
| **[6]** The system recited in claim 1, wherein the | MHonArc/Mosaic uses the system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in the data. |

42

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| analyzer server includes a string library and a fast string search function for detecting string structures in the data. | package m2h_text_plain;<br><br>$Url    = '(http://\|ftp://\|afs://\|wais://\|telnet://\|gopher://' .<br>          'news:\|nntp:\|mid:\|cid:\|mailto:\|prospero:)';<br>$UrlExp = $Url . q%[^(\s\()\|<>"'']*[^(\.,;"'\|\[\]()\)\s<>])%;<br>$HUrlExp = $Url . q%[^(\s\()\|<>"''\&]*[^(\.,;"'\|\[\]()\)\s<>\&])%;<br><br>##----------------------------------------<br>##    Filter entitizes special characters, and converts URLs to<br>##    hyperlinks.<br>##<br>sub filter {<br>    local($header, *fields, *data) = @_;<br><br>    $data =~ s%\&%\&amp;%g;<br>    $data =~ s%<%\&lt;%g;<br>    $data =~ s%>%\&gt;%g;<br><br>    ## Convert URLs to hyperlinks (check $main'NOURL if this should be done)<br>    $data =~ s%($HUrlExp)%<A HREF="$1">$1</A>%gio  unless $NOURL;<br>    "<PRE>\n" . $data .  "</PRE>\n";<br>}<br><br>**lib/mhtxtplain.pl**<br><br>($Url=[^(\s\(\)\|<>"'']*[^(\.,;"'\|\[\]()\)\s<>])<br><br>(MHonArc at mhonarc main script, line 1853).<br><br>sub mailto {<br>    local(*str) = shift;<br>    if ($SMAILTOURL) {<br>        $str =~ s\|(\\|%[\w\.-]+@[\w\.-]+)\|&mailUrl($1)\|ge;<br>    } else { |

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | $str =~ s|([\!\%]\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;<br><br>}<br>}<br>(MHonArc at mhonarc main script, lines 1736-1743).<br><br><br>*Weaving Threads: Anchor Links*<br><br>    <A> and </A><br><br>Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together. |

44

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | *Linking to other documents* |
| | By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet. |
| | You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC. |
| | The first step is to create an anchor, which you do with the anchor tag <A>, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file." Here's the syntax: |
| | `<A HREF="filename">HYPERTEXT</A>` |
| | Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to |

45

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  Figure 7–9. Hypertext links displayed in status bar in Mosaic |

46

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.

&lt;A HREF="groucho.html"&gt;Groucho&lt;/A&gt;

This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:

&lt;A HREF="http://college.edu/USHistory/1930s/HomePage.html"&gt;Learn more about the 1930s&lt;/A&gt;

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

**Mosaic Handbook at 149-50.** |
| **[8]** The system recited in claim 1, wherein the user interface highlights detected structures. | MHonArc/Mosaic uses the system recited in claim 1, wherein the user interface highlights detected structures. |

47

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



48

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



49

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



NCSA Mosaic - Message to self!

File   Edit   Options   Navigate   Annotate   Starting Points   Help

file:///AI/KEVIN/MSG00000.HTM

[Index]

## Message to self!

- *To:* Kevin Jeffay <jeffay@cs.unc.edu>
- *Subject:* Message to self
- *From:* Kevin Jeffay <jeffay@cs.unc.edu>
- *Date:* August 7, 2013 2:43:15 PM EDT

This is a message to myself. Hey Kevin, check out the awesome website at
http://www.cs.unc.edu/~jeffay and if you like it, send the author an email
at the link mailto:jeffay@cs.unc.edu

Enjoy!

● **Index:** **Mail Index**
mailto:jeffay@cs.unc.edu

## *Weaving Threads: Anchor Links*

<A> and </A>

Now for the fun part—creating anchors and hypertext links. As discussed earlier,
links are the way that users are guided through a body of hypertext information.
In the parlance of HTML, an anchor is the hypertext itself—the element that the
user selects in order to go to the linked document. An anchor can be a word, a
phrase, a picture, an icon, or anything that can be displayed on an HTML page.
The linked item, that is, the place the user goes after clicking on the anchor, can
be any file—not just another HTML document, but also a Gopher menu, a WAIS
database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily
about linking HTML documents together.

50

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | *Linking to other documents*<br><br>By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.<br><br>You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.<br><br>The first step is to create an anchor, which you do with the anchor tag `<A>`, and the `HREF` attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and `HREF` tells it, "Link the anchor to this file." Here's the syntax:<br><br>`<A HREF="filename">HYPERTEXT</A>`<br><br>Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to |

51

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | 

**The Marx Brothers Web Server**

Welcome Marx Brothers Fans!

Get Information About The Brothers By Clicking On Their Names:

GROUCHO
HARPO
CHICO
ZEPPO

Link: file://C1/W0RK/groucho.html

*Figure 7–9.  Hypertext links displayed in status bar in Mosaic* |

52

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor. |
| | &lt;A HREF="groucho.html"&gt;Groucho&lt;/A&gt; |
| | This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet. |
| | Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML: |
| | &lt;A HREF="http://college.edu/USHistory/1930s/HomePage.html"&gt;Learn more about the 1930s&lt;/A&gt; |
| | When users click on the anchor, they are connected to **college.edu** and the linked page is displayed. |
| | When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso |
| | **Mosaic Handbook at 149-50.** |
| **[9]** The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a | MHonArc/Mosaic uses the system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. |

53

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| pop-up menu of the linked actions. |  |

54

U.S. Patent
No. 5,946,647

MHonArc/Mosaic



55

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| |  |

*Inline Images:*

**Save Image**

Selecting this options allow you to save the image to your local disk using the standard Windows "Save As" dialog box. You can save the image in one of two formats:

**Windows BMP Format**

The standard file format used by Windows for the desk top background.

**Remote Site Format**

The default format of the file. This format is dictated by the server and the image is usually in a .gif

56

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | format.<br><br>**Image Information**<br>Mosaic will query the web server for information about the image and display it to you in a dialog box. The dialog box contains the following information:<br><br>⅄ URL<br>⅄ Size<br>⅄ Last Modified (Date)<br>⅄ Type (MIME Type/Sub Type)<br>⅄ Server Type (Web server and version number)<br>⅄ MIME (version number)<br><br>*Image Anchors:*<br><br>**Load Anchor to Disk**<br>Load Anchor to Disk allows you to save that html file to your local disk via a the "Save As" dialog box. Note: Only the html file will be saved to disk, not the images that are associated with that file. (Yet!)<br><br>**Anchor Information**<br>Mosaic will query the web server for information about the HTML file behind the anchor. Mosaic will then display this information to you within a dialog box. The dialog box contains the following information:<br><br>⅄ URL<br>⅄ Size<br>⅄ Last Modified (Date)<br>⅄ Type (MIME Type/Sub Type)<br>⅄ Server Type (Web server and version number)<br>⅄ MIME (version number)<br>**Save Image** |

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
|---|---|
| | Ditto |
| | **Image Information**<br>Ditto |
| | **Create Internet Shortcut**<br>Internet shortcuts create .url files that contain an anchor URL. These files can be opened by File, Open Local File or they can be dragged and dropped from File Manager into a Mosaic Window. When one of these files are opened, Mosaic will retrieve the document from the network and display it to you. |
| | **Spawn Mosaic at Anchor**<br>This function will open a new Mosaic window with this anchor URL. |
| | *Text Anchors:* |
| | **Load Anchor to Disk**<br>Ditto |
| | **Anchor Information**<br>Ditto |
| | **Create Internet Shortcut**<br>Ditto |
| | **Spawn Mosaic at Anchor**<br>This function will open a new Mosaic window with this anchor URL. |
| | ***All Other Space within the Document***<br>**Save to Disk** |

58

| U.S. Patent No. 5,946,647 | MHonArc/Mosaic |
| --- | --- |
| | Saves the current HTML file to your local disk. This function is equivalent to Options, Load to Disk....<br><br>**Create Internet Shortcut**<br>Ditto<br><br>**Mosaic RELNOTES.HTM** |

59