Unredacted Version
of Document Sought
to be Sealed

# EXHIBIT 47

Page 1

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  SAN JOSE DIVISION
   ------------------------------x
3

   APPLE, INC., a California
4  corporation,
5              Plaintiff,
6        vs.
7  SAMSUNG ELECTRONICS CO., LTD.,
   a Korean corporation; SAMSUNG
8  ELECTRONICS AMERICA, INC.,
   a New York corporation; and
9  SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware
10 limited liability company
11             Defendants.
12 Case No. 12-cv-00630-LHK (PSG)
13 ------------------------------x
14
15     H I G H L Y   C O N F I D E N T I A L
16
17   VIDEOTAPED DEPOSITION OF LARS FRID-NIELSEN
18          Wednesday, June 19, 2013
19             New York, New York
20
21
22
23 REPORTED BY:
24 Christina Diaz, CRR, RMR, CSR, CLR
25 Job No.: 62486

Highly Confidential

Page 2

1
2
3
4
5
6
7           June 19, 2013
8            9:02 a.m.
9
10      Videotaped deposition of LARS
11 FRID-NIELSEN, pursuant to subpoena, at the
12 offices of Quinn Emanuel Urquhart & Sullivan,
13 LLP, 51 Madison Avenue, New York, New York,
14 before Christina Diaz, a Certified Realtime
15 and Registered Merit Reporter and Notary
16 Public within and for the State of New York.
17
18
19
20
21
22
23
24
25

1     A P P E A R A N C E S

2

3 GIBSON DUNN & CRUTCHER

4 Attorneys for Plaintiff

5     1050 Connecticut Avenue, N.W.

6     Washington, DC 20036

7 BY: MEGAN K. FLUCKIGER, ESQ.

8

9

10

11 QUINN EMANUEL URQUHART & SULLIVAN

12 Attorneys for Defendants

13     500 West Madison Street

14     Chicago, IL 60661

15 BY: NATHAN HAMSTRA, ESQ.

16     JOHN T. McKEE, ESQ.

17

18

19

20 ALSO PRESENT:

21     STEVE SANPIETRO, Videographer

22

23

24

25

Page 17

1  subpoena, the document requests again, on
2  page 6, are there any documents that would
3  fall into any of these categories that you
4  have deleted or otherwise lost?
5       A.    Would you repeat that, please.
6       Q.    Just looking at the categories for
7  the requests for production again, are there
8  any documents that would fall in those
9  categories that have been -- that you used to
10 have but that have been destroyed?
11            MR. HAMSTRA:  Objection.  Vague.
12      A.    Let me just read through.  Okay.
13      Q.    Of course.
14      A.    (Witness reviewing document).
15            No.
16      Q.    Besides the source code for
17 SideKick 1.5 and Turbo C++ 2.0, I believe you
18 also produced some software for other Borland
19 products.
20            Does that sound right?
21            MR. HAMSTRA:  Objection.  Misstates
22      prior testimony.
23      A.    That's right.
24      Q.    What other products are they?
25      A.    These are Turbo C++ -- Borland C++

Page 18

1    3.1.
2         Q.    What kind of documents did you
3    provide related to Borland C++ 3.1?
4         A.    I only provided the binary
5    executables.
6         Q.    Where did you get the binary
7    executables for Borland C++ 3.1?
8         A.    Also from the internet.
9         Q.    If you recall, did you produce any
10   documents related to any versions of SideKick
11   besides version 1.56?
12        A.    I might also have provided other
13   versions of the manuals.
14        Q.    Where would you have gotten those
15   documents?
16        A.    Same places as the other manual.
17        Q.    Were you involved in developing the
18   source code for SideKick?
19        A.    Yes, I was.
20        Q.    Did you have any source code --
21   strike that.  Let me rephrase.
22              From your work on SideKick, did you
23        have any source code in your possession
24        before you looked for it on the
25        internet.

Highly Confidential

Page 19

1    A.   No, I did not.  I did not look for
2  the source code for SideKick on the internet.
3  I got it from Mogens Glad.
4    Q.   Was anybody else involved in
5  developing the source code for SideKick?
6    A.   Yes.  Myself, Mogens Glad, and
7  Niels Alex Jensen.
8    Q.   Were you involved in developing the
9  source code for Turbo C++ 2.0?
10   A.   Yes, I was.
11   Q.   Who else was involved in developing
12 that source code?
13   A.   Mike Weisert, Dana Jeffries, Lee
14 Cantey, Pat Greaver, Pat Williams, Bonnie
15 Cohen, Eric Swenson, Sidney Markowitz, Steve
16 Drake.  There might be more.  It's a long
17 time ago.  But those are some of the key
18 people.
19   Q.   Were you involved in developing the
20 source code for any versions of Turbo C++
21 besides Turbo C++ 2.0?
22   A.   Yes, I was.
23   Q.   Which versions?
24   A.   1.0, 2.0.  And then it became
25 Borland C++ 3.0.  And I was also involved in

1    context.

2        Q.    What was the name of your American
3    consulting company?

4        A.    Treehouse Software Consulting
5    Group.  That's T-R-E-E, house.  So a lot of
6    people think it was "triage."

7            MS. FLUCKIGER:  We have been going
8        for about an hour.  Why don't we take a
9        break.

10           THE VIDEOGRAPHER:  The time is now
11       9:59 a.m.  We are now off the record.
12           (Recess)
13           THE VIDEOGRAPHER:  This is the
14       start of tape number two.  The time is
15       now 10:17 a.m.  We are now back on the
16       record.

17   BY MS. FLUCKIGER:

18       Q.    Did you draft any user manuals or
19   other documentation for SideKick?

20       A.    Do you mean write?  What do you
21   mean by draft?

22       Q.    Yes.  Did you write any user
23   manuals for SideKick?

24       A.    No.  I did not write manuals.

25       Q.    Do you know who did write them?

1    A.    The SideKick manuals were written
2  by Ole Hendriksen, which were also a Borland
3  founder.
4    Q.    Did you have any interaction with
5  him when he was writing the SideKick manuals?
6    A.    Yes.  We would be doing
7  proofreading of the manuals.
8    Q.    Do you recall what kind of edits or
9  comments he made on the SideKick manuals?
10    A.    It would be functional.  If
11  something was not explained correctly or
12  maybe were not easy to understand.  So it
13  would be mostly technical.
14    Q.    I understand this was a long time
15  ago, but do you recall any specific comments
16  that you may have made on any of the SideKick
17  manuals?
18    A.    I don't, sorry.
19    Q.    Did each version of SideKick,
20  starting at 1 through 1.5, have its own
21  manual?
22    A.    It did.  Whether there was -- how
23  different each manual was, I am not sure.
24  But there was a manual for each version.
25    Q.    Would you have reviewed the manual

Highly Confidential

Page 44

1  for each version?
2          MR. HAMSTRA:  Objection.  Calls for
3      speculation.
4      A.   No.  Probably not every version.
5  But when it was relevant, I would be asked to
6  review, if it had to do with a feature I had
7  been working on.
8      Q.   You said when it was relevant that
9  you would review because it was a feature
10 that you had been working on.  Right?
11     A.   Yes.
12     Q.   What features in particular did you
13 work on for SideKick?
14     A.   I worked on the calendar, the
15 calculator, the ASCII table.  And then I did
16 the Window systems.  So like system software
17 for it.
18          But as far as manuals is concerned,
19 obviously it would be related to applications
20 not system software.
21         MS. FLUCKIGER:  I would like to
22     have the court reporter mark this as
23     Exhibit 2.
24          (Frid-Nielsen Exhibit 2, SideKick
25     Manual bearing Production Nos.

Page 108

1   ACKNOWLEDGMENT OF DEPONENT

2

3   STATE OF NEW YORK     )
4                         )   ss.:
5   COUNTY OF NEW YORK    )

6

7         I, LARS FRID-NIELSEN, hereby
8   certify, that I have read the transcript
9   of my testimony taken under oath in my
10  deposition of June 19, 2013; that the
11  transcript is a true, complete and
12  correct record of what was asked,
13  answered and said during this
14  deposition, and that the answers on the
15  record as given by me are true and
16  correct.

17

18                        _____
19                        LARS FRID-NIELSEN
20

    SUBSCRIBED AND SWORN BEFORE ME
21  THIS _____ DAY OF _____ 2013.
22

    _____
23  Notary Public
24  My Commission Expires: _____
25

1      C E R T I F I C A T E

3   STATE OF NEW YORK )
4                    ) ss.
5   COUNTY OF NEW YORK)

7         I, Christina Diaz, a Certified
8   Realtime and Registered Merit Reporter and
9   Notary Public within and for the State of New
10  York, do hereby certify:
11        That LARS FRID-NIELSEN, the witness
12  whose deposition is hereinbefore set forth,
13  was duly sworn by me and that such deposition
14  is a true record of the testimony given by
15  such witness.
16        I further certify that I am not
17  related to any of the parties to this action
18  by blood or marriage and that I am in no way
19  interested in the outcome of this matter.

22        _____
23           CHRISTINA DIAZ, CRR, RMR, CSR, CLR