Unredacted Version of Document Sought to be Sealed

# EXHIBIT 49

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK |

**EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

_____      _____August 12, 2013_____
                 Kevin Jeffay                                           Date

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. KEVIN JEFFAY CONCERNING INVALIDITY OF U.S. PATENT NO. 5,946,647

# EXHIBIT 1

## THE SIDEKICK SYSTEM ANTICIPATES AND/OR RENDERS THE ASSERTED CLAIMS OF THE '647 PATENT OBVIOUS

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| U.S. Patent No. 5,946,647 | The Sidekick System |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | To the extent that the preamble is limiting, the Sidekick System discloses a computer-based system for detecting structures in data and performing actions on detected structures.<br><br>*Minimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.*<br><br>**Sidekick Handbook: rear cover.**<br><br>**Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen**. You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!<br><br>**Sidekick Handbook: p1.** |

# EXHIBIT 2

## THE SIDEKICK HANDBOOK ANTICIPATES AND/OR RENDERS THE ASSERTED CLAIMS OF THE '647 PATENT OBVIOUS

| U.S. Patent No. 5,946,647 | The Sidekick Handbook |
|---|---|
| **[1A]** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | To the extent that the preamble is limiting, the Sidekick Handbook discloses a computer-based system for detecting structures in data and performing actions on detected structures.<br><br>*Minimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.*<br><br>**Sidekick Handbook: rear cover.**<br><br>**Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!<br><br>**Sidekick Handbook: p1.**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>**Sidekick Handbook: p29.** |