# EXHIBIT A

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California  94304 |
| San Francisco, California  94105-2482 | Telephone:  (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | **FILED UNDER SEAL** |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE INC.'S NOTICE OF MOTION RELATED TO SEPTEMBER 20, 2013 HEARING**<br><br>DATE:  September 20, 2013<br>TIME: 10:00 A.M.<br>COURTROOM: 5, 4TH FLOOR<br>HONORABLE PAUL S. GREWAL |
| Defendants. | |

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

1  The Court has set a hearing for September 20, 2013, to discuss "troubl[ing]" issues related to certain admitted breaches of the Protective Order by Samsung and Quinn Emanuel. (Dkt. No. 765.)  Apple provides notice that it has filed a related Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order in Case No. 11-cv-01846, for which the Court has set an October 1, 2013 hearing.  (Case No. 11-cv-01846, Dkt. No. 2374.) Apple's motion overlaps with the issues to be discussed at the September 20, 2013 hearing, insofar as Apple's motion addresses the improper disclosures of Apple-Nokia confidential business information.  Apple motion goes further, however, by raising additional Protective Order breaches by Samsung and Quinn Emanuel.

Dated:  September 15, 2013

Respectfully submitted,

*/s/* William F. Lee
William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                    */s/* Mark D. Selwyn
                                    Mark D. Selwyn