"

"

# EXHIBIT 5

**UNREDACTED VERSION**

**OF DOCUMENT SOUGHT TO BE**

**SEALED IN ITS ENTIRETY**

Highly Confidential - Attorneys' Eyes Only

Page 1

1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
2                     SAN JOSE DIVISION
3    APPLE INC., a California        )
     corporation,                    )
4                                    )
             Plaintiff,              )
5                                    )
     VS                              ) Case No. 12-cv-00630-LHK
6                                    )
     SAMSUNG ELECTRONICS CO., a      )
7    Korean corporation, SAMSUNG     )
     ELECTRONICS AMERICA, INC.,  a )
8    New York corporation; and       )
     SAMSUNG TELECOMMUNICATIONS      )
9    AMERICA, LLC, a Delaware        )
     limited liability company,      )
10                                   )
             Defendants.             )
11

     *********************************************

12

              ORAL VIDEOTAPED DEPOSITION OF
13                    CARL ALBERTY
                     JULY 2, 2013
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15   *********************************************
16       ORAL DEPOSITION OF CARL ALBERTY, produced as a
17   witness at the instance of the Defendant, and duly
18   sworn, was taken in the above-styled and numbered cause
19   on the 2nd of July, 2013, from 9:25 to 10:55 a.m.,
20   before Susan S. Klinger, RMR-CRR, CSR in and for the
21   State of Texas and California, reported by stenographic
22   method, at Cirrus HQ, Austin, Texas pursuant to the
23   Federal Rules of Civil Procedure and the provisions
24   stated on the record or attached hereto.
25   Job No. 63157

Highly Confidential - Attorneys' Eyes Only

1              A P P E A R A N C E S

2

     FOR THE PLAINTIFF(S):
3        Ms. Anna Lee
         WILMERHALE
4        950 Page Mill Road
         Palo Alto, California  94304
5

     FOR THE DEFENDANT(S):
6        Mr. Alex Baxter
         QUINN EMANUEL URQUHART & SULLIVAN
7        555 Twin Dolphin Drive
         Redwood Shores, California  94065
8

     FOR THE WITNESS AND CIRRUS LOGIC:
9        Mr. Michael Barrett
         CIRRUS LOGIC
10       Associate General Counsel
         800 West 6th Street
11       Austin, Texas  78701
12   ALSO PRESENT:
13       Mr. Mark Hendrix, videographer
14
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

1                 I N D E X

2

3   WITNESS                                  PAGE

4

5   CARL ALBERTY

6   EXAMINATION BY MR. BAXTER                      5

7

8              E X H I B I T S

9

| 10 No. | Page | Description |
|---|---|---|
| 11 Exhibit 1 | 9 | Subpoena |
| 12 Exhibit 2 | 10 | CLI00001-CLI00269 |
| 13 Exhibit 3 | 12 | CLI00270-CLI00444 |
| 14 Exhibit 4 | 13 | CLI00445-CLI00517 |
| 15 Exhibit 5 | 13 | CLI01058-CLI01230 |
| 16 Exhibit 6 | 14 | CLI01635-CLI01823 |
| 17 Exhibit 7 | 15 | CLI02445-CLI02496 |
| 18 Exhibit 8 | 17 | CLI03903-CLI04056 |
| 19 Exhibit 9 | 17 | CLI04057-CLI04205 |
| 20 Exhibit 10 | 18 | CLI02159-CLI02444 |
| 21 Exhibit 11 | 22 | CLI06050-CLI06145 |
| 22 Exhibit 12 | 22 | CLI06146-CLI06265 |
| 23 Exhibit 13 | 24 | CLI06266-CLI06447 |
| 24 Exhibit 14 | 25 | CLI05376-CLI05509 |
| 25 Exhibit 15 | 30 | CLI04841-CLI04846 |

Highly Confidential - Attorneys' Eyes Only

Page 4

1               E X H I B I T S

2

3    No.          Page        Description

4    Exhibit 16   32          CLI04847-CLI04905

5    Exhibit 17   35          CLI04906-CLI04988

6    Exhibit 18   39          CLI05789-CLI05795

7    Exhibit 19   42          CLI05962-CLI05969

8    Exhibit 20   46          CLI05201

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  This is the start of tape | 09:23 |
| 2 | labeled number 1 of the videotaped deposition of Carl | 09:24 |
| 3 | Alberty in the matter of Apple, Inc. versus Samsung | 09:24 |
| 4 | Electronics Company Limited in the United States | 09:24 |
| 5 | District Court for the Northern District of California, | 09:24 |
| 6 | Case Number 12-CV-00630-LHK.  This deposition is being | 09:24 |
| 7 | held at Cirrus Logic, Inc. 800 West 6th Street, Austin, | 09:25 |
| 8 | Texas on July 2nd, 2013 at approximately 9:25 a.m. | 09:25 |
| 9 | My name is Mark Hendrix.  I'm the legal | 09:25 |
| 10 | video specialist from TSG Reporting, Inc. headquartered | 09:25 |
| 11 | at 747 Third Avenue, New York, New York.  The court | 09:25 |
| 12 | reporter is Susan Klinger in association with TSG | 09:25 |
| 13 | Reporting.  Will counsel please introduce yourself for | 09:25 |
| 14 | the record after which the court reporter will swear in | 09:25 |
| 15 | the witness. | 09:25 |
| 16 | MR. BAXTER:  Alex Baxter from Quinn Emanuel | 09:25 |
| 17 | representing Samsung. | 09:25 |
| 18 | MS. LEE:  Anna Lee from WilmerHale | 09:25 |
| 19 | representing Apple. | 09:25 |
| 20 | MR. BARRETT:  My name is Michael Barrett, | 09:25 |
| 21 | inhouse counsel for Cirrus Logic representing Cirrus | 09:25 |
| 22 | Logic. | |
| 23 | CARL ALBERTY, | |
| 24 | having been first duly sworn testified as follows: | |
| 25 | EXAMINATION | |

Highly Confidential - Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | BY MR. BAXTER: | 09:25 |
| 2 | Q.  Good morning. | 09:25 |
| 3 | A.  Good morning. | 09:25 |
| 4 | Q.  Could you please state your full name for the | 09:25 |
| 5 | record? | 09:26 |
| 6 | A.  My name is Carl Jackson Alberty. | 09:26 |
| 7 | Q.  And Mr. Alberty, are you employed with Cirrus | 09:26 |
| 8 | Logic? | 09:26 |
| 9 | A.  Yes. | 09:26 |
| 10 | Q.  What is your position at Cirrus Logic? | 09:26 |
| 11 | A.  I'm the director of marketing in the audio | 09:26 |
| 12 | division. | 09:26 |
| 13 | Q.  And what are your responsibilities as the | 09:26 |
| 14 | director of marketing in the audio division? | 09:26 |
| 15 | A.  My responsibilities include defining product | 09:26 |
| 16 | strategy, product road maps, and product management | 09:26 |
| 17 | through the development process as well as, you know, | 09:26 |
| 18 | launching products into the market, developing new | 09:26 |
| 19 | business, so a complete cradle-to-grave product | 09:26 |
| 20 | management, product ownership. | 09:26 |
| 21 | Q.  Thank you.  How long have you worked with Cirrus | 09:26 |
| 22 | Logic? | 09:26 |
| 23 | A.  14 years as of last Friday. | 09:26 |
| 24 | Q.  Have you always been the director of marketing? | 09:26 |
| 25 | A.  No.  I have been the director of marketing since | 09:26 |