# EXHIBIT 7
# (Part 1 of 2)

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**EXPERT REPORT OF JAMES A. STORER, PH.D.**
**REGARDING INVALIDITY OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

77.     I am informed and understand that both the ArcSoft PhotoStudio 1994 and 1995 User's Manuals, and the ArcSoft PhotoStudio software as described in those User's Manuals, are prior art to the '449 patent under 35 U.S.C. § 102(b).

78.     ArcSoft's PhotoStudio Version 2.0 software is described in a User's Manual dated 1996 and brochure.  *See* ArcSoft PhotoStudio Version 2.0 User's Manual, 1996 [ARCSOFT 630DEF 00000148] at ARCSOFT_630DEF_00000148-196; ArcSoft PhotoStudio Version 2.0 Brochure [ARCSOFT_630DEF_00000197] at ARCSOFT_630DEF_00000197*; see also* ArcSoft Decl. ¶¶ 8-11.  PhotoStudio Version 2.0 was publicly announced and released on October 31, 1996.  *See* ArcSoft PhotoStudio Announcement [RC 0649] at RC 0653-656.

79.     I understand that ArcSoft's PhotoStudio software worked with Ricoh's RDC-1 digital camera.[4]  Ricoh Dep. at 131:7-9 ("[D]id the Ar[c]Soft PhotoStudio software also work with RDC-1?  A. Yes.").  I further understand that ArcSoft's PhotoStudio software was bundled, sold, and shipped with the Ricoh RDC-1 when the RDC-1 began shipping in March 1996.  Ricoh Dep. at 124:17-125:21 ("Q. Okay.  And you mentioned that the Ar[c]Soft software at some point was provided with the RDC-1 camera.  A. Yes.  Q. Was it provided with the camera or was it provided with the adaptor that you could use to connect the camera to the computer?  A. It would have been bundled with the camera.  Q. Okay.  And do you know as of when Ricoh started bundling the software with the camera?  A. No, I don't know any specific dates.  Q. It could have been in 1999?  [A.] No, I know it was happening before that.  I knew that it was happening in early '96.  [Q.] Okay. And how do you know that?  A. Just from activity of the camera being launched, you know, and just some marketing information being distributed.  I just remember

---

[4]     ArcSoft's PhotoStudio Version 2.0 software was also later sold with Sony's DSC-F1 digital camera.  *See* Sony DSC-F1 Brochure [SEL 000001] at SEL 000001 ("ArcSoft's PhotoStudio DSC image manipulation software included").

27

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

seeing – or remembering at the time we were probably dealing with Ar[c]Soft, so those all being bundled together.").  ArcSoft PhotoStudio Version 2.0 was later sold with Ricoh digital cameras.

### 9.    Microsoft Windows 95

80.    Microsoft's Windows 95 software allows users to organize many different types of files, including image and video files, in folders, and search for those files.  I understand that Microsoft's Windows 95 software was announced for sale nationwide on August 24, 1995.  *See* Microsoft Press Release, Aug. 24, 1995 [MSFT-00630-011238] at MSFT-00630-011238.  Windows 95 is described in two documents, both published in 1995.  *See* Windows 95 User's Manual, 1995 [APL630DEF-QWH0000027571-27683]; The Way Windows 95 Works, 1995 [MSFT-00630-011242-11372]; *see also* Declaration of Patrick Gogerty of Microsoft Corp. ("Microsoft Decl.") ¶¶ 3-8.  Further, I have examined a working version of the Windows 95 software dated 1995.

81.    I am informed and understand that Microsoft's Windows 95, and the accompanying published documents, are prior art to the '449 patent under 35 U.S.C. § 102(b).

### E.    The Asserted '449 Claims Are Invalid As Obvious—Overview

82.    In Section V.G (Background Of The Technology Relevant To The '449 Patent) below, I describe the state of the art at the time of conception of the alleged '449 patent invention on April 17, 1996, which shows what one of ordinary skill in the art would have known at the time.

83.    The alleged invention of the '449 patent is simple: at a high level, it merely proposes adding existing photo organization software that ran on computer processors onto the processor of the digital camera itself.  This was obvious for several reasons.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

84.    First, it was a long-known practice to organize still and moving images into photo albums, libraries or "classifications."  Indeed, people have arranged photos into albums and videos on bookshelves since the early days of film and photography.  Microsoft's Windows 95, for example, is based on a hierarchical folder structure for organizing any number of file types, including images and videos.  *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011299; *see also* Windows 95 User's Manual [APL630DEF-WH0000027571] at APL630DEF-WH0000027611.   As digital cameras were able to store more still and moving images—due to advances in memory and compression technology wholly unrelated to the alleged '449 invention—persons of ordinary skill in the art would have been motivated to add organization software to the cameras themselves.

85.    Second, a person of ordinary skill in the art would have found adapting existing software for use with digital cameras to be trivial.  By 1994, photo organization software already existed on a number of platforms, including Mac, Windows 3.1, Windows 95, and Windows NT. *See, e.g.*, Apple's PhotoFlash and ArcSoft's PhotoStudio (described in detail below).  Adapting the software to run on a processor such as the one used in a digital camera would have been well within the knowledge of a person of ordinary skill in the art, and would not have required any undue experimentation.

86.    At a more detailed level, all the hardware components recited in asserted claims 25 and 27 of the '449 patent were well-known in the field of digital camera technology.  This includes the lens, imaging devices such as CCD image sensors, analog-to-digital converters, compression circuits utilizing well-known standards of image and video compression (e.g., JPEG, M-JPEG, and MPEG), recording circuitry for storing images and videos into memory, and hardware used to play back images such as decompression circuits and reproduction circuits for

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

displaying the images and videos on an LCD screen.  Similarly, the software aspects of claims 25 and 27 were also well-known and used in various commercial software products, including classifying files (*e.g.*, images and videos) into albums or folders, displaying such files as thumbnails and/or lists, providing search capabilities for easily locating and retrieving files, displaying the number of files in a folder, storing information about each file (*e.g.*, time and date of capture of an image), and allowing the user to change the classification of a file.

87.     Next, in Section V.H (Detailed Discussion Of Prior Art Combinations) below, I provide a limitation-by-limitation analysis demonstrating how the prior art renders asserted claims 25 and 27 of the '449 patent invalid as obvious.  This discussion is accompanied by detailed claim charts illustrating how each prior art reference discloses each limitation of the asserted claims.  As explained in this report and the accompanying claim charts, every limitation of the asserted claims could be found in the prior art, and it would have been obvious to combine the references and well-known concepts discussed herein to arrive at the alleged invention of the '449 patent.

**F.     Overview Of The Parties' Disputes**

88.     The  parties' disputes regarding validity are relatively few, and can generally be categorized as follows:

- Whether JPEG still image and video-JPEG moving image compression/decompression are "different" as required by claim 25;

- Whether it would have been obvious to use different well-known methods of  compression and decompression with digital cameras that use a particular method of compression and decompression;

- Whether it would have been obvious to add moving image recording and reproducing functionality (including compression and decompression) to a digital camera that records and reproduces still images;

30

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

- Whether a display screen that is optionally detachable from a digital camera is considered a part of the digital camera;

- Whether it would have been obvious to add a display screen to a digital camera that did not include a display screen; and

- Whether it would have been obvious to implement well-known photo organization software designed for a computer on a digital camera.

89.     Based on my experience with digital camera technology, including both hardware and software, I have concluded that a person of ordinary skill in the art at the time of the alleged '449 invention would have answered each of the above questions in the affirmative. Accordingly, the asserted claims of the '449 patent are invalid as obvious.

**G.     Background Of The Technology Relevant To The '449 Patent**

90.     The '449 patent relates to digital cameras.  As explained below, the asserted '449 claims recite a digital camera with features that were well-known long before the application for the '449 patent was filed.  Each of these well-known features is described below, along with illustrative examples of products and references from the time prior to the alleged '449 invention.

**1.     Digital Camera Hardware Was Well-Known**

**a)     Lenses**

91.     A lens is an optical component typically used to converge or focus light onto an area.  It was well-known that digital cameras required a lens to focus light onto an image sensor. I understand that Samsung does not contest that any of the digital camera prior art relied on by Apple includes a lens.

31

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### b)  Image Sensors and Analog-To-Digital Converters

92.    Digital cameras use "image sensors" to convert light into electrical signals that can be manipulated and stored.  A common type of image sensor used in digital cameras at the time of the alleged '449 invention is a CCD ("charge coupled device") image sensor.

93.    CCD image sensors include thousands or even millions of photosensors that can measure the amount of light that strikes them and emit an electrical signal corresponding to the light intensity.  The electrical signals representing the image output by a CCD image sensor are in analog form.  To further process this analog image data and store it on digital media, an additional, separate component—an analog-to-digital converter—had to be added to the system. *See* Deposition of Kenneth Parulski ("Parulski Dep.") at 88:20-89:9.  The analog-to-digital converter would, as its name implies, receive the analog signals output by the CCD image sensors, convert the signals into digital form, and then output digital signals to be processed by the rest of the system.

94.    The '449 patent describes such a system:

**FIG. 4**



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

'449 patent, Fig. 4 (CCD image sensor outlined in red; analog-to-digital converter outlined in blue), 3:26-37 ("When a user presses a recording switch 301, an image of an object is obtained through a lens 401 is converted into the corresponding electric signal through the effect of a CCD sensor 402 … Then, the processed signal is converted into a digital signal through an ADC 404 and then is applied to a camera signal processing circuit 405.").

95.    Apple's original QuickTake 1.0 digital camera—which was sold by 1994 and was one of the first consumer digital cameras—similarly utilized a CCD image sensor with a separate analog-to-digital converter:



*See, e.g.*, QuickTake 100 Service Manual, 1994 [Kodak0861] at Kodak0960 (annotations added); Parulski Dep. at 31:25-32:20; *see also* QuickTake 100 Service Manual, 1994 [Kodak0861] at 961; Etchells, Hands-On With Digital Point-And-Shoot Cameras, 1995 [PARULSKINDCA630-

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

00001722] at 4 ("Apple almost single-handedly created the digital point & shoot category when

it introduced the original QuickTake 100 in 1994.").

96.    Ricoh's RDC-1 digital camera, which was announced in November 1995 and sold

by March 1996, similarly used a CCD image sensor with a separate analog-to-digital converter,

as did the Casio QV-10 (sold by Mar. 1996):



RDC-1 Specifications [RICOH00135] (annotations added); *see also* RDC-1 Specification [RC

0492] at RC 0494 (showing same); RDC-1 Service Manual [RICOH00008] at RICOH00098.




34

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

③ CCD (IC802)
A charge-coupled device in which charges are introduced when light from a scene is focused on the surface of the device. The image points are accessed sequentially to produce a television-type output signal.

8-bit AD converter
Analog signal from the CCD is converted into 8-bit digital signal of the luminance and the color difference B-Y and R-Y signal. .

Casio QV-10A Service Manual, Apr. 1996 [CASIO 000197] at CASIO 000201-202 (annotations added).

97.     Numerous patents also disclose examples of the CCD image sensor plus separate analog-to-digital converter architecture. *See, e.g.*, Fukuoka at Fig. 6 (filed Sept. 28, 1995); Maeda at Fig. 1 (filed Feb. 25, 1994 and published Aug. 22, 1995); Japanese Unexamined Patent Application Publication No. Heisei 7-7647 to Hashimoto et al. ("Hashimoto") at ¶ 20, Fig. 2 (published Jan. 10, 1995); Parulski at Fig. 1 (filed Dec. 20, 1995).

### c)     Recording Still and Moving Images

98.     Digital cameras that could record still image signals were well-known by the time of the alleged '449 invention. *See, e.g.*, Casio QV-10A Owner's Manual [CASIO 00126] at CASIO 00146 (sold by March 1996); Parulski at 1:6-8 (filed Dec. 20, 1995).   Digital cameras that could also record moving image signals were well-known by the time of the alleged '449 invention. *See, e.g.*, Fukuoka at 3:11-15 (filed Sept. 28, 1995) ("This digital electronic camera is designed to capture still images but can also capture a series of still images in order to create moving pictures in a similar manner as a cam-corder or video camera captures moving images."). For example, the Ricoh RDC-1 recorded "full motion video" by capturing a sequence of still images at a rate of 30 frames per second. *See, e.g.*, RDC-1 Brochure [RICOH00002]  at RICOH00002 ("3x Zoom Digital Camera with Full Motion Video and Sound"); Ricoh RDC-1 Brochure [APL630DEF-WH-A0000035285] at APL630DEF-WH-A0000035285 ("Ricoh's super-fast color image compression algorithm works at a full 30 frames per second, making the

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

RDC-1 the world's first digital camera to record motion scenes with, or without sound"); RDC-1

Brochure [RC 0430] at RC 0430 ("3x Zoom Digital Camera with Full Motion Video and Sound.

. . . Ricoh's super-fast color image compression algorithm works at a full 30 frames-per-second,

making the RDC-1 the world's first digital camera to record full motion video with sound.").

99.     The processes of capturing still image signals and moving image signals are

similar.  As the '449 patent explains, for example, "[t]he MPEG compression data process and

the JPEG compression data process *have the same common points*, so that the use of both the

data formats may effectively save the circuit scale."  '449 patent at 4:16-19 (emphasis added).

Recording a moving image signal essentially involves the repeated recording of a still image

signal at a regular interval.  Given the similarities between capturing still image signals and

moving image signals on a digital camera, persons of ordinary skill in the art would have known

how to add the ability to record moving images to a digital camera capable of recording still

images.  A person of ordinary skill in the art would have found it obvious, for example, to

modify the Casio QV-10 digital camera to record moving image signals to compete more directly

with the Ricoh RDC-1.

100.     Although adding video functionality to a still image camera would result in a

more costly camera—*e.g.*, the RDC-1 sold for approximately $1700-1800 (Ricoh Dep. at 80:22-

81:10; RDC-1 Press Release, Feb. 22, 1996 [APL630DEF-WH-A0000035282] at APL630DEF-

WH-A0000035282; MacUser article, Mar. 1996 [APL630DEF-WH-A0000019001] at

APL630DEF-WH-A0000019005), and the QV-10 cost approximately $600-700 (Casio QV-10

Press Release, Jan. 6, 1995 [APL630DEF-WH-A0000034377] at APL630DEF-WH-

A0000034377; Denver Post article, Jan. 9, 1996 [APL630DEF-WH-0000020926] at

APL630DEF-WH-0000020927-20928)—a person of ordinary skill in the art would have known

36

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

how to perform the necessary modifications in light of the prior art.  Such modifications would

have been well within the technical knowledge of such a person and would have amounted to no

more than an available design choice depending on the functionality the person of ordinary skill

desired the camera to include.

### d)    Compression and Decompression

101.    Compression refers to methods for representing a digital file, such as an image or

video, using less memory than the original representation of that file.  Compression is achieved

in various ways, but the principle is that redundant information can be removed from a file, thus

creating a more compact version of the file.  *See, e.g.*, Parulski Dep. at 31:13-24 (explaining

DPCM compression in Apple QuickTake 100).

102.    Decompression simply refers to the process of "undoing" compression—*i.e.*,

performing compression in reverse.  During decompression, the image is restored from the

compression file.  Decompression reverses the process of compression to reconstruct the original

(in the case of lossy compression, an approximation to the original).

103.    Compression and decompression allow a greater number of files to be stored in a

given amount of memory.  The benefits of compression and decompression were well-known at

the time of the alleged '449 invention.

### (i)    Still Image Compression

104.    As the '449 patent explains, at the time of the alleged invention, "compressing

technology such as JPEG" was advancing and allowed for a greater number of images to be

recorded in memory.  '449 patent at 1:18-21.  JPEG was the most ubiquitous still image

compression standard used in digital photography, disclosed in numerous patents (including

37

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Fukuoka and Parulski), and used in various prior art devices, including the Apple QuickTake,

Ricoh RDC-1, and Casio QV-10 digital cameras.

### (ii)    Moving Image Compression

105.    Still and moving image compression involve many of the same components.  As

the '449 patent explains, "[t]he MPEG compression data process and the JPEG compression data

process *have the same common points*, so that the use of both the data formats may effectively

save the circuit scale."  '449 patent at 4:16-19 (emphasis added); *see also* Parulski Dep. at 94:13-

96:6 (explaining that a Huffman encoder "is used in conjunction with other processes *in a*

*variety of compression methods*, including some image compression methods. . . . In my

experience, generally Huffman encoding can be used with various types of compression. . . . In

general, I believe the images could be – that are compressed could be part of a motion sequence.

. . .") (emphasis added), 240:5-11 ("[M]y understanding of motion JPEG is that the same

compression method, meaning the same DCT algorithm and Huffman coding and so on as you

had described earlier, is used.  That is the same as is used in JPEG to compress a single still

image.").

106.    As with still image compression, techniques for moving image compression were

also standard as of the time of the alleged invention.  The '449 patent explains that MPEG

compression allowed for "small-sized equipment to record a greater number of still images and

moving [images]."  '449 patent, 1:18-21; *see also* Parulski Dep. at 73:25-74:6.  Indeed, by July

1995, the MPEG-2 (*i.e.*, H.262) standard for video compression had been published and had

garnered widespread industry support.  *See, e.g.*, H.262 Specification, July 1995 [APL630DEF-

WH-A0000039296] at APL630DEF-WH-A0000039296-39506.  The MPEG-2 standard

followed the earlier MPEG-1 standard for video compression referred to in the '449 patent.

38

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

107.     In addition to MPEG, other moving image compression methods were well-known.  Motion-JPEG (or "M-JPEG") was one of many moving image compression methods persons of ordinary skill in the art had at their disposal.  *See* Parulski Dep. at 76:4-25 ("… I know at this point there is a type of compression called motion JPEG.  I don't know exactly when that became generally used, but JPEG I believe can be used for compressing motion images. . . . Q. Okay.  And how is motion JPEG for moving images different than JPEG for still images? . . .  [A.] Generally it's my understanding that a motion JPEG has been used, for example, in some types of video editing systems to compress the video fields or video frames in order to reduce the amount of data needed to store these video programs.").  For example, the Ricoh RDC-1 digital camera, which was publicly announced in November 1995 and first sold by March 1996, used a proprietary form of Motion-JPEG to compress videos.  Ricoh Dep. at 115:24-116:4 ("The video was ***special high-speed*** JPEG.  So I'm not sure specifically, but there was something special about the video which was the difficulty in, actually, making the movie films."), 134:13-21 ("[I]t was a special version of JPEG, you know, ***to create a motion JPEG***.") (emphasis added); *see also* Ricoh RDC-1 Instruction Manual [RICOH00377] at RICOH00494.  Indeed, the Motion-JPEG method of moving image compression was not only well-known prior to April 17, 1996, but its implementation in consumer products had won awards.  *See, e.g.*, Byte Magazine, Vol. 21, No. 1, Jan. 1996 [APL630DEF-WH-A0000018997]  at APL630DEF-WH-A0000018998 ("Multimedia Development winner was miro Computer's Video DC20, a video editing system that combines hardware-assisted Motion JPEG compression of S-VHS-quality video. . . .").

108.     The various known methods of moving image compression were known to be interchangeable by persons of ordinary skill in the art, depending on the particular needs of the

39

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

device.  For example, Cruz, which was filed on September 2, 1994, discloses compressing

moving images "using the Motion Picture Expert Group (MPEG) technique with a 100 to 1

compression ratio" as well as "using the Motion Joint Photographic Expert Group (M-JPEG)

technique with a 5 to 1 compression ratio."  Cruz at 11:30-36.

### FIG. 3B

TRACK MAPPING TABLE

| TRACK # | RECORDING SOURCE DESCRIPTION | INFORMATION TYPE | DIGITIZATION INSTRUCTIONS | COMPRESSION/ DECOMPRESSION INSTRUCTIONS | PROCESSING INSTRUCTIONS |
|---|---|---|---|---|---|
| 1 | AUDIO CAPTURING SYSTEMS | AUDIO | ANALOG TO DIGITAL | ADPCM 4:1 | SPEAKER IDENTIFICATION |
| 2 | FIRST CAMERA LECTURER | VIDEO | ANALOG TO DIGITAL | MPEG 100:1 | INCREASE RESOLUTION |
| 3 | SECOND CAMERA TRAINEES | VIDEO | ANALOG TO DIGITAL | MPEG 100:1 | INCREASE RESOLUTION |
| 4 | THIRD CAMERA VIEW GRAPHS | VIDEO | ANALOG TO DIGITAL | M-JPEG 5:1 | CHARACTER RECOGNITION |
| 5 | ELECTRONIC WHITE BOARD | WRITTEN STROKES | NONE | NONE | CHARACTER RECOGNITION |

*Id.* at Fig. 3B (color highlighting added), 11:22-25 ("The original tracks of the multimedia event

are then transmitted to the compressor 330 where each track is compressed according to the

technique specified in the track mapping table held at store 335, as shown in Fig. 3B.").

109.    Hitachi, the original assignee of the '449 patent, similarly viewed MPEG-1 and

M-JPEG as interchangeable and understood their respective tradeoffs.  *See, e.g.*, Hitachi MPEG

Basic Presentation, Jan. 24, 1996 [HIT00001] at HIT00184 (describing "Video Compression"

and listing M-JPEG and MPEG-1).  Fukuoka (filed Sept. 28, 1995) also discloses a "digital

signal processing circuit 11 [that] performs data compression in accordance with, for example,

the JPEG standard, or an MPEG standard. . . ."  Fukuoka at 11:41-43.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

110.   Other references, such as Maeda (filed Feb. 25, 1994 and published Aug. 22, 1995), describe moving image compression generally, leaving it to the person of ordinary skill in the art to determine which of the well-known methods to use for a particular application.  *See, e.g.*, Maeda at Abstract ("In accordance with the present invention, a digital electronic camera apparatus which compresses a video signal and records a greater amount of the video signal in a recording media in case of motion video and still video can be achieved.").  The preferred moving image compression method of Maeda involves storing differences between one frame and the next, therefore minimizing the amount of data that is saved from frame to frame, and thus enabling a larger amount of data to be stored in a given memory size.  Maeda at 4:42-55.  Maeda thus describes a method for video compression that is consistent with the MPEG standard, including MPEG-4 (H.264) and MPEG-2 (H.262).

### e)   Decompression

111.   Decompression is merely the reverse process of compression.  Any image or video file that is compressed and stored in a compressed state, must be decompressed into its original form in order to be played back.  Thus, inherent in any system or device that plays back compressed moving or still images is a method for decompressing those files so that they can be viewed.  *See, e.g.*, Parulski Dep. at 188:10-15 ("…I believe at least as of the December 20[th], 1995, I was familiar with JPEG image compression and I was aware that if an image was compressed using JPEG compression, it needed to be decompressed in order to be utilized, be displayed or printed.").

### f)   Recording Data to Memory

112.   Similar to how film-based cameras record images onto photographic film, digital cameras must store captured images to a medium, typically some form of erasable memory.  At

41

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

the time of the alleged '449 invention, a common type of memory in digital cameras was a memory card based on "flash" technology, which is an electronic storage medium that can be erased and rewritten to. For example, Fukuoka, Maeda, Matsumoto, Parulski, the RDC-1, and Casio QV-10 each describe or include various forms of memory used for storing previously-recorded still and/or moving images, including flash memory. *See, e.g.*, Fukuoka at 3:43-45 (filed Sept. 28, 1995); Maeda at 2:50-53 (filed Feb. 25, 1994 and published Aug. 22, 1995); Matsumoto at 7:67-8:19 (filed Oct. 17, 1994); Parulski at 8:13-33 (filed Dec. 20, 1995); Ricoh RDC-1 Specifications [RICOH00133] at RICOH00135 (announced Nov. 1995 and sold by Mar. 1996); Casio QV-10A Service Manual [CASIO 000197] at CASIO 000203, 207; Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 00141 (announced by Nov. 1995 and sold by Mar. 1996).

### g)    Digital Camera Displays

113.    With the advent of digital cameras and the move from film-based photography that required pictures to be developed, the camera industry developed a variety of options for viewing stored images. Some camera manufacturers developed cameras that users could connect to a TV or computer monitor to view stored images on these external displays. However, this meant that users of these cameras would have to wait until a TV or computer monitor was available.

114.    Alternatively, some camera manufacturers developed digital cameras with integrated displays, where the user could view stored images directly on a screen fully integrated with the device. *See, e.g.*, Casio QV-10A Owner's Manual [CASIO 000126] at CASIO000135. This provided users with the convenience of viewing images immediately after they were recorded. Some manufacturers allowed users the convenience of optionally detaching the LCD

42

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

screen to increase portability of the device if the user desired.  *See, e.g.*, Ricoh RDC-1 Specifications [RICOH00133] at RICOH00135; RDC-1 Specification [RC 0483] at RC 0494; Ricoh RDC-1 Instruction Manual [RICOH00377] at RICOH00465.

115.    Both external and integrated displays were well-known to persons of ordinary skill in the art at the time of the invention.  The design choice merely depended on whether the camera designer wanted a smaller, more power-efficient device (and hence an external display), or the convenience of viewing images immediately after they are stored (and hence an integrated display), or the flexibility for both options (and hence, a detachable display).

### (i)    Integrated Displays

116.    The Casio QV-10, sold by March 1996, included an LCD screen that could display up to nine images at once.  Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000135, 158-159, 162, 194; Casio QV-10A Service Manual [CASIO 00197] at CASIO 000200.

117.    The Sony DSC-F1[5] digital camera, publicly announced by at least Aug. 21, 1996, similarly included a 1.8" color LCD screen on which users could view up to six previously-recorded images at one time.  *See* Declaration of Neal Manowitz ("Sony Decl.") ¶ 10; Sony DSC-F1 Brochure [SEL 000001] at SEL 000001; Operating Instructions [SEL 000003] at SEL 000015, 27.

118.    The Ricoh RDC-1 digital camera was sold by as early as March 1996, and similarly included an LCD display.  *See, e.g.*, RDC-1 Suggested Retail Price List, Feb. 22, 1996 [RC 1350] at RC 1351-1352.  The DM-1 LCD monitor, which could optionally be detached from the camera, was sold with the RDC-1 and allows users to view previously-captured images and videos.  *See, e.g.*, Ricoh RDC-1 Press Release [APL630DEF-WH-A0000035282] at

---

[5]    I have examined a working Sony DSC-F1 digital camera.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

APL630DEF-WH-A0000035282 ("Recipient of a 'Best of COMDEX' award when introduced to the computer industry in November, the pocket-sized RDC-1 camera has a suggested list price of $1,800.00 and will be available March 1996. . . . The camera can be connected directly to … Ricoh's optional 2.5-inch LCD monitor for immediate playback."); Ricoh RDC-1 Instruction Manual [RICOH00377] at RICOH00460-461, 465; RDC-1 Suggested Retail Price List, Feb. 22, 1996 [RC 1350] at RC 1351-1352.

119.    Similarly, Fukuoka (filed Sept. 28, 1995) discloses a digital camera with the flexibility of a detachable color display for viewing previously-recorded images and videos. Fukuoka at 3:22-33.  As explained, the LCD screen is "easily detachable from the camera in order to reduce the size and weight of the camera, if desired." *Id*. at 3:30-33.  Matsumoto (filed Oct. 17, 1994) also discloses a digital camera with a "display 113, which displays the picture data thereon" and "comprises, e.g., a color liquid crystal display (LCD)."  Matsumoto at 8:22-24. The display unit on which the LCD resides can be  detached from the camera as needed. *Id*. at 9:36-40.

### (ii)    External Displays

120.    Finally, essentially all the digital cameras disclosed in the prior art were connectable to external displays, such as televisions or computer monitors.  For example, Maeda (filed Feb. 25, 1994 and published Aug. 22, 1995) discloses a digital camera that is connectable to a television for displaying still and moving images.  Maeda at 3:25-39, 3:54-66.  The Ricoh RDC-1 (announced Nov. 1995 and sold by Mar. 1996), Casio QV-10A (announced as early as Jan. 1995 and sold by Mar. 1996), and Sony DSC-F1 (announced Aug. 21, 1996), in addition to having integrated display screens, also included an interface for connecting the cameras to a TV or computer display.  It was known that one could replace a television or computer monitor with

44

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

an integrated display in the camera.  *See* Parulski at 1:64-2:2 ("The Kodak Professional Digital

Camera System (model DCS-100) included a digital camera tethered by cable to a separate

digital storage unit (DSU).  ***The DSU, similar to the computer 4 of FIG. 1***, contained a hard

drive for storing images, a small image display, and a keypad for manipulating the images."); *see*

*also* Parulski Dep. at 212:23-213:1 ("[I]t's possible that the camera, 1, could have had a display

screen. . . .").

### 2.     Photo Organization Software Was Well-Known

#### a)     Thumbnail Images

121.    At the time of the alleged '449 invention, previously-stored images were

commonly displayed to a camera user through the use of "thumbnails."  Thumbnails are small

representations of stored images that can be shown on a display, typically with multiple

thumbnails shown on the same screen.

122.    For example, as mentioned above, the Casio QV-10 digital camera (sold by Mar.

1996) could display up to nine thumbnail images on the same display screen.  *See, e.g.*, Casio

QV-10A Owner's Manual [CASIO 000126] at CASIO 000162-163.  Similarly, the display

disclosed in Matsumoto (filed Oct. 17, 1994) arranged stored images in an "array":

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



FIG. 8

Matsumoto at Fig. 8, 10:25-27.

123.   As Yamada (published Dec. 24, 1993) explains, displaying multiple thumbnail

images on a single page makes it "easy to compare images as well as to find them."  Yamada

[APL630DEF-WH-A0000004135] at ¶ 13, Fig. 8.

124.   Apple's PhotoFlash software, as described in a 1994 User's Manual, similarly

uses thumbnail images to present multiple images to the user on a single screen:



Apple PhotoFlash User's Guide [APL630DEF-WH00000008151] at APL630DEF-

WH0000008172.

46

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

125.    The Kodak Professional DCS 200 similarly included Adobe PhotoShop to allow

users to view multiple thumbnail images on a screen:



47

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# Viewing Images with the Adobe Photoshop Driver

You are now viewing the driver dialog box.



The image window in the driver dialog box displays thumbnails of images from the DCS 200 Camera hard disk (or from an external hard disk that

has been used with the DCS 200 Camera). A thumbnail is a subsample of data from the full image. The thumbnails appear in the image window in the same logical order that images appear on the DCS 200 Camera hard disk (or external hard disk that has been used with the DCS 200 Camera). The three-digit image numbers that appear beneath each image correspond to the image numbers used on the DCS 200 Camera. A "C" after the image number — if it appears —indicates a color image. Depending on the size of your monitor, you will see two or more thumbnails on each row, and two or more rows of thumbnails.

You can scroll through the images by moving the vertical scroll box or scroll arrows on the window, or by pressing the Page Up, Page Down, Home, or End keys on the Macintosh computer keyboard.

1. Scroll, if needed, until the image you want to acquire appears in the image window.

*See* Kodak Professional DCS 200 User's Manual, 1993 [Kodak0399] at Kodak0524, 527-528.

48

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

126.    Although displaying thumbnails allows users to browse through a given number

of images or other files more quickly than viewing images one-by-one, finding a particular

image could still be problematic as the number of images or files on the device increases.  Thus,

allowing users to scroll through thumbnail images in a folder, without more, did not solve the

purported problem that the '449 patent was attempting to solve, *i.e.*, locating a particular image

among thousands.  '449 patent at 1:24-29 ("This type of hard-disk drive enables to record about

3000 still images through the use of JPEG compression and about 20-minutes moving picture

through the use of MPEG compression.  It is thus necessary to improve the operativity of the

portable equipment for retrieving, grouping, and deleting a great deal of recording data.").

### b)      Gallery/Grid Format and List Format

127.    Various ways to present thumbnail images were also well-known to persons of

ordinary skill in the art at the time of the alleged invention of the '449 patent.  The Ricoh

PhotoStudio version 2.0 Manual (1996, rev. 4/97) describes two such ways.

128.    First, it was known to present thumbnails in a "Gallery" or "Grid" View, in which

images were arranged in a grid or array format:



*Figure 2.5*

Ricoh PhotoStudio 2.0 User Guide [APL630DEF-WH-A0000014950] at APL630DEF-WH-
A0000014967.

49

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

129.    Second, thumbnails could be presented in a "List View," where thumbnails would be ordered sequentially by a list of relevant information about the image to help the user identify/retrieve particular underlying images:

**List View**

Click on the second button in the top left-hand corner of the PhotoStudio Browser to view thumbnails as a list. As with the Gallery view, you can also choose to display large or small thumbnails while in the List view. The Large view allows you to display any text associated with your images, as well as to apply up to four keywords to each image.

Ricoh PhotoStudio 2.0 User Guide [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014968.

130.    Windows 95 (announced and offered for sale Aug. 24, 1995) offers a similar feature in which a "List" view could be selected in place of the typical "large icon" view, which makes it easier to view a large number of files quickly:



*See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011269.

50

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

131.    Although these two views involved unique design elements and provided a different user experience, both were well-known to persons of ordinary skill in the art at the time of the invention.

### c)    Searching

132.    Samsung appears to contend that the limitation "a list of said moving image signal and still image signal as a search mode" can be satisfied by a screen displaying thumbnail images the user can browse.  *See, e.g.*, Samsung's Third Amended Infringement Contentions, July 4, 2013, at 6 (accusing "Camera Roll"); Samsung's Further Supp. Response to Interrogatory No. 15, May 2, 2013, at 12 ("The invention also includes a 'search mode' that enables the user to, for example, browse through a list of thumbnail images representing the photos and videos in the camera, regardless of their classification.").  I disagree.  As stated above, a grid format is different from, and provides a different user experience than, a list format.  Although, as demonstrated above, both list and grid formats were well-known at the time of the alleged '449 invention, claim 25 explicitly requires a "list."  Indeed, the applicants distinguished a scrollable display of multiple thumbnail images from the claimed "list" during prosecution of the '449 patent.  *See* '449 File History  [SAMNDCA630-00832686] Amend., July 31, 2000 at SAMNDCA630-00833103.

133.    Additionally, for the reasons set forth below in Section V.J (Invalidity Based On Lack Of Written Description), I disagree with Samsung's interpretation of the claimed "search mode," which lacks written description.  The term "search mode" was added during the late stages of prosecution of the '449 patent.  Neither the term "search mode" nor even the term "search" appears anywhere in the '449 patent specification.  Accordingly, claims 25 and 27 of the '449 patent are invalid for lack of written description.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

134. Nevertheless, a "search mode" under Samsung's apparent construction was well-known in the prior art. For example, the Casio QV-10 digital camera included a non-detachable LCD screen that allowed users to view and scroll through up to nine thumbnail images on the screen at one time:

Playing Back Images

## Producing a Multi-Page Display

Four or nine memory pages can be displayed at the same time. This feature can be used to display multiple memory pages on the camera's built-in LCD, or on the screen of a connected TV.

1. **Enter the Playback Mode and turn on the camera.**

2. **Switch to multi-page display.**



• Press the MODE button to change between the different display formats.



• Each press of MODE changes the display format in the following sequence.

• You cannot use the multi-page display while protected memory pages are hidden (page 49).



* The memory page that is shown on the screen when you change to the 4-page or 9-page format is in the first (upper left) position in the multi-page display.

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Operation

**3. Scroll through the pages on the display.**

 • Use [+] (forward) and [−] (back) to scroll through the memory pages. Pages are scrolled one, four, or nine at a time, depending on the display format you are using.

*Unused pages are colored gray.*

*See, e.g.*, Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000162-163.

135.    Although the Casio QV-10 digital camera did not present thumbnails as a "list," but rather as a grid or array, it would have been obvious to modify the Casio QV-10 to display the thumbnails in a list that includes information about the thumbnails, such as the date and time of capture.  As explained below, the use of "list" formats for displaying images and other files was well-known at the time of the alleged '449 invention.

136.    Software for storing, viewing, and organizing still and moving images similarly allowed users to view and scroll through thumbnail images.  For example, Apple's PhotoFlash allows users to view multiple thumbnails on a screen at once in a grid format:



Apple PhotoFlash User's Guide [APL630DEF-WH00000008151] at APL630DEF-WH0000008172.

53

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

137.    ArcSoft's PhotoStudio similarly allowed users to view multiple thumbnails on a screen at once in a grid format:



138.    ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT 630DEF 00000001]

ARCSOFT_630DEF_00000044.

*See also, e.g.*, ArcSoft PhotoStudio 2.0 Brochure [ARCSOFT 630DEF 00000197] at

ARCSOFT_630DEF_00000198.

54

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

139.    Finally, numerous patents similarly describe digital cameras with displays that allow users to view and scroll through thumbnail images.  For example, Matsumoto allows users to view multiple thumbnails on a screen at once in an array or grid format:



140.

*See, e.g.*, Matsumoto at Fig. 8, 10:25-27 ("The picture screen 801, immediately after the album list is generated, has pictures arranged in a preset ***array*** as shown in FIG. 8.  This is sufficient for usual picture appreciation.") (emphasis added); *see also id.* at Figs. 9 and 25 (showing multiple thumbnails on screen in grid format along with various attribute data, such as the date the image was recorded and location information).

141.    Although the above PhotoFlash, PhotoStudio and Matsumoto thumbnails are displayed in a grid format, not in a "list," as required by claim 25, it would have been obvious to modify the software to display the thumbnails as a "list" that includes information about the thumbnails such as the date and time of capture.  Indeed, Windows 95 and version 2.0 ArcSoft's PhotoStudio software included marks for distinguishing among still images, videos, and sound

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

files, and the option to display the images in a "List View" with thumbnails to the left of a text

description:



*Figure 2.5*

*See, e.g.*, Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950]

at APL630DEF-WH-A0000014967 ("Gallery View … Movie files display the first frame of the

movie in the preview window, and a movie icon below."), 14968 ("List View … Click on the

second button in the top left-hand corner of the PhotoStudio Browser to view thumbnails as a

list."); *see also* The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-

011269.

142.    As noted above, the term "search mode" in claims 25 and 27 of the '449 patent

lacks written description.  That said, the prior art discloses a range of sophisticated search

techniques.  For example, Apple's PhotoFlash allowed users to search for particular images

within one or more albums by text, filename, or other attributes:

56

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## Searching for images

You can use commands in the Search menu to search for images in one catalog or in all of your open catalogs by name, by caption text, or by resemblance to other images or a rough sketch.

### Searching for images by caption text

To search for images by caption text, make sure the catalogs you want to search are open, then follow these steps:

**1** Choose Caption Text from the Search menu.

The Search Caption Text dialog box appears.



Type the text you want to find here.

Click here to request a search of all open catalogs.

Click here to request a new catalog that contains copies of the matching thumbnails.

**2** Type the text you want to find.

Capitalization and diacritical marks don't matter. PhotoFlash looks for images with captions that include the text you specify.

**3** Select the search options you want.

The default settings cause PhotoFlash to search only one catalog and to highlight the selected images in that catalog.

**4** Click OK or press Return.

When the search is complete, PhotoFlash selects the matching thumbnails in their original catalogs or, if you selected the Put Results in New Catalog checkbox, creates a new untitled catalog containing copies of all matching thumbnails.

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

## Searching for images by filename

To search for images by filename, make sure the catalogs you want to search are open, then follow these steps:

**1** Choose Filenames from the Search menu.

The Search Filenames dialog box appears.



Type the filename you want to find here.

Click here to request a search of all open catalogs.

Click here to request a new catalog that contains copies of the matching thumbnails.

**2** Type the filename or a portion of the filename you want to find.

Capitalization and diacritical marks don't matter. PhotoFlash looks for images with filenames that include the text you specify.

**3** Select the search options you want.

The default settings cause PhotoFlash to search only one catalog and to highlight the selected images in that catalog.

**4** Click OK or press Return.

When the search is complete, PhotoFlash selects the matching thumbnails in their original catalogs or, if you selected the Put Results in New Catalog checkbox, creates a new untitled catalog containing copies of all matching thumbnails.

## Searching for similar images

You can use the Similar Images command in the Search menu to search for catalog images that resemble a specific image. The Similar Images command can identify general similarities based on color, but may not always be able to locate an individual image. However, it's worth trying if you don't know anything about the image's caption or filename. It's also useful if you want to identify several images with similar colors or compositions.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple PhotoFlash User's Manual, 1994 [APL630DEF-WH00000008151] at APL630DEF-

WH0000008178-8184; *see also id*. (searching for images that resemble a sketch).



143.

Apple PhotoFlash Screenshot at APL630DEF-WH-A0000015615.

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



Apple PhotoFlash Screenshot at APL630DEF-WH-A0000015616.



60

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Apple PhotoFlash Screenshot at APL630DEF-WH-A0000015617.



Apple PhotoFlash Screenshot at APL630DEF-WH-A0000015621.

144.    Further, PhotoFlash allows users to sort thumbnails within a particular album by filename or date:

### Sorting thumbnails

You can sort thumbnails in a catalog by filename or by date. Sorting occurs only when you choose a PhotoFlash sort command from the Search menu. You can change the thumbnail order any time you want by moving thumbnails around as described in the previous section.

To sort a catalog's thumbnails, follow these steps:

1   Make sure the catalog whose thumbnails you want to sort is in the frontmost window.

2   Choose Sort by Filename or Sort by Date from the Search menu.

PhotoFlash rearranges the catalog's thumbnails by filename or by the date on which each file was last modified. After sorting a catalog's thumbnails, you can rearrange them in any way you choose.

61

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Apple PhotoFlash User's Manual, 1994 [APL630DEF-WH0000008151] at APL630DEF-WH0000008175.



Apple PhotoFlash Screenshot at APL630DEF-WH-A0000015626.

145.    ArcSoft's PhotoStudio Version 2.0 similarly allows users to search for images based on a variety of attributes, and this functionality was obvious to implement in the original version of PhotoStudio:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### Adding Keywords to Images

In addition to traditional sorting and searching by name, date and file type, the PhotoStudio Browser offers keyword capabilities similar to those found in professional image databases. To take full advantage of its keyword capabilities, you should try to put the same type of information in the same text field for each image.

For example:

**1st Field:** Name of photographer or publisher

**2nd Field:** Date

**3rd Field:** Potential uses (newsletters, ads, brochures, etc.)

**4th Field:** Particular information (copyrights, image formats, etc.)

### Search by Example:

To find an image, click on the PhotoStudio Browser's magnifier icon to display the following dialog:



*Figure 2.6*

Enter your criteria, then click on Find. At the end of its search, the PhotoStudio Browser will tell you how many images were found, and display them at the top of the file.

Ricoh PhotoStudio Version 2.0, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at

APL630DEF-WH-A0000014968.

146.    Microsoft's Windows 95 also offers a variety of search capabilities for locating

different files or folders:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# Finding Something on Your Computer

If you don't know where a document or folder is, you can use the Find command to find and open it.

## To find something



◄ **1** Click the Start button, and then point to Find.

◄ **2** Click Files Or Folders.



**TIP**
**You can also use the Find command to search for a computer on the network.**

▼ **3** Click the Named box, and then type the name of the file or folder you want to find.



▶ **4** To specify where to search, click the arrow next to the Look In box, or click Browse.

▶ **5** To start the search, click Find Now.

*See, e.g.*, Microsoft Windows 95 User's Manual, 1995 [APL630DEF-WH0000027571] at

APL630DEF-WH0000027603.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011347-11348.

147.   Finally, numerous patents similarly describe advanced software algorithms to search for still or moving images. *See, e.g.*, U.S. Patent No. 5,802,361 to Wang (filed Sept. 30, 1994) at 1:7-10, 2:18-32, 2:33-41, 2:59-63, 4:42-46, 4:63-5:10, 8:5-8, 25:3-15, Fig. 2a.

148.   Thus, to the extent that the Court interprets the term "search mode" consistently with the discussion in this section, but nevertheless finds that it is supported by the written description, the "search mode" limitation would be met by the prior art as specified above in combination with the "list of said moving image signal and still image signal as a search mode" limitation discussed below in Section V.H (Detailed Discussion of Prior Art Combinations).

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### d) Organizing Still and Moving Images Into Albums

149.    The idea of organizing still and moving images into albums was long-known to be a useful exercise prior to the alleged '449 invention.  Ever since early film-based cameras were developed, the concept of organizing pictures into photo albums according to, for example, time period or subject, was well-known.  Similarly, the concept of organizing VHS video cassettes by, for example, genre, was well-known.

150.    The concept of organizing material into categories was well-known for use in computers as well.  For example, Windows 95, which was announced on August 24, 1995 (*see, e.g.*, Microsoft Press Release, Aug. 24, 1995 [MSFT-00630-011238] at MSFT-00630-011238), was premised on a folder-based structure that allowed users to easily organize and view their computers' contents.  *See, e.g.*, Windows 95 User's Manual [APL630DEF-WH0000027571] at APL630DEF-WH0000027587 ("What's new in Windows 95? … Windows Explorer is a powerful way to browse through and manager your files, drives, and network connections."), 27611 ("Opening Windows Explorer gives you a view of your computer's contents as a hierarchy, or 'tree.'  You can easily see the contents of each drive and folder on your computer. . . .").

151.    Using Windows 95's folder structure, users could organize still and moving image files into folders, just as they had done with photo albums and video cassettes a decade earlier:

67

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



## Viewing the Contents of a Folder

**1** At the moment the right-hand pane displays the contents of your hard disk — folders as well as some "loose" files. This is indicated in the title bar as *Exploring - [C:]*. To view the contents of another folder, you click on the folder icon next to its name in the left-hand pane. Click on the icon for the **Windows** folder.



**2** The right-hand pane now displays all the subfolders and files contained in the **Windows** folder. The title bar now reads *Exploring – Windows*. To look through the list of files, drag the scroll box within the scroll bar in the right-hand pane.



*See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011300; *see also* Windows 95 User's Manual  [APL630DEF-WH0000027571]at APL630DEF-WH0000027611.



68

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

*See also, e.g.*, Windows 95 Screenshots at APL630DEF-WH-A0000038997.  The screen shot

above includes a folder called images, with sub-folders labeled "Cat," "Nature," "Space," and

"Vacation."  Clicking on the folder labeled "Cat" shows the contents of that folder:



*See, e.g.*, Windows 95 Screenshot at APL630DEF-WH-A0000036846; *see also id.* at 36847.

The Cat folder includes three objects, including a .png image, a .jpg image of cats getting

married, and a video file.  Other folders can similarly contain photo and video files organized

with respect to subject matter.  *See, e.g.*, Windows 95 Screenshots at APL630DEF-WH-

A0000039011-39012, 39200.

152.    As digital photography gained popularity in the early 1990s, software developers

took the long-known concept of photo albums and developed software for creating digital

albums.  For example, Apple's PhotoFlash software allowed users to create various "catalogs"

(*i.e.*, albums) of organized images displayed as thumbnails:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See* PhotoFlash Screenshot  [APL630DEF-WH0000008151] at APL630DEF-WH-A0000015609, 15610; *see also id*. at 15611-15613, 15620, 15625, 15627, 15631; Apple

PhotoFlash User's Guide, 1994, at APL630DEF-WH0000008163 ("PhotoFlash allows you to

create collections of images called catalogs.  You can use catalogs to organize images that you

70

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

want to group together. . . . When you open a catalog, you see a series of thumbnails, or small reproductions of the images that it represents.").

153.   ArcSoft's PhotoStudio similarly allows users to organize their images into "albums":

**File: Album Manager...**

If you often work with the same groups of files, you may grow tired of always having to use the Open command to open the same files again and again. The Album Manager command (under the File menu) can make things easier for you. This PhotoStudio file management feature makes it easy for you to coordinate related image files in groups called "albums". Changes made to albums can be saved and restored the next time the Album Manager is invoked. The Manager also can store album descriptions, image descriptions, open images, and display image information and thumbnails.

Using the Album Manager, you can create different albums for each set of image files you work with. For example, if you are working on architectural images for one project and marine images for another, you can create an album for each set of images. By viewing the album's thumbnails, you can quickly pick out and open the images that are most appropriate for your current task.

**Using the Album Manager**

Choosing Album Manager from the File menu brings up the Album Manager window. The window displays six thumbnails of the first six images in the current album, with the image filenames printed across the bottom of the thumbnail. If there are more than six images, you can scroll down in the window to see the others.

71

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



**Switching albums**

At the top of the window, you can see the name of the current album and a down-arrow button which, when clicked, calls up a menu of other albums you have on your computer. Choosing another album from the menu switches the Manager to that album. If you pick "New Album" from the list, the current album will be closed and a blank new album will be created. Use the Add button to insert photos into the new album; and use the Save button to save the new album. The new album name has a maximum length of eight characters.

Note: Album information is stored in individual files in the "ALBUMS" sub-directory of the PhotoStudio program directory. These files all have the filename extension ".ABM".

ArcSoft PhotoStudio User's Manual, 1994  [ARCSOFT 630DEF 00000001]

ARCSOFT_630DEF_00000043-45.

154.    Similarly, Matsumoto discloses classifying images into albums in a structure with the familiar look of a traditional bookshelf that can store photo albums. *See, e.g.*, Matsumoto at Figs. 5, 8, 9:53-56 ("When the operation of the image storage/display unit starts, there appears such a book-shelf type initial screen as shown in FIG. 5.  Picture images are classified into an album 501 which is then arranged in a book shelf 502."), 10:25-27 ("The picture screen 801, immediately after the album list is generated, has pictures arranged in a preset array as shown in FIG. 8.  This is sufficient for usual picture appreciation.").

72

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

155.     In addition, using ArcSoft's PhotoStudio, Apple's PhotoFlash, and/or the software disclosed in Matsumoto for organizing moving images—in addition to still images—into digital albums was obvious.  Indeed, PhotoStudio Version 2.0 included the ability to organize various moving image files into albums.  *See, e.g.*, Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967 ("Gallery View … Movie files display the first frame of the movie in the preview window, and a movie icon below.").  Further, it was well-known to organize numerous different file formats into albums, catalogs, or folders.  *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011299; *see also* Windows 95 User's Manual, 1995 [APL630DEF-WH0000027571] at APL630DEF-WH0000027611; Windows 95 Screenshots at APL630DEF-WH-A0000038997; Windows 95 Screenshot at APL630DEF-WH-A0000036846.  Thus, it would have been trivial to add support for moving images to ArcSoft PhotoStudio, Apple PhotoFlash, and/or the software disclosed in Matsumoto.  A person of ordinary skill in the art would have been motivated to add support for moving images to provide the user with greater diversity in the types of files the software would work with.

### e)     Implementing Photo Organization Software on Digital Cameras

156.     Adapting Apple's PhotoFlash software and ArcSoft's PhotoStudio software to work on a digital camera was an obvious step.  As ArcSoft's corporate representative Jian Xu testified, a person of ordinary skill in the art with knowledge of both the underlying operating system running on a digital camera and the operating system running on a computer (*e.g.*, Windows 95 or Mac OS), could have modified the design of PhotoStudio to operate on either platform.  Deposition of Jian Xu of ArcSoft, Inc. ("ArcSoft Decl.") at 69:19-70:4 ("Q. A person that had knowledge of both operating systems would be able to design applications for either

73

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

system; is that right? . . . [A.] In – in terms of technology, if a person is familiar with Palm OS as well as desktop, ***surely he can design it for both***.") (emphasis added).

157. It was well-known that applications could be ported from one processor platform to another. For instance, both Apple PhotoFlash and ArcSoft PhotoStudio software were operable on processors running both Mac and Windows operating systems. It would have been well within the knowledge of a person of ordinary skill in the art to adapt the PhotoFlash or PhotoStudio software to operate on the processor of a digital camera, which is capable of running and executing software applications. *See, e.g.*, Parulski, 2:32-43. The processor and memory capabilities of a device determine what applications it may run, and it would have been obvious to a person of ordinary skill in the art to provide a digital camera with the processor and memory resources needed to run, for example, the photo organization portions of the PhotoFlash, PhotoStudio, and/or Windows 95 software.

158. Indeed, the idea of running photo organization software on digital cameras was well-known prior to the alleged '449 invention. For example, Matsumoto discloses a digital camera with an optionally detachable display on which users could view their albums on a "bookshelf" and also view thumbnail images of the photos in each album, just as in a non-digital photo album:

74

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# FIG. 5



# FIG. 8



*See, e.g.*, Matsumoto, Figs. 5, 8, 9:53-56 ("When the operation of the image storage/display unit

starts, there appears such a book-shelf type initial screen as shown in FIG. 5.  Picture images are

75

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

classified into an album 501 which is then arranged in a book shelf 502."), 10:25-27 ("The

picture screen 801, immediately after the album list is generated, has pictures arranged in a

preset array as shown in FIG. 8.  This is sufficient for usual picture appreciation.").  Yamada

includes a similar disclosure of photo organization software running on a digital camera.  *See,*

*e.g.*, Yamada, ¶ 12 ("By displaying a track map in this manner, it is easy to look for tracks on

which a desired classification code is recorded.  Note that it is also possible to display the track

map on the LCD 7.").

159.     In addition, Parulski provides yet another example of photo organization software

running on a digital camera.  Specifically, Parulski discloses "an electronic camera [that]

captures images representing a variety of subjects and categorizes the image according to subject

matter. . . . A processor ***in the camera*** has the capability of assigning the plurality of categories

to the images captured by the camera, with each category providing subject classification of one

or more images."  Parulski, 2:32-43 (emphasis added); *see also* Parulski Dep. at 145:19-146:6

("Q. So a processor in the digital camera itself is capable of assigning categories to images

according to subject classification; correct? . . . [A.] As I understand the '678, the specific

sentences that you've pointed me to, that the processor ***is in the camera***. . . . And it says the

processor ***in the camera*** has the capability of assigning the plurality of categories to images

captured by the camera.") (emphasis added), 177:16-177:23 ("[T]here is a processor that I

believe … had some programmable capability, and there was some firmware that was used as

part of the processes that that processor would perform in order to enable the camera to capture

images and to store images along with categorization information.").  Thus, processors in digital

cameras were able to run various photo organization and other software, and it would have been

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

obvious to implement, for example, the photo organization functionality of PhotoFlash, PhotoStudio, and/or Windows 95 on such a digital camera processor.

160.    A person of ordinary skill in the art as of the time of the alleged '449 invention would have known about available photo organization software options and would have known them to be adaptable to different types of devices, including portable devices such as a digital camera.  Natural improvements in processor and memory technology at the time of the alleged '449 patent invention led to the ability to run more sophisticated software on those processors.  Thus, as processor technology progressed, it became increasingly easy and less expensive to run traditional computer software on processors incorporated in devices such as digital cameras.  These improvements in processor technology are wholly unrelated to the alleged invention of the '449 patent.

161.    Finally, as Samsung's consultant in this case acknowledges, it was common for engineers to leverage technologies developed in a related field, *e.g.*, computers, for use in digital cameras at the time of the alleged '449 invention:

Q.    [D]igital camera designers working pre-April 1996 looked to other fields such as computers in order to solve problems with the digital cameras you were developing at Kodak.  Is that – is that an accurate statement? . . .

[A.]    So generally what I think I was trying to describe was that if you could leverage a technology, like a particular type of memory that was used in a computer, *if you could leverage that also in a camera rather than having to develop a special technology that could only be used in cameras, that there was an advantage* in general, all else being equal, to try to use a storage technology that could be used in a computer or an audio device as well as in a camera.

Parulski Dep. at 109:1-19 (emphasis added).

77

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

f)      **Recording Classification Data With Images**

162.    In addition to storing still and moving images, it was well-known prior to the alleged '449 invention to store data associated with those still and moving images.  For example, the time and date the image was captured was typically stored and associated with an image.

163.    The Ricoh RDC-1 stored the time and date a still image or video was recorded. Ricoh Dep. at 57:1-58:12 ("[Q.] In order to display the date and time the image was recorded, does the Ricoh RDC-1 camera store the date and image – the date the image was recorded in memory? . . . . [A.] Yes. . . . [Q.] Does the RDC-1 digital camera record, along with the image or video, the date that file was saved in memory?  . . . [A.] Yes. . . .").  The date and time could then be displayed on the RDC-1 LCD screen.  Ricoh Dep. at 55:17-56:17.

164.    The Exchangeable Image File Format—"EXIF"—is a standard format commonly used in digital cameras that specifies various characteristics relating to an image that can be stored with the image in memory.  EXIF data may include (among other information):  (1) the time an image was recorded, (2) the date an image was recorded, and (3) the exposure settings at which the image was recorded.  Parulski Dep. at 179:8-180:1.  The Ricoh RDC-1 stores EXIF data, which includes time, date, and other information to be stored with captured images and videos.  Ricoh Dep. at 130:3-19 ("Q. Could you explain using the Exif header how that process happens.  . . . [A.] All images have a certain format that allows for additional information, such as, you know, time and date, to be stamped in the data of – the header of the image itself, the raw data.  And every time an image is recorded, it's a part of the standard, I guess, to imprint date and time that an image is captured."); Parulski Dep. at 179:8-180:1.  EXIF defines the information (often called "metadata") associated with a particular image in a digital camera's memory.  Similar information was also known to be stored for moving image files.

78

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

165.     Numerous patents disclose storing additional information with images when they are recorded.  For example, Matsumoto discloses a digital camera that can store various "attribute data," including the date and time an image is recorded, the location where the image was recorded, and the particular classification (*i.e.*, album) to which that image is assigned.  *See, e.g.*, Matsumoto at 3:18-20 ("In the image storage/display unit, the received picture and attribute data are once stored."), 3:36-38 ("In the first aspect of the invention, each time a picture image is shot, its date and time are previously recorded as attribute data."), 3:56-57 ("In the third aspect, when a picture image is shot, its shooting place is previously recorded as its attribute data."), 8:18-19 ("Album data is created on the basis of the picture and attribute data received at the storage unit 109."); *see also* Parulski at Abstract, 2:32-47, 2:58-60 ("When the user selects a particular category, the category name is stored along with the image data in the image file. . . ."), 4:66-5:2 ("After the user selects a particular category, the image is captured and the category information is stored in the removable storage device along with the image data in the image file. . . ."), 5:9-18, 6:44-59, 6:61-63 ("[W]hen the shutter button 21 is pressed, the selected category (tag) is associated with the digital image data (steps 62, 63)."), Fig. 4.

g)      **Displaying the Image Count of an Album**

166.     Software algorithms for determining and displaying the number of files, including still and moving images, within a particular folder or album were well-known prior to the alleged '449 invention.  For example, Apple's PhotoFlash software included functionality for determining the number of images contained in each album and displaying that number to the user:

79

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at

APL630DEF-WH0000008172 (annotation added).



*See also, e.g.*, Apple PhotoFlash Screenshots at APL630DEF-WH-A0000015610 (annotation

added); *id.* at 15613, 15620, 15625, 15627.

167.    Similarly, ArcSoft's PhotoStudio software included functionality for determining

the number of images contained in each album and displaying that number to the user:

80

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT 630DEF 00000001] at

ARCSOFT_630DEF_00000044 ("Image files in album: 12") (annotation added).



*Figure 2.5*

*See also, e.g.*, ArcSoft PhotoStudio 2.0 User's Manual, 1996, Rev. 4/97 [APL630DEF-WH-

A0000014950] at APL630DEF-WH-A0000014967 (annotation added).

81

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

168.    Indeed, the concept of counting the number of files within a folder or its

equivalent was a long-known software design technique useful for allowing a user to assess the

contents of a folder.  For example, Microsoft's Windows 95 software included functionality to

determine the number of a variety of file types contained within a folder, and to display that

number to the user:

 

*See, e.g.*, Windows 95 Screenshots at APL630DEF-WH-A0000039011-39012 (annotations

added); *see also id.* at 36846-36847, 39200; Windows 95 User's Manual, 1995 [APL630DEF-

WH0000027571] at APL630DEF-WH0000027611, 27627.

169.    Thus, determining and displaying the number of still and moving or other types of

files within an album, folder or other structure, was well-known to persons of ordinary skill in

the art.  Such a well-known technique would have been obvious to apply to any number of

software applications where it would be useful to know the number of items within a particular

folder.

82

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

h)       **Transferring Images From One Album To Another Album**

170.     Software that allowed users to assign still and moving images to various albums

and folders also permitted users to change the album to which a particular still or moving images

was initially assigned.  For example, Apple's PhotoFlash allowed users to create "Catalogs" (*i.e.*,

albums) in which they could organize their images:

> PhotoFlash allows you to create collections of images called **catalogs**. You can
> use catalogs to organize images that you want to group together. For example,
> you could create a catalog that represents all the images you want to use in
> one issue of a newsletter, or all your photos from a vacation, or all the images
> for a chapter of a book. You can also manipulate multiple images at the same
> time from within a catalog.

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-

WH0000008163.

171.     Users could add new images to the catalogs:

**Adding image files to a catalog**

> To add one or more image files to a catalog, you can drag their icons from the
> Finder desktop into a catalog window or use the Add to Catalog command.
> This section describes both methods.
>
> If one open catalog includes thumbnails for the image files you want to add to
> another open catalog, you can copy and paste the thumbnails or drag them
> between the catalog windows. See "Moving and Copying Thumbnails" later
> in this chapter for details.

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-

WH0000008168.

172.     Users could move images from one catalog to another, thereby changing the

album with which a particular image is associated:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## Moving and copying thumbnails

You can move thumbnails within a catalog by selecting and dragging them. When you drag thumbnails between catalogs, PhotoFlash inserts copies of the thumbnails in the second catalog.

You can also move thumbnails between catalogs by cutting and pasting them.

## Moving or copying thumbnails by dragging

You can drag selected thumbnails either within the same catalog or to a different catalog. If you are copying thumbnails between catalogs, make sure both catalog windows are open and visible on your screen.

To move or copy thumbnails by dragging them, first select the thumbnails (see "Selecting Thumbnails" earlier in this chapter if you need instructions). Then follow these steps:

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] APL630DEF-WH0000008174.

173. ArcSoft's PhotoStudio software was similar. For example, PhotoStudio allowed users to organize images into "albums" using an "Album Manager":

**File: Album Manager...**

If you often work with the same groups of files, you may grow tired of always having to use the Open command to open the same files again and again. The Album Manager command (under the File menu) can make things easier for you. This PhotoStudio file management feature makes it easy for you to coordinate related image files in groups called "albums". Changes made to albums can be saved and restored the next time the Album Manager is invoked. The Manager also can store album descriptions, image descriptions, open images, and display image information and thumbnails.

Using the Album Manager, you can create different albums for each set of image files you work with. For example, if you are working on architectural images for one project and marine images for another, you can create an album for each set of images. By viewing the album's thumbnails, you can quickly pick out and open the images that are most appropriate for your current task.

ArcSoft PhotoStudio User Manual, 1994 [ARCSOFT_630DEF_00000001] at ARCSOFT_630DEF_00000044.

174. Users could delete an image from one album, and add the image to a different album, thereby changing the image's classification:

84

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

To add an image to the album, click on the Add button at the top of the Album Manager window. A standard Windows file selection dialog box will appear. Pick the image or images you want and they will be added to the album.

To remove an image from the album, select it and then press the Delete (Del) key. PhotoStudio will ask you to confirm the deletion. When an image is deleted from an album, the description for that image is permanently erased. Of course, removing an image from an album does not delete the image file; it only drops it from the album.

ArcSoft PhotoStudio User Manual, 1994 [ARCSOFT_630DEF_00000001] at

ARCSOFT_630DEF_00000044-45.

175.    Indeed, changing the album or folder with which a file was associated was well-

known at the time of the alleged '449 invention.  Microsoft's Windows 95 allowed users to move

any type of file, including image and video files, from one folder to a different folder, thereby

changing the file's classification, in three steps:



The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011301; *see also*

*id.* at 11301-11302.

176.    Numerous patents similarly describe allowing users to change the album or

classification with which an image is associated.  *See, e.g.*, Yamada at Fig. 9:

85

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

FIG. 9



*See also id.* at ¶¶ 14 ("FIG. 9 is a flowchart for describing the operation [performed by the user] and the operations [performed by the camera] when revising a classification code. . . . In this way, it is possible to revise a classification code as necessary even after a classification code has been recorded."), 22 ("It is possible to revise (overwrite, write, delete) a specified classification code."); *see also* Matsumoto at 5:39-41 ("Thus the user can edit and classify the albums according to themes inputted by a[] user.").

## H.   Detailed Discussion Of Prior Art Combinations

177.   As explained above, each of the core concepts of the asserted claims of the '449 patent was well-known to persons of ordinary skill in the art.  Below I demonstrate how combinations of prior art references, coupled with the knowledge of a person of ordinary skill in

86

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

the art, meet each limitation of the asserted claims and thus render claims 25 and 27 of the '449

patent invalid as obvious.  In addition, attached as Exhibits 1-7 are claim charts for each of the

below combinations, showing how each prior art reference discloses each limitation of the

asserted '449 claims.  Attached as Exhibit D is a chart summarizing my conclusions regarding

how each reference meets each claim limitation in the combinations described below.

### 1.    Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio (Exhibit 1)

### a)    Claim 25: "A digital camera"

178.    The Ricoh RDC-1 is a digital camera capable of recording both still images and

full motion video with sound:



Ricoh Instruction Manual [RICOH00377] at RICOH00391; *see also* RDC-1 Brochure at

RICOH00002 ("3x Zoom Digital Camera with Full Motion Video and Sound"), 6; RDC-1

Specifications[RICOH00133] at RICOH00135; *see also* RDC-1 Specification [RC 0492] at RC

0494; RDC-1 Service Manual [RICOH00008] at RICOH00009; Ricoh RDC-1 Brochure

[APL630DEF-WH-A0000035285] at APL630DEF-WH-A0000035285 ("Ricoh's super-fast

color image compression algorithm works at a full 30 frames per second, making the RDC-1 the

world's first digital camera to record motion scenes with, or without sound"); RDC-1 Brochure

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

[RC 0430] at RC 0430 ("3x Zoom Digital Camera with Full Motion Video and Sound. . . .

Ricoh's super-fast color image compression algorithm works at a full 30 frames-per-second,

making the RDC-1 the world's first digital camera to record full motion video with sound.").  I

understand that Samsung does not dispute that the Ricoh RDC-1 is a "digital camera."

**b)** **"a lens"**

179.    The Ricoh RDC-1 digital camera includes a lens:



*See, e.g.*, RDC-1 Instruction Manual [RICOH00377] at RICOH00391 (annotation added).



*See, e.g.*, RDC-1 Specifications[RICOH00133] at RICOH00135 (annotation added); *see also*

RDC-1 Specification [RC 0492] at RC 0494 (showing same).

88

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, RDC-1 Service Manual [RICOH00008] at RICOH00098 (annotation added); *see also* Deposition of Ricoh Americas Corp. (Locksley Christian) ("Ricoh Dep.") at 45:24-46:2.  I understand that Samsung does not dispute that the Ricoh RDC-1 includes "a lens."

### c)  "an imaging device which converts an optical image into an analog signal"

180.    The Ricoh RDC-1 digital camera includes "an imaging device which converts an optical image into an analog signal."  The Ricoh RDC-1 digital camera uses a CCD ("charge coupled device") image sensor to convert optical images—*i.e.*, light—into an analog signal.  *See, e.g.*, RDC-1 Specifications [RICOH00133] at RICOH00135 ("The charged coupled device converts images from the lens into electronic signals. . . ."); RDC-1 Specification [RC 0492] at RC 0494 (same).  The lens focuses light onto the CCD image sensor, which then converts the light to analog electrical signals:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



See, e.g., RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1 Specification [RC 0492] at RC 0494 (showing same).

See, e.g., RDC-1 Service Manual [RICOH00008] at RICOH00098 (annotation added); id. ("Cha[r]ge Coupled De[v]ice. = Photo signal to Electrical signal conversion."); see also Ricoh Dep. at 46:3-17, 47:3-5.  I understand that Samsung does not dispute that the Ricoh RDC-1 digital camera includes "an imaging device which converts an optical image into an analog signal."

90

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

> **d)** **"an A/D converter which converts said analog signal from said imaging device to a digital signal"**

181.    The Ricoh RDC-1 digital camera includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."  The Ricoh RDC-1 digital camera includes an analog-to-digital converter that converts the analog electrical signals received from the separate CCD image sensor into 10-bit digital signals.  *See, e.g.*, RDC-1 Specifications [RICOH00133] at RICOH00135 ("A/D: The conversion of analog signals into a digital representation.").



RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1 Specification [RC 0492] at RC 0494 (showing same).

91

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



*See, e.g.*, RDC-1 Service Manual [RICOH00008] at RICOH00098 (annotation added); *id.* ("A/D:

A/D converter = Analog data to convert 10bits d[i]gital data."); *see also* Ricoh Dep. at 47:6-18.  I

understand that Samsung does not dispute that the Ricoh RDC-1 includes "an A/D converter

which converts said analog signal from said imaging device to a digital signal."

> **e)** **"a compressor which compresses said digital signal outputted
> from said A/D converter, and generates compressed data by
> using a different compressing method for moving image signals
> and for still image signals"**

182.    The Ricoh RDC-1 digital camera discloses or renders obvious "a compressor

which compresses said digital signal outputted from said A/D converter, and generates

compressed data by using a different compressing method for moving image signals and for still

image signals."

183.    The Ricoh RDC-1 digital camera records still and moving images.  *See, e.g.*,

RDC-1 Brochure [RICOH00002] at RICOH00002; RDC-1 Brochure [RC 0430] at RC 0430 ("3x

Zoom Digital Camera with Full Motion Video and Sound. . . . Ricoh's super-fast color image

compression algorithm works at a full 30 frames-per-second, making the RDC-1 the world's first

digital camera to record full motion video with sound.").  Both still and moving images are

92

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

compressed using a Discrete Cosine Transform ("DCT") and Huffman coder, which are

components typically used for performing compression and decompression:



See, e.g., RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1

Specification [RC 0492] at RC 0494 (showing same).



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See, e.g.*, RDC-1 Service Manual [RICOH00008] at 00098 (annotation added); *see also id*. at RICOH00072-73 (describing DCT and Huffman coder).

184.    Still images are compressed using the well-known JPEG standard.  RDC-1 Specifications [RICOH00133] at RICOH00135 ("DCT:  Discrete cosine transformer incorporates image compression algorithm that conforms with the JPEG standard. . . . Coder: The Huffman encoder/decoder works at high efficiency to compress and decompress JPEG images."); RDC-1 Instruction Manual [RICOH00377] at RICOH00494 ("Compression method … JPEG"); RDC-1 Brochure [RICOH00002] at RICOH00006; Ricoh Dep. at 48:3-21, 49:10-20.

185.    Moving images are compressed using a different compression method, namely "video-compressed JPEG," a form of Motion-JPEG:

Seven different recording modes provide a wide variety of digital capture.

• Still images, sound, stills with sound, continuous shooting, full motion video with sound, document mode, and macro capability for extreme close-up capture. Document mode for capture of text and graphics with perfect clarity.

Recording format JEIDA DSC 68-pin, VIDEO 1, SOUND 1 (Video-compressed JPEG, Audio-ADPCM).

Video signal system NTSC, 420 lines or more (still or moving picture).

Recording modes with selectable erase: Still image, still image with sound, continuous shooting, full motion video with sound, sound, document mode, and macro capability for extreme close-up capture.

RDC-1 Brochure [RICOH00002] at RICOH00006-7.

Seven different recording modes provide a wide variety of digital capture.

• Still images, sound, stills with sound, continuous shooting, full motion video with sound, document mode, and macro capability for extreme close-up capture. Document mode for capture of text and graphics with perfect clarity.

94

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

> JEIDA DSC 68-pin,
> VIDEO 1, SOUND 1 (Video-
> compressed JPEG, Audio-ADPCM).
>
> NTSC, 420 lines
> or more (still or moving picture).
>
> with selectable erase;
> Still image, still image with sound, con-
> tinuous shooting, full motion video with
> sound, sound, document mode, and
> macro capabilitiy for extreme close-up
> capture.

RDC-1 Brochure [RC 0430] at RC 0434-435; *see also* RDC-1 One-Pager [RC 0468] at RC 0468.

186.     As confirmed by Ricoh's corporate representative, this method of compression for moving images differs from the JPEG compression used for still images:

Q.     Okay.  Now, I believe you testified that video was a special high-speed JPEG.  Do you recall that?

A.     Yes.

Q.     Was the JPEG method used for compressed images different in any way than the method used for compressing video?

[A.]     There might be some -- *there is some difference*, but it requires a lot more detail than I know. . . .

Q.     But do you know that it's not exactly the same?

[A.]     I remember hearing that it was a *special version of JPEG*, you know, *to create a motion JPEG*."

Ricoh Dep. at 133:18-134:14 (emphasis added); *see also id.* at 115:24-116:4 ("The video was *special high-speed JPEG*. . . . [T]here was *something special about the video*, which was the difficulty in, actually, making the movie films.") (emphasis added).

187.     I understand that Samsung contends that the Ricoh RDC-1 "does not disclose a digital camera capable of capturing both still images and video" and instead "uses the same compression method for both single still images and a series of still images: JPEG."  *See, e.g.*,

95

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Samsung's Supp. Response to Interrogatory No. 38,  May 13, 2013, at 131.  I disagree.  As explained above, the Ricoh RDC-1 uses a different compressing method for still and moving images:  JPEG and video-JPEG, respectively.  The Ricoh RDC-1 digital camera therefore meets this limitation.

188.    To the extent that Samsung intends to suggest that the JPEG compression method used for still images and the video-JPEG compression method used for moving images are somehow not "different" as required by claim 25, I also disagree.  The method for compressing moving images is necessarily different than the method for compressing still images.  Put another way, the compressed moving images of the Ricoh RDC-1 digital camera could not be decompressed by a decoder that implements only the JPEG still image compression standard.  Thus, the JPEG and video-JPEG compression methods are "different" as required by claim 25.

189.    Regardless, it would have been obvious to implement *any* of the moving image compression methods that were well-known to persons of ordinary skill in the art at the time of the alleged '449 invention in the Ricoh RDC-1 digital camera.  Persons of ordinary skill in the art had numerous options for methods of moving image compression, including H.261, MPEG-1, MPEG-2, AVI, Motion-JPEG, or any other similar method or standard.  *See, e.g.*, ITU-T Recommendation H.261, March 1993 [APL630DEF-WH-A0000039268] at APL630DEF-WH-A0000039268 - APL630DEF-WH-A0000039295; ITU-T Recommendation H.262, July 1995 [APL630DEF-WH-A0000039296] at APL630DEF-WH-A0000039296 - APL630DEF-WH-A0000039506 (MPEG-2 standard).  Indeed, as the '449 patent explains, "[t]he MPEG compression data process and the JPEG compression data process have the same common points, so that the use of both the data formats may effectively save the circuit scale."  '449 patent at 4:16-19.  As conceded by Samsung's consultant, the Huffman coder used in the Ricoh RDC-1

96

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

can be used in conjunction with a variety of compression methods, including for creating moving images.  *See* Parulski Dep. at 94:13-96:6 (explaining that a Huffman encoder "is used in conjunction with other processes *in a variety of compression methods*, including some image compression methods. . . . In my experience, generally Huffman encoding can be used with various types of compression. . . . In general, I believe *the images could be – that are compressed could be part of a motion sequence*. . . .") (emphasis added), 240:5-11 ("[M]y understanding of motion JPEG is that the same compression method, meaning the same DCT algorithm and Huffman coding and so on as you had described earlier, is used.  That is the same as is used in JPEG to compress a single still image.").  Therefore, given the similarity between the components involved in implementing different compression methods, it would have been trivial and obvious to use any one of the well-known compression methods or standards with the hardware used in the Ricoh RDC-1.

190.     As one example, a person of ordinary skill in the art would have known that, in addition to the video-JPEG compression method used in the Ricoh RDC-1, the MPEG-1 and MPEG-2 video compression standards could be used instead.  Indeed, Fukuoka, a patent filed September 28, 1995 and assigned to Ricoh, explains that the invention could "be incorporated into an electronic filmless camera such as … the Ricoh DC-1 digital video camera, which has both still and moving image recording modes. . . ."  Fukuoka at 13:3-7.  According to Fukuoka, the RDC-1 could use a "digital signal processing circuit [that] performs data compression in accordance with, for example, the JPEG standard, *or an MPEG standard*."  Fukuoka at 11:41-43 (emphasis added).

191.     Thus, not only would it have been obvious to a person of ordinary skill in the art to use MPEG-1 or MPEG-2 as the moving image compression method in the RDC-1, but there

97

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

were actually people at Ricoh who expressly disclosed using the MPEG compression standard in the RDC-1.  Accordingly, it would have been obvious—though not required by claim 25—to use MPEG moving image compression in the RDC-1 in place of video-JPEG.

192.    Hitachi, the original assignee of the '449 patent, similarly viewed MPEG-1 and M-JPEG as interchangeable and understood their respective tradeoffs prior to the alleged '449 invention.  *See, e.g.*, Hitachi MPEG Basic Presentation, Jan. 24, 1996 [HIT00001] at HIT00184 (describing "Video Compression" and listing M-JPEG and MPEG-1 as options).

193.    Finally, as discussed above, the prior art confirms that various methods of performing video compression were interchangeable.  For example, Cruz describes a multimedia system with multiple video streams, each stream capable of being compressed using a different standard, including MPEG and M-JPEG ("Motion-JPEG").  Cruz at Fig. 3B, 11:30-36 ("Original tracks 1 and 3, comprising video of the lecturer and trainees, respectively, are compressed using the Motion Picture Expert Group (MPEG) technique with a 100 to 1 compression ratio.  Original track 4, comprising video of the view graphs is compressed using the Motion Joint Photographic Expert Group (M-JPEG) technique with a  5 to 1 compression ratio.").  Similarly, the methods of compression used in the RDC-1 were interchangeable and well-known to persons of ordinary skill in the art at the time of the alleged '449 invention.

> f)    **"a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"**

194.    The RDC-1 digital camera discloses or renders obvious "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal."  The RDC-1 digital camera includes a recording circuit that records the compressed still and moving images to memory.  Specifically, the RDC-1 includes a memory

98

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

card controller ("MCC") that stores the compressed data on a PC card or similar memory, including still images and motion video with synchronous sound:



RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1 Specification [RC 0492] at RC 0494 (showing same).

RDC-1 Service Manual [RICOH00008] at RICOH00098 (annotation added); *see also* Ricoh Dep. at 40:4-9, 50:8-21 ("Q. Does the RDC-1 digital camera include circuitry to allow it to record still images? A. Yes. Q. Does the RDC-1 digital camera include circuitry that allows it to

99

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

record videos?  A. Yes.  Q. And still images are recorded in compressed form?  A. Yes.  Q. Videos are also recorded in compressed form?  A. Yes."); RDC-1 Service Manual [RICOH00008] at RICOH00083 (recording still images), 86 (recording videos).

195.    I understand that Samsung contends that the Ricoh RDC-1 does not disclose or suggest this limitation because it "does not disclose a digital camera capable of capturing both still images and video" and therefore "does not disclose a recording circuit which records both still images and video in memory."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 131.  I disagree.

196.    As explained above, the Ricoh RDC-1 stores both compressed still and moving images in memory.  *See also* RDC-1 Brochure [RICOH00002] at RICOH00002 ("3x Zoom Digital Camera with Full Motion Video and Sound"), 6; RDC-1 Specifications [RICOH00133] at RICOH00135; RDC-1 Service Manual [RICOH00008] at RICOH00009; RDC-1 Instruction Manual [RICOH00377] at RICOH00391; Ricoh RDC-1 Brochure [APL630DEF-WH-A0000035285] at APL630DEF-WH-A0000035285 ("Ricoh's super-fast color image compression algorithm works at a full 30 frames per second, making the RDC-1 the world's first digital camera to record motion scenes with, or without sound"); RDC-1 Brochure [RC 0430] at RC 0430 ("3x Zoom Digital Camera with Full Motion Video and Sound. . . . Ricoh's super-fast color image compression algorithm works at a full 30 frames-per-second, making the RDC-1 the world's first digital camera to record full motion video with sound.").  Further, as explained above in connection with the "compressor" limitation, the RDC-1 digital camera discloses or renders obvious using a variety of methods of still and moving image compression.  Therefore, the Ricoh RDC-1 digital camera meets this limitation.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

g)    **"a decompressor which decompresses said compressed data by
using a different decompressing method according to whether
said recorded compressed data is a moving image signal or a
still image signal"**

197.    The Ricoh RDC-1 discloses or renders obvious "a decompressor which

decompresses said compressed data by using a different decompressing method according to

whether said recorded compressed data is a moving image signal or a still image signal."  The

DCT and Huffman coder of the Ricoh RDC-1 digital camera perform decompression of the

compressed still and moving images, using different decompression methods for each:



DCT:    Discrete cosine transformer incorporates an image compression algorithm that conforms with the JPEG
standard. Ricoh's proprietary high-speed algorithm permits real-time compression / decompression.

Coder:  The Huffman encoder/decoder works at high efficiency to compress and decompress JPEG images.

RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1 Specification

[RC 0492] at RC 0494 (showing same).

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



RDC-1 Service Manual [RICOH00008] at RICOH00098 (annotation added); *id.* at

RICOH00072-73 (describing DCT and Huffman coder); *see also* Ricoh Dep. at 51:19-52:2

("[Q.] Did the RDC-1 digital camera include a method to decompress images?  A. Yes.  Q. And

did the RDC-1 digital camera also include a method to decompress videos?  [A.] Yes.").

198.    Decompression is simply the reverse process of compression.  Therefore, a device

that uses different methods of compression for still and moving images requires different

methods of decompression to undo that compression as well.  The RDC-1 digital camera uses the

JPEG method for decompression of still images, and the video-JPEG method for decompression

of moving images that was described above in connection with the "compressor" limitation.

199.    I understand that Samsung contends that the Ricoh RDC-1 "does not disclose a

digital camera capable of capturing both still images and video" and therefore "does not disclose

a decompressor which decompresses images or video using different methods."  *See* Samsung's

Supp. Response to Interrogatory No. 38, May 13, 2013, at 132.  I disagree.  As explained above

in connection with the "compressor" limitation, the Ricoh RDC-1 uses different compression

methods—JPEG and video-JPEG—for compressing still and moving images, and therefore uses

different compression methods for decompressing those images.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

200.     To the extent that Samsung intends to suggest that the JPEG method used for still images and the video-JPEG method used for moving images are not "different" decompressing methods within the meaning of claim 25, I also disagree for the same reasons stated above in connection with the "compressor" limitation.  Further, for the same reasons set forth above, it would have been obvious to implement any of the well-known moving image decompression methods in the Ricoh RDC-1, including, for example, the MPEG-1 or MPEG-2 standards.

> h)     **"a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal"**

201.     The Ricoh RDC-1 discloses or renders obvious "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal."  The Ricoh RDC-1 includes a reproducing circuit that reproduces previously-recorded video with synchronous sound and still images.  RDC-1 Service Manual [RICOH00008] at RICOH00087 (reproducing still images), 88 (reproducing video), 90 (reproducing sound).  The Memory Card Controller ("MCC") used for recording images and videos to memory performs the reverse function of reproducing images and videos from memory to be displayed on the LCD:



103

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

MCC: The memory card controller momentarily stores compressed images and sound to permit synchronized recording and the reading out of this data directly to the PC card. This setup allows data to bypass the central processing unit and be recorded at high speed directly onto the card, resulting in synchronous recording of motion scenes and sound.

ADPCM: The adaptive differential pulse code modulation chip converts audio signals from the microphone into digital signals for compression and decompression.

RDC-1 Specifications [RICOH00133] at RICOH00135 (annotation added); RDC-1 Specification [RC 0492] at RC 0494 (showing same).



[SIGNALS]
A0~A4:Image(Address) data
D0~D7:Image data
RD:Parallel I/O control(READ) signal
WR: Parallel I/O control(WRITE) signal
MCC_CS:Chip select signal
MCC_INT:Interrupt signal
PCMCLK: Interrupt signal



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

M C C : Memory Card Controller.

V amp : Video Amplifire.

FIFO : Fast in Fast out register.

CPU-1 : Main Processor.(H8/3837)

CPU-2 : Co-Prgcessor.(H8/536QFP)

ADPCM : Adaptive Differential Pulse Code Modulation.

RDC-1 Service Manual [RICOH00008] at RICOH00075, 98 (annotation added).  The ADPCM is used to compress and decompress audio to be played with the full motion video via the speaker.  *See, e.g.*, RDC-1 Specifications [RICOH00133] at RICOH00135 ("ADPCM: The adaptive differential pulse code modulation chip converts audio signals from the microphone into digital signals for compression and decompression."); *see also* RDC-1 Specification [RC 0492] at RC 0494 (same).

202.    I understand that Samsung contends that "Apple has not specifically identified the components of RDC-1 that comprise the claimed 'reproducing circuit.'"  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 132.  I disagree.  As shown above, the Ricoh RDC-1 discloses the claimed "reproducing circuit" and therefore meets this limitation.

> **i)    "a display which displays said moving image signals and still image signals outputted from said reproducing circuit"**

203.    The Ricoh RDC-1 digital camera includes an optionally detachable LCD display, the DM-1, that allows users to view still and moving images from memory:

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**







CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See, e.g.*, RDC-1 Instruction Manual [RICOH00377] at RICOH00460-461, 465; *see also* RDC-1 Specifications [RICOH00133] at RICOH00135 (LCD); RDC-1 Specification [RC 0492] at RC 0494 (LCD); RDC-1 Service Manual [RICOH00008]  at RICOH00098.

204.    The DM-1 LCD was bundled and sold with the RDC-1 digital camera.  Ricoh Dep. at 23:7-24:5 ("Q. What is Exhibit 2?  A. It is the DM-1 digital monitor – monitor for the RDC-1 camera. . . . Q. What is Exhibit 2 used for?  A. It allows for a playback of images recorded by Exhibit 1 [RDC-1 digital camera].  Q. Does it also allow for playback of videos recorded by Exhibit 1?  A. Yes.  Q. And how do you recognize Exhibit 2?  A. Because it was released at the time the R – Exhibit 1 was also released.").

205.    Still and moving images from the RDC-1 could also be viewed on a computer, using the RDT-1 communication adaptor or a memory card, or on a television, using the RDP-1 playback adapter.  *See, e.g.*, RDC-1 Instruction Manual [RICOH00377] at RICOH00389, 429, 434, 480, 485; RDC-1 Specifications [RICOH00133] at RICOH00136; Ricoh Dep. at 29:3-20, 74:11-19, 111:21-112:2, 113:15-24.

206.    I understand that Samsung contends that the Ricoh RDC-1 digital camera does not include the claimed "display" because it includes an optionally detachable display.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 132 ("RDC-1 discloses an external, optional LCD that can be connected to the camera but is not part of the camera.").  I disagree.  The RDC-1 digital camera's optionally detachable LCD display operates with the RDC-1 as a single device.  A detachable display merely allows the user the convenient option of detaching the display when not needed to lower the weight and power consumption of the device.  Indeed, an optionally detachable display provides a feature ***in addition*** to that provided by a non-detachable display.

107

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

207.     Nevertheless, as explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), it would have been obvious to use a non-detachable display with the RDC-1.  Digital cameras with non-detachable displays, such as the Casio QV-10, were well-known and on-sale prior to the alleged '449 invention.  Further, as demonstrated by the release of the Sony DSC-F1 digital camera, industry trends wholly unrelated to the '449 invention were resulting in the development of additional cameras with non-detachable displays.  Thus, in light of the state of the art, a person of ordinary skill would have known how to modify the Ricoh RDC-1 to include a non-detachable, as opposed to optionally detachable, display.

> j)     **"a list of said moving image signal and still image signal as a search mode"**

208.     As discussed below in Section V.J (Invalidity for Lack of Written Description), this limitation lacks adequate written description support.  Under Samsung's apparent construction of the limitation "a list of said moving image signal and still image signal as a search mode" as set forth in its infringement contentions, and as discussed above in Section V.G (Background of the Technology Relevant to the '449 Patent), ArcSoft PhotoStudio discloses or renders obvious this limitation.[6]  PhotoStudio allows users to view and browse through thumbnail images.

---

[6]     In its Supplemental Response to Interrogatory No. 38, Samsung contends (with respect to the Casio QV-10 + PhotoFlash in view of Ricoh RDC-1 and U.S. Patent No. 5, 633,678 + Apple PhotoFlash in view of Ricoh RDC-1 combinations) that PhotoFlash does not meet the "display which displays said moving image signals and still image signals" limitation because it purportedly "fails to disclose support for videos." *See* Samsung's Response to Interrogatory No. 38, July 15, 2013, at 54-55, 58.  Samsung did not assert this argument with respect to the Ricoh RDC-1 + ArcSoft PhotoStudio combination.  In the event Samsung is permitted to present this additional theory as to why the Ricoh RDC-1 + ArcSoft PhotoStudio combination does not meet the "display" limitation, I disagree.  It would have been obvious to use the ArcSoft PhotoStudio software with moving images in addition to still images.  Indeed, it was well-known that any number of file types could be organized into various files or folders. *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011299; *see also* Windows

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

209.    ArcSoft's PhotoStudio software was bundled, sold, and shipped with the RDC-1 in March 1996.  Ricoh Dep. at 124:17-125:21 ("Q. Okay.  And you mentioned that the Ar[c]Soft software at some point was provided with the RDC-1 camera.  A. Yes.  Q. Was it provided with the camera or was it provided with the adaptor that you could use to connect the camera to the computer?  A. It would have been bundled with the camera.  Q. Okay.  And do you know as of when Ricoh started bundling the software with the camera?  A. No., I don't know any specific dates.  Q. It could have been in 1999?  [A.] No, I know it was before that.  I knew that it was happening in early '96.  Q. Okay.  And how do you know that?  A. Just from activity of the camera being launched, you know, and just some marketing information being distributed.  I just remember seeing -- or remembering at the time we were probably dealing with Ar[c]Soft, so those all being bundled together."); ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001] at ARCSOFT 630DEF 00000003; *see also* ArcSoft PhotoStudio User's Manual, 1994-1995 [ARCSOFT_630DEF_00000100] at ARCSOFT_630DEF_00000100 ("Bundle Version").  ArcSoft PhotoStudio Version 2.0 was also later bundled with Ricoh products when it was released.

210.    PhotoStudio allows users to view multiple thumbnails on a screen at once in a grid format:

---

95 User's Manual [APL630DEF-WH0000027571] at APL630DEF-WH0000027611.  It would have been trivial to allow other file types, such as moving images (which are simply a series of still images), to be organized using PhotoStudio.  More so, PhotoStudio Version 2.0 *expressly* disclosed the ability to use the software with moving images.  *See* Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014966-14968 (disclosing: "Movies: Rnnnnnnn.Movie (denotes a movie file"; in the "Gallery View" "[m]ovie files display the first frame of the movie in the preview window, and a movie icon below."; searching by file type).

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001] at

ARCSOFT_630DEF_00000044.



*See also, e.g.*, ArcSoft PhotoStudio 2.0 Brochure [ARCSOFT_630DEF_00000197] at

ARCSOFT_630DEF_00000198.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

211.    Although the above thumbnails are displayed in a grid format, not in a "list" as required by claim 25, it would have been obvious to modify the software to display information regarding the thumbnails as a "list" (*e.g.*, information regarding the date and time of capture, along with a mark showing whether the thumbnails represent videos or still images).  Indeed, ArcSoft's PhotoStudio Version 2.0 included marks for distinguishing among still images, moving images, and sound files, as well as the option to display the images in a "List View" with a text description accompanying the thumbnails:



*Figure 2.5*

Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967 ("Gallery View … Movie files display the first frame of the movie in the preview window, and a movie icon below."), 14968 ("List View … Click on the second button in the top left-hand corner of the PhotoStudio Browser to view thumbnails as a list.").

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

212.    I understand that Samsung contends that "the various versions and functionalities of PhotoStudio fail to disclose or suggest the claimed lists of images and classifications." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 133.  Samsung does not explain its basis for this contention but, in any event, for the reasons stated above, I disagree.

213.    Further, as explained below in Section V.J (Invalidity Based on Lack of Written Description), in the event that the Court interprets the term "search mode" consistently with the way in which a person of ordinary skill in the art understands the term "search," (*e.g.*, the ability to specify some sort of attribute to retrieve a subset of items possessing that attribute), this limitation is met by ArcSoft PhotoStudio as demonstrated above in Section V.G (Background of the Technology Relevant to the '449 Patent).

### k)    "a list of classifications as a classification mode"

214.    ArcSoft's PhotoStudio discloses a "list of classifications as a classification mode." PhotoStudio includes a drop-down menu from which users could choose an album from a list of available albums:



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**Switching albums**

At the top of the window, you can see the name of the current album and a down-arrow button which, when clicked, calls up a menu of other albums you have on your computer. Choosing another album from the menu switches the Manager to that album. If you pick "New Album" from the list, the current album will be closed and a blank new album will be created. Use the Add button to insert photos into the new album; and use the Save button to save the new album. The new album name has a maximum length of eight characters.

Note: Album information is stored in individual files in the "ALBUMS" sub-directory of the PhotoStudio program directory. These files all have the filename extension ".ABM".

*See, e.g.*, ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001]

ARCSOFT_630DEF_00000044-45 (annotation added) (showing drop-down menu list currently

displaying "samples.abm").



*Unique cataloging feature helps you keep track of your images and stay organized.*

*See also, e.g.*, ArcSoft PhotoStudio 2.0 Brochure [ARCSOFT_630DEF_00000197] at

ARCSOFT_630DEF_00000198 (annotation added).

215.    I understand that Samsung contends that "the various versions and functionalities

of PhotoStudio fail to disclose or suggest the claimed lists of images and classifications." *See*

Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 133.  Samsung does not

explain its basis for this contention but, in any event, for the reasons stated above, I disagree.

113

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

l)   **"wherein said recording circuit records each one of said plurality of image signals with classification data"**

216.   The Ricoh RDC-1 digital camera includes a "recording circuit" that "records each one of said plurality of image signals with classification data," including the time and date the image was recorded and the type of image recorded (*e.g.*, still or moving image), such that it could later be displayed to users during image playback:



RDC-1 Instruction Manual [RICOH00377] at RICOH00431 (annotations added), 442 ("The RDC-1 records the date and time each image was taken.").

217.   As Ricoh's corporate representative testified, the time and date each still or moving image is recorded is stored with the image data, *e.g.*:

Q.   …In order to display the date and time the image was recorded, does the Ricoh RDC-1 camera store the date and image – the date the image was recorded in memory?

[A.]   Yes.

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

114

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Q.      And from your experience with the RDC-1 camera, when a still picture, a video is taken, does the RDC-1 camera record the type of recording mode along with that image o[r] video?

[A.]   Yes.

*      *      *      *      *      *      *      *      *      *      *

[Q.]   Does the RDC-1 digital camera record, along with the image or video, the date that file was saved in memory?

[A.]   Yes.

*      *      *      *      *      *      *      *      *      *      *

Q. [Samsung]  Okay.  Do you remember being asked whether the RDC-1 recorded the time and date when --

A.      Yes.

Q. [Samsung]  -- the image was taken?  Now, you don't know how or when exactly the camera recorded the time relative to the images, right?

A.      They place that information on the Exif header of the image.  So, I mean, it would begin as soon as you take the shot.

*      *      *      *      *      *      *      *      *      *      *

Q. Could you explain using the Exif header how that process happens.

[A.] All images have a certain format that allows for additional information, such as, you know, time and date, to be stamped in the data of – the header of the image itself, the raw data.  And every time an image is recorded, it's a part of the standard, I guess, to imprint date and time that an image is captured.

Ricoh Dep. at 57:1-58:16, 123:24:125:5, 129:16-130:19.

218.    I understand that Samsung contends that the RDC-1 does not disclose this limitation.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 133.  For the reasons explained above, I disagree.

219.    I also understand that Samsung contends that the association of an image with a default location in memory satisfies the "records … with classification data" limitation.  *See*

115

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Samsung's Third Amended Infringement Contentions, July 4, 2013, at 7 (arguing that the recording circuit records the identification of the album that contains a particular image when the image is recorded).  I disagree.

220.    Expanding the scope of "classification data" to include a default location where *all* images are stored would render this limitation superfluous.  An interpretation of "classification data" to include the container where all images are stored does not further the stated goal of the alleged '449 invention, which is to enhance the ease of retrieval of a particular image from among many images.  *See, e.g.*, '449 patent at 10:54-56 ("Hence, since the user classifies the data item for each destination, the ease of use of the retrieval may be surprisingly enhanced.").  Claim 25 requires the digital camera to "record[] a moving image signal, and a still image signal."  Thus, the limitation requiring the images to be recorded "with classification data" requires more than storing images in a default memory location.  Among the data recorded with images in the alleged '449 invention are (1) the date and time an image is recorded (*see* '449 patent at 8:6-7 ("The imaging status of the user such as the recording date and time and the data type are automatically recorded. . . .")) and (2) the particular album to which an image is assigned.  *See also* Samsung's Motion to Amend Infringement Contentions, Apr. 30, 2013, Ex. G at 10 ("Additional album and classification data stored by the recording circuit include … date, time …, and other data pursuant to the Exchangeable Image File Format ("Exif").").

221.    Nevertheless, the Ricoh RDC-1 includes a default structure in memory in which images are placed when recorded and from which they can be accessed during playback.  Thus, the RDC-1 meets this limitation even under Samsung's apparent construction as set forth in its infringement contentions.

116

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

m)   **"said display lists a plurality of classifications and a number of images belonging to each classification"**

222.   As explained above, the ArcSoft PhotoStudio software includes a drop-down menu that displays a list of albums.  ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001] at ARCSOFT_630DEF_00000044-45; *see also* ArcSoft PhotoStudio 2.0 Brochure [ARCSOFT_630DEF_00000197] at ARCSOFT_630DEF_00000198.

223.   The number of images belonging to each classification is displayed for each album:



ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001] at ARCSOFT_630DEF_00000044 (annotation added).

117

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*Figure 2.5*

*See also* Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967 (annotation added).

224.     I understand that Samsung contends that PhotoStudio does not meet this limitation because "[t]he fact that the software can be manipulated to display a single folder or catalog window does not teach or suggest the limitation to a person of ordinary skill in the art." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 133.  I disagree. Claim 25 requires a display that displays a variety of moving and still image signals as well as lists of moving and still image signals and lists of classifications.  The claim further requires that "said display lists … a number belonging to each classification."  The claim does not restrict the display of a number to any particular display format.  PhotoStudio, as explained above, allows the user to select an album from a drop-down list of albums, and the display then displays the number of images belonging to each album.

118

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

n)      **Claim 27: "A digital camera according to claim 25, wherein said classification is able to change by a direction of a user"**

225.    ArcSoft's PhotoStudio, in combination with the Ricoh RDC-1 digital camera, discloses "[a] digital camera according to claim 25, wherein said classification is able to change by a direction of a user."  ArcSoft's PhotoStudio software not only allows users to assign images to various albums, but also allows users to change the album to which a particular image was initially assigned.  PhotoStudio allows users to organize images into "albums" using an "Album Manager":

**File: Album Manager...**

If you often work with the same groups of files, you may grow tired of always having to use the Open command to open the same files again and again. The Album Manager command (under the File menu) can make things easier for you. This PhotoStudio file management feature makes it easy for you to coordinate related image files in groups called "albums". Changes made to albums can be saved and restored the next time the Album Manager is invoked. The Manager also can store album descriptions, image descriptions, open images, and display image information and thumbnails.

Using the Album Manager, you can create different albums for each set of image files you work with. For example, if you are working on architectural images for one project and marine images for another, you can create an album for each set of images. By viewing the album's thumbnails, you can quickly pick out and open the images that are most appropriate for your current task.

ArcSoft PhotoStudio User Manual, 1994 [ARCSOFT_630DEF_00000001] at ARCSOFT_630DEF_00000044.

226.    Users could delete an image from one album and add the image to a different album, thereby changing the image's classification:

To add an image to the album, click on the Add button at the top of the Album Manager window. A standard Windows file selection dialog box will appear. Pick the image or images you want and they will be added to the album.

To remove an image from the album, select it and then press the Delete (Del) key. PhotoStudio will ask you to confirm the deletion. When an image is deleted from an album, the description for that image is permanently erased. Of course, removing an image from an album does not delete the image file; it only drops it from the album.

119

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

ArcSoft PhotoStudio User Manual, 1994 [ARCSOFT_630DEF_00000001] at

ARCSOFT_630DEF_00000044-45.

227.    I disagree with Samsung's contention that "PhotoStudio does not disclose or

suggest that a user can direct a change in classification using only the claimed digital camera."

*See* Samsung's Response to Interrogatory No. 38, May 13, 2013, at 133.  PhotoStudio, as

demonstrated above, discloses allowing a user to change classifications and, as described below

in the section regarding Other Obviousness Considerations, it would have been obvious to a

person of ordinary skill in the art to implement the PhotoStudio software on a digital camera

such as the Ricoh RDC-1.

**o)    Other Obviousness Considerations**

228.    I understand that Samsung contends that "[o]ne of ordinary skill would not have

combined the teachings of RDC-1 and PhotoStudio" because the "RDC-1 is a JPEG-only camera

without classification functionality" and "PhotoStudio is a personal computer software program

[and] does not teach or suggest how to incorporate the functionality of the software into a digital

camera supporting audio, video, still images and classifications as claimed."  *See* Samsung's

Supp. Response to Interrogatory No. 38, May 13, 2013, at 131.  I disagree.  It would have been

obvious to a person of ordinary skill in the art to implement the PhotoStudio software on the

RDC-1.

229.    PhotoStudio was implemented on several different computer platforms.  *See, e.g.*,

ArcSoft PhotoStudio User's Manual, 1994 [ARCSOFT_630DEF_00000001] at

ARCSOFT_630DEF_00000004; ArcSoft PhotoStudio User's Manual, 1995

[ARCSOFT_630DEF_00000100] at ARCSOFT_630DEF_00000103; ArcSoft PhotoStudio

User's Manual, 1996 [ARCSOFT_630DEF_00000148] at ARCSOFT_630DEF_00000151;

120

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at

APL630DEF-WH-A0000014950 (Macintosh); Ricoh 2.0.2 User Guide, 1996, Rev. 4/97

[APL630DEF-WH-A0000015098] at APL630DEF-WH-A0000015098 (Windows 3.X,

Windows 95 and Windows NT); ArcSoft PhotoStudio 2.0 User's Manual, 1994-1996

[ARCSOFT_630DEF_00000148] at ARCSOFT_630DEF_00000148.  Indeed, as ArcSoft's

corporate representative testified, a person of ordinary skill in the art who was familiar with the

computer operating system on which PhotoStudio was designed to run and the operating system

of the digital camera could adapt the PhotoStudio software to run on portable devices such as a

Palm Pilot PDA or digital camera like the RDC-1:

> Q.     A person that had knowledge of both operating systems would be able to design
> applications for either system; is that right?
>
> [A.]     In -- in terms of technology, if a person is familiar with Palm OS as well as
> desktop, **surely he can design it for both**.

Deposition of ArcSoft, Inc. (Jian Xu) ("ArcSoft Dep.") at 69:19-70:4 (emphasis added).

230.     Further, photo organization software that ran on digital cameras and displays

similar to the RDC-1's DM-1 LCD screen was well-known.  *See, e.g.,* Matsumoto at Figs. 5, 8,

9:53-56 ("When the operation of the image storage/display unit starts, there appears such a book-

shelf type initial screen as shown in FIG. 5.  Picture images are classified into an album 501

which is then arranged in a book shelf 502."), 10:25-27 ("The picture screen 801, immediately

after the album list is generated, has pictures arranged in a preset array as shown in FIG. 8.  This

is sufficient for usual picture appreciation."); Yamada, ¶ 12 ("By displaying a track map in this

manner, it is easy to look for tracks on which a desired classification code is recorded.  Note that

it is also possible to display the track map on the LCD 7."); Parulski at 2:32-43 ("[A]n electronic

camera [that] captures images representing a variety of subjects and categorizes the image

121

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

according to subject matter. . . . A processor *in the camera* has the capability of assigning the plurality of categories to the images captured by the camera, with each category providing subject classification of one or more images.") (emphasis added); *see also* Parulski Dep. at 145:19-146:6 ("Q. So a processor in the digital camera itself is capable of assigning categories to images according to subject classification; correct?  [A.] As I understand the '678, the specific sentences that you've pointed me to, that the processor *is in the camera*. . . . And it says the processor in the camera has the capability of assigning the plurality of categories to images captured by the camera.") , 176:12-177:23 ("[T]here is a processor that I believe … had some programmable capability, and there was some firmware that was used as part of the processes that that processor would perform in order to enable the camera to capture images and to store images along with categorization information.").  Thus, it would have been obvious to implement ArcSoft's PhotoStudio software on the Ricoh RDC-1 digital camera.

231.    Indeed, the Ricoh RDC-1 digital camera could hold close to 500 images, so a person of ordinary skill in the art would have been motivated to implement software such as ArcSoft's PhotoStudio on as the Ricoh RDC-1 to provide the user of the camera with the added photo organization functionality.

## 2.    Ricoh RDC-1 Digital Camera + Apple PhotoFlash (Exhibit 2)

### a)    Claim 25: "A digital camera"

232.    As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 is a digital camera capable of recording both still images and full motion video with sound and therefore meets this limitation.  I understand that Samsung does not dispute that the Ricoh RDC-1 is a "digital camera."

122

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**b)**   **"a lens"**

233.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 digital camera includes "a lens."  I understand that Samsung does not dispute that the Ricoh RDC-1 includes "a lens."

**c)**   **"an imaging device which converts an optical image into an
analog signal"**

234.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 includes "an imaging device which converts an optical image into an analog signal."  I understand that Samsung does not dispute that the Ricoh RDC-1 digital camera includes "an imaging device which converts an optical image into an analog signal."

**d)**   **"an A/D converter which converts said analog signal from said
imaging device to a digital signal"**

235.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 digital camera includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."  I understand that Samsung does not dispute that the Ricoh RDC-1 includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."

**e)**   **"a compressor which compresses said digital signal outputted
from said A/D converter, and generates compressed data by
using a different compressing method for moving image signals
and for still image signals"**

236.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 digital camera discloses or renders obvious "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals."

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

237.    I understand that Samsung contends that the Ricoh RDC-1 "does not disclose a compressor that uses a different compression method for moving image signals (video) and for still images" and instead "uses the same compression method for both single still images and a series of still images: JPEG." *See, e.g.*, Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 137.  I disagree for the same reasons discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio).  For those reasons, the Ricoh RDC-1 discloses or renders obvious this limitation.

> **f)     "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"**

238.    As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the RDC-1 digital camera discloses or renders obvious "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal."

239.    I understand that Samsung contends that the Ricoh RDC-1 does not disclose or suggest this limitation because it "does not disclose a digital camera capable of capturing both still images and video" and therefore "does not disclose a recroding circuit which records both still images and video in memory." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 137.  I disagree for the same reasons discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio).  For those reasons, the Ricoh RDC-1 discloses or renders obvious this limitation.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

g)   **"a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

240.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 discloses or renders obvious "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal."

241.   I understand that Samsung contends that the Ricoh RDC-1 "does not disclose a digital camera capable of capturing both still images and video" and therefore "does not disclose a decompressor which decompresses images or video using different methods." I disagree for the same reasons discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio). For those reasons, the Ricoh RDC-1 discloses or renders obvious this limitation.

h)   **"a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal"**

242.   As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 discloses or renders obvious "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal."

243.   I understand that Samsung contends that "Apple has not specifically identified the components of RDC-1 that comprise the claimed 'reproducing circuit.'" *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 137. I disagree. As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 discloses the claimed "reproducing circuit" and therefore meets this limitation.

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

      **i)**    **"a display which displays said moving image signals and still image signals outputted from said reproducing circuit"**

244.    As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 digital camera includes an optionally detachable LCD display, the DM-1, that allows users to view still and moving images from memory, and therefore meets this limitation.

245.    I understand that Samsung contends that the Ricoh RDC-1 digital camera does not include the claimed "display" because it includes an optionally detachable, rather than non-detachable, display. *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 137-138 ("RDC-1 discloses and external, optional LCD that can be connected to the camera but is not part of the camera."). I disagree. As discussed above in Section H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 discloses or renders obvious the claimed "display" and therefore meets this limitation.

      **j)**    **"a list of said moving image signal and still image signal as a search mode"**

246.    As discussed below in Section V.J (Invalidity for Lack of Written Description), this limitation lacks adequate written description support. Under Samsung's apparent construction of the limitation "a list of said moving image signal and still image signal as a search mode" as set forth in its infringement contentions, and as discussed above in Section V.G (Background of the Technology Relevant to the '449 Patent), Apple PhotoFlash discloses or renders obvious this limitation.[7]  PhotoFlash allows users to view and scroll through multiple thumbnail images in an album.

---

[7]    In its Supplemental Response to Interrogatory No. 38, Samsung contends (with respect to the Casio QV-10 + PhotoFlash in view of Ricoh RDC-1 and U.S. Patent No. 5, 633,678 + Apple PhotoFlash in view of Ricoh RDC-1 combinations) that PhotoFlash does not meet the "display

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

247.    Specifically, Apple's PhotoFlash allows users to view multiple thumbnails on a screen at once in a grid format:



Apple PhotoFlash User's Guide [APL630DEF-WH0000008151] at APL630DEF-WH0000008172.

---

which displays said moving image signals and still image signals" limitation because it purportedly "fails to disclose support for videos."  *See* Samsung's Response to Interrogatory No. 38, July 15, 2013, at 54-55, 58.  Samsung did not assert this argument with respect to the Ricoh RDC-1 + Apple PhotoFlash combination.  In the event Samsung is permitted to present this additional theory as to why the Ricoh RDC-1 + Apple PhotoFlash combination does not meet the "display" limitation, I disagree.  It would have been obvious to use the Apple PhotoFlash software with moving images in addition to still images.  Indeed, it was well-known that any number of file types could be organized into various files or folders.  *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011299; *see also* Windows 95 User's Manual, 1995 [APL630DEF-WH0000027571] at APL630DEF-WH0000027611. PhotoFlash itself stored images as files "just like other Macintosh documents," thus there was nothing special about the particular format of an image file.  Apple PhotoFlash User's Guide [APL630DEF-WH00000008151] at APL630DEF-WH00000008185.  Therefore, it would have been trivial to allow other file types, such as moving images (which are simply a series of still images), to be organized using PhotoFlash.

127

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



*See also* Apple PhotoFlash Screenshots at APL630DEF-WH0000015608, 15649.

248.    Apple's PhotoFlash presents the user with multiple thumbnail images on a screen in a grid format in response to the user using the "search" function:

128

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

When the search is complete, PhotoFlash selects the matching thumbnails or, if you selected the Put Results in New Catalog checkbox, creates a new untitled catalog containing copies of all the matching thumbnails, starting with those that most closely resemble the image on which the search was based. In the example shown here, the images that include blue sky or sea are listed first.



Apple PhotoFlash User's Guide [APL630DEF-WH0000008151] at APL630DEF-WH0000008184.

249.    Although the above thumbnails are displayed in a grid format, not in a "list" as required by claim 25, it would have been obvious to modify the software to display information regarding the thumbnails as a list that includes information about the thumbnails, such as the date and time of capture, particularly in light of similar contemporaneous software and other functionality within PhotoFlash itself (*e.g.* list of catalogs described below).  *See, e.g.*, Ricoh PhotoStudio 2.0 User Guide, 1996, Rev. 4/97 [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967, 14968; *see also, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011269.

250.    I understand that Samsung contends that "PhotoFlash also fails to disclose displaying a search mode or a classification mode" and that "[t]o the extent Apple contends that PhotoFlash discloses a 'search mode' because it allows the user to search for images by, for example, searching for specific file names, that search functionality fails to disclose or suggest displaying the claimed list of moving and still image signals."  *See* Samsung's Supp. Response to

129

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Interrogatory No. 38, May 13, 2013, at 138.  Samsung does not explain its basis for this

contention but, in any event, for the reasons stated above, I disagree.

251.    Further, as explained below in Section V.J (Invalidity Based on Lack of Written

Description), in the event that the Court interprets the term "search mode" consistently with the

way in which a person of ordinary skill in the art understands the term "search," (*e.g.*, the ability

to specify some sort of attribute to retrieve a subset of items possessing that attribute), this

limitation is met by Apple PhotoFlash as demonstrated above in Section V.G (Background of the

Technology Relevant to the '449 Patent).

### k)    "a list of classifications as a classification mode"

252.    Apple's PhotoFlash discloses "a list of classifications as a classification mode."

PhotoFlash allows users to create various "catalogs" (*i.e.*, albums) of organized images:



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See* PhotoFlash Screenshot at APL630DEF-WH-A0000015609, 15610; *see also id*. at 15611-15613, 15620, 15625, 15627, 15631; Apple PhotoFlash User's Guide, 1994 [APL630DEF-QH0000008151] at APL630DEF-WH0000008163 ("PhotoFlash allows you to create collections of images called catalogs.  You can use catalogs to organize images that you want to group together. . . . When you open a catalog, you see a series of thumbnails, or small reproductions of the images that it represents.") (emphasis in original).

253.    I understand that Samsung contends that "PhotoFlash also fails to disclose displaying a search mode or a classification mode."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 138.  Samsung does not explain its basis for this contention but, in any event, for the reasons stated above, I disagree.

> **l)** **"wherein said recording circuit records each one of said plurality of image signals with classification data"**

254.    As discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 digital camera includes a "recording circuit" that "records each

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

one of said plurality of image signals with classification data," including the time and date the image was recorded and the type of image recorded (*e.g.*, still or moving image), such that it could later be displayed to users during image playback, and therefore meets this limitation.

255.    I understand that Samsung contends that the RDC-1 does not disclose this limitation.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 139.  For the reasons explained above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), I disagree.

256.    I further understand that Samsung contends that the association of an image with a default location in memory satisfies the "records … with classification data" limitation.  *See* Samsung's Third Amended Infringement Contentions, July 4, 2013, Exhibit G at 7 (arguing that the recording circuit records the identification of the album that contains a particular image when the image is recorded).  I disagree for the same reasons discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio).

257.    Nevertheless, for the same reasons discussed above in Section V.H.1 (Ricoh RDC-1 Digital Camera + ArcSoft PhotoStudio), the Ricoh RDC-1 meets this limitation even under Samsung's apparent construction as set forth in its infringement contentions.

m)    **"said display lists a plurality of classifications and a number of images belonging to each classification"**

258.    As explained above, the Apple PhotoFlash software displays a list of catalogs.  *See, e.g.*, PhotoFlash Screenshot at APL630DEF-WH-A0000015609, 15610; *see also id*. at 15611-15613, 15620, 15625, 15627, 15631; Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-WH0000008163 ("PhotoFlash allows you to create collections of images called **catalogs**.  You can use catalogs to organize images that you

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

want to group together. . . . When you open a catalog, you see a series of **thumbnails**, or small

reproductions of the images that it represents.") (emphasis in original).

259.   The number of images belonging to each classification is displayed for each

catalog:



*See, e.g.*, Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at

APL630DEF-WH0000008172 (annotation added).



CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple PhotoFlash Screenshots at APL630DEF-WH-A0000015610 (annotations added); *see also*

*id.* at 15613, 15620, 15625, 15627.

260.    I understand that Samsung contends that PhotoFlash does not meet this limitation

because "[t]he fact that the software can be manipulated to display several windows on the

screen does not teach or suggest the limitation to a person of ordinary skill in the art."  *See*

Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 138.  I disagree.  As

explained and demonstrated in the screenshots above, PhotoFlash displays a list of catalogs and

multiple catalogs with the number of images belonging to each catalog.  For the same reasons

ArcSoft PhotoStudio meets the limitation "said display lists a plurality of classifications and a

number of images belonging to each classification," as discussed above, PhotoFlash also

discloses this limitation.

> **n)      Claim 27: "A digital camera according to claim 25, wherein
> said classification is able to change by a direction of a user"**

261.    Apple's PhotoFlash, in combination with the Ricoh RDC-1 digital camera,

discloses "[a] digital camera according to claim 25, wherein said classification is able to change

by a direction of a user."  PhotoFlash allows classifications to change at the direction of a user.

For example, PhotoFlash allows users to create "catalogs" in which they could organize their

images:

PhotoFlash allows you to create collections of images called **catalogs.** You can use catalogs to organize images that you want to group together. For example, you could create a catalog that represents all the images you want to use in one issue of a newsletter, or all your photos from a vacation, or all the images for a chapter of a book. You can also manipulate multiple images at the same time from within a catalog.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-

WH0000008163.

262.    Users can add new images to the catalogs:

### Adding image files to a catalog

To add one or more image files to a catalog, you can drag their icons from the Finder desktop into a catalog window or use the Add to Catalog command. This section describes both methods.

If one open catalog includes thumbnails for the image files you want to add to another open catalog, you can copy and paste the thumbnails or drag them between the catalog windows. See "Moving and Copying Thumbnails" later in this chapter for details.

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-

WH0000008168.

263.    Users can move images from one catalog to another, thereby changing the catalog

with which a particular image is associated:

### Moving and copying thumbnails

You can move thumbnails within a catalog by selecting and dragging them. When you drag thumbnails between catalogs, PhotoFlash inserts copies of the thumbnails in the second catalog.

You can also move thumbnails between catalogs by cutting and pasting them.

### Moving or copying thumbnails by dragging

You can drag selected thumbnails either within the same catalog or to a different catalog. If you are copying thumbnails between catalogs, make sure both catalog windows are open and visible on your screen.

To move or copy thumbnails by dragging them, first select the thumbnails (see "Selecting Thumbnails" earlier in this chapter if you need instructions). Then follow these steps:

Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-

WH0000008174.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

264.    I disagree with Samsung's contention that "PhotoFlash does not disclose or suggest that a user can direct a change in classification using only the claimed digital camera." *See* Samsung's Response to Interrogatory No. 38, May 13, 2013, at 139.  PhotoFlash, as demonstrated above, discloses allowing a user to change classifications and, as described below in the section on Other Obviousness Considerations, it would have been obvious to a person of ordinary skill in the art to implement the PhotoFlash software on a digital camera such as the Ricoh RDC-1.

o)        **Other Obviousness Considerations**

265.    I understand that Samsung contends that "[o]ne of ordinary skill would not have combined the teachings of RDC-1 and PhotoFlash" because the "RDC-1is a JPEG-only camera without classification functionality" and "PhotoFlash is a personal computer software program requiring the use of Mac OS [and] does not teach or suggest how to incorporate the functionality of the software into a digital camera supporting audio, video, still images and classifications as claimed."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 136.  I disagree.  It would have been obvious to a person of ordinary skill in the art to implement the PhotoFlash software on the RDC-1.

266.    As explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), it would have been obvious to implement PhotoFlash on a digital camera.  As with ArcSoft's PhotoStudio, PhotoFlash was implemented on several to different computer platforms, having been developed to work with various versions of Mac and Windows computers.  In addition, the idea of running photo organization software on digital cameras was well-known prior to the alleged '449 invention.  A person of ordinary skill in the art would have been motivated to combine the digital camera hardware with software programs, such as Apple's

136

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

PhotoFlash, that organize multimedia images of the RDC-1 to solve the alleged problem of retrieving, grouping, and deleting image data recorded in a digital camera, as described in the '449 patent.

267.   Further, photo organization software that ran on digital cameras and displays similar to the RDC-1's DM-1 LCD screen was well-known.  *See, e.g.,* Matsumoto at Figs. 5, 8, 9:53-56 ("When the operation of the image storage/display unit starts, there appears such a bookshelf type initial screen as shown in FIG. 5.  Picture images are classified into an album 501 which is then arranged in a book shelf 502."), 10:25-27 ("The picture screen 801, immediately after the album list is generated, has pictures arranged in a preset array as shown in FIG. 8.  This is sufficient for usual picture appreciation."); Yamada, ¶ 12 ("By displaying a track map in this manner, it is easy to look for tracks on which a desired classification code is recorded.  Note that it is also possible to display the track map on the LCD 7."); Parulski at 2:32-43 ("[A]n electronic camera [that] captures images representing a variety of subjects and categorizes the image according to subject matter. . . . A processor in the camera has the capability of assigning the plurality of categories to the images captured by the camera, with each category providing subject classification of one or more images.") (emphasis added); *see also* Parulski Dep. at 145:19-146:6 ("Q. So a processor in the digital camera itself is capable of assigning categories to images according to subject classification; correct?  [A.] As I understand the '678, the specific sentences that you've pointed me to, that the processor ***is in the camera***. . . . And it says the processor in the camera has the capability of assigning the plurality of categories to images captured by the camera."), 176:12-177:23 (". . . [T]here is a processor that I believe … had some programmable capability, and there was some firmware that was used as part of the processes that that processor would perform in order to enable the camera to capture images and to store

137

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

images along with categorization information."). Thus, it would have been obvious to implement Apple's PhotoFlash software on the Ricoh RDC-1 digital camera.

268. Indeed, the Ricoh RDC-1 digital camera could hold close to 500 images, so a person of ordinary skill in the art would have been motivated to implement software such as Apple's PhotoFlash on as the Ricoh RDC-1 to provide the user of the camera with the added photo organization functionality.

### 3. U.S. Patent No. 6,104,430 ("Fukuoka") + U.S. Patent No. 5,796,428 ("Matsumoto") + Apple PhotoFlash (Exhibit 3)

#### a) Claim 25: "A digital camera"

269. Fukuoka discloses a digital camera that can record both still and moving images. Fukuoka at Abstract ("A digital electronic camera. . . ."), 3:11-15 ("This digital electronic camera is designed to capture still images but can also capture a series of still images in order to create moving pictures in a similar manner as a cam-corder or video camera captures moving images.").

270. I understand that Samsung contends that Fukuoka discloses a digital camera capable of recording still images, but not video. *See* Samsung's Supp. Response to Interrogatory no. 38, May 13, 2013, at 128. I disagree. Fukuoka expressly states that the digital camera "can also capture a series of still images in order to create moving pictures in a similar manner as a cam-corder or video camera. . . ." Fukuoka at 3:11-15; *see also id.* at 6:41-43 ("The CPU 23 also performs a clock function for recording the date and time of when the audio and video has been captured."), 9:28-31 (incorporating by reference patents directed to audio and video in digital cameras), 13:3-9 ("Each of the features of the present invention can be incorporated into an electronic filmless camera such as the camera described in the specification, the Ricoh DC-1 digital video camera which as both still and moving image recording modes, or any other known

138

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

camera with an electronic image pick up.").  As explained above in Section V.G (Background of

the Technology Relevant to the '449 Patent), digital cameras such as the one described in

Fukuoka record video by capturing a series of still image "frames" at a frame rate that can be

viewed as video during playback.  Samsung does not dispute that Fukuoka discloses a "digital

camera."

### b)   "a lens"

271.    Fukuoka discloses a digital camera that includes "a lens":



*FIG. 1*



*FIG. 6*

Fukuoka at Figs. 1, 6 (annotations added), 3:15 ("The camera 30 includes a lens 7. . . ."), 5:18-

19, claims 1, 28.  I understand that Samsung does not dispute that Fukuoka discloses "a lens."

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

c)      **"an imaging device which converts an optical image into an analog signal"**

272.    Fukuoka discloses a digital camera with "an imaging device which converts an optical image into an analog signal."  Fukuoka discloses a digital camera with a CCD or CMOS image sensor that converts optical images—*i.e.*, light—into an analog signal:



*FIG. 6*

Fukuoka at Fig. 6 (annotation added), 5:18-25 ("An image photographing section 6 of the camera includes … an image photographing element 9 such as a CCD (charge coupled device) or a MOS-type image photographing element. . . . The output of the CCD 9 is transmitted to a circuit 10 which eliminates noise from the analog signal output by the CCD 9.").  I understand that Samsung does not dispute that Fukuoka discloses "an imaging device which converts an optical image into an analog signal."

d)      **"an A/D converter which converts said analog signal from said imaging device to a digital signal"**

273.    Fukuoka discloses a digital camera that includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."  Fukuoka discloses a

digital camera that includes an analog-to-digital converter that converts the analog signals

received from the separate CCD image sensor into digital signals:



Fukuoka at Fig. 6 (annotation added), 5:26-29 ("The output image signal from the image

photographing portion 6 is transferred to an analog-to-digital converter 4 which transmits a

digital signal to a digital signal processing circuit 11. . . ."). I understand that Samsung does not

dispute that Fukuoka discloses an analog-to-digital converter for converting analog signals from

the CCD image sensor to digital signals.

> e)      **"a compressor which compresses said digital signal outputted
>         from said A/D converter, and generates compressed data by
>         using a different compressing method for moving image signals
>         and for still image signals"**

274.    Fukuoka discloses a digital camera that includes "a compressor which compresses

said digital signal outputted from said A/D converter, and generates compressed data by using a

different compressing method for moving image signals and for still image signals."  Fukuoka

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

discloses a digital camera that includes an "image data compression/expansion circuit" that

compresses both still and moving images using different compression methods:



Fukuoka at Fig. 6 (annotation added), 3:11-15 ("This digital electronic camera is designed to

capture still images but can also capture a series of still images in order to create moving pictures

in a similar manner as a cam-corder or video camera captures moving images."), 5:36-38

("Video signals … are output from the digital signal processing circuit 11 as a video signal 26

which is display[ed] by the color LCD panel 31."), 9:28-31 (incorporating by reference patents

directed to audio and video in digital cameras), 13:3-12 ("Each of the features of the present

invention can be incorporated into an electronic filmless camera such as the camera described in

the specification, the Ricoh DC-1 digital video camera which as both still and moving image

recording modes, or any other known camera with an electronic image pick up."); *see also id.* at

3:6-27.

275.    Fukuoka discloses that the compression/expansion circuit can compress images

using any known compression method, including the GIFF or JPEG format for still images and

MPEG format for video/moving images.  Fukuoka at 5:39-43 ("An image data

142

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

compression/expansion circuit 12 can be used to encode and decode the images using known image compression methods which transform the images into and out of compressed formats such as GIFF, JPEG, MPEG or *any other known image compression method*."); *see also id.* at Fig. 11, 9:32-38 (emphasis added).

276.    I understand that Samsung contends that Fukuoka does not "disclose a compressor that implements two methods and uses a different method for images or video." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 128-129.  I disagree.  As explained above, Fukuoka discloses an compression circuit that can perform both JPEG still image compression and MPEG moving image compression.  Fukuoka therefore meets this limitation.

> f)    **"a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"**

277.    Fukuoka discloses a digital camera with  "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal" to memory.  Fukuoka discloses a digital camera with (1) a FIFO circuit where compressed still and moving image data is temporarily stored before being recorded to memory, (2) an interface circuit for outputting compressed image and video data to memory, and (3) a memory card, which, via the card connector, continually stores still and moving image data:

143

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, Fukuoka, Fig. 6 (annotation added), *see also id.* at 3:17-20 ("The camera 30 includes a card connector 17 for receiving two PCMCIA type cards such as a memory card 16 and an input/output (I/O) card 15. . . ."), 5:54-55 ("From interface circuit 13, images and audio are output to memory card 16 or I/O card 15."), 8:37-49 ("[W]hen the image compression or encoding begins, a start command is received from the side of the memory card 16, the image data compressed in real time in the JPEG (Joint Photographic Expert Group) format is written in the FIFO circuit 13. . . . The image data recorded in the FIFO circuit 13 in the next field are transmitted with high speed to the memory card 16 funcitoning as a recording medium by a direct memory access (DMA) transferring process."), 1:19-21 ("The present invention relates to digital electronic cameras including still cameras and cameras capable of recording a series of images.").

278.     I understand that Samsung contends that Fukuoka does not disclose or suggest the claimed "recording circuit" because it "does not disclose a digital camera capable of capturing

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

both still images and video" and therefore "does not disclose a recording circuit which records both still images and video in memory."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 129.  I disagree.

279.    As explained above, Fukuoka discloses the claimed "recording circuit which records compressed data, said compressed data including  a moving image signal, and a still image signal."  Fukuoka discloses a digital camera capable of recording still images using JPEG compression and moving images using MPEG compression, among other known compression methods.  *See, e.g.*, Fukuoka at 3:11-15 ("This digital electronic camera is designed to capture still images but can also capture a series of still images in order to create moving pictures in a similar manner as a cam-corder or video camera captures moving images."), 5:39-43 ("An image data compression/expansion circuit 12 can be used to encode and decode the images using known image compression methods which transform the images into and out of compressed formats such as GIFF, JPEG, MPEG or any other known image compression method."), 13:3-8 ("Each of the features of the present invention can be incorporated into an electronic filmless camera such as the camera described in the specification, the Ricoh DC-1 digital video camera which as both still and moving image recording modes, or any other known camera with an electronic image pick up.").  Therefore, Fukuoka meets this limitation.

g)    **"a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

280.    Fukuoka discloses a digital camera that includes "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal."  Fukuoka discloses a digital camera that includes an expansion circuit that performs

145

decompression of the compressed still and moving images using different decompression methods for each.  Specifically, Fukuoka discloses compression/expansion circuit 12:



Fukuoka at Fig. 6 (annotation added).

281.    Fukuoka explains:

> Compressed images which are stored in the memory card 16 may be read out of the memory card 16 through the card interface circuit 14 and stored in the FIFO circuit 13. The compressed images are subsequently transferred to the image data compression/expansion circuit 12 which **decodes or expands the compressed image signals** and transfers the signals to the digital signal processing circuit 11.

Fukuoka at 6:10-16 (emphasis added); *see also id.* at 9:9-21, Fig. 12.

282.    As explained above, Fukuoka discloses several standard methods for image compression and decompression, including the GIFF and JPEG formats for still images and the MPEG format for video.  Fukuoka at 5:39-43 ("An image data compression/expansion circuit 12 can be used to encode and decode the images using known image compression methods which transform the images into **and out of compressed formats such as GIFF, JPEG, MPEG or any other known image compression method**.") (emphasis added).

146

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

283.    I understand that Samsung contends that Fukuoka "does not disclose a digital camera capable of capturing both still images and video" and therefore "does not disclose a decompressor which decompresses images or video using different methods." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 129.  However, as I explained above, Fukuoka unequivocally discloses compressing and recording both still and moving images according to at least the JPEG and MPEG standards, and further discloses ***decompressing*** the previously-compressed JPEG and MPEG files using an expansion circuit.  *See, e.g.*, Fukuoka at 3:11-15 ("This digital electronic camera is designed to capture still images but can also capture a series of still images in order to create moving pictures in a similar manner as a cam-corder or video camera captures moving images."), 5:39-43 ("An image data compression/***expansion*** circuit 12 can be used to encode and decode the images using known image compression methods which transform the images into ***and out of*** compressed formats such as GIFF, JPEG, MPEG or any other known image compression method.") (emphasis added).  Therefore, Fukuoka meets this limitation.

> **h)     "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal"**

284.    Fukuoka discloses a digital camera that includes "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal."  For example, Fukuoka discloses a digital camera that includes circuitry for reproducing both still and moving images with synchronous sound:

147

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*FIG. 6*

Fukuoka at Fig. 6 (annotations added).

285.    Fukuoka states:

FIG. 12 illustrates a system timing diagram when the ***image and audio data are read
from the memory card*** (or I/O card) and are decoded or expanded by the camera. In FIG.
12, the quantized Huffman table used during encoding and decoding is transferred to the
image expanding portion of the image data compression/expansion circuit 12. ***The
compressed images and audio information are transferred via DMA from the memory
card to the corresponding FIFO of the FIFO circuit 13.*** The CPU 23 then issues an
instruction to start expansion in order to decode the image and audio information.
Subsequent image information is read and transferred via DMA.

Fukuoka at 9:9-21 (emphasis added); *see also id.* at Fig. 12.

286.    With respect to still and moving images, Fukuoka explains:

Compressed images which are stored in the memory card 16 may be read out of the
memory card 16 through the card interface circuit 14 and stored in the FIFO circuit 13.
The compressed images are subsequently transferred to the image data
compression/expansion circuit 12 which decodes or expands the compressed image
signals and transfers the signals to the digital signal processing circuit 11.  In the digital
signal processing circuit, the luminance and color difference signals are transformed to a
NTSC signal and output as a video signal.

Fukuoka at 6:10-19 (emphasis added).

148

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

287.    With respect to the audio information associated with moving images, Fukuoka explains:

> Compressed audio information is similarly read out of the memory card 16 and written into the FIFO circuit 13.  The encoded audio signals are transferred to the audio data compression/expansion circuit 3 where they are converted to an uncompressed digital form, converted to an analog form by the digital-to-analog converter 5, and amplified and filtered by the amplifier filter 2b.  The converted signal is output as the audio signal.

Fukuoka at 6:20-27.

288.    Thus, Fukuoka discloses a digital camera with "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal."  I understand that Samsung does not dispute that Fukuoka meets this claim limitation.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 128-131.

> **i)    "a display which displays said moving image signals and still image signals outputted from said reproducing circuit"**

289.    Fukuoka discloses a digital camera that includes "a display which displays said moving image signals and still image signals outputted from said reproducing circuit."  For example, Fukuoka discloses a digital camera that includes an optionally detachable display that allows users to view previously-stored still and moving images from memory:



*FIG. 1*

Fukuoka at Fig. 1 (annotation added); *see also id.* at 3:22-27 ("Connected to the camera 30 is an audiovisual monitoring device including a color LCD panel 31 and an audio speaker 32.  Images captured through the lens 7 and from images stored in the memory card 16 along with audio can

149

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

be displayed and played on the LCD panel 31 and speaker 32, respectively."), 5:36-38 ("Video signals … are output from the digital signal processing circuit 11 as video signal 26 which is display[ed] by the color LCD panel 31."), Fig. 6.  Moreover, Fukuoka explains that "the features of the present invention can be incorporated into an electronic filmless camera such as the camera described in the specification, the Ricoh DC-1 digital video camera, which has both still and moving image recording modes, or any other known camera with an electronic image pick up."  Fukuoka at 13:3-7.  As explained above in Section V.H.1 (Ricoh RDC-1 + ArcSoft PhotoStudio), the Ricoh RDC-1 includes an LCD screen:



290.    In addition, the digital camera disclosed by Fukuoka could be viewed on a desktop computer, such as a PC or Mac, if the digital camera is connected to the computer or remotely transmits images and videos to the computer.  *See* Fukuoka at 4:8-41, Figs. 3, 4.

291.    Matsumoto[8] similarly describes a digital camera with an optionally detachable display:

---

[8]      In its Supplemental Response to Interrogatory No. 38, Samsung contends (with respect to the Casio QV-10 + PhotoFlash in view of Ricoh RDC-1 and U.S. Patent No. 5, 633,678 + Apple PhotoFlash in view of Ricoh RDC-1 combinations) that PhotoFlash does not meet the "display which displays said moving image signals and still image signals" limitation because it purportedly "fails to disclose support for videos."  *See* Samsung's Response to Interrogatory No. 38, July 15, 2013, at 54-55, 58.  Samsung did not assert this argument with respect to the

150

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





Fukuoka + Matsumoto + Apple PhotoFlash combination.  In the event that Samsung is permitted to present this additional theory as to why the Fukuoka + Matsumoto + Apple PhotoFlash combination does not meet the "display" limitation, I disagree.  It would have been obvious to use the software described in Matsumoto and Apple PhotoFlash with moving images in addition to still images.  Indeed, it was well-known that any number of file types could be organized into various files or folders.  *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011299; *see also* Windows 95 User's Manual, 1995 [APL630DEF-WH0000027571] at APL630DEF-WH0000027611.  PhotoFlash itself stored images as files "just like other Macintosh documents," thus there was nothing special about the particular format of an image file.  Apple PhotoFlash User's Guide [APL630DEF-WH00000008151] at APL630DEF-WH00000008185.  Therefore, it would have been trivial to allow other file types, such as moving images (which are simply a series of still images), to be organized using PhotoFlash or the software disclosed in Matsumoto.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Matsumoto at Figs. 1, 3 (annotation added); *see also id.* at 8:22-24 ("The display 113, which displays the picture data thereon, comprises, e.g., a color liquid crystal display (LCD)."). It would have been obvious to combine the teachings of Fukuoka and Matsumoto, as explained further below in this section.

292.    I understand that Samsung contends that Fukuoka and Matsumoto do not include the claimed "display" because they disclose a digital camera with an "external, optional" display that may be detached from the body of the camera. I disagree. The LCDs disclosed by both Fukuoka and Matsumoto operate with the digital cameras' image capture components as a single unit. A detachable display merely provides the user the convenient option of detaching the display when not needed to lower the weight and power consumption of the combined device. Indeed, an optionally detachable display provides a feature ***in addition*** to that provided by a non-detachable display.

293.    Nevertheless, as explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), it would have been obvious to use a non-detachable display with the digital cameras disclosed by Fukuoka and/or Matsumoto. Digital cameras with non-detachable displays, such as the Casio QV-10, were well-known and on-sale prior to the alleged '449 invention. Further, as demonstrated by the release of the Sony DSC-F1 digital camera, industry trends wholly unrelated to the '449 invention were resulting in the development of additional cameras with non-detachable displays. Thus, in light of the state of the art, a person of ordinary skill would have known how to modify Fukuoka and/or Matsumoto to include a non-detachable, rather than optionally detachable, display.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

        **j)**    **"a list of said moving image signal and still image signal as a
search mode"**

294.    As discussed below in Section V.J (Invalidity for Lack of Written Description),
this limitation lacks adequate written description support.  Under Samsung's apparent
construction of the limitation "a list of said moving image signal and still image signal as a
search mode" as set forth in its infringement contentions, and as discussed above in Section V.G
(Background of the Technology Relevant to the '449 Patent), Matsumoto discloses or renders
obvious this limitation.  The digital camera described in Matsumoto allows users to view and
browse through thumbnail images.

295.    Matsumoto allows users to view multiple thumbnails on a screen at once in a grid
format:



Matsumoto, Fig. 8; *see also id.* at 10:25-27 ("The picture screen 801, immediately after the
album list is generated, has pictures arranged in a preset array as shown in FIG. 8.  This is
sufficient for usual picture appreciation.").

153

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

296.    In addition, Matsumoto allows users to view multiple thumbnails on a screen at once in a grid format along with various image attribute data, such as the date the image was recorded:





154

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Matsumoto, Figs. 9, 25; *see also id.* at 12:51-53 ("FIG. 25 is an example of a screen when the album is opened on pages 1 and 2, in which not only pictures but also page numbers and page attributes are shown."), Fig. 30.

297.   Although the above thumbnails are displayed in a grid format, not in a "list" as required by claim 25, it would have been obvious to modify the software to display information regarding the thumbnails as a "list" (*e.g.*, information regarding the date and time of capture, along with a mark showing whether the thumbnails represent videos or still images).  Indeed, Matsumoto states that "[i]t is practical that an album includes a plurality of **picture lists** and each of the **picture lists has at least the file number and picture number**."  Matsumoto at 5:10-12 (emphasis added).  Further, as explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), before and around the time of the alleged '449 invention on April 17, 1996, similar software for organizing images and other files into albums included options for displaying the data in a "list" format as opposed to a grid.  *See, e.g.*, Ricoh PhotoStudio 2.0 User Guide [APL630DEF-WH-A0000014950] at APL630DEF-WH-A0000014967-14968 (describing how to change display from "gallery view" to a "list view"); The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-00630-011269 (describing how to change Windows 95 large icon folder view into a "List" view).

298.   Finally, as explained in Section V.G (Background of the Technology Relevant to the '449 Patent), the photo organization software disclosed in Matsumoto could be used to display both still and moving images on the display disclosed in Fukuoka.  It would have been obvious to use the software described in Matsumoto with moving images in addition to still images.  Indeed, it was well-known that any number of file types could be organized into various files or folders.  *See, e.g.*, The Way Windows 95 Works, 1995 [MSFT-00630-011242] at MSFT-

155

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

00630-011299; *see also* Windows 95 User's Manual, 1995 [APL630DEF-WH0000027571] at

APL630DEF-WH0000027611.  It would have been trivial to organize other file types, such as

moving images (which are simply a series of still images), using the software disclosed in

Matsumoto.

299.    I understand that Samsung contends that Matsumoto does not disclose this

limitation because "Figure 8 merely shows two pages of a Matsumoto album stored in the

Matsumoto storage and display unit, not in a digital camera" and "[t]o reach Figure 8, the user of

the storage and display unit must first select a  book from the Matsumoto bookshelf, and then

select a page corresponding to a desired album."  *See* Samsung's Supp. Response to

Interrogatory No. 38, May 13, 2013, at 129.  I disagree.  Claim 25 says nothing regarding how

the user arrives at the claimed "list … as a search mode" display.  Under Samsung's apparent

constructions based on its infringement contentions, Matsumoto discloses a browseable set of

thumbnail images.  Further, the photo organization software of Matsumoto runs on the display

unit portion of the digital camera, and the same is true when that software is applied to the digital

camera of Fukuoka.

300.    As discussed above in Section V.H.2 (Ricoh RDC-1 + Apple PhotoFlash),

Apple's PhotoFlash also meets this limitation under Samsung's apparent constructions as set

forth in its infringement contentions.

**k)     "a list of classifications as a classification mode"**

301.    Matsumoto discloses a digital camera that displays "a list of classifications as a

classification mode."  Matsumoto discloses classifying recorded images into albums.  *See, e.g.*,

Matsumoto at 3:22-29 ("When it is desired to display the picture data, the data is classified and

displayed in the form of an album on the basis of the attribute and album data. . . . Upon

156

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

arranging pictures, it is often that the pictures are classified according to themes such as athletic meeting or travel abroad.").  Matsumoto discloses displaying a list of albums in a "book shelf" format:



FIG. 5

Matsumoto at Fig. 5; *see also id.* at 9:53-56 ("When the operation of the image storage/display unit starts, there appears such as book-shelf type initial screen as shown in FIG. 5.  Picture images are classified into an album 501 which is then arranged in a book shelf 502.").  Further, albums can be divided into sub-folders within an album:

157

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

# FIG. 7



Matsumoto at Fig. 7; *see also id.* at 10:17-24 ("In FIG. 6, when the user clicks the page-leafing icon 604, this causes such a contents screen 701 as shown in FIG. 7 to appear.  The contents screen is made up of icons each having a pair of contents name and page. . . . Clicking the contents icon or the page-leafing icon 604 causes such a picture screen 801 as shown in FIG. 8 to appear.").

302.    I disagree with Samsung's contention that Matsumoto fails to disclose this limitation because "Figure 5 simply shows a table of contents for a Matsumoto bookshelf."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 130.  Samsung does not explain its basis for this contention but, in any event, for the reasons stated above, I disagree. Matsumoto meets this limitation.

303.    Finally, as discussed above in Section V.H.2 (Ricoh RDC-1 + Apple PhotoFlash), Apple's PhotoFlash meets this limitation.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

l)      **"wherein said recording circuit records each one of said plurality of image signals with classification data"**

304.    Matsumoto discloses a digital camera that includes a "recording circuit" that "records each one of said plurality of image signals with classification data."  Matsumoto discloses a digital camera that records images "with classification data," including the time and date the image was recorded, the location where the image was recorded, and the classification for the album to which the image will be assigned.

305.    For example, Matsumoto discloses assigning images to particular albums when they are recorded:

> An example of how to generate an album list will be shown with use of FIGS. 21, 22, and 12.  In the attribute data shown in FIG. 12, the shooting dates belonging to the picture numbers 14 and 24 are consecutive so that these pictures can be classified into a theme, e.g. "trip".  Thus, the user specifies the system in such a manner that the pictures having consecutive dates from 13-rd are combined and applied with different pages for different dates to generate an album.

Matsumoto at 12:24-32; *see also id.* at 8:18-19 ("Album data is created on the basis of the picture and attribute data received at the storage unit 109.").  Figure 12 shows an example of attribute data that is used to create an album consisting of images captured during a given time period:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

## FIG. 12

| PICTURE NUMBER | YEAR | MONTH | DAY | TIME |
|---|---|---|---|---|
| 01 | 92 | 12 | 21 | 1344 |
| 02 | 92 | 12 | 24 | 2132 |
| 03 | 92 | 12 | 24 | 2150 |
| 04 | 92 | 12 | 24 | 2210 |
| 05 | 92 | 12 | 25 | 0753 |
| 06 | 92 | 12 | 28 | 0926 |
| 07 | 93 | 01 | 01 | 0534 |
| 08 | 93 | 01 | 01 | 0627 |
| 09 | 93 | 01 | 01 | 1009 |
| 10 | 93 | 01 | 01 | 1013 |
| 11 | 93 | 01 | 02 | 1326 |
| 12 | 93 | 01 | 02 | 1342 |
| 13 | 93 | 01 | 02 | 1447 |
| 14 | 93 | 01 | 13 | 1022 |
| 15 | 93 | 01 | 13 | 1635 |
| 16 | 93 | 01 | 13 | 1922 |
| 17 | 93 | 01 | 14 | 0855 |
| 18 | 93 | 01 | 14 | 1042 |
| 19 | 93 | 01 | 14 | 1155 |
| 20 | 93 | 01 | 14 | 1331 |
| 21 | 93 | 01 | 14 | 1911 |
| 22 | 93 | 01 | 14 | 2033 |
| 23 | 93 | 01 | 15 | 1125 |
| 24 | 93 | 01 | 15 | 1356 |
| 25 | 93 | 02 | 05 | 1013 |
| 26 | 93 | 02 | 06 | 0832 |

Matsumoto, Fig. 12.

306.     In addition, Matsumoto discloses a digital camera in which certain "attribute data" is stored with captured images, including the time and date the image was captured:

> These picture and attribute data are temporarily stored in the storage within the image capturing unit and then transferred to the image storage/display unit. **In the image storage/display unit, the received picture and attribute data are once stored**. Further, the image storage/display unit generates album data for classification and display on the basis of attribute data. When it is desired to display the picture data, the data is classified and displayed in the form of an album on the basis of the attribute and album data.

Matsumoto at 3:16-22 (emphasis added).

> In the first aspect of the invention, each time a picture image is shot, its **date and time are previously recorded as attribute data**.

Matsumoto at 3:36-38 (emphasis added).

> **The attribute data includes at least one** of image shooting condition data, **image shooting time data** and user input identification data, the film number and picture number are selectively extracted from the file list stored in the second storage means on the basis of the data to form a picture list of a pair of the extracted file and picture numbers, and a

160

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

plurality of picture lists from the album.  Thus the user can edit and classify the albums according to themes inputted by the user.

Matsumoto at 5:33-41.

> *The data and time when picture image data is captured are used as an attribute data* of the picture image data, so that *the attribute data is store in the storage unit 104 together with the picture image data*.

Matsumoto at 7:53-56 (emphasis added).

FIG. 11 shows details of one of the plurality of picture data 1001.  The picture data 1001 is made up of image data 1101 indicative of the image data itself and attribute data 1102 indicative of data associated with the image data.  That is, the image data 1101 is the data itself of the image captured by the image capturing unit, while the attribute data 1102 is the data of attributes relating to the image.  In the first embodiment, *the attribute data 1102 contains a picture number 1103 applied to an associated picture in its shooting date order as well as a shooting year 1104, a shooting month 1005, a shooting day 1006 and a shooting time 1107 of the picture* issued from the clock 107 of FIG. 1.

Matsumoto at 10:39-50 (emphasis added).  This attribute data is shown in Fig. 11:



Matsumoto, Fig. 11; *see also id.* at Fig. 25.

307.    Finally, Matsumoto also discloses storing additional attribute data—such as location data—with images in the digital camera:

> In the third aspect, when a picture image is shot, its shooting place is previously recorded as its attribute data.  The image storage/display unit automatically classifies and displays such pictures on the basis of the shooting place attribute data and album data generated based on the attribute data.  For example, when it is desired to make an album of travel

161

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

abroad, an entire album is produced in accordance with the first embodiment and pictures in the album are classified according to the shooting places, e.g., streets by means of the third embodiment.

Matsumoto at 3:56-65.

308.    I understand that Samsung does not dispute that Matsumoto meets this limitation.

> m)    **"said display lists a plurality of classifications and a number of images belonging to each classification"**

309.    It would have been obvious to modify Matsumoto in light of the prior art to display a number of images belonging to each album.  For example, the software could be modified such that the number of images in each album on the book shelf screen of Figure 5 is displayed next to the title of each album.  Similarly, the screen showing the thumbnail images within an album could be modified to display the number of images in that album.

310.    Apple's PhotoFlash software confirms that a person of ordinary skill would have known that the software of Matsumoto could be modified to display the number of images in an album.  As shown below, software algorithms for determining and displaying the number of files within a particular folder structure, such as an album, were well-known prior to the alleged '449 invention on April 17, 1996:



Apple PhotoFlash User's Guide, 1994 [APL630DEF-WH0000008151] at APL630DEF-WH0000008172 (annotation added).

162

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Apple PhotoFlash Screenshots at APL630DEF-WH-A0000015610 (annotation added); *id.* at
15613, 15620, 15625, 15627.

311.    Thus, it would have been obvious to a person of ordinary skill in the art to modify
the screens displayed by software of Matsumoto to similarly include an algorithm for counting
the number of images in each folder and displaying that number on the book-shelf and album
screens.  *See also* Section V.G (Background of the Technology Relevant to the '449 Patent)
above (describing other examples of software for counting an displaying the number of images in
an album or folder, including ArcSoft's PhotoStudio and Microsoft Windows 95).

312.    I understand that Samsung contends that PhotoFlash does not meet this limitation
because "[t]he fact that the software can be manipulated to display several windows on the
screen does not teach or suggest the limitation to a person of ordinary skill in the art."  *See*
Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 130.  I disagree.  As
explained and demonstrated in the screenshots above, PhotoFlash displays a list of catalogs and

163

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

multiple catalogs with the number of images belonging to each catalog.  For the same reasons ArcSoft PhotoStudio meets the limitation "said display lists a plurality of classifications and a number of images belonging to each classification," as discussed above, PhotoFlash also discloses this limitation.  Further, only the algorithm for counting and displaying the number of files in an album need be applied to the software disclosed in Matsumoto and, for the reasons stated above, this trivial modification have been obvious to a person of ordinary skill in the art.

313.    I understand that Samsung does not dispute that one of ordinary skill in the art would have combined Apple PhotoFlash with Matsumoto and/or Fukuoka.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 128 ("One of ordinary skill would not have combined the teachings of Fukuoka and Matsumoto. . . .").  Regardless, the algorithm for counting and displaying the number of files—whether they are still images, moving images, or otherwise—is simple, and it would have been relatively easy for a person of ordinary skill in the art to write.  Further, particularly given the presence of this feature in other commercially available products, a person of ordinary skill in the art would have been motivated to modify Matsumoto in this manner to provide users with the convenience of knowing how many images are in a particular folder, which allows the user to gauge how difficult it might be to find a particular image within the folder.

### n)    Claim 27: "A digital camera according to claim 25, wherein said classification is able to change by a direction of a user"

314.    Matsumoto discloses a digital camera that allows users to assign classifications to images, and "wherein said classification is able to change by a direction of a user."  *See, e.g.*, Matsumoto at 5:39-41 ("Thus the user can edit and classify the albums according to themes inputted by a[] user.").

164

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

315.    Apple's PhotoFlash also discloses "[a] digital camera according to claim 25, wherein said classification is able to change by a direction of a user." PhotoFlash allows classifications to change at the direction of a user. For example, Apple's PhotoFlash allows users to create "catalogs" in which they could organize their images:

PhotoFlash allows you to create collections of images called **catalogs**. You can use catalogs to organize images that you want to group together. For example, you could create a catalog that represents all the images you want to use in one issue of a newsletter, or all your photos from a vacation, or all the images for a chapter of a book. You can also manipulate multiple images at the same time from within a catalog.

Apple PhotoFlash User's Guide, 1994, at APL630DEF-WH0000008163.

316.    Users could add new images to the catalogs:

**Adding image files to a catalog**

To add one or more image files to a catalog, you can drag their icons from the Finder desktop into a catalog window or use the Add to Catalog command. This section describes both methods.

If one open catalog includes thumbnails for the image files you want to add to another open catalog, you can copy and paste the thumbnails or drag them between the catalog windows. See "Moving and Copying Thumbnails" later in this chapter for details.

Apple PhotoFlash User's Guide, 1994, at APL630DEF-WH0000008168.

317.    Users could move images from one catalog to another, thereby changing the catalog with which a particular image is associated:

165

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### Moving and copying thumbnails

You can move thumbnails within a catalog by selecting and dragging them. When you drag thumbnails between catalogs, PhotoFlash inserts copies of the thumbnails in the second catalog.

You can also move thumbnails between catalogs by cutting and pasting them.

### Moving or copying thumbnails by dragging

You can drag selected thumbnails either within the same catalog or to a different catalog. If you are copying thumbnails between catalogs, make sure both catalog windows are open and visible on your screen.

To move or copy thumbnails by dragging them, first select the thumbnails (see "Selecting Thumbnails" earlier in this chapter if you need instructions). Then follow these steps:

Apple PhotoFlash User's Guide, 1994, at APL630DEF-WH0000008174.  I understand that Samsung does not dispute that Apple PhotoFlash meets the limitation "wherein said classification is able to change by a direction of a user."

318.   I disagree with Samsung's contention that neither Matsumoto nor PhotoFlash discloses "that a user can direct a change in classification using only the claimed digital camera." *See* Samsung's Response to Interrogatory No. 38, May 13, 2013, at 131.  Both Matsumoto and PhotoFlash, as demonstrated above, disclose allowing a user to change classifications.  The functionality allowing the user to change classifications is implemented in the display portion of the digital camera of Matsumoto and it would have been obvious to a person of ordinary skill in the art to implement the PhotoFlash software on a digital camera such as the one disclosed in Fukuoka or Matsumoto.

#### o)    Other Obviousness Considerations

319.   I understand that Samsung contends that one of ordinary skill in the art would not have combined the teachings of Fukuoka and Matsumoto because "Fukuoka is directed at an

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

input/output interface to a camera which can be used to communicate with external equipment" and "Matsumoto is directed at a photography system which consists of a storage and display unit external to a camera. . . ." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 128. I disagree. A person of ordinary skill in the art would have been motivated to combine the teachings of Fukuoka and Matsumoto for several reasons.

320. First, both Fukuoka and Matsumoto are directed to the same type of device, namely, a digital camera with an optionally detachable LCD screen. Both teach numerous common components and functionality, including lenses, CCD image sensors, compression and expansion/decompression of images, LCD screens for viewing stored images, and storing classification information with images (*see, e.g.*, Fukuoka at 6:41-47; Matsumoto at 3:36-38, 7:53-56, Fig. 11). It would have been obvious to take the teachings of these two similar devices and combine them into a single device.

321. Second, adding the photo organization software of Matsumoto to the digital camera disclosed by Fukuoka would allow users to organize their images into various albums for easier retrieval at a later time. Similarly, a person of ordinary skill in the art would have combined Matsumoto with the digital camera of Fukuoka to take advantage of the hardware components of the digital camera disclosed in Fukuoka, including the ability to record still and moving images, and to compress those files using JPEG and MPEG, respectively.

322. Finally, as explained above in connection with the "number of images" limitation, a person of ordinary skill in the art would have been motivated to apply the algorithm for counting and displaying the number of images in a given album as taught by Apple's PhotoFlash to the photo organization software of the digital camera disclosed by Matsumoto to provide users with information regarding the number of files in a particular album.

167

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**4.      U.S. Patent No. 5,444,483 ("Maeda") + U.S. Patent No. 5,796,428 ("Matsumoto") + Apple PhotoFlash (Exhibit 4)**

   **a)      Claim 25: "A digital camera"**

323.    Maeda discloses a digital camera capable of recording both still and moving images.  Maeda at Title ("Digital Electronic Camera Apparatus for Recording **Still** Video Images **and Motion** Video Images") (emphasis added), Fig. 1.  I understand that Samsung does not dispute that Maeda discloses a "digital camera."

   **b)      "a lens"**

324.    Maeda discloses a digital camera that includes "a lens":



*FIG. 1*

*See, e.g.*, Maeda at Fig. 1 (annotation added).

168

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



FIG. 2

Maeda at Fig. 2 (annotation added); *see also id.* at 2:34-37, 1:11-13, 3:40-43.  I understand that

Samsung does not dispute that Maeda discloses "a lens."

### c) "an imaging device which converts an optical image into an analog signal"

325.    Maeda discloses a digital camera with "an imaging device which converts an

optical image into an analog signal."  Maeda discloses a digital camera with a CCD image sensor

that converts optical images—*i.e.*, light—into an analog signal:



FIG. 1

Maeda at Fig. 1 (annotation added).

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



Maeda at Fig. 2 (annotation added); *see also id.* at 2:34-39 ("An input light, which is an input image signal, is input from a lens 1 and is converted to an electronic signal and the charge of the signal is stored in CCD 2. The charge is outputted by raster scan as a CCD signal which is an electronic signal of the input image signal."). I understand that Samsung does not dispute that Maeda discloses "an imaging device which converts an optical image into an analog signal."

> **d)   "an A/D converter which converts said analog signal from said imaging device to a digital signal"**

326.    Maeda discloses a digital camera with "an A/D converter which converts said analog signal from said imaging device to a digital signal." Maeda discloses a digital camera with an analog-to-digital converter that converts the analog signals received from the separate CCD image sensor into digital signals:

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Maeda at Fig. 1 (annotation added).



Maeda at Fig. 2 (annotation added); *see also id.* at Abstract ("An analog/digital converter converts the analog signal into a digital signal. . . ."), 1:52-59 ("These and other objects and advantages of the present invention are achieved in the present invention which provides for a digital electronic camera apparatus comprising … analog/digital converting means for converting the analog signal to an output digital signal. . . ."), 2:40-42 ("The CCD signal is converted to a digital signal in A/D converter 2.").  I understand that Samsung does not dispute that Maeda discloses "an A/D converter which converts said analog signal from said imaging device to a digital signal."

171

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

e)   **"a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

327.   Maeda discloses or renders obvious a digital camera that includes "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals."  For example, Maeda discloses a digital camera that includes a "compression circuit" that compresses both still and moving images:



Maeda at Fig. 1 (annotation added).



172

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Maeda at Fig. 2 (annotation added); *see also id.* at Abstract ("A compressing circuit compresses the signal. . . ."), 1:10-13 ("The present invention particularly relates to a digital electronic camera apparatus which compresses a digital video signal and then records it in recording media."), 2:34-53 ("The CCD signal is converted to a digital signal in the A/D converter 4. . . . These signals are then compressed in the compression circuit 7 and are then recorded in a record media, which, in FIG. 1 is shown as a memory card 11 as an example. . . .").

328.    The compression of still and moving images requires a different compression method for still images than for moving images, *e.g.*, video, and therefore Maeda discloses two different compression methods.

329.    I understand that Samsung contends that Maeda does not meet this limitation because "Apple has not identified two different compression methods used by Maeda" and that it "uses the same compression for both single still images and a series of still images." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.  I disagree.  As stated above, a digital camera that records compressed still images and moving images (*e.g.*, videos) uses a different compressing method for still images than it does for moving images.  Although Maeda does not specify different standards for compressing still and moving images, such as JPEG, Motion-JPEG, or MPEG, Maeda discusses various compression schemes in detail.  *See, e.g.*, Maeda at 4:42-52, 5:56-62.

330.    Regardless, it would have been obvious to a person of ordinary skill in the art to implement ***any*** of the still or moving image compression methods that were well-known to persons of ordinary skill in the art at the time of the alleged '449 invention into the digital camera disclosed in Maeda.  Persons of ordinary skill in the art had numerous options for

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

methods of still and moving image compression, including JPEG, GIFF, H.261, MPEG-1,

MPEG-2, AVI, Motion-JPEG, or any other similar method or standard.

331.    As explained above in Section V.G (Background of the Relevant to the '449

Patent), various compression standards for both still and moving images were well-known and

interchangeable.  For example, JPEG was a well-known method for compressing still images,

and a person of ordinary skill in the art would have known how to apply the JPEG compression

method to the digital camera disclosed by Maeda.

332.    Similarly, Motion-JPEG and MPEG were both well-known standards for moving

image compression.  *See, e.g.*, Cruz at Fig. 3B (disclosing MPEG and M-JPEG compression

methods), 11:30-36 ("Original tracks 2 and 3, comprising video of the lecturer and trainees,

respectively, are compressed using the Motion Picture Expert Group (MPEG) technique with a

100 to 1 compression ratio.  Original track 4, comprising video of the view graphs, is

compressed using the Motion Joint Photographic Expert Group (M-JPEG) technique with a 5 to

1 compression ratio."); *see also, e.g.*, Hitachi MPEG Basic Presentation, Jan. 24, 1996

[HIT00180] at HIT00184 (describing "Video Compression" and listing M-JPEG and MPEG-1).

A person of ordinary skill in the art would have known how to apply either the JPEG, M-JPEG

or MPEG method of still and moving image compression to the digital camera disclosed by

Maeda.  Indeed, as the '449 patent explains, "[t]he MPEG compression data process and the

JPEG compression data process have the same common points, so that the use of both the data

formats may effectively save the circuit scale."  '449 patent at 4:16-19.  As Samsung's

consultant in this case acknowledges, the same components are used to implement a variety of

compression methods.  *See* Parulski Dep. at 94:13-96:6 (explaining that a Huffman encoder "is

used in conjunction with other processes *in a variety of compression methods*, including some

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

image compression methods. . . . In my experience, generally Huffman encoding can be used with various types of compression. . . . In general, I believe the images could be – that are compressed could be part of a motion sequence. . . .") (emphasis added), 240:5-11 ("[M]y understanding of motion JPEG is that the same compression method, meaning the same DCT algorithm and Huffman coding and so on as you had described earlier, is used.  That is the same as is used in JPEG to compress a single still image.").  Therefore, given the similarity between the components involved in implementing different compression methods, it would have been trivial to use any one of the well-known compression methods or standards with the hardware used in the digital camera disclosed by Maeda.

333.    In addition, Maeda was assigned to Ricoh Co. Ltd.  Around the same time Maeda was filed and published by the PTO, Ricoh had (1) filed other digital camera patent applications that disclosed using JPEG compression for still images and MPEG compression for moving images (*see, e.g.*, Fukuoka at 5:39-43), and (2) announced a digital camera product that used JPEG compression for still images and video-JPEG compression for moving images (*see, e.g.* description Ricoh RDC-1 digital camera in Section V.H.1 (Ricoh RDC-1 + ArcSoft PhotoStudio) above).  Thus, it would have been obvious to a person of ordinary skill in the art to use JPEG, Motion-JPEG, and/or MPEG compression methods in the digital camera disclosed by Maeda, particularly in light of the knowledge possessed by others at the same company.

   f)    **"a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"**

334.    Maeda discloses a digital camera that includes "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal" to memory:

175

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*FIG. 1*

Maeda at Fig. 1 (annotation added).



*FIG. 2*

Maeda at Fig. 2 (annotation added); *see also id.* at Fig. 4, Abstract ("A recording device records

the signal from the compressing circuit to a recording media."), 1:8-13 ("This invention relates to

a digital electronic camera apparatus which picks up an image and records it in recording media.

The present invention particularly relates to a digital electronic camera apparatus which

compresses a digital video signal and then records it in recording media."), 2:49-53 ("These

signals are then compressed in the compression circuit 7 and are then recorded in a record media,

176

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

which in FIG. 1 is shown as a memory card 11 as an example.  This sequence and operation is controlled by CPU 10.").

335.    Maeda discloses a recording circuit for recording still images:

First, the case of recording *still* video will be described. The input light from the lens 1 is converted to a digital signal by way of the above described process. This digital signal is inputted to the memory 5 side in the switching circuit 17. At this time, the switching circuit 18 switches to the frame memory control circuit side and the digital signal is stored in the frame memory 13. After a frame of the digital signal is stored, the digital signal is read from the frame memory 13 and is converted to a video signal in the digital processing circuit 6. Then, the video signal is written to the frame memory 13 (this operation is referred as read-modify-write hereinafter). The video data is then compressed and recorded to the memory card 11.

Maeda at 3:11-24 (emphasis added).

336.    Maeda further discloses a recording circuit for recording compressed moving images (*e.g.*, videos):

Second, the case of recording a *motion* video signal will be described. The input light from the lens 1 is converted to a digital signal by way of the process as described above in the case of the still video. This digital signal is converted to the video signal in the digital signal processing circuit 6. The address switching circuit 18 switches to the line memory control side, and then the video signal is written to the line memory 14 by the control of the line memory control circuit 16 and is converted to a n.times.n block signal. The video signal, which is converted to the block signal, is stored in the buffer 19, and is then compressed in the compression circuit 7. Finally, the video data is recorded in the memory card 11 by the record/reproduce circuit 20.

Maeda at 3:40-53 (emphasis added).

337.    I understand that Samsung does not dispute that Maeda discloses a digital camera that includes "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal."

177

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

g)     **"a decompressor which decompresses said compressed data by
using a different decompressing method according to whether
said recorded compressed data is a moving image signal or a
still image signal"**

338.    Maeda discloses or renders obvious a digital camera that includes "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal."  Maeda discloses a digital camera that includes a circuit that performs decompression of the compressed still and moving images using different decompression methods for each.  Maeda at 3:25-28 ("In the case of [still image] reproduction, the compressed signal is reproduced in a record/reproduce circuit 20 and is then converted inversely to the block video signal in the compression circuit 7."), 3:54-57 ("In the case of [moving image] reproduction, the compressed data is reproduced in the record/reproduce circuit and is then converted inversely to the block video signal in the compression circuit 7."); *see also id.* at Fig. 2.  Further, as explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), decompression is simply the reverse process of compression, and is therefore disclosed in a device that performs compression and playback of still and moving image signals.

339.    I understand that Samsung contends that that Maeda "does not disclose a decompressor which decompresses images or video using different methods" and that "Apple has not identified two different compression methods used by Maeda."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.  I disagree.  For the same reasons discussed above in connection with the "compressor" limitation, a person of ordinary skill in the art would understand that the methods with which still and moving images are decompressed must be different.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

340.     Furthermore, a person of ordinary skill in the art would have found it obvious to implement any of the well-known still and moving image compression standards in the digital camera disclosed by Maeda.  As explained above, different compression and decompression methods, including JPEG, Motion-JPEG, and MPEG, were well-known to persons of ordinary skill in the art (*see, e.g.*, Cruz at Fig. 3B, 10:61-64 ("This table includes the digitization, compression/decompression, and preprocessing instructions for each track of the training session.")), and indeed, to persons working at Ricoh, prior to the alleged invention of the '449 patent (*see* Fukuoka at 11:41-43).  Hitachi, the original assignee of the '449 patent, similarly viewed MPEG-1 and M-JPEG as interchangeable and understood their respective tradeoffs.  *See, e.g.*, Hitachi MPEG Basic Presentation, Jan. 24, 1996 [HIT00180] at HIT00184 (describing "Video Compression" and listing M-JPEG and MPEG-1 as options).  Thus, it would have been obvious to substitute any still or moving image compression standard into the compression circuit used in the digital camera disclosed by Maeda.

> h)     **"a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal"**

341.     Maeda discloses a digital camera that includes "a reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said moving image signal, and a still image signal."  For example, Maeda discloses a digital camera that includes circuitry for reproducing both still and moving images with synchronous sound:

179

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Maeda at Fig. 2 (annotation added).

342.    Maeda discloses a digital camera with a reproducing circuit for reproducing still images on a TV screen:

> In the case of reproduction, the compressed signal is reproduced in a record/reproduce circuit 20 and is then converted inversely to the block video signal in the compression circuit 7. This block video signal is stored in a block buffer 19 and is then written to the frame memory 13 by the control of the frame memory control circuit 15. After a frame of the video signal is written to the frame memory 13, the video signal in the frame memory 13 is read by raster address of the frame control circuit 15 and is converted to a raster signal. The video signal, which is converted to the raster signal, is converted to a composite video signal in the encoder 21 and is then converted to an analog video signal in a D/A converter 22. This analog video signal is then inputted to a monitor TV 23 to be displayed.

Maeda at 3:25-39.

343.    Maeda further discloses a digital camera with a reproducing circuit for reproducing moving images with synchronous sound as "an analog composite video signal" for input to a TV:

> In the case of reproduction, the compressed data is reproduced in the record/reproduce circuit 20 and is then converted inversely to the block video signal in the compression circuit 7. This block video data is stored in block buffer 19 and is then written to the line memory 14 by the control of the line memory control circuit 15. The video signal in the

180

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

> line memory 14 is read by raster address of the line control circuit 16 and is converted to
> a raster signal. The video signal, which is converted to the raster signal, is converted to an
> analog composite video signal in a D/A converter 22. This analog composite analog
> video signal is then inputted to the monitor TV 23 to be displayed.

Maeda at 3:54-66. I understand that Samsung does not dispute that Maeda discloses "a

reproducing circuit which reproduces a moving image signal, a sound signal synchronous to said

moving image signal, and a still image signal." *See* Samsung's Supp. Response to Interrogatory

No. 38, May 13, at 139-141.

> i) **"a display which displays said moving image signals and still
> image signals outputted from said reproducing circuit"**

344.    Maeda discloses or renders obvious a digital camera with "a display which

displays said moving image signals and still image signals outputted from said reproducing

circuit."  For example, Maeda discloses a digital camera that could be connected to a television

screen for displaying previously-stored images and videos:



Maeda at Fig. 2 (annotation added); *see also id*. at 3:38-39 ("This analog video signal is then

inputted to a monitor TV 23 to be displayed."), 3:64-66 ("This analog composite analog video

signal is then inputted to the monitor TV 23 to be displayed.").

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

345.    I understand that Samsung contends that Maeda fails to disclose the claimed "display" because it discloses an "external, optional TV set that can be connected to the camera but is not part of the camera." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.

346.    Nevertheless, as explained above in Section V.G (Background of the Technology Relevant to the '449 Patent), it would have been obvious to a person of ordinary skill in the art to modify the digital camera disclosed by Maeda to include an LCD display screen, for several reasons.

347.    First, digital cameras with integrated (including optionally detachable) displays were well-known prior to the alleged invention. *See, e.g.*, Section V.G (Background of the Technology Relevant to the '449 Patent) above (describing Casio QV-10 and Ricoh RDC-1 digital cameras).  Second, numerous patents similarly taught digital cameras with their own LCD display screens. *See, e.g.*, Section V.G (Background of the Technology Relevant to the '449 Patent) above (describing Fukuoka and Matsumoto).  Third, the actual electrical connections required to attach an LCD display screen to the components of a digital camera without a display were trivial, requiring only a small amount of background in basic circuits.  Thus, a person of ordinary skill in the art would have known how to add an LCD display to the digital camera disclosed by Maeda.

348.    A person of ordinary skill in the art would have been motivated to add a display to the digital camera disclosed by Maeda to provide its users with the convenience of viewing images and videos immediately after they were captured, rather than having to wait to view them when a television was available and the digital camera could be connected.  Indeed, several digital cameras were introduced prior to the alleged '449 invention that included integrated

182

displays, including the Casio QV-10 (publicly displayed in November 1995, sold as early as March 1996) and Ricoh RDC-1 (publicly displayed in November 1995, sold as early as March 1996).

349.     Matsumoto[9] similarly describes a digital camera with an optionally detachable display, as discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash).

350.     I understand that Samsung contends Matsumoto does not include the claimed "display" because it discloses a digital camera with an "external, optional" display that may be detached from the body of the camera.  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.  I disagree for the same reasons discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash).

351.     Nevertheless, as explained above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), Matsumoto further renders this limitation obvious to the extent not anticipated.

---

[9]     In its Supplemental Response to Interrogatory No. 38, Samsung contends (with respect to the Casio QV-10 + PhotoFlash in view of Ricoh RDC-1 and U.S. Patent No. 5, 633,678 + Apple PhotoFlash in view of Ricoh RDC-1 combinations) that PhotoFlash does not meet the "display which displays said moving image signals and still image signals" limitation because it purportedly "fails to disclose support for videos."  *See* Samsung's Response to Interrogatory No. 38, July 15, 2013, at 54-55, 58.  Samsung did not assert this argument with respect to the Maeda + Matsumoto + Apple PhotoFlash combination.  In the event that Samsung is permitted to present this additional theory as to why the Maeda + Matsumoto + Apple PhotoFlash combination does not meet the "display" limitation, I disagree.  It would have been obvious to use the software described in Matsumoto and Apple PhotoFlash with moving images in addition to still images.  Indeed, it was well-known that any number of file types could be organized into various files or folders.  *See, e.g.*, The Way Windows 95 Works, 1995, at MSFT-00630-011299; see also Windows 95 User's Manual [APL630DEF-WH0000027571] at APL630DEF-WH0000027611.  PhotoFlash itself stored images as files "just like other Macintosh documents," thus there was nothing special about the particular format of an image file.  Apple PhotoFlash User's Guide [APL630DEF-WH00000008151] at APL630DEF-WH00000008185.  Therefore, it would have been trivial to allow other file types, such as moving images (which are simply a series of still images), to be organized using PhotoFlash or the software disclosed in Matsumoto.

**j)**   **"a list of said moving image signal and still image signal as a search mode"**

352.   As discussed below in Section V.J (Invalidity for Lack of Written Description), this limitation lacks adequate written description support.  Under Samsung's apparent construction of the limitation "a list of said moving image signal and still image signal as a search mode" as set forth in its infringement contentions, and as discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), Matsumoto discloses or renders obvious this limitation.

353.   I understand that Samsung contends that Matsumoto does not disclose this limitation because "Figure 8 merely shows two pages of a Matsumoto album stored in the Matsumoto storage and display unit, not in a digital camera" and "[t]o reach Figure 8, the user of the storage and display unit must first select a  book from the Matsumoto bookshelf, and then select a page corresponding to a desired album."  *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.  I disagree for the same reasons discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash).

354.   As discussed above in Section V.H.2 (Ricoh RDC-1 + Apple PhotoFlash), Apple's PhotoFlash also meets this limitation under Samsung's apparent constructions as set forth in its infringement contentions.

**k)**   **"a list of classifications as a classification mode"**

355.   As discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), Matsumoto discloses a digital that displays "a list of classifications as a classification mode," and therefore meets this limitation.

356.   I disagree with Samsung's contention that Matsumoto fails to disclose this limitation because "Figure 5 simply shows a table of contents for a Matsumoto bookshelf."  See

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 140.  Samsung does not

explain its basis for this contention but, in any event, for the reasons stated above in Section

V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), I disagree.  Matsumoto meets this

limitation.

357.    Finally, as discussed above in Section V.H.2 (Ricoh RDC-1 + Apple PhotoFlash),

Apple's PhotoFlash meets this limitation.

> **l)**      **"wherein said recording circuit records each one of said
> plurality of image signals with classification data"**

358.    As discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple

PhotoFlash), Matsumoto discloses a digital camera that includes a "recording circuit" that

"records each one of said plurality of image signals with classification data."

359.    I understand that Samsung does not dispute that Matsumoto meets this limitation.

> **m)**     **"said display lists a plurality of classifications and a number of
> images belonging to each classification"**

360.    As discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple

PhotoFlash), it would have been obvious to modify Matsumoto in light of the prior art to display

a number of images belonging to each album.

361.    I understand that Samsung contends that PhotoFlash does not meet this limitation

because "[t]he fact that the software can be manipulated to display several windows on the

screen does not teach or suggest the limitation to a person of ordinary skill in the art."  *See*

Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 141.  I disagree for the

same reasons discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash).

362.    I understand that Samsung contends that "[o]ne of ordinary skill would not have

combined the teachings of Maeda, Matsumoto and PhotoFlash" because "PhotoFlash is a

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

personal computer software program requiring the use of MacOS [and] does not teach or suggest how to incorporate the functionality of the software into a digital camera supporting audio, video, still images and classifications as claimed." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 139.  I disagree for the reasons discussed above in Section V.H.3 (Fukuoka + Matsumoto + PhotoFlash).

> **n)**     **Claim 27: "A digital camera according to claim 25, wherein said classification is able to change by a direction of a user"**

363.    As discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), Matsumoto discloses a digital camera that allows users to assign classifications to images, "wherein said classification is able to change by a direction of a user," and therefore meets this limitation.

364.    As further discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), Apple's PhotoFlash also discloses or renders obvious "[a] digital camera according to claim 25, wherein said classification is able to change by a direction of a user," and therefore meets this limitation.

365.    I disagree with Samsung's contention that neither Matsumoto nor PhotoFlash disclose "that a user can direct a change in classification using only the claimed digital camera." *See* Samsung's Response to Interrogatory No. 38, May 13, 2013, at 141.  As discussed above in Section V.H.3 (Fukuoka + Matsumoto + Apple PhotoFlash), both Matsumoto and PhotoFlash disclose allowing a user to change classifications.  The functionality allowing the user to change classifications is implemented in the display portion of the digital camera of Matsumoto and it would have been obvious to a person of ordinary skill in the art to implement the PhotoFlash software on a digital camera such as the one disclosed in Maeda or Matsumoto.

186

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

o)      **Other Obviousness Considerations**

366.    I understand that Samsung contends that one of ordinary skill in the art would not have combined the teachings of Maeda and Matsumoto because "Maeda is directed at a bare-bones camera" and "Matsumoto is directed at a photography system which consists of a storage and display unit external to a camera. . . ." *See* Samsung's Supp. Response to Interrogatory No. 38, May 13, 2013, at 139.  I disagree.  It would have been obvious to combine the teachings of Maeda and Matsumoto for several reasons.

367.    First, both Maeda and Matsumoto are directed to the same type of device, namely, a digital camera.  Both teach numerous common components and functionality, including lenses, CCD image sensors, compression and decompression of images, and storage of images.  It would have been obvious to take the teachings of these two similar devices and combine them in a single device.

368.    Second, adding the photo organization software of Matsumoto to the digital camera disclosed by Maeda would allow users to organize their images into various albums for easier retrieval at a later time.  A person of ordinary skill in the art would have combined Matsumoto with the digital camera of Maeda to take advantage of the hardware components of the digital camera disclosed in Maeda, including the ability to record still and moving images, and to compress and decompress those files known still and moving image compression/decompression techniques.

369.    Finally, as explained above in connection with the "number of images" limitation, a person of ordinary skill in the art would have been motivated to apply the algorithm for counting and displaying the number of images in a given album as taught by Apple's PhotoFlash

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

to the photo organization software of the digital camera disclosed by Matsumoto to provide users with information regarding the number of files in a particular album.

**5.      Casio QV-10 + Apple PhotoFlash + Ricoh RDC-1 (Exhibit 5)**

**a)      Claim 25: "A digital camera"**

370.    The Casio QV-10 is a digital camera.  For example:



Camera

Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000134.



Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 00135.  I understand that Samsung does not dispute that the Casio QV-10 is a "digital camera."

**b)      "a lens"**

371.    The Casio QV-10 digital camera includes a lens:

188

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**



Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 00135 (annotation added).

Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000194.

| 7. Lens | Fixed focus with macro position; F2/f = 5.2 mm |
| --- | --- |

Casio QV-10A Service Manual [CASIO 000197] at CASIO 000199.



372.    Casio QV-10A Service Manual at [CASIO 000197] CASIO 000201 (annotation added).  I understand that Samsung does not dispute that the Casio QV-10 includes "a lens."

189

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

  **c)**    **"an imaging device which converts an optical image into an analog signal"**

  373.   The Casio QV-10 digital camera includes "an imaging device which converts an optical image into an analog signal." Specifically, the Casio QV-10 includes a CCD image sensor:

Imaging Device   1/5-inch CCD (Total Number of Pixels: 250,000)

Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000194.

| 6. Imaging Device | 1/5-inch CCD (Total Number of Pixels: 250,000) |

Casio QV-10A Service Manual at [CASIO 000197] CASIO 000199.



Casio QV-10A Service Manual [CASIO 000197] at CASIO 000200 (annotation added).

190

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**CAMERA UNIT (CAMERA PCB)**

The camera unit is composed a lens, color filter, CCD (IC802), driver (IC800) and signal processor (IC802). It produces voltages R, B, and G, for the colors red, blue, and green when light from a scene is focused on the surface. These voltage values vary according to the intensity of the respective color being scanned.

The camera unit must be replaced with whole unit when it is defective, because the precise adjustment is required when the individual parts are replaced, and can be done only at our factory.



③ CCD (IC802)

A charge-coupled device in which charges are introduced when light from a scene is focused on the surface of the device. The image points are accessed sequentially to produce a television-type output signal.



Effective picture element:
249,936 = 508 (H) x 492 (V)

PHIS1 ~ PHIS4:
Clock pulse for the storage.

PHI1 ~ PHI4:
Clock pulse for the image pickup.

PHIH1 ~ PHIH2:
Clock pulse for the horizontal shift register.

PHIR:
CCD analog signal output.

Casio QV-10A Service Manual [CASIO 000197] at CASIO 000201-202 (annotation added).  I understand that Samsung does not dispute that the Casio QV-10 includes "an imaging device which converts an optical image into an analog signal."

191

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**d)** **"an A/D converter which converts said analog signal from said imaging device to a digital signal"**

374.   The Casio QV-10 digital camera includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."  For example, the Casio QV-10A discloses an 8-bit A/D converter:





Casio QV-10A Service Manual [CASIO 000197] at CASIO 000201-202 (annotation added).  I understand that Samsung does not dispute that the Casio QV-10 includes "an A/D converter which converts said analog signal from said imaging device to a digital signal."

192

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

e) **"a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals"**

375.    The Casio QV-10 digital camera, in view of the Ricoh RDC-1 digital camera, renders obvious "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals."   For example, the Casio QV-10 digital camera discloses a data compressor that performs JPEG-based still image compression:



Casio QV-10A Service Manual [CASIO 000197] at CASIO 000203 (annotation added).

193

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Casio QV-10A Service Manual [CASIO 000197] at CASIO 000206.

**Specifications**

**General**

Recording System ... Digital (JPEG based)/Field recording.

Casio QV-10A Owner's Manual [CASIO 000126] at CASIO 000194.

376. I understand that Samsung contends that the Casio QV-10 digital camera "does not disclose a digital camera capable of capturing both still images an video" and therefore "does not disclose a compressor that uses a different compression method for moving image signals (video) and still image signals." *See* Samsung's Supp. Response to Interrogatory No. 38, July 15, 2013, at 54. However, as discussed above in Section V.G (Background of the Technology Relevant to the '449 Patent), it would have been obvious to add moving image recording and compression functionality to the Casio QV-10 digital camera.

377. First, as the '449 patent explains, "[t]he MPEG compression data process and the JPEG compression data process ***have the same common points***, so that the use of both the data formats may effectively save the circuit scale." '449 patent at 4:16-19. As Samsung's consultant in this case acknowledges, the same components are used to implement a variety of compression methods, including for creating moving images. *See* Parulski Dep. at 94:13-96:6

194