# EXHIBIT 8
# (Part 1 of 2)

## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D.**
**REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### G.    The Accused Apple Products Do Not Infringe The ʼ449 Patent

#### 1.    The Accused Apple Products Are Not "Digital Cameras"

113.    None of the accused Apple products is "[a] digital camera" as required by the asserted claims of the '449 patent.

#### a)    *Literal Infringement*

##### (i)    Samsung's Contentions

114.    Mr. Parulski contends that each of the accused Apple products is "a digital camera." *See* Parulski Rep. ¶ 45.  For the reasons set forth below, I disagree.

##### (ii)    The Claimed "Digital Camera" Cannot Be A System In Which A Digital Camera Is Merely A "Component Part" Of A Larger System

115.    The claimed "digital camera" cannot be a system or device in which a digital camera is "merely [a] component part[]" because Samsung disclaimed this interpretation during prosecution.

116.    I understand that the prosecution history may limit the interpretation of claim terms so as to exclude any interpretation that was disclaimed during prosecution.  In this case, the Examiner rejected the applicant's draft claims as obvious in view of U.S. Patent No. 5,613,032 to Cruz ("Cruz").  *See* '449 File History, Office Action, Dec. 29, 1999 [SAMNDCA630-00832686] at SAMNDCA630-00833061-066.  Cruz discloses "a system and method for recording and playing back multimedia events" that included multiple recording sources, such as video cameras:

55

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**FIG. 2**



Cruz at Fig. 2; *see also id.* at 3:30-39.

117.    In response, the applicant narrowed the preamble of claim 25 to change "[a]n image recording and reproducing apparatus" to "[a] digital camera."   *See* '449 File History, Amend., July 31, 2000 [SAMNDCA630-00832686] at SAMNDCA630-00833095-097.   The applicant argued that Cruz was not analogous prior art—and therefore should not even be considered by the Examiner—because the claims, as eventually issued, were "amended to be directed to a digital camera instead of an image recording and reproducing apparatus" whereas "the Cruz patent discusses a large scale multimedia recording system in which *a plurality of conventional cameras are merely used as component parts of the system*":

56

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

> The rejection is improper because the Cruz patent is not analogous prior art. Each one of claims 19-29 and 37-46 has been amended to be directed to a digital camera instead of an image recording and reproducing apparatus. The Kondo et al patent and Hashimoto et al patents are also directed to digital cameras. However, the Cruz patent discusses a large scale multimedia recording system in which a plurality of conventional cameras are merely used as component parts of the system. Unlike the pending claims, Kondo et al patent and Hashimoto et al patent, the Cruz patent is not directed to the camera itself. Therefore, the Cruz patent is not analogous prior art and cannot be used to support the obviousness rejection of any one of amended claims 19-29 and 37-46. See In re Clay, 966 F.2d 656, 23 USPQ2d 1058 (Fed. Cir. 1992).

'449 File History, Amend., July 31, 2000 [SAMNDCA630-00832686] at SAMNDCA630-00833101 (emphasis added). Thus, the applicant limited the claimed "digital camera" to exclude cameras that are "merely component parts" of a larger system.

118.    Mr. Parulski contends that the July 31, 2000 amendment "merely clarifies that the invention is directed at a digital camera, not at the type of conventional camera" used in Cruz. Parulski Rep. ¶ 129. I disagree. As explained above, the applicant distinguished Cruz, in which the "plurality of conventional cameras are merely used as *component parts* of the system," from "the pending claims … directed to *the camera itself*." '449 File History, Amend., July 31, 2000 [SAMNDCA630-00832686] at SAMNDCA630-00833101 (emphasis added).

119.    Indeed, there was no need for the Applicant to distinguish the claimed '449 invention from a non-digital camera. The claimed invention of the '449 patent was directed to a digital camera from the start. For example, the draft specification, as filed with the Patent Office, described the claimed invention as a *digital camera*:

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

BACKGROUND OF THE INVENTION

The present invention relates to operativity of a portable digital camcorder.

'449 File History, Office Action, Dec. 29, 1999 [SAMNDCA630-00832686] at SAMNDCA630-00832694.

120.     The title of the application also stated explicitly that the claimed invention records and reproduces *digital* images:

APPARATUS FOR RECORDING AND REPRODUCING

DIGITAL IMAGE AND SPEECH

*See* '449 File History, Office Action, Dec. 29, 1999 [SAMNDCA630-00832686] at SAMNDCA630-00832693.

121.     Further, the problem the purported '449 invention sought to solve—*i.e.*, retrieving still images and video from a high-capacity camera—is not relevant to non-digital cameras, which are generally much lower in capacity.  *See, e.g.*, '449 patent 1:24-32 ("This type of harddisk drive enable to record about 3000 still images through the use of the JPEG compression and about 20-minutes moving picture through the use of MPEG compression.  It is thus necessary to improve the operativity of the portable equipment for retrieving, grouping, and deleting a great deal of recording data.").  Thus, contrary to Mr. Parulski's contention, the amendment was not necessary to clarify that the invention was directed to a digital, as opposed to a non-digital, camera.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(iii)    The Cameras Of The Accused Apple Products Are Merely
Component Parts Of A Larger Multimedia System And
Therefore Fall Outside The Scope Of The Claimed "Digital
Camera"

122.    Mr. Parulski contends that each of the accused Apple products is "a digital camera" because the products function as a digital camera, as evidenced, for example, by Apple's advertising.[8]  Parulski Rep. ¶¶ 116-127.  I disagree.  Even if Mr. Parulski were correct about Apple's advertising—and as set forth below, he is not—Apple's advertising does not affect the applicant's unequivocal statements during prosecution.  As discussed above, the claimed "digital camera" cannot be a system or device in which a digital camera is merely a component part because the applicant disclaimed this interpretation during prosecution.

123.    Most of the marketing materials cited by Mr. Parulski merely advertise that the accused Apple products include cameras as a component part (*e.g.* the iSight camera).  *See, e.g.*, Parulski at ¶ 121 ("'The iSight camera on iPhone is the world's most popular camera.'"); Parulski at ¶ 122 ("everything that made the iSight camera in iPhone 4S the world's favorite is now on iPhone 5…").  Mr. Parulski incorrectly concludes that the  accused Apple products *are* cameras just because they *have* cameras as a component.  But the accused Apple products also have a variety of other features, such as the "Maps" application.  *See, e.g.*, Parulski at ¶ 120 (noting that the Apple iPhone User Guide for iOS 6.1 Software has chapters titled "Phone,"

---

[8]    In support of this argument, Mr. Parulski cites the deposition testimony of Apple engineer Tim Millet regarding a marketing campaign for the iPhone.  Parulski Rep. ¶ 131 ("When Mr. Millet was asked whether the iPhone is the most popular camera in the world his response was 'I hope so.'") I disagree that Mr. Millet's testimony supports Mr. Parulski's opinion.  First, Mr. Parulski relies on Mr. Millet's statement out of context.  Mr. Millet's entire response was "I—I can't testify one way or the other about that.  I hope it is, but I don't know that it is." *See* Millet Dep. at 44:1-5.  Second, Tim Millet unequivocally testified that the accused Apple products are not "digital cameras" as required by the asserted claims.  *See* Millet Dep. at 44-45.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

"Music," and "Maps."). The accused Apple products are not cameras any more than they are a

Maps application.

124.    Similarly, Mr. Parulski concludes that because the accused Apple products

function as digital cameras they must be digital cameras. *See, e.g.*, Parulski at ¶ 127 ("[S]ince the

accused Apple products capture images and store them in compressed digital form, they

necessarily must be digital cameras."). To the extent the accused Apple products incorporate the

functionality of a digital camera, that functionality is merely a component part of a larger system

and is precisely what the applicant disclaimed during prosecution in order to persuade the

Examiner not to even consider the Cruz prior art. Indeed, as discussed in greater detail above,

the accused Apple products are general-purpose computing devices capable of providing a vast

number of functions by executing different applications, including: Maps, Siri, Facebook,

FaceTime, Phone, Mail, Passbook, and Safari.

### b)    Doctrine of Equivalents

125.    I have been informed that Samsung is precluded from arguing that the accused

Apple products meet any limitation of the asserted '449 patent claims under the doctrine of

equivalents. Nevertheless, to the extent that Mr. Parulski is permitted to offer opinions regarding

the doctrine of equivalents, I disagree that the accused Apple products are "digital cameras"

under the doctrine of equivalents.

126.    I understand that arguments made during prosecution of a patent can limit the

range of equivalents available to a patentee, by preventing recapture of subject matter that is

effectively surrendered by the inventors during prosecution. As explained above, the applicant

changed the preamble of claims 25 and 27 from "[a]n image recording and reproducing

apparatus" to "[a] digital camera" to overcome a prior art rejection. '449 File History, Amend.,

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

July 31, 2000, [SAMNDCA630-00832686] at SAMNDCA630-00833095-097.  Specifically, the

applicant narrowed the preamble to distinguish the Cruz reference, which disclosed a large scale

multimedia recording system.  *Id.*  I have been further informed and understand that the

presumption of complete surrender of equivalents for a claim limitation amended to overcome

prior art may be rebutted by showing the alleged equivalent would have been unforeseeable at

the time the prosecution argument was made, the rationale underlying the argument bore no

more than a tangential relation to the equivalent at issue, or that there was some other reason

suggesting that the patentee could not reasonably have been expected to have described the

alleged equivalent.  Mr. Parulski does not address these issues, and I am unaware of any showing

that would overcome the presumption of surrender.

> ### 2. The Accused Apple Products Do Not Include "An A/D Converter Which Converts Said Analog Signal From Said Imaging Device To A Digital Signal"

127.    The accused Apple products do not include an analog-to-digital converter that

receives analog signals from an imaging device (*i.e.*, an image sensor) and converts the analog

signals to digital signals.  Instead, ███████████████████ in the accused Apple products

███████████████████

> #### a)    *Literal Infringement*

> (i)    Response To Samsung's Infringement Contentions

128.    In its infringement contentions, Samsung contends that "a CMOS Image Sensor"

is an "imaging device" that "converts an optical image into an electronic analog signal."

Samsung's Third Amended Infringement Contentions, July 4, 2013, Exhibit G at 2-3.  Mr.

Parulski repeats this contention in his expert report.  *See* Parulski Rep. ¶ 143 ("[E]ach product

must include an imaging device such as a CMOS image sensor.").  None of the accused Apple

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

products ██████████████████████████████████████████████

██████████████████████████████████████████████████

████████

(a) <u>iPhone 5</u>

129.    The iPhone 5 uses the ███████████ (for the back camera) and the ██████████

███████ (for the front camera) ███████████████. *See, e.g.*, iPhone 5 BOM No.

MD656LL/A [APL630DEF-WH0005285127] at APL630DEF-WH0005285286, 5285288-9 and

5285268-9, 5285271-3.  Each ██████████ is illustrated below (outlined in red):



██████████████████ Datasheet [APL630DEF-WH0005214335] at APL630DEF-

WH0005214347 (annotation added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Datasheet [APL630DEF-WH0005224613] at APL630DEF-WH0005224632 (annotation added).

130.  The ███████████████ includes a ████████████████████████████

████████████████ Datasheet [APL630DEF-WH0005214335] at APL630DEF-WH0005214338 (emphasis added).  The ████████████████████████████

██████████████████████ ██████████ shown below (outlined in blue):

---
[9]      Mr. Parulski does not identify where ████████████████████████████
████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

████████████████████ Datasheet [APL630DEF-WH0005214335] at APL630DEF-
WH0005214347 (annotations added); Aug. 30, 2013 conversation with Anup Sharma.

131.    Similarly, the ███████████████████████████████████
████████████ (outlined below in blue):

64

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████ Datasheet [APL630DEF-WH0005224613] at APL630DEF-WH0005224632 (annotations added).

132.    Thus, the iPhone 5 does not include "an A/D converter which converts said analog signal *from said imaging device* to a digital signal" because neither the ██████████ ████████████████ sends analog signals *to* an analog-to-digital converter.  Instead, ██ ████████████████████████████████ there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

(b) iPhone 4S

133.    The iPhone 4S use the █████████ (for the back camera) ███████████ ████████ (for the front camera) ████████████. *See, e.g.*, iPhone 4S ███████████

65

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

██████████ [APL630DEF-WH0000094030] at APL630DEF-WH0000094110-11, 94121,

94123.  Each ████████ is illustrated below (outlined in red):



████████████████ Datasheet [APL630DEF-WH0005224752] at APL630DEF-
WH0005224758 (annotation added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



█████████████ Datasheet [APL630DEF-WH0000097942] at APL630DEF-
WH0000097958 (annotation added).

134.    The █████████████ includes a "████████████████████
█████████████ Datasheet [APL630DEF-WH0005224752] at APL630DEF-
WH0005224753 (emphasis added).  The ███████████████████████
███████████████    ████████ shown below (outlined in blue):

_____

[10]    Mr. Parulski does not identify where ██████████████████
██████████████████████

67

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Datasheet [APL630DEF-WH0005224752] at APL630DEF-WH0005224758 (annotations added); Aug. 30, 2013 conversation with Anup Sharma.

135.   Similarly, ███████████████████████████████████████████

████████████████ (outlined below in blue):

68

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



███████████████ Datasheet [APL630DEF-WH0000097942] at APL630DEF-WH0000097958 (annotations added).

136.    Thus, the iPhone 4S does not include "an A/D converter which converts said analog signal from said imaging device to a digital signal" because neither the ██████████ ████████████ sends analog signals to an analog-to-digital converter.  Instead, █████ ███████████ ████████████████████████████ there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

(c)  iPhone 4

137.    The iPhone 4 uses the ████████████ (for the back camera) and the ██████ (for the front camera) ████████████.  *See, e.g.*, iPhone 4 █████████

69

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1  ██████████ [APL-ITC796-0000435338] at APL-ITC796-0000435422, 435432.  Each ████

2  ████ is illustrated below (outlined in red):



Datasheet [APL630DEF-WH0000097566] at APL630DEF-
WH0000097585 (annotation added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Datasheet [APL630DEF-WH0000097306] at APL630DEF-

WH0000097322 (annotation added).

138.

(outlined below in blue):

71

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Datasheet [APL630DEF-WH0000097566] at APL630DEF-WH0000097585 (annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████ Datasheet [APL630DEF-WH0000097306] at APL630DEF-WH0000097322 (annotations added).

139.     Thus, the iPhone 4 does not include "an A/D converter which converts said analog signal from said imaging device to a digital signal" because neither the ██████████ ████████████████████████████ sends analog signals to an analog-to-digital converter. Instead, both ██████████████████████████████—there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

(d)  <u>iPhone 3GS</u>

140.     The iPhone 3GS uses the ████████████████████████. Aug. 30, 2013 conversation with Anup Sharma.  The ████████████████ is illustrated below (outlined in red):

73

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Datasheet [APL630DEF-WH0001708357] at APL630DEF-WH0001708374 (annotation added).

141.

(outlined below in blue):

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████ Datasheet [APL630DEF-WH0001708357] at APL630DEF-WH0001708374 (annotations added).

142.    Thus, the iPhone 3GS does not include "an A/D converter which converts said analog signal from said imaging device to a digital signal" because the ████████████████ does not send analog signals to an analog-to-digital converter.  Instead, the ███████████ ███████████████████—there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

(e)   <u>iPod touch (5th Gen.)</u>

143.    The iPod touch (5th Gen.) uses the ████████████████ (for the back camera) and ██████ (for the front camera) ███████████████. *See, e.g.*, iPod touch (5th Gen.)

75

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████ [APL630DEF-WH0004031564] at APL630DEF-WH0004031590-92,

4031594-95, 4031597-98, 4031600. ██████████████████ is illustrated below (outlined in

red):

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

██████████████ Datasheet [APL630DEF-WH0005226539] at APL630DEF-

WH0005226560 (annotation added).  The █████████████ is illustrated above in

connection with the iPhone 5.

144.   The ████████████████████████████████████

██████████████ (outlined below in blue):

76

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



██████████████ Datasheet [APL630DEF-WH0005226539] at APL630DEF-WH0005226560 (annotations added).  The ████████████████████████ ████████████████████████, as described above in connection with the iPhone 5.

145.    Thus, the iPod touch (5th Gen.) does not include "an A/D converter which converts said analog signal from said imaging device to a digital signal" because neither the ████████████████████ sends analog signals to an analog-to-digital converter. Instead, ████████████████████████████—there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(f)  <u>iPod touch (4th Gen.)</u>

146.    The iPod touch (4th Gen.) uses the █████████████ (for the back camera)

and the ███████ (for the front camera) █████████████. iPod touch (4th Gen.) (██████)

███████████████ [APL630DEF-WH0004031426] at APL630DEF-WH0004031483-85.

The ████████████ is illustrated below (outlined in red):



██████████████ Datasheet [APL630DEF-WH0000098046] at APL630DEF-

WH0000098062 (annotation added). ███████████████ is illustrated above in my

discussion of the iPhone 4.

147.    The ██████████████████████████

████████████ (outlined below in blue):

78

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Datasheet [APL630DEF-WH0000098046] at APL630DEF-WH0000098062 (annotations added).  The ███████████████████████████████ ███████████████████████████, as described above in my discussion of the iPhone 4.

148.    Thus, the iPod touch (4th Gen.) does not include "an A/D converter which converts said analog signal from said imaging device to a digital signal" because neither the ██████ nor ██████████████ sends analog signals to an analog-to-digital converter.  Instead, ██████████████████████████████████—there is no "imaging device" that outputs analog signals to an A/D converter for conversion.

(ii)    Response To Samsung's New Contentions

149.    In Mr. Parulski's report, Samsung and Mr. Parulski advance a new contention that ████████████████████████████████████████████████████████████

79

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

satisfies the limitation "an A/D converter which converts said analog signal from said imaging

device to a digital signal."  Parulski Rep. ¶ 166 (emphasis added).

150.    To the extent that Mr. Parulski is permitted to testify regarding this new theory, I

disagree with him.  As shown below in the example of the ███████ of the iPhone 5 and iPod

touch (5th Gen.), the ████████████████████████████████████████

████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

Datasheet [APL630DEF-WH0005224613] at APL630DEF-

WH0005224632 (annotations added).  While Mr. Parulski did not make this contention with

respect to any of the other ██████████████████ used in the accused product, the same

analysis applies to the ████████████████████████████████ at issue.

80

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

151.    Therefore, for the same reasons set forth above in response to Samsung's

infringement contentions, none of the accused Apple products includes "an A/D converter which

converts said analog signal from said imaging device to a digital signal" because none of the

image sensors used in the accused Apple products sends analog signals to an analog-to-digital

converter.  Instead, the image sensors ███████████—there is no "imaging device" that

outputs analog signals to an A/D converter for conversion.

152.    Samsung and Mr. Parulski also now appear to contend that the ███████ is

the claimed ███████████ *See* Parulski Rep. ¶ 156 ███████████████

██████████████████████████████████████

███████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████ Datasheet [APL630DEF-WH0005224613] at APL630DEF-WH0005224632 (annotations added).

153.    Samsung and Mr. Parulski make similar contentions with respect to the iPhone 4S (*see* Parulski Rep. ¶¶ 149-150 ███████████████████████████ ██████████████████ iPhone 4 (*see* Parulski Rep. ¶¶ 151 ██████████████ ████████████, 153 ██████████████████████ iPhone 3GS (*see* Parulski Rep. ¶ 152 ("In ████████████████████████ iPod touch (5th Gen.)[11] (*see* Parulski Rep. ¶ 154 ("██████████████████ ████, and iPod touch (4th Gen.)[12] (*see* Parulski Rep. ¶ 153 ("This ████████████ ████████.

154.    I disagree that the ██████████████████ in the accused Apple products is "an imaging device" as required by the asserted '449 claims.  First, the '449 patent refers to the "image sensor"—not a subset of the image sensor—as the component that performs the functions of  the claimed "imaging device."  For example, the only described embodiment of "an imaging device" in the '449 patent is "CCD sensor 402," which, as shown in Figure 4, is distinct from the analog-to-digital converter ("ADC") 404:

---

[11]    Mr. Parulski does not address the ██████████████ in his discussion of the iPod touch (5th Gen.).  In addition, Mr. Parulski erroneously contends that the ████████████████ is used in the iPhone 4.  The iPhone 4 includes the ██████ and ████████████████, not the ██████.

[12]    Mr. Parulski does not address the ██████████████ in his discussion of the iPod touch (4th Gen.).

82

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



'449 patent at Fig. 4 (annotations added); *id.* at 3:23-37 ("When a user presses a recording switch 301, an image of an object obtained through a lens 401 is converted into the corresponding electric signal through the effect of a CCD sensor 402. . . . Then, the processed signal is converted into a digital signal through an ADC 404. . . .").

155.    Second, Samsung itself has acknowledged that the claimed "imaging device" is an image sensor as opposed to a subset of an image sensor.  In its infringement contentions, Samsung identified only "a CMOS Image Sensor (or similar device)" as the claimed "imaging device" "that converts an optical image into an electronic analog signal."  Parulski Rep., Ex. D [Exhibit G to Samsung's Third Amended Invalidity Contentions, July 4, 2013] at 2.  ███████ ███████ of the accused products is not itself an image sensor as that term is used in the patents or the documents describing the accused ████████████.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

b)      *Doctrine of Equivalents*

156.    I have been informed that Samsung is precluded from arguing that the accused
Apple products meet any limitation of the asserted '449 patent claims under the doctrine of
equivalents.

157.    Nevertheless, to the extent that Mr. Parulski is permitted to offer opinions
regarding the doctrine of equivalents, I disagree that the accused Apple products include "an A/D
converter which converts said analog signal from said imaging device to a digital signal" under
the doctrine of equivalents.  CMOS image sensors use a fundamentally different technology than
CCD image sensors with separate, external analog-to-digital converters.

158.    First, the CCD image sensors described in the '449 patent can only perform one
function:  capture images.  In contrast, CMOS image sensors can perform various digital
processing functions in addition to simple image acquisition.  For example, as described above in
Section V.F.1 (Relevant Features and Components of the Accused Apple Products), CMOS
image sensors can perform black level calibration within the image sensor chip; CCD image
sensors cannot, as they produce only analog values that must be later digitized and processed.

159.    Second, in a CCD image sensor, all pixels are exposed to an image at once and
the charge associated with each pixel is captured concurrently.  In contrast, ███████████████
████  of the accused Apple products ███████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████  Thus, even the fundamental way
in which pixels are exposed to light to capture an image is different as ███████████████████
██████████

84

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

160. Third, ████████████ of the accused Apple products ████████████
████████████████████████████████████████████████████████
████████████████████████████ In contrast, CCD
sensors simply output the voltage values of each row in a serial manner, and particular voltage
values for individual pixels on the CCD cannot be determined.  Determining the values of
particular pixels is helpful because, for example, issues with defective pixels can be narrowed as
originating from a particular pixel in a CMOS image sensor.

161. ████████████████████████████████████ therefore do
not provide a substantially similar function in a substantially similar way to obtain a substantially
similar result as ████████████████████████ .

### 3. The Accused Apple Products Do Not Include "A Compressor Which Compresses Said Digital Signal Outputted From Said A/D Converter, And Generates Compressed Data By Using A Different Compressing Method For Moving Image Signals And For Still Image Signals"

162. The accused Apple products do not include a "compressor" that compresses both
still and moving image signals using different compressing methods.

*a) Literal Infringement*

163. Claim 25 of the '449 patent requires that the claimed digital camera include "a
compressor" that "compresses said digital signal outputted from said A/D converter, and
generates compressed data by using a different compressing method for moving image signals
and for still image signals." '449 patent at claim 25.  As the '449 patent explains, "[t]he MPEG
compression data process and the JPEG compression data process have the same common points.
. . ." '449 patent at 4:16-18.  Due to the similarity between MPEG and JPEG compression, "the
use of both the data formats may effectively save the circuit scale." '449 patent at 4:18-19.  In
other words, the similarity between MPEG and JPEG compression allows for common circuitry

85

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1  to be used for different compression methods.  "This is a well-known method for saving

2  circuitry."  '449 patent at 4:19-20.

3    164.   The accused Apple products █████████████████████████████████████

4  ████████████████████.  Instead, each accused Apple product ██████████████████████

5  ██████████████████████████████████████████  Specifically, the accused

6  Apple products use JPEG encoders from ████████████████████████████ and H.264

7  encoders from █████████████████████████████████████████████████████

8  ██████████████████████████████████████████████.

9    165.   There is good reason for this.  Although it may have been practical to use

10 common circuitry for JPEG and MPEG encoders at the time of the alleged '449 invention due to

11 their similarity, the evolution of video compression technology has diminished the benefits of

12 doing so today.  In particular, the accused Apple devices use video encoders that comply with the

13 H.264 standard, which differs significantly from the JPEG-like MPEG standard commonly used

14 at the time of the alleged '449 invention.  JPEG encoding works by using a mathematical

15 transform called the Discrete Cosine Transform ("DCT"), a process called quantization, and

16 coding called "Huffman coding" to represent an image with less information than the non-

17 compressed image would require.  MPEG is built from the same platform as JPEG, so it too uses

18 a DCT, quantization, and Huffman coding process in addition to motion compensation.  H.264,

19 on the other hand, does not use the DCT transform of JPEG and MPG—indeed, the DCT used in

20 JPEG and MPG is based on calculations using "floating point" numbers, whereas the transform

21 used for H.264 uses integers, so the two transforms cannot be implemented with the same

22 circuitry.  Further, H.264 does not use Huffman coding.

23

24

25

26                                              86

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

166.    Further, in the accused Apple products, ███████████████████

███████████████████████████████████████████████████

███████████████████████████████ The digital camera described in the

'449 patent uses common circuitry to perform still and moving image compression, and therefore

does not have the capability to compress still and moving images concurrently.  Thus, it would

not make sense for the accused Apple products to use "a compressor" as claimed in the '449

patent.

167.    For these reasons, none of the accused Apple products includes "a compressor

which compresses said digital signal outputted from said A/D converter, and generates

compressed data by using a different compressing method for moving image signals and for still

image signals" as required by the asserted claims.

(i)      iPhone 5

(a)    Samsung's New Contentions

168.    Mr. Parulski contends that the ███████ portion of the ███████ used in

the iPhone 5 meets the "compressor" limitation.  Parulski Rep. ¶ 178.  Specifically, Mr. Parulski

contends that "███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████ Parulski Rep. ¶179.

(b)    Response to Samsung's New Contentions

169.    The iPhone 5 includes an ███████ *See, e.g.*, iPhone 5 (███████████

███████ [APL630DEF-WH0005285127] at APL630DEF-WH0005285206; iPhone 5 ████

███████ [APL630DEF-WH0005313127] at APL630DEF-WH0005313193.  The

███████ includes ███████████ implemented in hardware, which ███████ supplies to

87

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1  Apple.  *See, e.g.,* ████  User's Manual [APL630DEF-WH0001749889] at APL630DEF-

2  WH0001749934 ("████████████████████████████████.").

3  ████████████████████████████████████████

4  ████████████████████████████████████████

5  ████████████████████████████████████████

6  ████████████████████████████████████████

7  ████████████████████████████████████████

8  ████████████████████████████████████████

9  ████████████████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 *See also* ████  User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753269;

13 *see also id.* at APL630DEF-WH0001753268 ████████████████████████

14 ████████████████████████████████████

15

16 170.    The functionality of the ████████████ used in the ████████ is

17 described in a section of the ████ User's Manual.  *See* ████ User's Manual [APL630DEF-

18 WH0001749889] at APL630DEF-WH0001753299-1753350 (████████████████

19 ████████████████████████████████████

20 ████████████████████████████

21 171.    The ████████ also includes a video encoder that complies with the H.264

22 standard, ████████████████, which is supplied by ████████████.  *See, e.g.,*

23 H5P User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749890 ("████

24 ████████████████████), 1749930 (████ integrates the ████████████

25 ████████████████ for movie capture applications.").

26                                        88

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also* ▇▇ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001750010;

*id.* at APL630DEF-WH0001749908.

▇▇ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753268-1753269;

*id.* at APL630DEF-WH0001753268 ▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

172.   The functionality of the ▇▇▇▇▇▇▇▇▇▇ used in the ▇▇

▇▇ is described in a different section of the ▇▇ User's Manual than that describing the

▇▇▇▇▇▇▇▇ . *See* ▇▇ User's Manual [APL630DEF-WH0001749889] at

APL630DEF-WH0001753484-1753619, 1753351-1753483 ▇▇▇ Technical Reference

Manuals).

89

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

173.    As shown in the below block diagrams from the ███ User's Manual, the ███

█████████████████████████████████████████████████████████████████████

███████



███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749928

(annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See also* ███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753272

(annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

174. ███████████████████████████████████████

███████████████████████████████████████. Aug. 29, 2013 conversation with

Timothy Millet.  Therefore, the H5P SOC used in the iPhone 5 does not include "a compressor

which compresses said digital signal outputted from said A/D converter, and generates

compressed data by using a different compressing method for moving image signals and for still

image signals."

175.   Mr. Parulski nevertheless contends that the entire ████████████████

highlighted in yellow below—is the claimed "compressor":

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1    █████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749928

2    (annotations added).



24   *See also* █████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753272

25   (annotations added); Parulski Rep. ¶ 193 ("[I]n the Accused Apple Products, ████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████ . . .

.") (emphasis added).

176.   I disagree that the entire ███████████ is the claimed "compressor."  A person of ordinary skill in the art would not consider the ████████████ to be a "compressor."  As I explained above, the ███████████████████████████████ ██████████████████████████████████████████████—and therefore do not satisfy the "compressor" limitation.  Indeed, the design of the █████████ differs from the express teaching of the '449 patent, which touts "sav[ing] the circuit scale" by using common circuitry to perform both still and moving image compression.  ████████████████ ██████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749969.

177.    The various components of the

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

178.    Further, the ████ User's Manual describes the ███████████

████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753268.

179.    Finally, the █████████████████████████████
█████████████████████████████
██████████████████████████████
█████████████████████████████
██████████████████████████████
████████████████████████████
█████████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████.  Therefore the ██████████

████  does not satisfy the "compressor" limitation.

(ii)     iPhone 4S

(a)  <u>Samsung's New Contentions</u>

180.     Mr. Parulski contends that the "█████████ portion of the █████████ includes a

compressor … for moving image signals and still image signals."  Parulski Rep. ¶ 185.

Specifically, Mr. Parulski contends that the "█████████ portion of the █████████ used in the

iPhone 4S "includes a █████████ block, which is used to compress still images using the

JPEG compression standard, and an █████████████████████████, which … is used to

compress moving video images using the H.264 compression standard."  Parulski Rep. ¶ 186.

(b)  <u>Response to Samsung's New Contentions</u>

181.     The iPhone 4S includes an ██████████ Aug. 29, 2013 conversation with Timothy

Millet.  The █████████ includes a ████████████████████████████████████

█████████  *See, e.g.,* ████  User's Manual [APL630DEF-WH0001738776] at APL630DEF-

WH0001738810 ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

97

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also, e.g.,* ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740879.

182.   The functionality of the ████████████ used in the ██████ is described in a section of the ███ User's Manual.  *See* ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740900-1740944 ("██████████████████ ██████████████████████████████████████████████ ████████████████████████████████

183.   The ██████ also includes a ████████ that complies with the H.264 █████████████████████████████████████. *See, e.g.,* ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738777 ████ ████████████████████████"), 1738790 ("█████████████████ ██████████████████████████ 1738812 ("████████████ ████████████████████████████ ████████████████████ ████████████████████ ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738788; *see also id.* at APL630DEF-WH0001738872, 1738874.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740878-1740879.

184.    The functionality of the █████████████████████ used in the █
is described in a different section of the █ User's Manual from that describing the
█████████████. *See* █ User's Manual [APL630DEF-WH0001738776] at
APL630DEF-WH0001740945-174001741072 (█████ Technical Reference Manual).

185.    As shown in the below block diagrams from the █ User's Manual, the █
███████████████████████████████████████████████
███████

99

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738810 (annotations added).

*See also* ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740881

(annotations added).

186.    There is ████████████████████████████████

████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738848; Aug. 29, 2013 conversation with Timothy Millet.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

187.    Therefore, the ███████ used in the iPhone 4S does not include "a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals."

188.    Once again, Mr. Parulski nevertheless contends that the ██████████████—highlighted in yellow below—is the claimed "compressor":



███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738810 (annotations added).

103

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also* ████ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740881

(annotations added); Parulski Rep. ¶ 193 ("[I]n the Accused Apple Products, both video and still

image compression are performed using ███████████████████████████

████████████

189.    I disagree that the entire ██████████ is the claimed "compressor" for the

same reasons stated above in connection with the ████████ used in the iPhone 5. *See* ████

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740878 ████████████

████████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(iii)     iPhone 4

(a) <u>Samsung's New Contentions</u>

190.     Mr. Parulski contends that "the ███ portion of the ███ used in the iPod touch (4th Gen.) "includes a compressor for moving and still image signals that uses different compressing methods for moving and still image signals."  Parulski Rep. ¶ 189.  He further states that "the Apple iPhone 4 includes a listing for an ███' component."  Parulski Rep. ¶ 188.

(b) <u>Response to Samsung's New Contentions</u>

191.     The iPhone 4 includes an ███.  *See, e.g.*, iPhone 4 ███ ███ [APL-ITC796-0000433993] at APL-ITC796-0000434106-434107, 434127.  The ███ includes a ███, which is supplied by ███ *See, e.g.,* ███ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726689 (" ███ .").

192.     The functionality of the ███ used in the ███ is described in a section of the ███ User's Manual.  *See* ███ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001730046-1730079 (" ███ ███ ███ .").

193.     The ███ also includes a ███ that complies with the H.264 standard, ███, which is supplied by ███ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726689 ███ ███ ███ .").

105

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

194.    The functionality of the ███████████████ used in the ███████ is

described in a different section of the █████████████ from that describing the ██████████

███████. *See* ██████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-

WH0001730080-1730177 ("██████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

*See also* ██████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726762;

████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001729593-1729616

██████████████████████.

195.    Similar to the ███████████ used in the iPhone 5 and 4S, respectively, the

████████████████████████. As shown in the below block diagrams from

the ████ User's Manual, ██████████████████████████████████████

██████████████████████:

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726685 (annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See also* ███ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001729605.

196.    There is ████████████████████████████████████████████
████████████████████████████████████. Aug. 29, 2013 conversation with

Timothy Millet.  Therefore, the ████████ used in the iPhone 4 does not include "a compressor

which compresses said digital signal outputted from said A/D converter, and generates

compressed data by using a different compressing method for moving image signals and for still

image signals."

197.    Again, Mr. Parulski nevertheless contends that the entire ████████████████

████████ (*see* Parulski Rep. ¶ 189)—highlighted in yellow below—is the claimed

"compressor":

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726685

(annotations added); Parulski Rep. ¶ 189 ("In my opinion, ████████████████

includes a compressor for moving and still image signals. . . .") (emphasis added).

198.    I disagree the entire ████████ is the claimed "compressor" for the same

reasons stated above in connection with the ████████ used in the iPhone 5.  Specifically, the

████████████████████████████████████████████████████

████ (*see, e.g.,* ████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-

WH0001729605), and therefore do not satisfy the "compressor" limitation of claim 25.  Indeed,

the design of the ████████ is contrary to the express '449 patent teaching of "sav[ing] the circuit

scale" by using common circuitry to perform both still and moving image compression. ████████

████████████████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See, e.g.,* ▮▮▮ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726635;

Aug. 29, 2013 conversation with Timothy Millet.

(iv)   iPhone 3GS

(a)   <u>Samsung's New Contentions</u>

199.   Mr. Parulski contends that the ▮▮▮▮▮▮▮▮" of the ▮▮▮▮▮▮ used in the

iPhone 3GS "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ …

110

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1 ██████████████,” and therefore meets the "compressor" limitation.  Parulski Rep. ¶

2 191.  Mr. Parulski does not provide additional substantive analysis.

3                         (b) <u>Response to Samsung's New Contentions</u>

4        200.    The iPhone 3GS includes an █████.  *See, e.g.*, iPhone 3GS ██████████████

5 ████████ [APL-ITC796-0000432822] at APL-ITC796-0000432907.  The █████ includes

6 a ███████████████████, which is supplied by █████.  *See, e.g.,* █ User's

7 Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708699 ███████████

8        201.    The functionality of the ████████████ used in the █████ is

9 described in a section of the ████ User's Manual.  *See* ████████ [APL630DEF-

10 WH0001708681] at APL630DEF-WH0001711131-1711162 ████████████████

11 ████████████████████████████████

12 

13 ████████████████████."), 1711163-1711189.

14        202.    The █████ also includes a ████████ that complies with the H.264

15 standard, ██████████, which is supplied by █████  *See, e.g.,* █ User's

16 Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708699 ███████████

17 ████████

18 

19 

20 

21 ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708730.

22        203.    The functionality of the ████████████ used in the █████ is

23 described in a different section of the ████ User's Manual than that describing the █████████

24 ████████.  *See* ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-

25 

26                                      111

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1  WH0001711485-1711571 ("█████████████████████████████

2  ███████████████████████████

3      204.   As with the ███████████████ in the iPhone 5, 4S and 4, respectively, the

4  ████████████████████████████. Aug. 29, 2013 conversation

5  with Timothy Millet.  Therefore, for the same reasons discussed above in connection with the

6  ██████████████████████ used in the iPhone 3GS does not include "a compressor

7  which compresses said digital signal outputted from said A/D converter, and generates

8  compressed data by using a different compressing method for moving image signals and for still

9  image signals."

10      205.   As with the other accused Apple products, Mr. Parulski nevertheless contends that

11

12  the entire ████████████████████████████

13  ████████████████████████████)—is the claimed "compressor":

112

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708700.

206.   The ████████████████████████████████████████████████████

████████████████████████████████████. I disagree ████████████████

███████ is the claimed "compressor" for the same reasons stated above in connection with the

H5P, H4P, and H3P SOCs used in the iPhone 5, 4S, and 4, respectively.

(v)       iPod touch (5th Gen.)

(a)   Samsung's New Contentions

207.   Mr. Parulski contends that the "████████ portion of the ████████ is identical

to the ████████ portion of the ████████ and meets the "compressor" limitation for the

same reasons as the iPhone 4S, but does not otherwise provide any analysis with respect to the

████████ *See* Parulski Rep. ¶ 187.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(b) <u>Response to Samsung's New Contentions</u>

█████  The iPod touch (5th Gen.) includes an █████  *See, e.g.*, iPod touch (5th Gen.) ████████████████████ [APL630DEF-WH0004031564] at APL630DEF-WH0004031584.  The █████ includes a ████████████████, which is supplied by █████.  *See, e.g.,* █████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003890091 ████████████████████████████ 3892358 ██████████████████████████ ████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

█████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892359.

209.  The functionality of the ████████████ used in the █████ is described in a section of the █████ User's Manual.  *See* █████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892380-3892425 ████████████ ████████████████████████████ ██████████████████████

114

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

210.    The ███████ also includes a █████████ that complies with the H.264

standard, █████████████████, which is supplied by ███████████. *See, e.g.*,

███ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003890088 ███

████████████████████████████████████████████████

████████), 3892358 ("███████████████████████████████

████████████████████████ . . . .").

████████████████████████████████████████

*See also* ███ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003890154;
*id.* at APL630DEF-WH0003890064.

███ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0000003892358-

3892359.

211.    The functionality of the ████████████████████ used in the ███

███ is described in a different section of the ███ User's Manual than that describing the

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████ . *See* ████ User's Manual [APL630DEF-WH0003890052] at

APL630DEF-WH0003892426-3892551 (██████████████████ Reference Manual); *see*

*also id.* at APL630DEF-WH0003892552-3892557 ████████ Changes in 3.2 and Errata).

212.    As with the ███████████ used in the iPhone 5 and 4S, respectively, the

████████████████████████████████ . Aug. 29, 2013 conversation

with Timothy Millet.  As shown in the below block diagrams from the ████ User's Manual, the

███████████████████████████████████████

███████



116

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0000003890086

(annotations added).

█████████████████████████████████████████████████████████████

*See also* █████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-
WH0000003892361 (annotations added).

213. ██████████████████████████████████████

████████████████████████████████ Aug. 29, 2013 conversation with

Timothy Millet.  Therefore, the █████████ used in the iPod touch (5th Gen.) does not include "a

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

compressor which compresses said digital signal outputted from said A/D converter, and

generates compressed data by using a different compressing method for moving image signals

and for still image signals."

214.    Yet again, Mr. Parulski nevertheless contends that the entire ██████████

highlighted in yellow below—is the claimed "compressor":



██  User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0000003890086

(annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See also* ███ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0000003892361 (annotations added); Parulski Rep. ¶ 187 ("It appears that the ████████ ***portion of the*** ██████ is identical to the ████████ portion of the ██████ and includes a compressor and a decompressor for moving image signals and still image signals.") (emphasis added).

215.    I disagree the entire ██████ block is the claimed "compressor" for the same reasons stated above in connection with the ████ and ██████ used in the iPhone 5 and 4S, respectively.

119

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(vi)    iPod touch (4th Gen.)

(a) <u>Samsung's New Contentions</u>

216.    Mr. Parulski contends that "the ███ portion of the ███████ used in the iPod touch (4th Gen.) "includes a compressor for moving and still image signals that uses different compressing methods for moving and still image signals."  Parulski Rep. ¶ 189.

(b) <u>Response to Samsung's New Contentions</u>

217.    The iPod touch (4th Gen.) includes an ███████  *See, e.g.*, iPod touch (4th Gen.) ███ [APL630DEF-WH0004031426] at APL630DEF-WH0004031441.

218.    The ███████████ used in the iPhone 4 and, therefore, the iPod touch (4th Gen.) does not meet the "compressor" limitation for the same reasons set forth above in connection with the iPhone 4.

(c) <u>Response To Samsung's Infringement Contentions</u>

219.    In its infringement contentions, Samsung contends that the "███████" (*i.e.*, the marketing name for the ███████ "has *a video encoder* that utilizes at least the H.264 and MPEG-4 standards for compressing moving images *and the JPEG standard for compressing still images*."  Parulski Rep., Ex. 4 [Samsung's Third Amended Infringement Contentions, July 4, 2013, Ex. G] at 4 (emphasis added).  I disagree.

220.    The █████████████████████████ used in the accused Apple products █████████████████.  Although the Technical Reference Manual for the ██████████████████████ ███s, Samsung and Mr. Parulski appear to have misinterpreted this reference to mean that the ████████████████████

221.    Quite the contrary, the ████████████████████ ████████████████████.  I have

120

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1   spoken with Apple SOC architect Tim Millet who confirmed that ███████████████

2   ████████████████████████████████████████████████████

3   █████████████████████   Based on my analysis and conversations

4   with Mr. Millet, the references to "█████████████  Technical Reference Manual simply

5   refer to functionality that ███████████████████████████

6   ████ Aug. 29, 2013 conversation with Timothy Millet.  This ████████████████

7   ███████████████████

8       222.    Mr. Millet testified consistently at his deposition:

9   ████     ████████████████████████████████

10  ████     ████

11  Millet Dep. at 103:17-19[13] (emphasis added).

12      223.    As discussed above, in his expert report, Mr. Parulski expands upon what

13  Samsung contends is the compressor to include not █████████████████████

14  ███████████ portion" of the █████████  However, for the reasons stated above, the ████████

15  ████ does not meet this claim limitation because the █████████████████████

16  █████████████████, and therefore are not "a compressor."  Although not

17  addressed in Mr. Parulski's expert report or Samsung's Third Amended Infringement

18  Contents attached thereto as Exhibit D, the same analysis applies to the ████████████████

19  █████ used in the other accused Apple ████████████████████████

20  ██████████.

---

[13]    Not only does Apple not use ████████████████████████████████

████████████████████████████████████████, as Mr. Millet testified in connection with

the ████████████.  I discuss this below regarding the "decompressor" limitation.

121

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

b)      *Doctrine of Equivalents*

224.    Mr. Parulski provides a single conclusory paragraph regarding his contention that the accused Apple products meet the "compressor" limitation under the doctrine of equivalents. Parulski Rep. ¶ 194.  I understand that Samsung was previously precluded from arguing that the accused Apple products meet any limitation of claim 25 of the '449 patent under the doctrine of equivalents.

225.    Nevertheless, to the extent that Mr. Parulski is permitted to offer opinions regarding the doctrine of equivalents, I disagree that the accused Apple products include the claimed "compressor" under the doctrine of equivalents.  The '449 patent teaches that, because MPEG (video) and JPEG (still image) compression "have the same common points," using common circuitry for both "may effectively save the circuit scale."  '449 patent at 4:16-19.  As the '449 patent explains, "[t]his is a well-known method for saving the circuitry."  '449 patent at 4:19-20.

226.    Instead of taking advantage of the "common points" of JPEG and video compression, ███████████████████████████████████████████████████████. The accused Apple products forego the purported benefits of ████████████████████████████████████████████. This affords the accused Apple products greater flexibility in ██████████████████████████████████████████. Apple has implemented a different design from that of the '449 patent, with different advantages, and therefore does not perform substantially the same function of compressing JPEG and video in substantially the same way to obtain substantially the same result.

122

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**4.      The Accused Apple Products Do Not Include "A Recording Circuit
Which Records Compressed Data, Said Compressed Data Including A
Moving Image Signal Or A Still Image Signal" Under Samsung's
Infringement Contentions**

a)      *Literal Infringement*

(i)      Response to Samsung's Infringement Contentions

227.      I understand that, in its infringement contentions, Samsung contends that the
"NAND flash module for storage" meets the "recording circuit" limitation.  *See* Samsung's Third
Amended Infringement Contentions, July 4, 2013, at 4.  I disagree with that contention.
Samsung has failed to demonstrate that the accused Apple products include "a recording circuit
which records compressed data, said compressed data including a moving image signal or a still
image signal."

228.      The ███████████████ is simply the repository in which images and videos
are stored.  As shown in Figure 4 of the '449 patent, recording is performed by passing formatted
(*i.e.*, compressed) data "through an ***interface circuit*** 413 and a card connector 414 and reaches a
harddisk drive 415" (*i.e.*, the repository in which images and videos are ultimately stored):

123

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



'449 patent at 4:3-5 (emphasis added), Fig. 4 (annotations added); *see also id.* at 4:10-16 ("The foregoing description has concerned with the method ***for recording*** moving images. . . .") (emphasis added).

229.   Thus, Samsung has not identified a "recording circuit" in the accused Apple products, but only a repository where images and videos are eventually stored..

### b)   *Doctrine of Equivalents*

230.   Neither Samsung nor Mr. Parulski contends that the "recording circuit" limitation is met under the doctrine of equivalents.

### 5.   The Accused Apple Products Do Not Include "A Decompressor Which Decompresses Said Compressed Data By Using A Different Decompressing Method According To Whether Said Recorded Compressed Data Is A Moving Image Signal Or A Still Image Signal"

231.   The accused Apple products do not include a "decompressor" that decompresses both still and moving image signals using different decompressing methods.

124

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

a)      *Literal Infringement*

232.     Claim 25 of the '449 patent requires that the claimed digital camera include "a decompressor" that "decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal." '449 patent at claim 25.  As with the claimed "compressor," the '449 patent explains that similarity between MPEG and JPEG compression—the only two compression standards described in the patent—enables the use of common circuitry to implement both standards.  *See* '449 patent at 4:16-19.  "This is a well-known method for saving circuitry."  '449 patent at 4:19-20.

233.     The accused Apple products ████████████████████████████ ███████████████████████████████████.  Instead, each accused Apple product ██████████ ████████████████████████████████████████████████████████.  Specifically, the accused Apple products ████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████.

234.     As with the "compressor" limitation, there is good reason for this.  Although it may have been practical to use common circuitry for JPEG and MPEG decoders at the time of the alleged '449 invention, the evolution of video compression technology has diminished the benefits of doing so today.  In particular, the accused Apple devices use video decoders that comply with the H.264 standard, which differs significantly from the JPEG-like MPEG standard commonly used at the time of the alleged '449 invention.  JPEG decoding works by using the reverse of the DCT and Huffman coding process described above in connection with the "compressor" limitation.  The same is true for MPEG.  H.264 decompression does not use the

125

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

DCT and Huffman coding process and therefore cannot be implemented using the same circuitry,

for the same reasons described above in connection with the "compressor" limitation.

235.    Further, in the accused Apple products, ████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████  The digital camera described in the

'449 patent uses common circuitry to perform still and moving image decompression, and

therefore does not have the capability to decompress still and moving images concurrently.

Thus, it would not make sense for the accused Apple products to use "a decompressor" as

claimed in the '449 patent.

236.    For these reasons, none of the accused Apple products includes "a decompressor

which decompresses said compressed data by using a different decompressing method according

to whether said recorded compressed data is a moving image signal or a still image signal" as

required by the asserted claims.

(i)    iPhone 5

(a) Samsung's New Contentions

237.    Mr. Parulski contends that the "█████████ portion of the ████████" used in

the iPhone 5 meets the "decompressor" limitation.  Parulski Rep. ¶ 208.  Specifically, Mr.

Parulski contends that ███████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████  Parulski Rep. ¶ 208.

126

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(b) <u>Response to Samsung's New Contentions</u>

238.   The ███████ used in the iPhone 5 includes ██████████████

████████████████████████████ supplies to Apple.  *See, e.g.,*

H5P User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749934 ███

████████████████████████████

239.   The functionality of the ██████████████ used in the ███████ is

described in a section of the ███ User's Manual.  *See* ███ User's Manual [APL630DEF-

WH0001749889] at APL630DEF-WH0001753299-1753350 ("███████████████

██████████████████████████████

███████████████████

240.   The ███████ also includes a video decoder that complies with the H.264

standard, ████████████, which is supplied by ██████████████.  *See, e.g.,*

███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749890 ███

████████████), 1738790 ████████████████████████

█████████████████████

████████████████████████

█████████████████████████

*See also* ███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001750010;

*id.* at APL630DEF-WH0001749908.

127

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

██████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753269.

    241.    The functionality of the ████████████████████████ used in the ████

████ is described in a different section of the ████ User's Manual than that describing the

████████████████. *See* ████ User's Manual [APL630DEF-WH0001749889] at

APL630DEF-WH0001753620-1753860 ███████ Core User Guide and Technical Reference

Manual).

    242.    As shown in the below block diagrams from the ████ User's Manual, the JPEG

████████████████████████████████████████████████████████

████████

128

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

243. ████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749928 (annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also* ▮ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753272

(annotations added).

244. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Aug. 29, 2013 conversation with

Timothy Millet.  Therefore, the ▮▮▮▮ used in the iPhone 5 does not include "a decompressor

130

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

which decompresses said compressed data by using a different decompressing method according

to whether said recorded compressed data is a moving image signal or a still image signal."

245.    Mr. Parulski nevertheless contends that the entire ███████████—outlined

in yellow below—is the claimed "decompressor":

█████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749928

(annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See also* █████ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753272

(annotations added); Parulski Rep. ¶ 217 ("[I]n the Accused Apple Products, ██████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████

246.   I disagree that the entire ██████████ block is the claimed "decompressor."  A

person of ordinary skill in the art would not consider the ██████████ block to be a

132

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1    "decompressor."  As I explained above, the ████████████████████████

2    ████████████████████████████████████████████, respectively—and

3    therefore do not satisfy the "decompressor" limitation.  Indeed, the design of the ████████

4    differs from the express teaching of the '449 patent, which touts "sav[ing] the circuit scale" by

5    using common circuitry to perform both still and moving image compression and

6    decompression. ██████████████████████████████████

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1   ███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001749969.

2      247.   The various components of the ███████████████

3   ████████████████████████████████████

4   █████████████████████████████████████

5   ██████████████████████████████████

6   ████████████████████████████████.

7      248.   Further, the ███ User's Manual describes ███████████

8   ███████████████████████

9   ████████████████████████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ████████████████████████████████████

13  ████████████████████████████████████

14  ████████████████████████████████████

15  ████████████████████████████████████

16  ████████████████████████████████████

17  ████████████████████████████████████

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ████████████████████████████████████

22  ████████████████████████████████████

23  ████████████████████████████████████

24  ███ User's Manual [APL630DEF-WH0001749889] at APL630DEF-WH0001753268.

25

26                                134

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

249.   Finally, the ███████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████ Therefore the █████████

block does not satisfy the "decompressor" limitation.

(ii)    iPhone 4S

(a) Samsung's New Contentions

250.   Mr. Parulski contends that the ████████ portion of the ████████ includes a

decompressor for moving image signals and still image signals."  Parulski Rep. ¶ 212.

Specifically, Mr. Parulski contends that the ████████ portion of the ████████ includes a

"██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████."  Parulski Rep. ¶ 212.

(b) Response to Samsung's New Contentions

251.   The ████████ used in the iPhone 4S includes a ███████████████████

████████, which is supplied by ████████.  *See, e.g.,* ████ User's Manual [APL630DEF-

WH0001738776] at APL630DEF-WH0001738815 ("████████████████████████ …

135

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

████████████████████████████████████████████

████████████████████████████████████████████████

### 3. JPEG

- Compression/decompression up to 65536x65536
- Compression formats
  - Input raw image: 1-plane YCbCr4:2:2, 2-plane YCbCr4:2:0 or RGB565
  - Output JPEG file: Baseline JPEG of YCbCr4:2:2 or YCbCr4:2:0
- Decompression formats
  - Input JPEG file: Baseline JPEG of YCbCr4:4:4, YCbCr4:2:2, YCbCr4:2:0, YCbCr4:1:1 or gray
  - Output raw image: 1-plane YCbCr4:2:2 or 2-plane YCbCr4:2:0
- Support linear and tiled addressing modes
- Support general-purpose color-space conversion
- Runs in full-speed instead of half-speed mode

*See also, e.g.,* ████ User's Manual [APL630DEF-WH0001738776] at APL630DEF-
WH0001740879.

252.   The functionality of the ████████████████ used in the ████████ is
described in a section of the ████ User's Manual.  *See* ████ User's Manual [APL630DEF-
WH0001738776] at APL630DEF-WH0001740900-1740944 ("████████████████████

████████████████████████████████████████████

████████████████████████████████

253.   The ████████ also includes a ████████████████████████

████████████████████, which is supplied by ████████████████████ User's
Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738811 ("████████████

████████████████████████████████████████████

████████████████████████████████████████████ .").

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738788; *id.* at APL630DEF-WH0001738872, 1738874.

███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740879.

254.   The functionality of the ████████████████████ used in the ███ is described in a different section of the ███ User's Manual from that describing the █████████████. *See* ███ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001741073-1741313 (███ Core User Guide and Technical Reference Manual).

255.   As shown in the below block diagrams from the ███ User's Manual, ████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738810

(annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See also* ▮ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740881

(annotations added).

256. ▮

▮

CONTAINS INFORMATION DESIGNATED AS APPLE AND

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738848; Aug. 29, 2013 conversation with Timothy Millet.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

257.   Therefore, the ██████ used in the iPhone 4S does not include "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal."

258.   Once again, Mr. Parulski nevertheless contends that the entire ██████ block— outlined in yellow below—is the claimed "decompressor":



██ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001738810 (annotations added).

141

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also* ▮▮▮ User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740881

(annotations added); Parulski Rep. ¶ 217 ("[I]n the Accused Apple Products, ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

259.    I disagree that the entire ▮▮▮▮▮ block is the claimed "decompressor" for the

same reasons stated above in connection with the ▮▮▮▮ used in the iPhone 5.  *See* ▮▮▮

User's Manual [APL630DEF-WH0001738776] at APL630DEF-WH0001740878 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

142

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

(iii)   iPhone 4

260.   Mr. Parulski does not address the iPhone 4 in connection with the "decompressor"
limitation.

261.   Nevertheless, because the iPhone 4 includes an ███████, my conclusions are the
same as stated below in connection with the iPod touch (4th Gen.), which also includes an ███
███.

(iv)   iPhone 3GS

(a)   Samsung's New Contentions

262.   Mr. Parulski contends that ██████████████" of the ████████ used in the
iPhone 3GS "comprises a decompressor for moving and still image signals, and uses different
decompressing methods for moving and still image signals."  Parulski Rep. ¶ 215.  Mr. Parulski
further contends that "[████████████████████████████████
████████████████████████████████████████████."  Parulski
Rep. ¶ 215.

(b)   Response to Samsung's New Contentions

263.   The ████████ used in the iPhone 3GS includes a ██████████████
████████, which is supplied by ████████  *See, e.g.,* ███ User's Manual [APL630DEF-
WH0001708681] at APL630DEF-WH0001708699 ("████████"); Aug. 29 conversation with
Timothy Millet.

264.   The functionality of the ████████████████ used in the ████████ is
described in a section of the ███ User's Manual.  See ███ User's Manual [APL630DEF-
WH0001708681] at APL630DEF-WH0001711131-1711162 ████████████████
████████████████████████████████████████████████

143

1  ███████████████████████████████████████████ 1711163-

2  1711189 (█████████ Microarchitecture and User Spec).

3      265.   ██████████████████████ that complies with the H.264

4  standard.██████████████████████████████████. *See, e.g.,*

5  ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708698████

6  ████████████████████████████).

7  ███████████████████████████████████

8  ███████████████████████████████████

9  ███████████████████████████████████

10  ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708699.

11  ████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████

15  ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708729.  *See also*

16  ████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001711190-1711365

17  █████████ Technical Reference Manual).

18      266.   The functionality of the ████████████████████ used in the ████

19  ████ is described in a different section of the ████ User's Manual than that describing the

20  ██████████████████. *See, e.g.,* ████ User's Manual [APL630DEF-WH0001708681] at

21  APL630DEF-WH0001711190-1711365 (█████████ Technical Reference Manual).

22      267.   As with the ████████████████ in the iPhone 5, 4S and 4, respectively, the

23  ████████████████████████████████. Aug. 29, 2013 conversation

24  with Timothy Millet.  Therefore, for the same reasons discussed above in connection with the

144

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

████████████████████████████ used in the iPhone 3GS does not include "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal."

268.    As with the other accused Apple products, Mr. Parulski nevertheless contends that the entire "████████████████████████████████████████████████████████████ ████████████████████████████████████████)—is the claimed "decompressor":

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1 ██████ User's Manual [APL630DEF-WH0001708681] at APL630DEF-WH0001708700; Parulski

2 Rep. ¶ 215.

3     269.    I disagree the ████████████████ is the claimed "decompressor" for the same

4 reasons stated above in connection with the ██████████████████ used in the iPhone 5, 4S,

5 and 4, respectively.

6         (v)    iPod touch (5th Gen.)

7     270.    Mr. Parulski does not include the iPod touch (5th Gen.) or the ████████ in his

8 analysis of the "decompressor" limitation.  Regardless, the iPod touch (5th Gen.) does not include

9 "a decompressor which decompresses said compressed data by using a different decompressing

10 method according to whether said recorded compressed data is a moving image signal or a still

11 image signal."

12     271.    The ████████ used in the iPod touch (5th Gen.) includes a ██████████

13 ████████████████ which is supplied by ████████ *See, e.g.,* ████ User's Manual

14 [APL630DEF-WH0003890052] at APL630DEF-WH0003890091 ("████████████████████

15 ███████████████████████████████), 3892358 ██████████████████████████

16 ███████████████████████████████████████████████████████████

17

18

19

20

21

22

23

24

25

26                       146

CONTAINS INFORMATION DESIGNATED AS APPLE AND



User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892359.

272. The functionality of the ▮▮▮▮▮▮▮ used in the ▮▮▮▮▮ is described in a section of the ▮▮▮ User's Manual.  See ▮▮▮ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892380-3892425 ("

273. The ▮▮▮▮▮▮▮▮▮ that complies with the H.264 standard, ▮▮▮▮▮▮▮▮▮▮. *See, e.g.,* ▮▮▮ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003890087 ("

).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003890154; *id.* at APL630DEF-WH0003890064.

█

█ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892359.

274. The functionality of the █ used in the █ is described in a different section of the █ User's Manual than that describing the █. *See* █ User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0003892597-3892798 █ Technical Reference Guide), 3892558-3892596 █ Core User Guide), 3892597-3892798 █ Technical Reference Manual).

275. As with the █ used in the iPhone 5 and 4S, respectively, the █. Aug. 29, 2013 conversation with Timothy Millet. As shown in the below block diagrams from the █ User's Manual, █

█

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



User's Manual [APL630DEF-WH0003890052] at APL630DEF-WH0000003890086 (annotations added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See also* ████ User's Manual [APL630DEF-WH0003890052] at APL630DEF-
WH0000003892361 (annotations added).

276. ████████████████████████████████████████

████████████████████████████████. Aug. 29, 2013 conversation with

Timothy Millet. Therefore, the ████████ used in the iPod touch (5th Gen.) does not include "a

decompressor which decompresses said compressed data by using a different decompressing

method according to whether said recorded compressed data is a moving image signal or a still

image signal."

150

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

277.   As stated above, Mr. Parulski does not discuss the iPhone touch (5th Gen.) or ████

████ in his analysis regarding the "decompressor" limitation.  To the extent that Mr. Parulski is

allowed to testify that ████████████████ is the claimed "decompressor," I disagree for

the same reasons stated above in connection with the ██████ ████████ used in the iPhone 5

and 4S, respectively.

(vi)   iPod touch (4th Gen.)

(a)  Samsung's New Contentions

278.   Mr. Parulski contends that "the ██████████ portions of the ██████████

include a decompressor which uses a different decompressing method according to whether said

recorded compressed data is a moving image signal or a still image signal."  Parulski Rep. ¶ 214.

He further states that "[t]he ██████ portion of the ████ includes a ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

'performs all functions required for image compression / decompression. . . ."  Parulski Rep. ¶

214.

(b)  Response to Samsung's New Contentions

279.   The ████████ used in the iPod touch (4th Gen.) includes a ████████

████████████████████████████████. *See, e.g.,* ████ User's Manual

[APL630DEF-WH0001726602] at APL630DEF-WH0001726689 ("The ████████████

████████████████████████.").

280.   The functionality of the ████████████ used in the ████████ is

described in a section of the ████ User's Manual.  *See* ████ User's Manual [APL630DEF-

WH0001726602] at APL630DEF-WH0001730046-1730079 ("████████████████████

151

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

█████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████ . . . .").

281. ███████████████████████████████ that complies with the H.264

standard, ████████████████████████████████████. *See, e.g.*,

██ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726693

█████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726630; *id.* at

APL630DEF-WH0001726759.

282. The functionality of the ████████████████████ used in the ██

██ is described in a different section of the ████████ User's Manual than that describing the

████████████████. *See* ████ User's Manual [APL630DEF-WH0001726602] at

APL630DEF-WH0001729368-1729407, 1729408-1729590 (████████ Core User Guide and

Technical Reference Manual).

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726761-1726762;

*see also* ████ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001728934-

1728945 (████ Integration Specification).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

283.   Similar to the ▮▮▮ and ▮▮▮▮▮▮ used in the iPhone 5 and 4S, respectively, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. As shown in the below block diagrams from the ▮▮▮ User's Manual, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



▮▮▮ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726685 (annotation added).

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726691

(annotation added).

284.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



■ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726634 (annotation added).

285.   ██████████████████████████████████████████████████

██████████████████████████.  Aug. 29, 2013 conversation with

Timothy Millet.  Therefore, the ████████ used in the iPhone 4 does not include "a decompressor

which decompresses said compressed data by using a different decompressing method according

to whether said recorded compressed data is a moving image signal or a still image signal."

286.   Mr. Parulski nevertheless contends that the combined ████████████ portions

of the ████████ (*see* Parulski Rep. ¶ 214)—outlined above in pink and blue, respectively—are

the claimed "decompressor."

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

287.    I disagree that the ████████████████████████ are the claimed "decompressor" for the same reasons stated above in connection with the ██████ used in the iPhone 5. Specifically, ████████████████████████████████ ████████████████████ and therefore do not satisfy the "decompressor" limitation of claim 25. Even more, the ████████████████████████████ ████████████████████████████████. Indeed, the design of the ██████ is contrary to the express '449 patent teaching of "sav[ing] the circuit scale" by using common circuitry to perform both still and moving image decompression. ██████████████████████ ██████.

156

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

*See, e.g.,* ▮ User's Manual [APL630DEF-WH0001726602] at APL630DEF-WH0001726635; Aug. 29, 2013 conversation with Timothy Millet.

     (vii)  Response To Samsung's Infringement Contentions

  288.  In its infringement contentions, Samsung contends that the "▮" (*i.e.*, the marketing name for the ▮ "has *a video decoder* that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still

157

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1   images." Parulski Rep., Ex. 4 [Samsung's Third Amended Infringement Contentions, July 4,

2   2013, Ex. G] at 5 (emphasis added).  I disagree.

3        289.   ███████████████████████ used in the ████████████

4   ████████████████████████████████████ I have spoken with Apple

5   ██ architect Tim Millet ███████████████████████████████

6   ████████████████████████████████████████

7   █████████████.  Based on my analysis and conversations with Mr. Millet, the

8   ████████████████████████████████████████

9   ███████████.  Aug. 29, 2013 conversation with Timothy Millet.  ████████

10  ██████████████████████████████

11       290.   Mr. Millet testified consistently at his deposition:

12

13

14

15

16

17  Millet Dep. at 101:18-102:2.

18       291.   As discussed above, in his expert report, Mr. Parulski expands Samsung's

19  previous "decompressor" contentions to include not only the video decoder, but the entire

20  ████████████████████████ However, for the reasons stated above, the ████████

21  ██ does not satisfy this claim limitation █████████████████████

22  █████████████████ and therefore are not "a decompressor."  Although not

23  addressed in Mr. Parulski's expert report or the infringement contentions attached thereto as

158

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Exhibit D, the same analysis applies to the ████████████████ used in the other accused

Apple products—they do not perform JPEG still image decompression.

> b)      *Doctrine of Equivalents*

292.    Mr. Parulski provides a single conclusory paragraph regarding his contention that

the accused Apple products meet the "decompressor" limitation under the doctrine of

equivalents.  Parulski Rep. ¶ 218.  I understand that Samsung was previously precluded from

arguing that the accused Apple products meet any limitation of claim 25 of the '449 patent under

the doctrine of equivalents.

293.    Nevertheless, to the extent that Mr. Parulski is permitted to offer opinions

regarding the doctrine of equivalents, I disagree that the accused Apple products include the

claimed "decompressor" under the doctrine of equivalents.  The '449 patent teaches that, because

MPEG (video) and JPEG (still image) compression (and by implication decompression) "have

the same common points," using common circuitry for both "may effectively save the circuit

scale."  '449 patent at 4:16-19.  As the '449 patent explains, "[t]his is a well-known method for

saving the circuitry."  '449 patent at 4:19-20.

294.    Instead of taking advantage of the "common points" of JPEG and video

decompression, ███████████████████████████████████████████

███████████████████████████.  The accused Apple products forego the

purported benefits of ████████████████████████████████

████████████████████████.  This affords the accused Apple products

greater flexibility ████████████████████████████████████

████████████████████.  Apple has implemented a different design from that of the

'449 patent, with different advantages, and therefore does not perform substantially the same

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

function of decompressing JPEG and video in substantially the same way to obtain substantially

the same result.

> **6.     Samsung Has Not Demonstrated That The Accused Apple Products
> Include "A Reproducing Circuit Which Reproduces A Moving Image
> Signal, A Sound Signal In Synchronous To Said Moving Image Signal,
> And A Still Image Signal" In Its Infringement Contentions**

> *a)     Literal Infringement*

> (i)     Response To Samsung's Infringement Contentions

295.     In its infringement contentions, Samsung contends that a "graphical processing

unit (GPU)" meets the "reproducing circuit" limitation.  *See* Samsung's Third Amended

Infringement Contentions, July 4, 2013, Ex. G at 5; *see also* Parulski Rep. ¶ 19 (incorporating

Exhibit G of Samsung's Third Amended Infringement Contentions by reference); *id.*, Ex. D at 5.

I disagree with Samsung's contention that the GPU identified for the iPod touch (5th Gen.) meets

the "reproducing circuit" limitation, and Samsung has otherwise failed to demonstrate that the

accused Apple products include "a reproducing circuit which reproduces a moving image signal,

a sound signal in synchronous to said moving image signal, and a still image signal."

296.     The GPU does not reproduce "a sound signal in synchronous to said moving

image signal."  Further, it ███████████████████████████ described above in

Section V.F.2 required for image and video reproduction.  Finally, Samsung has not identified

the GPU—and therefore has not identified any alleged "reproducing circuit"—in any of the

accused Apple products other than the iPod touch (5th Gen.).

> *b)     Doctrine of Equivalents*

297.     Neither Samsung nor Mr. Parulski contends that the "reproducing circuit"

limitation is met under the doctrine of equivalents.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**7.    The Accused Apple Products Do Not "Display[] A List Of Said
Moving Image Signal And Still Image Signal As A Search Mode"**

298.    The accused Apple products do not "display[] a list of said moving image signal
and still image signal as a search mode."

*a)    Literal Infringement*

(i)    Samsung's Contentions

299.    Mr. Parulski contends that the "Camera Roll" feature of the Photos App that runs
on the accused Apple products displays the claimed "list of said moving image signal and still
image signal as a search mode."  *See* Parulski Rep. ¶¶ 230, 232 ("The Accused Apple Products
display a list of moving image signals and still image signals as a search mode when the 'Camera
Roll' is displayed.").  I disagree with Mr. Parulski's contentions for at least two reasons.

(ii)    Camera Roll Does Not Display "A List"

300.    First, Camera Roll does not display a "list" of images.  As the '449 patent
explains, a "list" includes text that provides information about each particular image and is
arranged in a "top to the down" sequence.  *See* '449 patent at 7:64-65.  As shown in Figure 7 of
the '449 patent, information about each image is arranged in a "top to … down" sequence that
includes textual information regarding each image (outlined below in yellow):

161

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



'449 patent at Fig. 7 (annotation added); *see also id.* at Fig. 8.

301.    The '449 patent also explains that "[t]he imaging status of the user such as the recording date and time and the data type are automatically recorded as the aforementioned information. . . . These pieces of information ***are all composed of a list represented in characters***." '449 patent at 8:6-15 (emphasis added).

302.    The '449 patent describes the data list shown in Figure 7 as a "feature of the present invention":

> The display screen 700 is a screen on which a data item is to be retrieved from a data list and played back. The ***data list is a feature of the present invention***. On the screen 700, the data items recorded by the portable digital camcorder 200 may be listed using a mark 703 for representing a sort of data content of a recording start time 702, a moving image, a still image, and a speech, a classifying mark 704, and a mark 705 for protecting data from being erased by the erroneous operation.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

'449 patent at 7:55-63 (emphasis added); *see also id.* at 5:2-4 ("The list of the recorded data displayed on the display unit 201 *is a feature of the invention*.").

303.     In contrast, Camera Roll displays thumbnail images of photos and videos in a grid format.  Titi Dep. at 62:16-63:7 ("… The Camera Roll is presented to the user as a grid of photos. . . .").  The displayed images are not a "list," *i.e.*, textual information about the images (such as recording date and time) is not displayed in a list:

| '449 patent Figure 7 | Camera Roll (Parulski Rep. ¶ 232) |
| --- | --- |
|  |  |

304.     Finally, Mr. Parulski provides a "grocery list" as an example of a "list" that he contends "can be displayed as a grid":

163

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Parulski Rep. ¶ 239.

305.     However, Mr. Parulski's example only confirms my conclusion that Camera Roll is not a list.  Camera Roll is a grid of thumbnail images—it does not include text nor are the images arranged in a top-down order.  Mr. Parulski's "grocery list" example includes "pieces of information [that] *are all composed of a list represented in characters*." '449 patent at 8:14-15 (emphasis added).  Again, such a list is "a feature of the invention." '449 patent at 5:2-4; *id.* at 7:56-57.

306.     As explained above, Camera Roll does not include textual information regarding each of the images displayed; its grid of thumbnail images is not a "list" as claimed in the '449 patent.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

      (iii)    Camera Roll Does Not Allow Users To "Search" For
                Images As Part Of A "Search Mode"

307.    As I explained in Section V.J of my Initial Report, the term "search mode" is unsupported by the '449 patent specification, and claims 25 and 27 of the '449 patent are invalid for lack of written description.

308.    Nevertheless, to the extent the Court determines that the asserted claims are not invalid for lack of written description, Camera Roll does not satisfy the claimed "search mode" under the plain meaning of that term.  Camera Roll is a container that includes every image or video captured with the camera(s) in the accused Apple products.  Users can scroll through the images, but cannot search for an image—this is the same problem the '449 patent purports to solve, not its solution.  *See* '449 patent at 1:32-35 ("[T]he technique does not have any means except the method of retrieving the great deal of recorded data as checking all images reproduced on screen from the recorded data.").

309.    To demonstrate the difference between a "search mode" and its absence in Camera Roll, below is a screenshot of the "search" feature on the iPhone 5:

165

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



310.    As this screen shows, the user can "search" for items on the iPhone by inputting text at the top of the screen in the field that states "Search iPhone."  The user **cannot** retrieve any images or video files using this feature, and this feature is **not** included in Camera Roll.

311.    Mr. Parulski contends that "Camera Roll allows the user to search for a particular photo or video **by browsing through** the images captured with the Accused Apple Product's camera(s). . . ."  Parulski Rep. ¶ 237.  Such a broad interpretation of the term "search mode" is both inconsistent with the plain meaning of the term and inconsistent with the stated goals of the '449 patent.

312.    As I explained in section V.J of my Initial Report, a person of ordinary skill in the art at the time of the '449 invention would recognize that the term "search" implies the ability to specify some sort of attribute to retrieve a subset of items possessing that attribute.  *See, e.g.*, Init. Rep. ¶ 537.  The ability to scroll or browse through **all** images captured with the accused

166

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Apple products' cameras provides no such "search" functionality to improve the user's ability to locate and retrieve a particular image.

313.    Moreover, as Mr. Parulski explained, it would be problematic to force a user "to browse through 3,000 JPEG still images to find a particular one. . . ."  Parulski Rep. ¶ 70.  If the user has taken 3,000 images with the camera(s) on the accused Apple products, Camera Roll requires users to "browse through 3,000 JPEG images to find a particular one."  The Background of the Invention of the '449 patent identifies such browsing as the problem purportedly solved by the '449 patent, not its solution.  *See* '449 patent at 1:24-40.

314.    Indeed, Samsung itself distinguished a grid of thumbnail images from the claimed "search mode" in response to Apple's Interrogatory No. 38, which sought Samsung's "legal and factual bases … as to why each asserted claim of the Patents-In-Suit is not valid. . . ."  *See* Apple Interrogatory No. 38, Nov. 16, 2012, at 5.

315.    Specifically, although U.S. Patent No. 5,796,428 to Matsumoto et al. ("Matsumoto") discloses a grid of thumbnail images displayed on a screen (see Figure 8 below), Samsung contends that "Figure 8 merely shows two pages of a Matsumoto album stored in the Matsumoto storage and display unit" and that "[t]herefore, Figure 8 does not show or suggest a 'list of said moving image signal and still image signal as a search mode.'"  Samsung Supp. Response to Interrogatory No. 38, May 13, 2013 at 129-130.

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See, e.g.*, Matsumoto at Fig. 8; Apple's Second Amended Invalidity Contentions, Exhibit G-1 at 34-35; *see also, e.g.*, Init. Rep. ¶¶ 295-297.

316.     Thus, even Samsung appears to concede that a grid of thumbnails does not meet the claimed "list … as a search mode" limitation.

### b)     *Doctrine of Equivalents*

317.     Mr. Parulski provides a single conclusory paragraph regarding this contention that the accused Apple products satisfy the "list … as a search mode" limitation under the doctrine of equivalents.  Parulski Rep. ¶ 241.  I have been informed that Samsung is precluded from arguing that the accused Apple products meet any limitation of the asserted '449 patent claims under the doctrine of equivalents.

318.     Nevertheless, to the extent that Mr. Parulski is permitted to testify regarding the doctrine of equivalents, I disagree that the accused Apple products satisfy the claimed "list … as a search mode" under the doctrine of equivalents.  Camera Roll does not perform the same

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

function—displaying a ***list*** of photos and videos—required by the "search mode" of claim 25.

As described above, Camera Roll displays images in a grid format without accompanying

information about each image, which the '449 patent describes as "a feature of the invention."

'449 patent at 5:2-4; *id.* at 7:56-57.

319.    Nor does Camera Roll perform the claimed function in the same way as required

by claim 25 of the '449 patent.  I disagree with Mr. Parulski's contentions that Figure 8 of the

'449 patent shows the claimed "search mode" (*see* Parulski Rep. ¶ 239), but even if Mr. Parulski

were correct, a comparison of the display of Figure 8 and Camera Roll (shown below)

demonstrates that the way in which images are displayed to users is not substantially the same:

| **'449 patent Figure 8** | **Camera Roll (Parulski Rep. ¶ 232)** |
|---|---|
|  |  |

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

320.     Similar to Figure 7, Figure 8 shows a "top to … down" list of textual information about each image, whereas Camera Roll displays a grid of thumbnails without text accompanying each of the images in the grid.

321.     Finally, Camera Roll does not achieve the same result as the claimed "list … as a search mode" of the '449 patent.  By providing the user textual information about each image— "a list represented in characters"—the "list retrieving operation may offer comfortable operativity without having to impose stress on the user who wants to quickly select the recorded image."  '449 patent at 8:14-22.  In contrast, Camera Roll requires a user to scroll through every single image ever captured with the device's camera(s) without providing the user any additional information (*e.g.*, time and date recorded) that he or she can use to identify the particular image desired.

> **8.     The Accused Apple Products Do Not Include A "Recording Circuit" "Wherein Said Recording Circuit Records Each One Of Said Plurality Of Image Signals With Classification Data"**

322.     The accused Apple products do not include a "recording circuit" "wherein said recording circuit records each one of said plurality of images with classification data."

> *a)     Literal Infringement*

> (i)     Samsung's Contentions

323.     Mr. Parulski contends that each of the accused Apple products uses "a single database to store the user's photos and videos" as well as "classification data that is used to provide the classifications which are displayed in the 'Album List' View."  *See* Parulski Rep. ¶ 243.  Mr. Parulski further contends that data "indicating that the asset belongs in the Camera Roll album" is "classification data."  *See* Parulski Rep. ¶ 243.  I disagree.

170