| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (ECF 1981)** |

As set forth below, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for reconsideration of certain portions of the Court's September 18, 2014 Order Re: Motions to Seal (ECF No. 1981) ("Sealing Order").[1]  Apple's counsel met and conferred with Samsung's counsel regarding this motion, and Samsung does not oppose Apple's Motion for Reconsideration.

First, Apple's moves for reconsideration of the Court's Order denying sealing of Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Notice of Motion and Motion to Strike Expert Testimony Based on Previously Disclosed Theories (ECF No. 880-21).  In its Sealing Order, the Court indicated that it lacked a supporting highlighted version of Exhibit 8, and stated that Apple "may seek reconsideration upon filing the omitted document."  *See* ECF No. 1981 at 15.  A highlighted version of Exhibit 8 indicating those portions that Apple seeks to seal was filed as ECF No. 1171, and Apple will file concurrently with this motion an identical copy of the document filed as ECF No. 1171 for the Court's convenience.

Exhibit 8 is comprised of excerpts from Apple's written interrogatory responses, and contains and/or discusses Apple's confidential source code information.  As the Court has previously recognized, "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable.  *See* Case No. 11-cv-1846, ECF No. 2190 at 3.  The Court has previously granted Apple's request to seal similar information.  *See, e.g.*, Case No. 11-cv-01846, ECF No. 1649 at 8 (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011) (granting Apple's request to seal schematics and source code related to Apple products)).  Accordingly, the portions of Exhibit 8 identified by Apple as containing confidential source code information should be sealed.

Second, Apple moves for reconsideration of the Court's Sealing Order with regard to Apple Inc.'s Notice of Motion and Motion to Strike Arguments from Samsung's Infringement

---

[1] As identified in the parties' joint notice, certain exhibits subject to the Court's Sealing Order were withdrawn or already publicly filed.  *See* ECF No. 2012.  Accordingly, Apple does not believe any further action is necessary with respect to those documents, and does not move for reconsideration regarding those documents.

Expert Reports Regarding Samsung Patents ("Apple's Motion to Strike Regarding Samsung Patents"); Exhibits 10, 14, and 16 to the Declaration of Peter J. Kolovos in Support of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Kolovos Exhibits 10, 14 and 16"); and Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order ("Briggs Exhibit 6").  For each of these documents, the Court either denied sealing because no supporting declaration was filed by a third party or the Court made no ruling on information sought to be sealed by a third party.  As indicated in the chart below, however, a sealing declaration was filed by a third party for each of these documents:

| **Motions to Seal** | **Document to be Sealed** | **Portions to be Sealed** |
|---|---|---|
| 1175 | Apple Inc.'s Notice of Motion and Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Portions highlighted in blue, which were identified by Cirrus Logic (ECF No. 932). <br><br>The Court previously sealed other information in this document (ECF No. 1981 at 15). |
| 965, 1175 | Exhibit 10 to the Declaration of Peter J. Kolovos in Support of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Kolovos Declaration") | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007). <br><br>The Court previously sealed other information in this document (ECF No. 1981 at 11-12). |
| 965, 985, 1175, 1214 | Exhibit 14 to the Kolovos Declaration | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007). <br><br>The Court previously sealed other information in this document (ECF No. 1981 at 12). |
| 1175 | Exhibit 16 to the Kolovos Declaration | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007). |

| | | |
|---|---|---|
| 1169, 1170, 1175, 1218 | Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order (ECF No. 878-11 | Lines 1-4 of paragraph 449, lines 1-2 of paragraph 450 and lines 5-6 of paragraph 451 on pages 147-148, which were identified by Alcatel-Lucent, AT&T and Ericsson.  (ECF No. 941 at 2 (declaration from Alcatel-Lucent supporting sealing paragraphs 449-452); ECF No. 1189 at 3 (declaration from AT&T supporting sealing paragraphs 449, 450 and 451); ECF No. 926 at 4-5 (declaration from Ericsson supporting sealing pages 147-148 and specifically discussing paragraph 451.)<br><br>The Court previously sealed other information in this document (ECF No. 1981 at 14). |

As such, Apple respectfully requests that the Court seal the highlighted portions of Fazio Exhibit 8; Apple's Motion to Strike Regarding Samsung Patents; Kolovos Exhibits 10, 14, and 16; and Briggs Exhibit 6.

Dated:  October 9, 2014          WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                             By:    */s/ Mark D. Selwyn*_____
                                    Mark D. Selwyn
                                    *Attorneys for Plaintiff and*
                                    *Counterclaim-Defendant APPLE, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 9, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn