**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL** |

On October 9, 2014, Apple submitted a Motion for Reconsideration of Order Re: Motions to Seal regarding certain documents subject to the Court's September 18, 2014 Order (ECF No. 1981).  For good cause shown, the Court hereby grants Apple's Motion for Reconsideration and seals the following documents as indicated below:

| **Motions to Seal** | **Document to be Sealed** | **Portions to be Sealed** |
|---|---|---|
| 1169, 1171, 1175 | Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Notice of Motion and Motion to Strike Expert Testimony Based on Previously Disclosed Theories (ECF No. 880-21) | Portions identified by Apple (ECF No. 1171). |
| 1175 | Apple Inc.'s Notice of Motion and Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents | Portions highlighted in blue, which were identified by Cirrus Logic (ECF No. 932).  The Court previously sealed other information in this document (ECF No. 1981 at 15). |
| 965, 1175 | Exhibit 10 to the Declaration of Peter J. Kolovos in Support of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions ("Kolovos Declaration") | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007).  The Court previously sealed other information in this document (ECF No. 1981 at 11-12). |
| 965, 985, 1175, 1214 | Exhibit 14 to the Kolovos Declaration | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007).  The Court previously sealed other information in this document (ECF No. 1981 at 12). |
| 1175 | Exhibit 16 to the Kolovos Declaration | Portions highlighted in blue, which were identified by VOCI (ECF No. 1007). |
| 1169, 1170, 1175, 1218 | Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order (ECF No. 878-11) | Lines 1-4 of paragraph 449, lines 1-2 of paragraph 450 and lines 5-6 of paragraph 451 on pages 147-148, which were identified by Alcatel-Lucent, AT&T and Ericsson.  (ECF No. 941 at 2 |

| | | (declaration from Alcatel-Lucent supporting sealing paragraphs 449-452); ECF No. 1189 at 3 (declaration from AT&T supporting sealing paragraphs 449, 450 and 451); ECF No. 926 at 4-5 (declaration from Ericsson supporting sealing pages 147-148 and specifically discussing paragraph 451.)<br><br>The Court previously sealed other information in this document (ECF No. 1981 at 14). |
|---|---|---|

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Paul S. Grewal
United States Magistrate Judge