**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING APPLE'S MOTION FOR STAY** |

Apple Inc. has moved for an order staying a limited portion of the Court's September 18, 2014 Order (ECF No. 1981) ("Sealing Order").  The limited stay requested is warranted, and there is no substantial countervailing public or private interest in the immediate disclosure of the documents subject to Apple's Motion for Reconsideration.  Accordingly, the Court grants Apple's Motion to Stay.

**IT IS HEREBY ORDERED** that the Court's Sealing Order is stayed as it relates to Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Notice of Motion and Motion to Strike Expert Testimony Based on Previously Undisclosed Theories; Apple Inc.'s Notice of Motion and Motion to Strike Arguments from Samsung's Infringement Expert Reports Regarding Samsung Patents; Exhibits 10, 14, and 16 to the Declaration of Peter J. Kolovos in Support of Apple Inc.'s Opposition to Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions; and Exhibit 6 to the Declaration of Todd Briggs in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Theories and Claim Constructions Inconsistent with the Court's Markman Order until the later of:  (1) a ruling granting Apple's Motion for Reconsideration of the Court's Sealing Order; or (2) in the event that the Court denies in whole or in part Apple's Motion for Reconsideration, a ruling by Judge Koh on Apple's or a third party's motion for relief of non-dispositive order pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) (or in the alternative pending resolution of any appeal to the  Federal Circuit).

Dated:  _____, 2014          _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge