BRIAN J. BEATUS, ESQ.
ALCATEL-LUCENT
SENIOR IP CORPORATE COUNSEL
INTELLECTUAL PROPERTY BUSINESS GROUP
600 Mountain Avenue
Room 3D-239
Murray Hill, NJ  07974

Attorneys for Non-Party
Alcatel-Lucent

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF BRIAN J. BEATUS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brian Beatus, hereby declare as follows::

1. I am an attorney for Alcatel-Lucent. I am licensed to practice law in the State of New Jersey. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 878) on November 5, 2013. I understand that concurrently with this motion, Samsung filed as Exhibit 6 an excerpt of the Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596 ("Fuja Report"). (Dkt. No. 878-11.)

3. Given the sensitive nature of the highly confidential material contained within this exhibit, Alcatel-Lucent previously filed a declaration in support of sealing the Fuja Report. (*See* Dkt. No. 941.) This declaration covered the same material discussed herein. (*Id.* at ¶ 4.)

4. I understand that Samsung filed a Motion for Reconsideration regarding this exhibit and provided the Court with a highlighted version of this exhibit on January 24, 2014. (*See* Dkt Nos. 1169, 1170.) I understand Samsung inadvertently omitted highlighting from paragraphs 449, 450 and 451 of the Fuja Report in this filing and that Samsung therefore filed a corrected highlighted version of this exhibit on January 30, 2014. (Dkt. 1218-1.) I understand that the Court sealed all of the Alcatel-Lucent confidential information that was highlighted in Docket 1170 but denied sealing of the extra highlighting added to paragraphs 449, 450 and 451 on the basis that no declaration was filed. (*See* Dkt. No. 1981 at 14.)

5. The material highlighted in Docket 1218-1 in paragraph 449 lines 1-4, paragraph 450 lines 1-2 and paragraph 451 lines 5-6 is highly confidential to Alcatel-Lucent. These sentences, like the other material in the Fuja Report which the Court sealed, reference highly confidential Alcatel-Lucent information relating to how Alcatel-Lucent's network equipment operates. This information is highly confidential trade secret information and public disclosure of it would be harmful to Alcatel-Lucent.

6. The relief requested by is necessary and narrowly tailored to protect confidential information contained within the confidential Alcatel-Lucent material produced in this matter.

1        7.       I declare under the penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct to the best of my knowledge and that this
3   Declaration was executed this 9th day of October, 2014, in Murray Hill, NJ.

Dated:  October 9, 2014                               /s/ _____
                                                      Brian J. Beatus

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 9, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Brian J. Beatus has concurred in this filing.

Dated: October 9, 2014   /s/ Mark D. Selwyn
Mark D. Selwyn