1   Courtland L. Reichman (CA Bar 268873)
    Stephanie M. Adams (CA Bar 289548)
2   **McKool Smith, P.C.**
    255 Shoreline Drive, Suite 510
3   Redwood City, CA  94065
    Tel:  (650) 394-1401
4   Fax: (650) 394-1422
    creichman@mckoolsmith.com
5

6   Steven Callahan
    (Admitted *Pro Hac Vice*)
7   **Charhon Callahan**
    **Robson & Garza, PLLC**
8   3333 Lee Parkway, Suite 460
    Dallas, Texas 75219
9   Tel: (469) 587-7240
    Fax: (214) 764-8392
10  scallahan@ccrglaw.com

11
    *Counsel for Non-Party Ericsson Inc.*
12

13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
15
16  APPLE INC., a California corporation,          CASE NO. 12-CV-00630-LHK

17                        Plaintiff,              **NON-PARTY ERICSSON INC.'S**
                                                  **NOTICE OF MOTION FOR**
18             vs.                                **RECONSIDERATION OF SEPTEMBER**
                                                  **18, 2014 ORDER (ECF NO. 1981)**
19  SAMSUNG ELECTRONICS CO., LTD., a              **DENYING ADMINISTRATIVE**
    Korean business entity; SAMSUNG               **MOTIONS TO FILE DOCUMENTS**
20  ELECTRONICS AMERICA, INC., a New              **UNDER SEAL**
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22
23                        Defendants.
24
25          Non-Party Ericsson Inc. ("Ericsson") files this Motion For Reconsideration Of September

26  18, 2014 Order (ECF No. 1981) Denying Administrative Motions To File Documents Under

27  Seal, and respectfully shows as follows:

28

                                            1

On September 18, 2014, the Court issued an Order addressing 30 administrative motions to seal covering hundreds of documents. ECF No. 1981. As part of the Order, the Court denied in part Samsung's Administrative Motion To File Documents Under Seal Relating To Samsung's Motion To Strike Expert Testimony Based On Undisclosed Theories And Claim Constructions Inconsistent With The Court's *Markman* Order (ECF No. 878) ("Samsung's Administrative Motion") thereby requiring certain portions of Exhibit 6 to the Declaration of Todd Briggs filed in support of Samsung's Administrative Motion to be unsealed. Exhibit 6 is the Expert Report of Dr. Thomas E. Fuja, one of Apple's experts in this case, which Samsung filed in connection with its motion to strike Apple's expert testimony. Exhibit 6 contains Ericsson trade secrets and highly confidential information concerning the technical workings of Ericsson's products which Apple and Samsung obtained through third-party subpoenas issued in connection with this case.

Ericsson previously filed its Non-Party Brief In Support Of Samsung's Administrative Motion to File Documents Under Seal (ECF No. 926), along with a seven page declaration of Ericsson employee Billy Hogan, Senior Specialist in Enhanced Uplink (ECF No. 926-1), requesting that the Ericsson trade secrets and highly confidential information contained in Exhibit 6 be sealed from the public. The Court's September 18, 2014 Order (ECF No. 1981) denied Samsung's Administrative Motion with respect to certain portions of Exhibit 6, including portions containing Ericsson's highly confidential information, due to Samsung's failure to file a supporting declaration. The supporting declaration, however, was filed by Ericsson. ECF No. 926. Accordingly, because Exhibit 6 to the Declaration of Todd Briggs filed in support of Samsung's motion to strike Apple's expert report contains Ericsson's highly confidential information and trade secrets, and because Samsung moved to seal the information and Ericsson submitted the necessary declaration in support thereof, Ericsson respectfully requests that the Court reconsider its ruling and allow those certain portions of Exhibit 6 to the Declaration of Todd Briggs that contain or disclose Ericsson's confidential information and trade secrets to remain sealed.

In support of its Motion, Ericsson contemporaneously files its Brief in Support of Motion for Reconsideration of September 18, 2014 Order (ECF No. 1981) Denying Administrative

1   Motions to File Documents Under Seal, which Ericsson incorporates by reference as if fully set

2   forth herein.

3

4   Dated: October 9, 2014

5

6                                              Respectfully submitted,

7

8                                              COURTLAND REICHMAN
                                               STEPHANIE M. ADAMS
9                                              California Bar No. 268873
                                               MCKOOL SMITH, P.C.
10                                             255 Shoreline Drive, Suite 510
                                               Redwood City, CA  94065
11                                             Tel:  (650) 394-1401
                                               Fax: (650) 394-1422
12                                             creichman@mckoolsmith.com

13                                             STEVEN CALLAHAN
14                                             (Admitted *Pro Hac Vice*)
                                               scallahan@ccrglaw.com
15                                             CHARHON CALLAHAN
                                               ROBSON & GARZA, PLLC
16                                             3333 Lee Parkway, Suite 460
17                                             Dallas, Texas 75219
                                               Tel: (469) 587-7240
18                                             Fax: (214) 764-8392

19                                             *Counsel for Non-Party Ericsson Inc.*

20

21

22                            **CERTIFICATE OF CONFERENCE**

23          The undersigned certifies that counsel for Non-Party Ericsson Inc. and counsel for Apple
      and Samsung conferred regarding the relief requested in this motion. Counsel for Apple and
24    Samsung stated that they are not opposed to the relief sought herein.

25

26

27                                             STEVEN CALLAHAN

28

                                               3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, October 9, 2014, the foregoing document was served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this case.

Steven Callahan