COURTLAND L. REICHMAN (CA Bar 268873)
STEPHANIE M. ADAMS (CA Bar 289548)
**MCKOOL SMITH, P.C.**
255 Shoreline Drive, Suite 510
Redwood City, CA  94065
Tel:  (650) 394-1401
Fax: (650) 394-1422
creichman@mckoolsmith.com

STEVEN CALLAHAN
(Admitted *Pro Hac Vice*)
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (469) 587-7240
Fax: (214) 764-8392
scallahan@ccrglaw.com

*Counsel for Non-Party Ericsson Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING NON-PARTY ERICSSON INC.'S MOTION FOR RECONSIDERATION OF SEPTEMBER 18, 2014 ORDER (ECF NO. 1981) DENYING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Non-Party Ericsson Inc. ("Ericsson") has filed its Motion for Reconsideration of September 18, 2014 Order (ECF No. 1981) Denying Administrative Motions to File Documents Under Seal (the "Motion for Reconsideration").

Having considered Ericsson's Motion for Reconsideration, and the papers submitted by

1

the parties, and good cause having been shown, the Court hereby GRANTS Ericsson's Motion for Reconsideration and ORDERS sealed the following portions of Exhibit 6 to the Declaration of Todd Briggs filed in support of Samsung's Administrative Motion To File Documents Under Seal Relating To Samsung's Motion To Strike Expert Testimony Based On Undisclosed Theories And Claim Constructions Inconsistent With The Court's *Markman* Order (ECF No. 878), which contain Ericsson's confidential information:

Page 147, Paragraph 449: Entire first sentence;

Page 147, Paragraph 450: Entire first sentence; and

Page 148, Paragraph 451: Entire last sentence.

**IT IS SO ORDERED**

Dated: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge

2