QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL RECONSIDERATION OF SEPTEMBER 19, 2014 SEALING ORDER**<br>**[DKT. NO. 1981]** |

02198.51981/6241109.1

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL. ISO SAMSUNG'S UNOPPOSED MOT. FOR PARTIAL RECONSIDERATION OF SEPT. 19, 2014 SEALING ORDER [DKT. NO. 1981]

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Unopposed Motion for Partial Reconsideration of September 19, 2014 Sealing Order (Dkt. No. 1981). The information Samsung moves to seal consists of:

- The green highlighted portions of Exhibit 10 to my supplemental declaration filed at Dkt. No. 1018-07 (a highlighted copy of which is filed concurrently as Exhibit A to the instant declaration).

3. The document Samsung moves to file under seal was designated "Highly Confidential – Attorneys' Eyes Only" by Samsung.

4. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of the previously filed administrative motions to file documents under seal. *See* Dkt. Nos. 810, 821, 1018-08. The instant request to file under seal should be granted for, among other reasons, the reasons stated in the Shim Declarations.

5. By correspondence dated October 9, 2014, Apple's counsel of record confirmed that Apple does not oppose Samsung's motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2014, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio