1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL RECONSIDERATION OF SEPTEMBER 18, 2014 SEALING ORDER [DKT. NO. 1981]** |

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR PARTIAL
RECONSIDERATION OF SEPTEMBER 18, 2014 SEALING ORDER [DKT. NO. 1981]

THE COURT, HAVING CONSIDERED the Unopposed Motion of Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") for Partial Reconsideration of September 18, 2014 Sealing Order, the supporting declaration of Michael L. Fazio and the exhibit attached thereto, the Declaration of Christopher L. Kelley, AND GOOD CAUSE APPEARING THEREFORE, HEREBY ORDERS THAT the documents described below REMAIN UNDER SEAL:

| Document | Portions Under Seal |
|---|---|
| Exhibit 10 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Reply in Support of its Motion to Strike Expert Testimony Based on Previously Undisclosed Theories (originally filed at Dkt. No. 1018-07) | See highlighted version of document [All references to proprietary source code files, source code file names, source code file paths and source code function] |
| Exhibit 1 to the Declaration of Samuel Drezdzon in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Arguments from Samsung's Infringement Reports (Dkt. No. 963-06). | Portions mentioned in the Declaration of Christopher L. Kelley filed October 9, 2014 |

THE COURT FURTHER ORDERS THAT Samsung shall file a public, redacted version of the exhibits no later than seven (7) court days from entry of this Order.

SO ORDERED.


DATED: _____            _____
                                                Hon. Paul S. Grewal, Magistrate Judge
                                                United States District Court for the Northern
                                                District of California