COURTLAND L. REICHMAN (CA Bar 268873)
STEPHANIE M. ADAMS (CA Bar 289548)
**MCKOOL SMITH, P.C.**
255 Shoreline Drive, Suite 510
Redwood City, CA  94065
Tel:  (650) 394-1401
Fax: (650) 394-1422
creichman@mckoolsmith.com

STEVEN CALLAHAN
(Admitted *Pro Hac Vice*)
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (469) 587-7240
Fax: (214) 764-8392
scallahan@ccrglaw.com

*Counsel for Non-Party Ericsson Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NON-PARTY ERICSSON INC.'S BRIEF IN SUPPORT OF SAMSUNG'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF THE SEPTEMBER 18, 2014 SEALING ORDER** |

Non-Party Ericsson Inc. ("Ericsson") files this Brief In Support of Samsung's Unopposed Notice of Motion and Motion for Partial Reconsideration of the September 18, 2014 Sealing Order, filed earlier today at ECF No. 2027, and respectfully shows as follows:

1    For the reasons set forth in Ericsson's Motion For Reconsideration Of September 18, 2014 Order (ECF No. 1981) Denying Administrative Motions To File Documents Under Seal (*see* ECF No. 2025), which Ericsson fully incorporates by reference herein, Ericsson respectfully requests that the Court permit the following Ericsson confidential information contained in Exhibit 6 to the Declaration of Todd Briggs filed in support of Samsung's Administrative Motion To File Documents Under Seal Relating To Samsung's Motion To Strike Expert Testimony Based On Undisclosed Theories And Claim Constructions Inconsistent With The Court's *Markman* Order (ECF No. 878) to be maintained under seal:

Page 147, Paragraph 449: Entire first sentence;

Page 147, Paragraph 450: Entire first sentence; and

Page 148, Paragraph 451: Entire last sentence.

Dated: October 9, 2014

Respectfully submitted,

COURTLAND REICHMAN
STEPHANIE M. ADAMS
California Bar No. 268873
**MCKOOL SMITH, P.C.**
255 Shoreline Drive, Suite 510
Redwood City, CA 94065
Tel: (650) 394-1401
Fax: (650) 394-1422
creichman@mckoolsmith.com

STEVEN CALLAHAN
(Admitted *Pro Hac Vice*)
scallahan@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel: (469) 587-7240
Fax: (214) 764-8392

*Counsel for Non-Party Ericsson Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, October 9, 2014, the foregoing document was served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this case.

_____
Steven Callahan