SCHEDULE A-1 (DEPOSITION TRANSCRIPTS)

| Invoice No. | Invoice Date | Vendor | Witness (Date of Deposition) | Total Invoice Amount (Including original transcript, immediate or expedited delivery, evening fees, video, interactive real-time, ASCII rough transcript, exhibits, file creation fee, and shipping & handling) | Amount Not Claimed (Extra charges for immediate or expedited delivery, interactive real-time, ASCII rough transcript, file creation fee, and shipping & handling) | Transcript Amount Claimed | | Video Amount Claimed | Exhibits Amount Claimed | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 070213-406872 | 7/12/2013 | TSG | Alberty, Carl (7/2/13) | $980.65 | $470.00 | $174.20 | | | $336.45 | $510.65 |
| 52489 | 8/7/2013 | Planet Depos | Bartgis, Scott (7/15/13) | $771.25 | $504.37 | $266.88 | * | | | $266.88 |
| 062813-408041 | 7/31/2013 | TSG | Benner, Timothy (6/28/13) | $2,097.20 | $1,323.75 | $680.05 | | | $93.40 | $773.45 |
| PL367919 | 12/12/2012 | Esquire | Booth, Simon (12/7/12) | $3,352.41 | $1,804.50 | $872.91 | * | $250.00 | $425.00 | $1,547.91 |
| 50785 | 7/2/2013 | Planet Depos | Boss, Chad (6/19/13) | $3,767.95 | $3,022.75 | $745.20 | * | | | $745.20 |
| 041012-111054 | 4/25/2012 | TSG | Buckley, Mark (4/10/12) | $1,324.60 | $828.20 | $336.40 | | $70.00 | $90.00 | $496.40 |
| 070913-408051 | 7/31/2013 | TSG | Buckley, Mark (7/9/13) | $2,448.80 | $1,558.75 | $760.45 | | $0.00 | $129.60 | $890.05 |
| PL366217 | 11/27/2012 | Esquire | Carstens, David (11/16/12) | $1,649.54 | $704.64 | $711.90 | | $17.50 | $215.50 | $944.90 |
| NY1813500 | 7/31/2013 | Veritext | Chapman, Suzanne (7/29/13) | $2,238.64 | $592.60 | $386.10 | | | $1,259.94 | $1,646.04 |
| 52733 | 8/7/2013 | Planet Depos | Cheifet, Stewart (7/19/13) | $633.45 | $427.85 | $196.35 | * | | $9.25 | $205.60 |
| 071713-408059 | 7/31/2013 | TSG | Cheng, Fred (7/17/13) | $2,412.50 | $335.00 | $0.00 | | | $2,077.50 | $2,077.50 |
| 052313-120954 | 5/31/2013 | TSG | Cheung, Benjamin (5/23/13) | $1,552.60 | $955.00 | $482.40 | | | $115.20 | $597.60 |
| PL381802 | 4/11/2014 | Esquire | Christian, Locksley (3/26/13) | $2,101.55 | $1,017.90 | $602.45 | * | $330.00 | $151.20 | $1,083.65 |
| PL376258 | 2/25/2013 | Esquire | Cococcia, Ronald (1/24/13) | $2,699.95 | $693.85 | $1,465.10 | | $300.00 | $241.00 | $2,006.10 |
| 062613-406738 | 7/12/2013 | TSG | DiCarlo, Nick (6/26/13) | $2,873.60 | $1,830.00 | $988.90 | | | $54.70 | $1,043.60 |
| PL370613 | 1/8/2013 | Esquire | Farrell, Paul (12/12/12) | $2,051.20 | $1,018.12 | $491.08 | * | $275.00 | $267.00 | $1,033.08 |
| 50891 | 7/2/2013 | Planet Depos | Freeman, Michael (6/20/13) | $3,327.10 | $2,108.55 | $1,108.80 | * | | $109.75 | $1,218.55 |
| 50785 | 7/2/2013 | Planet Depos | Freeman, Mitchael (6/19/13) | $3,767.95 | $3,137.05 | $518.40 | * | | $112.50 | $630.90 |
| 50715 | 7/2/2013 | Planet Depos | Freeman, Richard (6/18/13) | $2,081.05 | $1,360.15 | $680.40 | * | | $40.50 | $720.90 |
| 070313-406935 | 7/17/2013 | TSG | Garcia, Jr., Roberto (7/3/13) | $1,587.80 | $1,055.00 | $522.60 | | $0.00 | $10.20 | $532.80 |
| 051413-120943 | 5/31/2013 | TSG | Gilpin, Donald (5/14/13) | $914.50 | $761.80 | $139.65 | ‡ | $0.00 | $13.05 | $152.70 |
| NY1795768 | 7/10/2013 | Veritext | Gonell, Fabian (7/8/13) | $1,989.52 | $878.20 | $623.70 | | | $487.62 | $1,111.32 |
| PL367535 | 12/9/2012 | Esquire | Holmes, John (12/4/12) | $2,595.85 | $1,247.70 | $584.10 | * | $175.00 | $589.05 | $1,348.15 |
| 51740 | 7/29/2013 | Planet Depos | Hong, Jong Pil (JP) (7/4/2013) | $3,828.75 | $2,275.00 | $1,500.00 | | | $53.75 | $1,553.75 |
| PL378317 | 3/14/2013 | Esquire | Hyndman, Kelly (3/7/13) | $1,572.10 | $825.80 | $424.80 | * | $187.50 | $134.00 | $746.30 |
| 041712-111292 | 4/30/2012 | TSG | Joswiak, Greg ( 4/17/12) | $3,839.25 | $1,660.10 | $797.30 | | $140.00 | $1,241.85 | $2,179.15 |
| 070913-407101 | 7/24/2013 | TSG | Joswiak, Greg (7/9/13) | $2,369.40 | $1,297.50 | $623.10 | | $0.00 | $448.80 | $1,071.90 |
| 57860 | 11/6/2013 | Planet Depos | Kearl, James (10/4/13) | $4,291.60 | $2,481.30 | $1,333.55 | * | | $476.75 | $1,810.30 |
| PL379258 | 3/21/2013 | Esquire | Keng, Greg (3/15/13) | $2,398.25 | $1,122.12 | $234.08 | | $191.25 | $850.80 | $1,276.13 |
| PL370845 | 1/9/2013 | Esquire | Kim, Young-Bum (11/28/12) | $2,156.34 | $761.42 | $556.42 | * | $600.00 | $238.50 | $1,394.92 |
| 49458 | 7/8/2013 | Planet Depos | Kim, Young-Bum (6/4/2013) | $4,252.75 | $2,675.00 | $1,500.00 | | | $77.75 | $1,577.75 |
| PL376754 | 2/28/2013 | Esquire | Kraus, Melvin (2/25/13) | $1,985.05 | $1,008.65 | $482.40 | * | $187.50 | $306.50 | $976.40 |
| NY1805722 | 7/26/2013 | Veritext | Kuo, Ming-Chieh (7/3/13) | $3,720.15 | $1,122.15 | $826.65 | | | $1,771.35 | $2,598.00 |
| 52639 | 8/7/2013 | Planet Depos | Lee, Heung-Mo (7/17/13) | $3,876.75 | $2,275.00 | $1,500.00 | | | $101.75 | $1,601.75 |
| PL370857 | 1/9/2013 | Esquire | Lee, Ju-Ho (11/30/12) | $2,345.94 | $207.50 | $1,306.94 | | $540.00 | $291.50 | $2,138.44 |
| 50936 | 7/8/2013 | Planet Depos | Lee, Ju-Ho (6/21/13) | $3,860.50 | $2,275.00 | $1,500.00 | | | $85.50 | $1,585.50 |
| 49395 | 6/10/2013 | Planet Depos | Lee, S. Stuart (5/31/13) | $2,387.35 | $1,545.22 | $796.88 | * | | $45.25 | $842.13 |
| 57982 | 11/6/2013 | Planet Depos | Libchaber, Remy (10/4/13) | $4,349.15 | $2,633.70 | $1,642.20 | * | | $73.25 | $1,715.45 |
| 50175 | 7/3/2013 | Planet Depos | Masui, Toshiyuki (6/11/13) | $4,319.00 | $2,300.00 | $2,000.00 | | | $19.00 | $2,019.00 |
| 062513-407396 | 7/31/2013 | TSG | Mennchen, Ulrich (6/25/13) | $6,485.25 | $4,004.00 | $2,011.25 | | $470.00 | | $2,481.25 |
| PL383347 | 4/23/2013 | Esquire | Mexic, Darryl (4/5/13) | $2,666.85 | $1,465.65 | $789.20 | * | $0.00 | $412.00 | $1,201.20 |

\* indicates that the amount was reduced to account for expedited processing
‡ indicates that the amount was pro-rated to reflect only the offensive case witness

SCHEDULE A-1 (DEPOSITION TRANSCRIPTS)

| Invoice No. | Invoice Date | Vendor | Witness (Date of Deposition) | Total Invoice Amount (Including original transcript, immediate or expedited delivery, evening fees, video, interactive real-time, ASCII rough transcript, exhibits, file creation fee, and shipping & handling) | Amount Not Claimed (Extra charges for immediate or expedited delivery, interactive real-time, ASCII rough transcript, file creation fee, and shipping & handling) | Transcript Amount Claimed | Video Amount Claimed | Exhibits Amount Claimed | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| PL368596 | 12/17/2012 | Esquire | Miller, Martin (12/11/12) | $1,110.06 | $687.75 | $288.81 * | $125.00 | $8.50 | $422.31 |
| 062613-406898 | 7/17/2013 | TSG | Millet, Tim (6/26/13) | $3,596.85 | $1,175.40 | $432.15 | $0.00 | $1,989.30 | $2,421.45 |
| 57255 | 10/11/2013 | Planet Depos | Min, Paul (9/26/13) | $3,517.30 | $1,653.67 | $903.13 * | | $960.50 | $1,863.63 |
| 57386 | 10/11/2013 | Planet Depos | Min, Paul (9/27/13) | $2,151.25 | $1,096.50 | $593.75 * | | $461.00 | $1,054.75 |
| 100413-411469 | 10/18/2013 | TSG | Molfessis, Nicolas (10/4/13) | $2,870.50 | $1,470.50 | | $1,400.00 | | $1,400.00 |
| 100413-411468 | 10/19/2013 | TSG | Molfessis, Nicolas (10/4/13) | $4,628.00 | $3,240.10 | $1,058.50 | $300.00 | $29.40 | $1,387.90 |
| PL389954 | 6/24/2013 | Esquire | Nam, Dong Ha (5/15/13) | $1,817.70 | $0.00 | $1,817.70 | | | $1,817.70 |
| 070213-406918 | 7/17/2013 | TSG | Ng, Stan (7/2/13) | $3,778.80 | $3,069.95 | $539.35 ‡ | $0.00 | $169.50 | $708.85 |
| 062813-408034 | 7/31/2013 | TSG | Nimmala, Srinavasan (6/28/13) | $3,174.30 | $1,091.05 | $481.65 | $0.00 | $1,601.60 | $2,083.25 |
| 51382 | 7/12/2013 | Planet Depos | Park, Joonho (6/29/13) | $4,052.25 | $2,475.00 | $1,500.00 | | $77.25 | $1,577.25 |
| 49200 | 6/10/2013 | Planet Depos | Park, Junho (5/29/13) | $3,201.25 | $1,575.00 | $1,500.00 | | $126.25 | $1,626.25 |
| PL367102 | 12/5/2012 | Esquire | Park, Wonki (11/30/12) | $1,680.45 | $879.10 | $444.60 * | $137.50 | $219.25 | $801.35 |
| 53593 | 8/7/2013 | Planet Depos | Parulski, Kenneth (7/31/13) | $3,682.00 | $2,268.62 | $1,316.88 * | | $96.50 | $1,413.38 |
| 57278 | 10/11/2013 | Planet Depos | Parulski, Kenneth (9/26/13) | $3,731.25 | $2,354.25 | $1,282.50 * | | $94.50 | $1,377.00 |
| 071913-407353 | 7/31/2013 | TSG | Pendleton, Todd (7/19/13) | $941.20 | $611.25 | $298.15 | | $31.80 | $329.95 |
| 040512-111046 | 4/25/2012 | TSG | Rangel, Arthur (4/5/12) | $2,477.70 | $1,323.40 | $556.80 | $140.00 | $457.50 | $1,154.30 |
| 062513-121349 | 6/28/2013 | TSG | Rangel, Arthur (6/25/13) | $2,598.95 | $1,025.00 | $469.00 | $140.00 | $964.95 | $1,573.95 |
| 57614 | 10/11/2013 | Planet Depos | Rao, Sanjay (10/1/13) | $3,201.70 | $2,042.82 | $1,109.38 * | | $49.50 | $1,158.88 |
| PL376098 | 2/24/2013 | Esquire | Reine, John (1/26/13) | $1,903.05 | $924.40 | $605.15 * | $88.00 | $285.50 | $978.65 |
| 051413-120943 | 5/31/2013 | TSG | Riley, Jaime (5/14/13) | $914.50 | $752.05 | $162.45 ‡ | $0.00 | | $162.45 |
| PL386600 | 5/20/2013 | Esquire | Roy, Christine (5/1/13) | $801.20 | $270.60 | $520.60 | $0.00 | $10.00 | $530.60 |
| 073113-408391 | 8/19/2013 | TSG | Sasson, Steven (7/31/13) | $2,146.40 | $1,275.75 | $653.25 | $200.00 | $17.40 | $870.65 |
| 072313-408074 | 7/31/2013 | TSG | Schiller, Phil (7/23/13) | $3,916.20 | $2,216.25 | $1,142.55 | $0.00 | $557.40 | $1,699.95 |
| 57819 | 10/11/2013 | Planet Depos | Schonfeld, Daniel (10/3/13) | $3,459.85 | $1,962.10 | $1,037.50 * | | $460.25 | $1,497.75 |
| 57858 | 10/11/2013 | Planet Depos | Schonfeld, Daniel (10/4/13) | $1,804.80 | $1,189.17 | $615.63 * | | | $615.63 |
| PL367921 | 12/12/2012 | Esquire | Shin, Maeng-Ho (12/6/12) | $3,008.68 | $1,563.84 | $752.84 * | $275.00 | $417.00 | $1,444.84 |
| 60225 | 11/6/2013 | Planet Depos | Simmons, Paul (10/17/13) | $6,049.80 | $3,632.85 | $2,266.95 * | | $150.00 | $2,416.95 |
| 49588 | 7/2/2013 | Planet Depos | Stafford, Samuel (6/4/13) | $1,957.70 | $1,506.90 | $450.80 * | | | $450.80 |
| 092613-411007 | 10/11/2013 | TSG | Storer, James (9/26/13) | $5,570.45 | $2,133.40 | $879.65 | $245.00 | $2,312.40 | $3,437.05 |
| 092713-411019 | 10/11/2013 | TSG | Storer, James (9/27/13) | $1,608.60 | $942.50 | $487.80 | $175.00 | $3.30 | $666.10 |
| 092713-411464 | 10/18/2013 | TSG | Taylor, Richard (9/27/13) | $8,878.30 | $6,022.05 | $1,718.25 | $385.00 | $753.00 | $2,856.25 |
| 062813-406748 | 7/12/2013 | TSG | Tchao, Michael (6/28/13) | $2,071.70 | $1,123.75 | $559.45 | $0.00 | $388.50 | $947.95 |
| 49588 | 7/2/2013 | Planet Depos | Telford, Nicholas (6/4/13) | $1,957.70 | $1,676.15 | $197.80 * | | $83.75 | $281.55 |
| 062713-407318 | 7/31/2013 | TSG | Titi, Justin (6/27/13) | $1,807.80 | $1,063.40 | $365.15 | $140.00 | $239.25 | $744.40 |
| PL367533 | 12/9/2012 | Esquire | Torgovitsky, Stanislav (11/28/12) | $2,257.33 | $1,068.91 | $549.92 * | $175.00 | $463.50 | $1,188.42 |
| PL386600 | 5/20/2013 | Esquire | Trussel, Terrance (05/01/13) | $1,349.05 | $402.20 | $830.35 | $0.00 | $116.50 | $946.85 |
| 50690 | 7/2/2013 | Planet Depos | Van Lieshout, Gert-Jan (6/18/13) | $2,083.30 | $1,281.15 | $754.40 * | | $47.75 | $802.15 |
| PL371269 | 1/14/2013 | Esquire | Vasquez, Steven (12/6/12) | $3,640.30 | $830.80 | $1,999.50 | $715.00 | $95.00 | $2,809.50 |
| 041812-111300 | 4/30/2012 | TSG | Vellturo, Christopher (4/18/12) | $3,081.70 | $1,717.50 | $904.70 | $245.00 | $214.50 | $1,364.20 |
| 092513-410995 | 9/30/2013 | TSG | Vellturo, Christopher (9/25/13) | $3,904.40 | $2,017.50 | $1,071.50 | $262.50 | $552.90 | $1,886.90 |
| 122013-414692 | 12/31/2013 | TSG | Walker, Michael (12/20/13) | $5,954.15 | $3,342.35 | $1,941.75 | $427.50 | $242.55 | $2,611.80 |

\* indicates that the amount was reduced to account for expedited processing
‡ indicates that the amount was pro-rated to reflect only the offensive case witness

SCHEDULE A-1 (DEPOSITION TRANSCRIPTS)

| Invoice No. | Invoice Date | Vendor | Witness (Date of Deposition) | Total Invoice Amount (Including original transcript, immediate or expedited delivery, evening fees, video, interactive real-time, ASCII rough transcript, exhibits, file creation fee, and shipping & handling) | Amount Not Claimed (Extra charges for immediate or expedited delivery, interactive real-time, ASCII rough transcript, file creation fee, and shipping & handling) | Transcript Amount Claimed | Video Amount Claimed | Exhibits Amount Claimed | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| PL366212 | 11/27/2012 | Esquire | Washam, Steven (11/15/12) | $680.85 | $268.20 | $266.40 | $17.50 | $128.75 | $412.65 |
| 062613-406728 | 7/12/2013 | TSG | Wood, Justin (6/26/13) | $1,575.30 | $1,022.50 | $475.70 | $0.00 | $77.10 | $552.80 |
| 062713-406902 | 7/17/2013 | TSG | Wysocki, Christopher (6/27/13) | $1,939.40 | $1,092.50 | $542.70 | $0.00 | $304.20 | $846.90 |
| 50871 | 7/2/2013 | Planet Depos | Xu, Jian (6/20/13) | $1,232.20 | $711.10 | $395.60 * | | $125.50 | $521.10 |
| 50302 | 7/2/2013 | Planet Depos | Yu, Hanil (6/12/13) | $1,284.65 | $818.02 | $442.13 * | | $24.50 | $466.63 |
| | | | TOTALS | $238,974.96 | $130,438.09 | $70,345.61 | $9,326.75 | $28,864.51 | $108,536.87 |

\* indicates that the amount was reduced to account for expedited processing
‡ indicates that the amount was pro-rated to reflect only the offensive case witness