# Exhibit A-1



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 070213-406872

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Carl Alberty - Cirrus Logic Inc. |
| **DATE:** | 7/2/2013 |
| **LOCATION:** | Austin, TX |

**Billing Comments / Instructions:**   Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 52 | $3.35 | $174.20 |
| Original Transcript - Immediate Delivery | 52 | $3.65 | $189.80 |
| Interactive Real-time | 52 | $1.35 | $70.20 |
| Rough ASCII | 52 | $1.25 | $65.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 2243 | $0.15 | $336.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $835.65 |
| | | **SHIPPING & HANDLING** | $145.00 |
| | | **TOTAL** | $980.65 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



PLANET DEPOS
We make it » happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52489 | 8/7/2013 | 40634 |
| **Job Date** | **Case No.** | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Scott Bartgis | 61.00 | Pages | 533.75 |
| Realtime | 50.00 | Pages | 87.50 |
| Rough ASCII | 50.00 | Pages | 75.00 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE  >>>** | **$771.25** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 52489 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 771.25** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 40634 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |



# TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 062813-408041

**Bill To:**      Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**          Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Timothy Benner, Ph.D.
**DATE:**          6/28/2013
**LOCATION:**   Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 203 | $3.35 | $680.05 |
| Certified Transcript - Immediate Delivery | 203 | $3.65 | $740.95 |
| Interactive Real-time | 203 | $1.35 | $274.05 |
| Rough ASCII | 203 | $1.25 | $253.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 934 | $0.10 | $93.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,042.20 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $2,097.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # PL367919

| | |
|---|---|
| Invoice Date | 12/12/2012 |
| Terms | NET 30 |
| Payment Due | 01/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/07/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487791 | 12/11/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/07/2012, SIMON BOOTH (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (269 Pages) | $ 1,745.81 |
| EXHIBITS | $ 425.00 |
| VIDEO | $ 250.00 |
| REALTIME & ROUGH | $ 790.60 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 3,327.41 |
| CSD-SHIPPING | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME, LAPTOP AND VIDEO WAS PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/26/2013** | **$ 3,352.41** |
| Amount Due After 01/26/2013 | $ 3,687.65 |

Tax Number:   45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA



**ESQUIRE**

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL367919 |
| Payment Due: | 01/11/2013 |
| **Amount Due On/Before 01/26/2013** | **$ 3,352.41** |
| Amount Due After 01/26/2013 | $ 3,687.65 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000367919  12122012  0  000335241  3  01112013  01262013  8  000368765  05

# INVOICE



## PLANET DEPOS
we make it happen
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50785 | 7/2/2013 | 39143 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Chad L. Boss | 207.00 | Pages | 1,490.40 |
| Realtime | 179.00 | Pages | 313.25 |
| Rough ASCII | 179.00 | Pages | 268.50 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Mitchael Clair Freeman | 144.00 | Pages | 1,036.80 |
| Realtime | 122.00 | Pages | 213.50 |
| Rough ASCII | 122.00 | Pages | 183.00 |
| Exhibits | 450.00 | Pages | 112.50 |
| LEF/SBF/XMEF | 2.00 | | 150.00 |
| | **TOTAL DUE >>>** | | **$3,767.95** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | | |
|---|---|---|
| Invoice No. | : | 50785 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 3,767.95** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 39143 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 041012-111054

| Bill To: | | Ship To: | |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan | | | Quinn Emanuel Urquhart & Sullivan |
| Attn: John B. Quinn Esq. | | | Attn: Mario Gutierrez |
| 865 S. Figueroa St. | | | 865 S. Figueroa St. |
| 10th Floor | | | 10th Floor |
| Los Angeles, CA  90017 | | | Los Angeles, CA  90017 |

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Apple - 30b6 - Mark Buckley |
| **DATE:** | 4/10/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 116 | $3.35 | $388.60 |
| Original Transcript - Immediate Delivery | 116 | $3.65 | $423.40 |
| Interactive Real-time | 116 | $1.45 | $168.20 |
| Rough ASCII | 116 | $1.35 | $156.60 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 60 | $1.50 | $90.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 116 | -$0.45 | -$52.20 |
| | | SUBTOTAL | $1,244.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,324.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSGr**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 070913-408051

**Bill To:**  Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Marlo Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Mark Buckley |
| **DATE:** | 7/9/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 227 | $3.35 | $760.45 |
| Original Transcript - Immediate Delivery | 227 | $3.65 | $828.55 |
| Interactive Real-time | 227 | $1.35 | $306.45 |
| Rough ASCII | 227 | $1.25 | $283.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 724 | $0.15 | $108.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 14 | $1.50 | $21.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,308.80 |
| | SHIPPING & HANDLING | $140.00 |
| | **TOTAL** | $2,448.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL366217

| Invoice Date | 11/27/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/27/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/16/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487112 | 11/26/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/16/2012, DAVID CARSTENS (DALLAS, TX) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (226 Pages) | $ 711.90 |
| EXHIBITS | $ 215.50 |
| VIDEO | $ 17.50 |
| EXPEDITE PORTION OF TRANSCRIPT (226 Pages) | $ 427.14 |
| REALTIME FEED (186 Pages) | $ 232.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 |
| LEF FILE | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| READ AND SIGN PROCUREMENT | $ 0.00 |
| HANDLING FEE | $ 45.00 |
| ROUGH ASCII | $ 0.00 |
| | $ 1,649.54 |
| DELIVERY | $ 0.00 |

COPY

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA AMERICAN EXPRESS DISCOVER MASTERCARD

| | |
|---|---|
| Invoice #: | PL366217 |
| Payment Due: | 12/27/2012 |
| **Amount Due On/Before 01/11/2013** | **$ 1,649.54** |
| Amount Due After 01/11/2013 | $ 1,814.49 |

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000366217 11272012 7 000164954 0 12272012 01112013 5 000181449 28

## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Mario Gutierrez, Esq |
|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 865 S. Figueroa St. |
| | 10th Floor |
| | Los Angeles, CA, 90017 |

| | |
|---|---|
| **Invoice #:** | NY1813500 |
| **Invoice Date:** | 7/31/2013 |
| **Balance Due:** | $2,238.64 |

| | | |
|---|---|---|
| **Case:** | Apple, Inc. v. Samsung Electronics Co. | **BILLING #:** 456727 |
| **Job #:** | 1701313 \| Job Date: 7/29/2013 \| Delivery: Daily | |
| **Billing Atty:** | Mario Gutierrez, Esq | |
| **Location:** | Veritext Irvine | |
| | 20 Corporate Park \| Suite 350 \| Irvine, CA 92606 | |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Suzanne Chapman | Original with 1 Certified Transcript | Page | 78.00 | $4.95 | $386.10 |
| | Transcript - Fee for Daily | Page | 78.00 | $2.95 | $230.10 |
| | Attendance Fee | 1 | 1.00 | $50.00 | $50.00 |
| | Exhibits | Per Page | 1826.00 | $0.40 | $730.40 |
| | Rough Draft | Page | 78.00 | $1.50 | $117.00 |
| | Realtime Services | Page | 78.00 | $1.50 | $117.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 1826.00 | $0.29 | $529.54 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,238.64 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,238.64 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY1813500 |
| **Job #:** | 1701313 |
| **Invoice Date:** | 7/31/2013 |
| **Balance:** | $2,238.64 |

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52733 | 8/7/2013 | 40875 |

| Job Date | Case No. | |
|---|---|---|
| 7/19/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

|  |  |  |  |
|---|---|---|---|
| Stewart Cheifet | 51.00 | Pages | 392.70 |
| Realtime | 42.00 | Pages | 73.50 |
| Rough ASCII | 42.00 | Pages | 63.00 |
| Exhibits | 37.00 | Pages | 9.25 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 20.00 |

TOTAL DUE  >>>                    $633.45

Less than 24 hour expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 52733 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 633.45** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40875 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 071713-408059

**Bill To:**  Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**  Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**  Omnivision Technologies - Fred Cheng
**DATE:**  7/17/2013
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript - Complimentary | 25 | $2.85 | $0.00 |
| Original Transcript - Immediate Delivery - Complimentary | 25 | $2.85 | $0.00 |
| Interactive Real-time - Complimentary | 25 | $1.35 | $0.00 |
| Rough ASCII - Complimentary | 25 | $1.25 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Real-time Reporter Scheduling Fee - Minimum | 1 | $250.00 | $250.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1385 | $1.50 | $2,077.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,327.50 |
| | | SHIPPING & HANDLING | $85.00 |
| | | **TOTAL** | $2,412.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 052313-120954

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Attn: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**    Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Alcatel-Lucent USA - Benjamin Cheung
**DATE:**    5/23/2013
**LOCATION:**    Summit, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.35 | $482.40 |
| Certified Transcript - Immediate Delivery | 144 | $3.65 | $525.60 |
| Interactive Real-time | 144 | $1.35 | $194.40 |
| Rough ASCII | 144 | $1.25 | $180.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1077 | $0.10 | $107.70 |
| Exhibits - Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,497.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,552.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL381802*   *51990*

| Invoice Date | 04/11/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/26/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 507154 | 04/01/2013 | F-S-O |

| Description | Amount |
|---|---|
| Services Provided on 03/26/2013, LOCKSLEY CHRISTIAN (PHILADELPHIA, PA) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,204.90 |
| EXHIBITS | $ 151.20 |
| VIDEO | $ 330.00 |
| ROUGH ASCII | $ 345.45 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 2,076.55 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

*INVOICE REFLECTS NEXT DAY DELIVERY*
*ROUGH ASCII PROVIDED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/26/2013** | **$ 2,101.55** |
| Amount Due After 05/26/2013 | $ 2,311.71 |

Tax Number: 45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


**ESQUIRE**
SOLUTIONS

 VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL381802 |
| Payment Due: | 05/11/2013 |
| **Amount Due On/Before 05/26/2013** | **$ 2,101.55** |
| Amount Due After 05/26/2013 | $ 2,311.71 |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000381802 04112013 5 000210155 7 05112013 05262013 4 000231171 30



Page 1 of 2

**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL376258**      *51990*

| | |
|---|---|
| Invoice Date | 02/25/2013 |
| Terms | NET 30 |
| Payment Due | 03/27/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SCOTT FLORANCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/24/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493258 | 01/28/2013 | F-P-O |

| Description | Amount |
|---|---|
| Services Provided on 01/24/2013, RONALD COCOCCIA (SARATOGA SPRINGS, NY) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (161 Pages) | $ 1,465.10 |
| EXHIBITS | $ 241.00 |
| VIDEO | $ 300.00 |
| VIDEO HANDLING | $ 25.00 |
| HANDLING FEE | $ 30.00 |
| ROUGH ASCII | $ 335.00 |
| REALTIME FEED (134 Pages) | $ 221.10 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 2,668.20 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*CONTINUED ON NEXT PAGE ...*

Tax Number:    45-3463120

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
S O L U T I O N S

VISA  MasterCard  DISCOVER  AMERICAN

| | |
|---|---|
| Invoice #: | PL376258 |
| Payment Due: | 03/27/2013 |
| **Amount Due On/Before 04/11/2013** | **$ 2,699.95** |
| Amount Due After 04/11/2013 | $ 2,969.95 |

SCOTT FLORANCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000376258  02252013  2  000269995  5  03272013  04112013  8  000296995  80



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062613-406738

**Bill To:**      Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Nick DiCarlo
**DATE:**        6/26/2013
**LOCATION:**    Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 284 | $3.35 | $951.40 |
| Certified Transcript - Immediate Delivery | 284 | $3.65 | $1,036.60 |
| Certified Transcript - Evening Pages | 25 | $1.50 | $37.50 |
| Interactive Real-time | 284 | $1.35 | $383.40 |
| Rough ASCII | 284 | $1.25 | $355.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 547 | $0.10 | $54.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,818.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,873.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009



### Invoice # PL370613   #51990

| Invoice Date | 01/08/2013 |
| --- | --- |
| Terms | NET 30 |
| Payment Due | 02/07/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 12/12/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489118 | 12/13/2012 | FED EX |

| Description | Amount |
| --- | --- |
| Services Provided on 12/12/2012, PAUL FARRELL (MELVILLE, NY) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 982.15 |
| EXHIBITS | $ 267.00 |
| VIDEO | $ 275.00 |
| ROUGH ASCII | $ 204.75 |
| REALTIME FEED | $ 222.30 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 50.00 |
| | $ 2,001.20 |
| | |
| SHIPPING | $ 50.00 |
| | $ 50.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A DAILY EXPEDITED RATE.*
*REAL TIME AND ROUGH ASCII PROVIDED*

| | | |
| --- | --- | --- |
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 02/22/2013** | | **$ 2,051.20** |
| Amount Due After 02/22/2013 | | $ 2,256.32 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

| | | |
| --- | --- | --- |
| | Invoice #: | PL370613 |
| | Payment Due: | 02/07/2013 |
| **Amount Due On/Before 02/22/2013** | | **$ 2,051.20** |
| | Amount Due After 02/22/2013 | $ 2,256.32 |

ESQUIRE
S O L U T I O N S

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000370613 01082013 3 000205120 2 02072013 02222013 5 000225632 48

# INVOICE



## PLANET DEPOS
we make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50891 | 7/2/2013 | 39144 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Michael Hayes Freeman | 308.00 | Pages | 2,217.60 |
| Realtime | 263.00 | Pages | 460.25 |
| Rough ASCII | 263.00 | Pages | 394.50 |
| Exhibits | 439.00 | Pages | 109.75 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 70.00 |
| | | **TOTAL DUE  >>>** | **$3,327.10** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

Invoice No.   :  50891
Invoice Date  :  7/2/2013
**Total Due**     :  **$ 3,327.10**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.     :  39144
BU ID       :  21-OOT-R
Case No.    :  12-CV-0630-LHK-PSG
Case Name   :  Apple -v- Samsung; Samsung -v- Apple
                (DUAL CAPTION)

# I N V O I C E



**PLANET DEPOS**
*we make it happen*
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50785 | 7/2/2013 | 39143 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Chad L. Boss | 207.00 | Pages | 1,490.40 |
| Realtime | 179.00 | Pages | 313.25 |
| Rough ASCII | 179.00 | Pages | 268.50 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Mitchael Clair Freeman | 144.00 | Pages | 1,036.80 |
| Realtime | 122.00 | Pages | 213.50 |
| Rough ASCII | 122.00 | Pages | 183.00 |
| Exhibits | 450.00 | Pages | 112.50 |
| LEF/SBF/XMEF | 2.00 | | 150.00 |
| | **TOTAL DUE >>>** | | **$3,767.95** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

Invoice No.     :   50785
Invoice Date   :   7/2/2013
**Total Due       :   $ 3,767.95**

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

Job No.      :   39143
BU ID         :   21-OOT-R
Case No.    :   12-CV-0630-LHK-PSG
Case Name  :   Apple -v- Samsung; Samsung -v- Apple
               (DUAL CAPTION)



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50715 | 7/2/2013 | 39142 |

| Job Date | Case No. |
|---|---|
| 6/18/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Richard Freeman | 189.00 | Pages | 1,360.80 |
| Realtime | 163.00 | Pages | 285.25 |
| Rough ASCII | 163.00 | Pages | 244.50 |
| Exhibits | 162.00 | Pages | 40.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 75.00 |

**TOTAL DUE  >>>        $2,081.05**

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50715 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 2,081.05** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39142 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/17/2013
**INVOICE #** 070313-406935

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Roberto Garcia, Jr.
**DATE:**       7/3/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 156 | $3.35 | $522.60 |
| Original Transcript - Immediate Delivery | 156 | $3.65 | $569.40 |
| Interactive Real-time | 156 | $1.35 | $210.60 |
| Rough ASCII | 156 | $1.25 | $195.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 68 | $0.15 | $10.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,507.80 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,587.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 051413-120943

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Attn: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Donald L. Gilpin / Jamie A. Riley
**DATE:**       5/14/2013
**LOCATION:**   Indianapolis, IN

**Billing Comments / Instructions:**   Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Original & 1 Certified Transcript | 106 | $2.85 | $302.10 |
| Original Transcript - Daily Delivery | 106 | $2.50 | $265.00 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII - Witness #1 | 49 | $1.25 | $61.25 |
| Reporter Appearance Fee / Hour - Videotaped - Comp | 3.5 | $55.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 87 | $0.15 | $13.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $784.50 |
| SHIPPING & HANDLING | $130.00 |
| TOTAL | $914.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

## VERITEXT
### LEGAL SOLUTIONS

OK
#0219851981

**Bill To:** Mario Gutierrez, Esq
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA, 90017-5003

| | |
|---|---|
| **Invoice #:** | NY1795768 |
| **Invoice Date:** | 7/10/2013 |
| **Balance Due:** | $1,989.52 |

| | | | |
|---|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** | 45627.0008 |
| **Job #:** | 1685320 | Job Date: 7/8/2013 | Delivery: Daily | | |
| **Billing Atty:** | Mario Gutierrez, Esq | | |
| **Location:** | Qualcomm Headquarters | | |
| | 5775 Morehouse Drive | Building N | San Diego, CA 92121 | | |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 126.00 | $4.95 | $623.70 |
| | Transcript - Fee for Daily | Page | 126.00 | $2.95 | $371.70 |
| | Attendance Fee | 1 | 1.00 | $50.00 | $50.00 |
| | Exhibits | Per Page | 177.00 | $0.40 | $70.80 |
| Fabian Gonell | Exhibits - Color | Per Page | 131.00 | $2.50 | $327.50 |
| | Rough Draft | Page | 126.00 | $1.50 | $189.00 |
| | Realtime Services | Page | 126.00 | $1.50 | $189.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 308.00 | $0.29 | $89.32 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,989.52 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,989.52 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Visa, Discover)

**Please remit payment to:
Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY1795768 |
| **Job #:** | 1685320 |
| **Invoice Date:** | 7/10/2013 |
| **Balance:** | $1,989.52 |



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL367535

| Invoice Date | 12/09/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PAUL BRINKMAN ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/04/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487784 | 12/06/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/04/2012, JOHN HOLMES (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (180 Pages) | $ 1,168.20 |
| EXHIBITS | $ 589.05 |
| VIDEO | $ 175.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| REALTIME & ROUGH | $ 522.60 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 2,570.85 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME AND VIDEO WAS PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/23/2013** | **$ 2,595.85** |
| Amount Due After 01/23/2013 | $ 2,855.44 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL367535 |
| Payment Due: | 01/08/2013 |
| **Amount Due On/Before 01/23/2013** | **$ 2,595.85** |
| Amount Due After 01/23/2013 | $ 2,855.44 |

PAUL BRINKMAN ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000367535  12092012  8  000259585  8  01082013  01232013  3  000285544  42

# INVOICE



PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51740 | 7/29/2013 | 39172 |
| **Job Date** | **Case No.** | |
| 7/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:
Jong Pil (JP) Hong, 30(b)(6) & Individual

| | | |
|---|---|---:|
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 215.00  Pages | 53.75 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$3,828.75** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 51740 |
| Invoice Date | : | 7/29/2013 |
| **Total Due** | : | **$ 3,828.75** |

Remit To:  **Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39172 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

#51990

*Invoice # PL378317*

| | |
|---|---|
| Invoice Date | 03/14/2013 |
| Terms | NET 30 |
| Payment Due | 04/13/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/07/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 504217 | 03/08/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 03/07/2013, KELLY HYNDMAN (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (118 Pages) | $ 849.60 |
| EXHIBITS | $ 134.00 |
| VIDEO | $ 187.50 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| REALTIME & ROUGH | $ 335.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| | $ 1,622.10 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| CREDIT, LAPTOP RENTAL FEE, TKT 75614 | $ -75.00 |
| | $ -50.00 |

**\*\*REVISED INVOICE\*\***
*INVOICE REFLECTS DAILY DELIVERY*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 04/28/2013** | | **$ 1,572.10** |
| Amount Due After 04/28/2013 | | $ 1,729.31 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL378317 |
| Payment Due: | 04/13/2013 |
| **Amount Due On/Before 04/28/2013** | **$ 1,572.10** |
| Amount Due After 04/28/2013 | $ 1,729.31 |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000378317 03142013 2 000157210 4 04132013 04282013 6 000172931 23



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041712-111292

**Bill To:**
Quinn Emanuel Urquhart & Sullivan
Attn: David Elsberg Esq.
51 Madison Avenue
22nd Floor
New York, NY 10010

**Ship To:**
Quinn Emanuel Urquhart & Sullivan
Attn: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Greg Joswiak
**DATE:** 4/17/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 238 | $3.35 | $797.30 |
| Original Transcript - Immediate Delivery | 238 | $3.65 | $868.70 |
| Interactive Real-time | 238 | $1.45 | $345.10 |
| Rough ASCII | 238 | $1.35 | $321.30 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 9 | $0.15 | $1.35 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 827 | $1.50 | $1,240.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $3,714.25 |
| SHIPPING & HANDLING | $125.00 |
| TOTAL | $3,839.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/24/2013
**INVOICE #** 070913-407101

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Greg Joswiak
**DATE:**        7/9/2013
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 186 | $3.35 | $623.10 |
| Original Transcript - Immediate Delivery | 186 | $3.65 | $678.90 |
| Interactive Real-time | 186 | $1.35 | $251.10 |
| Rough ASCII | 186 | $1.25 | $232.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 62 | $0.15 | $9.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 293 | $1.50 | $439.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $2,234.40 |
| SHIPPING & HANDLING | $135.00 |
| TOTAL | $2,369.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57860 | 11/6/2013 | 44751 |
| Job Date | Case No. | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

| James R. Kearl, Ph.D. | 358.00 | Pages | 2,667.10 |
|---|---|---|---|
| Realtime | 307.00 | Pages | 537.25 |
| Rough ASCII | 307.00 | Pages | 460.50 |
| Exhibits | 1,907.00 | Pages | 476.75 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 75.00 |

TOTAL DUE >>>  $4,291.60
AFTER 12/7/2013 PAY  $4,506.18

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

0U98-51990B

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Job No. : 44751        BU ID    :21-OQT-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)
Invoice No. : 57860        Invoice Date : 11/6/2013
**Total Due : $ 4,291.60**
AFTER 12/7/2013 PAY  $4,506.18

### PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Page 1 of 2

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

## *Invoice # PL379258*

| | |
|---|---|
| Invoice Date | 03/21/2013 |
| Terms | NET 30 |
| Payment Due | 04/20/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/15/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 504212 | 03/19/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 03/15/2013, GREG KENG (DALLAS, TX) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | $ 234.08 |
| EXHIBITS | $ 850.80 |
| VIDEO | $ 191.25 |
| HANDLING FEE | $ 45.00 |
| ROUGH ASCII | $ 168.95 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| LEF FILE | $ 157.50 |
| LAPTOP RENTAL FOR REALTIME | $ 0.00 |
| EXPEDITE PORTION OF TRANSCRIPT (133 Pages) | $ 775.39 |
| REALTIME FEED (109 Pages) | $ 190.75 |
| | $ 2,664.72 |
| DISCOUNT 10% | $ -266.47 |
| | $ -266.47 |

### *CONTINUED ON NEXT PAGE ...*

Tax Number:    45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **VISA** MasterCard DISCOVER

 **ESQUIRE**
S O L U T I O N S

| | |
|---|---|
| Invoice #: | PL379258 |
| Payment Due: | 04/20/2013 |

**Amount Due On/Before 05/05/2013**    **$ 2,398.25**

Amount Due After 05/05/2013    $ 2,638.08

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000379258 03212013 4 000239825 6 04202013 05052013 6 000263808 71

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL370845**   #51990

ALAN WHITEHURST ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice Date | 01/09/2013 |
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489248 | 12/03/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/28/2012, YOUNG-BUM KIM (SUWON CITY, .) | |
|   MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (172 Pages) | $ 1,112.84 |
|   EXHIBITS | $ 238.50 |
|   VIDEO | $ 600.00 |
|   REALTIME & ROUGH | $ 175.00 |
|   HANDLING FEE | $ 30.00 |
|   DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 |
|   CONDENSED TRANSCRIPT | $ 0.00 |
|   VIDEO HANDLING | $ 0.00 |
| | $ 2,156.34 |

*1-DAY EXPEDITE PROVIDED.*
*REALTIME FEED PROVIDED.*
*ROUGH DRAFT PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/23/2013** | **$ 2,156.34** |
| Amount Due After 02/23/2013 | $ 2,371.97 |

Tax Number:   45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**
S O L U T I O N S

VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL370845 |
| Payment Due: | 02/08/2013 |
| **Amount Due On/Before 02/23/2013** | **$ 2,156.34** |
| Amount Due After 02/23/2013 | $ 2,371.97 |

ALAN WHITEHURST ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000370845 01092013 7 000215634 7 02082013 02232013 1 000237197 05

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49458 | 7/8/2013 | 38304 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

Young-Bum Kim, Volume 2

| | | |
|---|---|---:|
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 3.00 | 600.00 |
| Exhibits | 311.00 Pages | 77.75 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$4,252.75** |

Ordered By     :  Alan Whitehurst, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, NW
Suite 825
Washington, DC 20004

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

Invoice No.    :   49458
Invoice Date  :   7/8/2013
**Total Due**      :   **$ 4,252.75**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.      :   38304
BU ID        :   84-SK-R
Case No.     :   12-CV-0630-LHK-PSG
Case Name    :   Apple -v- Samsung; Samsung -v- Apple
                 (DUAL CAPTION)

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL376754   *51990*

| | |
|---|---|
| Invoice Date | 02/28/2013 |
| Terms | NET 30 |
| Payment Due | 03/30/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/25/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 497672 | 02/27/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 02/25/2013, MELVIN KRAUS (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (134 Pages) | $ 964.80 |
| EXHIBITS | $ 306.50 |
| VIDEO | $ 187.50 |
| REALTIME & ROUGH | $ 385.25 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| | $ 1,960.05 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

| | | |
|---|---|---|
| *INVOICE REFLECTS DAILY DELIVERY* | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| | **Amount Due On/Before 04/14/2013** | **$ 1,985.05** |
| | Amount Due After 04/14/2013 | $ 2,183.55 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 ESQUIRE

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL376754 |
| Payment Due: | 03/30/2013 |
| **Amount Due On/Before 04/14/2013** | **$ 1,985.05** |
| Amount Due After 04/14/2013 | $ 2,183.55 |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000376754 02282013 3 000198505 1 03302013 04142013 4 000218355 74

# Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Mario Gutierrez, Esq | **Invoice #:** | NY1805722 |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | 7/26/2013 |
| 865 S. Figueroa St. | **Balance Due:** | $3,720.15 |
| 10th Floor | | |
| Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1691949 \| Job Date: 7/3/2013 \| Delivery: Daily |
| **Billing Atty:** | Mario Gutierrez, Esq |
| **Location:** | Qualcomm Headquarters |
| | 5775 Morehouse Drive \| Building N \| San Diego, CA 92121 |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ming-Chieh Kuo | Original with 1 Certified Transcript | Page | 167.00 | $4.95 | $826.65 |
| | Transcript - Expedited Fee | Page | 167.00 | $2.95 | $492.65 |
| | Attendance Fee | 1 | 1.00 | $50.00 | $50.00 |
| | Exhibits | Per Page | 3615.00 | $0.20 | $723.00 |
| | Rough Draft | Page | 167.00 | $1.50 | $250.50 |
| | Realtime Services | Page | 167.00 | $1.50 | $250.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 3615.00 | $0.29 | $1,048.35 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,720.15 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,720.15 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY1805722** |
| **Job #:** | **1691949** |
| **Invoice Date:** | **7/26/2013** |
| **Balance:** | **$3,720.15** |

# INVOICE



PLANET DEPOS
ASIA
We Make It Happen

888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Trust Local Client Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52639 | 8/7/2013 | 40314 |

| Job Date | Case No. | |
|---|---|---|
| 7/17/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | |
|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

EXPEDITED TRANSCRIPT WITH INDEX OF:
  Heung-Mo Lee, 30(b)(6) & Individual

|  |  |  |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 407.00  Pages | 101.75 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE  >>>** | **$3,876.75** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Invoice No.    :  52639
Invoice Date   :  8/7/2013
**Total Due**    :  **$ 3,876.75**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.     :  40314
BU ID       :  84-SK-R
Case No.    :  12-CV-0630-LHK-PSG
Case Name   :  Apple -v- Samsung; Samsung -v- Apple
               (DUAL CAPTION  12-CV-0630-LHK-PSG)

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL370857** #51990

| Invoice Date | 01/09/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ALAN WHITEHURST ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489250 | 12/04/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/30/2012, JU-HO LEE (SUWON CITY, .) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (202 Pages) | $ 1,306.94 |
| EXHIBITS | $ 291.50 |
| VIDEO | $ 540.00 |
| HANDLING FEE | $ 0.00 |
| REALTIME & ROUGH | $ 207.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| VIDEO HANDLING | $ 0.00 |
| | $ 2,345.94 |
| | |
| DEL-STANDARD NO CHARGE TO CLIENT | $ 0.00 |

*REALTIME FEED PROVIDED.*
*ROUGH DRAFT PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/23/2013** | **$ 2,345.94** |
| Amount Due After 02/23/2013 | $ 2,580.53 |

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



ESQUIRE
S O L U T I O N S

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| Invoice #: | PL370857 |
|---|---|
| Payment Due: | 02/08/2013 |
| **Amount Due On/Before 02/23/2013** | **$ 2,345.94** |
| Amount Due After 02/23/2013 | $ 2,580.53 |

ALAN WHITEHURST ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000370857 01092013 9 000234594 6 02082013 02232013 1 000258053 01

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50936 | 7/8/2013 | 38695 |
| Job Date | Case No. | |
| 6/21/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:
   Ju-Ho Lee

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 342.00  Pages | 85.50 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE  >>> | $3,860.50 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50936 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 3,860.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38695 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49395 | 6/10/2013 | 38221 |
| **Job Date** | **Case No.** | |
| 5/31/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

*51981*

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| S. Stuart Lee, Esquire | 255.00 | Pages | 1,593.75 |
| Realtime | 213.00 | Pages | 340.80 |
| Rough ASCII | 213.00 | Pages | 287.55 |
| Exhibits Hard Copy B&W | 139.00 | Pages | 34.75 |
| Exhibits Hard Copy Color | 21.00 | Pages | 10.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 45.00 |
| | | **TOTAL DUE >>>** | **$2,387.35** |

Ordered By    : Alan Whitehurst, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, NW
Suite 825
Washington, DC 20004

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

Job No.    : 38221          BU ID    : 1-MAIN
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple Inc. -v- Samsung Electronics Co., Ltd., et al

Invoice No. : 49395        Invoice Date : 6/10/2013
**Total Due  : $ 2,387.35**

| **PAYMENT WITH CREDIT CARD** | AMEX  MASTERCARD  VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57982 | 11/6/2013 | 45589 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Remy Libchaber | 276.00 | Pages | 3,284.40 |
| Realtime | 235.00 | Pages | 458.25 |
| Rough ASCII | 235.00 | Pages | 458.25 |
| Exhibits | 293.00 | Pages | 73.25 |
| LEF/SBF/XMEF | | | 75.00 |

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$4,349.15** |
| AFTER 12/7/2013 PAY | $4,566.61 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Daily Expedite

Due upon receipt and is not contingent on client payment.

02198-51990C

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 45589 | BU ID | :72-INT'L-R | |
| Case No. | : 12-CV-0630-LHK-PSG | | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | | |
| Invoice No. | : 57982 | Invoice Date | :11/6/2013 | |
| **Total Due** | **: $ 4,349.15** | | | |

AFTER 12/7/2013 PAY $4,566.61

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD 20850**

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50175 | 7/3/2013 | 35521 |

| Job Date | Case No. | |
|---|---|---|
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
  Toshiyuki Masui

|  |  |  |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 76.00  Pages | 19.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 25.00 |

**TOTAL DUE  >>>**   $4,319.00

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50175 |
| Invoice Date | : | 7/3/2013 |
| **Total Due** | : | **$ 4,319.00** |

Remit To:  **Planet Depos - Asia**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 35521 |
| BU ID | : | 81-JAP-R |
| Case No. | : | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062513-407396

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Ulrich Mennchen |
| **DATE:** | 6/25/2013 |
| **LOCATION:** | London, England |

**Billing Comments / Instructions:**    Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 265 | $7.25 | $1,921.25 |
| Original Transcript - Immediate Delivery | 265 | $7.25 | $1,921.25 |
| Original Transcript - Evening Pages | 45 | $2.00 | $90.00 |
| Interactive Real-time (2) | 530 | $2.45 | $1,298.50 |
| Rough ASCII | 265 | $2.45 | $649.25 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 2 | $85.00 | $170.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $6,350.25 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $6,485.25 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # PL383347

| Invoice Date | 04/23/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/23/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/05/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 502459 | 04/09/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/05/2013, DARRYL MEXIC (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,578.40 |
| EXHIBITS | $ 412.00 |
| VIDEO | $ 0.00 |
| REALTIME & ROUGH | $ 626.45 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| | $ 2,641.85 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

*INVOICE REFLECTS DAILY DELIVERY*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 06/07/2013** | | **$ 2,666.85** |
| Amount Due After 06/07/2013 | | $ 2,933.54 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**

 VISA

| | |
|---|---|
| Invoice #: | PL383347 |
| Payment Due: | 05/23/2013 |
| **Amount Due On/Before 06/07/2013** | **$ 2,666.85** |
| Amount Due After 06/07/2013 | $ 2,933.54 |

CARLOS RODRIGUEZ ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000383347 04232013 7 000266685 3 05232013 06072013 5 000293354 19

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL368596

| | |
|---|---|
| Invoice Date | 12/17/2012 |
| Terms | NET 30 |
| Payment Due | 01/16/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/11/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487793 | 12/13/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/11/2012, MARTIN MILLER (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (89 Pages) | $ 577.61 |
| EXHIBITS | $ 8.50 |
| VIDEO | $ 125.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| REALTIME & ROUGH | $ 257.95 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,085.06 |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME, LAPTOP AND VIDEO WAS PROVIDED.*

| | |
|---|---|
| **Tax:** | $ 0.00 |
| **Paid:** | $ 0.00 |
| **Amount Due On/Before 01/31/2013** | **$ 1,110.06** |
| Amount Due After 01/31/2013 | $ 1,221.07 |

Tax Number:    45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL368596 |
| Payment Due: | 01/16/2013 |
| **Amount Due On/Before 01/31/2013** | **$ 1,110.06** |
| Amount Due After 01/31/2013 | $ 1,221.07 |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000368596  12172012  5  000111006  0  01162013  01312013  5  000122107  63



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/17/2013
**INVOICE #** 062613-406898

**Bill To:**
Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Tim Millet
**DATE:** 6/26/2013
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 129 | $3.35 | $432.15 |
| Original Transcript - Immediate Delivery | 129 | $3.65 | $470.85 |
| Interactive Real-time | 129 | $1.35 | $174.15 |
| Internet Real-time | 129 | $1.35 | $174.15 |
| Internet Real-time Connectivity Charge / User | 1 | $100.00 | $100.00 |
| Rough ASCII | 129 | $1.25 | $161.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 302 | $0.15 | $45.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1296 | $1.50 | $1,944.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,501.85 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $3,596.85 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**PLANET DEPOS**
We make it happen.
868.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57255 | 10/11/2013 | 44745 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Paul S. Min, Ph.D., Volume 1 | | 1,806.25 |
| Realtime | 229.00  Pages | 366.40 |
| Rough ASCII | 229.00  Pages | 309.15 |
| Exhibits | 3,842.00  Pages | 960.50 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$3,517.30** |

Ordered By     :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

289 pages - Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 44745 | BU ID | :1-MAIN |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | |
| Invoice No. | : 57255 | Invoice Date | :10/11/2013 |
| **Total Due** | **: $ 3,517.30** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57386 | 10/11/2013 | 44746 |
| **Job Date** | **Case No.** | |
| 9/27/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Paul Min, Ph.D., Volume 2 | | | 1,187.50 |
| Realtime | 145.00 | Pages | 232.00 |
| Rough ASCII | 145.00 | Pages | 195.75 |
| Exhibits | 1,844.00 | Pages | 461.00 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE  >>>** | **$2,151.25** |

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

190 pages - Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 44746 | BU ID | : 1-MAIN |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | |
| Invoice No. | : 57386 | Invoice Date | : 10/11/2013 |
| **Total Due** | : **$ 2,151.25** | | |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

### PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 100413-411469

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Nicolas Metfessis
**DATE:** 10/4/2013
**LOCATION:** Brussels, Belgium

Michael L. Fazio

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | | |
| Travel Cost - Per Diem | 1 | $80.00 | $80.00 |
| Travel Cost - Taxi | 1 | $79.90 | $79.90 |
| Travel Cost - Train | 1 | $462.40 | $462.40 |
| Travel Cost - Hotel | 1 | $173.20 | $173.20 |
| Travel Cost - Travel Days & Down Days | 1 | $500.00 | $500.00 |
| | | SUBTOTAL | $2,830.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $2,870.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 100413-411468

**Bill To:** Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Nicolas Melfessis
**DATE:** 10/4/2013
**LOCATION:** Brussels, Belgium

*Michael L. Fazio*

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 146 | $7.25 | $1,058.50 |
| Original Transcript - Immediate Delivery | 146 | $7.25 | $1,058.50 |
| Interactive Real-time | 146 | $2.45 | $357.70 |
| Rough ASCII | 146 | $2.45 | $357.70 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 196 | $0.15 | $29.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  |  |  |
| Travel Cost - Per Diem | 1 | $80.00 | $80.00 |
| Travel Cost - Taxi | 1 | $115.60 | $115.60 |
| Travel Cost - Train | 1 | $462.40 | $462.40 |
| Travel Cost - Hotel | 1 | $173.20 | $173.20 |
| Travel Cost - Travel Days & Down Days | 1 | $500.00 | $500.00 |

| | SUBTOTAL | $4,493.00 |
|---|----------|-----------|
| | SHIPPING & HANDLING | $135.00 |
| | **TOTAL** | $4,628.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*Kevin*

 ESQUIRE

Esquire Solutions – San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### *Invoice # PL389954*

| Invoice Date | 06/24/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/24/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

QUINN, EMANUEL, URQUHART & SULLIVA – REDWOOD
SUITE 560
555 TWIN DOLPHIN DRIVE
REDWOOD SHORES, CA 94065

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/15/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 516139 | 05/21/2013 | FED EX |

| Description |
|---|
| Copy Deposition for DONG HA NAM, 05/15/2013 (SUWON, .) |
|    EXHIBITS |

*REALTIME FEED PROVIDED.*
*ROUGH DRAFT PROVIDED.*

|  | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/08/2013** | **$ 1,817.70** |
| Amount Due After 08/08/2013 | $ 1,999.47 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**VISA**  MasterCard  DISCOVER  AMERICAN EXPRESS

 ESQUIRE

| Invoice #: | PL389954 |
|---|---|
| Payment Due: | 07/24/2013 |
| **Amount Due On/Before 08/08/2013** | **$ 1,817.70** |
| Amount Due After 08/08/2013 | $ 1,999.47 |

QUINN, EMANUEL, URQUHART & SULLIVA –
REDWOOD
SUITE 560
555 TWIN DOLPHIN DRIVE
REDWOOD SHORES, CA 94065

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000389954 06242013 1 000181770 4 07242013 08082013 9 000199947 02



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/17/2013
**INVOICE #** 070213-406918

**Bill To:**     Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Stan Ng / James Imahiro
**DATE:**        7/2/2013
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 313 | $3.35 | $1,048.55 |
| Original Transcript - Immediate Delivery | 313 | $3.65 | $1,142.45 |
| Original Transcript - Evening Pages | 25 | $1.50 | $37.50 |
| Interactive Real-time | 313 | $1.35 | $422.55 |
| Rough ASCII | 313 | $1.25 | $391.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 411 | $1.50 | $616.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $3,658.80 |
| | | SHIPPING & HANDLING | $120.00 |
| | | **TOTAL** | $3,778.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 062813-408034

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Srinivasan Nimmala
**DATE:**        6/28/2013
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 169 | $2.85 | $481.65 |
| Original Transcript - Immediate Delivery | 169 | $2.85 | $481.65 |
| Interactive Real-time | 169 | $1.35 | $228.15 |
| Rough ASCII | 169 | $1.25 | $211.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 6146 | $0.10 | $614.60 |
| Exhibits - Scanned & Hyperlinked - Color | 658 | $1.50 | $987.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| LEF Disk - Additional | 1 | $50.00 | $50.00 |
| | | SUBTOTAL | $3,054.30 |
| | | SHIPPING & HANDLING | $120.00 |
| | | TOTAL | $3,174.30 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

 

PLANET DEPOS
ASIA

AMERICAN REALTIME

866.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51382 | 7/12/2013 | 39147 |

| Job Date | Case No. |
|---|---|
| 6/29/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
| Joonho Park | | |
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 2.00 | 400.00 |
| Exhibits | 309.00 Pages | 77.25 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE  >>>** | **$4,052.25** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 51382 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 4,052.25** |

| | | |
|---|---|---|
| Job No. | : | 39147 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE




PLANET DEPOS
ASIA
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49200 | 6/10/2013 | 38157 |

| Job Date | Case No. | |
|---|---|---|
| 5/29/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

*51981*

EXPEDITED TRANSCRIPT WITH INDEX OF:
    Junho Park, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | 1.00 | 1,500.00 |
| Expedited Delivery | 1.00 | 1,500.00 |
| Exhibits | 505.00 Pages | 126.25 |
| LEF/SBF/XMEF | 1.00 | 75.00 |
| **TOTAL DUE >>>** | | **$3,201.25** |

Ordered By   : Alan Whitehurst, Esquire
              Quinn, Emanuel, Urquhart & Sullivan, LLP
              1299 Pennsylvania Avenue, NW
              Suite 825
              Washington, DC 20004

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Job No.    : 38157        BU ID        : 84-SK-R
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple Inc. -v- Samsung Electronics Co., Ltd., et al
Invoice No. : 49200        Invoice Date : 6/10/2013
**Total Due  : $ 3,201.25**

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # PL367102

| | |
|---|---|
| Invoice Date | 12/05/2012 |
| Terms | NET 30 |
| Payment Due | 01/04/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487790 | 12/04/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/30/2012, WONKI PARK (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (130 Pages) | $ 889.20 |
| EXHIBITS | $ 219.25 |
| VIDEO | $ 137.50 |
| REALTIME & ROUGH | $ 368.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,655.45 |
| | |
| DELIVERY-OTHER | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME AND VIDEO WAS PROVIDED.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/19/2013** | | **$ 1,680.45** |
| Amount Due After 01/19/2013 | | $ 1,848.50 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** MasterCard DISCOVER AMERICAN EXPRESS


**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | PL367102 |
| Payment Due: | 01/04/2013 |
| **Amount Due On/Before 01/19/2013** | **$ 1,680.45** |
| Amount Due After 01/19/2013 | $ 1,848.50 |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000367102 12052012 1 000168045 2 01042013 01192013 2 000184850 85

# INVOICE



PLANET DEPOS
When it comes to happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53593 | 8/7/2013 | 41462 |
| **Job Date** | **Case No.** | |
| 7/31/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Kenneth Alan Parulski | 301.00 | Pages | 2,633.75 |
| Realtime | 259.00 | Pages | 453.25 |
| Rough ASCII | 259.00 | Pages | 388.50 |
| Exhibits | 386.00 | Pages | 96.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 35.00 |
| | | **TOTAL DUE >>>** | **$3,682.00** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 53593 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 3,682.00** |

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 41462 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



## PLANET DEPOS
*We make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57278 | 10/11/2013 | 44744 |

| Job Date | Case No. |
|---|---|
| 9/26/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

|  |  |  |  |
|---|---|---|---|
| Kenneth Alan Parulski, Volume 2 | 285.00 | Pages | 2,565.00 |
| Realtime | 243.00 | Pages | 425.25 |
| Rough ASCII | 243.00 | Pages | 364.50 |
| Exhibits | 378.00 | Pages | 94.50 |
| LEF/SBF/XMEF |  |  | 75.00 |
| Delivery |  |  | 207.00 |

Ordered By  :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
              Quinn, Emanuel, Urquhart & Sullivan, LLP
              865 S. Figueroa St.
              10th Floor
              Los Angeles, CA 90017

**TOTAL DUE  >>>**          **$3,731.25**

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No.   : | 44744 | BU ID | : 21-OOT-R |
| Case No.  : | 12-CV-0630-LHK-PSG | | |
| Case Name : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Invoice No. : | 57278 | Invoice Date | : 10/11/2013 |
| **Total Due** : | **$ 3,731.25** | | |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071913-407353

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**   Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Todd Pendleton
**DATE:**   7/19/2013
**LOCATION:**   Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 89 | $3.35 | $298.15 |
| Certified Transcript - Immediate Delivery | 89 | $3.65 | $324.85 |
| Interactive Real-time | 89 | $1.35 | $120.15 |
| Rough ASCII | 89 | $1.25 | $111.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 318 | $0.10 | $31.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $886.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $941.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 040512-111046

| Bill To: | Ship To: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan | Quinn Emanuel Urquhart & Sullivan |
| Attn: Scott L. Watson Esq. | Attn: Mario Gutierrez |
| 865 S. Figueroa St. | 865 S. Figueroa St. |
| 10th Floor | 10th Floor |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Arthur Rangel |
| **DATE:** | 4/5/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 192 | $3.35 | $643.20 |
| Original Transcript - Immediate Delivery | 192 | $3.65 | $700.80 |
| Interactive Real-time | 192 | $1.45 | $278.40 |
| Rough ASCII | 192 | $1.35 | $259.20 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 305 | $1.50 | $457.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 192 | -$0.45 | -$86.40 |
| | | SUBTOTAL | $2,392.70 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $2,477.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/28/2013
**INVOICE #** 062513-121349

**Bill To:**
Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Arthur Rangel |
| **DATE:** | 6/25/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 140 | $3.35 | $469.00 |
| Original Transcript - Immediate Delivery | 140 | $3.65 | $511.00 |
| Interactive Real-time | 140 | $1.35 | $189.00 |
| Rough ASCII | 140 | $1.25 | $175.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 13 | $0.15 | $1.95 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 642 | $1.50 | $963.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,448.95 |
| | | SHIPPING & HANDLING | $150.00 |
| | | TOTAL | $2,598.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57614 | 10/11/2013 | 44747 |

| Job Date | Case No. | |
|---|---|---|
| 10/1/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

*02198 - 51990B*

| | | |
|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
| Sanjay Rao, Ph.D. | | 2,218.75 |
| Realtime | 291.00 Pages | 465.60 |
| Rough ASCII | 291.00 Pages | 392.85 |
| Exhibits | 198.00 Pages | 49.50 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$3,201.70** |

Ordered By  :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

355 pages - Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 44747 | BU ID | :1-MAIN |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | |
| Invoice No. | : 57614 | Invoice Date | :10/11/2013 |
| **Total Due** | : **$ 3,201.70** | | |

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (866) 437-5009

### Invoice # PL376098     *51990*

| | |
|---|---|
| Invoice Date | 02/24/2013 |
| Terms | NET 30 |
| Payment Due | 03/26/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SCOTT FLORANCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/26/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493261 | 01/29/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/26/2013, JOHN REINE (ALBANY, NY) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | $ 1,210.30 |
| EXHIBITS | $ 285.50 |
| VIDEO | $ 88.00 |
| HANDLING FEE | $ 30.00 |
| REALTIME FEED (110 Pages) | $ 181.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| VIDEO HANDLING | $ 25.00 |
| | $ 1,871.30 |
| | |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*1-DAY EXPEDITE PROVIDED.*
*REALTIME FEED PROVIDED.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 04/10/2013** | | **$ 1,903.05** |
| Amount Due After 04/10/2013 | | $ 2,093.36 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**

**VISA** MasterCard DISCOVER AMERICAN

| | |
|---|---|
| Invoice #: | PL376098 |
| Payment Due: | 03/26/2013 |
| **Amount Due On/Before 04/10/2013** | **$ 1,903.05** |
| Amount Due After 04/10/2013 | $ 2,093.36 |

SCOTT FLORANCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000376098 02242013 8 000190305 2 03262013 04102013 2 000209336 69



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 051413-120943

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Attn: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**  Donald L. Gilpin / Jamie A. Riley
**DATE:**        5/14/2013
**LOCATION:**  Indianapolis, IN

**Billing Comments / Instructions:**        Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 106 | $2.85 | $302.10 |
| Original Transcript - Daily Delivery | 106 | $2.50 | $265.00 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII - Witness #1 | 49 | $1.25 | $61.25 |
| Reporter Appearance Fee / Hour - Videotaped - Comp | 3.5 | $55.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 87 | $0.15 | $13.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $784.50 |
|---|---|---|
|  | SHIPPING & HANDLING | $130.00 |
|  | TOTAL | $914.50 |

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:    45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



QUINN, EMANUEL, URQUHART & SULLIVAN, LLP  - N
22ND FLOOR
51 MADISON AVENUE
NEW YORK, NY 10010

### Invoice # PL386600

| Invoice Date | 05/20/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/19/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/01/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 514322 | 05/03/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/01/2013, CHRISTINE ROY (DOVER, NJ) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 520.60 |
| EXHIBITS | $ 10.00 |
| VIDEO | $ 0.00 |
| REALTIME & ROUGH | $ 225.60 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 801.20 |
| Services Provided on 05/01/2013, TERRENCE TRUSSELL (DOVER, NJ) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 830.35 |
| EXHIBITS | $ 116.50 |
| VIDEO | $ 0.00 |
| REALTIME & ROUGH | $ 357.20 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 1,349.05 |

### CONTINUED ON NEXT PAGE ...

---

Tax Number:    45-3463120    Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | PL386600 |
| Payment Due: | 06/19/2013 |
| **Amount Due On/Before 07/04/2013** | **$ 2,175.25** |
| Amount Due After 07/04/2013 | $ 2,392.78 |

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
- N
22ND FLOOR
51 MADISON AVENUE
NEW YORK, NY 10010

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000386600  05202013  1  000217525  3  06192013  07042013  1  000239278  23



**T S G**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/19/2013
**INVOICE #** 073113-408391

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:**   Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Steven J. Sasson
**DATE:**   7/31/2013
**LOCATION:**   Rochester, NY

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 195 | $3.35 | $653.25 |
| Original Transcript - Daily Delivery | 195 | $3.25 | $633.75 |
| Interactive Real-time | 195 | $1.35 | $263.25 |
| Rough ASCII | 195 | $1.25 | $243.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $100.00 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 116 | $0.15 | $17.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,011.40 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $2,146.40 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 072313-408074

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Phil Schiller
**DATE:**       7/23/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 333 | $3.35 | $1,115.55 |
| Original Transcript - Immediate Delivery | 333 | $3.65 | $1,215.45 |
| Original Transcript - Evening Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 333 | $1.35 | $449.55 |
| Rough ASCII | 333 | $1.25 | $416.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 26 | $0.15 | $3.90 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 369 | $1.50 | $553.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,781.20 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $3,916.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767 . WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57819 | 10/11/2013 | 44749 |
| **Job Date** | **Case No.** | |
| 10/3/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

02198-51990A

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Daniel Schonfeld, Ph.D., Volume 1 | | | 2,075.00 |
| Realtime | 288.00 | Pages | 460.80 |
| Rough ASCII | 288.00 | Pages | 388.80 |
| Exhibits Hard Copy B&W | 1,289.00 | Pages | 322.25 |
| Exhibits Hard Copy Color | 276.00 | Pages | 138.00 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE >>>** | **$3,459.85** |

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

332 pages – Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 44749 | BU ID | : 1-MAIN |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | |
| Invoice No. | : 57819 | Invoice Date | : 10/11/2013 |
| **Total Due** | : **$ 3,459.85** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57858 | 10/11/2013 | 44750 |

| Job Date | Case No. | |
|---|---|---|
| 10/4/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

*02198 - 51990A*

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Daniel Schonfeld, Ph.D., Volume 2 | | | 1,231.25 |
| Realtime | 169.00 | Pages | 270.40 |
| Rough ASCII | 169.00 | Pages | 228.15 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE >>>** | **$1,804.80** |

Ordered By  : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

197 pages - Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Job No.    : 44750        BU ID      : 1-MAIN
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)

Invoice No. : 57858       Invoice Date : 10/11/2013
**Total Due  : $ 1,804.80**

### PAYMENT WITH CREDIT CARD      AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



**ⓔ ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL367921

| Invoice Date | 12/12/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PATRICK FITCH ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/06/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487797 | 12/11/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/06/2012, MAENG-HO SHIN (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (232 Pages) | $ 1,505.68 |
| EXHIBITS | $ 417.00 |
| VIDEO | $ 275.00 |
| REALTIME & ROUGH | $ 670.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 2,983.68 |
| | |
| CSD-SHIPPING | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME, LAPTOP AND VIDEO WAS PROVIDED.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/26/2013** | | **$ 3,008.68** |
| Amount Due After 01/26/2013 | | $ 3,309.55 |

Tax Number: 45-3463120

------------------------------------------------------------------------------------------------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
SOLUTIONS

VISA AMERICAN EXPRESS DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL367921 |
| Payment Due: | 01/11/2013 |
| **Amount Due On/Before 01/26/2013** | **$ 3,008.68** |
| Amount Due After 01/26/2013 | $ 3,309.55 |

PATRICK FITCH ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000367921  12122012  0  000300868  4  01112013  01262013  8  000330955  31



**PLANET DEPOS**
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60225 | 11/6/2013 | 45293 |

| Job Date | Case No. | |
|---|---|---|
| 10/17/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Paul Simmons | | | |
| | 381.00 Pages | | 4,533.90 |
| Realtime | 331.00 Pages | | 645.45 |
| Rough ASCII | 331.00 Pages | | 645.45 |
| Exhibits | 600.00 Pages | | 150.00 |
| LEF/SBF/XMEF | | | 75.00 |

TOTAL DUE >>> $6,049.80
AFTER 12/7/2013 PAY $6,352.29

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Quinn)
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*02198-519908*

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP - (LA)
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

Job No. : 45293    BU ID : 72-INT'L-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 60225    Invoice Date : 11/6/2013
**Total Due : $ 6,049.80**
AFTER 12/7/2013 PAY $6,352.29

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE



PLANET DEPOS
We make it happen.
898 433 3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49588 | 7/2/2013 | 38247 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Samuel Stafford, 30(b)(6) & Individual | 98.00 | Pages | 901.60 |
| Realtime | 83.00 | Pages | 145.25 |
| Rough ASCII | 83.00 | Pages | 124.50 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Nicholas Telford, 30(b)(6) & individual | 43.00 | Pages | 395.60 |
| Realtime | 36.00 | Pages | 63.00 |
| Rough ASCII | 36.00 | Pages | 54.00 |
| Exhibits | 335.00 | Pages | 83.75 |
| LEF/SBF/XMEF | 2.00 | | 150.00 |
| Delivery | | | 40.00 |
| | | **TOTAL DUE  >>>** | **$1,957.70** |

Ordered By   :  Alan Whitehurst, Esquire
                 Quinn, Emanuel, Urquhart & Sullivan, LLP
                 1299 Pennsylvania Avenue, NW
                 Suite 825
                 Washington, DC 20004

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 49588 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,957.70** |

| | | |
|---|---|---|
| Job No. | : | 38247 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/11/2013
**INVOICE #** 092613-411007

**Bill To:**     Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**         Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   James A. Storer, Ph.D.
**DATE:**         9/26/2013
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 259 | $3.35 | $867.65 |
| Original Transcript - Immediate Delivery | 259 | $3.65 | $945.35 |
| Original Transcript - Evening Pages | 8 | $1.50 | $12.00 |
| Interactive Real-time (2) | 518 | $1.35 | $699.30 |
| Rough ASCII | 259 | $1.25 | $323.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 36 | $0.15 | $5.40 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1538 | $1.50 | $2,307.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $5,405.45 |
| | | SHIPPING & HANDLING | $165.00 |
| | | TOTAL | $5,570.45 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/11/2013
**INVOICE #** 092713-411019

**Bill To:**
Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** James A. Storer Ph.D. cont w/ pg 260
**DATE:** 9/27/2013
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**       Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 138 | $3.35 | $462.30 |
| Original Transcript - Immediate Delivery | 138 | $3.65 | $503.70 |
| Original Transcript - Early AM Pages | 17 | $1.50 | $25.50 |
| Interactive Real-time | 138 | $1.35 | $186.30 |
| Rough ASCII | 138 | $1.25 | $172.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $70.00 |
| Reporter App Fee / Early AM Session - Videotaped - Comp | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 22 | $0.15 | $3.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,528.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,608.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/18/2013
**INVOICE #** 092713-411464

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

*Michael L. Fazio*

**CASE:**   Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Dr. Richard Taylor
**DATE:**   9/27/2013
**LOCATION:**   London, England

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 229 | $7.25 | $1,660.25 |
| Original Transcript - Immediate Delivery | 229 | $7.25 | $1,660.25 |
| Original Transcript - Evening Pages | 29 | $2.00 | $58.00 |
| Interactive Real-time | 229 | $2.45 | $561.05 |
| Internet Real-time (4) | 916 | $2.45 | $2,244.20 |
| Internet Real & Video Connectivity Charge / User | 4 | $150.00 | $600.00 |
| Internet Real & Video Set Up Fee | 1 | $150.00 | $150.00 |
| Rough ASCII | 229 | $2.45 | $561.05 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 1 | $85.00 | $85.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 220 | $0.15 | $33.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 480 | $1.50 | $720.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Travel Cost - Taxi | 1 | $110.50 | $110.50 |

| | | SUBTOTAL | $8,743.30 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $8,878.30 |

**Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062813-406748

**Bill To:**     Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Michael Tchao
**DATE:**        6/28/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 167 | $3.35 | $559.45 |
| Original Transcript - Immediate Delivery | 167 | $3.65 | $609.55 |
| Interactive Real-time | 167 | $1.35 | $225.45 |
| Rough ASCII | 167 | $1.25 | $208.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 259 | $1.50 | $388.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,991.70 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,071.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



PLANET DEPOS
We make it happen
888 433 3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49588 | 7/2/2013 | 38247 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Samuel Stafford, 30(b)(6) & Individual | 98.00 | Pages | 901.60 |
| Realtime | 83.00 | Pages | 145.25 |
| Rough ASCII | 83.00 | Pages | 124.50 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Nicholas Telford, 30(b)(6) & individual | 43.00 | Pages | 395.60 |
| Realtime | 36.00 | Pages | 63.00 |
| Rough ASCII | 36.00 | Pages | 54.00 |
| Exhibits | 335.00 | Pages | 83.75 |
| LEF/SBF/XMEF | 2.00 | | 150.00 |
| Delivery | | | 40.00 |

TOTAL DUE  >>>          $1,957.70

Ordered By   : Alan Whitehurst, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, NW
Suite 825
Washington, DC 20004

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

| | | |
|---|---|---|
| Invoice No. | : | 49588 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,957.70** |

| | | |
|---|---|---|
| Job No. | : | 38247 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062713-407318

**Bill To:**    Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**         Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Justin Titi
**DATE:**         6/27/2013
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 109 | $3.35 | $365.15 |
| Original Transcript - Immediate Delivery | 109 | $3.65 | $397.85 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Internet Real-time | 109 | $1.35 | $147.15 |
| Internet Real-time Connectivity Charge / User | 1 | $100.00 | $100.00 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 35 | $0.15 | $5.25 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 156 | $1.50 | $234.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,672.80 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,807.80 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


# ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # PL367533

| Invoice Date | 12/09/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 825
1299 PENNSYLVANIA AVENUE
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487786 | 12/03/2012 | F-P-O |

| Description | Amount |
|---|---|
| Services Provided on 11/28/2012, STANISLAV TORGOVITSKY (WASHINGTON, DC) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,099.83 |
| EXHIBITS | $ 463.50 |
| VIDEO | $ 175.00 |
| REALTIME & ROUGH | $ 469.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| | $ 2,232.33 |
| CSD-SHIPPING | $ 25.00 |
| | $ 25.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1 - DAY EXPEDITED RATE.*
*A ROUGH DRAFT, REALTIME AND VIDEO WAS PROVIDED.*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 01/23/2013** | | **$ 2,257.33** |
| Amount Due After 01/23/2013 | | $ 2,483.06 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

 **ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | PL367533 |
| Payment Due: | 01/08/2013 |
| **Amount Due On/Before 01/23/2013** | **$ 2,257.33** |
| Amount Due After 01/23/2013 | $ 2,483.06 |

DEEPA ACHARYA ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 825
1299 PENNSYLVANIA AVENUE
WASHINGTON, DC 20004

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000367533 12092012 3 000225733 2 01082013 01232013 3 000248306 72



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL386600

| Invoice Date | 05/20/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/19/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP - N
22ND FLOOR
51 MADISON AVENUE
NEW YORK, NY 10010

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/01/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 514322 | 05/03/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/01/2013, CHRISTINE ROY (DOVER, NJ) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 520.60 |
| EXHIBITS | $ 10.00 |
| VIDEO | $ 0.00 |
| REALTIME & ROUGH | $ 225.60 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 801.20 |
| Services Provided on 05/01/2013, TERRENCE TRUSSELL (DOVER, NJ) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 830.35 |
| EXHIBITS | $ 116.50 |
| VIDEO | $ 0.00 |
| REALTIME & ROUGH | $ 357.20 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 1,349.05 |

### CONTINUED ON NEXT PAGE ...

---

Tax Number:   45-3463120       Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

| | | |
|---|---|---|
| Invoice #: | PL386600 |
| Payment Due: | 06/19/2013 |
| **Amount Due On/Before 07/04/2013** | **$ 2,175.25** |
| Amount Due After 07/04/2013 | $ 2,392.78 |

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
- N
22ND FLOOR
51 MADISON AVENUE
NEW YORK, NY 10010

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000386600  05202013  1  000217525  3  06192013  07042013  1  000239278  23

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50690 | 7/2/2013 | 38019 |
| **Job Date** | **Case No.** | |
| 6/18/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Gert-Jan van Lieshout | 164.00 | Pages | 1,508.80 |
| Realtime | 139.00 | Pages | 243.25 |
| Rough ASCII | 139.00 | Pages | 208.50 |
| Exhibits | 191.00 | Pages | 47.75 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE  >>>** | **$2,083.30** |

Ordered By : Deepa Acharya, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, NW
Suite 825
Washington, DC 20004

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50690 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 2,083.30** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38019 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Page 1 of 2



**ESQUIRE**
Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL371269**     *#51990*

| | |
|---|---|
| Invoice Date | 01/14/2013 |
| Terms | NET 30 |
| Payment Due | 02/13/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/06/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 490400 | 12/10/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/06/2012, STEVEN VASQUEZ (SARATOGA SPRINGS, NY) | |
|    ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (186 Pages) | $ 1,999.50 |
|    EXHIBITS | $ 95.00 |
|    VIDEO | $ 715.00 |
|    APPEARANCE FEE FULL DAY | $ 110.00 |
|    VIDEO HANDLING | $ 0.00 |
|    REALTIME FEED (152 Pages) | $ 250.80 |
|    HANDLING FEE | $ 0.00 |
|    ROUGH ASCII | $ 380.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 |
|    ORIG TRANS CODE COMPLIANCE FEE | $ 15.00 |
|    CONDENSED TRANSCRIPT | $ 0.00 |
|    LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| | $ 3,640.30 |

*CONTINUED ON NEXT PAGE ...*

Tax Number:    45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
SOLUTIONS

**VISA** MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL371269 |
| Payment Due: | 02/13/2013 |

**Amount Due On/Before 02/28/2013**    **$ 3,640.30**

Amount Due After 02/28/2013    $ 4,004.33

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000371269 01142013 3 000364030 0 02132013 02282013 8 000400433 08


REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041812-111300

**Bill To:**
Quinn Emanuel Urquhart & Sullivan
Attn: William C. Price Esq.
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**Ship To:**
Quinn Emanuel Urquhart & Sullivan
Attn: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Dr. Christopher Vellturo
**DATE:** 4/18/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**       Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 262 | $3.35 | $877.70 |
| Original Transcript - Immediate Delivery | 262 | $3.65 | $956.30 |
| Original Transcript - Early AM Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 262 | $1.35 | $353.70 |
| Rough ASCII | 262 | $1.25 | $327.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Rep App Fee / Early AM Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 143 | $1.50 | $214.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,001.70 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $3,081.70 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2013
**INVOICE #** 092513-410995

**Bill To:**
Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Chris Vellturo, Ph.D.
**DATE:**       9/25/2013
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**       Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 310 | $3.35 | $1,038.50 |
| Original Transcript - Immediate Delivery | 310 | $3.65 | $1,131.50 |
| Original Transcript - Evening Pages | 22 | $1.50 | $33.00 |
| Interactive Real-time | 310 | $1.35 | $418.50 |
| Rough ASCII | 310 | $1.25 | $387.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $75.00 | $150.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $112.50 | $112.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 456 | $0.15 | $68.40 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 323 | $1.50 | $484.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,824.40 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $3,904.40 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

#51990C



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2013
**INVOICE #** 122013-414692

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**         Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**      Dr. Michael Walker
**DATE:**         12/20/2013
**LOCATION:**     London, England

**Billing Comments / Instructions:**         Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 259 | $7.25 | $1,877.75 |
| Original Transcript - Immediate Delivery | 259 | $7.25 | $1,877.75 |
| Original Transcript - Evening Pages | 32 | $2.00 | $64.00 |
| Interactive Real-time | 259 | $2.45 | $634.55 |
| Rough ASCII | 259 | $2.45 | $634.55 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 1.5 | $85.00 | $127.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1037 | $0.15 | $155.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 58 | $1.50 | $87.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Travel Cost - Taxi | 1 | $110.50 | $110.50 |
| | | SUBTOTAL | $5,869.15 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $5,954.15 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL366212

| | |
|---|---|
| Invoice Date | 11/27/2012 |
| Terms | NET 30 |
| Payment Due | 12/27/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/15/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487111 | 11/20/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/15/2012, STEVEN WASHAM (DALLAS, TX) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (90 Pages) | $ 266.40 |
| EXHIBITS | $ 128.75 |
| VIDEO | $ 17.50 |
| EXPEDITE PORTION OF TRANSCRIPT (90 Pages) | $ 133.20 |
| HANDLING FEE | $ 45.00 |
| ROUGH ASCII | $ 0.00 |
| REALTIME FEED (72 Pages) | $ 90.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| READ AND SIGN PROCUREMENT | $ 0.00 |
| LEF FILE | $ 0.00 |
| | $ 680.85 |
| DELIVERY | $ 0.00 |

COPY

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**Please detach and return this bottom portion with your payment**
**or pay online at www.esquireconnect.net**



**ESQUIRE**


VISA

| | |
|---|---|
| Invoice #: | PL366212 |
| Payment Due: | 12/27/2012 |
| **Amount Due On/Before 01/11/2013** | **$ 680.85** |
| Amount Due After 01/11/2013 | $ 748.94 |

SCOTT FLORENCE ,ESQ.
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000366212 11272012 5 000068085 5 12272012 01112013 5 000074894 09



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062613-406728

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Justin Wood
**DATE:**       6/26/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**   Includes shipping for materials sent to witness for read & sign purposes.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 142 | $3.35 | $475.70 |
| Original Transcript - Immediate Delivery | 142 | $3.65 | $518.30 |
| Interactive Real-time | 142 | $1.35 | $191.70 |
| Rough ASCII | 142 | $1.25 | $177.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 184 | $0.15 | $27.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 33 | $1.50 | $49.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,440.30 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,575.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/17/2013
**INVOICE #** 062713-406902

**Bill To:**   Quinn Emanuel Urquhart & Sullivan, LLP
Attention: Mario Gutierrez
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Christopher R. Wysocki
**DATE:**        6/27/2013
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 162 | $3.35 | $542.70 |
| Original Transcript - Immediate Delivery | 162 | $3.65 | $591.30 |
| Interactive Real-time | 162 | $1.35 | $218.70 |
| Rough ASCII | 162 | $1.25 | $202.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 408 | $0.15 | $61.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 162 | $1.50 | $243.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,859.40 |
| SHIPPING & HANDLING | $80.00 |
| **TOTAL** | $1,939.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



PLANET DEPOS
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50871 | 7/2/2013 | 39503 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Jian Xu, 30(b)(6) | 86.00 | Pages | 791.20 |
| Realtime | 74.00 | Pages | 129.50 |
| Rough ASCII | 74.00 | Pages | 111.00 |
| Exhibits | 502.00 | Pages | 125.50 |
| LEF/SBF/XMEF | | | 75.00 |
| | **TOTAL DUE >>>** | | **$1,232.20** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50871 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,232.20** |

| | | |
|---|---|---|
| Job No. | : | 39503 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
*We make it happen.*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50302 | 7/2/2013 | 38612 |
| **Job Date** | **Case No.** | |
| 6/12/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Hanil Yu | | | 884.25 |
| Realtime | 102.00 | Pages | 163.20 |
| Rough ASCII | 102.00 | Pages | 137.70 |
| Exhibits | 98.00 | Pages | 24.50 |
| LEF/SBF/XMEF | | | 75.00 |
| | | **TOTAL DUE  >>>** | **$1,284.65** |

131 pages - Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Mario Gutierrez
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 50302 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,284.65** |

Remit To:  **Planet Depos**
        **405 East Gude Drive**
        **Suite 209**
        **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38612 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |