**SCHEDULE A-2 (HEARING AND TRIAL TRANSCRIPTS)**

| Invoice Date | Invoice No. | Vendor | Description | Amount Claimed |
|---|---|---|---|---|
| 5/2/2013 | 20051500 | USDC NDCA | Reporter's Transcript of Proceedings - 2/14/13, 2/21/13 (Markman Tutorial and Hearing) | $ 312.30 |
| 1/5/2014 | 20051660 | USDC NDCA | Reporter's Transcript of Proceedings - 12/12/13 (Summary Judgment Hearing) | $ 328.50 |
| 5/2/2014 | 00002106 | USDC NDCA | Reporter's Transcript of Proceedings - 3/31/14, 4/1/14, 4/4/14, 4/7/14, 4/8/14, 4/11/14, 4/14/14, 4/15/14, 4/18/14 (Trial) | $ 8,460.75 |
| 4/1/2014 | 20051804 | USDC NDCA | Reporter's Transcript of Proceedings - 4/21/14, 4/22/14, 4/25/14, 4/28/14, 4/29/14, 4/30/14, 5/2/14, 5/5/14 (Trial) | $ 3,755.50 |
| | | | **TOTAL** | **$ 12,857.05** |