# Exhibit A-2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# 5198/

**INVOICE NO:** 20051500

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Mario Gutierrez<br>Quinn, Emanuel, Urquhart<br>Oliver & Hedges, LLP<br>865 S. Firgueroa St., 10th Floor<br>Los Angeles, CA 90017<br><br>Phone: (213) 443-3000<br>FAX: (213) 443-3100<br><br>mariogutierrez@quinnemanuel.com | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br><br>Phone: (408) 287-4580<br>FAX (408) 535-5329<br>Tax ID: 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<br>Lee-Anne_Shortridge@cand.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 04-29-2013 | DATE DELIVERED: 05-02-2013 |
|---|---|---|---|

**Case Style:** C-12-00630 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 4-24-13 (74 pages, Original and two copies); 6-5-12 (53 pages, one copy); 2-14-13 (168 pages, two copies); 2-21-13 (179 pages, two copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 74 | 4.85 | 358.90 | 474 | 0.90 | 426.60 | 421 | 0.60 | 252.60 | 1,038.10 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 1,038.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,038.10 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *[signature]* | DATE 05-02-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051660

**MAKE CHECKS PAYABLE TO:**

Mario Gutierrez
Quinn, Emanuel, Urquhart
Oliver & Hedges, LLP
865 S. Firgueroa St., 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
FAX: (213) 443-3100
mariogutierrez@quinnemanuel.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113
Phone: (408) 287-4580
FAX: (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 01-02-2014
DATE DELIVERED: 01-15-2014

**Case Style:** C-12-00630 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 12-12-13 (e-mail and ascii copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 90 | 3.65 | 328.50 | 268 | 0.90 | 241.20 | | 0.60 | | 569.70 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 569.70

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $569.70

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Lee-Anne Shortridge*    DATE: 01-15-2014

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00002106

**MAKE CHECKS PAYABLE TO:**

Victoria Maroulis
Quinn Emanuel
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94104

Phone: (650) 620-4562

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Tax ID: 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
Irene_Rodriguez@cand.uscourts.gov

| [X] CRIMINAL | [ ] CIVIL | DATE ORDERED: 04-01-2014 | DATE DELIVERED: 04-01-2014 |

**Case Style:** C-12-00630 LHK, Apple v Samsung
Transcripts of Proceedings held on 3-31-14 (267 pgs); 4-1-14 (230 pgs);
4-4-14 (259 pgs); 4-7-14 (239 pgs); 4-8-14 (251 pgs); 4-11-14 (273 pgs);
4-14-14 (213 pgs); 4-15-14 (289 pgs); 4-18-14 (283 pgs) (three e-mails, ascii, condensed).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 1167 | 7.25 | 8,460.75 | 3501 | 1.20 | 4,201.20 | 4668 | 0.90 | 4,201.20 | 16,863.15 |
| Realtime | 1560 | 3.05 | 4,758.00 | | | | | | | 4,758.00 |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 21,621.15 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $21,621.15 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: [signature]

DATE: 05-02-2014

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051804

MAKE CHECKS PAYABLE TO:

Victoria Maroulis
Quinn, Emanuel
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065

Phone:  (650) 801-5000
FAX:    (650) 801-5100

victoriamaroulis@quinnemanuel.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:  (408) 287-4580
FAX     (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 06-24-2014
DATE DELIVERED: 04-01-2014

**Case Style:** C-12-00630 LHK, Apple v Samsung

Reporter's transcripts of proceedings held on 4-21-14 (285); 4-22-14 (254); 4-25-14 (134); 4-28-14 (186); 4-29-14 (176); 4-30-14 (10); 5-2-14 (40); and 5-5-14 (15) (three e-mails, ascii, condensed).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 33 | 4.85 | 160.05 | 32 | 0.90 | 28.80 | | 0.60 | | 188.85 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 518 | 7.25 | 3,755.50 | 1552 | 1.20 | 1,862.40 | 2070 | 0.90 | 1,863.00 | 7,480.90 |
| Realtime | 1100 | 3.05 | 3,355.00 | | 2.10 | | | | | 3,355.00 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 11,024.75

COPY

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $11,024.75

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 04-01-2014

(All previous editions of this form are cancelled and should be destroyed)