**SCHEDULE B-1 (TRIAL GRAPHICS AND DEMONSTRATIVES)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount (Including Graphics Creation, Photos, Consultation, Meetings, Trial Technical Support, Equiptment Rental, Expenses) | Amount Not Claimed (Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Amount Claimed |
|---|---|---|---|---|---|---|
| 9/12/2013 | 1309-007 | RLM | Trial Graphics | $ 51,813.52 | $ 8,388.52 | $ 43,425.00 |
| 3/13/2014 | 1403-007 | RLM | Trial Graphics | $ 59,018.75 | $ 13,212.50 | $ 45,806.25 |
| 4/16/2014 | 1404-012 | RLM | Trial Graphics | $ 549,609.08 | $ 50,015.33 | $ 499,593.75 |
| 5/15/2014 | 1405-007 | RLM | Trial Graphics | $ 210,186.45 | $ 4,105.20 | $ 206,081.25 |
| | | | **TOTAL** | **$ 870,627.80** | **$ 75,721.55** | **$ 794,906.25** |
| | | | | | **TOTAL after 75% reduction** | **$ 198,726.56** |