**SCHEDULE B-2 (E-DISCOVERY)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount (Including ESI-Collection, Data Processing, Paper-scanning, Translation, On-line Review hosting, Data Production, Document Review) | Amount Not Claimed (Translation, On-line Review hosting, Document Review) | Amount Claimed |
|---|---|---|---|---|---|---|
| 3/31/2012 | 12-03-014-UNA-2 | UBIC | E-Discovery | $ 114,182.75 | $ 7,491.94 | $ 106,690.81 |
| 4/30/2012 | 12-04-014-UNA-2 | UBIC | E-Discovery | $ 1,028,418.30 | $ 54,739.86 | $ 973,678.44 |
| 5/31/2012 | 12-05-012-UNA-2 | UBIC | E-Discovery | $ 352,914.82 | $ 75,245.23 | $ 277,669.59 |
| 6/30/2012 | 12-06-012-UNA-2 | UBIC | E-Discovery | $ 1,257,347.18 | $ 131,740.00 | $ 1,125,607.18 |
| 7/31/2012 | 12-07-012-UNA-2 | UBIC | E-Discovery | $ 299,857.82 | $ 158,480.00 | $ 141,377.82 |
| 8/31/2012 | 12-08-012-UNA-2 | UBIC | E-Discovery | $ 480,243.81 | $ 190,025.00 | $ 290,218.81 |
| 9/30/2012 | 12-09-012-UNA-2 | UBIC | E-Discovery | $ 639,713.94 | $ 242,967.50 | $ 396,746.44 |
| 10/31/2012 | 12-10-011-UNA-2 | UBIC | E-Discovery | $ 1,384,867.84 | $ 321,335.25 | $ 1,063,532.59 |
| 11/30/2012 | 12-11-009-UNA-2 | UBIC | E-Discovery | $ 1,050,542.32 | $ 357,446.51 | $ 693,095.81 |
| 11/30/2012 | 12-11-009-UNA-2-CM | UBIC | Credit Memo | $ (6,512.32) | $ - | $ (6,512.32) |
| 12/31/2012 | 12-12-009-UNA-2 | UBIC | E-Discovery | $ 398,339.49 | $ 358,698.47 | $ 39,641.02 |
| 1/31/2013 | 13-01-009-UNA-2 | UBIC | E-Discovery | $ 424,296.45 | $ 361,154.17 | $ 63,142.28 |
| 2/28/2013 | 13-02-009-UNA-2 | UBIC | E-Discovery | $ 922,937.81 | $ 399,863.19 | $ 523,074.62 |
| 3/31/2013 | 13-03-009-UNA-2 | UBIC | E-Discovery | $ 634,454.41 | $ 408,980.11 | $ 225,474.30 |
| 4/30/2013 | 13-04-009-UNA-2 | UBIC | E-Discovery | $ 699,738.54 | $ 424,787.50 | $ 274,951.04 |
| 5/31/2013 | 13-05-009-UNA-2 | UBIC | E-Discovery | $ 859,830.95 | $ 481,672.00 | $ 378,158.95 |
| 6/30/2013 | 13-06-009-UNA-2 | UBIC | E-Discovery | $ 582,729.55 | $ 507,322.89 | $ 75,406.66 |
| 7/31/2013 | 13-07-009-UNA-2 | UBIC | E-Discovery | $ 528,164.36 | $ 510,247.91 | $ 17,916.45 |
| 8/31/2013 | 13-08-009-UNA-2 | UBIC | E-Discovery | $ 535,956.71 | $ 535,150.27 | $ 806.44 |
| 9/30/2013 | 13-09-009-UNA-2 | UBIC | E-Discovery | $ 540,252.10 | $ 539,921.86 | $ 330.24 |
| 10/31/2013 | 13-10-009-UNA-2 | UBIC | E-Discovery | $ 486,866.27 | $ 486,631.75 | $ 234.52 |
| | | | TOTALS | $ 13,100,960.35 | $ 6,546,409.47 | $ 6,554,550.88 |
| | | | TOTAL after reduction based on percentage of documents produced (8%) | | | $ 524,364.07 |
| | | | TOTAL after additional 50% reduction | | | $ 262,182.04 |