# Exhibit B-2



| Case No. | K1203009 |
|---|---|
| Invoice NO. | INV12-03-014-UNA-2 |
| Date: | 31-Mar-12 |
| Net: | 60 days from Invoice Receipt |

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV12-03-014-UNA-2 Completed on March 31, 2012 | | | | |
| March, 2012 | ESI-Collection | $8,057.44 | 1 | See ESI-Collection Attached | $8,057.44 |
| March, 2012 | Data Processing | $97,123.14 | 1 | See Data Processing Attached | $97,123.14 |
| March, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| March, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| March, 2012 | On-line Review Hosting | $7,491.94 | 1 | See OLR hosting Attached | $7,491.94 |
| March, 2012 | Data Production | $1,510.23 | 1 | See Data Production Attached | $1,510.23 |
| March, 2012 | Document Review | $0.00 | 0 | See Document Review | $0.00 |
| | | | | | |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $114,182.75 |

* Total cost on this line item represents minimum charge per service line

| UBIC Services Invoice Total | |
|---|---|
| Total | $114,182.75 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts.*

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 114,182.75 | 114,182.75 | 0.08 | 0.00 | 0.00 | 0.08 |

March 31, 2012

UBIC North America, Inc.

Natsuno Ikeue



**UBIC**
**Legal High Technologies**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.ubic.co.jp/en/

| | |
|---|---|
| Case No. | K1203009-2 |
| Invoice NO. | INV12-04-014-UNA-2 |
| Date: | 30-Apr-12 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV12-04-014-UNA-2 Completed on April 30, 2012 | | | | |
| April, 2012 | ESI-Collection | $3,876.00 | 1 | See ESI-Collection Attached | $3,876.00 |
| April, 2012 | Data Processing | $783,405.45 | 1 | See Data Processing Attached | $783,405.45 |
| April, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| April, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| April, 2012 | On-line Review Hosting | $54,739.86 | 1 | See OLR hosting Attached | $54,739.86 |
| April, 2012 | Data Production | $186,396.99 | 1 | See Data Production Attached | $186,396.99 |
| April, 2012 | Document Review | $0.00 | 0 | See Document Review | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $1,028,418.30 |

※Invoice is published on MONTHLY BASIS.

\* Total cost on this line item represents minimum charge per service line

| UBIC Services Invoice Total | |
|---|---|
| Total | $1,028,418.30 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

'If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts.'

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,142,601.05 | 1,028,418.30 | 114,182.75 | 0.00 | 0.00 | 0.00 |

April 30, 2012
UBIC North America, Inc.

Norihomo Ikeue



**UBIC NORTH AMERICA, INC.**
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664
www.uhk.co.jp/en/

| | |
|---|---|
| Case No. | K1203009-3 |
| Invoice NO. | INV12-05-012-UNA-2 |
| Date: | 31-May-12 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
|  | INV12-05-012-UNA-2 Completed on May 31, 2012 | | | | |
| May, 2012 | ESI-Collection | $12,776.52 | 1 | See ESI-Collection Attached | $12,776.52 |
| May, 2012 | Data Processing | $264,814.50 | 1 | See Data Processing Attached | $264,814.50 |
| May, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| May, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| May, 2012 | On-line Review Hosting | $75,245.23 | 1 | See OLR hosting Attached | $75,245.23 |
| May, 2012 | Data Production | $78.57 | 1 | See Data Production Attached | $78.57 |
| May, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $352,914.82 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Invoice Total | |
|---|---|
| Total | $352,914.82 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 1,495,515.87 | 352,914.82 | 1,028,418.30 | 114,182.75 | 0.00 | 0.00 |

May 31, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-394-5664
www.ubic.co.jp/en/

| | |
|---|---|
| Case No. | K1203009-4 |
| Invoice NO. | INV12-06-012-UNA-2 |
| Date: | 30-Jun-12 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV12-06-012-UNA-2 Completed on June 30, 2012 | | | | | |
| June, 2012 | ESI-Collection | $23,564.12 | 1 | See ESI-Collection Attached | $23,564.12 |
| June, 2012 | Data Processing | $1,100,815.60 | 1 | See Data Processing Attached | $1,100,815.60 |
| June, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| June, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| June, 2012 | On-line Review Hosting | $131,740.00 | 1 | See OLR hosting Attached | $131,740.00 |
| June, 2012 | Data Production | $1,227.56 | 1 | See Data Production Attached | $1,227.56 |
| June, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $1,257,347.18 |

\* Total cost on this line item represents minimum charge per service line

| UBIC Services Invoice Total | |
|---|---|
| Total | $1,257,347.18 |

Please note we have changed our wire transfer information as below:
**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,752,863.05 | 1,257,347.18 | 352,914.82 | 1,028,418.30 | 114,182.75 | 0.00 |

June 30, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA 94065
Phone: 650-654-7664

Case No.    K1203009-5
Invoice NO. 12-07-012-UNA-2
Date:       31-Jul-12
Net:        60 days from
            Invoice Receipt

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV12-07-012-UNA-2 Completed on July 31, 2012 | | | | | |
| July, 2012 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| July, 2012 | Data Processing | $130,806.00 | 1 | See Data Processing Attached | $130,806.00 |
| July, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| July, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| July, 2012 | On-line Review Hosting | $158,480.00 | 1 | See OLR hosting Attached | $158,480.00 |
| July, 2012 | Data Production | $10,571.82 | 1 | See Data Production Attached | $10,571.82 |
| July, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $299,857.82 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $299,857.82 |

Please note we have changed our wire transfer information as below:
Wire Transfer Information:



※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,052,720.87 | 299,857.82 | 1,257,347.18 | 352,914.82 | 1,028,418.30 | 114,182.75 |

July 31, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-6 |
| Invoice NO. | 12-08-012-UNA-2 |
| Date: | 31-Aug-12 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV12-08-012-UNA-2 Completed on August 31, 2012 | | | | | |
| August, 2012 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| August, 2012 | Data Processing | $283,628.00 | 1 | See Data Processing Attached | $283,628.00 |
| August, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| August, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| August, 2012 | On-line Review Hosting | $190,025.00 | 1 | See OLR hosting Attached | $190,025.00 |
| August, 2012 | Data Production | $6,590.81 | 1 | See Data Production Attached | $6,590.81 |
| August, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $480,243.81 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $480,243.81 |

Please note we have changed our wire transfer information as below:
Wire Transfer Information:



※  Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."
For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,512,591.38 | 480,243.81 | 307,572.82 | 1,287,347.18 | 362,914.82 | 114,182.75 |

August 31, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-7 |
| Invoice NO. | INV12-09-012-UNA-2 |
| Date: | 30-Sep-12 |
| Net: | 60 days from Invoice Receipt |

**Michael Fazio**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV12-09-012-UNA-2 Completed on September 30, 2012 | | | | |
| September, 2012 | ESI-Collection | $9,514.40 | 1 | See ESI-Collection Attached | $9,514.40 |
| September, 2012 | Data Processing | $364,855.00 | 1 | See Data Processing Attached | $364,855.00 |
| September, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| September, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| September, 2012 | LIV Hosting | $242,967.50 | 1 | See OLR hosting Attached | $242,967.50 |
| September, 2012 | Data Production | $22,377.04 | 1 | See Data Production Attached | $22,377.04 |
| September, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ① Total | $639,713.94 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $639,713.94 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,144,280.32 | 639,713.94 | 472,266.81 | 307,612.82 | 1,257,347.19 | 467,697.57 |

September 30, 2012
UBIC North America, Inc.

Naritomo Ikeue



**UBIC North America, Inc.**
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-934-7664

Case No.   K1203009-8
Invoice NO.  INV12-10-011-UNA-2
Date:      31-Oct-12
Net:       60 days from
           Invoice Receipt

**Michael Fazio**
**Quinn Emanuel Urquhart & Sullivan, LLP**
**865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017**
**tel: (213) 443-3000**

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV12-10-011-UNA-2 Completed on October 31, 2012 | | | | |
| October, 2012 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| October, 2012 | Data Processing | $818,013.20 | 1 | See Data Processing Attached | $818,013.20 |
| October, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| October, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| October, 2012 | LIV Hosting | $321,335.25 | 1 | See OLR hosting Attached | $321,335.25 |
| October, 2012 | Data Production | $445,519.39 | 1 | See Data Production Attached | $445,519.39 |
| October, 2012 | Document Review | $0.00 | 8 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $1,384,867.84 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $1,384,867.84 |

Please note we have changed our wire transfer information as below;
**Wire Transfer Information:**

※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full
For you inquires, please contact our sales representative and below:

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,604,963.41 | 1,384,867.84 | 539,713.94 | 472,368.81 | 207,812.82 | 0.00 |

October 31, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
1 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-9 |
| Invoice NO. | INV12-11-009-UNA-2 |
| Date: | 30-Nov-12 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per. unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV12-11-009-UNA-2 Completed on November 30, 2012 | | | | |
| November, 2012 | ESI-Collection | $3,738.00 | 1 | See ESI-Collection Attached | $3,738.00 |
| November, 2012 | Data Processing | $293,131.00 | 1 | See Data Processing Attached | $293,131.00 |
| November, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| November, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| November, 2012 | LIV Hosting | $357,446.51 | 1 | See OLR hosting Attached | $357,446.51 |
| November, 2012 | Data Production | $396,226.81 | 1 | See Data Production Attached | $396,226.81 |
| November, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| ①Total | $1,050,542.32 |
|---|---|

| UBIC Services Total | |
|---|---|
| Total | $1,050,542.32 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full
For you inquires, please contact our sales representative and below:

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,848,713.41 | 1,044,030.00 | 1,384,867.84 | 539,713.94 | 472,288.81 | 307,812.82 |

November 30, 2012
UBIC North America, Inc.

Naritomo Ikeue


**Legal High Technologies**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive, Suite 180
Redwood City, CA 94065
Phone: 650-654-7664
www.ubic.co.jp/en/

| | |
|---|---|
| Case No. | K1203009, -7 |
| Credit Memo NO. | INV12-11-009-UNA-2-CM |
| Date: | 30-Nov-12 |
| Net: | 60 days from Invoice Receipt |

## Credit Memo

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | | | | | |
| March, 2012 | Data Processing  (Adjustment for March 2012, invoice# INV12-03-014-UNA-2: Quantity adjustment on Standard ESI Processing and Keyword Search) | ($3,611.47) | 1 | See Date Processing Attached | ($3,611.47) |
| September, 2012 | Data Processing  (Adjustment for September 2012, invoice# INV12-09-012-UNA-2; Quantity adjustment on Standard ESI Processing) | ($2,900.85) | 1 | See Date Processing Attached | ($2,900.85) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | ($6,512.32) |

* Total cost on this line item represents minimum charge per service line

| UBIC Services Invoice Total | |
|---|---|
| Total | ($6,512.32) |

Please note we have changed our wire transfer information as below:
Wire Transfer Information:



※ Please bear bank transfer charge when wiring the amount.
*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

November 30, 2011
UBIC North America, Inc.

Naftsma Kayo



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-856-7664

Case No.    K1203009-10
Invoice NO. INV12-12-009-UNA-2
Date:       31-Dec-12
Net:        60 days from
            Invoice Receipt

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|-----------------|-----------------|-------|-----------------|------------|
| | INV12-12-009-UNA-2 Completed on December 31, 2012 | | | | |
| December, 2012 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| December, 2012 | Data Processing | $10,291.63 | 1 | See Data Processing Attached | $10,291.63 |
| December, 2012 | Paper-Scanning | $0.00 | 0 | See Paper-Scanning Attached | $0.00 |
| December, 2012 | Translation | $0.00 | 0 | See Translation Attached | $0.00 |
| December, 2012 | LIV Hosting | $358,698.47 | 1 | See OLR hosting Attached | $358,698.47 |
| December, 2012 | Data Production | $29,349.39 | 1 | See Data Production Attached | $29,349.39 |
| December, 2012 | Document Review | $0.00 | 0 | See Document Review Attached | $0.00 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $398,339.49 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---------------------|--|
| Total | $398,339.49 |

**Please note we have changed our wire transfer information as below:**
**Wire Transfer Information:**

※ **Please bear bank transfer charge when wiring the amount.**

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full
For you inquires, please contact our sales representative and below:

| Account Balance | | | | | |
|-----------------|--|--|--|--|--|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 4,247,052.90 | 398,339.49 | 1,044,030.80 | 1,384,667.84 | 639,713.94 | 780,101.63 |

December 31, 2012
UBIC North America, Inc.

Naritomo Ikeue



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| Case No. | K1203009-11 / K1301005 |
|---|---|
| Invoice NO. | INV13-01-009-UNA-2 |
| Date: | 31-Jan-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

51981

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV13-01-009-UNA-2 Completed on January 31, 2013 | | | | | |
| January, 2013 | ESI-Collection (K1203009) | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| January, 2013 | ESI-Collection (K1301005) | $7,502.00 | 1 | See ESI-Collection Attached | $7,502.00 |
| January, 2013 | Data Processing (K1203009) | $30,980.16 | 1 | See Data Processing Attached | $30,980.16 |
| January, 2013 | LIV Hosting (K1203009) | $361,164.17 | 1 | See OLR hosting Attached | $361,164.17 |
| January, 2013 | Data Production (K1203009) | $24,660.12 | 1 | See Data Production Attached | $24,660.12 |
| | | | | | |
| | | | | | |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| K1203009 Total | $416,794.45 |
|---|---|
| K1301005 Total | $7,502.00 |

| UBIC Services Total | |
|---|---|
| Total | $424,296.45 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,891,247.72 | 424,296.45 | 368,339.46 | 1,044,030.00 | 1,384,867.84 | 639,713.94 |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

Case No. K1203009-12
Invoice NO. INV13-02-009-UNA-2
Date: 28-Feb-13
Net: 60 days from Invoice Receipt

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

*51981*

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|------|------------------|-----------------|-------|------------------|-----------|
| | INV13-02-009-UNA-2 Completed on February 28, 2013 | | | | |
| February, 2013 | ESI-Collection (K1203009) | $2,866.00 | 1 | See ESI-Collection Attached | $2,866.00 |
| February, 2013 | Data Processing (K1203009) | $297,255.44 | 1 | See Data Processing Attached | $297,255.44 |
| February, 2013 | LIV Hosting (K1203009) | $399,863.19 | 1 | See OLR hosting Attached | $399,863.19 |
| February, 2013 | Data Production (K1203009) | $222,953.18 | 1 | See Data Production Attached | $222,953.18 |
| | | | | | |
| | | | | | |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| K1203009 Total | $922,937.81 |
|---|---|
| K1301005 Total | $0.00 |

| UBIC Services Total | |
|---|---|
| Total | $922,937.81 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**

※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 4,814,185.63 | 922,937.81 | 424,296.46 | 398,339.49 | 1,060,642.32 | 2,018,069.46 |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-13 |
| Invoice NO. | INV13-03-009-UNA-2 |
| Date: | 31-Mar-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-03-009-UNA-2 Completed on March 31, 2013 | | | | |
| March, 2013 | ESI-Collection (K1203009) | $21,878.00 | 1 | See ESI-Collection Attached | $21,878.00 |
| March, 2013 | Data Processing (K1203009) | $136,942.91 | 1 | See Data Processing Attached | $136,942.91 |
| March, 2013 | LiV Hosting (K1203009) | $408,980.11 | 1 | See OLR hosting Attached | $408,980.11 |
| March, 2013 | Data Production (K1203009) | $66,653.39 | 1 | See Data Production Attached | $66,653.39 |
| | | | | | |
| | | | | | |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| K1203009 Total | $634,454.41 |
|---|---|
| K1301005 Total | $0.00 |

| UBIC Services Total | |
|---|---|
| Total | $634,454.41 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 4,808,926.00 | 634,454.41 | 922,937.81 | 424,296.45 | 398,339.49 | 2,428,897.84 |

  — 



**UBIC NORTH AMERICA, INC.**
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-14 |
| Invoice NO. | INV13-04-009-UNA-2 |
| Date: | 30-Apr-13 |
| Net: | 60 days from invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

#51981

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV13-04-009-UNA-2 Completed on April 30, 2013 | | | | | |
| April, 2013 | ESI-Collection | $12,246.00 | 1 | See ESI-Collection Attached | $12,246.00 |
| April, 2013 | Data Processing | $199,257.70 | 1 | See Data Processing Attached | $199,257.70 |
| April, 2013 | LIV Hosting | $424,787.50 | 1 | See OLR hosting Attached | $424,787.50 |
| April, 2013 | Data Production | $63,447.34 | 1 | See Data Production Attached | $63,447.34 |
| | | | | | |
| | | | | | |
| | | | | ①Total | $699,738.54 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $699,738.54 |

Please note we have changed our wire transfer information as below:
Wire Transfer Information:



※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,681,427.21 | 699,738.54 | 634,456.41 | 922,937.81 | 424,296.46 | 0.00 |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-15 |
| Invoice NO. | INV13-05-009-UNA-2 |
| Date: | 31-May-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

#51981

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-05-009-UNA-2 Completed on May 31, 2013 | | | | |
| May, 2013 | ESI-Collection | $5,422.00 | 1 | See ESI-Collection Attached | $5,422.00 |
| May, 2013 | Data Processing | $297,095.60 | 1 | See Data Processing Attached | $297,095.60 |
| May, 2013 | LIV Hosting | $481,672.00 | 1 | See OLR hosting Attached | $481,672.00 |
| May, 2013 | Data Production | $75,641.35 | 1 | See Data Production Attached | $75,641.35 |
| | | | | | |
| | | | | | |
| | | | | | ①Total $859,830.95 |

※Invoice is published on MONTHLY BASIS.

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $859,830.95 |

Please note we have changed our wire transfer information as below:

Wire Transfer Information:

※ Please bear bank transfer charge when wiring the amount.

*If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,116,561.71 | 859,830.95 | 699,738.54 | 634,454.41 | 922,537.81 | 0.00 |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

Case No.     K1203009-16
Invoice NO. INV13-06-009-UNA-2
Date:        30-Jun-13
Net:         60 days from Invoice
             Receipt

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

5198/

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-06-009-UNA-2 Completed on June 30, 2013 | | | | |
| June, 2013 | ESI-Collection | $1,342.00 | 1 | See ESI-Collection Attached | $1,342.00 |
| June, 2013 | Data Processing | $32,942.30 | 1 | See Data Processing Attached | $32,942.30 |
| June, 2013 | LIV Hosting | $486,463.00 | 1 | See OLR hosting Attached | $486,463.00 |
| June, 2013 | Data Production | $41,122.36 | 1 | See Data Production Attached | $41,122.36 |
| June, 2013 | Translation | $20,859.89 | 1 | See Data translationAttached | $20,859.89 |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $582,729.65 |

* Total cost on this line item represents minimum charge per service line

| UBIC Services Total | |
|---|---|
| Total | $582,729.55 |

Please note we have changed our wire transfer information as below:
**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,142,299.04 | 582,729.55 | 859,830.95 | 699,738.54 | 0.00 | 0.00 |

 **UBIC**

UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-17 |
| Invoice NO. | INV13-07-009-UNA-2 |
| Date: | 31-Jul-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

#51981

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-07-009-UNA-2 Completed on July 31, 2013 | | | | |
| July, 2013 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| July, 2013 | Data Processing | $0.00 | 1 | See Data Processing Attached | $0.00 |
| July, 2013 | LIV Hosting | $487,944.00 | 1 | See OLR hosting Attached | $487,944.00 |
| July, 2013 | Data Production | $17,916.45 | 1 | See Data Production Attached | $17,916.45 |
| July, 2013 | Translation | $22,303.91 | 1 | See Data translationAttached | $22,303.91 |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $528,164.36 |

| UBIC Services Total | |
|---|---|
| Total | $528,164.36 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 2,670,463.40 | $28,164.36 | $92,729.55 | 859,830.95 | 699,738.54 | 0.00 |



**UBIC NORTH AMERICA, INC.**
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-18 |
| Invoice NO. | INV13-08-009-UNA-2 |
| Date: | 31-Aug-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017
tel: (213) 443-3000

| Date | Work Description | Rate(per unit) | Unit | Line Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-08-009-UNA-2 Completed on August 31, 2013 | | | | |
| August, 2013 | ESI-Collection | $0.00 | 0 | See ESI-Collection Attached | $0.00 |
| August, 2013 | Data Processing | $0.00 | 0 | See Data Processing Attached | $0.00 |
| August, 2013 | LIV Hosting | $486,781.75 | 1 | See OLR hosting Attached | $486,781.75 |
| August, 2013 | Data Production | $806.44 | 1 | See Data Production Attached | $806.44 |
| August, 2013 | Translation | $48,368.52 | 1 | See Data translationAttached | $48,368.52 |
| | | | | | |

※Invoice is published on MONTHLY BASIS.

| | ①Total | $535,956.71 |
|---|---|---|

| UBIC Services Total | |
|---|---|
| Total | $535,956.71 |

Please note we have changed our wire transfer information as below:
**Wire Transfer Information:**

※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

Michael L. Fazio

| Account Balance | | | | | | |
|---|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + | |
| 2,678,285.75 | 535,956.71 | $82,729.55 | $59,830.95 | $89,738.54 | 0.00 | |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| | |
|---|---|
| Case No. | K1203009-19 |
| Invoice NO. | INV13-09-009-UNA-2 |
| Date: | 30-Sep-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

02198-51981

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| | INV13-09-009-UNA-2 Completed on September 30, 2013 | | | | |
| September, 2013 | ESI-Collection | $0.00 | 1 | See ESI-Collection Attached | $0.00 |
| September, 2013 | Data Processing | $0.00 | 1 | See Data Processing Attached | $0.00 |
| September, 2013 | LiV Hosting | $486,631.75 | 1 | See OLR hosting Attached | $486,631.75 |
| September, 2013 | Data Production | $330.24 | 1 | See Data Production Attached | $330.24 |
| September, 2013 | Translation | $53,290.11 | 1 | See Data translationAttached | $53,290.11 |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $540,252.10 |

| UBIC Services Total | |
|---|---|
| Total | $540,252.10 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,046,042.67 | 540,252.10 | 535,985.71 | 528,164.36 | 548,445.25 | 894,115.25 |



UBIC NORTH AMERICA, INC.
3 Lagoon Drive suite 180
Redwood City, CA94065
Phone: 650-654-7664

| Case No. | K1203009-20 |
|---|---|
| Invoice NO. | INV13-10-009-UNA-2 |
| Date: | 31-Oct-13 |
| Net: | 60 days from Invoice Receipt |

Michael Fazio

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

tel: (213) 443-3000

| Date | Work Description | Rate (per unit) | Units | Unit Description | Total Cost |
|---|---|---|---|---|---|
| INV13-10-009-UNA-2 Completed on October 31, 2013 | | | | | |
| October, 2013 | ESI-Collection | $0.00 | 1 | See ESI-Collection Attached | $0.00 |
| October, 2013 | Data Processing | $0.00 | 1 | See Data Processing Attached | $0.00 |
| October, 2013 | LIV Hosting | $486,631.75 | 1 | See OLR hosting Attached | $486,631.75 |
| October, 2013 | Data Production | $234.52 | 1 | See Data Production Attached | $234.52 |
| October, 2013 | Translation | $0.00 | 1 | See Data translationAttached | $0.00 |
| | | | | | |
| ※Invoice is published on MONTHLY BASIS. | | | | ①Total | $486,866.27 |

| UBIC Services Total | |
|---|---|
| Total | $486,866.27 |

Please note we have changed our wire transfer information as below:

**Wire Transfer Information:**



※ Please bear bank transfer charge when wiring the amount.

"If no notification by email is received within 15days after the receipt of the invoice, the service on the invoice will be deemed to have been fully accepted and approved and full payments are expected to be paid in accordance with the contracts."

For you inquires, please contact our sales representative and below:
Yoko Motojima (yoko_motojima@ubic.co.jp)

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | Current | 0-30 days | 30-60 days | 60-90 days | 90days + |
| 3,633,799.94 | 486,866.27 | 540,252.10 | 535,956.71 | 528,164.36 | 1,442,560.50 |