**SCHEDULE B-3 (DEVICES)**

| Invoice Date | Invoice No. | Vendor | Device | Amount Claimed |
|---|---|---|---|---|
| 7/29/2013 | XW1271HDPJUBT | AT&T | Apple iPhone 4 | $ 450.99 |
| 7/29/2013 | XW1271HDPJUBT | AT&T | Apple iPhone 4S | $ 549.99 |
| 9/24/2012 | R0346131837 | Apple | Apple iPhone 5 | $ 749.00 |
| 10/12/2012 | R1245701601 | Apple | Apple iPod touch (5th generation) | $ 299.00 |
| 6/13/2012 | BBY01-461785005025 | Best Buy | Apple iPod touch (4th generation) | $ 179.99 |
| | | | **TOTAL** | **$ 2,228.97** |