# Exhibit B-3

**From:**
**Sent:**
**To:**
**Subject:**

---

**From:** AT&T Customer Care for Wireless [mailto:att-services.cn.1943923284@emailff.att-mail.com]
**Sent:** Monday, July 29, 2013 4:15 PM
**To:** Sung Bin Lee
**Subject:** Thank you for your recent visit

att.com | Support | myAT&T Account



**Hello SUNG BIN LEE,**

Thank you for visiting F STREET RETAIL STORE in WASHINGTON, DC.

**Store Information**
Sales Rep: Reginald McElrath
1201 F STREET NW, Ste B1 AT&T STORE, WASHINGTON, DC 20004
(202) 783-4999
OM Register: 16

**SUNG BIN LEE 202-765-6765**
07/29/2013

| Description | Extended Price |
|---|---|
| ACTIVATION DEPOSIT 202-765-6765 | $0.00 |
| ACTIVATION DEPOSIT 202-765-6766 | $0.00 |
| ACTIVATION DEPOSIT 202-765-6768 | $0.00 |
| PHO IPHONE 4 8GB BLK<br>1 @ $450.99 | $450.99 |
| PHO IPHONE 4S 16GB BLK<br>1 @ $549.99 | $549.99 |
| SIM UICC-G 3FF MICRO<br>1 @ $0.00 | $0.00 |
| SIM UICC-G 3FF MICRO<br>1 @ $0.00 | $0.00 |
| SIM UICC-G 3FF MICRO<br>1 @ $0.00 | $0.00 |
| SIM UICC-F Standard 4F<br>1 @ $0.00 | $0.00 |
| SIM UICC-F Standard 4F<br>1 @ $0.00 | $0.00 |

1

| | |
|---|---|
| ACCOUNT NOTE 202-765-6766 | $0.00 |
| ADDED null | $0.00 |
| DELETED MOBILESHR 1GB UNLTT | $0.00 |
| ADDED MOBILE SHARE IP30VT | $0.00 |
| DELETED MOBILE SHARE IP45VT | $0.00 |
| ADDED null | $0.00 |
| DELETED MOBILESHR 1GB UNLTT | $0.00 |
| ADDED MOBILE SHARE J130VT | $0.00 |
| DELETED MOBILE SHARE J145VT | $0.00 |
| ACCOUNT NOTE 202-765-6768 | $0.00 |

| | |
|---|---|
| Subtotal | $1000.98 |
| Tax | $60.06 |
| AMERICAN EXPRESS TENDERED | $1061.04 |
| Account Number: | |
| Authorization: | Auth No. |
| CHANGE DUE | $0.00 |
| Account Number: | |
| Total Amount Paid | $1061.04 |
| Your Total Savings | $0.00 |

Receipt Number:
XW1271HDPJUBT

**EQUIPMENT RETURN POLICY**
- Equipment returns accepted within the timeframes set forth below if accompanied by Original proof of purchase is provided.
- Equipment is returned in like-new condition with all original components.
- Returns (excluding tablets) are subject to a $35 restocking fee, except where prohibited. Tablets and some accessories are subject to a restocking fee of 10% of the purchase price, except where prohibited.
- Consumer/Individual Responsibility Users: Returns accepted within 14 days of purchase (or shipping date, if equipment is shipped).
- Corporate Responsibility Users under an AT&T business agreement: You have 14 days after purchase (or shipping date, if equipment is shipped) to return or exchange tablets. All other devices may be returned or exchanged within 30 days after purchase (or shipping date, if equipment is shipped).
- Gift cards, iTunes Gift Cards, GoPhone replenishments (feature cards, refill cards, PINs & direct deposits) and Ringtone cards are not refundable.
- Opened software is ineligible to be exchanged/returned.
- Refunds issued based on payment method. Refunds from check purchases will have a 10-business day waiting period before a refund can be requested.
- See complete AT&T Returns Policy, at www.att.com/returnpolicy.
- Service Cancellation: If you have signed an Agreement with a one- or two-year service commitment, you have 14 days after purchase (or shipping date, if equipment is shipped) to cancel your service without incurring an Early Termination Fee. See your Customer Service Summary for details/amounts. Corporate Responsibility Users under an AT&T business agreement have 30 days after purchase (or shipping date, if equipment is shipped) to cancel service without incurring an Early Termination Fee.

**MANUFACTURER'S WARRANTY**
Manufacturers offer a one-year warranty on NEW equipment and a 90-day warranty on refurbished equipment; visit att.com/warranty for more information. For repairs or replacement of your wireless phone with original proof of purchase, call 1-800-801-1101 or go to www.att.com/dsc to find the Device Support Center nearest you. AT&T does not cover or service warranty issues for iPhone. Apple-branded equipment is covered by



**Apple Store, Pasadena**
54 W Colorado Blvd
Pasadena, CA 91105
pasadena@apple.com
626-463-6223

www.apple.com/retail/pasadena

**September 24, 2012 12:41 PM**

MARIO GUTIERREZ

| | |
|---|---|
| **IPHONE 5 BLACK 32GB SPRINT** | $ 749.00 |

Part Number: MD660LL/A
Serial Number: F17JF3R7F8GK
MEID Number: 99000225471264
Return Date: Oct. 24, 2012
For Support, Visit: www.apple.com/support

Sprint Account Information
No Wireless Service Activation during iPhone Sale

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/ This iPhone model is configured to work only with the wireless services of Sprint.

If you are not fully satisfied with your iPhone purchase, you ca return your undamaged iPhone in compliance with the 30-day Return Policy for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

The sales tax for iPhone varies by state and may be based on the unbundled purchase price rather than the actual purchase price.

For information on Apple's privacy policy see www.apple.com privacy

| | |
|---|---|
| Sub-Total | $ 749.00 |
| Tax@8.75% | $ 65.54 |
| Total | $ 814.54 |
| Amount Paid Via Master Card (A) | $ 814.54 |
| xxxxxxxxxxxx | |
| 04501Z | |



\* R 0 3 4 6 1 3 1 8 3 7 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html



#51990



**Apple Store, Beverly Center**
8500 Beverly Boulevard, Suite #656
Los Angeles, CA 90048
beverlycenter@apple.com
424-239-3880

www.apple.com/retail/beverlycenter

---

**October 12, 2012 10:17 AM**

E SIEGEL

---

| | |
|---|---:|
| **iPod Touch 32GB Blue** | $ 299.00 |
| Part Number: MD717LL/A | |
| Serial Number: CCQJG289F4JW | |
| Return Date: Oct. 26, 2012 | |
| For Support, Visit: www.apple.com/support | |
| | |
| **iPod Touch 32GB White** | $ 299.00 |
| Part Number: MD720LL/A | |
| Serial Number: CCQJD1PNF4K1 | |
| Return Date: Oct. 26, 2012 | |
| For Support, Visit: www.apple.com/support | |

---

|  |  |
|---:|---:|
| Sub-Total | $ 598.00 |
| Tax@8.75% | $ 52.32 |
| **Total** | **$ 650.32** |
| Amount Paid Via AmEx (A) | $ 650.32 |
| xxxxxxxxxx▮ | |
| 606079 | |



*R 1 2 4 5 7 0 1 6 0 1*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

10/8/12                                    BestBuy.com - Order Receipt



# Order Receipt



Order Date: 06/13/12
Order Number: BBY01-461785005025

| Qty. | Product Description | Price | Qty. Price | Shipping | Sales Tax & Fees | Item Total |
|---|---|---|---|---|---|---|
| 1 | Apple®-The new iPad® with Wi-Fi - 16GB-Black- MC705LL/A SKU: 4881072 | $499.99 | $499.99 | $0.00 | $44.38 | $544.37 |

Store Pickup:
23RD AND 6TH NY (Store 482...

Will be picked up by:
Carlos Rodriguez

Gift receipt: No

Status: 1 item(s) picked up at 23RD AND 6TH NY 482 on 06/13/12.

| 1 | Apple®-iPod touch® 8GB* MP3 Player (4th Generation - Latest Model)-Black- MC540LL/A SKU: 9225377 | $179.99 | $179.99 | $0.00 | $15.97 | $195.96 |

Store Pickup:
23RD AND 6TH NY (Store 482...

Will be picked up by:
Carlos Rodriguez

Gift receipt: No

Status: 1 item(s) picked up at 23RD AND 6TH NY 482 on 06/13/12.

Payment Information

Gift Cards & Pitch In™ Card          VISA***********
N/A                                   Carlos A Rodriguez
                                         MIT AVE APT 4C
Reward Certificates
N/A

|  |  |
|---|---|
| Product Total: | $679.98 |
| Shipping & Handling: | $0.00 |
| Sales Tax: | $60.35 |
| Order Total: | $740.33 |

Promotional Codes
N/A