**SCHEDULE C-1 (INTERPRETERS)**

| Invoice Date | Invoice No. | Description | Amount Claimed |
|---|---|---|---|
| 12/18/2012 | 12126 | Deposition Date: 11/28/2012<br>Interpreter: Sue Mi Jones<br>Witness: Youngbum Kim | $1,650.00 |
| 12/18/2012 | 12126 | Deposition Date: 11/30/2012<br>Interpreter: Sue Mi Jones<br>Witness: Juho Lee | $1,450.00 |
| 12/18/2012 | 12126 | Deposition Date: 12/06/2012<br>Interpreter: Alex Jo<br>Witness: Maeng-Ho Shin | $1,250.00 |
| 6/9/2013 | 12176 | Deposition Date: 05/15/2013<br>Interpreter: Lee Boese<br>Witness: Dong-ha Nam | $1,250.00 |
| 7/5/2013 | 12200 | Deposition Date: 06/04/2013<br>Interpreter: Kathy Sim<br>Witness: Youngbum Kim | $1,450.00 |
| 7/5/2013 | 12200 | Deposition Date: 06/21/2013<br>Interpreter: Kathy Sim<br>Witness: Juho Lee | $1,250.00 |
| 7/5/2013 | 12200 | Deposition Date: 05/29/2013<br>Interpreter: Ina Kim<br>Witness: Junho Park | $1,650.00 |
| 7/5/2013 | 12200 | Deposition Date: 06/12/2013<br>Interpreter: Ann Park<br>Witness: Hanil Yoo (sic) | $1,250.00 |
| 7/5/2013 | 12200 | Deposition Date: 6/20/2013<br>Interpreter: Chen Hsu<br>Witness: Jian Xu | $1,250.00 |
| 8/1/2013 | 12209 | Deposition Date: 06/29/2013<br>Interpreter: Laura Sunwoo<br>Witness: Joonho Park, SVP | $1,250.00 |
| 8/1/2013 | 12209 | Deposition Date: 07/16-17/2013<br>Interpreter: Ann Park<br>Witness: Heungmo Lee | $3,500.00 |
| 10/31/2013 | 12236 | Deposition Date: 10/04/2013<br>Interpreter: William Gibbon<br>Witness: Prof. Remy Lebchaber (sic) | $1,400.00 |
| 10/31/2013 | 12236 | Deposition Date: 10/04/2013<br>Interpreter: David Crawford<br>Witness: Prof. Nicholas Molfessis (sic) | $1,400.00 |
| | | Total | $20,000.00 |