# Exhibit C-1

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

## Invoice

| Date | Invoice # |
|---|---|
| 12/18/2012 | 12126 |
| Terms | Due Date |
| Net 30 | 01/17/2013 |

| Bill To |
|---|
| Hyemi HAN<br>SAMSUNG ELECTRONICS CO.,LTD<br>  IP Legal Team, DMC R&D Center (R2) 4th<br>  (Maetan-dong) 129, Samsung-ro, Yeongto<br>Suwon-si, Gyeonggi-do  443-742<br>Korea |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 10/02/2012 | Translation | Samsung v. Apple (Quinn, Elliot Seagel, Scott Florance), Korean to English 1<br>patent, and Japanese to English 2 patents, rush, certified, assigned Oct 1, and delivered<br><br>1) Korea patent: 7232058 Priority Application = 3,037 words<br>(2) Japanese patent #1: 6226449 Priority Apps; word count = 845 words,<br>(3) Japanese patent #2, H9-032200= 456 words<br><br>Total: 5,338 words @.27/word | 1,171.26 |
| 11/09/2012 | Translation | Samsung v. Apple (Quinn, Deepa Acharya), Korean to English, 1 court decision, rush, certified, assigned Oct 25, and delivered on Nov 9.<br><br>Seoul Central District Court Decision<br><br>Total: 73,280 words@.27/word | 19,785.60 |
| 11/20/2012 | Translation | Samsung v. Apple (Quinn, Deepa Acharya), Korean to English, 6 patents,<br>non-rush, certified, assigned Nov 7, and delivered on Nov 20.<br><br>Total: 50,993 words@.27/word<br><br>10-2005-0020752    11,087 words<br>10-2005-0000627    8,738 words<br>10-2004-0109938    9,914 words<br>10-2004-0091093    6,159 words<br>10-2004-0063331    7,729 words<br>10-2004-0055678    7,366 words<br><br><br>Continue to the next page. | 13,768.11 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 11/25/2012 | Translation | Samsung v. Apple (Quinn, Deepa Acharya), Korean to English, 13 patents and related docs, rush, certified, assigned Nov 21, and delivered on Nov 25.<br><br>Total: 59,513 words@.22/wd [discount due to some repetitions]<br><br>Draft Application1     452 words<br>Draft Application2     507 words<br>Draft Application3     559 words<br>Draft Application4     559 words<br>Draft Application5     5,408 words<br>Draft Application6     5,553 words<br>Draft Application7     4,670 words<br>Draft Application8     4,773 words<br>Draft Application9     4,782 words<br>Draft Application10    10,652 words<br>Draft Application11    10,854 words<br>Draft Application12    9,939 words<br>Draft Application13    (in English)<br>Draft Application12    805 words<br>Total Word Count   59,513 words | 13,092.86 |
| 11/25/2012 | Travel day | Interpreter: Sue Mi Jones<br>Travel from LA to Seoul : 1 travel day | 900.00 |
| 11/27/2012 | Deposition Prep | Youngbum Kim deposition prep<br>9 am - 5 pm<br>Daily rate@1250/day | 1,250.00 |
| 11/28/2012 | Deposition Interpreting | Youngbum Kim deposition<br>9 am - 7 pm<br>Daily rate@1250/day + 2 hours OT@200/hour | 1,650.00 |
| 11/29/2012 | Deposition Prep | Juho Lee Deposition prep<br>9:30 am - 5 pm<br>Daily rate | 1,250.00 |
| 11/30/2012 | Deposition Interpreting | Juho Lee Deposition<br>9 am - 6 pm<br>Daily rate + 1 hour OT | 1,450.00 |
| 12/01/2012 | Travel Expenses | Travel expenses (Sue Mi Jones)<br><br>Airfare (Round Trip): 2,140<br>Hotel : 1,425.58<br>Per Diem (5 nights): 75/night (5 nights) : 375<br>Ground Transportation: 150/flat<br><br><br>Total: 4,090.58 | 4,090.58 |
| 12/04/2012 | Travel day | Roundtrip between SF and DC for Alex Jo<br>2 travel days@700/day (December 4 & 6): Reduced to 1 travel day<br><br><br><br>Continue to the next page. | 700.00 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 12/05/2012 | Deposition Prep | Korean<>English deposition interpreting, Witness: Maeng-ho Shin, Interpreter: Alex Jo, location: Washington, DC. | 1,250.00 |
| 12/06/2012 | Deposition Interpreting | Dec 5: depo prep: 24 hr cancellation:<br>Korean<>English deposition interpreting, Witness: Maeng-ho Shin, Interpreter: Alex Jo, location: Washington, DC. | 1,250.00 |
| 12/06/2012 | Expenses | Dec 6: Maeng Ho Shin deposition :  9:30 am ~ 1:30 pm: 1 day<br>Travel expenses (Alex Jo)<br><br>Hotel: $228.80 + $227.86 = $456.66<br>Airfare: $623.80 + $609.80 = $1,233.60<br>Per diem: $75/night x 2 nights = $150<br>Ground: $150 flat<br><br>Total: 1,990.26 | 1,990.26 |

**Reference: SEC v. Apple**
   **(Quinn Emanuel)**

| | Total | $63,598.67 |
|---|---|---|

# Pan-Asia Consulting & Language Services, Inc.

**PACLS, Inc.**
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

## Invoice

| Date | Invoice # |
|---|---|
| 06/09/2013 | 12176 |
| Terms | Due Date |
| Net 30 | 07/09/2013 |

| Bill To |
|---|
| Hyemi HAN<br>SAMSUNG ELECTRONICS CO.,LTD<br>  IP Legal Team, DMC R&D Center (R2) 4th<br>  (Maetan-dong) 129, Samsung-ro, Yeongto<br>Suwon-si, Gyeonggi-do  443-742<br>Korea |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 05/13/2013 | Deposition | Apple v Samsung depos, Lee Boese, in Seoul<br>Witness: Dong-ha Nam (¨ÙX)<br>Attorneys: Mark Tung & Jae Il Park<br><br>May 13: dep. prep: 9am ~ 3:30 pm: 1 day<br>May 14: dep. Prep: 9 am ~ 2PM: 1 day<br>May 15: dep. Checking: 9:15 ~ 4:45: 1 day<br>May 16: dep. Checking cancelled: 1 day<br><br>Total : 4 days@1250 | 5,000.00 |
| 05/15/2013 | K-E translation | Apple v. Samsung NDCA II (Samsung IP Center: Jae Il Park   ¬\| À8¬),<br>Korean to English, super-rush, non-certified, assigned on May 15<br>and delivered in a few hours.<br>Total: 1,022 words x $.22/wd | 224.84 |
| 05/17/2013 | Travel Expenses | Interpreter: Lee Boese<br><br>Hotel: 5 nights = $1278.58<br>Per Diem: 75 x 5 nights = $375<br>Ground Transportation: $150<br>Travel day (From Florida to Seoul): 900<br>Air Fare: $1,800<br><br>Total: 4,503.58<br><br><br><br>Continue to the next page | 4,503.58 |

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

**Invoice**

| Date | Invoice No. |
|---|---|
| 07/05/2013 | 12200 |
| Terms | Due Date |
| Net 30 | 08/04/2013 |

| Bill To |
|---|
| Hyemi HAN<br>Samsung Electronics Company, Ltd.<br>IP Administration Group, R4 29th Fl.<br>(Maetan-dong) 129, Samsung-ro, Yeongton<br>Suwon-si, Gyeonggi-do  443-742<br>Korea |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 05/26/2013 | Deposition | Apple v Samsung depos, Kathy Sim, in Seoul<br>Witness: Youngjoon Kwak, Principal Engineer<br>Attorneys: Brian Mack, Alan Whitehurst and Jae-Il Park<br><br>May 28: dep. prep: 9am ~ 5:45 pm: 1 day + 1 hour OT<br>May 29: dep. Prep: 9 am ~ 5:45 PM: 1 day + 1hour OT<br>May 30: dep. Checking: 8 am ~ 7:30 pm: 1 day + 3.5 hours OT<br>           @200/hr<br>May 31: dep. Checking cancelled on at the end of dep on May 30<br>            : 1 day<br><br>Witness: Youngbum Kim<br>Attorneys: Brian Mack and Vicki Maroulis<br><br>June 3: dep. prep: 9am ~ 6 pm: 1 day + 1 hour OT<br>June 4 deposition: 9 am ~ 6 PM: 1 day + 1 hour OT<br><br>Witness: Juho Lee<br>Attorneys: Brian Mack and Vicki Maroulis<br><br>June 20: dep. prep: 9am ~ 3 pm: 1 day<br>June 21 deposition: 9 am ~ 3 PM: 1 day<br><br>Total : 8 days@1250 + 7.5 hours = 11,500.00<br><br><br><br>Continue to the next page | 11,500.00 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 05/27/2013 | Deposition | Apple v Samsung depos, Ina Kim, in Seoul<br>Witness: Junho Park, General Manager<br>Attorneys: Christopher Price and Hye Ran Yoon<br><br>May 27: dep. prep: 9am ~ 12 pm: 1 day<br>May 28: dep. Prep: 9 am ~ 4 PM: 1 day<br>May 29: dep. Checking: 8:30 ~ 6:30 pm: 1 day + 2 hours OT @200/hr<br>May 30: dep. Checking cancelled on at the end of dep on May 29 : 1 day<br><br>Witness: Daewoon Myung<br>Attorneys: Rich Erwin & John McKee, Sung Hyuk Lim<br><br>June 4: dep. prep: 9am ~ 3 pm: 1 day<br>June 5: dep. Prep: 9 am ~ 3 PM: 1 day<br>June 6: deposition was scheduled, but canceled : 1 day<br>June 7: deposition: 9 am - 4 pm: 1 day<br><br><br>Total : 8 days@1250 + 2 hours = 10,400.00 | 10,400.00 |
| 05/27/2013 | Travel Expenses | Interpreter: Ina Kim<br><br>Hotel: $851.91<br>Per Diem: 75 x 10 nights = $700.00<br>Ground Transportation: $200/flat<br>Travel day: 2 days@900/day (RT between LA and Seoul): 1800<br>Air Fare: $2,424.00<br><br>Total: 5,975.91 | 5,975.91 |
| 05/28/2013 | Travel Expenses | Interpreter: Kathy Sim<br><br>Hotel: 12 nights : 3,044.92<br>Airfare: $1,112.50 (1/2 of 2,222.50 (1,850 + 375 (change fee))<br>Per Diem: 75 x 12 = 900<br>Ground Transportation: $200<br>Travel day: 1 day @900/day  (from Seoul to LA): 900<br><br><br>Total: 6,157.42<br><br><br><br><br><br>Continue to the next page | 6,157.42 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 06/07/2013 | Travel Expenses | Interpreter: Alex Jo<br><br>Hotel: $994.49 (568.28 + 426.21) (8 nights)<br>Per diem: $75/night x 8 nights = $600<br>Ground transportation: $200/Flat<br>Travel days: 1.5 travel days@700/day (DC-LA and LA-SF):<br>         1,050.00<br>Airfare: $900.80 (631.90 + 268.90)<br><br>Total: 3,745.29 | 3,745.29 |
| 06/10/2013 | Deposition | Interpreter: Ann Park<br><br>Witness: Hanil Yoo<br>Attorneys: Tom Pease and David Hecht<br><br>June 10: dep prep : 9 am ~ 4 pm: 1 day<br>June 11: dep prep : 9 am ~ 4 pm: 1 day<br>June 12: dep checking: 8:30 am ~ 4:30:  1 day<br><br>Parking: 3 days@23/day = $69.00<br><br>Total: 3,819.00 | 3,819.00 |

Continue to the next page

| Date | Service | Activity | Amount |
|---|---|---|---|
| 06/18/2013 | Deposition | Interpreter: Lee Boese<br>Witness: Byong Jin Kang<br>Attorneys: Chris Price; Sung Hyuk Lim (in-house)<br><br>June 18: dep. prep: 9am ~ 5 pm: 1 day<br>June 19: dep. Prep: 9 am ~ 12:30PM: 1 day<br>June 20: dep. Checking: 8:40 ~ 6:35PM: 1 day + 2 hr overtime<br>June 21: deposition canceled at the end of deposition on<br>      June 20<br><br>Witness: Sr. Eng r Sunggeun Park<br>Attorneys: John T. McKee, Lance Yang; (In-house), Sung-hyuk Lim, Richard Ahn<br><br>July 1: dep. prep: 9:00AM~5:30PM: 1 day + 0.5 hr overtime<br>July 2: dep. prep: 9:30AM~5:15PM: 1 day<br>July 3: dep check: 8:30AM~6:40PM: 1 day + 2.5 hr over time<br>July 4: Cancelled: 1 day<br><br>Jin Young Song deposition (June 24-28) and Oh Hak Kwon deposition (July 5 & 8-10) canceled on June 21 and July 3: 8 days -- 4 days charged (50%)<br><br>Total: 12 days + 5 hours OT : 16,000.00<br><br>Expenses:<br><br>Hotel: 10 nights: = $1,659.56<br>Per Diem: 75 x 5 nights = $750<br>Ground transportation: 200/Flat<br>Flight change fee: 175<br><br>Grand Total:$18,784.56 | 18,784.56 |
| 06/20/2013 | Deposition | Interpreter: Chen Hsu (Chinese interpreter)<br>Third party deposition at Wilmer Hale, Palo Alto (ArcSoft, Inc)<br>Witness: Jian Xu<br>1 pm - 3:40 pm<br>1 day @ 1250<br><br><br>Continue to the next page | 1,250.00 |

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

**Invoice**

| Date | Invoice No. |
|---|---|
| 08/01/2013 | 12209 |
| **Terms** | **Due Date** |
| Net 30 | 08/31/2013 |

| Bill To |
|---|
| Hyemi HAN<br>Samsung Electronics Company, Ltd.<br>IP Administration Group, R4 29th Fl.<br>(Maetan-dong) 129, Samsung-ro, Yeongton<br>Suwon-si, Gyeonggi-do  443-742<br>Korea |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 06/28/2013 | Deposition | Korean <> English, depo prep & checking in Suwon, Korea.<br><br>Interpreter Name: Laura Sunwoo<br>Case Name: Apple vs. Samsung<br>Witness: Joonho Park, SVP<br>Attorneys: Vicki Maroulis, Alex Baxter From Quinn<br>In-house counsel: Daniel Shim<br>Main: Jeesoo Jung<br>June 28: dep prep : 9 am - 3 pm: 1 day<br>June 29: dep checking: 9 am - 7 pm: 1 day<br><br>Witness: Huijae Lee, Senior Engineer<br>Attorneys:  Zach Summers from Quinn and Sunghyuk Lim (in-house counsel)<br>Main:  Albert Kim<br>July 3: dep prep: 9am - 4:30pm: 1day<br>July 4: dep prep: 9am - 3:30pm: 1day<br>July5: dep checking: 7:30am - 6pm:  1day + OT (2 1/2 hr)<br><br>(1) Services Subtotal: 5days  @1250 + OT(2 1/2 hr@200/hr) = $6,750.00<br><br>(2) Expenses Subtotal:  $3,215.42<br>Hotel: $1,350.89<br>Airfare: $364.53 (change fee)<br>Per Diem: 8 nights x $75/night = $600<br>Travel day: from Seoul to LA  @900/day<br><br><br>Total: $9,965.42<br><br><br>Continue to the next page | 9,965.42 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 07/09/2013 | Deposition | Interpreter Name:   Ann Park<br>Samsung vs. Apple Deposition in Seoul and Suwon<br>Witness: Sungsik Lee (7/9-12) and Heungmo Lee (7/15-17)<br>Attorneys: Carl Anderson, Tom Pease and David Hecht<br><br>July 9: dep. prep: 9:00AM~ 4 PM: 1 day<br>July 10: dep. prep: cancelled:  1 day<br>July 11: dep check: 8:30AM - 5 PM: 1 day<br>July 12: Cancelled: 1 day<br>July 15: dep prep: 9 am - 5:45 pm : 1 day + 1 hour OT<br>July 16: 9 am - 6:50 pm : 1 day + 2 hours OT<br>July 17: 8 am - 7 pm : 1 day + 3 hours OT<br><br>Subtotal: 7 days@1250/day + 6 hours OT = 9,950.00<br><br>Expenses:<br><br>Travel days: Trip between DC and Seoul : 2 days@900: 1800<br>Airfare: 2,762.54<br>Hotel: 10 nights: 2,170.13 (W2,274,300@1,048)<br>Per Diem: 75 x 10 nights = $700<br>Ground Transportation: 200/Flat<br><br>Expense total: $7,632.67<br><br>Grand total: $17,582.67 | 17,582.67 |
| 07/12/2013 | Deposition | (Requested by: Mario Gutierrez)  French <> English,<br>depo checking at Light House in London, UK, Witness: Thomas Deniau<br>Interpreter: Florence Mitchell<br>Attorney: Zack Summers<br><br>July 12: 9 am ~ 4 pm<br><br>Total service fee: 1 day@1500/day<br>Travel time: 500 (5 hours RT)  @100/hour<br><br>Total: $2,000.00<br><br><br><br><br>Continue to the next page | 2,000.00 |

# Pan-Asia Consulting & Language Services, Inc.

**PACLS, Inc.**
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

**Invoice**

| Date | Invoice No. |
|---|---|
| 10/31/2013 | 12236 |
| Terms | Due Date |
| Net 30 | 11/30/2013 |

| Bill To |
|---|
| Hyemi HAN<br>Samsung Electronics Company, Ltd.<br>IP Administration Group, R4 29th Fl.<br>(Maetan-dong) 129, Samsung-ro, Yeongton<br>Suwon-si, Gyeonggi-do  443-742<br>Korea |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 10/03/2013 | Travel day | Interpreter: David Crawford<br>Roundtrip between Birmingham, UK and Brussel, Belgium<br>1 travel day@900/day | 900.00 |
| 10/03/2013 | Travel Expenses | Interpreter: David Crawford<br><br>Hotel: $184.28<br>Train: $352.53<br>Per Diem (1 night@100/night): 100<br>Ground Transportation: 200/Flat<br><br>Total: 836.81 | 836.81 |
| 10/04/2013 | Deposition | Samsung v. Apple<br>Quinn Emmanuel : Thomas Pease<br>Location: Brussel, Belgium<br>Interpreter: William Gibbon<br>Witness: Prof. Remy Lebchaber<br><br>Requested by: Mario Gutierrez<br>October 4:9 am - 4:20 pm<br><br>Total: 1 day@1400/day | 1,400.00 |
| 10/04/2013 | Deposition | Samsung v. Apple<br>Quinn Emmanuel : Vicky Maroulis<br>Location: Brussel, Belgium<br>Interpreter: David Crawford<br>Witness: Prof. Nicholas Molfessis<br><br>Requested by: Mario Gutierrez<br>October 4: 9 am - 4:30 pm<br><br>Total: 1 day@1400/day<br><br>Continue to the next page | 1,400.00 |