**SCHEDULE D-1 (WITNESS FEES)**

| Invoice Date | Invoice # | Witness | Description | Total Invoice Amount for Airfare | Amount Claimed for Airfare | Total Invoice Amount for Lodging | Amount Claimed for Lodging (at $142 per diem rate) | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| 4/30/2014 | 3011 | Ken Parulski | Airfare | $ 1,465.86 | $ 1,275.00 | $ - | $ - | $ 1,275.00 |
| 5/29/2014 | | Ken Parulski | Hotel (10 nights lodging included in master account billed to Quinn Emanuel) | - | - | - | $ 1,420.00 | $ 1,420.00 |
| 5/5/2014 | - | Dan Schonfeld | Travel Expenses | $ 964.00 | $ 964.00 | $ 877.57 | $ 426.00 | $ 1,390.00 |
| | | | | | | | Sub-Total | $ 4,085.00 |

| Invoice Date | Invoice # | Witness | Description | Total Invoice Amount for Travel Expenses | Amount Claimed for Lodging (at $142 per diem rate) | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 5/8/2014 | 1011448 | James Kearl/ Sanjay Rao | Travel Expenses (7 nights lodging for J. Kearl; 8 nights lodging for S. Rao) | $ 2,915.45 | $ 2,130.00 | $ 2,130.00 |
| | | | | | Sub-Total | $ 2,130.00 |

Total $ 6,215.00