Exhibit D-1

# Invoice

aKAP Innovation, LLC
225 Imperial Circle
Rochester, NY 14617 USA

| | |
|---|---|
| Date: | 30-Apr-2014 |
| Invoice #: | 3011 |
| Period: | Apr-14 |

To:   Quinn Emanuel Urquhart & Sullivan, LLP
      Attention: Ms. Marissa Ducca
      1299 Pennsylvania Ave. NW, Suite 825
      Washington, D.C. 20004

For:   Samsung, in Apple, Inc. v. Samsung Electronics Co.; Samsung Electronics American, Inc.;
       and Samsung Telecommunications America, LLC
       U.S. District Court, Northern District of California, San Jose Division, Case 5:12-cv-00630-LHK

| Date | Description | Hours | Line Total |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ ▓▓▓▓ |
| Thurs April 3 | Travel expenses, April 1-3 (cab, parking, meals) | | $ 176.55 |
| ▓▓▓▓ | ▓▓▓▓▓▓ | | $ |
| Mon April 14 | Airline tickets (Roc to San Jose) | | $ 829.86 |
| ▓▓▓▓ | | ▓▓ | $ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ ▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓ | $ |
| Thurs April 24 | Airline tickets (San Jose to ROC) | | $ 636.00 |
| Thurs April 24 | Travel expenses, April 14-24 (cab, meals) | | $ 164.14 |
| | | Total Due | $ ▓▓▓▓ |

Payment may be made by check at the address below, or by electronic funds transfer to:

Canandaigua National Bank & Trust, Canandaigua, NY 14424-1999 USA

Bank account number: ▓▓▓▓▓▓▓▓ (Checking account for aKAP Innovation, LLC)

**aKAP Innovation, LLC**
Ken Parulski, Chief Scientist and Managing Member
225 Imperial Circle, Rochester, NY 14617 USA
Email: kaparulski@gmail.com   Phone +1 585-338-1839   Mobile +1 585-313-3071

**Flight from ROC to SJC on 14 April 2014.**

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American Airlines | 3513 | ROCHESTER NY MON 14APR 2:55 PM | CHICAGO OHARE 3:45 PM | V |
| | | OPERATED BY AMERICAN EAGLE AIRLINES | | |
| Kenneth Parulski | Seat 10A | Economy | FF#: US 2531956 | Food For Purchase |
| American | 2403 | CHICAGO OHARE MON 14APR 7:20 PM | SAN JOSE CA 10:00 PM | V |
| Kenneth Parulski | Seat 14D | Economy | FF#: US 2531956 | Food For Purchase |
| American | 1008 | SAN JOSE CA TUE 29APR 7:25 AM | CHICAGO OHARE 1:35 PM | Q |
| Kenneth Parulski | Seat 14C | Economy | FF#: US 2531956 | Food For Purchase |
| American Connection American Airlines | 5359 | CHICAGO OHARE TUE 29APR 2:30 PM | ROCHESTER NY 5:05 PM | Q |
| | | OPERATED BY CHAUTAUQUA AS AMERICAN CONNECTION | | |
| Kenneth Parulski | Seat 9A | Economy | FF#: US 2531956 | Food For Purchase |

## Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Kenneth Parulski | 0012334526194 | 638.14 | 91.86 | 730.00 |
| Master Card XXXXXXXXXXXXX5121 | | | | $ 730.00 |

## Receipt

| Passenger | Document # | Description | Amount | Tax | Total |
|---|---|---|---|---|---|
| Kenneth Parulski | 0010650328248 | MAIN CABIN EXTRA/ORD-SJC | 46.45 USD | 3.48 | 49.93 USD |
| Kenneth Parulski | 0010650328248 | MAIN CABIN EXTRA/SJC-ORD | 46.45 USD | 3.48 | 49.93 USD |
| Master Card XXXXXXXXXXXXX5121 | | | | | $ 99.86 |

# UNITED

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Thu | 24APR14 | UA849U | San Jose, CA | 7:30 AM | Denver | 10:56 AM | 757-200 | Purchase |
| Thu | 24APR14 | UA690U | Denver | 12:37 PM | Chicago-OHare | 4:03 PM | 757-200 | Purchase |
| Thu | 24APR14 | UA5953U | Chicago-OHare | 7:39 PM | Rochester, NY | 10:20 PM | ERJ 145 | |

Operated by ExpressJet Airlines doing business as United Express

### PARULSKI/KENNETHAMR

**Confirmation Number: JV9LR3**

Party of 1

| | Seats | Ticket Number | Frequent Flyer |
|--|-------|---------------|----------------|
| PARULSKI/KENNETHAMR | 20C/9C/18A | 01624054261255 | UA-*****066 |

Fares: 482.79      Tax: 62.21      Per Person: 545.00      eTicket Total: 545.00      Issue Date: April 22, 2014

Method of Payment: Visa XXXXXXXXXXX1334

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

# UNITED

## Special Service Receipt

Issue Date: 24 APR 2014   SJC ATO

A STAR ALLIANCE MEMBER

| Special Service Document | Description | Qty | Fees | Method of Payment | Traveler |
|--------------------------|-------------|-----|------|-------------------|----------|
| | Economy Plus | | | Visa XXXX1334 | KENNETHAMR PAR |
| 01629220976456 | DEN - ORD | 1 | $49.00 | | |
| | Economy Plus (limited recline) | | | Cardholder Name | Ticket Number |
| 01629220976412 | SJC - DEN | 1 | $42.00 | KENNETH PARULS | 0162405426125 |

**ECONOMY PLUS FEES**      Total Fees   USD $91.00   Confirmation:   **JV9LR3**

*Total = $636*

Refunds for Premium Seats will be automatically made to the original form of payment. Refunds will only be processed for customers that do not travel in a Premium Seat and have their boarding pass reissued with a new seat assignment.

AGT REF: GG ELR

*+ Cab $24 (no Receipt)*

To: Quinn Emanuel Urquhart & Sullivan, LLP
c/o Mr. Todd M. Briggs, Esq.
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139

From: Prof. Dan Schonfeld, Ph.D.
3610 Ari Lane
Glenview, IL 60026

May 5, 2014

CONSULTING STATEMENT
Dan Schonfeld
SSN: ▮▮▮▮▮
Apple Inc. v. Samsung Electronics Co., Ltd., et al.
Civil Action No. 12-cv-00630-LHK
April 2014

| ACTIVITY LOG | | |
|---|---|---|
| Date | Task | Time (Hours) |



| TOTAL (Hours) | | | |

| SUMMARY | | | |
|---|---|---|---|
| Fees | Description | Amount | |
| ███████ | █████████ | ██ | ███ |
| Lunch | April 2, 2014 | $ | 3.71 |
| Dinner | April 2, 2014 | $ | 16.13 |
| Airfare | April 12-23, 2014 | $ | 964.00 |
| Hotel | April 12-15, 2014 | $ | 877.57 |
| Taxi (Chicago) | April 12, 2014 | $ | 35.00 |
| Shuttle (San Francisco) | April 12, 2014 | $ | 44.00 |
| Breakfast | April 13, 2014 | $ | 9.78 |
| Hotel (Meals) | April 15-22, 2014 | $ | 15.66 |
| Dinner | April 18, 2014 | $ | 19.47 |
| Shuttle (San Francisco) | April 22, 2014 | $ | 49.20 |
| Dinner | April 22, 2014 | $ | 16.68 |
| TOTAL | | ██ | ████ |

**Note: Please make check payable to *Dan Schonfeld***
**Address: *3610 Ari Lane, Glenview, IL 60026.***

 **CRA** Charles River
Associates

CRA No. D18746

May 8, 2014

Scott Kidman
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

*0.6 to P2
SOL*

**CRA Invoice Number:** **1011448**

**Re:** **Samsung v. Apple**

Activity Dates: through April 30, 2014

| | | |
|---|---|---|
| Professional Fees | | ▮▮▮▮▮ |
| Expenses | | 9,651.09 |
| **Total Invoice:** | | $ ▮▮▮▮▮ |

**Please remit payment via:**

**Wire:**
CRA International
Account#. ▮▮▮▮▮
ABA#. ▮▮▮▮▮
SWIFT# ▮▮▮▮▮
▮▮▮▮▮

**ACH:**
CRA International
Account#. ▮▮▮▮▮
ABA#. ▮▮▮▮▮
▮▮▮▮▮

**Lockbox:**
CRA International
PO Box 845960
Boston, MA 02284-5960

NOTE: CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is ▮▮▮▮▮ ).

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D18746

May 8, 2014

Scott Kidman
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

**CRA Invoice Number:**        **1011448**

**Re:**        **Samsung v. Apple**

PROFESSIONAL SERVICES FOR THE PERIOD THROUGH APRIL 30, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ |
| Kearl, J.R. | | | |
| Rao, Sanjay | ▮ | ▮ | |
| ▮▮▮ | | | ▮▮▮ |
| TOTAL PROFESSIONAL FEES | ▮ | | ▮▮▮ |

EXPENSES

| | |
|---|---|
| Computer Network Services | 3,991.43 |
| Misc. Reimbursable Expenses | 2,744.21 |
| Travel & Meals | 2,915.45 |
| TOTAL EXPENSES | $ 9,651.09 |

**TOTAL INVOICE**        ▮▮▮

X - Samsung 2
BREAKDOWN OF HOURS
Number: D18746-14



| Date | Name | Hours | Task | Work Description |
|---|---|---|---|---|
| 16-Apr-14 | J.R. Kearl | | | Travel to San Jose |
| 22-Apr-14 | J.R. Kearl | | | /testimony, travel to Salt Lake City. |
| 15-Apr-14 | Sanjay Rao | | | Travel to San Jose For Trial Proceedings. |
| 22-Apr-14 | Sanjay Rao | | | Testimony, At Trial Site, SJO. |



Total Hours