JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF APPLE'S BILL OF COSTS** |

1   In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this
2   motion for an order to seal portions of the confidential, unredacted versions of Exhibit G-4 to the
3   Bill of Costs and Exhibit D-2 to the Bill of Costs ("Exhibits").
4   The Exhibits contain information that is confidential as set out in the Declaration of
5   Cyndi Wheeler in Support of Apple's Administrative Motion to File Under Seal ("Wheeler
6   Declaration"), filed herewith. As detailed in the Wheeler Declaration, portions of Exhibit G-4 to
7   the Bill of Costs and Exhibit D-2 to the Bill of Costs are invoices that contain sensitive and
8   confidential information regarding the costs Apple incurred in its patent infringement case against
9   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
10  Telecommunications America, LLC (collectively, "Samsung"), and in defending against
11  Samsung's counterclaims. (Wheeler Declaration ¶ 2.) These invoices reveal sensitive and
12  confidential information regarding Apple's confidential financial relationship with its e-discovery
13  vendor. This information is confidential and proprietary business information that could be used
14  by Apple's competitors to its disadvantage, as disclosure of the redacted information will reveal
15  confidential pricing strategy and Apple's financial relationship with its e-discovery vendor. (*Id.*)
16  This Court previously sealed the same information in the 1846 case. *See* 1846 Dkt. No.
17  3133 at 4 (granting motion to seal filed under 1846 Dkt. No. 2855.) That ruling was consistent
18  with prior orders on the same type of information from other judges in this district. *See, e.g.*,
19  Order Granting Apple's Administrative Motion to File under Seal, *Ancora Techs., Inc. v. Apple*
20  *Inc.*, No. CV 11-06357-YGR (N.D. Cal. June 21, 2013), ECF No. 134 (granting motion to seal
21  redacted portions of Apple vendor invoices); Order Granting Motion to Seal, *Oracle Am., Inc. v.*
22  *Google Inc.*, No. C 10-03561-WHA (N.D. Cal. July 11, 2012), ECF No. 1218 (granting motion to
23  seal e-discovery invoices in support of bill of costs); Order, *Augme Techs., Inc. v. Yahoo! Inc.*,
24  No. C-09-5386-JCS (N.D. Cal. Dec. 21, 2012), ECF. No. 373 (granting motion to seal invoices in
25  support of bill of costs). The relief requested in this motion is necessary and is narrowly tailored
26  to protect only select excerpts of the confidential Exhibits.
27  Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's
28  counsel regarding this motion to seal. Samsung does not oppose Apple's Administrative Motion

APPLE'S ADMIN. MOT. TO FILE UNDER SEAL EXHIBITS ISO BILL OF COSTS
CASE NO. 12-CV-00630-LHK (PSG)                                                                  1

ActiveUS 136602427v.1

to File Documents Under Seal as a procedural mechanism for filing portions of the Exhibits under seal.

Dated:  October 9, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:   */s/ Mark D. Selwyn*
          Mark D. Selwyn

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*