JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, CYNDI WHEELER, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Under Seal certain portions of Exhibit G-4 to the Bill of Costs and Exhibit D-2 to the Bill of Costs. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Invoices from Catalyst Repository Systems, Inc. ("Catalyst"), which are a part of Exhibit G-4 to the Bill of Costs and Exhibit D-2 to the Bill of Costs, contain Apple confidential and sensitive information regarding Apple's financial relationship with Catalyst, Apple's e-discovery vendor. Specifically, these invoices reveal confidential and sensitive information regarding Apple's pricing agreements with Catalyst. This information is confidential and proprietary business information that could be used by Apple's competitors to its disadvantage. Publishing this data would reveal confidential pricing strategy and cause harm to Apple and its relationship with Catalyst.

3. The confidential, unredacted portions of the Catalyst invoices should remain under seal for the reasons articulated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of October 2014 at Sunnyvale, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

DECLARATION OF CYNDI WHEELER ISO MOTION TO FILE UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)

1

ActiveUS 136602795v.1

1 **ATTESTATION**

2  I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this
3 Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has
4 concurred in this filing.

5 Dated: October 9, 2014            */s/ Mark D. Selwyn*
                                    Mark D. Selwyn