UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed its motion to seal portions of Exhibit G-4 to the Bill of Costs and Exhibit D-2 to the Bill of Costs.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the above documents may be filed partially under seal consistent with Apple's requests and proposed redacted versions:

| Document | Sealable Portion |
| --- | --- |
| Exhibit G-4 to the Bill of Costs. | All highlighted information regarding pricing and quantity, as indicated in Apple's Proposed Redactions. |
| Exhibit D-2 to the Bill of Costs. | All highlighted information regarding pricing and quantity, as indicated in Apple's Proposed Redactions. |

**IT IS SO ORDERED.**

Dated: _____        _____
HONORABLE LUCY H. KOH
United States District Judge