# SCHEDULE A-1

**SCHEDULE A-1 (DEPOSITION TRANSCRIPTS)**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Total Charges by Category | Total Amount Invoiced | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 8/12/2011 | 031914-418849 | TSG Reporting | **BJORN BRINGERT (3/19/2014)** | | 1,294.40 | 442.20 |
| | | | (Transcript and Certified Copy) | *442.20 | | |
| | | | (Original Transcript - Daily Delivery) | 429.00 | | |
| | | | (Realtime) | 178.20 | | |
| | | | (ASCII) | 165.00 | | |
| | | | (Shipping & Handling) | 80.00 | | |
| 3/31/2014 | 031914-418850 | TSG Reporting | **BJORN BRINGERT** | | 390.00 | 260.00 |
| | | | (Video + additional hours) | *260.00 | | |
| | | | Videosynch | 90.00 | | |
| | | | (Shipping & Handling) | 40.00 | | |
| 4/4/2014 | 032114-418758 | TSG Reporting | **SYLVIA HALL-ELLIS** | | 1,682.00 | 792.00 |
| | | | (Transcript and Certified Copy) | 442.20 | | |
| | | | (Original Transcript - Immediate Delivery) | 481.80 | | |
| | | | (Realtime) | 178.20 | | |
| | | | (ASCII) | 165.00 | | |
| | | | (Exhibits - Scanned, Hyper-linked) | 349.80 | | |
| | | | (Shipping & Handling) | 65.00 | | |
| 4/4/2014 | 032114-418759 | TSG Reporting | **SYLVIA HALL-ELLIS** | | 390.00 | 260.00 |
| | | | (Video + additional hours) | 260.00 | | |
| | | | Videosynch | 90.00 | | |
| | | | (Shipping & Handling) | 40.00 | | |
| | | | **TOTAL** | 3,756.40 | 3,756.40 | 1,754.20 |

*Amounts in blue indicate the portions of the invoice being claimed.

sf-3411282

1