# EXHIBIT A-1



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/31/2014
**INVOICE #** 031914-418849

*MICHAEL JACOBS*

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Los Angeles, CA  90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Bjorn Bringert
**DATE:** 3/19/2014
**LOCATION:** Redwood City, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 132 | $3.35 | $442.20 |
| ~~Original Transcript - Daily Delivery~~ | ~~132~~ | ~~$3.25~~ | ~~$429.00~~ |
| ~~Interactive Real-time~~ | ~~132~~ | ~~$1.35~~ | ~~$178.20~~ |
| ~~Rough ASCII~~ | ~~132~~ | ~~$1.25~~ | ~~$165.00~~ |
| ~~Reporter Appearance Fee / Session - Videotaped - Comp~~ | ~~2~~ | ~~$70.00~~ | ~~$0.00~~ |
| ~~Compressed / ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $1,214.40 |
| | | SHIPPING & HANDLING | ~~$80.00~~ |
| | | TOTAL | $1,294.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 3/31/2014
**INVOICE #** 031914-418850

**Bill To:**  *MICHAEL JACOBS*
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Los Angeles, CA 90017

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Bjorn Bringert
**DATE:** 3/19/2014
**LOCATION:** Redwood City, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~2~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/4/2014
INVOICE # 032114-418758

Bill To: ~~Heather J. Fischel~~   Rachel Krevans
~~Gibson, Dunn & Crutcher LLP~~   Morrison & Foerster
~~1881 Page Mill Road~~
~~Palo Alto, CA 94304-1125~~

CASE: Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS: Sylvia Hall-Ellis
DATE: 3/21/2014
LOCATION: Washington, DC

Billing Comments / Instructions:   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 132 | $3.35 | $442.20 |
| ~~Original Transcript - Immediate Delivery~~ | ~~132~~ | ~~$3.65~~ | ~~$481.80~~ |
| ~~Interactive Real-time~~ | ~~132~~ | ~~$1.35~~ | ~~$178.20~~ |
| ~~Rough ASCII~~ | ~~132~~ | ~~$1.25~~ | ~~$165.00~~ |
| ~~Reporter Appearance Fee / Session - Videotaped - Comp~~ | ~~2~~ | ~~$70.00~~ | ~~$0.00~~ |
| ~~Compressed / ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 2282 | $0.15 | $342.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| ~~File Creation Fee - Hyperlinked Exhibits - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $1,617.00 |
| | | SHIPPING & HANDLING | ~~$65.00~~ |
| | | TOTAL | $1,682.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/4/2014
INVOICE # 032114-418759

**Bill To:** ~~Heather J. Fischer~~
~~Gibson, Dunn & Crutcher LLP~~
~~1881 Page Mill Road~~
~~Palo Alto, CA 94304-1125~~

Rachel Krevans
Morrison & Foerster

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Sylvia Hall-Ellis
**DATE:** 3/21/2014
**LOCATION:** Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~2~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**