# SCHEDULE A-2

**SCHEDULE A-2 (HEARING AND TRIAL TRANSCRIPTS)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Total Amount Claimed (Cost of one copy, no Realtime) |
|---|---|---|---|---|---|
| 4/16/2014 | 20051739 | USDC ND CA | Reporter's transcripts of trial proceedings on: 3/31/2014; 4/1/2014; 4/4/2014; 4/7/2014; 4/8/2014; 4/11/2014; 4/14/2014; 4/15/2014; 4/18/2014; 4/21/2014; 4/22/2014; 4/25/2014; 4/28/2014 | 30,451.60 | 11,578.25 |
| | | | **TOTAL** | **30,451.60** | **11,578.25** |

sf-3411345

1