# EXHIBIT B-1



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/3/2014 | 1205052 |

Morrison & Foerster LLP
Lawrence Ramirez  *MICHAEL JACOBS*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 4/2/2014 |

| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
|----------|-------------|---|------|--------|
| 14,228 | BLOWBACK WITH ASSEMBLY - B&W | | 0.05 | 711.40T |
| 47,076 | BLOWBACK WITH ASSEMBLY - COLOR | | 0.16 | 7,532.16T |
| 62 | CLERICAL HOURS ASSEMBLY OF DOCUMENTS | | 50.00 | 3,100.00T |
| 14 | PROJECT MANAGEMENT FEE | | 90.00 | 1,260.00T |
| 200 | TAB - REGULAR | | 0.38 | 76.00T |
| 27 | BINDER - 3" | | 21.00 | 567.00T |
| | | | | |
| | REQUESTED BY ETHEL VILLEGAS ON 02-24-14 | | | |
| | PROJECT APPLE TRIAL EXHIBITS | | | |

| Thank you for your business. | | Sales Tax (8.75%) | $1,159.07 |
|---|---|---|---|
| | | **Total** | $14,405.63 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/3/2014 | 1205053 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 4/2/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 7,966 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 398.30T |
| 7,534 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,205.44T |
| 8 | CLERICAL HOURS ASSEMBLY OF DOCUMENTS | 50.00 | 400.00T |
| 4 | PROJECT MANAGEMENT FEE | 90.00 | 360.00T |
| 24 | SLIP SHEET - MANUAL INSERTION | 0.50 | 12.00T |
| 90 | TAB - REGULAR | 0.38 | 34.20T |
| 7 | BINDER - 3" | 21.00 | 147.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 02-24-14 | | |
| | PROJECT JOINT EXHIBITS | | |

Thank you for your business.

| Sales Tax (8.75%) | $223.73 |
|-------------------|---------|
| **Total** | $2,780.67 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/3/2014 | 1205054 |

Morrison & Foerster LLP
Lawrence Ramirez  *MICHAEL JACOBS*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 4/2/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 7,966 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 398.30T |
| 7,534 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,205.44T |
| 8 | CLERICAL HOURS ASSEMBLY OF DOCUMENTS | 50.00 | 400.00T |
| 4 | PROJECT MANAGEMENT FEE | 90.00 | 360.00T |
| 24 | SLIP SHEET - MANUAL INSERTION | 0.50 | 12.00T |
| 90 | TAB - REGULAR | 0.38 | 34.20T |
| 10 | BINDER - 3" | 21.00 | 210.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 02-25-14 PROJECT JOINT EXHIBITS | | |

| | | |
|---|---|---|
| Thank you for your business. | Sales Tax (8.75%) | $229.24 |
| | Total | $2,849.18 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/3/2014 | 1205055 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 4/2/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 14,228 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 711.40T |
| 47,076 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 7,532.16T |
| 60 | CLERICAL HOURS ASSEMBLY OF DOCUMENTS | 50.00 | 3,000.00T |
| 14 | PROJECT MANAGEMENT FEE | 90.00 | 1,260.00T |
| 27 | BINDER - 3" | 21.00 | 567.00T |
| 200 | TAB - REGULAR | 0.38 | 76.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 02-25-14 |  |  |
|  | PROJECT APPLE TRIAL EXHIBITS |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $1,150.32 |
|-------------------|-----------|
| **Total** | $14,296.88 |

Tax ID Number: 94-3342914



**665 Third Street**
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205171 |

*MICHAEL JACOBS*

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|--|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 6 | CUSTOM LABELED- AVERY 5160 REQUESTED BY CHRISTOPHER ROBINSON ON 03-28-14 PROJECT #1 JTX35-B LABELS | 3.00 | 18.00T |
| 1,395 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 83.70T |
| 4,018 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 642.88T |
| 8 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 400.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 106 | TAB - REGULAR | 0.38 | 40.28T |
| 2 | BINDER - 2" | 19.50 | 39.00T |
| 6 | BINDER - 3" REQUESTED BY ETHEL VILLEGAS ON 03-28-14 PROJECT#2 SAMSUNG DAMAGES EXHIBITS BINDER | 21.00 | 126.00T |
| 11,600 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 696.00T |
| 88 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 14.08T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 44 | MANILA FOLDER CUSTOM LABELED | 5.25 | 231.00T |
| 132 | BINDER - GBC | 15.00 | 1,980.00T |
| 44 | REDWELD FOLDER REQUESTED BY JOYCE NG ON 03-28-14 PROJECT #3 DEPOSITION TRANSCRIPT GBCS | 5.00 | 220.00T |
| 924 | HEAVY LITIGATION COPYING | 0.15 | 138.60T |
| 36 | LITIGATION COPYING - COLOR | 0.50 | 18.00T |
| 32 | TAB - CUSTOM LABELED | 2.00 | 64.00T |
| 40 | TAB - REGULAR | 0.38 | 15.20T |
| 4 | BINDER - 1 1/2" | 18.00 | 72.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205171 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | REQUESTED BY LAWRENCE RAMIREZ ON 03-28-14 PROJECT#4 20140328 JURY BINDER CLONING | | |
| 5,314 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 318.84T |
| 2,900 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 464.00T |
| 9 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 450.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 32 | TAB - CUSTOM LABELED | 2.00 | 64.00T |
| 5 | BINDER - 3" | 21.00 | 105.00T |
| 2 | BINDER - 2" | 19.50 | 39.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 03-28-14 PROJECT #5 APPLE DESIGNATIONS | | |

Thank you for your business.

| Sales Tax (8.75%) | $471.59 |
|-------------------|---------|
| **Total** | $7,461.17 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205180 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,992 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 119.52T |
| 20,808 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 3,329.28T |
| 26 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 1,300.00 |
| 8 | PROJECT MANAGEMENT FEE | 90.00 | 720.00 |
| 92 | TAB - CUSTOM LABELED | 2.00 | 184.00T |
| 8 | BINDER - 2" | 19.50 | 156.00T |
| 8 | BINDER - 3" | 21.00 | 168.00T |
| | REQUESTED BY PRISCILLA FOERSTER ON 03-31-14 | | |
| | PROJECT #1 COCKBURN DIRECT | | |
| | | | |
| 10 | MEDIA - CD | 25.00 | 250.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 03-31-14 | | |
| | PROJECT #2 PX118A CDS | | |
| | | | |
| 189 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 9.45T |
| 21 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 3.36T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 21 | TAB - CUSTOM LABELED | 2.00 | 42.00T |
| 7 | BINDER - 1" | 16.50 | 115.50T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 03-31-14 | | |
| | PROJECT #3 CHRISTIE DIRECTR BINDER | | |
| | | | |
| 537 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 32.22T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
| 2 | MANILA FOLDER CUSTOM LABELED | 5.25 | 10.50T |
| | REQUESTED BY PRISCILLA OROPEZA ON 03-31-14 | | |
| | PROJECT #4 COCKBURN DEPOSITIONS | | |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #    415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205180 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 12 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 0.72T |
| 54 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 8.64T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
| 3 | MANILA FOLDER CUSTOM LABELED | 5.25 | 15.75T |
| | REQUESTED BY PRISCILLA OROPEZA ON 03-31-14 | | |
| | PROJECT #5 HPOS RE COCKBURN | | |
| 7 | OVERSIZED BLOWBACK WITH ASSEMBLY - COLOR | 5.00 | 35.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 03-31-14 | | |
| | PROJECT #6 TIME TRACKER BLOWBACK | | |
| 461 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 27.66T |
| 2,494 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 399.04T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 98 | TAB - CUSTOM LABELED | 2.00 | 196.00T |
| 4 | BINDER - 1 1/2" | 18.00 | 72.00T |
| | REQUESTED BY JANELL GEHRKE ON 03-31-14 | | |
| | PROJECT #7 20140331 SCHILLER WITNESS BINDERS | | |

Thank you for your business.

| Sales Tax (8.75%) | $453.66 |
|-------------------|---------|
| **Total** | **$8,048.30** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205222 |

*MICHAEL JACOBS*

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 21,840 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 1,310.40T |
| 27,132 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 4,341.12T |
| 50 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 2,500.00 |
| 7 | PROJECT MANAGEMENT FEE | 90.00 | 630.00 |
| 189 | TAB - CUSTOM LABELED | 2.00 | 378.00T |
| 7 | BINDER - 2" | 19.50 | 136.50T |
| 28 | BINDER - 3" | 21.00 | 588.00T |
| | | | |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/06/2014 | | |
| | PROJECT: MOWRY DIRECT BINDER | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $590.98 |
| **Total** | $10,475.00 |

Tax ID Number: 94-3342914


**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205225 |

*MICHAEL JACOBS*

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 20,595 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 1,235.70T |
| 60,490 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 9,678.40T |
| 70 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 3,500.00 |
| 9 | PROJECT MANAGEMENT FEE | 90.00 | 810.00 |
| 50 | TAB - CUSTOM LABELED | 2.00 | 100.00T |
| 5 | BINDER - 2" | 19.50 | 97.50T |
| 25 | BINDER - 3" | 21.00 | 525.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/06/2014 | | |
| | PROJECT: SNOEREN DIRECT OUTLINE BINDERS | | |

Thank you for your business.

| Sales Tax (8.75%) | $1,018.20 |
|-------------------|-----------|
| **Total** | **$16,964.80** |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/11/2014 | 1205226 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,027 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 181.62T |
| 1,375 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 220.00T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 0.5 | PROJECT MANAGEMENT FEE | 90.00 | 45.00 |
| 161 | TAB - CUSTOM LABELED | 2.00 | 322.00T |
| 7 | BINDER - 2" | 19.50 | 136.50T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/06/2014 | | |
| | PROJECT: SNOEREN DIRECT OUTLINE BINDERS | | |
| | | | |
| 830 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 49.80T |
| 344 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 55.04T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 6 | BINDER - GBC | 15.00 | 90.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/06/2014 | | |
| | PROJECT: CHASE AND RINARD EXPERT REPORTS | | |

| Thank you for your business. | Sales Tax (8.75%) | $92.31 |
|---|---|---|
| | **Total** | $1,442.27 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/14/2014 | 1205227 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/14/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,584 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 215.04T |
| 10,486 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,677.76T |
| 14 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 700.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 119 | TAB - CUSTOM LABELED | 2.00 | 238.00T |
| 7 | BINDER - 3" | 21.00 | 147.00T |
|  | REQUESTED BY JOYCE NG ON 04/07/2014 |  |  |
|  | PROJECT: VELLTURO DIRECT BINDERS |  |  |
|  |  |  |  |
| 1,245 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 74.70T |
| 3,732 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 597.12T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 3 | BINDER - 3" | 21.00 | 63.00T |
| 51 | TAB - CUSTOM LABELED | 2.00 | 102.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/07/2014 |  |  |
|  | PROJECT: BUCKLEY CROSS PREP |  |  |
|  |  |  |  |
| 952 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 57.12T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 14 | TAB - CUSTOM LABELED | 2.00 | 28.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
|  | REQUESTED BY JOYCE NG ON 04/07/2014 |  |  |
|  | PROJECT: TRIAL TRANSCRIPT DAY 4 |  |  |
|  |  |  |  |
| 500 | MANILA FOLDER CUSTOM LABELED | 5.25 | 2,625.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/07/2014 |  |  |
|  | PROJECT: 20140407 SUPPLIES |  |  |

| Thank you for your business. | Sales Tax (8.75%) | |
|------------------------------|-------------------|--|
|  | **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/14/2014 | 1205227 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/14/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,084 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 65.04T |
| 248 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 39.68T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 4 | BINDER - 1" | 16.50 | 66.00T |
| 20 | TAB - CUSTOM LABELED | 2.00 | 40.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/07/2014 | | |
| | PROJECT: VELLTURO BACKUP FINANCIAL BINDERS | | |

Thank you for your business.

| Sales Tax (8.75%) | $528.54 |
|-------------------|---------|
| **Total** | $8,039.00 |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205237 |

| | P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|
| | CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,464 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 234.24T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 2 | REDWELD FOLDER CUSTOM LABELED | 2.00 | 4.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/12/2014 | | |
| | PROJECT: WIGDOR DEMONSTRATIVES | | |
| | | | |
| 1,754 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 105.24T |
| 1,310 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 209.60T |
| 5 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 250.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 24 | TAB - CUSTOM LABELED | 2.00 | 48.00T |
| 2 | BINDER - 3" | 21.00 | 42.00T |
| | REQUESTED BY JANELL GEHRKE ON 04/12/2014 | | |
| | PROJECT: RINARD DIRECT BINDERS | | |
| | | | |
| 2,173 | MEDIUM LITIGATION COPYING | 0.12 | 260.76T |
| 1,469 | LITIGATION COPYING - COLOR | 0.50 | 734.50T |
| 60 | TAB - CUSTOM LABELED | 2.00 | 120.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/12/2014 | | |
| | PROJECT: OPENING AND REBUTTAL EXPORT REPORTS: COPYING OF TWO BINDERS | | |
| | | | |
| 1,258 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 201.28T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 1 | REDWELD FOLDER | 5.00 | 5.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/12/2014 | | |
| | PROJECT: 20140412 PICK UP PRITING PROJECT | | |
| | | | |
| 1,761 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 105.66T |
| 1,690 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 270.40T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205237 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 5 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 250.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 46 | TAB - CUSTOM LABELED | 2.00 | 92.00T |
| 2 | BINDER - 3" | 21.00 | 42.00T |
| | REQUESTED BY JANELL GEHRKE ON 04/12/2014 | | |
| | PROJECT: RINARD DIRECT BINDER 2 | | |
| | | | |
| 2,640 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 158.40T |
| 1,459 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 233.44T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 42 | TAB - CUSTOM LABELED | 2.00 | 84.00T |
| 6 | BINDER - GBC | 15.00 | 90.00T |
| | REQUESTED BY JANELL GEHRKE ON 04/12/2014 | | |
| | PROJECT: RINARD EXPERT REPORT | | |
| | | | |
| 780 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 46.80T |
| 28 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 4.48T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 18 | TAB - CUSTOM LABELED | 2.00 | 36.00T |
| 2 | BINDER - 1 1/2" | 1.00 | 2.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/12/2014 | | |
| | PROJECT: RINARD CROSS BINDER | | |
| | | | |
| 1,524 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 137.16T |
| 3,608 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 577.28T |
| 5 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 250.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 48 | TAB - CUSTOM LABELED | 2.00 | 96.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205237 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|
| | CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 8 | BINDER - GBC<br>REQUESTED BY LAWRENCE RAMIREZ ON 04/12/2014<br>PROJECT: RINARD OPENING AND REBUTTAL EXPERT REPORTS | 15.00 | 120.00T |

Thank you for your business.

| Sales Tax (8.75%) | $355.27 |
|---|---|
| **Total** | $6,125.51 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

MICHAEL JACOPS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205238 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 822 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 49.32T |
| 3 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 0.48T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 12 | TAB - CUSTOM LABELED | 2.00 | 24.00T |
| 3 | BINDER - GBC | 15.00 | 45.00T |
|  | REQUESTED BY JANELL GEHRKE ON 04/13/2014 |  |  |
|  | PROJECT: 2014-04-13 BRINGERT DEPOS & DECL |  |  |
|  |  |  |  |
| 2,852 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 171.12T |
| 5,874 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 939.84T |
| 7 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 350.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 15 | TAB - CUSTOM LABELED | 2.00 | 30.00T |
| 42 | TAB - REGULAR | 0.38 | 15.96T |
| 12 | BINDER - GBC | 15.00 | 180.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/13/2014 |  |  |
|  | PROJECT: 2014-04-13 EXPERT REPORTS FOR COURT |  |  |
|  |  |  |  |
| 175 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 10.50T |
| 203 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 32.48T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 56 | TAB - CUSTOM LABELED | 2.00 | 112.00T |
| 7 | BINDER - 1" | 16.50 | 115.50T |
|  | REQUESTED BY LAWRENCE RAMIREZ ON 04/13/2014 |  |  |
|  | PROJECT: BRINGERT CROSS EXHIBIT BINDERS |  |  |
|  |  |  |  |
| 427 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 25.62T |
| 301 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 48.16T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |

Thank you for your business.

| Sales Tax (8.75%) |  |
|-------------------|--|
| **Total** |  |

Tax ID Number: 94-3342914


**WARP**

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205238 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 77 | TAB - CUSTOM LABELED | 2.00 | 154.00T |
| 7 | BINDER - 1" | 16.50 | 115.50T |
|  | REQUESTED BY JANELL GEHRKE ON 04/13/2014 |  |  |
|  | PROJECT: WITNESS BINDERS FOR COURT |  |  |
| 115 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 6.90T |
| 1,089 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 174.24T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 18 | TAB - CUSTOM LABELED | 2.00 | 36.00T |
| 9 | BINDER - GBC | 15.00 | 135.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/13/2014 |  |  |
|  | PROJECT: 2014-04-13 GBC DEPOS AND REPORTS FOR COURT |  |  |
| 10 | MEDIA - DVD | 25.00 | 250.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 50.00 | 50.00T |
|  | REQUESTED BY JOYCE NG ON 04/13/2014 |  |  |
|  | PROJECT: CLONING OF DX343 |  |  |
| 999 | BLOWBACK WITH ASSEMBLY - B&W | 0.16 | 159.84T |
| 3 | BINDER - GBC | 15.00 | 45.00T |
|  | REQUESTED BY ETHEL VILLEGAS ON 04/13/2014 |  |  |
|  | PROJECT: JEFFAY DEMONSTRATIVES |  |  |
| 4,102 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 246.12T |
| 10,096 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,615.36T |
| 12 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 600.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 185 | TAB - CUSTOM LABELED | 2.00 | 370.00T |
| 10 | BINDER - 3" | 21.00 | 210.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205238 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
|  | REQUESTED BY ETHEL VILLEGAS ON 04/13/2014<br>PROJECT: GREENBURG AND WIGDOR CROSS EXAMINATION BINDERS |  |  |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $469.69 |
| **Total** | $7,457.63 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205239 |

*MICHAEL JACOBS*

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 11,800 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,888.00T |
| 12 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 600.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 10 | BINDER - GBC | 15.00 | 150.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/13/2014 | | |
| | PROJECT: JX11 JX14 GBC BINDERS | | |
| | | | |
| 816 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 48.96T |
| 1,700 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 272.00T |
| 3 | PROJECT MANAGEMENT FEE | 50.00 | 150.00 |
| 48 | TAB - CUSTOM LABELED | 2.00 | 96.00T |
| 2 | BINDER - 2" | 18.00 | 36.00T |
| | REQUESTED BY ETHEL VILLEGAS ON 04/13/2014 | | |
| | PROJECT: BINDER FOR JIM B FOR FOSTER CROSS | | |
| | | | |
| 2,380 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 142.80T |
| 6,780 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,084.80T |
| 9 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 450.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 55 | TAB - CUSTOM LABELED | 2.00 | 110.00T |
| 6 | BINDER - 3" | 21.00 | 126.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/13/2014 | | |
| | PROJECT: JEFFAY CROSS EXHIBIT BINDER | | |
| | | | |
| 1,443 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 86.58T |
| 1,533 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 245.28T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 9 | BINDER - GBC | 15.00 | 135.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205239 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | REQUESTED BY NANCY HOANG ON 04/13/2014 | | |
| | PROJECT: JEFFAY EXPERT REPORTS AND DEPO TRANSCRIPT BLOWBACKS | | |

Thank you for your business.

| | | |
|---|---|---|
| Sales Tax (8.75%) | | $386.87 |
| **Total** | | $6,758.29 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205243 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 52 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 3.12T |
| 4,092 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 654.72T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 48 | TAB - CUSTOM LABELED | 2.00 | 96.00T |
| 4 | BINDER - 3" | 21.00 | 84.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/17/2014 | | |
| | PROJECT: SAMSUNG DISCLOSED DEMONSTRATIVES | | |
| | | | |
| 1,130 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 67.80T |
| 1,150 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 184.00T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 210 | TAB - CUSTOM LABELED | 2.00 | 420.00T |
| 5 | BINDER - GBC | 15.00 | 75.00T |
| | REQUESTED BY JANELL GEHRKE ON 04/17/2014 | | |
| | PROJECT: REIBSTEIN EXPERT REPORT | | |
| | | | |
| 1,050 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 63.00T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 40 | TAB - CUSTOM LABELED | 2.00 | 80.00T |
| 5 | BINDER - 1" | 16.50 | 82.50T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/17/2014 | | |
| | PROJECT: PRETEST BINDERS | | |
| | | | |
| 210 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 12.60T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 8 | TAB - CUSTOM LABELED | 2.00 | 16.00T |
| 1 | REDWELD FOLDER | 5.00 | 5.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205243 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/17/2014 | | |
| | PROJECT: RIBSTEIN CROSS=PRE-TEST | | |
| | | | |
| 1,595 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 95.70T |
| 225 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 36.00T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 10 | TAB - CUSTOM LABELED | 2.00 | 20.00T |
| 15 | TAB - REGULAR | 0.38 | 5.70T |
| 5 | BINDER - GBC | 15.00 | 75.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/17/2014 | | |
| | PROJECT: CHASE EXPERT REPORTS | | |
| | | | |
| 1,040 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 166.40T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
| 5 | BINDER - GBC | 15.00 | 75.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/17/2014 | | |
| | PROJECT: CHASE DEPO BINDER | | |
| | | | |
| 660 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 39.60T |
| 3,720 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 595.20T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 68 | TAB - CUSTOM LABELED | 2.00 | 136.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
| 6 | BINDER - GBC | 15.00 | 90.00T |
| | REQUESTED BY JANELL GEHRKE ON 04/17/2014 | | |
| | PROJECT: 2014-04-17 HAUSER EXPERT REPORT | | |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205243 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 500 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 30.00T |
| 40 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 6.40T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 5 | TAB - CUSTOM LABELED | 2.00 | 10.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
| 5 | BINDER - GBC | 15.00 | 75.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/17/2014 |  |  |
|  | PROJECT: CHASE REBUTTAL BINDER |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $290.04 |
|-------------------|---------|
| **Total** | $4,914.78 |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/25/2014 | 1205244 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 5/25/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 440 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 26.40T |
| 76 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 12.16T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 22 | TAB - REGULAR | 0.38 | 8.36T |
| 2 | BINDER - 1" | 16.50 | 33.00T |
|  | REQUESTED BY KENNETH MACCARDLE ON 04/18/2014 |  |  |
|  | PROJECT: 2014-04-18 DISCOVERY EXCERPTS |  |  |
|  |  |  |  |
| 690 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 41.40T |
| 10,668 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,706.88T |
| 12 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 600.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 30 | TAB - CUSTOM LABELED | 2.00 | 60.00T |
| 6 | BINDER - 1" | 16.50 | 99.00T |
| 6 | BINDER - GBC | 15.00 | 90.00T |
|  | REQUESTED BY LAWRENCE RAMIREZ ON 04/20/2014 |  |  |
|  | PROJECT: SNOEREN REBUTTAL DIRECT |  |  |
|  |  |  |  |
| 12 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 0.72T |
| 108 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 17.28T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 16 | TAB - CUSTOM LABELED | 2.00 | 32.00T |
| 4 | BINDER - 1" | 16.50 | 66.00T |
|  | REQUESTED BY PRISCILLA OROPEZA ON 04/20/2014 |  |  |
|  | PROJECT: MOWRY REBUTTAL HPO BRIEFING |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $191.91 |
|-------------------|---------|
| **Total** | $3,315.11 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/2/2014 | 1205269 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 34,647 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 2,078.82T |
| 65,502 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 10,480.32T |
| 60 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 3,000.00 |
| 12 | PROJECT MANAGEMENT FEE | 90.00 | 1,080.00 |
| 294 | TAB - CUSTOM LABELED | 2.00 | 588.00T |
| 54 | BINDER - 3" | 21.00 | 1,134.00T |
|  | REQUESTED BY LAWRENCE RAMIREZ ON 04/26/2014 |  |  |
|  | PROJECT: ADMITTED EXHIBITS |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $1,249.60 |
|-------------------|-----------|
| **Total** | $19,610.74 |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/2/2014 | 1205271 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|---|---|---|
| | CM# 10684-306 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 600 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 96.00T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 3 | BINDER - GBC | 10.00 | 30.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/27/2014 | | |
| | PROJECT: JEFFAY DEPOSITION | | |
| | | | |
| 1,779 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 106.74T |
| 4,614 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 738.24T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 33 | TAB - CUSTOM LABELED | 2.00 | 66.00T |
| 6 | BINDER - GBC | 10.00 | 60.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/27/2014 | | |
| | PROJECT: JEFFAY EXPERT REPORTS | | |
| | | | |
| 2,112 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 126.72T |
| 4,236 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 677.76T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 6 | TAB - CUSTOM LABELED | 2.00 | 12.00T |
| 21 | TAB - REGULAR | 0.38 | 7.98T |
| 54 | SLIP SHEET - MANUAL INSERTION | 0.50 | 27.00T |
| 3 | BINDER - 1" | 16.50 | 49.50T |
| 3 | BINDER - 3" | 21.00 | 63.00T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/27/2014 | | |
| | PROJECT: MOWRY EXPERT REPORTS | | |
| | | | |
| 2,856 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 171.36T |
| 9,136 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,461.76T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/2/2014 | 1205271 |

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 12 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 600.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 66 | TAB - CUSTOM LABELED | 2.00 | 132.00T |
| 6 | BINDER - 3" | 21.00 | 126.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/27/2014 | | |
| | PROJECT: JEFFAY RECALL CROSS | | |
| | | | |
| 1,248 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 199.68T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.25 | 5.25T |
| | REQUESTED BY PRISCILLA OROPEZA ON 04/27/2014 | | |
| | PROJECT: PTX 140 BLOWBACK | | |
| | | | |
| 3,096 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 495.36T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.25 | 5.25T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/27/2014 | | |
| | PROJECT: DX330 BLOWBACKS | | |
| | | | |
| 4 | DOCUMENT AND MEDIA DESTRUCTION SERVICE | 25.00 | 100.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/27/2014 | | |
| | PROJECT: 20140427 BOXES TO BE SHREDDED | | |
| | | | |
| 966 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 154.56T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 6 | BINDER - GBC | 10.00 | 60.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 04/27/2014 | | |
| | PROJECT: JEFFAY AND MOWRY GBC BIND | | |

Thank you for your business.

| Sales Tax (8.75%) | $435.06 |
|-------------------|---------|
| **Total** | $7,477.22 |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/2/2014 | 1205272 |

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

| | P.O. NO. | TERMS | DUE DATE |
|---|----------|-------|----------|
| | CM# 10684-306 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 8 | DOCUMENT AND MEDIA DESTRUCTION SERVICE REQUESTED BY LAWRENCE RAMIREZ ON 04/28/2014 PROJECT: 20140428 BOXES FOR SHREDDING | 25.00 | 200.00T |
| 16 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 0.96T |
| 2,376 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 380.16T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 8 | TAB - CUSTOM LABELED | 2.00 | 16.00T |
| 4 | BINDER - 2" REQUESTED BY PRISCILLA OROPEZA ON 04/28/2014 PROJECT: APPLE AND SAMSUNG CLOSING SLIDES BINDERS | 19.50 | 78.00T |
| 702 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 42.12T |
| 324 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 51.84T |
| 3 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 150.00 |
| 30 | TAB - CUSTOM LABELED | 2.00 | 60.00T |
| 3 | BINDER - 1" REQUESTED BY LAWRENCE RAMIREZ ON 04/30/2014 PROJECT: ADMITTED EXHIBITS - PUBLIC VERSION | 16.50 | 49.50T |

Thank you for your business.

| Sales Tax (8.75%) | $76.88 |
|-------------------|--------|
| **Total** | $1,395.46 |

Tax ID Number: 94-3342914

# WARP 9

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

MICHAEL JACOBS

Morrison & Foerster LLP
Lawrence Ramirez
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/9/2014 | 1205306 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM# 10684-306 | Net 30 | 6/8/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 11,549 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 577.45T |
| 7,278 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,164.48T |
| 155 | TAB - CUSTOM LABELED | 2.00 | 310.00T |
| 8 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 400.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 17 | BINDER - 3" | 21.00 | 357.00T |
| | REQUESTED BY LAWRENCE RAMIREZ ON 05/05/2014 | | |
| | PROJECT: 20140505 CLERK'S ADMITTED EXHIBITS | | |
| | | | |
| 2 | BINDER - 3" | 21.00 | 42.00T |
| 12 | TAB - CUSTOM LABELED | 2.00 | 24.00T |
| 1,370 | BLOWBACK WITH ASSEMBLY - B&W | 0.05 | 68.50T |
| 506 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 80.96T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| | REQUESTED BY LAWRENCE RAMIREZ ON 05/05/2014 | | |
| | PROJECT: 20140505 CLERK'S EXPERT REPORTS | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $229.63 |
| **Total** | $3,724.02 |

Tax ID Number: 94-3342914