# SCHEDULE B-2

**SCHEDULE B-2 (DEVICES)**

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Device Used For the Following | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 3/17/2014 | BBY01-638285051709 | Best Buy | Virgin Mobile - Samsung Galaxy S III 4G NoContract Cell Phone- White L710 | 1 | Joint Trial Exhibit JX35L | 345.23 |
| | | | | | | |
| | | | **TOTAL** | | | **345.23** |

sf-3411356                                           1