# EXHIBIT B-2


*Apple*



# Thank You For Your Order

Please print this page for your records. You will also receive a confirmation e-mail with your order details.

Order Date: 03/17/2014               🖨 Print This Page

| | BESTBUY.COM | | Order Number: BBY01-638285051709 |
|---|---|---|---|
| QTY. | PRODUCT DESCRIPTION | Redacted - Privacy | TOTAL |
| 1 | Virgin Mobile - Samsung Galaxy S III 4G No-Contract Cell Phone - White L710 <br> SKU: 8914742 <br> **Express Shipping:** $18.99 <br> **Estimated Arrival:** 03/18-03/18/2014 | | $299.99 |

Questions about this order? Contact Best Buy Customer Service

Order updates will be sent to: efrainstaino@gmail.com

**Payment Information**

Gift Cards & Savings Codes
N/A        Redacted - Privacy

Reward Certificates
N/A        Redacted - Privacy

Promotional Codes
N/A

Product Total: $299.99
Shipping: $18.99
Sales Tax: $26.25

**Order Total** (charged to credit card): **$345.23**



RECOMMENDED FOR YOU

Virgin Mobile - LG Optimus F3 4G No-Contract Cell Phone - Black

Virgin Mobile - HTC Desire 4G No-Contract Cell Phone - Black

Boost Mobile - Samsung Galaxy S III 4G No-Contract Cell Phone - White

**Important Information About Your Order**

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**