# SCHEDULE B-3

### SCHEDULE B-3 (TRIAL GRAPHICS AND DEMONSTRATIVES)

| Date | Vendor Invoice No. | Vendor | Description | Total Invoice Amount (Including Graphics Creation, Photos, Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Amount Not Claimed (Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 2/28/2014 | APPLE-AvS-2003 | Impact Trial Consulting | Trial Graphics and Demonstratives | 75,167.39 | 66,836.14 | 8,331.25 |
| 3/31/2014 | APPLE-Avs-2004 | Impact Trial Consulting | Trial Graphics and Demonstratives | 233,096.72 | 61,795.47 | 171,301.25 |
| 4/30/2014 | APPLE-Avs-2005 | Impact Trial Consulting | Trial Graphics and Demonstratives | 399,174.04 | 120,319.04 | 278,855.00 |
| | | | | | | |
| | | | **TOTAL** | **707,438.15** | **248,950.65** | **458,487.50** |
| | | | | | | |
| | | | | | | |