# EXHIBIT B-3

# IMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice No. |
|---|---|
| 02/28/2014 | APPLE-AvS-2003 |
| Terms | Due Date |
| Net 30 | 03/30/2014 |

**Bill To**

Cyndi Wheeler, Esq.
Apple, Inc.
1 Infinite Loop
MS 36-3NYJ
Cupertino, CA  95014 USA

| Amount Due | Enclosed |
|---|---|
| $75,167.39 | |

Please detach top portion and return with your payment.

| Matter No. | Matter Name |
|---|---|
| APL2011002857-630 | AvS NDCAL 2 |

| Date | Activity | Amount |
|---|---|---|
| | **02/07/2014** | |
| 02/07/2014 | Services:Graphics Production – Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| | **02/08/2014** | |
| 02/08/2014 | Services:Graphics Production – Alison Von Dollen, 10 hrs 15 mins @ $215.00/hr | 2,203.75 |
| 02/08/2014 | Services:Graphics Production – Thomas Lee, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| | **02/09/2014** | |
| 02/09/2014 | Services:Graphics Production – Alison Von Dollen, 1 hr @ $215.00/hr | 215.00 |
| 02/09/2014 | Services:Graphics Production – Alison Von Dollen, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 02/09/2014 | Services:Graphics Production – Joel DePalma, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 02/09/2014 | Services:Graphics Production – Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 02/09/2014 | Services:Graphics Production – Kerry Cashman, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| | **02/10/2014** | |
| 02/10/2014 | Transportation: A. VonDollen, Home to EWR | 94.19 |
| 02/10/2014 | Transportation: T. Lee, Home to EWR | 65.00 |
| 02/10/2014 | Transportation: A. VonDollen, Airfare EWR to SFO | 1,022.00 |
| 02/10/2014 | Transportation: T. Lee, Airfare EWR to SFO | 1,022.00 |
| 02/10/2014 | Services:Graphics Production – Mimi Le, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 02/10/2014 | Services:Graphics Production – Alison Von Dollen, 3 hrs 15 mins @ $215.00/hr | 698.75 |
| 02/10/2014 | Services:Graphics Production – Alison Von Dollen, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 02/10/2014 | Services:Graphics Production – Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 02/10/2014 | Services:Graphics Production – Joel DePalma, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 02/10/2014 | Services:Graphics Production – Kerry Cashman, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| | **02/11/2014** | |
| 02/11/2014 | ~~Services:Graphics Production - Alison Von Dollen, 12 hrs 45 mins @ $215.00/hr~~ | ~~2,741.25~~ |
| 02/11/2014 | ~~Services:Graphics Production - Mimi Le, 9 hrs @ $215.00/hr~~ | ~~1,935.00~~ |
| 02/11/2014 | ~~Services:Graphics Production - Thomas Lee, 4 hrs 45 mins @ $215.00/hr~~ | ~~1,021.25~~ |
| 02/11/2014 | ~~Services:Graphics Production - Joel DePalma, 17 hrs 30 mins @ $215.00/hr~~ | ~~3,762.50~~ |
| 02/11/2014 | ~~Services:Graphics Production - Kerry Cashman, 10 hrs 15 mins @ $215.00/hr~~ | ~~2,203.75~~ |
| 02/11/2014 | ~~Services:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr~~ | ~~860.00~~ |
| | **02/12/2014** | |
| 02/12/2014 | ~~Transportation: A. VonDollen, Hotel to Law Firm~~ | ~~7.49~~ |
| 02/12/2014 | ~~Services:Graphics Production - Alison Von Dollen, 10 hrs 30 mins @ $215.00/hr~~ | ~~2,257.50~~ |
| 02/12/2014 | ~~Services:Graphics Production - Thomas Lee, 7 hrs 30 mins @ $215.00/hr~~ | ~~1,612.50~~ |
| 02/12/2014 | ~~Services:Graphics Production - Mimi Le, 4 hrs @ $215.00/hr~~ | ~~860.00~~ |
| 02/12/2014 | ~~Services:Graphics Production - Joel DePalma, 15 hrs 45 mins @ $215.00/hr~~ | ~~3,386.25~~ |
| 02/12/2014 | ~~Services:Graphics Production - Kerry Cashman, 13 hrs @ $215.00/hr~~ | ~~2,795.00~~ |
| 02/12/2014 | ~~Services:Graphics Production - Jeff Woodbury, 5 hrs 30 mins @ $215.00/hr~~ | ~~1,182.50~~ |
| | **02/13/2014** | |
| 02/13/2014 | ~~Services:Technology:On site Support - Thomas Lee, 10 hrs 45 mins @ $215.00/hr~~ | ~~2,311.25~~ |
| 02/13/2014 | ~~Services:Graphics Production - Mimi Le, 1 hr @ $215.00/hr~~ | ~~215.00~~ |
| 02/13/2014 | ~~Services:Graphics Production - Joel DePalma, 10 hrs 30 mins @ $215.00/hr~~ | ~~2,257.50~~ |
| 02/13/2014 | ~~Services:Graphics Production - Kerry Cashman, 3 hrs @ $215.00/hr~~ | ~~645.00~~ |
| 02/13/2014 | ~~Services:Graphics Production - Alison Von Dollen, 9 hrs @ $215.00/hr~~ | ~~1,935.00~~ |
| | **02/14/2014** | |
| 02/14/2014 | ~~Transportation: J. DePalma, BWI to Home~~ | ~~73.00~~ |
| 02/14/2014 | ~~Transportation: A. VonDollen, Hotel to SFO~~ | ~~36.39~~ |
| 02/14/2014 | ~~Hotel: T. Lee, Intercontinental~~ | ~~1,429.71~~ |
| 02/14/2014 | ~~Hotel: A. VonDollen, Intercontinental~~ | ~~1,634.61~~ |
| 02/14/2014 | ~~Transportation: A. VonDollen, Airfare SFO to EWR~~ | ~~1,081.50~~ |
| 02/14/2014 | ~~Transportation: T. Lee, Airfare SFO to EWR~~ | ~~1,031.50~~ |
| 02/14/2014 | ~~Services:Graphics Production - Kerry Cashman, 1 hr 30 mins @ $215.00/hr~~ | ~~322.50~~ |
| 02/14/2014 | ~~Services:Graphics Production - Mimi Le, 2 hrs @ $215.00/hr~~ | ~~430.00~~ |
| | **02/15/2014** | |
| 02/15/2014 | ~~Transportation: A. VonDollen, EWR to Home~~ | ~~73.00~~ |
| 02/15/2014 | ~~Transportation: T. Lee, EWR to Home~~ | ~~87.00~~ |
| 02/15/2014 | Services:Graphics Production - Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| | **02/16/2014** | |
| 02/16/2014 | Services:Graphics Production - Thomas Lee, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 02/16/2014 | Services:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| | **02/18/2014** | |
| 02/18/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr | 860.00 |
| | **02/19/2014** | |
| 02/19/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs 15 mins @ $215.00/hr | 913.75 |
| | Continue to the next page | |

Page 3 of 3

| Date | Activity | Amount |
|---|---|---|
| **02/20/2014** | | |
| 02/20/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 4 hrs 45 mins @ $215.00/hr~~ | ~~1,021.25~~ |
| 02/20/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr | 860.00 |
| **02/21/2014** | | |
| 02/21/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr | 860.00 |
| **02/26/2014** | | |
| 02/26/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr | 860.00 |
| **02/28/2014** | | |
| 02/28/2014 | Services:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| | **Total** | **$75,167.39** |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158

# IMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice No. |
|---|---|
| 03/31/2014 | APPLE-AvS-2004 |
| Terms | Due Date |
| Net 30 | 04/30/2014 |

**Bill To**

Cyndi Wheeler, Esq.
Apple, Inc.
1 Infinite Loop
MS 36-3NYJ
Cupertino, CA  95014 USA

| Amount Due | Enclosed |
|---|---|
| $233,096.72 | |

Please detach top portion and return with your payment.

| Matter No. | Matter Name |
|---|---|
| APL2011002857-630 | AvS NDCAL 2 |

| Date | Activity | Amount |
|---|---|---|
| | **03/01/2014** | |
| 03/01/2014 | Services:Graphics Production - Jeff Woodbury, 1 hr @ $215.00/hr | 215.00 |
| | **03/02/2014** | |
| 03/02/2014 | Services:Graphics Production - Jeff Woodbury, 1 hr @ $215.00/hr | 215.00 |
| | **03/03/2014** | |
| 03/03/2014 | Services:Graphics Production - Jeff Woodbury, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| | **03/04/2014** | |
| 03/04/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| | **03/05/2014** | |
| 03/05/2014 | Services:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| | **03/07/2014** | |
| 03/07/2014 | Services:Graphics Production - Jeff Woodbury, 1 hr @ $215.00/hr | 215.00 |
| | **03/08/2014** | |
| 03/08/2014 | Services:Graphics Production - Jeff Woodbury, 1 hr @ $215.00/hr | 215.00 |
| | **03/09/2014** | |
| ~~03/09/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 13 hrs 45 mins @ $215.00/hr~~ | ~~2,956.25~~ |
| 03/09/2014 | Services:Technology Production- Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 03/09/2014 | Services:Technology:Video Editing - Randall Carter, 2 hrs 30 mins @ $215.00/hr | 537.50 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---:|
| | **03/10/2014** | |
| 03/10/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 7 hrs 45 mins @ $215.00/hr~~ | ~~1,666.25~~ |
| 03/10/2014 | Services:Technology:Video Editing - Jason Dozier, 5 hrs @ $215.00/hr | 1,075.00 |
| 03/10/2014 | Services:Technology:Video Editing - Randall Carter, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| | **03/11/2014** | |
| 03/11/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 3 hrs 30 mins @ $215.00/hr~~ | ~~752.50~~ |
| | **03/12/2014** | |
| 03/12/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 4 hrs 45 mins @ $215.00/hr~~ | ~~1,021.25~~ |
| | **03/13/2014** | |
| 03/13/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 3 hrs 15 mins @ $215.00/hr~~ | ~~698.75~~ |
| 03/13/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 03/13/2014 | Services:Graphics Production - Joel DePalma, 1 hr 45 mins @ $215.00/hr | 376.25 |
| | **03/14/2014** | |
| 03/14/2014 | Services:Graphics Production - Mallory Sherman, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 03/14/2014 | Services:Graphics Production - Kerry Cashman, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 03/14/2014 | Services:Graphics Production - Jeff Woodbury, 11 hrs @ $215.00/hr | 2,365.00 |
| 03/14/2014 | Services:Graphics Production - Brittany Peters, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| 03/14/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 4 hrs 45 mins @ $215.00/hr~~ | ~~1,021.25~~ |
| 03/14/2014 | Services:Graphics Production - Joel DePalma, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| | **03/15/2014** | |
| 03/15/2014 | Services:Graphics Production - Jeff Woodbury, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 03/15/2014 | Services:Graphics Production - Brittany Peters, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 03/15/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 10 hrs 45 mins @ $215.00/hr~~ | ~~2,311.25~~ |
| | **03/16/2014** | |
| 03/16/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs 20 mins @ $215.00/hr | 931.67 |
| 03/16/2014 | Services:Graphics Production - Mallory Sherman, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| | **03/17/2014** | |
| 03/17/2014 | Services:Graphics Production - Mallory Sherman, 5 hrs @ $215.00/hr | 1,075.00 |
| 03/17/2014 | Services:Graphics Production - Kerry Cashman, 30 mins @ $215.00/hr | 107.50 |
| 03/17/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 5 hrs 15 mins @ $215.00/hr~~ | ~~1,128.75~~ |
| 03/17/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 03/17/2014 | Services:Graphics Production - Joel DePalma, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| | **03/18/2014** | |
| 03/18/2014 | ~~Services:Technology:Trial Preparation - Thomas Lee, 6 hrs 45 mins @ $215.00/hr~~ | ~~1,451.25~~ |
| 03/18/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| 03/18/2014 | Services:Graphics Production - Joel DePalma, 1 hr 15 mins @ $215.00/hr | 268.75 |
| | **03/19/2014** | |
| 03/19/2014 | ~~Transportation: T. Lee, Flight JFK to SFO~~ | ~~1,100.00~~ |
| 03/19/2014 | Services:Graphics Production - Alison Von Dollen, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| | Continue to the next page | |

| Date | Activity | Amount |
|---|---|---|
| ~~03/19/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 3 hrs 45 mins @ $215.00/hr~~ | ~~806.25~~ |
| 03/19/2014 | Services:Graphics Production - Jeff Woodbury, 12 hrs @ $215.00/hr | 2,580.00 |
| 03/19/2014 | Services:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 03/19/2014 | Services:Graphics Production - Joel DePalma, 9 hrs 45 mins @ $215.00/hr | 2,096.25 |
| | **03/20/2014** | |
| ~~03/20/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 10 hrs 45 mins @ $215.00/hr~~ | ~~2,311.25~~ |
| 03/20/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 03/20/2014 | Services:Graphics Production - Brittany Peters, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 03/20/2014 | Services:Graphics Production - Joel DePalma, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 03/20/2014 | Services:Technology: Video Editing - Jason Dozier, 2 hrs @ $215.00/hr | 430.00 |
| | **03/21/2014** | |
| ~~03/21/2014~~ | ~~Supplies: Utrecht Art~~ | ~~12.58~~ |
| ~~03/21/2014~~ | ~~Transportation: Parking~~ | ~~35.00~~ |
| ~~03/21/2014~~ | ~~Transportation: Parking~~ | ~~36.00~~ |
| ~~03/21/2014~~ | ~~Transportation: Parking~~ | ~~36.00~~ |
| 03/21/2014 | Services:Graphics Production - Mallory Sherman, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| ~~03/21/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 8 hrs 30 mins @ $215.00/hr~~ | ~~1,827.50~~ |
| 03/21/2014 | Services:Graphics Production - Jeff Woodbury, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 03/21/2014 | Services:Graphics Production - Kerry Cashman, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 03/21/2014 | Services:Graphics Production - Brittany Peters, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| 03/21/2014 | Services:Graphics Production - Joel DePalma, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| | **03/22/2014** | |
| 03/22/2014 | Services:Graphics Production - Mallory Sherman, 5 hrs @ $215.00/hr | 1,075.00 |
| ~~03/22/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 7 hrs 30 mins @ $215.00/hr~~ | ~~1,612.50~~ |
| 03/22/2014 | Services:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 03/22/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| | **03/23/2014** | |
| 03/23/2014 | Services:Graphics Production - Mallory Sherman, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| ~~03/23/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 9 hrs 45 mins @ $215.00/hr~~ | ~~2,096.25~~ |
| 03/23/2014 | Services:Graphics Production - Alison Von Dollen, 4 hrs 15 mins @ $215.00/hr | 913.75 |
| 03/23/2014 | Services:Graphics Production - Brittany Peters, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 03/23/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 03/23/2014 | Services:Graphics Production - Jeff Woodbury, 1 hr @ $215.00/hr | 215.00 |
| | **03/24/2014** | |
| ~~03/24/2014~~ | ~~Transportation: J. Woodbury, Flight PWM to SFO, charged on 3/18~~ | ~~386.50~~ |
| ~~03/24/2014~~ | ~~Transportation: J. Woodbury, Baggage Fee~~ | ~~25.00~~ |
| ~~03/24/2014~~ | ~~Transportation: Parking~~ | ~~6.00~~ |
| ~~03/24/2014~~ | ~~Transportation: J. DePalma, Home to MF Office~~ | ~~15.00~~ |
| ~~03/24/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 13 hrs 30 mins @ $215.00/hr~~ | ~~2,902.50~~ |
| 03/24/2014 | Services:Graphics Production - Alison Von Dollen, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 03/24/2014 | Services:Graphics Production - Kerry Cashman, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| 03/24/2014 | Services:Graphics Production - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 03/24/2014 | Services:Graphics Production - Jeff Woodbury, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| 03/24/2014 | Services:Graphics Production - Juliana Casas, 4 hrs 15 mins @ $215.00/hr | 913.75 |
| 03/24/2014 | Services:Graphics Production - Brittany Peters, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
|  | **03/25/2014** |  |
| ~~03/25/2014~~ | ~~Transportation: D. Hyung, Home to EWR~~ | ~~87.00~~ |
| ~~03/25/2014~~ | ~~Transportation: D. Hyung, SFO to MF Office~~ | ~~37.80~~ |
| ~~03/25/2014~~ | ~~Transportation: J. Woodbury, Home to PWM~~ | ~~17.00~~ |
| ~~03/25/2014~~ | ~~Meal: J. Woodbury~~ | ~~6.47~~ |
| ~~03/25/2014~~ | ~~Transportation: J. Woodbury, Uber Car SF to SJ~~ | ~~94.96~~ |
| ~~03/25/2014~~ | ~~Meal: B. Peters~~ | ~~7.12~~ |
| ~~03/25/2014~~ | ~~Transportation: B. Peters, Home to PHL~~ | ~~117.00~~ |
| ~~03/25/2014~~ | ~~Transportation: B. Peters, Flight PHL to SFO~~ | ~~792.00~~ |
| ~~03/25/2014~~ | ~~Transportation: B. Peters, SFO to MF Office~~ | ~~50.00~~ |
| ~~03/25/2014~~ | ~~Meal: T. Lee~~ | ~~22.51~~ |
| ~~03/25/2014~~ | ~~Transportation: J. DePalma, Home to MF Office~~ | ~~17.00~~ |
| ~~03/25/2014~~ | ~~Transportation: J. DePalma, MF Office to Home~~ | ~~18.00~~ |
| ~~03/25/2014~~ | ~~Hotel: T. Lee, Intercontinental SF~~ | ~~380.84~~ |
| 03/25/2014 | Services:Graphics Production - Maria Ortiz-Metzger, 6 hrs @ $215.00/hr | 1,290.00 |
| 03/25/2014 | Services:Graphics Production - Mimi Le, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 03/25/2014 | Services:Graphics Production - Mallory Sherman, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| ~~03/25/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 16 hrs 30 mins @ $215.00/hr~~ | ~~3,547.50~~ |
| 03/25/2014 | Services:Graphics Production - David Hyung, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 03/25/2014 | Services:Graphics Production - Joel DePalma, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 03/25/2014 | Services:Graphics Production - Jeff Woodbury, 10 hrs @ $215.00/hr | 2,150.00 |
| 03/25/2014 | Services:Graphics Production - Juliana Casas, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| 03/25/2014 | Services:Graphics Production - Brittany Peters, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
|  | **03/26/2014** |  |
| ~~03/26/2014~~ | ~~Transportation: B. Weir, Airport to Hotel~~ | ~~20.00~~ |
| ~~03/26/2014~~ | ~~Transportation: J. DePalma, MF Office to Home~~ | ~~8.42~~ |
| ~~03/26/2014~~ | ~~Transportation, J. DePalma, Uber Car SF to SJ~~ | ~~221.00~~ |
| ~~03/26/2014~~ | ~~Meal: Impact Team~~ | ~~273.09~~ |
| ~~03/26/2014~~ | ~~Transportation: T. Lee, Rental Car SF to SJ~~ | ~~1,416.55~~ |
| ~~03/26/2014~~ | ~~Transportation: Parking~~ | ~~72.00~~ |
| 03/26/2014 | Services:Graphics Production - David Hyung, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 03/26/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| ~~03/26/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 15 hrs 30 mins @ $215.00/hr~~ | ~~3,332.50~~ |
| 03/26/2014 | Services:Graphics Production - Jeff Woodbury, 16 hrs @ $215.00/hr | 3,440.00 |
| 03/26/2014 | Services:Graphics Production - Maria Ortiz-Metzger, 2 hrs @ $215.00/hr | 430.00 |
| 03/26/2014 | Services:Graphics Production - Brittany Peters, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
|  | **03/27/2014** |  |
| 03/27/2014 | Services:Graphics Production - David Hyung, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 03/27/2014 | Services:Graphics Production - Joel DePalma, 17 hrs 15 mins @ $215.00/hr | 3,708.75 |
| ~~03/27/2014~~ | ~~Services:Technology:Trial Preparation - Thomas Lee, 15 hrs 45 mins @ $215.00/hr~~ | ~~3,386.25~~ |
| 03/27/2014 | Services:Graphics Production - Jeff Woodbury, 17 hrs 30 mins @ $215.00/hr | 3,762.50 |
| ~~03/27/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 14 hrs 30 mins @ $215.00/hr~~ | ~~3,117.50~~ |
| 03/27/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
|  | Continue to the next page |  |

| Date | Activity | Amount |
|---|---|---|
| | **03/28/2014** | |
| 03/28/2014 | Meal: B. Weir and T. Lee, Lunch | 34.73 |
| 03/28/2014 | Meal: B. Weir and J. DePalma, Dinner | 34.58 |
| 03/28/2014 | Equipment for Courthouse Setup | 325.16 |
| 03/28/2014 | Transportation: B. Weir, To Apple Store and Back to Courthouse for Supplies | 31.09 |
| 03/28/2014 | Services:Graphics Production - David Hyung, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| 03/28/2014 | Services:Graphics Production - Joel DePalma, 19 hrs 45 mins @ $215.00/hr | 4,246.25 |
| 03/28/2014 | Services:Technology:Trial Preparation - Thomas Lee, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 03/28/2014 | Services:Graphics Production - Jeff Woodbury, 17 hrs 40 mins @ $215.00/hr | 3,798.33 |
| 03/28/2014 | Services:Technology:On site Support - Bill Weir, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 03/28/2014 | Services:Graphics Production - Brittany Peters, 14 hrs @ $215.00/hr | 3,010.00 |
| | **03/29/2014** | |
| 03/29/2014 | Meal: J. DePalma | 12.78 |
| 03/29/2014 | Services:Technology:Trial Preparation - Thomas Lee, 16 hrs 30 mins @ $215.00/hr | 3,547.50 |
| 03/29/2014 | Services:Graphics Production - David Hyung, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| 03/29/2014 | Services:Technology:Video Editing - Justin Chauncey, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| 03/29/2014 | Services:Graphics Production - Joel DePalma, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 03/29/2014 | Services:Graphics Production - Jeff Woodbury, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 03/29/2014 | Services:Technology:Video Editing - Bill Weir, 17 hrs 15 mins @ $215.00/hr | 3,708.75 |
| 03/29/2014 | Services:Graphics Production - Brittany Peters, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| | **03/30/2014** | |
| 03/30/2014 | TimeCoder RapidSync | 35.30 |
| 03/30/2014 | TimeCoder RapidSync | 10.72 |
| 03/30/2014 | Services:Technology:On site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| 03/30/2014 | Services:Technology:Video Editing - Justin Chauncey, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 03/30/2014 | Services:Technology:Video Editing - Bill Weir, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 03/30/2014 | Services:Graphics Production - Brittany Peters, 18 hrs @ $215.00/hr | 3,870.00 |
| 03/30/2014 | Services:Graphics Production - Jeff Woodbury, 19 hrs 15 mins @ $215.00/hr | 4,138.75 |
| 03/30/2014 | Services:Graphics Production - David Hyung, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 03/30/2014 | Services:Graphics Production - Joel DePalma, 17 hrs 45 mins @ $215.00/hr | 3,816.25 |
| | **03/31/2014** | |
| 03/31/2014 | Synchron Voice and Video Production, Invoice 6232 | 1,282.77 |
| 03/31/2014 | Services:Technology:Video Editing - Bill Weir, 13 hrs 15 mins @ $215.00/hr | 2,848.75 |
| 03/31/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 15 mins @ $215.00/hr | 2,633.75 |
| 03/31/2014 | Services:Graphics Production - Jeff Woodbury, 15 hrs 15 mins @ $215.00/hr | 3,278.75 |
| 03/31/2014 | Services:Graphics Production - David Hyung, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| 03/31/2014 | Services:Graphics Production- Joel DePalma, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 03/31/2014 | Services:Technology:On site Support - Thomas Lee, 16 hrs 45 mins @ $215.00/hr | 3,601.25 |
| | **Total** | **$233,096.72** |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158

# IMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice No. |
|---|---|
| 04/30/2014 | APPLE-AvS-2005 |
| Terms | Due Date |
| Net 30 | 05/30/2014 |

**Bill To**

Cyndi Wheeler, Esq.
Apple, Inc.
1 Infinite Loop
MS 36-3NYJ
Cupertino, CA  95014 USA

| Amount Due | Enclosed |
|---|---|
| $399,174.04 |  |

*Please detach top portion and return with your payment.*

| Matter No. | Matter Name |
|---|---|
| APL2011002857-630 | AvS NDCAL 2 |

| Date | Activity | Amount |
|---|---|---|
| | **04/01/2014** | |
| 04/01/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 04/01/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 30 mins @ $215.00/hr~~ | ~~3,332.50~~ |
| 04/01/2014 | Services:Graphics Production - David Hyung, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 04/01/2014 | Services:Technology:Video Editing - Bill Weir, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| 04/01/2014 | Services:Graphics Production - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 04/01/2014 | Services:Graphics Production - Jeff Woodbury, 14 hrs @ $215.00/hr | 3,010.00 |
| | **04/02/2014** | |
| 04/02/2014 | ~~Synchron Voice & Video Invoice 6232~~ | ~~1,282.77~~ |
| 04/02/2014 | Services:Technology:Video Editing - Bill Weir, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 04/02/2014 | Services:Graphics Production - Brittany Peters, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| 04/02/2014 | Services:Graphics Production - Joel DePalma, 15 hrs 15 mins @ $215.00/hr | 3,278.75 |
| 04/02/2014 | ~~Services:Technology:On site Support - Thomas Lee, 14 hrs 45 mins @ $215.00/hr~~ | ~~3,171.25~~ |
| 04/02/2014 | Services:Graphics Production - Jeff Woodbury, 17 hrs @ $215.00/hr | 3,655.00 |
| 04/02/2014 | Services:Graphics Production - David Hyung, 10 hrs 15 mins @ $215.00/hr | 2,203.75 |
| | **04/03/2014** | |
| 04/03/2014 | Services:Technology:Video Editing - Bill Weir, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 04/03/2014 | Services:Graphics Production - Joel DePalma, 18 hrs 30 mins @ $215.00/hr | 3,977.50 |
| 04/03/2014 | ~~Services:Technology:On site Support - Thomas Lee, 16 hrs 45 mins @ $215.00/hr~~ | ~~3,601.25~~ |
| 04/03/2014 | Services:Graphics Production - Jeff Woodbury, 17 hrs 30 mins @ $215.00/hr | 3,762.50 |
| 04/03/2014 | Services:Graphics Production - David Hyung, 9 hrs 45 mins @ $215.00/hr | 2,096.25 |
| 04/03/2014 | Services:Graphics Production - Brittany Peters, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| | **04/04/2014** | |

Continue to the next page

Page 2 of 6

| Date | Activity | Amount |
|---|---|---|
| 04/04/2014 | Services:Technology:Video Editing - Bill Weir, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 04/04/2014 | ~~Services:Technology:On site Support - Thomas Lee, 16 hrs 30 mins @ $215.00/hr~~ | ~~3,547.50~~ |
| 04/04/2014 | Services:Graphics Production - Joel DePalma, 18 hrs 30 mins @ $215.00/hr | 3,977.50 |
| 04/04/2014 | Services:Graphics Production - Jeff Woodbury, 20 hrs 45 mins @ $215.00/hr | 4,461.25 |
| 04/04/2014 | Services:Graphics Production - David Hyung, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 04/04/2014 | Services:Graphics Production - Brittany Peters, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| | **04/05/2014** | |
| 04/05/2014 | Services:Technology:Video Editing - Bill Weir, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| 04/05/2014 | ~~Services:Technology:On site Support - Thomas Lee, 14 hrs 30 mins @ $215.00/hr~~ | ~~3,117.50~~ |
| 04/05/2014 | Services:Graphics Production - Joel DePalma, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 04/05/2014 | Services:Graphics Production - Jeff Woodbury, 13 hrs 15 mins @ $215.00/hr | 2,848.75 |
| 04/05/2014 | Services:Graphics Production - David Hyung, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 04/05/2014 | Services:Graphics Production - Brittany Peters, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| | **04/06/2014** | |
| 04/06/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 30 mins @ $215.00/hr~~ | ~~3,332.50~~ |
| 04/06/2014 | Services:Graphics Production - David Hyung, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 04/06/2014 | ~~Services:Technology:On site Support - Bill Weir, 12 hrs 15 mins @ $215.00/hr~~ | ~~2,633.75~~ |
| 04/06/2014 | Services:Graphics Production - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 04/06/2014 | Services:Graphics Production - Jeff Woodbury, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| 04/06/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| | **04/07/2014** | |
| 04/07/2014 | ~~Services:Technology:On site Support - Bill Weir, 13 hrs 30 mins @ $215.00/hr~~ | ~~2,902.50~~ |
| 04/07/2014 | Services:Graphics Production - Jeff Woodbury, 16 hrs 45 mins @ $215.00/hr | 3,601.25 |
| 04/07/2014 | Services:Graphics Production - Brittany Peters, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/07/2014 | Services:Graphics Production - David Hyung, 12 hrs 15 mins @ $215.00/hr | 2,633.75 |
| 04/07/2014 | Services:Graphics Production - Juliana Casas, 2 hrs @ $215.00/hr | 430.00 |
| 04/07/2014 | Services:Graphics Production - Joel DePalma, 16 hrs 30 mins @ $215.00/hr | 3,547.50 |
| 04/07/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr~~ | ~~3,386.25~~ |
| | **04/08/2014** | |
| 04/08/2014 | ~~Services:Technology:On site Support - Bill Weir, 11 hrs 15 mins @ $215.00/hr~~ | ~~2,418.75~~ |
| 04/08/2014 | Services:Graphics Production - Brittany Peters, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 04/08/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| 04/08/2014 | ~~Services:Technology:On site Support - Thomas Lee, 14 hrs 15 mins @ $215.00/hr~~ | ~~3,063.75~~ |
| 04/08/2014 | Services:Graphics Production - Jeff Woodbury, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 04/08/2014 | Services:Graphics Production - David Hyung, 11 hrs 45 mins @ $215.00/hr | 2,526.25 |
| | **04/09/2014** | |
| 04/09/2014 | ~~Meal: B. Weir~~ | ~~20.48~~ |
| 04/09/2014 | Services:Graphics Production - Brittany Peters, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 04/09/2014 | Services:Graphics Production - Joel DePalma, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 04/09/2014 | ~~Services:Technology:On site Support - Thomas Lee, 12 hrs 30 mins @ $215.00/hr~~ | ~~2,687.50~~ |
| 04/09/2014 | ~~Services:Technology:On site Support - Bill Weir, 9 hrs @ $215.00/hr~~ | ~~1,935.00~~ |
| 04/09/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 04/09/2014 | Services:Graphics Production - David Hyung, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| | **04/10/2014** | |
| ~~04/10/2014~~ | ~~Meal: Impact Team~~ | ~~209.88~~ |
| ~~04/10/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 13 hrs 15 mins @ $215.00/hr~~ | ~~2,848.75~~ |
| ~~04/10/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 10 hrs 15 mins @ $215.00/hr~~ | ~~2,203.75~~ |
| 04/10/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| 04/10/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 04/10/2014 | Services:Graphics Production - Jeff Woodbury, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 04/10/2014 | Services:Graphics Production - David Hyung, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| | **04/11/2014** | |
| ~~04/11/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 8 hrs 15 mins @ $215.00/hr~~ | ~~1,773.75~~ |
| 04/11/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| ~~04/11/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 11 hrs 45 mins @ $215.00/hr~~ | ~~2,526.25~~ |
| 04/11/2014 | Services:Graphics Production - Jeff Woodbury, 12 hrs @ $215.00/hr | 2,580.00 |
| 04/11/2014 | Services:Graphics Production- David Hyung, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| | **04/12/2014** | |
| ~~04/12/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 8 hrs 30 mins @ $215.00/hr~~ | ~~1,827.50~~ |
| 04/12/2014 | Services:Graphics Production - Brittany Peters, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 04/12/2014 | Services:Graphics Production - Joel DePalma, 11 hrs 45 mins @ $215.00/hr | 2,526.25 |
| ~~04/12/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 6 hrs 45 mins @ $215.00/hr~~ | 1,451.25 |
| 04/12/2014 | Services:Graphics Production - David Hyung, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/12/2014 | Services:Graphics Production - Jeff Woodbury, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| | **04/13/2014** | |
| ~~04/13/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 7 hrs 45 mins @ $215.00/hr~~ | ~~1,666.25~~ |
| 04/13/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/13/2014 | Services:Graphics Production - David Hyung, 9 hrs 45 mins @ $215.00/hr | 2,096.25 |
| ~~04/13/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 12 hrs 45 mins @ $215.00/hr~~ | ~~2,741.25~~ |
| 04/13/2014 | Services:Graphics Production - Brittany Peters, 11 hrs 15 mins @ $215.00/hr | 2,418.75 |
| 04/13/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| | **04/14/2014** | |
| ~~04/14/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 16 hrs 45 mins @ $215.00/hr~~ | ~~3,601.25~~ |
| 04/14/2014 | Services:Graphics Production - Brittany Peters, 11 hrs @ $215.00/hr | 2,365.00 |
| ~~04/14/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 11 hrs 45 mins @ $215.00/hr~~ | ~~2,526.25~~ |
| 04/14/2014 | Services:Graphics Production - Jeff Woodbury, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 04/14/2014 | Services:Graphics Production - David Hyung, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/14/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| | **04/15/2014** | |
| 04/15/2014 | Services:Graphics Production - Jeff Woodbury, 12 hrs 15 mins @ $215.00/hr | 2,633.75 |
| ~~04/15/2014~~ | ~~Services:Technology:On site Support - Bill Weir, 12 hrs 15 mins @ $215.00/hr~~ | ~~2,633.75~~ |
| 04/15/2014 | Services:Graphics Production - David Hyung, 10 hrs 15 mins @ $215.00/hr | 2,203.75 |
| 04/15/2014 | Services:Graphics Production - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| ~~04/15/2014~~ | ~~Services:Technology:On site Support - Thomas Lee, 14 hrs 30 mins @ $215.00/hr~~ | ~~3,117.50~~ |
| 04/15/2014 | Services:Graphics Production - Brittany Peters, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| | **04/16/2014** | |
| 04/16/2014 | ~~Services:Technology:On site Support - Thomas Lee, 12 hrs 45 mins @ $215.00/hr~~ | ~~2,741.25~~ |
| 04/16/2014 | Services:Graphics Production - Brittany Peters, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 04/16/2014 | ~~Services:Technology:On site Support - Bill Weir, 7 hrs 15 mins @ $215.00/hr~~ | ~~1,558.75~~ |
| 04/16/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 15 mins @ $215.00/hr | 2,203.75 |
| 04/16/2014 | Services:Graphics Production - David Hyung, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |
| 04/16/2014 | Services:Graphics Production - Jeff Woodbury, 11 hrs 45 mins @ $215.00/hr | 2,526.25 |
| | **04/17/2014** | |
| 04/17/2014 | ~~Meal: Impact Team~~ | ~~256.90~~ |
| 04/17/2014 | ~~Services:Technology:On site Support - Thomas Lee, 13 hrs 15 mins @ $215.00/hr~~ | ~~2,848.75~~ |
| 04/17/2014 | Services:Graphics Production - Brittany Peters, 3 hrs @ $215.00/hr | 645.00 |
| 04/17/2014 | ~~Services:Technology:On site Support - Bill Weir, 10 hrs 45 mins @ $215.00/hr~~ | ~~2,311.25~~ |
| 04/17/2014 | Services:Graphics Production - Joel DePalma, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| 04/17/2014 | Services:Graphics Production - David Hyung, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| 04/17/2014 | Services:Graphics Production - Jeff Woodbury, 14 hrs @ $215.00/hr | 3,010.00 |
| | **04/18/2014** | |
| 04/18/2014 | ~~Services:Technology:On site Support - Bill Weir, 12 hrs 30 mins @ $215.00/hr~~ | ~~2,687.50~~ |
| 04/18/2014 | Services:Graphics Production - David Hyung, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |
| 04/18/2014 | ~~Services:Technology:On site Support - Thomas Lee, 13 hrs 45 mins @ $215.00/hr~~ | ~~2,956.25~~ |
| 04/18/2014 | Services:Graphics Production - Jeff Woodbury, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| 04/18/2014 | Services:Graphics Production - Joel DePalma, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |
| 04/18/2014 | Services:Graphics Production - Brittany Peters, 11 hrs 15 mins @ $215.00/hr | 2,418.75 |
| | **04/19/2014** | |
| 04/19/2014 | ~~Services:Technology:On site Support - Thomas Lee, 8 hrs 30 mins @ $215.00/hr~~ | ~~1,827.50~~ |
| 04/19/2014 | ~~Services:Technology:On site Support - Bill Weir, 5 hrs 30 mins @ $215.00/hr~~ | ~~1,182.50~~ |
| 04/19/2014 | Services:Graphics Production - Jeff Woodbury, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 04/19/2014 | Services:Graphics Production - Joel DePalma, 30 mins @ $215.00/hr | 107.50 |
| 04/19/2014 | Services:Graphics Production - David Hyung, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 04/19/2014 | Services:Graphics Production - Brittany Peters, 10 hrs @ $215.00/hr | 2,150.00 |
| | **04/20/2014** | |
| 04/20/2014 | ~~Transportation: D. Hyung, Flight SFO to EWR~~ | ~~1,077.00~~ |
| 04/20/2014 | ~~Transportation: D. Hyung, San Jose to San Francisco~~ | ~~70.31~~ |
| 04/20/2014 | Services:Graphics Production - David Hyung, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 04/20/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr~~ | ~~3,386.25~~ |
| 04/20/2014 | Services:Graphics Production - Joel DePalma, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 04/20/2014 | Services:Graphics Production - Jeff Woodbury, 12 hrs @ $215.00/hr | 2,580.00 |
| 04/20/2014 | Services:Graphics Production - Brittany Peters, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| | **04/21/2014** | |
| 04/21/2014 | ~~Transportation: D. Hyung, EWR to Home~~ | ~~68.00~~ |
| 04/21/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 30 mins @ $215.00/hr~~ | ~~3,332.50~~ |
| 04/21/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| 04/21/2014 | Services:Graphics Production - Jeff Woodbury, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| 04/21/2014 | Services:Graphics Production - Brittany Peters, 15 hrs 30 mins @ $215.00/hr | 3,332.50 |
| | **04/22/2014** | |
| 04/22/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 15 mins @ $215.00/hr | 2,203.75 |
| 04/22/2014 | ~~Services:Technology:On site Support - Thomas Lee, 13 hrs 45 mins @ $215.00/hr~~ | ~~2,956.25~~ |
| 04/22/2014 | Services:Graphics Production - Jeff Woodbury, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/22/2014 | Services:Graphics Production - Brittany Peters, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| | **04/23/2014** | |
| 04/23/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 04/23/2014 | ~~Services:Technology:On site Support - Thomas Lee, 8 hrs 30 mins @ $215.00/hr~~ | ~~1,827.50~~ |
| 04/23/2014 | Services:Graphics Production - Jeff Woodbury, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 04/23/2014 | Services:Graphics Production - Brittany Peters, 6 hrs @ $215.00/hr | 1,290.00 |
| | **04/24/2014** | |
| 04/24/2014 | ~~Meal: Impact Team~~ | ~~126.58~~ |
| 04/24/2014 | ~~Services:Technology:On site Support - Thomas Lee, 9 hrs 45 mins @ $215.00/hr~~ | ~~2,096.25~~ |
| 04/24/2014 | Services:Graphics Production - Joel DePalma, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| 04/24/2014 | Services:Graphics Production - Jeff Woodbury, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| | **04/25/2014** | |
| 04/25/2014 | ~~Meal: Impact Team, Lunch~~ | ~~55.37~~ |
| 04/25/2014 | ~~Meal: Impact Team, Dinner~~ | ~~37.24~~ |
| 04/25/2014 | Services:Graphics Production - Joel DePalma, 19 hrs 15 mins @ $215.00/hr | 4,138.75 |
| 04/25/2014 | ~~Services:Technology:On site Support - Thomas Lee, 13 hrs 45 mins @ $215.00/hr~~ | ~~2,956.25~~ |
| 04/25/2014 | Services:Graphics Production - Jeff Woodbury, 19 hrs 30 mins @ $215.00/hr | 4,192.50 |
| 04/25/2014 | Services:Graphics Production - Juliana Casas, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| | **04/26/2014** | |
| 04/26/2014 | ~~Meal: Impact Team~~ | ~~44.23~~ |
| 04/26/2014 | ~~Services:Technology:On site Support - Thomas Lee, 14 hrs 30 mins @ $215.00/hr~~ | ~~3,117.50~~ |
| 04/26/2014 | Services:Graphics Production - Jeff Woodbury, 15 hrs @ $215.00/hr | 3,225.00 |
| 04/26/2014 | Services:Graphics Production - Joel DePalma, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 04/26/2014 | Services:Graphics Production - Juliana Casas, 6 hrs @ $215.00/hr | 1,290.00 |
| | **04/27/2014** | |
| 04/27/2014 | ~~Meal: Impact Team~~ | ~~91.21~~ |
| 04/27/2014 | Services:Graphics Production - Joel DePalma, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| 04/27/2014 | ~~Services:Technology:On site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr~~ | ~~3,386.25~~ |
| 04/27/2014 | Services:Graphics Production - Jeff Woodbury, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| | **04/28/2014** | |
| 04/28/2014 | ~~Meal: Impact Team~~ | ~~32.43~~ |
| 04/28/2014 | ~~Services:Technology:On site Support - Thomas Lee, 16 hrs 30 mins @ $215.00/hr~~ | ~~3,547.50~~ |
| 04/28/2014 | Services:Graphics Production - Joel DePalma, 11 hrs 15 mins @ $215.00/hr | 2,418.75 |
| 04/28/2014 | Services:Graphics Production - Jeff Woodbury, 12 hrs 15 mins @ $215.00/hr | 2,633.75 |
| | **04/29/2014** | |
| | Continue to the next page | |

| Date | Activity | Amount |
|---|---|---|
| 04/29/2014 | ~~Transportation: J. Woodbury, Hotel to Airport~~ | ~~13.01~~ |
| 04/29/2014 | ~~Transportation: J. Woodbury, Flight SJC to PDX~~ | ~~973.00~~ |
| 04/29/2014 | ~~Transportation: J. Woodbury, Baggage Fee~~ | ~~50.00~~ |
| 04/29/2014 | ~~Services:Technology:On site Support - Thomas Lee, 11 hrs 45 mins @ $215.00/hr~~ | ~~2,526.25~~ |
| 04/29/2014 | Services:Graphics Production - Joel DePalma, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 04/29/2014 | Services:Graphics Production - Jeff Woodbury, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| | **04/30/2014** | |
| 04/30/2014 | ~~Transportation: T. Lee, Flight SFO to EWR~~ | ~~1,077.00~~ |
| 04/30/2014 | ~~Synchron Voice & Video Invoice 6330~~ | ~~123.06~~ |
| 04/30/2014 | ~~Meal: J. Woodbury~~ | ~~23.57~~ |
| 04/30/2014 | ~~Transportation: J. Woodbury, PDX to Home~~ | ~~17.00~~ |
| 04/30/2014 | ~~Transportation: J. DePalma San Jose to San Fransisco with equipment~~ | ~~290.00~~ |
| 04/30/2014 | ~~Services:Technology:Equipment Setup/Breakdown - Thomas Lee, 2 hrs 30 mins @ $215.00/hr~~ | ~~537.50~~ |
| | **Total** | **$399,174.04** |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158