

# EXHIBIT C1



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 4/24/2012
INVOICE # 040312-111040

**Bill To:** Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



* 9 0 0 8 4 0 7 7 3 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Dr. Nathaniel Polish |
| DATE: | 4/3/2012 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 163 | $3.35 | $546.05 |
| Certified Transcript - 3-5 Day Delivery | 163 | $2.25 | $366.75 |
| Rough ASCII | 163 | $1.50 | $244.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 125 | $0.10 | $12.50 |
| Exhibits - Scanned & Hyperlinked - Color | 68 | $1.50 | $102.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,271.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,321.80 |

Please make all checks payable to **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 040312-111041

**Bill To:**   Angela Wilkins
              Gibson, Dunn & Crutcher LLP
              2100 McKinney Avenue
              Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Dr. Nathaniel Polish
DATE:       4/3/2012
LOCATION:   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3211
www.tsgreporting.com



**INVOICE**

DATE: 4/24/2012
INVOICE # 040412-111036

**Bill To:** Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:** Apple v Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Steven Sinclair
**DATE:** 4/4/2012
**LOCATION:** Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 211 | $2.85 | $601.35 |
| Certified Transcript - Daily Delivery | 211 | $2.50 | $527.50 |
| Rough ASCII | 211 | $1.25 | $263.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 10 | $0.10 | $1.00 |
| Exhibits - Scanned & Hyperlinked - Color | 74 | $1.50 | $111.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,504.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,554.60 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



DATE: 4/24/2012
INVOICE # 040412-111037

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:** Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:** Steven Sinclair
**DATE:** 4/4/2012
**LOCATION:** Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 4/24/2012
INVOICE # 040412-111044

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX 75201-6912



*9 0 0 8 4 0 7 7 8 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Todd Mowry
DATE:        4/4/2012
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 170 | $3.35 | $569.50 |
| Certified Transcript - 2 Day Delivery | 170 | $2.75 | $467.50 |
| Interactive Real-time | 170 | $1.50 | $255.00 |
| Rough ASCII | 170 | $1.50 | $255.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 472 | $0.10 | $47.20 |
| Exhibits - Scanned & Hyperlinked - Color | 47 | $1.50 | $70.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,664.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,714.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 040412-111045

**Bill To:**  Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Todd Mowry
DATE:       4/4/2012
LOCATION:   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

DATE: 4/24/2012
INVOICE # 040512-111048

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX  75201-6912



*900840779*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Arthur Rangel
DATE:       4/5/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 192 | $3.35 | $643.20 |
| Certified Transcript—Daily Delivery | 192 | $3.25 | $624.00 |
| Interactive Real-time | 192 | $1.50 | $288.00 |
| Rough ASCII | 192 | $1.50 | $288.00 |
| Compressed / ASCII / Word Index—Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 305 | $1.50 | $457.50 |
| File Creation Fee—Hyperlinked Exhibits—Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,300.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,350.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 040512-111049

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



\* 9 0 0 8 4 0 7 8 2 \*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Arthur Rangel |
| DATE: | 4/5/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $59.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 040612-111052

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX  75201-6912

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Dr. Ravin Balakrishnan
DATE:        4/6/2012
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 279 | $3.35 | $934.65 |
| Certified Transcript - Daily Delivery | 279 | $3.25 | $906.75 |
| Interactive Real-time | 279 | $1.50 | $418.50 |
| Rough ASCII | 279 | $1.50 | $418.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 227 | $0.10 | $22.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,701.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,751.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

DATE: 4/24/2012
INVOICE # 040612-111053

Bill To: Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



\* 9 0 0 8 4 0 7 8 6 \*

CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: Dr. Ravin Balakrishnan
DATE: 4/6/2012
LOCATION: New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified MPEG Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone. (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 041012-111056

**Bill To:**
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



*9 0 0 8 4 0 7 8 4 *

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Apple - 30b6 - Mark Buckley |
| DATE: | 4/10/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 116 | $3.35 | $388.60 |
| Certified Transcript - Daily Delivery | 116 | $3.25 | $377.00 |
| Interactive Real-time | 116 | $1.50 | $174.00 |
| Rough ASCII | 116 | $1.50 | $174.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 60 | $1.50 | $90.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,203.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,253.60 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/24/2012
**INVOICE #** 041012-111057

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:**        Apple v. Samsung (Case No. 12-CV-00530-LHK)
**WITNESS:**     Apple - 30b6 - Mark Buckley
**DATE:**        4/10/2012
**LOCATION:**    Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~2~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 041212-111050

**Bill To:**

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX  75201-6912



\* 9 0 0 8 4 0 7 8 5 \*

| | |
|---|---|
| CASE: | Apple v  Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Apple 30(b)(6) - Janet Vratny |
| DATE: | 4/12/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 61 | $3.35 | $204.35 |
| Certified Transcript - Immediate Delivery | 61 | $3.65 | $222.65 |
| Interactive Real-time | 61 | $1.50 | $91.50 |
| Rough ASCII | 61 | $1.50 | $91.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 17 | $0.10 | $1.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $611.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $661.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 041212-111051

Bill To:     Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Apple 30(b)(6) - Janet Vratny
DATE:       4/12/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



DATE: 4/24/2012
INVOICE # 041312-111064

Bill To:      Angela Wilkins
              Gibson, Dunn & Crutcher LLP
              2100 McKinney Avenue
              Dallas, TX 75201-6912

**\* 9 0 0 8 4 0 7 8 9 \***

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Kenneth Kocienda
DATE:       4/13/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 181 | $3.35 | $606.35 |
| Certified Transcript - Daily Delivery | 181 | $3.25 | $588.25 |
| Interactive Real-time | 181 | $1.50 | $271.50 |
| Rough ASCII | 181 | $1.50 | $271.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 30 | $0.10 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $1,740.60 |
|  | | SHIPPING & HANDLING | $50.00 |
|  | | TOTAL | $1,790.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/24/2012
INVOICE # 041312-111065

**Bill To:**      Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

*9008407 92*

**CASE:**         Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**      Kenneth Kocienda
**DATE:**         4/13/2012
**LOCATION:**     Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $507.50 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $547.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 041712-111294

**Bill To:** Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:** Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:** Greg Joswiak
**DATE:** 4/17/2012
**LOCATION:** Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 238 | $3.35 | $797.30 |
| Certified Transcript - Daily Delivery | 238 | $3.25 | $773.50 |
| Interactive Real-time | 238 | $1.50 | $357.00 |
| Rough ASCII | 238 | $1.50 | $357.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 9 | $0.10 | $0.90 |
| Exhibits - Scanned & Hyperlinked - Color | 827 | $1.50 | $1,240.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,526.20 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,576.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**


*9 0 0 7 1 3 9 9 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 041712-111295

Bill To:   Angela Wilkins
           Gibson, Dunn & Crutcher LLP
           2100 McKinney Avenue
           Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Greg Joswiak
DATE:       4/17/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| ~~Videosynch / Tape~~ | ~~5~~ | ~~$45.00~~ | ~~$225.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~5~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$597.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$637.50~~ |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 7 1 3 9 9 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 041812-111298

**Bill To:**

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Dr. Karan Singh |
| DATE: | 4/18/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 257 | $3.35 | $860.95 |
| Certified Transcript - Daily Delivery | 257 | $3.25 | $835.25 |
| Interactive Real-time | 257 | $1.50 | $385.50 |
| Rough ASCII | 257 | $1.50 | $385.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $15.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 166 | $0.10 | $16.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,463.80 |
| | SHIPPING & HANDLING | $50.00 |
| | TOTAL | $2,533.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 3 9 9 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 041812-111299

Bill To:    Angela Wilkins
            Gibson, Dunn & Crutcher LLP
            2100 McKinney Avenue
            Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Karan Singh
DATE:       4/18/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | -$40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*900713994*



# INVOICE

DATE: 4/30/2012
INVOICE # 041812-111302

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:    Angela Wilkins
            Gibson, Dunn & Crutcher LLP
            2100 McKinney Avenue
            Dallas, TX 75201-6912

CASE:       Apple v  Samsung (Case No  12-CV-00630-LHK)
WITNESS:    Dr. Christopher Velituro
DATE:       4/18/2012
LOCATION:   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 262 | $3.35 | $877 70 |
| Certified Transcript - Daily Delivery | 262 | $3.25 | $851.50 |
| Certified Transcript - Early AM Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 262 | $1.50 | $393.00 |
| Rough ASCII | 262 | $1.50 | $393.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 143 | $1.50 | $214.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,756.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,806.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1 5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

## THANK YOU FOR YOUR BUSINESS!



*9 0 0 7 1 3 9 9 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 041812-111303

Bill To:         Angela Wilkins
                 Gibson, Dunn & Crutcher LLP
                 2100 McKinney Avenue
                 Dallas, TX 75201-6912

CASE:            Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:         Dr. Christopher Vellturo
DATE:            4/18/2012
LOCATION:        New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videographer - Additional Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $721.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $761.25 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 3 9 8 8 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 042012-111306

Bill To:   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Greg Christie
DATE:      4/20/2012
LOCATION:  Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.35 | $596.30 |
| Certified Transcript - Daily Delivery | 178 | $3.25 | $578.50 |
| Interactive Real-time | 178 | $1.50 | $267.00 |
| Rough ASCII | 178 | $1.50 | $287.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned &-Hyperlinked - Black & White | 70 | $0.10 | $7.00 |
| Exhibits - Scanned & Hyperlinked - Color | 42 | $1.50 | $63.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,778.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,828.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 3 9 8 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2012
INVOICE # 042012-111307

Bill To:    Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:    Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Greg Christie
DATE:    4/20/2012
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $60.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 7 1 3 9 8 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
INVOICE # 042712-112266

Bill To:   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Yan Arrouye - 30(b)(6) - Apple |
| DATE: | 4/27/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 162 | $3.35 | $542.70 |
| Certified Transcript - Daily Delivery | 162 | $3.25 | $526.50 |
| Interactive Real-time | 162 | $1.35 | $218.70 |
| Rough ASCII | 162 | $1.25 | $202.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 167 | $0.10 | $16.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,507.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,557.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 042712-112267

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Yan Arrouye - 30(b)(6) - Apple
DATE:       4/27/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| ~~Videosynch / Tape~~ | 3 | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 3 | ~~$50.00~~ | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*900714066*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050112-112268

**Bill To:**      Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX  75201-6912

**CASE:**          Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    James Miller
**DATE:**          5/1/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**       Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 112 | $3.35 | $375.20 |
| Original Transcript - Immediate Delivery | 112 | $3.65 | $408.80 |
| Interactive Real-time | 112 | $1.35 | $151.20 |
| Rough ASCII | 112 | $1.25 | $140.00 |
| Reporter Waiting Time / Hour | 1 | $100.00 | $100.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 24 | $1.50 | $36.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,211.20 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $1,311.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 7 1 4 0 6 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050112-112269

Bill To:   Angela Wilkins
           Gibson, Dunn & Crutcher LLP
           2100 McKinney Avenue
           Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    James Miller
DATE:       5/1/2012
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 7 1 4 0 6 3 *



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050212-112272

**Bill To:**
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Dr. Geoffrey Cohen |
| **DATE:** | 5/2/2012 |
| **LOCATION:** | Washington, DC |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 287 | $3.35 | $961.45 |
| Original Transcript - Immediate Delivery | 287 | $3.65 | $1,047.55 |
| Interactive Real-time | 287 | $1.35 | $387.45 |
| Rough ASCII | 287 | $1.25 | $358.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word-Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned &-Hyperlinked - Black & White | 1467 | $0.15 | $220.05 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 3 | $1.50 | $4.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,979.75 |
| | | **SHIPPING & HANDLING** | $145.00 |
| | | **TOTAL** | $3,124.75 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 7 1 4 1 1 9 *



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050212-112273

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Geoffrey Cohen
DATE:       5/2/2012
LOCATION:   Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified MPEG Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050212-112276

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Jaime G. Carbonell PhD
DATE:       5/2/2012
LOCATION:   Washington, DC

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period.
                                     Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 262 | $3.35 | $877.70 |
| Original Transcript - Immediate Delivery | 262 | $3.65 | $956.30 |
| Interactive Real-time | 262 | $1.35 | $353.70 |
| Rough ASCII | 262 | $1.25 | $327.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 616 | $0.15 | $92.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,607.60 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $2,732.60 |

Please make all checks payable to: **TSG Reporting, Inc.**        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**


*9 0 0 7 1 4 1 1 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050212-112277

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Jaime G. Carbonell PhD
DATE:        5/2/2012
LOCATION:    Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $665.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**


* 9 0 0 7 1 4 0 6 5 *



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050312-112280

Bill To:       Angela Wilkins
               Gibson, Dunn & Crutcher LLP
               2100 McKinney Avenue
               Dallas, TX 75201-6912

CASE:          Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:       Cary Clark
DATE:          5/3/2012
LOCATION:      Redwood Shores, CA

Billing Comments / Instructions:       Includes shipping for original transcript sent at end of read & sign period.
                                       Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 97 | $3.35 | $324.95 |
| Original Transcript - Daily Delivery | 97 | $3.25 | $315.25 |
| Interactive Real-time | 97 | $1.35 | $130.95 |
| Rough ASCII | 97 | $1.25 | $121.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 11 | $1.50 | $16.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $908.90 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $958.90 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 7 1 4 1 1 8 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050312-112281

**Bill To:** Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Cary Clark
**DATE:** 5/3/2012
**LOCATION:** Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $260.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $309.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



\* 9 0 0 7 1 4 1 1 5 \*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050312-112284

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX  75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Dr. Geoffrey Cohen - Start on Pg 1 per instructions to reporter at dep |
| DATE: | 5/3/2012 |
| LOCATION: | Washington, DC |

Billing Comments / Instructions:   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 302 | $3.35 | $1,011.70 |
| Original Transcript - Immediate Delivery | 302 | $3.65 | $1,102.30 |
| Interactive Real-time | 302 | $1.35 | $407.70 |
| Rough ASCII | 302 | $1.25 | $377.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 637 | $0.15 | $95.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 125 | $1.50 | $187.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,182.25 |
| | | SHIPPING & HANDLING | $160.00 |
| | | TOTAL | $3,342.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 7 1 4 1 0 1*



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050312-112285

Bill To:     Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Dr. Geoffrey Cohen - Start on Pg 1 per instructions to reporter at dep
DATE:       5/3/2012
LOCATION:   Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified  MPEG  Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 4 1 1 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050412-112288

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Michael Wagner |
| DATE: | 5/4/2012 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 170 | $3.35 | $569.50 |
| Original Transcript - Daily Delivery | 170 | $3.25 | $552.50 |
| Interactive Real-time | 170 | $1.35 | $229.50 |
| Rough ASCII | 170 | $1.25 | $212.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word-Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 153 | $0.15 | $22.95 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1172 | $1.50 | $1,758.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $3,344.95 |
| | SHIPPING & HANDLING | $95.00 |
| | TOTAL | $3,439.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 7 1 4 1 1 7*



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050412-112289

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX 75201-6912

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Michael Wagner
DATE:        5/4/2012
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 7 1 4 1 0 9 *



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050712-112292

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Kevin Geklinsky |
| DATE: | 5/7/2012 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 138 | $3.35 | $462.30 |
| Original Transcript - Immediate Delivery | 138 | $3.65 | $503.70 |
| Interactive Real-time | 138 | $1.35 | $186.30 |
| Rough ASCII | 138 | $1.25 | $172.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word-Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 200 | $0.15 | $30.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,354.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,404.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 7 1 4 1 0 6 *



**INVOICE**

DATE: 5/21/2012
INVOICE # 050712-112293

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX  75201-6912

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Kevin Geklinsky
DATE:        5/7/2012
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| ~~Videosynch / Tape~~ | ~~3~~ | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~3~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$462.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$502.50~~ |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 051012-102300

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Dr. Martin E. Kaliski
DATE:       5/10/2012
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:       Includes shipping for original transcript sent at end of read & sign period
                                       Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 189 | $3.35 | $633.15 |
| Original Transcript - Immediate Delivery | 189 | $3.65 | $689.85 |
| Original Transcript - Early AM Pages | 17 | $1.50 | $25.50 |
| Interactive Real-time | 189 | $1.35 | $255.15 |
| Rough ASCII | 189 | $1.25 | $236.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Rep App Fee / Early AM Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 273 | $0.15 | $40.95 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 68 | $1.50 | $102.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,982.85 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $2,107.85 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 4 0 9 7 *



REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 051012-102301

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX 75201-6912

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Dr. Martin E. Kaliski
DATE:        5/10/2012
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videographer - Additonal Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $473.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $513.75 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*900714091*



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 051012-112296

Bill To:
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:        Apple v Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Bjorn Bringert
DATE:        5/10/2012
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 273 | $3.35 | $914.55 |
| Original Transcript - Immediate Delivery | 273 | $3.65 | $996.45 |
| Interactive Real-time | 273 | $1.35 | $368.55 |
| Rough ASCII | 273 | $1.25 | $341.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 21 | $0.15 | $3.15 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,629.95 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $2,704.95 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 7 1 4 1 2 0 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 051012-112297

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:** Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:** Bjorn Bringert
**DATE:** 5/10/2012
**LOCATION:** Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 7 1 4 1 0 0*



# INVOICE

DATE: 5/31/2012
INVOICE # 051112-112912

**Bill To:**    Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Dianne Hackborn |
| DATE: | 5/11/2012 |
| LOCATION: | Redwood Shores, CA |

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 92 | $3.35 | $308.20 |
| Original Transcript - Daily Delivery | 92 | $3.25 | $299.00 |
| Interactive Real-time | 92 | $1.35 | $124.20 |
| Rough ASCII | 92 | $1.25 | $115.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $79.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 6 | $0.15 | $0.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $847.30 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $972.30 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 1 4 1 3 3 *



# INVOICE

DATE: 5/31/2012
INVOICE # 051112-112913

**Bill To:**    Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

**CASE:**      Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Dianne Hackborn
**DATE:**      5/11/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| ~~Videosynch / Tape~~ | 1 | ~~$45.00~~ | ~~$45.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 1 | ~~$50.00~~ | $0.00 |
| | | ~~SUBTOTAL~~ | ~~$237.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$277.50~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!







Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2012
INVOICE # 051112-113584

Bill To:  Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



* 9 0 0 8 5 5 5 4 6 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Jens Nagel
DATE:        5/11/2012
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 126 | $3.35 | $422.10 |
| Original Transcript - Daily Delivery | 126 | $3.25 | $409.50 |
| Interactive Real-time | 126 | $1.35 | $170.10 |
| Rough ASCII | 126 | $1.25 | $157.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 9 | $0.15 | $1.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,160.55 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $1,235.55 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2012
INVOICE # 051112-113585

Bill To:     Angela Wilkins
             Gibson, Dunn & Crutcher LLP
             2100 McKinney Avenue
             Dallas, TX 75201-6912

*900855544*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Jens Nagel |
| DATE: | 5/11/2012 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| ~~Videosynch / Tape~~ | 2 | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 2 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$395.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$435.00~~ |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/18/2012
INVOICE # 052712-113804

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



*9 0 0 8 5 5 5 4 3 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Dr. Karan Sher Singh |
| DATE: | 5/27/2012 |
| LOCATION: | Nice, France |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 196 | $3.95 | $774.20 |
| Certified Transcript - Daily Delivery | 196 | $3.95 | $774.20 |
| Certified Transcript - Weekend Pages | 196 | $1.25 | $245.00 |
| Interactive Real-time | 196 | $3.00 | $588.00 |
| Rough ASCII | 196 | $3.00 | $588.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 353 | $0.10 | $35.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,019.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,069.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/18/2012
INVOICE # 052712-113805

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



* 9 0 0 8 5 5 5 4 8 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Dr. Karan Sher Singh |
| DATE: | 5/27/2012 |
| LOCATION: | Nice, France |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $135.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $175.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

03290 - 26



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/22/2012
INVOICE # 060112-114111

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



*9 0 0 8 5 5 5 4 7 *

CASE:           Apple v Samsung (Case No. 12-CV-00630-LHK)
WITNESS:        Nathaniel Polish
DATE:           6/1/2012
LOCATION:       New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 208 | $3.35 | $696.80 |
| Certified Transcript - Daily Delivery | 208 | $3.25 | $676.00 |
| Rough ASCII | 208 | $1.25 | $260.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 203 | $0.15 | $30.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,663.25 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,713.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/22/2012
INVOICE # 060112-114112

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912



*900855545*

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Nathaniel Polish
DATE:        6/1/2012
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| ~~Videosynch / Tape~~ | ~~5~~ | ~~$45.00~~ | ~~$225.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~5~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$665.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$705.00~~ |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



03290-26

# INVOICE

DATE: 11/26/2012
INVOICE # 111312-118759

**Bill To:**
Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | David J. Wright |
| DATE: | 11/13/2012 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 170 | $3.35 | $569.50 |
| Certified Transcript - Daily Delivery | 170 | $3.25 | $552.50 |
| Interactive Real-time | 170 | $1.35 | $229.50 |
| Rough ASCII | 170 | $1.25 | $212.50 |
| | | | |
| Exhibits - Scanned & Hyperlinked - Black & White | 131 | $0.10 | $13.10 |
| | | | |

| | | |
|---|---|---|
| | SUBTOTAL | $1,577.10 |
| | SHIPPING & HANDLING | $50.00 |
| | TOTAL | $1,627.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 8 3 1 7 3 3 *

Josh Krevitt
03290·26



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 11/28/2012
INVOICE # 111312-118760

**Bill To:**

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | David J. Wright |
| DATE: | 11/13/2012 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Handling - MPEG - Complimentary | 3 | $0.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 8 3 1 7 3 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/27/2012
INVOICE # 120712-119322

Bill To:      Angela Wilkins
              Gibson, Dunn & Crutcher LLP
              2100 McKinney Avenue
              Dallas, TX  75201-6912

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      Stephen Capps
DATE:         12/7/2012
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.35 | $596.30 |
| Certified Transcript - Immediate Delivery | 178 | $3.65 | $649.70 |
| Interactive Real-time | 178 | $1.35 | $240.30 |
| Rough ASCII | 178 | $1.25 | $222.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1228 | $0.10 | $122.80 |
| Fee Creation Fee - Hyperlinked Exhibits - Complimentary | - | $45.00 | $0.00 |
| | | SUBTOTAL | $1,831.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,881.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 8 6 2 9 2 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/27/2012
INVOICE # 120712-119323

Bill To:  Angela Wilkins
          Gibson, Dunn & Crutcher LLP
          2100 McKinney Avenue
          Dallas, TX 75201-6912

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   Stephen Capps
DATE:      12/7/2012
LOCATION:  Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified MPEG - Complimentary | 4 | $60.00 | $3.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 8 6 2 9 3 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/27/2012
INVOICE # 121112-119328

Bill To:

Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Dr. Thomas Bonura |
| DATE: | 12/11/2012 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 175 | $3.35 | $586.25 |
| Certified Transcript - Immediate Delivery | 175 | $3.65 | $638.75 |
| Interactive Real-time | 175 | $1.35 | $236.25 |
| Rough ASCII | 175 | $1.25 | $218.75 |
| Compressed - ASCII / Word Index - Complimentary | 4 | $45.00 | $2.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 78 | $0.10 | $7.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $5.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,687.80 |
| | SHIPPING & HANDLING | $50.00 |
| | TOTAL | $1,737.80 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1 5% per
month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 8 6 2 9 2 8 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/27/2012
INVOICE # 121112-119327

Bill To:   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Thomas Bonura
DATE:       12/11/2012
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Section - MPEG - Exceptional.ly | 2 | $30.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!



*9008629 31*

03290-26



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 1/28/2013
INVOICE # 011613-308856

Bill To:      Angela Wilkins
              Gibson, Dunn & Crutcher LLP
              2100 McKinney Avenue
              Dallas, TX 75201-6912

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Gordon Freedman
DATE:        1/16/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 137 | $3.35 | $458.95 |
| Certified Transcript - Immediate Delivery | 137 | $3.65 | $500.05 |
| Certified Transcript - Evening Pages | 5 | $1.50 | $7.50 |
| Interactive Real-time | 137 | $1.35 | $184.95 |
| Rough ASCII | 137 | $1.25 | $171.25 |
| Exhibits - Scanned & Hyperlinked - Black & White | 963 | $0.10 | $96.30 |
| | | SUBTOTAL | $1,419.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,469.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 8 3 1 7 1 8 *

03290-26



Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com


# INVOICE

DATE: 1/28/2013
INVOICE # 011513-308857

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX  75201-6912

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Gordon Freedman |
| DATE: | 1/16/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| ~~Videosynch / Tape~~ | ~~3~~ | ~~$45.00~~ | ~~$135.00~~ |
| ~~77 3mel -MPEG- Compliments~~ | ~~2~~ | ~~$50.00~~ | ~~$148~~ |
| | | SUBTOTAL | ~~$473.75~~ |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | ~~$513.75~~ |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*900831715*

03290-26



**INVOICE**

DATE: 1/28/2013
INVOICE # 011713-308815

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:  Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Gordon Freedman cont w/ pg 138
DATE:       1/17/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 60 | $3.35 | $201.00 |
| Certified Transcript – Immediate Delivery | 60 | $3.65 | $219.00 |
| Interactive Real-time | 60 | $1.35 | $81.00 |
| Rough ASCII | 60 | $1.25 | $75.00 |
| | | | |
| Exhibits - Scanned & Hyperlinked - Black & White | 2 | $0.10 | $0.20 |
| | | | |
| | | SUBTOTAL | $576.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $631.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

* 9 0 0 8 3 1 7 1 2 *

03290·26



**INVOICE**

DATE: 1/28/2013
INVOICE # 011713-308816

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:      Angela Wilkins
              Gibson, Dunn & Crutcher LLP
              2100 McKinney Avenue
              Dallas, TX 75201-6912

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Gordon Freedman cont w/ pg 138
DATE:         1/17/2013
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Exef MPEG Complimentary | 1 | — P- | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 8 3 1 7 3 1 *



03240-26

# INVOICE

DATE: 1/28/2013
INVOICE # 011713-308834

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:       Angela Wilkins
               Gibson, Dunn & Crutcher LLP
               2100 McKinney Avenue
               Dallas, TX 75201-6912

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Dr. Bonnie Nardi
DATE:          1/17/2013
LOCATION:      Irvine, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.35 | $596.30 |
| Certified Transcript - Immediate Delivery | 178 | $3.65 | $649.70 |
| Interactive Real-time | 178 | $1.35 | $240.30 |
| Rough ASCII | 178 | $1.25 | $222.50 |
| Exhibits - Scanned & Hyperlinked - Black & White | 180 | $0.10 | $18.00 |
| | | SUBTOTAL | $1,726.80 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,776.80 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*900831727*



*03290-26*

# INVOICE

DATE: 1/28/2013
INVOICE # C11713-308835

Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:    Angela Wilkins
            Gibson  Dunn & Crutcher LLP
            2100 McKinney Avenue
            Dallas, TX  75201-6912

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Bonnie Nardi
DATE:       1/17/2013
LOCATION:   Irvine, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| ~~Surcharge - MPEG  Complimentary~~ | 2 | ~~~~ | $2.45 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to:  **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!



*9 0 0 8 3 1 7 3 0 *

03290·26



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



DATE: 1/31/2013
INVOICE # 012413-203047

**Bill To:**  Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Michael J. Matas |
| DATE: | 1/24/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 111 | $3.35 | $371.85 |
| Certified Transcript - Immediate Delivery | 111 | $3.65 | $405.15 |
| Interactive Real-time | 111 | $1.35 | $149.85 |
| Rough ASCII | 111 | $1.25 | $138.75 |
| | | $.45 | $5.4K |
| Exhibits - Scanned & Hyperlinked - Black & White | 111 | $0.10 | $11.10 |
| Exhibits - Scanned & Hyperlinked - Color | 16 | $1.50 | $24.00 |
| | | | |
| | | SUBTOTAL | $1,100.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,155.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 8 3 1 7 2 1 *

D3290-26



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 1/31/2013
INVOICE # 012413-203048

**Bill To:**   Angela Wilkins
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| **WITNESS:** | Michael J. Matas |
| **DATE:** | 1/24/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Archive MPEG Encoding~~ | ~~2~~ | ~~$20.00~~ | ~~$40.00~~ |
| | | SUBTOTAL | ~~$417.50~~ |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | ~~$457.50~~ |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 8 3 1 7 2 4 *



**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | H. Mark Lyon Esq | Invoice #: | CS1723084 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 4/9/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 1637882 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1637369 \| Job Date: 3/29/2013 \| Delivery: Normal |
| Billing Atty: | H. Mark Lyon Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road \| Palo Alto, CA 94304 |
| Sched Atty: | Graham Pechenik, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Scott Forstall | Certified Transcript | Page | 200.00 | $3.25 | $650.00 |
| | Rough Draft | Page | 200.00 | $2.25 | $450.00 |
| | Exhibits | Per Page | 226.00 | $0.53 | $119.78 |
| | CD-Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,303.28 |
| | Payment: | $0.00 |
| | Credit: | ($1,303.28) |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services, please consult http://www.veritext.com/services-service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1723084 |
|---|---|
| Job #: | 1637369 |
| Invoice Date: | 4/9/2013 |
| Balance: | $0.00 |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2013
INVOICE # 041813-404637

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Eric Bier
DATE:      4/18/2013
LOCATION:  Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|--------------|-----------|--------|
| Certified Transcript | 209 | $2.85 | $595.65 |
| Certified Transcript - Immediate Delivery | 209 | $2.85 | $595.65 |
| Interactive Real-time | 209 | $1.35 | $282.15 |
| Rough ASCII | 209 | $1.25 | $261.25 |
| Exhibits - Scanned & Hyperlinked - Black & White | 758 | $0.10 | $75.80 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.50 | $12.00 |
| Transcript - Hyperlinked Exhibits - Complimentary | – | $1.00 | $0.00 |

|  |  | SUBTOTAL | $1,822.50 |
|--|--|----------|-----------|
|  |  | SHIPPING & HANDLING | $55.00 |
|  |  | TOTAL | $1,877.50 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*900130119*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 4/30/2013
INVOICE # 041813-404638

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Eric Bier |
| DATE: | 4/18/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| (video) MPEG / Airplim day | 4 | $2.00 | $9.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 1 3 0 1 2 0 *

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Frederick S. Chung, Esq | Invoice #: | CS1730395 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 4/30/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 1639485 |

| Case: | Motorola Mobility LLC v. Apple, Inc. |
|---|---|
| Job #: | 1637378 | Job Date: 4/4/2013 | Delivery: Normal |
| Billing Atty: | Frederick S. Chung, Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway | Redwood Shores, CA 94065-1134 |
| Sched Atty: | Graham Pechenik, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 288.00 | $3.30 | $950.40 |
| | Transcript - Expedited Fee | Page | 288.00 | $1.18 | $339.84 |
| | Exhibits | Per Page | 576.00 | $0.53 | $305.28 |
| Bas Ording | Rough Draft | Page | 288.00 | $2.25 | $648.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | | Invoice Total: | $2,327.02 |
|---|---|---|---|---|
| | | | Payment: | ($2,327.02) |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information.

## To pay online, go to www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1730395 |
|---|---|
| Job #: | 1637378 |
| Invoice Date: | 4/30/2013 |
| Balance: | $0.00 |

03290-2?

OK to pay

## Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Frederick S. Chung, Esq
Gibson Dunn & Crutcher LLP
1881 Page Mill Rd.
Palo Alto, CA 94304-1146

Invoice #:          CS1730395
Invoice Date:       04/30/2013
Balance Due:        $ 2,327.02
Ambassador #        1,639,485

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1637378   Job Date: 04/04/2013   Delivery:   Normal |
| Location: | Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway   Redwood Shores, CA 94065-1134 |

\* 9 0 0 9 3 4 0 6 7 \*

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Bas Ording | Certified Transcript | | $2,327.02 |
| | Notes: | | Invoice Total: | $2,327.02 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| | Fed. Tax ID: 20-3457913 | Term  Net 30 | Balance Due: | $2,327.02 |

TERMS   Payable upon receipt  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #:        CS1730395
Job #:            1637378
Invoice Date:     04/30/2013
Balance :         $2,327.02

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Hearne, Esq | | Invoice #: | CS1741455 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 4/30/2013 |
| | 1881 Page Mill Rd. | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | Agency #: | 1639485 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1637378 \| Job Date: 4/4/2013 \| Delivery: Normal |
| Billing Atty: | Heather Hearne, Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway \| Redwood Shores, CA 94065-1134 |
| Sched Atty: | Graham Pechenik, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Bas Ording | Video - Digitizing | | 5.46 | $65.00 | $354.90 |
| | Shipping & Handling - Video Media | Package | 1.00 | $19.50 | $19.50 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | Invoice Total: | $374.40 |
| | | | Payment: | ($374.40) |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1741455 |
|---|---|
| Job #: | 1637378 |
| Invoice Date: | 4/30/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Fischer Esq | | | Invoice #: | CS1748423 |
|---|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | | Invoice Date: | 5/9/2013 |
| | 1881 Page Mill Rd. | | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | Agency #: | 1637882 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1637369 | Job Date: 3/29/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road | Palo Alto, CA 94304 |
| Sched Atty: | Graham Pechenik, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Scott Forstall | Video – Digitizing | | 4.03 | $65.00 | $261.95 |
| | Shipping & Handling– Video Media | Package | 1.00 | $19.50 | $19.50 |

| Notes: | | Invoice Total: | $281.45 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | ($281.45) |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1748423 |
|---|---|
| Job #: | 1637369 |
| Invoice Date: | 5/9/2013 |
| Balance: | $0.00 |



**INVOICE**

DATE: 5/21/2013
INVOICE # 050913-311653

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Deanna Thomas
DATE:      5/9/2013
LOCATION:  Petaluma, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 79 | $3.35 | $264.65 |
| Certified Transcript - Immediate Delivery | 79 | $3.65 | $288.35 |
| Interactive Real-time | 79 | $1.35 | $106.65 |
| Rough ASCII | 79 | $1.25 | $98.75 |
| Exhibits - Scanned & Hyperlinked - Black & White | 125 | $0.10 | $12.50 |
| | | SUBTOTAL | $770.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $825.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.   All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

*9 0 0 1 3 0 2 1 7*