

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2013
INVOICE # 050913-311654

## RECEIVED

MAY 2 3 2013

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Deanna Thomas
DATE:        5/9/2013
LOCATION:    Petaluma, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Handling - MO / Fee - Complimentary | | $0.00 | $0.00 |
| | | SUBTOTAL | $215.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $255.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 1 3 0 2 1 8 *



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2013
INVOICE # 051013-311657

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Keith L. Mortensen
DATE:       5/10/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 234 | $3.35 | $783.90 |
| Certified Transcript - Daily Delivery | 234 | $3.25 | $760.50 |
| Interactive Real-time | 234 | $1.35 | $315.90 |
| Rough ASCII | 234 | $1.25 | $292.50 |
| Exhibits - Scanned & Hyperlinked - Black & White | 23 | $0.10 | $2.30 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,161.10 |
| SHIPPING & HANDLING | | $55.00 |
| TOTAL | | $2,216.10 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 1 3 0 2 2 0 *


REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2013
INVOICE # 051013-311658

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Keith L. Mortensen
DATE:         5/10/2013
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Exhibit - AM/PM - Complimentary | – | $0.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

*9 0 0 1 3 0 2 2 1*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



DATE: 5/22/2013
INVOICE # 050613-311682

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Dr. Ralph Sprague |
| DATE: | 5/6/2013 |
| LOCATION: | Honolulu, HI |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 113 | $3.35 | $378.55 |
| Certified Transcript - Immediate Delivery | 113 | $3.65 | $412.45 |
| Interactive Real-time | 113 | $1.35 | $152.55 |
| Rough ASCII | 113 | $1.25 | $141.25 |
| Exhibits - Scanned & Hyperlinked - Black & White | 221 | $0.10 | $22.10 |
| | | SUBTOTAL | $1,106.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,161.90 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 7 2 4 8 2 8 *





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 5/22/2013
INVOICE # 050613-311683

Bill To:         Heather J. Fischer
                 Gibson, Dunn & Crutcher LLP
                 1881 Page Mill Road
                 Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Dr. Ralph Sprague
DATE:        5/6/2013
LOCATION:    Honolulu, HI

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| | | | |
| | SUBTOTAL | | ~~$305.00~~ |
| | SHIPPING & HANDLING | | ~~$40.00~~ |
| | TOTAL | | ~~$345.00~~ |

Please make all checks payable to: **TSG Reporting, Inc.**       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

*9 0 0 7 2 4 8 2 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 5/22/2013
INVOICE # 051413-311655

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Yan Arrouye
DATE:       5/14/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 185 | $3.35 | $619.75 |
| Certified Transcript - Daily Delivery | 185 | $3.25 | $601.25 |
| Interactive Real-time | 185 | $1.35 | $249.75 |
| Rough ASCII | 185 | $1.25 | $231.25 |
| Exhibits - Scanned & Hyper inked - Black & White | 9 | $0.10 | $0.90 |

|  | SUBTOTAL | $1,702.90 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,757.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 7 2 4 8 2 2 *





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 5/22/2013
INVOICE # 051413-311687

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Yan Arrouye
DATE:       5/14/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| ~~Free Shipping (complete set)~~ | 1 | | |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 1 0 0 1 0 8 1 *

# INVOICE



PLANET DEPOS
AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49222 | 6/10/2013 | 38189 |
| Job Date | Case No. | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

RECEIVED

JUN 1 4 2013

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

Chaehwan Li, Vol 1

| | | |
|---|---|---|
| Reporter Daily Minimum | 1.00 | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Expedited Delivery | 1.00 | 2,000.00 |
| Realtime Hook-up fee | 1.00 | 700.00 |
| Exhibits | 590.00 Pages | 147.50 |
| LEF/SBF/XMEF | 1.00 | 75.00 |
| Delivery | 1.00 | 80.00 |
| | TOTAL DUE >>> | $5,065.00 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*900130360*

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Job No.    : 38189          BU ID    : B4-SK-R
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple Inc. -v- Samsung Electronics Co., Ltd., et al
Invoice No. : 49222          Invoice Date : 6/10/2013
Total Due   : $ 5,065.00

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850

PAYMENT WITH CREDIT CARD 

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49644 | 6/10/2013 | 38190 |

| Job Date | Case No. | |
|---|---|---|
| 5/29/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

RECEIVED

JUN 1 4 2013

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Chaehwan Li, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | 1.00 | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| Synchronization | 6.50 Hours | 812.50 |
| | TOTAL DUE >>> | $2,725.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



* 9 0 0 1 3 0 3 6 1 *

Tax ID:

---

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Job No.   : 38190        BU ID      : B5-SK-V
Case No.  : 12-CV-0630-LHK-PSG
Case Name : Apple Inc. -v- Samsung Electronics Co., Ltd., et al

Invoice No. : 49644        Invoice Date : 6/10/2013
Total Due : $ 2,725.00

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/30/2013
INVOICE # 052413-405727

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

RECEIVED

JUN 13 2013

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    DataViz, Inc. - Jeffrey John Fetchick
DATE:       5/24/2013
LOCATION:   Westport, CT

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 132 | $2.85 | $376.20 |
| Certified Transcript - Daily Delivery | 132 | $2.50 | $330.00 |
| Interactive Real-time | 132 | $1.35 | $178.20 |
| Rough ASCII | 132 | $1.25 | $165.00 |
| Compressed + ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 158 | $0.10 | $15.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $1,065.20 |
|  | | SHIPPING & HANDLING | $55.00 |
|  | | TOTAL | $1,120.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/30/2013
INVOICE # 052413-405728

Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    DataViz, Inc. - Jeffrey John Fetchick
DATE:       5/24/2013
LOCATION:   Westport, CT

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Ce-tiled - MPEG - Complimentary | 3 | $50.00 | $0.00 |

|  |  | SUBTOTAL | $462.50 |
|--|--|----------|---------|
|  |  | SHIPPING & HANDLING | $40.00 |
|  |  | TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 051413-120945

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

# RECEIVED
## JUN 13 2013

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Donald L. Gilpin / Jamie A. Riley
DATE:        5/14/2013
LOCATION:    Indianapolis, IN

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 106 | $2.85 | $302.10 |
| Certified Transcript - Daily Delivery | 106 | $2.50 | $265.00 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII - Witness #1 | 49 | $1.25 | $61.25 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 87 | $0.10 | $8.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $780.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $835.15 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 1 3 0 3 3 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 051413-120945

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

# RECEIVED

## JUN 1 3 2013

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Donald L. Gilpin / Jamie A. Riley
DATE:       5/14/2013
LOCATION:   Indianapolis, IN

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 106 | $2.85 | $302.10 |
| Certified Transcript - Daily Delivery | 106 | $2.50 | $265.00 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII - Witness #1 | 49 | $1.25 | $61.25 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 87 | $0.10 | $8.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $780.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $835.15 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*900130335*

**From:**      Kate Klausner <kklausner@tsgreporting.com>
**Sent:**      Tuesday, April 08, 2014 3:08 PM
**To:**        Lum, Phillip K.
**Subject:**   RE: Hi Kate,

Hi Phil –

Here is the breakdown by # of pages. Please let me know if you want us to down the invoices and I'll have my finance department take of it for you.

|                      | Gilbert | Riley |
|----------------------|---------|-------|
| Transcript Pages     | 49      | 57    |
| Daily Delivery       | 49      | 57    |
| Interactive Realtime | 49      | 57    |
| Rough ASCII          | 49      | 0     |
| Exhibits             | 87      | 0     |

|                      | Ng  | Imahiro |
|----------------------|-----|---------|
| Transcript Pages     | 161 | 152     |
| Daily Delivery       | 161 | 152     |
| Evening Pages        | 0   | 25      |
| nteractive Realtime  | 161 | 152     |
| Rough ASCII          | 161 | 152     |
| Exhibits             | 113 | 298     |

Kate Klausner, Esq.
Senior Account Executive

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue - 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
kklausner@tsgreporting.com
Secure, online scheduling available at www.tsgreporting.com

\*\*\* For any information that is time sensitive, please call our 24 hour client service department for immediate assistance at the phone number above \*\*\*

**From:** Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent:** Tuesday, April 08, 2014 1:02 PM
**To:** Kate Klausner
**Cc:** Lum, Phillip K.
**Subject:** Hi Kate,

Hope you are well.

1



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 051413-120946

Bill To:  Heather J. Fischer
          Gibson, Dunn & Crutcher LLP
          1881 Page Mill Road
          Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   Donald L. Gilpin / Jamie A. Riley
DATE:      5/14/2013
LOCATION:  Indianapolis, IN

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9001 30334*

**From:**       Kate Klausner <kklausner@tsgreporting.com>
**Sent:**       Tuesday, April 08, 2014 3:08 PM
**To:**         Lum, Phillip K.
**Subject:**    RE: Hi Kate,

Hi Phil -

Here is the breakdown by # of pages. Please let me know if you want us to down the invoices and I'll have my finance department take of it for you.

|                      | Gilbert | Riley |
|----------------------|---------|-------|
| Transcript Pages     | 49      | 57    |
| Daily Delivery       | 49      | 57    |
| Interactive Realtime | 49      | 57    |
| Rough ASCII          | 49      | 0     |
| Exhibits             | 87      | 0     |

|                      | Ng  | Imahiro |
|----------------------|-----|---------|
| Transcript Pages     | 161 | 152     |
| Daily Delivery       | 161 | 152     |
| Evening Pages        | 0   | 25      |
| nteractive Realtime  | 161 | 152     |
| Rough ASCII          | 161 | 152     |
| Exhibits             | 113 | 298     |

Kate Klausner, Esq.
Senior Account Executive

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue - 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
kklausner@tsgreporting.com
Secure, online scheduling available at www.tsgreporting.com

*** For any information that is time sensitive, please call our 24 hour client service department for immediate assistance at the phone number above ***

**From:** Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent:** Tuesday, April 08, 2014 1:02 PM
**To:** Kate Klausner
**Cc:** Lum, Phillip K.
**Subject:** Hi Kate,

Hope you are well.



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 051613-312090

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

RECEIVED

JUN 13 2013

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Patrick Holleran, Ph.D.
DATE:       5/16/2013
LOCATION:   Eugene, OR

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 102 | $3.35 | $341.70 |
| Certified Transcript - Daily Delivery | 102 | $3.25 | $331.50 |
| Interactive Real-time | 102 | $1.35 | $137.70 |
| Rough ASCII | 102 | $1.25 | $127.50 |
| Condensed + ASCII + Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked – Black & White | 321 | $0.10 | $32.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $970.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,025.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 1 3 0 3 3 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 051613-312091

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Patrick Holleran, Ph.D.
DATE:        5/16/2013
LOCATION:    Eugene, OR

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified MPEG Complimentary | 2 | $60.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 1 3 0 3 3 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052113-120950

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Charles Bedard
DATE:       5/21/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 196 | $3.35 | $656.60 |
| Certified Transcript - Daily Delivery | 196 | $3.25 | $637.00 |
| Interactive Real-time | 196 | $1.35 | $264.60 |
| Rough ASCII | 196 | $1.25 | $245.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 187 | $0.10 | $18.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,821.90 |
|---|---|---|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,876.90 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052113-120951

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Charles Bedard
DATE:       5/21/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
|  | SUBTOTAL | | $462.50 |
|  | SHIPPING & HANDLING | | $40.00 |
|  | TOTAL | | $502.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!


*900130338*



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052313-120952

RECEIVED

JUN 13 2013

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Alcatel-Lucent USA - Benjamin Cheung
DATE:       5/23/2013
LOCATION:   Summit, NJ

Billing Comments / Instructions:     Includes shipping for materials sent to witness for read & sign purposes
                                     Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 144 | $3.35 | $482.40 |
| Original Transcript - Daily Delivery | 144 | $3.25 | $468.00 |
| Interactive Real-time | 144 | $1.35 | $194.40 |
| Rough ASCII | 144 | $1.25 | $180.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $75.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1077 | $0.15 | $161.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,493.85 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $1,603.85 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 1 3 0 3 4 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052313-120953

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Alcatel-Lucent USA - Benjamin Cheung |
| DATE: | 5/23/2013 |
| LOCATION: | Summit, NJ |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 1 3 0 3 4 0 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052313-203949

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

RECEIVED

JUN 1 3 2013

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | David D. Zicarelli |
| DATE: | 5/23/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 160 | $2.85 | $456.00 |
| Certified Transcript - Daily Delivery | 160 | $2.50 | $400.00 |
| Interactive Real-time | 160 | $1.35 | $216.00 |
| Rough ASCII | 160 | $1.25 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 4 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 171 | $0.10 | $17.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | — | $45.00 | $0.00 |
| | SUBTOTAL | | $1,289.10 |
| | SHIPPING & HANDLING | | $55.00 |
| | TOTAL | | $1,344.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 1 3 0 3 4 3 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2013
INVOICE # 052313-203950

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

RECEIVED

JUN 13 2013

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     David D. Zicarelli
DATE:        5/23/2013
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Scratch - MPEG - Complementary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 1 3 0 3 4 2 *

# INVOICE

PLANET DEPOS

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49199 | 6/10/2013 | 38157 |

| Job Date | Case No. |
|---|---|
| 5/29/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

| Payment Terms |
|---|
| Due upon receipt |

JUN 1 4 2013

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

Junho Park, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | 1.00 | 2,000.00 |
| Overtime | 1.00 Hours | 375.00 |
| Expedited Delivery | 1.00 | 2,000.00 |
| Realtime Hook-up fee | 1.00 | 200.00 |
| Exhibits | 505.00 Pages | 126.25 |
| LEF/SBF/XMEF | 1.00 | 75.00 |
| | TOTAL DUE >>> | $4,776.25 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



* 9 0 0 1 3 0 3 6 3 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Job No.    : 38157          BU ID    : B4-SK-R
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple Inc. -v- Samsung Electronics Co., Ltd., et al
Invoice No. : 49199         Invoice Date : 6/10/2013
Total Due  : $ 4,776.25

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49653 | 6/10/2013 | 38159 |
| Job Date | Case No. | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

AMERICAN REALTIME

RECEIVED

JUN 1 4 2013

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Junho Park, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | 1.00 | 1,500.00 |
| Overtime | 1.00 Hours | 275.00 |
| Synchronization | 6.50 Hours | 812.50 |
| | TOTAL DUE >>> | $2,587.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 1 3 0 3 6 4*

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | | |
|---|---|---|---|
| Job No. | : 38159 | BU ID | : 85-SK-V |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| Invoice No. | : 49653 | Invoice Date | : 6/10/2013 |
| Total Due | : $ 2,587.50 | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  Planet Depos - Asia
           405 East Gude Drive
           Suite 209
           Rockville, MD 20850



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052113-312183

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*900948834*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | John Rohrlich |
| DATE: | 5/21/2013 |
| LOCATION: | Denver, CO |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 145 | $3.35 | $485.75 |
| Certified Transcript - Daily Delivery | 145 | $3.25 | $471.25 |
| Interactive Real-time | 145 | $1.35 | $195.75 |
| Rough ASCII | 145 | $1.25 | $181.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 97 | $0.10 | $9.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,343.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,398.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/10/2013
**INVOICE #** 052113-312184

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 3 5 *

CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: John Rohrlich
DATE: 5/21/2013
LOCATION: Denver, CO

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified MPEG - Complimentary~~ | ~~2~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$395.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$435.00~~ |

Please make all checks payable to. **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052213-312187

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 3 6 *

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Ruth Ritter
DATE:       5/22/2013
LOCATION:   Denver, CO

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 140 | $3.35 | $469.00 |
| Certified Transcript - Daily Delivery | 140 | $3.25 | $455.00 |
| Interactive Real-time | 140 | $1.35 | $189.00 |
| Rough ASCII | 140 | $1.25 | $175.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 195 | $0.10 | $19.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,307.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,362.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052213-312188

Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 3 7 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Ruth Ritter
DATE:       5/22/2013
LOCATION:   Denver, CO

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052213-312191

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 3 8*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Eric Roth
DATE:       5/22/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 136 | $3.35 | $455.60 |
| Certified Transcript - Daily Delivery | 136 | $3.25 | $442.00 |
| Interactive Real-time | 136 | $1.35 | $183.60 |
| Rough ASCII | 136 | $1.25 | $170.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 193 | $0.10 | $19.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,270.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,325.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052213-312192



\* 9 0 0 9 4 8 8 3 9 \*

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Eric Roth
DATE:        5/22/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052913-312167

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     David G. Casseres
DATE:        5/29/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 344 | $3.35 | $1,152.40 |
| Certified Transcript - Immediate Delivery | 344 | $3.85 | $1,265.60 |
| Certified Transcript - Evening Pages | 59 | $1.50 | $88.50 |
| Interactive Real-time | 344 | $1.35 | $464.40 |
| Rough ASCII | 344 | $1.25 | $430.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 440 | $0.10 | $44.00 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,440.99 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,495.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052913-312168

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 4 3 *

CASE:          Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:       David G. Casseres
DATE:          5/29/2013
LOCATION:      Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Additonal Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| ~~Videosynch / Tape~~ | 5 | ~~$45.00~~ | ~~$225.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 5 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$768.25~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$806.25~~ |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052913-312195

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 4 4 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Matthew Holloway
DATE:       5/29/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 142 | $3.35 | $475.70 |
| Certified Transcript - Daily Delivery | 142 | $3.25 | $461.50 |
| Interactive Real-time | 142 | $1.35 | $191.70 |
| Rough ASCII | 142 | $1.25 | $177.50 |
| Compressed / ASCII / Word-index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 294 | $0.10 | $29.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,335.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,390.80 |

Please make all checks payable to **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



**TSGr** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/10/2013
INVOICE # 052913-312196

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 4 5*

CASE:           Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:        Matthew Holloway
DATE:           5/29/2013
LOCATION:       Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $58.90 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to **TSG Reporting, Inc.**          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | H. Mark Lyon Esq | Invoice #: | CS1775791 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 6/13/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 1661731 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660335 \| Job Date: 5/14/2013 \| Delivery: Normal |
| Billing Atty: | H. Mark Lyon Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road \| Palo Alto, CA 94304 |
| Sched Atty: | Marc Kaplan \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 223.00 | $3.30 | $735.90 |
| | Exhibits | Per Page | 306.00 | $0.53 | $162.18 |
| Gregory Christie | ~~Realtime Services~~ | ~~Page~~ | ~~223.00~~ | ~~$2.25~~ | ~~$501.75~~ |
| | ~~Rough Draft~~ | ~~Page~~ | ~~223.00~~ | ~~$2.25~~ | ~~$501.75~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$39.00~~ | ~~$39.00~~ |
| | ~~Shipping & Handling~~ | ~~Package~~ | ~~1.00~~ | ~~$44.50~~ | ~~$44.50~~ |

| Notes: | | |
|---|---|---|
| | ~~Invoice Total:~~ | ~~$1,985.08~~ |
| | Payment: | ($1,985.08) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/services-information

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1775791 |
|---|---|
| Job #: | 1660335 |
| Invoice Date: | 6/13/2013 |
| Balance: | $0.00 |

700

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | H. Mark Lyon Esq | Invoice #: | CS1775994 |
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 6/13/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 166173 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660335 \| Job Date: 5/14/2013 \| Delivery: Normal |
| Billing Atty: | H. Mark Lyon Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road \| Palo Alto, CA 94304 |
| Sched Atty: | Marc Kaplan \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Gregory Christie | Video – Digitizing | | 4.31 | $65.00 | $280.15 |
| | ~~Shipping & Handling – Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$19.50~~ | ~~$19.50~~ |

| Notes: | | |
|---|---|---|
| | ~~Invoice Total:~~ | ~~$299.65~~ |
| | ~~Payment:~~ | ~~($299.65)~~ |
| | ~~Credit:~~ | ~~$0.00~~ |
| | ~~Interest:~~ | ~~$0.00~~ |
| | ~~Balance Due:~~ | ~~$0.00~~ |

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorneys' fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please contact us.
services service information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1775994 |
|---|---|
| Job #: | 1660335 |
| Invoice Date: | 6/13/2013 |
| Balance: | $0.00 |



## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Bill To: | Frederick S. Chung, Esq | | | | Invoice #: | CS1763040 |
|---|---|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | | | Invoice Date: | 6/17/2013 |
| | 1881 Page Mill Rd. | | | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | | Agency #: | 1661735 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660327 \| Job Date: 5/9/2013 \| Delivery: Normal |
| Billing Atty: | Frederick S. Chung, Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway \| Redwood Shores, CA 94065-1134 |
| Sched Atty: | Robin Davis, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 365.00 | $3.30 | $1,204.50 |
| | Exhibits | Per Page | 608.00 | $0.53 | $322.24 |
| Stephen Lemay | Rough Draft | Page | 365.00 | $2.25 | $821.25 |
| | Realtime Services | Page | 365.00 | $2.25 | $821.25 |
| | GD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,252.74 |
| | Payment: | ($3,252.74) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 30 days agree to pay all collection costs including reasonable attorney fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services, please consult http://www.veritext.com/services/service-information

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1763040 |
|---|---|
| Job #: | 1660327 |
| Invoice Date: | 6/17/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Frederick S. Chung. Esq | Invoice #: | CS1763040 |
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 6/17/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $3,252.74 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 1661735 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660327 | Job Date: 5/9/2013 | Delivery: Normal |
| Billing Atty: | Frederick S. Chung, Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway | Redwood Shores, CA 94065-1134 |
| Sched Atty: | Robin Davis, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Stephen Lemay | Certified Transcript | $3,252.74 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,252.74 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,252.74 |

TERMS. Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges relation to our services please consult http://www.veritext.com/services/all-services/service-information



*9 0 0 9 6 4 3 6 8 *

THIS INVOICE IS 50 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| | | | |
|---|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | Invoice #: | CS1763040 |
| **www.Veritext.com** | Veritext | Job #: | 1660327 |
| Veritext accepts all major credit cards | P.O. Box 71303 | Invoice Date: | 6/17/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: | $3,252.74 |

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Fischer Esq | | | Invoice #: | CS1778133 |
|---|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | | Invoice Date: | 6/17/2013 |
| | 1881 Page Mill Rd. | | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | Agency #: | 1661735 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660327 | Job Date: 5/9/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway | Redwood Shores, CA 94065-1134 |
| Sched Atty: | Robin Davis, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen Lemay | Video - Digitizing | | 7.00 | $65.00 | $455.00 |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$19.50~~ | ~~$19.50~~ |

| Notes: | | Invoice Total: | $474.50 |
|---|---|---|---|
| | | Payment: | ($474.50) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1778133 |
|---|---|
| Job #: | 1660327 |
| Invoice Date: | 6/17/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



*v o o t t*

| | | | |
|---|---|---|---|
| Bill To: | Heather Fischer Esq | Invoice #: | CS1778133 |
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 6/17/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $474.50 |
| | Palo Alto, CA, 94304-1146 | Agency #: | 1661735 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1660327 \| Job Date: 5/9/2013 \| Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway \| Redwood Shores, CA 94065-1134 |
| Sched Atty: | Robin Davis, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Stephen Lemay | Video - Digitizing | $474.50 |
| Notes: | | |
| | Invoice Total | $474.50 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $474.50 |

TERMS. Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/service/self-service/service-information



*900698668*

THIS INVOICE IS 189 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CS1778133 |
| Job #: | 1660327 |
| Invoice Date: | 6/17/2013 |
| Balance: | $474.50 |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060313-312570

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*900948848*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Vincent H. Lee - Tealpoint |
| DATE: | 6/3/2013 |
| LOCATION: | Concord, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 168 | $2.85 | $478.80 |
| Certified Transcript - Immediate Delivery | 168 | $2.85 | $478.80 |
| Interactive Real-time | 168 | $1.35 | $226.80 |
| Rough ASCII | 168 | $1.25 | $210.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 116 | $0.10 | $11.60 |
| Exhibits - Scanned & Hyperlinked - Color | 105 | $1.50 | $157.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,563.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,618.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060313-312571

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 4 9 *

CASE: Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS: Vincent H. Lee - Tealpoint
DATE: 6/3/2013
LOCATION: Concord, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060513-312424

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 5 0*

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Paul L. Hickman, Esq. |
| DATE: | 6/5/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 76 | $3.35 | $254.60 |
| Certified Transcript - Daily Delivery | 76 | $3.25 | $247.00 |
| Interactive Real-time | 76 | $1.35 | $102.60 |
| Rough ASCII | 76 | $1.25 | $95.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 414 | $0.10 | $41.40 |
| Exhibits - Scanned & Hyperlinked - Color | 10 | $1.50 | $15.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $755.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $810.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060513-312425



* 9 0 0 9 4 8 8 5 1 *

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Paul L. Hickman, Esq
DATE:       6/5/2013
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060613-312428

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**\* 9 0 0 9 4 8 8 5 2 \***

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Tim Oren |
| DATE: | 6/6/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 361 | $3.35 | $1,209.35 |
| Certified Transcript - Daily Delivery | 361 | $3.25 | $1,173.25 |
| Certified Transcript - Evening Pages | 31 | $1.50 | $46.50 |
| Interactive Real-time | 361 | $1.35 | $487.35 |
| Rough ASCII | 361 | $1.25 | $451.25 |
| Compressed / ASCII / Word index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 337 | $0.10 | $33.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,401.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,456.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207.3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060613-312429

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 5 3 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Tim Oren
DATE:        6/6/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $698.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $738.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060713-312432

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 5 4 \*

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Gitta Salomon
DATE:       6/7/2013
LOCATION:   San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 110 | $3.35 | $368.50 |
| Certified Transcript - Daily Delivery | 110 | $3.25 | $357.50 |
| Interactive Real-time | 110 | $1.35 | $148.50 |
| Rough ASCII | 110 | $1.25 | $137.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 104 | $0.10 | $10.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,022.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,077.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/21/2013
INVOICE # 060713-312433

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 5 5 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Gitta Salomon |
| DATE: | 6/7/2013 |
| LOCATION: | San Francisco, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/28/2013
**INVOICE #** 061113-406286

**Bill To:**      Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 5 8 *

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     David Nagel
**DATE:**        6/11/2013
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 148 | $3.35 | $495.80 |
| Certified Transcript - Daily Delivery | 148 | $3.25 | $481.00 |
| Rough ASCII | 148 | $1.25 | $185.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 254 | $0.10 | $25.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  |  | SUBTOTAL | $1,187.20 |
|--|--|----------|-----------|
|  |  | SHIPPING & HANDLING | $55.00 |
|  |  | TOTAL | $1,242.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/28/2013
**INVOICE #** 061113-406287

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 5 9 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     David Nagel
DATE:        6/11/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 053013-406282

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*900948846*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | David R. Dunham |
| DATE: | 5/30/2013 |
| LOCATION: | Philadelphia, PA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $3.35 | $385.25 |
| Certified Transcript - Daily Delivery | 115 | $3.25 | $373.75 |
| Interactive Real-time | 115 | $1.35 | $155.25 |
| Rough ASCII | 115 | $1.25 | $143.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.10 | $4.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,062.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,117.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 053013-406283

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

```
* 9 0 0 9 4 8 8 4 7 *
```

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | David R. Dunham |
| DATE: | 5/30/2013 |
| LOCATION: | Philadelphia, PA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406292

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 6 4 \*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Robert Levy |
| DATE: | 6/13/2013 |
| LOCATION: | Washington, DC |

Billing Comments / Instructions:   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 82 | $3.35 | $274.70 |
| Original Transcript - Daily Delivery | 82 | $3.25 | $266.50 |
| Interactive Real-time | 82 | $1.35 | $110.70 |
| Rough ASCII | 82 | $1.25 | $102.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 20 | $0.15 | $3.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 18 | $1.50 | $27.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $854.40 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $934.40 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406293

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Robert Levy
DATE:       6/13/2013
LOCATION:   Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 9 4 8 8 6 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406350

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 6 6 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Fred Quintana |
| DATE: | 6/13/2013 |
| LOCATION: | Redwood Shores, CA |

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 307 | $3.35 | $1,028.45 |
| Original Transcript - Daily Delivery | 307 | $3.25 | $997.75 |
| Original Transcript - Evening Pages | 60 | $1.50 | $90.00 |
| Interactive Real-time | 307 | $1.35 | $414.45 |
| Rough ASCII | 307 | $1.25 | $383.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard - B&W | 55 | $0.10 | $5.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 55 | $0.15 | $8.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,173.15 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $3,308.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406351



* 9 0 0 9 4 8 8 6 7 *

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Fred Quintana
DATE:         6/13/2013
LOCATION:     Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 2 | $67.50 | $135.00 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $60.00 | $0.00 |
| | | SUBTOTAL | $867.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $907.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406354

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 6 8 \*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Diana Cohen |
| DATE: | 6/13/2013 |
| LOCATION: | San Francisco, CA |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 182 | $3.35 | $609.70 |
| Original Transcript - Daily Delivery | 182 | $3.25 | $591.50 |
| Interactive Real-time | 182 | $1.35 | $245.70 |
| Rough ASCII | 182 | $1.25 | $227.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1084 | $0.15 | $162.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,977.00 |
| | | SHIPPING & HANDLING | $120.00 |
| | | TOTAL | $2,097.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061313-406355

*900948869*

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Diana Cohen
DATE:        6/13/2013
LOCATION:    San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061413-204136

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 7 0 \*

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Steven E. Stupp, Ph.D.
DATE:       6/14/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 26 | $2.85 | $74.10 |
| Certified Transcript - Daily Delivery | 26 | $2.50 | $65.00 |
| Interactive Real-time | 26 | $1.35 | $35.10 |
| Rough ASCII | 26 | $1.25 | $32.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 58 | $0.10 | $5.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $212.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $267.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 061413-204137



*9 0 0 9 4 8 8 7 1*

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Steven E. Stupp, Ph.D.
DATE:        6/14/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 062113-204140

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

\* 9 0 0 9 4 8 8 9 8 \*

CASE: Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS: Roderick Peterson - NeoMagic Corporation
DATE: 6/21/2013
LOCATION: Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 109 | $2.85 | $310.65 |
| Certified Transcript - Daily Delivery | 109 | $2.50 | $272.50 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 113 | $0.10 | $11.30 |
| Exhibits - Scanned & Hyperlinked - Color | 218 | $1.50 | $327.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,204.85 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,259.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



TSG REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/28/2013
INVOICE # 062113-204141

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9009 48899*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Roderick Peterson - NeoMagic Corporation |
| DATE: | 6/21/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $90.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $130.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Brian M. Buroker Esq | | Invoice #: | CS1788647 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date | 6/28/2013 |
| | 1050 Connecticut Ave. NW | | Balance Due. | $0.00 |
| | Washington, DC, 20036-5303 | | | |

| Case: | Motorola Mobility LLC v. Apple, Inc. |
|---|---|
| Job #: | 1688190 | Job Date: 6/19/2013 | Delivery: Normal |
| Billing Atty: | Brian M. Buroker Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road | Palo Alto, CA 94304 |
| Sched Atty: | Robin Davis, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 305.00 | $3.25 | $991.25 |
| | Exhibits | Per Page | 175.00 | $0.53 | $92.75 |
| Marcel Van Os | Realtime Services | Page | 305.00 | $2.25 | $686.25 |
| | Rough Draft | Page | 305.00 | $2.25 | $686.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $34.50 | $34.50 |

| Notes: | | Invoice Total: | $2,530.00 |
|---|---|---|---|
| | | Payment: | ($2,530.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1788647 |
|---|---|
| Job #: | 1688190 |
| Invoice Date: | 6/28/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston, NJ 07039
Tel. 973-410-4040  Fax. 973-410-1313

| | | |
|---|---|---|
| Bill To: Brian M. Buroker Esq | Invoice #: | CS1788647 |
| Gibson Dunn & Crutcher LLP | Invoice Date: | 06/28/2013 |
| 1050 Connecticut Ave. NW | Balance Due: | $2,530.00 |
| Washington, DISTRICT OF COLUMBIA 20036-5303 | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1688190    Job Date: 08/19/2013    Delivery:  Normal |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road I Palo Alto, CA 94304 |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Marcel Van Os | Certified Transcript | | $2,530.00 |
| | Notes: | | Invoice Total: | $2,530.00 |
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| | Fed. Tax ID: 20-3457913 | Term: Net 30 | Balance Due: | $2,530.00 |

TERMS   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**



* 9 0 0 9 4 5 3 9 6 *

| | | |
|---|---|---|
| Make check payable to: | Invoice #: | CS1788647 |
| ☐ Visa ☐ MC ☐ Amex  ☐ Discover  ☐ Lock Box | Job #: | 1688190 |
| | Invoice Date: | 06/28/2013 |
| | Balance : | $2,530.00 |
| Credit Card # _____ Exp. Date | Please remit payment to: | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | Veritext | |
| | P.O. Box 71303 | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | Chicago, IL 60694-1303 | |
| | For more information on charges related to your services please consult  www.veritext.com/serviceinfo | |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121165

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 9 0 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     David Intersimone - Embarcadero Technologies
DATE:        6/21/2013
LOCATION:    San Jose, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 114 | $3.35 | $381.90 |
| Certified Transcript - Daily Delivery | 114 | $3.25 | $370.50 |
| Interactive Real-time | 114 | $1.35 | $153.90 |
| Rough ASCII | 114 | $1.25 | $142.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 34 | $0.10 | $3.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,052.20 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $1,107.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121166

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 9 1 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | David Intersimone - Embarcadero Technologies |
| DATE: | 6/21/2013 |
| LOCATION: | San Jose, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 052413-121133



**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**       Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    Robin E. Martherus
**DATE:**       5/24/2013
**LOCATION:**   Phoenix, AZ

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 182 | $3.35 | $609.70 |
| Certified Transcript - Immediate Delivery | 182 | $3.65 | $664.30 |
| Interactive Real-time | 182 | $1.35 | $245.70 |
| Rough ASCII | 182 | $1.25 | $227.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 468 | $0.10 | $46.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,794.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,849.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 052413-121134

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 4 1 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Robin E. Martherus |
| DATE: | 5/24/2013 |
| LOCATION: | Phoenix, AZ |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061813-121135

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\*9 0 0 9 4 8 8 7 4 \*

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Dianne K. Hackborn
DATE:      6/18/2013
LOCATION:  Redwood Shores, CA

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period.
                                    Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 233 | $3.35 | $780.55 |
| Original Transcript - Daily Delivery | 233 | $3.25 | $757.25 |
| Interactive Real-time | 233 | $1.35 | $314.55 |
| Rough ASCII | 233 | $1.25 | $291.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 333 | $0.15 | $49.95 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 6 | $1.50 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,342.55 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $2,477.55 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061813-121136

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 7 5 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Dianne K. Hackborn
DATE:        6/18/2013
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2013
**INVOICE #** 061813-121141

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 7 6 *

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | David Orange |
| **DATE:** | 6/18/2013 |
| **LOCATION:** | Washington, DC |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 119 | $3.35 | $398.65 |
| Certified Transcript - Immediate Delivery | 119 | $3.65 | $434.35 |
| Interactive Real-time | 119 | $1.35 | $160.65 |
| Rough ASCII | 119 | $1.25 | $148.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 594 | $0.10 | $59.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,201.80 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $1,256.80 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2013
**INVOICE #** 061813-121142

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 7 7 \*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    David Orange
DATE:       6/18/2013
LOCATION:   Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| ~~Videosynch / Tape~~ | ~~3~~ | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~3~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$350.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$390.00~~ |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061913-121143

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 7 8 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Lars Frid-Nielsen |
| DATE: | 6/19/2013 |
| LOCATION: | New York, NY |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 109 | $3.35 | $365.15 |
| Original Transcript - Daily Delivery | 109 | $3.25 | $354.25 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $75.00 | $75.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 184 | $0.15 | $27.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,105.40 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,185.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**