

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061913-121144

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 7 9 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Lars Frid-Nielsen |
| DATE: | 6/19/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061913-121149

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 8 0 \*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | John F. Guay |
| DATE: | 6/19/2013 |
| LOCATION: | Washington, DC |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 285 | $3.35 | $954.75 |
| Certified Transcript - Immediate Delivery | 285 | $3.65 | $1,040.25 |
| Interactive Real-time | 285 | $1.35 | $384.75 |
| Rough ASCII | 285 | $1.25 | $356.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 776 | $0.10 | $77.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,813.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,868.60 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month  not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 061913-121150

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 8 1*

CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: John F. Guay
DATE: 6/19/2013
LOCATION: Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | 50.00 |
| | | SUBTOTAL | $697.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2013
**INVOICE #** 062013-121151

**Bill To:** Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125


* 9 0 0 9 4 8 8 8 2 *

**CASE:** Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:** Sean Luke
**DATE:** 6/20/2013
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 79 | $3.35 | $264.65 |
| ~~Original Transcript - Daily Delivery~~ | ~~79~~ | ~~$3.25~~ | ~~$256.75~~ |
| ~~Interactive Real-time~~ | ~~79~~ | ~~$1.35~~ | ~~$106.65~~ |
| ~~Rough ASCII~~ | ~~79~~ | ~~$1.25~~ | ~~$98.75~~ |
| ~~Reporter Waiting Time / Hour~~ | ~~1~~ | ~~$100.00~~ | ~~$100.00~~ |
| ~~Reporter Appearance Fee / Session - Videotaped - Comp~~ | ~~1~~ | ~~$70.00~~ | ~~$70.00~~ |
| ~~Compressed / ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 31 | $0.15 | $4.65 |
| ~~File Creation Fee - Hyperlinked Exhibits - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$901.45~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$135.00~~ |
| | | ~~TOTAL~~ | ~~$1,036.45~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2013
**INVOICE #** 062013-121152

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 8 3 *

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| **WITNESS:** | Sean Luke |
| **DATE:** | 6/20/2013 |
| **LOCATION:** | Washington, DC |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062013-121157

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125


*900948884*

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Oliver W. Steele |
| DATE: | 6/20/2013 |
| LOCATION: | Boston, MA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 121 | $3.35 | $405.35 |
| Certified Transcript - Immediate Delivery | 121 | $3.65 | $441.65 |
| Interactive Real-time | 121 | $1.35 | $163.35 |
| Rough ASCII | 121 | $1.25 | $151.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 172 | $0.10 | $17.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,178.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,233.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062013-121158

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 8 5 \*

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Oliver W. Steele |
| DATE: | 6/20/2013 |
| LOCATION: | Boston, MA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062013-121161

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 8 6 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Bill Luciw
DATE:        6/20/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 123 | $3.35 | $412.05 |
| Certified Transcript - Daily Delivery | 123 | $3.25 | $399.75 |
| Interactive Real-time | 123 | $1.35 | $166.05 |
| Rough ASCII | 123 | $1.25 | $153.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 194 | $0.10 | $19.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,151.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,206.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062013-121162

Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

* 9 0 0 9 4 8 8 8 7 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Bill Luciw
DATE:       6/20/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121169

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 9 2 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Tim Harrington |
| DATE: | 6/21/2013 |
| LOCATION: | San Francisco, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 126 | $3.35 | $422.10 |
| Certified Transcript - Daily Delivery | 126 | $3.25 | $409.50 |
| Interactive Real-time | 126 | $1.35 | $170.10 |
| Rough ASCII | 126 | $1.25 | $157.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 143 | $0.10 | $14.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,173.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,228.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121170

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 9 3 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Tim Harrington |
| DATE: | 6/21/2013 |
| LOCATION: | San Francisco, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121173



**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| **WITNESS:** | Stephen P. Capps cont w/ pg 179 |
| **DATE:** | 6/21/2013 |
| **LOCATION:** | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 88 | $3.35 | $294.80 |
| Certified Transcript - Daily Delivery | 88 | $3.25 | $286.00 |
| Interactive Real-time | 88 | $1.35 | $118.80 |
| Rough ASCII | 88 | $1.25 | $110.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 2014 | $0.10 | $201.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,011.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,066.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2013
INVOICE # 062113-121174

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*900948895*

CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: Stephen P. Capps cont w/ pg 179
DATE: 6/21/2013
LOCATION: Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| ~~Videosynch / Tape~~ | 2 | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 2 | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



PLANET DEPOS   AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50178 | 7/3/2013 | 35521 |
| Job Date | Case No. | |
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
| Toshiyuki Masui | | |
| Reporter Daily Minimum | | 1,500.00 |
| Expedited Delivery | | 1,500.00 |
| Exhibits | 76.00 Pages | 19.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 25.00 |
| | TOTAL DUE >>> | $3,119.00 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :   50178
Invoice Date  :   7/3/2013
**Total Due**   :   **$ 3,119.00**

Remit To:  **Planet Depos - Asia**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

Job No.    :   35521
BU ID      :   81-JAP-R
Case No.   :   12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA
Case Name  :   Apple -v- Samsung; Samsung -v- Apple;
               Motorola -v- Apple (TRIPLE CASE)

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50972 | 7/3/2013 | 35522 |
| **Job Date** | **Case No.** | |
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Toshiyuki Masui

| | | |
|---|---|---|
| CD/DVD - First Set | 4.00 Disks | 500.00 |
| Synchronization | 5.00 Hours | 625.00 |
| | TOTAL DUE >>> | $1,125.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 9 5 2 8 6 5 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 50972 |
| Invoice Date | : | 7/3/2013 |
| **Total Due** | : | **$ 1,125.00** |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | | 35522 |
| BU ID | | 82-JAP-V |
| Case No. | | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 060713-121339

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 5 6 \*

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Eric Kern Proul
DATE:        6/7/2013
LOCATION:    San Diego, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 54 | $3.35 | $180.90 |
| Certified Transcript - Daily Delivery | 54 | $3.25 | $175.50 |
| Interactive Real-time | 54 | $1.35 | $72.90 |
| Rough ASCII | 54 | $1.25 | $67.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 292 | $0.10 | $29.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $526.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $581.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 060713-121340



\* 9 0 0 9 4 8 8 5 7 \*

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Eric Kern Proul
DATE:       6/7/2013
LOCATION:   San Diego, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 061113-121341



*9 0 0 9 4 8 8 6 0 *

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Paul Westbrook
DATE:       6/11/2013
LOCATION:   Redwood City, CA

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 340 | $3.35 | $1,139.00 |
| Original Transcript—Daily Delivery | 340 | $3.25 | $1,105.00 |
| Original Transcript—Evening Pages | 62 | $1.50 | $93.00 |
| Interactive Real-time | 340 | $1.35 | $459.00 |
| Rough ASCII | 340 | $1.25 | $425.00 |
| Reporter Appearance Fee / Session – Videotaped – Comp | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped – Comp | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 122 | $0.15 | $18.30 |
| File Creation Fee – Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,484.30 |
| | | SHIPPING & HANDLING | $120.00 |
| | | TOTAL | $3,604.30 |

Please make all checks payable to: TSG Reporting, Inc       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 061113-121342

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 6 1 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Paul Westbrook |
| DATE: | 6/11/2013 |
| LOCATION: | Redwood City, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer – Add'l Hours - Evening Rate | 2 | $67.50 | $135.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $777.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $817.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone (877) 702-9580
Fax (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 061313-406288

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 8 6 2 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Yat-Sang Hung
DATE:        6/13/2013
LOCATION:    Dallas, TX

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period
                                     Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 187 | $3.35 | $626.45 |
| Original Transcript - Daily Delivery | 187 | $3.25 | $607.75 |
| Interactive Real-time | 187 | $1.35 | $252.45 |
| Rough ASCII | 187 | $1.25 | $233.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $100.00 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 425 | $0.15 | $63.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 93 | $1.50 | $139.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $200.00 | $0.00 |
| Conference Room / Hour - Complimentary | 6.5 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,123.65 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $2,258.65 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 061313-406289

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 6 3 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Yat-Sang Hung |
| DATE: | 6/13/2013 |
| LOCATION: | Dallas, TX |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 061413-121545

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

* 9 0 0 9 4 8 8 7 2 *

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   Michael Schaffer
DATE:      6/14/2013
LOCATION:  San Francisco, CA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 93 | $3.35 | $311.55 |
| Original Transcript - Daily Delivery | 93 | $3.25 | $302.25 |
| Interactive Real-time | 93 | $1.35 | $125.55 |
| Rough ASCII | 93 | $1.25 | $116.25 |
| Reporter Waiting Time / Early AM Hour | 1 | $150.00 | $150.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 189 | $0.15 | $28.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $350.00 | $0.00 |
| | | SUBTOTAL | $1,103.95 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,183.95 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 061413-121346

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 8 7 3 \*

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| **WITNESS:** | Michael Schaffer |
| **DATE:** | 6/14/2013 |
| **LOCATION:** | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videographer - Add'l Hours - Early AM Rate | 1 | $67.50 | $67.50 |
| ~~Videosynch / Tape~~ | 2 | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 2 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$372.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$412.50~~ |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062013-406618

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*900948888*

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Robert Bowers
DATE:        6/20/2013
LOCATION:    Portland, OR

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 146 | $3.35 | $489.10 |
| Certified Transcript - 2 Day Delivery | 146 | $2.75 | $401.50 |
| Interactive Real-time | 146 | $1.35 | $197.10 |
| Rough ASCII | 146 | $1.25 | $182.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 106 | $0.10 | $10.60 |
| Exhibits - Scanned & Hyperlinked - Color | 104 | $1.50 | $156.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,436.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,491.80 |

Please make all checks payable to: TSG Reporting, Inc    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062013-406619

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 8 8 9 *

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Robert Bowers |
| DATE: | 6/20/2013 |
| LOCATION: | Portland, OR |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 062113-406489

**Bill To:**      Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**        Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**     Adam Cheyer
**DATE:**        6/21/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 245 | $3.35 | $820.75 |
| Certified Transcript - Daily Delivery | 245 | $3.25 | $796.25 |
| Certified Transcript - Early AM Pages | 38 | $1.50 | $57.00 |
| Interactive Real-time | 245 | $1.35 | $330.75 |
| Rough ASCII | 245 | $1.25 | $306.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 311 | $0.10 | $31.10 |
| Exhibits - Scanned & Hyperlinked - Color | 289 | $1.50 | $433.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,775.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,830.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062113-406490

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 8 9 7 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Adam Cheyer |
| DATE: | 6/21/2013 |
| LOCATION: | San Francisco, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videographer - Add'l Hours - Early AM Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062413-406566

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

* 9 0 0 9 4 8 9 0 2 *

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Hiroaki Yamamoto, Ph.D. |
| DATE: | 6/24/2013 |
| LOCATION: | Los Angeles, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 74 | $3.35 | $247.90 |
| Certified Transcript - Daily Delivery | 74 | $3.25 | $240.50 |
| Interactive Real-time | 74 | $1.35 | $99.90 |
| Rough ASCII | 74 | $1.25 | $92.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 51 | $0.10 | $5.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $685.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $740.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 062413-406567

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 0 3 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Hiroaki Yamamoto, Ph.D.
DATE:        6/24/2013
LOCATION:    Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062413-406570

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*900948904*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Wayne B. Yurtin
DATE:       6/24/2013
LOCATION:   San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 175 | $3.35 | $586.25 |
| Certified Transcript - Daily Delivery | 175 | $3.25 | $568.75 |
| Interactive Real-time | 175 | $1.35 | $236.25 |
| Rough ASCII | 175 | $1.25 | $218.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 930 | $0.10 | $93.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,703.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,758.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters.
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062413-406571



**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Wayne B. Yurtin |
| DATE: | 6/24/2013 |
| LOCATION: | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified MPEG Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $530.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $570.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062513-121351

**Bill To:**     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 0 8 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Arthur Rangel |
| DATE: | 6/25/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 140 | $3.35 | $469.00 |
| Certified Transcript - Daily Delivery | 140 | $3.25 | $455.00 |
| Interactive Real-time | 140 | $1.35 | $189.00 |
| Rough ASCII | 140 | $1.25 | $175.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 13 | $0.10 | $1.30 |
| Exhibits - Scanned & Hyperlinked - Color | 642 | $1.50 | $963.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,252.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,307.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/5/2013
INVOICE # 062513-121352

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1681 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 0 9 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Arthur Rangel
DATE:       6/25/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. if you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 062513-406574

**Bill To:**     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 0 6 *

**CASE:**       Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    James A. LaBarre
**DATE:**       6/25/2013
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 160 | $3.35 | $536.00 |
| Certified Transcript - Daily Delivery | 160 | $3.25 | $520.00 |
| Interactive Real-time | 160 | $1.35 | $216.00 |
| Rough ASCII | 160 | $1.25 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1231 | $0.10 | $123.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,595.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,650.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/5/2013
**INVOICE #** 062513-406575

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** James A. LaBarre
**DATE:** 6/25/2013
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49771 | 7/8/2013 | 38162 |
| Job Date | Case No. | |
| 6/6/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

Jinhyung Kim, 30(b)(6) & Individual, Volume 2

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up Fee | 2.00 | 400.00 |
| Exhibits | 702.00 Pages | 50.50 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE >>> | $4,525.50 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

* 9 0 0 9 5 2 8 7 6 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

| | |
|---|---|
| Invoice No. | : 49771 |
| Invoice Date | : 7/8/2013 |
| **Total Due** | : **$ 4,525.50** |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | |
|---|---|
| Job No. | 38162 |
| BU ID | B4-SK-R |
| Case No. | 12-CV-0630-LHK-PSG |
| Case Name | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49914 | 7/8/2013 | 38163 |
| **Job Date** | **Case No.** | |
| 6/7/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
    Daewoon Myoung, 30(b)(6) & Individual

|  |  |  |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 2.00 | 400.00 |
| Exhibits | 179.00 Pages | 44.75 |
| LEF/SBF/XMEF | | 75.00 |
|  | TOTAL DUE >>> | $4,519.75 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  49914
Invoice Date  :  7/8/2013
**Total Due**   :  **$ 4,519.75**

Remit To: **Planet Depos - Asia**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD 20850**

Job No.      :  38163
BU ID       :  84-SK-R
Case No.    :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
                 (DUAL CAPTION)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50844 | 7/8/2013 | 38169 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

PLANET DEPOS
AMERICAN REALTIME

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
    Youngmi Kim, 30(b)(6) & Individual

|  |  |  |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 973.00 Pages | 243.25 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE >>> | **$5,080.75** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | : | 50844 |
|---|---|---|
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 5,080.75** |

Remit To:  **Planet Depos - Asia**
    **405 East Gude Drive**
    **Suite 209**
    **Rockville, MD 20850**

| Job No. | | 38169 |
|---|---|---|
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50856 | 7/8/2013 | 38675 |

| Job Date | Case No. |
|---|---|
| 6/20/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

AMERICAN REALTIME

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
  Byongjin Kang, Volume 1

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 216.00 Pages | 54.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 50.00 |
| | TOTAL DUE >>> | $4,941.50 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*90095 2851*

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.    :   50856
Invoice Date   :   7/8/2013
**Total Due**  :   **$ 4,941.50**

Remit To:  **Planet Depos - Asia
           405 East Gude Drive
           Suite 209
           Rockville, MD 20850**

Job No.     :   38675
BU ID       :   84-SK-R
Case No.    :   12-CV-0630-LHK-PSG
Case Name   :   Apple -v- Samsung; Samsung -v- Apple
                (DUAL CAPTION)

# INVOICE

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51301 | 7/8/2013 | 38165 |
| Job Date | Case No. | |
| 6/5/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Jinhyung Kim, 30(b)(6) & Individual, Volume 1

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 2.00 Hours | 550.00 |
| Synchronization | 6.50 Hours | 812.50 |
| | TOTAL DUE >>> | $2,862.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

* 9 0 0 9 5 2 8 6 4 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | : | 51301 |
|---|---|---|
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,862.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| Job No. | : | 38165 |
|---|---|---|
| BU ID | : | 85-5K-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE


AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51306 | 7/8/2013 | 38166 |
| Job Date | Case No. | |
| 6/6/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Jinhyung Kim, 30(b)(6) & Individual, Volume 2

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Synchronization | 3.50 Hours | 437.50 |
| | TOTAL DUE >>> | $1,937.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

```
*9 0 0 9 5 2 8 7 3 *
```

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  51306
Invoice Date  :  7/8/2013
**Total Due**    :  **$ 1,937.50**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

Job No.    :  38166
BU ID      :  85-SK-V
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
             (DUAL CAPTION)

# INVOICE

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51312 | 7/8/2013 | 38167 |
| Job Date | Case No. | |
| 6/7/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   Daewoon Myoung, 30(b)(6) & Individual

|  |  |  |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Synchronization | 5.50 Hours | 687.50 |
| | TOTAL DUE >>> | $2,187.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | |
|---|---|
| Invoice No. | 51312 |
| Invoice Date | 7/8/2013 |
| **Total Due** | **$ 2,187.50** |

Remit To: Planet Depos - Asia
       405 East Gude Drive
       Suite 209
       Rockville, MD 20850

| | |
|---|---|
| Job No. | 38167 |
| BU ID | 85-SK-V |
| Case No. | 12-CV-0630-LHK-PSG |
| Case Name | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51400 | 7/8/2013 | 38677 |

| Job Date | Case No. |
|---|---|
| 6/20/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Byongjin Kang, Volume 1

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| Synchronization | 7.50 Hours | 937.50 |
| | TOTAL DUE >>> | $2,850.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 51400 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,850.00** |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | | 38677 |
| BU ID | | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51418 | 7/8/2013 | 38171 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Youngmi Kim, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| Synchronization | 6.50 Hours | 812.50 |
| | TOTAL DUE >>> | $2,725.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888 433.3767

Thank you for your business.

```
* 9 0 0 9 5 2 8 6 0 *
```

**Tax ID:**

---

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

| | | |
|---|---|---|
| Invoice No. | : | 51418 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,725.00** |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38171 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

d

PLANET DEPOS   AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51885 | 7/8/2013 | 38161 |
| Job Date | Case No. | |
| 6/5/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Jinhyung Kim, 30(b)(6) & Individual, Volume 1

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 2.00 Hours | 750.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 2.00 | 400.00 |
| Exhibits | 212.00 Pages | 53.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 30.00 |
| | TOTAL DUE >>> | $5,308.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

```
*9 0 0 9 5 2 8 6 1 *
```

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   : 51885
Invoice Date  : 7/8/2013
**Total Due**   : **$ 5,308.00**

Remit To: **Planet Depos – Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

060121765

| | | |
|---|---|---|
| Job No. | | 38161 |
| BU ID | | 84-SK-R |
| Case No. | | 12-CV-0630-LHK-PSG |
| Case Name | | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Michael A Valek Esq
Gibson Dunn & Crutcher LLP
2100 McKinney Ave.
Suite 1100
Dallas, TX, 75201-6912

| | |
|---|---|
| Invoice #: | NY1794309 |
| Invoice Date: | 7/10/2013 |
| Balance Due: | $1,952.72 |

| | |
|---|---|
| Case: | Apple Inc v. Samsung |
| Job #: | 1693668 | Job Date: 6/27/2013 | Delivery: Daily |
| Billing Atty: | Michael A Valek Esq |
| Location: | Quinn Emanuel |
| | 51 Madison Avenue (btwn 27 & 28) | 22nd Floor | New York, NY 10010 |
| Sched Atty: | Michael Valek | Gibson Dunn & Crutcher LLP |

`* 9 0 0 9 6 4 3 6 4 *`

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 173.00 | $4.95 | $856.35 |
| | ~~Transcript - Fee for Daily~~ | ~~Page~~ | ~~173.00~~ | ~~$2.95~~ | ~~$510.35~~ |
| | ~~Attendance Fee~~ | ~~1~~ | ~~1.00~~ | ~~$75.00~~ | ~~$75.00~~ |
| | Exhibits | Per Page | 57.00 | $0.40 | $22.80 |
| Kenneth Landau | Exhibits - Color | Per Page | 36.00 | $2.50 | $90.00 |
| | ~~Rough Draft~~ | ~~Page~~ | ~~173.00~~ | ~~$1.75~~ | ~~$302.75~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$39.00~~ | ~~$39.00~~ |
| | ~~Exhibits Scanned-Searchable - OCR~~ | ~~Per page~~ | ~~93.00~~ | ~~$0.29~~ | ~~$26.97~~ |
| | ~~Shipping & Handling~~ | ~~Package~~ | ~~1.00~~ | ~~$29.50~~ | ~~$29.50~~ |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,952.72 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,952.72 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY1794309 |
| Job #: | 1693668 |
| Invoice Date: | 7/10/2013 |
| Balance: | $1,952.72 |

# INVOICE

 AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51018 | 7/12/2013 | 38680 |
| **Job Date** | **Case No.** | |
| 6/24/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Joonkyo (Joseph) Cheong, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | | 375.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 327.00 Pages | 81.75 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 30.00 |
| | **TOTAL DUE >>>** | **$4,761.75** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*900952875*

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

| | | |
|---|---|---|
| Invoice No. | : | 51018 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 4,761.75** |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38680 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51279 | 7/12/2013 | 38173 |

| Job Date | Case No. | |
|---|---|---|
| 6/27/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Aople (DUAL CAPTION) | | |

AMERICAN REALTIME

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Payment Terms |
|---|
| Due upon receipt |

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Hyunjung Kim, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 2.50  Hours | 937.50 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 2.00 | 400.00 |
| Exhibits | 1,068.00  Pages | 267.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 40.00 |
| | TOTAL DUE >>> | $5,719.50 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*900130586*

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  51279
Invoice Date  :  7/12/2013
**Total Due**     :  **$ 5,719.50**

Remit To:  **Planet Depos - Asia**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD 20850**

Job No.    :  38173
BU ID      :  84-SK-R
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
              (DUAL CAPTION)



PLANET DEPOS

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51600 | 7/12/2013 | 38852 |
| Job Date | Case No. | |
| 6/28/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Bjorn Erik Bringert

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,200.00 |
| Exhibits | 121.00 Pages | 30.25 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 97.80 |
| | TOTAL DUE >>> | $4,403.05 |

Less than 1 Business Day Delivery

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 0 0 1 3 0 5 8 8 *

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 51600 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 4,403.05** |

Remit To: **Planet Depos**
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 38852 |
| BU ID | : | 72-INT'L-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51965 | 7/12/2013 | 38682 |

| Job Date | Case No. |
|---|---|
| 6/24/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Joonkyo (Joseph) Cheong, 30(b)(6) & Individual
      Videographer Daily Fee                                        1,500.00
      Overtime                                                       275.00
      Synchronization                       7.00  Hours             875.00

                                  TOTAL DUE  >>>                $2,650.00

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 51965 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 2,650.00** |

Remit To: **Planet Depos - Asia**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD 20850**

| | |
|---|---|
| Job No. | 38682 |
| BU ID | 85-SK V |
| Case No. | 12-CV-0630-LHK-PSG |
| Case Name | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



AMERICAN REALTIME

PLANET DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51997 | 7/12/2013 | 38175 |
| Job Date | Case No. | |
| 6/27/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Hyunjung Kim, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 2.50 Hours | 687.50 |
| ~~Synchronization~~ | ~~8.50 Hours~~ | ~~1,062.50~~ |
| | TOTAL DUE >>> | $3,250.00 |

Due upon ~~receipt and is not contingent on client payment.~~

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 0 0 1 3 0 5 8 7 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 51997 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 3,250.00** |

Remit To:  Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 38175 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52021 | 7/12/2013 | 38853 |
| Job Date | Case No. | |
| 6/28/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Bjorn Bringert

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Synchronization | 6.50  Hours | 812.50 |
| | TOTAL DUE >>> | $2,312.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 1 3 0 5 8 9 *

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

| Invoice No. | : | 52021 |
|---|---|---|
| Invoice Date | : | 7/12/2013 |
| **Total Due** | **:** | **$ 2,312.50** |

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| Job No. | : | 38853 |
|---|---|---|
| BU ID | : | 73-INT'L-v |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062113-406722

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:** Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:** Thomas Erickson
**DATE:** 6/21/2013
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 114 | $3.35 | $381.90 |
| Certified Transcript - Daily Delivery | 114 | $3.25 | $370.50 |
| Interactive Real-time | 114 | $1.35 | $153.90 |
| Rough ASCII | 114 | $1.25 | $142.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.10 | $8.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,056.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,111.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062113-406723

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 0 1 *

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Thomas Erickson
DATE:         6/21/2013
LOCATION:     Minneapolis, MN

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062513-406724

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 1 0 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Cary Clark |
| DATE: | 6/25/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 222 | $3.35 | $743.70 |
| Original Transcript - Daily Delivery | 222 | $3.25 | $721.50 |
| Interactive Real-time | 222 | $1.35 | $299.70 |
| Rough ASCII | 222 | $1.25 | $277.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 178 | $0.15 | $26.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 11 | $1.50 | $16.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,225.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,305.60 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062513-406725

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 1 1 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Cary Clark |
| DATE: | 6/25/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406730

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 1 2 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Justin Wood |
| DATE: | 6/26/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 142 | $3.35 | $475.70 |
| Certified Transcript - Daily Delivery | 142 | $3.25 | $461.50 |
| Interactive Real-time | 142 | $1.35 | $191.70 |
| Rough ASCII | 142 | $1.25 | $177.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 184 | $0.10 | $18.40 |
| Exhibits - Scanned & Hyperlinked - Color | 33 | $1.50 | $49.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,374.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,429.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406731

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 1 3 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Justin Wood
DATE:        6/26/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406734

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 1 4 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Steven L. Ashburn
DATE:        6/26/2013
LOCATION:    Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 169 | $3.35 | $566.15 |
| Certified Transcript - Daily Delivery | 169 | $3.25 | $549.25 |
| Interactive Real-time | 169 | $1.35 | $228.15 |
| Rough ASCII | 169 | $1.25 | $211.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 618 | $0.10 | $61.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,616.60 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,671.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-408735

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125



*9009489 15*

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   Steven L. Ashburn
DATE:      6/26/2013
LOCATION:  Washington, DC

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406736



**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Nick DiCarlo |
| DATE: | 6/26/2013 |
| LOCATION: | Dallas, TX |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 284 | $3.35 | $951.40 |
| ~~Original Transcript - Daily Delivery~~ | ~~284~~ | ~~$3.25~~ | ~~$923.00~~ |
| Original Transcript - Evening Pages | 25 | $1.50 | $37.50 |
| ~~Interactive Real-time~~ | ~~284~~ | ~~$1.35~~ | ~~$383.40~~ |
| ~~Rough ASCII~~ | ~~284~~ | ~~$1.25~~ | ~~$355.00~~ |
| ~~Reporter Appearance Fee / Session - Videotaped - Comp~~ | ~~2~~ | ~~$100.00~~ | ~~$200.00~~ |
| ~~Reporter App Fee / Evening Session - Videotaped - Comp~~ | ~~1~~ | ~~$150.00~~ | ~~$150.00~~ |
| ~~Compressed / ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 547 | $0.15 | $82.05 |
| ~~File Creation Fee - Hyperlinked Exhibits - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| ~~Conference Room / Day - Complimentary~~ | ~~1~~ | ~~$375.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$3,082.35~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$135.00~~ |
| | | ~~TOTAL~~ | ~~$3,217.35~~ |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406737

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 1 7 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Nick DiCarlo
DATE:        6/26/2013
LOCATION:    Dallas, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-408868

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 3 6 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Earl Hood |
| DATE: | 6/26/2013 |
| LOCATION: | Richardson, TX |

Billing Comments / Instructions:     includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 75 | $3.35 | $251.25 |
| Original Transcript - Daily Delivery | 75 | $3.25 | $243.75 |
| Interactive Real-time | 75 | $1.35 | $101.25 |
| Rough ASCII | 75 | $1.25 | $93.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 75 | $0.15 | $11.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $701.25 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $781.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062613-406869

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*900948937*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Earl Hood |
| DATE: | 6/26/2013 |
| LOCATION: | Richardson, TX |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062713-406742



\* 9 0 0 9 4 8 9 1 8 \*

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:       Dag Kittlaus
DATE:          6/27/2013
LOCATION:      North Barrington, IL

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 227 | $3.35 | $760.45 |
| Certified Transcript - Daily Delivery | 227 | $3.25 | $737.75 |
| Interactive Real-time | 227 | $1.35 | $306.45 |
| Rough ASCII | 227 | $1.25 | $283.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1175 | $0.10 | $117.50 |
| Exhibits - Scanned & Hyperlinked - Color | 202 | $1.50 | $303.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,508.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,563.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062713-406743

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 1 9 *

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Dag Kittlaus |
| **DATE:** | 6/27/2013 |
| **LOCATION:** | North Barrington, IL |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| ~~Videosynch / Tape~~ | ~~5~~ | ~~$45.00~~ | ~~$225.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~5~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$597.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$637.50~~ |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062813-406746



\* 9 0 0 9 4 8 9 2 0 \*

**Bill To:**      Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Hyung Sohn
**DATE:**        6/28/2013
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 83 | $3.35 | $278.05 |
| Certified Transcript - Daily Delivery | 83 | $3.25 | $269.75 |
| Interactive Real-time | 83 | $1.35 | $112.05 |
| Rough ASCII | 83 | $1.25 | $103.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 608 | $0.10 | $60.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $824.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $879.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207 3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 052813-406747

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 2 1 *

**CASE:**       Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    Hyung Sohn
**DATE:**       6/28/2013
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062813-406750



**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**  Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**  Michael Tchao
**DATE:**  6/28/2013
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 167 | $3.35 | $559.45 |
| Certified Transcript - Daily Delivery | 167 | $3.25 | $542.75 |
| Interactive Real-time | 167 | $1.35 | $225.45 |
| Rough ASCII | 167 | $1.25 | $208.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 259 | $1.50 | $388.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,924.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,979.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062813-406751

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 2 3 *

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Michael Tchao
DATE:      6/28/2013
LOCATION:  San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062813-406754

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 2 4 *

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Rory Sexton - 30b6 - Apple, Inc.
DATE:       6/28/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 147 | $3.35 | $492.45 |
| Certified Transcript - Daily Delivery | 147 | $3.25 | $477.75 |
| Interactive Real-time | 147 | $1.35 | $198.45 |
| Rough ASCII | 147 | $1.25 | $183.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 200 | $0.10 | $20.00 |
| Exhibits - Scanned & Hyperlinked - Color | 64 | $1.50 | $96.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,468.40 |
|---|---|---|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,523.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062813-406755

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Rory Sexton - 30b6 - Apple, Inc.
DATE:       6/28/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: TSG Reporting, Inc       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/12/2013
**INVOICE #** 062813-406758

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 2 6 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Ivan W. Yurtin
DATE:        6/28/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Certified Transcript | 71 | $3.35 | $237.85 |
| Certified Transcript - Daily Delivery | 71 | $3.25 | $230.75 |
| Interactive Real-time | 71 | $1.35 | $95.85 |
| Rough ASCII | 71 | $1.25 | $88.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 20 | $0.10 | $2.00 |
| Exhibits - Scanned & Hyperlinked - Color | 32 | $1.50 | $48.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $703.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $758.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 062813-406759



* 9 0 0 9 4 8 9 2 7 *

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Ivan W. Yurtin
DATE:        6/28/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $237.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $277.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1 5% per month not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 070213-406874

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 3 8*

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Carl Alberty - Cirrus Logic Inc.
DATE:       7/2/2013
LOCATION:   Austin, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 52 | $3.35 | $174.20 |
| Certified Transcript - Daily Delivery | 52 | $3.25 | $169.00 |
| Interactive Real-time | 52 | $1.35 | $70.20 |
| Rough ASCII | 52 | $1.25 | $65.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 2243 | $0.10 | $224.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $702.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $757.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!