

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 070213-406875



*900948939*

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Carl Alberty - Cirrus Logic Inc.
DATE:          7/2/2013
LOCATION:      Austin, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 070213-406878

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125



*9009 48940*

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Association for Computing Machinery - Bernard Rous
DATE:       7/2/2013
LOCATION:   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 118 | $3.35 | $395.30 |
| Certified Transcript - Daily Delivery | 118 | $3.25 | $383.50 |
| Interactive Real-time | 118 | $1.35 | $159.30 |
| Rough ASCII | 118 | $1.25 | $147.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 856 | $0.10 | $85.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,171.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,226.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/12/2013
INVOICE # 070213-406879

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*900948941*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Association for Computing Machinery - Bernard Rous |
| DATE: | 7/2/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070213-406920



*9 0 0 9 4 8 9 5 2 *

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Stan Ng / James Imahiro
DATE:         7/2/2013
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 313 | $3.35 | $1,048.55 |
| Certified Transcript - Daily Delivery | 313 | $3.25 | $1,017.25 |
| Certified Transcript - Evening Pages | 25 | $1.50 | $37.50 |
| Interactive Real-time | 313 | $1.35 | $422.55 |
| Rough ASCII | 313 | $1.25 | $391.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 411 | $1.50 | $616.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,533.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,588.60 |

Please make all checks payable to: TSG Reporting, Inc      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check   All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit.  If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070213-406921



\* 9 0 0 9 4 8 9 5 3 \*

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Stan Ng / James Imahiro |
| DATE: | 7/2/2013 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $777.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $817.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**         Kate Klausner <kklausner@tsgreporting.com>
**Sent:**         Tuesday, April 08, 2014 3:08 PM
**To:**           Lum, Phillip K.
**Subject:**      RE: Hi Kate,

Hi Phil –

Here is the breakdown by # of pages. Please let me know if you want us to down the invoices and I'll have my finance department take of it for you.

|                      | Gilbert | Riley |
|----------------------|---------|-------|
| Transcript Pages     | 49      | 57    |
| Daily Delivery       | 49      | 57    |
| Interactive Realtime | 49      | 57    |
| Rough ASCII          | 49      | 0     |
| Exhibits             | 87      | 0     |

|                      | Ng  | Imahiro |
|----------------------|-----|---------|
| Transcript Pages     | 161 | 152     |
| Daily Delivery       | 161 | 152     |
| Evening Pages        | 0   | 25      |
| nteractive Realtime  | 161 | 152     |
| Rough ASCII          | 161 | 152     |
| Exhibits             | 113 | 298     |

Kate Klausner, Esq.
Senior Account Executive

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue - 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
kklausner@tsgreporting.com
Secure, online scheduling available at www.tsgreporting.com

\*\*\* For any information that is time sensitive, please call our 24 hour client service department for immediate assistance at the phone number above \*\*\*

**From:** Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent:** Tuesday, April 08, 2014 1:02 PM
**To:** Kate Klausner
**Cc:** Lum, Phillip K.
**Subject:** Hi Kate,

Hope you are well.



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 7/17/2013
INVOICE # 062613-406900

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125


\* 9 0 0 9 4 8 9 4 2 \*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Tim Millet
DATE:       6/26/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 129 | $3.35 | $432.15 |
| Certified Transcript - Daily Delivery | 129 | $3.25 | $419.25 |
| Interactive Real-time | 129 | $1.35 | $174.15 |
| Rough ASCII | 129 | $1.25 | $161.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 302 | $0.10 | $30.20 |
| Exhibits - Scanned & Hyperlinked - Color | 1296 | $1.50 | $1,944.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,161.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,216.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 062613-406901

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 4 3 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Tim Millet |
| DATE: | 6/26/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $99.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 062713 405904

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1981 Page Mill Road
Palo Alto, CA 94304-1125

CASE: Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS: Christopher R. Wysocki
DATE: 6/27/2013
LOCATION: Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 162 | $3.35 | $542.70 |
| Certified Transcript - Daily Delivery | 162 | $3.25 | $526.50 |
| Interactive Real-time | 162 | $1.35 | $218.70 |
| Rough ASCII | 162 | $1.25 | $202.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 408 | $0.10 | $40.80 |
| Exhibits - Scanned & Hyperlinked - Color | 162 | $1.50 | $243.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,774.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,829.20 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 062713-406905

Bill To.

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 4 5 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Christopher R. Wysocki
DATE:      6/27/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $60.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 062813-408908



\* 9 0 0 9 4 8 9 4 6 \*

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Jean-Luc Lebrun
DATE:       8/28/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 66 | $3.35 | $221.10 |
| Certified Transcript - Daily Delivery | 66 | $3.25 | $214.50 |
| Interactive Real-time | 66 | $1.35 | $89.10 |
| Rough ASCII | 66 | $1.25 | $82.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 37 | $0.10 | $3.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $610.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $655.90 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 062813-406909



**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Jean-Luc Lebrun |
| DATE: | 6/28/2013 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $215.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $255.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070113-406912

Bill To: Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: Scott Shwarts
DATE: 7/1/2013
LOCATION: Tampa, FL

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 148 | $3.35 | $495.80 |
| Certified Transcript - Daily Delivery | 148 | $3.25 | $481.00 |
| Interactive Real-time | 148 | $1.35 | $199.80 |
| Rough ASCII | 148 | $1.25 | $185.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1354 | $0.10 | $135.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,497.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,552.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070113-406913



* 9 0 0 9 4 8 9 4 9 *

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Scott Shwarts
DATE:       7/1/2013
LOCATION:   Tampa, FL

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070213-406914

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 5 0 *

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Jon Gold |
| DATE: | 7/2/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 61 | $3.35 | $204.35 |
| Original Transcript - Daily Delivery | 61 | $3.25 | $198.25 |
| Interactive Real-time | 61 | $1.35 | $82.35 |
| Rough ASCII | 61 | $1.25 | $76.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 136 | $0.15 | $20.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $581.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $661.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070213-406915

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 5 1 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Jon Gold
DATE:        7/2/2013
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070213-406920



*9 0 0 9 4 8 9 5 2 *

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Stan Ng / James Imahiro |
| DATE: | 7/2/2013 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 313 | $3.35 | $1,048.55 |
| Certified Transcript - Daily Delivery | 313 | $3.25 | $1,017.25 |
| Certified Transcript - Evening Pages | 25 | $1.50 | $37.50 |
| Interactive Real-time | 313 | $1.35 | $422.55 |
| Rough ASCII | 313 | $1.25 | $391.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 411 | $1.50 | $616.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,533.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,588.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions  please call TSG

**THANK YOU FOR YOUR BUSINESS!**

**From:** Kate Klausner <kklausner@tsgreporting.com>
**Sent:** Tuesday, April 08, 2014 3:08 PM
**To:** Lum, Phillip K.
**Subject:** RE: Hi Kate,

Hi Phil -

Here is the breakdown by # of pages. Please let me know if you want us to down the invoices and I'll have my finance department take of it for you.

|  | Gilbert | Riley |
|---|---|---|
| Transcript Pages | 49 | 57 |
| Daily Delivery | 49 | 57 |
| Interactive Realtime | 49 | 57 |
| Rough ASCII | 49 | 0 |
| Exhibits | 87 | 0 |

|  | Ng | Imahiro |
|---|---|---|
| Transcript Pages | 161 | 152 |
| Daily Delivery | 161 | 152 |
| Evening Pages | 0 | 25 |
| nteractive Realtime | 161 | 152 |
| Rough ASCII | 161 | 152 |
| Exhibits | 113 | 298 |

Kate Klausner, Esq.
Senior Account Executive

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue - 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
kklausner@tsgreporting.com
Secure, online scheduling available at www.tsgreporting.com

\*\*\* For any information that is time sensitive, please call our 24 hour client service department for immediate assistance at the phone number above \*\*\*

**From:** Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent:** Tuesday, April 08, 2014 1:02 PM
**To:** Kate Klausner
**Cc:** Lum, Phillip K.
**Subject:** Hi Kate,

Hope you are well.



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070313-405933



Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Jeremy Wyld |
| DATE: | 7/3/2013 |
| LOCATION: | San Diego, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 137 | $3.35 | $458.95 |
| Certified Transcript - Daily Delivery | 137 | $3.25 | $445.25 |
| Interactive Real-time | 137 | $1.35 | $184.95 |
| Rough ASCII | 137 | $1.25 | $171.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1711 | $0.10 | $171.10 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $1.50 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $1,440.50 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,495.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070313-406934



Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Jeremy Wyld
DATE:       7/3/2013
LOCATION:   San Diego, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070313-406937

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*9 0 0 9 4 8 9 5 6 *

CASE: Apple v. Samsung (Casa No. 12-CV-00630-LHK)
WITNESS: Roberto Garcia, Jr.
DATE: 7/3/2013
LOCATION: Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 156 | $3.35 | $522.60 |
| Certified Transcript - Daily Delivery | 156 | $3.25 | $507.00 |
| Interactive Real-time | 156 | $1.35 | $210.60 |
| Rough ASCII | 156 | $1.25 | $195.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 68 | $0.10 | $6.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,442.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,497.00 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/17/2013
INVOICE # 070313-406938

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 5 7*

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Roberto Garcia  Jr
DATE:       7/3/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID. 20-3132569



| Bill To: | Robert Vincent, Esq | | |
| --- | --- | --- | --- |
| | Gibson Dunn & Crutcher LLP | Invoice #: | NY1802892 |
| | 2100 McKinney Ave. | Invoice Date: | 7/19/2013 |
| | Suite 1100 | Balance Due: | $2,047.68 |
| | Dallas, TX, 75201-6912 | | |

| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| --- | --- |
| Job #: | 1702539 | Job Date: 7/16/2013 | Delivery: Daily |
| Billing Atty: | Robert Vincent, Esq |
| Location: | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 555 Twin Dolphin Dr Ste 560 | Redwood Shores, CA 94065 |
| Sched Atty: | | Gibson Dunn & Crutcher LLP |

*9 0 0 9 6 4 3 6 5 *

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | Original with 1 Certified Transcript | Page | 152.00 | $4.95 | $752.40 |
| | Transcript - Expedited Fee | Page | 152.00 | $2.95 | $448.40 |
| | Attendance Fee | 1 | 2.00 | $75.00 | $150.00 |
| Ann Hsieh | Exhibits | Per Page | 74.00 | $0.40 | $29.60 |
| | Exhibits - Color | Per Page | 108.00 | $2.50 | $270.00 |
| | Rough Draft | Page | 152.00 | $1.75 | $266.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 182.00 | $0.29 | $52.78 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | Invoice Total: | $2,047.68 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,047.68 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY1802892 |
| --- | --- |
| Job #: | 1702539 |
| Invoice Date: | 7/19/2013 |
| Balance: | $2,047.68 |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2012
INVOICE # 070313-407092

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 6 3 *

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Eric Bivona - Dartmouth College
DATE:       7/3/2013
LOCATION:   Hanover, NH

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 8 | $50.00 | $0.00 |
| | | SUBTOTAL | $710.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $750.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters:
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070213-407082

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 5 8*

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Kumar Vora
DATE:        7/2/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|-----------|--------|
| Certified Transcript | 235 | $3.35 | $787.25 |
| Certified Transcript - Daily Delivery | 235 | $3.25 | $763.75 |
| Certified Transcript - Evening Pages | 6 | $1.50 | $9.00 |
| Interactive Real-time | 235 | $1.35 | $317.25 |
| Rough ASCII | 235 | $1.25 | $293.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 300 | $0.10 | $30.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,201.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,256.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

DATE: 7/24/2013
INVOICE # 070213-407083

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 9 5 9 \*

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Kumar Vora
DATE:        7/2/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $653.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $693.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070213-407086

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 6 0 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Miguel de Icaza |
| DATE: | 7/2/2013 |
| LOCATION: | Cambridge, MA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 280 | $3.35 | $938.00 |
| Certified Transcript - Daily Delivery | 280 | $3.25 | $910.00 |
| Interactive Real-time | 280 | $1.35 | $378.00 |
| Rough ASCII | 280 | $1.25 | $350.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 425 | $0.10 | $42.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,618.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,673.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070213-407087

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9009 48961*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Miguel de Icaza |
| DATE: | 7/2/2013 |
| LOCATION: | Cambridge, MA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch + Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070313-407095



Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Jeffrey Stedfast
DATE:        7/3/2013
LOCATION:    Cambridge, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 183 | $3.35 | $613.05 |
| Certified Transcript - Daily Delivery | 183 | $3.25 | $594.75 |
| Interactive Real-time | 183 | $1.35 | $247.05 |
| Rough ASCII | 183 | $1.25 | $228.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 239 | $0.10 | $23.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,707.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,762.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070313-407095

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 9 6 5 \*

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Jeffrey Stedfast
DATE:        7/3/2013
LOCATION:    Cambridge, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $515.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070313-407090



*9 0 0 9 4 8 9 6 2*

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Eric Bivona - Dartmouth College |
| DATE: | 7/3/2013 |
| LOCATION: | Hanover, NH |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 235 | $3.35 | $787.25 |
| Certified Transcript - Daily Delivery | 235 | $3.25 | $763.75 |
| Interactive Real-time | 235 | $1.35 | $317.25 |
| Rough ASCII | 235 | $1.25 | $293.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1364 | $0.10 | $136.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,298.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,353.40 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**INVOICE**

DATE: 7/24/2013
INVOICE # 070813-407099

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   Dr. Jim Miller
DATE:      7/8/2013
LOCATION:  Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 142 | $3.35 | $475.70 |
| Certified Transcript - Daily Delivery | 142 | $3.25 | $461.50 |
| Interactive Real-time | 142 | $1.35 | $191.70 |
| Rough ASCII | 142 | $1.25 | $177.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 254 | $0.10 | $25.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,331.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,388.80 |

Please make all checks payable to  TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070813-407100

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125


* 9 0 0 9 4 8 9 2 9 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Dr. Jim Miller |
| DATE: | 7/9/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: TSG Reporting, Inc    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070913-407103

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 9 3 0 \*

CASE:       Apple v  Samsung (Case No  12-CV-00630-LHK)
WITNESS:    Greg Joswiak
DATE:       7/9/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 186 | $3 35 | $623 10 |
| Certified Transcript - Daily Delivery | 186 | $3.25 | $604.50 |
| Interactive Real-time | 186 | $1.35 | $251.10 |
| Rough ASCII | 186 | $1.25 | $232.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 62 | $0.10 | $6.20 |
| Exhibits - Scanned & Hyperlinked - Color | 293 | $1.50 | $439.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,156.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,211.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 070913-407104

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9009489 31*

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Greg Joswiak
DATE:       7/9/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 071013-407108

Bill To: Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 3 3 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Kevin Tiene
DATE:        7/10/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| ~~Videosynch / Tape~~ | 3 | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 3 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$485.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$525.00~~ |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 071013-407107

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 3 2 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Kevin Tiene
DATE:        7/10/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 153 | $3.35 | $512.55 |
| Certified Transcript - Daily Delivery | 153 | $3.25 | $497.25 |
| Interactive Real-time | 153 | $1.35 | $206.55 |
| Rough ASCII | 153 | $1.25 | $191.25 |
| Compressed / ASCII / Word-Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 416 | $0.10 | $41.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $1,449.20 |
|---|---|---|
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $1,504.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 071113-407109

**Bill To:**     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125


*9 0 0 9 4 8 9 3 4 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Daniel N. Winship |
| DATE: | 7/11/2013 |
| LOCATION: | Atlanta, GA |

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 57 | $3.35 | $190.95 |
| Original Transcript - Daily Delivery | 57 | $3.25 | $185.25 |
| Interactive Real-time | 57 | $1.35 | $76.95 |
| Rough ASCII | 57 | $1.25 | $71.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 25 | $0.15 | $3.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $275.00 | $0.00 |
| | | SUBTOTAL | $528.15 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $608.15 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/24/2013
INVOICE # 071113-407110



*90094 8935*

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Daniel N. Winship
DATE:       7/11/2013
LOCATION:   Atlanta, GA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $215.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $255.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52875 | 7/26/2013 | 39327 |

| Job Date | Case No. | |
|---|---|---|
| 7/3/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | |
|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Sung-geun Park, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| ~~Synchronization~~ | ~~7.50 Hours~~ | ~~937.50~~ |
| | ~~TOTAL DUE >>>~~ | ~~$2,850.00~~ |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*90096 77 43*

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | : | 52875 |
|---|---|---|
| Invoice Date | : | 7/26/2013 |
| **Total Due** | : | **$ 2,850.00** |

Remit To: Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD 20850

| Job No. | : | 39327 |
|---|---|---|
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51709 | 7/26/2013 | 39325 |

| Job Date | Case No. |
|---|---|
| 7/3/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Sung-geun Park, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | 7.00 | 400.00 |
| Exhibits | 747.00 Pages | 186.75 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 30.00 |
| | TOTAL DUE >>> | $5,254.25 |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 9 6 7 7 4 6 *

Tax ID:

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   : 51709
Invoice Date  : 7/26/2013
**Total Due**    : **$ 5,254.25**

Remit To:  **Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD 20850**

| Job No. | 39325 |
|---|---|
| BU ID | : 84-SK-R |
| Case No. | : 12-CV-0630-LHK-PSG |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51850 | 7/26/2013 | 39334 |
| **Job Date** | **Case No.** | |
| 7/5/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Huijae Lee, 30(b)(6)

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Expedited Delivery | | 2,400.00 |
| Realtime Hook-up-fee | | 200.00 |
| Exhibits | 132.00 Pages | 33.00 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE >>> | $5,270.50 |

Less than 24 hour expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*90096 77 54*

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   : 51850
Invoice Date  : 7/26/2013
**Total Due**   : **$ 5,270.50**

Remit To: **Planet Depos - Asia**
405 East Gude Drive
Suite 209
Rockville, MD 20850

Job No.     39334
BU ID     : 84-SK-R
Case No.    : 12-CV-0630-LHK-PSG
Case Name     Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

# INVOICE



PLANET DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52574 | 7/26/2013 | 38015 |
| Job Date | Case No. | |
| 6/10/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Joonyoung Cho | 151.00 Pages | 490.75 |
| Exhibits | 177.00 Pages | 44.25 |
| LEF/SRF/XMEF | | 75.00 |
| Delivery | | 25.00 |
| | TOTAL DUE >>> | $635.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | |
|---|---|
| Invoice No. | 52574 |
| Invoice Date | 7/26/2013 |
| **Total Due** | **$635.00** |

Remit To:   Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | |
|---|---|
| Job No. | 38015 |
| BU ID | 21-001-R |
| Case No. | 12-CV-0630-LHK-PSG |
| Case Name | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52901 | 7/26/2013 | 39336 |
| Job Date | Case No. | |
| 7/5/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Huijae Lee, 30(b)(6)

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~875.00~~ |
| | TOTAL DUE >>> | $2,787.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 9 6 7 7 5 7*

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  52901
Invoice Date  :  7/26/2013
**Total Due    :  $ 2,787.50**

Remit To:  **Planet Depos - Asia**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD 20850**

Job No.     :  39336
BU ID       :  BS-SK-V
Case No.    :  12-CV-0630-LHK-PSG
Case Name   :  Apple -v- Samsung; Samsung -v- Apple
               (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Fischer Esq | | Invoice #: | CS1812216 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 7/30/2013 |
| | 1881 Page Mill Rd. | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | |

| Case: | Motorola Mobility LLC v. Apple, Inc. |
|---|---|
| Job #: | 1688190 | Job Date: 6/19/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road | Palo Alto, CA 94304 |
| Sched Atty: | Robin Davis, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Marcel Van Os | Video – Digitizing | | 5.56 | $65.00 | $361.40 |
| | Shipping & Handling – Video Media | Package | 1.00 | $19.50 | $19.50 |

| Notes: | | Invoice Total: | $380.90 |
|---|---|---|---|
| | | Payment: | ($380.90) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our terms, please contact us. Visit us at www.veritext.com services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1812216 |
|---|---|
| Job #: | 1688190 |
| Invoice Date: | 7/30/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



# VERITEXT
LEGAL SOLUTIONS

| Bill To: | Heather Fischer Esq | | Invoice #: | CS1812216 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 7/30/2013 |
| | 1881  Page Mill Rd. | | Balance Due: | $380.90 |
| | Palo Alto, CA, 94304-1146 | | | |

| Case: | Motorola Mobility LLC v. Apple, Inc. |
|---|---|
| Job #: | 1688190 | Job Date: 6/19/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Gibson Dunn |
| | 1881 Page Mill Road | Palo Alto, CA 94304 |
| Sched Atty: | Robin Davis, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Amount |
|---|---|---|
| Marcel Van Os | Video - Digitizing | $380.90 |

| Notes: | Invoice Total: | $380.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $380.90 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



* 9 0 0 9 6 4 3 6 9 *

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1812216 |
|---|---|
| Job #: | 1688190 |
| Invoice Date: | 7/30/2013 |
| Balance: | $380.90 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Sara E. Simmons Esq | | Invoice #: | CS1804505 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 7/30/2013 |
| | 2100 McKinney Ave. | | Balance Due: | $0.00 |
| | Suite 1100 | | | |
| | Dallas, TX, 75201-6912 | | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1685542 \| Job Date: 6/25/2013 \| Delivery: Daily |
| Billing Atty: | Sara E. Simmons Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway \| Redwood Shores, CA 94065-1134 |
| Sched Atty: | Jim Glass, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 206.00 | $3.25 | $669.50 |
| | Transcript—Fee for Daily | Page | 206.00 | $3.25 | $669.50 |
| Freddy Anzures | Exhibits | Per Page | 119.00 | $0.53 | $63.07 |
| | Realtime Services | Page | 206.00 | $2.25 | $463.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | Invoice Total: | $1,949.07 |
|---|---|---|---|
| | | Payment: | ($1,949.07) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please visit http://www.veritext.com/services/service-information.

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1804505 |
|---|---|
| Job #: | 1685542 |
| Invoice Date: | 7/30/2013 |
| Balance: | $0.00 |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062413-407394

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 6 6 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Intel Corp. - Naga Karthick Kandasamy |
| DATE: | 6/24/2013 |
| LOCATION: | London, England |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 281 | $3.95 | $1,109.95 |
| Certified Transcript - Daily Delivery | 281 | $3.95 | $1,105.95 |
| Certified Transcript - Evening Pages | 67 | $1.25 | $83.75 |
| Interactive Real-time | 281 | $2.45 | $688.45 |
| Rough ASCII | 281 | $2.45 | $688.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 3036 | $0.10 | $303.60 |
| Exhibits - Scanned & Hyperlinked - Color | 433 | $1.50 | $649.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,633.65 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,685.65 |

Please make all checks payable to: TSG Reporting, Inc    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062413-40/395

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 6 7 *

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Intel Corp - Naga Karthick Kandasamy
DATE:        6/24/2013
LOCATION:    London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | 50.00 |
| | | SUBTOTAL | $225.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $265.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062513-407312



*9 0 0 9 4 8 9 7 0*

Bill To:          Heather J. Fischer
                  Gibson, Dunn & Crutcher LLP
                  1881 Page Mill Road
                  Palo Alto, CA 94304-1125

CASE:             Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:          Tony J. Blevins
DATE:             6/25/2013
LOCATION:         Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 79 | $3.35 | $264.65 |
| Certified Transcript - Daily Delivery | 79 | $3.25 | $256.75 |
| Interactive Real-time | 79 | $1.35 | $106.65 |
| Rough ASCII | 79 | $1.25 | $98.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 275 | $0.10 | $27.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $754.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $809.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

DATE: 7/31/2013
INVOICE # 062513-407313



\* 9 0 0 9 4 8 9 7 1 \*

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Tony J. Blevins
DATE:        6/25/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062513-407398

**Bill To:**      Heather J Fischer
Gibson, Dunn & Crutcher LLP
1581 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 6 8 *

| CASE: | Apple v Samsung (Case No. 12-CV-00630-LHK) |
|-------|---------------------------------------------|
| WITNESS: | Ulrich Mennchen |
| DATE: | 6/25/2013 |
| LOCATION: | London, England |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 265 | $3.95 | $1,046.75 |
| Certified Transcript - Daily Delivery | 265 | $3.95 | $1,046.75 |
| Certified Transcript - Evening Pages | 45 | $1.25 | $56.25 |
| Interactive Real-time | 265 | $2.45 | $649.25 |
| Rough ASCII | 265 | $2.45 | $649.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,448.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,503.25 |

Please make all checks payable to: TSG Reporting, Inc      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month  not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062513-407399

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 6 9 *

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Ulrich Merinchen
DATE:       6/25/2013
LOCATION:   London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| ~~Services - MPEG - Complimentary~~ | 6 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$225.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$265.00~~ |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062613-407316

**Bill To:** Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 7 2 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Vincent Price - ProQuest, LLC |
| DATE: | 6/26/2013 |
| LOCATION: | Ann Arbor, MI |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 68 | $3.35 | $227.80 |
| Certified Transcript - Daily Delivery | 68 | $3.25 | $221.00 |
| Interactive Real-time | 68 | $1.35 | $91.80 |
| Rough ASCII | 68 | $1.25 | $85.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 281 | $0.10 | $28.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $653.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $708.70 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 062613-407317

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

\* 9 0 0 9 4 8 9 7 3 \*

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      Vincent Price - ProQuest, LLC
DATE:         6/26/2013
LOCATION:     Ann Arbor, MI

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $237.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $277.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 7/31/2013
INVOICE # 062713-407320

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Justin Titi |
| DATE: | 6/27/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 109 | $3.35 | $365.15 |
| Certified Transcript - Daily Delivery | 109 | $3.25 | $354.25 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 35 | $0.10 | $3.50 |
| Exhibits - Scanned & Hyperlinked - Color | 156 | $1.50 | $234.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,240.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,295.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE



DATE: 7/31/2013
INVOICE # 062713-407321

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1851 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Justin Titi
DATE:        6/27/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 070213-407324



* 9 0 0 9 4 8 9 7 6 *

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Steven Wolfe
DATE:       7/2/2013
LOCATION:   Denver, CO

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 162 | $3.35 | $542.70 |
| Certified Transcript - Daily Delivery | 162 | $3.25 | $526.50 |
| Interactive Real-time | 162 | $1.35 | $218.70 |
| Rough ASCII | 162 | $1.25 | $202.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 174 | $0.10 | $17.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,507.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,562.80 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 070213-407325

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



`* 9 0 0 9 4 8 9 7 7 *`

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Steven Wolfe
DATE:       7/2/2013
LOCATION:   Denver, CO

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| ~~Videosynch / Tape~~ | ~~3~~ | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~3~~ | ~~$50.00~~ | $0.00 |
| | | SUBTOTAL | ~~$485.00~~ |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | ~~$525.00~~ |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 070313-204277

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**       Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Robert Beyers
**DATE:**       7/3/2013
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 109 | $3.35 | $365.15 |
| Certified Transcript - Daily Delivery | 109 | $3.25 | $354.25 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Compressed - ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1371 | $0.10 | $137.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $1,139.90 |
|---|---|---|
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $1,194.90 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 1 6 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 070313-204278

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Robert Beyers
DATE:       7/3/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

|  | SUBTOTAL | $350.00 |
|--|----------|---------|
|  | SHIPPING & HANDLING | $40.00 |
|  | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 070813-407326

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 9 7 8 \*

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Erik W. Selberg
DATE:        7/8/2013
LOCATION:    Seattle, WA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period
Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 147 | $3.35 | $492.45 |
| Original Transcript - Daily Delivery | 147 | $3.25 | $477.75 |
| Interactive Real-time | 147 | $1.35 | $158.45 |
| Rough ASCII | 147 | $1.25 | $183.75 |
| Reporter Appearance Fee / Hour - Videotaped - Comp | 4.5 | $70.00 | $315.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 240 | $0.15 | $36.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 29 | $1.50 | $43.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  | SUBTOTAL | $1,746.90 |
|  |  | SHIPPING & HANDLING | $135.00 |
|  |  | TOTAL | $1,881.90 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 070813-407327

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 7 9 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Erik W  Selberg
DATE:        7/8/2013
LOCATION:    Seattle, WA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videograper - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 7/31/2013
INVOICE # 071113-407330

Bill To:   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Gary W. Hall |
| DATE: | 7/11/2013 |
| LOCATION: | Burlingame, CA |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 104 | $2.85 | $296.40 |
| Original Transcript - Daily Delivery | 104 | $2.50 | $260.00 |
| Interactive Real-time | 104 | $1.35 | $140.40 |
| Rough ASCII | 104 | $1.25 | $130.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $79.00 | $79.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 77 | $0.15 | $11.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $908.35 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $988.35 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 073113-407331

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 8 1 *

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Gary W. Hall
DATE:        7/11/2013
LOCATION:    Burlingame, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.30 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071213-204271

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Dr. Catherine Plaisant
DATE:        7/12/2013
LOCATION:    Washington, DC

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 206 | $2.85 | $587.10 |
| Original Transcript - Daily Delivery | 206 | $2.50 | $515.00 |
| Interactive Real-time | 206 | $1.35 | $278.10 |
| Rough ASCII | 206 | $1.25 | $257.50 |
| Reporter Appearance Fee - Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed - ASCII - Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 97 | $0.15 | $14.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,653.75 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,733.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 1 6 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2013
**INVOICE #** 071213-204272

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| **CASE:** | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| **WITNESS:** | Dr. Catherine Plaisant |
| **DATE:** | 7/12/2013 |
| **LOCATION:** | Washington, DC |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 1 6 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071213-407337

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



`* 9 0 0 9 4 8 9 8 4 *`

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Kenneth McLeod
DATE:       7/12/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 283 | $3.35 | $948.05 |
| Certified Transcript - Daily Delivery | 283 | $3.25 | $919.75 |
| Interactive Real-time | 283 | $1.35 | $382.05 |
| Rough ASCII | 283 | $1.25 | $353.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 568 | $0.10 | $56.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $2,660.40 |
|---|---|---|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $2,715.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071213-407338

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 8 5 *

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Kenneth McLeod |
| DATE: | 7/12/2013 |
| LOCATION: | Palo Alto, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/21/2013
INVOICE # 071213-407402

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 8 2 *

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Thomas Deniau |
| DATE: | 7/12/2013 |
| LOCATION: | London, England |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 112 | $3.95 | $442.40 |
| Certified Transcript - Daily Delivery | 112 | $3.95 | $442.40 |
| Interactive Real-time | 112 | $2.45 | $274.40 |
| Rough ASCII | 112 | $2.45 | $274.40 |
| Com-pressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 56 | $0.10 | $5.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $1,439.20 |
| SHIPPING & HANDLING | | $55.00 |
| TOTAL | | $1,494.20 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071213-407403

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 8 3 *

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Thomas Deniau
DATE:       7/12/2013
LOCATION:   London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $135.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | | TOTAL | $175.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee hi
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071613-204279

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | James B. Miller - Google |
| DATE: | 7/16/2013 |
| LOCATION: | Redwood Shores, CA |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 236 | $3.35 | $790.60 |
| Original Transcript - Daily Delivery | 236 | $3.25 | $767.00 |
| Original Transcript - Evening Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 236 | $1.35 | $318.60 |
| Rough ASCII | 236 | $1.25 | $295.00 |
| Reporter Appearance Fee - Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Reporter App Fee - Evening Session - Videotaped - Comp | 1 | $105.50 | $0.00 |
| Compressed, ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 158 | $0.15 | $23.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $2,221.90 |
| | SHIPPING & HANDLING | | $80.00 |
| | TOTAL | | $2,301.90 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 1 6 8*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071613-204280

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    James B. Miller - Google
DATE:       7/16/2013
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 1 6 9*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071613-407341

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 8 6 *

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Institute of Electrical and Electronics Engineers - Gerard Grenier |
| DATE: | 7/16/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 51 | $3.35 | $170.85 |
| Certified Transcript - Daily Delivery | 51 | $3.25 | $165.75 |
| Interactive Real-time | 51 | $1.35 | $68.85 |
| Rough ASCII | 51 | $1.25 | $63.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 73 | $0.10 | $7.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $475.50 |
| | | SHIPPING & HANDLING | $56.00 |
| | | TOTAL | $531.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071613-407342

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



\* 9 0 0 9 4 8 9 8 7 \*

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Institute of Electrical and Electronics Engineers - Gerard Greniel |
| DATE: | 7/16/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $215.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $255.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!