

Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

*DATE:* 7/31/2013
INVOICE # 071713-407345

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125



*9 0 0 9 4 8 9 8 8 **

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Brad S. Hochberg |
| DATE: | 7/17/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 165 | $3.35 | $552.75 |
| Certified Transcript - Daily Delivery | 165 | $3.25 | $536.25 |
| Interactive Real-time | 165 | $1.35 | $222.75 |
| Rough ASCII | 165 | $1.25 | $206.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 242 | $0.10 | $24.20 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $1.50 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,551.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,606.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071713-407346



* 9 0 0 9 4 8 9 8 9 *

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Brad S. Hochberg
DATE:       7/17/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
|  | SUBTOTAL |  | $440.00 |
|  | SHIPPING & HANDLING |  | $40.00 |
|  | TOTAL |  | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

# INVOICE

DATE: 7/31/2013
INVOICE # 071813-407347

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125


\* 9 0 0 9 4 8 9 9 0 \*

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Justin Denison |
| DATE: | 7/18/2013 |
| LOCATION: | Dallas, TX |

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 252 | $3.35 | $844.20 |
| Original Transcript - Daily Delivery | 252 | $3.25 | $819.00 |
| Original Transcript - Evening Pages | 21 | $1.50 | $31.50 |
| Interactive Real-time | 252 | $1.35 | $340.20 |
| Rough ASCII | 252 | $1.25 | $315.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $100.00 | $200.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $150.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1529 | $0.15 | $229.35 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 229 | $1.50 | $343.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $375.00 | $0.00 |
| | | SUBTOTAL | $3,272.75 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,357.75 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071613-407348

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Justin Denison |
| DATE: | 7/18/2013 |
| LOCATION: | Dallas, TX |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| ~~Videosynch / Tape~~ | 4 | ~~$45.00~~ | ~~$180.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 4 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$710.00~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$750.00~~ |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071813-407559



**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

\* 9 0 0 9 4 8 9 9 2 \*

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Michael Joseph Kobb |
| DATE: | 7/18/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 229 | $3.35 | $767.15 |
| ~~Certified Transcript - Daily Delivery~~ | ~~229~~ | ~~$3.25~~ | ~~$744.25~~ |
| ~~Interactive Real-time~~ | ~~229~~ | ~~$1.35~~ | ~~$309.15~~ |
| ~~Rough ASCII~~ | ~~229~~ | ~~$1.25~~ | ~~$286.25~~ |
| ~~Compressed / ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| Exhibits - Scanned & Hyperlinked - B&W | 104 | $0.10 | $10.40 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| ~~File Creation Fee - Hyperlinked Exhibits - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |

| | | |
|---|---|---|
| | ~~SUBTOTAL~~ | ~~$2,123.20~~ |
| | ~~SHIPPING & HANDLING~~ | ~~$55.00~~ |
| | ~~TOTAL~~ | ~~$2,178.20~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071813-407560



* 9 0 0 9 4 8 9 9 3 *

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Michael Joseph Kobb
DATE:        7/18/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $60.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071913-407351



**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Todd Pendleton |
| DATE: | 7/19/2013 |
| LOCATION: | Dallas, TX |

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 89 | $3.35 | $298.15 |
| Original Transcript - Daily Delivery | 89 | $3.25 | $289.25 |
| Interactive Real-time | 89 | $1.35 | $120.15 |
| Rough ASCII | 89 | $1.25 | $111.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 318 | $0.15 | $47.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $375.00 | $0.00 |
| | | SUBTOTAL | $966.50 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,046.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 071913-407352

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125



* 9 0 0 9 4 8 9 9 5 *

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Todd Pendleton
DATE:       7/19/2013
LOCATION:   Dallas, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 072513-204283

**Bill To:**      Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Jeff Hamilton |
| DATE: | 7/25/2013 |
| LOCATION: | Austin, TX |

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 249 | $2.85 | $709.65 |
| ~~Original Transcript - Daily Delivery~~ | ~~249~~ | ~~$2.50~~ | ~~$622.50~~ |
| ~~Original Transcript - Evening Pages~~ | ~~39~~ | ~~$1.50~~ | ~~$58.50~~ |
| ~~Interactive Real-time~~ | ~~249~~ | ~~$1.35~~ | ~~$336.15~~ |
| ~~Rough ASCII~~ | ~~249~~ | ~~$1.25~~ | ~~$311.25~~ |
| ~~Reporter Appearance Fee / Session - Videotaped - Comp~~ | ~~2~~ | ~~$100.00~~ | ~~$0.00~~ |
| ~~Reporter App. Fee - Evening Session - Videotaped - Comp~~ | ~~1~~ | ~~$150.00~~ | ~~$0.00~~ |
| ~~Compressed, ASCII / Word Index - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 803 | $0.15 | $120.45 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| ~~File Creation Fee - Hyperlinked Exhibits - Complimentary~~ | ~~1~~ | ~~$45.00~~ | ~~$0.00~~ |

| | | |
|---|---|---|
| | SUBTOTAL | ~~$2,166.00~~ |
| | SHIPPING & HANDLING | ~~$135.00~~ |
| | TOTAL | ~~$2,301.00~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


*9 0 0 6 9 8 1 7 0 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2013
INVOICE # 072513-204284

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Jeff Hamilton
DATE:       7/25/2013
LOCATION:   Austin, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| ~~Videosynch / Tape~~ | ~~5~~ | ~~$45.00~~ | ~~$225.00~~ |
| ~~Certified MPEG Complimentary~~ | ~~5~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$777.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$817.50~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 1 7 1 *

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**VERITEXT** LEGAL SOLUTIONS

| Bill To: | Frederick S. Chung, Esq | | | Invoice #: | CS1815341 |
|---|---|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | | | Invoice Date: | 8/5/2013 |
| | 1881 Page Mill Rd. | | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1692647 \| Job Date: 7/16/2013 \| Delivery: Daily |
| Billing Atty: | Frederick S. Chung, Esq |
| Location: | Bridges & Mavrakakis |
| | 3000 El Camino Real, 2nd Floor \| One Palo Alto Square  \| Palo Alto, CA 94306 |
| Sched Atty: | Jim Glass, Esq. \| Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kenneth Kocienda | Certified Transcript | Page | 324.00 | $3.30 | $1,069.20 |
| | Realtime Services | Page | 324.00 | $2.25 | $729.00 |
| | Exhibits | Per Page | 182.00 | $0.53 | $96.46 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | | |
|---|---|---|---|
| | | Invoice Total: | $1,978.16 |
| | | Payment: | ($1,978.16) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information

700

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1815341 |
|---|---|
| Job #: | 1692647 |
| Invoice Date: | 8/5/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Frederick S. Chung, Esq | Invoice #: | CS1815341 |
|----------|--------------------------|-----------|-----------|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 8/5/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $1,978.16 |
| | Palo Alto, CA, 94304-1140 | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1692647 | Job Date: 7/16/2013 | Delivery: Daily |
| Billing Atty: | Frederick S. Chung, Esq |
| Location: | Bridges & Mavrakakis |
| | 3000 El Camino Real, 2nd Floor | One Palo Alto Square | Palo Alto, CA 94306 |
| Sched Atty: | Jim Glass, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |



* 9 0 0 9 4 9 5 0 1 *

| Witness | Description | Amount |
|---------|-------------|--------|
| Kenneth Kocienda | Certified Transcript | $1,798.20 |
| | Exhibits | $96.46 |
| | ~~Shipping & Handling~~ | ~~$44.50~~ |
| | ~~CD Depo Litigation Package~~ | ~~$39.00~~ |

| Notes: | Invoice Total: | $1,978.16 |
|--------|----------------|-----------|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,978.16 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information.

---

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1815341 |
|-----------|-----------|
| Job #: | 1692647 |
| Invoice Date: | 8/5/2013 |
| Balance: | $1,978.16 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52067 | 8/7/2013 | 40238 |
| **Job Date** | **Case No.** | |
| 7/9/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

AMERICAN REALTIME

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Ken Wakasa, 30(b)(6)

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 1.50 Hours | 562.50 |
| Expedited Delivery | | 2,000.00 |
| Exhibits | 268.00 Pages | 67.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 35.00 |
| | **TOTAL DUE >>>** | **$4,739.50** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.    52067
Invoice Date   8/7/2013
**Total Due    : $ 4,739.50**

Remit To: **Planet Depos - Asia**
405 East Gude Drive
Suite 209
Rockville, MD 20850

Job No.    40238
BU ID      90-HK-R
Case No.   12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA
Case Name  Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE)

**Tax ID:**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52269 | 8/7/2013 | 39344 |
| Job Date | Case No. | |
| 7/11/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

AMERICAN REALTIME

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Sung Sik Lee

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Overtime | 1.50  Hours | 562.50 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 324.00  Pages | 81.00 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE >>> | $4,918.50 |

Daily Expedite

Du
Fc
T

payment.

s.com or call 888.433.3767

* 9 0 0 9 6 7 7 9 6 *

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  52269
Invoice Date  :  8/7/2013
Total Due     :  $ 4,918.50

Remit To:  Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD  20850

Job No.    :  39344
BU ID      :  B4-SK R
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
(DUAL CAPTION  12-CV-0630-LHK-PSG)



PLANET DEPOS

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52359 | 8/7/2013 | 40426 |

| Job Date | Case No. |
|---|---|
| 7/12/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
   Norbert Fuhr

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,400.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 210.00 Pages | 52.50 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$4,727.50** |

Less than 24 hour expedite

Due upon receipt and is not contingent on client payment.



pos.com or call 888.433.3767

* 9 0 0 9 6 7 8 0 5 *

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 52359 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 4,727.50** |

Remit To: **Planet Depos**
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 40426 |
| BU ID | : | 72-INTL-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52429 | 8/7/2013 | 40646 |
| **Job Date** | **Case No.** | |
| 7/14/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:
Ulrich Pfeifer

| | | |
|---|---|---|
| Reporter Daily Minimum | | 3,000.00 |
| Expedited Delivery | | 3,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 347.00 Pages | 86.75 |
| LIT PDF/XMEF | | 75.00 |
| | TOTAL DUE >>> | $6,961.75 |

Less than
Due up                                          payment.
For billing que...                or call 888.433.3767
Thank you for your busine...

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   :  52429
Invoice Date  :  8/7/2013
**Total Due**   :  **$ 6,961.75**

Remit To:  **Planet Depos**
             **405 East Gude Drive**
             **Suite 209**
             **Rockville, MD 20850**

Job No.    :  40646
BU ID      :  72-INT'L-R
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
              (DUAL CAPTION 12-CV-0630 LHK-PSG)

# INVOICE



PLANET DEPOS

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52471 | 8/7/2013 | 40429 |
| Job Date | Case No. | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

Norbert Govert

| | | |
|---|---|---|
| Reporter Daily Minimum | | 2,000.00 |
| Expedited Delivery | | 2,000.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 67.00 Pages | 16.75 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 20.00 |
| | TOTAL DUE >>> | $4,311.75 |

Daily Expedite

Due upon receipt          ...nt on client payment.

For billing quer          depos.com or call 888.433.3767

Thank you for ,

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | |
|---|---|
| Invoice No. | 52471 |
| Invoice Date | 8/7/2013 |
| **Total Due** | **$ 4,311.75** |

Remit To: **Planet Depos**
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | |
|---|---|
| Job No. | 40429 |
| BU ID | 72-INT'L-R |
| Case No. | 12-CV-0630-LHK-PSG |
| Case Name | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53050 | 8/7/2013 | 40246 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Ken Wakasa, 30(b)(6)

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| ~~Synchronization~~ | ~~7.50 Hours~~ | ~~937.50~~ |
| | TOTAL DUE >>> | $2,850.00 |

Due upon ~~receipt and is not contingent on client payment.~~

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*900967804*

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | : | 53050 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | **:** | **$ 2,850.00** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| Job No. | / | 40246 |
|---|---|---|
| BU ID | / | 91-HK-V |
| Case No. | : | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

# INVOICE

PLANET DEPOS
USA
+ 1Mobile/
DEPOSITIONS  WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Realtime Certification across America

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53055 | 8/7/2013 | 39346 |

| Job Date | Case No. | |
|---|---|---|
| 7/11/2013 | 12-CV-0630 LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Sung Sik Lee

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| Overtime | 1.50 Hours | 412.50 |
| Synchronization | ~~7.50~~ Hours | ~~937.50~~ |
| | TOTAL DUE >>> | $2,850.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*\* 9 0 0 9 6 7 7 9 9 \**

Tax ID:

*Please detach bottom portion and return with payment*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| Invoice No. | : | 53055 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,850.00** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| Job No. | : | 39346 |
|---|---|---|
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53068 | 8/7/2013 | 40427 |

| Job Date | Case No. |
|---|---|
| 7/12/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Norbert Fuhr

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,500.00 |
| ~~Synchronization~~ | ~~5.00  Hours~~ | ~~625.00~~ |
| | **TOTAL DUE  >>>** | **$2,125.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



* 9 0 0 9 6 7 8 0 8 *

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

| | | |
|---|---|---|
| Invoice No. | : | 53068 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,125.00** |

Remit To:  **Planet Depos**
405 East Gude Drive
Suite 209
Rockville, MD  20850

| | | |
|---|---|---|
| Job No. | : | 40427 |
| BU ID | : | 73-INT'L-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
[ ... www.planetdepos.com ]

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53077 | 8/7/2013 | 40647 |
| **Job Date** | **Case No.** | |
| 7/14/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Ulrich Pfeifer

| | | | |
|---|---|---|---|
| Videographer Daily Fee | | | 2,250.00 |
| ~~Synchronization~~ | ~~6.50 Hours~~ | | ~~812.50~~ |
| | | TOTAL DUE >>> | ~~$3,062.50~~ |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 53077 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 3,062.50** |

Remit To: **Planet Depos**
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 40647 |
| BU ID | : | 73-INT'L-V. |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53081 | 8/7/2013 | 40430 |
| Job Date | Case No. | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung, Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Norbert Govert

| | | | |
|---|---|---|---|
| Videographer Daily Fee | | | 1,500.00 |
| ~~Synchronization~~ | ~~4.50~~ Hours | | ~~562.50~~ |
| | TOTAL DUE >>> | | ~~$2,062.50~~ |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*9 0 0 9 6 7 8 0 3*

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

---

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 53081 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,062.50** |

Remit To: **Planet Depos**
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 40430 |
| Bill ID | : | 73-INT'L V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 062813-408036

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Srinivasan Nimmala
DATE:        6/28/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 169 | $2.85 | $481.65 |
| Certified Transcript - Daily Delivery | 169 | $2.50 | $422.50 |
| Interactive Real-time | 169 | $1.35 | $228.15 |
| Rough ASCII | 169 | $1.25 | $211.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 6146 | $0.10 | $614.60 |
| Exhibits - Scanned & Hyperlinked - Color | 658 | $1.50 | $987.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,945.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,000.15 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 3 4 8*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 062813-408C37

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Srinivasan Nimmala
DATE:       6/28/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 3 4 9*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 062813-408039

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Timothy Benner, Ph.D.
DATE:       6/28/2013
LOCATION:   Dallas, TX

Billing Comments / Instructions:      Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 203 | $3.35 | $680.05 |
| Original Transcript - Daily Delivery | 203 | $3.25 | $659.75 |
| Interactive Real-time | 203 | $1.35 | $274.05 |
| Rough ASCII | 203 | $1.25 | $253.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $150.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 934 | $0.15 | $140.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $375.00 | $0.00 |
| | | SUBTOTAL | $2,007.70 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $2,902.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!



*900698350*



Corporate Headquarters
747 Third Avenue, Suite 70A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 062813-408040

**Bill To:**     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Timothy Benner, Ph.D. |
| DATE: | 6/28/2013 |
| LOCATION: | Dallas, TX |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 3 5 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 070213-408045

**Bill To:**     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**        Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**     Eric Krugler
**DATE:**        7/2/2013
**LOCATION:**    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 145 | $3.35 | $485.75 |
| Certified Transcript – Daily Delivery | 145 | $3.25 | $471.25 |
| Interactive Real-time | 145 | $1.35 | $195.75 |
| Rough ASCII | 145 | $1.25 | $181.25 |
| Compressed / ASCII / Word Index – Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 270 | $0.10 | $27.00 |
| Exhibits - Scanned & Hyperlinked - Color | 256 | $1.50 | $384.00 |
| File Creation Fee – Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,745.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,800.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 5 2*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/7/2013
INVOICE # 070213-408046

**Bill To:** Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Eric Krugler
**DATE:** 7/2/2013
**LOCATION:** Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| ~~Videosynch / Tape~~ | ~~2~~ | ~~$45.00~~ | ~~$90.00~~ |
| ~~Certified MPEG - Complimentary~~ | ~~2~~ | ~~$50.00~~ | ~~50.00~~ |
| | | ~~SUBTOTAL~~ | ~~$417.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$457.50~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 3 5 3*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 6/7/2013
INVOICE # 070313-408047

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    David Bienvenu
DATE:       7/3/2013
LOCATION:   San Francisco, CA

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period.
                                    Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 210 | $3.35 | $703.50 |
| Original Transcript - Daily Delivery | 210 | $3.25 | $682.50 |
| Interactive Real-time | 210 | $1.35 | $283.50 |
| Rough ASCII | 210 | $1.25 | $262.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 236 | $0.15 | $35.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,987.40 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $135.00 |
|  | TOTAL | $2,102.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 3 5 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 070313-406048

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      David Bienvenu
DATE:         7/3/2013
LOCATION:     San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2065745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee @
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 3 5 5*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 070913-406053

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      Mark Buckley
DATE:         7/9/2013
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 227 | $3.35 | $760.45 |
| Certified Transcript - Daily Delivery | 227 | $3.25 | $737.75 |
| Interactive Real-time | 227 | $1.35 | $306.45 |
| Rough ASCII | 227 | $1.25 | $253.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 724 | $0.10 | $72.40 |
| Exhibits - Scanned & Hyperlinked - Color | 14 | $1.50 | $21.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,181.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,236.80 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*900698356*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 070913-408054

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**      Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Mark Buckley
**DATE:**      7/9/2013
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*900698357*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071213-408057

**Bill To:**     Heather J. Fischer
                 Gibson, Dunn & Crutcher LLP
                 1881 Page Mill Road
                 Palo Alto, CA 94304-1125

**CASE:**      Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**   Bruce Watrous, Jr.
**DATE:**      7/12/2013
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 218 | $3.35 | $730.30 |
| Certified Transcript - Daily Delivery | 218 | $3.25 | $708.50 |
| Interactive Real-time | 218 | $1.35 | $294.30 |
| Rough ASCII | 218 | $1.25 | $272.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 306 | $0.10 | $30.60 |
| Exhibits - Scanned & Hyperlinked - Color | 42 | $1.50 | $63.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,099.20 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,159.20 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!



*900698358*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/7/2013
**INVOICE #** 071213-408058

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

**CASE:**       Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    Bruce Watrous, Jr
**DATE:**       7/12/2013
**LOCATION:**   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $530.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $570.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 5 9 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071713-408051

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Omnivision Technologies - Fred Cheng
DATE:       7/17/2013
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 25 | $2.85 | $71.25 |
| Certified Transcript - Daily Delivery | 25 | $2.50 | $62.50 |
| Interactive Real-time | 25 | $1.35 | $33.75 |
| Rough ASCII | 25 | $1.25 | $31.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 1385 | $1.50 | $2,077.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,276.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,331.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 3 6 0 *



Corporate Headquarters
747 Third Avenue  Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071713-408052

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v  Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Omnivision Technologies - Fred Cheng |
| DATE: | 7/17/2013 |
| LOCATION: | Redwood Shores, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 6 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071713-408066

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | David Potter |
| DATE: | 7/17/2013 |
| LOCATION: | Bellevue, WA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 161 | $2.85 | $458.85 |
| Certified Transcript - Daily Delivery | 161 | $2.50 | $402.50 |
| Interactive Real-time | 161 | $1.35 | $217.35 |
| Rough ASCII | 161 | $1.25 | $201.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 39 | $0.10 | $3.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,283.85 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,338.85 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 6 2*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071713-408067

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       David Potter
DATE:          7/17/2013
LOCATION:      Bellevue, WA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 3 6 3 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071813-408071

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:  Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:  Juan V. Esteve Balducci
DATE:  7/18/2013
LOCATION:  Bellevue, WA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 121 | $2.85 | $344.85 |
| Certified Transcript - Daily Delivery | 121 | $2.50 | $302.50 |
| Interactive Real-time | 121 | $1.35 | $163.35 |
| Rough ASCII | 121 | $1.25 | $151.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 50 | $0.10 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $966.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,021.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 6 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 071813-408072

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Juan V. Esteve Balducci
DATE:        7/18/2013
LOCATION:    Bellevue, WA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 3 6 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072313-408076

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

CASE:           Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:        Phil Schiller
DATE:           7/23/2013
LOCATION:       Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 333 | $3.35 | $1,115.55 |
| Certified Transcript - Daily Delivery | 333 | $3.25 | $1,082.25 |
| Certified Transcript - Evening Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 333 | $1.35 | $449.55 |
| Rough ASCII | 333 | $1.25 | $416.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 26 | $0.10 | $2.60 |
| Exhibits - Scanned & Hyperlinked - Color | 369 | $1.50 | $553.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|--|--|
| SUBTOTAL | $3,646.70 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $3,701.70 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*900698366*



**TSG REPORTING INC**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072313-408077

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Phil Schiller |
| DATE: | 7/23/2013 |
| LOCATION: | Palo Alto, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $721.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $761.25 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072513-408080

Bill To:     Heather J. Fischer
             Gibson Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Gordon Freedman cont w/ pg 198
DATE:        7/25/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 109 | $3.35 | $365.15 |
| Certified Transcript - Daily Delivery | 109 | $3.25 | $354.25 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 116 | $0.10 | $11.60 |
| Exhibits - Scanned & Hyperlinked - Color | 240 | $1.50 | $360.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,374.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,429.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 6 9 8 3 6 8*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072513-408081

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Gordon Freedman cont w/ pg 198
DATE:       7/25/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 6 9 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072513-408082

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Brewster Kahle |
| DATE: | 7/25/2013 |
| LOCATION: | San Francisco, CA |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 213 | $3.35 | $713.55 |
| Original Transcript - Daily Delivery | 213 | $3.25 | $692.25 |
| Interactive Real-time | 213 | $1.35 | $287.55 |
| Rough ASCII | 213 | $1.25 | $266.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 877 | $0.15 | $131.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $2,091.15 |
| | SHIPPING & HANDLING | | $135.00 |
| | TOTAL | | $2,226.15 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 3 7 0 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072513-408083

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:   Brewster Kahle
DATE:      7/25/2013
LOCATION:  San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 3 7 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/7/2013
INVOICE # 072613-408086

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Hiroshi Lockheimer – Google 30b6 |
| DATE: | 7/26/2013 |
| LOCATION: | Redwood Shores, CA |

Billing Comments / Instructions:   Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 341 | $3.35 | $1,142.35 |
| Original Transcript - Daily Delivery | 341 | $3.25 | $1,108.25 |
| Original Transcript - Evening Pages | 49 | $1.50 | $73.50 |
| Interactive Real-time | 341 | $1.35 | $460.35 |
| Rough ASCII | 341 | $1.25 | $426.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard. Scanned & Hyperlinked - B&W | 221 | $0.15 | $33.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,243.85 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $3,323.85 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 7 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/7/2013
INVOICE # 072613-408087

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Hiroshi Lockheimer - Google 30b6
DATE:       7/26/2013
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add1 Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 3 7 3 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/19/2013
INVOICE # 073113-408393

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Steven J. Sasson
DATE:         7/31/2013
LOCATION:     Rochester, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 195 | $3.35 | $653.25 |
| Certified Transcript - Daily Delivery | 195 | $3.25 | $633.75 |
| Interactive Real-time | 195 | $1.35 | $263.25 |
| Rough ASCII | 195 | $1.25 | $243.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 116 | $0.10 | $11.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,805.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,860.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 1 7 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/19/2013
INVOICE # 073113-408394

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Steven J. Sasson
DATE:        7/31/2013
LOCATION:    Rochester, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $270.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
|  | | SUBTOTAL | $530.00 |
|  | | SHIPPING & HANDLING | $40.00 |
|  | | TOTAL | $570.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!





TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/19/2013
INVOICE # 080213-408397

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Stephanie Chen - TBWA / Media Arts Lab
DATE:          8/2/2013
LOCATION:      Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 160 | $3.35 | $536.00 |
| Certified Transcript - Daily Delivery | 160 | $3.25 | $520.00 |
| Interactive Real-time | 160 | $1.35 | $216.00 |
| Rough ASCII | 160 | $1.25 | $200.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 156 | $0.10 | $15.60 |
| Exhibits - Scanned & Hyperlinked - Color | 503 | $1.50 | $754.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,242.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,297.10 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of
1 5% per month  not to exceed the legal limit  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*900698174*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/19/2013
INVOICE # 080213-408398

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|---|---|
| WITNESS: | Stephanie Chen - TBWA / Media Arts Lab |
| DATE: | 8/2/2013 |
| LOCATION: | Los Angeles, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 1 7 5 *

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Fischer Esq | Invoice #: | CS1829048 |
|---|---|---|---|
| | Gibson Dunn & Crutcher LLP | Invoice Date: | 8/21/2013 |
| | 1881 Page Mill Rd. | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1685542 | Job Date: 6/25/2013 | Delivery: Daily |
| Billing Atty: | Heather Fischer Esq |
| Location: | Weil Gotshal & Manges LLP |
| | 201 Redwood Shores Parkway | Redwood Shores, CA 94065-1134 |
| Sched Atty: | Jim Glass, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Freddy Anzures | Video - Digitizing | | 3.47 | $65.00 | $225.55 |
| | Shipping & Handling  Video Media | Package | 1.00 | $19.50 | $19.50 |

| Notes: | | Invoice Total: | $245.05 |
|---|---|---|---|
| | | Payment: | ($245.05) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1829048 |
|---|---|
| Job #: | 1685542 |
| Invoice Date: | 8/21/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Heather Fischer Esq | | Invoice #: | CS1830134 |
| | Gibson Dunn & Crutcher LLP | | Invoice Date: | 8/22/2013 |
| | 1881 Page Mill Rd. | | Balance Due: | $0.00 |
| | Palo Alto, CA, 94304-1146 | | | |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1692647 | Job Date: 7/16/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Bridges & Mavrakakis |
| | 3000 El Camino Real, 2nd Floor | One Palo Alto Square  | Palo Alto, CA 94306 |
| Sched Atty: | Jim Glass, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kenneth Kocienda | Video - Digitizing | | 6.38 | $65.00 | $414.70 |
| | Shipping & Handling - Video Media | Package | 1.00 | $19.50 | $19.50 |
| Notes: | | | | Invoice Total: | $434.20 |
| | | | | Payment: | ($434.20) |
| | | | | Credit: | $0.00 |
| | | | | Interest: | $0.00 |
| | | | | Balance Due: | $0.00 |

TERMS:  Payable upon receipt  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services all services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS1830134 |
|---|---|
| Job #: | 1692647 |
| Invoice Date: | 8/22/2013 |
| Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



*t r r*

| | | |
|---|---|---|
| **BIll To:** | Heather Fischer Esq | |
| | Gibson Dunn & Crutcher LLP | Invoice #: CS1830134 |
| | 1881 Page Mill Rd. | Invoice Date: 8/22/2013 |
| | Palo Alto, CA, 94304-1146 | Balance Due: $434.20 |

| | |
|---|---|
| Case: | Motorola Mobility LLC v. Apple, Inc. |
| Job #: | 1692647 | Job Date: 7/16/2013 | Delivery: Normal |
| Billing Atty: | Heather Fischer Esq |
| Location: | Bridges & Mavrakakis |
| | 3000 El Camino Real, 2nd Floor | One Palo Alto Square  | Palo Alto, CA 94306 |
| Sched Atty: | Jim Glass, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness | Description | | Amount |
|---|---|---|---|
| Kenneth Kocienda | Video - Digitizing | | $414.70 |
| | Shipping & Handling - Video Media | | $19.50 |
| Notes: | | Invoice Total: | $434.20 |
| | | Payment | $0.00 |
| | | Credit | $0.00 |
| | | Interest | $0.00 |
| | | Balance Due | $434.20 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



**900698869**

THIS INVOICE IS 123 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| **To pay online, go to** | **Please remit payment to:** | Invoice #: | CS1830134 |
|---|---|---|---|
| **www.Veritext.com** | Veritext | Job #: | 1692647 |
| Veritext accepts all major credit cards | P.O. Box 71303 | Invoice Date: | 8/22/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: | $434.20 |

700



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/23/2013
INVOICE # 081413-408756

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      Mark Donnelly
DATE:         8/14/2013
LOCATION:     Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 163 | $3.35 | $546.05 |
| Certified Transcript - Daily Delivery | 163 | $3.25 | $529.75 |
| Interactive Real-time | 163 | $1.35 | $220.05 |
| Rough ASCII | 163 | $1.25 | $203.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 27 | $1.50 | $40.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,540.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,595.10 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*900698176*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 8/23/2013
INVOICE # 081413-408757

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Mark Donnelly
DATE:        8/14/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $60.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

*900698177*



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/23/2013
INVOICE # 081413-408758

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

CASE:           Apple v Samsung (Case No: 12-CV-00630-LHK)
WITNESS:        Asmith Yamasani - Google - 30(b)(6)
DATE:           8/14/2013
LOCATION:       Redwood Shores, CA

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period
                                        Exhibits shipped separately

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|--------------|------------|--------|
| Original & 1 Certified Transcript | 108 | $3.35 | $361.80 |
| Original Transcript - Daily Delivery | 108 | $3.25 | $351.00 |
| Interactive Real-time | 108 | $1.35 | $145.80 |
| Rough ASCII | 108 | $1.25 | $135.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 27 | $0.15 | $4.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,067.65 |
| | | SHIPPING & HANDLING | $120.00 |
| | | TOTAL | $1,187.65 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



*900698178*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/23/2013
INVOICE # 081413-408759

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Asmith Yamasani - Google - 30(b)(6)
DATE:        8/14/2013
LOCATION:    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 1 7 9*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**DATE:** 8/30/2013
**INVOICE #** 081613-409083

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**      Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**   Kenzo Fong Hing
**DATE:**      8/16/2013
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 197 | $3.35 | $659.95 |
| Original Transcript - Daily Delivery | 197 | $3.25 | $640.25 |
| Original Transcript - Evening Pages | 57 | $1.50 | $85.50 |
| Interactive Real-time | 197 | $1.35 | $265.95 |
| Rough ASCII | 197 | $1.25 | $246.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 133 | $0.15 | $19.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $1,917.85 |
| | SHIPPING & HANDLING | | $67.50 |
| | TOTAL | | $1,985.35 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**DATE:** 8/30/2013
**INVOICE #** 081613-409083

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     James W. Maccoun
**DATE:**        8/16/2013
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 60 | $3.35 | $201.00 |
| Original Transcript - Daily Delivery | 60 | $3.25 | $195.00 |
| Interactive Real-time | 60 | $1.35 | $81.00 |
| Rough ASCII | 60 | $1.25 | $75.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 90 | $0.15 | $13.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $565.50 |
| | | SHIPPING & HANDLING | $67.50 |
| | | TOTAL | $633.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/30/2013
INVOICE # 081613-409084

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    James W. Maccoun / Kenzo Fong Hing
DATE:       8/16/2013
LOCATION:   San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Evening Rate | 2.5 | $67.50 | $168.75 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $923.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $963.75 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 1 8 3 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207-8311
www.tsgreporting.com

# INVOICE

DATE: 8/30/2013
INVOICE # 072613-409081

Bill To:      Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      James Dennis LeBlanc, Ph.D.
DATE:      7/26/2013
LOCATION:      Ithaca, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 70 | $3.35 | $234.50 |
| Certified Transcript - Daily Delivery | 70 | $3.25 | $227.50 |
| Interactive Real-time | 70 | $1.35 | $94.50 |
| Rough ASCII | 70 | $1.25 | $87.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1376 | $0.10 | $137.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $781.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $836.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 6 9 8 1 8 0 *



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/30/2013
INVOICE # 072613-409082

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:      James Dennis LeBlanc, Ph.D.
DATE:         7/26/2013
LOCATION:     Ithaca, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $237.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $277.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 1 8 1 *



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/10/2013
INVOICE # 082313-314908

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Mark Donnelly cont w/pg 165
DATE:        8/23/2013
LOCATION:    Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 102 | $3.35 | $341.70 |
| Certified Transcript - Daily Delivery | 102 | $3.25 | $331.50 |
| Interactive Real-time | 102 | $1.35 | $137.70 |
| Rough ASCII | 102 | $1.25 | $127.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 95 | $0.10 | $9.50 |
| Exhibits - Scanned & Hyperlinked - Color | 440 | $1.50 | $660.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,607.90 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,662.90 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 1 8 5 *



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/10/2013
INVOICE # 082313-314909

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Mark Donnelly cont w/pg 185
DATE:       8/23/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $361.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $401.26 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 1 8 4 *



# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 707-3311
www.tsgreporting.com

DATE: 9/27/2013
INVOICE # 091913 410483

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125

| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
|-------|---------------------------------------------|
| WITNESS: | Thomas E. Fuja, Ph.D |
| DATE: | 9/19/2013 |
| LOCATION: | Boston, MA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 258 | $3.35 | $864.30 |
| Certified Transcript - Daily Delivery | 258 | $3.25 | $838.50 |
| Interactive Real-time | 258 | $1.35 | $348.30 |
| Rough ASCII | 258 | $1.25 | $322.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 2062 | $0.10 | $206.20 |
| Exhibits - Scanned & Hyperlinked - Color | 469 | $1.50 | $703.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,283.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,338.30 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



\* 9 0 0 6 9 8 3 7 4 \*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/27/2013
INVOICE # 091913-410464

**Bill To:** Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:** Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:** Thomas E. Fuja, Ph.D.
**DATE:** 9/19/2013
**LOCATION:** Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $59.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 7 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 9/27/2013
INVOICE # 092013-410467

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Thomas E. Fuja cont w/ pg 259
DATE:       9/20/2013
LOCATION:   Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 168 | $3.35 | $562.80 |
| Certified Transcript - Daily Delivery | 168 | $3.25 | $546.00 |
| Certified Transcript - Early AM Pages | 41 | $1.50 | $61.50 |
| Interactive Real-time | 168 | $1.35 | $226.80 |
| Rough ASCII | 168 | $1.25 | $210.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 202 | $0.10 | $20.20 |
| Exhibits - Scanned & Hyperlinked - Color | 18 | $1.50 | $27.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,654.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,709.30 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*900698376*



**INVOICE**

DATE: 9/27/2013
INVOICE # 092013-410468

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Thomas E. Fuja cont w/ pg 259
DATE:         9/20/2013
LOCATION:     Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videographer - Add'l Hours - Early AM Rate | 1 | $67.50 | $67.50 |
| ~~Videosynch / Tape~~ | 3 | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | 3 | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$462.50~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$502.50~~ |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 3 7 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/30/2013
INVOICE # 092013-410614

**Bill To:**     Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

**CASE:**       Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**    Sarah Chandler
**DATE:**       9/20/2013
**LOCATION:**   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 204 | $3.35 | $683.40 |
| Certified Transcript - Daily Delivery | 204 | $3.25 | $663.00 |
| Interactive Real-time | 204 | $1.35 | $275.40 |
| Rough ASCII | 204 | $1.25 | $255.00 |
| Compressed - ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 257 | $0.10 | $25.70 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  | SUBTOTAL | $1,904.00 |
|  |  | SHIPPING & HANDLING | $55.00 |
|  |  | TOTAL | $1,959.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 7 8 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702 9580
Fax: (212) 207 3311
www.tsgreporting.com

# INVOICE

DATE: 9/30/2013
INVOICE # 092013-410615

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Sarah Chandler
DATE:       9/20/2013
LOCATION:   Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 7 9*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/30/2013
INVOICE # 092213-410616

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Expert - Dr. Daniel J. Wigdor
DATE:        9/22/2013
LOCATION:    New York, NY

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 248 | $3.35 | $830.80 |
| Original Transcript - Daily Delivery | 248 | $3.25 | $806.00 |
| Original Transcript - Weekend Pages | 248 | $1.50 | $372.00 |
| Interactive Real-time | 248 | $1.35 | $334.80 |
| Rough ASCII | 248 | $1.25 | $310.00 |
| Reporter App Fee / Weekend Session - Videotaped - Comp | 2 | $112.50 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 362 | $0.15 | $54.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 697 | $1.50 | $1,045.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,978.40 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $4,063.40 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fox: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/30/2013
INVOICE # 092213-410617

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Expert - Dr. Daniel J. Wigdor |
| DATE: | 9/22/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Weekend Hours | 1 | $187.50 | $187.50 |
| Videographer - Add'l Weekend Hours | 7.5 | $67.50 | $506.25 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $963.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,003.75 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 3 8 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092613-410942

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Alex Snoeren cont w/ pg 312
DATE:       9/26/2013
LOCATION:   San Diego, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 166 | $3.35 | $556.10 |
| Certified Transcript - Daily Delivery | 166 | $3.25 | $539.50 |
| Certified Transcript - Early AM Pages | 20 | $1.50 | $30.00 |
| Interactive Real-time | 166 | $1.35 | $224.10 |
| Rough ASCII | 166 | $1.25 | $207.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 681 | $0.10 | $68.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,625.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,680.30 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!

*900698385*