

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092613-410943

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Alex Snoeren cont w/ pg 312 |
| DATE: | 9/26/2013 |
| LOCATION: | San Diego, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $383.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $423.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 8 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092713-410932

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    David J. Reibstein, Ph D.
DATE:       9/27/2013
LOCATION:   Philadelphia, PA

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Original & 1 Certified Transcript | 318 | $3.35 | $1,065.30 |
| Original Transcript - Daily Delivery | 318 | $3.25 | $1,033.50 |
| Original Transcript - Early AM Pages | 65 | $1.50 | $97.50 |
| Interactive Real-time | 318 | $1.35 | $429.30 |
| Rough ASCII | 318 | $1.25 | $397.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Reporter App Fee / Early AM Session - Videotaped - Comp | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 753 | $1.50 | $1,129.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,397.60 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $4,482.60 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 6 9 8 3 8 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092713-410933

**Bill To:**    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**        Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**     David J. Reibstein, Ph.D.
**DATE:**        9/27/2013
**LOCATION:**    Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videographer - Add'l Hours - Early AM Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $743.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $783.75 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*900698388*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092713-410936

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Dr. Tulin Erdem |
| DATE: | 9/27/2013 |
| LOCATION: | New York, NY |

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 295 | $3.35 | $988.25 |
| Original Transcript - Immediate Delivery | 295 | $3.65 | $1,076.75 |
| Interactive Real-time | 295 | $1.35 | $398.25 |
| Rough ASCII | 295 | $1.25 | $368.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $75.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 464 | $1.50 | $696.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,678.00 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,763.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*900698389*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/7/2013
INVOICE # 092713-410937

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Dr. Tulin Erdem
DATE:          9/27/2013
LOCATION:      New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified  MPEG  Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $665.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $705.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!


*900698390*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 091913-410989

Bill To:    Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1851 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v  Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Todd Carl Mowry
DATE:       9/19/2013
LOCATION:   Pittsburgh, PA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 338 | $3.35 | $1,132.30 |
| Certified Transcript - Daily Delivery | 338 | $3.25 | $1,098.50 |
| Certified Transcript - Evening Pages | 48 | $1.50 | $72.00 |
| Interactive Real-time | 338 | $1.35 | $456.30 |
| Rough ASCII | 338 | $1.25 | $422.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 688 | $0.10 | $68.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,250.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,305.40 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 9 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 091913-410990

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Todd Carl Mowry
DATE:        9/19/2013
LOCATION:    Pittsburgh, PA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $800.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $840.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*900698392*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092413-410991

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Kevin Jeffay
DATE:       9/24/2013
LOCATION:   New York, NY

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 263 | $3.35 | $881.05 |
| Original Transcript - Daily Delivery | 263 | $3.25 | $854.75 |
| Rough ASCII | 263 | $1.25 | $328.75 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $75.00 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 314 | $0.15 | $47.10 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 958 | $1.50 | $1,437.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,698.65 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,783.65 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fox: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092413-410992

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Kevin Jeffay
DATE:        9/24/2013
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


*9 0 0 6 9 8 3 9 4 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092513-410997

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Chris Vellturo, Ph.D.
DATE:        9/25/2013
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 310 | $3.35 | $1,038.50 |
| Certified Transcript - Daily Delivery | 310 | $3.25 | $1,007.50 |
| Certified Transcript - Evening Pages | 22 | $1.50 | $33.00 |
| Interactive Real-time | 310 | $1.35 | $418.50 |
| Rough ASCII | 310 | $1.25 | $387.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 456 | $0.10 | $45.60 |
| Exhibits - Scanned & Hyperlinked - Color | 323 | $1.50 | $484.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,415.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,470.10 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*900698395*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092513-410998

Bill To:          Heather J. Fischer
                  Gibson, Dunn & Crutcher LLP
                  1881 Page Mill Road
                  Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Chris Velturo, Ph.D.
DATE:       9/25/2013
LOCATION:   New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer – Additional Hours | 7 | $45.00 | $315.00 |
| Videographer – Add'l Hours – Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified – MPEG – Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 3 9 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092513-411001

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Alex Snoeren
DATE:        9/25/2013
LOCATION:    San Diego, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 311 | $3.35 | $1,041.85 |
| Certified Transcript - Daily Delivery | 311 | $3.25 | $1,010.75 |
| Certified Transcript - Evening Pages | 16 | $1.50 | $24.00 |
| Interactive Real-time | 311 | $1.35 | $419.85 |
| Rough ASCII | 311 | $1.25 | $388.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 2230 | $0.10 | $223.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,108.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,163.20 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*900698397*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092513-411002

**Bill To:**

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Alex Snoeren |
| DATE: | 9/25/2013 |
| LOCATION: | San Diego, CA |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $653.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $593.75 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

*900698398*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092613-411005

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Andrew Cockburn, Ph.D
DATE:       9/26/2013
LOCATION:   Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 262 | $3.35 | $877.70 |
| Certified Transcript - Daily Delivery | 262 | $3.25 | $851.50 |
| Interactive Real-time | 262 | $1.35 | $353.70 |
| Rough ASCII | 262 | $1.25 | $327.50 |
| Compressed - ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 355 | $0.10 | $35.50 |
| Exhibits - Scanned & Hyperlinked - Color | 1496 | $1.50 | $2,244.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,689.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,744.90 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 3 9 9*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092613-411006

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Andrew Cockburn, Ph D
DATE:       9/26/2013
LOCATION:   Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!

* 9 0 0 6 9 8 4 0 0 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092613-411009

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     James A. Storer, Ph.D
DATE:        9/26/2013
LOCATION:    Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 259 | $3.35 | $867.65 |
| Certified Transcript - Daily Delivery | 259 | $3.25 | $841.75 |
| Certified Transcript - Evening Pages | 8 | $1.50 | $12.00 |
| Interactive Real-time | 259 | $1.35 | $349.65 |
| Rough ASCII | 259 | $1.25 | $323.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 36 | $0.10 | $3.60 |
| Exhibits - Scanned & Hyperlinked - Color | 1538 | $1.50 | $2,307.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,705.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,760.40 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 4 0 1 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/11/2013
**INVOICE #** 092613-411010

**Bill To:**
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | James A. Storer, Ph.D. |
| DATE: | 9/26/2013 |
| LOCATION: | Boston, MA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| ~~Videosynch / Tape~~ | 4 | ~~$45.00~~ | ~~$180.00~~ |
| ~~Certified   MPEG—Complimentary~~ | 4 | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | ~~$676.25~~ |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | ~~$716.25~~ |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 4 0 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411013

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Dr. Janusz Ordover
DATE:        9/27/2013
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 288 | $3.35 | $964.80 |
| Certified Transcript - Daily Delivery | 288 | $3.25 | $936.00 |
| Interactive Real-time | 288 | $1.35 | $388.80 |
| Rough ASCII | 288 | $1.25 | $360.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 299 | $0.10 | $29.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,679.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,734.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*9 0 0 6 9 8 4 0 3 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411014

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Dr. Janusz Ordover |
| DATE: | 9/27/2013 |
| LOCATION: | New York, NY |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $710.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $750.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*9 0 0 6 9 8 4 0 4*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411017

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Andrew Cockburn Ph.D. cont w/ pg 263
DATE:       9/27/2013
LOCATION:   Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 181 | $3.35 | $606.35 |
| Certified Transcript - Daily Delivery | 181 | $3.25 | $588.25 |
| Interactive Real-time | 181 | $1.35 | $244.35 |
| Rough ASCII | 181 | $1.25 | $226.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 69 | $0.10 | $6.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,672.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,727.10 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 4 0 5 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411018

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Andrew Cockburn Ph.D  cont w/ pg 263
DATE:        9/27/2013
LOCATION:    Los Angeles, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified  MPEG  Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



* 9 0 0 6 9 8 4 0 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411021

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    James A. Storer Ph.D. cont w/ pg 260
DATE:       9/27/2013
LOCATION:   Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 138 | $3.35 | $462.30 |
| Certified Transcript - Daily Delivery | 138 | $3.25 | $448.50 |
| Certified Transcript - Early AM Pages | 17 | $1.50 | $25.50 |
| Interactive Real-time (2) | 276 | $1.35 | $372.60 |
| Rough ASCII | 138 | $1.25 | $172.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 22 | $0.10 | $2.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,483.50 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $55.00 |
|  | TOTAL | $1,538.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*9 0 0 6 9 8 4 0 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411022

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:      Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:   James A. Storer Ph.D. cont w/ pg 260
DATE:      9/27/2013
LOCATION:  Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| ~~Videosynch / Tape~~ | ~~3~~ | ~~$45.00~~ | ~~$135.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~3~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | ~~SUBTOTAL~~ | ~~$428.75~~ |
| | | ~~SHIPPING & HANDLING~~ | ~~$40.00~~ |
| | | ~~TOTAL~~ | ~~$468.75~~ |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 4 0 8*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411037

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     John Hauser
DATE:        9/27/2013
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 326 | $3.35 | $1,092.10 |
| Certified Transcript - Daily Delivery | 326 | $3.25 | $1,059.50 |
| Certified Transcript - Evening Pages | 17 | $1.50 | $25.50 |
| Interactive Real-time | 326 | $1.35 | $440.10 |
| Rough ASCII | 326 | $1.25 | $407.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 244 | $0.10 | $24.40 |
| Exhibits - Scanned & Hyperlinked - Color | 809 | $1.50 | $1,213.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,262.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,317.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



* 9 0 0 6 9 8 4 0 9 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 092713-411038

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     John Hauser
DATE:        9/27/2013
LOCATION:    New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 7 | $45.00 | $315.00 |
| Certified - MPEG - Complimentary | 7 | $50.00 | $0.00 |
| | | SUBTOTAL | $811.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $851.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

*900698410*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100113-411105

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Jeffrey Chase
DATE:          10/1/2013
LOCATION:      Durham, NC

Billing Comments / Instructions:        Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 281 | $3.35 | $941.35 |
| Original Transcript - Daily Delivery | 281 | $3.25 | $913.25 |
| Original Transcript - Evening Pages | 94 | $1.50 | $141.00 |
| Interactive Real-time | 281 | $1.35 | $379.35 |
| Rough ASCII | 281 | $1.25 | $351.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $110.00 | $220.00 |
| Reporter App Fee / Evening Session - Videotaped - Comp | 1 | $165.00 | $165.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 48 | $0.15 | $7.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 903 | $1.50 | $1,354.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,472.90 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $4,557.90 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

*900698411*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100113-411106

Bill To:

Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Jeffrey Chase |
| DATE: | 10/1/2013 |
| LOCATION: | Durham, NC |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| ~~Videosynch / Tape~~ | ~~6~~ | ~~$45.00~~ | ~~$270.00~~ |
| ~~Certified - MPEG - Complimentary~~ | ~~6~~ | ~~$50.00~~ | ~~$0.00~~ |
| | | SUBTOTAL | ~~$833.75~~ |
| | | SHIPPING & HANDLING | ~~$40.00~~ |
| | | TOTAL | ~~$873.75~~ |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.   All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

* 9 0 0 6 9 8 4 1 2 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax  (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100113-411109

Bill To:   Heather J. Fischer
           Gibson, Dunn & Crutcher LLP
           1881 Page Mill Road
           Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Dr. George Foster
DATE:        10/1/2013
LOCATION:    San Francisco, CA

Billing Comments / Instructions:    Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 173 | $3.35 | $579.55 |
| Original Transcript - Daily Delivery | 173 | $3.25 | $562.25 |
| Interactive Real-time | 173 | $1.35 | $233.55 |
| Rough ASCII | 173 | $1.25 | $216.25 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 511 | $1.50 | $766.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,498.10 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,578.10 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month  not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

*900698413*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100113-411110

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Dr. George Foster
DATE:        10/1/2013
LOCATION:    San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100213-411113

Bill To:
Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE: Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS: Martin Rinard, Ph.D
DATE: 10/2/2013
LOCATION: San Francisco, CA

Billing Comments / Instructions:   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 268 | $3.35 | $897.80 |
| Original Transcript - Daily Delivery | 268 | $3.25 | $871.00 |
| Original Transcript - Early AM Pages | 14 | $1.50 | $21.00 |
| Interactive Real-time | 268 | $1.35 | $361.80 |
| Rough ASCII | 268 | $1.25 | $335.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Reporter App Fee / Early AM Session - Videotaped - Comp | 1 | $105.00 | $105.00 |
| Compressed - ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 341 | $0.15 | $51.15 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2405 | $1.50 | $3,607.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $6,390.25 |
| | | SHIPPING & HANDLING | $115.00 |
| | | TOTAL | $6,505.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100213-411114

Bill To:  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Martin Rinard, Ph.D.
DATE:       10/2/2013
LOCATION:   San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified  MPEG  Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $698.75 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $733.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 4 1 6 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100313-411117

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No: 12-CV-00630-LHK) |
| WITNESS: | Judith Chevalier, Ph.D. |
| DATE: | 10/3/2013 |
| LOCATION: | New York, NY |

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 292 | $3.35 | $978.20 |
| Original Transcript - Daily Delivery | 292 | $3.25 | $949.00 |
| Original Transcript - Early AM Pages | 47 | $1.50 | $70.50 |
| Interactive Real-time | 292 | $1.35 | $394.20 |
| Rough ASCII | 292 | $1.25 | $365.00 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $75.00 | $150.00 |
| Reporter App Fee / Early AM Session - Videotaped - Comp | 1 | $112.50 | $112.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $6.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1157 | $1.50 | $1,735.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $4,754.90 |
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $4,809.90 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of

1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*9 0 0 6 9 8 4 1 7 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100313-411115

Bill To:       Heather J. Fischer
               Gibson, Dunn & Crutcher LLP
               1881 Page Mill Road
               Palo Alto, CA 94304-1125

CASE:          Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:       Judith Chevalier, Ph.D.
DATE:          10/3/2013
LOCATION:      New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Add'l Hours - Early AM Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $6.00 |
| | | SUBTOTAL | $766.25 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $796.25 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



*900698418*



Corporate Headquarters
747 Third Avenue, Suite 104
New York, NY 10017
Phone: (877) 702-9580
Fax (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/11/2013
**INVOICE #** 100413-411123

**Bill To:**  Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

**CASE:**  Apple v. Samsung (Case No. 12-CV-00630-LHK)
**WITNESS:**  Richard L. Donaldson
**DATE:**  10/4/2013
**LOCATION:**  Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 204 | $3.35 | $683.40 |
| Certified Transcript - Daily Delivery | 204 | $3.25 | $663.00 |
| Certified Transcript - Early AM Pages | 33 | $1.50 | $49.50 |
| Interactive Real-time | 204 | $1.35 | $275.40 |
| Rough ASCII | 204 | $1.25 | $255.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 425 | $0.10 | $42.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,968.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,023.80 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*900698419*



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 10/11/2013
INVOICE # 100413-411124

Bill To:     Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

CASE:     Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:     Richard L. Donaldson
DATE:     10/4/2013
LOCATION:     Boston, MA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videographer - Add'l Hours - Early AM Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

*900698420*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 10/18/2013
INVOICE # 092713-411466

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:        Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:     Dr. Richard Taylor
DATE:        9/27/2013
LOCATION:    London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 229 | $3.95 | $904.55 |
| Certified Transcript - Daily Delivery | 229 | $3.95 | $904.55 |
| Certified Transcript - Evening Pages | 23 | $1.25 | $28.75 |
| Interactive Real-time | 229 | $2.45 | $561.05 |
| Rough ASCII | 229 | $2.45 | $561.05 |
| Compressed - ASCII / Word-Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 220 | $0.10 | $22.00 |
| Exhibits - Scanned & Hyperlinked - Color | 480 | $1.50 | $720.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,701.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,756.95 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

*901001063*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 10/18/2013
INVOICE # 092713-411467

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Richard Taylor
DATE:       9/27/2013
LOCATION:   London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|-----------|--------|
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $180.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $220.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

THANK YOU FOR YOUR BUSINESS!

*901001066*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 10/18/2013
INVOICE # 100413-411470

**Bill To:**   Heather J. Fischer
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

| | |
|---|---|
| CASE: | Apple v. Samsung (Case No. 12-CV-00630-LHK) |
| WITNESS: | Nicolas Molfessis |
| DATE: | 10/4/2013 |
| LOCATION: | Brussels, Belgium |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 146 | $3.95 | $576.70 |
| Certified Transcript - Daily Delivery | 146 | $3.95 | $576.70 |
| Interactive Real-time | 146 | $2.45 | $357.70 |
| Rough ASCII | 146 | $2.45 | $357.70 |
| Compressed - ASCII + Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 196 | $0.10 | $19.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,888.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,943.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG

**THANK YOU FOR YOUR BUSINESS!**

*9 0 1 0 0 1 0 6 9 *



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



DATE: 10/18/2013
INVOICE # 100413-411471

Bill To:     Heather J. Fischer
             Gibson, Dunn & Crutcher LLP
             1881 Page Mill Road
             Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Nicolas Molfessis
DATE:       10/4/2013
LOCATION:   Brussels, Belgium

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified  MPEG  Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $135.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $175.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit  If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

```
* 9 0 1 0 0 1 0 7 2 *
```



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 707-3311
www.tsgreporting.com



DATE: 10/18/2013
INVOICE # 100413-411472

Bill To:      Heather J. Fischer
              Gibson, Dunn & Crutcher LLP
              1881 Page Mill Road
              Palo Alto, CA 94304-1125

CASE:         Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:      Saul Greenberg
DATE:         10/4/2013
LOCATION:     Redwood Shores, CA

Billing Comments / Instructions:     Includes shipping for original transcript sent at end of read & sign period

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 334 | $3.35 | $1,118.90 |
| Original Transcript - Daily Delivery | 334 | $3.25 | $1,085.50 |
| Interactive Real-time | 334 | $1.35 | $450.90 |
| Rough ASCII | 334 | $1.25 | $417.50 |
| Reporter Appearance Fee / Session - Videotaped - Comp | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1299 | $0.15 | $194.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,407.65 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,492.65 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*901001075*



DATE: 10/18/2013
INVOICE # 100413-411473

Bill To:         Heather J. Fischer
                 Gibson, Dunn & Crutcher LLP
                 1881 Page Mill Road
                 Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Saul Greenberg
DATE:       10/4/2013
LOCATION:   Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
|  |  | SUBTOTAL | $687.50 |
|  |  | SHIPPING & HANDLING | $40.00 |
|  |  | TOTAL | $727.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
THANK YOU FOR YOUR BUSINESS!



*90100 1078*



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2013
INVOICE # 122013-414694

Bill To:        Heather J. Fischer
                Gibson, Dunn & Crutcher LLP
                1881 Page Mill Road
                Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No: 12-CV-00630-LHK)
WITNESS:    Dr. Michael Walker
DATE:       12/20/2013
LOCATION:   London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 259 | $3.95 | $1,023.05 |
| Certified Transcript - Daily Delivery | 259 | $3.95 | $1,023.05 |
| Certified Transcript - Evening Pages | 32 | $1.25 | $40.00 |
| Interactive Real-time | 259 | $2.45 | $634.55 |
| Rough ASCII | 259 | $2.45 | $634.55 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1037 | $0.10 | $103.70 |
| Exhibits - Scanned & Hyperlinked - Color | 58 | $1.50 | $87.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,545.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,600.90 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



* 9 0 1 0 0 1 0 8 4 *



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 200
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/31/2013
INVOICE # 122013-414695

Bill To:    Heather J. Fischer
            Gibson, Dunn & Crutcher LLP
            1881 Page Mill Road
            Palo Alto, CA 94304-1125

CASE:       Apple v. Samsung (Case No. 12-CV-00630-LHK)
WITNESS:    Dr. Michael Walker
DATE:       12/20/2013
LOCATION:   London, England

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $180.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $220.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



*901001062*