# SCHEDULE C2

### SCHEDULE C2 (Hearing and Trial Transcripts)

| | | | | | |
|---|---|---|---|---|---|
| 05-06-2013 | 20051503 | USDC ND CA | Reporter's Transcript of Proceedings 02/14/2013 and 04/24/13 | $ | 217.80 |
| 01-15-2014 | 20051661 | USDC ND CA | Reporter's Transcript of Proceedings 12/12/2013 | $ | 324.85 |
| | | | | $ | 542.65 |