# EXHIBIT C2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051503

**MAKE CHECKS PAYABLE TO:**

Heather Fischer
Gibson, Dunn & Crutcher (P.A.)
1881 Page Mill Road
Palo Alto, CA 94304

Phone: (650) 849-5200

hfischer@gibsondunn.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX: (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

[ ] CRIMINAL    [X] CIVIL

DATE ORDERED: 05-03-2013
DATE DELIVERED: 05-06-2013

**Case Style:** C-12-00630 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 2-14-13 and 4-24-13 (e-mail copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 242 | 0.90 | 217.80 | | 0.60 | | 217.80 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 217.80

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $217.80

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Lee-Anne Shortridge

DATE: 05-06-2013

(All previous editions of this form are cancelled and should be destroyed)



AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051661

**MAKE CHECKS PAYABLE TO:**

Heather Fischer
Gibson, Dunn & Crutcher (P.A.)
1881 Page Mill Road
Palo Alto, CA 94304

Phone: (650) 849-5200

hfischer@gibsondunn.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX: (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 01-02-2014
DATE DELIVERED: 01-15-2014

Case Style: C-12-00630 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 12-12-13 (e-mail and ascii copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 89 | 3.65 | 324.85 | 269 | 0.90 | 242.10 | | 0.60 | | 566.95 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

Misc. Desc.

MISC. CHARGES:
TOTAL: 566.95
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $566.95

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
DATE: 01-15-2014

(All previous editions of this form are cancelled and should be destroyed)

*900959872*