# EXHIBIT D1



**Billing Address**               **Shipping Address**

SDxWpY0KQR

Your order of May 22, 2012 (Order ID 105-2770271-5255416)

| Qty | Item | Item Price | Total |
|---|---|---|---|
| 1 | Samsung Galaxy S II 4G Android Phone (AT&T) Wireless Phone (** P-3-J219B6 **) B005PT14FQ 6J5753493481 | $449.99 | $449.99 |
| | This shipment completes your order. | | |
| | Subtotal | | $449.99 |
| | Order Total | | $449.99 |
| | Paid via credit/debit | | $449.99 |
| | Balance Due | | $0.00 |

a.i/t)/WoY0KQR/-1 of 1-//1T/second/10773173/0522-19.30/2523-39:14                    A1



Page 1 of 1.

Upgrade to Safer IE8 — Go Mobile   My Y!   Yahoo!

Thank you for your or...

**Thank you for your order!**  Hide Details
FROM: no-reply@amazon.com
Saturday September 1, 2012 10:04 PM
TO:

## amazonwireless

**Thanks for your order, Angela Wilkins!**

Did you know you can view and edit your orders online, 24 hours a day? Visit Your Account.

**Order Information:**
**Order placed:** September 01, 2012
**E-mail address:**
**Total billed by AmazonWireless: $1104.12**

**Shipping address**       **Billing address**

**Order Summary:**
**Order number:**          102-6553610-1007420
**Order status:**          Confirmed
**Shipping speed:**        FREE Two Day Shipping
**Estimated delivery date:** September 04, 2012

**Your Items**

**Phone 1:**
Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T)
**Phone 2:**
Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T)

Estimated Tax To Be

Total billed by Amazon

Backed by our Best Price Guarantee

The charge for this order will appear on your credit card statement from the merchant 'Amazon
You can review your orders in Your Account. If you've explored the links on that page but still h
our online Help Department.
Please note: This email was sent from a notification-only address that cannot accept incoming e
to this message.
Thanks for shopping with us.

http://us.mg5.mail.yahoo.com/neo/launch?.rand=57i0h4qrki3qa                    9/2/2012



```
        WELCOME TO BEST BUY #54
              MESQUITE, TX 75150
                (972)681-3180

                Keep your receipt!

al # 000149 003637 X16604-527369-81041...

054 070 7276 11/19/12    19:55 0096119

004195    RZ SILVER              0.00 N
  REWARD ZONE PREMIER SILVER
  MEMBER ID 2504159062
929326    SCH I317              799.99
  AT&T SAMUNG GALAXY NOTE 2 TIT
  ITEM TAX 66.00
1119144   1                        0.0
  ATT HANDSET ONLY - NO PLAN
930804    SAMSUNG GAL.          799.99
  SPRINT SAMSUNG GALAXY NOTE II
  ITEM TAX 66.00
9974499   1                        0.0
  SPR HANDSET ONLY   NO PLAN

             SUBTOTAL     1,599.98
        SALES TAX AMOUNT    132.00
                          ==========
                TOTAL     1,731.98
```



```
                              1,731.98
```

```
THANKS FOR SHOPPING AT BEST... TODAY!
YOUR REWARD ZONE BALANCE AS OF 11/18/12
POSTED POINTS: 0
Go to MyRZ com FOR MORE INFO

As a Reward Zone Silver member,
we are pleased to extend your return and
exchange period on eligible products for
45 up to 60 days from purchase date.

HARDWARE
You purchased the following:
AT&T SAMUNG GALAXY NOTE 2 TITA
IMEI:: 354846050017464
MDN/Mobile Phone Number:: 9722073142

SERVICE AND SERVICE
OPTIONS
ATT HANDSET ONLY   NO PLAN

HARDWARE
You purchased the following:
SPRINT SAMSUNG GALAXY NOTE II
```

---

```
        WELCOME TO BEST BUY #54
              MESQUITE, TX 75150
                (972)681-3180

                Keep your receipt!

al # 000148 203262-317270-306331-159945-18...

054 070 7011 11/19/12    10:01 01005206

004195    RZ SILVER              0.00 N
  REWARD ZONE PREMIER SILVER
  MEMBER ID 2504159062
904141    SCH1515MSV            599.99
  VZW SAMSUNG GALAXY NEXUS 4G L
  ITEM TAX 49.50
820611    NON-QUAL II I           0.00
  VZW HANDSET ONLY NO PLAN

             SUBTOTAL       599.99
        SALES TAX AMOUNT     49.50
                          ==========
                TOTAL       649.49

Associate # 1005206
```

```
                               649.49
```

```
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 11/06/12
POSTED POINTS: 0
Go to MyRZ com FOR MORE INFO

As a Reward Zone Silver member,
we are pleased to extend your return and
exchange period on eligible products from
45 up to 60 days from purchase date.

HARDWARE
You purchased the following:
VZW SAMSUNG GALAXY NEXUS 4G LT
IMEI:: 990061136763562
MDN/Mobile Phone Number: 9722072413

SERVICE AND SERVICE
OPTIONS
VZW HANDSET ONLY NO PLAN


        Valid ID is required for returns or
        exchanges. ID info may be stored in a
        secure, encrypted database used for
        ... returns & exchanges. Best Buy
```

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, January 22, 2013 10:27 AM |
| **To:** | |
| **Subject:** | Fw: Your Best Buy Receipt |

----- Forwarded Message -----
**From:** Best Buy <BestBuyInfo@emailinfo.bestbuy.com>
**To:**
**Sent:** Saturday, January 19, 2013 11:43 AM
**Subject:** Your Best Buy Receipt

Thanks for requesting your receipt. Save this e-mail for future reference.



## THANK YOU FOR SHOPPING AT BEST BUY®

Hi

We appreciate your request to receive an e-mail copy of your receipt. Maintaining a copy of this e-mail will facilitate returns, exchanges and service of your protection plan(s).

Your purchase information is below.

Always here for you,

**Best Buy**

```
              WELCOME TO BEST BUY #54
                 MESQUITE, TX 75150
                    (972)681-3180

                   Keep your receipt!


Val #:000015-713249-001623-169180-703946-195

0054 019 7124 01/19/13    10:20 00272063


5064393    GT-P3113TSY                 199.99
   SAMSUNG/TAB2 7"/GT-P3113TSYXA
   ITEM TAX 16.50
5064393    GT-P3113TSY                 199.99
   SAMSUNG/TAB2 7"/GT-P3113TSYXA
   ITEM TAX 16.50
5064393    GT-P3113TSY                 199.99
```

1

```
      SAMSUNG/TAB2 7"/GT-P3113TSYXA
      ITEM TAX 16.50
   6094193    RZ SILVER                    0.00 N
      REWARD ZONE PREMIER SILVER
      MEMBER ID 2504159062
   5611796    TABLET FIEL                  0.00
      TABLET WOW
   5611796    TABLET FIEL                  0.00
      TABLET WOW
   5611796    TABLET FIEL                  0.00
      TABLET WOW
                                     ----------
                       SUBTOTAL       399.97
                   SALES TAX AMOUNT    49.50
                                     ----------
                          TOTAL       649.47

   Associate # 279063
```

                                      649.47


THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 01/12/13
POSTED  POINTS: 215
Go to MyRZ.com FOR MORE INFO

As a Reward Zone Silver member,
we are pleased to extend your return and
exchange period on eligible products from
45 up to 60 days from purchase date.


        Valid ID is required for returns or
      exchanges. ID info may be stored in a
        secure, encrypted database used for
      tracking returns & exchanges. Best Buy
      reserves the right to deny any return.
      Full return and exchange policies are
              online at http://www.bestbuy.com/.

        Best Buy is not responsible for any
      personal data left on a returned item.

        To learn about our privacy practices
      please visit www.BestBuy.com/privacy.

              * indicates discount price
              + indicates clearance price
              N indicates non tax item

              YOUR CUSTOMER SERVICE PIN IS:
                 0704 012 7104 011813

----------------------------------------------------

**Boost Mobile Shipment Confirmation**                                    Hide Details

FROM:                                     Thursday, October 4, 2012 9:51 AM

TO:

This message contains blocked images.                              Show Images    Options

[x] Please Turn on Images

## Your Order Has Shipped

Your order has shipped and you may track the shipment now. Please click the tracking number link below to track your package(s). If your web browser does not recognize this link, you may track your order by copying the tracking number(s) to www.fedex.com.

### Order Summary - (Order #: 5149901)

2 x Samsung Galaxy SII 4G - White                                              $739.98
Tracking Number: FedEx:
514650675646

|                                    |          |
|------------------------------------|----------|
| Subtotal (before freight & tax)    | $739.98  |
| Shipping & Handling                | $5.00    |
| Tax                                | $61.46   |

**Total $806.44**

### Billing and Shipping Information



Shipping via Std Overnight. - $5.00

Your order has shipped and you may track the shipment now. Please click the tracking number link below to track your package(s). If your web browser does not recognize this link, you may track your order by copying the tracking number(s) to www.fedex.com. Orders placed prior to 4pm Eastern Monday through Friday will ship same day. ORDERS PLACED AFTER 4PM EASTERN MONDAY THROUGH FRIDAY WILL SHIP THE FOLLOWING WEEK DAY. NO SHIPMENTS OR DELIVERIES WILL OCCUR ON SATURDAY, SUNDAY, OR NATIONAL HOLIDAYS. Shipments going to AK or HI are only eligible for 2 day service. Depending on the shipping

```
                    DALLAS  TX 75231
                     (214)696-2089

                    Keep your receipt!


    al #:000163-382576-564940-079971-229720-40

   058 070 3935 12/27/12    18:24 00922100


   3440605   SCHR720ZAAM                   79.99
     METROPCS-SAMSUNG ADMIRE
     SERIAL # ************04C5
     ITEM TAX 6.60
   1243373    Prepaid 911                  1.60 N
              Service Fee
   9536326   MTP HANDSET                   0.00 N
     MTP HANDSET ONLY - NO PLAN
   3440605   SCHR720ZAAM                  79.99
     METROPCS-SAMSUNG ADMIRE
     SERIAL # ************2B68
     ITEM TAX 6.60
   1243373    Prepaid 911                  1.60 N
              Service Fee
   9536326   MTP HANDSET                   0.00 N
     MTP HANDSET ONLY - NO PLAN
   3440605   SCHR720ZAAM                  79.99
     METROPCS-SAMSUNG ADMIRE
     SERIAL # ************94C5
     ITEM TAX 6.60
   1243373    Prepaid 911                  1.60 N
              Service Fee
   9536326   MTP HANDSET                   0.00 N
     MTP HANDSET ONLY - NO PLAN
   8923285   METRO PCS P                  50.00 N
     METRO PCS PAYMENT CARD V2 - $
     SERIAL # ******************6715
   6094193   RZ SILVER                     0.00 N
     REWARD ZONE PREMIER SILVER
     MEMBER ID 2504159062

                       SUBTOTAL         289.97
                SALES TAX AMOUNT         19.80
            Prepaid 911 Service Fee       4.80
                                      ----------
                          TOTAL         314.57

   Associate # 922100


                                       314.57
```

# Thank you for choosing Sprint

142
1208 18TH ST NW
WASHINGTON, District of Columbia

20435710-554096087
Register:    3
Date:                        6/6/2012 13:08:59
Served By:
Customer:                              OTC Sale
Customer No.:

** Copy **


* 5 5 4 0 9 6 0 8 7 *

SPHD710KIT SAMSUNG D710 HANDSET KIT
    Serial No.    A0000030E9C5FB
    1    Each        $199.99         $199.99
    Sold by:
.SAMSUNG EPIC 4G D710 $300CR $300.00 -
Regular Price $499.99
SPHD600BKS SAMSUNG D600 DEVICE
    Serial No.    A000002F00E4A6
    1    Each        $99.99          $99.99
    Sold by:
.SAMSUNG D600 $300CR $300.00 - Regular Price
$399.99

                  SubTotal:        $299.98

        DC    6.0000%                    $18.00
              Amount Due:          $317.98
                                  $317.98

Services:
ESN/MEID :  A000002F00E4A6
Product Name :  SAMSUNG D600 DEVICE
MDN: 2023004604
Status:  Activated
Service Effective Date :   06/06/2012
Username:
  Everything Data Share Plan\\Line 1: $110.00 Minimum
  Unlimited Nights&amp;Weekends-7pm
  Unlimited Any Mobile, Anytime
  *Premium Data*
  VoiceMail Included
Sales Rep:

ESN/MEID :  A0000030E9C5FB
Product Name :  SAMSUNG D710 HANDSET KIT
MDN: 2023004734
Status:  Activated
Service Effective Date :   06/06/2012
Username:
  Everything Data Share Plan\\Line 1: $110.00 Minimum

## Thank you for choosing Sprint

142
1208 18TH ST NW
WASHINGTON, District of Columbia

20482236-2057037589
Register:   8
Date:                               6/13/2012 16:37:23
Served By:
Customer:                                        OTC Sale
Customer No.:

**Original**

*2057037589*

SPHL700KIT SAMSUNG GALAXY NEXUS
    Serial No.   99000113941530
    1    Each    $199.99        $199.99
    Sold by:
.SAMSUNG NEXUS 4G LTE $350CR $350.00 -
Regular Price $549.99

            SubTotal:           $199.99

            DC   6.0000%        $12.00
            **Amount Due:**     $211.99
                                $211.99



Services:
ESN/MEID : 99000113941530
Product Name : SAMSUNG L700 DEVICE
MDN: 2024899510
Status: Activated
Service Effective Date :  06/13/2012
Username:
  Everything Data Share Plan\\Line 1: $110.00 Minimum
  Unlimited Nights&amp;Weekends-7pm
  Unlimited Any Mobile, Anytime
  Premium Data $10 add-on charge
  VoiceMail Included
Sales Rep:

A $35 restock fee will be charged to customers
who activate a device and exchange it for a
different model/color. See sprint.com/returns for
details. CA Customers: Sprint will pay E-Waste
Recycle Fee on Covered Devices.

---

## Thank you for choosing Sprint

142
1208 18TH ST NW
WASHINGTON, District of Columbia

20621125-554096252
Register:   3
Date:                               7/5/2012 11:07:09
Served By:
Customer:                                        OTC Sale
Customer No.:

**Original**

*554096252*

SPHL700KIT SAMSUNG GALAXY NEXUS
    Serial No.   99000113941505
    1    Each    $199.99        $199.99
    Sold by:
.SAMSUNG NEXUS 4G LTE $350CR $350.00 -
Regular Price $549.99

            SubTotal:           $199.99

            DC   6.0000%        $12.00
            **Amount Due:**     $211.99
                                $211.99



Services:
ESN/MEID : 99000113941505
Product Name : SAMSUNG L700 DEVICE
MDN: 2022712556
Status: Activated
Service Effective Date :  07/05/2012
Username:
  Everything Data 450 $69.99\\450 Anytime Minutes Inc
  Unlimited Nights&amp;Weekends-7pm
  GPS Navigation
  Picture Mail
  Unlimited Any Mobile, Anytime
  Data Usage
  Premium Data
Sales Rep:

A $35 restock fee will be charged to customers
who activate a device and exchange it for a
different model/color. See sprint.com/returns for
details. CA Customers: Sprint will pay E-Waste
Recycle Fee on Covered Devices.

Pg 1 of 2

```
            Kiosk Operations
               TARGET 2572
            1629 N TOWN EAST BLVD
            MESQUITE, TX  75150-4105
               (214) 302-2960

 19                               $799.99
   ATT SAMSUNG NOTE WHT
   : 352013050475141
   an ID: YK
   N-ACTIVATED GSM ATT
   n-Activated Price: $799.99
 42                                 $0.00
   ACTIVATED GSM ATT
 39                                 $0.00
   IM CARD SOLD
 57                                 $0.00
   NON-ACT HANDSET
127                                 $0.00
   GOOGLE PLAY OFFER
   805275612622984
   MOBILE TERMS AND CONDITIONS
tion of $25.00 Digital Google Play Credit
 www.thepromocard.com/target. Enter 15 digit
  code listed above. $25.00 Digital Google
redit offer valid with the purchase of any
d contract device that Target Mobile
ates as eligible for a promocode through
2 or while supplies last. Target Mobile
odes expire two weeks after initial
purchase of eligible Android device (the Digital
Play Credit, once issued, does not
) Valid in the United States only. Void
prohibited by law. $25.00 Digital Google
redit will populate on the redemption site
the promocode has been verified. A
ite email with $25.00 Digital Google Play
: will be sent to the eligible guest.
omocodes must be redeemed no later than two
after date of qualified purchase. Promocode
able only at www.thepromocard.com/target.
ist be age 13 or older. Target Mobile, Google
antum Marketing, LLC are not responsible
ist or stolen Digital Google Play Credits.
ible software, hardwar
 required (fees may apt
  417
   ATT SAMSUNG GALA)
  T: 35910004155540
```

### Receipt 2 (right column)

```
   ...3257                          $0.00
   T NON-ACT HANDSET
   3427                             $0.00
   T GOOGLE PLAY OFFER
   : 805276605875590
   ET MOBILE TERMS AND CONDITIONS
  mption of $25.00 Digital Google Play Credit
  t www.thepromocard.com/target. Enter 15 digit
   ic code listed above. $25.00 Digital Google
   Credit offer valid with the purchase of any
   oid contract device that Target Mobile
   gnates as eligible for a promocode through
    /12 or while supplies last. Target Mobile
   ocodes expire two weeks after initial
   nase of eligible Android device (the Digital
   le Play Credit, once issued, does not
   re) Valid in the United States only. Void
    prohibited by law. $25.00 Digital Google
    Credit will populate on the redemption site
    r the promocode has been verified. A
   arate email with $25.00 Digital Google Play
   lit will be sent to the eligible guest.
    promocodes must be redeemed no later than two
    s after date of qualified purchase. Promocode
   enable only at www.thepromocard.com/target.
    must be age 13 or older. Target Mobile, Google
    Quantum Marketing, LLC are not responsible
    lost or stolen Digital Google Play Credits.
   atible software, hardware and internet
   ess required (fees may apply).
   )7096                          $549.99
   T SPR SAMSUNG GALAXY SII WHT
   N: 268435460811554061
   N HEX: A0000030B04D0D
    Plan ID: LX
    NON-ACTIVATED PCS SPR
    Non-Activated Price: $549.99
  70563                            $0.00
   ON-ACTIVATED PCS SPR             $0.00
   03427
   GT GOOGLE PLAY OFFER
   n: 805282184981723
   RGET MOBILE TERMS AND CONDITIONS
   demption of $25.00 Digital Google Play Credit
   sit www.thepromocard.com/target. Enter 15 digit
   neric code listed above. $25.00 Digital Google
   ay Credit offer valid with the purchase of any
   ndroid contract device that Target Mobile
   esignates as eligible for a promocode through
   /29/12 or while supplies last. Target Mobile
   promocodes expire two weeks after initial
```

Continued next page

Pg 2 of 2

```
...····tions and phone upgrades.
   )47                          $549.99
     SPR SAMSUNG GALAXY SII BLA
     268435460812397104
     HEX: A0000030BD2A30
     an ID: LX
     NON-ACTIVATED PCS SPR
     n-Activated Price: $549.99
     53                           $0.00
     ACTIVATED PCS SPR
     27                           $0.00   N
     GOOGLE PLAY OFFER
     405283353990222
     OBILE TERMS AND CONDITIONS
     on of $25.00 Digital Google Play Credit
     w.thepronocard.com/target. Enter 15 digit
     code listed above. $25.00 Digital Google
     lit offer valid with the purchase of any
     ontract device that Target Mobile
     s as eligible for a pronocode through
     r while supplies last. Target Mobile
     expire two weeks after initial
     if eligible Android device (the Digital
     y Credit, once issued, does not
     lid in the United States only. Void
     ibited by law. $25.00 Digital Google
     will populate on the redemption site
     pronocode has been verified. A
     ail with $25.00 Digital Google Play
     be sent to the eligible guest.
     des must be redeemed no later than two
     date of qualified purchase. Pronocode
     only at www.thepronocard.com/target.
     age 13 or older. Target Mobile, Google
     Marketing, LLC are not responsible
     stolen Digital Google Play Credits
     red (fees may apply).
                                  $0.00
     NT ACTIVATION FEE
     phone activation fee applies to new
     and phone upgrades.
                                $499.99
     STRATOSPHERE WHITE
     0000279823456
     ion ID: 012345678
     ): 8T
     T TGT VERIZON GSM
     tivated Price: $499.99
                                  $0.00
     TGT VERIZON GSM
```

```
separate email with $25.00 Digital Google Play
Credit will be sent to the eligible guest.
All pronocodes must be redeemed no later than two
weeks after date of qualified purchase. Pronocode
redeemable only at www.thepronocard.com/target.
You must be age 13 or older. Target Mobile, Google
and Quantum Marketing, LLC are not responsible
  lost or stolen Digital Google Play Credits.
  atible software, hardware and internet
  ss required (fees may apply).

 Total                         $3,199.95
                        8.25%    $264.00
 AL                            $3,463.95

 X                             $3,463.95
 NGE                               $0.00

 al Items Sold: 27
```




```
ore: 016017  Register: 15      Tran:
erator: MH            Sales Associat
cket #: 152635    9/1/2012 11:25... AM
```



0160171528350010901120 05

```
 les and returns are subject to the
and conditions identified on the bac
Any returns and exchanges must be
completed at THIS Target Mobile Cen

For inquiries please call either thi
Target Mobile Center at the phone
number at the top of the receipt or
1-888-998-1764.
```



Thank You For Choosing
T-Mobile!   ***

Questions? Contact
T_Mobile at: 1-800-672-5390

Page 1

**SHIP TO:**

| Order Number: | 1121160639*0814512604 |
|---|---|
| Order Date: | 2012-06-21 09:31 |
| Channel: | CDTS |
| Payment Type: | |
| Ship Method: | UPS1 |

Return Address:
Return Center
4500 Cambridge Road
Fort Worth, TX 76155

## Customer Copy

Thank you for your order. Please retain this packing slip as it will serve as your proof-of-purchase. If you aren't satisfied with your product please refer to the Return Policy on the back of this document.

| Order Qty | SKU | Description | Container Qty | Price Paid |
|---|---|---|---|---|
| 1 | PCF1KT | FAMILY 1000 TALK 2YC | --- | ------- |
| 1 | 610214630421 | SAM T999 GALAXY S III 16GB BLUE KIT 353024050193823 | 1 | 329.99 |
| 1 | 610214630421 | SAM T999 GALAXY S III 16GB BLUE KIT 353024050073207 | 1 | 329.99 |
| 1 | R200MBDC | REQ CLASSIC SIMPLE 200MB DATA | --- | ------- |
| 1 | R200MBDC | REQ CLASSIC SIMPLE 200MB DATA | --- | ------- |
| 1 | PCFUNLMSG | PC Family Unlim Msg | --- | ------- |

|  |  |
|---|---|
| Subtotal | 659.98 |
| Order Discount | 0.00 |
| Sales tax | 55.43 |
| Shipping | 11.99 |
| *TOTAL PAID | 727.40 |

**Comments:**
Please note if you cancel your plan within the cancellation period, you must return your device or you will be charged the suggested retail price.
* This is the total amount due today. Total does not reflect final price after mail-in rebates.

---

## Return Form

If you have any issues with your order please contact T-Mobile at: 1-800-672-5390. Please include this Return Form when returning a product to ensure we are able to process your return.

Order Number: ||||||||||||||||||
1121160639

Return Authorization Number _____

| Return Qty | SKU | Description | Ship Qty | Reason For Return |
|---|---|---|---|---|
|  | 610214630421 | SAM T999 GALAXY S III 16GB BLU | 1 |  |
|  | 610214630421 | SAM T999 GALAXY S III 16GB BLU | 1 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Return Reason Codes**
Please list a reason for each item
01 Don't like phone/service
02 Wrong item (please explain below)
03 Damaged
04 Defective Product (please describe)
05 Duplicate Order
Comments for Reasons 02 and 04:

T-Mobile Premium Retailer
Owned and Operated by Amtel, LLC - 1682
1100 N TOWN EAST BLVD STE 107
MESQUITE, TX 75150-4679

Register #2
Trans #5523
09-01-2012 15:08:07

NA NA               Sales Rep: 4894371

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214630438 | SAM T999 GALAXY S III 16GB WHITE KIT | 599.99 | 599.99 T |
| | | | Serial # 353022052997332 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| 1 | EACH | 000000610214629364 | SAM T989 GALAXY S II WHITE KIT | 549.99 | 549.99 T |
| | | | Serial # 359626042254986 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| 1 | EACH | 000000610214628190 | SAM T679 GALAXY EXHIBIT 4G KIT | 329.99 | 329.99 T |
| | | | Serial # 359874048145457 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | **SALE AMOUNT** | | 1479.97 |
| | | | TAX 1479.97@ 8.25% | | 122.10 |
| | | | **TOTAL** | | 1602.07 |
| | | | | | -1602.07 |

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

- Service availability and usage limits vary - see your plan for details. Partial minutes rounded up, and data usage rounded up to nearest KB. Data roaming not available for prepaid plans. No cash value; no refunds. Not liable if lost/stolen. Service use is your agreement to T-Mobile's Terms and Conditions.



| | |
|---|---|
| **From:** | InternetOrders@Verizonwireless.com |
| **Sent:** | Thursday, December 15, 2011 7:46 AM |
| **To:** | |
| **Subject:** | Sales Confirmation Verizon Wireless, Order 1004473230 |

Thank you for shopping at VerizonWireless.com.

1004473230 is pending credit review. We will contact you via email with your order status as soon as we complete credit verification. Pre-orders will ship when the item becomes available. We reserve the right to limit quantities. You cannot change your shipping address after you submit the order.

You can also check your order status here:
http://www.verizonwireless.com/b2c/orderstatus/OrderStatusForm

ORDER DATE: 12/15/11

ORDER#:1004473230

SHIP TO:          BILL TO:

|  | Monthly |
|---|---|
| **Account Plan** | |
| Nationwide Talk 700 - 2-year contract | $50.0 |
| **PLAN 1:** | |
| Nationwide - Line Access | $ 9.99 |
| Pay Per Message Sent/Received | $ 0.00 |
| 300MB Bundle with Personal Email | $ 20.00 |

Included Features:
3-Way Calling, 411 Search, Basic Voice Mail,
Call Forwarding, Call Waiting, Caller ID, Friends & Family,
Mobile Web, No Answer / Busy Transfer

Features:

1

```
        Decline Insurance                    $ 0.00
        Visual Voice Mail                    $ 2.99

                                    Due Today
                                    --------
DEVICE 1:
1       Samsung Galaxy Nexus                 $299.99

        One-time activation fee:             $ 35.00
        (charge & credit appears on 1st bill)


        Included Accessories for Samsung Galaxy Nexus:
        Standard Lithium Ion Battery, Wall/USB Charger,
        Stereo Headset, Preinstalled 32GB microSD Card,
        Product Safety Warranty Brochure, Quick Reference Guide

                                    Monthly
                                    -------


PLAN 2:
        Nationwide - Line Access             $ 9.99

        Pay Per Message Sent/Received        $ 0.00

        300MB Bundle with Personal Email     $ 20.00

        Included Features:
        3-Way Calling, 411 Search, Basic Voice Mail,
        Call Forwarding, Call Waiting, Caller ID, Friends & Family,
        Mobile Web, No Answer / Busy Transfer

        Features:
        Decline Insurance                    $ 0.00
        Visual Voice Mail                    $ 2.99

                                    Due Today
                                    --------
DEVICE 2:
1       Samsung Galaxy Nexus                 $299.99

        One-time activation fee:             $ 35.00
        (charge & credit appears on 1st bill)


        Included Accessories for Samsung Galaxy Nexus:
        Standard Lithium Ion Battery, Wall/USB Charger,
        Stereo Headset, Preinstalled 32GB microSD Card,
        Product Safety Warranty Brochure, Quick Reference Guide
```

2

```
SUMMARY OF CHARGES
--------------------------------------------------------
Total recurring monthly access & service charges:      $115.96

Total one-time charge on your first monthly bill:      $ 70.00
--------------------------------------------------------
DUE NOW:  Detail of total charges to be billed to credit card

Shipping:                            Free

Subtotal:                            $599.98

Taxes, Governmental Surcharges & Fees:        $ 49.50
    TX Local Sales Tax*      $ 12.00
    TX State Sales Tax*      $ 37.50

TOTAL CHARGES TO BE BILLED TO CREDIT CARD:    $649.48
```

In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay. In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device.

*The sales tax charged on your device was based on $599.98.

Enjoy the ease and convenience of My Verizon online! Check minutes used, view and pay your bill, get answers to Frequently Asked Questions, and much more. Register today at http://www.verizonwireless.com/myverizon. When you don't have computer access, you can get basic account information by dialing *611 + Send (airtime free) and selecting automated options.

3

VERIZON WIRELESS
18671 Lyndon B Johnson Fwy
Mesquite, TX 75150-5627
(972)270-6600
verizonwireless.com

Order Location:       P2244 01 #149451
Receive Location:            P2244 01
Receipt Date/Time:    12/15/11 10:17 ET
Register: 07            USWINID - E3392
Pmt 1 of 1

|  | Retail Price | Your Price |
|---|---|---|
| SCHI515MSV SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SAMI4053PKSP | $0.00 | $0.00 |
| SCR:SAM STRT SAMI4053PKSP | $12.99 | $10.39 |
| SCR:SAM STRT SAMI515SILHGBLU | $12.99 | $10.39 |
| CAS:SAM NEXU SAMI515WCAS | $24.99 | $19.99 |
| CAS:SAM NEXU SCHI515MSV | $49.99 | $39.99 |
| SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SCHI515MSV | $0.00 | $0.00 |
| SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SCHI515MSV | $0.00 | $0.00 |
| SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SCHI515MSV | $0.00 | $0.00 |
| SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK | $0.00 | $0.00 |

```
TX Local Sales Tax  :    $31.61
TX State Sales Tax  :    $98.80
       Total Taxes/Fees: $130.41
                 Total: $1711.12

   Total Savings:       $1770.20

   This Payment:       ($1711.12)
```

Signature:_____

A Verizon Wireless SIM may only be
used with devices certified for
use on Verizon Wireless network.

You can check if your device is

---

VERIZON WIRELESS
18671 Lyndon B Johnson Fwy
Mesquite, TX 75150-5627
(972)270-6600
verizonwireless.com

Order Location:       P2244 01 #149463
Receive Location:            P2244 01
Receipt Date/Time:    12/15/11 11:22 ET
Register: 08            USWINID - EJ471
Pmt 1 of 1

|  | Retail Price | Your Price |
|---|---|---|
| SDP80090001 SECURITY DEP | $0.00 | $125.00 |
| SCHI515MSV SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SAMI515IDCPNK | $0.00 | $0.00 |
| CAS:SAM NEXU SAMI5153PKSP | $29.99 | $29.99 |
| SCR:SAM NEXU SDP80090001 | $12.99 | $12.99 |
| SECURITY DEP | $0.00 | $125.00 |
| SCHI515MSV SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SDP80090001 | $0.00 | $0.00 |
| SECURITY DEP | $0.00 | $125.00 |
| SCHI515MSV SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK SDP80090001 | $0.00 | $0.00 |
| SECURITY DEP | $0.00 | $125.00 |
| SCHI515MSV SAMSUNG SCH-WAR6002 | $649.99 | $299.99 |
| 1 YR. MFG. W BULKSIM3FF-D | $0.00 | $0.00 |
| G&D 3FF BULK | $0.00 | $0.00 |

```
TX Local Sales Tax  :    $24.86
TX State Sales Tax  :    $77.69
       Total Taxes/Fees: $102.55
                 Total: $1845.49

   Total Savings:       $900.00

   This Payment:       ($1845.49)
```

```
*****************************************
          E Q U I P M E N T   R E C E I P T
*****************************************

            VERIZON WIRELESS
        18671 Lyndon B Johnson Fwy
          Mesquite, TX 75150-5627
              (972)270-6600
            verizonwireless.com


Order Location:         P2244 01 #175083
Receive Location:                P2244 01
Receipt Date/Time:   07/05/2012 11:39 ET
Register: 09              ismaimo - EJ428
Pmt 1 of 1

                        Retail      Your
                        Price       Price
-------------------------------------------
SDP80090001
SECURITY DEP            $0.00     $125.00
SCHI515MSV
SAMSUNG SCH-          $649.99     $199.99
(214)883-0161
DeviceId: 990001135084747
REB80898 (Rebate Eligible)
WAR6002
1 YR. MFG. W            $0.00       $0.00
BULKSIM3FF-D
G&D 3FF BULK            $0.00       $0.00
===========================================
     TX State Sales Tax  :         $12.50
     TX Local Sales Tax  :          $4.00
          Total Taxes/Fees:        $16.50
                    Total:        $341.49

           Total Savings:         $325.00

            This Payment:         $341.49
```

Visit www.VerizonWirelessSurvey.com
to tell us about your experience.

Signature: