# SCHEDULE D2

Schedule D2 (E-Discovery)

| Invoice Date | Invoice Number | Vendor | Description | Detailed Cost Claimed | Total Amount Invoices (including Consultation, Meetings, Searching, Analysis, Hosting, and License Fees) | Amount Claimed |
|---|---|---|---|---|---|---|
| 03-31-2012 | 1143873 | Catalyst | E-Discovery Services | | $ 46,941.26 | $ 13,535.00 |
| | | | Upload | $ 11,035.00 | | |
| | | | Production | $ 2,500.00 | | |
| | | | OCR | $ - | | |
| 04-30-2012 | 1144382 | Catalyst | E-Discovery Services | | $ 29,927.34 | $ 2,676.60 |
| | | | Upload | $ 976.60 | | |
| | | | Production | $ 1,700.00 | | |
| | | | OCR | $ - | | |
| 05-31-2012 | 1144858 | Catalyst | E-Discovery Services | | $ 22,628.77 | $ 489.20 |
| | | | Upload | $ 64.20 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 06-30-2012 | 1145341 | Catalyst | E-Discovery Services | | $ 15,760.08 | $ 607.00 |
| | | | Upload | $ 182.00 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 07-31-2012 | 1145841 | Catalyst | E-Discovery Services | | $ 14,110.18 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| 08-31-2012 | 1146313 | Catalyst | E-Discovery Services | | $ 10,994.14 | $ 451.20 |
| | | | Upload | $ 26.20 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 09-30-2012 | 1146780 | Catalyst | E-Discovery Services | | $ 30,823.50 | $ 1,974.99 |
| | | | Upload | $ 1,731.80 | | |
| | | | Production | $ 212.50 | | |
| | | | OCR | $ 30.69 | | |
| 10-31-2012 | 1147261 | Catalyst | E-Discovery Services | | $ 61,152.77 | $ 4,505.80 |
| | | | Upload | $ 4,080.80 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 11-30-2012 | 1147749 | Catalyst | E-Discovery Services | | $ 24,873.45 | $ 1,960.73 |
| | | | Upload | $ 1,103.40 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ 432.33 | | |
| 12-31-2012 | 1148179 | Catalyst | E-Discovery Services | | $ 23,375.75 | $ 2,545.20 |
| | | | Upload | $ 1,945.00 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ 175.20 | | |
| 01-31-2013 | 1148635 | Catalyst | E-Discovery Services | | $ 28,017.49 | $ 2,879.10 |
| | | | Upload | $ 2,241.60 | | |
| | | | Production | $ 637.50 | | |
| | | | OCR | $ - | | |
| 02-28-2013 | 1149033 | Catalyst | E-Discovery Services | | $ 30,626.87 | $ 3,568.23 |
| | | | Upload | $ 858.80 | | |
| | | | Production | $ 2,709.43 | | |
| | | | OCR | | | |
| 03-31-2013 | 1149432 | Catalyst | E-Discovery Services | | $ 18,944.83 | $ 1,700.40 |
| | | | Upload | $ 0.40 | | |
| | | | Production | $ 1,700.00 | | |
| | | | OCR | $ - | | |
| 04-30-2013 | 1149877 | Catalyst | E-Discovery Services | | $ 31,557.39 | $ 5,558.11 |
| | | | Upload | $ 4,758.40 | | |
| | | | Production | $ 799.71 | | |
| | | | OCR | $ - | | |
| 05-31-2013 | 1150336 | Catalyst | E-Discovery Services | | $ 67,860.12 | $ 2,565.78 |
| | | | Upload | $ 423.20 | | |
| | | | Production | $ 1,847.35 | | |
| | | | OCR | $ 295.23 | | |
| 06-30-2013 | 1150637 | Catalyst | E-Discovery Services | | $ 47,493.19 | $ 20,773.65 |
| | | | Upload | $ 9,144.55 | | |
| | | | Production | $ 10,143.38 | | |
| | | | OCR | $ 1,485.72 | | |

Schedule D2 (E-Discovery)

| Invoice Date | Invoice Number | Vendor | Description | Detailed Cost Claimed | Total Amount Invoices (including Consultation, Meetings, Searching, Analysis, Hosting, and License Fees) | Amount Claimed |
|---|---|---|---|---|---|---|
| 07-31-2013 | 1151028 | Catalyst | E-Discovery Services | | $ 54,896.22 | $ 17,820.67 |
| | | | Upload | $ 3,405.60 | | |
| | | | Production | $ 12,592.87 | | |
| | | | OCR | $ 1,822.20 | | |
| 08-31-2013 | 1151470 | Catalyst | E-Discovery Services | | $ 30,865.84 | $ 1,341.20 |
| | | | Upload | $ 66.20 | | |
| | | | Production | $ 1,275.00 | | |
| | | | OCR | $ - | | |
| 09-30-2013 | 1151840 | Catalyst | E-Discovery Services | | $ 29,961.72 | $ 430.20 |
| | | | Upload | $ 5.20 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 10-31-2013 | 1152294 | Catalyst | E-Discovery Services | | $ 30,579.80 | $ 428.60 |
| | | | Upload | $ 3.60 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ - | | |
| 11-30-2013 | 1152612 | Catalyst | Production | | $ 30,363.90 | $ 212.70 |
| | | | Upload | $ 0.20 | | |
| | | | Production | $ 212.50 | | |
| | | | OCR | $ - | | |
| 12-31-2013 | 1152997 | Catalyst | E-Discovery Services | | $ 30,151.20 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| 01-31-2014 | 1153382 | Catalyst | E-Discovery Services | | $ 34,745.00 | $ 0.20 |
| | | | Upload | $ 0.20 | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| 02-28-2014 | 1153773 | Catalyst | E-Discovery Services | | $ 34,749.48 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| 03-31-2014 | 1154160 | Catalyst | E-Discovery Services | | $ 34,746.08 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| | | | | | Total | $ 86,024.56 |