# SCHEDULE E1

**SCHEDULE E1 (Interpreters)**

| Invoice Date | Invoice No. | Invoice No. | Vendor | Date of Deposition | Witness / Cost Description | Total Amount Invoiced | Taxable Costs Claimed |
|---|---|---|---|---|---|---|---|
| 8/7/2013 | 7295386 | 53071 | Planet Depos | July 12, 2013 | Thomas Deniau Deposition-Interpreter | $ 2,000.00 | $ 2,000.00 |
| 8/7/2013 | 53070 | 53070 | Planet Depos | July 12, 2013 | Norbert Fuhr Deposition-Interpreter Daily Minimum | $ 2,000.00 | $ 2,000.00 |
| 8/7/2013 | 53080 | 53080 | Planet Depos | July 15, 2013 | Norbert Govert Deposition-Interpreter Daily Minimum | $ 2,000.00 | $ 2,000.00 |
| 8/7/2013 | 53079 | 53079 | Planet Depos | July 14, 2013 | Ulrich Pfieffer Deposition-Interpreter Daily Minimum | $ 3,000.00 | $ 3,000.00 |
| | | | | | | $ 9,000.00 | $ 9,000.00 |