# EXHIBIT E1

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53071 | 8/7/2013 | 40525 |
| Job Date | Case No. | |
| 7/12/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |



PLANET DEPOS
*...make it happen*
888.433.3767   WWW.PLANETDEPOS.COM

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

INTERPRETATION SERVICES:
   Thomas Deniau
      Interpreter Daily Minimum      2,000.00

                                  TOTAL DUE >>>    $2,000.00

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.    :   53071
Invoice Date   :   8/7/2013
**Total Due**     :   **$ 2,000.00**

Remit To: **Planet Depos**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD 20850**

Job No.      :   40525
BU ID        :   74-INT'L-I
Case No.     :   12-CV-0630-LHK-PSG
Case Name   :   Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

# INVOICE



**PLANET DEPOS**
We make it happen
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53070 | 8/7/2013 | 40509 |

| Job Date | Case No. |
|---|---|
| 7/12/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

INTERPRETATION SERVICES:
  Norbert Fuhr
    Interpreter Daily Minimum                                                         2,000.00

                                                        **TOTAL DUE  >>>**         **$2,000.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

*900967811*

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   : 53070
Invoice Date  : 8/7/2013
**Total Due**    : **$ 2,000.00**

Remit To: Planet Depos
          405 East Gude Drive
          Suite 209
          Rockville, MD 20850

Job No.    : 40509
BU ID      : 74-INT'L-I
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple
             (DUAL CAPTION 12-CV-0630-LHK-PSG)



**PLANET DEPOS**
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53080 | 8/7/2013 | 40511 |
| Job Date | Case No. | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

---

INTERPRETATION SERVICES:
    Norbert Govert
        Interpreter Daily Minimum      2,000.00

        **TOTAL DUE >>>**      **$2,000.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Invoice No.  :  53080
Invoice Date :  8/7/2013
**Total Due** :  **$ 2,000.00**

Remit To: **Planet Depos**
        **405 East Gude Drive**
        **Suite 209**
        **Rockville, MD  20850**

Job No.    :  40511
BU ID      :  74-INT'L-I
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
          (DUAL CAPTION  12-CV-0630-LHK-PSG)

# INVOICE



PLANET DEPOS
*Making it happen*
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53065 | 8/7/2013 | 40507 |
| **Job Date** | **Case No.** | |
| 7/10/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

LATE CANCELLATION
  Ulrich Pfeifer- Late Cancellation Interpreter
    Interpreter Daily Minimum                                    2,000.00

                                              **TOTAL DUE >>>**    **$2,000.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.



**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Invoice No.   : 53065
Invoice Date  : 8/7/2013
**Total Due**     : **$ 2,000.00**

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

Job No.    : 40507
BU ID      : 74-INT'L-I
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple
             (DUAL CAPTION  12-CV-0630-LHK-PSG)

# INVOICE



**PLANET DEPOS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53079 | 8/7/2013 | 40648 |
| Job Date | Case No. | |
| 7/14/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

---

INTERPRETATION SERVICES:
   Ulrich Pfeifer
      Interpreter Daily Minimum                                                         3,000.00

                                                                **TOTAL DUE >>>**      **$3,000.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Jennifer Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Invoice No.   : 53079
Invoice Date  : 8/7/2013
**Total Due**   : **$ 3,000.00**

Remit To:  **Planet Depos**
             **405 East Gude Drive**
             **Suite 209**
             **Rockville, MD  20850**

Job No.    : 40648
BU ID      : 74-INT'L-I
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple
            (DUAL CAPTION  12-CV-0630-LHK-PSG)