# EXHIBIT F-1

## [Part 2 of 4]

# INVOICE



PLANET DEPOS
Worldwide Litigation
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49696 | 6/10/2013 | 38227 |
| Job Date | Case No. | |
| 5/31/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| S. Stuart Lee, Esquire | | |
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 7.50  Hours | 712.50 |
| Synchronization | 7.00  Hours | 350.00 |
| | TOTAL DUE >>> | $1,387.50 |

Ordered By  :  Anna T. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49696 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 1,387.50** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38227 |
| BU ID | : | 2-VIDEO |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

# INVOICE



PLANET DEPOS
ASIA

AMERICAN REALTIME

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49119 | 6/10/2013 | 38177 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

Sung-Ho Choi

| | | | |
|---|---|---|---|
| Reporter Daily Minimum | 1.00 | | 1,800.00 |
| Overtime | 1.50 | Hours | 562.50 |
| Realtime Hook-up fee | 2.00 | | 400.00 |
| Exhibits | 499.00 | Pages | 124.75 |
| LEF/SBF/XMEF | 1.00 | | 75.00 |
| Delivery | 1.00 | | 40.00 |

**TOTAL DUE  >>>** $3,002.25

Ordered By   :  Liv Herriot, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.    :   49119
Invoice Date   :   6/10/2013
**Total Due**     :   $ 3,002.25

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.      :   38177
BU ID        :   84-SK-R
Case No.     :   12-CV-0630-LHK-PSG
Case Name    :   Apple Inc. -v- Samsung Electronics Co., Ltd., et al

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49877 | 6/10/2013 | 38183 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

 

PLANET DEPOS
ASIA

888.433.3767  WWW.PLANETDEPOS.COM

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| Sung-Ho Choi | | |
| Videographer Daily Fee | 1.00 | 1,300.00 |
| ~~Overtime~~ | ~~1.50  Hours~~ | ~~421.88~~ |
| ~~Synchronization~~ | ~~7.00  Hours~~ | ~~875.00~~ |
| | **TOTAL DUE >>>** | **$2,596.88** |

Ordered By   :  Liv Herriot, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49877 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 2,596.88** |

| | | |
|---|---|---|
| Job No. | : | 38183 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



PLANET DEPOS
We make it happen
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49236 | 6/10/2013 | 38214 |
| Job Date | Case No. | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| John F. Rabena, Esquire | 70.00 Pages | 280.00 |
| Realtime | 57.00 Pages | 91.20 |
| Rough ASCII | 57.00 Pages | 76.95 |
| Exhibits | 99.00 Pages | 24.75 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 25.00 |
| | TOTAL DUE >>> | $572.90 |

Ordered By    :  Anna T. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.    :  49236
Invoice Date   :  6/10/2013
**Total Due**    :  **$ 572.90**

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.      :  38214
BU ID        :  1-MAIN
Case No.     :  12-CV-0630-LHK-PSG
Case Name    :  Apple Inc. -v- Samsung Electronics Co., Ltd.,
et al

# INVOICE



PLANET DEPOS
*We make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49621 | 6/10/2013 | 38223 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

John F. Rabena, Esquire
Two Hour Minimum                                               325.00
Synchronization                                                  50.00

                                          **TOTAL DUE >>>**          **$375.00**

Ordered By    :  Anna T. Lee, Esquire
                 Wilmer Cutler Pickering Hale and Dorr LLP
                 950 Page Mill Road
                 Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49621 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 375.00** |

| | | |
|---|---|---|
| Job No. | : | 38223 |
| BU ID | : | 2-VIDEO |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767 / WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49208 | 6/10/2013 | 38210 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Peter Montague Cholnoky | 134.00 | Pages | 737.00 |
| Realtime | 115.00 | Pages | 201.25 |
| Rough ASCII | 115.00 | Pages | 172.50 |
| Attendance | | | 125.00 |
| Exhibits | 116.00 | Pages | 29.00 |
| LEF/SBF/XMEF | | | 75.00 |

TOTAL DUE >>> $1,339.75

Ordered By    : Mark D. Selwyn, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49208 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 1,339.75** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 38210 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

# INVOICE



PLANET DEPOS
We make it happen
869 433 3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49639 | 6/10/2013 | 38211 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF: | |
|---|---|
| Peter Montague Cholnoky | |
| Two Hour Minimum | 395.00 |
| Subsequent Hours | 150.00 |
| Synchronization 2.00 Hours | 100.00 |
| TOTAL DUE >>> | $645.00 |

Ordered By    : Anna T. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49639 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 645.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 38211 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

# INVOICE

 

PLANET DEPOS
ASIA

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49286 | 6/10/2013 | 38187 |

| Job Date | Case No. |
|---|---|
| 5/30/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
    Yong-Jun Kwak, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | 1.00 | 1,800.00 |
| Overtime | 2.50  Hours | 937.50 |
| Realtime Hook-up fee | 2.00 | 400.00 |
| Exhibits | 323.00  Pages | 80.75 |
| LEF/SBF/XMEF | 1.00 | 75.00 |
| | TOTAL DUE >>> | $3,293.25 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49286 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 3,293.25** |

| | | |
|---|---|---|
| Job No. | : | 38187 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD  20850

 

PLANET DEPOS
ASIA

AMERICAN REALTIME

888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49882 | 6/10/2013 | 38185 |
| **Job Date** | **Case No.** | |
| 5/30/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Yong-Jun Kwak, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | 1.00 | 1,300.00 |
| ~~Overtime~~ | ~~2.50  Hours~~ | ~~703.13~~ |
| ~~Synchronization~~ | ~~7.00  Hours~~ | ~~875.00~~ |
| | **TOTAL DUE >>>** | **$2,878.13** |

Ordered By    :  Liv Herriot, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49882 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 2,878.13** |

| | | |
|---|---|---|
| Job No. | : | 38185 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Page 1 of 2



**ESQUIRE**
San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:    45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL389953*    *1033300 - 00149*

| Invoice Date | 06/24/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/24/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/15/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 516139 | 05/21/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/15/2013, DONG HA NAM (SUWON, ) | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT PACKAGE | $ 506.30 |
| EXHIBITS | $ 268.25 |
| VIDEO | $ 980.00 |
| ~~APPEARANCE FEE FULL DAY~~ | ~~$ 930.00~~ |
| ~~HANDLING FEE~~ | ~~$ 0.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 245.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 0.00~~ |
| ~~ORIG TRANS CODE COMPLIANCE FEE~~ | ~~$ 15.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ |
| VIDEO HANDLING | $ 0.00 |
| | $ 3,019.55 |
| | |
| DEL-STANDARD | $ 0.00 |
| AIRFARE-COURT REPORTER | $ 1,826.30 |
| MEALS: MAY 13-17, 2013 | $ 92.32 |

*CONTINUED ON NEXT PAGE ...*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number:    45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
S O L U T I O N S

 VISA  AMEX  DISCOVER  AMERICAN

| | |
|---|---|
| Invoice #: | PL389953 |
| Payment Due: | 07/24/2013 |
| **Amount Due On/Before 08/08/2013** | **$ 6,555.30** |
| Amount Due After 08/08/2013 | $ 7,210.83 |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000389953  06242013  8  000655530  0  07242013  08082013  9  000721083  50

Page 2 of 2

 ESQUIRE

San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free.(800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL389953*

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice Date | 06/24/2013 |
| Terms | NET 30 |
| Payment Due | 07/24/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/15/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 516139 | 05/21/2013 | FED EX |

| Description | Amount |
|---|---|
| ~~PRE-FLIGHT HOTEL&CAR PARK/AIRPORT SHUTTLE TO BUS AND RETURN~~ | ~~$ 182.03~~ |
| ~~AIRFARE - VIDEOGRAPHER~~ | ~~$ 1,435.10~~ |
| | $ 3,535.75 |

MATTER NUMBER: 1033300-00149
REALTIME FEED PROVIDED.
ROUGH DRAFT PROVIDED.
2 TRAVEL DAYS.

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/08/2013** | **$ 6,555.30** |
| Amount Due After 08/08/2013 | $ 7,210.83 |

---

**Tax Number:**   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  [card logos]

 ESQUIRE
SOLUTIONS

| | |
|---|---|
| Invoice #: | PL389953 |
| Payment Due: | 07/24/2013 |
| **Amount Due On/Before 08/08/2013** | **$ 6,555.30** |
| Amount Due After 08/08/2013 | $ 7,210.83 |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000389953  06242013  8  000655530  0  07242013  08082013  9  000721083  50

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50080 | 7/2/2013 | 38015 |
| **Job Date** | **Case No.** | |
| 6/10/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Joonyoung Cho | 151.00 Pages | 490.25 |
| Realtime | 128.00 Pages | 128.00 |
| Rough ASCII | 128.00 Pages | 128.00 |
| Exhibits | 177.00 Pages | 44.25 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 25.00 |

TOTAL DUE >>> $891.00

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50080 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 891.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 38015 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
*...make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51325 | 7/2/2013 | 38036 |
| **Job Date** | **Case No.** | |
| 6/10/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   Joonyoung Cho

| | | |
|---|---|---|
| Videographer Hourly Rate | 9.00 | 675.00 |
| ~~Synchronization~~ | ~~6.50  Hours~~ | ~~325.00~~ |
| **TOTAL DUE >>>** | | **$1,000.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51325 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,000.00** |

| | | |
|---|---|---|
| Job No. | : | 38036 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
        **405 East Gude Drive**
        **Suite 209**
        **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50301 | 7/2/2013 | 38612 |
| **Job Date** | **Case No.** | |
| 6/12/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Hanil Yu | | |
| | 131.00 Pages | 524.00 |
| Realtime | ~~102.00 Pages~~ | ~~163.20~~ |
| Rough ASCII | ~~102.00 Pages~~ | ~~137.70~~ |
| Exhibits | 98.00 Pages | 24.50 |
| LEF/SBF/XMEF | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$924.40** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50301 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 924.40** |

| Remit To: | **Planet Depos** | | |
|---|---|---|---|
| | **405 East Gude Drive** | | |
| | **Suite 209** | | |
| | **Rockville, MD  20850** | | |

| | | |
|---|---|---|
| Job No. | : | 38612 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
*We make it happen.*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51332 | 7/2/2013 | 38613 |
| **Job Date** | **Case No.** | |
| 6/12/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF: | | |
|---|---|---|
| Hanil Yu, 30(b)(6) | | |
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 6.00  Hours | 570.00 |
| ~~Synchronization~~ | ~~6.50  Hours~~ | ~~325.00~~ |
| | TOTAL DUE >>> | $1,220.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51332 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,220.00** |

Remit To: **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38613 |
| BU ID | : | 2-VIDEO |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50365 | 7/2/2013 | 38017 |

| Job Date | Case No. | |
|---|---|---|
| 6/13/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Soenghun Kim, 30(b)(6) | 202.00 Pages | 656.50 |
| Realtime | 171.00 Pages | 171.00 |
| Rough ASCII | 171.00 Pages | 171.00 |
| Exhibits | 399.00 Pages | 99.75 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 25.00 |

TOTAL DUE  >>>     **$1,198.25**

Ordered By    :  S. Calvin Walden, Esquire
Wilmer Cutler Pickering Hale & Dorr, PLLC
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50365 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,198.25** |

| | | |
|---|---|---|
| Job No. | : | 38017 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**





PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51360 | 7/2/2013 | 38038 |

| Job Date | Case No. |
|---|---|
| 6/13/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Soenghun Kim, 30(b)(6)
Videographer Hourly Rate                                    11.50                            862.50
~~Synchronization                                            8.50  Hours                     425.00~~
                                                  TOTAL DUE >>>                  $1,287.50

Ordered By    :  S. Calvin Walden, Esquire
Wilmer Cutler Pickering Hale & Dorr, PLLC
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51360 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,287.50** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38038 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
*An oath to happen*
888-433-3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50795 | 7/2/2013 | 38020 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kenneth S. Korea, 30(b)(6) & Individual | 172.00 | Pages | 559.00 |
| Realtime | 148.00 | Pages | 148.00 |
| Rough ASCII | 148.00 | Pages | 148.00 |
| Exhibits | 73.00 | Pages | 18.25 |
| LEF/SBF/XMEF | | | 75.00 |

TOTAL DUE >>>       $948.25

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50795 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 948.25** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38020 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |



# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51376 | 7/2/2013 | 38041 |

| Job Date | Case No. |
|---|---|
| 6/19/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
 Kenneth S. Korea, 30(b)(6) & Individual

|  |  |  |
|---|---|---|
| Videographer Hourly Rate | 5.00 | 375.00 |
| Synchronization | 3.00  Hours | 150.00 |
|  | TOTAL DUE >>> | **$525.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 51376 |
|---|---|---|
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 525.00** |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| Job No. | : | 38041 |
|---|---|---|
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50714 | 7/2/2013 | 39142 |
| **Job Date** | **Case No.** | |
| 6/18/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Richard Freeman | 189.00 | Pages | 803.25 |
| Attendance | | | 150.00 |
| Realtime | 163.00 | Pages | 285.25 |
| Rough ASCII | 163.00 | Pages | 244.50 |
| Exhibits | 162.00 | Pages | 40.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 40.00 |

TOTAL DUE >>> $1,638.50

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50714 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,638.50** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 39142 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
Worldwide Court Reporting
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51373 | 7/2/2013 | 39163 |

| Job Date | Case No. |
|---|---|
| 6/18/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Richard Freeman

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 4.00  Hours | 500.00 |
| Synchronization | 3.50  Hours | 175.00 |
| | TOTAL DUE >>> | $1,025.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51373 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,025.00** |

Remit To: **Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39163 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |



PLANET DEPOS
We make it happen.
800.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50689 | 7/2/2013 | 38019 |
| **Job Date** | **Case No.** | |
| 6/18/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Gert-Jan van Lieshout | 164.00 Pages | 533.00 |
| Realtime | ~~139.00 Pages~~ | ~~139.00~~ |
| Rough ASCII | ~~139.00 Pages~~ | ~~139.00~~ |
| Exhibits | 191.00 Pages | 47.75 |
| LEF/SBF/XMEF | | ~~75.00~~ |

TOTAL DUE >>>        **$933.75**

Ordered By    : Kate Saxton, Esquire
               Wilmer Cutler Pickering Hale and Dorr LLP
               60 State Street
               Boston, MA 02109

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50689 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 933.75** |

| | | |
|---|---|---|
| Job No. | : | 38019 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
As makes it happen
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51371 | 7/2/2013 | 38040 |
| Job Date | Case No. | |
| 6/18/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Gert Jan Van Lieshout

| | | | |
|---|---|---|---|
| Videographer Hourly Rate | 5.00 | | 375.00 |
| ~~Synchronization~~ | ~~3.50  Hours~~ | | ~~175.00~~ |
| | **TOTAL DUE >>>** | | **$550.00** |

Ordered By   : Kate Saxton, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51371 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 550.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38040 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49587 | 7/2/2013 | 38247 |
| Job Date | Case No. | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| | Payment Terms | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | | |
|---|---|---|---|
| ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Samuel Stafford, 30(b)(6) & Individual | 98.00 Pages | | 318.50 |
| Realtime | 83.00 Pages | | 83.00 |
| Rough ASCII | 83.00 Pages | | 83.00 |
| ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Nicholas Telford, 30(b)(6) & Individual | 43.00 Pages | | 139.75 |
| Realtime | 36.00 Pages | | 36.00 |
| Rough ASCII | 36.00 Pages | | 36.00 |
| Exhibits | 335.00 Pages | | 83.75 |
| LEF/SBF/XMEF | 2.00 | | 150.00 |
| Delivery | | | 40.00 |
| | | **TOTAL DUE >>>** | **$970.00** |

Client Matter No.: 1033300-00149
Ordered By    :  Michael J. Silhasek, Esquire
                 Wilmer Cutler Pickering Hale and Dorr LLP
                 950 Page Mill Road
                 Palo Alto, CA 94304

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49587 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 970.00** |

| | | |
|---|---|---|
| Job No. | : | 38247 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
*we make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51298 | 7/2/2013 | 38248 |
| Job Date | Case No. | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Samuel Stafford, 30(b)(6) & Individual; Nicholas Telford, 30(b)(6) &
Individual

| | | | |
|---|---|---|---|
| Videographer Hourly Rate | 3.50 | | 262.50 |
| Synchronization | 2.50  Hours | | 125.00 |
| | TOTAL DUE  >>> | | $387.50 |

Ordered By    :  Michael J. Silhasek, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51298 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 387.50** |

| | | |
|---|---|---|
| Remit To: **Planet Depos** | Job No. | : | 38248 |
| **405 East Gude Drive** | BU ID | : | 22-OOT-V |
| **Suite 209** | Case No. | : | 12-CV-0630-LHK-PSG |
| **Rockville, MD  20850** | Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
*We make it happen*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50784 | 7/2/2013 | 39143 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | | |
|---|---|---|---|
| ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Chad L. Boss | 207.00 Pages | 879.75 |
| Realtime | 179.00 Pages | 313.25 |
| Rough ASCII | 179.00 Pages | 268.50 |
| ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
| Mitchael Clair Freeman | 144.00 Pages | 612.00 |
| Realtime | 122.00 Pages | 213.50 |
| Rough ASCII | 122.00 Pages | 183.00 |
| Attendance | | 150.00 |
| Exhibits | 450.00 Pages | 112.50 |
| LEF/SBF/XMEF | 2.00 | 150.00 |
| | **TOTAL DUE  >>>** | **$2,882.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50784 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 2,882.50** |

| | | |
|---|---|---|
| Job No. | : | 39143 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51384 | 7/2/2013 | 39176 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Chad L. Boss & Mitchael Clair Freeman

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 8.00  Hours | 1,000.00 |
| ~~Synchronization~~ | ~~7.00  Hours~~ | ~~350.00~~ |
| **TOTAL DUE >>>** | | **$1,700.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51384 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,700.00** |

| | | |
|---|---|---|
| Job No. | : | 39176 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  **Planet Depos**
　　　　　**405 East Gude Drive**
　　　　　**Suite 209**
　　　　　**Rockville, MD  20850**

# INVOICE



PLANET DEPOS
*We make it happen*
PH. 433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50870 | 7/2/2013 | 39503 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jian Xu, 30(b)(6) | 86.00 | Pages | 279.50 |
| Realtime | 74.00 | Pages | 74.00 |
| Rough ASCII | 74.00 | Pages | 74.00 |
| Exhibits | 502.00 | Pages | 125.50 |
| LEF/SBF/XMEF | | | 75.00 |

TOTAL DUE  >>>     **$628.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50870 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 628.00** |

| | | |
|---|---|---|
| Job No. | : | 39503 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**



# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51392 | 7/2/2013 | 39504 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Jian Xu, 30(b)(6)

| | | |
|---|---|---|
| Videographer Hourly Rate | 3.50 | 262.50 |
| Synchronization | 2.50 Hours | 125.00 |
| | TOTAL DUE >>> | $387.50 |

Due upon receipt and **is not contingent on client payment.**

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51392 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 387.50** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39504 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50890 | 7/2/2013 | 39144 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Michael Hayes Freeman | 308.00 | Pages | 1,309.00 |
| Realtime | 263.00 | Pages | 460.25 |
| Rough ASCII | 263.00 | Pages | 394.50 |
| Attendance | | | 150.00 |
| Exhibits | 439.00 | Pages | 109.75 |
| Lef/Sbf/XMEF | | | 75.00 |
| Delivery | | | 45.00 |

**TOTAL DUE >>>**                     **$2,543.50**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50890 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 2,543.50** |

| | | |
|---|---|---|
| **Remit To:** | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 39144 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |