# EXHIBIT F-1

## [Part 3 of 4]



# INVOICE



PLANET DEPOS
*We make it happen*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51397 | 7/2/2013 | 39179 |
| Job Date | Case No. | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Michael Hayes Freeman

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 7.00 Hours | 875.00 |
| Synchronization | 6.50 Hours | 3 5.00 |
| | **TOTAL DUE >>>** | **$1,550.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51397 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,550.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39179 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

 

PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50177 | 7/3/2013 | 35521 |

| Job Date | Case No. |
|---|---|
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

TRANSCRIPT WITH INDEX OF:

Toshiyuki Masui

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Exhibits | 76.00 Pages | 19.00 |
| LEF/SBF/XMEF | | ~~75.00~~ |
| Delivery | | ~~20.00~~ |

**TOTAL DUE >>>**  $1,614.00

Ordered By  :  Anna Bonny Chauvet, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50177 |
| Invoice Date | : | 7/3/2013 |
| **Total Due** | : | **$ 1,614.00** |

| | | |
|---|---|---|
| Job No. | : | 35521 |
| BU ID | : | 81-JAP-R |
| Case No. | : | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE


PLANET DEPOS
ASIA


AMERICAN REALTIME
Your Local Court Reporting Partner Around The World

888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50975 | 7/3/2013 | 35522 |

| Job Date | Case No. | |
|---|---|---|
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Toshiyuki Masui

| | | | |
|---|---|---|---|
| CD/DVD - First Set | 4.00 | Disks | 500.00 |
| Synchronization | 5.00 | Hours | 625.00 |
| | | TOTAL DUE >>> | $1,125.00 |

Ordered By : Anna Bonny Chauvet, Esquire
              Wilmer Cutler Pickering Hale and Dorr LLP
              1875 Pennsylvania Avenue, NW
              Washington, DC 20006

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.   :  50975
Invoice Date  :  7/3/2013
**Total Due**  :  **$ 1,125.00**

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

Job No.    :  35522
BU ID      :  82-JAP-V
Case No.   :  12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA
Case Name  :  Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE)

# INVOICE

 

PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50935 | 7/8/2013 | 38695 |
| Job Date | Case No. | |
| 6/21/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

Ju-Ho Lee

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 342.00 Pages | 85.50 |
| LEF/SBF/XMEF | | 75.00 |
| TOTAL DUE >>> | | $2,160.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 50935 |
|---|---|---|
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,160.50** |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| Job No. | : | 38695 |
|---|---|---|
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

 

PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51428 | 7/8/2013 | 38698 |
| **Job Date** | **Case No.** | |
| 6/21/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Ju-Ho Lee
    Videographer Daily Fee                                                             1,300.00
    Synchronization                                       4.50  Hours            562.50

                                              **TOTAL DUE >>>**     **$1,862.50**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51428 |
| Invoice Date | : | 7/8/2013 |
| Total Due | : | $ 1,862.50 |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38698 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49460 | 7/8/2013 | 38304 |

| Job Date | Case No. | |
|---|---|---|
| 6/4/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| Young-Bum Kim, Volume 2 | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Overtime | | 375.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 311.00  Pages | 77.75 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE >>> | $2,527.75 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49460 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,527.75** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos - Asia** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 38304 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

 

PLANET DEPOS
ASIA

AMERICAN REALTIME

888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51300 | 7/8/2013 | 38305 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Young-Bum Kim, 30(b)(6) & Individual, Volume 2

| | |
|---|---|
| Videographer Daily Fee | 1,300.00 |
| Overtime | 275.00 |
| Synchronization | 6.50 Hours | 812.50 |
| **TOTAL DUE >>>** | **$2,387.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51300 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,387.50** |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38305 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

**Veritext  New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Joseph J Mueller, Esq | **Invoice #:** NY1795103 |
| Wilmer Cutler Pikering Hale & Dorr | **Invoice Date:** 7/10/2013 |
| 60 State Street | **Balance Due:** $1,782.44 |
| Boston, MA, 02109 | |

| | |
|---|---|
| **Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** 45627.0008 |
| **Job #:** 1693152 | Job Date: 7/3/2013 | Delivery: Daily | |
| **Billing Atty:** Joseph J Mueller, Esq | |
| **Location:** Qualcomm Headquarters | |
| 5775 Morehouse Drive | Building N | San Diego, CA 92121 | |
| **Sched Atty:** David Horniak | Williams & Connolly LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 118.00 | $3.75 | $442.50 |
| | Transcript - Fee for Daily | Page | 118.00 | $2.95 | $348.10 |
| | Exhibits | Per Page | 110.00 | $0.40 | $44.00 |
| | Exhibits - Color | Per Page | 131.00 | $2.95 | $386.45 |
| Susan Sweeney | Rough Draft | Page | 118.00 | $1.75 | $206.50 |
| | Realtime Services | Page | 118.00 | $1.75 | $206.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 241.00 | $0.29 | $69.89 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | | **Invoice Total:** | $1,782.44 |
|---|---|---|---|---|
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $1,782.44 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1795103 |
| **Job #:** | 1693152 |
| **Invoice Date:** | 7/10/2013 |
| **Balance:** | $1,782.44 |

94019

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Joseph J Mueller, Esq | | Invoice #: | NY1795776 |
|---|---|---|---|---|
| | Wilmer Cutler Pikering Hale & Dorr | | Invoice Date: | 7/10/2013 |
| | 60 State Street | | Balance Due: | $1,851.32 |
| | Boston, MA, 02109 | | | |

| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
|---|---|
| Job #: | 1685320 | Job Date: 7/8/2013 | Delivery: Daily |
| Billing Atty: | Joseph J Mueller, Esq |
| Location: | Qualcomm Headquarters |
| | 5775 Morehouse Drive | Building N | San Diego, CA 92121 |
| Sched Atty: | David Horniak | Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 126.00 | $3.75 | $472.50 |
| | Transcript - Fee for Daily | Page | 126.00 | $2.95 | $371.70 |
| | Exhibits | Per Page | 177.00 | $0.40 | $70.80 |
| | Exhibits - Color | Per Page | 131.00 | $2.50 | $327.50 |
| Fabian Gonell | Rough Draft | Page | 126.00 | $1.75 | $220.50 |
| | Realtime Services | Page | 126.00 | $1.75 | $220.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 308.00 | $0.29 | $89.32 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | Invoice Total: | $1,851.32 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,851.32 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| To pay online, go to | Please remit payment to: | Invoice #: | NY1795776 |
|---|---|---|---|
| www.Veritext.com | Veritext | Job #: | 1685320 |
| Veritext accepts all major credit cards | P.O. Box 71303 | Invoice Date: | 7/10/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: | $1,851.32 |

94019

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** David C Yang, Esq<br>Wilmer Cutler Pikering Hale & Dorr<br>350 South Grand Ave<br>Suite 2100<br>Los Angeles, CA, 92101 | **Invoice #:** NY1795083<br>**Invoice Date:** 7/10/2013<br>**Balance Due:** $3,206.81 |

| | | |
|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:**  45627.0008 |
| **Job #:** | 1693148 | Job Date: 7/1/2013 | Delivery: Daily | |
| **Billing Atty:** | David C Yang, Esq | |
| **Location:** | Qualcomm Headquarters | |
| | 5775 Morehouse Drive | San Diego, CA 92121 | |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 300.00 | $3.75 | $1,125.00 |
| | Transcript - Fee for Daily | Page | 300.00 | $2.95 | $885.00 |
| | Exhibits | Per Page | 99.00 | $0.40 | $39.60 |
| Jim Hutchison | Rough Draft | Page | 300.00 | $1.75 | $525.00 |
| | Realtime Services | Page | 300.00 | $1.75 | $525.00 |
| | CD-Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 99.00 | $0.29 | $28.71 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,206.81 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,206.81 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 55 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY1795083<br>**Job #:** 1693148<br>**Invoice Date:** 7/10/2013<br>**Balance:** $3,206.81 |
|---|---|---|

# INVOICE



**PLANET DEPOS**
ASIA
888.433.3767   WWW.PLANETDEPOS.COM



AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51020 | 7/12/2013 | 38680 |
| **Job Date** | **Case No.** | |
| 6/24/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Joonkyo (Joseph) Cheong, 30(b)(6) & Individual | | |
| Reporter Daily Minimum | | 1,500.00 |
| Exhibits | 327.00 Pages | 81.75 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~40.00~~ |
| | TOTAL DUE  >>> | $1,696.75 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51020 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,696.75** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos - Asia** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 38680 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

 

**PLANET DEPOS**
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

**AMERICAN REALTIME**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51966 | 7/12/2013 | 38682 |

| Job Date | Case No. |
|---|---|
| 6/24/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   Joonkyo (Joseph) Cheong, 30(b)(6) & Individual

| | | |
|---|---|---|
| CD/DVD - First Set | 4.00  Disks | 500.00 |
| ~~Synchronization~~ | ~~7.00  Hours~~ | ~~875.00~~ |
| | **TOTAL DUE  >>>** | **$1,375.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51966 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,375.00** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38682 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51205 | 7/12/2013 | 39656 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| John C. Hardwick | 107.00 | Pages | 422.65 |
| ~~Attendance~~ | | | ~~75.00~~ |
| ~~Realtime~~ | ~~89.00~~ | ~~Pages~~ | ~~155.75~~ |
| ~~Rough ASCII~~ | ~~89.00~~ | ~~Pages~~ | ~~133.50~~ |
| Exhibits | 108.00 | Pages | 27.00 |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |

**TOTAL DUE >>>   $888.90**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51205 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 888.90** |

Remit To: **Planet Depos**
　　　　　**405 East Gude Drive**
　　　　　**Suite 209**
　　　　　**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39656 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
Where it happen
888 433 3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51983 | 7/12/2013 | 39701 |
| **Job Date** | **Case No.** | |
| 6/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

John C. Hardwick

| | | |
|---|---|---|
| Two Hour Minimum | | 395.00 |
| Subsequent Hours | 1.50  Hours | 225.00 |
| ~~Synchronization~~ | ~~2.50  Hours~~ | ~~125.00~~ |
| | **TOTAL DUE >>>** | **$745.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51983 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 745.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39701 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51598 | 7/12/2013 | 39147 |
| Job Date | Case No. | |
| 6/29/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

   Joonho Park

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 309.00  Pages | 77.25 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$2,152.25** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51598 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 2,152.25** |

| | | |
|---|---|---|
| Job No. | : | 39147 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  Planet Depos - Asia
        405 East Gude Drive
        Suite 209
        Rockville, MD  20850

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52169 | 7/12/2013 | 39148 |
| **Job Date** | **Case No.** | |
| 6/29/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Joonho Park

| | | | |
|---|---|---|---|
| Videographer Daily Fee | | | 1,300.00 |
| ~~Synchronization~~ | ~~3.50 Hours~~ | | ~~437.50~~ |
| | **TOTAL DUE >>>** | | **$1,737.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 52169 |
|---|---|---|
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,737.50** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos - Asia** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| Job No. | : | 39148 |
|---|---|---|
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

**Veritext  New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | John P Pettit, Esq |  | Invoice #: | NY1808208 |
|---|---|---|---|---|
|  | Wilmer Cutler Pikering Hale & Dorr |  | Invoice Date: | 7/26/2013 |
|  | 950 Page Mill Rd |  | Balance Due: | $3,543.25 |
|  | Palo Alto, CA, 94304 |  |  |  |

| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
|---|---|
| Job #: | 1691949 | Job Date: 7/3/2013 | Delivery: Expedited |
| Billing Atty: | John P Pettit, Esq |
| Location: | Qualcomm Headquarters |
|  | 5775 Morehouse Drive | Building N | San Diego, CA 92121 |
| Sched Atty: | David Horniak | Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 167.00 | $3.75 | $626.25 |
| | ~~Transcript - Expedited Fee~~ | ~~Page~~ | ~~167.00~~ | ~~$2.95~~ | ~~$492.65~~ |
| | Exhibits | Per Page | 3615.00 | $0.20 | $723.00 |
| Ming-Chieh Kuo | ~~Rough Draft~~ | ~~Page~~ | ~~167.00~~ | ~~$1.75~~ | ~~$292.25~~ |
| | ~~Realtime Services~~ | ~~Page~~ | ~~167.00~~ | ~~$1.75~~ | ~~$292.25~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$39.00~~ | ~~$39.00~~ |
| | ~~Exhibits Scanned-Searchable - OCR~~ | ~~Per page~~ | ~~3615.00~~ | ~~$0.29~~ | ~~$1,048.35~~ |
| | ~~Shipping & Handling~~ | ~~Package~~ | ~~1.00~~ | ~~$29.50~~ | ~~$29.50~~ |

| Notes: |  | Invoice Total: | $3,543.25 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $3,543.25 |

TERMS:   Payable upon receipt.   Accounts 30 days past due will bear a finance charge of 1.5% per month.   Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.   No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 34 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to** | **Please remit payment to:** | Invoice #: | NY1808208 |
|---|---|---|---|
| **www.Veritext.com** | **Veritext** | Job #: | 1691949 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | Invoice Date: | 7/26/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | Balance: | $3,543.25 |

# INVOICE



PLANET DEPOS
ASIA

888 433 3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51739 | 7/29/2013 | 39172 |
| **Job Date** | **Case No.** | |
| 7/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
    Jong Pil (JP) Hong, 30(b)(6) & Individual
        Reporter Daily Minimum                                         1,800.00
        Exhibits                     215.00  Pages            53.75
        ~~LEF/SBF/XMEF~~                                     ~~75.00~~
        ~~Delivery~~                                     ~~25.00~~

                                           TOTAL DUE >>>    **$1,953.75**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51739 |
| Invoice Date | : | 7/29/2013 |
| **Total Due** | : | **$ 1,953.75** |

Remit To: **Planet Depos - Asia
405 East Gude Drive
Suite 209
Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39172 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52891 | 7/29/2013 | 39174 |
| **Job Date** | **Case No.** | |
| 7/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Jong Pil (JP) Hong, 30(b)(6) & Individual
    Videographer Daily Fee      1,300.00
    Synchronization    3.50 Hours    437.50

                TOTAL DUE >>>    $1,737.50

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 52891 |
| Invoice Date | : | 7/29/2013 |
| **Total Due** | : | **$ 1,737.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39174 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Anna Lee, Esq<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>950 Page Mill Rd<br><br>Palo Alto, CA, 94304-1012 | **Invoice #:** NY1813394<br>**Invoice Date:** 7/31/2013<br>**Balance Due:** $1,962.44 |

| | |
|---|---|
| **Case:** | Apple, Inc. v. Samsung Electronics Co. |
| **Job #:** | 1701313 | Job Date: 7/29/2013 | Delivery: Normal |
| **Billing Atty:** | Anna Lee, Esq |
| **Location:** | Veritext Irvine |
| | 20 Corporate Park | Suite 350 | Irvine, CA 92606 |
| **Sched Atty:** | David Hornlak | Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 78.00 | $3.75 | $292.50 |
| | Exhibits | Per Page | 1826.00 | $0.40 | $730.40 |
| | Rough Draft | Page | 78.00 | $1.75 | $136.50 |
| | Realtime Services | Page | 78.00 | $1.75 | $136.50 |
| Suzanne Chapman | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 1826.00 | $0.29 | $529.54 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,962.44 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,962.44 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 |

| | |
|---|---|
| **Invoice #:** | NY1813394 |
| **Job #:** | 1701313 |
| **Invoice Date:** | 7/31/2013 |
| **Balance:** | $1,962.44 |

# INVOICE



**PLANET DEPOS**
*We make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52488 | 8/7/2013 | 40634 |

| Job Date | Case No. |
|---|---|
| 7/15/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Scott Bartgis | | |
| | 61.00  Pages | 335.50 |
| Realtime | 50.00  Pages | 87.50 |
| Rough ASCII | 50.00  Pages | 75.00 |
| Attendance | | 125.00 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$698.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 52488 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 698.00** |

| Remit To: | **Planet Depos** |
| | **405 East Gude Drive** |
| | **Suite 209** |
| | **Rockville, MD  20850** |

| Job No. | : | 40634 |
|---|---|---|
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
Worldwide Happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53105 | 8/7/2013 | 40637 |
| **Job Date** | **Case No.** | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Scott Bartgis

| | | |
|---|---|---|
| Two Hour Minimum | | 395.00 |
| Subsequent Hours | | 150.00 |
| Synchronization | 1.50 Hours | 75.00 |
| | **TOTAL DUE >>>** | **$620.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53105 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 620.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40637 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52638 | 8/7/2013 | 40314 |

| Job Date | Case No. |
|---|---|
| 7/17/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
Heung-Mo Lee, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Overtime | 2.00 Hours | 750.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 407.00 Pages | 101.75 |
| LEF/SBF/XMEF | | 75.00 |

TOTAL DUE >>>     $2,926.75

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 52638 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,926.75** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| Job No. | : | 40314 |
|---|---|---|
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS

AMERICAN REALTIME

WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53113 | 8/7/2013 | 40315 |
| **Job Date** | **Case No.** | |
| 7/17/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Heung-Mo Lee, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| Overtime | 2.00 Hours | 550.00 |
| ~~Synchronization~~ | ~~7.50 Hours~~ | ~~937.50~~ |
| **TOTAL DUE >>>** | | **$2,787.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | |
|---|---|---|
| Invoice No. | : | 53113 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,787.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 40315 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52732 | 8/7/2013 | 40875 |

| Job Date | Case No. |
|---|---|
| 7/19/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Stewart Chelfet | 51.00 | Pages | 201.45 |
| Realtime | 42.00 | Pages | 73.50 |
| Rough ASCII | 42.00 | Pages | 63.00 |
| Attendance | | | 75.00 |
| Exhibits | 37.00 | Pages | 9.25 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 20.00 |

TOTAL DUE  >>>        $517.20

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 52732 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 517.20** |

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40875 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
· We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53117 | 8/7/2013 | 40878 |
| **Job Date** | **Case No.** | |
| 7/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Stewart Cheifet

| | |
|---|---|
| Two Hour Minimum | 375.00 |
| ~~Synchronization~~ | ~~50.00~~ |
| **TOTAL DUE  >>>** | **$425.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53117 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 425.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40878 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53851 | 8/7/2013 | 41462 |
| Job Date | Case No. | |
| 7/31/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kenneth Alan Parulski | 301.00 | Pages | 1,655.50 |
| Realtime | 259.00 | Pages | 453.25 |
| Rough ASCII | 259.00 | Pages | 388.50 |
| Attendance | | | 250.00 |
| Exhibits | 386.00 | Pages | 96.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 25.00 |
| | | TOTAL DUE  >>> | $2,943.75 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53851 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,943.75** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 41462 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53963 | 8/7/2013 | 41464 |
| **Job Date** | **Case No.** | |
| 7/31/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Kenneth Alan Parulski

| | | | |
|---|---|---|---|
| Two Hour Minimum | | | 395.00 |
| Subsequent Hours | 7.00 | Hours | 1,050.00 |
| ~~Synchronization~~ | ~~5.50~~ | ~~Hours~~ | ~~275.00~~ |
| | | **TOTAL DUE >>>** | **$1,720.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53963 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,720.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 41464 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen
888 433 3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57277 | 10/11/2013 | 44744 |

| Job Date | Case No. |
|---|---|
| 9/26/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kenneth Alan Parulski, Volume 2 | 285.00 | Pages | 1,567.50 |
| Realtime | 243.00 | Pages | 425.25 |
| Rough ASCII | 243.00 | Pages | 364.50 |
| Conference Room | | | 431.00 |
| Exhibits | 378.00 | Pages | 94.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 130.00 |

TOTAL DUE >>>                    $3,087.75

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                  Wilmer Cutler Pickering Hale and Dorr LLP
                  950 Page Mill Road
                  Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 57277 |
| Invoice Date | : | 10/11/2013 |
| **Total Due** | : | **$ 3,087.75** |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 44744 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
WE MAKE IT HAPPEN
286.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58343 | 10/11/2013 | 44794 |
| **Job Date** | | **Case No.** |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | | |
|---|---|---|---|
| Kenneth Alan Parulski, Volume 2 | | | |
| Two Hour Minimum | | | 395.00 |
| Subsequent Hours | 8.50 | Hours | 1,275.00 |
| Synchronization | 7.00 | Hours | 350.00 |
| | | **TOTAL DUE >>>** | **$2,020.00** |

Ordered By      :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                   Wilmer Cutler Pickering Hale and Dorr LLP
                   950 Page Mill Road
                   Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 58343 |
| Invoice Date | : | 10/11/2013 |
| **Total Due** | : | **$ 2,020.00** |

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 44794 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |