Case 5:12-cv-00630-LHK   Document 2031-35   Filed 10/09/14   Page 1 of 20

# EXHIBIT F-1

**[Part 4 of 4]**

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57252 | 10/11/2013 | 44745 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Paul S. Min, Ph.D., Volume 1 | 289.00 Pages | 1,156.00 |
| ~~Realtime~~ | ~~229.00 Pages~~ | ~~366.40~~ |
| ~~Rough ASCII~~ | ~~229.00 Pages~~ | ~~309.15~~ |
| Exhibits | 3,842.00 Pages | 960.50 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$2,867.05** |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.   : 57252
Invoice Date  : 10/11/2013
**Total Due**   : **$ 2,867.05**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.     : 44745
BU ID       : 1-MAIN
Case No.    : 12-CV-0630-LHK-PSG
Case Name   : Apple -v- Samsung; Samsung -v- Apple
              (DUAL CAPTION  12-CV-0630-LHK-PSG)

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58350 | 10/11/2013 | 44797 |
| Job Date | Case No. | |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| Paul Min, Ph.D., Volume 1 | | |
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 7.50 Hours | 712.50 |
| ~~Synchronization~~ | ~~6.50 Hours~~ | ~~325.00~~ |
| | **TOTAL DUE >>>** | **$1,362.50** |

Ordered By  :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.   :  58350
Invoice Date  :  10/11/2013
**Total Due**   :  **$ 1,362.50**

Remit To: Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD  20850

Job No.    :  44797
BU ID      :  2-VIDEO
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
              (DUAL CAPTION  12-CV-0630-LHK-PSG)

# INVOICE



PLANET DEPOS
We make it happen.
886.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57385 | 10/11/2013 | 44746 |
| Job Date | Case No. | |
| 9/27/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
  Paul Min, Ph.D., Volume 2                              190.00  Pages            760.00
  ~~Realtime~~                                           ~~145.00 Pages~~        ~~232.00~~
  ~~Rough ASCII~~                                        ~~145.00 Pages~~        ~~195.75~~
  Exhibits                                              1,844.00  Pages            461.00
  ~~LEF/SDF/XMEF~~                                                               ~~75.00~~

                                              TOTAL DUE  >>>       $1,723.75

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                 Wilmer Cutler Pickering Hale and Dorr LLP
                 950 Page Mill Road
                 Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.   :  57385
Invoice Date  :  10/11/2013
**Total Due**  :  $ 1,723.75

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

Job No.    :  44746
BU ID      :  1-MAIN
Case No.   :  12-CV-0630-LHK-PSG
Case Name  :  Apple -v- Samsung; Samsung -v- Apple
              (DUAL CAPTION 12-CV-0630-LHK-PSG)

# INVOICE



**PLANET DEPOS**
888-433-3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58356 | 10/11/2013 | 44799 |
| **Job Date** | **Case No.** | |
| 9/27/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

    Paul Min, Ph.D., Volume 2

| | | |
|---|---|---:|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 4.00 Hours | 380.00 |
| ~~Synchronization~~ | ~~1.00 Hours~~ | ~~200.00~~ |
| | **TOTAL DUE >>>** | **$905.00** |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
               Wilmer Cutler Pickering Hale and Dorr LLP
               950 Page Mill Road
               Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

---

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.    : 58356
Invoice Date   : 10/11/2013
**Total Due**   : **$ 905.00**

Remit To: **Planet Depos**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD  20850**

Job No.     : 44799
BU ID       : 2-VIDEO
Case No.    : 12-CV-0630-LHK-PSG
Case Name   : Apple -v- Samsung; Samsung -v- Apple
             (DUAL CAPTION  12-CV-0630-LHK-PSG)

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57818 | 10/11/2013 | 44749 |
| **Job Date** | **Case No.** | |
| 10/3/2013 | 12-CV-0630-LHK-PSG | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Daniel Schonfeld, Ph.D., Volume 1 | 332.00 | Pages | 1,328.00 |
| ~~Realtime~~ | ~~288.00~~ | ~~Pages~~ | ~~460.80~~ |
| ~~Rough ASCII~~ | ~~288.00~~ | ~~Pages~~ | ~~388.80~~ |
| Exhibits | 1,565.00 | Pages | 391.25 |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |
| | | **TOTAL DUE >>>** | **$2,643.85** |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                Wilmer Cutler Pickering Hale and Dorr LLP
                950 Page Mill Road
                Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.     : 44749          BU ID    : 1-MAIN
Case No.    : 12-CV-0630-LHK-PSG
Case Name   : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)

Invoice No. : 57818          Invoice Date : 10/11/2013
**Total Due** : $ 2,643.85

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



PLANET DEPOS
We make it » happen.
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58363 | 10/11/2013 | 44801 |
| Job Date | Case No. | |
| 10/3/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
　Daniel Schonfeld, Ph.D., Volume 1
　　Two Hour Minimum                                              325.00
　　Subsequent Hours                          7.50 Hours           712.50
　　~~Synchronization~~                        ~~7.00 Hours~~      ~~350.00~~

                                              TOTAL DUE >>>     $1,387.50

Ordered By    : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                Wilmer Cutler Pickering Hale and Dorr LLP
                950 Page Mill Road
                Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.      : 44801            BU ID      : 2-VIDEO
Case No.     : 12-CV-0630-LHK-PSG
Case Name    : Apple -v- Samsung; Samsung -v- Apple (DUAL
               CAPTION 12-CV-0630-LHK-PSG)

Invoice No.  : 58363            Invoice Date : 10/11/2013
Total Due    : $ 1,387.50

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57857 | 10/11/2013 | 44750 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Daniel Schonfeld, Ph.D., Volume 2 | 197.00 | Pages | 788.00 |
| ~~Realtime~~ | ~~169.00~~ | ~~Pages~~ | ~~270.40~~ |
| ~~Rough ASCII~~ | ~~169.00~~ | ~~Pages~~ | ~~228.15~~ |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |
| | **TOTAL DUE >>>** | | **$1,361.55** |

Ordered By  : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.    : 44750        BU ID    : 1-MAIN
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)

Invoice No.  : 57857      Invoice Date : 10/11/2013
Total Due    : $ 1,361.55

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767 : WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58367 | 10/11/2013 | 44802 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Daniel Schonfeld, Ph.D., Volume 2

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 3.00 Hours | 285.00 |
| ~~Synchronization~~ | ~~1.00 Hours~~ | ~~200.00~~ |
| | **TOTAL DUE >>>** | **$810.00** |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.       : 44802          BU ID      : 2-VIDEO
Case No.     : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)

Invoice No.  : 58367          Invoice Date : 10/11/2013
**Total Due  : $ 810.00**

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**    AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:



**PLANET DEPOS**
We make it » happen.
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57613 | 10/11/2013 | 44747 |
| Job Date | Case No. | |
| 10/1/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
  Sanjay Rao, Ph.D.                          355.00 Pages            1,420.00
  ~~Realtime~~                                ~~291.00 Pages~~        ~~465.60~~
  ~~Rough ASCII~~                             ~~291.00 Pages~~        ~~392.85~~
  Exhibits                                    198.00 Pages               49.50
  ~~LEF/SBF/XMEF~~                                                    ~~75.00~~

**TOTAL DUE >>>   $2,402.95**

Ordered By    : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
               Wilmer Cutler Pickering Hale and Dorr LLP
               950 Page Mill Road
               Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.    : 44747           BU ID    : 1-MAIN
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG)

Invoice No. : 57613           Invoice Date : 10/11/2013
Total Due   : $ 2,402.95

Remit To:  **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                       Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



PLANET DEPOS
We make it » happen.
888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58361 | 10/11/2013 | 44800 |
| Job Date | Case No. | |
| 10/1/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

   Sanjay Rao, Ph.D.

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 8.00 Hours | 760.00 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~350.00~~ |
| | TOTAL DUE >>> | $1,435.00 |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                     Wilmer Cutler Pickering Hale and Dorr LLP
                     950 Page Mill Road
                     Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.      : 44800          BU ID     : 2-VIDEO
Case No.     : 12-CV-0630-LHK-PSG
Case Name    : Apple -v- Samsung; Samsung -v- Apple (DUAL
               CAPTION  12-CV-0630-LHK-PSG)

Invoice No.  : 58361          Invoice Date : 10/11/2013
Total Due    : $ 1,435.00

Remit To:  **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57981 | 11/6/2013 | 45589 |
| Job Date | Case No. | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Remy Libchaber | 276.00 Pages | 1,918.20 |
| ~~Realtime~~ | ~~235.00 Pages~~ | ~~458.25~~ |
| ~~Rough ASCII~~ | ~~235.00 Pages~~ | ~~458.25~~ |
| ~~Attendance~~ | | ~~250.00~~ |
| Exhibits | 293.00 Pages | 73.25 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~International Delivery~~ | | ~~152.37~~ |
| | TOTAL DUE >>> | $3,385.32 |
| | AFTER 12/7/2013 PAY | $3,554.59 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | | |
|---|---|---|---|
| Job No. | : 45589 | BU ID | :72-INT'L-R |
| Case No. | : 12-CV-0630-LHK-PSG | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) | | |
| Invoice No. | : 57981 | Invoice Date | :11/6/2013 |
| Total Due | : $ 3,385.32 | | |
| AFTER 12/7/2013 PAY $3,554.59 | | | |

Remit To: Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD  20850

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59937 | 11/6/2013 | 45590 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Remy Libchaber

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| ~~Synchronization~~ | ~~5.50 Hours~~ | ~~522.50~~ |
| | **TOTAL DUE >>>** | **$1,822.50** |
| | AFTER 12/7/2013  PAY | $1,913.63 |

Ordered By   : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
   Wilmer Cutler Pickering Hale and Dorr LLP
   950 Page Mill Road
   Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

---

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.        : 45590                 BU ID        :73-INT'L-V
Case No.     : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL
                    CAPTION  12-CV-0630-LHK-PSG)

Invoice No. :  59937              Invoice Date  :11/6/2013
**Total Due  :  $ 1,822.50**
AFTER 12/7/2013  PAY $1,913.63

Remit To: **Planet Depos
405 East Gude Drive
Suite 209
Rockville, MD  20850**

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |



PLANET DEPOS
We make it » happen.
888.433.3767  WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59456 | 11/6/2013 | 45293 |
| Job Date | Case No. | |
| 10/17/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Paul Simmons | 381.00 | Pages | 2,647.95 |
| ~~Realtime~~ | ~~331.00~~ | ~~Pages~~ | ~~645.45~~ |
| ~~Rough ASCII~~ | ~~331.00~~ | ~~Pages~~ | ~~645.45~~ |
| Exhibits | 600.00 | Pages | 150.00 |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |
| ~~Delivery~~ | | | ~~50.00~~ |
| | | TOTAL DUE >>> | $4,213.85 |
| | | AFTER 12/7/2013 PAY | $4,424.54 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

Job No. : 45293    BU ID : 72-INT'L-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 59456    Invoice Date : 11/6/2013
Total Due : $ 4,213.85
AFTER 12/7/2013 PAY $4,424.54

**PAYMENT WITH CREDIT CARD**  AMEX  [card]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:



PLANET DEPOS
We make it → happen.
888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60227 | 11/6/2013 | 45294 |
| Job Date | Case No. | |
| 10/17/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Paul Simmons
    Videographer Daily Fee                                                            1,300.00
    ~~Overtime~~                                    ~~1.50 Hours~~                       ~~365.63~~
    ~~Synchronization~~                        ~~8.00 Hours~~                       ~~760.00~~

                                                  **TOTAL DUE >>>**              **$2,425.63**
                                                  AFTER 12/7/2013  PAY         $2,546.91

Ordered By        : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                             Wilmer Cutler Pickering Hale and Dorr LLP
                             950 Page Mill Road
                             Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.     : 45294                    BU ID        :73-INT'L-V
Case No.    : 12-CV-0630-LHK-PSG
Case Name   : Apple -v- Samsung; Samsung -v- Apple (DUAL
                        CAPTION  12-CV-0630-LHK-PSG)

Invoice No. : 60227                    Invoice Date :11/6/2013
Total Due   : $ 2,425.63
AFTER 12/7/2013  PAY $2,546.91

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Planet Depos**
               **405 East Gude Drive**
               **Suite 209**
               **Rockville, MD  20850**

# INVOICE



**PLANET DEPOS**
We make it » happen.
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57859 | 11/6/2013 | 44751 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| James R. Kearl, Ph.D. | 358.00 Pages | 1,611.00 |
| ~~Attendance~~ | | ~~245.00~~ |
| ~~Realtime~~ | ~~307.00 Pages~~ | ~~537.25~~ |
| ~~Rough ASCII~~ | ~~307.00 Pages~~ | ~~460.50~~ |
| Exhibits | 1,907.00 Pages | 476.75 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~55.00~~ |
| ~~Conference Room~~ | | ~~571.60~~ |
| | **TOTAL DUE >>>** | **$4,032.10** |
| | AFTER 12/7/2013 PAY | $4,233.71 |

Ordered By     : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                Wilmer Cutler Pickering Hale and Dorr LLP
                950 Page Mill Road
                Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

Job No.    : 44751         BU ID    : 21-OOT-R
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL
             CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 57859        Invoice Date : 11/6/2013
**Total Due : $ 4,032.10**
AFTER 12/7/2013 PAY $4,233.71

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59870 | 11/6/2013 | 44803 |
| Job Date | Case No. | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  James R. Kearl, Ph.D.

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 9.00 Hours | 1,125.00 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~350.00~~ |
| **TOTAL DUE >>>** | | **$1,825.00** |
| AFTER 12/7/2013 PAY | | $1,916.25 |

Ordered By     :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                   Wilmer Cutler Pickering Hale and Dorr LLP
                   950 Page Mill Road
                   Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.       : 44803           BU ID      : 22-OOT-V
Case No.    : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL
              CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 59870            Invoice Date : 11/6/2013
**Total Due  : $ 1,825.00**
AFTER 12/7/2013 PAY $1,916.25

Remit To:  **Planet Depos**
              405 East Gude Drive
              Suite 209
              Rockville, MD  20850

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:**
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Rd
Palo Alto, CA, 94304-1012

| | |
|---|---|
| Invoice #: | NY1984648 |
| Invoice Date: | 3/14/2014 |
| Balance Due: | $796.66 |

| | | | |
|---|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** | 45627.0008 |
| **Job #:** | 1693148 | Job Date: 7/1/2013 | Delivery: Daily | | |
| **Billing Atty:** | | | |
| **Location:** | Qualcomm Headquarters | | |
| | 5775 Morehouse Drive | San Diego, CA 92121 | | |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jim Hutchison | Video – Digitizing & Transcript Synchronization | Hour | 7.50 | $96.00 | $720.00 |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$76.66~~ | ~~$76.66~~ |

**Notes:**

| | |
|---|---|
| Invoice Total: | $796.66 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $796.66 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: NY1984648<br>Job #: 1693148<br>Invoice Date: 3/14/2014<br>Balance: $796.66 |
|---|---|---|

61623

**Veritext  New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Joseph J Mueller, Esq<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>950 Page Mill Rd<br>Palo Alto, CA, 94304-1012 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY1984649<br>3/14/2014<br>$192.00 |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1693152 \| Job Date: 7/3/2013 \| Delivery: Normal |
| **Billing Atty:** | Joseph J Mueller, Esq |
| **Location:** | Qualcomm Headquarters<br>5775 Morehouse Drive \| Building N \| San Diego, CA 92121 |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Susan Sweeney | Video – Digitizing & Transcript Synchronization | Hour | 2.00 | $96.00 | $192.00 |
| | ~~Video - Extended Hours Surcharge~~ | ~~Hour~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |

**Notes:** Shipping on Invoice NY1984648

| | |
|---|---|
| **Invoice Total:** | $192.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $192.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY1984649<br>**Job #:** 1693152<br>**Invoice Date:** 3/14/2014<br>**Balance:** $192.00 |
|---|---|---|

61623

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Joseph J Mueller, Esq<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>950 Page Mill Rd<br>Palo Alto, CA, 94304-1012 | **Invoice #:** NY1986852<br>**Invoice Date:** 3/14/2014<br>**Balance Due:** $192.00 |

| | | |
|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** 45627.0008 |
| **Job #:** | 1685320 | Job Date: 7/8/2013 | Delivery: Normal | |
| **Billing Atty:** | Joseph J Mueller, Esq | |
| **Location:** | Qualcomm Headquarters | |
| | 5775 Morehouse Drive | Building N | San Diego, CA 92121 | |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Fabian Gonell | Video -- Digitizing & Transcript Synchronization | Hour | 2.00 | $96.00 | $192.00 |
| | ~~Video -- Extended Hours Surcharge~~ | ~~Hour~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |

| | | |
|---|---|---|
| **Notes:** Shipping on Invoice NY1984648 | **Invoice Total:** | $192.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $192.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY1986852<br>**Job #:** 1685320<br>**Invoice Date:** 3/14/2014<br>**Balance:** $192.00 |
|---|---|---|

61623