# SCHEDULE G-1

**Schedule G-1 (Costs of Making Copies)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Pre-Tax Amount | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 3/28/2014 | 1205147 | W9 Microsolutions | Blowbacks (Direct Witness Binders, 2 of 6 produced to Samsung) | $ 19,389.17 | $ 80.69 | $ 7.06 | $ 87.75 |
| 4/11/2014 | 1205205 | W9 Microsolutions | Blowbacks (Jury Materials) | $ 4,465.97 | $ 294.64 | $ 25.78 | $ 320.42 |
| 4/11/2014 | 1205207 | W9 Microsolutions | Blowbacks (Jury Materials) | $ 764.52 | $ 96.12 | $ 8.41 | $ 104.53 |
| 4/11/2014 | 1205207 | W9 Microsolutions | Blowbacks (Source code for production) | $ 764.52 | $ 120.00 | $ 10.50 | $ 130.50 |
| 4/11/2014 | 1205212 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 1,682.20 | $ 248.34 | $ 21.73 | $ 270.07 |
| 5/2/2014 | 1205288 | W9 Microsolutions | Blowbacks (Direct Witness Binders, 2 of 6 produced) | $ 8,148.38 | $ 552.45 | $ 48.34 | $ 600.79 |
| 5/2/2014 | 1205288 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 8,148.38 | $ 331.80 | $ 29.03 | $ 360.83 |
| 5/2/2014 | 1205287 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 8,294.51 | $ 1,462.41 | $ 127.96 | $ 1,590.37 |
| 5/2/2014 | 1205286 | W9 Microsolutions | Blowbacks (Source code for production) | $ 6,157.15 | $ 300.00 | $ 26.25 | $ 326.25 |
| 5/2/2014 | 1205286 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 6,157.15 | $ 876.12 | $ 76.66 | $ 952.78 |
| 5/2/2014 | 1205285 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 3,017.15 | $ 346.50 | $ 30.32 | $ 376.81 |
| 5/2/2014 | 1205283 | W9 Microsolutions | Blowbacks (Cross Witness Binders, 3 of 6 produced) | $ 4,414.26 | $ 607.26 | $ 53.13 | $ 660.39 |
| | | | **Total** | | | | **$ 5,781.50** |