# EXHIBIT G-1

**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2014 | 1205147 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 4/27/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,496 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 89.76T |
| 952 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 152.32T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 6 | BINDER - 1 1/2" | 12.00 | 72.00T |
| 96 | TAB - REGULAR | 0.25 | 24.00T |
| | REQUESTED BY ERNEST AGLIPAY ON 03-18-14 | | |
| | PROJECT #1 MILLET BINDERS | | |
| 1,630 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 97.80T |
| 1 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 50.00 |
| 7 | REDWELD FOLDER | 5.00 | 35.00T |
| | REQUESTED BY ERNEST AGLIPAY ON 03-21-14 | | |
| | PROJECT #2 PRINT JOB 1 BINDERS, FOLDER 1 | | |
| 7,236 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 434.16T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 3 | BINDER - 1" | 11.00 | 33.00T |
| 3 | BINDER - 2" | 13.00 | 39.00T |
| 4 | BINDER - 3" | 14.00 | 56.00T |
| 158 | TAB - REGULAR | 0.25 | 39.50T |
| | REQUESTED BY ERNEST AGLIPAY ON 03-21-14 | | |
| | PROJECT #3 PRINT JOB 1 BINDERS, FOLDERS 2-8 | | |
| 8,514 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 510.84T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 7 | BINDER - 3" | 14.00 | 98.00T |

Thank you for your business.

Sales Tax (8.75%)

Total

Tax ID Number: 94-3342914

Page 1



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2014 | 1205147 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 4/27/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| ~~1~~ | ~~BINDER - 2"~~ | ~~13.00~~ | ~~13.00T~~ |
| ~~50~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~12.50T~~ |
|  | REQUESTED BY ERNEST AGLIPAY ON 03-24-14 |  |  |
|  | PROJECT #4 EXPERT REPORTS BINDERS |  |  |
| ~~11,200~~ | ~~BLOWBACK WITH ASSEMBLY - B&W~~ | ~~0.06~~ | ~~672.00T~~ |
| ~~29,726~~ | ~~BLOWBACK WITH ASSEMBLY - COLOR~~ | ~~0.16~~ | ~~4,756.16T~~ |
| ~~136~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~6,800.00~~ |
| ~~32~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~2,880.00~~ |
| ~~2~~ | ~~BINDER - 1 1/2"~~ | ~~12.00~~ | ~~24.00T~~ |
| ~~2~~ | ~~BINDER - 2"~~ | ~~13.00~~ | ~~26.00T~~ |
| ~~44~~ | ~~BINDER - 3"~~ | ~~14.00~~ | ~~616.00T~~ |
| ~~756~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~189.00T~~ |
|  | REQUESTED BY ERNEST AGLIPAY ON 03-24-14 |  |  |
|  | PROJECT #5 AVSS TRIAL EXHIBIT BINDERS |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $699.13 |
|---|---|
| Total | $19,389.17 |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/11/2014 | 1205205 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 18,994 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 1,139.64T |
| 15 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 75.00T |
| 12 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 600.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 45 | BINDER - GBC | 15.00 | 675.00T |
|  | REQUESTED BY ERNEST AGLIPAY ON 03/27/2014 |  |  |
|  | PROJECT: EXPERT REPORTS BINDERS |  |  |
| 3,683 | LIGHT LITIGATION COPYING | 0.08 | 294.64T |
| 243 | LITIGATION COPYING - COLOR | 0.50 | 121.50T |
| 180 | TAB - CUSTOM LABELED | 2.00 | 360.00T |
| 20 | TAB - REGULAR | 0.25 | 5.00T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 20 | BINDER - 1 1/2" | 18.00 | 360.00T |
|  | REQUESTED BY JANA YEARWOOD ON 03/27/2014 |  |  |
|  | PROJECT: JURY NOTEBOOKS CLONING |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $265.19 |
|---|---|
| **Total** | **$4,465.97** |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/11/2014 | 1205207 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| ~~1,326~~ | ~~BLOWBACK WITH ASSEMBLY - B&W~~ | ~~0.06~~ | ~~79.56T~~ |
| ~~1~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~50.00~~ |
| ~~1~~ | ~~REDWELD FOLDER CUSTOM LABELED~~ | ~~5.00~~ | ~~5.00T~~ |
|  | REQUESTED BY JANA YEARWOOD ON 03/31/2014 |  |  |
|  | PROJECT: 20140330 DX 354 BLOWBACK |  |  |
| 2,000 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 120.00T |
| ~~2~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~100.00~~ |
| ~~0.25~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~22.50~~ |
| ~~3~~ | ~~REDWELD FOLDER CUSTOM LABELED~~ | ~~5.00~~ | ~~15.00T~~ |
|  | REQUESTED BY ERIK MARSHALL ON 03/31/2014 |  |  |
|  | PROJECT: SOURCE CODE SLIP SHEET BLOWBACK |  |  |
| ~~2~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~0.50T~~ |
|  | REQUESTED BY JANA YEARWOOD ON 03/31/2014 |  |  |
|  | PROJECT: SIDE TAB 301 |  |  |
| 801 | MEDIUM LITIGATION COPYING | 0.12 | 96.12T |
| ~~27~~ | ~~TAB - CUSTOM LABELED~~ | ~~2.00~~ | ~~54.00T~~ |
| ~~3~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~0.75T~~ |
| ~~2~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~100.00~~ |
| ~~3~~ | ~~BINDER - 1 1/2"~~ | ~~18.00~~ | ~~54.00T~~ |
|  | REQUESTED BY ERNEST AGLIPAY ON 03/31/2014 |  |  |
|  | PROJECT: 20130331 CLONING PROJECT (JURY BINDER) |  |  |
| ~~110~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~27.50T~~ |
|  | REQUESTED BY JANA YEARWOOD ON 03/31/2014 |  |  |
|  | PROJECT: 20130331 TAB REQUEST |  |  |

Thank you for your business.

| | Sales Tax (8.75%) | $39.59 |
|---|---|---|
| | **Total** | **$764.52** |

Tax ID Number: 94-3342914

**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/11/2014 | 1205212 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 5/11/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| ~~6~~ | ~~BINDER - 2"~~ | ~~19.50~~ | ~~117.00T~~ |
| 1,110 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 66.60T |
| 2,688 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 430.08T |
| ~~15~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~750.00~~ |
| ~~2~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~180.00~~ |
| ~~78~~ | ~~TAB - CUSTOM LABELED~~ | ~~1.00~~ | ~~78.00T~~ |
| | ~~REQUESTED BY LANTA CHASE ON 04/10/2014~~ | | |
| | PROJECT: SOHN CROSS EXHIBITS | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $60.52 |
| Total | $1,682.20 |

Tax ID Number: 94-3342914

# Invoice

**WARP**
665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205288 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,855 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 111.30T |
| 143 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 22.88T |
| 12 | TAB - REGULAR | 0.25 | 3.00T |
| 2 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 100.00 |
| 6 | BINDER - 1 1/2" | 18.00 | 108.00T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: TIM MILLET DIRECT EXHIBITS |  |  |
| 17 | WHITE CARD STOCK REAM | 20.00 | 340.00T |
| 20 | BINDER - 4" | 27.00 | 540.00T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: BLUE PAPER |  |  |
| 578 | MEDIUM LITIGATION COPYING | 0.12 | 69.36T |
| 306 | LITIGATION COPYING - COLOR | 0.50 | 153.00T |
| 105 | TAB - REGULAR | 0.25 | 26.25T |
| 72 | SLIP SHEET - MANUAL INSERTION | 0.50 | 36.00T |
| 3 | BINDER - 1" | 16.50 | 49.50T |
| 3 | BINDER - 1 1/2" | 18.00 | 54.00T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: 20140420 BINDER CLONE |  |  |
| 6,420 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 385.20T |
| 1,740 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 278.40T |
| 78 | TAB - REGULAR | 0.25 | 19.50T |
| 0.5 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 25.00 |
| 12 | BINDER - 2" | 19.50 | 234.00T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: PARULSKI CROSS EXHIBITS |  |  |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| Total | |

Tax ID Number: 94-3342914

Page 1



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205288 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 270 | MEDIUM LITIGATION COPYING | 0.12 | 32.40T |
| 323 | LITIGATION COPYING - COLOR | 0.50 | 161.50T |
| 75 | SLIP SHEET - MANUAL INSERTION | 0.50 | 37.50T |
| 1 | BINDER - 1 1/2" | 18.00 | 18.00T |
| 1 | BINDER - 2" | 19.50 | 19.50T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: 20140420 SCHONFELD CLONING |  |  |
| 5,418 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 325.08T |
| 7,488 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 1,198.08T |
| 120 | TAB - REGULAR | 0.25 | 30.00T |
| 42 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 2,100.00 |
| 6 | PROJECT MANAGEMENT FEE | 90.00 | 540.00 |
| 12 | BINDER - 3" | 21.00 | 252.00T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: STORER DIRECT EXHIBITS |  |  |
| 394 | MEDIUM LITIGATION COPYING | 0.12 | 47.28T |
| 554 | LITIGATION COPYING - COLOR | 0.50 | 277.00T |
| 112 | SLIP SHEET - MANUAL INSERTION | 0.50 | 56.00T |
| 96 | TAB - REGULAR | 0.25 | 24.00T |
| 2 | BINDER - 2" | 19.50 | 39.00T |
|  | REQUESTED BY ERNEST AGLIPAY ON 04/20/2014 |  |  |
|  | PROJECT: 20140420 PARULSKI CLONING |  |  |
| 10 | TAB - REGULAR | 0.25 | 2.50T |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: SIDE NUMBER TAB 14 |  |  |

Thank you for your business.

| Sales Tax (8.75%) | $433.15 |
|---|---|
| **Total** | **$8,148.38** |

Tax ID Number: 94-3342914


**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205287 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 38,115 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 2,286.90T |
| 3,987 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 637.92T |
| ~~156~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~39.00T~~ |
| ~~6~~ | ~~BINDER - 2"~~ | ~~19.50~~ | ~~117.00T~~ |
| ~~37~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~1,850.00~~ |
| ~~5~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~450.00~~ |
| ~~24~~ | ~~BINDER - 3"~~ | ~~21.00~~ | ~~504.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/19/2014 |  |  |
|  | PROJECT: CHEVALIER CROSS EXHIBITS |  |  |
| ~~547~~ | ~~MEDIUM LITIGATION COPYING~~ | ~~0.12~~ | ~~65.64T~~ |
| ~~383~~ | ~~LITIGATION COPYING - COLOR~~ | ~~0.50~~ | ~~191.50T~~ |
| ~~117~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~29.25T~~ |
| ~~135~~ | ~~SLIP SHEET - MANUAL INSERTION~~ | ~~0.50~~ | ~~67.50T~~ |
| ~~2~~ | ~~BINDER - 2"~~ | ~~19.50~~ | ~~39.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: 20140419 CLONING PROJECT |  |  |
| ~~8,274~~ | ~~BLOWBACK WITH ASSEMBLY - B&W~~ | ~~0.06~~ | ~~496.44T~~ |
| ~~1,308~~ | ~~BLOWBACK WITH ASSEMBLY - COLOR~~ | ~~0.16~~ | ~~209.28T~~ |
| ~~126~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~31.50T~~ |
| ~~11~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~550.00~~ |
| ~~2~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~180.00~~ |
| ~~6~~ | ~~BINDER - 3"~~ | ~~21.00~~ | ~~126.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/20/2014 |  |  |
|  | PROJECT: SCHONFELD VOLUME 3+ |  |  |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $423.58 |
| **Total** | **$8,294.51** |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205286 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 7,572 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 454.32T |
| 3,246 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 519.36T |
| 24 | TAB - REGULAR | 0.25 | 6.00T |
| 6 | BINDER - 2" | 19.50 | 117.00T |
| 20 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 1,000.00 |
| 3 | PROJECT MANAGEMENT FEE | 90.00 | 270.00 |
| 6 | BINDER - 3" | 21.00 | 126.00T |
| | REQUESTED BY LANTA CHASE ON 04/19/2014 | | |
| | PROJECT: SCHONFELD CROSS EXHIBITS | | |
| 2 | REAM OF REGULAR PAPER - 8.5 X 11 | 5.00 | 10.00T |
| | REQUESTED BY LANTA CHASE ON 04/19/2014 | | |
| | PROJECT: 2 REAMS OF BLUE PAPER | | |
| 12 | BINDER - 1" | 16.50 | 198.00T |
| | REQUESTED BY ERNEST AGLIPAY ON 04/19/2014 | | |
| | PROJECT: 1 BOX - 1" INCH O-RING BINDER | | |
| 6,000 | BLOWBACK - B&W | 0.05 | 300.00T |
| | REQUESTED BY ERNEST AGLIPAY ON 04/19/2014 | | |
| | PROJECT: APPLE SOURCE CODE | | |
| 9,552 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 573.12T |
| 1,284 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 205.44T |
| 90 | TAB - REGULAR | 0.25 | 22.50T |
| 6 | BINDER - 2" | 19.50 | 117.00T |
| 16 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 800.00 |
| 2 | PROJECT MANAGEMENT FEE | 90.00 | 180.00 |
| 6 | BINDER - 3" | 21.00 | 126.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | |
| Total | |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205286 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | REQUESTED BY LANTA CHASE ON 04/19/2014<br>PROJECT: KEARL CROSS EXHIBITS |  |  |
| ~~167~~ | ~~MEDIUM LITIGATION COPYING~~ | ~~0.12~~ | ~~20.04T~~ |
| ~~98~~ | ~~LITIGATION COPYING - COLOR~~ | ~~0.50~~ | ~~49.00T~~ |
| ~~42~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~10.50T~~ |
| ~~1~~ | ~~BINDER - 1"~~ | ~~16.50~~ | ~~16.50T~~ |
| ~~1~~ | ~~BINDER - 1 1/2"~~ | ~~18.00~~ | ~~18.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/19/2014<br>PROJECT: 20140419 COPYING PROJECT |  |  |
| ~~10~~ | ~~WHITE CARD STOCK REAM~~ | ~~20.00~~ | ~~200.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/19/2014<br>PROJECT: 1 BOX OF BLUE PAPER |  |  |
| ~~24~~ | ~~BINDER - 3"~~ | ~~21.00~~ | ~~504.00T~~ |
|  | REQUESTED BY ERNEST AGLIPAY ON 04/19/2014<br>PROJECT: 2 BOXES OF WHITE 3" WHITE |  |  |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $314.37 |
| Total | $6,157.15 |

Tax ID Number: 94-3342914

Page 2

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205285 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 654 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 39.24T |
| ~~6~~ | ~~TAB - CUSTOM LABELED~~ | ~~2.00~~ | ~~12.00T~~ |
| ~~1~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~50.00~~ |
| ~~6~~ | ~~BINDER - 1"~~ | ~~16.50~~ | ~~99.00T~~ |
| | REQUESTED BY LASHAWN DAVENPORT ON 04/14/2014 | | |
| | PROJECT: FRID-NIELSEN CROSS EXHIBITS | | |
| 6 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 0.36T |
| 1,128 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 180.48T |
| ~~6~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~300.00~~ |
| ~~1~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~90.00~~ |
| | REQUESTED BY ERIK MARSHALL ON 04/14/2014 | | |
| | PROJECT: KIM CROSS EXHIBITS | | |
| ~~12~~ | ~~BINDER - 1"~~ | ~~16.50~~ | ~~198.00T~~ |
| ~~12~~ | ~~BINDER - 1 1/2"~~ | ~~18.00~~ | ~~216.00T~~ |
| | REQUESTED BY LANTA CHASE ON 04/14/2014 | | |
| | PROJECT: 1" AND 1.5" WHITE O-RING BINDERS | | |
| 1 | BLOWBACK - B&W | 0.05 | 0.05T |
| ~~2~~ | ~~AVERY 5160~~ | ~~3.00~~ | ~~6.00T~~ |
| | REQUESTED BY ERIK MARSHALL ON 04/15/2014 | | |
| | PROJECT: PHYSICAL EXHIBIT LABELS | | |
| 1,788 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 107.28T |
| 168 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 26.88T |
| ~~36~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~9.00T~~ |
| ~~4~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~200.00~~ |
| ~~6~~ | ~~BINDER - 1"~~ | ~~16.50~~ | ~~99.00T~~ |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | |
| **Total** | |

Tax ID Number: 94-3342914

Page 1



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205285 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | REQUESTED BY LANTA CHASE ON 04/17/2014 |  |  |
|  | PROJECT: DICARLO CROSS EXAMINATION BINDERS |  |  |
| 3,534 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 212.04T |
| ~~48~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~12.00T~~ |
| ~~1~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~50.00~~ |
| ~~0.5~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~45.00~~ |
| ~~6~~ | ~~BINDER - 2"~~ | ~~19.50~~ | ~~117.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/17/2014 |  |  |
|  | PROJECT: MICHAEL FREEMEN EXHIBITS |  |  |
| ~~4,000~~ | ~~BLOWBACK WITH ASSEMBLY - B&W~~ | ~~0.06~~ | ~~240.00T~~ |
| ~~2~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~100.00~~ |
| ~~0.5~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~45.00~~ |
| ~~6~~ | ~~REDWELD FOLDER~~ | ~~5.00~~ | ~~30.00T~~ |
|  | REQUESTED BY ERIK MARSHALL ON 04/17/2014 |  |  |
|  | PROJECT: UNTITLED EXTRACT PAGES |  |  |
| ~~125~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~31.25T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/17/2014 |  |  |
|  | PROJECT: 5 SEYS TAB 1-25 |  |  |
| 1 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 0.06T |
|  | REQUESTED BY LANTA CHASE ON 04/17/2014 |  |  |
|  | PROJECT: FREEMAN IMAGE |  |  |
| 2,094 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 125.64T |
| 6 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 0.96T |
| ~~12~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~3.00T~~ |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205285 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| ~~2~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~100.00~~ |
| ~~6~~ | ~~BINDER - 1 1/2"~~ | ~~18.00~~ | ~~108.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/17/2014 |  |  |
|  | PROJECT: RAO CROSS EXHIBITS |  |  |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $163.91 |
| Total | $3,017.15 |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205283 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 24 | 24 TEJAVA TEA | 2.73 | 65.52T |
|  | REQUESTED BY LANTA CHASE ON 04/06/2014 |  |  |
|  | PROJECT: 20140406 TEJAVA TEA |  |  |
|  |  |  |  |
| 63 | MEDIUM LITIGATION SCANNING | 0.10 | 6.30 |
| 63 | OCR | 0.02 | 1.26 |
|  | REQUESTED BY LANTA CHASE ON 04/09/2014 |  |  |
|  | PROJECT: CONFIDENTIAL BRIEF OF APPLELEE INTERNATIONAL TRADE COMMISSION |  |  |
|  |  |  |  |
| 1,438 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 86.28T |
| 644 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 103.04T |
| 22 | TAB - REGULAR | 0.25 | 5.50T |
| 4 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 200.00 |
| 0.5 | PROJECT MANAGEMENT FEE | 90.00 | 45.00 |
| 2 | BINDER - 3" | 21.00 | 42.00T |
|  | REQUESTED BY ERNEST AGLIPAY ON 04/10/2014 |  |  |
|  | PROJECT: SOHN CROSS DISCLOSURES BINDERS |  |  |
|  |  |  |  |
| 5,044 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 302.64T |
| 356 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 56.96T |
| 60 | TAB - CUSTOM LABELED | 2.00 | 120.00T |
| 6 | CLERICAL ASSEMBLY OF DOCUMENTS | 50.00 | 300.00 |
| 1 | PROJECT MANAGEMENT FEE | 90.00 | 90.00 |
| 6 | BINDER - 2" | 19.50 | 117.00T |
|  | REQUESTED BY LANTA CHASE ON 04/12/2014 |  |  |
|  | PROJECT: PENDLETON CROSS EXHIBITS |  |  |
|  |  |  |  |
| 12 | BINDER - 3" | 21.00 | 252.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/2/2014 | 1205283 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM# 1033300-00149 | Net 30 | 6/1/2014 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| ~~100~~ | ~~MANILA FOLDER~~ | ~~1.00~~ | ~~100.00T~~ |
| ~~30~~ | ~~REAM OF 3 HOLE PAPER - 8.5 X 11~~ | ~~5.00~~ | ~~150.00T~~ |
| ~~30~~ | ~~REAM OF REGULAR PAPER - 8.5 X 11~~ | ~~5.00~~ | ~~150.00T~~ |
| ~~20~~ | ~~REDWELD FOLDER~~ | ~~5.00~~ | ~~100.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/13/2014 |  |  |
|  | PROJECT: SUPPLIES |  |  |
| 10,470 | BLOWBACK WITH ASSEMBLY - B&W | 0.06 | 628.20T |
| 234 | BLOWBACK WITH ASSEMBLY - COLOR | 0.16 | 37.44T |
| ~~66~~ | ~~TAB - REGULAR~~ | ~~0.25~~ | ~~16.50T~~ |
| ~~16~~ | ~~CLERICAL ASSEMBLY OF DOCUMENTS~~ | ~~50.00~~ | ~~800.00~~ |
| ~~2~~ | ~~PROJECT MANAGEMENT FEE~~ | ~~90.00~~ | ~~180.00~~ |
| ~~12~~ | ~~BINDER - 2"~~ | ~~19.50~~ | ~~234.00T~~ |
|  | REQUESTED BY LANTA CHASE ON 04/13/2014 |  |  |
|  | PROJECT: DENISON CROSS EXHIBITS |  |  |

Thank you for your business.

| | Sales Tax (8.75%) | $224.62 |
|---|---|---|
| | **Total** | **$4,414.26** |

Tax ID Number: 94-3342914