# SCHEDULE G-2

**Schedule G-2 (Source Code Processing/Upload Costs)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 3/4/2013 | 13354_37 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 45,594.30 | $ 10,065.00 | | $ 10,065.00 |
| 4/2/2013 | 3437_32 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 23,551.75 | $ 13,430.00 | | $ 13,430.00 |
| 5/2/2013 | 3536_39 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 39,582.36 | $ 13,475.00 | | $ 13,475.00 |
| 6/4/2013 | 3623_39 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 63,840.71 | $ 27,195.00 | | $ 27,195.00 |
| 7/2/2013 | 3707_5a12a | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 1,915.00 | $ 1,915.00 | | $ 1,915.00 |
| 7/2/2013 | 3707_33 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 54,142.77 | $ 29,050.00 | | $ 29,050.00 |
| 8/1/2013 | 3788_30 | BlackBag Technologies | Processing source code to be made available for Samsung review (amount claimed does not include expenses, management, or collection) | $ 43,151.83 | $ 27,405.00 | | $ 27,405.00 |
| 9/4/2013 | 3881_31 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 16,042.43 | $ 7,865.00 | | $ 7,865.00 |
| 10/2/2013 | 4015_34 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 3,836.98 | $ 3,365.00 | | $ 3,365.00 |
| | | | **Total** | | | | $ 133,765.00 |