# SCHEDULE G-4

**Schedule G-4 (Electronic Discovery Processing/Uploads Costs)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 7/31/2012 | 1145864 | Catalyst | **E-Discovery Services** | | $ 2,388.68 | $ 713.80 |
| | | | Upload | $ 713.80 | | |
| | | | Production | $ - | | |
| 8/31/2012 | 1146331 | Catalyst | **E-Discovery Services** | | $ 10,858.58 | $ 6,676.15 |
| | | | Upload | $ 544.60 | | |
| | | | Production | $ 1,013.88 | | |
| | | | OCR | $ 5,117.67 | | |
| 9/30/2012 | 1146800 | Catalyst | **E-Discovery Services** | | $ 5,891.81 | $ 1,097.88 |
| | | | Upload | $ 799.40 | | |
| | | | Production | $ 212.50 | | |
| | | | OCR | $ 85.98 | | |
| 10/31/2012 | 1147278 | Catalyst | **E-Discovery Services** | | $ 7,553.54 | $ 1,127.20 |
| | | | Upload | $ 1,127.20 | | |
| | | | Production | $ - | | |
| | | | OCR | $ - | | |
| 11/30/2012 | 1147768 | Catalyst | **E-Discovery Services** | | $ 17,077.50 | $ 3,669.44 |
| | | | Upload | $ 3,131.40 | | |
| | | | Production | $ 425.00 | | |
| | | | OCR | $ 113.04 | | |
| 12/31/2012 | 1148210 | Catalyst | **E-Discovery Services** | | $ 23,115.45 | $ 5,161.71 |
| | | | Upload | $ 4,882.40 | | |
| | | | Production | $ 212.50 | | |
| | | | OCR | $ 66.81 | | |
| 1/31/2013 | 1148655 | Catalyst | **E-Discovery Services** | | $ 50,711.85 | $ 15,386.88 |
| | | | Upload | $ 10,161.95 | | |
| | | | Production | $ 5,063.44 | | |
| | | | OCR | $ 161.49 | | |
| 2/28/2013 | 1149053 | Catalyst | **E-Discovery Services** | | $ 37,339.94 | $ 4,105.12 |
| | | | Upload | $ 1,257.00 | | |
| | | | Production | $ 2,762.50 | | |
| | | | OCR | $ 85.62 | | |
| 3/31/2013 | 114952 | Catalyst | **E-Discovery Services** | | $ 67,078.74 | $ 19,087.14 |
| | | | Upload | $ 6,927.60 | | |
| | | | Production | $ 10,003.65 | | |
| | | | OCR | $ 2,155.89 | | |
| 4/30/2013 | 1149998 | Catalyst | **E-Discovery Services** | | $ 78,448.67 | $ 27,963.99 |
| | | | Upload | $ 1,679.60 | | |

**Schedule G-4 (Electronic Discovery Processing/Uploads Costs)**

| Date | Invoice | Vendor | Service | | Subtotal | Total | Allocated |
|---|---|---|---|---|---|---|---|
| | | | Production | $ 26,284.39 | | | |
| | | | OCR | $ - | | | |
| 5/31/2013 | 1150347 | Catalyst | **E-Discovery Services** | | | $ 64,832.11 | $ 17,795.96 |
| | | | Upload | $ 3,702.40 | | | |
| | | | Production | $ 11,067.64 | | | |
| | | | OCR | $ 3,025.92 | | | |
| 6/30/2013 | 1150648 | Catalyst | **E-Discovery Services** | | | $ 81,724.76 | $ 35,932.28 |
| | | | Upload | $ 7,091.40 | | | |
| | | | Production | $ 20,826.11 | | | |
| | | | OCR | $ 8,014.77 | | | |
| 7/31/2013 | 1151037 | Catalyst | **E-Discovery Services** | | | $ 107,336.17 | $ 63,661.14 |
| | | | Upload | $ 649.86 | | | |
| | | | Production | $ 33,118.65 | | | |
| | | | OCR | $ 29,892.63 | | | |
| 8/31/2013 | 1151478 | Catalyst | **E-Discovery Services** | | | $ 39,682.85 | $ 4,688.28 |
| | | | Upload | $ 349.40 | | | |
| | | | Production | $ 3,900.85 | | | |
| | | | OCR | $ 438.03 | | | |
| 9/30/2013 | 1151851 | Catalyst | **E-Discovery Services** | | | $ 38,596.06 | $ 5,134.54 |
| | | | Upload | $ - | | | |
| | | | Production | $ 1,002.55 | | | |
| | | | OCR | $ 4,131.99 | | | |
| 10/31/2013 | 1152286 | Catalyst | **E-Discovery Services** | | | $ 34,000.08 | $ 3.60 |
| | | | Upload | $ 3.60 | | | |
| | | | Production | $ - | | | |
| | | | OCR | $ - | | | |
| 11/30/2013 | 1152620 | Catalyst | **E-Discovery Services** | | | $ 33,996.48 | $ - |
| 12/31/2013 | 1153005 | Catalyst | **E-Discovery Services** | | | $ 39,018.31 | $ 4.80 |
| | | | Upload | $ 4.80 | | | |
| | | | Production | $ - | | | |
| | | | OCR | $ - | | | |
| 1/31/2014 | 1153390 | Catalyst | **E-Discovery Services** | | | $ 39,013.72 | $ 0.20 |
| | | | Upload | $ 0.20 | | | |
| | | | Production | $ - | | | |
| | | | OCR | $ - | | | |
| 2/28/2014 | 1153781 | Catalyst | **E-Discovery Services** | | | $ 39,384.44 | $ 370.60 |
| | | | Upload | $ 370.60 | | | |
| | | | Production | $ - | | | |
| | | | OCR | $ - | | | |

**Schedule G-4 (Electronic Discovery Processing/Uploads Costs)**

| Date | Invoice | Vendor | Service | | Amount | Total | Produced |
|---|---|---|---|---|---|---|---|
| 3/31/2014 | 1154168-03 | Catalyst | **E-Discovery Services** | | | $ 38,964.04 | $ 0.20 |
| | | | Upload | $ | 0.20 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | - | | |
| 8/31/2012 | 1146285 | Catalyst | **E-Discovery Services** | | | $ 55,837.58 | $ 1,322.40 |
| | | | Upload | $ | 1,322.40 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | - | | |
| 9/30/2012 | 1146752 | Catalyst | **E-Discovery Services** | | | $ 59,030.12 | $ 1,743.60 |
| | | | Upload | $ | 1,743.60 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | - | | |
| 10/31/2012 | 1147231 | Catalyst | **E-Discovery Services** | | | $ 59,121.75 | $ 1,241.50 |
| | | | Upload | $ | 1,029.00 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | 212.50 | | |
| 11/30/2012 | 1147721 | Catalyst | **E-Discovery Services** | | | $ 73,627.16 | $ 2,069.60 |
| | | | Upload | $ | 2,069.60 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | - | | |
| 12/31/2012 | 1148152 | Catalyst | **E-Discovery Services** | | | $ 112,050.22 | $ 41,955.27 |
| | | | Upload | $ | 38,904.90 | | |
| | | | Production | $ | - | | |
| | | | OCR | $ | 3,050.37 | | |
| | | | **Total** | | | | $ 260,913.28 |
| | | | **Percent of Uploaded Documents Produced** | | | | 5.976% |
| | | | **Total Amount Claimed for Produced Documents** | | | | $ 15,592.18 |