# SCHEDULE H-1

**Schedule H-1 (Interpreters)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 12/12/2012 | PL367920 | Esquire Solutions | **Interpreter for Deposition of Maeng-Ho Shin on 12/6/2012** (10% market discount applied) | $ 1,374.96 | $ 4,373.88 | $ 1,237.46 |
| 1/10/2013 | PL370981 | Esquire Solutions | **Interpreter for Deposition of Young-Bum Kim on 11/18/2012** | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| 1/10/2013 | PL370982 | Esquire Solutions | **Interpreter for Deposition of Young-Bum Kim on 11/18/2012** | $ 3,150.00 | $ 3,150.00 | $ 3,150.00 |
| 6/13/2013 | 1120100237 | AK 4 Best Translation, Inc. | **Interpreter for Deposition of Joonyoung Cho on 6/10/2013** | $ 2,800.00 | $ 9,450.00 | $ 2,800.00 |
| 6/13/2013 | 1120100237 | AK 4 Best Translation, Inc. | **Interpreter for Deposition of Soeung Hun Kim on 6/13/2013** | $ 3,850.00 | $ 9,450.00 | $ 3,850.00 |
| 11/6/2013 | 59945 | Planet Depos | **Interpreter for Deposition of Nicolas Molfessis on 10/4/2013** | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 |
| 11/6/2013 | 59944 | Planet Depos | **Interpreter for Deposition of Remy Libchaber on 10/4/2013** | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 |
| | | | **Total** | | | $ 17,437.46 |