# EXHIBIT H-1

Page 1 of 2



**ESQUIRE**
Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL367920

| | |
|---|---|
| Invoice Date | 12/12/2012 |
| Terms | NET 30 |
| Payment Due | 01/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PETER SHEN, ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/06/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487797 | 12/11/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/06/2012, MAENG-HO SHIN (WASHINGTON, DC) | |
| ~~ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE~~ | ~~$ 932.40~~ |
| ~~EXHIBITS~~ | ~~$ 417.00~~ |
| ~~VIDEO~~ | ~~$ 1,318.50~~ |
| INTERPRETING SERVICES | $ 412.50 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 670.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ |
| EXOTIC INTERPRETING SERVICE MINIMUM | $ 962.46 |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ |
| | $ 4,834.86 |
| CSD-SHIPPING | $ 25.00 |
| MARKET DISCOUNT 10% | $ -485.98 |
| | $ -460.98 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS


**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL367920 |
| Payment Due: | 01/11/2013 |
| Amount Due On/Before 01/26/2013 | $ 4,373.88 |
| Amount Due After 01/26/2013 | $ 4,811.27 |

PETER SHEN, ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000367920 12122012 7 000437388 4 01112013 01262013 8 000481127 68



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL370981

| Invoice Date | 01/10/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 02/09/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489250 | 12/03/2012 | NONE |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/30/2012, JU-HO LEE (SUWON CITY, .) | | |
| EXOTIC INTERPRETING SERVICE MINIMUM | $ 700.00 | $ 700.00 |
| EXOTIC INTERPRETING ADDITIONAL HOURS (6 Hours) | $ 350.00 | $ 2,100.00 |
| | | $ 2,800.00 |

*MATTER NUMBER: 1033300-00149*
*KOREAN INTERPRETER PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/24/2013** | **$ 2,800.00** |
| Amount Due After 02/24/2013 | $ 3,080.00 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



**ESQUIRE**

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| Invoice #: | PL370981 |
|---|---|
| Payment Due: | 02/09/2013 |
| **Amount Due On/Before 02/24/2013** | **$ 2,800.00** |
| Amount Due After 02/24/2013 | $ 3,080.00 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000370981 01102013 3 000280000 5 02092013 02242013 7 000308000 04



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL370982

| Invoice Date | 01/10/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 02/09/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489248 | 11/29/2012 | NONE |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/28/2012, YOUNG-BUM KIM (SUWON CITY, .) | | |
| EXOTIC INTERPRETING ADDITIONAL HOURS (7 Hours) | $ 350.00 | $ 2,450.00 |
| EXOTIC INTERPRETING SERVICE MINIMUM | $ 700.00 | $ 700.00 |
| | | $ 3,150.00 |

*MATTER NUMBER: 1033300-00149*
*KOREAN INTERPRETER PROVIDED.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/24/2013** | **$ 3,150.00** |
| Amount Due After 02/24/2013 | $ 3,465.00 |

Tax Number:  45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL370982 |
| Payment Due: | 02/09/2013 |
| **Amount Due On/Before 02/24/2013** | **$ 3,150.00** |
| Amount Due After 02/24/2013 | $ 3,465.00 |

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com



Thank you for your business!

013 0000370982 01102013 5 000315000 0 02092013 02242013 7 000346500 51

AK 4 Best Translation, Inc. (Aeryong Kim)
2238 Open Sky Dr.
Fullerton, CA 92833

# INVOICE

Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center, 250 Greenwich St.
New York, New York 10007

Tel: 212-937-7215
Fax: 212-230-8888

| | | | |
|---|---|---|---|
| Invoice # | 1120100237 |
| Invoice Date | 06/13/2013 |
| Due Date | 07/13/2013 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Date: Monday, June 10, 2013<br>Venue: Quinn Emanuel, LA Office<br><br>Witness: Joonyoung Cho<br>Taking: Calvin Walden, Esq. (WH)<br>Defending: Mark Tung, Esq. (QE)<br>Also pr: Samuel Drezdzon, Esq. (QE)<br>Rosa Kim, Esq. (SS in-house)<br>Reporter: Lisa Michaels<br>Video: Trevor Asfall<br>Main Int: Aeryong Kim<br>Check Int: Alex Jo<br>Duration: 9:00 am-5:00PM | 350.00 | 8.00 | 2,800.00 |
| ~~Hours~~ | ~~Date: Tuesday, June 11, 2013~~<br><br>Late cancellation | ~~350.00~~ | ~~8.00~~ | ~~2,800.00~~ |
| Service | Date : Thursday, June 13, 2013<br>Venue: Quinn Emanuel, LA Office<br><br>Witness: Soeung Hun Kim<br>Taking: Calvin Walden, Esq. (WH)<br>Also pr: David S. Yang, Esq. (WH)<br>Defending: Alan Whitehurst, Esq. (QE)<br>Also pr: Deepa Acharya, Esq. (QE)<br>Jeff Myung, Esq. (SS in-house)<br>Reporter: Jamie Asbury<br>Video: Trevor Asfall<br>Main Int: Aeryong Kim<br>Check Int: Alex Jo<br>Duration: 9:00 am-7:30 pm | 350.00 | 11.00 | 3,850.00 |

<u>NOTES:</u> Thank you for your business.

Signed Form W-9 will be submitted via a separate email right after this. Thank you.

Aeryong Kim

|  | Subtotal | 9,450.00 |
|---|---|---|
|  | **Total** | 9,450.00 |
|  | **Amount Paid** | 0.00 |
|  | **Balance Due** | $9,450.00 |

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59945 | 11/6/2013 | 45556 |
| Job Date | Case No. | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |

**Case Name**

Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Payment Terms**

Due upon receipt

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

INTERPRETATION SERVICES:
   Nicolas Molfessis
      Interpreter Daily Minimum                                  1,800.00

                                                                     **TOTAL DUE  >>>**      **$1,800.00**
                                                                       AFTER 12/7/2013  PAY     $1,890.00

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                              Wilmer Cutler Pickering Hale and Dorr LLP
                              950 Page Mill Road
                              Palo Alto, CA  94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID: 26-3280557**

*Please detach bottom portion and return with payment.*

---

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.      : 45556           BU ID      :74-INT'L-I
Case No.     : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL
                     CAPTION  12-CV-0630-LHK-PSG)

Invoice No.  : 59945          Invoice Date  :11/6/2013
**Total Due   :  $ 1,800.00**
AFTER 12/7/2013  PAY  $1,890.00

Remit To: **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**PLANET DEPOS**
We make it > happen.
888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59944 | 11/6/2013 | 45591 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

INTERPRETATION SERVICES:
    Remy Libchaber
        Interpreter Daily Minimum                                                           1,800.00

                                                       **TOTAL DUE >>>**  **$1,800.00**
                                                       AFTER 12/7/2013  PAY   $1,890.00

Ordered By     :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
                           Wilmer Cutler Pickering Hale and Dorr LLP
                         950 Page Mill Road
                         Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID: 26-3280557**

*Please detach bottom portion and return with payment.*

---

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.    : 45591           BU ID    :74-INT'L-I
Case No.   : 12-CV-0630-LHK-PSG
Case Name  : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 59944         Invoice Date  :11/6/2013
**Total Due : $ 1,800.00**
AFTER 12/7/2013  PAY  $1,890.00

Remit To: **Planet Depos**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**   AMEX  [card]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____