DAVID H. DOLKAS (State Bar No. 111080)
ddolkas@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

BRETT E. BACHTELL
bbachtell@mwe.com
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5055
Telephone: +1 312 372 7000
Facsimile: +1 312 984 7700

Attorneys for Non-Party
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 1337]** |

1      I, Brett E. Bachtell, declare:

2      1.      I am a partner at the law firm of McDermott Will & Emery LLP and counsel for
3 non-party Qualcomm Incorporated ("Qualcomm").  I am licensed to practice law in the State of
4 Illinois.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would
5 testify competently to those facts.

6      2.      On September 23, 2014, Judge Koh issued an Order granting-in-part and deny-in-
7 part several pending sealing motions from both parties.  (Dkt. No. 1987).  One such motion was
8 Samsung's Administrative Motion to File Documents Under Seal Related to Samsung's
9 Opposition to Apple's Motions *in Limine* (Dkt. No. 1337).

10     3.      It is my understanding that as part of Samsung's Administrative Motion and related
11 filings at Dkt. No. 1337, Samsung filed exhibits to a declaration by Michael Fazio that contain
12 confidential Qualcomm information.  (Dkt. No. 1337).  Specifically Exhibit 29 (manually filed,
13 *see* Dkt. No. 1337-5) contains Qualcomm technical information and technical materials related to
14 Qualcomm's chipsets.

15     4.      I understand that on September 26, 2104, Samsung filed a "Renewed
16 Administrative Motion to Seal Documents Pursuant to Court's September 23, 2014 Order, and for
17 Extension of Time for Third Parties to File Supporting Declarations" (Dkt No. 1996).  Given the
18 sensitive nature of certain highly confidential material contained in the documents that are the
19 subject of that motion, Qualcomm joins in the motion and requests to seal portions of Exhibit 29
20 to the Declaration of Michael Fazio (manually filed, *see* Dkt. No. 1337-5) that contain
21 Qualcomm's confidential information.

22     5.      Exhibit 29 (manually filed, *see* Dkt. No. 1337-5) contains Qualcomm technical
23 information and technical materials related to Qualcomm's chipsets.  Public disclosure of
24 information regarding the technical functionality related to Qualcomm products or unauthorized
25 disclosure to non-licensees or competitors would be harmful to Qualcomm.  This Court has
26 previously granted similar requests to seal in the litigation between Apple and Samsung. *See, e.g.,*
27 *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 11-cv-01846 (Aug. 9, 2012 N.D.
28 Cal.) (Dkt. No. 1649 at 8).

6. The relief requested is necessary and narrowly tailored to protect confidential information contained within the highly confidential Qualcomm material produced in this matter.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on this 10th day of October, 2014, in Chicago, Illinois.

Dated: October 13, 2014

*/s/ Brett E. Bachtell*
Brett E. Bachtell

## ATTESTATION

I, Daryl M. Crone, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Brett E. Bachtell has concurred in this filing.

Dated:  October 13, 2014

/s/  *Daryl M. Crone*
Daryl M. Crone

-2-   Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF BRETT E. BACHTELL REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL