QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>               Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>               Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br><br><br><br>**SAMSUNG'S OMNIBUS CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On September 22, 2014, I served true and correct copies of unredacted versions of:

1. Samsung's Opposition to Apple's Motion for an Ongoing Royalties Injunction (Dkt. No. 1986-3).

On October 6, 2014, I served true and correct copies of unredacted versions of:

1. The Declaration of Judith Chevalier ISO Samsung's Response to Apple's Brief Regarding Ongoing Royalty Rates (Dkt. No. 2015-9);

2. The Declaration of Kevin Jeffay ISO Samsung's Response to Apple's Brief Regarding Ongoing Royalty Rates (Dkt. No. 2015-10);

3. The Declaration of Juhui Lee ISO Samsung's Response to Apple's Brief Regarding Ongoing Royalty Rates (Dkt. No. 2015-11); and

4. The Declaration of Sungwoo Cho ISO Samsung's Response to Apple's Brief Regarding Ongoing Royalty Rates (Dkt. No. 2015-12).

On October 9, 2014, I served true and correct copies of unredacted versions of:

1. Exhibit A to Samsung's Unopposed Motion for Partial Reconsideration of the Court's September 18, 2014 Sealing Order (Dkt. No. 2027-3).

by emailing the aforementioned documents to the mailings lists of the parties in this action as follows:

### Counsel for Apple Inc.

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630MoFoTeam@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIIService@wilmerhale.com

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on October 13, 2014 at Los Angeles, California.

_/s/ Elliot Siegel_
Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file Samsung's Omnibus Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Elliot Siegel has concurred in the aforementioned filings.

                                                    */s/ Michael L. Fazio*

                                                      Michael L. Fazio