CHAO HADIDI STARK & BARKER LLP
Bruce J. Barker
bbarker@chsblaw.com
176 East Main Street, Suite 6
Westborough, MA 01581
Telephone: 508 366-3800
Facsimile:  508 366-1833

Attorney for Non-Party
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendants | Case No. 5:12-cv-00630-LHK<br><br>**DECLARATION OF BRUCE J. BARKER PURSUANT TO CIVIL L.R. 79-5(E) ESTABLISHING THAT SAMSUNG'S TRIAL EXHIBIT NO. 30 INCLUDES OMNIVISION'S CONFIDENTIAL INFORMATION.** |

I, Bruce J. Barker, hereby declare as follows:

1. I am a partner of the law firm Chao Hadidi Stark and Barker LLP, counsel for OmniVision Technologies Inc. ("OmniVision"). I am licensed to practice in the Commonwealth of Massachusetts and in the State of New York, and I was admitted to the Northern District of California in May of 1993. I am familiar with the facts set forth below and, if called as a witness, could testify competently to those facts.

2. Samsung Electronics Co., Ltd. ("Samsung") filed with the court Fazio exhibit number 30, which is a collection of product specifications from OmniVision that contain OmniVision's highly confidential information about the structure and operation of OmniVision's image sensors.

3. I understand that the court recently denied Samsung's request to seal this exhibit to avoid public disclosure of OmniVision's confidential information. But the Court's ruling was without prejudice for Samsung to re-file the exhibit if sealing is still sought.

4. In support of Samsung's renewed request to seal this exhibit, I hereby confirm that Samsung's Fazio Exhibit No. 30 contains product specifications that OmniVision considers confidential and sensitive and therefore is sealable as explained more fully below.

5.  Fazio exhibit 30 is a collection of confidential technical specifications for several OmniVision products as shown in the Table below:

| Exhibit Page Numbers | OmniVision Product Number | Bates Number |
| --- | --- | --- |
| 491.0105 - 491.0243 | OV9760 | OMNI 0866 - OMNI 1004 |
| 491.0244 – 491.0400 | OV5650/OV5151 | OMNI 0084 - OMNI 0240 |
| 491.0401 - 491.567 | OV5693 | OMNI 0241 - OMNI 0407 |
| 491.0568 – 491.0664 | OV7739 | OMNI 0674 - OMNI 0770 |
| 491.0665 – 491.0767 | OV7736 | OMNI 0483 - OMNI 0585 |
| 491.0863 - 491.950 | OV7738/7238 | OMNI 0586 - OMNI 0673 |
| 491.0951 - 491.1045 | OV9726 | OMNI 0771 - OMNI 0865 |
| 491.1047 – 491.1207 | OV5650 | APL630DEF – WH0097567- APL630DEF-WH0097727 |
| 491.1208- 491.1377 | OV5693 | APL630DEF-WH 005226539- APL630DEF-WH005226707 |
| 491.1378-491.1480 | OV7736 | APL630DEF-WH 0097943- APL630DEF-WH0098045 |
| 491.1482-491.1575 | OV7738/OV7238 | APL630DEF-WH 0097307- APL630DEF-WH0097400 |
| 491.1577-491.1673 | OV9726 | APL630DEF-WH 0098047- APL630DEF-WH0098143 |
| 491.1674-491.1812 | OV9760 | APL630DEF-WH 005224613- APL630DEF-WH005224751 |

6. Each specification contains nearly 150 pages that contain various technical parameters for a corresponding OmniVision product. OmniVision maintains each of these technical specifications confidential: It provides the specifications to customers and prospective customers only after the customer/prospective customer has signed a non-disclosure agreement. OmniVision considers the information contained in these specifications as a technical trade secret and believes it would be harmed if this information were made available to potential competitors.

7. OmniVision also prepares non-confidential "Product Briefs' for at least some of these products that contain a small amount of the information that is also found in the confidential specifications at issue. Those Product Briefs are available to the public and therefore are not considered confidential.

8. These Product Briefs are typically two-pages of high-level material, such as a functional block diagram and some high-level product parameters, such as the power requirements and die dimensions. At least some of the material from these two-page public briefs also appears in OmniVision's highly confidential internal specifications that are at issue here, such as the functional block diagrams from some Product Briefs. That information obviously is not confidential, but it is a very small component of the approximately 150 pages of otherwise sensitive confidential information in each of the product specifications that are at issue in Samsumg's motion. For example, OmniVision does not consider as confidential the following functional block diagrams within the otherwise highly confidential specifications:

| Product Model Number | Page Where Diagram Appears |
|---|---|
| OV9760 | 491.0124 |
| OV5650 | 491.0262 |
| OV7736 | 491.0581 |
| OV9726 | 491.0966 |

| | |
|---|---|
| OV5650 | 491.1065 |
| OV9726 | 491.1592 |
| OV9750 | 491.1693 |

9. I declare under penalties of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this declaration was executed this 14nd day of October, 2014, in Westborough, Massachusetts.

Dated: October 14, 2014                    Chao Hadidi Stark & Barker, LLP


                                           By  /s/Bruce Barker
                                           Bruce J Barker
                                           Attorney for Non-Party
                                           OmniVision Technologies, Inc.

**Certificate of Service**

I hereby certify that copies of the forgoing Declaration have been served on October 14, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per civil local rule 5-1.


Dated: October 14, 2014          /s/Bruce J Barker_____
                                 Bruce J Barker

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Local Rule 5-1(i)(3), I hereby attest that Bruce Barker has concurred in the aforementioned filing.


Dated:   October 14, 2014                         /s/   Michael L. Fazio
                                                 Michael L. Fazio

Case No. 12-CV-00630-LHK (PSG)