**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an administrative motion to seal Apple's Reply Regarding Ongoing Royalty Rate ("Apple's Reply").  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Reply | Portion(s) indicated by Samsung. |

IT IS SO ORDERED.

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge