1  Amy H. Candido
   amycandido@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
3  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
4  (415) 875-6600
   (415) 875-6700 facsimile
5

6  Attorneys for Non-Party Google Inc.

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO THE COURT'S SEPTEMBER 23, 2014 ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Samsung's Renewed Administrative Motion to Seal Documents Pursuant to the Court's September 23, 2014 Order (Docket No. 1996). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On September 23, 2014, the Court issued the Order re: Various Administrative Motions to Seal (Docket No. 1987). With respect to Exhibit 69 to the Declaration of Michael L. Fazio In Support of Samsung's Opposition to Apple's Motions in Limine (Docket No. 1337, Attachment 56; re-filed at Docket No. 1426, Attachment 35) ("Exhibit 69 to the Fazio Declaration"), the Court ordered as follows:

> DENIED WITHOUT PREJUDICE. This is a 79-page deposition excerpt, not all of which is sealable. The designating party must identify proposed redactions.

(Docket No. 1987, at 9:5-7.)

3. On September 26, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed a Renewed Administrative Motion to Seal Documents Pursuant to the Court's September 23, 2014 Order (Docket No. 1996), which sought to protect, *inter alia*, information designated as confidential by non-party Google and discussed in Exhibit 69 to the Fazio Declaration. Pursuant to Civil L.R. 79-5(e) and the Court's September 23, 2014 Order, non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1337), and Samsung's Renewed Administrative Motion to Seal (Docket No. 1996), to the extent that Exhibit 69 to the Fazio Declaration references non-party Google's highly confidential or proprietary business information.

4. Exhibit 69 to the Fazio Declaration is an excerpt of the July 26, 2013 deposition testimony of Hiroshi Lockheimer. Selected portions of Mr. Lockheimer's deposition transcript are highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary

1  functionality and internal business processes that are confidential to non-party Google.  Under the
2  Court's September 23, 2014 Order, Google is the designating party and has identified its
3  proposed redactions with yellow highlighting in Exhibit 69 to the Fazio Declaration.  Google
4  understands that Samsung will file this highlighted version conditionally under seal on the
5  Court's ECF system within seven days as an attachment to Samsung's Renewed Administrative
6  Motion to Seal Documents Pursuant to the Court's September 23, 2014 Order (Docket No. 1996).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on October 14, 2014.

By /s/ Kristin J. Madigan
Kristin J. Madigan