UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, <br> vs. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br> Defendant. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO APPLE'S MOTION FOR AN ONGOING ROYALTIES INJUNCTION** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for
3  Administrative Relief for Leave to File Sur-Reply in Opposition to Apple's Motion for an
4  Ongoing Royalties Injunction.
5  Having considered the arguments of the parties and the papers submitted, and good cause
6  having been shown, the Court hereby GRANTS Samsung's Motion for Administrative Relief for
7  Leave to File Sur-Reply in Opposition to Apple's Motion for an Ongoing Royalties Injunction.

9  **IT IS SO ORDERED.**

11  DATED:   October   _15_, 2014

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Court Judge