| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 2046]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File under Seal Apple's Reply Regarding Ongoing Royalty Rate (Dkt. No. 2046) ("Administrative Motion").

3. Pursuant to the Parties' agreement, Samsung expects that Apple will file highlighted versions of documents subject to the Administrative Motion and Samsung expects that Apple will file conformed highlighted versions of documents it seeks to seal within seven days of this declaration. Samsung maintains a claim of confidentiality over all portions highlighted in green in these conformed highlighted versions. Specifically, Samsung claims confidentiality over the green highlighted portions of Apple's Reply Regarding Ongoing Royalty Rate (Dkt. No. 2046-3) at 1:17-20.

4. Apple's Reply Regarding Ongoing Royalty Rate sets forth per-unit, per-patent data that may be used to derive per-unit, per-product sales and revenue data of various Samsung products. Such data is properly sealed. *See Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed *product-specific information* concerning such things as costs, *sales*, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.") (emphasis added).

5. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing

1  compelling reasons why various categories of Samsung-confidential information should be filed
2  under seal).
3        I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.  Executed October 20, 2014, at Los Angeles, California.

                                                         */s/ Michael L. Fazio*
                                                         Michael L. Fazio