# EXHIBIT 29

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com 865 South Figueroa Street, 10th Floor |
| 13 | Los Angeles, California 90017-2543 Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 16 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBIT 29 TO THE DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTIONS *IN LIMINE*** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: March 5, 2014 Time: 2:00 p.m. Place: Judge: Honorable Lucy H. Koh |
| Defendants. | |

# MANUAL FILING NOTIFICATION

Regarding Exhibit 29 to the Declaration of Michael L. Fazio in support of Samsung's Notice of Motions and Motions *in Limine*.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: February 18, 2014    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC