QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**MANUAL FILING NOTIFICATION FOR CERTAIN EXHIBITS SUBJECT TO THE COURT'S SEPTEMBER 23, 2014 ORDER RE: SEALING**<br><br>Date:  March 5, 2014<br>Time:  2:00 p.m.<br>Place:<br>Judge:  Honorable Lucy H. Koh |

## MANUAL FILING NOTIFICATION

Pursuant to the Court's September 23, 2014 Order [Dkt. No. 1987] and Civil Local Rule 79-5(f), Samsung manually files the following exhibits previously filed in connection with briefing on the parties' Motions *in Limine*.  Because the exhibits consist of electronic files or are too voluminous to file on the Court's ECF system, Samsung will lodge a USB drive containing the exhibits with the Court.

**Exhibits**

1.      Exhibit 31 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-30);

2.      Exhibit 39 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-38);

3.      Exhibit 46 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-45);

4.      Exhibit 53 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-52);

5.      Exhibit 8 to the Declaration of Michael L. Fazio In Support Of Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1337-5);

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

1      [_] Item Under Seal in Criminal Case

2      [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

3      [_] Other (description): _____

4

5

6 DATED: 10/20/2014          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

7

8                           By */s/ Michael L. Fazio* _____

9                             Charles K. Verhoeven
                            Kevin P.B. Johnson

10                             Victoria F. Maroulis
                            William C. Price

11                             Michael L. Fazio

12

13                             Attorneys for SAMSUNG ELECTRONICS CO.,
                            LTD., SAMSUNG ELECTRONICS AMERICA,

14                             INC., and SAMSUNG
                            TELECOMMUNICATIONS AMERICA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28