QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**MANUAL FILING NOTIFICATION FOR CERTAIN EXHIBITS SUBJECT TO THE COURT'S SEPTEMBER 23, 2014 ORDER RE: SEALING**<br><br>Date:  March 5, 2014<br>Time:  2:00 p.m.<br>Place:<br>Judge:  Honorable Lucy H. Koh |

**MANUAL FILING NOTIFICATION**

Pursuant to the Court's September 23, 2014 Order [Dkt. No. 1987] and Civil Local Rule 79-5(f), Samsung manually files the following exhibits previously filed in connection with briefing on the parties' Motions *in Limine*. Because the exhibits consist of electronic files or are too voluminous to file on the Court's ECF system, Samsung will lodge a USB drive containing the exhibits with the Court.

**Exhibits**

1. Exhibit 31 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-30);

2. Exhibit 39 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-38);

3. Exhibit 46 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-45);

4. Exhibit 53 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-52);

5. Exhibit 8 to the Declaration of Michael L. Fazio In Support Of Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1337-5);

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: 10/20/2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael L. Fazio

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC