# EXHIBIT 11

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**DEFENDANT'S EXHIBIT
NO. 457.001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY13 - Q2

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 457.009



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY13 - Q1

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001233407

DEFENDANT'S EXHIBIT NO. 457.017



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY12 - Q4

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 457.021



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY12 – Q3

APLNDC630-0000870319

DEFENDANT'S EXHIBIT NO. 457.025



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY12 - Q2

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000167956

DEFENDANT'S EXHIBIT NO. 457.029



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY12 - Q1

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 457.034



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY11 - Q4

Tuesday, August 28, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001439289

DEFENDANT'S EXHIBIT NO. 457.036



# iPhone Buyer Survey

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
FY11 - Q3

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 457.038



# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY11 - Q2

DEFENDANT'S EXHIBIT NO. 457.040



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential ● Internal Use Only ● Need to Know Basis**

Apple Market Research & Analysis
FY11 – Q1

APLNDC630-0001437745

DEFENDANT'S EXHIBIT NO. 457.042



DEFENDANT'S EXHIBIT NO. 457.044



# iPhone Buyer Survey

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
FY10 – Q3

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000027137

DEFENDANT'S EXHIBIT NO. 457.046



# iPhone Buyer Survey

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
FY10 – Q2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000026688

DEFENDANT'S EXHIBIT NO. 457.048



# iPhone Buyer Survey

**The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY10 – Q1

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001438834