# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

DEFENDANT'S EXHIBIT
NO. 458.001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____



# iPad Tracking Study

FY13-Q2 Report

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
May, 2013

Highly Confidential - Attorneys' Eyes Only                                                                                                              APLNDC630-0001896301

DEFENDANT'S EXHIBIT NO. 458.003



# iPad Tracking Study

## FY12-Q3 Report

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
August, 2012

Highly Confidential - Attorneys' Eyes Only                                                                                              APLNDC630-0000177304

DEFENDANT'S EXHIBIT NO. 458.005



# iPad Tracking Study

## FY12-Q2 Report

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
May, 2012

Highly Confidential - Attorneys' Eyes Only                                                          APLNDC630-0000177774

DEFENDANT'S EXHIBIT NO. 458.007



Highly Confidential - Attorneys' Eyes Only
APLNDC0001654219



DEFENDANT'S EXHIBIT NO. 458.011



iPad Tracking Study
FY10-Q4 Report
The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
October, 2010

Highly Confidential - Attorneys' Eyes Only                                                                                                                                APLNDC0002597584