# EXHIBIT 13

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED





# iPhone Buyer Survey: Ease of Use

How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4/4S/5]?

**PLAINTIFF'S EXHIBIT NO. 122**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:__________ By:_______

PLAINTIFF'S EXHIBIT NO. 122, Page 2 of 4

# iPhone Buyer Survey: Siri

Of the iPhone 4S/5 features listed below,
which were the most important in your decision to buy an iPhone 4S/5?



(Base: iPhone 4S/5 buyers who wanted a specific iPhone feature; multiple responses allowed)

**PLAINTIFF'S EXHIBIT NO. 122, Page 3 of 4**

# Sources

Information from the following sources is included in this exhibit:

| Document | Beginning Bates | Pages Cited |
|---|---|---|
| "iPhone Buyer Survey," FY13 Q2 | APLNDC630-0000937009 | -7023, -7026, -7032-34 |
| "iPhone Buyer Survey," FY13 Q1 | APLNDC630-0001233406 | -3420, -3423, -3429-31 |
| iPhone Buyer Survey," FY12 Q4 | APLNDC630-0001233115 | -3128, -3224 |
| iPhone Buyer Survey, FY12 Q3 | APLNDC630-0000870318 | -0334, -0434 |
| "iPhone Buyer Survey," FY12 Q2 | APLNDC630-0000167955 | -7971, -8070 |
| "iPhone Buyer Survey," FY12 Q1 | APLNDC630-0000149470 | -9483, -9585 |
| "iPhone Buyer Survey," FY11 Q4 | APLNDC630-0001439288 | -9353 |
| iPhone Buyer Survey, FY11 Q3 | APLNDCY-0000027506 | -7565 |
| iPhone Buyer Survey, FY11 Q2 | APLNDC630-0001332683 | -2703 |
| "iPhone Buyer Survey," FY11 Q1 | APLNDC630-0001437744 | -7762 |

4