# EXHIBIT 24

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Case 5:12-cv-00630-LHK   Document 2055-10   Filed 10/20/14   Page 2 of 11

DEFENDANT'S EXHIBIT
NO. 350.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828677

## Equipment and Configurations

The FirstLook Video™ system consists of: (1) A Remote Unit about the size of airline carry-on luggage; (2) An automated Host Unit that plugs into two telephone lines; and (3) a Player Unit that uses simple PC adapted operations. Equipment for the Host, Player and one Remote Unit includes:

- Remote portable unit with built-in monitor
- Remote trackball mouse
- Remote cellular transceivers
- Remote power inverter and 12-volt adapter
- Host 101 enhanced keyboard
- Host SVGA 14" color monitor
- Host modems
- Player unit (outputs to NTSC)
- Player trackball mouse

The only additional equipment required is (1) a remote video source; (2) station electrical service; (3) two dedicated station telephone lines; (4) the cellular mobile service contract for up to two numbers; and (5) Master Control transmission hookup.

> "This incredible technology... adds to our remote capabilities at a mere fraction of the initial or employee cost associated with our ENG or SNG units."
> — William J. Katsafanas, Vice President
> KFOR Television, Oklahoma City

## Simple Installation and Training

In most cases, complete installation takes only a few hours and requires no special tools. Vehicle installation of the Remote Unit is simple. Other than antennas and an inverter 110 power source, the system requires no hard-mount procedures. The unit simply sits in the seat next to the operator. This "soft" installation approach allows complete flexibility when scheduling FirstLook™ Video assignments.

Installation of the Host and Player Units is comparable to the installation of two workstation computers.

Complete training is usually accomplished the same day as the installation.

## Special Features

- One Host/Player unit can support multiple Remote Units
- 24-Bit color video
- Transfer over cellular or land line telephones
- Variable 1 to 30 frames per second imaging
- Non-linear audio/visual editing capabilities; select and send video output
- Over 20 minutes video storage capacity, upgradeable
- NTSC, S-Video or PAL input/output
- Real-time compression, decompression and manipulation of digital video data
- Two-channel 16-bit audio input/output
- 25 million pixel operations per second for brilliant on-screen image processing
- Video displays up to 16.7 million colors; dithering to 65,000; 256; or 16 color
- Flexible scaling or "window" use of video

## Field Test Sample Results

Time delay video transfer over cellular of a 15-second clip at 7 frames per second — *5 minutes*.

Time delay video/audio transfer over cellular of a 15-second clip at 24 frames per second with audio — *16 minutes*.

> "FirstLook™ Video means that you get news faster than ever before."
> —Mike Jacobs, News Reporter
> WTMJ Television, Milwaukee

## FoNet™ Support and Licensing

FoNet™ offers unlimited technical support long after the system is delivered. Designed and manufactured in the U.S.A., FirstLook™ Video is covered by a one-year limited warranty on all parts and labor. Purchase includes fees for support maintenance, copyright and trademark licensing.

Copyright 1993 FoNet, Inc. All rights reserved



FirstLook™ Video and other FoNet, Inc. products are distributed by PC Designs

For more information contact:
PC Designs
2504 N. Hemlock Circle
Broken Arrow, OK 74012
Fax 918-251-7057 phone 918-251-5550
or toll-free
**800-251-LOOK**

Video Over Cellular
Anytime!...Anywhere!

Highly Confidential – Attorneys' Eyes Only

SAMNDCA630-00828678

# FirstLook™ Video — Because The *First* Pictures Are Worth *More* Than A Thousand Words

**"Powerful!"**
**"High Octane!"**
**"Electrifying Promotion!"**

These are the comments of news directors from coast to coast. They're talking about the new, completely portable video transmission system — FirstLook™ Video.

FirstLook™ Video by FoNet, Inc. is the world's very first professional solution for the remote cellular transmission of high-resolution, full-motion video.

FirstLook™ Video captures and sends complete motion pictures and sound from a remote mobile unit via land or cellular telephone signals. Remote editing at the source provides a custom tailored audio/visual motion-picture package allowing transmission of only the most dramatic footage. A fully automated Host Unit receives the highspeed data transmission ready for archive or instant NTSC broadcast.



## Grab Video Pre-Recorded or in Real Time

The FirstLook™ Remote Unit accepts any video signal (VHS, Beta, 8mm, etc.) capturing and converting the segment in "real time" to a compressed video data file. FoNet™ macroplexing technology allows the file to be "split" and sent to the Host Unit "on the fly" over two or more cellular modem transceivers.

## From Camera to Broadcast in Minutes

The automated Host Unit at the station can receive files 24 hours a day! When activated, the Host automatically receives the macroplexed signals, "glues" the two files back together and transfers the reassembled footage to the Player Unit.

At the Player Unit the footage can be further edited and either archived, transferred to tape or sent directly to master control for broadcast. Video and audio can output separately. From video capture to "on-the-air" is only a matter of minutes!

*FirstLook™ remote weighs 28 lbs.*





*FirstLook™ Video clips are automatically identified by the first frame of each file.*

## Easy to Operate Remote

The simple Remote operation employs a trackball mouse and on-screen menus for capturing and sending functions. Editing selections allow the operator to choose (1) audio on/off, (2) video frames-per-second (1-30), and (3) video length. The system prompts the user to begin taping and permits remote review of the video clip.

The captured video is then sent to the Host Unit at the touch of a single button. All cellular/modem connections, telephone dialing and transfer operations are automatic!

## Edit in the Field

The Remote Unit stores up to twelve different clips of various lengths (fifteen to twenty seconds are standard). Upon capture, each clip is identified in the Remote menu with a still image from the first frame of each file. Once it is saved, the clip can be reviewed, shortened, or deleted. Only the most newsworthy footage is sent to the station.

---

### Beat the Competition with FirstLook™ Video

GET THE STORY "ON THE AIR" FIRST — FirstLook™ Video is the only technology on the market that gives you both broadcast quality video and the speed of cellular transmission times!

GO ANYWHERE, ANYTIME — FirstLook™ Video gives you complete flexibility. Transmit video any distance! No transmission schedules to keep, no setup time on location, no additional personnel required.

LOW, LOW OPERATING COST — FirstLook™ Video lets you get the story on tape at a mere fraction of the cost of other remote transmission technologies. There's no comparison!

EASY TO USE — The Remote Unit's simple three-step procedure captures and sends your news story to a Host Unit that automatically receives, formats, and stores the clip for playback. FirstLook™ Video is designed to enhance your ability to get the story, not make it more of a challenge.

INCREASE YOUR RATINGS AND BOTTOM LINE — Talk about self-promotion. Audiences perceive FirstLook™ Video for just what it is: cutting-edge technology! In addition to results that increase your impact upon your audience, FirstLook™ Video has proven to be one of the most recognized promotions ever aired!

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828679

### Videoplex II Equipment and Configurations

The FirstLook™ Video system consists of: (1) A Remote Unit about the size of airline carry-on luggage; (2) An automated Host Unit that plugs into two telephone lines; and (3) a Player Unit that uses simple PC adapted operations. Equipment for the Host, Player and one Remote Unit includes:
- Remote portable unit with built-in monitor
- Remote trackball mouse
- Remote cellular transceivers
- Remote power inverter and 12-volt adapter
- Host 101 enhanced keyboard
- Host SVGA 14" color monitor
- Host modems
- Player unit (outputs to NTSC)
- Player trackball mouse

The only additional equipment required is (1) a remote video source; (2) station electrical service; (3) two dedicated station telephone lines; (4) the cellular mobile service contract for two or more numbers; and (5) Master Control transmission hookup.

*"This incredible technology ... adds to our remote capabilities at a mere fraction of the initial or employee cost associated with our ENG or SNG units."*
—William J. Katsafanas, Vice President
KFOR Television, Oklahoma City

### Simple Installation and Training

In most cases, complete installation takes only a few hours and requires no special tools. Vehicle installation of the Remote Unit is simple. Other that antennas and an inverter 110 power source, the system requires no hard-mount procedures. The unit simply sits in the seat next to the operator. This "soft" installation approach allows complete flexibility when scheduling Videoplex II assignments.

Installation of the Host and Player Units is comparable to the installation of two workstation computers.

Complete training is usually accomplished the same day as the installation.

### Special Features

- One Host/Player unit can support multiple Remote Units
- 24-Bit color video
- Transfer over cellular or landline telephones
- Variable 1 to 30 frames per second imaging
- Non-linear audio/visual editing capabilities; select and send video output
- Over 20 minutes video storage capacity, upgradeable
- NTSC, S-Video or PAL input/output
- Real-time compression, decompression and manipulation of digital video data
- Two-channel 16-Bit audio input/output
- 25 million pixel operations per second for brilliant on-screen image processing
- Video displays up to 16.7 million colors; dithering to 65,000; 256; or 16 color
- Flexible scaling or "window" use of video

### Field Test Sample Results

Time delay video transfer over cellular of a 15-second clip at 7 frames per second - 5 minutes.

Time delay video/audio transfer over cellular of a 15-second clip at 24 frames per second with audio - 16 minutes.

*"FirstLook™ Video means that you get news faster than ever before."*
—Mike Jacobs, News Reporter
WTMJ Television, Milwaukee

### FoNet™ Support and Licensing

FoNet™ offers unlimited technical support long after the system is delivered. Designed and manufactured in the U.S.A., Videoplex II is covered by a one-year limited warranty on all parts and labor. Purchase includes fees for support maintenance, copyright and trademark licensing.

*Copyright 1995 FoNet, Inc. All rights reserved.*



*Emmy Award Winning FirstLook™ Video*

# NEWS VIDEO OVER CELLULAR

FirstLook™ Videoplex™ and other FoNet, Inc. products are distributed by PC Designs. For more information contact:

PC Designs
2504 N. Hemlock Circle
Broken Arrow, OK 74012-1128
Fax 918-251-7057 Phone 918-251-5550
or toll-free
**800-251-LOOK**

DEFENDANT'S EXHIBIT NO. 350.004

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828680

# FIRSTLOOK™ VIDEOPLEX II™ – BECAUSE THE FIRST PICTURES ARE WORTH MORE THAN A THOUSAND WORDS

**"Powerful!"**
**"High Octane!"**
**"Electrifying Promotion!"**

These are the comments of news directors from coast to coast. They're talking about the new, completely portable video transmission system - FirstLook™ Videoplex II ™.

Videoplex II by FoNet, Inc. is the world's very first professional video solution for the remote cellular transmission of high-resolution, full-motion video.

Videoplex II captures and sends complete motion pictures and sound from a remote mobile unit via land or cellular telephone signals. Remote editing at the source provides a custom tailored audio/visual motion-picture package allowing transmission of only the most dramatic footage. A fully automated Host Unit receives the highspeed data transmission ready for archive or instant NTSC broadcast.

### Grab Video Pre-Recorded or in Real Time

The Videoplex II Remote Unit accepts any video signal (VHS, Beta, 8mm, etc.) capturing and converting the segment in "real-time" to a compressed video data file. FoNet™ macroplexing technology allows the file to be "split" and sent to the Host Unit "on the fly" over two or more cellular modem transceivers.

### From Camera to Broadcast in Minutes

The automated Host Unit at the station can receive files 24 hours a day! When activated, the Host automatically receives the macroplexed signals, "glues" the two files back together and transfers the reassembled footage to the Player Unit.

At the Player Unit the footage can be further edited and either archived, transferred to tape or sent directly to master control for broadcast. Video and audio can output separately. From video capture to "on the air" is only a matter of minutes!

### Easy to Operate Remote

The simple Remote operation employs a trackball mouse

*Videoplex II remote weights 28lbs.*



*Videoplex II clips are automatically identified by the first frame of each file.*

and on-screen menus for capturing and sending functions. Editing selections allow the operator to choose (1) audio on/off, (2) video frames-per-second (1-30), and (3) video length. The system prompts the user to begin taping and permits remote review of the video clip.

The captured video is then sent to the Host Unit at the touch of a single button. All cellular/modem connections, telephone dialing and transfer operations are automatic!

### Edit in the Field

The Remote Unit stores up to twelve different clips of various lengths (fifteen to twenty seconds are standard). Upon capture, each clip is identified in the Remote menu with a still image from the first frame of each file. Once it is saved, the clip can be reviewed, shortened, or deleted. Only the most newsworthy footage is sent to the station.

## Beat the Competition with FirstLook™ Videoplex II™

GET THE STORY "ON THE AIR" FIRST - Videoplex II is the only technology on the market that gives you both broadcast quality video and the speed of cellular transmission times.

GO ANYWHERE, ANYTIME - Videoplex II gives you complete flexibility. Transmit video any distance! No transmission schedules to keep, no setup time on location, no additional personnel required.

LOW, LOW OPERATING COST - Videoplex II lets you get the story on tape at a mere fraction of the cost of other remote transmission technologies. There's no comparison!

EASY TO USE - The Remote Unit's simple three-step procedure captures and sends your news story to a Host Unit that automatically receives, formats, and stores the clip for playback. Videoplex II is designed to enhance your ability to get the story, not make it more of a challenge.

INCREASE YOUR RATINGS AND BOTTOM LINE - Talk about self-promotion. Audiences perceive Videoplex II for just what it is: cutting-edge technology! In addition to results that increase your impact upon your audience, Videoplex II has proven to be one of the most recognized promotions ever aired!



Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828681



A sprawling metroplex and mobile citizenry can place significant demands on emergency medicine. FirstLook™ ResQCam™ meets the challenge by combining cellular technology with video compression techniques to provide doctors instant video images of remote, critical care patients.

### FONET, INC.

FoNet, Inc. was formed in 1992 as a Research and Development Company corporate affiliate of PC Designs, a high performance microcomputer manufacturer recognized for its innovative computerized solutions and proprietary motherboard/system designs. FoNet specializes in embedded technologies, interface circuitry and digital-signal processing/compression schemes related to video applications, and innovative video electronic designs.

### FONET SUPPORT AND LICENSING

FoNet offers unlimited technical support long after the system is delivered. Designed and manufactured in the U.S.A., FirstLook ResQCam is covered by a one-year limited warranty on all parts and labor. Purchase includes fees for support maintenance, copyright and trademark licensing. FoNet also maintains a 24-hour technical support 1-800 Hotline.



FoNet™

2512 North Hemlock Circle
Broken Arrow, OK 74012
Tel 918.258.5266
Fax 918.251.7057

## 1.800.251.5665

*Copyright 1995 FoNet, Inc. All rights reserved. ResQCam™ and other FoNet,™ Inc. products are distributed by PC Designs..*

*Presented by the Heartland Chapter of the National Academy of Television Arts and Sciences.*



FIRSTLOOK ResQCam™



Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828682

# The Doctor Will See You Now

FirstLook™ ResQCam™ is full motion color video of remote patients sent over cellular telephones to attending physicians. Whether from a speeding ambulance, a parked mobile screening unit, or a rural medical practitioner's office, ResQCam lets a physician actually see a remote patient's condition and oversee his care while in transit.

ResQCam combines the impact of full motion video with the mobility and availability of existing cellular networks to give physicians a tremendous advantage in situations that require an immediate and aggressive medical response.

As a diagnostic tool, the ability to send video over cellular is a cost effective "go anywhere" aid. ResQCam's portability greatly expedites and expands mobile medical treatment for:
- Emergency Transportation/Care,
- Remote Specialists Consultation for Outlying Providers, and
- Mobile Clinic and Home Health Care Diagnostics.

**The objective of ResQCam is to put the doctor with the patient at the earliest possible moment.**

## EMERGENCY CARE

ResQCam video over cellular makes early injury/illness evaluation and intervention possible. Emergency physicians and other medical personnel can have a high resolution view of the patient and, if called for, they can see the accident environment as well as the position of the victim at the scene. ResQCam "on the fly" lets the doctor monitor and react to the patient's condition while en route to the hospital.

With ResQCam, injury and illness can be evaluated at a preliminary stage of emergency care. Precious moments can be saved. Putting the doctor with the patient at the earliest possible moment is the objective of FirstLook ResQCam.

## REMOTE PHYSICIAN

ResQCam provides a visual medium of communication between remote physicians and consulting specialists. Conferring opinions can be available immediately without a patient undergoing additional examinations at distant locations. The possibility of transferring video information, whether of the patient's image, their reports, scans, x-rays, MRI results and the like, holds immense importance in making today's medicine more responsive, more accessible and more cost effective.

## MOBILE CLINICS AND HOME HEALTH CARE

The immediacy of ResQCam video literally multiplies the number of qualified doctors "in the field."

Currently, only information that is non-visual can be transmitted from a mobile site to the hospital or physician. Using ResQCam, mobile providers can maintain visual communication with a variety of specialists. Likewise, a home health provider can readily call upon the guidance of their client's primary care physician by relaying visual depictions in addition to verbal descriptions.

## RESQCAM AND COSTS

Cost is a major force defining medicine today. The challenge to economically deliver quality services to the greatest number of people remains formidable. To expand care with costs in mind, hospitals are welcoming innovative care methodologies. ResQCam technology reaches out to meet medical needs and develop revenues beyond the boundaries of the traditional hospital community.

In addition to supplying the "eyes" to see beyond conventional boundaries, ResQCam's ability to chronicle provider services creates a definitive basis for justifying transport refusals, non-hauls and other reimbursement issues.

**Last year FoNet's FirstLook technology was recognized by the National Academy of Television Arts and Sciences with two news Emmy awards.**

ResQCam also delivers the added public relations value of providing a better monitoring and care method for emergency situations.

## FIRSTLOOK MACROPLEXING TECHNOLOGY

The ability to send digitized data over analog lines has been around for a while. The ability to send dense video data over cellular in a timely fashion is the domain of FirstLook macroplexing technology.

ResQCam is designed to be a non-intrusive tool in fast paced emergency situations. On location, a ResQCam paramedic wears a lightweight helmet equipped with a miniature camera and wireless transmitter packet. An alternate second camera is mounted overhead in the ceiling of the ambulance. When activated, these cameras send still pictures to the physician approximately every five seconds. Touching a button on the side of the helmet sends a burst of full motion video over the system.

ResQCam initializes all operations when the system is turned on. All cellular/modem connections, telephone dialing and transfer procedures are automatic.

The remote camera captures and converts video in "real-time" to a compressed data file. Macroplexing technology allows the file to be "split" and sent to a host unit that automatically receives the macroplexed signals, "glues" the two files back together and displays the reassembled footage.

The video files can be archived, written over, or transferred to floppy disc for conventional storage with other patient records.



Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828683



# ResQCam™

## Video Over Cellular Medical Diagnostics

*A sprawling metroplex and mobile citizenry can place significant demands on emergency medicine. FirstLook® ResQCam™ meets the challenge by combining cellular technology with video compression techniques to provide doctors instant video images of critical care patients.*

**FIRSTLOOK ResQCam™**

### FONET, INC.

FoNet, Inc. was formed in 1992 as a Research and Development Company corporate affiliate of PC Designs, a high performance microcomputer manufacturer recognized for its innovative computerized solutions and proprietary motherboard/system designs. FoNet specializes in embedded technologies, interface circuitry, digital-signal processing/compression schemes related to video applications, and innovative video electronic designs.

### FONET SUPPORT AND LICENSING

FoNet offers unlimited technical support long after the system is delivered. Designed and manufactured in the U.S.A., FirstLook ResQCam is covered by a one-year limited warranty on all parts and labor. Purchase includes fees for support maintenance, copyright and trademark licensing. FoNet also maintains a 24-hour technical support 1-800 Hotline.

**FoNet®**

2504 N. Hemlock Circle
Broken Arrow, OK  74012-1128
Phone 918-251-5550
Fax 918-251-7057

# 1.800.251.5665

*\*Presented by the Heartland Chapter of the National Academy of Television Arts and Sciences*

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828684

# The Doctor Will See You Now

FirstLook® ResQCam™ is high resolution, single frame color video of remote patients sent over cellular telephones to attending physicians. Whether from a speeding ambulance, a parked mobile screening unit, or a rural medical practitioner's office, ResQCam lets a physician actually see a remote patient's condition and oversee his care while in transit.

ResQCam combines the impact of full color video images with the mobility and availability of existing cellular networks to give physicians a tremendous advantage in situations that require an immediate and aggressive medical response.

As a diagnostic tool, the ability to send video over cellular is a cost effective "go anywhere" aid. ResQCam's portability greatly expedites and expands mobile medical treatment for:
- Emergency Transportation/Care,
- Remote Specialists Consultation for Outlying Providers, and
- Mobile Clinic and Home Health Care Diagnostics.

> The objective of ResQCam is to put the doctor with the patient at the earliest possible moment.

### EMERGENCY CARE

ResQCam video over cellular makes early injury/illness evaluation and intervention possible. Emergency physicians and other medical personnel can have a high resolution view of the patient and, if called for, the accident environment as well as the position of the victim at the scene. ResQCam "on the fly" lets the doctor monitor and react to the patient's condition while en route to the hospital.

With ResQCam, injury and illness can be evaluated at a preliminary stage of emergency care. Precious moments can be saved. Putting the doctor with the patient at the earliest possible moment is the objective of FirstLook ResQCam.

### REMOTE PHYSICIAN

ResQCam provides a visual medium of communication between remote physicians and consulting specialists. Conferring opinions may be available immediately without a patient undergoing additional examinations at distant locations. The possibility of transferring video information, whether of the patient's image, their reports, scans, x-rays, MRI results and the like, holds immense importance in making today's medicine more responsive, more accessible and more cost effective.

### MOBILE CLINICS / HOME HEALTH CARE

The immediacy of ResQCam video literally multiplies the number of qualified doctors "in the field."

Currently, only information that is non-visual can be transmitted from a mobile site to the hospital or physician. Using ResQCam, mobile providers can maintain visual communication with a variety of specialists. Likewise, a home health provider can readily call upon the guidance of their client's primary care physician by relaying visual depictions in addition to verbal descriptions.

### RESQCAM AND COSTS

Cost is a major force defining medicine today. The challenge to economically deliver quality services to the greatest number of people remains formidable. To expand care with costs in mind, hospitals are welcoming innovative care methodologies. ResQCam technology reaches out to meet medical needs and develop revenues beyond the boundaries of the traditional hospital community.

In addition to supplying the "eyes" to see beyond conventional boundaries, ResQCam's ability to store a pictorial history of provider services creates a definitive basis for documenting transport refusals, non-hauls and other reimbursement issues.

ResQCam also delivers the added public relations value of providing a better monitoring and care method for emergency situations.

> Last year, FoNet's FirstLook technology was recognized by the National Academy of Television Arts and Sciences with two news Emmy awards.*

### FIRSTLOOK MACROPLEXING TECHNOLOGY

The ability to send digitized data over analog lines has been around for a while. The ability to send dense video data over cellular in a timely fashion is the domain of FirstLook macroplexing technology.

ResQCam is designed to be a non-intrusive tool in fast paced emergency situations. On location, a ResQCam paramedic is equipped with a video camera and a lightweight wireless transmitter packet. When activated, the camera sends a small format, still picture to the physician approximately every few seconds. Upon request, ResQCam sends a high resolution, large format image for detailed inspection. In addition, activities monitored by ResQCam are stored as a pictorial history on an incident by incident basis. Each image within a given incident has an individual date and time stamp.

ResQCam initializes all operations when the system is turned on. All cellular/modem connections, telephone dialing and transfer procedures are automatic.

The remote camera captures and converts video in "real-time" to a compressed data file. Macroplexing technology allows the file to be sent to a host unit that automatically receives the signal and displays the image. The video files can be archived, written over, or transferred to floppy disc for conventional storage with other patient records.





## Presents



## PVII-200™ & PVII-200R™
## Video Transmission Systems

The FoNet™ 1st Look™ systems capture and send full-motion pictures from a mobile remote unit via land or cellular telephone signal. Remote editing at the source provides a custom tailored audio/visual motion-picture package allowing transmission of only the most dramatic footage. An automated Host-Sentinel Unit receives the High-speed data transmission which is instantly ready for broadcast.

### Benefits:

Get the story *First* using cutting-edge technology that is available only from FoNet™

Get the story by *the most economical means available.*

Highly portable *"take anywhere"* remote system gives you the flexibility of sending a news clip in from any distance as long as you have AC power and two telephone or cellular lines.

*Simple operation in the field* - press three buttons and you have captured and flash transferred your *award winning* story.

*Simple operation in the News Room* - No need to monitor the Host Unit. It continuously waits for video transmissions from the field then captures and stores the news stories even when no one is around to monitor.

The FoNet™ 1st Look™ system has proven to be one of the most recognized promotions ever produced. *See your ratings skyrocket!*

Yes --- you can have *audio too.*

*Edit in the field* or in the News Room.

**Highly Confidential - Attorneys' Eyes Only**              **SAMNDCA630-07218229**

- 24-Bit color video (16.7 million colors)
- Transferred over *cellular or land line telephone*
- Selectable from 1 frame to 30 frames per second
- Time delay video flash transfer (field test sample results): 7 frames per second, 15 second transmitted over cellular telephone in 5 minutes
- Time delay audio/visual flash transfer (field test sample results): 24 frames per second with 15 second clip transmitted over cellular telephone in approximately 16 minutes
- Non-linear audio/visual editing capabilities; select and send video output
- Over 20 minutes video storage capacity, upgradeable
- NTSC, S-Video or PAL input/output
- *Presentation quality* full motion video and accompanying audio
- Video processor performs real-time compression, decompression and manipulation of digital data
- Two channel 16-Bit audio input/output
- Pixel Processor provides 25 million pixel operations per second to provide *brilliant on screen image processing*
- Video display at levels up to 16.7 million colors; dithering to 65,000/ 256 / or 16
- Flexible windowing and scaling of video
- High speed rate negotiable digital signal processor
- Two cellular transceivers per each remote unit
- 110 volt power source supplied for vehicle remote unit
- 1 SVGA monitor per Host receiving unit, Player unit outputs to NTSC

Marketed by:   PC Designs
              2504 N. Hemlock Circle
              Broken Arrow, OK  74012-1128
              (918) 251-5550

©1993 FoNet, Inc.

Highly Confidential - Attorneys' Eyes Only        SAMNDCA630-07218230