# EXHIBIT 50

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

**Before the Honorable Lucy H. Koh**
**Federal District Court Judge**

| | |
|---|---|
| APPLE, INC, a California corporation, Plaintiff<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | CASE NO. 12-CV-00630-LHK |

**EXPERT REPORT OF SAUL GREENBERG, PH.D.,**
**REGARDING THE VALIDITY OF THE ASSERTED CLAIM 8 OF**
**U.S. PATENT NO. 8,046,721**

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

7. I am a Full Professor in the Department of Computer Science at the University of Calgary. I am also an Adjunct Professor in the Department of Psychology at the University of

1  Calgary, and an Adjunct Professor in the Department of Computer Science at the University of
2  Saskatchewan.
3      8.    I earned my Ph.D. in Computer Science from the University of Calgary in 1989. My
4  Ph.D. thesis was titled "Tool use, reuse and organization in command-driven interfaces." I
5  obtained an MSc. in Computer Science from the University of Calgary in 1984. My Masters
6  thesis was titled "User modeling in interactive computer systems." Prior to obtaining these post-
7  graduate qualifications, I obtained a Diploma of Education from McGill University in 1978, and a
8  BSc. in Microbiology and Immunology from McGill University in 1976.
9      9.    I also hold a joint National Science and Engineering Research Council and an Alberta
10  Innovates Technologies Future Industrial Research Chair in the area of Interactive Technologies,
11  with SMART Technologies ULC being my industrial sponsor.
12      10.   In 2012, I was inducted as an Association of Computing Machinery ("ACM"), which
13  is awarded for outstanding accomplishments in computing and information technology. In April
14  2005, I was elected to the ACM Computer Human Interaction ("CHI") Academy to honor my
15  overall contributions and leadership in the field of HCI (Human-Computer Interaction). The
16  ACM is an international educational and scientific computing society for computer professionals.
17  In 2007, I received the Canadian Human Computer Communications Society Achievement
18  Award.
19      11.   Generally speaking, HCI is a discipline that encompasses the requirements, design,
20  implementation and evaluation of computational systems for human use. I have studied and
21  researched full-time in the field of Computer Science and HCI since 1981 and I have worked full-
22  time within this area since 1989. The underlying theme of much of my research is to design
23  computer technology and interaction methods to fit within the fabric of people's day to day
24  activities and practices. This includes how such technology blends naturally in the flow of
25  people's tasks and work practices, how people socialize and work together through technology,
26  and how that technology fits within people's physical environment. On the basis of my
27  professional experience as set out below, within the HCI field I am very familiar with the area of
28

-2-    Case No. 12-CV-00630-LHK

interactive technologies, including the design methodology behind such technologies, and touch and related interactions on a variety of devices.

12. Since at least the 1990s, a major part of my work as an academic has been teaching graduate and undergraduate computer science courses. During that period, I have taught undergraduate courses directed specifically at HCI (including the courses presently known as "CPSC 481 Human computer interaction I" and "CPSC 581 Human computer interaction II"). Over the same period, I have also taught graduate courses that are directly relevant to HCI, including courses titled "graphical user interface design and usability," "research methods in human computer interaction," "computer supported cooperative work," "media spaces and casual interaction," "physical user interfaces," "ubiquitous computing" and "proxemics interactions." I have also been involved in providing continuing education programs for industry relating to HCI.

13. Computer science (including HCI) is a dynamic research field internationally. In my experience, it is common for academics from various institutions around the world to collaborate and share research and ideas. Throughout my academic career, I have regularly collaborated with, worked with and exchanged ideas with computer science (including HCI) academics and research-oriented practitioners from various parts of the world including the United States, Europe, Japan, Australia, and New Zealand. This interaction has occurred in various formal and informal ways. For example, at a formal level, I have hosted visits to my department by other academics, and similarly I have formally visited other Universities for various periods. More informally, I regularly see colleagues from all over the world at industry events, conferences and other academic settings. In addition to my regular teaching responsibilities, I have prepared and delivered lectures relating to HCI as a guest lecturer at universities, and as a speaker at conferences including conferences held by the ACM and similar industry events.

14. A significant part of my work as an academic has been supervising graduate and post-graduate students. Many of the students that I have supervised have conducted research in relation to HCI. I have supervised more than ten Ph.D. students and Post-Doctoral Fellows, more than two dozen Masters students and many other research associates and assistants. Since the early 1990s, I

1  have also been involved in assessing dozens of Ph.D. and Masters applications and theses, many
2  of which have related to HCI.
3      15.    My role as an academic has also involved extensive research activities relating to HCI.
4  From the early 1990s, I have held a range of shared and individual research grants in relation to
5  my research.  Several major research grants that I have been awarded, as well as my Industrial
6  Research Chair, have funded my (and my co-investigators) research into touch-based interaction
7  techniques.  Relevant industrial sponsors and industrial collaborators have included:

    (a)    SMART Technologies ULC, an organization which describes itself as the world's leading provider of interactive whiteboards since 1991, and which has produced many products that implement direct touch;

    (b)    Microsoft/Microsoft Research, which developed the Microsoft Surface digital table; and

    (c)    Mitsubishi Electric Research Laboratories, which developed the MERL DiamondTouch multi-touch digital surface.

14     16.    Since the early 2000s, a significant aspect of the research performed by me and my
15  colleagues (I supervise a team of graduate students, research assistants and associates and post-
16  doctoral fellows and have done so since at least 1990) has related to the design and
17  implementation of touch-based computer systems that allow users to interact with computers using
18  touch and other related input modalities.  Much of this research has been influenced by my earlier
19  work since 1989 developed in relation to computer systems that accept a multitude of pointer-
20  based input streams.
21     17.    I am also the author of a significant body of academic work relating to HCI (including
22  numerous journal articles and conference papers, video presentations, short
23  papers/posters/demonstrations, contributions to text books, and books).  Almost all of my
24  publications include some aspect of interaction design.  A subset of these publications includes
25  both direct and indirect contributions to publications covering the design and implementation of
26  touch-based interactive systems.
27     18.    I have also served on the advisory and/or editorial boards of various academic and
28  industry journals.  For example, since 2009, I have been an Associate Editor of the ACM

Transactions on Computer Human Interaction, and a founding member of both the editorial and advisory board of J. Computer Supported Cooperative Work since its inception in 1992. Between 1988 and 2009, I was a member of the editorial board and an associate editor of the International Journal of Human Computer Studies.  Since 2009, I have been a member of the advisory board for this journal.  These journals publish research in relation to (amongst other things) HCI.

19. Further, I have also acted as a referee or action editor for many articles published in computer science journals and at conferences relating to HCI.

20. Since the early 1990s, I have also been involved in various ways with computer science conferences attended by academics and industry professionals working in, among other areas, HCI.  For example, I have been a member (and at times a chair) of the technical program committees for various conferences run by ACM.  Further, since at least the early 1990s, I have regularly attended at least one such conference to three or more each year.  For example, I have attended the ACM CHI Conference most years since its inception in 1983, and somewhat more sporadically other major conferences including ACM UIST (User Interface Software and Technology), ACM CSCW (Computer Supported Cooperative Work) and a host of others.  At such conferences, I meet and interact with a wide range of industry professionals and academics from around the world.

21. An important aspect of my professional experience is the extent to which it has involved interaction with colleagues internationally.  Developments in computer science (and HCI) are rapid.  In my experience, HCI academics typically monitor international developments in their field closely in order to keep up-to-date and relevant.  In this environment, interaction between academics around the world is common.  Further, in my experience, a consequence of the nature of the field and the extensive interaction between HCI academics internationally is that HCI is commonly taught around the world by reference to similar standard materials and the same fundamental principles.

22. As a result of my professional experience as set out above, I am very familiar with:

(a) research developments and emerging trends in the field of HCI internationally, including in relation to touch-based

       (b)  the materials (including standard text books, journal articles, conference papers and presentations) which have been commonly used to teach HCI or which are used by HCI practitioners around the world since the 1990s; and

       (c)  the areas which have been the subject of research and development in the field of HCI internationally since the 1990s.

23. I have been involved in several other legal matters as a consulting expert, a fact witness, and an expert witness. I have written expert reports, had my deposition taken, and provided testimony specifically relating to touch-based interaction techniques.

24. Also attached as part of Appendix 2 is a curriculum vitae that includes a complete list of my qualifications and also includes a list of matters in which I have provided expert testimony, either at deposition or at trial.

25. I provide the details of my analysis, and the conclusions that form the basis for any testimony that I may give, below.  Any testimony I give may include appropriate visual aids, some or all of the data or other documents and information cited herein or identified in Appendix 1, and additional data or other information identified in discovery, to support or summarize my opinions. For example, I may include information cited by the experts of Plaintiff and other Defendants, as well as witness testimony.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

459.    A person of ordinary skill would have been motivated to combine Neonode with Plaisant because they are both portable touchscreen user interfaces capable of toggling between two states.  A Skilled Person before the Critical Date seeking to improve a touchscreen user interface would have looked to existing touchscreen user interfaces, such as that described in the background and scope and content of the prior art (sections V and IX.A above), and would have been motivated to combine elements of that technology to create a further improved touchscreen user interface.

(a)    **Claim 7**

*(7a) A portable electronic device, comprising:*

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Date: August 12, 2013

Saul Greenberg