# EXHIBIT 55

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
3   Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
6
    Kevin P.B. Johnson (Bar No. 177129)
7   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
8   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
9   Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:   (213) 443-3000
    Facsimile:   (213) 443-3100
15
    Attorneys for SAMSUNG ELECTRONICS CO.,
16  LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC

18              UNITED STATES DISTRICT COURT

19      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| 21                          Plaintiff, | **SAMSUNG'S FURTHER SUPPLEMENTAL RESPONSES TO APPLE'S FIRST, THIRD, AND TENTH SETS OF INTERROGATORIES** |
| 22                  vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | **(Interrogatory Nos. 4, 5, 6, 8, 20, 23, 24, 27, 29, 45)** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE** |
| 26 | |
| 27                  Defendants. | |

28

1  **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 23:**

2       Subject to and incorporating its General Objections and Specific Objections from

3  Samsung's Objections and Responses to Apple's Third Set of Interrogatories, Samsung provides

4  the following further supplemental response:

5       Samsung's previous response fully responded to this Interrogatory by providing

6  information concerning when and how Samsung became aware of the Non-Preliminary Injunction

7  Patents-In-Suit and identifying a person with knowledge. Accordingly, no supplementation is

8  required.

9  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 23:**

10      Subject to and incorporating its General Objections and Specific Objections from

11 Samsung's Objections and Responses to Apple's Third Set of Interrogatories, Samsung provides

12 the following further supplemental response:

13      For at least the reasons set forth in response to Interrogatory No. 24, the accused products

14 do not infringe the asserted Apple patents.  In addition, for at least the reasons set forth  in

15 Samsung's L.R. 3-3 contentions, the asserted claims of the asserted Apple patents are invalid, and

16 invalid claims cannot give rise to liability for infringement.  Nonetheless, certain changes

17 affecting the accused functionality have been made to Samsung's products as set forth in response

18 to Interrogatory Nos. 29 and 45, the responses to which are incorporated herein by reference.

19 **INTERROGATORY NO. 24:**

20      If you contend or believe that you do not infringe any asserted claim of the Apple Patents-

21 in-Suit, state with specificity the complete factual and legal bases for such contention or belief,

22 including a claim chart identifying which claim limitations are not found in the Accused Samsung

23 Products, the claim constructions or definitions used in supporting this contention or belief, and if

24 you believe that any claim or claim limitation is governed by 35 U.S.C. 112 ¶ 6, identify the

25 factual and legal basis for that belief and the corresponding structure, material, or acts described in

26 the specification and equivalents thereof and further including an identification of all documents

27 and things supporting such contention or belief, and an identification of the persons most

28 knowledgeable of the facts supporting such contention or belief.

1  to contributory infringement, Apple has not shown that the Accused Products have no substantial

2  non-infringing uses, that Samsung engaged in conduct within the United States that contributed to

3  another's direct infringement, and that Samsung knew that the combination for which its

4  component was made was both patented and infringing.  With respect to inducement, Apple has

5  not shown that Samsung's actions induced infringing acts and that it knew or should have known,

6  with specific intent, its actions would induce actual infringement.

7

8  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 24:**

9      Subject to and incorporating its General Objections and Specific Objections from

10 Samsung's Objections and Responses to Apple's Second Set of Interrogatories, Samsung repeats

11 and restates its prior responses to Interrogatory No. 24 and provides the following second

12 supplemental response:

13     Samsung's second supplemental responses are based on Samsung's current understanding

14 of Apple's infringement contentions.  Discovery is ongoing, and Samsung reserves the right to

15 further supplement and amend its responses.

16 **'647 Patent**:

17     (i) The Accused Products Lack An "Analyzer Server"

18     Based on Samsung's current understanding of Apple's infringement contentions, Samsung

19 states that, at a minimum, the Accused Products first do not infringe the asserted claims of the

20 '647 patent (claims 1, 4, 6, 8, and 9) because, in addition to and with particular regard to

21 Samsung's prior responses, the Accused Products do not satisfy the limitation "an analyzer server

22 for detecting structures in the data, and for linking actions to the detected structures."   In Accused

23 Samsung Devices using the Linkify or CacheBuilder classes, Apple identifies the Messenger and

24 Browser applications as satisfying the "analyzer server" limitations based on functionality in the

25 Linkify and CacheBuilder classes, respectively.[1]  *See, e.g.*, Exhibit E-15, Apple's Galaxy S III

26 _____

27     [1] Where source code is described in this response in describing functionality or
   noninfringement positions, that source code is necessarily an excerpt responsive to Apple's
28     (footnote continued)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY – SOURCE CODE**                    -107-

1  rather than the starting and ending locations as a non-infringing alternative to the '721 Patent.

2  Samsung refers to one implementation of this design as the circle unlock..   As previously stated,

3  Samsung designed and implemented the circle unlock in an estimated 240 person hours.

4       Samsung also identified not using an unlock image at all, but rather, a visual effect applied

5  to a background image as a non-infringing alternative to the '721 Patent.   Samsung refers to one

6  implementation of this design as the "ripple" effect or unlock.   The circle unlock and ripple effect

7  use the same underlying mechanism for unlocking the device – they rely on metrics such as the

8  length of the user's swipe.   Samsung designed and implemented the ripple effect for its first or

9  "unlock" screen in an estimated 280 person hours, the majority of which were spent on the graphic

10  design of the ripple.   At most, negligible time was spent on the underlying mechanism because it

11  was the same as for the circle unlock.

12

13  DATED:   July 15, 2013              QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
14

15                                  By */s/ Michael L. Fazio*
                                        Charles K. Verhoeven
16                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
17                                      William C. Price
                                        Michael L. Fazio
18

19                                      Attorneys for SAMSUNG ELECTRONICS
                                        CO., LTD., SAMSUNG ELECTRONICS
20                                      AMERICA, INC. and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
21  f

22

23

24

25

26

27

28