# EXHIBIT 61

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | Case No. 12-cv-00630-LHK |

**EXPERT REPORT OF JEFFREY CHASE, PH.D
REGARDING THE INVALIDITY OF THE ASSERTED CLAIMS OF
U.S. PATENT NO. 7,761,414**

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

## II. BASIS FOR OPINIONS

### A. Qualifications

7. A detailed record of my professional qualifications, including a list of publications, awards, and professional activities, is attached as Appendix 2 to this report and summarized below.

8. I have more than 25 years of experience as a software developer, researcher, and professor in the field of computer science, with emphasis on operating systems and systems for networked storage and data sharing.

9. In 1982, I began working as a systems programmer at Dartmouth College building software tools for an early multi-user operating system ("OS").  At Dartmouth, I also worked on embedded network router software and Internet Protocol implementations.  I received my Bachelor of Arts with a double major in Mathematics and Computer Science from Dartmouth College in 1985.

10. In July 1985, I began working as a software engineer for Digital Equipment Corporation's Unix ("Ultrix") Engineering Group ("DEC") in Merrimack, New Hampshire.  At DEC, I worked primarily on Unix operating system kernel software for file and storage systems, including network file systems.  I continued to be employed by DEC after I began graduate study in Computer Science at the University of Washington in Seattle in September of 1987.  I earned my Master of Science in Computer Science in 1989, and my PhD degree in 1995, both from the University of Washington in Seattle ("UW").

EXPERT REPORT OF J. CHASE REGARDING INVALIDITY OF '414 PATENT

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

11. Since 1995, I have been a faculty member in Computer Science at Duke University. I have conceived and led a number of research projects and published widely in leading research forums in the areas of operating systems, storage systems, and networked systems. I earned tenure at Duke University in 2002, and was promoted to Full Professor in 2006.

12. I teach courses for undergraduate and graduate students on operating systems, networking and networked systems, distributed systems, and Internet technology and society.

13. My research has spanned a broad range of topics relating to networked computer systems and Internet systems in particular. I have published at least 80 peer-reviewed papers on these topics over a twenty-year research career. Much of my later research deals with communication, coordination, and data sharing mechanisms in networked systems.

14. I have served in a number of editorial and organizing roles for various academic forums and publications in these topic areas. My ongoing research deals primarily with architectures, mechanisms, and systems for hosting and automated control of Internet systems and Internet application services.

15. I have worked as an expert in several legal matters as a consulting expert and as an expert witness. I have written expert reports, given deposition testimony, and provided testimony in court.

16. Also attached as part of Appendix 2 is a curriculum vitae that includes a complete list of my qualifications and also includes a list of matters in which I have provided expert testimony, either at deposition or at arbitration.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

Date: August 12, 2013

_____
Jeffrey S. Chase