# EXHIBIT 62

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

CASE NO. 12-cv-00630-LHK

**EXPERT REPORT OF DR. DANIEL WIGDOR CONCERNING INVALIDITY OF U.S. PATENT NO. 8,074,172**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. DANIEL WIGDOR CONCERNING INVALIDITY OF U.S. PATENT NO. 8,074,172

8. I am an Assistant Professor of Computer Science at the University of Toronto, where I have joint appointments at the Department of Computer Science and the department of Mathematical and Computational Sciences. I am also the co-director of the Dynamic Graphics Project (DGP) at the University of Toronto. I have several years of industry experience in user interface and Human-Computer Interaction (HCI) as a User Experience Architect and then Researcher at Microsoft. I was also a co-founder of Iota Wireless and Tactual Labs, start-ups dedicated to commercializing my research in user interface technologies. At the DGP, I work in the area of Human-Computer Interaction (HCI), specializing in the design and development of platforms for modern, post-WIMP ("windows, icons, menus, pointer") user interfaces. Researchers in this field focus on developing user-friendly and efficient user interfaces without the use of traditional WIMP or Windows-based interface elements. My approach is to utilize interdisciplinary research methods to bring new insights in perceptual, cognitive, and motor abilities to the development of intuitive and useful technology artefacts.

9. In 2011-2012 I was an Associate of the School of Engineering and Applied Sciences at Harvard University, working as a member of the Scientists' Discovery Room (SDR) Lab at the School of Engineering and Applied Sciences (SEAS). At the SDR Lab at Harvard, I was responsible for supervising the research projects of post-doctoral fellows.

10. At Microsoft, I served over half a dozen different roles. As the architect of user experiences of Natural User Interfaces at Microsoft's Entertainment & Devices division, I was responsible for ensuring a high-quality and exciting user experiences in platform and partner applications, such as Microsoft Surface. I also served as Microsoft's company-wide expert on Natural User Interfaces.

11. I hold Hon., B.Sc., M.S., and Ph.D. degrees in computer science, and have published extensively, with about 44 technical publications. Of these, approximately 25 relate directly to the design of software and/or hardware for touch screen devices. I have also contributed five textbook chapters on HCI, and co-authored "Brave NUI World: Designing Natural User Interfaces for Touch and Gesture," the first practical book for the design of touch and gesture

-2-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
EXPERT REPORT OF DR. DANIEL WIGDOR CONCERNING INVALIDITY OF U.S. PATENT NO. 8,074,172

1  interfaces, in 2011, which has since been translated into Korean and Chinese. I have given 65
2  invited talks, including 3 keynote lectures.
3        12.    I have worked on several legal matters as a consulting expert and a testifying
4  expert.

INTENTIONALLY OMITTED FROM EXHIBIT/RECORD

DATED:   August 12, 2013

_____
Daniel Wigdor