# EXHIBIT 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              IN THE UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4    APPLE, INC., a California        )
      corporation,                     )
 5                                     )
                    Plaintiff,         )
 6                                     ) Case No.
                                       ) 12-cv-00630-LHK (PSG)
 7            vs.                      )
                                       ) Volume 1
 8    SAMSUNG ELECTRONICS CO., LTD., a )
      Korean corporation; SAMSUNG      )
 9    ELECTRONICS AMERICA, INC., a New )
      York corporation and SAMSUNG     )
10    TELECOMMUNICATIONS AMERICA, LLC, a)
      Delaware limited liability       )
11    company,                         )
                                       )
12                                     ) Pages 1 to 311
                    Defendants.        )
13    _____)
14
15
16
17
18           VIDEOTAPED DEPOSITION OF ALEX SNOEREN
19                   San Diego, California
20              Wednesday, September 25, 2013
21
22
23
24    Reported by:
      ELIZABETH BORRELLI, CSR No. 7844, CCLL, CLR
25    JOB NO. 65775
```

1   what context are you asking about whether I have an                12:08

2   opinion?

3       Q.   I'm asking you as an expert.

4       A.   As an expert I have not been asked to

5   product -- to conduct any sort of analysis on user                 12:09

6   experience on an iPhone.  What I was asked to do was

7   to conduct analysis on whether Siri practices this

8   patent.

9            As a user I use Siri.  I find it very

10  valuable.  I would expect that most users of the                   12:09

11  iPhone find it very valuable.  I have seen survey

12  reports conducted by a Dr. Hauser in -- as mentioned

13  in my report.  I've seen ample evidence within this

14  case of large commercial success of the iPhone

15  attributed to Siri.                                                12:09

16           For all these reasons I fully expect that

17  Siri is an extremely valuable aspect of iPhone.  I

18  believe it must be providing excellent experience,

19  otherwise why would people be buying it?

20           But to your particular point, in the                      12:10

21  report I provide an opinion about whether Siri

22  implements section 30 -- or Claim 34.  I also

23  provide discussions about, you know, the market

24  success of the device.  That seems likely to depend

25  on the functionality provided within these things.                 12:10

Page 99

1  All those opinions are provided based on the                12:10
2  evidence that I cited there, not based on user
3  studies or that sort of thing.  Although I've seen
4  evidence of other people who conducted those and I
5  read those as an interested observer.  And that's           12:10
6  consistent with my personal experience as a
7  layperson using an iPhone that Siri provides a great
8  experience.
9        Q.   What's crystal clear is that in your
10 expert reports to date you have not provided any            12:10
11 written opinions on whether the iPhone or Siri
12 practices Claim 24 or Claim 25.
13       A.   I don't believe there's a question.
14       Q.   That's the question.  You would agree with
15 me that you have not provided any expert opinions in        12:11
16 your reports on whether Apple, through the Siri or
17 iPhone products, practice Claim 24 or Claim 25,
18 true?
19            MR. BUROKER:  Objection.  Vague.
20            THE WITNESS:  I was not asked to provide         12:11
21 an opinion on whether Apple or through the Siri
22 product practices Claim 24 or 25; therefore, I do
23 not in my report provide an opinion whether Apple
24 practices Claim 24 or 25 through the Siri device
25 because I have not conducted that analysis.                 12:11

1  BY MR. PAK:                                              12:11

2      Q.   Thank you.

3           MR. PAK:  Let's take our next break.

4           THE VIDEOGRAPHER:  Off the record at

5  12:11 p.m.                                               12:11

6           (Recess.)

7           THE VIDEOGRAPHER:  We are back on the

8  record at 12:23 p.m. and this marks the beginning of

9  tape two.

10 BY MR. PAK:                                              12:23

11     Q.   Mr. Snoeren, why don't you pull out the

12 959 patent, which is Exhibit No. 2.

13          MR. PAK:  You can pull it out.  Oh, you

14 have it?  Great.

15 BY MR. PAK:                                              12:23

16     Q.   Can you look at Figure 2?

17     A.   I have it here.

18     Q.   Okay.

19          Do you understand that figure?

20     A.   To the extent that I understand, it's a         12:23

21 description in the context of the 959 patent.

22          Yes, sir, I do.

23     Q.   What is the retrieval manager in that

24 picture?

25     A.   In this image the retrieval manager is          12:23

Page 252

1  your expert reports.  I was doing as best I could            16:56
2  just to express the opinions that I was asked to
3  provide.  I didn't ask why I wasn't asked to do
4  additional things.  I did what I was directed.
5  BY MR. PAK:                                                  16:57
6      Q.   Well, for Claim 11 you have the same
7  elements that you would have to analyze for Claim 20
8  because Claim 20 includes the limitation of Claim
9  11, correct?
10     A.   Again, to the extent that as part of my             16:57
11 analysis for Claim 20 I had to assure that claim
12 limitations within 11 were met, I did conduct that
13 analysis.
14     Q.   And you did that for the prior art as
15 well, correct?                                                16:57
16     A.   For the alleged prior art that was
17 contained within the Chase report, I did respond to
18 Dr. Chase's opinions with respect to the validity of
19 Claim 20.
20     Q.   And in doing that analysis you had to look          16:57
21 at the limitations of Claim 11 with respect to the
22 prior art because Claim 20 incorporates the Claim 11
23 elements, correct?
24          MR. BUROKER:  Objection.  Asked and
25 answered.                                                    16:57

1    THE WITNESS: Again, as we said, to the          16:57
2    extent that Claim 20 incorporates limitations of
3    Claim 11, I analyzed with respect to each one of
4    those claim elements.
5    BY MR. PAK:                                      16:58
6       Q.  Specifically you have not provided any
7    opinions that any Apple product practices Claim 20
8    of the 414 patent, correct?
9       A.  Again, as stated in my report, paragraph
10   525, I was asked to evaluate whether Apple practices  16:59
11   Claim 11 --
12          [Reporter requests clarification.]
13          THE WITNESS: -- evaluate whether Apple
14   practices Claim 11.  Those are the opinions that I
15   was asked to formulate and those are the opinions    16:59
16   that I provide in my report.
17   BY MR. PAK:
18      Q.  So you don't have any opinions in your
19   report on whether any Apple product practices Claim
20   20 on the 414 patent, correct?                       16:59
21      A.  That's correct.  I was not asked to form
22   an opinion.  I did not provide an opinion regarding
23   Claim 20, whether Apple practices it in any product.
24   They may or may not, I have no idea.
25      Q.  Okay.                                         16:59

| | | |
|---|---|---|
| 1 | MR. PAK:  And to clear up the record, I do | 16:59 |
| 2 | have the correct exhibit for Exhibit No. 7, so I'd | |
| 3 | like to replace that on the record.  Here, let me | |
| 4 | have -- | |
| 5 | (Whereupon Exhibit 7 was marked for | 11:21 |
| 6 | identification.) | |
| 7 | THE REPORTER:  Okay.  This is Exhibit 7 | |
| 8 | now. | |
| 9 | BY MR. PAK: | |
| 10 | Q.  So, Dr. Snoeren, just to make sure we have | 17:00 |
| 11 | the right patent this time, take a look and confirm | |
| 12 | that this is in fact a copy of 7,761,414 issued to | |
| 13 | Apple with the Inventor Freedman? | |
| 14 | A.  The cover at least is correct.  The claims | |
| 15 | I recognize, so I'm going to bet the rest is -- | 17:00 |
| 16 | Q.  Can you just confirm looking at the claims | |
| 17 | again that Claim 20 in fact is a dependent claim | |
| 18 | from Claim 11? | |
| 19 | A.  That's correct.  As -- as stated in my | |
| 20 | report, Claim 20 refers to a storage medium as in | 17:00 |
| 21 | Claim 11, therefore it's a dependent claim, yes. | |
| 22 | Q.  Again, I'm not asking for anything other | |
| 23 | than your understanding of the law.  If you | |
| 24 | understand the law in this way, please let me know. | |
| 25 | If you don't have an understanding in this issue you | 17:01 |