# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Highly Confidential Attorneys Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE, INC., a California      )
     corporation,                   )
 6                                  )
                   PLAINTIFF,       )
 7        VS.                       )   12-cv-00630-LHK
                                    )
 8   SAMSUNG ELECTRONICS, CO., LTD, )
     a Korean business entity;      )   VOLUME I
 9   SAMSUNG ELECTRONICS AMERICA,   )
     INC., a New York corporation;  )
10   SAMSUNG TELECOMMUNICATIONS     )
     AMERICA, LLC, a Delaware       )
11   limited liability company,     )
                   DEFENDANTS.      )
12   _____)
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16    VIDEOTAPED DEPOSITION OF ANDREW COCKBURN, Ph.D.
17              LOS ANGELES, CALIFORNIA
18           THURSDAY, SEPTEMBER 26, 2013
19
20
21
22
23   REPORTED BY:
24   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, RSA
25   JOB NO.: 66065
```

Highly Confidential Attorneys Eyes Only

Page 33

1    A.    Yes, it is.
2          (Exhibit Cockburn 4 marked for
3           identification.)
4    Q.    I just want to make sure you have that
5    if you need it.  We'll continue with your report for    09:32
6    a bit.
7          Is it your opinion the Apple iPhone
8    practices the '172 patent?
9    A.    Yes, it is.
10   Q.    And what claim of the '172 patent do you    09:32
11   believe the Apple iPhone practices?
12   A.    At least claim 27.
13   Q.    Why do you say "at least claim 27"?
14   A.    I believe it also practices others.
15   Q.    Did you consider whether the iPhone    09:32
16   practices claim 18 of the '172 patent?
17   A.    Whether the iPhone practices?
18   Q.    Yes.
19   A.    Yes, I did.
20   Q.    And is it your opinion does the iPhone    09:32
21   practice claim 18 of the '172 patent?
22   A.    I believe it practices elements of claim
23   18 of the '172 patent but not all of the
24   limitations.
25   Q.    So do you understand that if it does not    08:33

Highly Confidential Attorneys Eyes Only

Page 34

1   practice all of the limitations of claim 18 of the

2   '172 patent it does not practice claim 18?

3       A.    That's correct.

4       Q.    And would you agree that -- do you have

5   claim 18 there from the '172 patent?                          08:33

6       A.    Yes.  Thank you.

7       Q.    Do you see the element of claim 18, a

8   second area of the touch screen display separate

9   from the first entry that displays the current

10  character string or a portion thereof and a              08:33

11  suggested replacement character string for the

12  current character string?

13      A.    Yes, I do.  Thank you.

14      Q.    And would you agree that the Apple

15  iPhone does not practice that element of claim 18?       08:33

16      A.    Sorry, can you repeat the question?

17      Q.    Well, would you agree that the Apple

18  iPhone does not practice that element of claim 18?

19      A.    Yes, I would.

20      Q.    Would you also agree that the Apple           08:34

21  iPhone does not practice the element of claim 18

22  that requires that the current character string in

23  the first area is kept if the user performs a

24  gesture in the second area on the current character

25  string or the portion thereof displayed in the           08:34

Highly Confidential Attorneys Eyes Only

Page 35

1    second area?

2        A.    Yes, I would.

3        Q.    In -- did you also consider whether the
4    iPad practices the '172 patent?

5        A.    I did not.                                    09:34

6        Q.    You have not studied an iPad with
7    respect to whether it practices the '172 patent?

8        A.    Sorry.  When you said "study," I believe
9    it does practice.  I have not sat down and analyzed
10   specifically for this case the behavior of the iPad   09:35
11   with respect to the '172 patent.

12       Q.    If you look at the first sentence of
13   paragraph 470 of your report that we marked as
14   Exhibit 3.

15       A.    Yes.                                         09:35

16       Q.    Do you see that first sentence says, As
17   my operation of Apple's iPhone and iPad products
18   confirm, that the iPhone and iPad practice claims of
19   the '172 patent?

20       A.    I do.                                        09:35

21       Q.    To what were you referring there when
22   you said that your operation of iPad product confirm
23   that they practice claims of the '172 patent?

24       A.    Yeah.  I specifically analyzed the
25   behavior of the iPhone.  I understand that the two    09:35