| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| 12 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 13 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 16 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**MANUAL FILING NOTIFICATION FOR CERTAIN EXHIBITS SUBJECT TO THE COURT'S SEPTEMBER 23, 2014 ORDER RE: SEALING**<br><br>Date:  March 5, 2014<br>Time:  2:00 p.m.<br>Place:<br>Judge:  Honorable Lucy H. Koh |

# MANUAL FILING NOTIFICATION

Pursuant to the Court's September 23, 2014 Order [Dkt. No. 1987] and Civil Local Rule 79-5(f), Samsung manually files the following exhibits previously filed in connection with briefing on the parties' Motions *in Limine*. Because the exhibits consist of electronic files or are too voluminous to file on the Court's ECF system, Samsung will lodge a USB drive containing the exhibits with the Court.

**Exhibits**

1. Exhibit 31 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-30);

2. Exhibit 39 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-38);

3. Exhibit 46 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-45);

4. Exhibit 53 to the Declaration of Michael L. Fazio In Support Of Samsung's Motions *in Limine* (Dkt. No. 1285-52);

5. Exhibit 8 to the Declaration of Michael L. Fazio In Support Of Samsung's Opposition to Apple's Motions *in Limine* (Dkt. No. 1337-5);

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED:  10/20/2014               QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By */s/ Michael L. Fazio*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price
                                    Michael L. Fazio

                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC