JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OBJECTIONS TO SAMSUNG'S BILL OF COSTS** |

I, Mark D. Selwyn, declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action.  I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I make this declaration in support of Apple's Objections to Samsung's Bill of Costs.  I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2.      Apple and Samsung were each allotted 1,500 minutes of trial time in this case.  Apple attorneys tracked the amount of time each party spent questioning each witness throughout the case.

3.      At trial, Samsung pursued counterclaims for Apple's alleged infringement of U.S. Patent Nos. 5,579,239 (the '239 patent) and 6,226,449 (the '449 patent).  According to the time tracker maintained by Apple during trial, Samsung spent a total of 134 minutes of its 1,500 minutes questioning witnesses related to its counterclaims.  Of the seventeen trial days, only the following nine days involved argument, discussion, or testimony related to Samsung's counterclaims: 3/31/14 (jury selection), 4/1/14 (opening statements, which briefly discussed Samsung counterclaims), 4/21/14 (witnesses related to Samsung's counterclaims), 4/22/14 (witnesses related to Samsung's counterclaims), 4/28/14 (closing statements, which briefly discussed Samsung counterclaims), 4/29/14 (jury questions), 4/30/14 (jury questions), 5/2/14 (verdict), 5/5/14 (verdict).

4.      The witnesses who Samsung questioned regarding its counterclaim for the '449 patent were Dr. Ken Parulski, Dr. Sanjay Rao, Dr. J.R. Kearl, Tim Millet, and Dr. Jim Storer.  According to the time tracker maintained by Apple during trial, Samsung used 75 of its 1,500 minutes of trial time questioning these witnesses.  Samsung questioned two additional witnesses regarding Samsung counterclaims unrelated to the '449 patent: Michael Freeman, Dr. Dan Schonfeld.  All witnesses related to Samsung's counterclaims testified on a single day with the

1  exception of Dr. Parulski, who began his testimony on April 21 and completed it early in the day
2  on April 22.

3    5.   Schedule A-1 of Samsung's Bill of Costs lists 87 depositions.  Only 16 of those
4  depositions relate to Samsung's counterclaim regarding the '449 patent (two witnesses were
5  deposed for two days each):  Stewart Cheifet, Fred Cheng, Locksley Christian, JP Hong, Melvin
6  Kraus, Tim Millet, Ken Parulski, Christine Roy, Jim Storer, Justin Titi, Terrance Trussel, Jian
7  Xu, James Kearl, Sanjay Rao.  Samsung seeks $20,924.01 in costs for the depositions of these
8  witnesses.  The remaining 71 depositions on Samsung's schedule were not related to the '449
9  patent.  Samsung seeks $87,612.86 in costs related to these witnesses.  Of the depositions related
10 to the '449 patent, only one, Jian Xu, is listed on Samsung's schedule C-1 as a deposition
11 requiring an interpreter.  Samsung seeks $1,250 in interpreter costs for this deposition.  The other
12 twelve depositions listed on Samsung's schedule C-1 were unrelated to the '449 patent.
13 Samsung seeks $18,750 in interpreter costs for these unrelated depositions.

14   6.   We reviewed the slide decks that Samsung provided for its opening statement and
15 closing argument.  Only eleven of the 125 slides in the deck that Samsung used for its opening
16 statement related to Samsung's counterclaims, and only four of those slides related to the '449
17 patent.  Only fourteen of the 120 slides in Samsung's closing argument slide deck related to its
18 counterclaims, and only ten of those slides related to the '449 patent.

19  I declare under penalty of perjury that the foregoing is true and correct to the best of my
20 knowledge and that this declaration was executed this 30th day of October 2014 in Chicago,
21 Illinois.

*/s/ Mark D. Selwyn*
Mark D. Selwyn