QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S BILL OF COSTS AND IN FURTHER SUPPORT OF SAMSUNG'S BILL OF COSTS** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").

2. I submit this Declaration in support of Samsung's Objections to Apple's Bill of Costs and in further Support of Samsung's Bill of Costs and my declaration thereto. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

### A. Meet and Confer

3. Local Rule 54-2(b) requires that counsel meet and confer in an effort to resolve disagreement about the taxable costs claimed in the bill of costs.

4. Counsel for Samsung and Apple met and conferred on October 29, 2014 in an attempt to resolve Samsung's objections to Apple's Amended Bill of Costs. Those efforts did not resolve all of Samsung's objections.

5. Attached as Exhibit 1 is a true and correct copy of an email from Peter Kolovos, dated October 30, 2014 at 1:58 pm, reflecting those costs Apple agreed to withdraw.

6. Reflected in Exhibit 1 is Apple's agreement to remove the request for device costs correlating to invoice 20482236-2057037589.

7. Also reflected in Exhibit 1 is Apple's agreement to strike the line items Samsung identified on pages 53, 54 and 63 of Exhibit G-3 relating to equipment preparation, custom software development, equipment maintenance, and the emergency weekend request on page 74 of Exhibit G-3.

### B. Amendments to the Fazio Declaration and Schedules filed on October 9, 2014

8. In connection with preparing Samsung's Objections to Apple's Bill of Costs, it came to my attention that Paragraph 13 to the Fazio Declaration as filed on October 9, 2014 understated the number of depositions taken for witnesses relating to Samsung's offensive case against Apple.

9. In connection with Samsung's offensive case against Apple, Samsung deposed 24 Apple witnesses, Apple deposed 24 Samsung witnesses, and 49 third party witnesses were deposed.

10. During the parties' meet and confer on October 29, 2014, Apple raised objections to the deposition transcript costs for Greg Keng (Dkt. 2030-2, Sched. A-1 at 1, row 29) and for Dong Ha Nam (Dkt. 2030-2, Sched. A-1 at 2, row 7).

11. In an attempt to resolve Apple's objections, Samsung agreed to reduce the requested costs for these two witnesses.  Samsung reduced the costs for the deposition transcript, exhibits, and video costs of Greg Keng by 10%, and reduced the costs for the deposition transcript of Dong Ha Nam by 50%.   These reduced costs are reflected in the attached Amended Schedule A-1.

12. Samsung now seeks a total of $107,500.41 in costs incurred in obtaining deposition transcripts related to its offensive case.

13. Accordingly,  the total amount Samsung seeks through its Bill of Costs for its offensive case against Apple is $609,710.03.

### C. **Certain Trial Graphic Costs**

14. During the telephonic meet and confer, Apple raised an objection to the inclusion of certain trial graphic costs in Dkt. 2030-7 (Ex. B-3) at 3-5, because the descriptions stated that these graphics were created in part for expert reports relating to the '239, '757 and '449 patents.

15. These videos were created with the intention that they would be used as trial exhibits. Samsung has included only those invoices from RLM that cover the time period during which its offensive infringement videos were being made, and the portions of invoices for which Samsung seeks to be reimbursed reflect only the preparation of trial graphics.

### D. **Annotated Schedules**

16. Attached is a true and correct copy of Apple Schedule B-1 as annotated by Samsung to reflect Samsung's position on the reasonable amount for copying costs recoverable by Apple.

1    17.    Attached is a true and correct copy of Apple Schedule B-2 as annotated by
2 Samsung to reflect Samsung's position on the reasonable amount for trial exhibit device costs
3 recoverable by Apple.
4    18.    Attached is a true and correct copy of Apple Schedule C-1 as annotated by
5 Samsung to reflect Samsung's position on the reasonable amount for deposition transcript costs
6 recoverable by Apple.
7    19.    Attached is a true and correct copy of Apple Schedule D-1 as annotated by
8 Samsung to reflect Samsung's position on the reasonable amount for trial exhibit device costs
9 recoverable by Apple.
10    20.    Attached is a true and correct copy of Apple Schedule E-1 as annotated by
11 Samsung to reflect Samsung's position on the reasonable amount for deposition interpreter costs
12 recoverable by Apple.
13    21.    Attached is a true and correct copy of Apple Schedule F-1 as annotated by
14 Samsung to reflect Samsung's position on the reasonable amount for deposition transcript costs
15 recoverable by Apple.
16    22.    Attached is a true and correct copy of Apple Schedule G-1 as annotated by
17 Samsung to reflect Samsung's position on the reasonable amount for copying costs recoverable by
18 Apple.
19    23.    Attached is a true and correct copy of Apple Schedule H-1 as annotated by
20 Samsung to reflect Samsung's position on the reasonable amount for deposition interpreter costs
21 recoverable by Apple.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2014, at Los Angeles, California.

*/s/  Michael L. Fazio*
Michael L. Fazio