# EXHIBIT 1

| | |
|---|---|
| **From:** | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| **Sent:** | Thursday, October 30, 2014 1:58 PM |
| **To:** | Kim, Esther; Brett Arnold |
| **Cc:** | Apple/Samsung@gibsondunn.com; WH Apple Samsung NDCal II Service; Samsung NEW; Apple630MoFoTeam; Margret Caruso; Victoria Maroulis; Michael Fazio |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-0630 - Apple's bill of costs |
| **Attachments:** | FW: Changes to Jury Binders |

Brett,

I write to follow up on our meet and confer call yesterday.  Having considered Samsung's objections, Apple intends to submit an amended bill of costs, along with supplemental declarations and amended versions of certain schedules and exhibits.  The amendments will make the following changes, which we understand to be the subject of certain of Samsung's objections.

Schedule D-1 (Devices)
Apple will file a corrected Schedule D-1 that corrects certain typos on the schedule, namely:
- the number "30" in JX 30A and JX 30B should have been "31," to reflect their correlation to the Note II described in that row and in the corresponding receipt
- the letter "B" for the JX 29 corresponding to invoice 1004473230 should be an "E"
- the letter "H" for JX 29 corresponding to invoice 20621125-554096252 should be a "C"
- the letter "C" in the row corresponding to invoice 1004473230 should be "G"
- the description for the JX 29 devices in the last three rows should be for a "Galaxy Nexus," not a "Galaxy SIII"

We also will be removing the request for costs correlating to invoice 20482236-2057037589.

Schedule F-1 and Exhibit F-1 (Depositions)
Apple will withdraw the depositions of Donald Gilpin, Jamie Riley, Joonyoung Cho, Toshiyuki Masui, and Joonkyo Cheong from Schedule F-1 and the related exhibit.  Note that we will not be removing these depositions from Schedule C-1.

Schedule G-3 and Exhibit G-3 (Other File Processing Upload Costs)
Apple will strike the line items Samsung identified on pages 53, 54, and 63 relating to equipment preparation, custom software development, equipment maintenance, and the emergency weekend request on page 74 of Exhibit G-3.

Schedule H-1 (Interpreters)
Apple will file a corrected Schedule H-1 that properly identifies the costs on line 2 as related to the deposition of Ju-Ho Lee rather than Young-Bum Kim.  The only change is to the label, it does not change the costs requested.  There will be no change to Exhibit H-1, which properly identifies the depositions.

In response to Samsung's objection regarding 3/31 copy costs relating to jury books, please see the attached March 31, 2014 email from the Court requesting changes to the jury books.  The additional copies were made in response to this request.

Lastly, in response to Samsung's objections to Schedule E-1, that schedule set forth the actual cost to Apple for those interpreters.  For example, the daily minimums could depend upon the day on which a deposition took place; thus, interpreters for depositions that took place on a Sunday charged a premium for appearing on a Sunday.

Apple reserves all of its rights with respect to the other objections raised by the parties during yesterday's call.

-- Peter

**From:** Kim, Esther [mailto:EKim@mofo.com]
**Sent:** Tuesday, October 28, 2014 1:27 PM
**To:** Brett Arnold
**Cc:** Apple/Samsung@gibsondunn.com; WH Apple Samsung NDCal II Service; Samsung NEW; Apple630MoFoTeam; Margret Caruso; Victoria Maroulis; Michael Fazio
**Subject:** Re: Apple v. Samsung, Case No. 12-0630 - Apple's bill of costs

Brett,

Thank you for the dial-in information. During tomorrow's call, we would also like to meet and confer regarding Apple's objections to Samsung's bill of costs.

Esther

On Oct 28, 2014, at 12:48 PM, "Brett Arnold" <brettarnold@quinnemanuel.com> wrote:

> Esther,
>
> 4pm tomorrow is fine for Samsung. We can use the dial in below.
>
> 1-866-499-9580
> Participant Code: 4818649
>
>
> **Brett Arnold** | quinn emanuel urquhart & sullivan, llp
> 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | Office: 650.801.5000 | Direct: 650.801.5059 | Fax: 650.801.5100 | brettarnold@quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
>
> **From:** Kim, Esther [mailto:EKim@mofo.com]
> **Sent:** Monday, October 27, 2014 7:52 PM
> **To:** Brett Arnold; 'Apple/Samsung@gibsondunn.com'; WH Apple Samsung NDCal II Service; Samsung NEW; Apple630MoFoTeam
> **Cc:** Margret Caruso; Victoria Maroulis; Michael Fazio
> **Subject:** RE: Apple v. Samsung, Case No. 12-0630 - Apple's bill of costs
>
> Brett,
>
> Apologies for the late response. We were conferring to find a time that works for all three law firms. Tuesday 10/28 at 2pm Pacific does not work for us. Would Wednesday 10/29 at 4pm Pacific work for Samsung?
>
> Regards,
>
> **Esther Kim**
> Morrison & Foerster LLP
> 425 Market St. | San Francisco, CA 94105
> P: +1 (415) 268.7562

EKim@mofo.com | www.mofo.com

---

**From:** Brett Arnold [mailto:brettarnold@quinnemanuel.com]
**Sent:** Monday, October 27, 2014 7:05 PM
**To:** Brett Arnold; 'Apple/Samsung@gibsondunn.com'; WH Apple Samsung NDCal II Service; Samsung NEW; Apple630MoFoTeam
**Cc:** Margret Caruso; Victoria Maroulis; Michael Fazio
**Subject:** RE: Apple v. Samsung, Case No. 12-0630 - Apple's bill of costs

Hello Counsel,

We have not yet received a response to the email below.

Best regards,
Brett


**Brett Arnold** | **quinn emanuel urquhart & sullivan, llp**
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | Office: 650.801.5000 | Direct: 650.801.5059 | Fax: 650.801.5100 | brettarnold@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Brett Arnold
**Sent:** Thursday, October 23, 2014 2:23 PM
**To:** 'Apple/Samsung@gibsondunn.com'; WH Apple Samsung NDCal II Service; Samsung NEW; Apple630MoFoTeam
**Cc:** Margret Caruso; Victoria Maroulis; Michael Fazio
**Subject:** Apple v. Samsung, Case No. 12-0630 - Apple's bill of costs

Dear Counsel,

Samsung has objections to various costs included in Apple's bill of costs.  In keeping with the local rules, please let us know if you're available for a telephone meet and confer on Tuesday, Oct. 28 at 2pm (Pacific).  The objections relate to costs submitted by all three firms.

Best regards,
Brett


**Brett Arnold** | **quinn emanuel urquhart & sullivan, llp**
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | Office: 650.801.5000 | Direct: 650.801.5059 | Fax: 650.801.5100 | brettarnold@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EKim@mofo.com, and delete the message.

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail EKim@mofo.com, and delete the message.