# APPLE SCHEDULE B-1

---

# ANNOTATED BY SAMSUNG

**APPLE SCHEDULE B-1 (COSTS OF MAKING COPIES) -- ANNOTATED BY SAMSUNG**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Used For the Following | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Tax Amount Claimed | Total Amount Claimed | Number of Sets Claimed/ Total Sets Made | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2014 | 1205052 | Warp 9 | Blowbacks | Trial Exhibits | 14,405.63 | 8,243.56 | 721.31 | 8,964.87 | 1/1 | $3,240.00 | Costs in excess of 3 sets of Apple's offensive case exhibits at $.08 per page |
| 3/3/2014 | 1205053 | Warp 9 | Blowbacks | Trial Exhibits (Joint) | 2,780.67 | 1,603.74 | 140.33 | 1,744.07 | 1/1 | $997.20 | Costs in excess of 3 sets of the joint exhibits at $.08 per page |
| 3/3/2014 | 1205054 | Warp 9 | Blowbacks | Trial Exhibits (Joint) | 2,849.18 | 1,603.74 | 140.33 | 1,744.07 | 1/1 | $0.00 | Claim exceeded the allowable amount for joint trial exhibits already accounted for in line 2 |
| 3/3/2014 | 1205055 | Warp 9 | Blowbacks | Trial Exhibits | 14,296.88 | 8,243.56 | 721.31 | 8,964.87 | 1/1 | $0.00 | Claim exceeded the allowable amount for Apple trial exhibits already accounted for in line 1 |
| 4/11/2014 | 1205171 | Warp 9 | Blowbacks | Jury Books/Binders | 7,461.17 | 156.60 | 13.70 | 170.30 | 4/4 | $56.77 | Expedited processing costs |
| 4/11/2014 | 1205180 | Warp 9 | Blowbacks | Witness Examination Binder Witness Examination Binder Witness Examination Binder | 8,048.30 | 970.73 | 84.94 | 1,055.67 | 1/4 1/7 1/4 | $0.00 | Witness binders |
| 4/11/2104 | 1205222 | Warp 9 | Blowbacks | Witness Examination Binder | 10,475.00 | 807.36 | 70.64 | 878.00 | 1/7 | $0.00 | Witness binders |
| 4/11/2014 | 1205225 | Warp 9 | Blowbacks | Witness Examination Binder | 16,964.80 | 2,182.82 | 191.00 | 2,373.82 | 1/5 | $0.00 | Witness binders |
| 4/11/2014 | 1205226 | Warp 9 | Blowbacks | Witness Examination Binder | 1,442.27 | 57.37 | 5.20 | 62.57 | 1/7 | $0.00 | Witness binders |
| 4/11/2014 | 1205227 | Warp 9 | Blowbacks | Witness Examination Binder | 8,039.00 | 270.40 | 23.66 | 294.06 | 1/7 | $0.00 | Witness binders |
| 4/25/2014 | 1205237 | Warp 9 | Blowbacks | Witness Examination Binder | 6,125.51 | 51.28 | 4.49 | 55.77 | 2/2 | $0.00 | Witness binders |
| 4/25/2014 | 1205238 | Warp 9 | Blowbacks | Witness Examination Binder Witness Examination Binder | 7,457.63 | 1,253.26 | 109.66 | 1,362.92 | 2/7 2/3 | $0.00 | Witness binders |
| 4/25/2014 | 1205239 | Warp 9 | Blowbacks | Witness Examination Binder | 6,758.29 | 491.04 | 42.97 | 534.01 | 2/5 | $0.00 | Witness binders |
| 4/25/2014 | 1205243 | Warp 9 | Blowbacks | Witness Examination Binder | 4,914.78 | 14.56 | 1.27 | 15.83 | 2/5 | $0.00 | Witness binders |
| 4/25/2014 | 1205244 | Warp 9 | Blowbacks | Witness Examination Binder | 3,315.11 | 582.76 | 50.99 | 633.75 | 2/6 | $0.00 | Witness binders |
| 5/2/2014 | 1205269 | Warp 9 | Blowbacks | Trial Exhibits | 19,610.74 | 4,186.38 | 366.31 | 4,552.69 | 1/3 | $0.00 | Witness binders |
| 5/2/2014 | 1205271 | Warp 9 | Blowbacks | Witness Examination Binder | 7,477.22 | 1,088.75 | 95.27 | 1,184.02 | 2/3 | $0.00 | Witness binders |
| 5/2/2014 | 1205272 | Warp 9 | Blowbacks | Closing Slides Admitted Trial Exhibits | 1,395.46 | 126.60 | 11.08 | 137.68 | 1/4 1/3 | $0.00 | Allowable amount for copying admitted trial exhibits accounted for below. No recovery allowable for closing slides. |
| 5/9/2014 | 1205306 | Warp 9 | Blowbacks | Admitted Trial Exhibits Expert Reports | 3,724.02 | 1,891.39 | 165.50 | 2,056.89 | 1/1 1/1 | $858.80 | Costs in excess of 1 set of admitted trial exhibits at $.08 per page. No recovery allowable for closing slides. |
| | | | **TOTAL** | | 147,541.66 | 33,825.90 | 2,959.96 | **36,785.86** | | **$5,152.77** | |