# APPLE SCHEDULE B-2

---

# ANNOTATED BY SAMSUNG

**APPLE SCHEDULE B-2 (DEVICES) -- ANNOTATED BY SAMSUNG**

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Device Used For the Following | Total Amount Claimed (Includes Tax & Shipping/Handling) | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|
| 3/17/2014 | BBY01-638285051709 | Best Buy | Virgin Mobile - Samsung Galaxy S III 4G NoContract Cell Phone- White L710 | 1 | Joint Trial Exhibit JX35L | 345.23 | **$299.99** | $45.24 in shipping/ handling and tax |
| | | | **TOTAL** | | | **345.23** | **$299.99** | |