# APPLE SCHEDULE E-1

—

# ANNOTATED BY SAMSUNG

**ANNOTATED SCHEDULE E1 (Interpreters)**

| Invoice Date | Invoice No. | Invoice No. | Vendor | Date of Deposition | Witness / Cost Description | Total Amount Invoiced | Taxable Costs Claimed | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/2013 | 7295386 | 53071 | Planet Depos | July 12, 2013 | Thomas Deniau Deposition-Interpreter | $ 2,000.00 | $ 2,000.00 | $1,800.00 | Unreasonable daily rate exceeds daily rate claimed by WilmerHale |
| 8/7/2013 | 53070 | 53070 | Planet Depos | July 12, 2013 | Norbert Fuhr Deposition-Interpreter Daily Minimum | $ 2,000.00 | $ 2,000.00 | $1,800.00 | Unreasonable daily rate exceeds daily rate claimed by WilmerHale |
| 8/7/2013 | 53080 | 53080 | Planet Depos | July 15, 2013 | Norbert Govert Deposition-Interpreter Daily Minimum | $ 2,000.00 | $ 2,000.00 | $1,800.00 | Unreasonable daily rate exceeds daily rate claimed by WilmerHale |
| 8/7/2013 | 53079 | 53079 | Planet Depos | July 14, 2013 | Ulrich Pfieffer Deposition-Interpreter Daily Minimum | $ 3,000.00 | $ 3,000.00 | $1,800.00 | Unreasonable daily rate exceeds daily rate claimed by WilmerHale |
| | | | | | | $ 9,000.00 | $ 9,000.00 | **$7,200.00** | |