# APPLE SCHEDULE F-1

—

# ANNOTATED BY SAMSUNG

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2012 | PL364870 | Esquire Solutions | 10/23/2012 | **Zachary Piech** | | | $ 1,702.70 | $ 1,512.70 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 717.95 | | | | | |
| | | | | (Realtime) | $ | 175.00 | | | | | |
| | | | | (Exhibits) | $ | 94.75 | | | | | |
| | | | | (Shipping & Handling) | $ | 15.00 | | | | | |
| | | | | Video | $ | 700.00 | | | | | |
| 11/27/2012 | PL366211 | Esquire Solutions | 11/15/2012 | **Steven Washam** | | | $ 1,215.75 | $ 1,080.75 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 373.50 | | | | | |
| | | | | (Realtime) | $ | 90.00 | | | | | |
| | | | | (Exhibits) | $ | 128.75 | | | | | |
| | | | | (Shipping & Handling) | $ | 45.00 | | | | | |
| | | | | Video | $ | 578.50 | | | | | |
| 11/27/2014 | PL366216 | Esquire Solutions | 11/16/2012 | **David Carstens** | | | $ 2,674.40 | $ 2,396.90 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 937.90 | | | | | |
| | | | | (Realtime) | $ | 232.50 | | | | | |
| | | | | (Exhibits) | $ | 215.50 | | | | | |
| | | | | (Shipping & Handling) | $ | 45.00 | | | | | |
| | | | | Video | $ | 1,243.50 | | | | | |
| 12/5/2012 | PL367100 | Esquire Solutions | 11/30/2012 | **Wonki Park** | | | $ 1,936.80 | $ 1,518.75 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 513.50 | | | | | |
| | | | | (Realtime) | $ | 368.50 | | | | | |
| | | | | (Exhibits) | $ | 438.50 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 25.00 | | | | | |
| | | | | (Condensed transcript) | $ | 16.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 55.00 | | | | | |
| | | | | Video | $ | 735.50 | | | | | |
| 12/9/2012 | PL367534 | Esquire Solutions | 12/4/2012 | **John Holmes** | | | $ 2,658.74 | $ 2,034.50 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 711.00 | | | | | |
| | | | | (Realtime) | $ | 522.60 | | | | | |
| | | | | (Exhibits) | $ | 589.05 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 25.00 | | | | | |
| | | | | (Condensed transcript) | $ | 16.00 | | | | | |
| | | | | (LapTop Rental) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 55.00 | | | | | |
| | | | | Video | $ | 960.50 | | | | | |
| 12/9/2012 | PL367532 | Esquire Solutions | 11/28/2012 | **Stanislav Torgovitsky** | | | $ 2,383.79 | $ 1,875.29 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 659.65 | | | | | |
| | | | | (Realtime) | $ | 469.00 | | | | | |
| | | | | (Exhibits) | $ | 463.50 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 25.00 | | | | | |
| | | | | (Condensed transcript) | $ | 16.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 55.00 | | | | | |
| | | | | Video | $ | 960.50 | | | | | |
| 12/12/2012 | PL367918 | Esquire Solutions | 12/7/2012 | **Simon Booth** | | | $ 3,304.94 | $ 2,439.50 | | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 1,062.55 | | | | | |
| | | | | (Realtime) | $ | 790.60 | | | | | |
| | | | | (Exhibits) | $ | 425.00 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 25.00 | | | | | |
| | | | | (Condensed transcript) | $ | 16.00 | | | | | |
| | | | | (LapTop Rental) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 55.00 | | | | | |
| | | | | Video | $ | 1,223.00 | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | Total Invoice Amount | Total Amount Claimed ^ | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2012 | PL367920 | Esquire Solutions | 12/6/2012 | **Maeng-Ho Shin** | | $ 4,373.87 | $ 2,393.91 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 932.40 | | | | |
| | | | | (Realtime) | $ 670.00 | | | | |
| | | | | (Interpreting Services) | $ 1,374.96 | | | | |
| | | | | (Exhibits) | $ 417.00 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 25.00 | | | | |
| | | | | (LapTop Rental) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| | | | | Video | $ 1,310.50 | | | | |
| 12/17/2012 | PL368593 | Esquire Solutions | 12/11/2012 | **Martin Miller** | | $ 1,417.05 | $ 1,031.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 351.55 | | | | |
| | | | | (Realtime) | $ 257.95 | | | | |
| | | | | (Exhibits) | $ 8.50 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 25.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (LapTop Rental) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| | | | | Video | $ 785.50 | | | | |
| 12/18/2012 | PL368814 | Esquire Solutions | 12/13/2012 | **Paul Nguyen-Ba** | | $ 829.04 | $ 672.98 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 197.50 | | | | |
| | | | | (ASCII) | $ 77.40 | | | | |
| | | | | (Exhibits) | $ 8.50 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 25.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| | | | | Video | $ 541.75 | | | | |
| 1/8/2013 | PL370612 | Esquire Solutions | 12/12/2012 | **Paul Farrell** | | $ 2,756.70 | $ 2,079.65 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 882.65 | | | | |
| | | | | (Realtime) | $ 222.30 | | | | |
| | | | | (ASCII) | $ 204.75 | | | | |
| | | | | (Exhibits) | $ 267.00 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 50.00 | | | | |
| | | | | (Condensed transcript) | $ 30.00 | | | | |
| | | | | (Appearance Fee) | $ 120.00 | | | | |
| | | | | (Shipping & Handling) | $ 50.00 | | | | |
| | | | | Video | $ 930.00 | | | | |
| 1/9/2013 | PL370854 | Esquire Solutions | 11/30/2012 | **Ju-Ho Lee** | | $ 2,519.80 | $ 1,129.80 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 838.30 | | | | |
| | | | | (Realtime) | $ 415.00 | | | | |
| | | | | (Exhibits) | $ 291.50 | | | | |
| | | | | (Appearance Fee) | $ 975.00 | | | | |
| 1/9/2013 | PL370834 | Esquire Solutions | 11/30/2012 | **Ju-Ho Lee** | | $ 2,205.00 | $ 1,275.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Appearance Fee | $ 930.00 | | | | |
| | | | | Video | $ 1,275.00 | | | | |
| 1/9/2013 | PL370831 | Esquire Solutions | 11/28/2012 | **Young-Bum Kim** | | $ 2,322.30 | $ 952.30 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 713.80 | | | | |
| | | | | (Realtime) | $ 350.00 | | | | |
| | | | | (Exhibits) | $ 238.50 | | | | |
| | | | | (Appearance Fee) | $ 1,020.00 | | | | |
| 1/9/2013 | PL370834 | Esquire Solutions | 11/28/2012 | **Young-Bum Kim** | | $ 2,360.00 | $ 1,430.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Appearance Fee | $ 930.00 | | | | |
| | | | | Video | $ 1,430.00 | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | Total Invoice Amount | Total Amount Claimed ^ | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|
| 1/14/2013 | PL371270 | Esquire Solutions | 12/6/2012 | **Steven Vasquez** | | $ 1,312.30 | $ 606.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 511.50 | | | | |
| | | | | (Realtime) | $ 250.80 | | | | |
| | | | | (ASCII) | $ 380.00 | | | | |
| | | | | (Exhibits) | $ 95.00 | | | | |
| | | | | (LapTop Rental) | $ 75.00 | | | | |
| 1/24/2013 | PL372263 | Esquire Solutions | 1/16/2013 | **Harry Nick Carter** | | $ 2,889.23 | $ 1,692.45 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 922.50 | | | | |
| | | | | (Realtime) | $ 1,070.00 | | | | |
| | | | | (Exhibits) | $ 141.00 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 30.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (Appearance Fee) | $ 138.75 | | | | |
| | | | | (LapTop Rental) | $ 75.00 | | | | |
| | | | | Video | $ 817.00 | | | | |
| 2/24/2013 | PL376097 | Esquire Solutions | 1/26/2013 | **John Reine** | | $ 2,502.30 | $ 1,658.05 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 844.55 | | | | |
| | | | | (Realtime) | $ 181.50 | | | | |
| | | | | (ASCII) | $ 275.00 | | | | |
| | | | | (Exhibits) | $ 285.50 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 35.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (Appearance Fee) | $ 250.00 | | | | |
| | | | | (Orig Trans Code Compliance Fee) | $ 15.00 | | | | |
| | | | | (Shipping & Handling) | $ 71.75 | | | | |
| | | | | Video | $ 528.00 | | | | |
| 2/25/2013 | PL376257 | Esquire Solutions | 1/24/2013 | **Ronald Cococcia** | | $ 2,617.20 | $ 1,813.35 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,022.35 | | | | |
| | | | | (Realtime) | $ 221.10 | | | | |
| | | | | (ASCII) | $ 335.00 | | | | |
| | | | | (Exhibits) | $ 241.00 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 35.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (Appearance Fee) | $ 110.00 | | | | |
| | | | | (Orig Trans Code Compliance Fee) | $ 15.00 | | | | |
| | | | | (Shipping & Handling) | $ 71.75 | | | | |
| | | | | Video | $ 550.00 | | | | |
| 2/28/2013 | PL376748 | Esquire Solutions | 2/25/2013 | **Melvin Kraus** | | $ 2,016.05 | $ 1,515.42 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 529.30 | | | | |
| | | | | (Realtime) | $ 385.25 | | | | |
| | | | | (Exhibits) | $ 306.50 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 25.00 | | | | |
| | | | | (Condensed transcript) | $ 16.00 | | | | |
| | | | | (LapTop Rental) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| | | | | Video | $ 848.00 | | | | |
| 3/14/2013 | PL378315 | Esquire Solutions | 3/7/2013 | **Kelly Hyndman** | | $ 1,691.19 | $ 1,317.69 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | |
| | | | | (Transcript) | $ 482.10 | | | | |
| | | | | (Realtime) | $ 335.00 | | | | |
| | | | | (Exhibits) | $ 134.00 | | | | |
| | | | | (Digital Transcript/Exhibits) | $ 25.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| | | | | Video | $ 848.00 | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2013 | PL379257 | Esquire Solutions | 3/15/2013 | **Greg Keng** | | | $ 2,671.79 | $ | 2,156.81 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 720.90 | | | | | |
| | | | | (Realtime) | $ | 190.75 | | | | | |
| | | | | (ASCII) | $ | 168.95 | | | | | |
| | | | | (Exhibits) | $ | 850.80 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 35.00 | | | | | |
| | | | | (Appearance Fee) | $ | 37.50 | | | | | |
| | | | | (Read and Sign Procurement) | $ | 20.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 45.00 | | | | | |
| | | | | Video | $ | 824.75 | | | | | |
| 4/11/2013 | PL381798 | Esquire Solutions | 3/26/2013 | **Locksley Christian** | | | $ 2,904.40 | $ | 2,143.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,444.30 | | | | | |
| | | | | (Realtime) | $ | 345.45 | | | | | |
| | | | | (ASCII) | $ | 345.45 | | | | | |
| | | | | (Exhibits) | $ | 151.20 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 45.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| | | | | Video | $ | 548.00 | | | | | |
| 4/23/2013 | PL383343 | Esquire Solutions | 4/5/2013 | **Darryl Mexic** | | | $ 3,025.44 | $ | 2,416.64 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 873.15 | | | | | |
| | | | | (Realtime) | $ | 626.45 | | | | | |
| | | | | (Exhibits) | $ | 412.00 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 25.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| | | | | Video | $ | 1,400.00 | | | | | |
| 5/20/2013 | PL386590 | Esquire Solutions | 5/1/2013 | **Christine Roy** | | | $ 1,072.98 | $ | 740.34 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 324.60 | | | | | |
| | | | | (Realtime) | $ | 225.60 | | | | | |
| | | | | (Exhibits) | $ | 10.00 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 45.00 | | | | | |
| | | | | (Appearance Fee) | $ | 99.00 | | | | | |
| | | | | Video | $ | 488.00 | | | | | |
| 5/20/2013 | PL386590 | Esquire Solutions | 5/1/2013 | **Terrence Trussell** | | | $ 1,197.50 | $ | 835.52 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | *(10% market discount applied to each category) | | | | | | | |
| | | | | (Transcript) | $ | 511.85 | | | | | |
| | | | | (Realtime) | $ | 357.20 | | | | | |
| | | | | (Exhibits) | $ | 116.50 | | | | | |
| | | | | (Digital Transcript/Exhibits) | $ | 45.00 | | | | | |
| | | | | Video | $ | 300.00 | | | | | |
| 5/31/2013 | 051413-12094 | TSG Reporting | 5/14/2013 | **Donald L. Gilpin/Jamie A. Riley** | | | $ 985.20 | $ | 353.20 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 344.50 | | | | | |
| | | | | (Realtime) | $ | 159.00 | | | | | |
| | | | | (ASCII) | $ | 73.50 | | | | | |
| | | | | (Exhibits) | $ | 8.70 | | | | | |
| | | | | (Transcript-Fee for Daily) | $ | 344.50 | | | | | |
| | | | | (Shipping & Handling) | $ | 55.00 | | | | | |
| 6/10/2013 | 49394 | Planet Depos | 5/31/2013 | **S. Stuart Lee** | | | $ 1,788.35 | $ | 1,060.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,020.00 | | | | | |
| | | | | (Realtime) | $ | 340.80 | | | | | |
| | | | | (ASCII) | $ | 287.55 | | | | | |
| | | | | (Exhibits) | $ | 40.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/2013 | 49696 | Planet Depos | 5/31/2013 | **S. Stuart Lee** | | | $ 1,387.50 | $ | 1,037.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,037.50 | | | | | |
| 6/10/2013 | 49119 | Planet Depos | 6/24/2034 | **Sung-Ho Choi** | | | $ 3,002.25 | $ | 1,924.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | | |
| | | | | (Realtime) | $ | 400.00 | | | | | |
| | | | | (Exhibits) | $ | 124.75 | | | | | |
| | | | | (overtime) | $ | 562.50 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 40.00 | | | | | |
| 6/10/2013 | 49877 | Planet Depos | 5/28/2013 | **Sung-Ho Choi** | | | $ 1,721.88 | $ | 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | | |
| | | | | Overtime | $ | 421.88 | | | | | |
| 6/10/2013 | 49236 | Planet Depos | 5/29/2013 | **John F. Rabena** | | | $ 572.90 | $ | 304.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 280.00 | | | | | |
| | | | | (Realtime) | $ | 91.20 | | | | | |
| | | | | (ASCII) | $ | 76.95 | | | | | |
| | | | | (Exhibits) | $ | 24.75 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| 6/10/2013 | 49621 | Planet Depos | 5/29/2013 | **John F. Rabena** | | | $ 325.00 | $ | 325.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 325.00 | | | | | |
| 6/10/2013 | 49208 | Planet Depos | 5/29/2013 | **Montague Cholnoky** | | | $ 1,339.75 | $ | 766.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 737.00 | | | | | |
| | | | | (Realtime) | $ | 201.25 | | | | | |
| | | | | (ASCII) | $ | 172.50 | | | | | |
| | | | | (Exhibits) | $ | 29.00 | | | | | |
| | | | | (Attendance) | $ | 125.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 6/10/2013 | 49639 | Planet Depos | 5/29/2013 | **Montague Cholnoky** | | | $ 645.00 | $ | 545.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 545.00 | | | | | |
| 6/10/2013 | 49286 | Planet Depos | 5/30/2013 | **Yong-Jun Kwak** | | | $ 3,293.25 | $ | 1,880.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | | |
| | | | | (Realtime) | $ | 400.00 | | | | | |
| | | | | (Exhibits) | $ | 80.75 | | | | | |
| | | | | (overtime) | $ | 937.50 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 6/10/2013 | 49639 | Planet Depos | 5/29/2013 | **Yong-Jun Kwak** | | | $ 2,003.13 | $ | 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | | |
| | | | | Overtime | $ | 703.13 | | | | | |
| 6/24/2013 | PL389953 | Esquire Solutions | 5/15/2013 | **Dong Ha Nam** | | | $ 3,019.55 | $ | 1,754.55 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 506.30 | | | | | |
| | | | | (ASCII) | $ | 245.00 | | | | | |
| | | | | (Exhibits) | $ | 268.25 | | | | | |
| | | | | (Orig Trans Code Compliance Fee) | $ | 15.00 | | | | | |
| | | | | (Appearance Fee) | $ | 930.00 | | | | | |
| | | | | (LapTop Rental) | $ | 75.00 | | | | | |
| | | | | Video | $ | 980.00 | | | | | |
| 7/2/2013 | 50080 | Planet Depos | 6/10/2013 | **Joonyoung Cho** | | | $ 891.00 | $ | 535.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 490.75 | | | | | |
| | | | | (Realtime) | $ | 128.00 | | | | | |
| | | | | (ASCII) | $ | 128.00 | | | | | |
| | | | | (Exhibits) | $ | 44.25 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| 7/2/2013 | 51325 | Planet Depos | 6/10/2013 | **Joonyoung Cho** | | | $ 1,000.00 | $ | 675.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 675.00 | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/2/2013 | 50301 | Planet Depos | 6/12/2013 | **Hanil Yu** | | | $ 924.40 | $ | 548.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 524.00 | | | | | |
| | | | | (Realtime) | $ | 163.20 | | | | | |
| | | | | (ASCII) | $ | 137.70 | | | | | |
| | | | | (Exhibits) | $ | 24.50 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 7/2/2013 | 51332 | Planet Depos | 6/12/2013 | **Hanil Yu** | | | $ 1,220.00 | $ | 895.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 895.00 | | | | | |
| 7/2/2013 | 50365 | Planet Depos | 6/13/2013 | **Soenghun Kim** | | | $ 1,198.25 | $ | 756.25 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 656.50 | | | | | |
| | | | | (Realtime) | $ | 171.00 | | | | | |
| | | | | (ASCII) | $ | 171.00 | | | | | |
| | | | | (Exhibits) | $ | 99.75 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| 7/2/2013 | 51360 | Planet Depos | 6/13/2013 | **Soenghun Kim** | | | $ 1,287.50 | $ | 862.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 862.50 | | | | | |
| 7/2/2013 | 50795 | Planet Depos | 7/2/2013 | **Kenneth S. Korea** | | | $ 948.25 | $ | 577.25 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 559.00 | | | | | |
| | | | | (Realtime) | $ | 148.00 | | | | | |
| | | | | (ASCII) | $ | 148.00 | | | | | |
| | | | | (Exhibits) | $ | 18.25 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 7/2/2013 | 51376 | Planet Depos | 6/19/2014 | **Kenneth S. Korea** | | | $ 525.00 | $ | 375.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 375.00 | | | | | |
| 7/2/2013 | 50714 | Planet Depos | 6/18/2013 | **Richard Freeman** | | | $ 1,638.50 | $ | 843.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 803.25 | | | | | |
| | | | | (Realtime) | $ | 285.25 | | | | | |
| | | | | (ASCII) | $ | 244.50 | | | | | |
| | | | | (Exhibits) | $ | 40.50 | | | | | |
| | | | | (Attendance) | $ | 150.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 40.00 | | | | | |
| 7/2/2013 | 51375 | Planet Depos | 6/18/2013 | **Richard Freeman** | | | $ 1,025.00 | $ | 850.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 850.00 | | | | | |
| 7/2/2013 | 50689 | Planet Depos | 6/18/2013 | **Gert-Jan Lieshout** | | | $ 933.75 | $ | 580.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 533.00 | | | | | |
| | | | | (Realtime) | $ | 139.00 | | | | | |
| | | | | (ASCII) | $ | 139.00 | | | | | |
| | | | | (Exhibits) | $ | 47.75 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 7/2/2013 | 51371 | Planet Depos | 6/18/2013 | **Gert-Jan Lieshout** | | | $ 550.00 | $ | 375.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 375.00 | | | | | |
| 7/2/2013 | 49587 | Planet Depos | 6/4/2013 | **Samuel Stafford** | | | $ 559.50 | $ | 318.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 318.50 | | | | | |
| | | | | (Realtime) | $ | 83.00 | | | | | |
| | | | | (ASCII) | $ | 83.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 7/2/2013 | 49587 | Planet Depos | 6/4/2013 | **Nicholas Telford** | | | $ 410.50 | $ | 223.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 139.75 | | | | | |
| | | | | (Realtime) | $ | 36.00 | | | | | |
| | | | | (ASCII) | $ | 36.00 | | | | | |
| | | | | (Exhibits) | $ | 83.75 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 40.00 | | | | | |
| 7/2/2013 | 51298 | Planet Depos | 6/4/2013 | **Samuel Stafford; Nicholas Telford** | | | $ 387.50 | $ | 262.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 262.50 | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/2/2013 | 50784 | Planet Depos | 6/19/2013 | Chad L. Boss | | | $ 1,536.50 | $ 879.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 879.75 | | | | |
| | | | | (Realtime) | $ | 313.25 | | | | |
| | | | | (ASCII) | $ | 268.50 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| 7/2/2013 | 50784 | Planet Depos | 6/19/2013 | Mitchael Clair Freeman | | | $ 1,346.00 | $ 724.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 612.00 | | | | |
| | | | | (Realtime) | $ | 213.50 | | | | |
| | | | | (ASCII) | $ | 183.00 | | | | |
| | | | | (Exhibits) | $ | 112.50 | | | | |
| | | | | (Attendance) | $ | 150.00 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| 7/2/2013 | 51384 | Planet Depos | 6/19/2013 | Chad L. Boss/Mitchael Clair Freeman | | | $ 1,700.00 | $ 1,350.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,350.00 | | | | |
| 7/2/2013 | 50870 | Planet Depos | 6/20/2013 | Jian Xu | | | $ 628.00 | $ 405.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 279.50 | | | | |
| | | | | (Realtime) | $ | 74.00 | | | | |
| | | | | (ASCII) | $ | 74.00 | | | | |
| | | | | (Exhibits) | $ | 125.50 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| 7/2/2013 | 51392 | Planet Depos | 6/20/2013 | Jian Xu | | | $ 387.50 | $ 262.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 262.50 | | | | |
| 7/2/2013 | 50890 | Planet Depos | 7/2/2013 | Michael Hayes Freeman | | | $ 2,543.50 | $ 1,418.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,309.00 | | | | |
| | | | | (Realtime) | $ | 460.25 | | | | |
| | | | | (ASCII) | $ | 394.50 | | | | |
| | | | | (Exhibits) | $ | 109.75 | | | | |
| | | | | (Attendance) | $ | 150.00 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| | | | | (Shipping & Handling) | $ | 45.00 | | | | |
| 7/2/2013 | 51397 | Planet Depos | 6/20/2013 | Michael Hayes Freeman | | | $ 1,550.00 | $ 1,225.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,225.00 | | | | |
| 7/3/2013 | 50177 | Planet Depos | 6/11/2013 | Toshiyuki Masui | | | $ 1,614.00 | $ 1,519.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,500.00 | | | | |
| | | | | (Exhibits) | $ | 19.00 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| | | | | (Shipping & Handling) | $ | 20.00 | | | | |
| 7/3/2013 | 50975 | Planet Depos | 6/11/2013 | Toshiyuki Masui | | | $ 1,125.00 | $ 500.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 500.00 | | | | |
| 7/8/2013 | 50935 | Planet Depos | 6/21/2013 | Ju-Ho Lee | | | $ 2,160.50 | $ 1,885.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | |
| | | | | (Realtime) | $ | 200.00 | | | | |
| | | | | (Exhibits) | $ | 85.50 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| 7/8/2013 | 51428 | Planet Depos | 6/21/2013 | Ju-Ho Lee | | | $ 1,862.50 | $ 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | |
| 7/8/2013 | 49460 | Planet Depos | 6/4/2013 | Young-Bum Kim | | | $ 2,527.75 | $ 1,877.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | |
| | | | | (Realtime) | $ | 200.00 | | | | |
| | | | | (Exhibits) | $ | 77.75 | | | | |
| | | | | (overtime) | $ | 375.00 | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | |
| 7/8/2013 | 51300 | Planet Depos | 6/4/2013 | Young-Bum Kim | | | $ 2,387.50 | $ 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | |
| | | | | Overtime | $ | 275.00 | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2013 | NY1795103 | Veritext | 7/2/2013 | **Susan Sweeney** | | | $ | 1,782.44 | $ | 942.84 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 442.50 | | | | | | |
| | | | | (Realtime) | $ | 206.50 | | | | | | |
| | | | | (ASCII) | $ | 206.50 | | | | | | |
| | | | | (Exhibits Scanned-Searchable-OCR) | $ | 500.34 | | | | | | |
| | | | | (transcript - Fee for Daily) | $ | 348.10 | | | | | | |
| | | | | (CD Depo Litigation Package) | $ | 39.00 | | | | | | |
| | | | | (Shipping & Handling) | $ | 39.50 | | | | | | |
| 7/10/2013 | NY1795776 | Veritext | 7/8/2013 | **Fabian Gonell** | | | $ | 1,851.32 | $ | 960.12 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 472.50 | | | | | | |
| | | | | (Realtime) | $ | 220.50 | | | | | | |
| | | | | (ASCII) | $ | 220.50 | | | | | | |
| | | | | (Exhibits Scanned-Searchable-OCR) | $ | 487.62 | | | | | | |
| | | | | (transcript - Fee for Daily) | $ | 371.70 | | | | | | |
| | | | | (CD Depo Litigation Package) | $ | 39.00 | | | | | | |
| | | | | (Shipping & Handling) | $ | 39.50 | | | | | | |
| 7/10/2013 | NY1795083 | Veritext | 7/12/2013 | **Jim Hutchison** | | | $ | 3,206.81 | $ | 1,193.31 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,125.00 | | | | | | |
| | | | | (Realtime) | $ | 525.00 | | | | | | |
| | | | | (ASCII) | $ | 525.00 | | | | | | |
| | | | | (Exhibits Scanned-Searchable-OCR) | $ | 68.31 | | | | | | |
| | | | | (Transcript-Fee for Daily) | $ | 885.00 | | | | | | |
| | | | | (CD Depo Litigation Package) | $ | 39.00 | | | | | | |
| | | | | (Shipping & Handling) | $ | 39.50 | | | | | | |
| 7/12/2013 | 51020 | Planet Depos | 6/24/2013 | **Joonkyo (Joseph) Cheong** | | | $ | 1,696.75 | $ | 1,581.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,500.00 | | | | | | |
| | | | | (Exhibits) | $ | 81.75 | | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | | |
| | | | | (Shipping & Handling) | $ | 40.00 | | | | | | |
| 7/12/2013 | 51966 | Planet Depos | 6/24/2013 | **Joonkyo (Joseph) Cheong** | | | $ | 1,375.00 | $ | 500.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 500.00 | | | | | | |
| 7/12/2013 | 51205 | Planet Depos | 6/26/2013 | **John C. Hardwick** | | | $ | 888.90 | $ | 449.65 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 422.65 | | | | | | |
| | | | | (Realtime) | $ | 155.75 | | | | | | |
| | | | | (ASCII) | $ | 133.50 | | | | | | |
| | | | | (Exhibits) | $ | 27.00 | | | | | | |
| | | | | (Attendance) | $ | 75.00 | | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | | |
| 7/12/2013 | 51983 | Planet Depos | 7/12/2013 | **John C. Hardwick** | | | $ | 745.00 | $ | 620.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 620.00 | | | | | | |
| 7/12/2013 | 51598 | Planet Depos | 6/29/2013 | **Joonho Park** | | | $ | 2,152.25 | $ | 1,877.25 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | | | |
| | | | | (Realtime) | $ | 200.00 | | | | | | |
| | | | | (Exhibits) | $ | 77.25 | | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | | |
| 7/12/2013 | 52169 | Planet Depos | 6/29/2013 | **Joonho Park** | | | $ | 1,737.50 | $ | 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | | | |
| 7/26/2013 | NY1808208 | Veritext | 7/3/2013 | **Ming-Chieh Kuo** | | | $ | 3,543.25 | $ | 2,397.60 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 626.25 | | | | | | |
| | | | | (Realtime) | $ | 292.25 | | | | | | |
| | | | | (ASCII) | $ | 292.25 | | | | | | |
| | | | | (Exhibits Scanned-Searchable-OCR) | $ | 1,771.35 | | | | | | |
| | | | | (Transcript-Fee for Daily) | $ | 492.65 | | | | | | |
| | | | | (CD Depo Litigation Package) | $ | 39.00 | | | | | | |
| | | | | (Shipping & Handling) | $ | 29.50 | | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | | Total Invoice Amount | Total Amount Claimed ^ | | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/2013 | 51739 | Planet Depos | 7/4/2013 | **Jong Pil (JP) Hong** | | | $ 1,953.75 | $ | 1,853.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | | |
| | | | | (Exhibits) | $ | 53.75 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| 7/29/2013 | 52891 | Planet Depos | 7/4/2013 | **Jong Pil (JP) Hong** | | | $ 1,737.50 | $ | 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,300.00 | | | | | |
| 7/31/2013 | NY1813394 | Veritext | 7/29/2013 | **Suzanne Chapman** | | | $ 1,962.44 | $ | 1,552.44 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 292.50 | | | | | |
| | | | | (Realtime) | $ | 136.50 | | | | | |
| | | | | (ASCII) | $ | 136.50 | | | | | |
| | | | | (Exhibits Scanned-Searchable-OCR) | $ | 1,259.94 | | | | | |
| | | | | (CD Depo Litigation Package) | $ | 78.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 59.00 | | | | | |
| 8/7/2013 | 52488 | Planet Depos | 7/15/2013 | **Scott Bartgis** | | | $ 698.00 | $ | 335.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 335.50 | | | | | |
| | | | | (Realtime) | $ | 87.50 | | | | | |
| | | | | (ASCII) | $ | 75.00 | | | | | |
| | | | | (Attendance) | $ | 125.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 8/7/2013 | 53105 | Planet Depos | 7/15/2013 | **Scott Bartgis** | | | $ 620.00 | $ | 545.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 545.00 | | | | | |
| 8/7/2013 | 52638 | Planet Depos | 7/17/2013 | **Heung-Mo Lee** | | | $ 2,926.75 | $ | 1,901.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,800.00 | | | | | |
| | | | | (Realtime) | $ | 200.00 | | | | | |
| | | | | (Exhibits) | $ | 101.75 | | | | | |
| | | | | (Attendance) | $ | 750.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| 8/7/2013 | 53113 | Planet Depos | 7/17/2013 | **Heung-Mo Lee** | | | $ 2,787.50 | $ | 1,850.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,850.00 | | | | | |
| 8/7/2013 | 52732 | Planet Depos | 8/7/2013 | **Stewart Chelfet** | | | $ 517.20 | $ | 210.70 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 201.45 | | | | | |
| | | | | (Realtime) | $ | 73.50 | | | | | |
| | | | | (ASCII) | $ | 63.00 | | | | | |
| | | | | (Exhibits) | $ | 9.25 | | | | | |
| | | | | (Attendance) | $ | 75.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 20.00 | | | | | |
| 8/7/2013 | 53117 | Planet Depos | 7/19/2013 | **Stewart Chelfet** | | | $ 425.00 | $ | 375.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 375.00 | | | | | |
| 8/7/2013 | 53851 | Planet Depos | 7/31/2013 | **Kenneth Alan Parulski** | | | $ 2,943.75 | $ | 1,752.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,655.50 | | | | | |
| | | | | (Realtime) | $ | 453.25 | | | | | |
| | | | | (ASCII) | $ | 388.50 | | | | | |
| | | | | (Exhibits) | $ | 96.50 | | | | | |
| | | | | (Attendance) | $ | 250.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |
| | | | | (Shipping & Handling) | $ | 25.00 | | | | | |
| 8/7/2013 | 53963 | Planet Depos | 7/31/2013 | **Kenneth Alan Parulski** | | | $ 1,720.00 | $ | 1,445.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ | 1,445.00 | | | | | |
| 10/11/2013 | 57577 | Planet Depos | 9/26/2013 | **Kenneth Alan Parulski** | | | $ 3,087.75 | $ | 1,662.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ | 1,567.50 | | | | | |
| | | | | (Realtime) | $ | 425.25 | | | | | |
| | | | | (ASCII) | $ | 364.50 | | | | | |
| | | | | (Exhibits) | $ | 94.50 | | | | | |
| | | | | (Conference Room) | $ | 431.00 | | | | | |
| | | | | (LEF File) | $ | 75.00 | | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | Total Invoice Amount | Total Amount Claimed ^ | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (Shipping & Handling) | $ 130.00 | | | | |
| 10/11/2013 | 58343 | Planet Depos | 9/26/2013 | **Kenneth Alan Parulski** | | $ 2,020.00 | $ 1,670.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,670.00 | | | | |
| 10/11/2013 | 57252 | Planet Depos | 9/26/2013 | **Paul S. Min** | | $ 2,867.05 | $ 2,116.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,156.00 | | | | |
| | | | | (Realtime) | $ 366.40 | | | | |
| | | | | (ASCII) | $ 309.15 | | | | |
| | | | | (Exhibits) | $ 960.50 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| 10/11/2013 | 58350 | Planet Depos | 9/26/2013 | **Paul S. Min** | | $ 1,362.50 | $ 1,362.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | | $ 1,037.50 | | | | |
| 10/11/2013 | 57385 | Planet Depos | 9/27/2013 | **Paul S. Min** | | $ 1,723.75 | $ 1,221.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 760.00 | | | | |
| | | | | (Realtime) | $ 232.00 | | | | |
| | | | | (ASCII) | $ 195.75 | | | | |
| | | | | (Exhibits) | $ 461.00 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| 10/11/2013 | 58356 | Planet Depos | 9/1/2713 | **Paul S. Min** | | $ 905.00 | $ 705.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 705.00 | | | | |
| 10/11/2013 | 57818 | Planet Depos | 10/3/2013 | **Daniel Schonfeld** | | $ 2,643.85 | $ 1,719.25 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,328.00 | | | | |
| | | | | (Realtime) | $ 460.80 | | | | |
| | | | | (ASCII) | $ 388.80 | | | | |
| | | | | (Exhibits) | $ 391.25 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| 10/11/2013 | 58363 | Planet Depos | 10/3/2013 | **Daniel Schonfeld** | | $ 1,387.50 | $ 1,037.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,037.50 | | | | |
| 10/11/2013 | 57857 | Planet Depos | 10/4/2013 | **Daniel Schonfeld** | | $ 1,361.15 | $ 788.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 788.00 | | | | |
| | | | | (Realtime) | $ 270.00 | | | | |
| | | | | (ASCII) | $ 228.15 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| 10/11/2013 | 58367 | Planet Depos | 10/4/2013 | **Daniel Schonfeld** | | $ 810.00 | $ 610.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 610.00 | | | | |
| 10/11/2013 | 57613 | Planet Depos | 10/1/2013 | **Sanjay Rao** | | $ 2,402.95 | $ 1,469.50 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,420.00 | | | | |
| | | | | (Realtime) | $ 465.60 | | | | |
| | | | | (ASCII) | $ 392.85 | | | | |
| | | | | (Exhibits) | $ 49.50 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| 10/11/2013 | 58361 | Planet Depos | 10/1/2013 | **Sanjay Rao** | | $ 1,435.00 | $ 1,085.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,085.00 | | | | |
| 11/6/2013 | 57981 | Planet Depos | 10/4/2013 | **Remy Libchaber** | | $ 3,385.32 | $ 1,991.45 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,918.20 | | | | |
| | | | | (Realtime) | $ 458.25 | | | | |
| | | | | (ASCII) | $ 458.25 | | | | |
| | | | | (Exhibits) | $ 73.25 | | | | |
| | | | | (Attendance) | $ 250.00 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 152.37 | | | | |
| 11/6/2013 | 59937 | Planet Depos | 10/4/2013 | **Remy Libchaber** | | $ 1,822.50 | $ 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,300.00 | | | | |
| 11/6/2013 | 59456 | Planet Depos | 10/17/2013 | **Paul Simmons** | | $ 4,213.85 | $ 2,797.95 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 2,647.95 | | | | |
| | | | | (Realtime) | $ 645.45 | | | | |
| | | | | (ASCII) | $ 645.45 | | | | |
| | | | | (Exhibits) | $ 150.00 | | | | |

ANNOTATED SCHEDULE F-1 (DEPOSITION TRANSCRIPTS)

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category ^ | Total Invoice Amount | Total Amount Claimed ^ | Maximum Allowable Amount | Unrecoverable Costs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (LEF File) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 50.00 | | | | |
| 11/6/2013 | 60227 | Planet Depos | 10/17/2013 | **Paul Simmons** | | $ 2,425.63 | $ 1,300.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,300.00 | | | | |
| | | | | Overtime | $ 365.63 | | | | |
| 11/6/2013 | 57859 | Planet Depos | 10/4/2013 | **James R. Kearl** | | $ 4,032.10 | $ 2,087.75 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | (Transcript) | $ 1,611.00 | | | | |
| | | | | (Realtime) | $ 537.25 | | | | |
| | | | | (ASCII) | $ 460.50 | | | | |
| | | | | (Exhibits) | $ 476.75 | | | | |
| | | | | (Conference Room) | $ 571.60 | | | | |
| | | | | (Attendance) | $ 245.00 | | | | |
| | | | | (LEF File) | $ 75.00 | | | | |
| | | | | (Shipping & Handling) | $ 55.00 | | | | |
| 11/6/2013 | 59870 | Planet Depos | 10/4/2013 | **James R. Kearl** | | $ 1,825.00 | $ 1,475.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 1,475.00 | | | | |
| 3/14/2014 | NY1984648 | Veritext | 7/8/2013 | **Jim Hutchison** | | $ 796.66 | $ 720.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 720.00 | | | | |
| | | | | (Shipping & Handling) | $ 76.66 | | | | |
| 3/14/2014 | NY1984649 | Veritext | 7/3/2013 | **Susan Sweeney** | | $ 192.00 | $ 192.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 192.00 | | | | |
| 3/14/2014 | NY1986852 | Veritext | 7/8/2013 | **Fabian Gonell** | | $ 192.00 | $ 192.00 | $0.00 | Witness relates to Samsung's offensive case |
| | | | | Video | $ 192.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | **Total** | | | $ 129,043.07 | **$0.00** | |