HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:     650.849.5300
Facsimile:     650.849.5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

**Attorneys for Plaintiff and
Counterclaim-Defendant APPLE, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S BILL OF COSTS** |

I, H. MARK LYON, hereby declare as follows:

1.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), which is counsel of record for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") in this case. I am admitted to practice law in the State of California and before this Court. I make this supplemental declaration in support of Apple's Amended Bill of Costs, which waives certain costs included in the October 10, 2014 filing. I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2.  On October 9, 2014, Apple submitted its Bill of Costs. (Dkt. 2031.) On October 29, 2014, Apple and Samsung met and conferred regarding Samsung's objections to Apple's Bill of Costs and Apple's objections to Samsung's Bill of Costs. After considering Samsung's proposed objections and in an effort to minimize the disputes between the parties, Apple withdraws certain costs, as set forth below and in the concurrently-filed declaration of Mark D. Selwyn. In addition, as set forth below, we have corrected certain labeling errors with respect to one of the schedules filed on October 9, 2010, which does not affect the amount requested in Apple's Amended Bill of Costs.

3.  As explained in my prior declaration (Dkt. 2031-5), three law firms represented Apple in this case. Gibson, Dunn & Crutcher LLP ("Gibson") and Morrison & Foerster LLP took primary responsibility for Apple's claims against Samsung, and Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") took primary responsibility for defending Apple against Samsung's claims. This supplemental declaration addresses only costs collected by Gibson Dunn ("Gibson Dunn Costs") that Apple now waives and withdraws.

**Devices (Amended Schedule D-1)**

4.  Apple's Bill of Costs sought the costs it incurred in purchasing devices for use as trial exhibits in the amount of $10,402.38 (Gibson Dunn Costs). During the meet and confer, Samsung objected to the costs associated with certain devices because they were inadvertently associated with the same exhibit numbers. While Apple contends that each of the charges listed on the original Schedule D-1 were properly associated with an admitted trial exhibit, in the

Amended Schedule D-1, Apple corrects the labeling errors that led to certain devices being associated with the same exhibit numbers, as well as agrees to waive the costs associated with one of those devices. In particular, the original Schedule D-1 lists fees for exhibit numbers "JX 30A and JX 30B," which should have been identified as fees for exhibit numbers JX 31A and JX31B, consistent with their description as Galaxy Note II devices and the corresponding receipt. In addition, the letter "B" for the JX 29 device identified in the row corresponding to invoice 1004473230 should be an "E," the letter "H" for the JX 29 device corresponding to invoice 20621125-554096252 should be a "C," the letter "C" for the JX 29 device corresponding to invoice 1004473230 should be a "G," and the description for the JX 29 devices in the last three rows have been for a "Galaxy Nexus" device, not a "Galaxy S III" device, consistent with their corresponding receipts.

5. Apple also removes the cost of one device (associated with invoice 20482236-2057037589 on the original Schedule D-1), reducing Apple's request for costs for Schedule D-1 from $10,402.38 to $10,190.39 (Gibson Dunn Costs).

6. Accordingly, Amended Schedule D-1, which is attached hereto, makes these changes identified above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of November 2014 at Palo Alto, California.

*/s/ H. Mark Lyon*
H. Mark Lyon

SUPPLEMENTAL DECLARATION OF MARK LYON IN SUPPORT OF APPLE'S BILL OF COSTS
CASE NO. 12-CV-00630-LHK (PSG)                                                                                                         2

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that H. Mark Lyon has concurred in this filing.

Dated: November 6, 2014            */s/ Mark D. Selwyn*
                                              Mark D. Selwyn