# AMENDED SCHEDULE D-1

AMENDED SCHEDULE D1 (Devices)

| Vendor | Date | Invoice Number / Vendor ID | Description | Device Used For | No. of Devices Claimed | Amount per Device | Total Amount Claimed (Includes prorated tax, shipping and handling) |
|---|---|---|---|---|---|---|---|
| Amazon | 05/22/2012 | 105-2770271-5255416 | Samsung Galaxy SII | Trial Ex. JX32A | 1 | $ 449.99 | $ 449.99 |
| Amazon | 09/01/2012 | 102-6553610-1002420 | Samsung Galaxy SII Skyrocket | Trial Ex. JX34A, JX34B | 2 | $ 499.99 | $ 1,104.12 |
| Best Buy | 11/19/2012 | 054 070 2011 | Samsung Galaxy Nexus | Trial Ex. JX29H | 1 | $ 599.99 | $ 649.49 |
| Best Buy | 11/19/2012 | 054 070 7276 | Galaxy Note II | Trial Ex. JX31A, JX31B | 2 | $ 799.99 | $ 1,731.98 |
| Best Buy | 01/19/2013 | 0054 019 7124 | Samsung Galaxy Tab 2 (10.1) | Trial Ex. JX36C | 1 | $ 199.99 | $ 216.49 |
| Boost Mobile | 10/04/2012 | 5149901 | Samsung Galaxy SII 4G | Trial Ex. JX32B, JX32C | 2 | $ 369.99 | $ 806.44 |
| MetroPCS | 12/27/2012 | 000163-382576-564940 | Samsung Admire | Trial Ex. JX28B, JX28C | 2 | $ 79.99 | $ 170.90 |
| Sprint | 06/06/2012 | 20435710-554096087 | Samsung Epic 4G | Trial Ex. JX33A | 1 | $ 199.99 | $ 211.99 |
| Sprint | 07/05/2012 | 20621125-554096252 | Samsung Galaxy Nexus | Trial Ex. JX29C | 1 | $ 199.99 | $ 211.99 |
| Target | 09/01/2012 | 152835 | Samsung Galaxy SII | Trial Ex. JX32D, 32E | 2 | $ 549.99 | $ 1,190.73 |
| T-Mobile | 06/21/2012 | 1121160639 0814512604 | Samsung Galaxy SIII | Trial Ex. JX35M | 1 | $ 329.99 | $ 363.71 |
| T-Mobile | 09/01/2012 | 5523 | Samsung Galaxy SII | Trial Ex. JX32F | 1 | $ 549.99 | $ 595.36 |
| T-Mobile | 09/01/2012 | 5523 | Samsung Galaxy SIII | Trial Ex. JX35O | 1 | $ 599.00 | $ 649.49 |
| Verizon Wireless | 12/15/2011 | 1004473230 | Samsung Galaxy Nexus | Trial Ex. JX29E. JX29G | 2 | $ 299.99 | $ 649.48 |
| Verizon Wireless | 12/15/2011 | P2224 01#149451 | Samsung Galaxy Nexus | Trial Ex. JX29A, JX29B | 2 | $ 299.99 | $ 652.06 |
| Verizon Wireless | 12/15/2011 | P2224 01#149463 | Samsung Galaxy Nexus | Trial Ex JX29D | 1 | $ 299.99 | $ 326.03 |
| Verizon Wireless | 07/05/2012 | P224401#175083 | Samsung Galaxy Nexus | Trial Ex. JX29I | 1 | $ 199.99 | $ 210.14 |
| | | | | | | Total for Devices | $ 10,190.39 |