JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   12-cv-00630-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S BILL OF COSTS** |

I, Mark D. Selwyn, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I make this supplemental declaration in support of Apple's Amended Bill of Costs, which waives certain costs included in the October 10, 2014 filing. I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2. On October 9, 2014, Apple submitted its Bill of Costs. (Dkt. 2031.) On October 29, 2014, Apple and Samsung met and conferred regarding Samsung's objections to Apple's Bill of Costs and Apple's objections to Samsung's Bill of Costs. After considering Samsung's proposed objections and in an effort to minimize the disputes between the parties, Apple waives and withdraws certain costs, as set forth below. In addition, as set forth below, we have corrected a labeling error with respect to one of the schedules filed on October 9, 2010, which does not affect the amount requested in Apple's Amended Bill of Costs.

3. As explained in my prior declaration (Dkt. 2031-6), three law firms represented Apple in this case. Gibson, Dunn & Crutcher LLP ("Gibson") and Morrison & Foerster LLP took primary responsibility for Apple's claims against Samsung, and Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") took primary responsibility for defending Apple against Samsung's claims. This supplemental declaration addresses only costs collected by WilmerHale ("WilmerHale Costs") that Apple now waives and withdraws.

**Deposition Transcripts (Amended Schedule F-1 & Exhibit F-1)**

4. Apple's Bill of Costs sought costs of deposition transcripts in the amount of $129,043.07 (WilmerHale Costs), including $5,663.95 for deposition transcripts for the depositions of Donald Gilpin, Jamie Riley, Joonyoung Cho, Toshiyuki Masui, and Joonkyo Cheong. Costs related to transcripts for those depositions were inadvertently included in both Schedule F-1 (WilmerHale Deposition Transcripts Costs) and Schedule C-1 (Gibson's Deposition Transcript Costs), and thereby double-counted. The transcript costs for those

depositions are properly included in Schedule C-1 (Dkt. 2031-17). To avoid duplicate charges, Apple hereby withdraws the costs related to transcripts for those depositions that had been included in Schedule F-1. Apple now seeks $123,379.12 (WilmerHale Costs) for deposition transcripts as reflected in the attached Amended Schedule F-1 and Exhibit F-1.

**Other File Processing/Upload Costs (Amended Schedule G-3 & Exhibit G-3)**

5. Apple's Bill of Costs included three separate schedules for eDiscovery costs: costs specifically attributable to the uploading of source code made available to Samsung (Schedule G-2), other file and processing and upload costs from various vendors related to the production of documents to Samsung (Schedule G-3), and costs related to processing and uploading documents to the Catalyst database (Schedule G-4). Apple's Bill of Costs sought $10,723.99 for Schedule G-3. During the meet and confer, Samsung objected to line items included in two of the invoices in Exhibit G-3 related to "equipment prep," "custom software development," "equipment maintenance," and an "emergency weekend request" for processing documents. While Apple does not concede that the costs are not recoverable and does not waive the recovery of any other items included in Exhibit G-3, Apple hereby waives those costs in order to reduce the number of disputes between the parties. The changes reduce the amount claimed from Invoice No. 3526_39 by $1,095.00 (from $4,005.00 to $2,910.00) and reduce the amount claimed from Invoice No. 3707_33 by $1,100.00 (from $8,240.00 to $7,140.00), which reduces the total allowable costs from $179,451.05 to $177,256.05. Because Apple is seeking recovery of only 5.976% of the allowable costs (*see* Dkt. 3031-6 at ¶¶ 23-28), Apple's request for costs for Schedule G-3 is reduced from $10,723.99 to $10,592.82. Attached are an Amended Schedule G-3 and Exhibit G-3 reflecting those changes.

**Compensation for Interpreters at Depositions (Amended Schedule H-1)**

6. Finally, attached is an Amended Schedule H-1, which corrects a labelling error in the schedule, but does not change the amount of costs requested. The original Schedule H-1 (Dkt.2031-43) includes two line items described as "Interpreter for Deposition of Young-Bum Kim on 11/18/2012." The first of the two entries should have been described as "Interpreter for Ju-Ho Lee on 11/30/2012." The second should have been described as "Interpreter for Young-

Bum Kim on 11/28/2012.  Exhibit H-1 (Dkt. 2031-44) includes invoices that properly identify the costs for those depositions, and the amounts in the schedule for those costs, and in the Bill of Costs are correct.  Accordingly, Amended Schedule H-1, which is attached hereto, changes only the "Description" column of those two entries.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 6th day of November 2014 in Washington, D.C.

*/s/ Mark D. Selwyn*
Mark D. Selwyn