# AMENDED

# EXHIBIT F-1

## [Part 1 of 4]

Page 1 of 2

 ESQUIRE

 **ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009



### Invoice # PL364870

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| Invoice Date | 11/13/2012 |
| Terms | NET 30 |
| Payment Due | 12/13/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 482456 | 10/31/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 10/23/2012, ZACHARY PIECH (WILMINGTON, NC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (173 Pages) | $ 4.15 | $ 717.95 |
| EXHIBITS | $ 94.75 | $ 94.75 |
| VIDEO | $ 700.00 | $ 700.00 |
| VIDEO HANDLING | $ 0.00 | $ 0.00 |
| HANDLING FEE | $ 0.00 | $ 0.00 |
| REALTIME & ROUGH | $ 175.00 | $ 175.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 | $ 0.00 |
| ORIG TRANS CODE COMPLIANCE FEE | $ 15.00 | $ 15.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 1,702.70 |
| | | |
| DEL-STANDARD NO CHARGE | | $ 0.00 |

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL364870 |
| Payment Due: | 12/13/2012 |

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

**Amount Due On/Before 12/28/2012**   **$ 1,702.70**

Amount Due After 12/28/2012    $ 1,872.97

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com    ✓

**Thank you for your business!**

013  0000364870  11132012  0  000170270  4  12132012  12282012  8  000187297  10



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

## *Invoice # PL364870*

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| **Invoice Date** | 11/13/2012 |
| **Terms** | NET 30 |
| **Payment Due** | 12/13/2012 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 482456 | 10/31/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| | | |

*MATTER NUMBER: 1033300-00149*
*VIDEO SERVICES PROVIDED.*
*REALTIME FEED PROVIDED.*
*ROUGH DRAFT PROVIDED.*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 12/28/2012** | | **$ 1,702.70** |
| Amount Due After 12/28/2012 | | $ 1,872.97 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL364870 |
| Payment Due: | 12/13/2012 |
| **Amount Due On/Before 12/28/2012** | **$ 1,702.70** |
| Amount Due After 12/28/2012 | $ 1,872.97 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000364870  11132012  0  000170270  4  12132012  12282012  8  000187297  10

Page 1 of 2

**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (866) 437-5009



**ESQUIRE**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL366211

| | |
|---|---|
| **Invoice Date** | 11/27/2012 |
| **Terms** | NET 30 |
| **Payment Due** | 12/27/2012 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

TIMOTHY TARARKA ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/15/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487111 | 11/20/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/15/2012, STEVEN WASHAM (DALLAS, TX) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (90 Pages) | $ 4.15 | $ 373.50 |
| EXHIBITS | $ 128.75 | $ 128.75 |
| VIDEO | $ 578.50 | $ 578.50 |
| ~~ROUGH ASCII~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~REALTIME FEED (72 Pages)~~ | ~~$ 1.25~~ | ~~$ 90.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~LEF FILE~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~HANDLING FEE~~ | ~~$ 45.00~~ | ~~$ 45.00~~ |
| | | $ 1,215.75 |
| DELIVERY | | $ 0.00 |

*CONTINUED ON NEXT PAGE ...*

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL366211 |
| Payment Due: | 12/27/2012 |
| **Amount Due On/Before 01/11/2013** | **$ 1,215.75** |
| Amount Due After 01/11/2013 | $ 1,337.33 |

TIMOTHY TARARKA ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000366211 11272012 3 000121575 9 12272012 01112013 5 000133733 71

Page 1 of 2



◎ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL366216

| | |
|---|---|
| Invoice Date | 11/27/2012 |
| Terms | NET 30 |
| Payment Due | 12/27/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MIKE SILHASEK ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/16/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487112 | 11/19/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/16/2012, DAVID CARSTENS (DALLAS, TX) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (226 Pages) | $ 4.15 | $ 937.90 |
| EXHIBITS | $ 215.50 | $ 215.50 |
| VIDEO | $ 1,243.50 | $ 1,243.50 |
| WAITING TIME | $ 0.00 | $ 0.00 |
| HANDLING FEE | $ 45.00 | $ 45.00 |
| ROUGH ASCII | $ 0.00 | $ 0.00 |
| REALTIME FEED (186 Pages) | $ 1.25 | $ 232.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| LEF FILE | $ 0.00 | $ 0.00 |
| | | $ 2,674.40 |
| DELIVERY | | $ 0.00 |

**COPY**

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

------------------------------------------------------------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA

| | |
|---|---|
| Invoice #: | PL366216 |
| Payment Due: | 12/27/2012 |

**Amount Due On/Before 01/11/2013**   **$ 2,674.40**

Amount Due After 01/11/2013   $ 2,941.84

MIKE SILHASEK ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000366216  11272012  4  000267440  1  12272012  01112013  5  000294184  52

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL367100**

| | |
|---|---|
| Invoice Date | 12/09/2012 |
| Terms | NET 30 |
| Payment Due | 01/04/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487790 | 12/04/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/30/2012, WONKI PARK (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (130 Pages) | $ 3.95 | $ 513.50 |
| EXHIBITS | $ 438.50 | $ 438.50 |
| VIDEO | $ 735.50 | $ 735.50 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 10.00~~ | ~~$ 10.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 368.50~~ | ~~$ 368.50~~ |
| | | $ 2,127.00 |
| | | |
| MARKET DISCOUNT 10% | | $ -215.20 |
| DELIVERY-OTHER | | $ 25.00 |
| | | $ -190.20 |

MATTER NUMBER: 1033300-00149
BILLED PER RATE AGREEMENT
ROUGH, REALTIME AND VIDEO WAS PROVIDED.

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/19/2013** | | **$ 1,936.80** |
| Amount Due After 01/19/2013 | | $ 2,130.48 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 ESQUIRE

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL367100 |
| Payment Due: | 01/04/2013 |
| **Amount Due On/Before 01/19/2013** | **$ 1,936.80** |
| Amount Due After 01/19/2013 | $ 2,130.48 |

WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000367100 12052012 6 000193680 7 01042013 01192013 2 000213048 49

Page 1 of 2

**ESQUIRE**



Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
SOLUTIONS

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # PL367534

| Invoice Date | 12/09/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LIV HERRIOT ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/04/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487784 | 12/06/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 12/04/2012, JOHN HOLMES (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (180 Pages) | $ 3.95 | $ 711.00 |
| EXHIBITS | $ 589.05 | $ 589.05 |
| VIDEO | $ 960.50 | $ 960.50 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 522.60~~ | ~~$ 522.60~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ | ~~$ 75.00~~ |
| | | $ 2,929.15 |
| | | |
| ~~DELIVERY~~ | | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | | $ -295.42 |
| | | $ -270.42 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL367534 |
| Payment Due: | 01/08/2013 |
| **Amount Due On/Before 01/23/2013** | **$ 2,658.73** |
| Amount Due After 01/23/2013 | $ 2,924.60 |

LIV HERRIOT ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000367534 12092012 6 000265873 9 01082013 01232013 3 000292460 01



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL367532

| | |
|---|---|
| Invoice Date | 12/09/2012 |
| Terms | NET 30 |
| Payment Due | 01/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

LIV HERRIOT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487786 | 12/03/2012 | F-P-O |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/28/2012, STANISLAV TORGOVITSKY (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (167 Pages) | $ 3.95 | $ 659.65 |
| EXHIBITS | $ 463.50 | $ 463.50 |
| VIDEO | $ 960.50 | $ 960.50 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 469.00~~ | ~~$ 469.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| | | $ 2,623.65 |
| ~~DELIVERY~~ | | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | | $ -264.87 |
| | | $ -239.87 |

MATTER NUMBER: 1033300-00149
BILLED PER RATE AGREEMENT
ROUGH, REALTIME AND VIDEO WAS PROVIDED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/23/2013** | **$ 2,383.78** |
| Amount Due After 01/23/2013 | $ 2,622.16 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMEX



**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL367532 |
| Payment Due: | 01/08/2013 |
| **Amount Due On/Before 01/23/2013** | **$ 2,383.78** |
| Amount Due After 01/23/2013 | $ 2,622.16 |

LIV HERRIOT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000367532 12092012 1 000238378 4 01082013 01232013 3 000262216 50

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # PL367918

| | |
|---|---|
| Invoice Date | 12/12/2012 |
| Terms | NET 30 |
| Payment Due | 01/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PETER SHEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/07/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487791 | 12/11/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 12/07/2012, SIMON BOOTH (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (269 Pages) | $ 3.95 | $ 1,062.55 |
| EXHIBITS | $ 425.00 | $ 425.00 |
| VIDEO | $ 1,223.00 | $ 1,223.00 |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ | ~~$ 75.00~~ |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 700.60~~ | ~~$ 700.60~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| | | $ 3,647.15 |
| ~~CSD SHIPPING~~ | | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | | $ -367.21 |
| | | $ -342.21 |

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net



**ESQUIRE**

VISA  MasterCard  Discover  American Express

| | |
|---|---|
| Invoice #: | PL367918 |
| Payment Due: | 01/11/2013 |
| **Amount Due On/Before 01/26/2013** | **$ 3,304.94** |
| Amount Due After 01/26/2013 | $ 3,635.43 |

PETER SHEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000367918 12122012 8 000330494 9 01112013 01262013 8 000363543 57

Page 1 of 2



**ⒺESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL367920

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice Date | 12/12/2012 |
| Terms | NET 30 |
| Payment Due | 01/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/06/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487797 | 12/11/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/06/2012, MAENG-HO SHIN (WASHINGTON, DC) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 932.40 |
| EXHIBITS | $ 417.00 |
| VIDEO | $ 1,310.50 |
| ~~INTERPRETING SERVICES~~ | ~~$ 412.50~~ |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 670.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ |
| ~~EXOTIC INTERPRETING SERVICE MINIMUM~~ | ~~$ 962.46~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ |
| | $ 4,834.86 |
| | |
| ~~CSD-SHIPPING~~ | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | $ -485.98 |
| | $ -460.98 |

### CONTINUED ON NEXT PAGE ...

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

**ESQUIRE**

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL367920 |
| Payment Due: | 01/11/2013 |
| **Amount Due On/Before 01/26/2013** | **$ 4,373.88** |
| Amount Due After 01/26/2013 | $ 4,811.27 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000367920 12122012 7 000437388 4 01112013 01262013 8 000481127 68

Page 1 of 2



⊘ ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

## ESQUIRE

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL368593*

| | |
|---|---|
| Invoice Date | 12/17/2012 |
| Terms | NET 30 |
| Payment Due | 01/16/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/11/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487793 | 12/13/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 12/11/2012, MARTIN MILLER (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (89 Pages) | $ 3.95 | $ 351.55 |
| EXHIBITS | $ 8.50 | $ 8.50 |
| VIDEO | $ 785.50 | $ 785.50 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| REALTIME & ROUGH | $ 257.95 | $ 257.95 |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ | ~~$ 75.00~~ |
| | | $ 1,549.50 |
| | | |
| ~~DELIVERY-OTHER~~ | | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | | $ -157.45 |
| | | $ -132.45 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  American Express

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL368593 |
| Payment Due: | 01/16/2013 |
| **Amount Due On/Before 01/31/2013** | $ 1,417.05 |
| Amount Due After 01/31/2013 | $ 1,558.76 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000368593 12172012 8 000141705 2 01162013 01312013 5 000155876 66





ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL368814*

| | |
|---|---|
| Invoice Date | 12/18/2012 |
| Terms | NET 30 |
| Payment Due | 01/17/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/13/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 487788 | 12/17/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 12/13/2012, PAUL NGUYEN-BA (WASHINGTON, DC) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (50 Pages) | $ 3.95 | $ 197.50 |
| EXHIBITS | $ 8.50 | $ 8.50 |
| VIDEO | $ 541.75 | $ 541.75 |
| ~~HANDLING FEE~~ | ~~$ 36.00~~ | ~~$ 36.00~~ |
| ~~ROUGH ASCII~~ | ~~$ 77.40~~ | ~~$ 77.40~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| | | $ 896.15 |
| ~~GSD SHIPPING~~ | | ~~$ 25.00~~ |
| MARKET DISCOUNT 10% | | $ -92.11 |
| | | $ -67.11 |

*MATTER NUMBER: 1033300-00149*
*BILLED PER RATE AGREEMENT*
*ROUGH AND VIDEO WAS PROVIDED.*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 02/01/2013** | | **$ 829.04** |
| Amount Due After 02/01/2013 | | $ 911.94 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

ESQUIRE

| | |
|---|---|
| Invoice #: | PL368814 |
| Payment Due: | 01/17/2013 |
| **Amount Due On/Before 02/01/2013** | **$ 829.04** |
| Amount Due After 02/01/2013 | $ 911.94 |

CALVIN WALDEN ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000368814 12182012 0 000082904 9 01172013 02012013 6 000091194 41

Page 1 of 2



⌾ ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL370612**

| | |
|---|---|
| Invoice Date | 01/08/2013 |
| Terms | NET 30 |
| Payment Due | 02/07/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ADELE FRANKEL ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/12/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489118 | 12/13/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 12/12/2012, PAUL FARRELL (MELVILLE, NY) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (139 Pages) | $ 6.35 | $ 882.65 |
| EXHIBITS | $ 267.00 | $ 267.00 |
| VIDEO | $ 930.00 | $ 930.00 |
| ~~ROUGH ASCII~~ | ~~$ 204.75~~ | ~~$ 204.75~~ |
| ~~REALTIME FEED (117 Pages)~~ | ~~$ 1.90~~ | ~~$ 222.30~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 50.00~~ | ~~$ 50.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~APPEARANCE FEE FULL DAY~~ | ~~$ 120.00~~ | ~~$ 120.00~~ |
| | | $ 2,706.70 |
| ~~SHIPPING~~ | | ~~$ 50.00~~ |
| | | $ 50.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA  AMERICAN  DISCOVER  [card]



ESQUIRE
S O L U T I O N S

| | |
|---|---|
| Invoice #: | PL370612 |
| Payment Due: | 02/07/2013 |
| **Amount Due On/Before 02/22/2013** | **$ 2,756.70** |
| Amount Due After 02/22/2013 | $ 3,032.37 |

ADELE FRANKEL ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000370612 01082013 1 000275670 2 02072013 02222013 5 000303237 34



Page 1 of 2

**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL370854**

| Invoice Date | 01/09/2013 |
| --- | --- |
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489250 | 12/04/2012 | FED EX |

| Description | Price | Amount |
| --- | --- | --- |
| Services Provided on 11/30/2012 JU-HO LEE (SUWON CITY, ) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (202 Pages) | $ 4.15 | $ 838.30 |
| EXHIBITS | $ 291.50 | $ 291.50 |
| APPEARANCE FEE AFTER HOURS | $ 45.00 | $ 45.00 |
| REALTIME & ROUGH | $ 415.00 | $ 415.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 | $ 0.00 |
| ORIG TRANS CODE COMPLIANCE FEE | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| APPEARANCE FEE | $ 465.00 | $ 930.00 |
| HANDLING FEE | $ 0.00 | $ 0.00 |
| | | $ 2,519.80 |
| DEL-STANDARD NO CHARGE TO CLIENT | | $ 0.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
S O L U T I O N S

VISA  AmericanExpress  DISCOVER  AMERICAN EXPRESS

| | |
| --- | --- |
| Invoice #: | PL370854 |
| Payment Due: | 02/08/2013 |

**Amount Due On/Before 02/23/2013**   **$ 2,519.80**

Amount Due After 02/23/2013   $ 2,771.78

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000370854 01092013 2 000251980 7 02082013 02232013 1 000277178 64



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL370855*

| | |
|---|---|
| Invoice Date | 01/09/2013 |
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/30/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489250 | 12/04/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/30/2012, JU-HO LEE (SUWON CITY, ) | | |
| VIDEO | $ 1,275.00 | $ 1,275.00 |
| VIDEO HANDLING | $ 0.00 | $ 0.00 |
| APPEARANCE FEE | $ 465.00 | $ 930.00 |
| | | $ 2,205.00 |

MATTER NUMBER: 1033300-00149
VIDEOGRAPHER NON-DEPO DAY CHARGE: 2 DAYS @ $465.00/EA.
VIDEO SERVICES PROVIDED.
KOREAN INTERPRETER PROVIDED.

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/23/2013** | **$ 2,205.00** |
| Amount Due After 02/23/2013 | $ 2,425.50 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA   MasterCard   DISCOVER   AMERICAN EXPRESS



**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL370855 ✓ |
| Payment Due: | 02/08/2013 |
| **Amount Due On/Before 02/23/2013** | **$ 2,205.00** ✓ |
| Amount Due After 02/23/2013 | $ 2,425.50 |

KATE SAXTON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000370855 01092013 4 000220500  5 02082013 02232013 1 000242550 82

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5000

## Invoice # PL370831

| | |
|---|---|
| Invoice Date | 01/09/2013 |
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489248 | 12/03/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/28/2012, YOUNG-BUM KIM (SUWON CITY, .) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (172 Pages) | $ 4.15 | $ 713.80 |
| EXHIBITS | $ 238.50 | $ 238.50 |
| APPEARANCE FEE | $ 465.00 | $ 930.00 |
| APPEARANCE FEE AFTER HOURS (2 Hours) | $ 45.00 | $ 90.00 |
| HANDLING FEE | $ 0.00 | $ 0.00 |
| REALTIME & ROUGH | $ 350.00 | $ 350.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 0.00 | $ 0.00 |
| ORIG TRANS CODE COMPLIANCE FEE | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 2,322.30 |
| DEL-STANDARD NO CHARGE TO CLIENT | | $ 0.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL370831 |
| Payment Due: | 02/08/2013 |

**Amount Due On/Before 02/23/2013**     **$ 2,322.30**

Amount Due After 02/23/2013     $ 2,554.53

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000370831  01092013  0  000232230  0  02082013  02232013  1  000255453  46



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL370834

| | |
|---|---|
| Invoice Date | 01/09/2013 |
| Terms | NET 30 |
| Payment Due | 02/08/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/28/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 489248 | 12/03/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 11/28/2012, YOUNG-BUM KIM (SUWON CITY, .) | | |
| VIDEO | $ 1,430.00 | $ 1,430.00 |
| VIDEO HANDLING | $ 0.00 | $ 0.00 |
| MISC RANGE FEE | $ 465.00 | $ 930.00 |
| | | $ 2,360.00 |

MATTER NUMBER: 1033300-00149
VIDEOGRAPHER NON-DEPOS DAY CHARGE: 2 DAY @ $465.00/EA.
KOREAN INTERPRETER PROVIDED.

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/23/2013** | **$ 2,360.00** |
| Amount Due After 02/23/2013 | $ 2,596.00 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



**ESQUIRE**

PETER SHEN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
950 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| Invoice #: | PL370834 |
| Payment Due: | 02/08/2013 |
| **Amount Due On/Before 02/23/2013** | **$ 2,360.00** |
| Amount Due After 02/23/2013 | $ 2,596.00 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000370834  01092013  7  000236000  0  02082013  02232013  1  000259600  06

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL371270**

| | |
|---|---|
| Invoice Date | 01/14/2013 |
| Terms | NET 30 |
| Payment Due | 02/13/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/06/2012 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 490400 | 12/10/2012 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 12/06/2012, STEVEN VASQUEZ (SARATOGA SPRINGS, NY) | | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (186 Pages) | | $ 2.75 | $ 511.50 |
| EXHIBITS | | $ 95.00 | $ 95.00 |
| HANDLING FEE | | $ 0.00 | $ 0.00 |
| ~~ROUGH ASCII~~ | | ~~$ 300.00~~ | ~~$ 300.00~~ |
| ~~REALTIME FEED (152 Pages)~~ | | ~~$ 1.65~~ | ~~$ 250.80~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | | ~~$ 75.00~~ | ~~$ 75.00~~ |
| | | | $ 1,312.30 |
| DEL-STANDARD NO CHARGE TO CLIENT | | | $ 0.00 |

MATTER NUMBER: 1033300-00149
REALTIME FEED PROVIDED.
ROUGH DRAFT PROVIDED.

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 02/28/2013** | | **$ 1,312.30** |
| Amount Due After 02/28/2013 | | $ 1,443.53 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 ESQUIRE

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL371270 |
| Payment Due: | 02/13/2013 |
| **Amount Due On/Before 02/28/2013** | **$ 1,312.30** |
| Amount Due After 02/28/2013 | $ 1,443.53 |

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000371270 01142013 0 000131230 8 02132013 02282013 8 000144353 32

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL372263*

| Invoice Date | 01/24/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 02/23/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

MARK SELWYN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/16/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493564 | 01/18/2013 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 01/16/2013, HARRY NICK CARTER (ORLANDO, FL) | | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (205 | | | |
| Pages) | | $ 4.50 | $ 922.50 |
| EXHIBITS | | $ 141.00 | $ 141.00 |
| VIDEO | | $ 817.00 | $ 817.00 |
| ~~APPEARANCE FIRST HOUR~~ | | ~~$ 60.00~~ | ~~$ 60.00~~ |
| ~~APPEARANCE FEE ADDITIONAL HOURS (2.50 Hours)~~ | | ~~$ 31.50~~ | ~~$ 78.75~~ |
| ~~REALTIME & ROUGH~~ | | ~~$ 1,020.00~~ | ~~$ 1,020.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | | ~~$ 75.00~~ | ~~$ 75.00~~ |
| ~~REALTIME SERVICE PROVIDED~~ | | ~~$ 50.00~~ | ~~$ 50.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | | ~~$ 30.00~~ | ~~$ 30.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | | ~~$ 16.00~~ | ~~$ 16.00~~ |
| | | | $ 3,210.25 |
| CLIENT DISCOUNT 10% | | | $ -321.03 |
| | | | $ -321.03 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  MasterCard  Discover  American Express

MARK SELWYN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL372263 |
| Payment Due: | 02/23/2013 |
| **Amount Due On/Before 03/10/2013** | **$ 2,889.22** |
| Amount Due After 03/10/2013 | $ 3,178.14 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000372263  01242013  1  000288922  3  02232013  03102013  0  000317814  10

Page 2 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # PL372263

| | |
|---|---|
| Invoice Date | 01/24/2013 |
| Terms | NET 30 |
| Payment Due | 02/23/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

MARK SELWYN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/16/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493564 | 01/18/2013 | FED EX |

| Description | Price | Amount |
|---|---|---|
| | | |

MATTER NUMBER: 1033300-00149
ROUGH DRAFT PROVIDED
REALTIME FEED PROVIDED
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $735.30 FOR VIDEO SERVICES.

| | |
|---|---|
| **Tax:** | $ 0.00 |
| **Paid:** | $ 0.00 |
| **Amount Due On/Before 03/10/2013** | **$ 2,889.22** |
| Amount Due After 03/10/2013 | $ 3,178.14 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL372263 |
| Payment Due: | 02/23/2013 |
| **Amount Due On/Before 03/10/2013** | **$ 2,889.22** |
| Amount Due After 03/10/2013 | $ 3,178.14 |



**ESQUIRE**

MARK SELWYN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000372263  01242013  1  000288922  3  02232013  03102013  0  000317814  10

Page 1 of 2

**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL376097

| Invoice Date | 02/24/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/26/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

AARON THOMPSON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/26/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493261 | 01/29/2013 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/26/2013, JOHN REINE (ALBANY, NY) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | $ 6.35 | $ 844.55 |
| EXHIBITS | $ 285.50 | $ 285.50 |
| VIDEO | $ 528.00 | $ 528.00 |
| WEEKEND APPEARANCE | $ 250.00 | $ 250.00 |
| HANDLING FEE | $ 40.00 | $ 40.00 |
| ROUGH ASCII | $ 275.00 | $ 275.00 |
| REALTIME FEED (110 Pages) | $ 1.05 | $ 181.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 | $ 35.00 |
| ORIG TRANS CODE COMPLIANCE FEE | $ 15.00 | $ 15.00 |
| CONDENSED TRANSCRIPT | $ 16.00 | $ 16.00 |
| | | $ 2,470.55 |
| DEL-STANDARD | | $ 31.75 |
| | | $ 31.75 |

*CONTINUED ON NEXT PAGE ...*

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMEX

| | |
|---|---|
| Invoice #: | PL376097 |
| Payment Due: | 03/26/2013 |

**ESQUIRE**

**Amount Due On/Before 04/10/2013**   **$ 2,502.30**

| Amount Due After 04/10/2013 | $ 2,752.53 |
|---|---|

AARON THOMPSON ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000376097 02242013 6 000250230 6 03262013 04102013 2 000275253 63

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

## *Invoice # PL376257*

| | |
|---|---|
| Invoice Date | 02/25/2013 |
| Terms | NET 30 |
| Payment Due | 03/27/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/24/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 493258 | 01/28/2013 | F-P-O |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 01/24/2013, RONALD COCOCCIA (SARATOGA SPRINGS, NY) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (161 Pages) | $ 6.35 | $ 1,022.35 |
| EXHIBITS | $ 241.00 | $ 241.00 |
| VIDEO | $ 550.00 | $ 550.00 |
| ~~HANDLING FEE~~ | ~~$ 40.00~~ | ~~$ 40.00~~ |
| ~~ROUGH ASCII~~ | ~~$ 335.00~~ | ~~$ 335.00~~ |
| ~~REALTIME FEED (134 Pages)~~ | ~~$ 1.65~~ | ~~$ 221.10~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 35.00~~ | ~~$ 35.00~~ |
| ~~ORIG TRANS CODE COMPLIANCE FEE~~ | ~~$ 15.00~~ | ~~$ 15.00~~ |
| ~~CONDENSED TRANSCRIPT~~ | ~~$ 16.00~~ | ~~$ 16.00~~ |
| ~~APPEARANCE FEE FULL DAY~~ | ~~$ 110.00~~ | ~~$ 110.00~~ |
| | | $ 2,585.45 |
| DEL-STANDARD | | $ 31.75 |
| | | $ 31.75 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  Discover  [AMEX]

**ESQUIRE**
S O L U T I O N S

JOHN PETTIT ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL376257 |
| Payment Due: | 03/27/2013 |

**Amount Due On/Before 04/11/2013**   **$ 2,617.20**

| Amount Due After 04/11/2013 | $ 2,878.92 |
|---|---|

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013 0000376257 02252013 0 000261720 8 03272013 04112013 8 000287892 72

Page 1 of 2

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL376748*

| | |
|---|---|
| Invoice Date | 02/28/2013 |
| Terms | NET 30 |
| Payment Due | 03/30/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/25/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 497672 | 02/27/2013 | FED-EX |

| Description | Amount |
|---|---|
| Services Provided on 02/25/2013, MELVIN KRAUS (WASHINGTON, DC) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (134 Pages) | $ 529.30 |
| EXHIBITS | $ 306.50 |
| VIDEO | $ 848.00 |
| HANDLING FEE | $ 30.00 |
| REALTIME & ROUGH | $ 385.25 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| LAPTOP RENTAL FOR REALTIME | $ 75.00 |
| | $ 2,215.05 |
| DELIVERY-OTHER | $ 25.00 |
| MARKET DISCOUNT 10% | $ -221.51 |
| | $ -196.51 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA   MasterCard   DISCOVER   AMERICAN EXPRESS

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL376748 |
| Payment Due: | 03/30/2013 |
| **Amount Due On/Before 04/14/2013** | **$ 2,018.54** |
| Amount Due After 04/14/2013 | $ 2,220.39 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000376748  02282013  5  000201854  4  03302013  04142013  4  000222039  50

Page 1 of 2



**ESQUIRE**

Esquire Solutions – San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # PL378315**

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN. BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice Date | 03/14/2013 |
| Terms | NET 30 |
| Payment Due | 04/13/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/07/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 504217 | 03/08/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 03/07/2013, KELLY HYNDMAN (WASHINGTON, DC) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 482.10 |
| EXHIBITS | $ 134.00 |
| VIDEO | $ 848.00 |
| ~~HANDLING FEE~~ | ~~$ 30.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 335.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ |
| ~~LAPTOP RENTAL FOR REALTIME~~ | ~~$ 75.00~~ |
| | $ 1,929.10 |
| | |
| MARKET DISCOUNT 10% | $ -192.91 |
| ~~DELIVERY OTHER~~ | ~~$ 25.00~~ |
| CREDIT, LAPTOP RENTAL FEE, TKT 75614 | $ -75.00 |
| | $ -242.91 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  MasterCard  DISCOVER  AMEX

| | |
|---|---|
| Invoice #: | PL378315 ✓ |
| Payment Due: | 04/13/2013 |
| **Amount Due On/Before 04/28/2013** | **$ 1,686.19** ✓ |
| Amount Due After 04/28/2013 | $ 1,854.81 |

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000378315 03142013 7 000168619 8 04132013 04282013 6 000185481 31

Page 1 of 2



**ESQUIRE**

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Invoice # PL379257**

| | |
|---|---|
| Invoice Date | 03/21/2013 |
| Terms | NET 30 |
| Payment Due | 04/20/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ANNA LEE ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/15/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO.,. | 504212 | 03/19/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 03/15/2013, GREG KENG (DALLAS,TX) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 720.90 |
| EXHIBITS | $ 850.80 |
| VIDEO | $ 824.75 |
| WAITING TIME | $ 37.50 |
| HANDLING FEE | $ 45.00 |
| ROUGH ASCII | $ 168.95 |
| REALTIME FEED | $ 199.75 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| READ AND SIGN PROCUREMENT | $ 25.00 |
| LEF FILE | $ 75.00 |
| LAPTOP RENTAL FOR REALTIME | $ 0.00 |
| | $ 2,968.65 |
| DISCOUNT 10% | $ -296.87 |
| | $ -296.87 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMEX

| | | |
|---|---|---|
| | Invoice #: | PL379257 |
| | Payment Due: | 04/20/2013 |
| **Amount Due On/Before 05/05/2013** | **$ 2,671.78** | |
| Amount Due After 05/05/2013 | $ 2,938.96 | |



ANNA LEE ,ESQ
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000379257  03212013  2  000267178  3  04202013  05052013  6  000293896  07

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
s o l u t i o n s

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL381798

| Invoice Date | 04/11/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/11/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/26/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L. | 507154 | 04/01/2013 | F-S-O |

| Description | Amount |
|---|---|
| Services Provided on 03/26/2013, LOCKSLEY CHRISTIAN (PHILADELPHIA, PA) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 1,444.30 |
| EXHIBITS | $ 151.20 |
| VIDEO | $ 548.00 |
| ~~ROUGH ASCII~~ | ~~$ 345.45~~ |
| ~~REALTIME FEED~~ | ~~$ 345.45~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 45.00~~ |
| | $ 2,879.40 |
| ~~DELIVERY-OTHER~~ | ~~$ 25.00~~ |
| | $ 25.00 |

CLIENT MATTER # 1033300-00149
INVOICE REFLECTS NEXT DAY DELIVERY
REALTIME PROVIDED
ROUGH ASCII PROVIDED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/26/2013** | **$ 2,904.40** |
| Amount Due After 05/26/2013 | $ 3,194.84 |

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 ESQUIRE

VISA MasterCard DISCOVER

COSMIN MAIER ,ESQ.
WILMERHALE LAW FIRM - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Invoice #: | PL381798 |
|---|---|
| Payment Due: | 05/11/2013 |
| **Amount Due On/Before 05/26/2013** | **$ 2,904.40** |
| Amount Due After 05/26/2013 | $ 3,194.84 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000381798 04112013 3 000290440 6 05112013 05262013 4 000319484 82





**ESQUIRE**
San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
S O L U T I O N S

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

*Invoice # PL383343*   1033300 - 00149

| | |
|---|---|
| Invoice Date | 04/23/2013 |
| Terms | NET 30 |
| Payment Due | 05/23/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

OLGA TOBIN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/05/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 502459 | 04/09/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/05/2013, DARRYL MEXIC (WASHINGTON, DC) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 873.15 |
| EXHIBITS | $ 412.00 |
| VIDEO | $ 1,400.00 |
| ~~REALTIME & ROUGH~~ | ~~$ 626.45~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 25.00~~ |
| | $ 3,336.60 |
| | |
| CREDIT, 10% DISCOUNT, TKT 76819 | $ -336.16 |
| ~~DELIVERY-OTHER~~ | ~~$ 25.00~~ |
| | $ -311.16 |

*MATTER NUMBER: 1033300-00149*
*\*\*REVISED INVOICE\*8*
*MATTER # 1033300-00149*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 06/07/2013** | | **$ 3,025.44** |
| Amount Due After 06/07/2013 | | $ 3,327.98 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
solutions

VISA  DISCOVER

| | |
|---|---|
| Invoice #: | PL383343 ✓ |
| Payment Due: | 05/23/2013 |
| **Amount Due On/Before 06/07/2013** | **$ 3,025.44** |
| Amount Due After 06/07/2013 | $ 3,327.98 |

OLGA TOBIN ,ESQ.
WILMERHALE LAW FIRM - PALO ALTO
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

013  0000383343  04232013  7  000302544  9  05232013  06072013  5  000332798  78

Page 1 of 2

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

COSMIN MAIER ,ESQ.
WILMER HALE - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

*Invoice # PL386590*

| | |
|---|---|
| Invoice Date | 05/20/2013 |
| Terms | NET 30 |
| Payment Due | 06/19/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/01/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 514322 | 05/03/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/01/2013, CHRISTINE ROY (DOVER, NJ) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 324.60 |
| EXHIBITS | $ 10.00 |
| VIDEO | $ 488.00 |
| ~~APPEARANCE FEE~~ | ~~$ 90.00~~ |
| ~~REALTIME & ROUGH~~ | ~~$ 220.00~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 45.00~~ |
| | $ 1,192.20 |
| | |
| Services Provided on 05/01/2013, TERRENCE TRUSSELL (DOVER, NJ) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 511.85 |
| EXHIBITS | $ 116.50 |
| VIDEO | $ 300.00 |
| ~~REALTIME & ROUGH~~ | ~~$ 357.20~~ |
| ~~DIGITAL TRANSCRIPT/EXHIBITS~~ | ~~$ 45.00~~ |
| | $ 1,330.55 |

**CONTINUED ON NEXT PAGE ...**

-----

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**
S O L U T I O N S

VISA · AMEX · MasterCard · DISCOVER

COSMIN MAIER ,ESQ.
WILMER HALE - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| | |
|---|---|
| Invoice #: | PL386590 |
| Payment Due: | 06/19/2013 |
| **Amount Due On/Before 07/04/2013** | **$ 2,295.47** |
| Amount Due After 07/04/2013 | $ 2,525.02 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000386590  05202013 5 000229547  5 06192013  07042013 1 000252502 63

Page 2 of 2

 ESQUIRE

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # PL386590

| | |
|---|---|
| Invoice Date | 05/20/2013 |
| Terms | NET 30 |
| Payment Due | 06/19/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

COSMIN MAIER ,ESQ.
WILMER HALE - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/01/2013 | APPLE, INC. vs. SAMSUNG ELECTRONICS CO., L | 514322 | 05/03/2013 | FED EX |

| Description | Amount |
|---|---|
| DISCOUNT % | $ -252.28 |
| DELIVERY-OTHER | $ 25.00 |
| | $ -227.28 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/04/2013** | **$ 2,295.47** |
| Amount Due After 07/04/2013 | $ 2,525.02 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

ESQUIRE
SOLUTIONS

COSMIN MAIER ,ESQ.
WILMER HALE - NEW YORK
SUITE 1100, 44 MONTGOMERY STREET
ESQUIRE SOLUTIONS, ATTN: BRANDON WAI
SAN FRANCISCO, CA 94104

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

| | |
|---|---|
| Invoice #: | PL386590 |
| Payment Due: | 06/19/2013 |
| **Amount Due On/Before 07/04/2013** | **$ 2,295.47** |
| Amount Due After 07/04/2013 | $ 2,525.02 |

**Thank you for your business!**

013 0000386590 05202013 5 000229547 5 06192013 07042013 1 000252502 63



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2013
**INVOICE #** 051413-120947

**Bill To:**     Aaron Thompson Esq.
WilmerHale
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Donald L. Gilpin / Jamie A. Riley
**DATE:**        5/14/2013
**LOCATION:**    Indianapolis, IN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 106 | $3.25 | $344.50 |
| Certified Transcript - Daily Delivery | 106 | $3.25 | $344.50 |
| Interactive Real-time | 106 | $1.50 | $159.00 |
| Rough ASCII - Witness #1 | 49 | $1.50 | $73.50 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 87 | $0.10 | $8.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $930.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $985.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49394 ✓ | 6/10/2013 ✓ | 38221 |
| **Job Date** | **Case No.** | |
| 5/31/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple Inc. -v- Samsung Electronics Co., Ltd., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

|  |  |  |
|---|---|---|
| S. Stuart Lee, Esquire | 255.00 Pages | 1,020.00 |
| ~~Realtime~~ | ~~213.00 Pages~~ | ~~340.00~~ |
| ~~Rough ASCII~~ | ~~213.00 Pages~~ | ~~287.55~~ |
| Exhibits | 160.00 Pages | 40.00 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~25.00~~ |

**TOTAL DUE >>>**        **$1,788.35**

Ordered By    :  Anna T. Lee, Esquire
                     Wilmer Cutler Pickering Hale and Dorr LLP
                     950 Page Mill Road
                     Palo Alto, CA  94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49394 |
| Invoice Date | : | 6/10/2013 |
| **Total Due** | : | **$ 1,788.35** ✓ |

Remit To: **Planet Depos**
              **405 East Gude Drive**
              **Suite 209**
              **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38221 |
| BU ID | : | 1-MAIN |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple Inc. -v- Samsung Electronics Co., Ltd., et al |