# AMENDED

# EXHIBIT F-1

## [Part 3 of 4]



# INVOICE



PLANET DEPOS
*Worldwide Shoppes*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51397 | 7/2/2013 | 39179 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Michael Hayes Freeman

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 7.00  Hours | 875.00 |
| ~~Synchronization~~ | ~~6.50  Hours~~ | ~~3 5.00~~ |
| | **TOTAL DUE  >>>** | **$1,550.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51397 |
| Invoice Date | : | 7/2/2013 |
| **Total Due** | : | **$ 1,550.00** |

| | | |
|---|---|---|
| Job No. | : | 39179 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  **Planet Depos**
 **405 East Gude Drive**
 **Suite 209**
 **Rockville, MD  20850**

# INVOICE

 

PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50177 | 7/3/2013 | 35521 |

| Job Date | Case No. |
|---|---|
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

TRANSCRIPT WITH INDEX OF:
Toshiyuki Masui

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,500.00 |
| Exhibits | 76.00  Pages | 19.00 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 20.00 |
| **TOTAL DUE >>>** | | **$1,614.00** |

Ordered By    :  Anna Bonny Chauvet, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50177 |
| Invoice Date | : | 7/3/2013 |
| **Total Due** | : | **$ 1,614.00** |

| | | |
|---|---|---|
| Job No. | : | 35521 |
| BU ID | : | 81-JAP-R |
| Case No. | : | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE


PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM


AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50975 | 7/3/2013 | 35522 |

| Job Date | Case No. | |
|---|---|---|
| 6/11/2013 | 12-CV-0630-LHK-PSG/1:12-CV-20271-S | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Toshiyuki Masui

| | | |
|---|---|---|
| CD/DVD - First Set | 4.00  Disks | 500.00 |
| Synchronization | 5.00  Hours | 625.00 |
| | TOTAL DUE >>> | $1,125.00 |

Ordered By   : Anna Bonny Chauvet, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50975 |
| Invoice Date | : | 7/3/2013 |
| **Total Due** | : | **$ 1,125.00** |

| | | |
|---|---|---|
| Job No. | : | 35522 |
| BU ID | : | 82-JAP-V |
| Case No. | : | 12-CV-0630-LHK-PSG/1:12-CV-20271-SCOLA |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple; Motorola -v- Apple (TRIPLE CASE) |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50935 | 7/8/2013 | 38695 |
| Job Date | Case No. | |
| 6/21/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

Ju-Ho Lee

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 342.00 Pages | 85.50 |
| LEF/SBF/XMEF | | 75.00 |
| **TOTAL DUE >>>** | | **$2,160.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 50935 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,160.50** |

| | | |
|---|---|---|
| Job No. | : | 38695 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos - Asia**
 **405 East Gude Drive**
 **Suite 209**
 **Rockville, MD  20850**

# INVOICE




PLANET DEPOS
ASIA
888.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51428 | 7/8/2013 | 38698 |
| Job Date | Case No. | |
| 6/21/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| | Payment Terms | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Ju-Ho Lee
Videographer Daily Fee                                          1,300.00
~~Synchronization                              4.50  Hours        562.50~~

**TOTAL DUE >>>        $1,862.50**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51428 |
| Invoice Date | : | 7/8/2013 |
| Total Due | : | $ 1,862.50 |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38698 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49460 | 7/8/2013 | 38304 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Young-Bum Kim, Volume 2 | | 1,800.00 |
| Reporter Daily Minimum | | ~~375.00~~ |
| Overtime | | ~~200.00~~ |
| Realtime Hook-up fee | | 77.75 |
| Exhibits | 311.00  Pages | |
| LEF/SBF/XMEF | | ~~75.00~~ |
| **TOTAL DUE  >>>** | | **$2,527.75** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 49460 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,527.75** |

| | | |
|---|---|---|
| Job No. | : | 38304 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE

 

PLANET DEPOS
ASIA

888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51300 | 7/8/2013 | 38305 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Young-Bum Kim, 30(b)(6) & Individual, Volume 2

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| Overtime | | 275.00 |
| Synchronization | 6.50 Hours | 812.50 |
| **TOTAL DUE >>>** | | **$2,387.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | |
|---|---|---|
| Invoice No. | : | 51300 |
| Invoice Date | : | 7/8/2013 |
| **Total Due** | : | **$ 2,387.50** |

Remit To: **Planet Depos - Asia**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 38305 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

**Veritext  New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| Bill To: | Joseph J Mueller, Esq |  |  |
|---|---|---|---|
|  | Wilmer Cutler Pikering Hale & Dorr | **Invoice #:** | NY1795103 |
|  | 60 State Street | **Invoice Date:** | 7/10/2013 |
|  | Boston, MA, 02109 | **Balance Due:** | $1,782.44 |

| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | BILLING #: | 45627.0008 |
|---|---|---|---|
| Job #: | 1693152 | Job Date: 7/3/2013 | Delivery: Daily | | |
| Billing Atty: | Joseph J Mueller, Esq | | |
| Location: | Qualcomm Headquarters | | |
|  | 5775 Morehouse Drive | Building N | San Diego, CA 92121 | | |
| Sched Atty: | David Horniak | Williams & Connolly LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
|  | Certified Transcript | Page | 118.00 | $3.75 | $442.50 |
|  | Transcript - Fee for Daily | Page | 118.00 | $2.95 | $348.10 |
|  | Exhibits | Per Page | 110.00 | $0.40 | $44.00 |
|  | Exhibits - Color | Per Page | 131.00 | $2.95 | $386.45 |
| Susan Sweeney | Rough Draft | Page | 118.00 | $1.75 | $206.50 |
|  | Realtime Services | Page | 118.00 | $1.75 | $206.50 |
|  | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
|  | Exhibits Scanned-Searchable - OCR | Per page | 241.00 | $0.29 | $69.89 |
|  | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | Invoice Total: | $1,782.44 |
|---|---|---|---|
|  | | Payment: | $0.00 |
|  | | Credit: | $0.00 |
|  | | Interest: | $0.00 |
|  | | Balance Due: | $1,782.44 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | NY1795103<br>1693152<br>7/10/2013<br>$1,782.44 |
|---|---|---|---|

94019



**Veritext  New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Joseph J Mueller, Esq<br>Wilmer Cutler Pickering Hale & Dorr<br>60 State Street<br>Boston, MA, 02109 | **Invoice #:** | NY1795776 |
| | **Invoice Date:** | 7/10/2013 |
| | **Balance Due:** | $1,851.32 |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1685320 | Job Date: 7/8/2013 | Delivery: Dally |
| **Billing Atty:** | Joseph J Mueller, Esq |
| **Location:** | Qualcomm Headquarters |
| | 5775 Morehouse Drive | Building N | San Diego, CA 92121 |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 126.00 | $3.75 | $472.50 |
| | Transcript - Fee for Dally | Page | 126.00 | $2.95 | $371.70 |
| | Exhibits | Per Page | 177.00 | $0.40 | $70.80 |
| | Exhibits - Color | Per Page | 131.00 | $2.50 | $327.50 |
| Fabian Gonell | Rough Draft | Page | 126.00 | $1.75 | $220.50 |
| | Realtime Services | Page | 126.00 | $1.75 | $220.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 308.00 | $0.29 | $89.32 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| | | | |
|---|---|---|---|
| **Notes:** | | **Invoice Total:** | $1,851.32 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,851.32 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 118 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY1795776 |
| Job #: | 1685320 |
| Invoice Date: | 7/10/2013 |
| Balance: | $1,851.32 |

94019

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: David C Yang , Esq | Invoice #: | NY1795083 |
| Wilmer Cutler Pikering Hale & Dorr | Invoice Date: | 7/10/2013 |
| 350 South Grand Ave | Balance Due: | $3,206.81 |
| Suite 2100 | | |
| Los Angeles, CA, 92101 | | |

| | | |
|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** 45627.0008 |
| **Job #:** | 1693148 | Job Date: 7/1/2013 | Delivery: Daily | |
| **Billing Atty:** | David C Yang , Esq | |
| **Location:** | Qualcomm Headquarters | |
| | 5775 Morehouse Drive | San Diego, CA 92121 | |
| **Sched Atty:** | David Horniak | Williams & Connolly LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 300.00 | $3.75 | $1,125.00 |
| | Transcript - Fee for Daily | Page | 300.00 | $2.95 | $885.00 |
| | Exhibits | Per Page | 99.00 | $0.40 | $39.60 |
| Jim Hutchison | Rough Draft | Page | 300.00 | $1.75 | $525.00 |
| | Realtime Services | Page | 300.00 | $1.75 | $525.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 99.00 | $0.29 | $28.71 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,206.81 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,206.81 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 55 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to** | Please remit payment to: | **Invoice #:** | NY1795083 |
| **www.Veritext.com** | Veritext | **Job #:** | 1693148 |
| Veritext accepts all major credit cards | P.O. Box 71303 | **Invoice Date:** | 7/10/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | **Balance:** | $3,206.81 |

# INVOICE


PLANET DEPOS
ASIA
888.433.3767 WWW.PLANETDEPOS.COM


AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51020 | 7/12/2013 | 38680 |
| **Job Date** | **Case No.** | |
| 6/24/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

TRANSCRIPT WITH INDEX OF:
  Joonkyo (Joseph) Cheong, 30(b)(6) & Individual
    Reporter Daily Minimum                                                                      1,500.00
    Exhibits                                              327.00 Pages                               81.75
    LEF/5BF/XMEF                                                                                     75.00
    Delivery                                                                                         40.00

                                                         TOTAL DUE >>>              $1,696.75

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | |
|---|---|---|
| Invoice No. | : | 51020 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,696.75** |

| | | |
|---|---|---|
| Job No. | : | 38680 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD  20850

# INVOICE

 

PLANET DEPOS
ASIA
886.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51966 | 7/12/2013 | 38682 |

| Job Date | Case No. |
|---|---|
| 6/24/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Joonkyo (Joseph) Cheong, 30(b)(6) & Individual

| | | |
|---|---|---|
| CD/DVD - First Set | 4.00  Disks | 500.00 |
| Synchronization | 7.00  Hours | 875.00 |
| TOTAL DUE >>> | | $1,375.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | |
|---|---|---|
| Invoice No. | : | 51966 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,375.00** |

Remit To:  **Planet Depos - Asia**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 38682 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51205 | 7/12/2013 | 39656 |

| Job Date | Case No. |
|---|---|
| 6/26/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| John C. Hardwick | 107.00  Pages | 422.65 |
| ~~Attendance~~ | | ~~75.00~~ |
| ~~Realtime~~ | ~~89.00  Pages~~ | ~~155.75~~ |
| ~~Rough ASCII~~ | ~~89.00  Pages~~ | ~~133.50~~ |
| Exhibits | 108.00  Pages | 27.00 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |

TOTAL DUE >>>            **$888.90**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51205 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 888.90** |

| | | |
|---|---|---|
| Job No. | : | 39656 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



PLANET DEPOS
Where it happens
888 433 3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51983 | 7/12/2013 | 39701 |
| **Job Date** | **Case No.** | |
| 6/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  John C. Hardwick
    Two Hour Minimum                                                      395.00
    Subsequent Hours                        1.50  Hours                   225.00
    ~~Synchronization~~                      ~~2.50  Hours~~              ~~125.00~~
                                            **TOTAL DUE >>>**         **$745.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51983 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 745.00** |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39701 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE

 

PLANET DEPOS
ASIA
*Worldwide Coverage*
888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME
*Your Local Court Reporting Agency Around The World*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51598 | 7/12/2013 | 39147 |
| Job Date | Case No. | |
| 6/29/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

Joonho Park

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Realtime Hook-up fee | | 200.00 |
| Exhibits | 309.00  Pages | 77.25 |
| LEF/SBF/XMEF | | 75.00 |
| | TOTAL DUE  >>> | $2,152.25 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51598 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 2,152.25** |

Remit To: Planet Depos - Asia
          405 East Gude Drive
          Suite 209
          Rockville, MD  20850

| | | |
|---|---|---|
| Job No. | : | 39147 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

# INVOICE



PLANET DEPOS
ASIA
Worldwide Dadadada
888.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52169 | 7/12/2013 | 39148 |

| Job Date | Case No. | |
|---|---|---|
| 6/29/2013 | 12-CV-0630-LHK-PSG | |

| Case Name | | |
|---|---|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Joonho Park

| | | | |
|---|---|---|---|
| Videographer Daily Fee | | | 1,300.00 |
| Synchronization | 3.50 | Hours | 437.50 |
| | **TOTAL DUE  >>>** | | **$1,737.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 52169 |
| Invoice Date | : | 7/12/2013 |
| **Total Due** | : | **$ 1,737.50** |

| | | |
|---|---|---|
| Job No. | : | 39148 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION) |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** John P Pettit, Esq | **Invoice #:** NY1808208 |
| Wilmer Cutler Pikering Hale & Dorr | **Invoice Date:** 7/26/2013 |
| 950 Page Mill Rd | **Balance Due:** $3,543.25 |
| Palo Alto, CA, 94304 | |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1691949 \| Job Date: 7/3/2013 \| Delivery: Expedited |
| **Billing Atty:** | John P Pettit, Esq |
| **Location:** | Qualcomm Headquarters |
| | 5775 Morehouse Drive \| Building N \| San Diego, CA 92121 |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 167.00 | $3.75 | $626.25 |
| | Transcript - Expedited Fee | Page | 167.00 | $2.95 | $492.65 |
| | Exhibits | Per Page | 3615.00 | $0.20 | $723.00 |
| Ming-Chieh Kuo | Rough Draft | Page | 167.00 | $1.75 | $292.25 |
| | Realtime Services | Page | 167.00 | $1.75 | $292.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned Searchable - OCR | Per page | 3615.00 | $0.29 | $1,048.35 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $3,543.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,543.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

### THIS INVOICE IS 34 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1808208 |
| **Job #:** | 1691949 |
| **Invoice Date:** | 7/26/2013 |
| **Balance:** | $3,543.25 |

# INVOICE



PLANET DEPOS
ASIA

888 433 3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Legal Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51739 | 7/29/2013 | 39172 |

| Job Date | Case No. |
|---|---|
| 7/4/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
Jong Pil (JP) Hong, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| Exhibits | 215.00  Pages | 53.75 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~25.00~~ |

TOTAL DUE >>>   $1,953.75

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 51739 |
| Invoice Date | : | 7/29/2013 |
| **Total Due** | : | **$ 1,953.75** |

Remit To:  **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39172 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52891 | 7/29/2013 | 39174 |

| Job Date | Case No. |
|---|---|
| 7/4/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |



PLANET DEPOS
ASIA
*Worldwide Deposes*

888.433.3767   WWW.PLANETDEPOS.COM

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Jong Pil (JP) Hong, 30(b)(6) & Individual

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| Synchronization | 3.50 Hours | 437.50 |
| | **TOTAL DUE >>>** | **$1,737.50** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | |
|---|---|---|
| Invoice No. | : | 52891 |
| Invoice Date | : | 7/29/2013 |
| **Total Due** | : | **$ 1,737.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 39174 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Anna Lee, Esq<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>950 Page Mill Rd<br><br>Palo Alto, CA, 94304-1012 | **Invoice #:** NY1813394<br>**Invoice Date:** 7/31/2013<br>**Balance Due:** $1,962.44 |

| | |
|---|---|
| **Case:** | Apple, Inc. v. Samsung Electronics Co. |
| **Job #:** | 1701313 \| Job Date: 7/29/2013 \| Delivery: Normal |
| **Billing Atty:** | Anna Lee, Esq |
| **Location:** | Veritext Irvine |
| | 20 Corporate Park \| Suite 350 \| Irvine, CA 92606 |
| **Sched Atty:** | David Hornlak \| Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 78.00 | $3.75 | $292.50 |
| | Exhibits | Per Page | 1826.00 | $0.40 | $730.40 |
| | Rough Draft | Page | 78.00 | $1.75 | $136.50 |
| | Realtime Services | Page | 78.00 | $1.75 | $136.50 |
| Suzanne Chapman | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 1826.00 | $0.29 | $529.54 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,962.44 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,962.44 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/ati-services/service-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY1813394<br>**Job #:** 1701313<br>**Invoice Date:** 7/31/2013<br>**Balance:** $1,962.44 |

# INVOICE



**PLANET DEPOS**
*We make it happen.*
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52488 | 8/7/2013 | 40634 |
| **Job Date** | **Case No.** | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |

| **Case Name** |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |
| **Payment Terms** |
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| Scott Bartgis | 61.00 Pages | 335.50 |
|---|---|---|
| ~~Realtime~~ | ~~50.00 Pages~~ | ~~87.50~~ |
| ~~Rough ASCII~~ | ~~50.00 Pages~~ | ~~75.00~~ |
| ~~Attendance~~ | | ~~125.00~~ |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |

**TOTAL DUE >>>**   **$698.00**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 52488 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 698.00** |

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| Job No. | : | 40634 |
|---|---|---|
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
*We make it happen.*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53105 | 8/7/2013 | 40637 |
| Job Date | Case No. | |
| 7/15/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Scott Bartgis

| | | |
|---|---|---|
| Two Hour Minimum | | 395.00 |
| Subsequent Hours | | 150.00 |
| Synchronization | 1.50 Hours | 75.00 |
| | TOTAL DUE >>> | $620.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 53105 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 620.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| Job No. | : | 40637 |
|---|---|---|
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE

 

PLANET DEPOS
ASIA

888.433.7767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52638 | 8/7/2013 | 40314 |

| Job Date | Case No. |
|---|---|
| 7/17/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:
Heung-Mo Lee, 30(b)(6) & Individual

| | | |
|---|---|---|
| Reporter Daily Minimum | | 1,800.00 |
| ~~Overtime~~ | ~~2.00  Hours~~ | ~~750.00~~ |
| ~~Realtime Hook-up fee~~ | | ~~200.00~~ |
| Exhibits | 407.00  Pages | 101.75 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |

**TOTAL DUE >>>**   $2,926.75

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 52638 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,926.75** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40314 |
| BU ID | : | 84-SK-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS          AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53113 | 8/7/2013 | 40315 |

| Job Date | Case No. |
|---|---|
| 7/17/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Heung-Mo Lee, 30(b)(6) & Individual

| | | |
|---|---|---:|
| Videographer Daily Fee | | 1,300.00 |
| Overtime | 2.00  Hours | 550.00 |
| Synchronization | 7.50  Hours | 937.50 |
| TOTAL DUE  >>> | | $2,787.50 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID:

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53113 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,787.50** |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40315 |
| BU ID | : | 85-SK-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52732 | 8/7/2013 | 40875 |
| **Job Date** | **Case No.** | |
| 7/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Stewart Cheifet | | |
| | 51.00  Pages | 201.45 |
| Realtime | 42.00  Pages | 73.50 |
| Rough ASCII | 42.00  Pages | 63.00 |
| Attendance | | 75.00 |
| Exhibits | 37.00  Pages | 9.25 |
| LEF/SBF/XMEF | | 75.00 |
| Delivery | | 20.00 |

TOTAL DUE >>>      **$517.20**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 52732 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 517.20** |

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40875 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53117 | 8/7/2013 | 40878 |
| **Job Date** | **Case No.** | |
| 7/19/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Stewart Cheifet

| | |
|---|---|
| Two Hour Minimum | 375.00 |
| Synchronization | 50.00 |
| **TOTAL DUE  >>>** | **$425.00** |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53117 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 425.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 40878 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53851 | 8/7/2013 | 41462 |

| Job Date | Case No. |
|---|---|
| 7/31/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kenneth Alan Parulski | 301.00 | Pages | 1,655.50 |
| ~~Realtime~~ | ~~259.00~~ | ~~Pages~~ | ~~453.25~~ |
| ~~Rough ASCII~~ | ~~259.00~~ | ~~Pages~~ | ~~388.50~~ |
| ~~Attendance~~ | | | ~~250.00~~ |
| Exhibits | 386.00 | Pages | 96.50 |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |
| ~~Delivery~~ | | | ~~25.00~~ |

**TOTAL DUE  >>>     $2,943.75**

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 53851 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 2,943.75** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 41462 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53963 | 8/7/2013 | 41464 |
| **Job Date** | **Case No.** | |
| 7/31/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Kenneth Alan Parulski

|  |  |  |
|---|---|---|
| Two Hour Minimum | | 395.00 |
| Subsequent Hours | 7.00  Hours | 1,050.00 |
| Synchronization | 5.50  Hours | 275.00 |
| | TOTAL DUE >>> | $1,720.00 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 53963 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,720.00** |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| Job No. | : | 41464 |
|---|---|---|
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
We make it happen
888-433-3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57277 | 10/11/2013 | 44744 |

| Job Date | Case No. |
|---|---|
| 9/26/2013 | 12-CV-0630-LHK-PSG |

| Case Name | |
|---|---|

Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

| Payment Terms | |
|---|---|

Due upon receipt

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| Kenneth Alan Parulski, Volume 2 | | | |
|---|---|---|---|
| | 285.00 | Pages | 1,567.50 |
| Realtime | 243.00 | Pages | 425.25 |
| Rough ASCII | 243.00 | Pages | 364.50 |
| Conference Room | | | 431.00 |
| Exhibits | 378.00 | Pages | 94.50 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 130.00 |

TOTAL DUE >>>    $3,087.75

Ordered By    : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| Invoice No. | : | 57277 |
|---|---|---|
| Invoice Date | : | 10/11/2013 |
| **Total Due** | : | **$ 3,087.75** |

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| Job No. | : | 44744 |
|---|---|---|
| BU ID | : | 21-OOT-R |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION  12-CV-0630-LHK-PSG) |

# INVOICE



PLANET DEPOS
*We make it happen.*
886.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58343 | 10/11/2013 | 44794 |
| **Job Date** | | **Case No.** |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Kenneth Alan Parulski, Volume 2

| | | |
|---|---|---|
| Two Hour Minimum | | 395.00 |
| Subsequent Hours | 8.50  Hours | 1,275.00 |
| Synchronization | 7.00  Hours | 350.00 |
| | **TOTAL DUE >>>** | **$2,020.00** |

Ordered By    :  APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 58343 |
| Invoice Date | : | 10/11/2013 |
| **Total Due** | : | **$ 2,020.00** |

Remit To:  **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 44794 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 12-CV-0630-LHK-PSG |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |