# AMENDED EXHIBIT F-1

**[Part 4 of 4]**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57252 | 10/11/2013 | 44745 |

| Job Date | Case No. |
|---|---|
| 9/26/2013 | 12-CV-0630-LHK-PSG |

**Case Name**

Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Payment Terms**

Due upon receipt

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Paul S. Min, Ph.D., Volume 1 | 289.00 Pages | 1,156.00 |
| ~~Realtime~~ | ~~229.00 Pages~~ | ~~366.40~~ |
| ~~Rough ASCII~~ | ~~229.00 Pages~~ | ~~309.15~~ |
| Exhibits | 3,842.00 Pages | 960.50 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$2,867.05** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Invoice No. : 57252
Invoice Date : 10/11/2013
**Total Due : $ 2,867.05**

Job No. : 44745
BU ID : 1-MAIN
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58350 | 10/11/2013 | 44797 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Paul Min, Ph.D., Volume 1

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 7.50 Hours | 712.50 |
| ~~Synchronization~~ | ~~6.50 Hours~~ | ~~325.00~~ |
| | **TOTAL DUE >>>** | **$1,362.50** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Invoice No. : 58350
Invoice Date : 10/11/2013
**Total Due : $ 1,362.50**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

Job No. : 44797
BU ID : 2-VIDEO
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57385 | 10/11/2013 | 44746 |
| **Job Date** | **Case No.** | |
| 9/27/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Paul Min, Ph.D., Volume 2 | 190.00 Pages | 760.00 |
| ~~Realtime~~ | ~~145.00 Pages~~ | ~~232.00~~ |
| ~~Rough ASCII~~ | ~~145.00 Pages~~ | ~~195.75~~ |
| Exhibits | 1,844.00 Pages | 461.00 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$1,723.75** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Invoice No. : 57385
Invoice Date : 10/11/2013
**Total Due : $ 1,723.75**

Job No. : 44746
BU ID : 1-MAIN
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58356 | 10/11/2013 | 44799 |

| Job Date | Case No. |
|---|---|
| 9/27/2013 | 12-CV-0630-LHK-PSG |

**Case Name**

Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Payment Terms**

Due upon receipt

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| Paul Min, Ph.D., Volume 2 | | |
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 4.00 Hours | 380.00 |
| ~~Synchronization~~ | ~~4.00 Hours~~ | ~~200.00~~ |
| | **TOTAL DUE >>>** | **$905.00** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Invoice No. : 58356
Invoice Date : 10/11/2013
**Total Due : $ 905.00**

Job No. : 44799
BU ID : 2-VIDEO
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57818 | 10/11/2013 | 44749 |
| **Job Date** | **Case No.** | |
| 10/3/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| Item | Quantity | Unit | Amount |
|---|---|---|---|
| Daniel Schonfeld, Ph.D., Volume 1 | 332.00 | Pages | 1,328.00 |
| ~~Realtime~~ | ~~288.00~~ | ~~Pages~~ | ~~460.80~~ |
| ~~Rough ASCII~~ | ~~288.00~~ | ~~Pages~~ | ~~388.80~~ |
| Exhibits | 1,565.00 | Pages | 391.25 |
| ~~LEF/SBF/XMEF~~ | | | ~~75.00~~ |
| | **TOTAL DUE >>>** | | **$2,643.85** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44749 BU ID : 1-MAIN
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 57818 Invoice Date : 10/11/2013
**Total Due : $ 2,643.85**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58363 | 10/11/2013 | 44801 |
| **Job Date** | **Case No.** | |
| 10/3/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Daniel Schonfeld, Ph.D., Volume 1

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 7.50 Hours | 712.50 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~350.00~~ |
| | **TOTAL DUE >>>** | **$1,387.50** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44801 BU ID : 2-VIDEO
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 58363 Invoice Date : 10/11/2013
**Total Due : $ 1,387.50**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57857 | 10/11/2013 | 44750 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Daniel Schonfeld, Ph.D., Volume 2 | 197.00 Pages | 788.00 |
| ~~Realtime~~ | ~~169.00 Pages~~ | ~~270.40~~ |
| ~~Rough ASCII~~ | ~~169.00 Pages~~ | ~~228.15~~ |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$1,361.55** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44750 BU ID : 1-MAIN
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 57857 Invoice Date : 10/11/2013
**Total Due : $ 1,361.55**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58367 | 10/11/2013 | 44802 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Daniel Schonfeld, Ph.D., Volume 2

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 3.00 Hours | 285.00 |
| ~~Synchronization~~ | ~~4.00 Hours~~ | ~~200.00~~ |
| | **TOTAL DUE >>>** | **$810.00** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44802 BU ID :2-VIDEO
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 58367 Invoice Date :10/11/2013
**Total Due : $ 810.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57613 | 10/11/2013 | 44747 |
| **Job Date** | **Case No.** | |
| 10/1/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Sanjay Rao, Ph.D. | 355.00 Pages | 1,420.00 |
| ~~Realtime~~ | ~~291.00 Pages~~ | ~~465.60~~ |
| ~~Rough ASCII~~ | ~~201.00 Pages~~ | ~~392.85~~ |
| Exhibits | 198.00 Pages | 49.50 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| | **TOTAL DUE >>>** | **$2,402.95** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44747 BU ID : 1-MAIN
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 57613 Invoice Date : 10/11/2013
**Total Due : $ 2,402.95**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58361 | 10/11/2013 | 44800 |

| Job Date | Case No. |
|---|---|
| 10/1/2013 | 12-CV-0630-LHK-PSG |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) |

| Payment Terms |
|---|
| Due upon receipt |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Sanjay Rao, Ph.D.

| | | |
|---|---|---|
| Two Hour Minimum | | 325.00 |
| Subsequent Hours | 8.00 Hours | 760.00 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~350.00~~ |
| | **TOTAL DUE >>>** | **$1,435.00** |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44800 BU ID : 2-VIDEO
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 58361 Invoice Date : 10/11/2013
**Total Due : $ 1,435.00**

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57981 | 11/6/2013 | 45589 |
| Job Date | Case No. | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Remy Libchaber | 276.00 Pages | 1,918.20 |
| ~~Realtime~~ | ~~235.00 Pages~~ | ~~458.25~~ |
| ~~Rough ASCII~~ | ~~235.00 Pages~~ | ~~458.25~~ |
| ~~Attendance~~ | | ~~250.00~~ |
| Exhibits | 293.00 Pages | 73.25 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~International Delivery~~ | | ~~152.37~~ |
| | **TOTAL DUE >>>** | **$3,385.32** |
| | AFTER 12/7/2013 PAY | $3,554.59 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 45589 BU ID :72-INT'L-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 57981 Invoice Date :11/6/2013
**Total Due : $ 3,385.32**
AFTER 12/7/2013 PAY $3,554.59

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59937 | 11/6/2013 | 45590 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Remy Libchaber

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| ~~Synchronization~~ | ~~5.50 Hours~~ | ~~522.50~~ |
| | **TOTAL DUE >>>** | **$1,822.50** |
| | AFTER 12/7/2013 PAY | $1,913.63 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 45590 BU ID :73-INT'L-V
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

Invoice No. : 59937 Invoice Date :11/6/2013
**Total Due : $ 1,822.50**
AFTER 12/7/2013 PAY $1,913.63

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59456 | 11/6/2013 | 45293 |
| **Job Date** | **Case No.** | |
| 10/17/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Paul Simmons | 381.00 Pages | 2,647.95 |
| ~~Realtime~~ | ~~331.00 Pages~~ | ~~645.45~~ |
| ~~Rough ASCII~~ | ~~331.00 Pages~~ | ~~645.45~~ |
| Exhibits | 600.00 Pages | 150.00 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~50.00~~ |
| | **TOTAL DUE >>>** | **$4,213.85** |
| | AFTER 12/7/2013 PAY | $4,424.54 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 45293 BU ID :72-INT'L-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 59456 Invoice Date :11/6/2013
**Total Due : $ 4,213.85**
AFTER 12/7/2013 PAY $4,424.54

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60227 | 11/6/2013 | 45294 |
| Job Date | Case No. | |
| 10/17/2013 | 12-CV-0630-LHK-PSG | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Paul Simmons

| | | |
|---|---|---|
| Videographer Daily Fee | | 1,300.00 |
| ~~Overtime~~ | ~~1.50 Hours~~ | ~~365.63~~ |
| ~~Synchronization~~ | ~~8.00 Hours~~ | ~~760.00~~ |
| | **TOTAL DUE >>>** | **$2,425.63** |
| | AFTER 12/7/2013 PAY | $2,546.91 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 45294 BU ID :73-INT'L-V
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 60227 Invoice Date :11/6/2013
**Total Due : $ 2,425.63**
AFTER 12/7/2013 PAY $2,546.91

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**




# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57859 | 11/6/2013 | 44751 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| James R. Kearl, Ph.D. | 358.00 Pages | 1,611.00 |
| ~~Attendance~~ | | ~~245.00~~ |
| ~~Realtime~~ | ~~307.00 Pages~~ | ~~537.25~~ |
| ~~Rough ASCII~~ | ~~307.00 Pages~~ | ~~460.50~~ |
| Exhibits | 1,907.00 Pages | 476.75 |
| ~~LEF/SBF/XMEF~~ | | ~~75.00~~ |
| ~~Delivery~~ | | ~~55.00~~ |
| ~~Conference Room~~ | | ~~571.60~~ |
| | **TOTAL DUE >>>** | **$4,032.10** |
| | AFTER 12/7/2013 PAY | $4,233.71 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44751 BU ID : 21-OOT-R
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 57859 Invoice Date : 11/6/2013
**Total Due : $ 4,032.10**
AFTER 12/7/2013 PAY $4,233.71

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59870 | 11/6/2013 | 44803 |
| **Job Date** | **Case No.** | |
| 10/4/2013 | 12-CV-0630-LHK-PSG | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

James R. Kearl, Ph.D.

| | | |
|---|---|---|
| Two Hour Minimum | | 350.00 |
| Subsequent Hours | 9.00 Hours | 1,125.00 |
| ~~Synchronization~~ | ~~7.00 Hours~~ | ~~350.00~~ |
| | **TOTAL DUE >>>** | **$1,825.00** |
| | AFTER 12/7/2013 PAY | $1,916.25 |

Ordered By : APPLE INC -V- SAMSUNG (Dual) - (USDC 00630) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Erik Marshall
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 44803 BU ID : 22-OOT-V
Case No. : 12-CV-0630-LHK-PSG
Case Name : Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)
Invoice No. : 59870 Invoice Date : 11/6/2013
**Total Due : $ 1,825.00**
AFTER 12/7/2013 PAY $1,916.25

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569




**Bill To:**
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Rd
Palo Alto, CA, 94304-1012

**Invoice #:** NY1984648
**Invoice Date:** 3/14/2014
**Balance Due:** $796.66

**Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO. **BILLING #:** 45627.0008
**Job #:** 1693148 | Job Date: 7/1/2013 | Delivery: Daily
**Billing Atty:**
**Location:** Qualcomm Headquarters
5775 Morehouse Drive | San Diego, CA 92121
**Sched Atty:** David Horniak | Williams & Connolly LLP

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jim Hutchison | Video – Digitizing & Transcript Synchronization | Hour | 7.50 | $96.00 | $720.00 |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$76.66~~ | ~~$76.66~~ |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $796.66 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $796.66 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** NY1984648
**Job #:** 1693148
**Invoice Date:** 3/14/2014
**Balance:** $796.66

61623

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569




**Bill To:** Joseph J Mueller, Esq
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Rd
Palo Alto, CA, 94304-1012

| | |
|---|---|
| **Invoice #:** | NY1984649 |
| **Invoice Date:** | 3/14/2014 |
| **Balance Due:** | $192.00 |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1693152 \| Job Date: 7/3/2013 \| Delivery: Normal |
| **Billing Atty:** | Joseph J Mueller, Esq |
| **Location:** | Qualcomm Headquarters<br>5775 Morehouse Drive \| Building N \| San Diego, CA 92121 |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Susan Sweeney | Video – Digitizing & Transcript Synchronization | Hour | 2.00 | $96.00 | $192.00 |
| | ~~Video - Extended Hours Surcharge~~ | ~~Hour~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |

**Notes:** Shipping on Invoice NY1984648

| | |
|---|---|
| **Invoice Total:** | $192.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $192.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY1984649** |
| **Job #:** | **1693152** |
| **Invoice Date:** | **3/14/2014** |
| **Balance:** | **$192.00** |

61623

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569




**Bill To:** Joseph J Mueller, Esq
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Rd
Palo Alto, CA, 94304-1012

| | |
|---|---|
| **Invoice #:** | NY1986852 |
| **Invoice Date:** | 3/14/2014 |
| **Balance Due:** | $192.00 |

| | | | |
|---|---|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. | **BILLING #:** | 45627.0008 |
| **Job #:** | 1685320 \| Job Date: 7/8/2013 \| Delivery: Normal | | |
| **Billing Atty:** | Joseph J Mueller, Esq | | |
| **Location:** | Qualcomm Headquarters<br>5775 Morehouse Drive \| Building N \| San Diego, CA 92121 | | |
| **Sched Atty:** | David Horniak \| Williams & Connolly LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Fabian Gonell | Video – Digitizing & Transcript Synchronization | Hour | 2.00 | $96.00 | $192.00 |
| | ~~Video - Extended Hours Surcharge~~ | ~~Hour~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |
| | ~~Shipping & Handling - Video Media~~ | ~~Package~~ | ~~1.00~~ | ~~$0.00~~ | ~~$0.00~~ |

**Notes:** Shipping on Invoice NY1984648

| | |
|---|---|
| **Invoice Total:** | $192.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $192.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 60 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY1986852 |
| **Job #:** | 1685320 |
| **Invoice Date:** | 3/14/2014 |
| **Balance:** | $192.00 |

61623