# AMENDED SCHEDULE G-3

Amended Schedule G-3 (Other File Processing/Upload Costs)

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 9/5/2012 | 2905_23 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 42,307.99 | $ 35,743.00 | | $ 35,743.00 |
| 10/2/2012 | 2987_23 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 36,422.15 | $ 10,380.00 | | $ 10,380.00 |
| 11/1/2012 | 3053_33 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 47,661.32 | $ 28,095.00 | | $ 28,095.00 |
| 12/3/2012 | 3127_28 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 35,250.62 | $ 14,605.00 | | $ 14,605.00 |
| 1/3/2013 | 3206_29 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 12,376.40 | $ 9,280.00 | | $ 9,280.00 |
| 2/4/2013 | 3277_35 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 43,596.78 | $ 29,005.00 | | $ 29,005.00 |
| 3/4/2013 | 13354_37 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 45,594.30 | $ 10,675.00 | | $ 10,675.00 |
| 4/2/2013 | 3437_32 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 23,551.75 | $ 3,860.00 | | $ 3,860.00 |
| 5/2/2013 | 3526_39 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 39,582.36 | $ 2,910.00 | | $ 2,910.00 |
| 6/4/2013 | 3623_39 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 63,840.71 | $ 15,975.00 | | $ 15,975.00 |
| 7/2/2013 | 3707_33 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 54,142.77 | $ 7,140.00 | | $ 7,140.00 |
| 8/1/2013 | 3788_30 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | $ 43,151.83 | $ 5,100.00 | | $ 5,100.00 |
| 11/9/2012 | 19145 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 54.19 | $ 50.00 | $ 4.19 | $ 54.19 |
| 11/20/2012 | 19153 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 51.59 | $ 47.60 | $ 3.99 | $ 51.59 |
| 12/19/2012 | 19240 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 191.41 | $ 176.62 | $ 14.79 | $ 191.41 |

Amended Schedule G-3 (Other File Processing/Upload Costs)

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 5/21/2013 | 50000714 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 311.29 | $ 311.29 | $ 26.85 | $ 338.14 |
| 5/21/2013 | 50000715 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 196.32 | $ 180.73 | $ 15.59 | $ 196.32 |
| 5/31/2013 | 50000939 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 88.11 | $ 61.11 | $ 5.27 | $ 66.38 |
| 6/21/2013 | 50001215 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 120.16 | $ 110.62 | $ 9.54 | $ 120.16 |
| 1/29/2013 | 19341 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 141.48 | $ 130.25 | $ 11.23 | $ 141.48 |
| 1/31/2013 | 19352 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 73.62 | $ 57.77 | $ 4.98 | $ 62.75 |
| 2/28/2013 | 19408 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 1,451.90 | $ 1,336.62 | $ 115.28 | $ 1,451.90 |
| 2/28/2013 | 19409 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 79.02 | $ 72.75 | $ 6.27 | $ 79.02 |
| 2/28/2013 | 19412 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 444.44 | $ 409.15 | $ 35.29 | $ 444.44 |
| 2/28/2013 | 19413 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 75.93 | $ 69.90 | $ 6.03 | $ 75.93 |
| 2/28/2013 | 19427 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 54.86 | $ 50.50 | $ 4.36 | $ 54.86 |
| 3/20/2013 | 19447 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 672.98 | $ 579.54 | $ 49.99 | $ 629.53 |
| 3/27/2013 | 19451 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 100.00 | $ 92.06 | $ 7.94 | $ 100.00 |
| 3/27/2013 | 19452 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 43.99 | $ 40.50 | $ 3.49 | $ 43.99 |
| 4/29/2013 | 50000276 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 39.26 | $ 36.14 | $ 3.12 | $ 39.26 |
| 4/30/2013 | 50000464 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 83.99 | $ 77.32 | $ 6.67 | $ 83.99 |
| 6/18/2013 | 50001128 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 123.76 | $ 113.93 | $ 9.83 | $ 123.76 |
| 6/18/2013 | 50001129 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | $ 138.95 | $ 127.92 | $ 11.03 | $ 138.95 |
| | | | **Total** | | | | $ 177,256.05 |
| | | | **Percent of Uploaded Documents Produced** | | | | 5.976% |
| | | | **Total Amount Claimed for Produced Documents** | | | | $ 10,592.82 |