UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING IN PART AND |
| v. ) | DENYING IN PART |
| ) | ADMINISTRATIVE MOTIONS TO |
| SAMSUNG ELECTRONICS CO., LTD., a ) | SEAL |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court are administrative motions to seal in connection with Apple's motion for a permanent injunction. ECF Nos. 1895, 1907.

Pursuant to the standards in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court finds that the instant sealing requests should be reviewed under the "compelling reasons" standard. Apple's motion for a permanent injunction is "directly relevant to the merits of the case," *Kamakana*, 447 F.3d at 1180, and therefore subject to a presumption of public access.

With these standards in mind, the Court rules on the instant motions as follows.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1895 | 1895-3 | Apple's Motion for a Permanent Injunction | GRANTED. The parenthetical at 11:28-12:1 shall also be redacted, as shown in the publicly redacted version at ECF No. 1898. |
| 1895 | 1895-12 | Selwyn Decl. Ex. 6 | GRANTED. |
| 1907 | 1907-3, 1907-4, 1933 | Samsung's Opposition to Apple's Motion for a Permanent Injunction | GRANTED as to proposed redactions shown in ECF Nos. 1907-4 and 1933. The prior version in ECF No. 1907-3 shall remain sealed. |
| 1907 | 1907-5, 1933-3 | Chevalier Declaration and Exs. 2, 4, 5 | GRANTED as to proposed redactions shown in ECF No. 1933-3. Otherwise DENIED. |
| 1907 | 1907-6, 1933-4 | Erdem Declaration and Ex. 2 | GRANTED as to proposed redactions shown in ECF No. 1933-4, except in Ex. 2 ¶¶ 37, 40, 42, 300, 302, 308, 309, and 326 because that information was publicly disclosed at trial. Otherwise DENIED. |
| 1907 | 1907-7, 1933-5 | Reibstein Declaration and Ex. 1 | GRANTED as to proposed redactions shown in ECF No. 1933-5, except in Ex. 1 ¶¶ 43, 44, 54, 55, 62, 63, 67, 68, and 75 because that information was publicly disclosed at trial. Otherwise DENIED. |
| 1907 | 1907-9, 1933-1 | Fazio Ex. 1 | GRANTED as to proposed redactions shown in ECF No. 1933-1. Otherwise DENIED. |
| 1907 | 1907-10, 1933-2 | Fazio Ex. 2 | GRANTED. |
| 1907 | 1907-11 | Fazio Ex. 3 | DENIED with prejudice because no party claims the information is confidential. |
| 1907 | 1907-12 | Fazio Ex. 4 | DENIED with prejudice because no party claims the information is confidential. |
| 1907 | 1907-13 | Fazio Ex. 5 | DENIED with prejudice because no party claims the information is confidential. |

**IT IS SO ORDERED.**

Dated: November 20, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable. Where multiple versions of proposed redactions were filed, the Court rules on the last-filed proposed redactions.