UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Before the Court are administrative motions to seal in connection with the parties' high-priority objections ("HPOs") during the March through May 2014 trial. ECF Nos. 1593, 1637, 1638, 1666, 1672, 1673, 1688, 1709, 1710, 1711, 1726, 1727, 1728, 1740, 1741, 1742.

Pursuant to the standards in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court finds that the instant sealing requests should be reviewed under the "compelling reasons" standard. The parties' HPOs addressed the scope of trial evidence, and were thus "directly relevant to the merits of the case," *Kamakana*, 447 F.3d at 1180, and subject to a presumption of public access.

With these standards in mind, the Court rules on the instant motions as follows.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1593 | 1593-3 | Apple's HPO Brief | DENIED with prejudice because the document has been publicly filed. *See* ECF No. 1751. |
| 1593 | 1593-5 | Ex. 1: Excerpt of Mowry Expert Report | DENIED with prejudice because no supporting declaration was ever filed. |
| 1593 | 1593-6 | Ex. 2: Excerpt of Snoeren Expert Report | DENIED with prejudice because no supporting declaration was ever filed. |
| 1637 | 1637-3 | Apple's HPO Brief | DENIED with prejudice because the information was publicly disclosed at trial. |
| 1637 | 1637-6 | Olson Decl. Ex. 2 | DENIED with prejudice because the document has been publicly filed. *See* ECF No. 1712-2. |
| 1637 | 1637-11 | Olson Decl. Ex. 7 | DENIED with prejudice because the document has been publicly filed. *See* ECF No. 1712-3. |
| 1637 | 1637-13 | Olson Decl. Ex. 9: Maccoun Deposition Excerpt | DENIED with prejudice because these deposition excerpts were played publicly on April 22, 2014, and publicly filed. *See* ECF No. 1920. |
| 1638 | 1638-5 | Ex. 5 to Deposition of Cary Clark, June 25, 2013: Android Bootcamp slides | DENIED with prejudice as to the title slide, and otherwise GRANTED. |
| 1638 | 1638-6 | Ex. 4 to Deposition of Dianne Hackborn, June 18, 2013: Linkify | DENIED with prejudice because the document has been publicly filed. *See* ECF No. 1712-4. |
| 1638 | 1638-7 | PX212 | GRANTED. |
| 1638 | 1638-8 | PX221 | GRANTED. |
| 1638 | 1638-9 | PX147 | DENIED with prejudice because the document has been publicly filed. *See* ECF No. 1712-5. |
| 1638 | 1638-10 | PX227 | Previously GRANTED. *See* ECF No. 1866-1. |
| 1666 | 1666-3 | Apple's HPO Brief | GRANTED. |
| 1672 | 1672-3 | Apple's HPO Brief | DENIED with prejudice because no party claims the information is confidential. |
| 1672 | 1672-7 | Olson Decl. Ex. 3: Jeffay Dep. Tr. | DENIED with prejudice because no party claims the information is confidential. |
| 1672 | 1672-13 | Olson Decl. Ex. 9: Excerpts of Wigdor Expert Report | DENIED with prejudice because no party claims the information is confidential. |
| 1672 | 1672-14 | Olson Decl. Ex. 10: Excerpts of Expert Report | DENIED with prejudice because no party claims the information is confidential. |

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1673 | 1673-7 | Fazio Decl. Ex. C | DENIED without prejudice because the Court cannot discern whether non-party Google's request is narrowly tailored without an unredacted version showing proposed redactions.  *See* Civ. L. R. 79-5(d)(1). |
| 1673 | 1673-8 | Fazio Decl. Ex. D | DENIED with prejudice because no party claims the information is confidential. |
| 1673 | 1673-9 | Fazio Decl. Ex. E | DENIED with prejudice because no party claims the information is confidential. |
| 1673 | 1673-16 | Cohen Decl. | DENIED with prejudice because no supporting declaration was ever filed. |
| 1673 | 1673-17 | DX305 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-18 | DX310 | DENIED with prejudice because no supporting declaration was ever filed. |
| 1673 | 1673-19 | DX311 | DENIED with prejudice because the exhibit was publicly disclosed at trial. |
| 1673 | 1673-20 | DX312 | DENIED with prejudice because the exhibit was publicly disclosed at trial. |
| 1673 | 1673-21 | DX314 | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-22 | DX318 | DENIED with prejudice because no supporting declaration was ever filed. |
| 1673 | 1673-23 | DX320 | DENIED with prejudice because no supporting declaration was ever filed. |
| 1673 | 1673-24 | DX323 (Part 1) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-25 | DX323 (Part 2) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-26 | DX324 (Part 1) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-27 | DX324 (Part 2) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-28 | DX324 (Part 3) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-29 | DX324 (Part 4) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-30 | DX324 (Part 5) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-31 | DX326 | DENIED with prejudice because the exhibit was publicly disclosed at trial. |
| 1673 | 1673-32 | DX342 | DENIED with prejudice because the exhibit was publicly disclosed at trial. |

Case No.: 5:12-CV-00630-LHK
ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1673 | 1673-33 | DX345 | DENIED with prejudice because the exhibit was publicly disclosed at trial. |
| 1673 | 1673-34 | SDX2693 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-35 | Wall Street Journal article | DENIED with prejudice because the exhibit contains no sealable information. |
| 1673 | 1673-36 | JX50B | Previously GRANTED. *See* ECF No. 1705. |
| 1673 | 1673-37 | JX50C | Previously GRANTED. *See* ECF No. 1705 |
| 1673 | 1673-38 | JX51B | Previously GRANTED. *See* ECF No. 1680 at 2. |
| 1673 | 1673-39 | JX51C | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-(40-43) | PX200 (excerpts) (Parts 1-4) | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-44 | PX201 (excerpts) | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-45 | PX216 (excerpts) | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-46 | DX314 | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-47 | DX316 | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1673 | 1673-48 | SDX2570 | Previously GRANTED. *See* ECF No. 1699 at 2. |
| 1688 | 1688-6 | JX61 | DENIED with prejudice because the information has been publicly disclosed. |
| 1688 | 1688-7 | DX301 | DENIED with prejudice because the exhibit was admitted publicly at trial. |
| 1688 | 1688-8 | DX313 | DENIED with prejudice because the exhibit was admitted publicly at trial. |
| 1688 | 1688-9 | DX321 | DENIED with prejudice because the exhibit was admitted publicly at trial. |
| 1688 | 1688-10 | SDX2558 | DENIED with prejudice because the information has been publicly disclosed. |
| 1688 | 1688-11 | SDX2562 | DENIED with prejudice because this slide contains no sealable information. |
| 1688 | 1688-12 | SDX2707 | DENIED with prejudice because the information has been publicly disclosed. |
| 1688 | 1688-13 | SDX2744 | DENIED with prejudice because the information has been publicly disclosed. |
| 1709 | 1709-3 | Apple's HPO Brief | DENIED with prejudice. Samsung withdrew any claim of confidentiality. ECF No. 1754. |

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1709 | 1709-5 | App'x C to Rebuttal Expert Report of Erdem | DENIED with prejudice. Samsung withdrew any claim of confidentiality. ECF No. 1754. |
| 1709 | 1709-7 | Ex. 8 to Rebuttal Expert Report of Reibstein | DENIED with prejudice. Samsung withdrew any claim of confidentiality. ECF No. 1754. |
| 1709 | 1709-9 | Page 74 of Opening Expert Report of Vellturo | DENIED with prejudice. Samsung withdrew any claim of confidentiality. ECF No. 1754. |
| 1710 | 1710-3 | Samsung's HPO Brief | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1713. |
| 1710 | 1710-5 | Pages 66-67 of Expert Report of Chase | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1713. |
| 1710 | 1710-6 | Pages 141-142 of Rebuttal Expert Report of Snoeren | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1713. |
| 1711 | 1711-5 | PTX 218 | DENIED with prejudice. Samsung withdrew any claim of confidentiality. ECF No. 1754. |
| 1726 | 1726-3 | Samsung's HPO Brief | GRANTED as to proposed redactions at 2:24-27 and 3:1-3, which contain source code file names. Otherwise DENIED. |
| 1726 | 1726-5 | EX 53A | GRANTED because the document contains confidential business information including unit sales data. |
| 1726 | 1726-6 | EX 53B | GRANTED because the document contains confidential business information including unit sales data. |
| 1726 | 1726-7 | Updated damages calculations of Vellturo | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1768. |
| 1726 | 1726-8 | Excerpts of Expert Report of Parulski | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1768. |
| 1726 | 1726-9 | Excerpts of Expert Report of Schonfeld | DENIED with prejudice. Apple informed the Court that Samsung would file a version of this document with specific proposed redactions, but such a version was not filed. See ECF No. 1768 ¶¶ 5, 6. |
| 1726 | 1726-10 | Excerpts of Corrected Expert Report of Storer | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1768. |
| 1726 | 1726-11 | Excerpts of Millet Dep. | DENIED with prejudice. Apple withdrew any claim of confidentiality. ECF No. 1768. |
| 1726 | 1726-12 through 1726-14 | JX41-43 (iPad Models) | DENIED with prejudice because these exhibits contain no sealable information. |
| 1726 | 1726-15 | PX294 | GRANTED. This exhibit was sealed at trial. See ECF No. 1866-1. |

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1726 | 1726-16 | PX298 | GRANTED.  This exhibit is substantially the same as PX294, which was sealed. |
| 1726 | 1726-17 | DX390 | DENIED with prejudice because no party filed a sealing request. |
| 1726 | 1726-18 | DX396 | Previously GRANTED.  *See* ECF No. 1734. |
| 1726 | 1726-19 | PX248 | DENIED with prejudice because no supporting declaration was filed and the document contains no sealable information. |
| 1726 | 1726-20 | PX249 | DENIED with prejudice because no supporting declaration was filed and the document contains no sealable information. |
| 1726 | 1726-21 | PX251 | DENIED with prejudice because no supporting declaration was filed and the document contains no sealable information. |
| 1726 | 1726-22 | PX253 | DENIED with prejudice because no supporting declaration was filed and the document contains no sealable information. |
| 1726 | 1726-23 | PX254 | DENIED with prejudice because no supporting declaration was filed and the document contains no sealable information. |
| 1726 | 1726-24 | PX255 | DENIED with prejudice because this exhibit was admitted publicly at trial. |
| 1726 | 1726-25 | PX257 | Previously GRANTED.  *See* ECF No. 1730. |
| 1726 | 1726-26 | SDX3705 | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-27 | SDX3706 | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-28 | SDX3786 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-29 | SDX3912 | DENIED with prejudice because no supporting declaration was ever filed. |
| 1726 | 1726-30 through 1726-32 | SDX3994-96 | Previously GRANTED as to proposed redactions.  *See* ECF No. 1730. |
| 1726 | 1726-33 | Apple's Opening Demonstrative No. 56 | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-34 | Samsung's Opening Demonstrative No. 15 | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-35 | Hong Designations | DENIED with prejudice because the document contains no sealable information. |

**United States District Court**
For the Northern District of California

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1726 | 1726-36 | Analysis Group Survey Methods (website) | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-37 | Rao Article | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-38 | Robert Evatt Article | DENIED with prejudice because the document contains no sealable information. |
| 1726 | 1726-41 | DX431, pages 30, 33, 35 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-42 | DX453A, pages 2 and 12 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-43 | PX153 page 26 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-44 | PX183, pages 4-7 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-45 | PX201, pages 11-13, 79-80, 116 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-46 | PX204, pages 56-57 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-47 | PX246, pages 1, 2, 4, 5, 6, 15 | Previously GRANTED as to highlighted portions and otherwise DENIED. *See* ECF No. 1734. |
| 1726 | 1726-48 | PX102, pages 3 and 4 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-49 | SDX3786 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-50 | DX353 | Previously GRANTED. *See* ECF No. 1730. |
| 1726 | 1726-51 | DX396 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-52 | DX491 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-53 | SDX3720-24 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-54 | SDX3926 | Previously GRANTED. *See* ECF No. 1734. |
| 1726 | 1726-55 | SDX3977-79, 90-92 | Previously GRANTED. *See* ECF No. 1734. |
| 1727 | 1727-3 | Apple's HPO Brief | DENIED with prejudice because this document contains no sealable information. |
| 1727 | 1727-6 | Ex. 2 | GRANTED as to Apple's proposed redactions. |
| 1727 | 1727-7 | Ex. 3 | DENIED with prejudice because this document contains no sealable information. |
| 1727 | 1727-8 | Ex. 4 | DENIED with prejudice because this document contains no sealable information. |

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1727 | 1727-9 | Ex. 5 | DENIED without prejudice because Samsung has not indicated with highlighting which portions of the document it seeks to seal. |
| 1727 | 1727-10 | Ex. 6 | GRANTED as to Apple's proposed redactions. |
| 1727 | 1727-11 | Ex. 7 | DENIED with prejudice because this document contains no sealable information. |
| 1727 | 1727-12 | Ex. 8 | DENIED with prejudice because this document contains no sealable information. |
| 1727 | 1727-13 | Ex. 9 | DENIED with prejudice as to redactions on pages 162 and 195, and otherwise GRANTED as to Apple's proposed redactions. |
| 1727 | 1727-14 | Ex. 10 | DENIED with prejudice because the information was either publicly disclosed at trial or is not sealable. |
| 1728 | 1728-4 | Excerpt of Hong Dep. | DENIED with prejudice because no supporting declaration was ever filed. |
| 1728 | 1728-9 | PX251 | DENIED with prejudice because the information was publicly disclosed at trial. |
| 1728 | 1728-10 | PX253 | DENIED with prejudice because the information was publicly disclosed at trial. |
| 1740 | 1740-12 | JX54 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-13 | PX2003 | Previously GRANTED. *See* ECF No. 1766 at 3. |
| 1740 | 1740-14 | PX2004 | Previously GRANTED. *See* ECF No. 1766 at 3. |
| 1740 | 1740-15 | DX306 (Part 1) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-16 | DX306 (Part 2) | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-17 | DX339 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-18 | DX462 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-19 | PDX97.103 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-20 | PDX97.124 | DENIED with prejudice because the exhibit contains no sealable information. |

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1740 | 1740-21 | SDX4032 | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-22 | Collaborative Programmable Intelligent Agents | DENIED with prejudice because the exhibit contains no sealable information. |
| 1740 | 1740-23 | Vellturo Dep. Tr. 1740-23. | DENIED with prejudice because no supporting declaration was ever filed. |
| 1740 | 1740-24 | Maccoun Dep. Tr. 1740-24. | DENIED with prejudice because these deposition excerpts were played publicly on April 22, 2014, and publicly filed.  *See* ECF No. 1920. |
| 1740 | 1740-27 | JX50A | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-28 | PX2003 | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-29 | PX2004 | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-30 | DX314A | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-31 | PDX92.86 | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-32 | PDX92.86A | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1740 | 1740-33 | SDX3792 | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1741 | 1741-3 | Apple's HPO Brief | DENIED with prejudice because the redacted information on Page 4 of Apple's High Priority Objections was publicly disclosed at trial. |
| 1741 | 1741-5 | Olson Decl. Ex. 1: Mowry Expert Report | DENIED with prejudice because no supporting declaration was ever filed. |
| 1741 | 1741-7 | Olson Decl. Ex. 3: Cockburn Rebuttal Expert Report | DENIED with prejudice because no supporting declaration was ever filed. |
| 1741 | 1741-8 | Olson Decl. Ex. 4 | DENIED as moot.  This document was withdrawn and removed from ECF.  *See* ECF No. 1750. |
| 1741 | 1741-9 | Olson Decl. Ex. 5: Mowry Initial Expert Report | DENIED with prejudice because no supporting declaration was ever filed. |
| 1741 | 1747 | Maccoun Dep. Tr. | DENIED with prejudice because portions of this deposition were played publicly on April 22, 2014, and publicly filed, and the remainder contains no sealable information.  *See* ECF No. 1920. |
| 1742 | 1742-6 | PTX2003 | Previously GRANTED.  *See* ECF No. 1766 at 3. |
| 1742 | 1742-7 | PTX2004 | Previously GRANTED.  *See* ECF No. 1766 at 3. |

**IT IS SO ORDERED.**

Dated: November 20, 2014

_____
LUCY H. KOH
United States District Judge