QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL FAZIO IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S AMENDED BILL OF COSTS AND CORRECTED BILL OF COSTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/6342681.1

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S AMENDED BILL OF COSTS AND CORRECTED BILL OF COSTS

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").

2. I submit this Declaration in support of Samsung's Objections to Apple's Amended Bill of Costs and Apple's Corrected Amended Bill of Costs. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

### A. Meet and Confer

3. Local Rule 54-2(b) requires that counsel meet and confer in an effort to resolve disagreement about the taxable costs claimed in the bill of costs.

4. Counsel for Samsung and Apple met and conferred on November 18, 2014 in an attempt to resolve Samsung's objections to Apple's Amended Bill of Costs. Those efforts did not resolve Samsung's objections.

### B. Annotated Schedules

5. Attached is a true and correct copy of Apple Amended Schedule D-1 as annotated by Samsung to reflect Samsung's position on the reasonable amount for trial exhibit device costs recoverable by Apple.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2014, at Los Angeles, California.

*/s/  Michael L. Fazio*
Michael L. Fazio

02198.51981/6342681.1

-1-   Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S AMENDED BILL OF COSTS AND CORRECTED BILL OF COSTS