UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| v. ) | ADMINISTRATIVE MOTIONS TO |
| ) | SEAL |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |

This Court previously ruled on certain motions to seal briefing and exhibits in connection with the parties' post-verdict motions for judgment as a matter of law. ECF No. 1964. In that order, the Court denied an administrative sealing motion (ECF No. 1897) without prejudice, permitting Samsung to file a supporting declaration by September 19, 2014. *Id.* at 3. Samsung filed a timely declaration with highlighted proposed redactions for certain documents. ECF No. 1982. The Court rules on the renewed sealing requests as follows.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1897 | 1897-9, 1982-1 | Robinson Decl. Ex. 1 | GRANTED. |
| 1897 | 1897-11, 1982-2 | Robinson Decl. Ex. 3 | GRANTED. |
| 1897 | 1897-13, 1982-3 | Robinson Decl. Ex. 4 | GRANTED. |
| 1897 | 1897-15, 1982-4 | Robinson Decl. Ex. 6 | GRANTED. |

**IT IS SO ORDERED.**

Dated: November 21, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.