UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

      This Court previously ruled on certain motions to seal briefing and exhibits in connection with the parties' motions *in limine*. ECF No. 1987. In that order, the Court denied certain sealing requests without prejudice, permitting Samsung to re-file copies of documents that had been manually filed, if sealing was still sought. *Id.* On September 26, 2014, Samsung filed a renewed sealing motion with electronic copies of certain documents and requested an extension for any supporting declarations. ECF No. 1996. The Court granted the extension to October 14, 2014. ECF No. 1999. Several companies have filed supporting declarations. The Court rules on the renewed sealing requests as follows.

1

Case No.: 5:12-CV-00630-LHK
ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1283, 1996 | | Fazio Decl. (ECF No. 1283-4) Ex. 40 | GRANTED. |
| 1283, 1996 | | Fazio Decl. (ECF No. 1283-4) Ex. 47 | GRANTED as to pages 6, 9, 12, 22-39, 42-51, 53-68, 71-81, 83-91, 95-112, 114-19, 121-30, 133-36, 139-47, 149-68, 171-79, and 181-88. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 6 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 7 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 18 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 25 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 28 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 29 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 30 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 31 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 32 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 36 | GRANTED. |
| 1337, 1996 | | Fazio Decl. (ECF No. 1337-4) Ex. 37 | GRANTED. |
| 1337, 1996 | 1337-56, 2051 | Fazio Decl. (ECF No. 1337-4) Ex. 69 | GRANTED as to proposed redactions shown in ECF No. 2051.  Otherwise DENIED. |

**IT IS SO ORDERED.**

Dated: November 21, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.