1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 12-cv-00630-LHK<br><br>[PROPOSED] ORDER RE: JOINT NOTICE |

On October 3, 2014, the parties submitted a Joint Notice Regarding Order Re: Various Administrative Motions to Seal (ECF 1987) indicating that certain exhibits that were the subject of the Court's September 23, 2014 Order were withdrawn prior to being considered by the Court or were already filed publicly.  Accordingly, no further action or re-filing is necessary with respect to the following exhibits:

| ECF No. | Document | Status |
| --- | --- | --- |
| 880-21; 1031-2 | Exs. 10-15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Strike re: Apple's Patents | Withdrawn (*See* ECF No. 1977). |
| 880-22; 1031-2 | Ex. 16 " " | Withdrawn (*See* ECF No. 1977). |
| 880-22; 1031-2 | Ex. 27 " " | Already public (*See* ECF No. 1210-2). |
| 880-22; 1031-2 | Ex. 28 " " | Already public (*See* ECF No. 1210-3). |

**IT IS SO ORDERED.**

Dated:  November 21, 2014

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER RE: JOINT NOTICE
Case No. 12-cv-00630-LHK (PSG)