UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-00630-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL |

Before the Court are administrative motions to seal in connection with submissions in the March to May 2014 trial. ECF Nos. 1420, 1438, 1452, 1785, 1793, 1802, 1811, 1829, and 1859.

Pursuant to the standards in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court finds that the instant sealing requests should be reviewed under the "compelling reasons" standard. The instant sealing motions relate to trial evidence, including the scope of expert testimony (ECF Nos. 1420, 1438) and accused devices (ECF Nos. 1793, 1802, 1811). Accordingly, these motions address filings that are "directly relevant to the merits of the case," *Kamakana*, 447 F.3d at 1180, and therefore subject to a presumption of public access.

With these standards in mind, the Court rules on the instant motions as follows.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1420 | 1420-3 | Samsung's Motion To Strike Portions Of Dr. Vellturo's Supplemental Expert Report | DENIED as to proposed redactions at 1:2-8 because there is no sealable information.  Otherwise GRANTED. |
| 1420 | 1420-5 | Fazio Decl. Ex. 1 (Vellturo Decl.) | DENIED as to proposed redactions at ¶¶ 1-3, 5-11, 26-29 and all headings because they contain no sealable information.  Otherwise GRANTED. |
| 1420 | 1420-6 | Fazio Decl. Ex. 2 | GRANTED. |
| 1420 | 1420-7 | Fazio Decl. Ex. 3 | GRANTED. |
| 1420 | 1420-8 | Fazio Decl. Ex. 4 | GRANTED. |
| 1420 | 1420-9 | Chevalier Decl. | GRANTED. |
| 1420 | 1420-10 | Chevalier Decl. Ex. 1 | GRANTED. |
| 1420 | 1420-11 | Chevalier Decl. Ex. 2 | GRANTED. |
| 1420 | 1420-12 | Chevalier Decl. Ex. 3 | GRANTED. |
| 1420 | 1420-13 | Chevalier Decl. Ex. 4 | GRANTED. |
| 1438 | 1438-3 | Apple's Opposition to Samsung's Motion to Strike | GRANTED. |
| 1452 | 1452-5 | Ex. 2 (Redline of Apple's Amended Exhibit List) | GRANTED.  *See* ECF Nos. 1272, 1979. |
| 1785 | 1785-5 | Fazio Decl. Ex. A | GRANTED. |
| 1793 | 1793-3 | Apple's Statement re: Accused Devices | DENIED with prejudice because no supporting declaration was ever filed. |
| 1793 | 1793-3 | Ex. A | DENIED with prejudice because no supporting declaration was ever filed. |
| 1793 | 1799-1 | Ex. A (Apple's (Corrected) Statement of Accused Devices) | DENIED with prejudice because no supporting declaration was ever filed. |
| 1793 | 1799-2 | Ex. B (Apple's (Redline) Statement of Accused Devices) | DENIED with prejudice because no supporting declaration was ever filed. |
| 1802 | 1802-3 | Apple's Response re: Further Briefing Related to Accused Devices | DENIED with prejudice because no supporting declaration was ever filed. |
| 1811 | 1811-4 | Ex. A (Chart of Accused Products) | DENIED with prejudice because no supporting declaration was ever filed. |
| 1829 | 1829-5 | Ex. 2 (PDX97.109) | DENIED with prejudice because the information was publicly disclosed at trial.  *See* Tr. at 2900:11-2902:3. |
| 1829 | 1829-6 | Ex. 3 (PDX92.45) | DENIED with prejudice because the information was publicly disclosed at trial.  *See* ECF No. 1858. |
| 1829 | 1829-7 | Ex. A, part 1 (Apple's proposed closing slides) | Previously GRANTED as to the slides listed in ECF No. 1854. |
| 1829 | 1829-8 | Ex. A, part 2 (Apple's proposed closing slides) | Previously GRANTED as to the slides listed in ECF No. 1854. |
| 1859 | 1859-4 | Attachment A-1 | GRANTED.  *See* ECF No. 1631. |
| 1859 | 1859-5 | Attachment A-1a | GRANTED.  *See* ECF No. 1631. |
| 1859 | 1859-6 | Attachment B-1 | GRANTED.  *See* ECF No. 1631. |
| 1859 | 1859-7 | Attachment B-1a | GRANTED.  *See* ECF No. 1631. |

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.

United States District Court
For the Northern District of California

Additionally, Apple filed a motion to withdraw the exhibit at ECF No. 1796-3 and replace it with the corrected copy at ECF No. 1797-3. ECF No. 1808. Neither copy of the exhibit is filed under seal, and Apple has not identified any differences between the two copies or any reason to remove ECF No. 1796-3 from the docket. Accordingly, this motion is DENIED. The exhibit at ECF No. 1796-3 shall remain on ECF.

**IT IS SO ORDERED.**

Dated: November 21, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge