UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., a ) <br> Korean corporation; SAMSUNG ) <br> ELECTRONICS AMERICA, INC., a New York ) <br> corporation; and SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-CV-00630-LHK <br><br> ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL |

Before the Court are the parties' administrative motions to seal briefing and exhibits in connection with Apple's motion for ongoing royalties. ECF Nos. 1985, 1986, 2015, 2046.

Pursuant to the standards in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court finds that the instant sealing requests should be reviewed under the "compelling reasons" standard. Apple's motion for ongoing royalties was filed after trial and is dispositive of certain remedies in this case. Accordingly, the public has a strong interest in access to the briefing and exhibits.

With these standards in mind, the Court rules on the instant motions as follows.

| Motion | ECF No. | Document (as Highlighted[1]) | Ruling |
|---|---|---|---|
| 1985 | 1985-3 | Apple's Brief Regarding Ongoing Royalty Rates | DENIED with prejudice because no party claims the information is confidential. |
| 1985 | 1985-4 | Vellturo Decl. | DENIED without prejudice because no highlighted proposed redactions were filed. |
| 1985 | 1985-6 | Vellturo Ex. 2 | DENIED without prejudice because no highlighted proposed redactions were filed. |
| 1985 | 1985-7 | Vellturo Ex. 3 | DENIED without prejudice because no highlighted proposed redactions were filed. |
| 1986 | 1986-3 | Samsung's Opposition to Apple's Motion For An Ongoing Royalties Injunction | GRANTED. |
| 2015 | 2015-9, 2052 | Chevalier Decl. | GRANTED as to proposed redactions in ECF No. 2052.  The royalty rates in the last two lines of Ex. 5 shall also be redacted consistently with Ex. 4.  The prior highlighted version in ECF No. 2015-9 shall remain sealed. |
| 2015 | 2015-10 | Jeffay Decl. | GRANTED. |
| 2015 | 2015-11 | Lee Decl. | GRANTED. |
| 2015 | 2015-12 | Cho Decl. | GRANTED. |
| 2046 | 2046-3, 2056 | Apple's Reply Regarding Ongoing Royalty Rate | GRANTED as to proposed redactions in ECF No. 2056 at 1:19-20 after "are as follows:"<br><br>DENIED with prejudice as to the remaining redactions in ECF No. 2056 because Apple's proposed ongoing royalty rates were already publicly disclosed without objection. *E.g.*, ECF Nos. 1958, 1959.<br><br>The prior version in ECF No. 2046-3 shall remain sealed. |

**IT IS SO ORDERED.**

Dated: November 21, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.  Where multiple versions of proposed redactions were filed, the Court rules on the last-filed proposed redactions.