| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | MARK D. SELWYN (SBN 244180) |
| HAROLD J. McELHINNY (CA SBN 66781) | mark.selwyn@wilmerhale.com |
| hmcelhinny@mofo.com | WILMER CUTLER PICKERING |
| JACK W. LONDEN (CA SBN 85776) | HALE AND DORR LLP |
| jlonden@mofo.com | 950 Page Mill Road |
| RACHEL KREVANS (CA SBN 116421) | Palo Alto, California 94304 |
| rkrevans@mofo.com | Telephone: (650) 858-6000 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Facsimile: (650) 858-6100 |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO NOVEMBER 20 AND NOVEMBER 21 ORDERS [DKT. NOS. 2063, 2064, 2066, 2067, 2069, 2070, AND 2071]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING
DOCUMENTS IN RESPONSE TO NOVEMBER 20 AND NOVEMBER 21 ORDERS

ActiveUS 138319112v.2

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3 (collectively "Samsung") file this Stipulation to expand the time for re-filing documents relating to
4 the Court's November 20 and November 21 Orders regarding various administrative motions to
5 file documents under seal (Dkt. Nos. 2063, 2064, 2066, 2067, 2069, 2070, and 2071).
6    WHEREAS, the Court entered eight Orders on November 20, 2014 and November 21,
7 2014 addressing sealing issues related to 34 administrative motions to seal and one renewed
8 administrative motion to seal;
9    WHEREAS, the parties have conferred regarding the Court's Order and are working
10 diligently to review the documents at issue, in particular so as to make any follow-up requests as
11 narrow as possible and to notify third parties whose confidentiality interests may be implicated;
12    WHEREAS, based on their review of the information at issue, the parties may desire to file
13 narrow renewed motions to seal seeking to seal a subset of the documents and information at issue
14 in the Court's November 20 and November 21 Orders or, in the alternative, to stay disclosure of
15 certain information pending the Federal Circuit's resolution of any appeals from the Court's
16 November 20 and November 21 Orders;
17    WHEREAS, the parties agree that additional time is necessary to allow them to complete a
18 review of the information at issue, to coordinate with third parties that may wish to file motions,
19 and to assess whether to seek any narrow relief based on that review.
20    NOW THEREFORE, the parties jointly request that the following schedule be entered:
21    1.    The parties may file any renewed motions to seal or motions to stay based on the
22 Court's November 20 and November 21 Orders by Thursday, December 18, 2014; and
23    2.    The parties may file all documents not covered by a stay or renewed motion to seal,
24 publicly or with redactions consistent with the Court's November 20 and November 21 Orders, by
25 Monday, December 22, 2014.
26    **IT IS SO STIPULATED**.
27
28

-2-    Case No. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING
DOCUMENTS IN RESPONSE TO NOVEMBER 20 AND NOVEMBER 21 ORDERS

ActiveUS 138319112v.2

1  DATED: November 25, 2014
2                                                        By:    *s/ Mark D. Selwyn*
                                                                Mark D. Selwyn
3
                                                                Attorneys for Plaintiff and Counterclaim-
4                                                               Defendant APPLE INC.

5
   DATED: November 25, 2014                              By:    */s/ Michael L. Fazio*
6                                                               Michael L. Fazio

7                                                               Attorneys for Defendants and Counterclaim-
                                                                Plaintiffs
8                                                               SAMSUNG ELECTRONICS CO., LTD.,
                                                                SAMSUNG ELECTRONICS AMERICA, INC.
9                                                               and SAMSUNG TELECOMMUNICATIONS
                                                                AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                              Case No. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING
DOCUMENTS IN RESPONSE TO NOVEMBER 20 AND NOVEMBER 21 ORDERS

ActiveUS 138319112v.2

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | Based on the foregoing stipulation, |
| 4 | **IT IS SO ORDERED.** |

Dated:  November 25, 2014

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States Magistrate Judge

-4-   Case No. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO NOVEMBER 20 AND NOVEMBER 21 ORDERS

ActiveUS 138319112v.2