UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff and Counterdefendant, | JUDGMENT |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

Judgment is entered against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and in favor of Apple, Inc. ("Apple") in the amount of $119,625,000.00.  Judgment is entered against Apple and in favor of Samsung in the amount of $158,400.00.

For the reasons stated in the November 25, 2014 Order Granting Apple's Motion for Ongoing Royalties (ECF No. 2074), Samsung is ordered to pay ongoing royalties for any continuing infringement at the per-unit rates set forth in that Order.  Those royalties shall apply to products adjudicated to infringe U.S. Patent Nos. 5,946,647; 8,046,721; and 8,074,172, and to

1

products "not more than colorably different therefrom."  The starting date for any ongoing royalties shall be after the date of this Judgment.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: November 25, 2014

_____
LUCY H. KOH
United States District Judge