QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  **NOTICE IS HEREBY GIVEN** that Defendants Samsung Electronics Co. Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung") appeal
3  to the United States Court of Appeals for the Federal Circuit from the final judgment entered
4  November 25, 2014 (ECF No. 2076), and each and every part thereof insofar as adverse to
5  Samsung on either Apple Inc.'s claims or Samsung's counterclaims.

7  DATED: November 25, 2014          Respectfully submitted,

8                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

10                                   By */s/ Victoria F. Maroulis*
                                        Kevin P.B. Johnson
11                                      Victoria F. Maroulis
                                        William C. Price
12                                      Michael L. Fazio

13                                   Attorneys for SAMSUNG ELECTRONICS CO.,
14                                   LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
15                                   TELECOMMUNICATIONS AMERICA, LLC