AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

### United States District Court for the Northern District of California

APPLE INC.-v-SAMSUNG ELECTRONICS CO.,LTD,ET.AL
Plaintiff(s)                          Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment,order or opinion.)

Type of case: **35:271 Patent Infringement**

Docket No.   CV 12-00630 LHK          Date of Judgment/Order:   **11/25/2014**

Cross or related appeal?      Date of Notice of Appeal:   **11/25/2014**

Appellant is:  () Plaintiff    (X) Defendant    () Other (explain

DOCKET FEE STATUS:
        (X) Paid     () Not Paid    Billed On:
        U.S. Appeal? Yes ()  No ()
        In forma pauperis?
        () Granted    () Denied   () Revoked      () Pending   () Never requested

## COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

Victoria F. Marqulis                        William F. Lee
Quinn Emanuel Urquhar Oliver & Hedges        Wilmer Cutler Pickering Hale & Dorr
555 Twin Dolphin Drive, Fifth Floor          60 State Street
Redwood Shores, CA 94065                     Boston, MA 02109
650-801-5000                                 617-526-6000
victoriamaroulis@quinnemanuel.com            william.lee@wilmerhale.com

### See attached for additional counsel listed

COURT REPORTER: Irene Rodriquez 408-947-8160, Lee-Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

Plaintiff
Apple Inc.
a California corporation

represented by

Andrew J. Danford
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
617-526-6806
Email: andrew.danford@wilmerhale.com

Hervey Mark Lyon
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5300
Fax: 650-849-5333
Email: mlyon@gibsondunn.com


Richard W O'Neill
Wilmer Cutler Pickering Hale and DOrr LLP
60 State Street
Boston, MA 02109
617-526-6497
Fax: 617-526-5000
Email: richard.o'neill@wilmerhale.com


Sarah R Frazier
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6022
Email: sarah.frazier@wilmerhale.com


Adele R. Frankel
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
(212) 937-7273
Fax: (212) 230-8888
Email: Adele.Frankel@wilmerhale.com

Andrew L Liao
WilmerHale
950 Page Mill Rd.
Palo Alto, CA 94304
650-858-6063
Email: andrew.liao@wilmerhale.com

Anna Bonny Chauvet
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20015
202-663-6204
Email: anna.chauvet@wilmerhale.com

Anna Tin-Yee Lee
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6048
Fax: 650-858-6100
Email: anna.lee@wilmerhale.com

Azar Mouzari
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067
310-551-8702
Email: amouzari@gibsondunn.com

Benjamin George Damstedt
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Fax: 650-857-0663
Email: bdamstedt@cooley.com

Brian Buroker ,
Gibson, Dunn and Crutcher LLP
1050 Connecticut Ave; Suite 300
Washington, DC 20036
202-955-8541
Fax:
Email: bburoker@gibsondunn.com

Brittany N. DePuy
Morrison Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Fax: 650-494-0792
Email: bdepuy@mofo.com

Casey James McCracken
Gibson Dunn and Crutcher LLP
3161 Michelson Dr
Irvine, CA 92612
949-451-3800
Fax: 949-451-4220
Email: cmccracken@gibsondunn.com


Christopher Leonard Robinson
Morrison Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-4229
Fax: 650-494-0792
Email: christopherrobinson@mofo.com

Christopher James Wiener
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email: CWiener@mofo.com

Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
(212) 295-8816
Fax: (212) 230-8888
Email: Cosmin.Maier@wilmerhale.com

Daniel J Thomasch
Gibson Dunn Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-3800
Fax: 212-351-6200
Email: dthomasch@gibsondunn.com


David C. Yang
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071
213-443-5392
Fax: 213-443-5400


Efrain Staino Flores
Morgan Lewis and Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Suite 700
Palo Alto, CA 94306
650-843-4000
Fax: 650-843-4001
Email: estaino@mofo.com


Emily L Fedman
Gibson, Dunn and Crutcher
555 Mission Street
Suite 3000
San Francisco, CA 94105
United Sta
415-393-8269
Fax: 415-374-8460
Email: efedman@gibsondunn.com


Erik J. Olson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Fax: (650) 494-0792
Email: ejolson@mofo.com

Esther Kim
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: ekim@mofo.com


Frederick S. Chung
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5300
Fax: 650-849-5333
Email: fchung@gibsondunn.com


Gregory H. Lantier
WilmerHale LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
202-663-6000
Email: gregory.lantier@wilmerhale.com



Harold J. McElhinny
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7265
Email: HMcElhinny@mofo.com


Heath Allen Brooks
1801 Pennsylvania Ave., NW
Washington, DC 20006
202-663-6973
Email: heath.brooks@wilmerhale.com

Holly Ann Jones
Gibson Dunn Crutcher
333 S Grand Ave
LA, CA 90071
213-229-7000
Email: hjones@gibsondunn.com


Jack Williford Londen
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7000
Fax: 415-268-7522
Email: JLonden@mofo.com


James P. Bennett
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
415-268-7169
Fax: 415-268-7522
Email: jbennett@mofo.com


James L. Quarles , III
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
202-663-6236
Fax: 202-663-6363
Email: james.quarles@wilmerhale.com


Jason C Lo
Gibson, Dunn & Crutcher LLP
333 S. Grand Ave.
Los Angeles, CA 90071
213-229-7153
Fax: 213-229-6153
Email: jlo@gibsondunn.com

Jeffrey G Lau
Gibson, Dunn and Crutcher
333 S. Grand Ave.
Los Angeles, Ca 90071
United Sta
213-229-7184
Email: jglau@gibsondunn.com

Jennifer J. Rho
Gibson, Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
United Sta
213-229-7000
Fax: 213-229-7520
Email: jrho@gibsondunn.com

John P. Pettit
WIlmerHale
950 Page Mill Rd.
Palo Alto, CA 94304
650-858-6056
Email: John.Pettit@wilmerhale.com

Jordan H. Bekier
Gibson, Dunn and Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7736
Email: jbekier@gibsondunn.com

Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: joseph.mueller@wilmerhale.com

Josh A. Krevitt
Gibson, Dunn & Crutcher
1881 Page Mill Road
Palo Alto, CA 94304-1211
650-849-5300
Fax: 650-849-5333
Email: jkrevitt@gibsondunn.com

Joshua R. Furman
Gibson Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
212-351-4000
Email: jfurman@gibsondunn.com

Kathryn Diane Zalewski
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6121
Email: kathryn.zalewski@wilmerhale.com

Katie Marie Saxton , Esq.
WilmerHale
60 State Street
Boston, MA 02109
617-526-6000
Email: kate.saxton@haledorr.com

Kenneth Alexander Kuwayti
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Email: KKuwayti@mofo.com

Kevin Scott Prussia
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: kevin.prussia@wilmerhale.com

Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-5000
Email: lauren.fletcher@wilmerhale.com

Liv Leila Herriot
Wilmer Cutler et al
950 Page Mill Road
Palo Alto, CA 94304
650-858-6138
Email: liv.herriot@wilmerhale.com

Mark Nolan Reiter
Gibson Dunn & Crutcher
2100 McKinney Ave
Suite 1100
Dallas, TX 75201
214-698-3100
Fax: 214 571 2907
Email: mreiter@gibsondunn.com

Mark Daniel Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

Mary Prendergast
Morrison and Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130
858-720-7973
Email: MPrendergast@mofo.com

Matthew Ian Kreeger
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482
415-268-7000
Fax: 415.268.7522
Email: mkreeger@mofo.com

Megan Fluckiger
Gibson, Dunn and Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-887-3665
Email: mfluckiger@gibsondunn.com

Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: mjacobs@mofo.com

Michael James Silhasek
Wilmer Cutler Pickering Hale and Dorr
950 Page Mill Road
Palo Alto, CA 94304
650-858-6000
Fax: 650 858 6100
Email: michael.silhasek@wilmerhale.com

Michael Anthony Valek
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Dallas, TX 75201
214-698-3100
Fax: 512-542-8612
Email: mvalek@gibsondunn.com

Minae Yu
Gibson Dunn and Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7910
Email: myu@gibsondunn.com

Nathaniel Bryan Sabri
Morrison Foerster LLP
425 Market Street
32nd Floor
San Francisco, CA 94105-2482
415-268-6641
Fax: 415-268-7522
Email: nsabri@mofo.com

Nicole Marie Smith
Morrison and Foerster LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017-3543
213-892-5582
Fax: 213-892-5454
Email: nsmith@mofo.com

Nina S. Tallon
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
202-663-6000
Fax: 202-663-6363
Email: nina.tallon@wilmerhale.com

Olga Lysenko Tobin
Wilmer Hale
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6827
Email: olga.tobin@wilmerhale.com

Paul Torchia ,
Gibson, Dunn
200 Park Avenue
New York, NY 10166-0193
212-351-4000
Email: ptorchia@gibsondunn.com

Peter James Kolovos
WilmerHale
60 State Street
Boston, MA 02109
(617)526-6000
Email: peter.kolovos@wilmerhale.com

Peter James Shen
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
New York, NY 10007
212-230-8895
Fax: 212-230-8888
Email: peter.shen@wilmerhale.com

Quincy Lu
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5358
Email: qlu@gibsondunn.com


Rachel Krevans
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Email: rkrevans@mofo.com

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: rhung@mofo.com


Robert Vincent
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
214-698-3100


Rodney Joseph Stone
Gibson, Dunn & Crutcher
333 S. Grand Ave.
Los Angeles, CA 90071
213-229-7000
Fax: 213-229-7520
Email: rstone@gibsondunn.com

Ronald Richard Demsher
WilmerHale
60 State Street
Boston, MA 02109
617-526-5000
Email: ronald.demsher@wilmerhale.com

Ruth N. Borenstein
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
415-268-7348
Fax: 415-268-7522
Email: rborenstein@mofo.com

Samuel Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8800
Email: calvin.walden@wilmerhale.com

Samuel K Whitt
Gibson Dunn and Crutcher
1881 Page Mill Rd.
Palo Alto, CA 94304
650-849-5321
Email: swhitt@gibsondunn.com


Sarah Sladic
Gibson dunn & Crutcher
1050 Connecticut Avenue
Washington, DC 20006
202-887-3573


Sarah Elizabeth Spires
Skiermont Puckett
2200 Ross Ave.
Ste 4800W
Dallas, TX 75201
214-978-6613
Fax: 214-9786601
Email: angela.wilkins@skiermontpuckett.com

Scott Frederick Llewellyn
Morrison Foerster LLP
370 17th St 52FL
Denver, CO 80202-5638
303-592-2204


Shannon Edward Mader
Gibson Dunn and Crutcher LLP
333 S Grand Ave
Los Angeles, CA 90071
213-229-7423
Fax: 213-229-6423
Email: smader@gibsondunn.com


Stephanie Jean Kim
Gibson, Dunn and Crutcher LLP
333 S Grand Ave
LOS ANGELES, CA 90071
213-229-7000
Email: skim@gibsondunn.com


Steven S Kim
Gibson Dunn and Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-3800
Fax: 212-351-6360
Email: SSKim@gibsondunn.com

Thomas Edward Anderson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6000
Email: tom.anderson@wilmerhale.com

Timothy Wade Malone
Gibson, Dunn and Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5372
Email: wmalone@gibsondunn.com

Timothy Davis Syrett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6975
Email: timothy.syrett@wilmerhale.com


Timothy Anthony Tatarka
Wilmer, Hale, Cutler, Pickering and Dore
950 Page Mill Rd.
Palo Alto, CA 94304
650-858-6149
Fax: 650-858-6100
Email: timothy.tatarka@wilmerhale.com


Victor F. Souto
WilmerHale
7 World Trade Center
New York, NY 10007
(212) 937-7224
Email: vic.souto@wilmerhale.com



Defendants
Samsung Electronics Co., Ltd.
a Korean corporation

Samsung Electronics America, Inc.
a New York corporation

Samsung Telecommunications America, LLC
a Delaware limited liability company

represented by
Daniel C Posner
Quinn Emanuel Trial Lawyers
865 S Figueroa St 10FL

Los Angeles, CA 90017
213-443-3220
Fax: 213-443-3100
Email: danposner@quinnemanuel.com


David Elsberg
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7250


Derek J. Tang
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax:
Email: derektang@quinnemanuel.com


Michael Thomas Zeller
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100


Aaron P Maurer
Williams & Connolly , LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5282
Fax: 202 434 5029
Email: amaurer@wc.com

Alan Lee Whitehurst
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
202-538-8103
Fax: 202-538-8100
Email: alanwhitehurst@quinnemanuel.com


Alexander David Baxter
Quinn Emanuel Urquhart and Sullivan
555 Twin Dolphin Dr 5th F
Redwood Shores, CA 94065
650-801-5000
Email: alexbaxter@quinnemanuel.com


Amardeep Lal Thakur
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: athakur@quinnemanuel.com


Amy H Candido
Quinn Emanuel et al LLP
50 California Street
22nd Floor
San Francisco, CA 94111-4624
415-875-6600
Fax: 415-875-6700
Email: amycandido@quinnemanuel.com


Anastasia M. Fernands ,
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: anastasiafernands@quinnemanuel.com

Anthony Paul Alden
Quinn Emanuel Urquhart and Sullivan
865 S Figueroa St 10FL
Los Angeles, CA 90017
213-443-3159
Fax: 213-443-3100
Email: anthonyalden@quinnemanuel.com


Brett Dylan Proctor
Quinn Emanuel LLP
865 S Figueroa St 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: dylanproctor@quinnemanuel.com


Carl Gunnar Anderson
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: carlanderson@quinnemanuel.com


Carlos A Rodriguez
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Ave.
22nd Flr.
New York, NY 10016
212-849-7161
Fax: 212-849-7100
Email: carlosrodriguez@quinnemanuel.com


Charles K Verhoeven
Quinn Emanuel Urquhart Oliver and Hedges
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Christopher Earl Price
Quinn Emanuel Urquhart and Sullivan
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3238
Fax: 13-443-3100
Email: albertvillamil@quinnemanuel.com


Clark Craddock
Quinn Emanuel Urquhart Sullivan LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6428
Email: clarkcraddock@quinnemanuel.com


Daryl M. Crone
Crone Hawxhurst LLP
10880 Wilshire Boulevard
Suite 1150
Los Angeles, CA 90024
310-893-5150
Fax: 310-893-5195
Email: daryl@cronehawxhurst.com


David Raymond Garcia
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067-6017
(310) 228-3700
Fax: (310) 228-3701
Email: drgarcia@sheppardmullin.com


David Michael Horniak
Williams & Connolly, LLP
725 Twelfth Street N.W.
Washington, DC 20005
202-434-5852
Email: dhorniak@wc.com

David M. Krinsky
Williams and Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
202-434-5338
Email: dkrinsky@wc.com


David A. Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
(312)705-7400
Fax: (312)463-2961
Email: davenelson@quinnemanuel.com


Deepa Acharya
Quinn Emmanuel Urquhart & Sullivan LP
777 6th Street, NW, 11th Floor
Washington, DC 20001
202-538-8107
Fax: 202-538-8100
Email: deepaacharya@quinnemanuel.com


Dov Philip Grossman
Williams and Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5812
Email: dgrossman@wc.com


Edward John DeFranco
Quinn Emanuel Urquhart Sullivan
51 Madison Avenue, 22th Floor
New York, NY 10010
212-849-7106
Email: eddefranco@quinnemanuel.com

Elliot J Siegel
Quinn Emanuel
865
south figueroa st
los angeles, CA 90017
United Sta
(213) 443-3000
Email: elliotsiegel@quinnemanuel.com

Eric John Emanuel
Quinn Emanuel Urquhart and Sullivan LLP
865 S Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 624-7707
Email: ericemanuel@quinnemanuel.com


Gary L. Halling
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
415/434-9100
Fax: 415/434-3947
Email: ghalling@smrh.com


Jacob Klein Danziger
Quinn Emanuel
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6379
Fax: 415-875-6700
Email: jdanziger@schiffhardin.com


James Dubois Judah
Quinn Emanuel et al
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: jamesjudah@quinnemanuel.com

Jared Weston Newton
1299 Pennsylvania Ave NW
Suite 825
Washington, DC 20004
202-538-8108
Email: jarednewton@quinnemanuel.com


John Steven Gordon
Quinn Emanuel
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: johngordon@quinnemanuel.com


John T. McKee ,
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7219
Fax:
Email: johnmckee@quinnemanuel.com


John B Quinn
Quinn Emanuel et al
865 S Figueroa St Fl 10
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com


Jordan Ross Jaffe
Quinn Emanuel et al
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: jordanjaffe@quinnemanuel.com

Joseph Milowic , III
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Email: josephmilowic@quinnemanuel.com


Joshua P. Jaffe
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10019
212-849-7124
Email: joshuajaffe@quinnemanuel.com


Kara Michelle Borden
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa St, 10th Fl
Los Angeles, CA 90017
213-443-3000
Email: karaborden@quinnemanuel.com


Kenneth Reed Chiate
Quinn Emanuel Urquhart Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: kenchiate@quinnemanuel.com


Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

Kevin Alexander Smith
Quinn Emmanuel et al
50 California St.
22nd Floor
SF, CA 94111
415-875-6383
Fax: 4158756700
Email: kevinsmith@quinnemanuel.com


Kristin J. Madigan
Quinn Emanuel Urquhart & Sullivan
San Francisco Office
50 California Street
22nd Floor
San Francisco, CA 94104
(415) 875-6600
Fax: (415) 875-6700
Email: kristinmadigan@quinnemanuel.com


Lance L Yang
865 s. figueroa st
los angeles, ca 90017
213-443-3360
Email: lanceyang@quinnemanuel.com


Lindsay Cooper
Quinn Emanuel
50 California
San Francisco, CA 94111
415-875-6449
Email: lindsaycooper@quinnemanuel.com


Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan
777 6th Street, NW, 11th Floor
Washington, DC 20001
202-538-8109
Email: marissaducca@quinnemanuel.com

Matthew S. Warren
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: matthewwarren@courtpapers.info

Maxim Price
Quinn Emanuel Urquhart and Sullivan LLP
New York
51 Madison Avenue
22nd Floor
New York, NY 10010
United Sta
212-849-7329
Email: maximprice@quinnemanuel.com


Michael Louis Fazio
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: michaelfazio@quinnemanuel.com

Mona Solouki
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero
17th Floor
San Francisco, CA 94111
415-434-9100
Fax: 415-434-3947
Email: msolouki@sheppardmullin.com


Nathan Andrew Hamstra
Quinn Emanuel Urquhart and Sullivan
500 W. Madison
Suite 2450
chicago, Il 60661
312-705-7400
Email: nathanhamstra@quinnemanuel.com

Patrick Daniel Curran
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: patrickcurran@quinnemanuel.com


Peter Allen Klivans
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: peterklivans@quinnemanuel.com


Rachel M. Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com


Rebecca Ann Bers
Quinn Emanuel
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6335
Email: RebeccaBers@quinnemanuel.com


Richard Wolter Erwine
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7135
Email: richarderwine@quinnemanuel.com

Robert Jason Becher
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: robertbecher@quinnemanuel.com


Robert Nai-Shu Kang
Quinn Emanuel Urquhart and Sullivan
50 California St
22nd Floor
San Francisco, CA 94111
415-875-6318
Email: robertkang@quinnemanuel.com


Robert William Stone
Quinn Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive
5th Floor
Redwood Shores, Ca 94065
650-801-5000
Fax: 650-801-5100
Email: robertstone@quinnemanuel.com


Ron Hagiz
Quinn Emanuel Urquhart and Sullivan
51 Madison Ave, 22nd Floor
New York, NY 10016
212-849-7453
Email: ronhagiz@quinnemanuel.com


Samuel Mark Drezdzon
777 6th Street, NW, 11th Street
WASHINGTON, DC 20001
202-538-8182
Fax: 202-538-8100
Email: samueldrezdzon@quinnemanuel.com

Scott Alan Florance
Quinn Emanuel Urquhart Sullivan LLP
865 S Figueroa St 10th Fl
Los Angeles, CA 90017
213-443-3679
Email: scottflorance@quinnemanuel.com

Scott B. Kidman
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: scottkidman@quinnemanuel.com

Scott Liscom Watson
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
10th floor
Los Angeles, CA 90017-2543
(213) 443-3000
Email: scottwatson@quinnemanuel.com

Sean Sang-Chul Pak
Quinn Emanuel Urquhart & Sullivan, LLP
50 California, Floor 22
San Francisco, CA 94111
415-875-6320
Fax: 415-875-6700
Email: seanpak@quinnemanuel.com

Shahin Rezvani
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: sr@quinnemanuel.com

Stanley E Fisher
Williams and Connolly LLP
725 12th Street,NW
Washington, DC 20005
202-434-5280
Email: sfisher@wc.com


Stephen A. Swedlow
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
312-705-7488
Fax: 312-705-7401
Email: stephenswedlow@quinnemanuel.com


Susan Rachel Estrich
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: susanestrich@quinnemanuel.com


Todd Michael Briggs
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com


Valerie Anne Lozano
Quinn Emanuel Urquhart and Sullivan LLP
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Email: valerielozano@quinnemanuel.com

William Charlie Price
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 443-3156
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com

Carlos A. Rodriguez
51 Madison Ave., 22nd Flr.
New York, NY 10010
212-849-7000
Email: carlosrodriguez@quinnmanuel.com


Movant
International Business Machines Corporation

represented by
Timothy Tully Scott
King & Spalding LLP
601 S. California Avenue
Palo Alto, CA 94034
650-422-6700
Fax: 650-422-6800
Email: tscott@kslaw.com


William Robert Pearson
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0744
Email: bpearson@kslaw.com

Movant
Non-Party Ericsson Inc.
represented by
Courtland Lewis Reichman
McKool Smith Hennigan PC.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
650-394-1401
Fax: 650-394-1422
Email: creichman@mckoolsmith.com


Stephanie M. Adams Ryan
McKool Smith Hennigan P.C.
255 Shoreline Drive Suite 510
Redwood Shores, CA 94065
650-394-1381
Email: sadamsryan@mckoolsmith.com


Steven Callahan
Charhon Callahan Robson & Garza PLLC
3333 Lee Parkway
Ste. 460
Dallas, TX 75219
214-521-6400
Fax: 214-764-8392
Email: scallahan@ccrglaw.com


3rd party defendant
Microsoft
represented by
Henrik Davidson Parker
Baker and Hostetler LLP
Cira Centre - 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100
Email: hparker@bakerlaw.com (Inactive)

Interested Party
Intel Corporation
represented by

Christopher L. Kelley
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: CKelley@perkinscoie.com


Daniel Thomas Shvodian
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: DShvodian@perkinscoie.com

Interested Party
Embarcadero Technologies, Inc.
represented by

Neil D. Greenstein
TechMark
3525 Del Mar Heights Road, #780
San Diego, CA 92130
858-704-0515
Fax: 408-280-2250
Email: ndg@techmark.com

Interested Party
HTC America Inc
represented by
Scott Richard Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Aenue
Palo Alto, CA 94304-1203
(650)849-6600
Fax: 650-849-6666
Email: scott.mosko@finnegan.com

Interested Party
HTC Corp
represented by
Scott Richard Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Stanford Research Park
3300 Hillview Aenue
Palo Alto, CA 94304-1203
(650)849-6600
Fax: 650-849-6666
Email: scott.mosko@finnegan.com

Interested Party
Novell, Inc.
represented by
Sterling Arthur Brennan
Maschoff Brennan
A Professional Corporation
20 Pacifica
Suite 1130
Irvine, CA 92618
(949) 202-1900
Fax: (949) 453-1104
Email: sbrennan@mabr.com

Interested Party
Broadcom Corporation
represented by
Jonathan Lee McFarland
Perkins Coie LLP
1201 3rd Avenue
Suite 4800
Seattle, WA 98101-3099
206-359-3132
Fax: 206-359-4132
Email: jmcfarland@perkinscoie.com

Interested Party
Oracle America, Inc.
represented by
Eric M. Hutchins
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 326-2400
Fax: (650) 326-2422
Email: eric.m.hutchins@oracle.com


Interested Party
Motorola Mobility LLC
represented by
Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
415-591-1000
Fax: 415-591-1400
Email: jgolinveaux@winston.com


Peter J. Chassman
Winston & Strawn LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242
713-651-2623

Miscellaneous
Google Inc.
represented by
Amy H Candido
Quinn Emanuel et al LLP
50 California St 22FL
San Francisco, CA 94111-4624
415-875-6600
Email: amycandido@quinnemanuel.com

Derek J. Tang
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Email: derektang@quinnemanuel.com


Miscellaneous
Nokia Corporation
Patrick J. Flinn
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3449
404-881-7000
Fax: 404-881-7777
Email: pflinn@alston.com


Randall Lee Allen
Alston and Bird
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2000
Fax: 650-838-2001
Email: randall.allen@alston.com

Ryan W. Koppelman
Alston & Bird LLP
1950 University Avenue
5th Floor
East Palo Alto, CA 94303
(650) 838-2000
Email: ryan.koppelman@alston.com

Xavier Mark Brandwajn
Alston & Bird LLP
1950 University Avenue
5th Floor
East Palo Alto, CA 94303
650-838-2000
Fax: 650-838-2001
Email: xavier.brandwajn@alston.com

Miscellaneous
OmniVision Technologies Inc.
represented by
Bruce James Barker
CHSB
176 East Main Street, Suite 6
Westborough, MA 01581
(508) 366-3800
Fax: (508) 366-1833
Email: bbarker@chsblaw.com

Miscellaneous
AT&T Services, Inc.
represented by
Kevin E Cadwell
Baker Botts L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
650-739-7500
Fax: 650-739-7699
Email: kevin.cadwell@bakerbotts.com

Miscellaneous
Nokia Solutions and Networks US LLC
represented by
Cheryl A. Sabnis
King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
(415) 318-1200
Fax: (415) 318-1300
Email: csabnis@kslaw.com

Miscellaneous
TBWA Worldwide, Inc. dba TBWA Media Arts Lab
represented by
Kenneth Leonard Wilton
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
(310) 277-7200
Fax: (310) 201-5219
Email: kwilton@seyfarth.com