| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 13 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 14 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 15 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 16 | |
| 17 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 18 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion for Approval of Supersedeas Bond ("Administrative Motion").

3. Samsung moves to file under seal:

- Samsung's Motion for Approval of Supersedeas Bond ("Samsung's Motion");
- Declaration of Victoria F. Maroulis In Support of Samsung's Motion ("Maroulis Declaration");
- Exhibit 1 to the Maroulis Declaration;
- Declaration of Judith Chevalier In Support of Samsung's Motion ("Chevalier Declaration");
- Exhibits 1, 3, 4, and 5 to the Chevalier Declaration;
- Declaration of Corey Kerstetter In Support of Samsung's Motion ("Kerstetter Declaration"); and
- [Proposed] Order Granting Samsung's Motion ("[Proposed] Order").

4. Samsung's Motion, the Chevalier Declaration, and Exhibits 1, 3, 4, and 5 of the Chevalier Declaration put forth gross sales, revenue, and/or financial forecast data that may be used to derive per-unit, per-product sales and revenue data of various Samsung products. Such data is properly sealed. *See Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed *product-specific information* concerning such things as costs, *sales*, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.") (emphasis added).

1        5.     The Kerstetter Declaration and Exhibit 3 to the Chevalier Declaration put forth per-

2  unit, per-product sales data and financial forecast data of various Samsung products.  Such data is

3  properly sealable.  *See id.*

4        6.     The Maroulis Declaration, Exhibit 1 to the Maroulis Declaration, and the

5  [Proposed] Order put forth financial information regarding Samsung's Supersedeas Bond that may

6  be used, in conjunction with other public pleadings in this action, to derive per-unit, per-product

7  sales data of various Samsung products.  Such data is properly sealable.  *See id.*

8        7.     I incorporate by reference the previously filed declarations of Daniel W. Shim,

9  Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file

10 under seal that establish that the Samsung-confidential information at issue here is sealable.  *See*

11 Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re:

12 Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing

13 compelling reasons why various categories of Samsung-confidential information should be filed

14 under seal).

15     I declare under penalty of perjury under the laws of the United States of America that the

16 foregoing is true and correct.  Executed December 5, 2014, at Los Angeles, California.

                                        */s/ Michael L. Fazio*
                                        Michael L. Fazio

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

       /s/ Victoria Maroulis
       Victoria Maroulis