UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Motion for Approval of Supersedeas Bond.
4  Having considered Samsung's motion, and good cause having been shown, the Court
5  GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Motion for Approval of Supersedeas Bond | Highlighted Portions of Document |
| Declaration of Corey Kerstetter In Support of Samsung's Motion | Highlighted Portions of Document |
| Declaration of Judith Chevalier In Support of Samsung's Motion | Highlighted Portions of Document |
| Exhibit 1 to the Chevalier Declaration | Highlighted Portions of Document |
| Exhibit 3 to the Chevalier Declaration | Highlighted Portions of Document |
| Exhibit 4 to the Chevalier Declaration | Highlighted Portions of Document |
| Exhibit 5 to the Chevalier Declaration | Highlighted Portions of Document |
| Declaration of Victoria F. Maroulis In Support of Samsung's Motion | Highlighted Portions of Document |
| Exhibit 1 to the Maroulis Declaration | Highlighted Portions of Document |
| [Proposed] Order Granting Samsung's Motion for Approval of Supersedeas Bond | Highlighted Portions of Document |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

02198.51981/6376085.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL