1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion

3  to File Documents Under Seal Relating to Samsung's Motion for Temporary Stay of Execution of

4  Judgment Pursuant to FRCP 62 ("Motion for Stay").

5    Having considered Samsung's motion, and good cause having been shown, the Court

6  GRANTS Samsung's motion and ORDERS sealed the documents listed below.

7

8
| Document | Portions to be Filed Under Seal |
| --- | --- |
| Samsung's Motion for Stay | Highlighted Portions of Document |
| Declaration of Joseph Milowic In Support of Samsung's Motion for Stay | Highlighted Portions of Document |
| Exhibit 1of the Milowic Declaration | Highlighted Portions of Document |

9

10

11

12

13

14    **IT IS SO ORDERED.**

15

16  DATED: _____     _____

17                                          The Honorable Lucy H. Koh
                                            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL