UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-cv-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR TEMPORARY STAY OF EXECUTION OF JUDGMENT PURSUANT TO FRCP 62** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Temporary Stay of Execution of Judgment Pursuant to FRCP 62 ("Motion for Temporary Stay")

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion for Temporary Stay. The Court stays enforcement of the final judgment including ongoing royalties, as well as any award of costs or supplemental damages, until fourteen (14) days following the Court's decision on Samsung's Motion for Approval of Supersedeas Bond.

1 **IT IS SO ORDERED.**

3 DATED: _____, 2014

```
                                    _____
                                    HONORABLE LUCY H. KOH
                                    United States District Court Judge
```