QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE APPROVAL OF SUPERSEDEAS BOND AND TEMPORARY STAY PURSUANT TO L.R. 6.3(b)** |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing on its accompanying Motion for Approval of Supersedeas Bond and Motion for Temporary Stay of Execution of Judgment Pursuant to FRCP 62 ("Motion for Temporary Stay").

This motion is based on this notice of motion and supporting memorandum, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

## RELIEF REQUESTED

Samsung seeks to shorten time for briefing on Samsung's Motion for Approval of Supersedeas Bond and Motion for Temporary Stay.

DATED: December 5, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kathleen M. Sullivan
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller
Michael L. Fazio

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**MEMORANDUM**

On November 25, 2014, the Court entered final judgment awarding approximately $120 million in damages and additional ongoing royalties to Apple.  Dkt. No. 2076.  Under Fed. R. Civ. P. 62(a), no execution may issue on a judgment until 14 days have passed after its entry.  Accordingly, absent action by the Court, the judgment may be executed beginning December 10, 2014.

In accordance with Local Rules 6-1(b) and 6-3, Samsung hereby moves the Court to shorten time for the briefing and hearing schedule for its concurrently filed Motion for Approval of Supersedeas Bond and Motion for Temporary Stay.  With respect to the Motion for Temporary Stay, Samsung requests that:

1.     Apple's Opposition to Samsung's Motion for Temporary Stay be filed on or before December 8, 2014;

2.     Samsung would not file a reply.

3.     The Court decide Samsung's Motion for Temporary Stay without oral argument. With respect to the Motion for Approval of Supersedeas Bond, Samsung requests that:

1.     Apple's Opposition to Samsung's Motion for Approval of Supersedeas Bond be filed on or before December 11, 2014;

2.     Samsung's reply would be filed on or before December 15, 2014;

3.     Oral argument would be set for December 18, 2014, at 1:30 p.m or such other time that is convenient to the Court.

A shortened briefing schedule on Samsung's Motion for Approval of Supersedeas Bond and Motion for Temporary Stay is necessary and in the interest of justice because, absent the relief requested in these motions, Apple may execute the final judgment, which Samsung would otherwise have the right to stay by filing a supersedeas bond.  The normal briefing and hearing schedule would render Samsung's motions meaningless, since Apple may attempt to execute the judgment as soon as December 10, 2014.  The schedule proposed by Samsung would allow the Court to issue a stay before the December 10, 2014 deadline, while providing expedited resolution of the bond amount in order to protect Apple's interest in securing the judgment.

1       Samsung contacted Apple in an effort to reach a stipulation to the briefing and hearing

2   schedule outlined above.  *See* Declaration of Michael L. Fazio in Support of Samsung's Motion to

3   Shorten Time, filed concurrently.  Apple refused to agree to Samsung's proposed schedule.

4

5                               **CONCLUSION**

6       For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's

7   Motion to Shorten Time for Briefing and Hearing.

8

9   DATED: December 5, 2014          Respectfully submitted,

10                                      QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

11

12

13                                  By  */s/ Victoria F. Maroulis*

14                                      Charles K. Verhoeven
                                        Kevin P.B. Johnson

15                                      Victoria F. Maroulis
                                        Michael T. Zeller

16                                    **Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,**

17                                    **INC. and SAMSUNG**
                                        **TELECOMMUNICATIONS AMERICA, LLC**

18

19

20

21

22

23

24

25

26

27

28