QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE APPROVAL OF SUPERSEDEAS BOND AND TEMPORARY STAY** |

I, Michael L. Fazio, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of the Samsung's Motion to Shorten Time for Briefing and Hearing re Approval of Supersedeas Bond and Temporary Stay.

3. Samsung's proposed expedited schedule would not postpone any of the other deadlines set in this case; rather, it would provide an avenue for Samsung to obtain a timely stay of the Court's final judgment entered on November 25, 2014. Absent action by the Court, Apple could execute on the final judgment as soon as December 10, 2014, which would moot Samsung's efforts to stay the judgment pending appeal. Samsung's proposed schedule would allow a temporary stay to issue prior to December 10, 2014, while providing expedited resolution of the bond amount in order to protect Apple's interest in securing the judgment.

4. On December 4, 2014, Samsung contacted Apple and requested that it stipulate to a shortened briefing schedule for the bond motion and the motion for stay. Apple did not agree to Samsung's request for an expedited schedule. I incorporate by reference the true and correct copy of the correspondence between the parties filed as Exhibit 1 to the Declaration of Joseph Milowic, filed concurrently at Dkt. No. 2082-5.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Redwood Shores, California on December 5, 2014.

                                                               */s/   Michael L. Fazio*
                                                                 Michael L. Fazio

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:   December 5, 2014     */s/ Victoria Maroulis*
Victoria Maroulis