1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff,<br>vs.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendant. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Approval
3  of Supersedeas Bond and a Motion for Temporary Stay of Execution of Judgment Pursuant to
4  FRCP 62 ("Motion for Temporary Stay").   Samsung concurrently filed a Motion to Shorten Time
5  for Briefing and Hearing seeking to shorten time on its motions.
6    Having considered the arguments of the parties and the papers submitted, and good cause
7  having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time as to both
8  motions, and sets the following schedule:
9    1.   Apple's Opposition to Samsung's Motion for Temporary Stay shall be filed on or
10         before December 8, 2014.   No reply to this motion will be filed.   The Court will
11         decide the motion without oral argument.
12   2.   Apple's Opposition to Samsung's Motion for Approval of Supersedeas Bond shall
13         be filed on or before December 11, 2014.   Samsung's Reply shall be filed on or
14         before December 15, 2014.   Hearing on the motion is set for December 18, 2014,
15         at 1:30 p.m.
16
17   **IT IS SO ORDERED.**
18
19  DATED:   December ____, 2014
20
21
22                                                 HONORABLE LUCY H. KOH
                                                   United States District Court Judge
23
24
25
26
27
28