JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION FOR STAY OF EXECUTION OF JUDGMENT** |

DECLARATION OF SELWYN IN SUPPORT OF APPLE'S MOTION FOR STAY OF EXECUTION
CASE NO.12-cv-00630-LHK (PSG)

I, Mark D. Selwyn, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2. On December 4, 2014, I emailed counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") requesting Samsung's consent to a stay of execution of the $158,400 judgment against Apple upon posting of a $200,000 bond. A true and correct copy of this email is attached hereto as Exhibit A.

3. Also on December 4, 2014, Apple secured a bond in the amount of $200,000. A true and correct copy of the bond is attached hereto as Exhibit B.

4. Also on December 4, 2014, I spoke with counsel for Samsung who stated that Samsung was unwilling to stipulate to a stay of execution of judgment against Apple unless Apple posted a bond that included Samsung's requested costs. He estimated the amount of such a bond to be $800,000.

5. On December 5, 2014, counsel for Samsung emailed counsel for Apple confirming Samsung's position that it would stipulate to Apple's requested stay only if Apple posted a bond in the amount of $800,000. A true and correct copy of that email is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 5th day of December 2014 in Palo Alto, California.

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)

DECLARATION OF SELWYN IN SUPPORT OF APPLE'S MOTION FOR STAY OF EXECUTION
CASE NO.12-cv-00630-LHK (PSG)

1