# EXHIBIT A

| | |
|---|---|
| **From:** | Selwyn, Mark |
| **Sent:** | Thursday, December 04, 2014 4:12 PM |
| **To:** | 'Joseph Milowic III' |
| **Cc:** | Samsung NEW; Carl Anderson; '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com)'; WH Apple Samsung NDCal II Service; 'Apple630Team@mofo.com' |
| **Subject:** | Apple v. Samsung, Case No. 12 cv 00630 |

Joe:

Apple intends to move for a stay of execution of the $158,400 judgment against it in No. 12-CV-00630-LHK by posting a bond in the amount of $200,000, which is over 125% of the judgment amount. We would appreciate if you could let us know by 2pm Pacific Time tomorrow (Friday, December 4) whether Samsung consents to such a stay.

Mark

1