| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com | HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California 94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
| rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   12-cv-00630-LHK (PSG) |
| Plaintiff, | |
| v. | **APPLE INC.'S NOTICE AND CONDITIONAL MOTION FOR TEMPORARY STAY OF EXECUTION OF JUDGMENT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

APPLE INC.'S NOTICE AND CONDITIONAL MOTION FOR TEMPORARY STAY OF EXECUTION
CASE NO.12-cv-00630-LHK (PSG)

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Apple Inc. ("Apple") shall and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 62(b), to temporarily stay execution of the Court's November 25, 2014 judgment (the "Judgment"), to the extent adverse to Apple, until the Court rules on Apple's Motion for Stay of Execution of Judgment.

**RELIEF REQUESTED**

Apple respectfully requests that, if the Court grants Samsung's motion for a temporary stay on execution of the final judgment entered in this case, then the Court temporarily stay the execution of judgment against Apple until the Court rules on Apple's motion for stay of execution of judgment upon posting of a $200,000 bond.

## MOTION

This afternoon, Samsung filed a motion requesting a temporary stay on execution of the final judgment entered in this case until 14 days after the Court rules on Samsung's motion for approval of a supersedeas bond. (Dkt. 2082.) Apple opposes that motion for a temporary stay and will file an opposition as soon as it can reasonably do so.

However, if the Court grants Samsung's motion and temporarily stays the execution of the final judgment entered against Samsung during the pendency of the parties' motions regarding the posting of any bond, then Apple requests that the Court also grant a temporary stay on the execution of the final judgment entered against Apple while the parties' motions are pending. Accordingly, pursuant to Fed. R. Civ. P. 62(d), Apple conditionally requests that the Court temporarily stay the execution of judgment against Apple until the Court rules on Apple's motion for stay of execution of judgment against Apple upon posting of a $200,000 bond (Dkt. 2084).

Dated:  December  5, 2014

WILMER CUTLER PICKERING
   HALE AND DORR LLP

*/s/ Mark D. Selwyn* _____
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

APPLE INC.'S NOTICE AND CONDITIONAL MOTION FOR TEMPORARY STAY OF EXECUTION
CASE NO.12-cv-00630-LHK (PSG)

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: December 5, 2014                     */s/ Mark D. Selwyn*

APPLE INC.'S NOTICE AND CONDITIONAL MOTION FOR TEMPORARY STAY OF EXECUTION
CASE NO.12-cv-00630-LHK (PSG)                     1