1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an administrative motion to file under seal Apple's Opposition to Samsung's Motion to Shorten Time ("Apple's Opposition"), the Declaration of Mark D. Selwyn in Support of Apple's Opposition ("Selwyn Declaration"), and Exhibits A and B to the Selwyn Declaration.  The Court hereby grants Apple's Motion to Seal as indicated below:

| Document | Sealable Portion |
| --- | --- |
| Apple's Opposition | Portion(s) indicated by Samsung |
| Selwyn Declaration | Portion(s) indicated by Samsung |
| Exhibit A to the Selwyn Declaration | Portion(s) indicated by Samsung |
| Exhibit B to the Selwyn Declaration | Portion(s) indicated by Samsung |

**IT IS SO ORDERED.**

Dated: _____        _____
HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 12-CV-00630-LHK (PSG)