**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,              ) | Case No.: 12-CV-00630-LHK |
|                                                     ) | |
|    Plaintiff and Counterdefendant,   ) | ORDER GRANTING TEMPORARY |
|                                                     ) | STAYS OF EXECUTION OF |
|    v.                                ) | JUDGMENTS AND SETTING |
|                                                     ) | BRIEFING SCHEDULE ON MOTION |
| SAMSUNG ELECTRONICS CO., LTD., a                    ) | FOR APPROVAL OF SAMSUNG'S |
| Korean corporation; SAMSUNG                         ) | SUPERSEDEAS BOND |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG                            ) | |
| TELECOMMUNICATIONS AMERICA, LLC,    ) | |
| a Delaware limited liability company,               ) | |
|                                                     ) | |
|    Defendants and Counterclaimants.  ) | |
|                                                     ) | |

The Court hereby GRANTS as modified the motion brought by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") to stay temporarily execution of the judgment against Samsung. ECF No. 2082-3. The temporary stay shall remain in effect until seven (7) days after the Court's ruling on Samsung's motion seeking approval of its supersedeas bond, *see* ECF No. 2080-3, or until Samsung posts its Court-approved supersedeas bond, whichever date is earlier. The Court also GRANTS as modified the conditional motion brought by Apple, Inc. ("Apple") to stay temporarily

1

execution of the judgment against Apple.  ECF No. 2085.  The temporary stay shall remain in effect until seven (7) days after the Court's ruling on Apple's request seeking approval of its supersedeas bond, *see* ECF No. 2084, or until Apple posts its Court-approved supersedeas bond, whichever date is earlier.

The Court GRANTS as modified Samsung's motion to expedite briefing, *see* ECF No. 2083, and sets the following briefing schedule for Samsung's Motion for Approval of Samsung's Supersedeas Bond:

> Apple's Opposition Due: December 12, 2014
> Samsung's Reply Due: December 15, 2014
> Hearing on Motion: December 18, 2014, at 1:30 p.m.

The parties have expressed no desire for additional briefing regarding Apple's request for Court approval of Apple's supersedeas bond.  *See* ECF No. 2084.  The Court requires none.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
LUCY H. KOH
United States District Judge