1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, )<br><br>          Plaintiff, )<br>     v. )<br><br>SAMSUNG ELECTRONICS CO., LTD., a )<br>Korean corporation; SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; and SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company, )<br><br>         Defendants. )<br>                           ) | Case No.: 12-CV-00630-LHK<br><br>ORDER GRANTING ADMINISTRATIVE<br>MOTIONS TO SEAL |

Before the Court are the parties' administrative motions to seal briefing and exhibits in connection with Samsung's motion seeking approval of its supersedeas bond and motion to stay execution of judgment, ECF Nos. 2080, 2082, and Apple's opposition to Samsung's motion to shorten time, ECF No. 2086.

In the instant motions, the parties narrowly tailor their requests to seal only numbers that reflect at a minimum confidential sales numbers. The Federal Circuit has held that confidential sales numbers are sealable. Accordingly, the Court grants the parties' sealing motions under either the "good cause" or "compelling reasons" standards set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

1

Specifically, the Court grants the parties' requests to seal the highlighted proposed redactions in each of the following motions:

| Motion | ECF No. | Document (as Highlighted) | Ruling |
|--------|---------|---------------------------|--------|
| 2080 | 2080-3 | Samsung's Motion for Approval of Supersedeas Bond | GRANTED. |
| 2080 | 2080-4 | Decl. of Victoria F. Maroulis in Support of Samsung's Motion | GRANTED. |
| 2080 | 2080-5 | Ex. 1 to the Maroulis Decl. | GRANTED. |
| 2080 | 2080-6 | Decl. of Corey Kerstetter in Support of Samsung's Motion | GRANTED. |
| 2080 | 2080-7 | Decl. of Judith Chevalier in Support of Samsung's Motion | GRANTED. |
| 2080 | 2080-8 | Exs. 1, 3, 4, 5 to Chevalier Decl. | GRANTED. |
| 2080 | 2081 | [Proposed] Order Granting Samsung's Motion for Approval of Supersedeas Bond | GRANTED. |
| 2082 | 2082-3 | Samsung's Motion for Stay | GRANTED. |
| 2082 | 2082-4 | Decl. of Joseph Milowic in Support of Samsung's Motion for Stay | GRANTED. |
| 2082 | 2082-5 | Ex. 1 to Milowic Decl. | GRANTED. |
| 2086 | 2086-3 | Apple's Opp. to Samsung's Motion to Shorten Time | GRANTED. |
| 2086 | 2086-4 | Selwyn Decl. | GRANTED. |
| 2086 | 2086-5 | Ex. A to the Selwyn Decl. | GRANTED. |
| 2086 | 2086-6 | Ex. B to the Selwyn Decl. | GRANTED. |

**IT IS SO ORDERED.**

Dated: December 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 5:12-CV-00630-LHK
ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL

United States District Court
For the Northern District of California