QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND**<br><br>UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED |

02198.51981/6372748.2

Case No. 12-cv-00630-LHK
_____MAROULIS DECL. ISO MOT. FOR APPROVAL OF SUPERSEDEAS BOND

I, Victoria F. Maroulis declare as follows:

I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter.  I a member in good standing of the state bar of California and admitted to practice in this Court.  I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. Exhibit 1 is a true and correct copy of the supersedeas bond in the amount of $■■■ ■■■■■ obtained by Samsung as security to stay execution of the final judgment entered on November 25, 2014 pending resolution of Samsung's appeal from that order.

2. Attached to the bond are certificates of authority, powers of attorney, and acknowledgements for each surety.

3. Each surety listed on the bond has been certified by the Department of Treasury as an acceptable surety under 31 U.S.C. §§ 9304-9308 in Treasury Department Circular 570, which is available at http://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm (last visited December 2, 2014), and the amount for which each surety is responsible is less than the surety's underwriting limitation in Circular 570.

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true.  Executed on this 5th day of December, 2014 in Redwood Shores, California.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis