# EXHIBIT 1
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> a Korean corporation; <br> SAMSUNG ELECTRONICS AMERICA, INC. <br> a New York corporation; <br> SAMSUNG TELECOMMUNICATIONS <br> AMERICA, LLC, <br> a Delaware limited liability company, <br><br> Defendants. | Case No.: 12-CV-00630-LHK <br><br> **SUPERSEDEAS BOND** |

## SUPERSEDEAS BOND

WHEREAS, Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC have appealed from a judgment entered in the above entitled action in The United States District Court for the Northern District of California, San Jose Division, in favor of the above named Plaintiffs on November 25, 2014, in the amount of ONE HUNDRED NINETEEN MLLION SIX HUNDRED TWENTY FIVE THOUSAND AND 00/100THS DOLLARS ($119,625,000.00); and

WHEREAS, Defendants desire to give this Supersedeas Bond pursuant to Fed. R. Civ. Pro. 62(d);

**NOW THEREFORE**, in consideration of the premises and of such appeal, **ZURICH AMERICAN INSURANCE COMPANY** and **WESTCHESTER FIRE INSURANCE COMPANY,** as sureties, (each a "Surety" and collectively "Sureties") are held and firmly bound unto Plaintiff APPLE, INC. as Obligee, in the total aggregate penal sum of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ lawful money of the United States for which payment well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents

**THE CONDITION OF THIS OBLIGATION** is that if Defendants shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest and damages for delay if the appeal is finally dismissed or the judgment is affirmed, or shall satisfy in full such judgment as modified together, with such

Page 1 of 2

costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect;

PROVIDED, HOWEVER, THAT:

1. The maximum amount of liability for each Surety shall be limited to the following amounts:

   ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation for ▮

   WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation for ▮

2. It is expressly provided that the obligation of each Surety shall be several and not joint, and no Surety shall be liable in an amount greater than its respective maximum amount of liability set forth above in Paragraph 1, nor shall any Surety's liability be increased or affected hereunder in any way whatsoever as a result of the performance or non-performance by any other Surety of such other Surety's obligation under this Bond.

3. Any claim for payment by APPLE, INC. arising under this Supersedeas Bond shall be allocated to the percentage of each Surety's limit of liability relative to the aggregate amount of this Bond.

4. In no event shall the total collective obligation of the Sureties hereunder exceed the amount of this Bond, or the individual liability of any Surety hereunder exceed their respective maximum amount of liability stated in Paragraph 1, regardless of the number of years this bond is in force.

5. The Sureties hereby consent to affirming this bond covers the costs awarded by the court, including attorney's fees, interest, and damages, subject to the penal sum of the bond.

6. Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, the Sureties hereby submit themselves to the jurisdiction of the District Court.

Dated this 5th day of December, 2014.

**SURETY**

**ZURICH AMERICAN INSURANCE COMPANY**

By: _[signature]_                                                                Bond Number: 09173766
Kelly O'Malley
Attorney-In-Fact


**WESTCHESTER FIRE INSURANCE COMPANY**

By: _[signature]_                                                                Bond Number: K09169210
Kelly O'Malley
Attorney-In-Fact

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of New York

County of New York

On 12/05/14 before me, Aklima B. Noorhassan, Notary Public, personally appeared Kelly O'Malley who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New York that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)                    Signature *Aklima B Noorhassan*

```
AKLIMA B NOORHASSAN
Notary Public - State of New York
NO. 01NO6284493
Qualified in Queens County
My Commission Expires Jun 17, 2017
```

# Power of Attorney

## WESTCHESTER FIRE INSURANCE COMPANY

Know all men by these presents: That **WESTCHESTER FIRE INSURANCE COMPANY**, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

[redacted]

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 6 day of January 2014.

**WESTCHESTER FIRE INSURANCE COMPANY**

Stephen M. Haney, Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA   ss.

On this 6 day of January, AD. 2014 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 25, 2014

Karen E. Brandt, Notary Public

I, the undersigned Assistant Secretary of the **WESTCHESTER FIRE INSURANCE COMPANY**, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 5th day of December 2014



William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER January 06, 2015.

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES THAT WILL PROTECT AGAINST COPY COUNTERFEIT AND ALTERATION.

007293295



**WESTCHESTER FIRE INSURANCE COMPANY - NAIC# 10030**

| FINANCIAL STATEMENT | DECEMBER 31, 2013 |
|---|---|

### ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $1,774,825,880 |
| SHORT - TERM INVESTMENTS | 20,014,453 |
| STOCKS | 0 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | 28,898,475 |
| PREMIUM IN COURSE OF COLLECTION* | 73,348,856 |
| INTEREST ACCRUED | 16,193,041 |
| OTHER ASSETS | 142,805,499 |
| TOTAL ASSETS | $2,056,086,204 |

### LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | $162,490,379 |
| RESERVE FOR LOSSES | 1,003,690,742 |
| RESERVE FOR TAXES | 2,386,131 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 2,053,210 |
| OTHER LIABILITIES | (21,105,132) |
| TOTAL LIABILITIES | 1,149,515,330 |

| | |
|---|---:|
| CAPITAL: 70,000 SHARES, $71.43 PAR VALUE | 5,000,100 |
| CAPITAL: PAID IN | 295,331,592 |
| AGGREGATE WRITE-INS FOR SPECIAL SURPLUS FUNDS | 115,190,473 |
| SURPLUS (UNASSIGNED) | 491,048,709 |
| SURPLUS TO POLICYHOLDERS | 906,570,874 |
| TOTAL | $2,056,086,204 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

**STATE OF PENNSYLVANIA**

**COUNTY OF PHILADELPHIA**

John P. Taylor, being duly sworn, says that he is Senior Vice President of Westchester Fire Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31 st day of December, 2013.

Sworn before me this  3/31/14

_[signature]_
Senior Vice President

_[signature]_ Diane Wright
Notary Public

August 8, 2015
My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane Wright, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **GERALD F. HALEY, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Vivian CARTI, Debra A. DEMING, Cynthia FARRELL, Sandra DIAZ, Jessica IANNOTTA, Annette LEUSCHNER, Edward REILLY, Kelly O'MALLEY and Evangelina L. DOMINICK, all of New York, New York, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 18th day of November, A.D. 2014.

ATTEST:

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**





By: _____

*Assistant Secretary*
*Eric D. Barnes*

*Vice President*
*Gerald F. Haley*

**State of** Maryland
City of Baltimore

On this 18th day of November, A.D. 2014, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **GERALD F. HALEY, Vice President, and ERIC D. BARNES, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Maria D. Adamski, Notary Public
My Commission Expires: July 8, 2015

POA-F 093-5030B

## EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

## CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this 5th day of December, 2014.

  

Thomas O. McClellan, Vice President

## ZURICH AMERICAN INSURANCE COMPANY
## COMPARATIVE BALANCE SHEET
### ONE LIBERTY PLAZA, 165 BROADWAY, 32nd FLOOR, NEW YORK, NY 10006
### As of December 31, 2013 and December 31, 2012

| | 12/31/2013 | 12/31/2012 |
|---|---:|---:|
| **Assets** | | |
| Bonds | $ 18,990,565,123 | $ 18,907,466,866 |
| Preferred Stock | - | - |
| Common Stock | 2,411,755,638 | 2,123,025,432 |
| Other Invested Assets | 2,505,133,631 | 2,035,077,824 |
| Short-term Investments | 327,019,081 | 126,053,209 |
| Receivable for securities | 123,767,865 | 134,410,839 |
| Cash and cash equivalents | (65,045,469) | 728,298,115 |
| Securities lending reinvested collateral assets | 208,060,537 | 225,335,750 |
| Employee Trust for Deferred Compensation Plan | 142,420,097 | 130,493,778 |
| Total Cash and Invested Assets | $ 24,643,676,503 | $ 24,410,161,814 |
| | | |
| Premiums Receivable | $ 3,358,946,105 | $ 3,649,247,239 |
| Funds Held with Reinsurers | 2,383,155 | 3,681,443 |
| Reinsurance Recoverable | 391,812,478 | 215,451,507 |
| Accrued Investment Income | 113,886,701 | 121,729,727 |
| Federal Income Tax Recoverable | 940,033,456 | 930,267,731 |
| Due from Affiliates | 183,852,738 | 187,274,289 |
| Other Assets | 549,410,052 | 493,265,075 |
| **Total Assets** | $ 30,184,001,188 | $ 30,011,078,824 |
| | | |
| **Liabilities and Policyholders' Surplus** | | |
| Liabilities: | | |
| Loss and LAE Reserves | $ 13,894,112,327 | $ 14,244,436,264 |
| Unearned Premium Reserve | 4,321,146,577 | 4,159,670,241 |
| Funds Held with Reinsurers | 185,460,548 | 212,412,675 |
| Loss In Course of Payment | 357,922,606 | 408,170,112 |
| Commission Reserve | 68,132,284 | 64,038,359 |
| Federal Income Tax Payable | 290,773,995 | 16,190,044 |
| Remittances and Items Unallocated | 111,710,550 | 196,410,982 |
| Payable to parent, subs and affiliates | 154,428,297 | 57,540,814 |
| Provision for Reinsurance | 43,942,761 | 66,649,220 |
| Ceded Reinsurance Premiums Payable | 807,651,125 | 551,510,878 |
| Securities Lending Collateral Liability | 208,060,537 | 225,335,750 |
| Other Liabilities | 1,942,241,242 | 2,166,453,164 |
| Total Liabilities | $ 22,385,582,849 | $ 22,368,818,502 |
| | | |
| Policyholders' Surplus: | | |
| Common Capital Stock | $ 5,000,000 | $ 5,000,000 |
| Paid-In and Contributed Surplus | 4,394,131,321 | 4,394,131,321 |
| Surplus Notes | - | 430,000,000 |
| Special Surplus Funds | 34,865,000 | 43,259,000 |
| Cumulative Unrealized Gain | 505,136,565 | 331,857,594 |
| Unassigned Surplus | 2,859,285,454 | 2,438,012,408 |
| Total Policyholders' Surplus | $ 7,798,418,339 | $ 7,642,260,323 |
| | | |
| Total Liabilities and Policyholders' Surplus | $ 30,184,001,188 | $ 30,011,078,824 |

I, Dennis F. Kerrigan, Corporate Secretary of ZURICH AMERICAN INSURANCE COMPANY do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2013, according to the best of my information, knowledge and belief.

*Corporate Secretary*

State of Illinois  
County of Cook } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2014.

*Notary public*

OFFICIAL SEAL  
DARRYL JOINER  
Notary Public - State of Illinois  
My Commission Expires May 3, 2014