QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF COREY KERSTETTER IN SUPPORT OF SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Corey Kerstetter declare as follows:

I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Vice President of Business Planning. I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

1. As the Vice President of Business Planning at STA, I am familiar with and have knowledge of STA's actual and forecasted sales of Samsung smartphones in the United States. In the regular course of its business, STA maintains actual sales information and forecasts sales of its smartphones on a quarterly basis, and has forecasted such sales through the end of 2015.

2. From May 2, 2014, three days prior to the jury verdict, through November 25, 2014, when the Court entered final judgment in the above captioned matter, STA sold the following units of accused STA products found to infringe Apple's '647 patent:

- Galaxy Note II: ▉▉▉▉
- Galaxy S III: ▉▉▉▉

3. STA prepares forecasts of future sales for its smartphones in the ordinary course of business. Inclusive of actual sales made between January 2014 through October 2014, STA expects to sell in the U.S. the following units of smartphones in 2014 and 2015, respectively:

- Year 2014: ▉▉▉▉
- Year 2015: ▉▉▉▉

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true. Executed on this 4th day of December, 2014 in Richardson, Texas.

*/s/ Corey Kerstetter*
COREY KERSTETTER

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the aforementioned declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Corey Kerstetter has concurred in the aforementioned filings.

              */s/ Victoria Maroulis*
              Victoria Maroulis