HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 1**

**SUMMARY OF ONGOING DAMAGES AND INTEREST**

|  | Damages | Pre-judgment Interest Aug. 2011 – Nov. 25, 2014 | Post-judgment Interest Nov. 26, 2014 – May 25, 2016 | Total |
|---|---|---|---|---|
| [1] Jury Verdict | $119,625,000 | $309,822 | $251,597 | $120,186,419 |
| [2] Supplemental Damages | | | | |
| [3] Ongoing Royalties | | | | |
| [4] Total | | | | |

Notes & Sources:
Pre-judgment interest reflects interest accrued through November 25, 2014.
Post-judgment interest reflects interest accrued from November 26, 2014 – May 25, 2016.  Assumes an 18-month appeal period.
[1] From Exhibit 2.
[2] From Exhibit 3.
[3] From Exhibit 4.  The '647 patent expires on February 1, 2016.  Ongoing Royalty damages reflect royalties through January 31, 2016.
[4] = [1] + [2] + [3].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**CALCULATION OF INTEREST ON JURY VERDICT**
**CALCULATED USING T-BILL RATE,[1] COMPOUNDED ANNUALLY**

| | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | $883,704 | $1,813,729 | $3,206,664 | $3,332,385 | $3,234,929 | $12,471,411 |
| Prior Month's Principal | | | | | | | | | $883,704 | $2,697,432 | $5,904,097 | | |
| Prior Month's Damages | | | | | | | | | $883,704 | $1,813,729 | $3,206,664 | $3,332,385 | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | $883,704 | $2,697,432 | $5,904,097 | $9,236,482 | |
| Interest Earned | | | | | | | | | $74 | $247 | $541 | $924 | $1,786 |

| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $3,308,862 | $2,799,104 | $3,720,477 | $2,850,439 | $1,798,038 | $3,668,064 | $6,598,761 | $7,517,544 | $4,640,595 | $7,191,145 | $9,459,258 | $6,231,032 | $59,783,318 |
| Prior Month's Principal | $9,236,482 | $12,473,197 | $15,782,059 | $18,581,163 | $22,301,640 | $25,152,079 | $26,950,117 | $30,618,181 | $37,216,942 | $44,734,486 | $49,375,081 | $56,566,226 | |
| Prior Month's Damages | $3,234,929 | $3,308,862 | $2,799,104 | $3,720,477 | $2,850,439 | $1,798,038 | $3,668,064 | $6,598,761 | $7,517,544 | $4,640,595 | $7,191,145 | $9,459,258 | |
| Prior Year's Interest | $1,786 | | | | | | | | | | | | |
| Principal Available for Interest | $12,473,197 | $15,782,059 | $18,581,163 | $22,301,640 | $25,152,079 | $26,950,117 | $30,618,181 | $37,216,942 | $44,734,486 | $49,375,081 | $56,566,226 | $66,025,484 | |
| Interest Earned | $1,247 | $2,104 | $2,942 | $3,345 | $3,982 | $4,267 | $4,848 | $5,583 | $6,710 | $7,406 | $8,485 | $8,803 | $59,724 |

| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $7,628,308 | $4,067,216 | $4,380,761 | $5,529,678 | $4,882,882 | $3,085,415 | $4,372,211 | $2,532,314 | $2,153,626 | $2,555,308 | $1,855,896 | $620,117 | $43,663,732 |
| Prior Month's Principal | $66,025,484 | $72,316,239 | $79,944,547 | $84,011,763 | $88,392,524 | $93,922,201 | $98,805,083 | $101,890,499 | $106,262,710 | $108,795,023 | $110,948,650 | $113,503,958 | |
| Prior Month's Damages | $6,231,032 | $7,628,308 | $4,067,216 | $4,380,761 | $5,529,678 | $4,882,882 | $3,085,415 | $4,372,211 | $2,532,314 | $2,153,626 | $2,555,308 | $1,855,896 | |
| Prior Year's Interest | $59,724 | | | | | | | | | | | | |
| Principal Available for Interest | $72,316,239 | $79,944,547 | $84,011,763 | $88,392,524 | $93,922,201 | $98,805,083 | $101,890,499 | $106,262,710 | $108,795,023 | $110,948,650 | $113,503,958 | $115,359,854 | |
| Interest Earned | $9,040 | $10,659 | $10,501 | $8,839 | $9,392 | $11,527 | $10,189 | $11,512 | $10,880 | $11,095 | $11,350 | $12,497 | $127,482 |

| | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14[2] | Nov-14[3] | Dec-14 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $1,287,702 | $1,044,870 | $805,395 | $568,571 | | | | | | | | | | $3,706,538 |
| Prior Month's Principal | $115,359,854 | $116,107,453 | $117,395,155 | $118,440,025 | $119,245,420 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | |
| Prior Month's Damages | $620,117 | $1,287,702 | $1,044,870 | $805,395 | $568,571 | | | | | | | | | |
| Prior Year's Interest | $127,482 | | | | | | | | | | | | | |
| Principal Available for Interest | $116,107,453 | $117,395,155 | $118,440,025 | $119,245,420 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | $119,813,991 | |
| Interest Earned | $11,611 | $11,740 | $12,831 | $10,931 | $9,984 | $9,984 | $10,983 | $10,983 | $10,983 | $9,984 | $10,817 | $2,330 | $13,978 | $137,139 |

| | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | $119,813,991 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | |
| Prior Month's Damages | | | | | | | | | | | | | |
| Prior Year's Interest | $137,139 | | | | | | | | | | | | |
| Principal Available for Interest | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | $119,951,130 | |
| Interest Earned | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $13,994 | $167,932 |

| | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16[4] | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | $119,625,000 |
| Prior Month's Principal | $119,951,130 | $120,119,062 | $120,119,062 | $120,119,062 | $120,119,062 | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | |
| Prior Year's Interest | $167,932 | | | | | | | | | | | | | |
| Principal Available for Interest | $120,119,062 | $120,119,062 | $120,119,062 | $120,119,062 | $120,119,062 | | | | | | | | | |
| Interest Earned | $14,014 | $14,014 | $14,014 | $14,014 | $11,302 | | | | | | | | $67,357 | $561,419 |

| | |
|---|---|
| Total Pre-judgment Interest (August 2011 – November 25, 2014) | $309,822 |
| Total Post-judgment Interest (November 26, 2014 – May 25, 2016) | $251,597 |
| Total Interest | $561,419 |

Page 1 of 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**CALCULATION OF INTEREST ON JURY VERDICT**
**CALCULATED USING T-BILL RATE,[1] COMPOUNDED ANNUALLY**

Notes & Sources:

[1] Pre-judgment Interest through November 25, 2014 is calculated using the 52-week T-Bill rate (see Exhibit 6) and compounding annually, consistent with the ruling in Order Granting in Part and Denying in Part Apple's Motion for Judgment as a Matter of Law, September 8, 2014, at 24.  See also,  Robinson Declaration, at ¶¶11-13 and Exhibit 4.  Assumes damages are earned over time, consistent with the methodology set forth in Robinson Declaration, at Exhibit 4.
Post-judgment interest, beginning November 26, 2014, is calculated using an annual interest rate of 0.14%, which is the weekly average 1-year constant maturity Treasury yield for the week ending November 21, 2014, per the Federal Reserve (http://federalreserve.gov/releases/h15/data.html).  Monthly interest rates calculated as annual rates / 12.

[2] Interest Earned is prorated to reflect interest for November 1 – 25, 2014.

[3] Interest Earned is prorated to reflect interest for November 26 – 30, 2014.

[4] Interest Earned is prorated to reflect May 25, 2016 end date.

Pre-judgment Interest period runs from August 2011 – November 25, 2014.  Post-judgment Interest period runs from November 26, 2014 – May 25, 2016.  Assumes an 18-month appeal period.

Monthly Damages from Robinson Declaration, at Exhibit 4.

**EXHIBIT 3**

**CALCULATION OF SUPPLEMENTAL DAMAGES**
**INTEREST CALCULATED USING T-BILL RATE,[1] COMPOUNDED ANNUALLY**



| | | |
|---|---|---|
| Total Pre-judgment Interest (August 2011 – November 25, 2014) | $ | |
| Total Post-judgment Interest (November 26, 2014 – May 25, 2016) | $ | |
| Total Interest | $ | |

Notes & Sources:

[1] Pre-judgment Interest through November 25, 2014 is calculated using the 52-week T-Bill rate (see Exhibit 6) and compounding annually, consistent with the ruling in Order Granting in Part and Denying in Part Apple's Motion for Judgment as a Matter of Law, September 8, 2014, at 24. *See also,* Robinson Declaration, at ¶¶11-13 and Exhibit 4. Assumes damages are earned over time, consistent with the methodology set forth in Robinson Declaration, at Exhibit 4. Post-judgment interest, beginning November 26, 2014, is calculated using an annual interest rate of 0.14%, which is the weekly average 1-year constant maturity Treasury yield for the week ending November 21, 2014, per the Federal Reserve (http://federalreserve.gov/releases/h15/data.html). Monthly interest rates calculated as annual rates / 12.

[2] Interest Earned is prorated to reflect interest for November 1 – 25, 2014.

[3] Interest Earned is prorated to reflect interest for November 26 – 30, 2014.

[4] Interest Earned is prorated to reflect May 25, 2016 end date.

Supplemental Damages begin May 6, 2014 and end November 25, 2014. See Order Granting in Part and Denying in Part Apple's Motion for Judgment as a Matter of Law, September 8, 2014, at 18; Judgment, November 25, 2014.

Monthly damages calculated assuming May 2 – November 25, 2014 total unit sales of Galaxy Note II (            ) and Galaxy S III (            ) are distributed evenly over the period. Aggregate unit sales of the Galaxy Note II and Galaxy S III from May 2 – November 25, 2014 provided by Samsung. May units are prorated to reflect May 6, 2014 start date.

Damages calculated as units * royalty rate, using royalty rates of $       t for the Galaxy Note II and        for the Galaxy S III. See Order Granting in Part and Denying in Part Apple's Motion for Judgment as a Matter of Law, September 8, 2014, at 18; Order Granting in Part Apple's Motion for Ongoing Royalties, November 25, 2014, at 36.

Pre-judgment Interest period runs from August 2011 – November 25, 2014. Post-judgment Interest period runs from November 26, 2014 – May 25, 2016. Assumes an 18-month appeal period.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 4**

**CALCULATION OF ONGOING ROYALTY DAMAGES**
**INTEREST CALCULATED USING T-BILL RATE,[1] COMPOUNDED ANNUALLY**



Notes & Sources:

[1] Pre-judgment Interest through November 25, 2014 is calculated using the 52-week T-Bill rate (see Exhibit 6) and compounding annually, consistent with the ruling in Order Granting in Part and Denying in Part Apple's Motion for Judgment as a Matter of Law, September 8, 2014, at 24. *See also*, Robinson Declaration, at ¶¶11-13 and Exhibit 4. Assumes damages are earned over time, consistent with the methodology set forth in Robinson Declaration, at Exhibit 4. Post-judgment interest, beginning November 26, 2014, is calculated using an annual interest rate of 0.14%, which is the weekly average 1-year constant maturity Treasury yield for the week ending November 21, 2014, per the Federal Reserve (http://federalreserve.gov/releases/h15/data.html). Monthly interest rates calculated as annual rates / 12.

[2] Reflects smartphone units sold from November 26 – 30, 2014.

[3] Interest Earned is prorated to reflect May 25, 2016 end date.

Ongoing Royalty Damages begin November 26, 2014 and end January 31, 2016, with the expiration of the '647 patent. See Judgment, November 25, 2014, at 2; Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at Exhibit 6. Monthly Smartphone Units calculated as units * ▮▮▮▮ for the '647 patent. Units from Exhibit 5. Royalty rate of ▮▮▮▮ reflects the royalty rate for the '647 patent for unadjudicated products specified in Order Granting in Part Apple's Motion for Ongoing Royalties, November 25, 2014, at 36.

Pre-judgment Interest period runs from August 2011 – November 25, 2014. Post-judgment Interest period runs from November 26, 2014 – May 25, 2016. Assumes an 18-month appeal period.

**EXHIBIT 5**

**ESTIMATED U.S. SAMSUNG SMARTPHONE UNIT SHIPMENTS**
**NOVEMBER 26, 2014 – JANUARY 31, 2016[1]**



Samsung Smartphone Units (Nov. 26, 2014 – Jan. 31, 2016):

Notes & Sources:
[1] November 26, 2014 is the day after final judgment was entered; January 31, 2016 is the day before the expiration date of the '647 patent.  See Judgment, November 25, 2014;
    Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at Exhibit 6.
Monthly values calculated from annual projected totals, assuming sales are distributed evenly over time.
Annual projected totals of [redacted] smartphone units for 2014 and [redacted] smartphone units for 2015 provided by Samsung.  2016 annual total of [redacted] smartphone units
    calculated using the growth rate from 2014-2015 ([redacted]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 6**

**INTEREST RATES**
**AUGUST 2011 – NOVEMBER 2014**

|  | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|
| 52-Week T-Bill Rate | 0.11% | 0.10% | 0.11% | 0.11% | 0.12% |

|  | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52-Week T-Bill Rate | 0.12% | 0.16% | 0.19% | 0.18% | 0.19% | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |

|  | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52-Week T-Bill Rate | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.13% |

|  | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52-Week T-Bill Rate | 0.12% | 0.12% | 0.13% | 0.11% | 0.10% | 0.10% | 0.11% | 0.11% | 0.11% | 0.10% | 0.13% |

Notes & Sources:
52 Week Treasury Bill rate based on Federal Reserve reported monthly average annual rates for 1-year treasuries ("Market yield on U.S. Treasury securities at 1-month constant maturity, quoted on investment basis," from http://federalreserve.gov/releases/h15/data.html).