UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Approval of Supersedeas Bond.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion for Approval of Supersedeas Bond.  The Court approves a supersedeas bond in the amount of $■■ ■■■■■■ inclusive of judgment and any potential awards of supplemental damages, ongoing royalties, pre- and post-judgment interest, and costs and fees to which Apple may become entitled during the pendency of an appeal.  Upon posting of a bond in the full amount by Samsung, enforcement of the final

1  judgment including ongoing royalties, as well as any award of costs or supplemental damages,
2  will be stayed pending the resolution of all appeals.
3    In addition, the Court stays enforcement of the Judgment for fourteen (14) days following
4  entry of this order, to allow Samsung time to post a bond.
5    **IT IS SO ORDERED.**

7  DATED: _____, 2014

10   HONORABLE LUCY H. KOH
     United States District Court Judge