1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                            UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
   |---|---|
22 |            Plaintiff, | |
23 |     vs. | **SAMSUNG'S OMNIBUS CERTIFICATE OF SERVICE** |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
25 | | |
26 | | |
27 |            Defendants. | |
28

# CERTIFICATE OF SERVICE

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On December 5, 2014, I served true and correct copies of unredacted versions of:

1. Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-3);
2. The Declaration of Victoria Maroulis ISO Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-4);
3. Exhibit 1 to the Declaration of Victoria Maroulis ISO Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-5);
4. The Declaration of Corey Kerstetter ISO Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-6);
5. The Declaration of Judith Chevalier ISO Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-7);
6. Exhibits 1-6 to the Declaration of Judith Chevalier ISO Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2080-8);
7. [Proposed] Order Granting Samsung's Motion for Approval of Supersedeas Bond (Dkt. No. 2081);
8. Samsung's Motion for Temporary Stay of Execution of Judgment Pursuant to FRCP 62 (Dkt. No. 2082-3);
9. The Declaration of Joseph Milowic ISO Samsung's Motion for Temporary Stay of Execution of Judgment Pursuant to FRCP 62 (Dkt. No. 2082-4); and
10. Exhibit 1 to the Declaration of Joseph Milowic ISO Samsung's Motion for Temporary Stay of Execution of Judgment Pursuant to FRCP 62 (Dkt. No. 2082-5).

by emailing the aforementioned documents to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

| **Gibson, Dunn & Crutcher LLP** | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| Apple/Samsung@gibsondunn.com | WHAppleSamsungNDCalIITeam@wilmerhale.com |
| **Morrison & Foerster LLP** | |
| Apple630MoFoTeam@mofo.com | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2014 at Los Angeles, California.

                                          */s/ Elliot Siegel*
                                             Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file Samsung's Omnibus Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Elliot Siegel has concurred in the aforementioned filings.

                                                    */s/ Michael L. Fazio*

                                                  Michael L. Fazio