| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com | HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California 94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
| rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR APPROVAL OF A SUPERSEDEAS BOND UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1   In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal portions of Apple's Opposition to Samsung's Motion for Approval of a Supersedeas Bond ("Apple's Opposition").

Apple's Opposition contains information designated confidential by Samsung.  Apple does not maintain any claim of confidentiality with respect to Apple's Opposition.  Apple expects that Samsung will file a declaration in support of sealing in accordance with Civil Local Rule 79-5.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal relating to Apple's Opposition as a procedural mechanism.  Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's Opposition identifying what information Samsung supported sealing in its declaration.

Dated: December 12, 2014                MORRISON & FOERSTER LLP

                                        By:  */s/ Rachel Krevans*
                                             RACHEL KREVANS

                                             Attorneys for Plaintiff and
                                             Counterclaim-Defendant
                                             APPLE INC.