1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Apple's Opposition to Samsung's Motion for Approval of a Supersedeas Bond ("Apple's Opposition") under seal. The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Opposition | Portion(s) indicated by Samsung |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
CASE NO. 12-CV-00630-LHK (PSG)
sf-3487032

1