QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF JOSEPH MILOWIC III IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Joseph Milowic III, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of New York and admitted *pro hac vice* before the Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in Support of Motion for Approval of Supersedeas Bond ("Administrative Motion").

3. Samsung moves to file under seal Samsung's Reply in Support of Motion for Approval of Supersedeas Bond ("Samsung's Reply").

4. Samsung's Reply sets forth gross sales, revenue, and/or financial forecast data that may be used to derive per-unit, per-product sales and revenue data of various Samsung products. Such data is properly sealed. *See Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed *product-specific information* concerning such things as costs, *sales*, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.") (emphasis added).

5. The Court has already found the information in question to be properly sealable in prior related briefing. Dkt. No. 2089.

6. I incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable. *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed December 15, 2014, at New York, New York.

4  /s/ Joseph Milowic III
   Joseph Milowic III

1

**ATTESTATION**

2   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Joseph Milowic

4 has concurred in the aforementioned filings.

5

6                                                                    /s/ Victoria Maroulis

7                                                                   Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28