United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING ADMINISTRATIVE |
| v. ) | MOTIONS TO SEAL |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court are the parties' administrative motions to seal briefing in connection with Samsung's motion seeking approval of its supersedeas bond (ECF No. 2080). *See* ECF Nos. 2093, 2094.

In the instant motions, the parties narrowly tailor their requests to seal only numbers that reflect at a minimum confidential sales numbers. The Federal Circuit has held that confidential sales numbers are sealable. Accordingly, the Court grants the parties' sealing motions under either the "good cause" or "compelling reasons" standards set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

Specifically, the Court grants the parties' requests to seal the highlighted proposed redactions in each of the following briefs:

| **Motion** | **ECF No.** | **Document (as Highlighted)** | **Ruling** |
|---|---|---|---|
| 2093 | 2093-3 | Apple's Opposition to Samsung's Motion for Approval of Supersedeas Bond | GRANTED. |
| 2094 | 2094-3 | Samsung's Reply in Support of Samsung's Motion for Approval of Supersedeas Bond | GRANTED. |

**IT IS SO ORDERED.**

Dated: December 16, 2014



_____
LUCY H. KOH
United States District Judge