1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                       UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
21 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL**
22 | vs. |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
27 | Defendants. |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal Samsung's supersedeas bond ("Administrative Motion"), submitted pursuant to the Court's December 16, 2014 Order (Dkt. No. 2097).

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to submit under seal Samsung's supersedeas bond.

Samsung further requests that any ECF entry by the Clerk's Office that references the posting of Samsung's supersedeas bond not display the amount of the supersedeas bond, which is information that is sought to be sealed as part of Samsung' Administrative Motion.

DATED:  December 18, 2014             QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                      By */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         William C. Price
                                         Michael T. Zeller
                                         Michael L. Fazio

                                         Attorneys for Defendants
                                         SAMSUNG ELECTRONICS CO., LTD.,
                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                         and SAMSUNG TELECOMMUNICATIONS
                                         AMERICA, LLC