1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
13 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
14 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
15 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
16
   Attorneys for SAMSUNG ELECTRONICS
17 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
18 TELECOMMUNICATIONS AMERICA, LLC

19                    UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21 APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK

22              Plaintiff,                      **DECLARATION OF CARL ANDERSON
                                                IN SUPPORT OF SAMSUNG'S
23         vs.                                  ADMINISTRATIVE MOTION TO
                                                SUBMIT ITS SUPERSEDEAS BOND
24 SAMSUNG ELECTRONICS CO., LTD., a             UNDER SEAL**
   Korean business entity; SAMSUNG
25 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
27
                Defendants.
28

I, Carl Anderson, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to Submit its Supersedeas Bond Under Seal ("Administrative Motion").

3. Samsung moves to seal its supersedeas bond (the original of which is submitted concurrently as of this filing), as well as to request the Court not disclose the total amount of Samsung's supersedeas bond on any ECF entries regarding the posting of its supersedeas bond.

4. Samsung's supersedeas bond puts forth financial information that may be used, in conjunction with other public pleadings in this action, to derive per-unit, per-product sales data of various Samsung products. Such data is properly sealable. *See Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed *product-specific information* concerning such things as costs, *sales*, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.") (emphasis added).

5. This Court has already found that the information sought to be sealed in Samsung's supersedeas bond is properly sealable. *See* Dkt. Nos. 2089 (Order granting Samsung's Administrative Motion to Seal Samsung's Motion for Approval of Supersedeas Bond); 2098 (Order granting Samsung's Administrative Motion to Seal Samsung's Reply in Support of its Motion for Approval of Supersedeas Bond).

6. This Court's December 16, 2014 Order Granting Samsung's Request for Approval of its Supersedeas Bond also sealed the very same information – including the amount of the supersedeas bond – consistent with the Court's previous rulings. Dkt. No. 2097.

7. I also incorporate by reference the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support administrative motions to file under seal that establish that the Samsung-confidential information at issue here is sealable.  *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed December 18, 2014, at San Francisco, California.

*/s/ Carl Anderson*
Carl Anderson

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Carl Anderson has concurred in the aforementioned filings.

                              /s/ Victoria Maroulis

                              Victoria Maroulis