1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL** |

02198.51990/6422358.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3 To Submit Its Supersedeas Bond Under Seal.
4    Having considered Samsung's motion, and good cause having been shown, the Court
5 GRANTS Samsung's motion and ORDERS Samsung's supersedeas bond to be sealed.
6    It is further ORDERED that any ECF entry referencing the posting of Samsung's
7 supersedeas bond will not display the amount of the supersedeas bond, as that information is
8 confidential information that has previously been sealed by the Court.

10   **IT IS SO ORDERED.**

12 DATED: _____

13                                                      The Honorable Lucy H. Koh
                                                        United States District Judge

02198.51990/6422358.1

-1-                                                     Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL