1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
13 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
14 Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
15 Facsimile:    (213) 443-3100

16 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
17 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
18

19                          UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21 | APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
|---|---|
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE OF SUBMISSION OF ITS SUPERSEDEAS BOND** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

28

02198.51990/6422352.1

SAMSUNG'S NOTICE OF SUBMISSION OF ITS SUPERSEDEAS BOND

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby submit its supersedeas bond pursuant to the Court's December 16, 2014 Order (Dkt. No. 2097).

DATED: December 18, 2014        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  */s/ Victoria F. Maroulis*
                                    Victoria F. Maroulis
                                    Michael L. Fazio
                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC