QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S CERTIFICATE OF SERVICE RE DKT. NO. 2099** |

**CERTIFICATE OF SERVICE**

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On December 18, 2014, I served a true and correct copy of an unredacted version of:

1. Samsung's Supersedeas Bond (Dkt. No. 2099-3).

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

| | |
|---|---|
| **Gibson, Dunn & Crutcher LLP**<br>Apple/Samsung@gibsondunn.com | **Wilmer Cutler Pickering Hale and Dorr LLP**<br>WHAppleSamsungNDCalIIITeam@wilmerhale.com |
| **Morrison & Foerster LLP**<br>Apple630MoFoTeam@mofo.com | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2014 at Los Angeles, California.

       ___ */s/ Elliot Siegel*_____
         Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the above Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Elliot Siegel has concurred in the aforementioned filing.

                                                            */s/ Michael L. Fazio*
                                                              Michael L. Fazio