1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
3 | Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
4 | 50 California Street, 22nd Floor
San Francisco, California 94111
5 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700
6 |
Kevin P.B. Johnson (Bar No. 177129)
7 | kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
8 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
9 | Redwood Shores, California 94065
Telephone: (650) 801-5000
10 | Facsimile: (650) 801-5100

11 | William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
12 | Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
13 | Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
14 | 865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
15 | Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
16 |
Attorneys for SAMSUNG ELECTRONICS
17 | CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
18 | TELECOMMUNICATIONS AMERICA, LLC

19 | UNITED STATES DISTRICT COURT

20 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 22              Plaintiff, | |
| 23         vs. | **SAMSUNG'S CERTIFICATE OF SERVICE RE DKT. NO. 2094** |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27              Defendants. | |

**CERTIFICATE OF SERVICE**

I, Elliot Siegel, hereby declare:

I am employed in Los Angeles, California.   I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On December 15, 2014, I served a true and correct copy of an unredacted version of:

1. Samsung's Reply In Support Of Motion For Approval Of Supersedeas Bond (Dkt. No. 2094-3).

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison & Foerster LLP**
Apple630MoFoTeam@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalIIITeam@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2014 at Los Angeles, California.

                     __*/s/ Elliot Siegel*_____
                          Elliot Siegel

**ATTESTATION**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file the above Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Elliot Siegel has concurred in the aforementioned filing.

                                */s/ Michael L. Fazio*

                                   Michael L. Fazio