UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | [PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51990/6422358.1

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  To Submit Its Supersedeas Bond Under Seal.
4   Having considered Samsung's motion, and good cause having been shown, the Court
5  GRANTS Samsung's motion and ORDERS Samsung's supersedeas bond to be sealed.
6   It is further ORDERED that any ECF entry referencing the posting of Samsung's
7  supersedeas bond will not display the amount of the supersedeas bond, as that information is
8  confidential information that has previously been sealed by the Court.

10  **IT IS SO ORDERED.**

12  DATED:   December 18, 2014

    _____
    The Honorable Lucy H. Koh
    United States District Judge

02198.51990/6422358.1

-1-   Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO SUBMIT ITS SUPERSEDEAS BOND UNDER SEAL