1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6
   HAROLD J. McELHINNY (CA SBN 66781)
7  hmcelhinny@mofo.com
   JACK W. LONDEN (CA SBN 85776)
8  jlonden@mofo.com
   RACHEL KREVANS (CA SBN 116421)
9  rkrevans@mofo.com
   RUTH N. BORENSTEIN (CA SBN 133797)
10 rborenstein@mofo.com
   ERIK J. OLSON (CA SBN 175815)
11 ejolson@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California  94105-2482
13 Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
14
   Attorneys for Plaintiff and
15 Counterclaim-Defendant APPLE INC.

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000


   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff and Counterclaim-Defendant,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants and Counterclaim-Plaintiffs. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S CERTIFICATE OF SERVICE RE DKT. 2100** |

# CERTIFICATE OF SERVICE

I, Ernest Aglipay, hereby declare:

I am employed in Palo Alto, California, I am over the age of eighteen years and not a party to the within action; my business address is 950 Page Mill Road, Palo Alto, CA 94304.

On December 18, 2014, I served a true and correct copy of:

1. Apple Inc.'s Supersedeas Bond (Dkt. No. 2100)

by emailing the aforementioned document to the mailing lists of the parties in this actions as follows:

**Counsel for Samsung**

**Quinn Emanuel Urquhart & Sullivan LLP**
SamsungNEW@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2014 at Palo Alto, California.

*/s/ Ernest Aglipay*
Ernest Aglipay

**ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file the above Certificate of Service. In compliance with Local Rule 5-1(i)(3), I here attest that Ernest Aglipay has concurred in the aforementioned filing.

                                */s/ Mark D. Selwyn*
                                Mark D. Selwyn