JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim-Plaintiffs. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 2064)** |

1    Pursuant to Civil Local Rule 7-9, Apple Inc. ("Apple") respectfully moves for leave to file
2    Apple Inc.'s Motion for Reconsideration of the Court's November 20, 2014 Sealing Order ("Motion
3    for Reconsideration"), filed herewith as Exhibit A, and Declaration of Mark D. Selwyn in Support of
4    Apple's Inc.'s Motion for Reconsideration of Order re Motions to Seal ("Selwyn Declaration"), filed
5    herewith as Exhibit B.
6    The Court entered its November 20, 2014 Sealing Order granting-in-part and denying-in-part
7    16 separate administrative motions seeking to seal 154 documents ("Order"). (Dkt. 2064.) In its
8    Order, the Court denied Apple's request to seal portions of Docket No. 1726-9 [Excerpts of Expert
9    Report of Schonfeld], which contains highly confidential source code and technical analysis of Apple
10   products.
11   The Court denied the motion to seal Docket No. 1726-9 with prejudice because Samsung did
12   not file a version of the document with specific proposed redactions. (*See* Dkt. 2064.) Apple served
13   Samsung with a highlighted version of Docket No. 1726-9 soon after the initial filing with the
14   understanding that Samsung would file a conformed copy with the Court identifying what
15   information Apple, Samsung, and any third parties have supported sealing in their declarations. (*See*
16   Selwyn Declaration, Ex. C, Email from Silhasek to Siegel, 4/21/14 (attaching highlighted Schonfeld
17   exhibit).) Apple then filed a declaration supporting sealing the portions it had highlighted. (Dkt. No.
18   1768 ¶¶ 5, 6.) However, Samsung did not file the conformed copy as expected.
19   As set forth in Apple's Motion for Reconsideration, Apple seeks to seal confidential
20   information similar to information that the Court has previously agreed to seal. This Court has
21   previously held that "[c]onfidential source code clearly meets the definition of a trade secret" and is
22   sealable under the "compelling reasons" standard. (Case No. 11-cv-1846, Dkt. No. 2190 at 3 (Dec.
23   10, 2012), Dkt. No. 2046 at 3 (Oct. 16, 2012), Dkt. No. 1649 at 8 (Aug. 9, 2012) (citing *Agency*
24   *Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)).)
25   Accordingly, Apple's request for leave to file its Motion for Reconsideration should be granted.
26
27
28

-1-    CASE NO. 11-CV-01846-LHK (PSG)
MOTION FOR LEAVE

Dated: December 18, 2014       WILMER CUTLER PICKERING
                                HALE AND DORR LLP


                        By:  */s/ Mark D. Selwyn*
                             Mark D. Selwyn

                             Attorneys for APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically, and will be served via the Court's ECF system upon all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.1.

Dated: December 18, 2014        */s/  Mark D. Selwyn*
                                             Mark D. Selwyn