1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
|---|---|
| Plaintiff and Counterclaim-Defendant, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 2064)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaim-Plaintiffs. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-9, Apple has moved for leave to file a motion for reconsideration of the Court's November 20 Sealing Order (Dkt. 2064).

Accordingly, the Court GRANTS the Motion for Leave to File a Motion for Reconsideration of the Court's November 20 Sealing Order.

IT IS HEREBY ORDERED that Apple may file a motion for reconsideration of the Court's November 20 Sealing Order (Dkt. 2064).

**IT IS SO ORDERED.**

Dated: _____    By: _____
Hon. Lucy H. Koh
United States District Court Judge