# EXHIBIT A

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaim-Plaintiffs. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 2064)** |

1    Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for reconsideration
2 of the Court's November 20, 2014 Sealing Order (Dkt. 2064), and for an order to seal Apple
3 confidential business information in Docket No. 1726-9 [Excerpts of Expert Report of Schonfeld].

4    The Court denied the motion to seal Docket No. 1726-9 with prejudice because Samsung did
5 not file a version of the document with specific proposed redactions.  (*See* Dkt. 2064.)  Apple served
6 Samsung with a highlighted version of Docket No. 1726-9 soon after the initial filing with the
7 understanding that Samsung would file a conformed copy with the Court identifying what
8 information Apple, Samsung, and any third parties have supported sealing in their declarations.  (*See*
9 Declaration of Mark D. Selwyn in Support of Apple Inc.'s Motion for Reconsideration of Order re
10 Motions to Seal (Dkt. No. 2064) ("Selwyn Declaration"), Ex. D, Email from Silhasek to Siegel,
11 4/21/14 (attaching highlighted Schonfeld exhibit).)  Apple then filed a declaration supporting sealing
12 the portions it had highlighted.  (Dkt. No. 1768 ¶¶ 5, 6.)  However, Samsung did not file the
13 conformed copy as expected.  A copy of Docket No. 1726-9 with the portions containing Apple
14 confidential business information is attached.  (*See* Selwyn Declaration *,* Ex. C.)

15    Docket No. 1726-9 contains Apple source code and highly technical analysis of accused
16 Apple products.  As this Court has previously held, "[c]onfidential source code clearly meets the
17 definition of a trade secret" and is sealable under the "compelling reasons" standard.  (Case No. 11-
18 cv-1846, Dkt. No. 2190 at 3 (Dec. 10, 2012), Dkt. No. 2046 at 3 (Oct. 16, 2012), Dkt. No. 1649 at 8
19 (Aug. 9, 2012) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001,
20 1017 (E.D. Cal. 2011)).)  The specific Apple technical information at issue here is nonpublic.  In this
21 litigation, source code is treated with the utmost confidentiality and additional restrictions regarding
22 its protection were implemented.  (*See* Dkt. No. 512 at ¶ 11; Declaration of Cyndi Wheeler, Dkt. No.
23 803-2.)  The technical information at issue here, derived from or related to source code, is similar to
24 other information the Court has ordered sealed.  Apple has extremely tight controls on its source code
25 to limit access and that revelation of source code or the underlying functionality of its products would
26 cause Apple competitive harm.  (Declaration of Cyndi Wheeler, Dkt. No. 685.)

27
28
APPLE'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL
-1-            CASE NO. 12-CV-630-LHK (PSG)

1   For the reasons set forth above, Apple moves to file the following portions of the following
2   documents under seal.

| **Motion to Seal** | **Document to be Sealed** | **Portion to be Sealed** |
|---|---|---|
| 1726-9 | Excerpts of Expert Report of Schonfeld | Highlighted Portions |

Date: December 18, 2014                    By:   */s/ Mark D. Selwyn*

                                                  Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 18, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn