# **EXHIBIT D**

# Silhasek, Michael

| | |
|---|---|
| **From:** | Silhasek, Michael |
| **Sent:** | Monday, April 21, 2014 11:06 AM |
| **To:** | Elliot Siegel; '*** Apple/Samsung'; 'Apple 630 Team (Apple630Team@mofo.com)'; WH Apple Samsung NDCal II Service |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-630-LHK - ECF No. 1726 |
| **Attachments:** | Exhibit B - Chev. Ex. 53B (SEAL).pdf; HPO Brief.pdf; Exhibit E - Schonfeld Report (SEAL).pdf |

Elliot,

Apple intends to file a declaration in support of sealing Exhibit B to the Fazio Declaration in full, the highlighted portions in the attached Exhibit E to the Fazio Declaration, and the highlighted portions of pages 2 and 3 in the attached Samsung HPO brief.  Please provide highlighted and redacted versions of any documents you plan to file in connection with Dkt. No. 1726 for our review before filing.

Thanks,
Mike

---

**From:** Elliot Siegel [mailto:ElliotSiegel@quinnemanuel.com]
**Sent:** Saturday, April 19, 2014 8:18 AM
**To:** '*** Apple/Samsung'; 'Apple 630 Team (Apple630Team@mofo.com)'; WH Apple Samsung NDCal II Service
**Cc:** Samsung NEW
**Subject:** Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-630-LHK - ECF No. 1726

Dear Counsel,

Attached please find the documents filed under seal today by Samsung in connection with Dkt. No. 1726.

Kindly confirm that the attached redacted version of Samsung's HPO brief does not contain any un-redacted Apple or third party CBI.  Please also provide us with a version of Apple's HPO brief, filed today, that we may share with Samsung.

Thanks,
Elliot Siegel