1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff and<br>　　　　　Counterclaim-<br>　　　　　Defendant,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants and<br>　　　　　Counterclaim-Plaintiffs. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 2064)** |

1  Apple Inc. ("Apple") has moved for reconsideration of the Court's November 20, 2014
2  Sealing Order (Dkt. 2064).
3  Having considered Apple's motion, and compelling reasons having been shown, the
4  Court hereby GRANTS Apple's Motion for Reconsideration and ORDERS sealed the following
5  portions of the following document.

| **Motion to Seal** | **Document to be Sealed** | **Portion to be Sealed** |
|---|---|---|
| 1726-9 | Excerpts of Expert Report of Schonfeld | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                     Hon. Lucy H. Koh
                                     United States District Court Judge