UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim-Plaintiffs. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. NO. 2064)** |

1    Apple has moved for an order staying the Court's November 20, 2014 Order Re: Sealing (Dkt. 2064) ("Order") until the later of: (1) a ruling on Apple's Motion for Reconsideration, or (2) in the event that the Court denies Apple leave to file its Motion for Reconsideration, or grants leave but denies the Motion for Reconsideration, pending resolution of any appeal to the Federal Circuit.

The limited stay requested is warranted and there is no substantial countervailing public or private interest in immediate disclosure of these documents.

Accordingly, the Court GRANTS Apple's Motion for Stay of the Court's Order with respect to the following document that is subject to Apple's Motion for Reconsideration:

| Motion to Seal | Document to be Sealed |
|---|---|
| 1726-9 | Excerpts of Expert Report of Schonfeld |

IT IS HEREBY ORDERED that the Court's Order (Dkt. 2064) is stayed until the later of: (1) the Court's ruling on Apple's Motion for Reconsideration, or (2) in the event that the Court denies Apple leave to file its Motion for Reconsideration, or grants leave but denies the Motion for Reconsideration, pending resolution of any appeal to the Federal Circuit.

**IT IS SO ORDERED.**

Dated: _____    By: _____
Hon. Lucy H. Koh
United States District Court Judge