QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

Pursuant to Civil L.R. 7-11 and 79-5, and the Court's November 25, 2014 Order (ECF No. 2073), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this Renewed Administrative Motion for an order to seal five documents filed in connection with trial- and post-trial briefing.  In this Renewed Motion, Samsung seeks to seal four documents that includes information Samsung considers confidential, and one document third-party Google considers confidential.

Samsung moves to seal portions of the documents listed below.

| Original Mot. to Seal | Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| 1673 | Fazio Dec., Ex. C (ECF No. 1673-7) | Google |
| 1727 | Olson Dec., Ex. 5 (ECF No. 1727-9; *see also* ECF No. 1824 (highlighted version)) | Samsung |
| 1985 | Vellturo Dec. (ECF No. 1985-4) | Samsung |
| 1985 | Vellturo Dec., Ex. 2 (ECF No. 1985-6) | Samsung |
| 1985 | Vellturo Dec., Ex. 3 (ECF No. 1985-7) | Samsung |

I.        **Samsung's Confidential Information**

Samsung maintains a claim of confidentiality over portions of Exhibit 5 to the Olson Declaration in Support of Apple's Objections and Responses to Objections re: Chevalier, Freeman, Garcia, Hong, Kearl, Mazur, Millet, Parulski, Rao, Schonfeld, and Storer (ECF No. 1727-9), the Declaration of Christopher A. Vellturo, Ph. D. in Support of Apple's Brief Regarding

Ongoing Royalty Rates (ECF No. 1985-4), and Exhibits 2 and 3 to the Vellturo Declaration (ECF Nos. 1985-6 and 1985-7.)

Exhibit 5 to the Olson Declaration consists of excerpts from the transcript of the deposition of Michael Freeman.[1]  As explained in the Declaration of Michael L. Fazio in Support of Apple's Administrative Motion to File Under Seal (ECF No. 1788), the portion of Exhibit 5 Samsung seeks to seal reveals Samsung's financial obligations in connection with a patent purchase agreement between Mr. Freeman and Samsung.  Samsung frequently negotiates purchase and licensing agreements, and public disclosure of specific terms of the agreements could be used to Samsung's disadvantage during future negotiations.  *Id.* ¶¶ 5-7.

Portions of the Vellturo Declaration, and Exhibits 2 and 3 thereto, include product-specific sales data from trial exhibit PX142 for certain Samsung products or information from which Samsung's sales data may be derived.  Declaration of Michael L. Fazio in Support of Apple's Administrative Motion to File Under Seal (ECF No. 1985) ¶¶ 3-4; *see also* ECF No. 2011 (errata correcting exhibit numbers referenced in the declaration).  The Court previously found the financial data included in PX142 sealable under the "compelling reasons" standard.  ECF No. 1619 at 2; *see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("product-specific information concerning such things as costs, sales, profits, and profit margins" is sealable).

Because Samsung would suffer competitive harm as a result of any public disclosure of the limited portions of these documents subject to this Renewed Motion, Samsung requests that the Court grant its request.

**II.        Google's Confidential Information**

Third-party Google maintains a claim of confidentiality over Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's High Priority Objections and Responses Regarding

---

[1] The Court noted that "Samsung ha[d] not indicated with highlighting which portions of the document it seeks to seal."  ECF No. 2064 at 8.  Apple previously filed a highlighted version of Exhibit 5 indicating the redactions Samsung seeks.  ECF No. 1824.

1  Exhibits and Demonstratives (ECF No. 1673-7).  While Google previously filed a declaration in
2  support of sealing portions of Exhibit C (ECF No. 1686), Samsung expects that Google will file a
3  supplemental declaration in support of this Renewed Motion.

### Conclusion

5      Concurrently with this Renewed Motion, Samsung will file highlighted versions of
6  documents indicating the specific portions Samsung and Google seek to seal.  For the foregoing
7  reasons, Samsung respectfully requests that the Court grant the parties' requests.

9  DATED:  December 18, 2014         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

12                                    /s/ Michael L. Fazio
                                     William C. Price
13                                   Victoria F. Maroulis
                                     Michael L. Fazio
14                                   Attorneys for Defendants
                                     SAMSUNG ELECTRONICS CO., LTD.,
15                                   SAMSUNG ELECTRONICS AMERICA, INC.,
                                     and SAMSUNG TELECOMMUNICATIONS
16                                   AMERICA, LLC