1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") has filed a Renewed

3  Administrative Motion to Seal Documents Pursuant to the Court's November 25, 2014 Order

4  (ECF No. 2073).

5    Having considered Samsung's motion, and good cause and compelling reasons having

6  been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed

7  below.

8

| Original Mot. to Seal | Document to be Sealed | Portions to be Sealed |
|---|---|---|
| 1673 | Fazio Dec., Ex. C (ECF No. 1673-7) | Portions highlighted in version filed concurrently. |
| 1727 | Olson Dec., Ex. 5 (ECF No. 1727-9) | Portions highlighted in version filed concurrently. |
| 1985 | Vellturo Dec. (ECF No. 1985-4) | Portions highlighted in version filed concurrently. |
| 1985 | Vellturo Dec., Ex. 2 (ECF No. 1985-6) | Portions highlighted in version filed concurrently. |
| 1985 | Vellturo Dec., Ex. 3 (ECF No. 1985-7) | Portions highlighted in version filed concurrently. |

23    **IT IS SO ORDERED.**

25  DATED: _____      _____

26                                    The Honorable Lucy H. Koh
                                     United States District Judge