1  Amy H. Candido
   amycandido@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
3  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
4  (415) 875-6600
   (415) 875-6700 facsimile
5

6  Attorneys for Non-Party Google Inc.

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  APPLE INC., a California corporation,

13              Plaintiff,
                                          CASE NO. 12-CV-00630-LHK
14        v.

15  SAMSUNG ELECTRONICS CO., LTD., a      **DECLARATION OF KRISTIN J.**
    Korean corporation; SAMSUNG           **MADIGAN IN SUPPORT OF**
16  ELECTRONICS AMERICA, INC., a New      **SAMSUNG'S RENEWED**
    York corporation, and SAMSUNG         **ADMINISTRATIVE MOTION TO FILE**
17  TELECOMMUNICATIONS AMERICA,           **UNDER SEAL (DOCKET NO. 2108)**
    LLC, a Delaware limited liability company,
18
              Defendants.
19

20  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New
    York corporation, and SAMSUNG
22  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
23
              Counterclaim-Plaintiff,
24
          v.
25
    APPLE INC., a California corporation,
26
              Counterclaim-Defendant.
27

28

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1.      I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action.  I submit this declaration in support of Samsung's Renewed Administrative Motion to Seal Documents pursuant to the Court's November 20, 2014 and November 25, 2014 Orders (Docket Nos. 2064, 2073).  I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2.      On November 20, 2014, the Court issued the Order Granting in Part and Denying in Part Administrative Motions to Seal (Docket No. 2064).  With respect to Exhibit C to the Declaration of Michael L. Fazio In Support of Samsung's High Priority Objections and Responses Regarding Exhibits and Demonstratives Disclosed for Denison, Frid-Nielsen, Gogerty, Greenberg, Jeffay, Kahle, Kim, Lundberg, Pfeifer, Rinard, Wigdor, and Wong (Docket No. 1673, Attachment 7) ("Exhibit C to the Fazio Declaration"), the Court ordered as follows:

> DENIED without prejudice because the Court cannot discern whether non-party Google's request is narrowly tailored without an unredacted version showing proposed redactions. *See* Civ. L. R. 79-5(d)(1).

(Docket No. 2064, at 3:1-4.)

3.      On December 18, 2014, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed a Renewed Administrative Motion to Seal Documents pursuant to the Court's November 20, 2014 and November 25, 2014 Orders (Docket Nos. 2064, 2073), which sought to protect, *inter alia*, information designated as confidential by non-party Google and discussed in Exhibit C to the Fazio Declaration.  Pursuant to Civil L.R. 79-5(e) and the Court's November 20, 2014 and November 25, 2014 Orders, non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Docket No. 1673), and Samsung's Renewed Administrative Motion to Seal Documents (Docket No. 2108), to the extent that Exhibit C to the Fazio Declaration references non-party Google's highly confidential or proprietary business information.

4.      Exhibit C is a true and correct copy of highlighted excerpts from the Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, dated

August 12, 2013, and from the Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647, dated September 13, 2013.  The reports have been designated highly confidential.  Selected portions of Exhibit C to the Declaration of Michael L. Fazio in support of Samsung's Objections (Docket No. 1673, Attachment 7, at 30 ¶ 88) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).  Under the Court's November 20, 2014 Order, Google is the designating party and has identified its proposed redactions with aqua-colored highlighting in Exhibit C to the Fazio Declaration.  Google understands that Samsung has filed this highlighted version conditionally under seal on the Court's ECF system as an attachment to Samsung's Renewed Administrative Motion to Seal Documents pursuant to the Court's November 20, 2014 and November 25, 2014 Orders (Docket Nos. 2064, 2073).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2014, in San Francisco, California.

By  /s/ Kristin J. Madigan
Kristin J. Madigan