UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL, AND DENYING AS MOOT APPLE'S MOTION FOR STAY |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On November 20, 2014, the Court issued an order granting in part and denying part administrative motions to seal in connection with the parties' high-priority objections ("HPOs") during the March through May 2014 trial (ECF Nos. 1593, 1637, 1638, 1666, 1672, 1673, 1688, 1709, 1710, 1711, 1726, 1727, 1728, 1740, 1741, 1742). *See* ECF No. 2064. In that order, the Court denied with prejudice Samsung's administrative motion to seal ECF No. 1726-9, Excerpts of Expert Report of Schonfeld, because "Apple informed the Court that Samsung would file a version of this document with specific proposed redactions, but such a version was not filed." *Id.* at 5.

On December 18, 2014, Apple filed a Motion for Leave to File a Motion for Reconsideration, alerting the Court that although Apple had served Samsung with a highlighted

1

version of ECF No. 1726-9 soon after the initial filing, Samsung failed to file the conformed copy with its sealing motion. ECF No. 2105 at 2. Apple had also filed a declaration supporting sealing the highlighted portions of ECF No. 1726-9. ECF No. 1768 ¶¶ 5-6. Apple has attached the highlighted version of ECF No. 1726-9 to the instant motion for leave. ECF No. 2105-4. In reviewing this document, the Court agrees with Apple that the document contains confidential source code.

Pursuant to Civil Local Rule 7-9(b)(2), the Court finds that Apple has sufficiently shown the "emergence of new material facts" warranting reconsideration of the Court's prior order. As a result, the Court GRANTS Apple's Motion for Leave to File a Motion for Reconsideration.

Rather than having the parties file a renewed sealing motion, the Court proceeds to reconsider Samsung's original motion to seal ECF No. 1726-9. According to the standards set forth in *Kamakana v City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013), the Court reviews the request to seal ECF No. 1726-9 under the "compelling reasons" standard.

With this standard in mind, the Court rules as follows:

| **Motion** | **ECF No.** | **Document** | **Ruling** |
|---|---|---|---|
| 1726 | 1726-9 | Highlighted Proposed Redactions to Expert Report of Schonfeld, filed with highlighting as ECF No. 2105-4 | GRANTED. |

In light of this ruling, the Court DENIES as moot Apple's Motion for Stay. ECF No. 2106.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 5:12-CV-00630-LHK
ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL, AND DENYING AS MOOT APPLE'S MOTION FOR STAY