UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

This Court previously ruled on certain administrative motions to seal briefing and exhibits in connection with the parties' high-priority objections ("HPOs") during the March through May 2014 trial, *see* ECF No. 2064 (ruling on, inter alia, ECF Nos. 1673, 1727), and in connection with Apple's motion for ongoing royalties, *see* ECF No. 2070 (ruling on, inter alia, ECF No. 1985). In those orders, the Court denied without prejudice Samsung's administrative motions to seal five documents (ECF Nos. 1673-7, 1727-9, 1985-4, 1985-6, and 1985-7) for failure to submit highlighted proposed redactions.

Samsung filed a renewed motion to seal, attaching a declaration in support of sealing and highlighted proposed redactions for the five documents. *See* ECF No. 2108. Google also filed a

1

Case No.: 5:12-CV-00630-LHK
ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL

declaration with respect to ECF No. 1673-7.  *See* ECF No. 2109.  The Court rules on the renewed sealing requests as follows.

| Motion | ECF No. | Document | Ruling |
|---|---|---|---|
| 1673 | 1673-7, 2108-2 | Highlighted Proposed Redactions to Fazio Decl., Ex. C | DENIED with prejudice because the proposed redaction is not sealable. |
| 1727 | 1727-9, 2108-3 | Highlighted Proposed Redactions to Olson Decl., Ex. 5 | GRANTED. |
| 1985 | 1985-4, 2108-4 | Highlighted Proposed Redactions to Vellturo Decl. | GRANTED. |
| 1985 | 1985-6, 2108-5 | Highlighted Proposed Redactions to Vellturo Decl., Ex. 2 | GRANTED. |
| 1985 | 1985-7, 2108-5 | Highlighted Proposed Redactions to Vellturo Decl., Ex. 3 | GRANTED. |

**IT IS SO ORDERED.**

Dated: December 19, 2014



LUCY H. KOH
United States District Judge

2
Case No.: 5:12-CV-00630-LHK
ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL