# EXHIBIT 1
## [SUBMITTED UNDER SEAL]

Apple Inc. v. Samsung Electronics Co., Ltd., et al.

EXHIBIT 1

**Damages per Unit Sold for Samsung Infringing**

**Products Selling After Finding of Infringement**

| Product | | Jury Verdict | # of Units | Per Unit |
|---|---|---|---|---|
| | | | 2/ | |
| Galaxy Note II | 1/ | $8,684,775 | ███ | $ ███ |
| Galaxy S III | 1/ | $52,404,721 | ███ | $ ███ |

**Sources/Notes:**
1/ Verdict Form, 5/5/14.
2/ PX142.

Prepared by Stout Risius Ross