# EXHIBIT 3
# [SUBMITTED UNDER SEAL]

## Samsung U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/

| Infringing Product (Units) | 2012 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Admire | | | | | | | | | | | | |
| Galaxy Nexus | | | | | | | | | | | | |
| Galaxy Note | | | | | | | | | | | | |
| Galaxy Note II | | | | | | | | | | | | |
| Galaxy S II | | | | | | | | | | | | |
| Galaxy S II Epic 4G Touch | | | | | | | | | | | | |
| Galaxy S II Skyrocket | | | | | | | | | | | | |
| Galaxy S III | | | | | | | | | | | | |
| Stratosphere | | | | | | | | | | | | |
| **Total Infringing Units** | | | | | | | | | | | | |
| Damages per Unit 2/ $ | | | | | | | | | | | | |
| Damages $ | | | | | | | | | | | | |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Samsung U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/

| Infringing Product (Units) | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Admire | | | | | | | | | | | | |
| Galaxy Nexus | | | | | | | | | | | | |
| Galaxy Note | | | | | | | | | | | | |
| Galaxy Note II | | | | | | | | | | | | |
| Galaxy S II | | | | | | | | | | | | |
| Galaxy S II Epic 4G Touch | | | | | | | | | | | | |
| Galaxy S II Skyrocket | | | | | | | | | | | | |
| Galaxy S III | | | | | | | | | | | | |
| Stratosphere | | | | | | | | | | | | |
| **Total Infringing Units** | | | | | | | | | | | | |
| Damages per Unit 2/ | | | | | | | | | | | | |
| **Damages** | | | | | | | | | | | | |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Samsung U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/

| Infringing Product (Units) | 2014 | | | | Total |
| --- | --- | --- | --- | --- | --- |
| | Jan | Feb | Mar | Apr | |
| Admire | | | | | |
| Galaxy Nexus | | | | | |
| Galaxy Note | | | | | |
| Galaxy Note II | | | | | |
| Galaxy S II | | | | | |
| Galaxy S II Epic 4G Touch | | | | | |
| Galaxy S II Skyrocket | | | | | |
| Galaxy S III | | | | | |
| Stratosphere | | | | | |
| **Total Infringing Units** | | | | | |
| Damages per Unit 2/ | | | | | |
| **Damages** | | | | | $ 119,625,000 |

**Sources/Notes:**
1/ PX142.
2/ See EXHIBIT 3.1.