# EXHIBIT 4
# [SUBMITTED UNDER SEAL]

## Calculation of Prejudgment Interest on Jury Verdict
(Interest Calculated at T-Bill Rate, Compounded Annually through July 10, 2014 1/)

| 2011 | | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Prior Month's Principal | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | | |
| Principal Available for Interest | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| **Interest Earned** | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |

| 2012 | | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | | | |

| 2013 | | | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | | | |

| 2014 | | | January-14 | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 | September-14 | October-14 | November-14 | December-14 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | | | $ 119,625,000 |
| Prior Month's Principal | | | | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | | | | $ 261,612 |

**Sources/Notes:**
1/ One year T-Bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.11% | 0.10% | 0.11% | 0.11% | 0.12% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.12% | 0.16% | 0.19% | 0.18% | 0.19% | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |

| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.13% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

| | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 |
|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.12% | 0.12% | 0.13% | 0.11% | 0.11% | 0.11% | 0.11% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

May through July 2014 monthly interest rate held constant from April 2014.
2/ See EXHIBIT 3.
3/ Interest has been compounded on a calendar year basis.

Prepared by Stout Risius Ross