# EXHIBIT 6
## [SUBMITTED UNDER SEAL]

## Calculation of Prejudgment Interest on Jury Verdict
**(Interest Calculated at Prime Rate, Compounded Annually through July 10, 2014 1/)**

| 2011 | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Prior Month's Principal | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | | | | | |
| Prior Year's Interest | 3/ | - | - | - | - | - | - | - | - | | | | | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |

| 2012 | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ | | | | | | | | | | | | |
| Prior Month's Principal | | $ | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | |
| Principal Available for Interest | | $ | | | | | | | | | | | | |
| Interest Earned | | $ | | | | | | | | | | | | |

| 2013 | | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ | | | | | | | | | | | | |
| Prior Month's Principal | | $ | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | |
| Principal Available for Interest | | $ | | | | | | | | | | | | |
| Interest Earned | | $ | | | | | | | | | | | | |

| 2014 | | January-14 | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 | September-14 | October-14 | November-14 | December-14 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | $ | | | | | | | | | | | | | $ 119,625,000 |
| Prior Month's Principal | | $ | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | | | |
| Principal Available for Interest | | $ | | | | | | | | | | | | | |
| Interest Earned | | $ | | | | | | | | | | | | | $ 6,468,029 |

**Sources/Notes:**
1/ Prime rate per the Federal Reserve (http //federalreserve.gov/releases/h15/data.htm).

| | | | | | | | | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime Rate | | | | | | | | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% |
| Monthly interest rate | | | | | | | | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% |
| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
| Prime Rate | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% |
| Monthly interest rate | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% |
| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
| Prime Rate | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% |
| Monthly interest rate | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% |
| | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | | | | | |
| Prime Rate | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | | | | | |
| Monthly interest rate | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | 0.27% | | | | | |

May through July 2014 monthly interest rate held constant from April 2014.
2/ See EXHIBIT 3.
3/ Interest has been compounded on a calendar year basis.

Prepared by Stout Risius Ross