| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| HAROLD J. McELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| JAMES P. BENNETT (CA SBN 65179) | WILMER CUTLER PICKERING |
| jbennett@mofo.com | HALE AND DORR LLP |
| JACK W. LONDEN (CA SBN 85776) | 950 Page Mill Road |
| jlonden@mofo.com | Palo Alto, California 94304 |
| RACHEL KREVANS (CA SBN 116421) | Telephone: (650) 858-6000 |
| rkrevans@mofo.com | Facsimile: (650) 858-6100 |
| RUTH N. BORENSTEIN (CA SBN 133797) | |
| rborenstein@mofo.com | |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 12-cv-00630-LHK (PSG) |
| v. | **APPLE'S STATEMENT RE ACCUSED DEVICES** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

APPLE'S STATEMENT RE ACCUSED DEVICES
CASE NO.12-cv-00630-LHK (PSG
sf-3410233

1    Pursuant to the Court's Order Re: Further Briefing Related to Accused Devices, Apple
2 submits the following statement identifying the operating system versions and subversions as well
3 as JX subparts for each product accused of infringing each asserted patent.

4    The attached Exhibit A, to be filed under seal, identifies every product, operating system
5 version and subversion, as well as software build information, provided by Samsung in response
6 to Apple's Interrogatory No. 41, which was admitted into evidence as PX300.  It also includes
7 entries for versions/subversions/builds for two products that Samsung did not include in its
8 response to Interrogatory No. 41:  an entry for the Samsung S II Skyrocket, Model SGH-I497,
9 Version/Subversion 4.1.1, Build I727UCMC1 as well as entries for Samsung Galaxy Nexus
10 model/version/subversion/builds that Samsung sold through carriers other than Verizon (PX300
11 only listed Galaxy Nexus models sold through Verizon).  Those additional Galaxy Nexus models
12 are represented by JX29(A), 29(B), 29(D), 29(E), 29(G), 29(H), and 29(I).

13    Exhibit A also includes for each entry in the chart for which there is an exact
14 corresponding admitted physical exhibit (e.g., JX30(A)), the number/letter for that exhibit.  For
15 versions/subversions/builds without a corresponding admitted physical exhibit, the row for that
16 information was left intentionally blank.  Not every sub-lettered JX entry on Apple's original
17 exhibit list was introduced into evidence for various reasons, including the fact that some physical
18 exhibits were inadvertently updated to contain later, inadmissible versions of the Google Quick
19 Search Box.

20    For most of the issues in this case, the version/subversion/build information does not
21 matter.

22    For the '414 Patent, the parties agree that the infringement issue is the same for all
23 versions/subversions/builds and Apple has accused all such versions/subversions/builds of
24 infringement.

25    For the '647 Patent, it is undisputed that there are no differences for purpose of
26 infringement related to the subversion/builds within a major version (e.g., Jelly Bean (4.1.x, 4.2.x,
27 4.3.x), Ice Cream Sandwich (4.0.x) and Gingerbread (2.3.x)) and that certain products represent
28 all products.  Again, Apple accuses all smartphones of infringement regardless of version (no Tab

1  2 10.1 product was accused of '647 infringement).

2  For the '959 Patent, several Samsung versions/subversions/builds were sold with a non-infringing version of the Quick Search Box, but were later updated over-the-air by Samsung to include an accused version of the Quick Search Box. All such versions/subversions/builds that were later updated to infringe have an entry that states "Updated to Infringe," but the physical phones on the JX list have the original non-infringing software and would be confusing if presented to the jury as '959 infringing products in their non-updated form. Apple sought only a royalty, not lost profits, for sales of all such updated versions/subversions/builds.

9  For the '721 Patent, the accused phones are identified in Exhibit A and include all models/versions/subversions/builds up until the time that Samsung introduced a non-infringing version/subversion/build for each model, as testified to by Apple's expert, Dr. Andrew Cockburn. Tr. 653:17-654:12.

13  For the '172 patent, because the Court has already determined the infringement issue, Apple did not understand the Court's order to ask for version and subversion information related to that patent. (*See* Parties' Joint Stipulation and Order (Dkt. 1416 at 1:11-16) and this Court's Summary Judgment Order (Dkt. 1151).) Apple has nonetheless included that information in the attached exhibit for the Court's convenience.

18  Every phone accused of infringement in Exhibit A, indicated by an entry of "Yes" or "Updated to Infringe," is represented by an admitted physical exhibit, as explained in direct examination by Apple's technical experts, Dr. Cockburn, Dr. Mowry and Dr. Snoeren. Dkt. 1756 at 2 n1.

Dated: April 24, 2014

MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
HAROLD J. MCELHINNY

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

APPLE'S STATEMENT RE ACCUSED DEVICES
CASE NO.12-cv-00630-LHK (PSG)
sf-3410233

2