United States District Court

Northen District of California - San Jose Division

Case No. CV-12-00630-LHK (PSG)

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 |
|---|---|---|---|---|---|
| Admire | SCH-R720 | Version | Android 2.3.4 | Android 2.3.6 | Android 2.3.6 |
| | | Date Available | 2011.08.04 | 2012.07.13* | 2012.10.25* |
| | | S/W ver.# | EH02 | FF18 | FI25 |
| JX Subpart | | | JX28-B | JX28-C | N/A |
| Accused of '721? | | | Yes | No | No |
| Accused of '647? | | | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | No |
| Accused of '414? | | | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Nexus | SPH-L700 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.2.1 |
| | | Date Available | 2012.04.05 | 2012.04.30 | 2012.07.25* | 2012.09.05 | 2013.01.29 |
| | | S/W ver.# | FC12 | FD02 | FG01 | FH05 | GA02 |
| JX Subpart | | | N/A | JX29-C | N/A | N/A | N/A |
| Accused of '721? | | | Yes | Yes | Yes | Yes | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR3 | MR4 | MR5 | MR6 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Nexus | SCH-I515/GT-I9250 | Version | Android 4.0.1 | Android 4.0.1 | Android 4.0.2 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | Android 4.2 | android 4.2.1 | Android 4.2.2 |
| | | Date Available | | | | | | | | | | | | | |
| | | S/W ver.# | ITL41D | ITL41F | ICL53F | IMM76D | IMM76I | IMM76K | JRO03C | JRO03O | JRO03O | JZO54K | JOP40C | JOP40D | JDQ39 |
| | | | | | | | | *Data Not Supplied By Samsung* | | | | | | | |
| JX Subpart | | | N/A | N/A | JX29-A, JX29-I | N/A | N/A | JX29-B | JX29-E | JX72 | JX29-D, JX29-H | N/A | N/A | N/A | JX29-G |
| Accused of '721? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

United States District Court

Northen District of California - San Jose Division

Case No. CV-12-00630-LHK (PSG)

## Ex. A Chart of Accused Products

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 |
|---|---|---|---|---|---|---|
| Galaxy Note | SGH-I717 | Version | Android 2.3.6 | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 |
| | | Date Available | 2012.01.20 | 2012.06.29* | 2013.03.15 | 2013.04.30 |
| | | S/W ver.# | I717UCLA1 | I717UCLF6 | I717UCMB4 | I717UCMD3 |
| JX Subpart | | | JX30-A, JX30-C | N/A | N/A | JX30-B |
| Accused of '721? | | | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | No |
| | | | | | | |
| Galaxy Note | SGH-T879 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | |
| | | Date Available | 2012.06.19 | 2012.07.25 | 2013.01.30 | |
| | | S/W ver.# | T879UVLF5 | T879UVLG3 | T879UVMA1 | |
| JX Subpart | | | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | |
| Infringes '172? | | | Yes | Yes | Yes | |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SGH-I317 | Version | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | |
| | | Date Available | 2012.10.19 | 2012.12.26 | 2012.02.13 | 2013.05.07 | |
| | | S/W ver.# | I317UCLJ2 | I317UCLK7 | I317UCAMA4 | I317UCAMC3 | |
| JX Subpart | | | JX31-B | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SPH-L900 | Version | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | |
| | | Date Available | 2012.10.105 | 2012.11.06 | 2012.02.12 | 2013.04.16 | |
| | | S/W ver.# | LJ1 | LJC | MA7 | MC2 | |
| JX Subpart | | | JX31-C | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SGH-T889 | Version | Android 4.1.1 | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 |
| | | Date Available | 2012.10.05 | 2012.12.13 | 2013.01.15 | 2013.03.05 | 2013.05.20 |
| | | S/W ver.# | T889UVLJ1 | T889UVLK8 | T889UVLL4 | T889UVMB4 | T889UVBMD1 |
| JX Subpart | | | JX31-A | N/A | N/A | N/A | N/A |
| Accused of '721? | | | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SCH-I605 | Version | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | | |
| | | Date Available | 2012.11.16 | 2013.01.16 | 2013.04.30 | | |
| | | S/W ver.# | LJB | LL4 | MC3 | | |
| JX Subpart | | | N/A | N/A | N/A | | |
| Accused of '721? | | | No | No | No | | |
| Accused of '647? | | | Yes | Yes | Yes | | |
| Accused of '959? | | | Yes | Yes | Yes | | |
| Accused of '414? | | | Yes | Yes | Yes | | |
| Infringes '172? | | | No | No | No | | |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SCH-R950 | Version | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | |
| | | Date Available | 2012.10.08 | 2012.12.20 | 2013.02.28 | 2013.06.08* | |
| | | S/W ver.# | LJ1 | LL1 | MB1 | ME2 | |
| JX Subpart | | | N/A | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S II | SGH-T989 | Version | Android 2.3.5 | Android 2.3.6 | Android 2.3.6 | Android 4.0.3 | Android 4.0.3 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 2.3.6 |
| | | Date Available | 2011.09.28 | 2011.12.12 | 2012.05.08 | 2012.07.06* | 2012.03.30* | 2012.07.30* | 2012.08.13 | 2012.09.28 | 2013.01.23 | 2013.01.29 |
| | | S/W ver.# | T989UVKID | T989UVKL1 | T989UVLDE | T989UVLDH | T989UVLE1 | T989UVLG7 | T989UVLH1 | T989UVLI1 | T989UVLI4 | T989UVLDH |
| JX Subpart | | | N/A | N/A | N/A | JX32-D | JX32-F | N/A | JX32-A | N/A | N/A | N/A |
| Accused of '721? | | | Yes | Yes | No | No | No | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes (Upd.) | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| | | | | | | | | | | | | |
| Galaxy S II | SGH-I777 | Version | Android 2.3.4 | Android 2.3.6 | Android 4.0.3 | Android 4.0.4 | Android 4.0.4 | | | | | |
| | | Date Available | 2011.09.19 | 2011.12.16 | 2012.06.18* | 2012.12.17* | 2013.03.27* | | | | | |
| | | S/W ver.# | I777UCKH7 | I777UCKK6 | I777UCLE5 | I777UCLK3 | I777UCLI6 | | | | | |
| JX Subpart | | | JX32-E | JX32-C | JX32-B | N/A | N/A | | | | | |
| Accused of '721? | | | Yes | Yes | No | No | No | | | | | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | | | | | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | | | | | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | | | | | |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | | | | | |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| MR10 |
|---|
| Andoiprd 4.1.2 |
| 2013.03.25 |
| T989UVMC6 |
| N/A |
| No |
| Yes |
| Yes |
| Yes |
| No |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S II Epic 4G Touch | SPH-D71 | Version | Android 2.3.5 | Android 2.3.6 | Android 2.3.6 | Android 0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 |
| | | Date Available | 2011.08.10 | 2011.12.08 | 2012.01.17 | 2012.07.11* | 2012.08.22 | 2012.10.09* | 2013.01.17* | 2013.03.20 |
| | | S/W ver.# | EG30 | EK02 | EL29 | FF18 | FH13 | FI27 | FL24 | GB27 |
| JX Subpart | | | N/A | N/A | JX33-A, JX33-B | N/A | N/A | N/A | JX33-C | N/A |
| Accused of '721? | | | Yes | Yes | Yes | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes (Upd.) | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 |
|---|---|---|---|---|---|---|---|---|
| Galaxy S II Skyrocket | SGH-I727 | Version | Android 2.3.4 | Android 2.3.6. | Android 2.3.6 | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 |
| | | Date Available | 2011.10.24 | 2011.11.18 | 2012.02.17* | 2012.06.29* | 2012.10.23* | |
| | | S/W ver.# | I727UCKJ2 | I727UCKK1 | I727UCLA3 | I727UCLF6 | I727UCLI3 | I727UCMC1 |
| JX Subpart | | | JX34-C | N/A | JX34-B | N/A | JX34-D | JX34-A |
| Accused of '721? | | | Yes | Yes | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes (Upd.) | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S III | | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | |
| | SCH-I535 | Date Available | 2012.07.06 | 2012.08.31 | 2012.10.12 | 2012.12.12* | 2013.03.01 | 2013.05.24* | **2013.06.19** | |
| | | S/W ver.# | LG1 | LG7 | LHE | LK3 | MB1 | MD3 | MF1 | |
| JX Subpart | | | N/A | N/A | JX35-N | N/A | JX35-H, JX35-O | JX35-I | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| | | | | | | | | | | |
| | SGH-I747 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | | | |
| | | Date Available | 2012.06.09 | 2012.07.10 | 2012.09.15* | 2012.10.11 | 2012.12.03* | | | |
| | | S/W ver.# | I747UCALEM | I747UCALG1 | I747UCALH9 | I747UCALI5 | I747UCDLK3 | | | |
| JX Subpart | | | N/A | JX35-A, JX35-F | N/A | JX35-D | N/A | | | |
| Accused of '721? | | | No | No | No | No | No | | | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | | | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | | | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | | | |
| Infringes '172? | | | No | No | No | No | No | | | |
| | | | | | | | | | | |
| | SPH-L710 | Version | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.1 | Android 4.1 |
| | | Date Available | 2012.05.24 | 2012.06.29 | 2012.07.06* | 2012.07.24 | 2012.09.18 | 2012.10.24* | **2013.02.27** | 2013.04.23* |
| | | S/W ver.# | LEN | LF9 | LG2 | LG8 | LI3 | LJ7 | MB1 | MD4 |
| JX Subpart | | | N/A | N/A | JX35-E | N/A | JX35-L | JX35-G | N/A | N/A |
| Accused of '721? | | | No | No | No | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No | No | No | No |
| | | | | | | | | | | |
| | SGH-T999 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | |
| | | Date Available | 2012.05.25 | 2012.07.05 | 2012.08.03* | 2012.10.10 | 2012.10.29* | 2013.01.28 | **2013.04.20*** | |
| | | S/W ver.# | T999UVALEM | T999UVALG1 | T999UVALH2 | T999UVALI4 | T999UVDLJA | T999UVDLJC | T999UVMD5 | |
| JX Subpart | | | N/A | N/A | JX35-B | JX35-C | JX35-J | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| | | | | | | | | | | |
| | SCH-R530U | Version | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | |
| | | Date Available | 2012.06.30 | 2012.07.06 | 2012.08.14* | 2012.09.20 | 2012.12.12* | 2013.02.28 | **2013.06.08*** | |
| | | S/W ver.# | LF9 | LG1 | LG4 | LI4 | LK5 | MB1 | MD4 | |
| JX Subpart | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| | | | | | | | | | | |
| | SCH-R530M | Version | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 | | | | | |
| | | Date Available | 2012.10.08 | 2013.01.21 | 2013.02.28* | | | | | |
| | | S/W ver.# | LJ1 | LJ3 | MB2 | | | | | |
| JX Subpart | | | N/A | N/A | N/A | | | | | |
| Accused of '721? | | | No | No | No | | | | | |
| Accused of '647? | | | Yes | Yes | Yes | | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes | | | | | |
| Accused of '414? | | | Yes | Yes | Yes | | | | | |
| Infringes '172? | | | No | No | No | | | | | |
| | | | | | | | | | | |
| | SCH-R530C | Version | Android 4.0 | Android 4.1.1 | | | | | | |
| | | Date Available | 2012.11.09 | 2013.03.15* | | | | | | |
| | | S/W ver.# | LK2 | MC1 | | | | | | |
| JX Subpart | | | N/A | N/A | | | | | | |
| Accused of '721? | | | No | No | | | | | | |
| Accused of '647? | | | Yes | Yes | | | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes | | | | | | |
| Accused of '414? | | | Yes | Yes | | | | | | |
| Infringes '172? | | | No | No | | | | | | |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 |
|---|---|---|---|---|---|---|---|---|
| Galaxy Tab 2 10.1 | | Version | Android 4.0.4 | | | | | |
| | SGH-I497 | Date Available | 2010.10.22 | | | | | |
| | | S/W ver.# | LJ3 | | | | | |
| JX Subpart | | | JX36-A | | | | | |
| Accused of '721? | | | No | | | | | |
| Accused of '647? | | | No | | | | | |
| Accused of '959? | | | Yes (Upd.) | | | | | |
| Accused of '414? | | | Yes | | | | | |
| Infringes '172? | | | No | | | | | |
| | | | | | | | | |
| | | Version | Android 4.0.4 | Android 4.1.2 | | | | |
| | SPH-P500 | Date Available | 2012.10.15 | 2013.03.07* | | | | |
| | | S/W ver.# | P500VPALI6 | P500VPBMB3 | | | | |
| JX Subpart | | | | | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| | | | | | | | | |
| | SGH-T779 | Version | Android 4.0.4 | Android 4.1.2 | | | | |
| | | Date Available | 2012.11.09 | 2013.04.03 | | | | |
| | | S/W ver.# | T779UVALJ4 | T779UVTMC2 | | | | |
| JX Subpart | | | JX36-D | | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| | | | | | | | | |
| | | Version | Android 4.0.4 | Android 4.1.2 | | | | |
| | SCH-I915 | Date Available | 2012.11.09 | 2013.03.08* | | | | |
| | | S/W ver.# | I915VRLJ1 | I915VRBMA3 | | | | |
| JX Subpart | | | JX36-B | | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| | | | | | | | | |
| | | Version | Android 4.0.2 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1 |
| | GT-P5113 | Internal Approval Date | 2012.04.16 | 2012.07.07 | 2012.07.21 | 2012.08.16 | 2012.08.28 | 2012.12.01* |
| | | S/W ver.# | ALD7 | BLG2 | BLG5* | BLH1 | BLH3 | CLK7 |
| JX Subpart | | | | | | | | JX36-C |
| Accused of '721? | | | No | No | No | No | No | No |
| Accused of '647? | | | No | No | No | No | No | No |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No | No |

| Market | Model Name (Carrier) | | Launch | MR1 |
|---|---|---|---|---|
| Stratosphere | SCH-I405 | Version | Android 2.3.5 | Android 2.3.6 |
| | | Date Available | 2011.10.05 | 2012.08.22* |
| | | S/W ver.# | EI2 | FF1 |
| JX Subpart | | | JX37-A | JX37-B |
| Accused of '721? | | | Yes | No |
| Accused of '647? | | | Yes | Yes |
| Accused of '959? | | | Yes | No |
| Accused of '414? | | | Yes | Yes |
| Infringes '172? | | | Yes | Yes |