**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT B

1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  HAROLD J. McELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
7  JAMES P. BENNETT (CA SBN 65179)
   jbennett@mofo.com
8  JACK W. LONDEN (CA SBN 85776)
   jlonden@mofo.com
9  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
10 RUTH N. BORENSTEIN (CA SBN 133797)
   rborenstein@mofo.com
11 ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
12 MORRISON & FOERSTER LLP
   425 Market Street
13 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

15 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

17            UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                   SAN JOSE DIVISION

20 APPLE INC., a California corporation,

21              Plaintiff,                      Case No. 12-cv-00630-LHK (PSG)

22       v.                                     **APPLE'S CORRECTED
                                                STATEMENT RE ACCUSED
23 SAMSUNG ELECTRONICS CO., LTD., a             DEVICES**
   Korean corporation; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

26              Defendant.

1          Pursuant to the Court's Order Re: Further Briefing Related to Accused Devices, Apple

2   submits the following statement identifying the operating system versions and subversions as well

3   as JX subparts for each product accused of infringing each asserted patent.

4          The attached Exhibit A, to be filed under seal, identifies every product, operating system

5   version and subversion, as well as software build information, provided by Samsung in response to

6   Apple's Interrogatory No. 41, which was admitted into evidence as PX300.  It also includes entries

7   for versions/subversions/builds for two products that Samsung did not include in its response to

8   Interrogatory No. 41:  an entry for the Samsung S II Skyrocket, Model SGH-I497,

9   Version/Subversion 4.1.1, Build I727UCMC1 as well as entries for Samsung Galaxy Nexus

10  model/version/subversion/builds that Samsung sold through carriers other than ~~Verizon~~Sprint

11  (PX300 only listed Galaxy Nexus models sold through ~~Verizon~~ Sprint).  Those additional Galaxy

12  Nexus models are represented by JX29(A), 29(B), 29(D), 29(E), 29(G), 29(H), and 29(I).

13         Exhibit A also includes for each entry in the chart for which there is an exact corresponding

14  admitted physical exhibit (e.g., JX30(A)), the number/letter for that exhibit.  For

15  versions/subversions/builds without a corresponding admitted physical exhibit, the row for that

16  information was left intentionally blank.  Not every sub-lettered JX entry on Apple's original

17  exhibit list was introduced into evidence for various reasons, including the fact that some physical

18  exhibits were inadvertently updated to contain later, inadmissible versions of the Google Quick

19  Search Box.

20         For most of the issues in this case, the version/subversion/build information does not

21  matter.

22         For the '414 Patent, the parties agree that the infringement issue is the same for all

23  versions/subversions/builds and Apple has accused all such versions/subversions/builds of

24  infringement.

25         For the '647 Patent, it is undisputed that there are no differences for purpose of

26  infringement related to the subversion/builds within a major version (e.g., Jelly Bean (4.1.x, 4.2.x,

27  4.3.x), Ice Cream Sandwich (4.0.x) and Gingerbread (2.3.x)) and that certain products represent all

28  products.  Again, Apple accuses all smartphones of infringement regardless of version (no Tab 2

APPLE'S STATEMENT RE ACCUSED DEVICES  
CASE NO.12-cv-00630-LHK (PSG)                                                                                1  
sf-3410233

1    10.1 product was accused of '647 infringement).

2      For the '959 Patent, several Samsung versions/subversions/builds were sold with a
3    non-infringing version of the Quick Search Box, but were later updated over-the-air by Samsung to
4    include an accused version of the Quick Search Box.  All such versions/subversions/builds that
5    were later updated to infringe have an entry that states "Yes (Upd.)" (which stands for Updated to
6    Infringe.") but the physical phones on the JX list have the original non-infringing software and
7    would be confusing if presented to the jury as '959 infringing products in their non-updated form.
8    Apple sought only a royalty, not lost profits, for sales of all such updated
9    versions/subversions/builds.

10     For the '721 Patent, the accused phones are identified in Exhibit A and include all
11   models/versions/subversions/builds up until the time that Samsung introduced a non-infringing
12   version/subversion/build for each model, as testified to by Apple's expert, Dr. Andrew Cockburn.
13   ~~Tr.~~(Dkt. 1623 at 653:17-654:12.)

14     For the '172 patent, because the Court has already determined the infringement issue, Apple
15   did not understand the Court's order to ask for version and subversion information related to that
16   patent.  (*See* Parties' Joint Stipulation and Order (Dkt. 1416 at 1:11-16) and this Court's Summary
17   Judgment Order (Dkt. 1151).)  Apple has nonetheless included that information in the attached
18   exhibit for the Court's convenience.

19     Every phone accused of infringement in Exhibit A, indicated by an entry of "Yes" or "Yes
20   (Upd.)" (which stands for Updated to Infringe.") is represented by an admitted physical exhibit, as
21   explained in direct examination by Apple's technical experts, Dr. Cockburn, Dr. Mowry and Dr.
22   Snoeren.  (Dkt. 1756 at 2 n1.)

23   Dated:  April 24, 2014      MORRISON & FOERSTER LLP

25                By:  */s/ Harold J. McElhinny*
               HAROLD J. MCELHINNY

26                Attorneys for Plaintiff and
             Counterclaim-Defendant
27                APPLE INC.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Document comparison by Workshare Professional on Thursday, April 24, 2014 8:48:37 PM

| Input: | |
|---|---|
| Document 1 ID | file://\\pracsupsf1\pracsup$\10684\0000306\Workspace\CXR6 (306)\zzz_Fire Drills\2014-04-24 (corrected verdict form statement)\original.docx |
| Description | original |
| Document 2 ID | file://\\pracsupsf1\pracsup$\10684\0000306\Workspace\CXR6 (306)\zzz_Fire Drills\2014-04-24 (corrected verdict form statement)\revised.docx |
| Description | revised |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| ~~Deletion~~ |
| ~~Moved from~~ |
| Moved to |
| Style change |
| Format change |
| ~~Moved deletion~~ |

| | |
|---|---|
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 11 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 16 |