| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>JACK W. LONDEN (CA SBN 85776)<br>jlonden@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>RUTH N. BORENSTEIN (CA SBN 133797)<br>rborenstein@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S RESPONSE REGARDING FURTHER BRIEFING RELATED TO ACCUSED DEVICES** |

In response to the Court's Order re Further Briefing Related to Accused Devices (Dkt. 1801), Apple provides the following information regarding its infringement positions with respect to JX29G, JX36E, JX37B, and explains why JX35M (which is a duplicate of JX35J) was omitted from its chart.

- Apple does not accuse JX29G of infringing claim 8 of the '721 Patent. JX29G is a Galaxy Nexus running Android 4.2.2. Dr. Cockburn did not provide an opinion as to whether Galaxy Nexus devices running Android 4.2 infringe claim 8. (*See* Dkt. 1624 at 654:10-11 (infringement opinion extending to January 28, 2013); PX300 at 15 (release of Sprint Galaxy Nexus 4.2.1 dated January 29, 2013).)

- JX36E is a Galaxy Note 10.1, a product that Apple dismissed without prejudice due to case narrowing. (*Compare* Dkt. 645 at 3, *with* Dkt. 1237 at 1.) Apple has notified Samsung that Apple intends to withdraw this exhibit.

- Apple does not accuse JX37B of infringing claim 25 of the '959 Patent. JX37B is a Stratosphere running software version FF1 first released on August 22, 2012. (*See* PX300 at 9.) Apple did not accuse the Stratosphere of infringing the '959 Patent after August 21, 2012. (*See* PX222A at 7 (providing "end assertion date" for '959 patent of August 21, 2012).)

- JX35M is a duplicate of JX35J and was thus omitted from Apple's chart. Apple accuses JX35M to the same extent it does JX35J.

Dated: April 25, 2014                     MORRISON & FOERSTER LLP

                                          By:  */s/ Harold J. McElhinny*
                                               HAROLD J. MCELHINNY

                                          Attorneys for Plaintiff and
                                          Counterclaim-Defendant
                                          APPLE INC.