**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT A

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

## Ex. A Chart of Accused Products

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 |
|---|---|---|---|---|---|
| Admire | SCH-R720 | Version Date Available S/W ver.# | Android 2.3.4 2011.08.04 EH02 | Android 2.3.6 2012.07.13* FF18 | Android 2.3.6 2012.10.25* FI25 |
| JX Subpart | | | JX28-B | JX28-C | N/A |
| Accused of '721? | | | Yes | No | No |
| Accused of '647? | | | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | No |
| Accused of '414? | | | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes |

1

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Nexus | SPH-L700 | Version Date Available S/W ver.# | Android 4.0.4 2012.04.05 FC12 | Android 4.0.4 2012.04.30 FD02 | Android 4.0.4 2012.07.25* FG01 | Android 4.1.1 2012.09.05 FH05 | Android 4.2.1 2013.01.29 GA02 |
| JX Subpart | | | N/A | JX29-C | N/A | N/A | N/A |
| Accused of '721? | | | Yes | Yes | Yes | Yes | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR3 | MR4 | MR5 | MR6 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Nexus | SCH-I515/GT-I9250 | Version Date Available S/W ver.# | Android 4.0.1 ITL41D | Android 4.0.1 ITL41F | Android 4.0.2 ICL53F | Android 4.0.4 IMM76D | Android 4.0.4 IMM76I | Android 4.0.4 IMM76K | Android 4.1.1 *Data Not Supplied By Samsung* JRO03C | Android 4.1.1 JRO03O | Android 4.1.1 JRO03O | Android 4.1.2 JZO54K | Android 4.2 JOP40C | Android 4.2.1 JOP40D | Android 4.2.2 JDQ39 |
| JX Subpart | | | N/A | N/A | JX29-A, JX29-I | N/A | N/A | JX29-B | JX29-E | JX72 | JX29-D, JX29-H | N/A | N/A | N/A | JX29-G |
| Accused of '721? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

2

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

# Ex. A Chart of Accused Products

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 |
|---|---|---|---|---|---|---|
| Galaxy Note | SGH-I717 | Version Date Available S/W ver.# | Android 2.3.6 2012.01.20 I717UCLA1 | Android 4.0.4 2012.06.29* I717UCLF6 | Android 4.0.4 2013.03.15 I717UCMB4 | Android 4.1.2 2013.04.30 I717UCMD3 |
| JX Subpart | | | JX30-A, JX30-C | N/A | N/A | JX30-B |
| Accused of '721? | | | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | No |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 |
|---|---|---|---|---|---|
| Galaxy Note | SGH-T879 | Version Date Available S/W ver.# | Android 4.0.4 2012.06.19 T879UVLF5 | Android 4.0.4 2012.07.25 T879UVLG3 | Android 4.0.4 2013.01.30 T879UVMA1 |
| JX Subpart | | | N/A | N/A | N/A |
| Accused of '721? | | | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes |

3

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy Note 2 | SGH-I317 | Version Date Available S/W ver.# | Android 4.1.2 2012.10.19 I317UCLJ2 | Android 4.1.2 2012.12.26 I317UCLK7 | Android 4.1.2 2012.02.13 I317UCAMA4 | Android 4.1.2 2013.05.07 I317UCAMC3 | |
| JX Subpart | | | JX31-B | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |
| Galaxy Note 2 | SPH-L900 | Version Date Available S/W ver.# | Android 4.1.1 2012.10.105 LJ1 | Android 4.1.1 2012.11.06 LJC | Android 4.1.2 2012.02.12 MA7 | Android 4.1.2 2013.04.16 MC2 | |
| JX Subpart | | | JX31-C | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |
| Galaxy Note 2 | SGH-T889 | Version Date Available S/W ver.# | Android 4.1.1 2012.10.05 T889UVLJ1 | Android 4.1.1 2012.12.13 T889UVLK8 | Android 4.1.1 2013.01.15 T889UVLL4 | Android 4.1.2 2013.03.05 T889UVMB4 | Android 4.1.2 2013.05.20 T889UVBMD1 |
| JX Subpart | | | JX31-A | N/A | N/A | N/A | N/A |
| Accused of '721? | | | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No |
| Galaxy Note 2 | SCH-I605 | Version Date Available S/W ver.# | Android 4.1.1 2012.11.16 LJB | Android 4.1.1 2013.01.16 LL4 | Android 4.1.2 2013.04.30 MC3 | | |
| JX Subpart | | | N/A | N/A | N/A | | |
| Accused of '721? | | | No | No | No | | |
| Accused of '647? | | | Yes | Yes | Yes | | |
| Accused of '959? | | | Yes | Yes | Yes | | |
| Accused of '414? | | | Yes | Yes | Yes | | |
| Infringes '172? | | | No | No | No | | |
| Galaxy Note 2 | SCH-R950 | Version Date Available S/W ver.# | Android 4.1.1 2012.10.08 LJ1 | Android 4.1.1 2012.12.20 LL1 | Android 4.1.2 2013.02.28 MB1 | Android 4.1.2 2013.06.08* ME2 | |
| JX Subpart | | | N/A | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S II | SGH-T989 | Version Date Available S/W ver.# | Android 2.3.5 2011.09.28 T989UVKID | Android 2.3.6 2011.12.12 T989UVKL1 | Android 2.3.6 2012.05.08 T989UVLDE | Android 4.0.3 2012.07.06* T989UVLDH | Android 4.0.3 2012.03.30* T989UVLE1 | Android 4.0.4 2012.07.30* T989UVLG7 | Android 4.0.4 2012.08.13 T989UVLH1 | Android 4.0.4 2012.09.28 T989UVLI1 | Android 4.0.4 2013.01.23 T989UVLI4 | Android 2.3.6 2013.01.29 T989UVLDH | Andoiprd 4.1.2 2013.03.25 T989UVMC6 |
| JX Subpart | | | N/A | N/A | N/A | JX32-D | JX32-F | N/A | JX32-A | N/A | N/A | N/A | N/A |
| Accused of '721? | | | Yes | Yes | No | No | No | No | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes (Upd.) | Yes | Yes | Yes (Upd.) | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No |

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 |
|---|---|---|---|---|---|---|---|
| Galaxy S II | SGH-I777 | Version Date Available S/W ver.# | Android 2.3.4 2011.09.19 I777UCKH7 | Android 2.3.6 2011.12.16 I777UCKK6 | Android 4.0.3 2012.06.18* I777UCLE5 | Android 4.0.4 2012.12.17* I777UCLK3 | Android 4.0.4 2013.03.27* I777UCLI6 |
| JX Subpart | | | JX32-E | JX32-C | JX32-B | N/A | N/A |
| Accused of '721? | | | Yes | Yes | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes |

5

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)

**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S II Epic 4G Touch | SPH-D71 | Version Date Available S/W ver.# | Android 2.3.5 2011.08.10 EG30 | Android 2.3.6 2011.12.08 EK02 | Android 2.3.6 2012.01.17 EL29 | Android 0.4 2012.07.11* FF18 | Android 4.0.4 2012.08.22 FH13 | Android 4.0.4 2012.10.09* FI27 | Android 4.0.4 2013.01.17* FL24 | Android 4.1.2 2013.03.20 GB27 |
| JX Subpart | | | N/A | N/A | JX33-A, JX33-B | N/A | N/A | N/A | JX33-C | N/A |
| Accused of '721? | | | Yes | Yes | Yes | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes (Upd.) | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 |
|---|---|---|---|---|---|---|---|---|
| Galaxy S II Skyrocket | SGH-I727 | Version Date Available S/W ver.# | Android 2.3.4 2011.10.24 I727UCKJ2 | Android 2.3.6. 2011.11.18 I727UCKK1 | Android 2.3.6 2012.02.17* I727UCLA3 | Android 4.0.4 2012.06.29* I727UCLF6 | Android 4.0.4 2012.10.23* I727UCLI3 | Android 4.1.2 N/A I727UCMC1 |
| JX Subpart | | | JX34-C | N/A | JX34-B | N/A | JX34-D | JX34-A |
| Accused of '721? | | | Yes | Yes | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes (Upd.) | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | Yes | Yes | Yes | Yes | Yes | Yes |

7

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy S III | SCH-I535 | Version Date Available S/W ver.# | Android 4.0.4 2012.07.06 LG1 | Android 4.0.4 2012.08.31 LG7 | Android 4.0.4 2012.10.12 LHE | Android 4.1.1 2012.12.12* LK3 | Android 4.1.2 2013.03.01 MB1 | Android 4.1.2 2013.05.24* MD3 | Android 4.1.2 **2013.06.19** MF1 | |
| JX Subpart | | | N/A | N/A | JX35-N | N/A | JX35-H, JX35-O | JX35-I | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| Galaxy S III | SGH-I747 | Version Date Available S/W ver.# | Android 4.0.4 2012.06.09 I747UCALEM | Android 4.0.4 2012.07.10 I747UCALG1 | Android 4.0.4 2012.09.15* I747UCALH9 | Android 4.0.4 2012.10.11 I747UCALI5 | Android 4.1.1 2012.12.03* I747UCDLK3 | | | |
| JX Subpart | | | N/A | JX35-A, JX35-F | N/A | JX35-D | N/A | | | |
| Accused of '721? | | | No | No | No | No | No | | | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | | | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | | | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | | | |
| Infringes '172? | | | No | No | No | No | No | | | |
| Galaxy S III | SPH-L710 | Version Date Available S/W ver.# | Android 4.0 2012.05.24 LEN | Android 4.0 2012.06.29 LF9 | Android 4.0 2012.07.06* LG2 | Android 4.0 2012.07.24 LG8 | Android 4.0 2012.09.18 LI3 | Android 4.1 2012.10.24* LJ7 | Android 4.1 **2013.02.27** MB1 | Android 4.1 2013.04.23* MD4 |
| JX Subpart | | | N/A | N/A | JX35-E | N/A | JX35-L | JX35-G | N/A | N/A |
| Accused of '721? | | | No | No | No | No | No | No | No | No |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No | No | No | No |
| Galaxy S III | SGH-T999 | Version Date Available S/W ver.# | Android 4.0.4 2012.05.25 T999UVALEM | Android 4.0.4 2012.07.05 T999UVALG1 | Android 4.0.4 2012.08.03* T999UVALH2 | Android 4.0.4 2012.10.10 T999UVALJ4 | Android 4.1.1 2012.10.29* T999UVDLJA | Android 4.1.1 2013.01.28 T999UVDLJC | Android 4.1.2 **2013.04.20*** T999UVMD5 | |
| JX Subpart | | | N/A | N/A | JX35-B | JX35-C | JX35-J, JX35-M | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| Galaxy S III | SCH-R530U | Version Date Available S/W ver.# | Android 4.0 2012.06.30 LF9 | Android 4.0 2012.07.06 LG1 | Android 4.0 2012.08.14* LG4 | Android 4.0 2012.09.20 LI4 | Android 4.1.1 2012.12.12* LK5 | Android 4.1.2 2013.02.28 MB1 | Android 4.1.2 **2013.06.08*** MD4 | |
| JX Subpart | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Accused of '721? | | | No | No | No | No | No | No | No | |
| Accused of '647? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Accused of '959? | | | Yes | Yes | Yes (Upd.) | Yes (Upd.) | Yes | Yes | Yes | |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Infringes '172? | | | No | No | No | No | No | No | No | |
| Galaxy S III | SCH-R530M | Version Date Available S/W ver.# | Android 4.0.4 2012.10.08 LJ1 | Android 4.0.4 2013.01.21 LJ3 | Android 4.1.2 2013.02.28* MB2 | | | | | |
| JX Subpart | | | N/A | N/A | N/A | | | | | |
| Accused of '721? | | | No | No | No | | | | | |
| Accused of '647? | | | Yes | Yes | Yes | | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes (Upd.) | Yes | | | | | |
| Accused of '414? | | | Yes | Yes | Yes | | | | | |
| Infringes '172? | | | No | No | No | | | | | |
| Galaxy S III | SCH-R530C | Version Date Available S/W ver.# | Android 4.0 2012.11.09 LK2 | Android 4.1.1 2013.03.15* MC1 | | | | | | |
| JX Subpart | | | N/A | N/A | | | | | | |
| Accused of '721? | | | No | No | | | | | | |
| Accused of '647? | | | Yes | Yes | | | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes | | | | | | |
| Accused of '414? | | | Yes | Yes | | | | | | |
| Infringes '172? | | | No | No | | | | | | |

9

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 |
|---|---|---|---|---|---|---|---|---|
| Galaxy Tab 2 10.1 | SGH-I497 | Version<br>Date Available<br>S/W ver.# | Android 4.0.4<br>2010.10.22<br>LJ3 | | | | | |
| JX Subpart | | | JX36-A | | | | | |
| Accused of '721? | | | No | | | | | |
| Accused of '647? | | | No | | | | | |
| Accused of '959? | | | Yes (Upd.) | | | | | |
| Accused of '414? | | | Yes | | | | | |
| Infringes '172? | | | No | | | | | |
| Galaxy Tab 2 10.1 | SPH-P500 | Version<br>Date Available<br>S/W ver.# | Android 4.0.4<br>2012.10.15<br>P500VPALI6 | Android 4.1.2<br>2013.03.07*<br>P500VPBMB3 | | | | |
| JX Subpart | | | N/A | N/A | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| Galaxy Tab 2 10.1 | SGH-T779 | Version<br>Date Available<br>S/W ver.# | Android 4.0.4<br>2012.11.09<br>T779UVALJ4 | Android 4.1.2<br>2013.04.03<br>T779UVTMC2 | | | | |
| JX Subpart | | | JX36-D | N/A | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| Galaxy Tab 2 10.1 | SCH-I915 | Version<br>Date Available | Android 4.0.4<br>2012.11.09 | Android 4.1.2<br>2013.03.08* | | | | |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 |
|---|---|---|---|---|---|---|---|---|
| | | S/W ver.# | I915VRLJ1 | I915VRBMA3 | | | | |
| JX Subpart | | | JX36-B | N/A | | | | |
| Accused of '721? | | | No | No | | | | |
| Accused of '647? | | | No | No | | | | |
| Accused of '959? | | | Yes (Upd.) | Yes | | | | |
| Accused of '414? | | | Yes | Yes | | | | |
| Infringes '172? | | | No | No | | | | |
| Galaxy Tab 2 10.1 | GT-P5113 | Version | Android 4.0.2 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1 |
| | | Internal Approval Date | 2012.04.16 | 2012.07.07 | 2012.07.21 | 2012.08.16 | 2012.08.28 | 2012.12.01* |
| | | S/W ver.# | ALD7 | BLG2 | BLG5* | BLH1 | BLH3 | CLK7 |
| JX Subpart | | | N/A | N/A | N/A | N/A | N/A | JX36-C |
| Accused of '721? | | | No | No | No | No | No | No |
| Accused of '647? | | | No | No | No | No | No | No |
| Accused of '959? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Accused of '414? | | | Yes | Yes | Yes | Yes | Yes | Yes |
| Infringes '172? | | | No | No | No | No | No | No |

United States District Court
Northen District of California - San Jose Division
Case No. CV-12-00630-LHK (PSG)
**Ex. A Chart of Accused Products**

| Market | Model Name (Carrier) | | Launch | MR1 |
|---|---|---|---|---|
| Stratosphere | SCH-I405 | Version Date Available S/W ver.# | Android 2.3.5 2011.10.05 EI2 | Android 2.3.6 2012.08.22* FF1 |
| JX Subpart | | | JX37-A | JX37-B |
| Accused of '721? | | | Yes | No |
| Accused of '647? | | | Yes | Yes |
| Accused of '959? | | | Yes | No |
| Accused of '414? | | | Yes | Yes |
| Infringes '172? | | | Yes | Yes |

12