# EXHIBIT 2

**(SUBMITTED UNDER SEAL)**

# Samsung Copied What Slide To Unlock Does




