# EXHIBIT 3

**(SUBMITTED UNDER SEAL)**

# Reasonable Royalty Considerations



# Reasonable Royalty Considerations

## Licensing Considerations
(Factors 1, 2, 3, and 7)



PDX92.45

# Reasonable Royalty Considerations

## Apple's Patent Policy
(Factor 4)



PDX92.45

# Reasonable Royalty Considerations

## Apple's Patent Policy
(Factor 4)



*PX. 145 at 20*

PDX92.45

# Reasonable Royalty Considerations

## Relationship Between the Parties
(Factor 5)



PDX92.45

# Reasonable Royalty Considerations

Relationship Between the Parties
(Factor 5)



Two Horse Race Between Apple & Samsung

*PX. 156 at 8*

- Beating Apple is #1 Priority

*PX. 154 at 7*

**PDX92.45**

# Reasonable Royalty Considerations

## Commercial Success and Profitability
(Factors 8 and 12)



PDX92.45

# Reasonable Royalty Considerations

## Commercial Success and Profitability
(Factors 8 and 12)



**60M U.S. CONSUMERS WILL BUY THEIR FIRST SMARTPHONE IN 2012…**

*PX. 214 at 8*

**38.5 Million Units**
**$15.6 Billion Revenue**

# Reasonable Royalty Considerations

## Nature and Effect of the Technology
(Factors 9, 10, 11, 13, and 14)



PDX92.45

# Reasonable Royalty Considerations

Nature and Effect of the Technology
(Factors 9, 10, 11, 13, and 14)



It's a crisis of design.

*PX. 149 at 6*

Ease of use is the answer.

*PX. 149 at 4*

Let's make something like the iPhone.

*PX. 149 at 3*

PDX92.45

# Reasonable Royalty Considerations

## Effect on Other Sales  (Ecosystem Effects)
(Factor 6)



PDX92.45

# Reasonable Royalty Considerations



PDX92.45

# Reasonable Royalty Considerations

## Hypothetical Negotiation
(Factor 15)



PDX92.45

# Reasonable Royalty Considerations

## Hypothetical Negotiation
(Factor 15)



What would Apple reasonably require?

PDX92.45

# Reasonable Royalty Considerations

## Hypothetical Negotiation
(Factor 15)



PDX92.45