**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT A

**(PART ONE)**

# Apple Inc.

## *v.*

# Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC



Case No. 12-CV-00630-LHK (PSG)
*April 29, 2014*

# 2007 Macworld

## January 9, 2007





*PX118*

# The New York Times

**The iPhone Matches Most of Its Hype**
By David Pogue, June 27, 2007



"Unless you've been in a sensory-deprivation tank for six months, you already know what the iPhone is:  a tiny, gorgeous hand-held computer whose screen is a slab of touch-sensitive glass."

"[T]he bigger achievement is the software. It's fast, beautiful, menu-free, and dead simple to operate."

*PX127A*

3

# The iPhone Redefined the Smartphone



## The New York Times

**January 11, 2007**

**Apple Waves Its Wand at the Phone**

**By DAVID POGUE**

"Remember the fairy godmother in "Cinderella"? She'd wave her wand and turn some homely and utilitarian object, like a pumpkin or a mouse, into something glamorous and amazing, like a carriage or fully accessorized coachman.

…

At the annual Macworld Expo in San Francisco, Mr. Jobs demonstrated the latest result of godmother wand-waving. He granted the wishes of millions of Apple followers and rumormongers by turning the ordinary cellphone into … the iPhone."

Apple Waves Its Wand at the Phone - New York Times          Page 1 of 4

http://www.nytimes.com/2007/01/11/technology/11pogue.html?pagewanted...  3/20/2012

APLNDC-Y0000235973

*PX135A*

4

# THE WALL STREET JOURNAL.

**Testing Out the iPhone**

By Walter S. Mossberg and Katherine Boehret, June 27, 2007



"[T]he iPhone is, on balance, a beautiful and breakthrough handheld computer. Its software, especially, sets a new bar for the smart-phone industry[.]"

"[T]he iPhone is a whole new experience and a pleasure to use."

*PX113A*

# 2007 Invention of the Year: iPhone



**November 12, 2007**

"It's touchy feely."

"Apple's engineers used the touchscreen to innovate past the graphical user interface (which Apple helped pioneer with the Macintosh in the 1980s) to create a whole new kind of interface[.]"

"This is, as engineers say, nontrivial."

It's a genuine handheld, walk around computer, the first device that really deserves the name.

*PX133*

6

PDX4A

# The iPhone Redefined the Smartphone

**January 9, 2007**



# The New York Times

## Patent Office Highlights Jobs's Innovations
### By Brian X. Chen, November 23, 2011



"The United States Patent and Trademark Office in Alexandria, Va., recently unveiled an exhibit of 30 giant iPhone-like models honoring the inventions of the late Steve Jobs…Altogether about 300 patents are on display, giving exhibit attendees a visual tour through Apple's history of design and innovation."

. . .

"Patents on technological devices do not always result in real products that hit the consumer market, but they document an inventor's research and methodology in different areas of design and engineering.  Often, multiple patented technologies come together to form one real product, like the iPad."

*PX134*

**PDX5**

# iPad



# Cumulative Unit Sales (U.S.) – iPhone & iPad



PX143

# Samsung U.S. Smartphone Market Share



Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q4-2013

**PDX92.8**

# Relationship of Samsung Entities



Samsung Electronics Co., Ltd — **SEC** — **Parent**

Samsung Electronics America — **SEA** (Subsidiary)

**Subsidiary**

Samsung Telecommunications America — **STA** (Subsidiary)

12 A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00178040

iPhone Feedback & Analysis

# Pundits tell us that the iPhone is a revolution...

Apple Inc.'s iPhone has been the world's most influential smart phone since its debut a year ago, widely hailed for its beauty and functionality. It was a true hand-held computer that raised the bar for all its competitors.

Walter Mossberg, July 8, 2008
Wall Street Journal

Talk about hype. In the last six months, Apple's iPhone has been the subject of 11,000 print articles, and it turns up about 69 million hits on Google. Cultists are camping out in front of Apple stores; bloggers call it the "Jesus phone." As it turns out, much of the hype and some of the criticisms are justified. The iPhone is revolutionary.

Eric Pogue, June 27, 2007
NY times



Now, in the pursuit of an Apple-like contract, every manufacturer is racing to create a phone that consumers will love, instead of one that the carriers approve of.

Fred Vogelstein, 01.09.08
Wired

Much like the Western calendar marks time from before and after Jesus Christ, and how the computer world changed totally by the Macintosh - remembering that Windows is Microsoft's copy of the Mac operating system - I am certain that the mobile telecoms world will count its time in two Eras. The Era BI: time Before the iPhone, and the ERA AI: time After the iPhone.

Tomi Ahonen, May 17, 2008
Communities Dominate Brands

20

PLAINTIFF'S EXHIBIT NO. 145, Page 20 of 177

*PX145 at 20*

13

# Samsung Products Accused of Infringing Apple's Patents

| ACCUSED PRODUCTS | PATENTS | | | | |
|---|---|---|---|---|---|
| | Slide-To-Unlock '721 | Autocorrect '172 | Quick Links '647 | Universal Search '959 | Background Sync '414 |
| 1  Admire | X | X | X | X | X |
| 2  Galaxy Nexus | X | X | X | X | X |
| 3  Galaxy Note | | X | X | X | X |
| 4  Galaxy Note II | | | X | X | X |
| 5  Galaxy S II | X | X | X | X | X |
| 6  Galaxy S II Epic 4G Touch | X | X | X | X | X |
| 7  Galaxy S II Skyrocket | X | X | X | X | X |
| 8  Galaxy S III | | | X | X | X |
| 9  Stratosphere | X | X | X | X | X |
| 10  Galaxy Tab II 10.1 | | | | X | X |

# Samsung Recognized "Crisis of Design"



**February 10, 2010**

**Summary of Executive-Level Meeting Supervised by Head of Division**

"**It's a crisis of design**"

Do you know how difficult the Omnia is to use? When you compare the 2007 version of the iPhone with our current Omnia, can you honestly say the Omnia is better? **If you compare the UX with the iPhone, it's a difference between Heaven and Earth**."

"I hear things like this: **Let's make something like the iPhone**."

"When everybody (both consumers and the industry) talk about UX, they weigh it against the iPhone. **The iPhone has become the standard.** That's how things are already.

*PX149*

15

# Accused Samsung Products



**Admire**
Aug. 2011



**S II Epic 4G Touch**
Sept. 2011



**Stratosphere**
Oct. 2011



**Galaxy S II**
Oct. 2011



**Galaxy S II Skyrocket**
Nov. 2011



**Galaxy Nexus**
Nov. 2011



**Galaxy Note**
Feb. 2012



**Galaxy S III**
June 2012



**Galaxy Note II**
Oct. 2012



**Galaxy Tab 2 10.1**
May 2012

16

# Accused Samsung Products



**Admire**
Aug. 2011



**S II Epic 4G Touch**
Sept. 2011



**Stratosphere**
Oct. 2011



**Galaxy S II**
Oct. 2011



**Galaxy S II Skyrocket**
Nov. 2011



**Galaxy Nexus**
Nov. 2011



**Galaxy Note**
Feb. 2012



**Galaxy S III**
June 2012



**Galaxy Note II**
Oct. 2012



**Galaxy Tab 2 10.1**
May 2012

# '721 Patent: *Slide to Unlock*





Figure 4A

*JX10*

# Andrew Cockburn, Ph.D.



**Andrew Cockburn, Ph.D.**

*Professor of Computer Science and Software Engineering*

University of Canterbury

**Professor,** University of Canterbury, Christchurch, New Zealand, Department of Computer Science and Software Engineering

**Education**

- Ph.D., Computer Science, University of Stirling, Scotland

**Publications**

- 100 + technical publications in international journals and conferences

**Academic Service and Awards**

- Chris Wallace Award for Outstanding Research Contribution to Computer Science (2005-2007) in Australia
- Best Paper Awards at the ACM Computer Human Interaction ("CHI") Conference in 2011, 2012, 2013

**Visiting Researcher**

- IBM Almaden
- Logitech

19

# Apple's Infringement Assertions

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**Apple's Infringement Assertions 1/**

| # | Product Name | Screen Size 4/ | '647 Patent Asserted | '959 Patent Asserted | '959 Patent Period for Which Lost Profits Not Sought | '959 Patent Assertion End Date | '414 Patent Asserted | '721 Patent Asserted | '721 Patent Assertion End Date | '172 Patent Asserted | '172 Patent Assertion End Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Admire | 3.5" | Y | Y | | 10/24/2012 | Y | Y | 7/12/2012 | Y | | |
| 2 | Galaxy Nexus | 4.65" | Y | Y | | | Y | Y | 1/28/2013 | Y | | |
| 3 | Galaxy Note | 5.3" | Y | Y | | | Y | Not Asserted | | Y | 4/29/2013 | |
| 4 | Galaxy Note II | 5.5" | Y | Y | | | Y | Not Asserted | | Not Asserted | | |
| 5 | Galaxy S II | 4.32" | Y | Y | | | Y | Y | 6/17/2012 | Y | | 2/ |
| 5 | Galaxy S II | 4.52" | Y | Y | 7/5/2012 - 7/31/2012 | | Y | Y | 5/7/2012 | Y | 3/19/2013 | 3/ |
| 6 | Galaxy S II Epic 4G Touch | 4.52" | Y | Y | 10/8/2012 - 1/18/2013 | | Y | Y | 7/10/2012 | Y | 3/19/2013 | |
| 7 | Galaxy S II Skyrocket | 4.5" | Y | Y | 10/22/2012 - 4/11/13 | | Y | Y | 2/16/2012 | Y | | |
| 8 | Galaxy S III | 4.8" | Y | Y | Launch - 3/14/2013 | | Y | Not Asserted | | Not Asserted | | |
| 9 | Galaxy Tab II 10.1 | 10.1" | Not Asserted | Y | Launch - present | | Y | Not Asserted | | Not Asserted | | |
| 10 | Stratosphere | 4.0" | Y | Y | | 8/21/2012 | Y | Y | 8/21/2012 | Y | | |

Notes:

1/  To the extent that sales occur prior to the issue date of an asserted patent, such sales are excluded from the damages base.

2/  Assertions relate to Galaxy SII AT&T (SGH-I777).

3/  Assertions relate to Galaxy SII T-Mobile (SGH-T989).

4/  See PX222, page 8 for a list of the sources for the screen sizes on a product by product basis.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**PLAINTIFF'S EXHIBIT NO. 222A, Page 7 of 42**

*PX222A at 7*

20A

# Slide To Unlock Accused Devices

## ADMIRE

- Admire

## GALAXY SII DEVICES

- Galaxy SII
- Galaxy SII Skyrocket
- Galaxy SII Epic II 4G Touch

## STRATOSPHERE

- Stratosphere

## GALAXY NEXUS

- Galaxy Nexus



*JX28-B*



*JX32-C*



*JX37-A*



*JX29-B*

PDX31

# '721 Patent: *Slide to Unlock*
## *Required Elements of Claim 8*

| | Admire | Galaxy SII Devices | Strato-sphere | Galaxy Nexus |
|---|:---:|:---:|:---:|:---:|
| [a]  A portable electronic device, comprising: | ✔ | ✔ | ✔ | ✔ |
| [b]  a touch-sensitive display; | ✔ | ✔ | ✔ | ✔ |
| [c]  memory; | ✔ | ✔ | ✔ | ✔ |
| [d]  one or more processors; and | ✔ | ✔ | ✔ | ✔ |
| [e]  one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | ✔ | ✔ | ✔ | ✔ |
| [f]  to detect a contact with the touch-sensitive display at a first predefined location corresponding to an **unlock image**; | ✔ | ✔ | ✔ | |
| [g]  to continuously move the **unlock image** on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | ✔ | ✔ | ✔ | |
| [h]  to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | ✔ | ✔ | ✔ | ✔ |
| [i]  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | ✔ | ✔ | ✔ | ✔ |

22

# Unlock Image May Be Animated

In some embodiments, the arrows **406** and the arrow on the unlock image **402** may be animated. For example, the arrow on the unlock image **402** may appear and disappear in a pulse-like manner and the arrows **406** may emanate from one end of the channel **406** in sync with the pulsing of the arrow on the unlock image **402**. As shown in FIG. 4B, the arrow **406** may move along the channel **404** and disappear when it moves to the end of the channel **404**.

*Col. 12, Ln. 40-47*

JOINT TRIAL EXHIBIT NO. 10, Page 24 of 28

*JX10 at 24*

23

# '721 Patent: *Slide to Unlock*
## *Required Elements of Claim 8*

| | Admire | Galaxy SII Devices | Strato-sphere | Galaxy Nexus |
|---|---|---|---|---|
| [a]  A portable electronic device, comprising: | ✓ | ✓ | ✓ | ✓ |
| [b]  a touch-sensitive display; | ✓ | ✓ | ✓ | ✓ |
| [c]  memory; | ✓ | ✓ | ✓ | ✓ |
| [d]  one or more processors; and | ✓ | ✓ | ✓ | ✓ |
| [e]  one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | ✓ | ✓ | ✓ | ✓ |
| [f]  to detect a contact with the touch-sensitive display at a first predefined location corresponding to an **unlock image**; | ✓ | ✓ | ✓ | ✓ |
| [g]  to continuously move the **unlock image** on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | ✓ | ✓ | ✓ | ✓ |
| [h]  to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | ✓ | ✓ | ✓ | ✓ |
| [i]  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | ✓ | ✓ | ✓ | ✓ |

24

PDX97.91

# Samsung Infringes Claim 8 of the '721 Patent

4.   For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC") and/or Samsung Telecommunications America ("STA") has infringed <u>Claim 8 of the '721 Patent</u>?

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (JX28B) | Y | | Y |
| Galaxy Nexus (JX29A, JX29B, JX29C, JX29D, JX29E, JX29H, JX29I, JX72) | Y | | Y |
| Galaxy S II (JX32C, JX32E) | Y | | Y |
| Galaxy S II Epic 4G Touch (JX33A, JX33B) | Y | | Y |
| Galaxy S II Skyrocket (JX34C) | Y | | Y |
| Stratosphere (JX37A) | Y | | Y |

*Jury Verdict Form, pg. 5*

25

**NOTE: Apple will revise to use final verdict form when issued**

# Patent Examiners Considered Neonode and Plaisant



**United States Patent**
Chaudhri et al.

Patent No.: US 8,046,721 B2
Date of Patent: *Oct. 25, 2011

## OTHER PUBLICATIONS

Neonode, Inc., "Welcome to the N1 Guide," neonode.com, Jul. 2004, 42 pages, http://www.ebookspdf.com/gadget/2818/neonode-n_1_m-manual/.

Plaisant et all., "Touchscreen Toggle Design," Proceedings of the Conference on Human Factors in Computing Systems, Addison Wesley, US, May 3, 1992, 2 pages.

JX10

26

# '721 Patent: *Slide to Unlock*

*Required Elements of Claim 8*

| | Neonode | Plaisant |
|---|---|---|
| [a] A **portable electronic device**, comprising: | | X |
| [b] a touch-sensitive display; | | |
| [c] memory; | | |
| [d] one or more processors; and | | |
| [e] one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | | |
| [f] **to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image**; | X | |
| [g] to **continuously move the unlock image** on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | X | X |
| [h] to **unlock the hand-held electronic device if the unlock image is moved** from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | X | X |
| [i] The device of claim 7, further comprising instructions to display **visual cues to communicate a direction of movement of the unlock image** required to unlock the device. | X | X |

27

# Factors You Must  Consider

*A Real World Check On What Is Obvious and What Is Not*

- **Commercial success**

- **Praise**

- **Skepticism**

- **Unexpected results**

- **Long felt but unmet need**

- **Copying**

**Final J.I. No. 34**

28

# MIEUX – Emotional UX: Make It Emotional



MIEUX -Emotional UX
Make it Emotional UX

PLAINTIFF'S EXHIBIT NO. 119, Page 1

Why are Nokia and iPhone known to be easier to use than Samsung?

...Multimedia applications and Touchwiz portray Samsung's advanced UX.

But are small, yet fundamental, parts of the UI forgotten in creating an emotional interface?

*PX119 at 3*

Creative ways of solving UI complexity :

- Swiping unlock on the screen allows to prevent erroneous unlock even without using hard key and users find it fun to swipe [iPhone]



*PX119 at 11*

29



PLAINTIFF'S EXHIBIT NO. 121, Page 2 of 219



PLAINTIFF'S EXHIBIT NO. 121, Page 27 of 219



TRANSLATION

# 78. Satisfaction Level _ Lock Screen

[S/W Verification Group Self Evaluation]

CONFIDENTIAL

❏ The Screen Lock gets unlocked with a slight flick motion at LCD-On

- Victory: The Screen Lock gets unlocked with a slight flick motion
- iPhone : It is handled through sliding

### Victory

As there is no standard as to what point Flick is needed to unlock, it can unlock with only a slight Flick

### iPhone

Unlocking standard is precise as it is handled through sliding, and it allows prevention of any wrong motion.

**Direction of Improvement** — Same as iPhone, clarify the unlocking standard by sliding

- 99 / 109 -

PLAINTIFF'S EXHIBIT NO. 121, Page 100 of 219

*Sidebar text:* CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER BUSINESS INFORMATION, S-ITC-500042901



CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

# ⌈Behold3⌋ Usability Evaluation Results

2010. 3. 10

S/W Verification Group

SAMNDCA00508318

Highly Confidential - Attorneys' Eyes Only

*Translation*

# 8. Efficiency _ Screen Lock

Common throughout
S1(Europe)

| Problem | Type | Satisfaction Score | Action success rate |
|---------|------|------|------|
| Level A | Behold 3 | 84 pts | 81% |
| | iPhone | 95 pts | 100% |

CONFIDENTIAL

☐ Slide unlocking method has high probability of malfunction
  • Behold3: Unintentional unlock occurs because the sliding action works on any part of the screen
  • iPhone: Lock undone only when sliding action is applied to a specific button

| Behold3 | iPhone |
|---------|--------|



Because sliding on any location on the screen for more than a certain length in any direction will unlock the screen, the screen is sometimes unlocked by unintentional touch



Because a specific button must be moved to a predetermined point using the slide action for the screen to be unlocked, there is a low probability of unintentional unlock.

| Direction of Improvement | Convert to an unlocking method that only works in a specific area.<br>=> [FRWK] Behold3 currently provides the following LockScreens.  Can use Pattern Lock instead of SweepGlass.<br>1.  SweepGlass : default<br>2.  PuzzleLock: For missed calls and incoming messages<br>3.  Pattern Lock: Must input specific pattern to unlock |
|---|---|

- 27 / 94 -

SAMNDCA00508344

PLAINTIFF'S EXHIBIT NO. 120, Page 28 of 189

34



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00508400

PLAINTIFF'S EXHIBIT NO. 120, Page 84 of 189



# 『Kepler』 Usability Evaluation Review Results

2010. 5. 3

S/W Verification Group

TRANSLATION

CONFIDENTIAL

Confidential Business Information – Subject to Protective Order

S-ITC-010477381

PLAINTIFF'S EXHIBIT NO. 219, Page 2 of 221

TRANSLATION

# 10. Intuitiveness _ Un Lock

Modify

| Issue | Category | Level of Satisfaction | Operation Failure Rate |
|---|---|---|---|
| Class C | Kepler | 75 Points | 37% |
| | iPhone | | |

☐ Users cannot easily recognize the unlock method (hinders initial usability)

**CONFIDENTIAL**

● Kepler : Does not indicate the direction and length to move when unlocking on the lock screen

● iPhone : Intuitively indicate the direction and length to move when unlocking on the lock screen

| Kepler | | iPhone | |
|---|---|---|---|
| | Does not display either the touch direction or the minimum length to move for unlocking the lock screen<br><br>(Mental Model: Whether presenting possibility of anticipation or not during operation affects level of satisfaction of use) | | Intuitively indicates the position and length that need to be touched when unlocking the screen, and also displays an explanation for unlocking on the lock screen |

| Direction of Improvement | Provide a hint on the lock screen about the direction and length of touch with an arrow, and also display an explanation about the screen unlocking method in text |
|---|---|

−13 / 109−

PLAINTIFF'S EXHIBIT NO. 219, Page 14 of 221

Confidential Business Information – Subject to Protective Order

S-ITC-010477393

37

# Internal Samsung Document

## 88 EVALUATIONS, 109 PAGES



*PX121*

# Internal Samsung Document

## 88 EVALUATIONS, 109 PAGES



39

*PX121*

# Samsung Copied What Slide To Unlock Does

**7.** A portable electronic device, comprising:
a touch-sensitive display;
memory;
one or more processors; and
one or more modules stored in the memory and configured
for execution by the one or more processors, the one or
more modules including instructions:

✓ to detect a contact with the touch-sensitive display at a first
predefined location corresponding to an unlock image;

✓ to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and

to unlock the hand-held electronic device if the unlock
✓ image is moved from the first predefined location on the
touch screen to a predefined unlock region on the touch-
sensitive display.

✓ **8.** The device of claim **7**, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device.









# '172 Patent: *Automatic Word Corrections*





*JX13*

# The Court Has Already Found That Samsung Infringes '172 Patent

Your duty for Apple's '172 patent is different from the other patents. The Court has already found that the Admire, Galaxy Nexus, Galaxy Note (excluding one release), Galaxy SII (excluding one release), Galaxy SII Epic 4G Touch (excluding one release), Galaxy SII Skyrocket (excluding one release), and Stratosphere infringe claim 18 of the '172 patent. You need only determine whether claim 18 is invalid.

*Preliminary Jury Instruction No. 20*

# Patent Examiners Considered Longe



U.S. PATENT DOCUMENTS

2006/0274051  A1*  12/2006  Longe et al.  ...................  345/173

*JX13*

# '172 Patent: *Automatic Word Corrections*
## *Required Elements of Claim 18*

| | Robinson | Xrgomics |
|---|---|---|
| **18.** A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising: | | |
| a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and | **X** | |
| a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | | |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | **X** | **X** |
| the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and | **X** | |
| the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area. | **X** | |

44

PDX97.92

# Internal Samsung Document



### Trace Implementation

Shows word in suggestion bar and updates in the text field, leading to a somewhat jarring experience.

### Recommendation

Show word in suggestion bar but do not change in text field until users accepts or hits space.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-06716913

PLAINTIFF'S EXHIBIT NO. 168, Page 7 of 21

*PX168*



*PX142*

# '647 Patent: *Quick Links*





FIG. 7

JX1

# Todd C. Mowry, Ph.D.



**Todd C. Mowry Ph.D**

*Professor of
Computer Science*

Carnegie Mellon University

## Academic Appointments

- Professor, Computer Science Department (with a courtesy appointment in the Department of Electrical and Computer Engineering), Carnegie Mellon University
- Associate Department Head for Faculty, Computer Science Department

## Education

- Ph.D. in Electrical Engineering, Stanford University, March 1994
- M.S. in Electrical Engineering, Stanford University, June 1989
- B.S. in Electrical Engineering with Highest Distinction, University of Virginia, May 1988

## Honors and Awards

- SCS Doctoral Dissertation Award co-won by Angela Demke Brown (Ph.D. advisee), 2005
- TR100 Award (awarded by MIT's Technology Review magazine to the top 100 most promising young innovators in science and technology), 1999
- IBM Faculty Development Awards, 1996, 1997, 1998, 2000, 2001, 2002, 2003

# '647 Patent: *Quick Links*

## *Required Elements of Claim 9*

| | **All Accused Products** |
|---|---|
| **1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | |
| [a]      an input device for receiving data; | ✔ |
| [b]      an output device for presenting the data; | ✔ |
| [c]      a memory storing information including program routines including | ✔ |
| [1]   **an analyzer server** for detecting structures in the data, and for **linking actions to the detected structures**; | |
| [2]   a user interface enabling the selection of a **detected structure** and a linked action; and | |
| [3]   an **action processor** for performing the **selected action** linked to the selected structure; and | |
| [d]      a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | ✔ |
| [e]      **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the **linked actions**. | |

50

# Analyzer Server May Be Shared Library

DEFENDANT'S EXHIBIT NO. 334.003

I know. It's only.

LiveDoc - More investigations into performance of the analyzer server. 1
am currently planning to implement all of the livedoc manager as a shared
library. Currently live simple t...
application and also uses anoth...
various analyzers (this is the an...
implementing the server as a sh...
application. This should greatly...
livedoc and should also decreas...
functionality will be required. I...
simpler to incorporate livedoc i...
estimate that this redesign is goi...
several months to nail down bu...

KR - Check out my personal pa...
mapping of structures stored on...
knowledgebase/blackboard. Mi...
works.

Other - I spoke recently to Phil...
OGI. Looks like our own Mich...
architecture of their agent contr...
deal of work with Pentium base...
boxes because of the heat/powe...
would absolutely love to get his...
platforms. Given the visibility...
with the Army, I think we shou...
devices and try to break the Mi...

Phil and I spoke of mother visit...
in February. I mentioned this to...
goal should be to really see if a...
context of our knowledge mana...
relate to MCF. Another area fo...
modelling since he faces similar...
user might say to the machine a...
look potentially good we might...
Newton.

Finally, I signed up for a OD pr...

Tom

LiveDoc - More investigations into performance of the analyzer server. I
am currently planning to implement all of the livedoc manager as a shared
library. Currently live simple text has livedoc code linked into the
application and also uses another application to dispatch content to
various analyzers (this is the analyzer server). I am looking into
implementing the server as a shared library rather than as a first class
application. This should greatly improve the overall performance of
livedoc and should also decrease its memory footprint since no interface
functionality will be required. I believe that this will also make it
simpler to incorporate livedoc into Cyberdog and other OD parts. I
estimate that this redesign is going to be non-trivial and will take me
several months to nail down but is probably worth doing nonetheless.

3

*DX334 at 3 (Dec. 18, 1996)*

51A

# '647 Patent: *Quick Links*
## *Required Elements of Claim 9*

| | All Accused Products |
|---|---|
| **1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | ✓ |
| [a]    an input device for receiving data; | ✓ |
| [b]    an output device for presenting the data; | ✓ |
| [c]    a memory storing information including program routines including | ✓ |
| [1]  **an analyzer server** for detecting structures in the data, and for **linking actions to the detected structures**; | ✓ |
| [2]  a user interface enabling the selection of a **detected structure** and a linked action; and | ✓ |
| [3]  an **action processor** for performing the **selected action** linked to the selected structure; and | ✓ |
| [d]    a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | ✓ |
| [e]    **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the **linked actions**. | ✓ |

# Samsung Infringes Claim 9 of the '647 Patent

1.  For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America ("STA") has infringed **Claim 9 of the '647 Patent?**

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (JX28B, JX28C) | Y | | Y |
| Galaxy Nexus (JX29A, JX29B, JX29C, JX29D, JX29E, JX29G, JX29H, JX29I, JX72) | Y | | Y |
| Galaxy Note (JX30A, JX30B, JX30C) | Y | | Y |
| Galaxy Note II (JX31A, JX31B, JX31C) | Y | | Y |
| Galaxy S II (JX32A, JX32B, JX32C, JX32D, JX32E, JX32F) | Y | | Y |
| Galaxy S II Epic 4G Touch (JX33A, JX33B, JX33C) | Y | | Y |
| Galaxy S II Skyrocket (JX34A, JX34B, JX34C, JX34D) | Y | | Y |
| Galaxy S III (JX35A, JX35B, JX35C, JX35D, JX35E, JX35F, JX35G, JX35H, JX35I, JX35J, JX35L, JX35M, JX35N, JX35O) | Y | | Y |
| Stratosphere (JX37A, JX37B) | Y | | Y |

*Jury Verdict Form, pg. 2*

**NOTE: Apple will revise to use final verdict form when issued**

# '647 Patent: *Quick Links*
## *Required Elements of Claim 9*

| | Sidekick |
|---|---|
| **1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | |
| [a]      an input device for receiving data; | |
| [b]      an output device for presenting the data; | |
| [c]      a memory storing information including program routines including | |
| [1]   an analyzer server for **detecting structures** in the data, and for **linking actions** to the detected structures; | **X** |
| [2]   a user interface enabling the **selection of a detected structure** and a linked action; and | **X** |
| [3]   an action processor for performing the selected action linked to the selected structure; and | |
| [d]      a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | |
| [e]      **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the **linked actions**. | **X** |

54

# Internal Samsung Document



Apple Data Detectors to analyze the data within the selected region and find all structures for which it has grammars. It then offers the user appropriate actions for each structure (see Figure 1). For example, if the user is reading email and comes across a seminar announcement that he or she would like to put on a calendar, Apple Data Detectors parses the relevant information within the selected text, including the meeting's meeting room, time, and date, and puts these data in the appropriate fields on the calendar.

Figure 1: Apple Data Detectors in action

The user can select a whole document or part of a document; he or she does not have to make a careful selection; the grammars will find any embedded structures they know about within the selection and make an appropriate offering of actions.

The use of anthropomorphism in an agent interface which comes up in so many discussions of agents [20] was incongruent with our goal of unobtrusiveness. We designed Apple Data Detectors to be invisible until needed (the butler who is only there exactly when you want him philosophy). Thus there is nothing like a "swiveling eyeball" "watching" the user as in the Selection Recognition Agent [16], or a

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000109802

PLAINTIFF'S EXHIBIT NO. 106, Page 3 of 11

*PX106 at 3*



2011-2012 PROJECT PROPOSALS

**06** PRODUCTIVITY | ORGANIZER

**01** **SMART ORGANIZER**

Potential User Scenario

**Natural note taking using a Stylus**
- Support variety of mode such as text recognition-OCR, cursive recognition, or saving in drawing format

**Automatically drafts meeting minutes by voice recognition**

**Automatically applies to Calendar schedule by detecting schedule in the e-mail contents according to user's intent**

Email content recognition → Calendar

*PX107 at 52*

# Internal Samsung Document

## 126 EVALUATIONS, 132 PAGES



Translation
Confidential

**Relative Evaluation Report on S1, iPhone**

March 2, 2010

Product Engineering Team
SW Verification Group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00203880

PLAINTIFF'S EXHIBIT NO. 146, Page 2 of 263

*PX146*

56

# Internal Samsung Document

## 126 EVALUATIONS, 132 PAGES



Translation
Confidential

## 31. Basic Function _ Memo

❑ **When a memo contains URL, phone number or Email, no Link is provided.**

● i-Phone: A link for the URL, phone number or email address in the memo is provided through Tap or long press.

● S1: No link function is provided at all.

| i-Phone | S1 |
|---|---|
| With a single tap on the URL, phone number or email in the memo, immediately moves to the corresponding web page, outgoing call window or E-mail composing window<br><br>Long press displays a menu with detailed options like copy, save, etc. | Link for URL, phone number or email address is not provided |

**Directions for Improvement**   Need to improve usability by providing Links for memo contents such as Web, Call and E-mail, that can be linked.

− 36 / 132 −

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          SAMNDCA00203915

PLAINTIFF'S EXHIBIT NO. 146, Page 37 of 263

PX146

57

# Internal Samsung Document

## 126 EVALUATIONS, 132 PAGES



*PX146*

# '959 Patent: *Universal Search*



US006847959B1

(12) **United States Patent**
Arrouye et al.

(10) Patent No.: **US 6,847,959 B1**
(45) Date of Patent: **Jan. 25, 2005**

(54) UNIVERSAL INTERFACE FOR RETRIEVAL OF INFORMATION IN A COMPUTER SYSTEM

(75) Inventors: Tux Arrouye, Cupertino, CA (US); Keith Mortensen, Sunnyvale, CA (US)

(73) Assignee: Apple Computer, Inc., Cupertino, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/478,009

(22) Filed: Jan. 5, 2000

(51) Int. Cl.⁷ .................. G06F 17/30; G06F 17/00
(52) U.S. Cl. ........................................ 707/3; 3/104.1
(58) Field of Search .................. 707/4, 3, 10, 104.1, 707/1–5; 709/201, 217; 712/215, 22, 24; 705/10–15, 46, 48; 719/316

(56) References Cited

U.S. PATENT DOCUMENTS

5,404,295 A * 4/1995 Katz et al. ................. 707/2
5,727,129 A    3/1998 Barrett et al.
5,530,741 A * 3/1998 Klapper et al. .......... 707/104
5,704,006 A    6/1998 Edelstein et al.
5,870,738 A * 2/1999 Stevenn et al. .......... 707/104
5,895,187 A    4/1999 Chen et al.
5,913,205 A * 6/1999 Jain et al. ................. 707/2
5,987,446 A * 11/1999 Corey et al. ............. 707/3
6,009,422 A * 12/1999 Ciccarelli ............... 707/4
6,295,761 B1 * 9/2001 Balaguuh et al. ...... 382/187
6,311,178 B1 * 10/2001 Bi et al. .................. 707/3
6,628,308 B1 * 9/2003 Hong et al. ............ 345/764
6,732,088 B1 * 5/2004 Glance ................... 707/3
2002/0107672 A1 * 8/2002 Endo et al. ............ 709/104.1

OTHER PUBLICATIONS

Chaudhuri et al. "Optimizing queries over multimedia repositories", ACM 1996 pp. 91–102.*
Katayama et al "A universal query interface for heterogeneous distributed digital libraries", IEEE 1996, pp. 332–339.*

Mecuur et al, "Adaptive information agents in distributed textual environments" Autonomous Agents 1998, Minneapolis MN, USA, pp. 157–164.*
Das et al, "Experiments in using agent-based retrieval from distributed and heterogeneous databases", IEEE 1997, pp. 27–35.*
Domenig et al, "An overview and classification of mediated query systems", ACM SIGMOD Record, vol. 28, No. 3, Sep. 1999, pp. 63–72.*
Pastor et al, "An architecture for intelligent resource agents", IEEE 1997, pp. 151–159.*
Ino Grey "Parallel database systems 101", ACM 1995, p. 436.*
Gary Perlman, "The FirstSearch user interface architecture: universal access for any user, in many languages, on any platform", ACM 2000, pp. 1–8.*
DeJesus et al, "Parallel processing for efficient subdivision search", ACM 1987, pp. 205–254.*
Wei Hong, "Exploiting inter-operation parallelism in XPRS", ACM 1993, pp. 19–28.*
Ganguly et al, "Efficient and accurate cost models for parallel query optimization", ACM 1996, pp. 172–181.*
Blumenthal et al, "A uniform interface to networked library services", ACM 1992, pp. 608–613.*
Agosti et al, "Design of OPAC database to permit different subject searching accesses in a multi-disciplinary universities library catalogue database", ACM 1992, pp. 245–255.*

* cited by examiner

Primary Examiner—Uyen Le
(74) Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis, L.L.P.

(57)  **ABSTRACT**

The present invention provides convenient access to items of information that are related to various descriptors input by a user, by means of a unitary interface which is capable of accessing information in a variety of locations, through a number of different techniques. Using a plurality of heuristic algorithms to operate upon information descriptors input by the user, the present invention locates and displays candidate items of information for selection and/or retrieval. Thus, the advantages of a search engine can be exploited, while listing only relevant object candidate items of information.

49 Claims, 3 Drawing Sheets



# Alex Snoeren, Ph.D.



**Alex Snoeren, Ph.D.**

*Professor of Computer Science and Engineering*

University of California San Diego

**Professor of Computer Science and Engineering**
UC San Diego

**Education**

- Ph.D. from Massachusetts Institute of Technology

**Publications**

- 80 publications

**Industry Consulting**

- Inventor on 3 patents
- Over 19 years of experience in computer science