**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT A

## (PART TWO)

# '959 Patent: *Universal Search*
## *Required Elements of Claim 25*

| | All Accused Gingerbread Products | All Accused Ice Cream Sandwich / Jelly Bean Products |
|---|---|---|
| [a] A computer readable medium for locating information from a plurality of locations containing program instructions to | ✓ | ✓ |
| [b] receive an information identifier; | ✓ | ✓ |
| [c] provide said information identifier to a plurality of heuristics **to locate information in the plurality of locations which include the Internet** and local storage media; | | |
| [d] determine at least one candidate item of information based upon the plurality of heuristics; and | ✓ | ✓ |
| [e] display a representation of said candidate item of information. | ✓ | ✓ |
| [f] The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | ✓ | ✓ |

61

DEFENDANTS' DEMONSTRATIVE
SDX-3009
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted _____ By _____

*SDX3009*

# '959 Patent: *Universal Search*
## *Required Elements of Claim 25*

| | | All Accused Gingerbread Products | All Accused Ice Cream Sandwich / Jelly Bean Products |
|---|---|:---:|:---:|
| [a] | A computer readable medium for locating information from a plurality of locations containing program instructions to | ✓ | ✓ |
| [b] | receive an information identifier; | ✓ | ✓ |
| [c] | provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | ✓ | ✓ |
| [d] | determine at least one candidate item of information based upon the plurality of heuristics; and | ✓ | ✓ |
| [e] | display a representation of said candidate item of information. | ✓ | ✓ |
| [f] | The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | ✓ | ✓ |

# Samsung Infringes Claim 25 of the '959 Patent

**2.** For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America ("STA") has infringed **Claim 25 of the '959 Patent?**

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (JX28B, JX 28C) | Y | | Y |
| Galaxy Nexus (JX29A, JX29B, JX29C, JX29D, JX29E, JX29G, JX29H, JX29I) | Y | | Y |
| Galaxy Note (JX30A, JX30B, JX 30C) | Y | | Y |
| Galaxy Note II (JX31A, JX31B, JX31C) | Y | | Y |
| Galaxy S II (JX32A, JX32B, JX32C, JX32E, JX32F) | Y | | Y |
| Galaxy S II Epic 4G Touch (JX33A, JX33B, JX33C) | Y | | Y |
| Galaxy S II Skyrocket (JX34A, JX34B, JX34C) | Y | | Y |
| Galaxy S III (JX35G, JX35H, JX35I, JX35J, JX35M, JX35O) | Y | | Y |
| Galaxy Tab 2 10.1 (JX36B, JX36C) | Y | Y | Y |
| Stratosphere (JX37A) | Y | | Y |

*Jury Verdict Form, pg. 3*

**NOTE: Apple will revise to use final verdict form when issued**

# Samsung's 2013-Built WAIS "System" Has No Internet Heuristic on Local Device



- Alleged heuristics are only in freeWAIS-sf server

- "internet heuristic" is not on same device where search is input by the user



65

# '959 Patent: *Universal Search*
*Required Elements of Claim 25*

| | | freeWAIS-sf |
|---|---|---|
| [a] | A **computer readable medium** for locating information from a plurality of locations **containing program instructions** to |  |
| [b] | receive an information identifier; | |
| [c] | provide said information identifier to a **plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media;** |  |
| [d] | determine at least one candidate item of information based upon the **plurality of heuristics**; and |  |
| [e] | display a representation of said candidate item of information. | |
| [f] | The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | |

66

# '959 Patent: *Universal Search*
## *Required Elements of Claim 25*

| | | Smith | Shoham |
|---|---|---|---|
| [a] | A computer readable medium for locating information from a plurality of locations containing program instructions to | X | X |
| [b] | receive an information identifier; | X | X |
| [c] | provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | X | X |
| [d] | determine at least one candidate item of information based upon the plurality of heuristics; and | X | X |
| [e] | display a representation of said candidate item of information. | X | X |
| [f] | The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | X | X |

67

PDX91.26

# '959 Patent: *Universal Search*

**July 13, 2012**

## GS III Daily Conversation Digest 7/13

Another top discussion was about the **disabling of universal search** for Sprint, which is getting some **negative mentions**.

*PX163 at 1*

A top discussion driver included news that Sprint disabled Universal Search and the inclusion of a **'dumb search feature'**.

*PX163 at 3*

PLAINTIFF'S EXHIBIT NO. 163, Page 1 of 4

*PX163*

68

# '959 Patent: *Universal Search*

**July 12, 2012**



Samsung Galaxy S3: Sprint Confirms OTA Update Disabling Universal Search, AT&T F...   Page 1 of 1

PLAINTIFF'S EXHIBIT NO. 193

## Samsung Galaxy S3: Sprint Confirms OTA Update Disabling Universal Search, AT&T Follows Suit

Recent reports say that the Sprint variant of the Samsung Galaxy S3 was about to receive an OTA (over-the-air) update that would disable the universal search functionality on the handset. The update meant that users of the Sprint Galaxy S3 won't have been able to use the Google search bar on the homescreen to find their apps, contacts and other data. Only web-based results would come back when they searched with that method.

The new software update does disable the universal search function on Galaxy S III, said a Sprint spokesperson to Phone Scoop via email.

The Verge reported that while AT&T Galaxy S3 owners will have a less-functional search bar to deal with after the update, they can set things right by downloading the old app file for the Google Quick Search Box and installing it after the update.

http://www.ibtimes.com/samsung-galaxy-s3-sprint-confirms-ota-update-disabling-univers...   1

PLAINTIFF'S EXHIBIT NO. 193, Page 1 of 1

*PX193*

# '959 Patent: *Universal Search*

**November 15, 2012**



## Did Local (Universal) Search Get Restored In Galaxy S III Jelly Bean Update?

In what appears to be a little known development from yesterdays Galaxy S III Jelly Bean update, Samsung looks to have snuck local search back into their TouchWiz software. Local Search, if you'll recall was removed from the Galaxy S III in response to Apple's lawsuits courtesy of a maintenance update this past August. The update deleted the option for local search on all T-Mobile Galaxy S III devices. Now, it looks to be completely restored, though there's no mention of it on T-Mobile's support page. We've yet to verify with T-Mobile or Samsung on local search, but if this holds we're thrilled to see its return.

Local search allows for the search app to look for files on the phone, like contacts or apps when users attempt a web search from the pre-loaded search app. This is an awesome feature for Android and it's removal back in August was disheartening. Seeing it return is wonderful.

*PX137B at 2*

PLAINTIFF'S EXHIBIT NO. 137B, Page 1 of 10

*PX137B*

# '414 Patent: *Background Sync*





FIG. 4

71

JX7

# '414 Patent: *Background Sync*
## *Required Elements of Claim 20*

| | |
|---|---|
| [a]  A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: |  |
| [b]  executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and |  |
| [c]  executing at least one synchronization processing thread concurrently with the executing of the at least one user level non-synchronization processing thread, |  |
| [d]  wherein the at least one synchronization processing thread is provided by a **synchronization software component which is configured to synchronize** the structured data from the first database with the structured data from a second database. | |
| [e]  The storage medium as in claim 11, wherein the **synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.** | |

72

# Sync Adapters Are Configured To Sync



PLAINTIFF'S EXHIBIT NO. 172

* High-level pieces of Android Sync:
  * Sync Adapters
    * handles *all* of the sync protocol logic
      * synchronizable data store (e.g. contacts):

* **High-level pieces of Android Sync:**
  * **Sync Adapters**
    * **handles *all* of the sync protocol logic**

**GOOG-NDCAL630-00060860**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-NDCAL630-80060868
PLAINTIFF'S EXHIBIT NO. 172, Page 1 of 10

*PX172*

73

# Sync Adapters Provide Threads



An abstract implementation of a SyncAdapter that spawns a thread to invoke a sync operation.

PLAINTIFF'S EXHIBIT NO. 102, Page 1 of 4

*PX102*

# '414 Patent: *Background Sync*
## *Required Elements of Claim 20*

| | All 10 Accused Products |
|---|---|

[a]    A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising:



[b]    executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and



[c]    executing at least one synchronization processing thread concurrently with the executing of the at least one user level non-synchronization processing thread,



[d]    wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database.



[e]    The storage medium as in claim 11, wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.



75

# Samsung Infringes Claim 20 of the '414 Patent

3. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC"), Samsung Electronics America ("SEA"), and/or Samsung Telecommunications America ("STA") has infringed **Claim 20 of the '414 Patent?**

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| Admire (JX28B, JX 28C) | Y | | Y |
| Galaxy Nexus (JX29A, JX29B, JX29C, JX29D, JX29E, JX29G, JX29H, JX29I, JX72) | Y | | Y |
| Galaxy Note (JX30A, JX30B, JX 30C) | Y | | Y |
| Galaxy Note II (JX31A, JX31B, JX31C) | Y | | Y |
| Galaxy S II (JX32A, JX32B, JX32C, JX32D, JX32E, JX32F) | Y | | Y |
| Galaxy S II Epic 4G Touch (JX33A, JX33B, JX33C) | Y | | Y |
| Galaxy S II Skyrocket (JX34A, JX34B, JX34C, JX34D) | Y | | Y |
| Galaxy S III (JX35A, JX35B, JX35C, JX35D, JX35E, JX35F, JX35G, JX35H, JX35I, JX35J, JX35L, JX35M, JX35N, JX35O) | Y | | Y |
| Galaxy Tab 2 10.1 (JX36A, JX36B, JX36C, JX36D) | Y | Y | Y |
| Stratosphere (JX37A, JX37B) | Y | | Y |

*Jury Verdict Form, pg. 4*

**NOTE: Apple will revise to use final verdict form when issued**

# Windows Mobile With ActiveSync



DX317

| E-mail (CInbox Provider) | Contacts (CContact Sync Provider) | Calendar (CCalendar Sync Provider) |
|---|---|---|
| **PIM** | | |
| **Sync client** | | |

# Windows Mobile With ActiveSync



DX317

# '414 Patent: *Background Sync*
## *Required Elements of Claim 20*

| | Windows Mobile |
|---|---|
| [a]   A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | |
| [b]   executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | |
| [c]   executing at least one synchronization processing thread concurrently with the executing of the at least one user level non-synchronization processing thread, | |
| [d]   wherein the at least one **synchronization processing thread is provided by a synchronization software component which is configured to synchronize** the structured data from the first database with the structured data from a second database. |  |
| [e]   The storage medium as in claim 11, wherein the **synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.** | X |

79

# '414 Patent: *Background Sync*
## *Required Elements of Claim 20*

**Evolution**

[a]    A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising:

[b]    executing at least one user-level non-synchronization processing thread, wherein the at least one user-level non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and

[c]    executing at least one synchronization processing thread concurrently with the executing of the at least one user level non-synchronization processing thread,

[d]    wherein the at least one **synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database** with the structured data from a second database.



[e]    The storage medium as in claim 11, wherein the **synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.**



**PDX91.50**

# '414 Patent: Background Sync

PLAINTIFF'S EXHIBIT NO. 196
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
Apple Inc. v. Samsung Elec.
Date Admitted_____ By:_____

userexperience

Report: Android Gmail - Android Latency Survey Findings
Part 4
September 2009
Helena Roeber - User Experie

## Report: Android Gmail - Android Latency Survey Findings

Executive summa

Research G
The goal of t
flows.
Speed has been identified as one of the top Android user experience issues in previous
user research. This data was used to inform the top 10 use cases for Android's Q3 09
latency OKRs.

What we did
The Googler experimental dogfood grou
received, of which 75% used a G1/Dream
Most people used software version Donut
DRC86, CRB57.

Key Findings
Survey participants were really happy ab
overall usability.

"I am very glad there's a focus o
extremely frustrating to use beca
of common tasks. Good luck!"
"Each build keeps getting b

**Top Gmail Issues:**

- Overall phone slows down when G
- Manually syncing takes too long a
  isn't visible and portably synced content doesn't show immediately
- Undoing an accidental 'delete' or 'mark as spam' takes too many steps
- Reading and triaging email can be slow, particularly for users of labels:

  - Lag when opening a conversation
  - Loading when navigating into labels is slow
  - Bulk labeling and archiving messages takes too many steps
  - Finding a specific label in a long list takes too long (need a type-ahead box)

**Quotes:**

"When my phone is syncing it's basically a useless brick. Once the syncing icon turns

"When my phone is syncing it's basically a useless brick. Once the syncing icon turns
on I really can't do anything with my phone except wait for ANRs. Say for example,
I'm reading email in the Gmail app. When I reply to an email, Gmail goes and syncs
so it can send that email. I now can't read any email until the sync is complete
without huge latency and ANRs."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                GOOG-NDCAL630-00063985
PLAINTIFF'S EXHIBIT NO. 196, Page 1 of 7

*PX196*

# '414 Patent:  Background Sync



*PX115 at 3*

82



83

*SDX3677, DX327*

# Apple's Damages



**(CONFIDENTIAL)**

# Christopher A. Vellturo, Ph.D.



**Christopher A. Vellturo, Ph.D.**
*President*
Quantitative Economic
Solutions

**Quantitative Economic Solutions, LLC**

- Founder &  President

**Education**

- Ph.D. in Economics, Bradley Fellowship, Massachusetts Institute of Technology

- Bachelor of Science, Phi Beta Kappa, Applied Mathematics and Economics, Brown University

**Professional Experience**

- 25 Years' Experience Consulting on Patent and Licensing Issues

- Lecturer at Boston University

- Experience Designing Licensing Programs

85



CONSOLIDATION AROUND TWO OS PLATFORMS. US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

CONSOLIDATION AROUND TWO OS PLATFORMS. US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

Android & iOS Becoming The Only Relevant OS platforms

Three Horse Race becoming at Two Horse Race Between Apple & Samsung

Smartphone Sell—thru Share by OS

Smartphone Share by OEM

Jan-11Feb-Mar-11Apr-May-11Jun-11Jul-1Aug-11Sep-11Oct-Nov-11Dec-11

Source: STA SMART system (BP, Acct teams).

SAMDCA11545934

Jan-Feb-Mar-Apr-May-11Jun-11Jul-1Aug-11Sep-11Oct-Nov-Dec-11

PLAINTIFF'S EXHIBIT NO. 156, Page 8 of 74

86

*PX156 at 8*

# Apple's Damages



(CONFIDENTIAL)

PDX92.72

# Apple's Damages

**(CONFIDENTIAL)**

# John Hauser, Ph.D.



**John Hauser, Ph.D.**
*Professor*
Massachusetts Institute
of Technology (MIT)

**Winner of three lifetime achievement awards:**

- Parlin Award
- Converse Award
- Buck Weaver Award

**Kirin Professor of Marketing**
Massachusetts Institute of Technology,
Sloan School of Management

**Education**

- Sc.D. M.I.T. 1975 Operations Research
- S.M. M.I.T. 1973 Civil Engineering
- S.M. M.I.T. 1973 Electrical Engineering
- S.B. M.I.T. 1973 Electrical Engineering

**Publications**

- Two textbooks:
  - "Design and Marketing of New Products"
  - "Essentials of New Product Management"
- 90+ articles on marketing research and consumer surveys

**Industry Consulting**

- Has advised business for over 30 years on understanding customer needs

# Reasonable Royalty Considerations

Two Horse Race Between Apple & Samsung

*PX156 at 8*

It's a crisis of design.

*PX149 at 6*

· Beating Apple is #1 Priority

Ease of use is the answer.

*PX154 at 7*

*PX149 at 4*

Let's make something like the iPhone.

*PX149 at 3*

60M U.S. CONSUMERS WILL BUY THEIR FIRST SMARTPHONE IN 2012...

Software is the new value driver

*PX214 at 8*

*PX147 at 13*

90

# Cumulative Infringing Sales



*PX142*

(CONFIDENTIAL)

**PDX92.18**

# Samsung U.S. Smartphone Market Share



**September 2011**
"60M U.S. Consumers . . . Will Buy
Their First Smartphone in 2012"
PX-214

**December 2011**
"Beating Apple
is #1 Priority"
PX-154

**Jan. 9, 2007**
iPhone Announced

**March 2010**
Side-By-Side Evaluations
*PX-146*

**February 2010**
"Crisis of Design"
*PX-149*

**August 2011**
Hypothetical Negotiation

Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q4-2013

92

**PDX92.8**

# Samsung U.S. Smartphone Market Share



**September 2011**
"60M U.S. Consumers . . . Will Buy
Their First Smartphone in 2012"
*PX-214*

**December 2011**
"Beating Apple
is #1 Priority"
*PX-154*

**Jan. 9, 2007**
iPhone Announced

**March 2010**
Side-By-Side Evaluations
*PX-146*

**February 2010**
"Crisis of Design"
*PX-149*

**August 2011**
Hypothetical Negotiation

**August 2010**
"Samsung's Use of Apple's Patents"
*PX132*

**July 2010**
First Galaxy Smartphones Sold

Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q4-2013

93

**PDX92.8**

# Apple's Damages

**(CONFIDENTIAL)**

# Apple's Damages

**(CONFIDENTIAL)**

# Reasonable Royalty

| Patent | Reasonable Royalty Rate *(Smartphones)* | Reasonable Royalty Rate *(Tablets)* |
|---|---|---|
| **'647** *Quick Links* | $12.49 | N/A |
| **'414** *Background Sync* | $15.03 | $13.66 |
| **'959** *Universal Search* | $8.13 | $4.76 |
| **'172** *Autocorrect* | $2.84 | N/A |
| **'721** *Slide to Unlock* | $1.61 | N/A |

# Galaxy S II Damages by Period



*PX222A at 12*

**(CONFIDENTIAL)**

# Apple's Damages Per Samsung Product

**(CONFIDENTIAL)**

*PX222A at 13A*

# Apple's Damages Per Samsung Product



*PX222A at 13A*

# Profit Margins of Samsung Products

*Chevalier Ex. 26A*                                        **(CONFIDENTIAL)**



# SEC Induces Infringement

5. If you found that Samsung Electronics America ("SEA") or Samsung Telecommunications America ("STA") infringed in Questions 1-4, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC") took action that it knew or should have known would induce SEA or STA to infringe the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire (JX28) | Y | Y | Y | Y |
| Galaxy Nexus (JX29) | Y | Y | Y | Y |
| Galaxy Note (JX30) | Y | Y | Y | |
| Galaxy Note II (JX31) | Y | Y | Y | |
| Galaxy S II (JX32) | Y | Y | Y | Y |
| Galaxy S II Epic 4G Touch (JX33) | Y | Y | Y | Y |
| Galaxy S II Skyrocket (JX34) | Y | Y | Y | Y |
| Galaxy S III (JX35) | Y | Y | Y | |
| Galaxy Tab 2 10.1 (JX36) | | Y | Y | |
| Stratosphere (JX37) | Y | Y | Y | Y |

*Jury Verdict Form, pg. 6*

**NOTE: Apple will revise to use final verdict form when issued**

# SEC Contributes to Infringement

6. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co. ("SEC") took action it knew or should have known would contribute to infringement of the '647 Patent, '959 Patent, '414 Patent, and/or '721 Patent?

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Accused Samsung Product | '647 Patent | '959 Patent | '414 Patent | '721 Patent |
|---|---|---|---|---|
| Admire (JX28) | Y | Y | Y | Y |
| Galaxy Nexus (JX29) | Y | Y | Y | Y |
| Galaxy Note (JX30) | Y | Y | Y | ■ |
| Galaxy Note II (JX31) | Y | Y | Y | |
| Galaxy S II (JX32) | Y | Y | Y | Y |
| Galaxy S II Epic 4G Touch (JX33) | Y | Y | Y | Y |
| Galaxy S II Skyrocket (JX34) | Y | Y | Y | Y |
| Galaxy S III (JX35) | Y | Y | Y | ■ |
| Galaxy Tab 2 10.1 (JX36) | ■ | Y | Y | ■ |
| Stratosphere (JX37) | Y | Y | Y | Y |

*Jury Verdict Form, pg. 6*

**NOTE: Apple will revise to use final verdict form when issued**

# Samsung Willfully Infringed

7.  **Has Apple proven by clear and convincing evidence that the Samsung entity's infringement of any of the following patents was willful?**

Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not provide an answer for any cell that is blacked out.

| Apple Patents | Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Samsung Telecommunications America, LLC |
|---|---|---|---|
| '647 Patent (Claim 9) | Y | | Y |
| '959 Patent (Claim 25) | Y | Y | Y |
| '414 Patent (Claim 20) | Y | Y | Y |
| '721 Patent (Claim 8) | Y | | Y |
| '172 Patent (Claim 18) | Y | | Y |

*Jury Verdict Form, pg. 7*

104

**NOTE: Apple will revise to use final verdict form when issued**

# Apple's Claims Are Valid

8.  **Has Samsung proven by clear and convincing evidence that Apple's asserted patent claims are invalid?**

| | | |
|---|---|---|
| '647 Patent (Claim 9) | Yes _____ (for Samsung) | No ✓ (for Apple) |
| '959 Patent (Claim 25) | Yes _____ (for Samsung) | No ✓ (for Apple) |
| '414 Patent (Claim 20) | Yes _____ (for Samsung) | No ✓ (for Apple) |
| '721 Patent (Claim 8) | Yes _____ (for Samsung) | No ✓ (for Apple) |
| '172 Patent (Claim 18) | Yes _____ (for Samsung) | No ✓ (for Apple) |

*Jury Verdict Form, pg. 7*

**NOTE: Apple will revise to use final verdict form when issued**

# Lost Profit Units



(CONFIDENTIAL)

# Lost Profit Units



(CONFIDENTIAL)

# Previous Samsung Expert Suggested Apple Use Conjoint Analysis

Q.   SURE.   PARAGRAPH 61, DO YOU SEE -- I'LL JUST GIVE YOU THE LAST PORTION.   QUOTE, "THIS NUMBER OF CUSTOMERS CAN BE CALCULATED THROUGH THE USE OF SURVEYS, CONJOINT ANALYSIS, OR HEDONIC REGRESSION."

CORRECT?   DO YOU SEE THAT?

A.   YES, I SEE THAT.

Q.   SO JUST SO THE JURY HAS THE CHRONOLOGY DOWN, WE HAVE MR. WAGNER ON BEHALF OF SAMSUNG SUGGESTING THAT A CONJOINT ANALYSIS CAN BE USED; CORRECT?

A.   WELL, AMONG OTHER THINGS.

Q.   AMONG OTHER THINGS.   BUT CONJOINT ANALYSIS IS ONE THING HE SUGGESTS; CORRECT?

A.   HE SUGGESTS THAT CONJOINT ANALYSIS COULD BE USEFUL.

108

*Trial Transcript at 2489:19-2490:6*

## Conclusion: Software is the new value driver



Focusing on Hardware is a loosing proposition for direct iPhone competition

### What makes the iPhone unique is software (applications) and services, **beautiful hardware is just a bonus**

#### Mobile industry

Most profit comes from Hardware sales

Forces increasing pressure on current
business model:
• Commoditization of components
• Horizontal integration leading to
  standardized hardware solutions
• Price pressure
• Low barriers to entry
• Limited differentiation opportunities. All
  OEMs have access to the same resources

#### PC industry

Study of the PC industry history shows that
Mobile phone industry is now going through
the same growing pains.

What does the future hold?
**Losers**
Hardware providers will see increased
competition and shrinking profits
**Winners**
Software companies (Microsoft, Oracle, SAP)
Integrators

It is no coincidence that Nokia purchased full control of Symbian last month this
is a key piece of their ecosystem building activity

Not for external distribution or disclosure .

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00251518

PLAINTIFF'S EXHIBIT NO. 147, Page 13 of 17

109

*PX147.13*



# Samsung U.S. Smartphone Market Share

① Holy War / catch up to Android
② Apple problems at point of sale
③ Galaxy S II / large screen
④ "Next Big Thing"
⑤ Note released
⑥ Carrier capping / POS problem
⑦ Galaxy SS3
⑧ iphone 5
⑨ Samsung's brand as strong as Apple
⑩ Apple advertising struggling
⑪ "Consumers want what we don't have"

DEFENDANTS' DEMONSTRATIVE
DX-507
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
Apple v. Samsung
Date Admitted _____ By _____

110
**PDX92.8**

Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q4-2013

# Samsung U.S. Smartphone Market Share



Source: IDC Worldwide Quarterly Mobile Phone Tracker, Q4-2013

**SAMSUNG** **Samsung's Innovation**

- In 2013, Samsung was granted the 2nd most patents in the world

| RANK | GRANTS | COMPANY NAME | COUNTRY |
|------|--------|--------------|---------|
| 1 | 6809 | International Business Machines Corp | United States |
| **2** | **4767** | **Samsung Electronics Co Ltd KR** | **Korea** |
| 3 | 3825 | Canon K K JP | Japan |
| 4 | 3098 | Sony Corp JP | Japan |
| 5 | 2660 | Microsoft Corp | United States |
| 6 | 2601 | Panasonic Corp JP | Japan |
| 7 | 2416 | Toshiba Corp JP | Japan |
| 8 | 2279 | Hon Hai Precision Industry Co Ltd TW | Taiwan |
| 9 | 2103 | Qualcomm Incorporated | United States |
| 10 | 1947 | LG Electronics Inc | Korea |

# Samsung Patent Damages

| U.S. Patent No. | Features | Amount |
| --- | --- | --- |
| '239 | Make video call over cellular connection<br><br>Take video and transmit it via cellular using email<br><br>Take video and transmit it via text | $6,067,788 |
| '449 | Display the number of photos or videos in an album next to the album name in the Photos application. | $158,400 |

113

SDX3942

# FirstLook Product



*1stLook Video Brochure, 1993 [SAMNDCA630-00828676], PX251 at 2*

# '239 Claim Construction



1    Furthermore, Samsung's belated tactics would now unfairly prejudice Apple and tax the
2    resources of the Court. Jury selection will begin on Monday, March 31, 2014. Instead of
3    narrowing the issues for trial, Samsung now seeks to expand them by introducing new
4    infringement theories. Samsung contends that Apple faces no prejudice because both parties'
5    experts already opined on equivalents for claim 13. See Samsung Br. at 3 n.3. However, Apple
6    responds that it would "need to re-consider its exhibit list, and submit new jury instructions," and

| Patent | Disputed Term | Court's Construction |
|--------|---------------|----------------------|
| 5,579,239 | "means for transmission of said capture video over a cellular frequency" | "one or more modems connected to one or more cellular telephones, and software performing a software sequence of initializing one or more communications ports on said apparatus, obtaining a cellular connection, obtaining said captured video, and transmitting said captured video." |

*Dkt.1532 at 14*

IT IS SO ORDERED.

Dated: March 28, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

14

Case No.: 12-CV-00630-LHK
ORDER CONSTRUING '239 PATENT CLAIMS

115

# Apple's iPhone and iPod Touch

**Camera Roll**



116

# "compressor"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DX-351 at 1774

SDX3729

# Features at Issue

**2.** Use FaceTime to make or receive video-calls over a cellular connection

**4.** Take video and transmit it to another device by e-mail over a cellular connection

**5.** Take video and transmit it to another device by text message

**9.** Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch, or any computer)

**10.** Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer)

Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more

**13.** See the number of photos or videos in an album next to the album name in the Photos application

See the number of photos or videos in an album next to the album name in the Photos application

Have twice the memory capacity compared to what my [DEVICE] currently has

118

SDX3903

# Thousands of Companies Use Conjoint Surveys To Make Business Decisions

  

   

   













**Philip Schiller**
*Senior Vice President, Worldwide Marketing*

**Gregory Christie**
*VP Human Interface*

**Thomas Deniau**
*Software Engineer*

**Roberto Garcia**
*Software Development Engineer Level 5*

**Tim Millet**
*Senior Director of Platform Architecture*

120

# Invention of the Year: iPhone



*PX133*

121