# EXHIBIT 2

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

## Vellturo Reasonable Royalty Damages Calculation and Jury Verdict (Question 10a) Finding



|  | '647 Patent | '721 Patent | '172 Patent |
|---|---:|---:|---:|
| **Vellturo Reasonable Royalty Damages 1/** | | | |
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab II 10.1 | | | |
| Stratosphere | | | |
| **Total** | $449,634,092 | $3,404,134 | $22,127,986 |
| **Jury Verdict Finding 2/** | | | |
| Admire | $7,599,178 | $1,372,696 | $2,655,675 |
| Galaxy Nexus | $3,158,100 | $867,281 | $1,579,050 |
| Galaxy Note | $1,677,740 | | $1,166,343 |
| Galaxy Note II | $8,684,775 | | |
| Galaxy S II | $8,625,560 | | $4,019,400 |
| Galaxy S II Epic 4G Touch | $10,165,134 | | $5,849,662 |
| Galaxy S II Skyrocket | $2,467,265 | | $1,178,904 |
| Galaxy S III | $52,404,721 | | |
| Galaxy Tab II 10.1 | | | |
| Stratosphere | $3,908,152 | $750,648 | $1,494,716 |
| **Total** | $98,690,625 | $2,990,625 | $17,943,750 |
| **Ratio 3/** | | | |
| Admire | | | |
| Galaxy Nexus | | | |
| Galaxy Note | | | |
| Galaxy Note II | | | |
| Galaxy S II | | | |
| Galaxy S II Epic 4G Touch | | | |
| Galaxy S II Skyrocket | | | |
| Galaxy S III | | | |
| Galaxy Tab II 10.1 | | | |
| Stratosphere | | | |
| **Total** | 22% | 88% | 81% |

Sources/Notes:
Blacked out patent-product combinations were not eligible for damages. Greyed out combinations were assigned a finding of non-infringement by the jury.
1/ PX222A1, page 24.
2/ Amended Verdict Form, 12-cv-00630-LHK Dkt 1884, May 5, 2014.
3/ = 2/ divided by 1/ rounded to the nearest percentage point.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER