# EXHIBIT 3

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

## Calculated Per-Unit Royalty Rates Based on Hypothetical Jury Exercise

| Product | Infringing Units Sold 1/ | | | Jury Damages Award 2/ | | | Calculated Per-Unit Rate 3/ | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | '647 Patent | '721 Patent | '172 Patent | '647 Patent | '721 Patent | '172 Patent | '647 Patent | '721 Patent | '172 Patent |
| Admire | | | | $7,599,178 | $1,372,696 | $2,655,675 | | | |
| Galaxy Nexus | | | | $3,158,100 | $867,281 | $1,579,050 | | | |
| Galaxy Note | | | | $1,677,740 | | $1,166,343 | | | |
| Galaxy Note II | | | | $8,684,775 | | | | | |
| Galaxy S II | | | | $8,625,560 | | $4,019,400 | | | |
| Galaxy S II Epic 4G Touch | | | | $10,165,134 | | $5,849,662 | | | |
| Galaxy S II Skyrocket | | | | $2,467,265 | | $1,178,904 | | | |
| Galaxy S III | | | | $52,404,721 | | | | | |
| Galaxy Tab II 10.1 | | | | | | | | | |
| Stratosphere | | | | $3,908,152 | $750,648 | $1,494,716 | | | |

**Sources/Notes:**
Blacked out patent-product combinations were not eligible for damages.  Greyed out combinations were assigned a finding of non-infringement by the jury.
1/ PTX142 pp. 3-6, 8; PTX222A, p. 7.  Monthly units from PTX142 are summed over the damages period for each patent-product combination.  For the '647 patent, the damages period begins August 22, 2011, the date of first sale for the Samsung Admire.  For the '721 and '172 patents, the damages period begins February 8, 2012, the date of notice for each patent.  Damages periods for each patent-product combination end at the assertion end date as per PTX222A.  Units for partial months are prorated on a calendar basis.
2/ Jury Damages Award: Amended Verdict Form, 12-cv-00630-LHK Dkt 1884, May 5, 2014.
3/ = [1/] / [2/]

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER