# EXHIBIT 47

## Unredacted Version of
## Document Sought to Be Sealed in its Entirety

*User Research*

# 스마트폰 PUI/UX 사용행태 정량조사

US/UK 온라인 서베이 –Android, iPhone

2010. 07

디자인 그룹 HF Lab.

CONFIDENTIAL [ Samsung Mobile Design Group 2010



# Table of Contents

Ⅰ. RESEARCH OVERVIEW

Ⅱ. EXECUTIVE SUMMARY

Ⅲ. MAIN FINDINGS

   1. PURCHASE BEHAVIOR & USER ATTITUDES
   2. USER INTERFACE
   3. PHYSICAL INTERFACE
   4. SEARCH
   5. COMMUNICATION
   6. MULTIMEDIA
   7. ORGANIZER
   8. CONNECTIVITY & SHARING
   9. APP & APP STORE
   10. SETTINGS

Ⅳ. APPENDIX

CONFIDENTIAL | Samsung Mobile Design Group 2010



# I. RESEARCH OVERVIEW



Highly Confidential - Attorneys' Eyes Only

# 조사 목적

- 최근 급성장하고 있는 스마트폰 시장에서의 경쟁력 확보를 위해, 아래와 같은 스마트폰 관련 조사가 필요하게 됨
  1) Android/iPhone 사용자 사용행태 및 불편한점, 니즈 분석
  2) 플랫폼/제조사/지역/사용자 특성 별 사용행태의 공통점/차이점 분석
  3) 스마트폰 주요 모델 강/약점 비교 분석
- 스마트폰 사용자 특성 및 행태 파악 및 디자인 전략수립의 근거자료 제공을 목적으로 함

**Android & iPhone 사용자 사용행태 분석**

- Hardware, Software, UI, Application, App store 등 다양한 측면에서 Android 및 iPhone 사용자들의 사용 행태를 분석

**사용자 특성별 사용자 사용행태 분석**

- 사용자들을 Smart phone 사용량 및 관여도에 따라 Power user와 Novice로 구분하고 해당 집단 사이의 공통점 및 차이점을 분석

**주요 모델 분석**

- Android version 버전에 따른 사용행태 분석을 위해 최근 출시된 상위버전 모델을 중심으로 타 사용자 대비 사용상의 차이점이 있는지 파악

CONFIDENTIAL [ Samsung Mobile Design Group 2010

# 응답자 조건

- 아래 조건에 해당하는 설문 문항의 결과는 Novice와 Power user 사이의 차이가 크게 나타나며, 리크루팅 조건에 따라 조건에 의도된 차이이므로 해석에 유의할 필요가 있음

## NOVICE

**<필수 조건>**
- 통화 + 메시지 + Email 일 15회 이상
- 모바일 인터넷 주 3회 이상
- App store에서 app 다운로드 경험 3회 이상

**<아래 조건 중 2개 이상 만족>**
- 카메라 주 2회 이상
- 뮤직, FM 라디오 주 2회 이상
- 동영상, DMB 주 2회 이상
- Phone에서 SNS (facebook, twitter 등)로 upload 주 1회 이상

## POWER USER

**<필수조건>**
- 통화 + 메시지 + Email 일 15회 이상
- 모바일 인터넷 일 1회 이상
- App store 이용 경험 월 1회 이상
- Map/Navigation 주 1회 이상
- Phone에서 BT/Web검속을 통해 contents share 월 2회 이상
- Phone에서 SNS(facebook, twitter 등)로 upload 일 1회 이상

**<아래 조건 중 1개 이상 만족>**
- App store에서 유료로 구입한 app이 10개 이상이고, 이 중에서나 주 1회 이상
- 정기적으로 사용하는 것이 3개 이상(인자 System 관리 및 productivity App (Task manager, Power control 등)을 다운로드 받아 사용중인 자
- 최근 2주 내에 release된 App을 1개 이상 다운로드 받은 자

**<아래 조건 중 2개 이상 만족>**
- 카메라 주 2회 이상
- 뮤직, FM 라디오 주 2회 이상
- 동영상, DMB 주 2회 이상

**<아래 조건 중 1개 이상 만족>**
- PC, TV등 다른 기기와 Phone을 연결사용 주 1회 이상 하는 자
- 전용 PC SW(iTunes 등)를 사용하여 sync 맞 file managing을 1회 이상 하는 자

Highly Confidential - Attorneys' Eyes Only



# 응답자 프로파일: ANDROID

## Gender

| | N | % |
|---|---|---|
| US | 409 | 55 |
| UK | 335 | 45 |

## User Type

| | N | % |
|---|---|---|
| Novice | 508 | 69 |
| Power user | 236 | 32 |

## OS Version

| | N | % |
|---|---|---|
| Android 1.6- | 243 | 33 |
| Android 2.0+ | 398 | 53 |
| Don't know / Not sure | 103 | 14 |

## Handset

| | N | % |
|---|---|---|
| HTC Hero/T-mobile G2 Touch | 72 | 10 |
| HTC Dream/T-mobile G1 | 49 | 7 |
| HTC Magic/T-Mobile myTouch | 43 | 6 |
| HTC Desire / Legend | 40 | 5 |
| HTC Google Nexus one | 33 | 4 |
| LG GW620 Eve | 77 | 10 |
| Motorola Droid / Milestone | 73 | 10 |
| Motorola Backflip | 26 | 3 |
| Motorola CLIQ / DEXT | 17 | 2 |
| Motorola CLIQ XT | 14 | 2 |
| Samsung Moment | 69 | 9 |
| Samsung Galaxy | 56 | 8 |
| Samsung Galaxy Portal | 22 | 3 |
| Others | 56 | 8 |

## Gender

| | N | % |
|---|---|---|
| Male | 361 | 49 |
| Female | 383 | 51 |

## Age

| | N | % |
|---|---|---|
| 20s | 293 | 39 |
| 30s | 263 | 35 |
| 40s | 188 | 25 |

## Education

| | N | % |
|---|---|---|
| High school | 127 | 14 |
| Vocational school | 156 | 21 |
| 2 year degree | 94 | 13 |
| 4 year degree | 245 | 33 |
| Grad. degree | 122 | 16 |

## HH Income

| | N | % |
|---|---|---|
| US [USD] | | |
| Under 50K | 137 | 33 |
| 50K~99K | 144 | 35 |
| 100K~149K | 92 | 22 |
| 150K+ | 21 | 5 |
| UK [GBP] | | |
| Under 30K | 114 | 34 |
| 30K~49K | 118 | 35 |
| 50K~69K | 52 | 16 |
| 70K+ | 36 | 11 |

## Service provider

| | N | % |
|---|---|---|
| US | | |
| Verizon Wireless | 132 | 18 |
| T-mobile | 129 | 17 |
| AT&T | 84 | 11 |
| Sprint/Nextel | 58 | 8 |
| UK | | |
| T-mobile | 89 | 12 |
| O2 | 82 | 11 |
| Orange | 67 | 9 |
| Vodafone | 54 | 7 |
| 3 mobile | 40 | 5 |

CONFIDENTIAL [ Samsung Mobile Design Group 2010 ]



# II. EXECUTIVE SUMMARY



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182547

[ PURCHASE BEHAVIOR & USER ATTITUDES ]

# KEY BUYING FACTOR & SATISFACTION

KBF: 폰 구매 시 고려하는 중요 요소는 Functionality, App & App store, Performance, OS, Internet speed, Ease of Use로 나타남

- Android 사용자는 OS, iPhone 사용자는 App & App store 에 대한 중요도가 상대적으로 높음
- Power user는 OS, Novice user는 Ease of use를 상대적으로 더 고려함

만족도: Android 사용자가 대부분의 항목에서 iPhone 대비 더 낮은 만족도를 보이나, Extendibility, Camera resolution, Battery life 측면은 만족도가 높음

- Android 사용자가 대부분의 항목에서 iPhone 대비 낮은 만족도 수준을 나타냄
  - ✓ iPhone은 Extendibility, Camera resolution, Battery life 항목에서 만족도가 급격히 낮아지는 경향을 보임
- Power user의 스마트폰 사용 만족도가 Novice 대비 높은 편임
- Battery life는 Android, iPhone 사용자 모두 가장 큰 불편점으로 나타남

재구매 의향: Android 재구매를 향상을 위해 Ease of use, App & App store 등에 대한 개선 필요

- Android 재구매 의향(49%)은 iPhone (81%) 대비 낮은 수준으로 나타남
- Android의 iPhone 대비 상대적 강점은 Extendibility이며, App & App store, Ease of use, Texture of touch screen는 상대적으로 낮은 매력도를 보임

CONFIDENTIAL [ Samsung Mobile Design Group 2010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182548



[ PUI :: Android ]

# ANDROID HARD KEYS & NAVIGATION PUI

## Search 키가 포함된 4개 전면키의 만족도가 3개 키 대비 높음

■ Search키를 포함한 4개 키에 대한 만족도가 3개 키 대비 키 유의미하게 높음
- ✓ 전면키가 3개 이하이거나, Search키가 좌측에 위치한 배열에서 만족도가 상대적으로 낮음

| | Search key | No search key |
|---|---|---|
| | | |

[전면키 만족도 (7점 척도)]

| | 평균 | Top2* |
|---|---|---|
| 5.8 | | 63% |
| 5.5 | | 52% |

*Top2: 7점 척도 기준 6&7점
7점 척도: 7=매우만족~4=보통, 1=매우불만족

## Home/Menu키가 좌측, Back/Search키가 우측에 위치하는 배열이 만족도가 높음

■ Home과 Menu키가 좌측, Back과 Search키가 우측에 위치하는 배열의 만족도가 높게 나타남
- ✓ 현재 버튼 배열의 만족도를 고려할 경우 Back키가 그려함 순위를 두는 것이 바람직한 것으로 판단됨 (Home키와 Menu키의 위치 차이는 유의하지 않음)

[키 배열 만족도]

Utility & 현재배열 만족도 - 현재사용자가가 최기준석...
현재 보유한 키 배열의 만족도 값을 최기준석하여
각 키 위치별 사용자 Utility 산출

※ 24개 키 배열 조합 만족도 중 Top 4로,
1~4위 사이의 차이는 유의하지 않음

| 1st phase | 2nd phase | 3rd phase | 4th phase | Sum of Utility | 만족도(Top2) |
|---|---|---|---|---|---|
| Home | Menu | Search | Back | 2.140 | 55% |
| Home | Menu | Back | Search | 2.498 | 68% |
| Menu | Home | Back | Search | 2.454 | 63% |
| Menu | Home | Search | Back | 2.096 | N/A |

## Navi PUI 필요성은 LCD기 작은 사용자들 사이에서 상대적으로 높음

■ Navi PUI 필요이 작은 사용자들 사이에서 상대적으로 높음
- ✓ LCD 3.2" 이하: 필요요 43% vs. 불필요 29% / 3.7" 이상: 필요요 36% vs. 불필요 31%

■ Navi PUI에 대한 선호 이유는 민감한 동작 및 빠른 커서 움직임 때문임

■ Navi PUI 주 사용 기능은 문자입력시 커서이동, 웹브라우징, 지도 보기 등으로 나타남






CONFIDENTIAL | Samsung Mobile Design Group 2010

| SEARCH | Android |

# ANDROID SEARCH USAGE

검색기능이 강화된 Android 2.0+버전 이상 사용자의 Search 사용이 많음

- 검색 기능이 강화된 Android 2.0 버전 이상, Power user, 미국 사용자들이 Search 사용이 상대적으로 높음

- **Universal search/Domain search**는 90% 이상, Voice search 70%이상 사용 수준임

- **Universal search/Domain search**는 거의 모든 집단에서 고르게 사용하고 있으며,

- **Voice search**는 Power user 및 검색 기능이 강화된 Android 2.0+ 버전 사용자들의 사용이 많아지는 경향 (v1.5-: 14%, v1.5~v1.6: 16%, v2.0+: 19%) 을 보임

  ✓ Universal/Domain search의 주 사용 범위는 Web browser, Contact, Music library, Email, Home/Menu로 나타남

  ✓ Voice search의 주 사용 범위는 전화번호 검색임, Power user의 경우 메시지 검색과 메뉴/어플리케이션 검색도 상대적으로 높게 나타남

  ✓ Voice search는 운전 중(미국>영국) 또는 손을 자유롭게 사용할 수 없는 상황에서 많이 사용함

- **Universal search**와 **Domain search**의 전환은 Search기로 토글(36%)하는 경우가 가장 많음
  [Search기 제공 모델 기준]




Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182551

UX-SCREEN : Android & iPhone

# SCREEN ARRANGEMENT & LOCK/UNLOCK

■ 메뉴 배치 방식은 '사용 빈도 순'이 가장 높음
[Android는 Home screen, iPhone은 Menu screen에서의 메뉴 아이콘 배치 기준임]

■ 메뉴 아이콘 배열방식은 '사용 빈도 순'이 가장 높음
　✓ Android 사용자들은 이름(알파벳) 순으로 정렬하는 비율이 2순위로 나타남
　✓ iPhone은 Category별 분류가 2순위로 나타남

■ 현재 Unlock 방식에는 큰 불편함이 없다는 의견이 전체의 절반 이상임

■ Screen Lock은 Hold키를 사용하는 비율(55%)이 Auto Lock 비율(43%) 보다 높은 편임

■ Unlock 관련하여 큰 불편함이 없다는 의견이 전체의 절반 이상임
　✓ Unlock시 불편점 중 '하드키와 터치바들을 순차적으로 눌러야 하는 점'이 가장 높음 (20%)

■ Locked screen에서 표시를 원하는 정보는 Date & Time, Battery status, Events (ex. Missed calls, New massage/email)로 나타남



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182552

| COMMUNICATION | Android & iPhone

# MESSAGING, EMAIL & IM

## SMS > Email > MMS의 사용 비율을 보임

- 미국 사용자, iPhone 사용자, Power user의 Email 사용 비율이 상대적으로 높은 편임
- SMS/MMS와 Email로 구분된 2개의 메시지함을 다수의 사용자가 선호(62%)하며, 메시지는 백업하지 않는 편임 (63%)

## 미국은 Gmail과 Yahoo mail, 영국은 Gmail과 Hotmail를 많이 사용

- 사용하는 Email 계정은 OS보다 국가별 특성이 강하게 나타남
- 60% 이상의 사용자가 2개 이하의 계정을 등록하여 사용함

## Android는 MSN Messenger와 Google talk, iPhone은 다양한 IM를 많이 사용

- **Android 사용자들은 MSN messenger와 Google talk에 몰리는 경향이 있음**
  - ✓ iPhone 사용자들은 MSN messenger를 가장 많이 사용하며 Google talk, Skype, AOL messenger의 사용비율이 유사한 편임
- 미국 사용자들은 Google talk과 AOL messenger 사용이 많으며, 영국 사용자들은 MSN messenger와 Skype 사용이 많음



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182553

| COMMUNICATION | Android & iPhone |

# SNS, WEB BROWSING, RSS FEEDS & Podcast

## Android 사용자들은 App과 Web을 모두 사용하여 SNS를 이용

- **Android 사용자는 App(58%)과 Web(42%), iPhone 사용자는 주로 App(84%)을 통해 SNS를 사용함**

## Google, Facebook이 가장 인기 있는 웹사이트임

- **Google은 공통적으로 가장 인기 있는 웹사이트임**
- **70%의 사용자가 10개 이하의 북마크를 등록하여 사용함**
- **동시에 열고 사용하는 Web browser window 수는 약 3개임**
  - ✓ iPhone 사용자들이 더 많은 창을 열고 사용하는 경향 보임 (Android: 2.4개 / iPhone: 3.6개)

## 주로 뉴스, 엔터테인먼트 RSS Feeds를 구독함

- **RSS Feeds 사용비율은 10% 수준임**
- **주로 뉴스(75%), 엔터테인먼트(46%) 관련 Feeds를 구독함**
  - ✓ Android 사용자(38%) 대비 iPhone 사용자의 엔터테인먼트 Feeds 구독 비율(52%)이 높음
- **RSS Feeds App 사용자 중, RSS Feeds 스크랩을 주 1회 이상 하는 사용자는 70%, 일 1회 이상 사용자도 전체의 30% 수준임**

## Podcast 구독은 50%이상으로 나타남



CONFIDENTIAL | Samsung Mobile Design Group 2010



# MUSIC, PHOTO & VIDEO

**iPhone 사용자가 Android 대비 많은 음악 파일을 저장하여 사용함**

- 저장 음악 파일 수: iPhone(558곡) >> Android(123곡)
- 음악 재생방법 및 부가기능 사용 측면에서 Android와 iPhone 사용자들의 차이는 크지 않음
  - 자주 사용하는 재생 방법은 Artist(45%), 사용자 Playlist(27%) 순임
  - 재생 시 사용 부가 기능은 Shuffle(69%), Repeat(44%), Album art(37%) 순임
- Android 사용자들은 PC 연결(57%) 및 메모리카드(52%)를 사용하여 음악파일을 저장함
- 청취 시 Earphone/Headphone을 가장 많이 사용함
  - iPhone 사용자들은 전용 음향기기 (ex. Speaker/dock, Audio system, Car audio), Android 사용자들은 Bluetooth headset 사용 비율이 상대적으로 높음
  - ※ iPhone에 관한 악세서리 다양성이 주 원인으로 판단됨

**카메라 촬영은 Android, 공유는 iPhone이 상대적으로 강함**

- Android 사용자들은 촬영 시 다양한 기능을 직접 설정하며, 더 많은 Personally-recorded video clip을 보유하고 있음
  - iPhone은 기본적으로 camera 부가설정을 제공하지 않으나, 사용자의 50%정도는 3rd party app을 사용하여 설정변경을 하는 것으로 나타남
- iPhone 사용자들이 사진 공유 비율이 상대적으로 높음
- 촬영한 사진/동영상 공유는 Facebook 비율이 가장 높음
- 저장된 동영상은 평균 약 11개이며, 대부분 10분 이하 동영상으로 나타남 (70%)



Highly Confidential - Attorneys' Eyes Only

SAMSUNG

{ CONNECTIVITY & FILE SHARING } Android & iPhone

# WI-FI, FILE SHARING & SYNC

## WI-Fi를 통해 Email, Web browsing, App store를 주로 사용함

- **Email, Web browsing**은 기본적인 사용량/빈도가 높아 Wi-fi를 통한 사용도 많은 것으로 나타남
- **App store**는 사용빈도가 많지는 않으나, 데이터량이 크기 때문에 Wi-fi 접속을 활용하는 것으로 판단됨

## Phone과 가장 많이 연결하는 기기는 PC임

- **Android 와 iPhone 공통적으로 PC가 가장 많이 연결하는 기기임**
  - ✓ iPhone 사용자들은 음향기기와의 연결도 상대적으로 높음
  - ✓ PC/폰 사이의 멀티미디어 파일(사진, 음악) 공유가 가장 많음

## Android는 2-Way Manual(PC↔Phone)과 1-Way(PC→Phone) Sync

## iPhone은 2-Way Automatic (PC↔Phone) Sync가 높은 편임

- **PC와 Contact, Picture, Music, Video의 Sync 비율이 높은 편임**

※ 전용 PC SW 특징 및 컨텐츠 관리 정책의 차이로 인한 사용행태 차이로 존재
- Android: 제조사별 SW 제공 (제조사별 SW에 따라 디폴트 모드, 기능 차이 존재)
  PC 연결시 포의 이동시 디스크방 인식되어, 파일 이동이 상대적으로 자유로움
- iPhone: iTunes로만 컨텐츠 이동 가능 (온/PC sync시) 디폴트 모드는 2-way Auto sync임
  iTunes, App store에서 구매한 컨텐츠는 이동에 기기 수 제한이 있음



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10182556

[ APP & APP STORE | Android & iPhone ]

# APPLICATION USAGE

## Basic, Communication, SNS, Browser, Multimedia App 사용이 많음

[Basic : Contacts, Organizer | Communication: Call, Message, Email | Multimedia : Music, Camera]

- **Android 사용자의 App 다운로드 횟수는 iPhone사용자의 약 절반 수준임**
- **Android는 Power user와 Novice 사이의 보유 App 수 차이가 큰 편이며, Paid App 수에서 차이가 남**
- **Contact, Call, Calendar, Alarm, SMS/MMS는 Embedded App 사용이 많음**
- **SNS, News, IM, Game은 다운로드 App 사용이 많음**
  - ✓ SNS, News, IM은 Free App 비율이 높음
  - ✓ Game App은 Paid App에서의 비율이 상대적으로 높음
- **Facebook, Google, YouTube, Weather channel, Wikipedia, Yahoo, BBC news 등이 가장 많이 보유한 App으로 나타남**

## Navigation, STT, RSS Feeds의 보유 비율은 높지 않으나, 일단 사용을 경우 자주 사용하는 비율이 높은 App임

- **Driver navigation의 보유 비율은 40%이나, 일단 사용할 경우 자주 사용하는 비율은 80%임**
- **STT (Speak to text), RSS Feeds는 보유 비율은 낮으나, 자주 사용하는 사람의 비율이 상대적으로 높음**
- **TTS (Text to Speech) 사용 경험은 40% 수준으로, 주 사용 용도는 메시지 내용 청취>메뉴 기능>eBook 순임**
- **Gesture App 사용 경험은 30% 이하로, 미국 사용자와 Power user의 사용비율이 좀 더 높게 나타남**




Highly Confidential - Attorneys' Eyes Only



# III. Main Findings

1. **PURCHASE BEHAVIOR & USER ATTITUDES**

2. USER INTERFACE

3. PHYSICAL INTERFACE

4. SEARCH

5. COMMUNICATION

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS



SAMNDCA10182558



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

**2. USER INTERFACE**

3. PHYSICAL INTERFACE

4. SEARCH

5. COMMUNICATION

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS



Highly Confidential - Attorneys' Eyes Only

| USER INTERFACE |

# KEY NOTES

■ **SCREEN ARRANGEMENT**   [Android는 Home screen, iPhone은 Menu screen에서의 메뉴 아이콘 배치 기준임]

☞ 아이콘을 배열하는 기준으로는 '사용 빈도가 가장 높으며, Category별 분류가 그 다음 순임

☞ Android 사용자들은 이름(알파벳) 순으로 정렬하는 비율이 2순위로 나타남

**Android screenshot**



Number of home pages: 4.8
Number of icons at first home screen: 6.3
Total number of icons on home screen pages: 12.2

**iPhone screenshot**



Number of menu pages: 5.2
Number of icons at first menu screen: 13
Total number of icons on menu screen pages: 48.6

■ **GOOGLE-MADE UI  VS. CUSTOMIZED UI**

☞ 두 UI의 차이를 인식하는 비율은 약 60% 수준이며, Original Google-made UI 선호도(56%)가 Customized UI 선호도(27%)보다 훨씬 높게 나타남

■ **LOCK SCREEN**

☞ Screen Lock은 Hold키를 사용하는 비율(55%)이 Auto Lock 비율(43%) 보다 높은 편임

☞ 현재 Unlock 방식에 큰 불편함이 없다는 의견이 전체의 절반 이상임

　… Unlock시 불편함 중 하드키와 터치버튼을 순차적으로 눌러야 하는 점이 가장 높음 (20%)

☞ Locked screen에서 표시를 원하는 정보는 Date & Time, Battery status, Events (ex. Missed calls, New massage/email)로 나타남

CONFIDENTIAL [ Samsung Mobile Design Group 2010





# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

2. USER INTERFACE

**3. PHYSICAL INTERFACE**

4. SEARCH

5. COMMUNICATION

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS





# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

2. USER INTERFACE

3. PHYSICAL INTERFACE

**4. SEARCH**

5. COMMUNICATION

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS



Highly Confidential - Attorneys' Eyes Only

SEARCH

# KEY NOTES

## ■ FREQUENCY & SHARE OF SEARCH

검색기능이 강화된 Android 2.0+버전 이상 사용자의 Search 사용이 많음

- ✧ Universal search 96%, Domain search 91%, Voice search 64% 사용 수준으로 나타남 (Voice search : Android 71%, iPhone 60%)
- ✧ Universal search/Domain search는 거의 모든 집단에서 고르게 사용하고 있으며, Voice search는 Power user 및 검색 기능이 강화된 Android 2.0+ 버전 사용자들의 사용이 많아지는 경향을 보임 (v1.5-: 14%, v1.5~v1.6: 16%, v2.0+: 19%)

## ■ UNIVERSAL SEARCH & DOMAIN SEARCH

Search기능은 Web browser, Contact, Music library, Email 애서 주로 사용함

- ✧ Universal/Domain search의 주 사용 범위는 Web browser, Contact, Music library, Email, Home/Menu로 나타남
- ✧ Universal search와 Domain search의 전환은 Search기로 토글(36%)하는 경우가 가장 많음 [Search기 제공 모델 기준]
- ✧ Universal search에서 주로 찾는 대상은 People & Contact와 Websites로 나타남

## ■ VOICE SEARCH

Voice search는 손을 자유롭게 사용할 수 없는 상황에서 많이 사용함

- ✧ Voice search는 주로, 운전 중(마=>영구)이나 손을 자유롭게 사용할 수 없는 상황에서 많이 사용함
- ✧ Voice search의 주 사용 목적은 전화번호를 검색해서 전화를 걸기 위해서인 것으로 나타남
- ✧ Power user의 경우 메시지 검색과 메뉴/어플리케이션 검색도 상대적으로 높게 나타남

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10182607



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

2. USER INTERFACE

3. PHYSICAL INTERFACE

4. SEARCH

**5. COMMUNICATION**

**- 1 PHONE CALL, CONTACTS & MESSAGING**

- 2 EMAIL/SNS/IM/RSS

- 3 TEXT INPUT

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS





SAMNDCA10182619



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

2. USER INTERFACE

3. PHYSICAL INTERFACE

4. SEARCH

**5. COMMUNICATION**

- 1 PHONE CALL, CONTACTS & MESSAGING
- **2 EMAIL/SNS/IM/WEB BROWSING/RSS**
- 3 TEXT INPUT

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS





Highly Confidential - Attorneys' Eyes Only

COMMUNICATIONS | EMAIL/SNS/IM/WEB BROWSING/RSS

# KEY NOTES

## ◉ EMAIL

미국은 Gmail과 Yahoo mail, 영국은 Gmail과 Hotmail을 많이 사용함

✎ 자주 사용하는 Email domain으로는 Gmail(55%), Hotmail(42%), Yahoo mail(40%)이 있음

✎ 자주 사용하는 Email domain은 OS보다 국가별 특성을 강하게 나타냄

✎ 전체의 60% 이상이 2개 이하의 계정을 등록하여 사용함

## ◉ INSTANT MESSENGER

Android는 주로 MSN Messenger와 Google talk, iPhone은 다양한 IM을 사용

✎ Android 사용자들은 MSN messenger와 Google talk을 주로 사용하는 반면, iPhone 사용자들은 MSN messenger에 이어, Google talk, Skype, AOL messenger 사용 비율이 유사한 수준임

✎ 미국 사용자들은 Google talk과 AOL messenger 사용이 많으며, 영국 사용자들은 MSN messenger와 Skype 사용이 많음

## ◉ SOCIAL NETWORK SERVICE

Android 사용자들은 App과 Web을 모두 사용하며 SNS를 이용

✎ SNS에 등록된 친구의 수는 평균 193명이며, 100~500명 사이의 친구가 등록된 비율이 전체의 약 51%임

✎ Android 사용자는 App(58%)과 Web(42%), iPhone 사용자는 주로 App(84%)을 통해 SNS를 사용함

CONFIDENTIAL | Samsung Mobile Design Group 2010

SAMNDCA10182630

삼성전자

COMMUNICATIONS | EMAIL/SNS/IM/WEB BROWSING/RSS/PODCAST

# KEY NOTES

### ◉ WEB BROWSER

Google, facebook이 가장 인기 있는 웹사이트임

↳ Google은 공통적으로 가장 인기 있는 웹사이트임

↳ 70%의 사용자가 10개 이하의 북마크를 등록하여 사용함

↳ 동시에 열고 사용하는 Web browser window 수는 약 3개임

… iPhone 사용자들이 더 많은 창을 열고 사용하는 경향 보임 (Android: 2.4개 / iPhone: 3.6개)

### ◉ RSS

주로 뉴스, 엔터테인먼트 RSS Feeds를 구독함

↳ News & Current issues(75%), Entertainment(46%) 관련 Feeds를 구독함

… iPhone 사용자의 엔터테인먼트 Feeds 구독 비율(52%)이 Android 사용자(38%) 대비 높은 편임

↳ RSS App 사용자 중 RSS Feeds 스크랩을 주 1회 이상 하는 사용자는 70%, 일 1회 이상 사용자도 전체의 30% 수준임

### ◉ PODCAST

Podcast 구독률 50%이상으로 낮음

CONFIDENTIAL | Samsung Mobile Design Group 2010



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES

2. USER INTERFACE

3. PHYSICAL INTERFACE

4. SEARCH

## 5. COMMUNICATION

- 1 PHONE CALL, CONTACTS & MESSAGING

- 2 EMAIL/SNS/IM/WEB BROWSING/RSS

- **3 TEXT INPUT**

6. MULTIMEDIA

7. ORGANIZER

8. CONNECTIVITY & SHARING

9. APP & APP STORE

10. SETTINGS







# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES
2. USER INTERFACE
3. PHYSICAL INTERFACE
4. SEARCH
5. COMMUNICATION
6. **MULTIMEDIA**
7. ORGANIZER
8. CONNECTIVITY & SHARING
9. APP & APP STORE
10. SETTINGS



Highly Confidential - Attorneys' Eyes Only



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES
2. USER INTERFACE
3. PHYSICAL INTERFACE
4. SEARCH
5. COMMUNICATION
6. MULTIMEDIA
7. ORGANIZER
8. CONNECTIVITY & SHARING
9. APP & APP STORE
10. SETTINGS



ORGANIZER
# KEY NOTES

**◉ SCHEDULE & CALENDAR**

대부분 Embedded Calendar를 사용함

↳ Android 사용자들은 50%가 Google calendar, 36%는 Other embedded calendar를 사용하고 있으며, iPhone 사용자들의 대다수(81%)는 Apple에서 제공하는 Calendar를 사용하고 있음

↳ Scheduler/Calendar 관리는 주로 Phone(60%)에서 하는 편이지만, Google을 통해 어디서든 접속이 가능한 Android 사용자들은 PC에서 관리한다는 비율이 상대적으로 높은 편임

CONFIDENTIAL [ Samsung Mobile Design Group 2010



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES
2. USER INTERFACE
3. PHYSICAL INTERFACE
4. SEARCH
5. COMMUNICATION
6. MULTIMEDIA
7. ORGANIZER
8. **CONNECTIVITY & SHARING**
9. APP & APP STORE
10. SETTINGS



SAMSUNG 삼성전자

CONNECTIVITY & SHARING

# KEY NOTES

## ● WI-FI

WI-FI를 통해 Email, Web browsing, App store를 주로 사용함

↳ Email, Web browsing은 기본적인 사용상/빈도가 높아 Wi-fi를 통한 사용도 많은 것으로 나타남

↳ App store는 사용빈도가 많지는 않으나 데이터량이 크기 때문에 Wi-fi를 활용하는 비율 또한 높은 것으로 판단됨

## ● CONNECTIVITY

Phone과 가장 많이 연결하는 기기는 PC임

↳ Android, iPhone 공통적으로 PC가 가장 많이 연결하는 기기임

  … iPhone 사용자들은 음향기기와의 연결도 상대적으로 높음

  … PC/폰 사이의 멀티미디어 파일(사진, 음악) 공유가 가장 많음

## ● SYNC

PC와의 sync는 Android가 2-Way Manual(PC↔Phone)과 1-Way(PC→Phone) Sync, iPhone은 2-Way Automatic (PC↔Phone) Sync가 많은 편임

↳ Contact, Picture, Music, Video등을 PC와 동기화하는 비율이 높은 편임

※ 전용 PC SW 특징 및 컨텐츠 관리 정책의 차이로 인한 사용행태 차이로 판단됨

  - Android: 제조사별 SW 제공 (제조사별 SW에 따라 다를트 모드, 기능 차이 존재)

    PC 연결시 폰이 이동식 디스크로 인식되어, 파일 이동이 상대적으로 자유로움

  - iPhone: iTunes로만 컨텐츠 이동 가능 (폰/PC sync시 다를트 모드는 2-way Auto sync임)

    iTunes, App store에서 구매한 컨텐츠는 이동에 기기 수 제한이 있음

CONFIDENTIAL { Samsung Mobile Design Group 2010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182675



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES
2. USER INTERFACE
3. PHYSICAL INTERFACE
4. SEARCH
5. COMMUNICATION
6. MULTIMEDIA
7. ORGANIZER
8. CONNECTIVITY & SHARING
**9. APP & APP STORE**
10. SETTINGS





SAMNDCA10182685



# III. Main Findings

1. PURCHASE BEHAVIOR & USER ATTITUDES
2. USER INTERFACE
3. PHYSICAL INTERFACE
4. SEARCH
5. COMMUNICATION
6. MULTIMEDIA
7. ORGANIZER
8. CONNECTIVITY & SHARING
9. APP & APP STORE
**10. SETTINGS**





SETTINGS

# KEY NOTES

## ◉ CUSTOMIZATION

Sound (ringtone 등), Display (wallpaper 등) 의 customization 비율이 높음

↳ 현재 Customized 되어 있는 항목은 Ringtone(81%)과 Wallpaper(80%)의 비율이 높았으며 Notification sound(49%)와 Main menu(49%)의 비율도 다소 높은 수준임

## ◉ MEMORY [ANDROID ONLY]

8GB 이상의 내장형 메모리 사용이 많고, 데이터 이동이 주 사용 목적임

↳ 현재 보유하고 있는 외장 메모리의 크기는 2~16GB가 전체의 80%를 차지하며,

↳ 2.0+ 버전의 경우 62%가 8G 이상의 상대적으로 큰 외장 메모리를 사용하고 있는 것으로 나타남

↳ 외장 메모리를 사용하는 가장 큰 이유로는 '데이터 이동' 임

↳ 외장 메모리에 저장된 데이터의 종류로는 Music(73%), Pictures(70%), Video(63%)와 같은 멀티미디어 컨텐츠가 많음

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182707

SAMSUNG 삼성전자



# IV. APPENDIX



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10182717

# - Thank You -

CONFIDENTIAL | Samsung Mobile Design Group 2010

Highly Confidential - Attorneys' Eyes Only     SAMNDCA10182726