# EXHIBIT 2
# FILED UNDER SEAL

Case 5:12-cv-00630-LHK   Document 2119-2   Filed 12/22/14   Page 2 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.
SUPPLEMENTAL EXHIBIT 21

# Apple's Damages Per Samsung Product
## Actual & Projected: August 2011 to April 2014
### (Four-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)

See Damages Period Below 1/



5/ Per patent Lost Profits in the Off the Market period:

6/ Per patent damages:

7/ Total units by damage type:

Case 5:12-cv-00630-LHK   Document 2119-2   Filed 12/22/14   Page 3 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

SUPPLEMENTAL EXHIBIT 21

## Apple's Damages Per Samsung Product
## Actual: August 2011 to December 2013
## (Four-Month Off the Market Lost Profits + Reasonable Royalties on Non-Lost-Profits Units)

See Damages Period Below 1/

