# EXHIBIT 3
# FILED UNDER SEAL

Case 5:12-cv-00630-LHK   Document 2119-3   Filed 12/22/14   Page 2 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

SUPPLEMENTAL
EXHIBIT 31

# Apple's Damages Per Samsung Product
# Actual & Projected: August 2011 to April 2014
# (Reasonable Royalties on All Infringing Units)

See Damages Period Below 1/



**Sources/Notes:**



4/ Total units by damage type:

Case 5:12-cv-00630-LHK   Document 2119-3   Filed 12/22/14   Page 3 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

SUPPLEMENTAL
EXHIBIT 31

# Apple's Damages Per Samsung Product
# Actual: August 2011 to December 2013
# (Reasonable Royalties on All Infringing Units)

See Damages Period Below 1/



**Sources/Notes:**



4/ Total units by damage type:

| Total Reasonable Royalty Units |
|---|
| ▇▇▇ |