# EXHIBIT 4
# FILED UNDER SEAL

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Admire
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Admire
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Nexus
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Nexus
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Note
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Note
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**Reasonable Royalty Details - Galaxy Note II**
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Reasonable Royalty Details - Galaxy Note II
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II - AT&T (SGH-I777)
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II - AT&T (SGH-I777)
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

SUPPLEMENTAL
WORKPAPER 31-C

## Reasonable Royalty Details - Galaxy S II - T-Mobile (SGH-T989)
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II - T-Mobile (SGH-T989)
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II Epic 4G Touch
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II Epic 4G Touch
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S II Skyrocket
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

SUPPLEMENTAL
WORKPAPER 31-C

## Reasonable Royalty Details - Galaxy S II Skyrocket
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy S III
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

SUPPLEMENTAL
WORKPAPER 31-C

# Reasonable Royalty Details - Galaxy S III
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Tab II 10.1
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Galaxy Tab II 10.1
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Stratosphere
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Reasonable Royalty Details - Stratosphere
In Units and USD



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Apple's Damages Per Samsung Product
# Projected: January 2014 to April 2014
# (Reasonable Royalties on All Infringing Units)

See Damages Period Below 1/



**Sources/Notes:**
1/ Damages calculated from product launch for the '647 Patent, and February 8, 2012 for other asserted patents.
2/ SUPPLEMENTAL EXHIBIT 31-B.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Apple's Damages Per Samsung Product
# Projected: January 2014 to April 2014
# (Reasonable Royalties on All Infringing Units)

### See Damages Period Below 1/



| Product | '172 Patent | '414 Patent | '647 Patent | '721 Patent | '959 Patent | Total |
|---|---|---|---|---|---|---|

**Sources/Notes:**

1/ Damages calculated from product launch for the '647 Patent, and February 8, 2012 for other asserted patents.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Galaxy S II Damages Summary



| Product | Aug 2011 - June 2012 | July 1, 2012 - Aug 24, 2012 | Aug 25, 2012 - Dec 2013 | Jan 2014 - April 2014 | Total |
|---------|----------------------|-----------------------------|--------------------------|------------------------|-------|

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Summary of Apple's Damages Per Samsung Product on a Unit Basis
# Actual & Projected: August 2011 to April 2014
# (Reasonable Royalties on All Infringing Units)



| Product | Total Infringing Units 1/ | Total Royalty Units 2/ | Total Units Awarded Damage |
|---|---|---|---|
| | | | |

**Sources/Notes:**
1/ Supplemental Workpaper 31-C, "Total Units Sold" section.
2/ Supplemental Workpaper 31-C, "Units Available for RR" section.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Summary of Apple's Damages Per Samsung Product on a Unit Basis
## Actual: August 2011 to December 2013
## (Reasonable Royalties on All Infringing Units)



| Product | Total Infringing Units 1/ | Total Royalty Units 2/ | Total Units Awarded Damage |
|---|---|---|---|

**Sources/Notes:**
1/ Supplemental Workpaper 31-C, "Total Units Sold" section.
2/ Supplemental Workpaper 31-C, "Units Available for RR" section.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER