QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CASE NO. 12-CV-00630-LHK (PSG)

**DECLARATION OF JUDITH A. CHEVALIER IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF DR. VELLTURO'S SUPPLEMENTAL EXPERT REPORT**

**HIGHLIGHTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Judith A Chevalier, declare as follows:

1. I previously submitted an expert report in this case[1] (the "Chevalier Report"). My curriculum vitae was attached as Exhibit 1 to the Chevalier Report.

2. I was asked by counsel for Samsung to examine the four-month off the market lost profits damages calculations presented in the Supplemental Expert Report of plaintiff's expert, Christopher Vellturo[2] (the "Vellturo Supplemental Report"). Dr. Vellturo also submitted an expert report in this matter on August 12, 2013 (the "Vellturo Opening Report").[3]

3. In his Opening Report, Dr. Vellturo did not calculate off-the-market damages for the '647 patent.[4] [redacted]

4. To illustrate the impact of Dr. Vellturo's use of the date of first infringement as the start date of the blackout period for the '647 patent, I have analyzed the impact of the case narrowing and resulting change in date of first infringement on Dr. Vellturo's off the market lost profits calculations.

5. Prior to the case narrowing, Apple's 15 accused products included the Dart and the Conquer 4G, both of which had sales beginning in June 2011.[8] Under Dr. Vellturo's original

---

[1] Expert Report of Judith A. Chevalier, Ph.D., September 13, 2013 ("Chevalier Report").
[2] Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014.
[3] Opening Expert Report of Christopher A. Vellturo, Ph.D., August 12, 2013.
[4] Opening Expert Report of Christopher A. Vellturo, Ph.D., August 12, 2013, at p. 114.
[5] *See, e.g.,* Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at Supplemental Exhibit 21.
[6] *See, e.g.,* Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at Supplemental Exhibit 21.
[7] *See, e.g.,* Opening Expert Report of Christopher A. Vellturo, Ph.D., August 12, 2013, at p. 114.
[8] Chevalier Report, at Exhibit 26B.



analysis, June 15, 2011 was the date of first infringement.[9] [redacted]

6. The case narrowing removed 5 products from the case.[11] [redacted]

7. [redacted]

8. [redacted]

---

[9] Opening Expert Report of Christopher A. Vellturo, Ph.D., August 12, 2013, at p. 124.

[10] Calculated using updated Mor-Flo analysis shown in Exhibit 4, [redacted] *See, e.g.*, Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at p. 5 and Supplemental Exhibit 15.

[11] Apple's List of Accused Products and Asserted Patent Claims Pursuant to July 31, 2013, and January 16, 2014, Court Orders, dated February 4, 2014. The 5 products removed were the Dart, Conquer 4G, Exhibit II 4G, Transform Ultra, and Illusion.

[12] Supplemental Expert Report of Christopher A. Vellturo, Ph.D., February 17, 2014, at p. 4.

[redacted]

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2014 at New Haven, CT.

Judith A. Chevalier