# EXHIBIT 1
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 1

## INCREASE IN VELLTURO OFF THE MARKET ("BLACKOUT") LOST PROFITS DAMAGES DUE TO HIS CHANGE IN DATE OF DESIGN AROUND COMMENCEMENT

**Impact of Vellturo's Implementation of Case Narrowing on Blackout Damages**