# EXHIBIT 2
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**ILLUSTRATION OF VELLTURO OFF THE MARKET ("BLACKOUT") LOST PROFITS DAMAGES
JUNE 15, 2011 AS DATE OF '647 DESIGN AROUND COMMENCEMENT
FOR 15 ACCUSED PRODUCTS PRIOR TO FEBRUARY 2014 CASE NARROWING STATEMENT [1]**



**EXHIBIT 2**

**ILLUSTRATION OF VELLTURO OFF THE MARKET ("BLACKOUT") LOST PROFITS DAMAGES**
**JUNE 15, 2011 AS DATE OF '647 DESIGN AROUND COMMENCEMENT**
**FOR 15 ACCUSED PRODUCTS PRIOR TO FEBRUARY 2014 CASE NARROWING STATEMENT [1]**

Notes & Sources:

Lost profits in millions of dollars (USD).

[1] Reflects lost profits for 15 accused products remaining in suit per Apple Inc.'s Additional Submission on Case Narrowing Pursuant to Court Order of April 24, 2013, dated October 4, 2013.
Pursuant to this case narrowing statement, there were 14 accused smartphones (the Admire, Conquer 4G, Dart, Exhibit II 4G, Galaxy Note, Galaxy Note II, Galaxy SII,
Galaxy SII Epic 4G Touch, Galaxy SII Skyrocket, Galaxy S III, Illusion, Stratosphere, Galaxy Nexus, and Transform Ultra), and 1 accused tablet (the Galaxy Tab II 10.1).