# EXHIBIT 3
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**

**ILLUSTRATION OF VELLTURO OFF THE MARKET ("BLACKOUT") LOST PROFITS DAMAGES**
**JUNE 15, 2011 AS DATE OF '647 DESIGN AROUND COMMENCEMENT**
**FOR 10 ACCUSED PRODUCTS PURSUANT TO FEBRUARY 2014 CASE NARROWING STATEMENT**

|  | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Smartphones** | | | | | | | | | | | | |
| **Units Eligible for Lost Profits** | | | | | | | | | | | | |

**Tablets**
**Units Eligible for Lost Profits**

**Total**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**

**ILLUSTRATION OF VELLTURO OFF THE MARKET ("BLACKOUT") LOST PROFITS DAMAGES**
**JUNE 15, 2011 AS DATE OF '647 DESIGN AROUND COMMENCEMENT**
**FOR 10 ACCUSED PRODUCTS PURSUANT TO FEBRUARY 2014 CASE NARROWING STATEMENT**

Notes & Sources:

Lost profits in millions of dollars (USD).

Reflects lost profits for 10 accused products remaining in suit per Apple's List of Accused Products and Asserted Patent Claims Pursuant to July 31, 2013, and January 16, 2014, Court Orders, dated February 4, 2014.