# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 4

## VELLTURO MOR-FLO ANALYSIS
## FOR ACCUSED SMARTPHONE PRODUCTS PRIOR TO
## FEBRUARY 2014 CASE NARROWING STATEMENT [1]

| | 2011 Q2 | 2011 Q3 | 2011 Q4 | 2012 Q1 | 2012 Q2 |
|---|---|---|---|---|---|
| **Smartphone Market Share** | | | | | |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| **Samsung Accused Smartphone Unit Sales to be Deducted** | | | | | |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| **Samsung Market Share After Mor-Flo Adjustment** | | | | | |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

Notes & Sources:

[1] Reflects accused products per Apple Inc.'s Additional Submission on Case Narrowing Pursuant to Court Order of April 24, 2013, dated October 4, 2013.

[1] - [4] From Vellturo Supplemental Exhibit 15.

[5] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Pursuant to this case narrowing statement, there were 14 accused smartphones (the Admire, Conquer 4G, Dart, Exhibit II 4G, Galaxy Note, Galaxy Note II, Galaxy SII, Galaxy SII Epic 4G Touch, Galaxy SII Skyrocket, Galaxy S III, Illusion, Stratosphere, Transform Ultra, Galaxy Nexus).

[6] = [1].
[7] = [2] - [5].
[8] = [3].
[9] = [6] + [7] + [8].