# EXHIBIT A

# Unredacted Version of Document Sought to be Sealed

# EXHIBIT 5

**Exhibit 5**

An analysis of how each Accused Product infringes claims 24 and 25 of the '959 patent can be seen in the charts at Exhibit 4.  I also provided a detailed analysis of how the following three devices infringe claims 24 and 25 of the '959 patent:

- Galaxy S III SCH-I535 running Android 4.1.2, Maintenance Release ▮ (in the chart as "S III").[1]

- Samsung Galaxy Nexus SCH-I515 running Android 4.0.4, using software build ▮ (in the chart as" Nexus").

- Samsung Galaxy S II Epic 4G Touch SPH-D710 running Android 2.3.6, Maintenance Release ▮ (in the chart as "Epic").[2]

Every other version of the Accused Products is identical for purposes of demonstrating infringement to one of these three devices.  The following chart is based on Samsung's response to Apple's Interrogatory No. 41.  It lists all the Launch and Maintenance Releases for each of the Accused Products and, as in Samsung's Interrogatory No. 41 response, denotes with an asterisk those releases where functionality related to one of the patents-in-suit was modified.  As such an entry without an asterisk is considered for purposes of proving infringement identical to the entry preceding it.  The chart shows which of the three representative products above corresponds to each Launch and Maintenance Release of each Accused Product.  An "NA" in the corresponding cell denotes a maintenance release where the Google Search application only retrieves Google search suggestions from the Internet.

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Galaxy S II Skyrocket | SGH-I727 | Version | Android 2.3.4 | Android 2.3.6 | Android 2.3.6 | Android 4.0.4 | Android 4.0.4 | Android 4.1.2[3] | | | | | |
| | | | Date Available | 2011.10.24 | 2011.11.18 | 2012.02.17* | 2012.06.29* | 2012.10.23* | | | | | | |
| | | | S/W ver.# | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| | | | Representative Product | Epic | Epic | Epic | Nexus | NA | S III | | | | | |
| 2 | Galaxy S II | SPH-D710 | Version | Android 2.3.5 | Android 2.3.6 | Android 2.3.6 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 | | | |

---

[1] Source code citations in the report are to the previous Android 4.1.2 ▮ Maintenance Release.  Since the later ▮ Maintenance Release was not marked with an asterisk it is identical for purposes of this analysis.

[2] Source code citations in the report are to the previous Android 2.3.5 ▮ Launch Release.  Since the later releases up to and including the ▮ Maintenance Release was not marked with an asterisk it is identical for purposes of this analysis.

[3] Samsung failed to include in its response to Apple's Interrogatory No. 41 a Jelly Bean 4.1 Maintenance Release for the Galaxy S II Skyrocket, I have added it here.  *See* FAQs: How do I update my Samsung Galaxy S™ Skyrocket™ to Android 4.1.2 Jelly Bean? *available at* http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00047555&fm_seq=51638

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Epic 4GTouch | | Date Available | 2011.08.10 | 2011.12.08 | 2012.01.17 | 2012.07.11* | 2012.08.22 | 2012.10.09* | 2013.01.17* | 2013.03.20 | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| | | | | Epic | Epic | Epic | Nexus | Nexus | NA | Nexus | S III | | | |
| 3 | Galaxy S II | SGH-T989, | Version | Android 2.3.5 | Android 2.3.6 | Android 2.3.6 | Android 4.0.3 | Android 4.0.3 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 2.3.6 | Android 4.1.2 |
| | | | Date Available | 2011.09.28 | 2011.12.12 | 2012.05.08 | 2012.07.06* | 2012.03.30* | 2012.07.30* | 2012.08.13 | 2012.09.28 | 2013.01.23 | 2013.01.29 | 2013.03.25 |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | Representative Product | Epic | Epic | Epic | NA | Nexus | Nexus | Nexus | Nexus | Nexus | Epic | S III |
| 4 | Illusion | SCH-I110 | Version | Android 2.3 | Android 2.3 | Android 2.3 | Android 2.3 | Android 2.4 | | | | | | |
| | | | Date Available | 2011.11.15 | 2012.06.19* | 2012.09.11* | 2012.12.13 | 2013.03.21 | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | | | | | | |
| | | | Representative Product | Epic | Epic | Epic | Epic | Epic | | | | | | |
| 5 | Galaxy S II | SGH-I777, | Version | Android 2.3.4 | Android 2.3.6 | Android 4.0.3 | Android 4.0.4 | Android 4.0.4 | | | | | | |
| | | | Date Available | 2011.09.19 | 2011.12.16 | 2012.06.18* | 2012.12.17* | 2013.03.27* | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | | | | | | |
| | | | Representative Product | Epic | Epic | Nexus | Nexus | Nexus | | | | | | |
| 6 | Captivate Glide | SGH-I927 | Version | Android 2.3.5 | Android 2.3.6 | Android 4.0.4 | Android 4.0.4 | | | | | | | |
| | | | Date Available | 2011.10.17 | 2012.01.01 | 2012.09.05* | 2012.10.12 | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | |
| | | | Representative Product | Epic | Epic | NA | Nexus | | | | | | | |
| 7 | Exhibit II 4G | SGH-T679 | Version | Android 2.3.5 | Android 2.3.6 | Android 2.3.6 | Android 2.3.6 | | | | | | | |
| | | | Date Available | 2011.10.06 | 2012.05.03 | 2012.07.10* | 2012.11.21 | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | |
| | | | Representative Product | Epic | Epic | NA | Epic | | | | | | | |
| 8 | Strato-sphere | SCH-I405 | Version | Android 2.3.5 | Android 2.3.6 | | | | | | | | | |
| | | | Date Available | 2011.10.05 | 2012.08.22* | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | Epic | NA | | | | | | | | | |
| 9 | Transform Ultra | SPH-M930 | Version | Android 2.3.4 | Android 2.3.6 | Android 2.3.6 | | | | | | | | |
| | | | Date Available | 2011.08.10 | 2012.05.08 | 2012.07.10* | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | | | | | | | | |
| | | | Representative | Epic | Epic | NA | | | | | | | | |

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Product | | | | | | | | | | | |
| 10 | Admire | SCH-R720 | Version | Android 2.3.4 | Android 2.3.6 | Android 2.3.6 | | | | | | | | |
| | | | Date Available | 2011.08.04 | 2012.07.13* | 2012.10.25* | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | Epic | Epic | NA | | | | | | | | |
| 11 | Conquer 4G | SPH-D600 | Version | Android 2.3.4 | Android 2.3.4 | Android 2.3.6 | Android 2.3.6 | | | | | | | |
| | | | Date Available | 2011.07 | 2011.08 | 2012.04.03 | 2012.05.29* | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | |
| | | | Representative Product | Epic | Epic | Epic | Epic | | | | | | | |
| 12 | Dart | SGH-T499 | Version | Android 2.2 | | | | | | | | | | |
| | | | Date Available | 2011.05.13 | | | | | | | | | | |
| | | | S/W ver.# | ■ | | | | | | | | | | |
| | | | Representative Product | Epic | | | | | | | | | | |
| 13 | Galaxy S III | SCH-I535 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | | | | |
| | | | Date Available | 2012.07.06 | 2012.08.31 | 2012.10.12 | 2012.12.12* | 2013.03.01 | 2013.05.24* | 2013.06.19 | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | |
| | | | Representative Product | NA | NA | NA | S III | S III | S III | S III | | | | |
| | | SGH-I747 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | | | | | | |
| | | | Date Available | 2012.06.09 | 2012.07.10 | 2012.09.15* | 2012.10.11 | 2012.12.03* | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | | | | | | |
| | | | Representative Product | NA | NA | NA | NA | S III | | | | | | |
| | | SPH-L710 | Version | Android 4.0 | Android 4.0/ | Android 4.0/ | Android 4.0 | Android 4.0 | Android 4.1 | Android 4.1 | Android 4.1 | | | |
| | | | Date Available | 2012.05.24 | 2012.06.29 | 2012.07.06* | 2012.07.24 | 2012.09.18 | 2012.10.24* | 2013 MB1.02.27 | 2013.04.23* | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| | | | Representative Product | Nexus | Nexus | NA | NA | NA | S III | S III | S III | | | |
| | | SGH-T999 | Version | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | | | | |
| | | | Date Available | 2012.05.25 | 2012.07.05 | 2012.08.03* | 2012.10.10 | 2012.10.29* | 2013.01.28 | 2013.04.20* | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | |
| | | | Representative Product | Nexus | Nexus | NA | NA | S III | S III | S III | | | | |
| | | SCH-R530U | Version | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.0 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | | | | |

3

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Date Available | 2012.06.30 | 2012.07.06 | 2012.08.14* | 2012.09.20 | 2012.12.12* | 2013.02.28 | 2013.06.08* | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | |
| | | | Representative Product | Nexus | Nexus | NA | NA | S III | S III | S III | | | | |
| | | SCH-R530M | Version | Android 4.0.4 | Android 4.0.4 | Android 4.1.2 | | | | | | | | |
| | | | Date Available | 2012.10.08 | 2013.01.21 | 2013.02.28* | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | NA | NA | S III | | | | | | | | |
| | | SCH-R530C | Version | Android4.0 | Android4.1.1 | | | | | | | | | |
| | | | Date Available | 2012.11.09 | 2013.03.15* | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | NA | S III | | | | | | | | | |
| 14 | Galaxy Note | SGH-I717 | Version | Android2.3.6 | Android4.0.4 | Android4.0.4 | Android4.1.2 | | | | | | | |
| | | | Date Available | 2012.01.20 | 2012.06.29* | 2013.03.15 | 2013.04.30 | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | |
| | | | Representative Product | Epic | Nexus | S III | S III | | | | | | | |
| | | SGH-T879 | Version | Android4.0.4 | Android4.0.4 | Android4.0.4 | | | | | | | | |
| | | | Date Available | 2012.06.19 | 2012.07.25 | 2013.01.30 | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | Nexus | Nexus | Nexus | | | | | | | | |
| 15 | Galaxy Note 10.1 | GT-N8013 | Version | Android 4.0.4 | Android 4.0.4 | Android4.0.4 | Android 4.1.1 | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | Android 4.1.2 | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| | | | Date Available | | | | 2012.07.23* | | | | | | | |
| | | | Representative Product | NA | NA | Nexus | S III | S III | S III | S III | S III | | | |
| 16 | Galaxy Nexus | SPH-L700 | Version | Android4.0.4 | Android4.0.4 | Android4.0.4 | Android4.1.1 | Android4.2.1 | | | | | | |
| | | | Date Available | 2012.04.05 | 2012.04.30 | 2012.07.25* | 2012.09.05 | 2013.01.29 | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | | | | | | |
| | | | Representative Product | Nexus | Nexus | Nexus | S III | S III | | | | | | |

4

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SCH-I515/GT-I9250[4] | Version | Android 4.0.1 | Android 4.0.1 | Android 4.0.2 | Android 4.0.4 | Android 4.0.4 | Android 4.0.4 | Android 4.1.1 | Android 4.1.1 | Android 4.1.2 | Android 4.2 | Android 4.2.1 | Android 4.2.2 |
| | | | S/W ver.# | ■ | | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | Representative Product | Nexus | Nexus | Nexus | Nexus | Nexus | Nexus | S III | S III | S III | S III | S III | S III |
| 17 | Galaxy Note 2 | SGH-I317 | Version | Android4.1.2 | Android4.1.2 | Android4.1.2 | Android4.1.2 | | | | | | | | |
| | | | Date Available | 2012.10.19 | 2012.12.26 | 2012.02.13 | 2013.05.07 | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | S III | S III | S III | S III | | | | | | | | |
| | | SPH-L900 | Version | Android4.1.1 | Android4.1.1 | Android4.1.2 | Android4.1.2 | | | | | | | | |
| | | | Date Available | 2012.10.05 | 2012.11.06 | 2013.02.12 | 2013.04.16 | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | S III | S III | S III | S III | | | | | | | | |
| | | SGH-T889 | Version | Android4.1.1 | Android4.1.1 | Android4.1.1 | Android4.1.2 | | Android4.1.2 | | | | | | |
| | | | Date Available | 2012.10.05 | 2012.12.13 | 2013.01.15 | 2013.03.05 | | 2013.05.20 | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | ■ | | | | | | |
| | | | Representative Product | S III | S III | S III | S III | | S III | | | | | | |
| | | SCH-I605 | Version | Android4.1.1 | Android4.1.1 | Android4.1.2 | | | | | | | | | |
| | | | Date Available | 2012.11.16 | 2013.01.16 | 2013.04.30 | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | | | | | | | | | |
| | | | Representative Product | S III | S III | S III | | | | | | | | | |
| | | SCH-R950 | Version | Android4.1.1 | Android4.1.1 | Android4.1.2 | Android4.1.2 | | | | | | | | |
| | | | Date Available | 2012.10.08 | 2012.12.20 | 2013.02.28 | 2013.06.08* | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | | | | | | | | |
| | | | Representative Product | S III | S III | S III | S III | | | | | | | | |
| 18 | Galaxy Tab 2 10.1 | SGH-I497 | Version | Android4.0.4 | | | | | | | | | | | |
| | | | Date Available | 2012.10.22 | | | | | | | | | | | |
| | | | S/W ver.# | ■ | | | | | | | | | | | |
| | | | Representative | NA | | | | | | | | | | | |

---

[4] Samsung did not provide any information for the SCH-I515 or GT-I9250 in its response to Apple's Interrogatory No. 41.

5

| | Accused Product | Model Name (Carrier) | | Launch | MR1 | MR2 | MR3 | MR4 | MR5 | MR6 | MR7 | MR8 | MR9 | MR10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Product | | | | | | | | | | | |
| | | SPH-P500 | Version | Android4.0.4 | Android4.1.2 | | | | | | | | | |
| | | | Date Available | 2012.10.15 | 2013.03.07* | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | Nexus | S III | | | | | | | | | |
| | | SGHT779 | Version | Android4.0.4 | Android4.1.2 | | | | | | | | | |
| | | | Date Available | 2012.11.09 | 2013.04.03 | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | NA | S III | | | | | | | | | |
| | | SCH-I915 | Version | Android4.0.4 | Android4.1.2 | | | | | | | | | |
| | | | Date Available | 2012.11.09 | 2013.03.08* | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | Nexus | S III | | | | | | | | | |
| | | GT-P5113 | Version | Android4.0.2 | Android4.0.4 | Android4.0.4 | Android4.0.4 | Android4.0.4 | Android4.1 | | | | | |
| | | | Date Available | 2012.04.16 | 2012.07.07 | 2012.07.21 | 2012.08.16 | 2012.08.28 | 2012.12.01* | | | | | |
| | | | S/W ver.# | ■ | ■ | ■ | ■ | ■ | ■ | | | | | |
| | | | Representative Product | Nexus | Nexus | Nexus | Nexus | Nexus | S III | | | | | |
| 19 | Rugby Pro | SGH-i547 | Version | Android4.0 | Android4.1.1 | | | | | | | | | |
| | | | Date Available | 2012.09.27 | 2012.12.24* | | | | | | | | | |
| | | | S/W ver.# | ■ | ■ | | | | | | | | | |
| | | | Representative Product | NA | S III | | | | | | | | | |