QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF JUHUI LEE**<br><br>**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**<br><br>Date:   December 18, 2014<br>Time:   1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

I, Juhui Lee, declare as follows under 28 U.S.C. § 1746:

1. I am currently employed by Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated below, and if called to testify, I could and would testify as follows.

2. I am an Engineer at Samsung, working in the Web Platform group. The Web Platform group handles development related to the Browser application in Samsung's devices. As part of my work on the Browser application, I was involved in implementing certain changes on Samsung's devices.

3. The only Samsung models that I understand were accused in this case and are still being sold are: SCH-I535 PP, SPH-L710T, SGH-T999L, SCH-R530, SCH-R530X, SCH-S968 ("the Galaxy S III products"). The accused web browser for each of these models has either been modified or removed entirely and replaced by a web browser that was not at issue at trial. For phones where replacement took place, Samsung has replaced the accused code with either a new browser based on the open-source version of Chrome called Chromium (what Samsung refers to as "SBrowser") or with a new browser that uses source code from Google ("Chrome Browser"). I understand neither of these browsers was at issue at trial. For the remaning phones, Samsung modified the accused browser code to create a new browser (what Samsung refers to as "Stock Browser"), described below. All Galaxy S III products still on sale thus do not have the same browser code that was accused at trial.

4. For Stock Browser and SBrowser both, Samsung has written the new code so that it performs differently than the browser that I understand was accused at trial. The accused browser previously caused a context menu to be displayed on a long press. Now, in both Stock Browser and SBrowser, a long press merely provides a generic menu that is not dependent on the type of information selected by the user. Additionally, the Stock Browser and SBrowser display a context menu following a short tap gesture only. For the Chrome Browser, there is no context menu displayed after a long- or short-press.

## I. SBrowser

5. As noted above, SBrowser is based on the open-source version of Chrome called Chromium. The long press gesture of SBrowser does not cause a context menu to be displayed. Instead, only a generic menu of options is provided. For SBrowser, a context menu is provided on a short tap gesture. ███████████████

6. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**
DECLARATION OF JUHUI LEE

## II. Stock Browser

8. As noted above, Stock Browser is based on the web browser source code found in the Android Open Source Project, a derivative of which was accused at trial. First, Samsung modified this source code with respect to the accused long press gesture. The long press gesture previously caused a context menu to be displayed, but as modified it instead provides only a generic menu that is not dependent on the type of information selected by the user. In Stock Browser, only a generic menu of options provided. ▮▮▮

9. More specifically, the Browser application, like all applications in Android, utilizes Android's "view" system to display user interface elements. ▮▮▮

10. ▮▮▮

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE
DECLARATION OF JUHUI LEE

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

11.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓

12.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Thus, a long press gesture in Stock Browser creates only a generic menu.

13.   In addition to modifying the Browser application so that the ▓▓▓▓ class's detection routines are not invoked on determination of a long press gesture, Samsung also modified the Browser so that detection occurs as a result of a short tap gesture. ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4    **HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**
DECLARATION OF JUHUI LEE

1  ████████████████████████████████████████████████████████
2  ██████████████████████████████████████████████████
3  ████████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ██████████████████████████████████████████
6  ████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████
8  ██████████████████████████████ Thus, as a result of Samsung's changes, content detection occurs following a short press gesture.

### III.  Galaxy S III Products

14. The SCH-i535 Galaxy S III model, available on Verizon, is sold either as a pre-paid model or not. In the pre-paid version, the accused Browser has been removed entirely and replaced by the Chrome Browser. The non-pre-paid version uses the Stock Browser, which replaced the accused code with modified code as discussed above.

15. The SPH-L710T Galaxy S III model, available on Sprint, Virgin Mobile and Boost currently uses the SBrowser, which replaced the accused code with code that modified the open-source version of Chrome, as discussed above.

16. The SGH-T999L Galaxy S III model, available on T-Mobile, currently uses the Stock Browser, which replaced the accused code with modified code as discussed above.

17. The SCH-R530 Galaxy S III model, available on U.S. Cellular, currently uses the Stock Browser, which replaced the accused code with modified code as discussed above.

18. The SCH-R530X Galaxy S III model, available generically on various carriers, currently uses the Stock Browser, which replaced the accused code with modified code as discussed above.

19. The SCH-S968 Galaxy S III model, available on TracFone, currently uses the Stock Browser, which replaced the accused code with modified code as discussed above.

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**
DECLARATION OF JUHUI LEE

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2014, at Suwon, Korea.

By: 이주희.
Juhui Lee