QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar. No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**DECLARATION OF SUNGWOO CHO**<br><br>**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**<br><br>Date:    December 18, 2014<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1    I, Sungwoo Cho, declare as follows under 28 U.S.C. § 1746:

2        1.       I am currently employed by Samsung Electronics Co., Ltd. ("Samsung"). I have

3    personal knowledge of the facts stated below, and if called to testify, I could and would testify as

4    follows.

5        2.       I am an Engineer at Samsung, working in the Android R&D Group 2 group.  The

6    Android R&D Group 2 handles developing a lot of Android applications in Samsung devices,

7    including Messenger.  As part of my work on the Messenger, I was involved in implementing

8    certain changes on Samsung's devices.

9        3.       The only Samsung models that I understand were accused in this case and are still

10   being sold are:  SCH-I535 PP, SPH-L710T, SGH-T999L, SCH-R530, SCH-R530X, SCH-S968

11   ("the Galaxy S III products").  The accused Messenger for each of these models has been modified

12   to create a new Messenger application.  All Galaxy S III products still on sale thus do not have the

13   same Messenger code that was accused at trial.

14       4.       Samsung has written the new code so that it performs differently than the

15   Messenger that I understand was accused at trial. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

17   **I.**      **Messenger**

18       5.       As noted above, Samsung has changed Messenger's source code ▓▓▓▓▓▓▓

19   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

26

27

28

4

1

HIGHLY CONFIDENTIAL – OUTSIDE
ATTORNEYS' EYES ONLY – SOURCE CODE
DECLARATION OF SUNGWOO CHO



These changes can be found in the source code excerpted below:

2

**HIGHLY CONFIDENTIAL – OUTSIDE
ATTORNEYS' EYES ONLY – SOURCE CODE**
DECLARATION OF SUNGWOO CHO

II.     **Galaxy S III Products**

6.      In the SCH-i535 Galaxy S III model, available on Verizon, Samsung replaced the accused code with modified Messenger code as discussed above.

7.      In the SPH-L710T Galaxy S III model, available on Sprint and Virgin Mobile, Samsung replaced the accused code with modified Messenger code as discussed above.

8.      In the SGH-T999L Galaxy S III model, available on T-Mobile, Samsung replaced the accused code with modified Messenger code as discussed above.

9.      In the SCH-R530 Galaxy S III model, available on U.S. Cellular, Samsung replaced the accused code with modified Messenger code as discussed above.

10.     In the SCH-R530X Galaxy S III model, available generically on various carriers, Samsung replaced the accused code with modified Messenger code as discussed above.

11.     In the SCH-S968 Galaxy S III model, available on TracFone, Samsung replaced the accused code with modified Messenger code as discussed above.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2014, at Suwon, Korea.

By: _____
Sungwoo Cho

3

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE**
DECLARATION OF SUNGWOO CHO