**[COUNSEL LISTED ON SIGNATURE PAGE]**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**JOINT NOTICE REGARDING ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL (ECF 2064)** |

1  On April 19, 2014, Apple Inc. ("Apple") filed Apple's Objections and Responses to Objections Regarding Judith Chevalier, Mitchael Freeman, Michael Freeman, Roberto Garcia, JP Hong, James Kearl, Tracey Mazur, Tim Millet, Ken Parulski, Sanjay Rao, Dan Schonfeld, James Storer, and Motion to Seal ("Apple's Objections and Motion to Seal"). *See* ECF No. 1727-3.  In Apple's Objections and Motion to Seal, Apple moved to seal DX 390. *See* ECF No. 1727-3 at 6. Apple also objected to Samsung's use of DX 390 with James Kearl. *See id.* at 1.

On April 19, 2014, Samsung also filed DX 390 under seal because it was the subject of one of Apple's high priority objections. *See* ECF No. 1726-17.

On April 19, 2014, the Court entered an order overruling Apple's objection to DX 390 (ECF No. 1730 at 2) and granting Apple's request to seal DX 390. *See id.* at 3.

On November 20, 2014, the Court entered an order granting in part and denying in part several motions to seal. *See* ECF No. 2064. Among other things, the Court's order ruled on ECF No. 1726-17 and denied sealing of DX 390 on the grounds that no party filed a sealing request in connection with ECF No. 1726. *See* ECF 2064 at 6. As noted above, Apple had filed a sealing request on April 19, 2014 in connection with ECF No. 1727, and the Court granted that sealing request in full. *See* ECF Nos. 1727-3 at 6; 1730 at 3.

Accordingly, with the Court's permission, the parties shall continue to treat DX 390 as sealed, and shall not re-file this document on the public docket.

Dated: December 22, 2014        WILMER CUTLER PICKERING
                                   HALE AND DORR LLP

                      By:    __/s/ Mark D. Selwyn_____
                             Mark D. Selwyn
                             *Attorneys for Plaintiff and
                             Counterclaim-Defendant APPLE INC.*

Dated: December 22, 2014        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                      By:    __/s/ Michael L. Fazio__
                             Michael L. Fazio

1
2
3

*Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Notice. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: December 22, 2014         By:     /s/ Mark D. Selwyn
                                         Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                         /s/ Mark D. Selwyn
                                         Mark D. Selwyn