1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

11
12 APPLE INC., a California corporation,
13              Plaintiff,
14       vs.
15 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
16 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
18
19              Defendants.

Case No. 12-cv-00630-LHK

**[PROPOSED] ORDER RE: JOINT NOTICE**

20
21
22
23
24
25
26
27
28

On December 22, 2014, the parties submitted a Joint Notice Regarding Order Granting in Part and Denying in Part Administrative Motions to Seal indicating that Apple had filed a sealing request in connection with a document subject to the Court's November 20, 2014 Order, DX 390, and as a result that document had previously been sealed by this Court. See ECF Nos. 1727-3 at 6; 1730 at 3. Accordingly, this document shall be treated as sealed, and no further action or re-filing is necessary with respect to this document.

The Court orders that DX390 is to remain sealed and need not be publicly filed in connection with ECF No. 2064.

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                          Hon. Lucy H. Koh
                                          United States District Judge