Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006     *Apple v. Samsung Electronics., Co. Ltd., et al,* Case No. 12-cv-630-LHK (PSG)

**DEFENDANT'S EXHIBIT NO. 305.001**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____  By: _____

| | Summary of Ulrich Pfeifer materials corroborating public knowledge and use of freeWAIS-sf 2.0 in the United States | | | |
|---|---|---|---|---|
| Date | Description | Bates Range (PFEIFER NDCA-) | Sender Information | Excerpts from document |
| March 1996 | Newsgroup Posting to comp.infosystems.wais re: "FreeWAIS-sf Headline file >100: How?" | 00002019; 00000008 at 710 | Torsten Heycke Torsten_Heycke@med.stanford.edu | "In the FreeWAIS-sf-2.0.65 documentation there is mention of a MAX_HEADLINE_LEN. Supposedly the default is 300, but I can't get a headline greater than 100. I also can't find the MAX_HEADLINE_LEN setting in the config.h file.<br>*  *  *<br>The index command I use (if it should matter) is: waisindex -r -t fields -d somedirectory/somedatabasename somedirectory<br>I'm using FreeWAIS-sf-2.0.65. Everything else works nicely. :-)" |
| March 1996 | Newsgroup Posting to comp.infosystems.wais re: "freeWAIS-sf 2.0.65, Solaris 2.5: headlines missing first letter" | 00002104; 00000008 at 592 | Frank Peters fwp@CC.MsState.Edu UNIX Systems Group Leader Mississippi State University 601-325-7030 - FAX: 601-325-8921 | "I am attempting to use freeWAIS-sf for the purpose of indexing our university web service. Because I want to serve the data from a different machine than the one that has the data I am using the modified URL handling option with the '-t fields' flag to waisindex.<br><br>I've installed the software. When I build a traditional database with '-t URL /dir http://server ...' I get a working database." |
| March 1996 | Newsgroup Posting to comp.infosystems.wais newsgroup re: "An Interesting FreeWAIS-sf Server" | 00001976; 00000008 at 602 | Clarence L. Thomas IV 102555.1311@CompuServe.COM | "Here are the technical specifications to access a very interesting FreeWAIS-sf server:<br><br>Organization: Ellen G. White Estate<br>Host Name: wais.egwestate.andrews.edu<br>IP Address: 143.207.14.64<br>Port:  210<br><br>Databases: Ellen_G_White_Books_and_Pamphlets<br>Ellen_G_White_Periodicals<br>Ellen_G_White_Published_Writings" |

Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006        *Apple v. Samsung Electronics., Co. Ltd., et al,* Case No. 12-cv-630-LHK (PSG)

| | | | | |
|---|---|---|---|---|
| **Summary of Ulrich Pfeifer materials corroborating public knowledge and use of freeWAIS-sf 2.0 in the United States** | | | | |
| **Date** | **Description** | **Bates Range (PFEIFER NDCA-)** | **Sender Information** | **Excerpts from document** |
| July 1996 | E-mail to wais@wsct.wsc.com mailing listing re: "bad numbering" | 00001602 | Chad Adams<br>u2ti9cma@crrel41.crreLusace.army.mil<br>USACRREL<br>System Administrator<br>(603) 646-4320 | "I am having a strange problem with the results from my WAIS server.<br><br>If I submit a query using SFgate it returns back to me that x number of results were found, and the number is correct. If I submit a query using SFgate it returns back to me that x number of results were found, and the number is correct.<br>When I scan down through the results list however<br>     *   *   *<br>Large chunks are missing.  This doesn't happen on all queries, and sometimes if I re-run the same query it will be correct, or happen in a different place. If I run the same query directly on the server, or using a windows wais program all of the results are protrayed correctly.<br><br>I'm using SFgate 4.0.33 and FreeWAIS 2.0.65." |
| July 1996 | E-mail from Serge J. Goldstein to Ulrich Pfeifer re: "Re: Is there amy way to index the BODY of mail using freewais-sf?" | 00003905-00003907 | Serge J. Goldstein<br>serge@dadofsam.Princeton.EDU | "Ulrich,<br>Thanks very much for the help. I built the following mail.fmt file (minus the lines with the stars):<br><br>********<br>record-sep: /^From /<br>     *   *   *<br>region: /^From: / /^From: /<br>from SOUNDEX LOCAL TEXT LOCAL<br>end: /$/<br>region: /^Subject: / /^Subject: /<br>subject stemming TEXT LOCAL<br>end: /$/<br>     *   *   *<br>end: /\n\n/ # never matches<br>*********<br>I got the following messages (from freewais 2.0.65):<br>     *   *   *<br>Segmentation Fault - core dumped<br>The run was not very long. Any ideas? Thanks" |

Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006       *Apple v. Samsung Electronics., Co. Ltd., et al,* Case No. 12-cv-630-LHK (PSG)

| Summary of Ulrich Pfeifer materials corroborating public knowledge and use of freeWAIS-sf 2.0 in the United States | | | | |
|---|---|---|---|---|
| Date | Description | Bates Range (PFEIFER NDCA-) | Sender Information | Excerpts from document |
| February 1997 | Newsgroup Posting to comp.infosystems.wais re: "s.nde.state.ne.usqq" | 00000392; 00000008 at 207 | Michael Danahy mdanahy@esu2.esu2.k12.ne.us System and Network Manager Educational Service Unit #2 Phone: 402-721-7710 Fax: 402-721-7712 | "Just download freeWAIS-sf-2.0.65 and Wais.PM 2.202 and SFgate 5.110. All seemed to go well and the waisindex works with waissearch across the net using other clients. However, I am having a devil of a time with SFgate." |
| March 1997 | Newsgroup Postings to comp.infosystems.wais newsgroup re "Incomplete results set when using SearchWais function" | 00000487; 00000566; 00000008 at 181, 161 | Bill Wood bwood@cdr.stanford.edu | First Newsgroup Posting: re "Re: Incomplete results set when using SearchWais function"<br><br>"I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris - fwsf 2.1) where using waissearch on a local database retrieves a larger document set for the same query than that produced by a cgi program that uses SearchWais. In both cases, the maximum result set is set to 500.<br><br>In one case (IRIX, 2.0.65) it gets about half of the waissearch set, on the other (Solaris, 2.1) it gets most (338 out of 354). Is this a known problem? Is it fixed in 2.2?"<br><br>Second Newsgroup Posting: re "FIXED – Re: Incomplete results set when using SearchWais function"<br><br>"Problem was in the search result buffer size." |
| March 1997 | E-mail to Ulrich Pfeifer re "Re: Wais-2.300: Problems with 'make test'" | 00004613-00004614 | Ted Okada ted@cais.com ted@fh.org Director Washington D. C. Bureau Food For The Hungry 202.547.0560v \| 202.547.0523f | "Dear Ulrich ..<br>Thank you very much for replying to my email!! :)<br>     \*   \*   \*<br>For this latest compile, I was using freeWAIS-sf-2.0.65 but I have also tried freeWAIS-sf-2. 1. 1 with no success ... I'm using<br>Wais-2.300 for my comile with freeWAIS-sf-2.0.65, I get:<br>     \*   \*   \*<br>Are there things you might recommend for me to look at? I've pretty much mentally exhausted the possibilities" |

**Summary Exhibit Created Pursuant to Federal Rule of Evidence 1006**  *Apple v. Samsung Electronics., Co. Ltd., et al,* Case No. 12-cv-630-LHK (PSG)

| Summary of Ulrich Pfeifer materials corroborating public knowledge and use of freeWAIS-sf 2.0 in the United States |
|---|---|---|---|---|
| Date | Description | Bates Range (PFEIFER NDCA-) | Sender Information | Excerpts from document |
| March 1997 | E-mail to Ulrich Pfeifer re: "Re: Wais.pm 2.2x vs. 2.3x" | 00004997 | Bowen Dwelle<br>bowen@hotwired.com<br>WIRED Digital<br>415.276.8607<br>Engineering Project Manager | "Thanks very much for your reply.<br><br>I'll stick with 2.00 for now, since it's working so welll.<br><br>Thanks again for your work on Wais.pm!<br><br>At 11:35 AM 3/28/97 +0100, you wrote:<br>>>>>>> "Bowen" == Bowen Dwelle... writes:<br>><br>> Bowen> Ulrich --- . . . I am currently using Wais.pm v2.2x with freeWAIS-sf-2.0.65 . . . and perl5.003_95. I noticed your posting of Wais.pm v2.300 . . . but I'm unclear on why I could want to upgrade or not? . . . Is 2.3 significantly faster, or does it offer new features . . . over 2.2?<br><br>>Nope. . . Functionality did not change.<br>>Ulrich Pfeifer" |
| April 1997 | Newsgroup Posting to comp.infosystems.wais re "FreeWAIS and Solaris" | 00000511, 00000008 at 110 | Bryon Lape<br>bryon@aztec.lib.utk.edu | "Has anyone had any luck getting freeWAIS 2.0.65 to compile on Solaris 2.5? If anyone has, please e-mail me.<br><br>thanks." |