**DEFENDANT'S EXHIBIT NO. 310.001**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

```
From: clement@interport.net (Clement J. Galluccio)
Subject: AppleSearch Pros/Cons
Date: 1996/09/03
Message-ID: <clement-0309962205360001@ts7port27.port.net>#1/1
X-Deja-AN: 178325023
organization: Clement Communications
newsgroups: comp.sys.mac.system
```

I am considering indexing legal documents in MS Word format so they can searched quickly for text strings. I saw a AppleSearch demo at MacWorld two or three years ago and it seemed to be more than capable. Any comments or alternatives?

**Exhibit 6**
D. Casseres    5/29/13
Cynthia Manning, CSR, CLR, CCRR

https://groups.google.com/group/comp.sys.mac.system/msg/57bf5fc531a4ab0b?dmode=source&utok...

SAMNDCA630-07216824

DEFENDANT'S EXHIBIT NO. 310.002

```
From: casseres@apple.com (David Casseres)
Subject: Re: AppleSearch Pros/Cons
Date: 1996/09/05
Message-ID: <casseres-0509960917440001@cassda.apple.com>#1/1
X-Deja-AN: 178686613
references: <clement-0309962205360001@ts7port27.port.net>
organization: Apple Computer, Inc.
newsgroups: comp.sys.mac.system


In article <clement-0309962205360001@ts7port27.port.net>,
clement@interport.net (Clement J. Galluccio) wrote:

> I am considering indexing legal documents in MS Word format so they can
> searched quickly for text strings. I saw a AppleSearch demo at MacWorld
> two or three years ago and it seemed to be more than capable. Any comments
> or alternatives?

AppleSearch is good.  You should be aware that it is designed to be a
client/server application, with an indexing/search engine running on a
server (which might also be a file server) and a number of clients
connecting via the local net to request searches.

You can instead run both the server application and the client on your own
machine, but then you need to have a good deal of RAM and hard disk space
as the server's footprint is fairly big.  If your system can handle it, it
works fine in this configuration.

--
David Casseres
Exclaimer: Hey!
```

DEFENDANT'S EXHIBIT NO. 310.003

```
From: clement@interport.net (Clement J. Galluccio)
Subject: Re: AppleSearch Pros/Cons
Date: 1996/09/05
Message-ID: <clement-0509961913220001@ts4port1.port.net>#1/1
X-Deja-AN: 178753468
references: <clement-0309962205360001@ts7port27.port.net> <casseres-0509960917440001
organization: Clement Communications
newsgroups: comp.sys.mac.system


In article <casseres-0509960917440001@cassda.apple.com>,
casseres@apple.com (David Casseres) wrote:

> AppleSearch is good.  You should be aware that it is designed to be a
> client/server application, with an indexing/search engine running on a
> server (which might also be a file server) and a number of clients
> connecting via the local net to request searches.
>
> You can instead run both the server application and the client on your own
> machine, but then you need to have a good deal of RAM and hard disk space
> as the server's footprint is fairly big.  If your system can handle it, it
> works fine in this configuration.
>
Thanks for the reply David. I am interested in setting up a WGServer to
run the AppleSearch server app with Now Up-to-Date/Contact 3.6, CE
QuickMail 3.6., and Global Village GlobalCenter 1.1 server apps. Q. Does
Apple offer a WGServer bundle containing AppleSearch, if not how much does
it cost to purchase AppleSearch stand alone, and how does the forthcoming
V-Twin search engine impact AppleSearch, i.e., I don't want to be
purchasing dead end technology. Thanks in advance, and if you don't have
the answers, is there a Web site  you can point me to other than the
Product Info page where I can get this info.
```

SAMNDCA630-07216826