DEFENDANT'S EXHIBIT
NO. 323.001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

# Novell
# Evolution™

2 . 4

USER GUIDE

www.novell.com

September 7, 2005



Novell.

SAMNDCA630-00944438

DEFENDANT'S EXHIBIT NO. 323.002

## Legal Notices

Novell, Inc. makes no representations or warranties with respect to the contents or use of this documentation, and specifically disclaims any express or implied warranties of merchantability or fitness for any particular purpose. Further, Novell, Inc. reserves the right to revise this publication and to make changes to its content, at any time, without obligation to notify any person or entity of such revisions or changes.

Further, Novell, Inc. makes no representations or warranties with respect to any software, and specifically disclaims any express or implied warranties of merchantability or fitness for any particular purpose. Further, Novell, Inc. reserves the right to make changes to any and all parts of Novell software, at any time, without any obligation to notify any person or entity of such changes.

Any products or technical information provided under this Agreement may be subject to U.S. export controls and the trade laws of other countries. You agree to comply with all export control regulations and to obtain any required licenses or classification to export, re-export, or import deliverables. You agree not to export or re-export to entities on the current U.S. export exclusion lists or to any embargoed or terrorist countries as specified in the U.S. export laws. You agree to not use deliverables for prohibited nuclear, missile, or chemical biological weaponry end uses. Please refer to www.novell.com/info/exports/ for more information on exporting Novell software. Novell assumes no responsibility for your failure to obtain any necessary export approvals.

Copyright © 2005 Novell, Inc. All rights reserved. No part of this publication may be reproduced, photocopied, stored on a retrieval system, or transmitted without the express written consent of the publisher.

Novell, Inc. has intellectual property rights relating to technology embodied in the product that is described in this document. In particular, and without limitation, these intellectual property rights may include one or more of the U.S. patents listed at http://www.novell.com/company/legal/patents/ and one or more additional patents or pending patent applications in the U.S. and in other countries.

Novell, Inc.
404 Wyman Street, Suite 500
Waltham, MA  02451
U.S.A.

www.novell.com

Evolution User Guide
September 7, 2005

**Online Documentation:** To access the online documentation for this and other Novell products, and to get updates, see www.novell.com/documentation.

DEFENDANT'S EXHIBIT NO. 323.003

## Novell Trademarks

Evolution is a trademark of Novell, Inc.

GroupWise is a registered trademark of Novell, Inc. in the United States and other countries.

Novell is a registered trademark of Novell, Inc. in the United States and other countries.

Red Carpet is a registered trademark of Novell, Inc. in the United States and other countries.

SUSE is a registered trademark of SUSE LINUX AG, a Novell business.

Ximian is a registered trademark of Novell, Inc. in the United States and other countries.

ZENworks is a registered trademark of Novell, Inc. in the United States and other countries.

## Third-Party Materials

All third-party trademarks are the property of their respective owners.

SAMNDCA630-00944440

DEFENDANT'S EXHIBIT NO. 323.004

SAMNDCA630-00944441

DEFENDANT'S EXHIBIT NO. 323.005

# Contents

**About This Guide** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

**1   Getting Started** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

Starting Evolution for the First Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
  Using the First-Run Assistant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Using Evolution: An Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
  The Menu Bar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
  The Shortcut Bar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
  E-Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
  The Calendar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  The Contacts Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Command Line Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**2   Sending and Receiving E-Mail** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33**

Reading Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
  Sorting the Message List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
  Deleting Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
  Undeleting Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Checking for New Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
  Sharing Mailboxes with Other Mail Programs . . . . . . . . . . . . . . . . . . . . . . . 34
  Using Evolution for News . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
  Working with Attachments and HTML Mail . . . . . . . . . . . . . . . . . . . . . . . . 35
Composing New E-Mail Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  Unicode, ASCII, and Non-Latin Alphabets . . . . . . . . . . . . . . . . . . . . . . . . 37
  Sending Composed Messages Later . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
  Working Offline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
  Attachments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
  Specifying Additional Recipients for E-Mail . . . . . . . . . . . . . . . . . . . . . . . 39
  Choosing Recipients Quickly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
  Replying to E-Mail Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
  Searching and Replacing with the Composer . . . . . . . . . . . . . . . . . . . . . . . 40
  Enhancing Your E-Mail with HTML . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
  Forwarding Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
  Tips for E-Mail Courtesy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Sending Invitations by Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
IMAP Subscriptions Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
  Making a GPG Encryption Key . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
  Getting and Using GPG Public Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  Setting up GPG Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  Encrypting Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  Unencrypting a Received Message . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  S/MIME Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

**3   Organizing Your E-Mail** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **49**

Importing Your Old E-Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

SAMNDCA630-00944442

Importing Single Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Importing Multiple Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Sorting Mail with Column Headers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Using the Follow Up Feature. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Getting Organized with Folders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Searching for Messages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Stopping Junk Mail (Spam) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Create Rules to Automatically Organize Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Creating New Filter Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
Editing Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Deleting Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Using Search Folders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Creating A Search Folder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

**4    Evolution Contacts: the Address Book                                              59**
Contacts and Cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
The Contact Editor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
Searching for Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Organizing your Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Contacts Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Importing Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Creating a List of Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Grouping with Categories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
Selecting Your Default Contact List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
LDAP: Shared Contact Groups on a Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
Configuring Evolution to use LDAP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
Send Me a Card: Adding New Cards Quickly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

**5    Evolution Calendar                                                                65**
Ways of Looking at your Calendar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Scheduling With the Evolution Calendar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Sending a Meeting Invitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

Accepting and Replying to a Meeting Request . . . . . . . . . . . . . . . . . . . . . . . 69
Reading Responses to Meeting Requests . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Using the Free/Busy View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Deleting Old Appointments and Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Delegating Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Multiple Calendars and Web Calendars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
The Task List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Task Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Configuring Time Zones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Marcus Bains line . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

**6    Connecting to Exchange Servers                                                    73**
Evolution Exchange Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
Installing Evolution Exchange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
Adding Your Exchange Account to Evolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
Exchange Server Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Standard Configuration Tool for Evolution Exchange . . . . . . . . . . . . . . . . . . . . . . 75
Accessing the Exchange Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
Settings Exclusive to Evolution Exchange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Access Delegation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Subscribe to Public Folders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Setting an Out of Office Message . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

SAMNDCA630-00944443

Scheduling Appointments with Free/Busy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

**7   Connecting to GroupWise** **83**
GroupWise Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
GroupWise Terminology vs. Evolution Terminology . . . . . . . . . . . . . . . . . . . . . . . . . 84
Adding your GroupWise Account to Evolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
    Creating a New GroupWise Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
    Changing an Existing Account to Work with GroupWise . . . . . . . . . . . . . . . . . . . 84
Scheduling Appointments with Free/Busy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Managing Sent Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
    Confirming Delivery of Items You've Sent . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Displaying Sent Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Checking the Status of Your Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
    Receiving Notification About Items You Send . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    Requesting a Reply for Items You Send . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    Changing the Priority of an E-Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    Delegating an Item . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
Giving Other People Access to Your Mailbox or Calendar . . . . . . . . . . . . . . . . . . . . . 90
    Receiving Proxy Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
    Assigning Proxy Rights to Another User . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
    Adding and Removing Proxy Names and Rights in Your Proxy List . . . . . . . . . . . . 91
    Managing Someone Else's Mailbox or Calendar . . . . . . . . . . . . . . . . . . . . . . . . 92
    Marking an Item Private . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
Junk Mail Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Marking a Message As Junk Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Marking a Message As Not Junk Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Enabling or Disabling Your Junk Mail List . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    Adding an E-Mail Address to Your Junk List . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    Removing an E-Mail Address from Your Junk List . . . . . . . . . . . . . . . . . . . . . . . 94

**8   Advanced Configuration** **95**
Working with Mail Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
Autocompletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Mail Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    General Mail Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    HTML Mail Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    Color Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    Mail Header Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    Junk Mail Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    Automatic Contacts Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    Meetings & Tasks Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Composer Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
    Signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Spell Checking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Calendar and Tasks Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
    General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Display . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Free/Busy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Certificates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Contact Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
    Creating a Contact . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
    Creating an Address Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

**9   Synchronizing Your Handheld Device** **103**
Enabling Synchronization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

Contents   **7**

Selecting Conduits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
Synchronizing Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
    Using HotSync . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

**A   Migration from Outlook to Evolution                                      105**
Migrating Local Outlook Mail Folders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

**B   Quick Reference                                                          107**
Opening or Creating Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Mail Tasks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Calendar. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Address Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

**C   Known Bugs and Limitations                                               111**

**D   Authors                                                                  113**

    **Glossary                                                                 115**

SAMNDCA630-00944445

DEFENDANT'S EXHIBIT NO. 323.009

# About This Guide

This guide describes how to use and manage Evolution™ 2.4.x client software. This guide is intended for users and is divided into the following sections:

- Chapter 1, "Getting Started," on page 11
- Chapter 2, "Sending and Receiving E-Mail," on page 33
- Chapter 3, "Organizing Your E-Mail," on page 49
- Chapter 4, "Evolution Contacts: the Address Book," on page 59
- Chapter 5, "Evolution Calendar," on page 65
- Chapter 6, "Connecting to Exchange Servers," on page 73
- Chapter 8, "Advanced Configuration," on page 95
- Chapter 9, "Synchronizing Your Handheld Device," on page 103
- Appendix A, "Migration from Outlook to Evolution," on page 105
- Appendix B, "Quick Reference," on page 107
- Appendix C, "Known Bugs and Limitations," on page 111

**Additional Documentation**

You can find additional help in three places:

- For information about command line options, open a terminal window and type `evolution --help`.
- For support, late-breaking news, and errata, visit the Novell® support center at support.novell.com (http://support.novell.com).
- In the Evolution interface, click Help > Contents.

**Documentation Updates**

For the most recent version of the *Evolution 2.4 User Guide*, see the Evolution Documentation Web site (http://www.novell.com/documentation/ximian.html).

**Documentation Conventions**

In Novell documentation, a greater-than symbol (>) is used to separate actions within a step and items in a cross-reference path.

A trademark symbol (®, ™, etc.) denotes a Novell trademark. An asterisk (*) denotes a third-party trademark.

SAMNDCA630-00944446

DEFENDANT'S EXHIBIT NO. 323.010

**User Comments**

We want to hear your comments and suggestions about this manual and the other documentation included with this product. Please use the User Comment feature at the bottom of each page of the online documentation, or go to www.novell.com/documentation/feedback.html and enter your comments there.

SAMNDCA630-00944447

DEFENDANT'S EXHIBIT NO. 323.011

# 1 Getting Started

Evolution™ makes the tasks of storing, organizing, and retrieving your personal information easy, so you can work and communicate more effectively with others. It's a highly evolved groupware program, an integral part of the Internet-connected desktop.

Evolution can help you work in a group by handling e-mail, address, and other contact information, and one or more calendars. It can do that on one or several computers, connected directly or over a network, for one person or for large groups.

With Evolution, you can accomplish your most common daily tasks quickly. For example, it takes only one or two clicks to enter appointment or contact information sent to you by e-mail, or to send e-mail to a contact or appointment. People who get lots of e-mail will appreciate advanced features like search folders, which let you save searches as though they were ordinary e-mail folders.

- "Starting Evolution for the First Time" on page 11
- "Using Evolution: An Overview" on page 25

## Starting Evolution for the First Time

**1** Start the Evolution client.

| | |
|---|---|
| GNOME: | Click Programs > Evolution. |
| KDE: | Click the K menu > Office > More Programs > Evolution. |
| Command Line: | Enter evolution. |

### Using the First-Run Assistant

The first time you run Evolution, it creates a directory called .evolution in your home directory, where it stores all of its local data. Then, it opens a First-Run Assistant to help you set up e-mail accounts and import data from other applications.

Using the first-run assistant takes two to five minutes.

Later on, if you want to change this account, or if you want to create a new one, click Edit > Preferences, then click Mail Accounts. Select the account you want to change, then click Edit. Alternately, add a new account by clicking Add. See "Mail Preferences" on page 97 for details.

The First-Run Assistant helps you provide the information Evolution needs to get started.

- "Defining Your Identity" on page 12
- "Receiving Mail" on page 13
- "Receiving Mail Options" on page 15
- "Sending Mail" on page 23

SAMNDCA630-00944448

- ◆ "Account Management" on page 24
- ◆ "Time Zone" on page 24

**Defining Your Identity**

The Identity window is the first step in the assistant.



Here, you enter some basic personal information. You can define multiple identities later by clicking Edit > Preferences, then clicking Mail Accounts.

When the First-Run Assistant starts, the Welcome page is displayed. Click Forward to proceed to the Identity window.

**1** Type your full name in the Full Name field.

**2** Type your e-mail address in the E-Mail Address field.

**3** (Optional) Select if this account is your default account.

**4** (Optional) Type a reply to address in the Reply-To field.

Use this field if you want replies to e-mails sent to a different address.

**5** (Optional) Type your organization name in the Organization field.

This is the company where you work, or the organization you represent when you send e-mail.

**6** Click Forward.

SAMNDCA630-00944449

DEFENDANT'S EXHIBIT NO. 323.013

**Receiving Mail**

The Receiving E-mail option lets you determine where you get your e-mail.



You need to specify the type of server you want to receive mail with. If you are unsure about the type of server to choose, ask your system administrator or ISP.

**1** Select a server type in the Server Type list.

The following a list of server types that are available:

**Novell GroupWise:** Select this option if you connect to Novell GroupWise®. Novell GroupWise keeps e-mail, calendar, and contact information on the server. For configuration instructions, see "Remote Configuration Options" on page 14.

**Microsoft Exchange:** Available only if you have installed the Connector for Microsoft* Exchange. It allows you to connect to a Microsoft Exchange 2000 or 2003 server, which stores e-mail, calendar, and contact information on the server. For configuration instructions, see "Remote Configuration Options" on page 14.

**IMAP:** Keeps the e-mail on your server so you can access your e-mail from multiple systems. For configuration instructions, see "Remote Configuration Options" on page 14.

**IMAP4rev1:** Keeps the e-mail on your server so you can access your e-mail from multiple systems. For configuration instructions, see "Remote Configuration Options" on page 14.

**POP:** Downloads your e-mail to your hard disk for permanent storage, freeing up space on the e-mail server. For configuration instructions, see "Remote Configuration Options" on page 14.

**USENET News:** Connects to the news server and downloads a list of available news digests. For configuration instructions, see "Remote Configuration Options" on page 14.

**Local Delivery:** Choose this option if you want to move e-mail from the spool (the location where mail waits for delivery) and store it in your home directory. You need to provide the

SAMNDCA630-00944450

DEFENDANT'S EXHIBIT NO. 323.014

path to the mail spool you want to use. If you want to leave e-mail in your system's spool files, choose the Standard Unix Mbox Spool option instead. For configuration instructions, see "Local Configuration Options" on page 14.

**MH Format Mail Directories:** If you download your e-mail using mh or another MH-style program, you should use this option. You need to provide the path to the mail directory you want to use. For configuration instructions, see "Local Configuration Options" on page 14.

**Maildir Format Mail Directories:** If you download your e-mail using Qmail or another maildir-style program, you should use this option. You need to provide the path to the mail directory you want to use. For configuration instructions, see "Local Configuration Options" on page 14.

**Standard Unix Mbox Spool or Directory:** If you want to read and store e-mail in the mail spool on your local system, choose this option. You need to provide the path to the mail spool you want to use. For configuration instructions, see "Local Configuration Options" on page 14.

**None:** Select this if you do not plan to check e-mail with this account. If you select this, there are no configuration options.

### Remote Configuration Options

If you selected Novell GroupWise, IMAP, POP, or USENET News as your server, you need to specify additional information.

**1** Type the hostname of your e-mail server in the Hostname field.

If you don't know the hostname, contact your administrator.

**2** Type your username for the account in the Username field.

**3** Select to use a secure (SSL) connection.

If your server supports secure connections, you should enable this security option. If you are unsure if your server supports a secure connection, contact your system administrator.

**4** Select your authentication type in the Authentication list.

or

Click Check for Supported Types to have Evolution check for supported types. Some servers do not announce the authentication mechanisms they support, so clicking this button is not a guarantee that available mechanisms actually work.

If you are unsure what authentication type you need, contact your system administrator.

**5** Select if you want Evolution to remember your password.

**6** Click Forward.

(Conditional) If you chose Microsoft Exchange, provide your username in the Username field and your Outlook Web Access (OWA) URL in the OWA Url field.

When you have finished, continue with Receiving Mail Options.

### Local Configuration Options

If you selected Local Delivery, MH-Format Mail Directories, Maildir-Format Mail Directories, or Standard Unix Mbox Spool or Directory, you must specify the path to the local files in the path field. Continue with Receiving Mail Options.

SAMNDCA630-00944451

DEFENDANT'S EXHIBIT NO. 323.015

**Receiving Mail Options**

After you have selected a mail delivery mechanism, you can set some preferences for its behavior.

- "Novell GroupWise Receiving Options" on page 15
- "Microsoft Exchange Receiving Options" on page 16
- "IMAP and IMAP4rev1 Receiving Options" on page 17
- "POP Receiving Options" on page 18
- "USENET News Receiving Options" on page 19
- "Local Delivery Receiving Options" on page 19
- "MH-Format Mail Directories Receiving Options" on page 20
- "Maildir-Format Mail Directories Receiving Options" on page 20
- "Standard Unix Mbox Spool or Directory Receiving Options" on page 21

**Novell GroupWise Receiving Options**

If you select Novell GroupWise as your receiving server type, you need to specify the following options:



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to check for new messages in all folders.

**3** Select if you want to apply filters to new messages in the Inbox on the server.

For additional information on filtering, see "Creating New Filter Rules" on page 53.

**4** Select if you want to check new messages for junk content.

For additional information on junk content, see "Junk Mail Preferences" on page 99.

SAMNDCA630-00944452

**DEFENDANT'S EXHIBIT NO. 323.016**

**5** Select if you want to only check for junk messages in the Inbox folder.

**6** Select if you want to automatically synchronize remote mail locally.

**7** Type your Post Office Agent SOAP port in the Post Office Agent SOAP Port field.

If you are unsure what your Post Office Agent SOAP port is, contact your system administrator.

**8** Select if you want to use a secure (SSL) connection.

**9** Click Forward.

When you have finished, continue with Sending Mail.

### Microsoft Exchange Receiving Options

If you select Microsoft Exchange as your receiving server type, you need to specify the following options.



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Specify the Global Catalog server name in the Global Catalog Server Name field.

The Global Catalog Server contains the user information for users. If you are unsure what your Global Catalog server name is, contact your system administrator.

**3** Select if you want to limit the number of Global Address Lists (GAL).

The GAL contains a list of all e-mail addresses. If you select this option, you need to specify the maximum number of responses.

SAMNDCA630-00944453

DEFENDANT'S EXHIBIT NO. 323.017

**4** Select if you want the password expire warning period.

If you select this option, you need to specify how often Evolution should send the password expire message.

**5** Select if you want to automatically synchronize remote mail locally.

**6** Click Forward.

When you have finished, continue with Sending Mail.

### IMAP and IMAP4rev1 Receiving Options

If you select IMAP or IMAP4rev1 as your receiving server type, you need to specify the following options:



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want Evolution to use custom commands to connect to Evolution.

If you select this option, specify the custom command you want Evolution to use.

**3** Select if you want Evolution to show only subscribed folders.

Subscribed folders are folders that you have chosen to receive mail from by subscribing to them.

**4** Select if you want Evolution to override server-supplied folder namespaces.

By choosing this option you can rename the folders that the server provides. If you select this option, you need to specify the namespace to use.

SAMNDCA630-00944454

DEFENDANT'S EXHIBIT NO. 323.018

**5** Select if you want to apply filters to new messages in the Inbox.

For additional information on filtering, see "Creating New Filter Rules" on page 53.

**6** Select if you want to check new messages for junk content.

For additional information on junk content, see "Junk Mail Preferences" on page 99.

**7** Select if you want to check for junk messages in the Inbox folder.

**8** Select if you want to automatically synchronize remote mail locally.

**9** Click Forward.

When you have finished, continue with Sending Mail.

### POP Receiving Options

If you select POP as your receiving server type, you need to specify the following options:



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to leave messages on the server.

**3** Select if you want to disable support for all POP3 extensions (support for POP3).

**4** Click Forward.

When you have finished, continue with Sending Mail.

SAMNDCA630-00944455

DEFENDANT'S EXHIBIT NO. 323.019

**USENET News Receiving Options**

If you select USENET News as your receiving server type, you need to specify the following options:



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to show folders in short notation.

For example, comp.os.linux would appear as c.o.linux.

**3** Select if you want to show relative folder names in the subscription dialog box.

If you select to show relative folder names in the subscription page, only the name of the folder is displayed. For example the folder evolution.mail would appear as evolution.

**4** Click Forward.

When you have finished, continue with Sending Mail.

**Local Delivery Receiving Options**

If you select Local Delivery as your receiving server type, you need to specify the following options:

**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Click Forward.

SAMNDCA630-00944456

DEFENDANT'S EXHIBIT NO. 323.020

When you have finished, continue with Sending Mail.

### MH-Format Mail Directories Receiving Options

If you select MH-Format Mail Directories as your receiving server type, you need to specify the following options:



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to user the .folders summary file.

**3** Click Forward.

When you have finished, continue with Sending Mail.

### Maildir-Format Mail Directories Receiving Options

If you select Maildir-Format Mail Directories as your receiving server type, you need to specify the following options:

SAMNDCA630-00944457

DEFENDANT'S EXHIBIT NO. 323.021



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to apply filters to new messages in the Inbox.

For additional information on filtering, see "Creating New Filter Rules" on page 53.

**3** Click Forward.

When you have finished, continue with Sending Mail.

### Standard Unix Mbox Spool or Directory Receiving Options

If you select Standard Unix Mbox Spool or Directory as your receiving server type, you need to specify the following options:

SAMNDCA630-00944458

DEFENDANT'S EXHIBIT NO. 323.022



**1** Select if you want Evolution to automatically check for new mail.

If you select this option, you need to specify how often Evolution should check for new messages.

**2** Select if you want to apply filters to new messages in the Inbox.

**3** Select if you want to store status headers in Elm, Pine, and Mutt formats.

**4** Click Forward.

When you have finished, continue with Sending Mail.

SAMNDCA630-00944459

DEFENDANT'S EXHIBIT NO. 323.023

**Sending Mail**

Now that you have entered information about how you plan to get mail, Evolution needs to know about how you want to send it.



**1** Select a server type from the Server Type list.

The following server types are available:

**Sendmail:** Uses the Sendmail program to send mail from your system. Sendmail is more flexible, but is not as easy to configure, so you should select this option only if you know how to set up a Sendmail service.

**SMTP:** Sends mail using an outbound mail server. This is the most common choice for sending mail. If you choose SMTP, there are additional configuration options. See "SMTP Configuration" on page 23 for more information.

### SMTP Configuration

**1** Type the host address in the Host field.

If you are unsure what your host address is, contact your system administrator.

**2** Select if your server requires authentication.

If you selected that your server requires authentication, you need to provide the following information:

**2a** Select your authentication type in the Authentication list.

or

Click Check for Supported Types to have Evolution check for supported types. Some servers do not announce the authentication mechanisms they support, so clicking this button is not a guarantee that available mechanisms actually work.

SAMNDCA630-00944460

DEFENDANT'S EXHIBIT NO. 323.024

**2b** Type your username in the Username field.

**2c** Select if you want Evolution to remember your password.

**3** Select if you use a secure connection (SSL).

**4** Click Forward.

Continue with Account Management.

### Account Management

Now that you have finished the e-mail configuration process you need to give the account a name. The name can be any name you prefer. Type your account name on the Name field, then click Forward.

Continue with Time Zone.

### Time Zone

In this step, you need to select your time zone either on the map or select from the time zone drop-down list.



When you have finished, click Forward, then click Apply. Evolution opens with your new account created.

If you want to import e-mail from another e-mail client, continue with Importing Mail. If not, skip to "Using Evolution: An Overview" on page 25.

### Importing Mail (Optional)

If Evolution finds e-mail or address files from another application, it offers to import them. For a full description of the import feature, see "Importing Single Files" on page 49.

Microsoft Outlook* and versions of Outlook Express after version 4, use proprietary formats that Evolution cannot read or import. To import information, you might want to use the Export tool under Windows*. See the instructions in "Migrating Local Outlook Mail Folders" on page 105.

SAMNDCA630-00944461

Before importing e-mail from Netscape*, make sure you have selected File > Compact All Folders. If you don't, Evolution will import and undelete the messages in your Trash folders.

**TIP:** Evolution uses standard file types for e-mail and calendar information, so you can copy those files from your ~/.evolution directory. The file formats used are *mbox* for e-mail and iCal for calendar information.

Contacts files are stored in a database, but can be saved as a standard vCard*. To export contact data, open your contacts tool and select the contacts you want to export (press Ctrl+A to select them all). Click File > Save as VCard.

# Using Evolution: An Overview

Now that the first-run configuration has finished, you're ready to begin using Evolution. Here's a quick explanation of what's happening in your main Evolution window.



### Menu Bar

The menu bar gives you access to nearly all of Evolution features. For additional information, see "The Menu Bar" on page 26.

### Folder List

The folder list gives you a list of the available folders for each account. To see the contents of a folder, click the folder name and the contents are displayed in the e-mail list.

### Toolbar

The toolbar gives you fast and easy access to the frequently used features in each component.

SAMNDCA630-00944462

DEFENDANT'S EXHIBIT NO. 323.026

### Search Tool

The search tool lets you search your e-mail, contacts, calendar, and tasks to easily find what you're looking for.

### Message List

The message list displays a list of e-mail that you have received. To view an e-mail in the preview pane, click the e-mail in the e-mail list.

### Shortcut Buttons

The shortcut bar lets you switch between folders and between Evolution tools. At the bottom of the shortcut bar there are buttons that let you switch tools, and above that is a list of all the available folders for the current tool. If you have the Evolution Connector for Microsoft Exchange installed, you have an Exchange button in addition to buttons for the other tools. For additional information, see "The Shortcut Bar" on page 27.

### Status Bar

The status bar periodically displays a message, or tells you the progress of a task. This most often happens when you're checking or sending e-mail. These progress queues are shown in the previous figure. The Online/Offline indicator is here, too, in the lower left of the window.

### Preview Pane

The preview pane displays the contents of the e-mail that is selected in the e-mail list.

## The Menu Bar

The menu bar's contents always provide all the possible actions for any given view of your data. If you're looking at your Inbox, most of the menu items relate to e-mail. Some content relates to other components of Evolution and some, especially those in the File menu, relates to the application as a whole.

**File:** Anything related to a file or to the operations of the application usually falls under this menu, such as creating things, saving them to disk, printing them, and quitting the program itself.

**Edit:** Holds useful tools that help you edit text and move it around. Lets you access the settings and configuration options in the Edit menu.

**View:** Lets you decide how Evolution should look. Some of the features control the appearance of Evolution as a whole, and others the way a particular kind of information appears.

**Folder:** Holds actions that can be performed on folders. You can find things like copy, rename, delete, and so on.

**Message:** Holds actions that can be applied to a message. If there is only one target for the action, such as replying to a message, you can normally find it in the Message menu.

**Search:** Lets you search for messages, or for phrases within a message. You can also see previous searches you have made. In addition to the Search menu, there is a text entry box in the toolbar that you can use to search for messages. You can also create a search folder from a search.

**Help:** Opens the Evolution Help files.

SAMNDCA630-00944463

DEFENDANT'S EXHIBIT NO. 323.027

## The Shortcut Bar

Evolution's most important job is to give you access to your information and help you use it quickly. One way it does that is through the shortcut bar, which is the column on the left side of the main window. The buttons, such as Mail and Contacts, are the shortcuts. Above them is a list of folders for the current Evolution tool.

The folder list organizes your e-mail, calendars, contact lists, and task lists in a tree, similar to a file tree. Most people find one to four folders at the base of the tree, depending on the tool and their system configuration. Each Evolution tool has at least one, called On This Computer, for local information. For example, the folder list for the e-mail tool shows any remote e-mail storage you have set up, plus local folders and search folders, which are discussed in "Using Search Folders" on page 55.

If you get large amounts of e-mail, you might want more folders than just your Inbox. You can create multiple calendar, task, or contacts folders.

To create a new folder:

**1** Click Folder > New.

**2** Type the name of the folder in the Folder Name field.

**3** Select the location of the new folder.

**4** Click OK.

### Folder Management

Right-click a folder or subfolder to display a menu with the following options:

**Copy:** Copies the folder to a different location. When you select this item, Evolution offers a choice of locations to copy the folder to.

**Move:** Moves the folder to another location.

**Mark Messages As Read:** Marks all the messages in the folder as read.

**New Folder:** Creates another folder in the same location.

**Delete:** Deletes the folder and all its contents.

**Rename:** Lets you change the name of the folder.

**Disable:** Disables the account.

**Properties:** Checks the number of total and unread messages in a folder, and, for remote folders, lets you select whether to copy the folder to your local system for offline operation.

You can also rearrange folders and messages by dragging and dropping them.

Any time new e-mail arrives in a e-mail folder, that folder label is displayed in bold text, along with the number of new messages in that folder.

## E-Mail

Evolution e-mail is like other e-mail programs in several ways:

♦ It can send and receive e-mail in HTML or as plain text, and makes it easy to send and receive multiple file attachments.

♦ It supports multiple e-mail sources, including IMAP, POP3, and local mbox or mh spools and files created by other e-mail programs.

SAMNDCA630-00944464

DEFENDANT'S EXHIBIT NO. 323.028

- ◆ It can sort and organize your e-mail in a wide variety of ways with folders, searches, and filters.
- ◆ It lets you guard your privacy with encryption.

However, Evolution has some important differences from other e-mail programs. First, it's built to handle very large amounts of e-mail. The junk e-mail, message filtering and searching functions were built for speed and efficiency. There's also the search folder, an advanced organizational feature not found in some e-mail clients. If you get a lot of e-mail, or if you keep every message you get in case you need to refer to it later, you'll find this feature especially useful. Here's a quick explanation of what's happening in your main Evolution e-mail window.



### Message List

The message list displays all the e-mails that you have. This includes all your read and unread messages, and e-mail that is flagged to be deleted.

### Preview Pane

This is where your e-mail is displayed.

If you find the preview pane too small, you can resize the pane, enlarge the whole window, or double-click the message in the message list to have it open in a new window. To change the size of a pane, drag the divider between the two panes.

As with folders, you can right-click messages in the message list and get a menu of possible actions, including moving or deleting them, creating filters or search folders based on them, and marking them as junk mail.

Most of the e-mail-related actions you want to perform are listed in the Actions menu in the menu bar. The most frequently used ones, like Reply and Forward, also appear as buttons in the toolbar. Most of them are also located in the right-click menu and as keyboard shortcuts.

For an in-depth guide to the e-mail capabilities of Evolution, read Chapter 2, "Sending and Receiving E-Mail," on page 33.

SAMNDCA630-00944465

## The Calendar

To begin using the calendar, click Calendar in the shortcut bar. By default, the calendar shows today's schedule on a ruled background. At the upper right, there's a monthly calendar you can use to switch days. Below that, there's a Task list, where you can keep a list of tasks separate from your calendar appointments.



### Appointment List

The appointment list displays all your scheduled appointments.

### Month Pane

The month pane is a small view of a calendar month. To display additional months, drag the column border to the left. You can also select a range of days in the month pane to display a custom range of days in the appointment list.

### Task List

Tasks are distinct from appointments because they generally don't have times associated with them. You can see a larger view of your task list by clicking Tasks in the shortcut bar.

For more information about the calendar, see Chapter 5, "Evolution Calendar," on page 65.

SAMNDCA630-00944466

DEFENDANT'S EXHIBIT NO. 323.030

## The Contacts Tool

The Evolution contacts tool can handle all of the functions of an address book or phone book. However, it's easier to update Evolution than it is to change an actual paper book, in part because Evolution can synchronize with Palm OS* devices and use LDAP directories on a network.

Another advantage of the Evolution contacts tool is its integration with the rest of the application. For example, you can right-click on an e-mail address in Evolution mail to instantly create a contact entry.

To use the contacts tool, click Contacts in the shortcut bar. By default, the display shows all your contacts in alphabetical order, in a minicard view. You can select other views from the View menu, and adjust the width of the columns by clicking and dragging the gray column dividers.

The contacts tool looks like this:



**Contact list**

The largest section of the contacts display shows a list of individual contacts. You can also search the contacts in the same way that you search e-mail folders, using the search tool on the right side of the toolbar.

For detailed instructions on how to use the address book, read Chapter 4, "Evolution Contacts: the Address Book," on page 59.

SAMNDCA630-00944467

DEFENDANT'S EXHIBIT NO. 323.031

# Command Line Options

Evolution has a number of command line options that you can use. You can find the full list by entering the command `man evolution` or `evolution --help`. The most important command line options are:

| Command | Description |
| --- | --- |
| evolution --offline | Starts Evolution in offline mode. |
| evolution mailto:*joe@somewhere.net* | Starts Evolution and begins composing a message to the e-mail address listed. |
| evolution -c mail | Starts Evolution in mail mode. |
| evolution -c calendar | Starts Evolution in calendar mode. |
| evolution -c contacts | Starts Evolution in contacts mode. |
| evolution --force-shutdown | Forces every part of Evolution to shut down immediately. |
| evolution "%s" | Makes Evolution your default e-mail handler for your Web browser and in the GNOME* Control Center. |

SAMNDCA630-00944468

DEFENDANT'S EXHIBIT NO. 323.032

SAMNDCA630-00944469

DEFENDANT'S EXHIBIT NO. 323.033

# 2

# Sending and Receiving E-Mail

This section, and Chapter 3, "Organizing Your E-Mail," on page 49, provide you with an in-depth guide to the capabilities of Evolution™ as a mail client. For information about how to customize your mail account, see "Mail Preferences" on page 97.

- "Reading Mail" on page 33
- "Checking for New Mail" on page 34
- "Composing New E-Mail Messages" on page 37
- "Sending Invitations by Mail" on page 43
- "IMAP Subscriptions Manager" on page 44
- "Encryption" on page 44

## Reading Mail

If you are not already viewing mail, switch to the mail tool by clicking the Mail shortcut button, or press Ctrl+F1. To read a message, select it in the message list; if you'd like to see it in its own window, either double-click it, press Enter, or press Ctrl+O.

**TIP:** To read mail with the keyboard, you can click the Spacebar to page down while you're reading an e-mail, and press Backspace to page up in an e-mail.

Navigate the message list by using the arrow keys on the keyboard. To go to the next and previous unread messages, press the period (.) or comma (,) keys. On most keyboards, these keys are also marked with the > and < symbols, which is a convenient way to remember that they move you forward and backward in your message list. You can also use the right square bracket (]) for the next unread message, and the left square bracket ([) for the previous unread message.

### Sorting the Message List

Evolution helps you work by letting you sort your e-mail. To sort by sender, subject, or date, click the bars with those labels at the top of the message list. The direction of the arrow next to the label indicates the direction of the sort. Click again, to sort them in reverse order. For example, click Date to sort messages by date from oldest to newest. Click again, and Evolution sorts the list from newest to oldest. You can also right-click the message header bars to get a set of sorting options, and to add or remove columns from the message list. You can find detailed instructions on how to customize your message display columns in "Sorting Mail with Column Headers" on page 50.

To look at the complete headers for a message, click View > Message Display > Show Full Headers. To see all message data, click View > Message Display > Show E-Mail Source.

You can also choose a threaded message view. Click View > Threaded Message List to turn the threaded view on or off. When you select this option, Evolution groups the replies to a message with the original, so you can follow the thread of a conversation from one message to the next.



| | Joe Katzman <joekatz@rupert | ⊟ RE: Pictures from last week | Jan 09 12:44 PM |
| | Eleanor Garcia <eleanor@rup | └ RE: Pictures from last we | Jan 09 12:44 PM |

SAMNDCA630-00944470

DEFENDANT'S EXHIBIT NO. 323.034

## Deleting Mail

After you read your mail, you might want to delete it. To delete a message, select it and press the Delete key, click the Trash button, press Ctrl+D, or right-click the message, then click Delete.

When you press Delete or click the Trash button, your mail isn't actually deleted, but is marked for deletion. Your e-mail is recoverable until you have expunged your mail. When you expunge a folder, you remove all the mail that you have marked for deletion.

To show deleted messages, click View > Hide Deleted Messages. You can also find deleted messages in the your Trash folder.

To permanently erase all the deleted messages in a folder, click Folder > Expunge or press Ctrl+E.

Both local and IMAP Trash folders are actually search folders that display all messages you have marked for later deletion. For more information about search folders, see "Using Search Folders" on page 55. Because emptying your trash expunges the messages in your Trash folder, emptying Trash is the same as expunging deleted mail from all your folders.

However, this is not true for the Trash folder on Exchange servers, which behaves just the same as it does in Outlook. It is a normal folder with actual messages in it.

## Undeleting Messages

You can undelete a message that has been deleted but not expunged. To undelete a message, select the message, then press Ctrl+U, or click Edit > Undelete.

If you have marked a message for deletion, undeleting it unmarks it, and the message is removed from the Trash folder. You cannot undelete messages that have been expunged.

# Checking for New Mail

To check your mail, click Send/Receive in the toolbar. If you haven't created any mail accounts yet, the setup assistant asks you for the information it needs to check your e-mail. For information on creating mail accounts, see "Starting Evolution for the First Time" on page 11.

If this is your first time checking mail, or you haven't asked Evolution to store your password, you are prompted for the password. Enter your password to download your e-mail.

If you get an error message instead of mail, you probably need to check your network settings. To learn how to do that, see "Mail Preferences" on page 97, or ask your system administrator.

## Sharing Mailboxes with Other Mail Programs

If you want to use Evolution and another e-mail client, such as Mutt, at the same time, use the following procedure:

**1** Download your mail in the other application as you would normally.

**2** In Evolution, click Edit > Preferences, then click Mail Accounts. Select the account you want to use to share mail and click Edit. Instead of Edit, you might want to create a new account just for this source of mail by clicking New.

**3** Under the Receiving Mail tab, select the type of mail file that your other mail application uses, then specify the full path to that location. A typical choice would be mbox files, with the path /home/*username*/Mail/.

SAMNDCA630-00944471

DEFENDANT'S EXHIBIT NO. 323.035

**4** Click OK.

You can only use one mail client at a time. The mail files are locked by the mail program that is currently using them, so the mail files can't be accessed by any other mail program.

## Using Evolution for News

USENET newsgroups are similar to mail, so it's often convenient to read news and mail side by side. You can add a news source, called an NNTP server, the same way you would a new e-mail account, selecting USENET News as the source type. The news server appear as a remote mail server, and each news group works like an IMAP folder. When you click Send/Receive, Evolution also checks for news messages.

When you create a news group account, you are not subscribed to any groups. To subscribe to a news group:

**1** Click Folder > Subscriptions .

**2** Select your NNTP account, select the groups you want to subscribe to, then click Subscribe.

**3** Click Close.

## Working with Attachments and HTML Mail

If someone sends you an attachment, Evolution displays the file icon at the end of the message to which it's attached. Text, including HTML formatting and embedded images, appears as part of the message, rather than as a separate attachment. Attachements are also listed on the top bar of the message. To vie the attachments, click the arrow to expand the attachment window. To open an attachment, double-click the attachment. Click the Save All button save all the attachments.

### Saving or Opening Attachments

If you get an e-mail message with an attachment, Evolution can help you save the attachment or open it with the appropriate applications.

To save an attachment to disk:

**1** Click the down-arrow on the attachment icon, or right-click on the attachment icon in the top bar, then click Save As.

**2** Select a location and name for the file.

**3** Click OK.

To open an attachment using another application:

**1** Click the down-arrow on the attachment icon.

**2** Select the application to open the attachment.

**3** Click OK.

The options available for an attachment vary depending on the type of attachment and the applications your system has installed. For example, attached word processor files can be opened in OpenOffice.org or another word processor, while compressed archive files can be opened in the File Roller application.

SAMNDCA630-00944472

**Inline Images in HTML Mail**

When someone sends you HTML mail that includes an image in the body of the message (for example, the welcome message in your Inbox), Evolution displays the image inside the message. You can create messages like this by using the Insert Image tool in the message composer. Alternately, just drag an image into the message composition area.

Some images are links in a message, rather than being part of the message. Evolution can download those images from the Internet, but does not do so unless you request it specifically. This is because remotely hosted images can be slow to load and display, and can even be used by spammers to track who reads the e-mail. Not loading images automatically helps protect your privacy.

To load the images for one message:

**1** Click View > Message Display > Load Images.

To set the default action for loading images:

**1** Click Edit > Preferences, then click Mail Preference.

**2** Click the HTML Mail tab.

**3** Select one of the items: Never Load Images Off the Net, Load Images in Mail From Contacts, or Always Load Images Off the Net.

**4** Click Close.

If you use an HTTP proxy (as in many large organizations), Evolution must be able to find it through the gnome-vfs subsystem before it can load images from the Internet.

To set your proxy in KDE:

**1** Click the menu icon > System > Configuration > Yast.

**2** Click Network Services, then click Proxy.

**3** Specify your proxy settings (if you don't know your proxy settings, contact your ISP or system administrator).

**4** Click Finish, then click Close.

To set your proxy in GNOME:

**1** Click System > Administrative Settings (enter your root password if needed).

**2** Click Network Services, then click Proxy.

**3** Specify your proxy settings (if you don't know your proxy settings, contact your ISP or system administrator).

**4** Click Finish, then click Close.

SAMNDCA630-00944473

DEFENDANT'S EXHIBIT NO. 323.037

# Composing New E-Mail Messages

You can start writing a new e-mail message by clicking File > New > Mail Message, by pressing Ctrl+N when in the mailing tool, or by clicking New in the toolbar.



Enter an address in the To field. If you want, enter a subject in the Subject field, and a message in the box at the bottom of the window. After you have written your message, click Send.

This section contains the following topics:

- "Unicode, ASCII, and Non-Latin Alphabets" on page 37
- "Sending Composed Messages Later" on page 38
- "Working Offline" on page 38
- "Attachments" on page 39
- "Specifying Additional Recipients for E-Mail" on page 39
- "Choosing Recipients Quickly" on page 39
- "Replying to E-Mail Messages" on page 40
- "Searching and Replacing with the Composer" on page 40
- "Enhancing Your E-Mail with HTML" on page 40
- "Forwarding Mail" on page 42
- "Tips for E-Mail Courtesy" on page 43

## Unicode, ASCII, and Non-Latin Alphabets

If you want to write in a non-Latin alphabet while using a Latin keyboard, try selecting a different input method in the message composer. Right-click in the message composition area and select an input method from the Input Methods menu, then begin typing. The actual keys vary by language and input style. For example, the Cyrillic input method uses transliterated Latin keyboard combinations to get the Cyrillic alphabet, combining letters where necessary. "Zh" and "ya"

SAMNDCA630-00944474

DEFENDANT'S EXHIBIT NO. 323.038

produce the appropriate single Cyrillic letters, and the single-quote (`) produces a soft-sign character.

For greater language display capabilities, click Edit > Preferences, then select the character set choices in the Mail Preferences and Composer Preferences sections. If you aren't sure which one to use, select UTF-8, which offers the greatest range of character displays for the greatest range of languages.

### Using Character Sets

A character set is a computer's version of an alphabet. In the past, the ASCII character set was used almost universally. However, it contains only 128 characters, meaning it is unable to display characters in Cyrillic, Kanjii, or other non-Latin alphabets. To work around language display problems, programmers developed a variety of methods, so many human languages now have their own specific character sets, and items written in other character sets display incorrectly. Eventually, standards organizations developed the UTF-8 Unicode* character set to provide a single compatible set of codes for everyone.

Most e-mail messages state in advance which character set they use, so Evolution usually knows what to display for a given binary number. However, if you find that messages are displayed as rows of incomprehensible characters, try selecting a different character set in the mail settings screen. If your recipients can't read your messages, try selecting a different character set in the composer options dialog box. For some languages, such as Turkish or Korean, it might work best for you to select the language-specific character set. However, the best choice for most users is UTF-8, which offers the widest range of characters for the widest range of languages.

## Sending Composed Messages Later

Evolution normally sends mail as soon as you click Send. However, can save a message to be sent later:

- If you are offline when you click Send, Evolution adds your message to the Outbox queue. The next time you connect to the Internet and send or receive mail, that message is sent.
- Click File > Save Draft to store your messages in the drafts folder for later revision.
- If you prefer to save your message as a text file, click File > Save As, then specify a filename.

## Working Offline

Offline mode is a tool designed for use with remote mail storage systems like GroupWise®, IMAP or Exchange, in situations where you are not connected to the network at all times. The tool keeps a local copy of one or more folders to allow you to compose messages, storing them in your Outbox to be sent the next time you connect.

POP mail downloads all messages to your local system, but other connections usually download just the headers, and get the rest only when you want to read the message. Before you go offline, Evolution downloads the unread messages from the folders you have chosen to store.

To mark a folder for offline use, right-click the folder, then click Properties. Click Copy Folder Content Locally for Offline Operation.

Your connection status is shown by the small icon in the lower left border of the Evolution main window. When you are online, it displays two connected cables. When you go offline, the cables separate.

SAMNDCA630-00944475

DEFENDANT'S EXHIBIT NO. 323.039

To cache your selected folders and disconnect from the network, click File > Work Offline, or click the connection status icon in the lower left of the screen. When you want to reconnect, click File > Work Online, or click the connection status icon again.

## Attachments

To attach a file to your e-mail:

**1** Click the Attach icon in the composer toolbar.

**2** Select the file you want to attach.

**3** Click OK.

You can also drag a file into the composer window. If you want to send it as an inline attachment, right-click on the attachment and click on Properties. Select Automatic display of attachments in the pop-up.

When you send the message, a copy of the attached file goes with it. Be aware that big attachments can take a long time to send and receive.

## Specifying Additional Recipients for E-Mail

Evolution, like most e-mail programs, recognizes three types of addressee: primary recipients, secondary recipients, and hidden (blind) recipients. The simplest way to direct a message is to put the e-mail address or addresses in the To: field, which denotes primary recipients. Use the Cc: field to send a message to secondary recipients.

Addresses on the Bcc: list are hidden from the other recipients of the message. You can use it to send mail to large groups of people, especially if they don't know each other or if privacy is a concern. If your Bcc: field is absent, click View > Bcc Field.

If you frequently write e-mail to the same groups of people, you can create address lists in the contacts tool, and then send them mail as though they have a single address. To learn how to do that, see "Creating a List of Contacts" on page 62.

Evolution has the ability to let you specify the Reply-To in an e-mail. Using this, you can set up a special Reply-To for an e-mail. To do this:

**1** Open a compose window.

**2** Open the Reply-To field by clicking View > Reply To.

**3** Specify the address you want as the Reply-To address in the new Reply-To field.

**4** Complete the rest of your message.

**5** Click Send.

## Choosing Recipients Quickly

If you have created address cards in the contacts tool, you can also type nicknames or other portions of address data, and Evolution displays a drop-down list of possible address completions from your contacts. If you type a name or nickname that can go with more than one card, Evolution opens a dialog box to ask you which person you meant.

SAMNDCA630-00944476

DEFENDANT'S EXHIBIT NO. 323.040

If Evolution does not complete addresses automatically, click Edit > Preferences, then click Autocompletion. There, select the groups of contacts you want to use for address autocompletion in the mailer.

Alternately, you can click the To:, Cc:, or Bcc: buttons to get a list of the e-mail addresses in your contacts. Select addresses and click the arrows to move them into the appropriate address columns.

For more information about using e-mail with the contact manager and the calendar, see "Send Me a Card: Adding New Cards Quickly" on page 64 and "Scheduling With the Evolution Calendar" on page 66.

## Replying to E-Mail Messages

To reply to a message, click the message to reply to in the e-mail list and click Reply, or right-click within the message and select Reply to Sender. This opens the message composer. The To: and Subject: fields are already filled, although you can alter them if you prefer. In addition, the full text of the old message is inserted into the new message, either in grey with a blue line on one side (for HTML display) or with the > character before each line (in plain text mode), to indicate that it's part of the previous message.

If you're reading a message with several recipients, you can use Reply to All instead of Reply. If there are large numbers of people in the Cc: or To: fields, this can save substantial amounts of time.

### Using the Reply To All Feature

Susan sends an e-mail to a client and sends copies to Tim and to an internal company mailing list of co-workers. If Tim wants to make a comment for all of them to read, he uses Reply to All, but if he just wants to tell Susan that he agrees with her, he uses Reply. His reply does not reach anyone that Susan put on her Bcc list, because that list is not shared with anyone.

If you subscribe to a mailing list, and want your reply to go just to the list, rather than to the sender, select Reply to List instead of Reply or Reply to All.

## Searching and Replacing with the Composer

The message composer makes several text searching features available to you.

**Find:** Enter a word or phrase, and Evolution finds it in your message.

**Find Regex:** You can search for a complex pattern of characters, called a regular expression or "regex" in your composer window. If you're not sure what a regular expression is, you should ignore this feature.

**Find Again:** Select this item to repeat the last search you performed.

**Replace:** Find a word or phrase, and replace it with something else.

For all of these menu items, you can choose whether to Search Backwards in the document from the point where your cursor is. You can also determine whether the search is to be case sensitive in determining a match.

## Enhancing Your E-Mail with HTML

Normally, you can't set text styles or insert pictures in e-mail. However, most newer e-mail programs can display images and text styles in addition to basic alignment and paragraph formatting. They do this with HTML, just like Web pages do.

SAMNDCA630-00944477

DEFENDANT'S EXHIBIT NO. 323.041

Some people do not have HTML-capable mail clients, or prefer not to receive HTML-enhanced mail because it is slower to download and display. Because of this, Evolution sends plain text unless you explicitly ask for HTML.

## Basic HTML Formatting

You can change the format of an e-mail message from plain text to HTML by choosing Format HTML.

To send all your mail as HTML by default, set your mail format preferences in the mail configuration dialog box. See "Composer Preferences" on page 99 for more information.

HTML formatting tools are located in the toolbar just above the space where you actually compose the message. They also appear in the Insert and Format menus.

The icons in the toolbar are explained in tool-tips, which appear when you hold your mouse pointer over the buttons. The buttons fall into five categories:

**Headers and Lists:** At the left edge of the toolbar, you can choose Normal for a default text style or Header 1 through Header 6 for varying sizes of header from large (1) to tiny (6). Other styles include preformat, to use the HTML tag for preformatted blocks of text, and three types of bullet points for lists.

For instance, instead of using asterisks to mark a bulleted list, you can use the Bulleted List style from the style drop-down list. Evolution uses different bullet styles, and handles word wrap and multiple levels of indentation.

**Text Styles:** Use these buttons to determine the way your e-mail looks. If you have text selected, the style applies to the selected text. If you do not have text selected, the style applies to whatever you type next.

| Button | Description |
|---|---|
| TT | Typewriter text, which is approximately the same as the Courier monospace font. |
| Bold A | Bolds the text. |
| Italic A | Italicizes the text. |
| Underlined A | Underlines the text. |
| Strike through A | Marks a line through the text. |

**Alignment:** Located next to the text style buttons, the three paragraph icons should be familiar to users of most word processing software. The leftmost button aligns your text to the left, the center button centers text, and the right button aligns the text to the right.

**Indentation Rules:** The button with the arrow pointing left decreases a paragraph's indentation, and the right arrow increases its indentation.

**Color Selection:** At the far right is the color section tool, where a box displays the current text color. To choose a new color, click the arrow button to the right. If you have text selected, the color applies to the selected text. If you do not have text selected, the color applies to whatever you type next. You can select a background color or image by right-clicking on the message background, then selecting Style Page Style.

SAMNDCA630-00944478

DEFENDANT'S EXHIBIT NO. 323.042

**Advanced HTML Formatting**

Under the Insert menu, there are several more items you can use to style your e-mail. To use these and other HTML formatting tools, make sure you have enabled HTML mode by using Format HTML.

### Inserting a Link

Use the Insert a Link tool to put hyperlinks in your HTML messages. If you don't want special link text, you can just enter the address directly, and Evolution recognizes it as a link.

**1** Select the text you want to link from.

**2** Right-click in the text, then click Link.

**3** Type the URL in the URL field.

**4** Click Close.

### Inserting an Image

**1** Click Image.

**2** Browse to and select the image file.

**3** Click OK.

### Inserting a Rule

You can insert a horizontal line into the text to help divide two sections:

**1** Click Rule.

**2** Select the length, thickness, and alignment.

**3** Select Shaded if necessary.

**4** Click Close.

### Inserting a Table

You can insert a table into the text:

**1** Click Table.

**2** Select the number of rows and columns.

**3** Select the type of layout for the table.

**4** Select a background for the table.

    To insert a picture for the background, click Browse and select the desired image.

**5** Click Close.

## Forwarding Mail

When you receive an e-mail from someone, you can forward it to other individuals or groups that might be interested. You can forward a message as an attachment to a new message (this is the default) or you can send it inline as a quoted portion of the message you are sending. Attachment forwarding is best if you want to send the full, unaltered message to someone else. Inline forwarding is best if you want to send portions of a message, or if you have a large number of

SAMNDCA630-00944479

DEFENDANT'S EXHIBIT NO. 323.043

comments on different sections of the message you are forwarding. Remember to note from whom the message came, and whether you have removed or altered content.

To forward a message you are reading, click Forward on the toolbar, click Actions > Forward, or press Ctrl+F. If you prefer to forward the message inline instead of attached, click Actions > Forward Inline from the menu. Select an addressee as you would when sending a new message; the subject is already entered, although you can alter it if you want. Add your comments on the message in the composition frame, then click Send.

Attachments to a message you are forwarding only forwarded when you send the original message as an attachment. Inline messages do not forward any attachments.

## Tips for E-Mail Courtesy

* Don't forward chain letters. If you must, watch out for hoaxes and urban legends, and make sure the message doesn't have multiple layers of greater-than signs, (>) indicating multiple layers of careless in-line forwarding.

* Always begin and close with a salutation. Say "please" and "thank you," just like you do in real life. You can keep your pleasantries short, but be polite.

* WRITING IN CAPITAL LETTERS MEANS YOU'RE SHOUTING! Don't write a whole message in capital letters. It hurts people's ears.

* Check your spelling and use complete sentences. By default, Evolution puts a red line beneath words it doesn't recognize, as you type them.

* Don't send nasty e-mails (flames). If you get one, don't write back.

* When you reply or forward, include enough of the previous message to provide context.

* Don't send spam.

# Sending Invitations by Mail

If you create an event in the calendar component, you can then send invitations to the attendee list through the Evolution e-mail tool. The invitation card is sent as an attachment in iCal format.

When you receive an invitation, you have several options:

**Accept:** Indicates you will attend the meeting. When you click the OK button, the meeting is entered into your calendar.

**Tentatively Accept:** Indicates you will probably attend the meeting. When you click the OK button, the meeting is entered into your calendar, but is marked as tentative.

**Decline:** Indicates you will be unable to attend the meeting. The meeting is not entered into your calendar when you click OK, although your response is sent to the meeting host if you have selected the RSVP option.

**RSVP:** Select this option if you want your response sent to the meeting organizers.

SAMNDCA630-00944480

## IMAP Subscriptions Manager

Because IMAP folders exist on the server, and opening them or checking them takes time, you need fine-grained control over the way that you use IMAP folders. You use the IMAP subscriptions manager to do this. If you prefer to have every mail folder displayed, you can select that option as well. However, if you want to choose specific items in your mailbox, and exclude others, you can use the subscription management tool to do that.

**1** Select Tools > Subscribe to Folders.

**2** If you have accounts on multiple IMAP servers, select the server where you want to manage your subscriptions. Evolution displays a list of available files and folders.

**3** Select a file or folder by clicking it. You should select at least the Inbox folder. Depending upon the way your IMAP server is configured, the list of available files might include non-mail folders. If it does, you can ignore them.

**4** Click Subscribe to add a folder to the subscribed list.

**5** When you have subscribed to the folders you want, close the window.

## Encryption

To protect and encode your e-mail transmissions, Evolution offers two encryption methods:

* GPG Encryption
* S/MIME Encryption

Evolution helps you protect your privacy by using GNU Privacy Guard (GPG), an implementation of strong Public Key Encryption.

GPG uses two keys: public and private. You can give your public key to anyone you want to receive encrypted messages, or put it on a public key server so that people can look it up before contacting you. Your private key lets you decrypt any message encrypted with your public key. Never give your private key to anyone.

Using encryption takes a bit of forethought. When you send a message that is encrypted, you must encrypt it using your intended recipient's public key. To receive an encrypted message, you must make sure that the sender has your public key in advance. For signing messages, you encrypt the signature with your private key, so only your public key can unlock it. When you send the message, the recipient gets your public key and unlocks the signature, verifying your identity.

Evolution does not support older versions of PGP, such as OpenPGP and Inline PGP.

You can use encryption in two different ways:

* You can encrypt the entire message, so that nobody but the recipient can read it.
* You can attach an encrypted signature to a plain text message, so that the recipient can read the message without decrypting it, and needs decrypting only to verify the sender's identity.

For example, suppose that Kevin wants to send an encrypted message to his friend Rachel. He looks up her public key on a general key server, and then tells Evolution to encrypt the message. The message now reads "@#$23ui7yr87#@!48970fsd." When the information gets to Rachel, she decrypts it using her private key, and it appears as plain text for her to read.

DEFENDANT'S EXHIBIT NO. 323.045

## Making a GPG Encryption Key

Before you can get or send encrypted mail, you need to generate your public and private keys with GPG. This procedure covers version 1.2.4 of GPG. If your version is different, these steps might vary slightly. You can find out your version number by entering `gpg --version`.

**1** Open a terminal and enter `gpg --gen-key`.

**2** Select an algorithm, then press Enter.

or

To accept the default algorithm of DSA and ElGamal, press Enter (recommended).

**3** Select a key length, then press Enter. To accept the default, 1024 bits, press Enter.

**4** Enter how long your key should be valid for.

or

To accept the default of no expiration, press Enter, then press Y when you are prompted to verify the selection.

**5** Type your real name, then press Enter.

**6** Type your e-mail address, then press Enter.

**7** (Optional) Type a comment, then press Enter.

**8** Review your selected user ID. If it is correct, press O.

**9** Type a passphrase, then press Enter.

**10** Move your mouse randomly to generate the keys.

After the keys are generated, you can view your key information by entering `gpg --list-keys`. You should see something similar to this:  `/home/you/.gnupg/pubring.gpg ---------------------------- pub 1024D/32j38dk2 2001-06-20 you <you@example.com>  sub 1024g/289sklj3 2001-06-20 [expires: 2002-11-14]`

GPG creates one list, or keyring, for your public keys and one for your private keys. All the public keys you know are stored in the file ~/.gnupg/pubring.gpg. If you want to give other people your key, send them that file.

If you want, you can upload your keys to a key server.

**1** Check your public key ID with gpg--list-keys. It will be the string after 1024D on the line beginning with pub. In the example above, it is 32j38dk2.

**2** Enter the command `gpg --send-keys --keyserver wwwkeys.pgp.net 32j38dk2`. Substitute your key ID for *32j38dk2*. You need your password to do this.

Key servers store your public keys for you so that your friends can decrypt your messages. If you choose not to use a key server, you can manually send your public key, include it in your signature file, or put it on your own Web page. However, it's easier to publish a key once, and then let people download it from a central place when they want.

If you don't have a key to unlock or encrypt a message, you can set your encryption tool to look it up automatically. If it can't find the key, an error message appears.

SAMNDCA630-00944482