DEFENDANT'S EXHIBIT
NO. 324.0001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

# Novell
# GroupWise®

6.5

www.novell.com

ADMINISTRATION GUIDE

February 6, 2006



Novell

SAMNDCA630-07873006

DEFENDANT'S EXHIBIT NO. 324.0002

**Legal Notices**

Novell, Inc. makes no representations or warranties with respect to the contents or use of this documentation, and specifically disclaims any express or implied warranties of merchantability or fitness for any particular purpose. Further, Novell, Inc. reserves the right to revise this publication and to make changes to its content, at any time, without obligation to notify any person or entity of such revisions or changes.

Further, Novell, Inc. makes no representations or warranties with respect to any software, and specifically disclaims any express or implied warranties of merchantability or fitness for any particular purpose. Further, Novell, Inc. reserves the right to make changes to any and all parts of Novell software, at any time, without any obligation to notify any person or entity of such changes.

Any products or technical information provided under this Agreement may be subject to U.S. export controls and the trade laws of other countries. You agree to comply with all export control regulations and to obtain any required licenses or classification to export, re-export, or import deliverables. You agree not to export or re-export to entities on the current U.S. export exclusion lists or to any embargoed or terrorist countries as specified in the U.S. export laws. You agree to not use deliverables for prohibited nuclear, missile, or chemical biological weaponry end uses. Please refer to www.novell.com/info/exports/ for more information on exporting Novell software. Novell assumes no responsibility for your failure to obtain any necessary export approvals.

Copyright © 2003-2005 Novell, Inc. All rights reserved. No part of this publication may be reproduced, photocopied, stored on a retrieval system, or transmitted without the express written consent of the publisher.

Novell, Inc. has intellectual property rights relating to technology embodied in the product that is described in this document. In particular, and without limitation, these intellectual property rights may include one or more of the U.S. patents listed at http://www.novell.com/company/legal/patents/ and one or more additional patents or pending patent applications in the U.S. and in other countries.

Novell, Inc.
404 Wyman Street, Suite 500
Waltham, MA  02451
U.S.A.

www.novell.com

GroupWise 6.5 Administration Guide
February 6, 2006

**Online Documentation:** To access the online documentation for this and other Novell products, and to get updates, see www.novell.com/documentation.

**DEFENDANT'S EXHIBIT NO. 324.0003**

## Novell Trademarks

ConsoleOne is a trademark of Novell, Inc.

GroupWise is a registered trademark of Novell, Inc. in the United States and other countries.

IPX is a trademark of Novell, Inc.

ManageWise is a registered trademark of Novell, Inc. in the United States and other countries.

NDS is a registered trademark of Novell, Inc. in the United States and other countries.

NetWare is a registered trademark of Novell, Inc. in the United States and other countries.

NLM is a trademark of Novell, Inc.

Novell is a registered trademark of Novell, Inc. in the United States and other countries.

Novell Cluster Services is a trademark of Novell, Inc.

Novell Storage Services is a trademark of Novell, Inc.

Novell Technical Services is a service mark of Novell, Inc.

QuickFinder is a trademark of Novell, Inc.

SMS is a trademark of Novell, Inc.

snAppShot is a trademark of Novell, Inc.

SoftSolutions is a registered trademark of SoftSolutions Technology Corporation, a wholly owned subsidiary of Novell, Inc.

Storage Management Services is a trademark of Novell, Inc.

ZENworks is a registered trademark of Novell, Inc. in the United States and other countries.

## Third-Party Materials

All third-party trademarks are the property of their respective owners.

SAMNDCA630-07873008

DEFENDANT'S EXHIBIT NO. 324.0004

DEFENDANT'S EXHIBIT NO. 324.0005

# Contents

**About This Guide** 29

**Part I    System**

**1    GroupWise System Administration** 33

**2    ConsoleOne Administration Tool** 35
ConsoleOne on Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   Installing ConsoleOne on Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   Starting ConsoleOne on Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
ConsoleOne on Linux. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
   Installing ConsoleOne on Linux. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
   Starting ConsoleOne on Linux . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**3    GroupWise View** 37
eDirectory View vs. GroupWise View. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
GroupWise Object Icons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Customizing the GroupWise View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
   Changing the Column Display and Order. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
   Changing the Column Widths. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Searching in the GroupWise View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Performing Administrative Tasks from the GroupWise View . . . . . . . . . . . . . . . . . . . . . 42

**4    System Operations** 43
Select Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
System Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
eDirectory User Synchronization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Admin-Defined Fields. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Pending Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
   Viewing Pending Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
   Retrying a Pending Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
   Cancelling a Pending Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Addressing Rules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Time Zones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
   Modifying a Time Zone Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
   Adding a Time Zone Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
   Deleting a Time Zone Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
External System Synchronization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Software Directory Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
   Creating a Software Distribution Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
   Updating a Software Distribution Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
   Deleting a Software Distribution Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
Restore Area Management. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Internet Addressing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Trusted Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
   Editing a Trusted Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

SAMNDCA630-07873010

**DEFENDANT'S EXHIBIT NO. 324.0006**

Deleting a Trusted Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
LDAP Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

**5   GroupWise Utilities                                                                65**

Mailbox/Library Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
System Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Backup/Restore Mailbox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Recover Deleted Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Client Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Expired Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Email Address Lookup . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Synchronize . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
User Move Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Link Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Document Properties Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Import . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Loading or Saving a Configuration File . . . . . . . . . . . . . . . . . . . . . . . . . . 70
Delimiters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
Export . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
New System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Check eDirectory Schema (Linux Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
GW / eDirectory Association . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
Graft GroupWise Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
Invalid Associations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
Associate Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
Disassociate GroupWise Attributes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
Convert External Entity to User . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
Convert User to External Entity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
GroupWise Check Utility (GWCheck) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
GroupWise Target Service Agent (GWTSA) . . . . . . . . . . . . . . . . . . . . . . . . . . 78
GroupWise Backup Time Stamp Utility (GWTMSTMP) . . . . . . . . . . . . . . . . . . . . . 78
GroupWise Database Copy Utility (DBCOPY) . . . . . . . . . . . . . . . . . . . . . . . . . 78
GroupWise Generate CSR Utility (GWCSRGEN) . . . . . . . . . . . . . . . . . . . . . . . . 79

**6   GroupWise Addressing                                                                81**

Address Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Determining Fields, Field Order, and Sort Order for the Address Book . . . . . . . . . . . 81
Controlling Object Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . 86
Updating Address Book Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Internet-Style Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Planning Internet Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
Setting Up Internet Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Addressing Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Creating an Addressing Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
Enabling an Addressing Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Wildcard Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Setting Wildcard Addressing Levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Wildcard Addressing Syntax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

**7   Multilingual GroupWise Systems                                                      103**

Client Languages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
Administration Languages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
International Character Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
Multi-Language Workstations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

**Part II   Domains**

SAMNDCA630-07873011

**8   Creating a New Domain**      **109**

Understanding the Purpose of Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Planning a New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
   Determining When to Add a New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
   Deciding Who Will Administer the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
   Planning Post Offices in the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
   Determining the Context for the Domain Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
   Choosing the Domain Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
   Deciding Where to Create the Domain Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
   Deciding Where to Install the Agent Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
   Deciding How to Link the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
   Selecting the Domain Language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
   Selecting the Domain Time Zone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
Setting Up the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
   Creating the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
   Configuring the MTA for the New Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
   Installing and Starting the New MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
What's Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
Domain Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

**9   Managing Domains**      **123**

Connecting to a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
Editing Domain Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124
Converting a Secondary Domain to a Primary Domain . . . . . . . . . . . . . . . . . . . . . . . . . . 126
Moving a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
Deleting a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
Changing MTA Configuration to Meet Domain Needs . . . . . . . . . . . . . . . . . . . . . . . . . . 130

**10   Managing the Links between Domains and Post Offices**      **131**

Understanding Link Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
   Domain-to-Domain Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
   Domain-to-Post Office Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
   Link Protocols for Direct Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
Using the Link Configuration Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136
   Starting the Link Configuration Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136
   Editing a Domain Link . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138
   Editing Multiple Domain Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
   Editing a Post Office Link . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
   Viewing the Path of an Indirect Link between Domains . . . . . . . . . . . . . . . . . . . . . . . . 141
   Viewing the Indirect Links Passing through a Domain . . . . . . . . . . . . . . . . . . . . . . . . . 141
   Viewing the Gateway Links Passing through a Gateway . . . . . . . . . . . . . . . . . . . . . . . 142
   Saving and Synchronizing Link Configuration Information . . . . . . . . . . . . . . . . . . . . . 143
Interpreting Link Symbols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
   Link Type Symbols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
   Link Status Symbols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
Modifying Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 144

**Part III   Post Offices**

**11   Creating a New Post Office**      **147**

Understanding the Purpose of Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
Planning a New Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
   Determining When to Add a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
   Selecting the Domain That the Post Office Will Belong To . . . . . . . . . . . . . . . . . . . . . . 149
   Determining the Context for the Post Office Object . . . . . . . . . . . . . . . . . . . . . . . . . . 150
   Choosing the Post Office Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151

SAMNDCA630-07873012

Deciding Where to Create the Post Office Directory. . . . . . . . . . . . . . . . . . . . . . . . . . . . 152
Deciding Where to Install the Agent Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Deciding How to Link the New Post Office. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Selecting the Post Office Language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Selecting the Post Office Time Zone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Selecting a Software Distribution Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Selecting a Post Office Security Level. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Deciding if You Want to Create a Library for the New Post Office . . . . . . . . . . . . . . . . . . 157
Setting Up the New Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
Creating the New Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
Configuring the POA for the New Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
Installing and Starting the New POA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
Setting Up User Access to the New Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
What's Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
Post Office Worksheet. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

**12   Managing Post Offices                                                                    165**
Connecting to the Domain That Owns a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . 165
Editing Post Office Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
Managing Disk Space Usage in the Post Office. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
Preparing to Implement Disk Space Management. . . . . . . . . . . . . . . . . . . . . . . . . . . 171
Setting Mailbox Size Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172
Enforcing Mailbox Size Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174
Restricting the Size of Messages That Users Can Send . . . . . . . . . . . . . . . . . . . . . . . 175
Preventing the Post Office from Running Out of Disk Space . . . . . . . . . . . . . . . . . . . . . 176
An Alternative to Disk Space Management in the Post Office. . . . . . . . . . . . . . . . . . . . . 179
Forcing Caching Mode. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179
Auditing Mailbox License Usage in the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . 180
Tracking and Restricting Client Access to the Post Office . . . . . . . . . . . . . . . . . . . . . . . 181
Disabling a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183
Moving a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183
Deleting a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184
Changing POA Configuration to Meet Post Office Needs . . . . . . . . . . . . . . . . . . . . . . . . 185

**Part IV   Users**

**13   Creating GroupWise Accounts                                                              189**
Establishing a Default Password for All New GroupWise Accounts. . . . . . . . . . . . . . . . . . . 189
Creating GroupWise Accounts for eDirectory Users . . . . . . . . . . . . . . . . . . . . . . . . . . 190
Creating a Single GroupWise Account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190
Creating Multiple GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 192
Creating GroupWise Accounts by Importing Users . . . . . . . . . . . . . . . . . . . . . . . . . . 193
Using a Template to Create GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . 193
Creating GroupWise Accounts for Non-eDirectory Users . . . . . . . . . . . . . . . . . . . . . . . . 195
Educating Your New Users . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

**14   Managing GroupWise Accounts and Users                                                    197**
Adding a User to a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 197
Moving GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198
Live Move vs. File Transfer Move . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199
Moves Between GroupWise 6.x Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199
Moves Between GroupWise 6.x and GroupWise 5.x Post Offices. . . . . . . . . . . . . . . . . . . 199
Preparing for a Move . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200
Moving a GroupWise Account to Another Post Office in the Same eDirectory Tree . . . . . . . . . . . 200
Moving a GroupWise Account to Another Post Office in a Different eDirectory Tree . . . . . . . . . . . 201
Monitoring User Move Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 203

SAMNDCA630-07873013

DEFENDANT'S EXHIBIT NO. 324.0009

Renaming Users and Their GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
Managing Mailbox Passwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
    Creating or Changing a Mailbox Password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 207
    Removing a Mailbox Password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
    Bypassing the GroupWise Password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
Managing E-Mail Addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Changing a User's Internet Addressing Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Changing a User's Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . 212
    Creating a Nickname for a User . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 213
Checking GroupWise Account Usage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
Disabling and Enabling GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
Removing GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
    Deleting a GroupWise Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
    Expiring a GroupWise Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
    Managing Expired or Expiring GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . 218

**Part V   Resources**

**15   Creating Resources**                                                                          **223**
Understanding Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
    Resource Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
    Resource Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
    Resource Mailboxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
    Resource Owners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
Planning Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
Creating a New Resource . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224

**16   Managing Resources**                                                                          **227**
Changing a Resource's Owner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227
Adding a Resource to a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 228
Moving a Resource . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229
Renaming a Resource . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
Deleting a Resource . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
Managing E-Mail Addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
    Changing a Resource's Internet Addressing Settings . . . . . . . . . . . . . . . . . . . . . . . . . 231
    Changing a Resource's Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . . . . . 232
    Creating a Nickname for a Resource . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233

**Part VI   Distribution Lists, Groups, and Organizational Roles**

**17   Understanding Distribution Lists, eDirectory Groups, and Organizational Roles**             **237**
Public vs. Personal Address Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
Distribution Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
eDirectory Groups and Organizational Roles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238

**18   Creating and Managing Distribution Lists**                                                    **239**
Creating a New Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
Adding Members to a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
Removing Members from a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243
Moving a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243
Renaming a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
Deleting a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
Managing E-Mail Addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 244
    Changing a Distribution List's Internet Addressing Settings . . . . . . . . . . . . . . . . . . . . . 245
    Changing a Distribution List's Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . 246
    Creating a Nickname for a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247
Adding External Users to a Distribution List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248

Contents        **9**

DEFENDANT'S EXHIBIT NO. 324.0010

Creating an External Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
Creating an External Post Office. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
Creating an External User . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 249

**19   Using eDirectory Groups as Distribution Lists**                                        **251**
Setting Up an eDirectory Group for Use in GroupWise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 251
Seeing Which Members of an eDirectory Group Have GroupWise Accounts . . . . . . . . . . . . . . . . . . . 252
Changing a Group's Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
Moving a Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
Renaming a Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254
Removing a Group from GroupWise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254

**20   Using Organizational Roles as GroupWise Distribution Lists**                           **255**
Setting Up an Organizational Role as a GroupWise Distribution List . . . . . . . . . . . . . . . . . . . . . . . 255
Seeing Which Members of an Organizational Role Have GroupWise Accounts . . . . . . . . . . . . . . . . . 256
Changing an Organizational Role's Visibility in the Address Book . . . . . . . . . . . . . . . . . . . . . . . . . 257
Moving an Organizational Role . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
Renaming an Organizational Role. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258
Removing an Organizational Group from GroupWise. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 259

**Part VII   Libraries and Documents**

**21   Document Management Services Overview**                                                **263**
Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 263
Document Storage Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265
Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265
Document Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265
Document Types. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
Integrations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 268

**22   Creating and Managing Libraries**                                                      **269**
Planning a Basic Library. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 269
Selecting the Post Office That the Library Will Belong To . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
Determining the Context for the Library Object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
Choosing the Library Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270
Deciding Where to Store Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 271
Setting Up a Basic Library. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272
Creating the Basic Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272
Planning Full-Service Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 273
Deciding Which Libraries to Create . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274
Selecting the Post Offices That Will Own Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278
Determining the Contexts for Library Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278
Choosing Library Names. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278
Deciding Where to Store Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
Setting Document Version Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281
Figuring Maximum Archive Directory Size. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281
Designating Initial Librarians. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 282
Restricting Initial Public Library Rights. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
Determining Your Indexing Needs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284
Determining If You Need to Set Up Integrations for DMS Users . . . . . . . . . . . . . . . . . . . . . . . . 284
Setting Up a Full-Service Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284
Creating the Full-Service Library. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 285
Other Things You Can Do . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
Viewing a New Library in Your GroupWise System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
Seeing the New Library in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
Seeing the New Library in the GroupWise Windows Client . . . . . . . . . . . . . . . . . . . . . . . . . . . 288

SAMNDCA630-07873015

DEFENDANT'S EXHIBIT NO. 324.0011

Managing Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 288
   Editing Library Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 289
   Managing Document Storage Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . 290
   Managing Library Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
   Adding and Training Librarians . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
   Maintaining Library Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
   Moving a Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
   Deleting a Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
Library Worksheets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300
   Basic Library Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300
   Full-Service Library Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 301

**23  Creating and Managing Documents**                                         **303**
Adding Documents to Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303
   Creating New Documents in the GroupWise Windows Client . . . . . . . . . . . . . . 303
   Importing Existing Documents into the GroupWise DMS System . . . . . . . . . . . . 304
   Managing Groups of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
Organizing Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 306
   Customizing Document Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . 306
   Defining Related Document Properties . . . . . . . . . . . . . . . . . . . . . . . . . 314
Indexing Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 319
   Understanding DMS Indexing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 319
   Determining Your Indexing Needs . . . . . . . . . . . . . . . . . . . . . . . . . . . 326
   Implementing Indexing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
Managing Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
   Archiving and Deleting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
   Backing Up and Restoring Archived Documents . . . . . . . . . . . . . . . . . . . . 328
   Handling Orphaned Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . 329

**24  Integrations**                                                            **331**
Setting Up Integrations during Windows Client Installation . . . . . . . . . . . . . . . . . . 331
Setting Up Integrations Using the gwappint.inf File . . . . . . . . . . . . . . . . . . . . . . 332
   Understanding the Three Levels of Integration . . . . . . . . . . . . . . . . . . . . 332
   Understanding the gwappint.inf File . . . . . . . . . . . . . . . . . . . . . . . . . . 333
   Editing the gwappint.inf File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 336
Controlling Integrations in the GroupWise Windows Client . . . . . . . . . . . . . . . . . . . 336

**Part VIII  Databases**

**25  Understanding GroupWise Databases**                                       **341**
Domain Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 341
Post Office Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 341
User Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
Message Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
Library Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342
Guardian Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343

**26  Maintaining Domain and Post Office Databases**                            **345**
Validating Domain or Post Office Databases . . . . . . . . . . . . . . . . . . . . . . . . . . 345
Recovering Domain or Post Office Databases . . . . . . . . . . . . . . . . . . . . . . . . . 346
Rebuilding Domain or Post Office Databases . . . . . . . . . . . . . . . . . . . . . . . . . . 349
Rebuilding Database Indexes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 351

**27  Maintaining User/Resource and Message Databases**                         **353**
Analyzing and Fixing User and Message Databases . . . . . . . . . . . . . . . . . . . . . . . 353
Performing a Structural Rebuild of a User Database . . . . . . . . . . . . . . . . . . . . . . 355
Re-creating a User Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 356

SAMNDCA630-07873016

**28  Maintaining Library Databases and Documents**                                     **359**
   Analyzing and Fixing Databases for Libraries and Documents . . . . . . . . . . . . . . . . . . . . .  359
   Analyzing and Fixing Library and Document Information . . . . . . . . . . . . . . . . . . . . . . . .  360

**29  Synchronizing Database Information**                                               **363**
   Synchronizing Individual Users or Resources. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  363
   Synchronizing a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  364
   Synchronizing a Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  365
   Synchronizing a Secondary Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  365
   Synchronizing the Primary Domain from a Secondary Domain . . . . . . . . . . . . . . . . . . . . .  366

**30  Managing Database Disk Space**                                                     **367**
   Gathering Mailbox Statistics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  367
   Reducing the Size of User and Message Databases . . . . . . . . . . . . . . . . . . . . . . . . . .  369
   Reclaiming Disk Space in Domain and Post Office Databases . . . . . . . . . . . . . . . . . . . . .  370
   Reducing the Size of Libraries and Document Storage Areas . . . . . . . . . . . . . . . . . . . . .  371
      Archiving and Deleting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  372
      Deleting Activity Logs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  373

**31  Backing Up GroupWise Databases**                                                   **375**
   Backing Up a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  375
   Backing Up a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  375
   Backing Up a Library and Its Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  376
   Backing Up Individual Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  377

**32  Restoring GroupWise Databases from Backup**                                        **379**
   Restoring a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  379
   Restoring a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  379
   Restoring a Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  380
   Restoring an Individual Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  380
   Restoring Deleted Mailbox Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  381
      Setting Up a Restore Area. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  381
      Restoring a User's Mailbox Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  383
      Letting Windows Client Users Restore Their Own Mailbox Items . . . . . . . . . . . . . . . . . .  384
   Recovering Deleted GroupWise Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  384

**33  Retaining User Messages**                                                          **387**
   How Message Retention Works. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  387
      What GroupWise Does . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  387
      What the Message Retention Application Does . . . . . . . . . . . . . . . . . . . . . . . . . . . .  388
   Acquiring a Message Retention Application. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  389
   Enabling Message Retention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  389

**34  Standalone Database Maintenance Programs**                                         **391**
   GroupWise Check. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  391
      GWCheck Functionality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  391
      Starting GWCheck on a Windows Workstation . . . . . . . . . . . . . . . . . . . . . . . . . . . .  393
      Starting GWCheck on a Linux Workstation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  394
      Using GWCheck on a Workstation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  395
      Executing GWCheck from a Windows Batch File . . . . . . . . . . . . . . . . . . . . . . . . . . . .  398
      Executing GWCheck from a Linux Script . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  398
   Target Service Agents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  398
      GroupWise Target Service Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  399
      NetWare Target Service Agent for File Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . .  403
   GroupWise Time Stamp Utility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  405
      GWTMSTMP Functionality. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  406
      Running GWTMSTMP on NetWare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  406

SAMNDCA630-07873017

Running GWTMSTMP on Linux. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 407
Running GWTMSTMP on Windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 407
GWTMSTMP Startup Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 408
GroupWise Database Copy Utility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 412
Using DBCopy on Linux Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 412
Using DBCopy on NetWare and Windows Servers . . . . . . . . . . . . . . . . . . . . . . . . . 413

**Part IX   Post Office Agent**

**35   Understanding Message Delivery and Storage in the Post Office                417**
Post Office Representation in ConsoleOne. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 417
Post Office Directory Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
Information Stored in the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
Post Office Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
Message Store . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
Guardian Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 420
Agent Input/Output Queues in the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . 421
Libraries (optional) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422
Post Office Access Mode. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422
Role of the Post Office Agent. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 423
Client/Server Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 423
Message File Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
Other POA Functions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
Message Flow in the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 425
Cross-Platform Issues in the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 425
Client/Post Office Platform Independence through Browser Technology. . . . . . . . . . . . . . 426
Client/Post Office Platform Independence through Client/Server Mode . . . . . . . . . . . . . . 426
POA/Post Office Platform Dependencies Because of Direct Access Requirements . . . . . . . . 426

**36   Installing and Starting the POA                                               427**
Installing the POA Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 427
Fine-Tuning Your NetWare POA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 427
Fine-Tuning Your Linux POA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 430
Fine-Tuning Your Windows POA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 430
Starting the POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 431
Starting the NetWare POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 431
Starting the Linux POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 433
Starting the Windows POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 434
Uninstalling the POA Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 435
Uninstalling the NetWare or Windows POA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 436
Uninstalling the Linux POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 436

**37   Configuring the POA                                                           437**
Performing Basic POA Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 437
Creating a POA Object in eDirectory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 438
Configuring the POA in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 439
Changing the Link Protocol between the Post Office and the Domain . . . . . . . . . . . . . . . 442
Moving the POA to a Different server. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 445
Adjusting the POA for a New Post Office Location . . . . . . . . . . . . . . . . . . . . . . . . . 445
Adjusting the POA Logging Level and Other Log Settings . . . . . . . . . . . . . . . . . . . . . 446
Configuring User Access to the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 446
Using Client/Server Access to the Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . 447
Simplifying Client/Server Access with a GroupWise Name Server . . . . . . . . . . . . . . . . . 449
Supporting IMAP Clients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 450
Supporting CAP Clients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 451
Checking What GroupWise Clients Are in Use . . . . . . . . . . . . . . . . . . . . . . . . . . . 452

SAMNDCA630-07873018

Supporting Forced Mailbox Caching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 454
Restricting Message Size between Post Offices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 455
Configuring Post Office Security. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 456
Securing Client/Server Access through a Proxy Server . . . . . . . . . . . . . . . . . . . . . . . . . 456
Controlling Client Redirection Inside and Outside Your Firewall. . . . . . . . . . . . . . . . . . . . 458
Enhancing Post Office Security with SSL Connections to the POA . . . . . . . . . . . . . . . . . 458
Providing LDAP Authentication for GroupWise Users . . . . . . . . . . . . . . . . . . . . . . . . . . . 461
Enabling Intruder Detection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 465
Configuring Trusted Application Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466
Configuring Post Office Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467
Scheduling Database Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467
Scheduling Disk Space Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 469
Performing Nightly User Upkeep. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 472

**38   Monitoring the POA                                                                                    475**

Using the POA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 475
Monitoring the POA from the POA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 475
Controlling the POA from the POA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479
Using the POA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489
Setting Up the POA Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489
Accessing the POA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 491
Monitoring the POA from the POA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
Controlling the POA from the POA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 495
Using POA Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 497
Configuring POA Log Settings and Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 497
Viewing POA Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
Interpreting POA Log File Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
Using GroupWise Monitor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
Using NetWare 6.5 Remote Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 498
Using SNMP Monitoring Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 499
Setting Up SNMP Services for the POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 499
Copying and Compiling the POA MIB File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 502
Customizing Your ManageWise Installation to Monitor the POA . . . . . . . . . . . . . . . . . . . 503
Configuring the POA for SNMP Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 503
Notifying the GroupWise Administrator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 503
Using the POA Error Message Documentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 504
Employing POA Troubleshooting Techniques. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 504
Using Platform-Specific POA Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 505
NetWare Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 505
Linux Monitoring Tools. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 505
Windows Monitoring Tools. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 505

**39   Optimizing the POA                                                                                   507**

Optimizing Client/Server Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 507
Adjusting the Number of POA Threads for Client/Server Processing . . . . . . . . . . . . . . . 507
Adjusting the Number of Connections for Client/Server Processing. . . . . . . . . . . . . . . . . 508
Configuring a Dedicated Client/Server POA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 510
Optimizing Message File Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 511
Adjusting the Number of POA Threads for Message File Processing. . . . . . . . . . . . . . . . 512
Configuring a Dedicated Message File Processing POA . . . . . . . . . . . . . . . . . . . . . . . . . 513
Optimizing Indexing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514
Regulating Indexing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514
Configuring a Dedicated Indexing POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516
Optimizing Database Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517
Adjusting the Number of POA Threads for Database Maintenance . . . . . . . . . . . . . . . . . 517
Configuring a Dedicated Database Maintenance POA . . . . . . . . . . . . . . . . . . . . . . . . . . . 518

SAMNDCA630-07873019

Optimizing CPU Utilization for the NetWare POA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 520

**40   Using POA Startup Switches**                                                                     **523**

@filename . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 526
/attemptsresetinterval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 526
/cap . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527
/capmaxthreads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527
/capport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527
/capssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 528
/certfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 528
/cluster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 528
/cpu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 528
/dn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 529
/enforceclientversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 529
/externalclientssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 529
/gwchkthreads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 530
/gwclientreleasedate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 530
/gwclientreleaseversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 530
/help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 530
/home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531
/httppassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531
/httpport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531
/httprefresh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 531
/httpssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532
/httpuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532
/imap . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 532
/imapmaxthreads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533
/imapreadlimit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533
/imapport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533
/imapssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533
/imapsslport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534
/incorrectloginattempts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534
/internalclientssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 534
/intruderlockout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535
/ip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535
/keyfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 535
/keypassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536
/language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536
/ldapdisablepwdchg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537
/ldapipaddr . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537
/ldapippooln . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537
/ldappoolresettime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538
/ldapport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538
/ldapportpooln . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538
/ldappwd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 538
/ldapssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
/ldapsslpooln . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
/ldapsslkey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
/ldapsslkeypooln . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540
/ldaptimeout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540
/ldapuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540
/ldapuserauthmethod . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541
/lockoutresetinterval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541
/log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 541
/logdays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542
/logdiskoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542

Contents   **15**

/loglevel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542
/logmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542
/maxappconns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543
/maxphysconns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543
/msgtranssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543
/mtpinipaddr . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
/mtpinport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
/mtpoutipaddr . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
/mtpoutport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
/mtpsendmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
/name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
/noada . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
/nocache . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546
/noconfig . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546
/noerrormail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546
/nogwchk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546
/nomf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
/nomfhigh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
/nomflow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
/nomtp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
/nonuu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548
/noqf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548
/nordab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548
/norecover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548
/nosnmp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549
/notcpip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549
/nuuoffset . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549
/password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549
/port . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 550
/primingmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 550
/qfbaseoffset . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 550
/qfbaseoffsetinminute . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 550
/qfinterval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 551
/qfintervalinminute . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 551
/rdaboffset . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 551
/rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 552
/sleep . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 552
/tcpthreads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 552
/threads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 552
/user . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 553

**Part X    Message Transfer Agent**

**41    Understanding Message Transfer between Domains and Post Offices                                    557**

Domain Representation in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 557
Domain Directory Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 558
Information Stored in the Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 558
    Domain Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 558
    Agent Input/Output Queues in the Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559
    Gateways . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559
Role of the Message Transfer Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559
Link Configuration between Domains and Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . 560
Message Flow between Domains and Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . 560
    Message Flow between Post Offices in the Same Domain . . . . . . . . . . . . . . . . . . . . . . . 560
    Message Flow between Different Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 561
Cross-Platform Issues between Domains and Post Offices . . . . . . . . . . . . . . . . . . . . . . . . 561

SAMNDCA630-07873021

MTA Platform Dependencies Because of Direct Access Requirements to Post Offices . . . . . . . . . . . . . . 562
MTA/Post Office Platform Independence through TCP/IP Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . 562
MTA Platform Dependencies Because of Direct Access Requirements to the Domain . . . . . . . . . . . . . . 562
MTA/Domain Platform Independence through TCP/IP Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 563
MTA/Domain Platform Independence through the Transfer Pull Configuration. . . . . . . . . . . . . . . . . . . . 563

**42   Installing and Starting the MTA**                                                                     **565**
Installing the MTA Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
Fine-Tuning Your NetWare MTA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
Fine-Tuning Your Linux MTA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567
Fine-Tuning Your Windows MTA Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567
Starting the MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568
Starting the NetWare MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568
Starting the Linux MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 570
Starting the Windows MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 571
Uninstalling the MTA Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
Uninstalling the NetWare or Windows MTA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
Uninstalling the Linux MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573

**43   Configuring the MTA**                                                                                 **575**
Performing Basic MTA Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575
Creating an MTA Object in eDirectory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575
Configuring the MTA in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 577
Changing the Link Protocol between Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579
Changing the Link Protocol between a Domain and Its Post Offices . . . . . . . . . . . . . . . . . . . . . . . . 583
Moving the MTA to a Different Server. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 586
Adjusting the MTA for a New Location of a Domain or Post Office . . . . . . . . . . . . . . . . . . . . . . . . . 587
Adjusting the MTA Logging Level and Other Log Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588
Configuring User Access through the Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588
Restricting Message Size between Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588
Enabling Live Remote. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 589
Enhancing Domain Security with SSL Connections to the MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . 589
Configuring Specialized Routing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 591
Using Routing Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 591
Scheduling Direct Domain Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 593
Using a Transfer Pull Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 596
Configuring Domain Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 598
Using eDirectory User Synchronization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 598
Enabling MTA Message Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 603

**44   Monitoring the MTA**                                                                                  **605**
Using the MTA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 605
Monitoring the MTA from the MTA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 605
Controlling the MTA from the MTA Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 608
Using the MTA Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 617
Setting Up the MTA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 617
Accessing the MTA Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 619
Monitoring the MTA from the MTA Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 619
Controlling the MTA from the MTA Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 623
Using MTA Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 625
Configuring MTA Log Settings and Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 625
Viewing MTA Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626
Interpreting MTA Log File Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626
Using GroupWise Monitor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626
Using NetWare 6.5 Remote Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 626
Using SNMP Monitoring Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 627

SAMNDCA630-07873022

Setting Up SNMP Services for the MTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 627
Copying and Compiling the MTA MIB File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 630
Customizing Your ManageWise Installation to Monitor the MTA . . . . . . . . . . . . . . . . . . . 631
Configuring the MTA for SNMP Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 631
Notifying the Domain Administrator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 632
Using the MTA Error Message Documentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 632
Employing MTA Troubleshooting Techniques . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633
Using Platform-Specific MTA Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633
NetWare Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633
Linux Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633
Windows Monitoring Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633
Using MTA Message Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633

**45   Optimizing the MTA                                                                             635**
Optimizing TCP/IP Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 635
Adjusting the Number of MTA TCP/IP Connections . . . . . . . . . . . . . . . . . . . . . . . . . . 635
Adjusting the MTA Wait Intervals for Slow TCP/IP Connections . . . . . . . . . . . . . . . . . . . 636
Optimizing Mapped/UNC Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 636
Using TCP/IP Links between Locations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 636
Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways . . . . . . . . 636
Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices . . . . . . . . . 638
Optimizing the Routing Queue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 639
Adjusting the Maximum Number of Active Router Threads . . . . . . . . . . . . . . . . . . . . . . . 640
Adjusting the Maximum Number of Idle Router Threads . . . . . . . . . . . . . . . . . . . . . . . . . 640
Adjusting MTA Polling of Closed Locations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 640

**46   Using MTA Startup Switches                                                                     643**
@*filename* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 645
/activelog . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 645
/certfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 645
/cyhi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 645
/cylo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 646
/defaultroutingdomain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 646
/dn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 646
/fast0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 647
/fast4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 647
/help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 647
/home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 647
/httppassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 648
/httpport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 648
/httprefresh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 648
/httpssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 648
/httpuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 649
/keyfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 649
/keypassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 649
/language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 649
/liveremote . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 650
/log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 651
/logdays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 651
/logdiskoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 651
/loglevel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 652
/logmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 652
/lrconn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 652
/lrwaitdata . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 652
/maxidlerouters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 653
/maxrouters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 653

SAMNDCA630-07873023

/messagelogdays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 653
/messagelogmaxsize . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 654
/messagelogpath . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 654
/messagelogsettings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 654
/msgtranssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655
/noada . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655
/nodns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655
/noerrormail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655
/nondssync . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 656
/norecover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 656
/nosnmp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 656
/password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 656
/tcpinbound . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 656
/tcpport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 657
/tcpwaitconnect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 657
/tcpwaitdata . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 657
/tracelogin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 658
/user . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 658
/work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 658

**Part XI   Internet Agent**

**47   Configuring Internet Agent Services**                                           **661**
Configuring SMTP/MIME Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 661
    Configuring Basic SMTP/MIME Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 661
    Using Extended SMTP (ESMTP) Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 663
    Configuring How the Internet Agent Handles E-Mail Addresses . . . . . . . . . . . . . . 664
    Determining Format Options for Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 667
    Protecting Against Unidentified Hosts and Mailbombs (Spam) . . . . . . . . . . . . . . . 668
    Configuring the SMTP Timeout Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 669
    Determining What to Do with Undeliverable Messages . . . . . . . . . . . . . . . . . . . . . 670
    Configuring SMTP Dial-Up Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 671
    Enabling SMTP Relaying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 674
    Configuring SMTP Host Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 676
    Using a Route Configuration File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 676
    Customizing Delivery Status Notifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 677
    Managing MIME Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 678
Configuring LDAP Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 682
    Enabling LDAP Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 682
    Configuring Public Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 683
Configuring POP3/IMAP4 Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 684
    Enabling POP3/IMAP4 Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 684
    Configuring Post Office Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 685
    Giving POP3 or IMAP4 Access Rights to Users . . . . . . . . . . . . . . . . . . . . . . . . . 686
    Setting Up an E-Mail Client for POP3/IMAP4 Services . . . . . . . . . . . . . . . . . . . . 686
Configuring Paging Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 688
    Setting Up Paging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 688
    Using Paging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 689

**48   Configuring Simplified Addressing**                                             **691**
Basic Addressing Syntax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 691
    Sending Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 691
    Receiving Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 692
    Receiving Replies to Sent Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 692
Simplifying Addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 692
    Creating a Non-GroupWise Domain Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . 692

Contents   **19**

Creating a Customized Addressing Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 700

**49  Controlling User Access                                                                    705**
Classes of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 705
Creating a Class of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 706
Testing Access Control Settings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 711
Maintaining the Access Control Database. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 712
    Validating the Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 713
    Recovering the Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 713

**50  Setting Up Accounting                                                                      715**
Selecting an Accountant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 715
Enabling Accounting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 716
Understanding the Accounting File's Fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717

**51  Blocking Unwanted E-Mail                                                                    719**
Real-Time Blacklists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 719
    Defining a Blacklist Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 719
    Overriding a Blacklist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 721
Access Control Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 721
Blocked.txt File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 721
Mailbomb (Spam) Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 722
SMTP Host Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 723
    Outbound Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 723
    Inbound Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 723
Unidentified Host Rejection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 723

**52  Optimizing Speed and Reliability                                                           725**
Relocating the Internet Agent's Processing Directories . . . . . . . . . . . . . . . . . . . . . . . . 725
Increasing Internet Agent Speed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 726
    Sending and Receiving Threads. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 727
    Changing the Maximum Packet Received Buffers. . . . . . . . . . . . . . . . . . . . . . . . . . 727
    Increasing Polling Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 727
    Decreasing the Timeout Cycles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 728
Automating Reattachment to NetWare Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . . 728

**53  Monitoring Internet Agent Operations                                                       731**
Monitoring the Internet Agent through the Server Console . . . . . . . . . . . . . . . . . . . . . . . 731
    Description. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 732
    Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 732
    Statistics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 733
    Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 739
    Menu Functions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 740
Monitoring the Internet Agent through the Web Console . . . . . . . . . . . . . . . . . . . . . . . . 742
    Enabling the Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 742
    Monitoring the Internet Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 743
Monitoring the Internet Agent through NetWare 6.5 Remote Manager . . . . . . . . . . . . . . . . . 744
Monitoring the Internet Agent through an SNMP Management Console . . . . . . . . . . . . . . . . . 745
Assigning Operators to Receive Warning and Error Messages. . . . . . . . . . . . . . . . . . . . . 745
Using Internet Agent Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 746
    Modifying Log Settings in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 747
    Modifying Log Settings through Startup Switches . . . . . . . . . . . . . . . . . . . . . . . . . . 749
    Modifying Log Settings through the NetWare Internet Agent Console. . . . . . . . . . . . . . . . . 749
    Modifying Log Settings through the Windows or Linux Internet Agent Console . . . . . . . . . . . . 749
    Viewing Log Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 750
Shutting Down the Internet Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 751
    Using the Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 751

SAMNDCA630-07873025

Using a Mail Message . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 751
Using a Shutdown File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 751

**54   Securing Internet Agent Connections Via SSL                                              753**
Defining the Certificate File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 753
Defining Which Connections Will Use SSL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 754

**55   Connecting GroupWise Systems and Domains Using the Internet Agent                       757**
Connecting GroupWise Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 757
   Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 757
   Creating an External Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 758
   Linking to the External Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 759
   Checking the Link Status of the External Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . 761
   Sending Messages Between Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 762
   Exchanging Information Between Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 762
Linking Domains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 762

**56   Using Internet Agent Startup Switches                                                    765**
How to Use Startup Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 765
   Changing Internet Agent Settings in ConsoleOne . . . . . . . . . . . . . . . . . . . . . . . . . . . 765
   Modifying the Gwia.cfg File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 766
   Editing Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 766
Alphabetical List of Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 767
Required Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 771
   /dhome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 771
   /hn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772
   /home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772
   /user (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772
   /password (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772
Console Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 772
   /color . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
   /help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
   /mono . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
   --show (Linux Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
Environment Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
   /ipa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 773
   /cluster (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774
   /pid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774
   /smp (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774
   /nosmp (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774
   /smtphome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774
   /work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 775
   /nasoq . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 775
SMTP/MIME Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 775
   SMTP Enabled (/smtp Switch) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 775
   Address Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 776
   Message Formatting and Encoding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 780
   Forwarded and Deferred Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 783
   Extended SMTP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 784
   Send/Receive Cycle and Threads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 784
   Dial-Up Connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 785
   Timeouts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 786
   Relay Host . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 788
   Host Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 788
   Undeliverable Message Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 790
   Mailbomb and Spam Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 790

SAMNDCA630-07873026

POP3 Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /pop3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /popintruderdetect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /popport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /popsport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /popssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 792
    /pt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 793
IMAP4 Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 793
    /imap4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 793
    /imapport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 793
    /imapreadlimit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 794
    /imapsport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 794
    /imapssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 794
    /it . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 794
HTTP (Web Console) Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 795
    /httpport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 795
    /httpuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 795
    /httppassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 795
    /httprefresh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 795
    /httpssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 796
SSL Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 796
    /certfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 796
    /keyfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 796
    /keypasswd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 796
    /smtppssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 797
    /httpssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 797
    /popssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 797
    /imapssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 797
    /ldapssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 798
LDAP Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 798
    GroupWise Authentication Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 798
    LDAP Query Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 799
Log File Switches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 800
    /log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 800
    /logdays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 801
    /loglevel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 801
    /logmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 801

**Part XII  WebAccess**

**57  Scaling WebAccess**                                                                                      **805**
WebAccess Configurations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805
    Multiple WebAccess Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805
    Multiple WebAccess and WebPublisher Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 806
Installing Additional WebAccess Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 807
    Installing Additional Components on NetWare or Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 808
    Installing Additional Components on Linux . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 809
Configuring Redirection and Failover Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 810
    How the WebAccess Application Knows Which WebAccess Agents to Use . . . . . . . . . . . . . . . . . . . . . . 810
    Synchronizing the Encryption Key . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 812
    Specifying a WebAccess Agent in the WebAccess URL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 813
    Assigning a Default WebAccess Agent to a Post Office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 815
    Assigning a Default WebAccess Agent to a Domain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 816
    Adding WebAccess Agents to the GroupWise Service Provider's List . . . . . . . . . . . . . . . . . . . . . . . . . . 817

**58  Controlling User Access**                                                                               **819**

SAMNDCA630-07873027

Controlling User Access to Mailboxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 819
   Class Membership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 819
   Creating a Class of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 820
   Adding Users to a Class of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 822
   Maintaining the Access Database . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 823
Setting the Timeout Interval for Inactive Sessions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 825
Configuring User Access to WebAccess Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 826

**59   Configuring WebAccess Components**           **829**
Configuring the WebAccess Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 829
   Modifying WebAccess Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 829
   Modifying WebPublisher Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 830
   Controlling WebAccess Agent Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 832
   Managing Access to Post Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 837
   Changing the WebAccess Agent's Network Address or Port Numbers . . . . . . . . . . . . . . . . . 840
Configuring the WebAccess Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 841
   Modifying the WebAccess Application Environment Settings . . . . . . . . . . . . . . . . . . . . . . . 841
   Controlling WebAccess Application Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 842
   Adding or Removing Service Providers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 844
   Modifying WebAccess Application Template Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . 845
   Securing WebAccess Application Sessions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 850
   Controlling Availability of WebAccess Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 852
Configuring the Novell Speller Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 854
   Modifying the Speller Application Environment Settings . . . . . . . . . . . . . . . . . . . . . . . . . 854
   Controlling Speller Application Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 855
Configuring the WebPublisher Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 857
   Modifying the WebPublisher Application Environment Settings . . . . . . . . . . . . . . . . . . . . . 857
   Controlling WebPublisher Application Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 858
   Adding or Removing Service Providers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 859
   Modifying WebPublisher Application Template Settings . . . . . . . . . . . . . . . . . . . . . . . . . . 860
   Controlling Availability of WebPublisher Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 865
Configuring the GroupWise Service Provider . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 867
Configuring the LDAP Service Provider . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 868
Configuring the GroupWise Document Service Provider . . . . . . . . . . . . . . . . . . . . . . . . . . . . 869

**60   Customizing the WebAccess Interface**           **873**

**61   Monitoring WebAccess Operations**           **875**
Monitoring the WebAccess Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 875
   Monitoring the NetWare WebAccess Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 875
   Monitoring the Windows WebAccess Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 877
   Monitoring the Linux WebAccess Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 878
   Monitoring the WebAccess Agent through the Web Console . . . . . . . . . . . . . . . . . . . . . . . 879
   Monitoring the WebAccess Agent through NetWare 6.5 Remote Manager . . . . . . . . . . . . . . 881
Monitoring the WebAccess Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 882
   Enabling the WebAccess Application Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 882
   Using the WebAccess Application Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 882
   Understanding the WebAccess Application Web Console Information . . . . . . . . . . . . . . . . . . 883

**62   Securing WebAccess Agent Connections Via SSL**           **889**
Defining the Certificate File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 889
Defining Which Connections Will Use SSL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 890

**63   Creating a PQA File for the WebAccess Client**           **893**

**64   Using WebAccess Agent Startup Switches**           **895**
*@filename* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 896

Contents   **23**

/cluster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 896
/help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 896
/home (Required) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/http . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/httpuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/httppassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/ip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/log. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/logdays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 897
/logdiskon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/loglevel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/logmax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/maxusers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/password (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/port-*number* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
--show . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898
/threads-*number* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 899
/user (NetWare Only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 899
/work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 899

**Part XIII  Monitor**

**65  Starting the Monitor Agent**                                                              **903**
   Starting the Linux Monitor Agent  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 903
      Starting the Linux Monitor Agent Manually  . . . . . . . . . . . . . . . . . . . . . . . . . . . 903
      Starting the Linux Monitor Agent Automatically . . . . . . . . . . . . . . . . . . . . . . . . . 904
      Stopping the Linux Monitor Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 904
   Starting the Windows Monitor Agent  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 905
      Starting the Windows Monitor Agent Manually  . . . . . . . . . . . . . . . . . . . . . . . . . . 905
      Starting the Windows Monitor Agent Automatically . . . . . . . . . . . . . . . . . . . . . . . . 905
      Stopping the Windows Monitor Agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 906
   Understanding the Monitor Agent Consoles. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 906
      Monitor Agent Console  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 906
      Monitor Agent Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 906
      Monitor Web Console  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 907

**66  Configuring the Monitor Agent**                                                           **909**
   Selecting Agents to Monitor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 910
      Filtering the Agent List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 910
      Adding All Agents on a Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 911
      Adding All Agents on a Subnet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 911
      Adding an Individual Agent  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 911
      Removing Added Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 912
   Creating and Managing Agent Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 912
      Creating an Agent Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 913
      Managing Agent Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 913
      Viewing Your Agent Group Hierarchy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 914
      Configuring an Agent Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 914
   Configuring Monitoring Protocols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 914
      Configuring the Monitor Agent for HTTP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 915
      Configuring the Monitor Agent for SNMP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 916
   Configuring Polling of Monitored Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 917
   Configuring E-Mail Notification of Agent Problems . . . . . . . . . . . . . . . . . . . . . . . . . 918
      Configuring E-Mail Notification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 918
      Customizing Notification Thresholds. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 920
   Configuring Audible Notification of Agent Problems. . . . . . . . . . . . . . . . . . . . . . . . . 922

**SAMNDCA630-07873029**

DEFENDANT'S EXHIBIT NO. 324.0025

Configuring SNMP Trap Notification of Agent Problems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 923
Configuring Authentication and Intruder Lockout for the Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . 924
Configuring Proxy Service Support for the Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 925
Configuring Monitor Agent Log Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 925

**67  Using the Monitor Agent Console**                                                                                    **927**
Monitoring Agents at the Monitor Agent Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 927
Viewing All Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 928
Viewing Problem Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 928
Viewing an Agent Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 929
Viewing an Agent Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 930
Polling the Agents for Updated Status Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 930
Generating Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 931
Link Trace Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 931
Link Configuration Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 932
Environment Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 933
User Traffic Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 933
Link Traffic Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 934
Message Tracking Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 934
Performance Tracking Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 935
Measuring Agent Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 935
Setting Up an External Monitor Domain. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 935
Selecting an MTA to Communicate with the Monitor Agent. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 936
Configuring the Monitor Agent for Agent Performance Testing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 937
Viewing Agent Performance Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 938
Viewing an Agent Performance Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 938
Receiving Notification of Agent Performance Problems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 938
Assigning Responsibility for Specific Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 938

**68  Configuring the Monitor Application**                                                                                **941**
Modifying Monitor Application Environment Settings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 941
Modifying Monitor Application Log Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 942
Adding or Removing Service Providers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 944
Modifying Monitor Application Template Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 945

**69  Using the Monitor Web Console**                                                                                      **947**
Displaying the Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 947
Monitoring Agents at the Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 947
Changing Monitor Agent Configuration Settings at the Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 948
Managing Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 950
Tracing a Link at the Monitor Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 950
Checking Links Configuration at the Monitor Web Console. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 950
Searching for Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 951

**70  Comparing the Monitor Agent Consoles**                                                                               **953**

**71  Creating a PQA File for the Monitor Web Console**                                                                    **955**

**72  Using Monitor Agent Switches**                                                                                       **957**
/help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 957
/home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 958
/httpagentpassword. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 958
/httpagentuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 958
/httpcertfile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 959
/httpmonpassword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 959
/httpmonuser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 959
/httpport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 960

SAMNDCA630-07873030

/httpssl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 960
/ipa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 960
/ipp . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 961
/lang . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 961
/log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 962
/pollthreads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 962
/proxy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 962

**Part XIV   Client**

**73   Setting Up GroupWise Modes and Accounts**         **965**
GroupWise Modes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 965
    Online Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 965
    Caching Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 965
    Remote Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 967
Accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 972
    Accounts Menu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 972
    Enabling POP3, IMAP4, and NNTP Account Access in Online Mode. . . . . . . . . . . . . . . . . 972

**74   Setting Defaults for the GroupWise Client Options**        **973**
Client Options Summary. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 973
Setting Client Options. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 976
    Modifying Environment Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 977
    Modifying Send Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 987
    Modifying Security Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 996
    Modifying Date and Time Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 999
Resetting Client Options to Default Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1002

**75   Distributing the GroupWise Client**        **1003**
Using GroupWise AutoUpdate and SetupIP to Distribute the GroupWise Windows Client . . . . . . . . . . 1003
    Understanding the Configuration File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1003
    Installing with the Configuration File (setup.cfg) . . . . . . . . . . . . . . . . . . . . . . . . 1004
    Modifying the Configuration File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1005
    Adding LDAP Directory Service Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1010
    Enabling AutoUpdate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1011
    Modifying the addon.cfg File. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1013
    Error Log File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1014
    Startup Switches for Administrator-Defined Setup. . . . . . . . . . . . . . . . . . . . . . . . . 1014
Using ZENworks Desktop Management to Distribute the GroupWise Windows Client . . . . . . . . . . . . 1015
    Understanding the GroupWise Windows Client .aot Files. . . . . . . . . . . . . . . . . . . . . . 1015
    Creating a GroupWise Client Application Object . . . . . . . . . . . . . . . . . . . . . . . . . 1016
Using Red Carpet to Distribute the GroupWise Cross-Platform Client . . . . . . . . . . . . . . . . . . 1020

**76   Supporting the GroupWise Client in Multiple Languages**      **1021**
Providing the GroupWise Client Software in Multiple Languages. . . . . . . . . . . . . . . . . . . . . . 1021
Providing Post Office Support for Multiple Languages . . . . . . . . . . . . . . . . . . . . . . . . . . 1021

**77   Tools for Analyzing and Correcting GroupWise Client Problems**   **1023**
GroupWise Exception Handler for the Windows Client . . . . . . . . . . . . . . . . . . . . . . . . . . 1023
GroupWise Check. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1023
    Enabling GroupWise Check in the Windows Client . . . . . . . . . . . . . . . . . . . . . . . . . 1024
    Using GroupWise Check with the Cross-Platform Client . . . . . . . . . . . . . . . . . . . . . . 1024

**78   Startup Switches for the GroupWise Client**       **1025**
/@u-? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1025
/@u-user_ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1026
/bl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1026

SAMNDCA630-07873031

DEFENDANT'S EXHIBIT NO. 324.0027

/c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1026
/cm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1026
/iabs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1026
/ipa-IP_address_or_hostname . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1027
/ipp-port_number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1027
/l-xx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1027
/la-network_ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1028
/nu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1028
/ph-pathname . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1028
/pc-path_to_caching_mailbox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1028
/pr-path_to_remote_mailbox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1029

**Part XV   Security**

**79   GroupWise Passwords**                                                              **1033**
Mailbox Passwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1033
   Using Post Office Security Instead of GroupWise Passwords . . . . . . . . . . . . . . . . 1033
   Requiring GroupWise Passwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1034
   Managing GroupWise Passwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1034
   Using LDAP Passwords Instead of GroupWise Passwords . . . . . . . . . . . . . . . . . . 1036
   Bypassing Mailbox Passwords to Respond to Corporate Mandates . . . . . . . . . . . . . . 1036
Agent Passwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1036
   Facilitating Access to Remote Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . 1037
   Facilitating Access to eDirectory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1037
   Protecting the Agent Web Consoles . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1038
   Protecting the GroupWise Monitor Web Console . . . . . . . . . . . . . . . . . . . . . . 1038

**80   Encryption and Certificates**                                                       **1039**
Native GroupWise Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1039
Personal Digital Certificates, Digital Signatures,
   and S/MIME Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1040
Server Certificates and SSL Encryption . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1041
   Generating a Certificate Signing Request and Private Key . . . . . . . . . . . . . . . . . 1041
   Submitting the Certificate Signing Request to a Certificate Authority . . . . . . . . . . . . 1043
   Creating Your Own Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1043
   Installing the Certificate on the Server . . . . . . . . . . . . . . . . . . . . . . . . . . . 1044
   Configuring the Agents to Use SSL . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1045

**81   LDAP Directories**                                                                  **1047**
Accessing Public LDAP Directories from GroupWise . . . . . . . . . . . . . . . . . . . . . . 1047
Offering the GroupWise Address Book as an LDAP Directory . . . . . . . . . . . . . . . . . . 1047
Authenticating to GroupWise with Passwords Stored in an LDAP Directory . . . . . . . . . . . 1047
   Access Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1048
   LDAP Username . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1048
Accessing S/MIME Certificates in an LDAP Directory . . . . . . . . . . . . . . . . . . . . . 1048

**82   Message Security**                                                                  **1049**

**83   Address Book Security**                                                             **1051**
eDirectory Information Displayed in the Address Book . . . . . . . . . . . . . . . . . . . . . 1051
Suppressing the Contents of the User Description Field . . . . . . . . . . . . . . . . . . . . 1051
Controlling GroupWise Object Visibility in the Address Book . . . . . . . . . . . . . . . . . . 1051
Controlling GroupWise Object Visibility between GroupWise Systems . . . . . . . . . . . . . . 1052

**84   GroupWise Administrator Rights**                                                    **1053**
Setting Up a GroupWise Administrator as an Admin Equivalent . . . . . . . . . . . . . . . . . 1053
Assigning Rights Based on Administration Responsibilities . . . . . . . . . . . . . . . . . . . 1053

SAMNDCA630-07873032

File System Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1054
eDirectory Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1054
Common Types of GroupWise Administrators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1058
eDirectory Object and Properties Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1061
Granting or Removing Object and Property Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1064

**85   GroupWise Agent Rights**                                                                                   **1065**

**86   GroupWise User Rights**                                                                                    **1067**
eDirectory Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1067
Configuring ConsoleOne to Automatically Set eDirectory Rights When Creating User Accounts . . . . . . . . . . 1067
Manually Granting eDirectory Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1068
File System Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1069
Granting File System Rights to the Post Office Directory . . . . . . . . . . . . . . . . . . . . . . . . . . . 1069
Granting File System Rights to the Software Distribution Directory . . . . . . . . . . . . . . . . . . . . 1071
Granting File System Rights to the Mailbox Backup Directory . . . . . . . . . . . . . . . . . . . . . . . 1071

**87   Spam Protection**                                                                                          **1073**
Configuring the Internet Agent for Spam Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1073
Configuring the GroupWise Client for Spam Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1073

**88   Virus Protection**                                                                                         **1075**

**Part XVI   Documentation Updates**
February 6, 2006 (GroupWise 6.5 SP6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1077
October 31, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1079
September 19, 2005 (GroupWise 6.5 SP5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1079
February 28, 2005 (GroupWise 6.5 SP4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1081
November 30, 2004 (GroupWise 6.5 SP3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1083
September 30, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1084
June 25, 2004 (GroupWise 6.5 SP2 and GroupWise 6.5 for Linux SP2) . . . . . . . . . . . . . . . . . . . . . . 1085
May 3, 2004 (GroupWise 6.5 for Linux) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1086
October 31, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1092
July 16, 2003 (GroupWise 6.5 SP1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1094

SAMNDCA630-07873033

# About This Guide

This Novell® *GroupWise® 6.5 Administration Guide* helps you maintain all components of your GroupWise system. The guide is divided into the following sections:

"System" on page 31

"Domains" on page 107

"Post Offices" on page 145

"Users" on page 187

"Resources" on page 221

"Distribution Lists, Groups, and Organizational Roles" on page 235

"Libraries and Documents" on page 261

"Databases" on page 339

"Post Office Agent" on page 415

"Message Transfer Agent" on page 555

"Internet Agent" on page 659

"WebAccess" on page 803

"Monitor" on page 901

"Client" on page 963

"Security" on page 1031

"Documentation Updates" on page 1077

## Additional Documentation

For additional GroupWise documentation, see the following guides at the Novell GroupWise 6.5 documentation Web site (http://www.novell.com/documentation/gw65):

- *Installation Guide*

- *Multi-System Administration Guide*

- *Interoperability Guide*

- *Troubleshooting Guides*

- *GroupWise Client User Guides*

## Documentation Updates

For the most recent version of the *GroupWise 6.5 Administration Guide*, visit the Novell GroupWise 6.5 documentation Web site (http://www.novell.com/documentation/gw65).

## Documentation Conventions

In Novell documentation, a greater-than symbol (>) is used to separate actions within a step and items in a cross-reference path.

A trademark symbol (®, ™, etc.) denotes a Novell trademark. An asterisk denotes a third-party trademark.

SAMNDCA630-07873034

DEFENDANT'S EXHIBIT NO. 324.0030

**User Comments**

We want to hear your comments and suggestions about this manual and the other documentation included with this product. Please use the User Comment feature at the bottom of each page of the online documentation, or go to www.novell.com/documentation/feedback.html and enter your comments there.

SAMNDCA630-07873035

DEFENDANT'S EXHIBIT NO. 324.0031

# System

Chapter 1, "GroupWise System Administration," on page 33
Chapter 2, "ConsoleOne Administration Tool," on page 35
Chapter 3, "GroupWise View," on page 37
Chapter 4, "System Operations," on page 43
Chapter 5, "GroupWise Utilities," on page 65
Chapter 6, "GroupWise Addressing," on page 81
Chapter 7, "Multilingual GroupWise Systems," on page 103

SAMNDCA630-07873036

DEFENDANT'S EXHIBIT NO. 324.0032

SAMNDCA630-07873037

# 1

# GroupWise System Administration

As a GroupWise® system administrator, it is your responsibility to keep your GroupWise system running smoothly for your GroupWise users. This *GroupWise 6.5 Administration Guide* provides a wealth of information to help you accomplish this task. This System section provides an overview of the GroupWise administration tool, ConsoleOne®, and its capabilities. It summarizes administrative tasks that affect your GroupWise system as a whole and provides links to more specialized instructions.

The following sections of the *Administration Guide* detail the eDirectory™ objects where GroupWise information is stored. Instructions are provided for creating and managing all GroupWise object types.

- "Domains" on page 107
- "Post Offices" on page 145
- "Users" on page 187
- "Resources" on page 221
- "Distribution Lists, Groups, and Organizational Roles" on page 235
- "Libraries and Documents" on page 261

The following sections of the *Administration Guide* detail the GroupWise software components that make your GroupWise system run. Instructions are provided for configuring, monitoring, and optimizing each software component.

- "Post Office Agent" on page 415
- "Message Transfer Agent" on page 555
- "Internet Agent" on page 659
- "WebAccess" on page 803
- "Monitor" on page 901

The following additional sections of the *Administration Guide* provide supporting details and background information:

- "Databases" on page 339
- "Security" on page 1031
- "Client" on page 963

SAMNDCA630-07873038

DEFENDANT'S EXHIBIT NO. 324.0034

SAMNDCA630-07873039

DEFENDANT'S EXHIBIT NO. 324.0035

# 2

## ConsoleOne Administration Tool

GroupWise[R] is administered using ConsoleOne[R], a Java*-based tool for managing your network and its resources. When you create your GroupWise system, GroupWise snap-ins are added to your ConsoleOne installation and GroupWise objects are created in Novell[R] eDirectory™. As you manage your GroupWise system, you use ConsoleOne to create additional GroupWise objects, modify GroupWise object properties, and so on.

**IMPORTANT:** Because the GroupWise snap-ins to ConsoleOne are required in order to work with GroupWise objects, you cannot use other network management tools, such as Novell iManager, to administer your GroupWise system. Also, you should not use older network management tools, such as NetWare Administrator, to administer your GroupWise system, unless your GroupWise system includes legacy gateways that require such tools to administer the corresponding Gateway objects and their properties.

Because GroupWise is a cross-platform product, you might have components of your GroupWise system located on NetWare[R] servers, Linux servers, and Windows* servers. You can run ConsoleOne on Windows or Linux to manage GroupWise domains and post offices located on any of these platforms.

- "ConsoleOne on Windows" on page 35
- "ConsoleOne on Linux" on page 36

**NOTE:** For a GroupWise system on NetWare, you cannot run ConsoleOne to administer GroupWise at the NetWare server console. The GroupWise Administrator snap-ins to ConsoleOne do not run in that environment.

## ConsoleOne on Windows

You can run ConsoleOne on Windows on any Windows machine that meets the requirements listed in "GroupWise Administration Requirements" in the *GroupWise 6.5 Installation Guide*.

- "Installing ConsoleOne on Windows" on page 35
- "Starting ConsoleOne on Windows" on page 36

### Installing ConsoleOne on Windows

When you create your initial GroupWise system using the GroupWise Installation program (install.exe) on Windows, the GroupWise snap-ins to ConsoleOne are installed to the ConsoleOne installation on that machine. If necessary, you can install ConsoleOne itself to the machine where you are running the GroupWise Installation program. You are also given the opportunity to copy the GroupWise snap-ins to ConsoleOne into a GroupWise software distribution directory for later use.

After you have set up your GroupWise system, you can use the GroupWise Installation program to install ConsoleOne and the GroupWise snap-ins from the *GroupWise 6.5 Administrator* CD or you can run admin\install.exe to install the snap-ins from the software distribution directory to additional locations as needed.

SAMNDCA630-07873040

## Starting ConsoleOne on Windows

When you install ConsoleOne, a ConsoleOne icon is automatically created on your Windows desktop for starting ConsoleOne.

# ConsoleOne on Linux

You can run ConsoleOne on Linux on any Linux machine that meets the requirements listed in "GroupWise Administration Requirements" in the *GroupWise 6.5 Installation Guide*.

* "Installing ConsoleOne on Linux" on page 36
* "Starting ConsoleOne on Linux" on page 36

## Installing ConsoleOne on Linux

When you create your initial GroupWise system using the GroupWise Installation program (install) on Linux, ConsoleOne should already be installed before you begin. Linux ConsoleOne is available on the Novell Downloads page (http://download.novell.com/index.jsp).

After ConsoleOne is installed, the GroupWise Installation program on Linux installs the GroupWise snap-ins to ConsoleOne to the ConsoleOne installation on that machine. You are also given the opportunity to copy the GroupWise Administration RPM into a GroupWise software distribution directory for later use.

After you have set up your GroupWise system, you can use the GroupWise Installation program to the GroupWise snap-ins from the *GroupWise 6.5 Administrator* CD or you can install the GroupWise Administration RPM from the admin subdirectory of the software distribution directory to install the snap-ins to additional locations as needed.

## Starting ConsoleOne on Linux

1 In a terminal window, become root by entering su and the root password.

2 Enter the following command:

```
/usr/ConsoleOne/bin/ConsoleOne
```

SAMNDCA630-07873041

DEFENDANT'S EXHIBIT NO. 324.0037

# 3

# GroupWise View

When administering GroupWise® in ConsoleOne®, you can use the standard Novell® eDirectory™ View or you can use the GroupWise View. The following sections discuss the GroupWise View and how to use it:

- "eDirectory View vs. GroupWise View" on page 37

- "GroupWise Object Icons" on page 38

- "Customizing the GroupWise View" on page 40

- "Searching in the GroupWise View" on page 42

- "Performing Administrative Tasks from the GroupWise View" on page 42

**NOTE:** The ConsoleOne images used in the guide show ConsoleOne on Windows. ConsoleOne on Linux displays slightly differently but provides substantially the same functionality.

## eDirectory View vs. GroupWise View

The eDirectory View displays the GroupWise objects in their contexts in the eDirectory tree, as shown in the following example.



The GroupWise View filters out all non-GroupWise objects and shows how the GroupWise objects relate to each other in the GroupWise system, as shown in the following example.

SAMNDCA630-07873042

DEFENDANT'S EXHIBIT NO. 324.0038



In the left pane, all Domain objects are displayed under the GroupWise system, and all Post Office objects are subordinate to the domains where they reside. You can select the GroupWise system, a domain, or a post office in the left pane and then use the GroupWise Object list (located on the tool bar) to display associated objects (Users, Resources, Message Transfer Agents, and so forth) in the right pane. In the above example, the GroupWise System is selected in the left pane, the GroupWise Object list is set to Users, so the right pane is displaying all users in the entire GroupWise system.

# GroupWise Object Icons

The following table lists all the GroupWise objects that are displayed in the eDirectory View or GroupWise View in ConsoleOne.

| Icon | GroupWise Object | Additional Information |
|---|---|---|
| | GroupWise System | Represents the GroupWise system you are currently connected to. The GroupWise system's name is displayed in the lower left corner of the ConsoleOne window. |
| | Primary Domain | Represents the system's primary domain. To ensure consistency, all replication of GroupWise information to the GroupWise domain and post office databases takes place through the primary domain. For additional information, see "Domains" on page 107. |
| | Secondary Domain | Represents any additional domains, other than the primary, created in the GroupWise system. For additional information, see "Domains" on page 107. |
| | Current Domain | Represents the domain to which ConsoleOne is currently connected. For information about changing the current domain, see "Connecting to a Domain" on page 123. |
| | External Domain | Represents a domain from another GroupWise system. |
| | Non-GroupWise Domain | Represents all or part of a non-GroupWise system. |

SAMNDCA630-07873043

| Icon | GroupWise Object | Additional Information |
|------|------------------|------------------------|
| | Post Office | Represents a collection of user accounts (mailboxes). For additional information, see "Post Offices" on page 145. |
| | External Post Office | Represents a post office in an external GroupWise system or a non-GroupWise system. |
| | User | Represents an eDirectory user who has been given a GroupWise account on a post office. For additional information, see "Users" on page 187. |
| | External Entity | Represents a non-eDirectory user who has been given a GroupWise account on a post office. For additional information, see "Users" on page 187. |
| | External User | Represents a user in an external GroupWise system or a non-GroupWise system. |
| | Resource | Represents a conference room or some other resource that can be scheduled by users. For additional information, see "Resources" on page 221. |
| | External Resource | Represents a resource that belongs to an external GroupWise system or a non-GroupWise system. |
| | Distribution List | Represents a group of users or resources that can all be addressed by using the distribution list's name. For additional information, see "Distribution Lists, Groups, and Organizational Roles" on page 235. |
| | Group | Represents an eDirectory group. eDirectory groups, like distribution lists, can be addressed by using the group's name. Any members of the group who have GroupWise accounts receive the message. For additional information, see "Distribution Lists, Groups, and Organizational Roles" on page 235. |
| | Organizational Role | Represents an eDirectory organizational role. eDirectory organizational roles, like distribution lists, can be addressed by using the organizational role's name. Any members of the role who have GroupWise accounts receive the message. For additional information, see "Distribution Lists, Groups, and Organizational Roles" on page 235. |
| | Library | Represents a collection of documents. For additional information, see Chapter 21, "Document Management Services Overview," on page 263. |
| | Nickname | Represents an additional address associated with a user, resource, or distribution list. For additional information, see "Users" on page 187, "Resources" on page 221, or "Distribution Lists, Groups, and Organizational Roles" on page 235. |
| | Message Transfer Agent | Represents a Message Transfer Agent (MTA) associated with a domain. For additional information, see "Message Transfer Agent" on page 555. |

SAMNDCA630-07873044

| Icon | GroupWise Object | Additional Information |
|---|---|---|
| | Post Office Agent | Represents a Post Office Agent (POA) associated with a post office. For additional information, see "Post Office Agent" on page 415. |
| | Gateway | Represents a method of linking to another e-mail system or transport. For additional information, see the GroupWise gateway guides. |

# Customizing the GroupWise View

You can change the column display, order, and width to customize the GroupWise View.

Changes are preserved from one ConsoleOne session to the next. In addition, your last view is persistent from session to session. For example, if you last used the Distribution Lists view, the next time you start ConsoleOne and open the GroupWise View, the Distribution Lists view is displayed. If the last-used view is not applicable (for example, you had the Gateways view open and when the new ConsoleOne session starts you select a Post Office object), the GroupWise View defaults to the Users view.

- "Changing the Column Display and Order" on page 40
- "Changing the Column Widths" on page 41

## Changing the Column Display and Order

For each view (Users, Distribution Lists, Gateways, Post Offices, and so forth), you can determine which columns are displayed and the order in which they are displayed.

**1** Select GroupWise System in the left (tree) pane, then select the view (for example, Users).



**2** If you are changing the Users view, select which view (ID Sort, User Name Sort, First Name Sort, or Last Name Sort) you want to change.

The Users view allows you to sort by ID, user name, first name, or last name. Each of these is treated as a separate Users view for which you can determine the column display and order.

SAMNDCA630-07873045

**3** Click the View menu > Edit Columns to display the Select GroupWise View Columns dialog box.



**4** To add a column, select the column in the Available Fields list, then click the left arrow to add it to the Selected Columns list.

**5** To determine the display order, select a column in the Selected Columns list, then click the up arrow and down arrow to move it to the desired position.

**6** To remove a column, select the column in the Selected Columns list, then click the right arrow to add it to the Available Fields list.

**7** When you are finished, click OK to save your changes.

## Changing the Column Widths

You can change column widths in a view by dragging the right or left edge of the column label.



SAMNDCA630-07873046

DEFENDANT'S EXHIBIT NO. 324.0042

# Searching in the GroupWise View

You can search for a specific entry in a view. The search is performed on the first column. For example, if the Resources view is displayed, you can search for a specific resource based on its object ID. If the Users view (with Last Name Sort selected) is displayed, you can search for a specific user based on the user's last name.

With the Users view, if you have First Name Sort or Last Name Sort selected, you can search for a complete user name (both first and last name) by using a comma as a delimiter between the names. A space after the comma is optional.

For example, if the User view displays first names in the first column and last names in the second column, you can type John,Smith to go directly to that user name. If the columns were reversed, you could use Smith,John.

To perform a search:

**1** Change to the view you want to search.

**2** Select the first entry in the view.

**3** Type the text to search for.

As you type text, a text box appears in the lower-right corner of the GroupWise View.



# Performing Administrative Tasks from the GroupWise View

You can perform many GroupWise administrative tasks from the GroupWise View as well as from the eDirectory View. For example, you can:

* Create new objects.

* Modify the properties of an object.

* Move, rename, or delete an object from the GroupWise system.

* Use the GroupWise utilities, system operations, and diagnostic options on the Tools menu.

In addition, external objects must be created and managed in the GroupWise View because they are, by definition, external to eDirectory and have no eDirectory context. For example, if you install the GroupWise Internet Agent and want to simplify addressing for your users by adding the Internet as a non-GroupWise domain, you would need to perform the task in the GroupWise View.

SAMNDCA630-07873047

DEFENDANT'S EXHIBIT NO. 324.0043



# 4 System Operations

The GroupWise® system operations in ConsoleOne® allow you to perform various tasks to maintain and optimize your GroupWise system. The following sections provide information about the system operations included on the Tools menu (Tools menu > GroupWise System Operations):

- "Select Domain" on page 43
- "System Preferences" on page 44
- "eDirectory User Synchronization" on page 49
- "Admin-Defined Fields" on page 50
- "Pending Operations" on page 51
- "Addressing Rules" on page 52
- "Time Zones" on page 52
- "External System Synchronization" on page 55
- "Software Directory Management" on page 57
- "Restore Area Management" on page 61
- "Internet Addressing" on page 61
- "Trusted Applications" on page 62
- "LDAP Servers" on page 63

**NOTE:** If the majority of the items on the GroupWise System Operations menu are dimmed, you are connected to a secondary domain in a GroupWise system where Restrict System Operations to Primary Domain has been selected under System Preferences. For more information, see "System Preferences" on page 44.

## Select Domain

By default, ConsoleOne must be connected to a GroupWise domain in order for you to administer your GroupWise system. Being connected to a GroupWise domain ensures that information is replicated not only in Novell® eDirectory™ but also in the GroupWise domain and post office databases.

You can be connected to any domain in the GroupWise system. As shown in the following example, the domain to which you are connected is indicated by a plug on the domain's icon. In addition, the connected domain is listed at the bottom of the ConsoleOne window.

SAMNDCA630-07873048

DEFENDANT'S EXHIBIT NO. 324.0044



Some administrative tasks require you to be connected to a specific domain while others do not. In general, operations that create new GroupWise objects or delete GroupWise objects require you to be connected to the domain where the object resides. ConsoleOne uses the domain's UNC path (Domain object > GroupWise tab > Identification page) to automatically connect you to the correct domain if possible; otherwise, you must manually connect to the domain. Operations that simply modify the properties of an existing object do not require you to be connected to the object's domain.

**NOTE:** When you connect to a domain on a Linux server, a UNC path is still used but, because it is a Linux server, the first item in the UNC path is interpreted as the Linux server's hostname, followed by the path to the domain directory.

To change the domain to which you are connected:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Select Domain.



**2** Browse to and select the domain directory, then click OK to connect to the domain.

**NOTE:** You can also connect to a domain by right-clicking the domain in the GroupWise View and selecting Connect.

# System Preferences

You can use the GroupWise system preferences to configure the defaults for several GroupWise system settings, including:

* Whether to assign the required eDirectory and file system rights to users when you create their GroupWise accounts. By default, rights are assigned automatically.

* Whether to use the fully distinguished name or common name for a user's network ID. By default, the fully distinguished name is used.

SAMNDCA630-07873049

DEFENDANT'S EXHIBIT NO. 324.0045

* The domain to assign as the default domain for any messages whose address cannot be resolved. By default, no domain is assigned.

* Whether your GroupWise system allows Busy Search and status tracking information to be returned to users on external GroupWise systems. By default, information is not returned.

* Whether to create a nickname (representing the object's old address) when moving an object from one post office to another. By default, nicknames are not automatically created.

* On Linux, the mount directory where ConsoleOne can find mount points for mounted file systems where domains and post offices are located.

To change the system preferences:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > System Preferences.



The GroupWise System Preferences dialog box contains the following tabs:

* **Admin Preferences:** Controls how rights are assigned and what network ID format is used when creating new GroupWise users.

* **Routing Options:** Controls default message routing for your GroupWise system.

* **External Access Rights:** Controls the access that users on external GroupWise systems have to your GroupWise users' information.

* **Nickname Settings:** Controls what happens when you move a user from one post office to another.

* **Default Password:** Assigns a default password for new GroupWise user accounts.

* **Admin Lockout Settings:** Controls access to the GroupWise administration functions in ConsoleOne.

* **Linux Settings (Linux Only):** Establishes the mount directory where ConsoleOne can find mounted file systems where domains and post offices are located.

**2** Click the Admin Preferences tab to modify any of the following options:

SAMNDCA630-07873050



**Set Access Rights Automatically:** Users require specific eDirectory and file system rights in order to use GroupWise (see Chapter 86, "GroupWise User Rights," on page 1067). Select this option to automatically grant these rights when creating a GroupWise account for users.

Appropriate eDirectory object rights enable the GroupWise client to log in to the user's post office without prompting the user for the post office location (IP address, UNC path, or mapped drive.)

Appropriate file system rights enable the GroupWise client to directly access the post office directory rather than use client/server access.

**When Creating or Modifying Objects, For Network ID Use:** Select Full Distinguished Name (for example, paul.engineering.ny) when users' mailboxes reside on a NetWare® 4.1x server (or higher) and users have an eDirectory connection to the server where the post office resides.

Select Common Name (for example, paul) under the following circumstances:

- The users' mailboxes reside on a NetWare 3.1 server.

- The users' mailboxes reside on a NetWare 4.1x server but users have a bindery emulation connection to the server where the post office resides.

- Users' GroupWise IDs are different from their NetWare IDs.

**Display DirXML Warnings:** The DirXML® Driver for GroupWise provides data integration between GroupWise users and groups in eDirectory. For example, you can have an e-mail account automatically created as soon as an employee is hired. The same driver can also disable an e-mail account when a user is no longer active.

If you are using the DirXML Driver for GroupWise, some GroupWise operations that you perform in ConsoleOne® require you to take preliminary actions with the driver. For example, if you recover a deleted account, you need to stop the driver before recovering the account and restart it after the operation is complete.

This option enables you to receive a warning message whenever you perform a GroupWise operation in ConsoleOne that is affected by the DirXML driver. The warning message includes instructions about the actions you need to take with the driver before continuing with the GroupWise operation. If you are using the DirXML Driver for GroupWise, we strongly recommend that you enable this option. If you are not using the driver, you can disable the option to avoid receiving unnecessary messages.

**3** Click the Routing Options tab to modify any of the following options:

SAMNDCA630-07873051

DEFENDANT'S EXHIBIT NO. 324.0047



**Default Routing Domain:** If a domain's MTA cannot resolve a message's address, the message is routed to this default domain's MTA. The default domain's MTA can then be configured to handle the undeliverable messages. This might involve routing the message to another GroupWise domain or to an Internet address (by performing a DNS lookup). Browse to and select the GroupWise domain you want to use as the default routing domain.

**Force All Messages to this Domain:** This option applies only if you select a default routing domain. Select this option to force all messages to be routed through the default routing domain regardless of the links you have configured for your GroupWise system's domains.

**MTAs Send Directly to Other GroupWise Systems:** Select this option if you want all MTAs in your GroupWise system to perform DNS lookups and route messages out across the Internet. If you deselect this option, you can designate individual MTAs to perform DNS lookups and route messages to the Internet.

**4** Click the External Access Rights tab to modify any of the following options:



**Allow External Busy Search:** Select this option to enable users in other GroupWise systems to perform Busy Searches on your GroupWise users' Calendars.

**Allow External Status Tracking:** Select this option to enable users in other GroupWise systems to receive message status information (such as whether a message has been delivered, opened, and so on) when messages arrive in your GroupWise system.

**5** Click the Nickname Settings tab to modify any of the following options:

SAMNDCA630-07873052



**Auto-Create on User Move:** A nickname is an alternative address that can be associated with a user. Whenever you move a user, GroupWise can automatically create a nickname with the user's old name and old post office. This enables messages sent to the old name to be automatically forwarded to the user's new address. Select whether or not you want GroupWise to never create nicknames, always create nicknames, or prompt you during the move process.:

**Expire After:** This option applies only if you selected Always or Prompt. If you want the nickname to be automatically removed after a period of time, specify the time period (in days). Valid values range from 1 to 365 days. A setting of 0 indicates that the nickname will not be automatically removed after the specified time period.

**6** Click the Default Password tab to modify any of the following options:



**Default Password for New Users:** Specify the default password you want assigned to new GroupWise user accounts.

**7** Click the Admin Lockout Settings tab to modify any of the following options:



**Restrict System Operations to Primary Domain:** Enable this option to allow an administrator to perform system operations (Tools menu > GroupWise System Operations) only when he or she is connected to the primary domain. All operations, except Select

SAMNDCA630-07873053

DEFENDANT'S EXHIBIT NO. 324.0049

Domain, Pending Operations, and Restore Area Management are unavailable when connected to a secondary domain.

**Lock Out Older GroupWise Administration Snap-Ins:** Enable this option to prevent administrators from using older GroupWise ConsoleOne snap-ins for accessing GroupWise objects in eDirectory. You can override these system lockout settings for individual domains (Domain object > GroupWise tab > Admin Lockout Settings page).

There are four GroupWise snap-ins to ConsoleOne, one for general administration, one for Internet Agent administration, and two for WebAccess administration. The ability to lock out older GroupWise snap-ins starts with GroupWise 6.5.

In the Minimum Snap-In Release Version (x.x.x) field, specify the version number of the oldest GroupWise snap-ins that can be used to administer your GroupWise system.

In the Minimum Snap-in Release Date, select the date of the oldest GroupWise snap-ins that can be used to administer your GroupWise system.

You can specify the minimum version, the minimum date, or both. If you specify both minimums, any administrator using snap-ins that are older than both minimums cannot use the GroupWise snap-ins. However, such an administrator can still run ConsoleOne for other purposes but must update the GroupWise snap-ins before GroupWise administration features are available again.

**8** On Linux, click the Linux Settings tab to specify the mount directory.



**Mount Directory:** Specify the mount directory where ConsoleOne can find mounted file systems where domains and post offices are located.

GroupWise databases can be located on Linux servers, NetWare servers, or Windows servers. In the Linux mount directory, you create directories that have the same names as the servers that are mounted to those mount points. You do this for each server where a domain or post office is located that you want to access from ConsoleOne.

GroupWise administrators can have different mounts points depending on the workstation or server where they are running ConsoleOne. The mount directory information is stored in a user-specific preferences file (.consoleone/SnapinPrefs.ser in each GroupWise administrator's home directory).

**9** Click OK to save the changes.

# eDirectory User Synchronization

For user information to be displayed in the GroupWise Address Book, it must be stored not only in eDirectory but also in the GroupWise domain and post office databases. If you add or modify

SAMNDCA630-07873054

DEFENDANT'S EXHIBIT NO. 324.0050

user information using an installation of ConsoleOne with the GroupWise Administrator snap-in, the GroupWise Administrator snap-in adds the user information to the GroupWise databases. However, if you add or modify user information using a ConsoleOne installation that is not running the GroupWise Administrator snap-in, the user information is not changed in the GroupWise databases. This is also true if you add or modify user information using NetWare Administrator, NETADMIN, or NWDS API.

To ensure that the user information stored in the GroupWise databases is always synchronized with the user information in eDirectory, you can set up eDirectory user synchronization. For detailed information see "Using eDirectory User Synchronization" on page 598.

# Admin-Defined Fields

eDirectory includes user information that is not associated to GroupWise user fields. For example, a User object includes Postal Address fields named "City," "State," and "Zip Code." By default, these fields are not included as GroupWise fields. However, you can use the Admin-Defined Fields feature to map eDirectory user fields to GroupWise fields so that they can be displayed in the GroupWise Address Book.

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Admin-Defined Fields to display the Administrator-Defined Fields dialog box.



**2** Select an Admin-definable field (for example, Admin Defined 1), then click Edit to display the Select eDirectory User Property dialog box.



SAMNDCA630-07873055

**3** Select the eDirectory user property that you want to map to the GroupWise field, then click OK to create the mapping.

**4** Repeat Step 2 and Step 3 to map additional fields.

**5** When finished, click OK to close the Administrator-Defined Fields dialog box.

**6** To use the field in the GroupWise Address Book, see "Determining Fields, Field Order, and Sort Order for the Address Book" on page 81.

# Pending Operations

Pending operations are the results of administrative operations, such as adding GroupWise objects and modifying GroupWise object properties, that have not yet been permanently written to the appropriate GroupWise databases. While operations are pending, GroupWise data is not in a stable, consistent state.

For example, you can maintain any domain's objects you have administrative rights over. However, because a secondary domain owns its own objects, any operation you perform from the primary domain on a secondary domain's objects must be validated by the secondary domain. While the operation is being validated, the Pending Operations dialog box displays object details and the pending operation.

While the operation is pending, the object is marked Unsafe in the primary domain database. The Operation field in the dialog box displays the pending operation. An unsafe object can have other operations performed on it, such as being added to a distribution list; however, the object record is not distributed to other domains and post offices in the system until it is marked Safe.

All pending operations require confirmation that the operation was either successfully performed or could not be performed. If the operation was successful, the pending operation is removed from the list, the record is marked in the database as Safe, and the record is distributed to all other domains and post offices in your system. If the operation could not be performed, the pending operation remains in the list where you can monitor and manage it.

 ♦ "Viewing Pending Operations" on page 51

 ♦ "Retrying a Pending Operation" on page 51

 ♦ "Cancelling a Pending Operation" on page 52

## Viewing Pending Operations

**1** In ConsoleOne, connect to the domain whose pending operations you want to view (see "Select Domain" on page 43), then click the Tools menu > GroupWise System Operations > Pending Operations.

While an operation is being validated, the Pending Operations dialog box displays the object and the operation waiting completion and confirmation.

**2** For more detailed information, select the pending operation, then click View.

## Retrying a Pending Operation

**1** Make sure the agents are running for the domain and/or post office where the operation must take place.

**2** In the Pending Operations dialog box, select the pending operation, then click Retry.

SAMNDCA630-07873056

DEFENDANT'S EXHIBIT NO. 324.0052

## Cancelling a Pending Operation

**1** In the Pending Operations dialog box, select the pending operation, then click Undo.

# Addressing Rules

You can use the Addressing Rules feature to configure GroupWise so that users can enter shortened forms of e-mail addresses. For more information, see Chapter , "Addressing Rules," on page 97.

# Time Zones

When you create a domain or post office, you select the time zone in which it is located. This ensures that GroupWise users in other time zones receive Calendar events and tracking information adjusted for local time.

The time zone list includes predefined definitions for each time zone. Most time zones include multiple definitions to account for different locations within the time zone. Each time zone definition allows you to specify the Daylight Saving Time dates and bias (1 hour, 30 minutes, etc.).

You can modify existing time zone definitions, add new definitions, or delete definitions.

- "Modifying a Time Zone Definition" on page 52
- "Adding a Time Zone Definition" on page 53
- "Deleting a Time Zone Definition" on page 55

## Modifying a Time Zone Definition

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Time Zones.



**2** Select the time zone to modify, then click Edit to display the Edit Time Zone dialog box.

SAMNDCA630-07873057

DEFENDANT'S EXHIBIT NO. 324.0053



**3** Modify any of the following fields:

**Time Zone Name:** Provide a name for the time zone definition (for example, some of the major cities in the time zone). We suggest you include a reference (+ or -) to GMT, for example (GMT-07:00). The time zone list is sorted by the GMT offset.

**Offset from GMT:** Enter the hours and minutes that the time zone is offset from Greenwich Mean Time. The offset from GMT keeps your different locations synchronized. For example, if a conference call is scheduled for 4:00 p.m. June 1 in Salt Lake City, the call would appear on a schedule in Adelaide at 8:30 a.m. June 2. If you are in the western hemisphere (west of the Greenwich Meridian and east of the International Date Line) be sure the hour offset is negative (-). If you are in the eastern hemisphere (east of the Greenwich meridian and west of the International Date Line) be sure the hour offset is positive.

**Abbreviation:** Enter an abbreviation for the time zone. For example, the abbreviation for Atlantic Standard Time could be AST; the abbreviation for Atlantic Daylight Time could be ADT.

**Observe Daylight Saving Time:** If the time zone observes daylight saving time, click the Observe Daylight Saving Time box, then fill out the remaining fields:

- Start Day: Select the day and time that daylight saving time starts.

- Last Day: Select the day and time that daylight saving time ends.

- Bias: Select the number of hours and minutes that the clock changes at the daylight saving time start day, such as 1 hour or 1 hour 30 minutes.

**4** Click OK to save the changes.

## Adding a Time Zone Definition

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > click Time Zones.

SAMNDCA630-07873058

DEFENDANT'S EXHIBIT NO. 324.0054



**2** Click Add to display the Add Time Zone dialog box.



**3** Fill in the following fields:

**Time Zone Name:** Provide a name for the time zone definition (for example, some of the major cities in the time zone). We suggest you include a reference (+ or -) to GMT, for example (GMT-07:00). The time zone list is sorted by the GMT offset.

**Offset from GMT:** Enter the hours and minutes that the time zone is offset from Greenwich Mean Time. The offset from GMT keeps your different locations synchronized. For example, if a conference call is scheduled for 4:00 p.m. June 1 in Salt Lake City, the call would appear on a schedule in Adelaide at 8:30 a.m. June 2. If you are in the western hemisphere (west of the Greenwich Meridian and east of the International Date Line) be sure the hour offset is negative (-). If you are in the eastern hemisphere (east of the Greenwich meridian and west of the International Date Line) be sure the hour offset is positive.

**Abbreviation:** Enter an abbreviation for the time zone. For example, the abbreviation for Atlantic Standard Time could be AST; the abbreviation for Atlantic Daylight Time could be ADT.

**Observe Daylight Saving Time:** If the time zone observes daylight saving time, click the Observe Daylight Saving Time box, then fill out the remaining fields:

- Start Day: Select the day and time that daylight saving time starts.

- Last Day: Select the day and time that daylight saving time ends.

- Bias: Select the number of hours and minutes that the clock changes at the daylight saving time start day, such as 1 hour or 1 hour 30 minutes.

**4** Click OK to add the definition to the time zone list.

SAMNDCA630-07873059

## Deleting a Time Zone Definition

When you delete a time zone from the list, you can no longer select it for a domain or post office. To delete a time zone:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Time Zones.



**2** Select the time zone to remove from the list, click Delete, then click Yes to confirm the deletion.

# External System Synchronization

The External System Synchronization feature lets you automatically synchronize information between your system and an external GroupWise system connected to your system (for information about connecting GroupWise systems, see "Connecting to GroupWise 5.x and 6.x Systems" in the *GroupWise 6.5 Multi-System Administration Guide*). This simplifies message addressing by enabling your users to select the other system's users from the Address Book. Otherwise, your users are required to enter the recipient's full address (*userID.post office.domain* or *user@host*).

**IMPORTANT:** The External System Synchronization feature exists in GroupWise 5.x and 6.x only. Therefore, you can use it to synchronize information between 5.x and 6.x systems only. You cannot use it to synchronize information between 6.x and 4.x or 3.x systems.

External System Synchronization lets you control what information (domains, post offices, users, resources, and distribution lists) you send to the external system and what information you want to accept from the external system. Any user, resource, and distribution list information you receive from the external GroupWise system is displayed in the system Address Book.

External synchronization must be set up in both GroupWise systems before it can work properly.

To set up synchronization so that all future Address Book changes are propagated to external GroupWise systems:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > External System Synchronization to display the External System Synchronization dialog box.

SAMNDCA630-07873060



**2** Click Add to display the Add External GroupWise System dialog box.



**3** Fill in the following fields:

**External System Name:** Enter the name of the external GroupWise system. The name needs to match the actual name of that GroupWise system.

**Description:** If desired, enter a description for the external system. This is an optional field.

**External Domain:** Click the External Domain (globe) icon to display a list of the external domains defined in your GroupWise system. Select the external domain that belongs to the external GroupWise system with which you are synchronizing information.

**Send to External System:** Select the information (Domains, Post Offices, Users, Resources, and Distribution Lists) you want sent to the external GroupWise system during synchronization. Only the information that your system owns is sent. For example, if you've connected to another GroupWise system and its information is contained in your GroupWise system as external domains, post offices, users, resources, and distribution lists, that information is not sent.

A user, resource, or distribution list from your system is added to the external GroupWise system only if its domain and post office exist in the external system (as an external domain and post office in that system). Because of this, you'll want to make sure that the Domains and Post Offices options are selected as well as the desired Users, Resources, and Distribution Lists options. After the initial synchronization takes place, the domains and post offices exist in the external system. You can then choose not to send domain and post office information. However, if you add domains or post offices or change the information for your existing domains and post offices, that information is not sent to the external system until you select Domains and Post Offices again.

**Receive from External System:** Select the information (Domains, Post Offices, Users, Resources, and Distribution Lists) you are willing to receive from the external GroupWise

SAMNDCA630-07873061

DEFENDANT'S EXHIBIT NO. 324.0057

system. As with sending information, a user, resource, or distribution list is added to your system only if its domain and post office exist as an external domain and post office in your system. Therefore, you should make sure to select the Domains and Post Offices options for at least the initial synchronization.

**4** Click OK to add the external GroupWise system to the list of external systems you are synchronizing information with.



**5** Click Close to save your changes.

After External System Synchronization is configured in both GroupWise systems, the two systems exchange information. After the initial synchronization, any time domain, post office, user, resource, or distribution list information in one system changes, the new information is sent to the other system (provided that information is flagged to be sent).

# Software Directory Management

The Software Directory Management feature lets you manage GroupWise software distribution directories. A software distribution directory is simply an image of the *GroupWise 6.5* CDs located on a network server. From this network location, you can distribute the GroupWise client software to users or install additional GroupWise software such as the Message Transfer Agent, Post Office Agent, Internet Agent, WebAccess, and Monitor.

When you install GroupWise, one software distribution directory is created automatically. Using Software Directory Management, you can create new software distribution directories, update existing software distribution directories, or delete existing software distribution directories.

- "Creating a Software Distribution Directory" on page 57
- "Updating a Software Distribution Directory" on page 59
- "Deleting a Software Distribution Directory" on page 60

To view the structure and contents of a software distribution directory, see "Software Distribution Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

## Creating a Software Distribution Directory

**1** Make sure the directory you want to use as the software distribution directory exists.

All distribution subdirectories (\admin, \agents, \client, and so forth) will be created under this directory.

**2** Click the Tools menu > GroupWise System Operations > Software Directory Management to display the Software Distribution Directory Management dialog box.

SAMNDCA630-07873062

DEFENDANT'S EXHIBIT NO. 324.0058



The Software Distribution Directories list includes all software distribution directories defined in your GroupWise system.

**3** Click Create to display the Create Software Distribution Directory dialog box.



**4** Fill in the following fields:

**Name:** Enter a name to identify the software distribution directory within your GroupWise system. For example, whenever you create a post office, you associate it with a software distribution directory. The software distribution directory's name, not its location, appears in the list of directories from which you can select. The name can include any characters; there are no restrictions.

**Description:** Enter an optional description for the software distribution directory. You might want to use this description to indicate the software version or to give other pertinent information.

**Location:** In the UNC Path field, enter the location where you want to create the software distribution directory. If you specify a path to a directory that does not exist, ConsoleOne creates the directory for you. The UNC path is also used by GroupWise software (running on Windows* workstations) to locate the software distribution directory when necessary. If you have GroupWise software running on Macintosh* or UNIX* workstations, you can use the optional AppleTalk* Path and UNIX Path fields to specify the directory location from the perspective of the Macintosh and UNIX workstations.

SAMNDCA630-07873063

**NOTE:** On Linux, a Linux Path field is provided instead of the UNIX Path field for use by the GroupWise Cross-Platform client on Linux.

**Copy Software From:** Select this option to copy GroupWise software to the new directory, then choose from the following source locations:

- Software Distribution Directory: If you want to copy software from an existing software distribution directory, select this option, then select the software distribution directory. All directories are copied.

- Path: If you want to copy software from a location, such as the *GroupWise 6.5* CDs, that is not defined as a software distribution directory in your GroupWise system, select this option, then browse for and select the correct path.

**5** Click OK to create the software distribution directory and add it to the list.



**6** Click Close to exit the dialog box.

## Updating a Software Distribution Directory

**1** Click the Tools menu > GroupWise System Operations > Software Directory Management to display the Software Distribution Directory Management dialog box.



The Software Distribution Directories list includes all software distribution directories defined in your GroupWise system.

**2** Select the software distribution directory to update, then click Update to display the Update Software Distribution Directory dialog box.

SAMNDCA630-07873064



**3** Fill in the following fields:

**Update by Copying From:** Select this option, then choose from the following source locations:

- Software Distribution Directory: If you want to copy software from an existing software distribution directory, select this option, then select the software distribution directory. All files and subdirectories are copied.

- Path: If you want to copy software from a location, such as the *GroupWise 6.5* CDs, that is not defined as a software distribution directory in your GroupWise system, select this option, then browse for and select the correct path.

**Force Auto-Update Check by GroupWise Components:** This option causes the GroupWise Post Office Agent (in client/server access mode) or the GroupWise client (in direct access mode) to check the software distribution directory for a new version of the GroupWise client; if a new version is found, the next time a user starts the GroupWise client, he or she is prompted to update the client software.

The Force Auto-Update Check by GroupWise Components option is automatically selected when you select the Update by Copying From option. If you don't select the Update by Copying From option, you can still select this option and then click OK. This forces an auto-update check of the client software version, but the software distribution directory's files are not updated.

To determine the current client software version in ConsoleOne, click Tools > GroupWise Diagnostics > Record Enumerations to display a list of records types in the domain database. From the drop-down list, select Areas by ID, select a software distribution directory, then click Info to list detailed information about the software distribution directory. Check the Software Version field to determine the GroupWise client software version.

**4** Click OK to update the directory's software.

## Deleting a Software Distribution Directory

When you delete a software distribution directory, the directory is removed from the file system and no longer appears in the list of software distribution directories. Any post office that was assigned to that software distribution directory defaults to the first directory in the list.

To delete a software distribution directory:

**1** Click the Tools menu > GroupWise System Operations > Software Directory Management to display the Software Distribution Directory Management dialog box.

SAMNDCA630-07873065

DEFENDANT'S EXHIBIT NO. 324.0061



The Software Distribution Directories list includes all software distribution directories defined in your GroupWise system.

**2** Select the directory to delete, click Delete, then click Yes to confirm the deletion.

# Restore Area Management

A restore area is a location you designate to hold a backup copy of a post office so that you or GroupWise client users can access it to retrieve mailbox items that are unavailable in your live GroupWise system. The Restore Area Management feature lets you manage your GroupWise system's restore areas.

Detailed information for using restore areas is provided in "Restoring Deleted Mailbox Items" on page 381. Information about backing up post offices is provided in "Backing Up a Post Office" on page 375.

# Internet Addressing

By default, GroupWise uses a proprietary address format consisting of a user's ID, post office, and domain (*userID.post_office.domain*). However, if you have the GroupWise Internet Agent installed (see "Internet Agent" on page 659). GroupWise also supports native Internet-style addressing consisting of a username and Internet domain name (*username@Internet_domain_name*).

You use the Internet Addressing feature to do the following:

- Define Internet domain names for your GroupWise system. You can have one or more domain names (for example, novell.com, gw.novell.com, and support.novell.com).
- Set up the default Internet address format for use when displaying user addresses in the GroupWise Address Book and sent messages. There are six formats that can be assigned at the system, domain, post office, or user level. In addition, there is a free-form format that can be used at the user level.
- Designate the address formats that can be used to address messages to your GroupWise users. There are five possible formats to choose from. You can allow all five formats, or only one.
- Specify the default Internet Agent to be used when sending messages from your GroupWise system to the Internet. This becomes your system's default Internet Agent for outbound messages sent from all domains; however, if you have multiple Internet Agents, you can override this setting by assigning Internet Agents at the domain level.

For detailed information about Internet addressing, see Chapter , "Internet-Style Addressing," on page 87.

SAMNDCA630-07873066

DEFENDANT'S EXHIBIT NO. 324.0062

# Trusted Applications

Trusted applications are third-party programs that can log into Post Office Agents (POAs) in order to access GroupWise mailboxes. Trusted applications might perform such services as virus scanning or content filtering within your GroupWise system, relying on Message Transfer Agents (MTAs) for message transport. The Trusted Application feature allows you to edit and delete trusted applications that are available in your GroupWise system.

For information about creating and installing trusted applications, search for *GroupWise Trusted Application API* at the Novell Developer Kit (NDK) Web site (http://developer.novell.com/ndk).

- "Editing a Trusted Application" on page 62
- "Deleting a Trusted Application" on page 63

## Editing a Trusted Application

You can edit a trusted application's description, IP address, port, and SSL settings.

**1** Click the Tools menu > GroupWise System Operations > Trusted Applications to display the Configure Trusted Applications dialog box.



**2** In the Trusted Applications list, select the application you want to edit, then click Edit.



**3** Modify any of the following fields:

**Name:** This field displays the trusted application's name. You cannot change the name.

**Description:** Enter a description for the trusted application.

**Requires SSL:** Select this option to require a secure (SSL) connection between the trusted application and MTAs or POAs.

**Provides Message Retention Service:** Select this option if the purpose of the trusted application is to retain GroupWise user messages by copying them from GroupWise mailboxes (user databases) into another storage medium.

SAMNDCA630-07873067

DEFENDANT'S EXHIBIT NO. 324.0063

Turning on this option only defines the trusted application as a Message Retention Service application. In order for GroupWise mailboxes to support message retention, you must turn on the Enable Message Retention Service option in the GroupWise Client Options (Tools menu> GroupWise Utilities> Client Options > Environment > Retention). You can enable individual mailboxes, all mailboxes in a post office, or all mailboxes in a domain by selecting the appropriate object (User, Post Office, or Domain) before selecting GroupWise Client Options. For more information, see Chapter 74, "Setting Defaults for the GroupWise Client Options," on page 973.

For information about the complete process required to use a trusted application for message retention, see Chapter 33, "Retaining User Messages," on page 387.

**TCP/IP Address:** If you want to restrict the location from which the trusted application can run, enter the IP address of the server from which the application can run. To do so, click the Edit (pencil) button, then enter the IP address or DNS hostname of the trusted application's server.

If you want to allow the trusted application to be run from any server, do not enter an IP address or DNS hostname.

For information about how the POA handles trusted application processing of message files, see "Configuring Trusted Application Support" on page 466.

## Deleting a Trusted Application

**1** Click the Tools menu > GroupWise System Operations > Trusted Applications to display the Configure Trusted Applications dialog box.



**2** In the Trusted Applications list, select the application you want to delete, click Delete, then click Yes to confirm the deletion.

# LDAP Servers

The LDAP Servers feature lets you define the LDAP servers you want used for LDAP authentication to GroupWise mailboxes.

For information about defining LDAP servers, see "Providing LDAP Server Configuration Information" on page 461.

For information about using LDAP for user authentication to GroupWise mailboxes, see "Providing LDAP Authentication for GroupWise Users" on page 461.

SAMNDCA630-07873068

DEFENDANT'S EXHIBIT NO. 324.0064

SAMNDCA630-07873069

# 5 GroupWise Utilities

The GroupWise[R] utilities in ConsoleOne[R] are used to perform various maintenance and configuration tasks for your GroupWise system. The following sections provide information about the system utilities included on the Tools menu (Tools menu > GroupWise System Utilities):

- "Mailbox/Library Maintenance" on page 66
- "System Maintenance" on page 66
- "Backup/Restore Mailbox" on page 66
- "Recover Deleted Account" on page 66
- "Client Options" on page 66
- "Expired Records" on page 67
- "Email Address Lookup" on page 67
- "Synchronize" on page 67
- "User Move Status" on page 68
- "Link Configuration" on page 68
- "Document Properties Maintenance" on page 68
- "Import" on page 68
- "Export" on page 71
- "New System" on page 72
- "GW / eDirectory Association" on page 73

In addition to the system utilities included on the Tools menu in ConsoleOne, GroupWise includes the following standalone utilities:

- "GroupWise Check Utility (GWCheck)" on page 78
- "GroupWise Target Service Agent (GWTSA)" on page 78
- "GroupWise Backup Time Stamp Utility (GWTMSTMP)" on page 78
- "GroupWise Database Copy Utility (DBCOPY)" on page 78
- "GroupWise Generate CSR Utility (GWCSRGEN)" on page 79

SAMNDCA630-07873070

DEFENDANT'S EXHIBIT NO. 324.0066

# Mailbox/Library Maintenance

You can use the Mailbox/Library Maintenance utility to check the integrity of and repair user/resource, message, and library databases, and to free disk space in post offices.

For detailed information and instructions, see Chapter 27, "Maintaining User/Resource and Message Databases," on page 353, Chapter 28, "Maintaining Library Databases and Documents," on page 359, and Chapter 30, "Managing Database Disk Space," on page 367.

# System Maintenance

You can use the System Maintenance utility to check the integrity of and repair domain and post office databases.

For detailed information and instructions, see Chapter 26, "Maintaining Domain and Post Office Databases," on page 345.

# Backup/Restore Mailbox

You can use the Backup/Restore Mailbox utility to restore an individual user's Mailbox items from a backup copy of the post office database.

For detailed information and instructions, see Chapter 32, "Restoring GroupWise Databases from Backup," on page 379.

# Recover Deleted Account

If you have a reliable backup procedure in place, you can use the Recover Deleted Account utility to restore recently deleted user and resource accounts from the backup version of the GroupWise primary domain database. After the account has been re-created, you can then restore the corresponding mailbox and its contents to complete the process. Membership in distribution lists and ownership of resources must be manually re-established.

For complete instructions, see "Recovering Deleted GroupWise Accounts" on page 384.

# Client Options

You can use the Client Options utility to set the default options (preferences) for the GroupWise client. You can set options at the domain, post office, or user level. Options set at the domain level apply to all users in the domain, and options set at the post office level apply to all users in the post office. If you don't want users to change options, you can lock the options.

**NOTE:** The GroupWise Cross-Platform client does not yet support all of the client options that can be set in ConsoleOne.

For detailed information and instructions, see Chapter 74, "Setting Defaults for the GroupWise Client Options," on page 973.

SAMNDCA630-07873071

DEFENDANT'S EXHIBIT NO. 324.0067

# Expired Records

You can use the Expired Records utility to view and manage the GroupWise user accounts that have an expiration date assigned to them.

For detailed information and instructions, see Chapter , "Removing GroupWise Accounts," on page 215.

# Email Address Lookup

You can use the Email Address Lookup utility to search for the GroupWise object (User, Resource, Distribution List) that an e-mail address is associated with. You can then view the object's information.

**1** In ConsoleOne, click the Tools menu > GroupWise Utilities > Email Address Lookup to display the Email Address Lookup dialog box.



**2** In the Email Address field, enter the e-mail address. You can enter the username only (for example, jsmith) or the entire address (for example, jsmith@novell.com).

**3** Click Search.

All objects whose e-mail address match the one you entered are displayed.

**4** If desired, select an object, then click Info to see details about the object.

# Synchronize

GroupWise automatically replicates information (domain, post office, user, resource, and so forth) to all domain and post office databases throughout your GroupWise system. This ensures that the information in each database is synchronized.

Situations might occur, however, that result in information not being replicated to all domain and post office databases. If you think that some information has not been replicated correctly, you can cause the information to be replicated again so that it becomes synchronized throughout your entire GroupWise system. For example, if you notice that a user's information is incorrect in the Address Book, you can synchronize that user's eDirectory User object so that his or her information is replicated to all domain and post office databases again.

For detailed information and instructions, see Chapter 29, "Synchronizing Database Information," on page 363.

SAMNDCA630-07873072

DEFENDANT'S EXHIBIT NO. 324.0068

# User Move Status

You can use the User Move Status utility to track progress as you move users from one post office to another. Using the User Move Status utility, you can:

* List users that are currently being moved and filter the list by domain, post office, and object.

* View the current status of the move for each object and see any errors that have occurred.

* Immediately retry a move where some of the information on the user inventory list failed to arrive at the destination post office. By default, the POA retries automatically every 12 hours for seven days to move all the information included on the user inventory list.

* Stop the POA from continuing its automatic retries.

* Restart (from the beginning) a move that has stopped before successful completion.

* Refresh the list to display current move status and clear completed moves from the list.

For more information, see "Monitoring User Move Status" on page 203.

# Link Configuration

GroupWise domains and post offices must be properly linked in order for messages to flow throughout your GroupWise system. You can use the Link Configuration utility to ensure that your domains and post offices are properly linked and to optimize the links if necessary. For detailed information and instructions, see Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

# Document Properties Maintenance

Each document stored in the GroupWise Document Management Services (DMS) has properties associated with it. These properties identify the document, determine its disposition (archive, delete, keep), set its level of security, and provide information for locating it in searches. Certain document properties are standard in GroupWise. You can also customize DMS for your organization by defining additional properties. For detailed information and instructions, see "Customizing Document Properties" on page 306.

**NOTE:** On Linux, Document properties maintenance is not available in ConsoleOne.

# Import

The GroupWise Import utility reads an ASCII-delimited text file created by the GroupWise Export utility or by a third-party export, and creates Novell[R] eDirectory™ and GroupWise objects with attributes from the file. The Import utility supports most eDirectory classes (including extensions) and GroupWise classes. You can specify the delimiters, eDirectory contexts, and file field positions to use during import.

An important use of the Import utility is to give GroupWise accounts to new or existing eDirectory users.

**IMPORTANT:** The Import utility is not included on the *GroupWise 6.5* CDs. You can download the Import/Export utility from TID 2960897 in the Novell Support Knowledgebase (http://support.novell.com/search/kb_index.jsp). To install the Import/Export utility, follow the instructions provided with the download. The Import/Export utility is not available for use on Linux.

To import objects into GroupWise, the following conditions must be met:

SAMNDCA630-07873073

DEFENDANT'S EXHIBIT NO. 324.0069

- You must create an ASCII-delimited text file by using the GroupWise Export utility or another export utility.

- The destination context for each eDirectory object must already exist. The GroupWise Import utility supports creating organizational units. If a large portion of a tree needs to be reconstructed to support the objects, you can import organizational units before importing the objects.

To import objects into GroupWise:

**1** In ConsoleOne, select the eDirectory tree to which the objects will be imported, click the Tools menu > GroupWise Utilities > Import to display the GroupWise Import dialog box.



**2** If you have previously defined and saved a configuration file, click Load to fill in the fields from the configuration files, then click Run to perform the import.

or

Fill in the fields in the Import Dialog box.

**NDS/GroupWise Class:** Select this option to import objects belonging to an eDirectory class or to a GroupWise-related eDirectory class. Choose the class from the list.

**GroupWise Class:** Select this option to import objects belonging to a GroupWise class not represented in eDirectory. Choose external user, external domain, external post office, Document-Version, or Lookup Entry from the list

**Parent:** If you are importing objects that belong to a GroupWise-related eDirectory class or a GroupWise-only class, the parent attribute is required unless:

- The class is the eDirectory User class, in which case the object can be optionally associated with GroupWise by specifying a value here.

- The value is in the import file and is explicitly imported by your positioning the NGW: Post Office attribute in the File Fields list box, explained below. In this case, if the value obtained from the file is blank, the Post Office field value, if any, is used.

**Import File:** Specify the full path and file name of the ASCII text file.

**Attributes / File Fields:** This list displays the attributes of the selected class. Move the attributes to correspond to the fields in the ASCII text file to the File Fields list.

SAMNDCA630-07873074

Some attributes are marked with an exclamation point (!), indicating that a value for that attribute must exist for a successful import. The import also requires a value for either the object name or distinguished name.

**Starting Destination Context:** Specify the destination eDirectory context for the objects to be imported. If DN or Context from Root is selected as an import field, the value in this field is ignored because both DN and Context from Root specify the destination context.

An imported object's position in the tree can be constructed in a flexible manner using the Context from Root, Context from Starting, DN, and Object Name class attribute fields and the Starting Destination Context field. The following combinations are valid:

| | |
|---|---|
| DN | Each object's name and context are found in this field value. |
| Object Name + Starting Destination Context | Each object name in the Object Name field is added to the context entered in Starting Destination Context. |
| Object Name + Context from Starting + Starting Destination Context | Each object name in the Object Name field is added to the context obtained by concatenating the value in the Context from Starting field and the value entered in Starting Destination Context. |
| Object Name + Context from Root | Each object name in the Object Name field is added to the context read from the Context from Root field. |

**Skip the First Line of the Import File:** This directs the import to skip the first line if it contains the attribute names.

**Delimiters:** Accept the defaults shown or change the delimiters to match those used by the export file. For more information, see "Delimiters" on page 70.

**3** For convenience, save the configuration for later user. See "Loading or Saving a Configuration File" on page 70.

**4** Click Run to perform the import.

An import.log file is created in the same directory as the import file and contains a list of the imported objects.

## Loading or Saving a Configuration File

An import or export configuration can be saved and loaded, saving you the trouble of manually filling in the fields for multiple imports or exports. A configuration saved from an export can be loaded for an import, helping ensure that the file field positions, for example, correspond for both the import and export.

## Delimiters

Delimiters are used in ASCII text files to separate items that represent fields and records in imported or exported data.

Default delimiters are associated with each delimiter type. A delimiter can be set to None, but if so, and the export encounters a condition requiring a delimiter, the export reports an error.

**Between Fields:** This delimiter is placed between each field.

SAMNDCA630-07873075

**Around Each Field:** Use this delimiter to indicate the beginning and end of each field.

**After Each Record:** This delimiter is placed at the end of each record.

**Between Values (Multi-Value Fields):** Use this delimiter to separate the values in a multi-valued field. For example, an attribute such as "Group Membership" can have one or more values. Each Group Membership value is delimited by the multi-value field delimiter.

**Between Elements (Multi-Element Values):** Use this delimiter to separate the elements of a multi-element value. For example, an attribute having the syntax of SYN_OBJECT_ACL has three elements: the protected attribute name, the subject name, and the privileges.

**Before Literal Characters:** When you import an ASCII file created by a third-party export program, precede each literal character that is also a delimiter with the Before Literal Characters delimiter. If you use the Around Each Field delimiter, you do not need to precede literal characters within the field with the Before Literal Character delimiter.

# Export

The GroupWise Export utility reads eDirectory and GroupWise object information from GroupWise databases and creates an ASCII-delimited text file containing the object attributes. The Export utility supports most eDirectory classes (including extensions) and GroupWise classes. You can specify the delimiters, eDirectory contexts, and file field positions during export.

**IMPORTANT:** The Export utility is not included on the *GroupWise 6.5* CDs. You can download the Import/ Export utility from TID 2960897 in the Novell Support Knowledgebase (http://support.novell.com/search/ kb_index.jsp). To install the Import/Export utility, follow the instructions provided with the download. The Import/ Export utility is not available for use on Linux.

To export objects from GroupWise:

**1** In ConsoleOne, select the eDirectory tree that contains the GroupWise objects you want to export, click the Tools menu > GroupWise Utilities > Export to display the GroupWise Export dialog box.



**2** If you have previously defined and saved a configuration, click Load to fill in the fields from the configuration file, then click Run to perform the export.

or

SAMNDCA630-07873076

Fill in the fields in the Export dialog box.

**NDS/GroupWise Class:** Select this option to export objects belonging to an eDirectory class or to a GroupWise-related eDirectory class. Choose the class from the list.

**GroupWise Class:** Select this option to export objects belonging to a GroupWise class not represented in eDirectory. Choose external user, external domain, external post office, Document-Version, or Lookup Entry from the list.

**Parent:** If you are exporting objects that belong to a GroupWise-related eDirectory class or a GroupWise-only class, and that class has a parent attribute, post office, or domain, this field allows you to export objects having only the parent attribute value you enter. The object selection process is still subject to the values in Starting Context, explained below, and the Export from Subordinate Contexts check box.

**Export File:** Specify the full path and file name of the ASCII text file.

**Attributes / File Fields:** This list displays the attributes of the selected class. Move the attributes to correspond to the fields in the ASCII text file to the File Fields list.

Some attributes are marked with an exclamation point (!), indicating that a value for that attribute must exist.

**Starting Context:** Specify the eDirectory context from which to begin the export. If the Export from Subordinate Contexts list box is checked, objects belonging to contexts subordinate to the context entered here is also exported.

**Export from Subordinate Contexts:** Check this box to cause objects in subordinate contexts to be exported. If this box is left unchecked, only those objects in the immediate Starting Context context are exported.

**Put Attribute Names in First Line:** Check this box to direct the export to put the attribute names as a comment in the first line of the export file.

**Create the File in WordPerfect Office Notebook Format:** If you use this option, you might also want to check Put Attribute Names in First Line to permit WordPerfect* to display the attribute names for each merge field.

**Delimiters:** Accept the defaults shown or change the delimiters. For more information, see "Delimiters" on page 70.

3 Click Run to perform the export.

# New System

You can use the New System utility to create a new GroupWise system.

The process for creating a new GroupWise system is similar to the process of creating your initial GroupWise system (see "Installing a Basic GroupWise System" in the *GroupWise 6.5 Installation Guide*), except that you don't install the software from the *GroupWise 6.5* or *GroupWise 6.5 for Linux* CDs. Instead, during creation of the new system, you are asked to specify an existing software distribution directory to use in the new system. If you don't want to share software distribution directories between systems, you should create a new distribution directory. For information about creating software distribution directories, see "Software Directory Management" on page 57.

DEFENDANT'S EXHIBIT NO. 324.0073

# Check eDirectory Schema (Linux Only)

GroupWise systems include GroupWise-specific objects that are not available in eDirectory until the eDirectory schema for your eDirectory tree has been extended for these objects. Schema extension takes place automatically when you create a GroupWise system using the GroupWise Setup Advisor. In the Linux version of ConsoleOne, you can check an eDirectory tree to determine whether its schema has been extended for GroupWise.

In the Linux version of ConsoleOne:

**1** Select a tree to check.

**2** Click Tools > GroupWise Utilities > Check eDirectory Schema.

If the eDirectory tree has not yet been extended for GroupWise, the eDirectory Schema Extension dialog box lists the changes that are required for GroupWise.



**3** Click Yes to extend the schema for GroupWise so that you can create GroupWise objects in the selected tree.

or

Click No if you decide you do not want to be able to create GroupWise objects in the selected tree.

If the schema of the tree has already been extended for GroupWise objects, a messages notifies you of this and you can immediately create new GroupWise objects in the selected tree.

# GW / eDirectory Association

The GW / eDirectory Association menu includes the following options:

- "Graft GroupWise Objects" on page 74
- "Invalid Associations" on page 74
- "Associate Objects" on page 76
- "Disassociate GroupWise Attributes" on page 77
- "Convert External Entity to User" on page 77
- "Convert User to External Entity" on page 78

SAMNDCA630-07873078

## Graft GroupWise Objects

You can use the Graft GroupWise Objects utility to create GroupWise objects in the eDirectory tree from the information in your GroupWise domain database. The utility creates Domain, Post Office, and Gateway objects as well as User, Resource, and Distribution List objects. When grafting GroupWise user information from the GroupWise database into eDirectory, you can create a new User object and assign the GroupWise user information (account) to the User object, or you can match the GroupWise user information to an existing User object.

Grafting GroupWise objects from the GroupWise database into eDirectory can be useful in the following situations:

- The GroupWise database includes information that is not included in eDirectory.

- You want to move GroupWise information (domains, post offices, gateways, users, or resources) from one eDirectory tree to another.

To graft GroupWise objects:

**1** In ConsoleOne, select a container in the eDirectory view.

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Graft GroupWise Object to display the Graft GroupWise Objects dialog box.



**3** Follow the on-screen prompts. If you need information about a dialog box, click the Help button.

## Invalid Associations

Normally, a GroupWise object in eDirectory points to corresponding information in the GroupWise domain database. In turn, the information in the GroupWise domain database points back to its corresponding object in eDirectory.

Occasionally, a situation might arise where information in the GroupWise domain database no longer points to the same eDirectory object that points to it. This results in an invalid association between the information in the two directories.

You can use the Invalid Associations utility to correct invalid associations between information in the GroupWise domain database and eDirectory.

SAMNDCA630-07873079

DEFENDANT'S EXHIBIT NO. 324.0075

To check for invalid associations:

**1** In the eDirectory View in ConsoleOne, select the container whose objects you want to check for invalid associations (for example, an Organization, Organizational Unit, Domain, or Post Office).

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Invalid Associations to display the Invalid Associations dialog box.



The dialog box lists each invalid association for the objects in the selected container. The dialog box fields are described below:

- **Object in Question (Column I):** This field lists the eDirectory object that has an invalid association to a GroupWise object. The eDirectory object points to the GroupWise object listed in column II, but the GroupWise object, according to the GroupWise domain database, does not point back to the eDirectory object.

- **GroupWise Object (Column II):** This field lists the GroupWise object to which the eDirectory object listed in column I is associated.

- **Linked to Object (Column III):** This field lists the eDirectory object to which the GroupWise object listed in column II has a valid association.

**3** To remove the invalid association by disassociating the eDirectory object in Column I with the GroupWise object in Column II, select the association, then click Disassociate.

**4** To remove the invalid association by deleting the eDirectory object listed in Column I, select the association, then click Delete.

SAMNDCA630-07873080

DEFENDANT'S EXHIBIT NO. 324.0076

# Associate Objects

You can use the Associate Objects utility to associate GroupWise information with an eDirectory object.

For example, if you delete a user's eDirectory account but not his or her GroupWise account, the user's GroupWise information is retained as a GroupWise External User object in the GroupWise database and can be viewed in the GroupWise View. You can then associate the GroupWise External User object with another eDirectory User object. In essence, you are moving the GroupWise information from one eDirectory User object to another.

In some circumstances, it is possible for the link between an eDirectory User object and its GroupWise information to be lost. If this occurs, the GroupWise information, which still exists in the GroupWise database, appears as a GroupWise External User object in the GroupWise View. You can use the Associate Objects utility to reassociate the GroupWise information with the eDirectory User object.

The Associate Objects utility can be used to associate the following objects:

* GroupWise User or External User objects with eDirectory User objects
* GroupWise External Entity objects with eDirectory External Entity objects

## Associating GroupWise User or External User Objects with eDirectory User Objects

To associate a GroupWise User or External User object with an eDirectory User object:

**1** In the GroupWise View in ConsoleOne, select the GroupWise User or External User object you want.

or

In the eDirectory View, select the eDirectory User object you want.

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Associate Objects.

**3** If you selected a GroupWise User or External User object in Step 1, select the eDirectory User object you want to associate with it.

or

If you selected an eDirectory User object in Step 1, select the GroupWise User object you want to associate with it.

**4** Click OK to create the association.

If the eDirectory User object is already associated with another GroupWise object, you receive a warning message indicating this. If you continue, the eDirectory User object is associated with the selected GroupWise object and its association with the other GroupWise object removed.

If the GroupWise User or External User object is already associated with another eDirectory User object, you receive a warning message indicating this. If you continue, the GroupWise User object is associated with the selected eDirectory object and its association with the other eDirectory object removed.

SAMNDCA630-07873081

DEFENDANT'S EXHIBIT NO. 324.0077

**Associating GroupWise External Entity Objects with eDirectory External Entity Objects**

To associate a GroupWise External Entity object with an eDirectory External Entity object:

**1** In the GroupWise View in ConsoleOne, select the GroupWise External Entity object you want.

or

In the eDirectory View, select the eDirectory External Entity object you want.

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Associate Objects.

**3** If you selected a GroupWise External Entity object in Step 1, select the eDirectory External Entity object you want to associate with it.

or

If you selected an eDirectory External Entity object in Step 1, select the GroupWise External Entity object you want to associate with it.

**4** Click OK to create the association.

If the eDirectory External Entity object is already associated with another GroupWise object, you receive a warning message indicating this. If you continue, the eDirectory External Entity object is associated with the selected GroupWise object and its association with the other GroupWise object removed.

If the GroupWise External Entity object is already associated with another eDirectory External Entity object, you receive a warning message indicating this. If you continue, the GroupWise External Entity object is associated with the selected eDirectory object and its association with the other eDirectory object removed.

## Disassociate GroupWise Attributes

You can use the Disassociate GroupWise Attributes utility to disassociate GroupWise information from an eDirectory User object. This results in two separate eDirectory objects:

- The User object, which no longer includes any GroupWise information.

- A GroupWise External User object, which represents the user's record in the GroupWise database and is displayed only in the GroupWise View. The External User object allows the user to continue to have access to GroupWise and also enables you to graft the user record to another eDirectory User object. For more information, see "Graft GroupWise Objects" on page 74.

To disassociate the GroupWise attributes from an eDirectory User object:

**1** In ConsoleOne, select the User object whose GroupWise attributes you want to remove.

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Disassociate GroupWise Attributes.

## Convert External Entity to User

You can use the Convert External Entity to User utility to convert a GroupWise External Entity object to an eDirectory User object.

**1** In ConsoleOne, select the GroupWise External Entity object that you want to convert to an eDirectory User object.

SAMNDCA630-07873082

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Convert External Entity to User.

**3** Click Yes to confirm that you want the conversion performed.

## Convert User to External Entity

You can use the Convert User to External Entity utility to convert a User object to a GroupWise External Entity object.

**1** In ConsoleOne, select the User object that you want to convert to an GroupWise External Entity object.

**2** Click the Tools menu > GroupWise Utilities > GW / eDirectory Associations > Convert User to External Entity.

**3** Click Yes to confirm that you want the conversion performed.

# GroupWise Check Utility (GWCheck)

GroupWise Check is a standalone version of the ConsoleOne Mailbox/Library Maintenance utility. Like the Mailbox/Library Maintenance utility, GroupWise Check checks and repairs GroupWise user, message, library, and resource databases. However, in addition to checking post office, user, and library databases, it also checks users' remote, caching, and archive databases.

For information about using GroupWise Check, see "GroupWise Check" on page 391.

# GroupWise Target Service Agent (GWTSA)

The GroupWise Target Service Agent (GWTSA) works with software backup programs to provide reliable backups of a running GroupWise system.

For information about using the GroupWise Target Service Agent, see "GroupWise Target Service Agent" on page 399.

# GroupWise Backup Time Stamp Utility (GWTMSTMP)

The GroupWise Backup Time Stamp utility (GWTMSTMP) can be used to place a time stamp on a GroupWise user database to indicate the last time the database was backed up. If a user deletes an item from his or her mailbox and purges it from the Trash, the item is only deleted from the user's database if the time stamp shows that the item would have already been backed up. Otherwise, the item remains in the user's database until the database is backed up, at which time it is deleted from the working database.

For information about using the GroupWise Backup Time Stamp utility, see "GroupWise Time Stamp Utility" on page 405.

# GroupWise Database Copy Utility (DBCOPY)

The GroupWise Database Copy utility (DBCOPY) copies files from a live GroupWise system to a static location for backup. During the copy process, DBCOPY prevents the files from being modified, using the same locking mechanism used by other GroupWise programs that access

SAMNDCA630-07873083

DEFENDANT'S EXHIBIT NO. 324.0079

databases. This ensures that the backed-up versions are consistent with the originals even when large databases take a substantial amount of time to copy.

For information about using the GroupWise Database Copy utility, see "GroupWise Database Copy Utility" on page 412.

# GroupWise Generate CSR Utility (GWCSRGEN)

To provide secure communication through an SSL (Secure Socket Layer) connection, the GroupWise Agents (MTA, POA, and Internet Agent) require access to a server certificate and private key.

You can use the GroupWise Generate CSR utility (GWCSRGEN) to generate a Certificate Signing Request (CSR) file and a Private Key file.

The CSR file, which is BASE64 encoded, contains the information required for a Certificate Authority (CA) to issue you a server certificate. This server certificate, when paired with the private key generated by the GroupWise Generate CSR utility, enables GroupWise agents to use SSL connections.

For information about SSL and certificates, see "Server Certificates and SSL Encryption" on page 1041.

SAMNDCA630-07873084

DEFENDANT'S EXHIBIT NO. 324.0080

SAMNDCA630-07873085

# 6 GroupWise Addressing

- "Address Book" on page 81
- "Internet-Style Addressing" on page 87
- "Addressing Rules" on page 97
- "Wildcard Addressing" on page 100

## Address Book

The GroupWise® Address Book contains information about all the addressable objects (users, resources, and distribution lists) that have been defined for your GroupWise system. Using the Address Book, GroupWise users can address items (messages, appointments, and so forth) or look up information about a user, resource, or distribution list.

You can determine how information is displayed in the Address Book, control the visibility of users, resources, and distribution lists in the Address Book, and update information when it gets out of sync. The following sections provide details:

- "Determining Fields, Field Order, and Sort Order for the Address Book" on page 81
- "Controlling Object Visibility in the Address Book" on page 86
- "Updating Address Book Information" on page 87

**NOTE:** In addition to the administrator-controlled changes you can make to the Address Book, GroupWise users can make individual changes such as creating personal address books, sharing personal address books, and accessing LDAP address books. For information about the Address Book functionality available to users, see:

- "Using the Address Book" in the *GroupWise 6.5 Windows Client User Guide*
- "Using the Address Book" in the *GroupWise 6.5 WebAccess Client User Guide*
- "Using the Address Book" in the *GroupWise 6.5 Cross-Platform Client User Guide*

### Determining Fields, Field Order, and Sort Order for the Address Book

The GroupWise Address Book is configured to display specific user fields such as Given Name and Last Name, but you can add additional fields or delete the default fields. You can also determine the order in which the fields appear in the Address Book and select whether the addresses is sorted by first name/last name or last name/first name.

The GroupWise Address Book is configured at the domain level, which means that you can have different fields, field order, or sorting order for the Address Book in different domains.

The Address Book configuration you establish for a domain becomes the default configuration. However, users can change which fields are displayed, change the field order, and change the address sort order. However, they cannot add fields that you have not added at the domain level.

SAMNDCA630-07873086

DEFENDANT'S EXHIBIT NO. 324.0082

The following sections provide instructions for adding and deleting Address Book fields, changing the default sort order of the Address Book, and changing the default order of the fields in the Address Book:

- "Adding Fields to the Address Book" on page 82
- "Changing the Default Sort Order" on page 83
- "Changing the Default Field Order" on page 83
- "Removing Fields from the Address Book" on page 84
- "Preventing the User Description Field from Displaying in the Address Book" on page 85

## Adding Fields to the Address Book

Adding a field makes the field available in the Address Book. However, individual users can determine which available fields they want to display.

**1** In ConsoleOne[R], right-click the Domain object whose Address Book you want to modify, then click Properties.

**2** Click GroupWise > Address Book to display the Address Book page.



The Address Book Fields list shows all fields that are displayed by default in the Address Book.

The Available Fields list shows additional predefined GroupWise user fields that can be added to the Address Book. Novell[R] eDirectory™ also includes user information that is not associated to GroupWise user fields. For example, a User object includes Postal Address fields named "City," "State," and "Zip Code." By default, these fields are not included as GroupWise fields. However, you can use the Map Additional Fields button to map eDirectory user fields to GroupWise fields so that they can be displayed in the GroupWise Address Book.

**3** To add a field that is not displayed in the Available Fields list, click Map Additional Fields, select an unmapped Admin-defined field, click Edit, select the eDirectory property to map to the Admin-defined field, then click OK twice to add it to the Available Fields list.

**4** In the Available Fields list, select the field you want to add to the Address Book, then click the left-arrow to move it to the Address Book Fields list.

SAMNDCA630-07873087

DEFENDANT'S EXHIBIT NO. 324.0083

The field is added to the bottom of the list. The Address Book displays the fields in the order they are listed.

**5** If necessary, select the field, then use the up-arrow and down-arrow to move the field to the appropriate location in the list.

**6** If the field is an Administrator-defined field and you want to change how the field is labeled in the Address Book, select the field, click Edit Label, enter a new label in the Address Book Label field, then click OK.

Administrator-defined fields are marked with an asterisk (*). You can only edit an Administrator-defined field that is in the Address Book Fields list.

**7** When you are finished, click OK (in the Address Book page) to save your changes.

## Changing the Default Sort Order

The sort order determines how addresses in the Address Book are sorted. The sort order you establish becomes the default for the Address Book and remains in effect until individual users change it.

The preset default sort order for the Address Book is First Name/Last Name. You can change the default sort order to Last Name/First Name.

**1** In ConsoleOne, right-click the Domain object whose Address Book you want to modify, then click Properties.

**2** Click GroupWise > Address Book to display the Address Book page.



**3** In the Sort Address Book By list, select the sort order you want to be the default.

**4** Click OK to save your changes.

## Changing the Default Field Order

The field order determines the order in which the GroupWise fields are displayed in the Address Book. The field order you establish becomes the default for the Address Book and remains in effect until individual users change the order.

SAMNDCA630-07873088

DEFENDANT'S EXHIBIT NO. 324.0084

**1** In ConsoleOne, right-click the Domain object whose Address Book you want to modify, then click Properties.

**2** Click GroupWise > Address Book to display the Address Book page.



**3** In the Address Book Fields list, select a field whose position you want to change, then use the up-arrow and down-arrow to move the field to its new position.

**4** Repeat Step 3 until you've established the field order you want.

**5** Click OK to save your changes.

## Removing Fields from the Address Book

If there are fields in the Address Book that are not used or that you don't want displayed to users, you can remove them.

**1** In ConsoleOne, right-click the Domain object whose Address Book you want to modify, then click Properties.

**2** Click GroupWise > Address Book to display the Address Book page.

SAMNDCA630-07873089

DEFENDANT'S EXHIBIT NO. 324.0085



**3** In the Address Book Fields list, select the field you want to remove, then click the right-arrow to move the field to the Available Fields list.

The fields in the Available Fields list are not displayed in the Address Book.

**4** Repeat Step 3 to remove additional fields you don't want to use.

**5** Click OK to save your changes.

## Preventing the User Description Field from Displaying in the Address Book

The GroupWise Address Book provides detailed user information as well as e-mail addresses. A user's detailed information includes a comments field that displays the information stored in the User object Description field (User object > General tab > Identification page). If you have included information in the Description field that you don't want displayed in the GroupWise Address Book, you can prevent the field's contents from being displayed.

**TIP:** To view a user's detailed information, including the comments field, in the Address Book, select the user's address, then click the View menu > Details.

To prevent the user description from appearing the Address Book:

**1** In ConsoleOne, right-click the Domain object whose Address Book you want to modify, then click Properties.

**2** Click GroupWise > Address Book to display the Address Book page.

SAMNDCA630-07873090

DEFENDANT'S EXHIBIT NO. 324.0086



**3** Enable the Do Not Display User Comments option.

**4** Click OK to save your changes.

## Controlling Object Visibility in the Address Book

An object's visibility determines which post office databases the object's information is distributed to. A post office's users can only see an object's information in the Address Book if the object's information has been distributed to its post office.

Visibility applies to the following objects: user, external user, external entity, resource, external resource, distribution list, eDirectory group, eDirectory organizational role, and nickname.

**IMPORTANT:** Unlike the other objects listed above, nicknames that have been distributed to a post office do not actually appear in the post office's Address Book. Users must type the nickname's address in the message rather than select it from the Address Book.

You can choose from the following visibility levels:

* **System:** The object is visible in every post office Address Book throughout the system; if external system synchronization is turned on, it is also available for distribution to other GroupWise systems. This is the default for users, external users, resources, external resources, external entities, and nicknames.

* **Domain:** The object is visible only in the Address Book of the post offices located in the object's domain.

* **Post Office:** The object is visible only in the Address Book of the object's post office. This is the default for distribution lists, groups, and organizational roles.

* **None:** The object is not visible in the Address Book of any post offices.

For information about setting visibility, see:

* "Changing a User's Visibility in the Address Book" on page 212

* "Changing a Resource's Visibility in the Address Book" on page 232

* "Changing a Distribution List's Visibility in the Address Book" on page 246

* "Changing a Group's Visibility in the Address Book" on page 253

* "Changing an Organizational Role's Visibility in the Address Book" on page 257

SAMNDCA630-07873091

DEFENDANT'S EXHIBIT NO. 324.0087

## Updating Address Book Information

Each post office database includes all the information displayed in the GroupWise Address Book. By keeping the information on the post office, the post office's users have quick access to it. Whenever changes are made in eDirectory that affect Address Book information, the information is replicated to each domain database and each post office database.

If information in a post office's Address Book is out-of-date or missing, you can synchronize the missing information with eDirectory or rebuild the post office database to update the information.

The following sections provide details:

- "Synchronizing Information" on page 87
- "Rebuilding the Post Office Database" on page 87

### Synchronizing Information

The information for each object (user, resource, distribution list, and so forth) in the GroupWise Address Book is contained in eDirectory. When an object's information is incorrect in a post office's Address Book, you can synchronize the object's information in the Address Book with the information stored in eDirectory. This causes the correct information to be replicated to each domain and post office database in the GroupWise system. For information about how to do this, see Chapter 29, "Synchronizing Database Information," on page 363.

### Rebuilding the Post Office Database

If the post office Address Book is missing a lot of information, or you are having other difficulties with information in the Address Book, you might want to rebuild the post office's database. This causes all information to be replicated to the post office database from the domain database. For information about rebuilding a post office database, see "Rebuilding Domain or Post Office Databases" on page 349.

# Internet-Style Addressing

By default, GroupWise$^K$ uses a proprietary address format consisting of a user's ID, post office, and domain (*userID.post office.domain*). However, if you have the GroupWise Internet Agent installed (see "Internet Agent" on page 659), GroupWise also supports native Internet-style addressing consisting of a username and Internet domain name (for example, *userID@Internet domain name*).

Internet-style addressing is the preferred addressing format if you are connected to the Internet, because with Internet-style addressing, users have the same address within the GroupWise system as they do outside the GroupWise system. For example, if John Smith's address at Novell$^K$ is jsmith@novell.com, this address can be used by users within the GroupWise system and users external to the system.

The following sections provide information to help you plan, set up, and troubleshoot any problems that might occur:

- "Planning Internet Addressing" on page 88
- "Setting Up Internet Addressing" on page 91

SAMNDCA630-07873092

DEFENDANT'S EXHIBIT NO. 324.0088

# Planning Internet Addressing

The following sections help you prepare to set up Internet-style addressing on your GroupWise system:

- "Internet Agent Requirement" on page 88
- "Internet Agents Used for Outbound Messages" on page 88
- "Internet Domain Names" on page 88
- "Preferred Address Format" on page 89
- "Allowed Address Formats" on page 91
- "Override Options" on page 91

## Internet Agent Requirement

Internet addressing requires you to have the GroupWise Internet Agent installed in your GroupWise system. The Internet Agent connects your GroupWise system to the Internet. To install the Internet Agent, see "Installing the GroupWise Internet Agent" in the *GroupWise 6.5 Installation Guide*.

## Internet Agents Used for Outbound Messages

Each domain in your GroupWise system must be assigned an Internet Agent for outbound messages. A domain's assigned Internet Agent handle all outbound messages sent by the domain's users.

If your GroupWise system includes only one Internet Agent, that Internet Agent must be assigned to all domains and will be used for all outbound messages.

If your GroupWise system includes multiple Internet Agents, you must decide which Internet Agent you want to be responsible for outbound messages for each domain. You must select one Internet Agent as your system's default Internet Agent, but you can override the default at each domain.

## Internet Domain Names

You must associate at least one Internet domain (novell.com, gw.novell.com, support.novell.com, or so forth) with your GroupWise system. These Internet domains need to exist in the domain name service (DNS).

After you have associated Internet domains with your GroupWise system, all users in your system can be addressed using any of the domains (for example, jsmith@novell.com, jsmith@gw.novell.com, and jsmith@support.novell.com). The addresses can be used both internally and externally.

### Preferred Internet Domain Name

You must assign each GroupWise user a preferred Internet domain. GroupWise uses the preferred Internet domain name when constructing the e-mail address that are displayed in the GroupWise Address Book and in the To field of sent messages.

To make this process easier, GroupWise lets you assign a preferred Internet domain to be used as the default for your GroupWise system (for example, novell.com). The system's preferred Internet domain is applied to all users in your GroupWise system. However, you can override the system's preferred Internet domain at the domain, post office, or user level, meaning that different users

SAMNDCA630-07873093

**DEFENDANT'S EXHIBIT NO. 324.0089**

within your GroupWise system can be assigned different preferred Internet domains. For example, users in one domain can be assigned gw.novell.com as their preferred Internet domain while users in another domain are assigned support.novell.com.

## Preferred Address Format

You must choose a preferred address format for your GroupWise users. GroupWise uses the preferred address format, along with the preferred Internet domain, to construct the e-mail addresses that are published in the GroupWise Address Book and in the To field of sent messages.

GroupWise supports the following address formats:

*userID.post_office.domain@internet_domain_name*
*userID.post_office@internet_domain_name*
*userID@internet_domain_name*
*firstname.lastname@internet_domain_name*
*lastname.firstname@internet_domain_name*
*firstinitial lastname@internet_domain_name*

As with the preferred Internet domain, you must assign a preferred address format to be used as the default for your GroupWise system. The system's preferred address format is applied to all users in your GroupWise system. However, you can override the system's preferred address format at the domain, post office, and user/resource level.

The following sections explain some of the advantages and disadvantages of each address format:

- "userID.post_office.domain@internet_domain_name" on page 89
- "userID.post_office@internet_domain_name" on page 89
- "userID@internet_domain_name" on page 90
- "firstname.lastname@internet_domain_name" on page 90
- "lastname.firstname@internet_domain_name" on page 90
- "firstinitial lastname@internet_domain_name" on page 90

### userID.post_office.domain@internet_domain_name

#### Advantages

- Reliable format. GroupWise guarantees that each address is unique.
- Identical usernames can be used in different post offices.

#### Disadvantages

- Addresses tend to be long and hard to remember.
- Addresses might change over time as users are moved from one post office to another.

### userID.post_office@internet_domain_name

#### Advantages

- Guarantees uniqueness if all your post offices have unique names.
- Identical usernames can be placed in different post offices.

SAMNDCA630-07873094

DEFENDANT'S EXHIBIT NO. 324.0090

**Disadvantages**

- Addresses tend to be long and hard to remember.
- Addresses might change over time as users are moved from one post office to another.

**userID@internet_domain_name**

**Advantages**

- Addresses are short and easy to remember.
- Backwards-compatible with previous versions of GroupWise. (Users won't need to update their business cards.)
- Addresses do not change as users are moved.

**Disadvantages**

- Because GroupWise cannot guarantee unique user IDs, the system administrator is responsible for guaranteeing that the first and last names are unique.

**firstname.lastname@internet_domain_name**

**Advantages**

- Addresses are intuitive and easy to remember.
- Addresses do not change as users are moved.

**Disadvantages**

- Because GroupWise cannot guarantee unique first and last names, the system administrator is responsible for guaranteeing that the first and last names are unique.
- Probability of conflicts increases if any user's first and last names match any GroupWise domain or post office name, if any two users have the same first and last names, or if any two users have the opposite first and last names (such as James Dean and Dean James).

**lastname.firstname@internet_domain_name**

**Advantages**

- Addresses are intuitive and easy to remember.
- Addresses do not change as users are moved.

**Disadvantages**

- Because GroupWise cannot guarantee unique first and last names, the system administrator is responsible for guaranteeing that the first and last names are unique.
- Probability of conflicts increases if any user's first and last names match any GroupWise domain or post office name, if any two users have the same first and last names, or if any two users have the opposite first and last names (such as James Dean and Dean James).

**firstinitial lastname@internet_domain_name**

**Advantages**

- Addresses are intuitive and easy to remember.
- Addresses do not change as users are moved.

SAMNDCA630-07873095

DEFENDANT'S EXHIBIT NO. 324.0091

**Disadvantages**

- Because GroupWise cannot guarantee unique first initials and last names, the system administrator is responsible for guaranteeing that firstinitial lastname addresses are unique.

## Allowed Address Formats

The preferred Internet domain and preferred address format apply to user addresses as displayed in the GroupWise Address Book or sent messages.

The allowed address formats, on the other hand, determine which address formats are accepted by the Internet Agent. There are five possible allowed formats:

*userID.post office@internet domain name*
*userID@internet domain name*
*firstname.lastname@internet domain name*
*lastname.firstname@internet domain name*
*firstinitial lastname@internet domain name*

If you select all five formats, the Internet Agent accepts messages addressed to users in any of the formats. For example, John Peterson would receive messages sent using any of the following addresses:

jpeterson.research@novell.com
jpeterson@novell.com
john.peterson@novell.com
peterson.john@novell.com
jpeterson@novell.com

You must designate the allowed address formats to be used as the default formats for your GroupWise system. The system's allowed address formats are applied to all users in your GroupWise system. However, you can override the system's allowed address formats at the domain, post office, and user/resource level.

For example, assume you have two John Petersons with userIDs of jpeterson and japeterson. The *userID.post office* and *userID* address formats do not cause message delivery problems, but the *firstname.lastname, lastname.firstname*, and *firstinitial lastname* address formats do. To overcome this problem, you could disallow the three problem formats for these users at the user level.

## Override Options

In spite of the best planning, some e-mail addresses do not fit the rules and are not processed correctly. You can handle such addresses by overriding the regular address processing, as described in "Overriding Internet Addressing Defaults" on page 94.

# Setting Up Internet Addressing

The following sections help you to set up Internet addressing:

- "Installing the Internet Agent" on page 92
- "Enabling Internet Addressing" on page 92
- "Overriding Internet Addressing Defaults" on page 94

SAMNDCA630-07873096

**Installing the Internet Agent**

Before you can set up Internet addressing, you must install the GroupWise Internet Agent. If you have not already installed the agent, see "Installing the GroupWise Internet Agent" in the *GroupWise 6.5 Installation Guide*.

**Enabling Internet Addressing**

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Internet Addressing.



**2** In the Internet Agent for Outbound SMTP/MIME Messages list, select the Internet Agent to use as the default Internet Agent for your system.

By default, each domain uses this Internet Agent for outbound messages sent by users in the domain. If you have multiple Internet Agents in your GroupWise system, you can override the default setting at the domain level. For more information, see "Domain Overrides" on page 94.

**3** To define an Internet domain, click Create to display the Internet Domain Name dialog box.



**4** Enter the Internet domain you want to define in your GroupWise system, then click OK to add it to the list of Internet domains.

**5** Repeat Step 3 and Step 4 for each Internet domain you want to define.

When you've finished, all Internet domains you want to define should be listed in the Internet Domain Names box.

SAMNDCA630-07873097

DEFENDANT'S EXHIBIT NO. 324.0093



The preferred Internet domain is indicated by a check mark. This is the Internet domain name that is used when GroupWise constructs a user's preferred e-mail address. A preferred e-mail address is the address that is published in the system address book and in the To field of sent messages. You can override the preferred Internet domain name at the domain, post office, and user/resource levels. For more information, see "Overriding Internet Addressing Defaults" on page 94.

**6**  If the Internet domain you want to be the default preferred domain for your GroupWise system is not already selected, select the desired Internet domain, then click Set Preferred Name.

**7**  In the Preferred Address Format list, select your system's default Internet address format.

This is the format that is used when displaying addresses in the GroupWise Address Book and in a message's From box if it is not overridden at a lower level. For a list of the available addressing formats and their respective advantages and disadvantages, see "Preferred Address Format" on page 89.

You can override the preferred address format at the domain, post office, and user/resource levels. For more information, see "Overriding Internet Addressing Defaults" on page 94.

**8**  If desired, turn on the Enable "First Initial Last Name" Matching for Incoming Mail option.

This option allows the Internet Agent to resolve addresses for incoming messages by performing "first initial last name" lookups on the username portion of the address. When doing so, the Internet Agent uses the first letter of the username as the first initial and the remainder of the username as the last name. It then resolves the address to any GroupWise users whose Last Name field (in their eDirectory User object record) contains the last name and whose Given Name field starts with the first initial.

For example, if the recipient's address is jpeterson@novell.com, the first initial would be J and the last name would be Peterson. The address would resolve to the user whose Last Name field is Peterson and Given Name field starts with J. If more than one user's given name starts with J (for example, John and Janice), the message is undeliverable.

This option is useful if you want to be able to use the UserID@Internet_domain_name format but your userIDs do not really reflect your users' actual names (for example, John Peterson's user ID is 46789 so his address is 46789@novell.com). In this case, you could publish users' addresses as their first initial last name (for example, jpeterson@novell.com) and enable this option so that the Internet Agent resolves the addresses to the appropriate users.

SAMNDCA630-07873098

DEFENDANT'S EXHIBIT NO. 324.0094

**9** In the Allowed Address Formats list, select the address formats that you want to be supported for incoming messages. GroupWise will deliver a message to the recipient if any of the allowed formats have been used in the address.

You can override the allowed address formats at the domain, post office, and user/resource levels. For more information, see "Overriding Internet Addressing Defaults" on page 94.

**10** Click OK to save your changes.

If you changed the preferred address format, you are prompted to update the Internet e-mail address (General tab > Identification page > E-Mail Address field) for all affected users. The Internet e-mail address is the address returned in response to LDAP queries to eDirectory. It is recommended that you allow this update; however, performing it for the entire GroupWise system might take a while.

At this point, Internet addressing is enabled.

## Overriding Internet Addressing Defaults

All domains, post offices, and users/resources in your GroupWise system inherit the defaults (Internet Agent for outbound messages, preferred Internet domain name, preferred address format, and allowed address formats) you established when enabling Internet addressing for your system. However, if desired, you can override these defaults for individual domains, post offices, or users/resources.

- "Domain Overrides" on page 94
- "Post Office Overrides" on page 95
- "User/Resource Overrides" on page 96

### Domain Overrides

At the domain level, you can override all Internet addressing defaults assigned to your GroupWise system.

**1** In ConsoleOne, right-click a Domain object, then click Properties.

**2** Click GroupWise > Internet Addressing.



SAMNDCA630-07873099

**3** To override one of the options, select the Override box, then select the option you prefer for this domain.

If you need additional information about any of the fields, click Help.

**4** Click OK to save the changes.

If you changed the preferred address format, you are prompted to update the Internet e-mail address (General tab > Identification page > E-Mail Address field) for all affected users. The Internet e-mail address is the address returned in response to LDAP queries to eDirectory. We recommend that you allow this update; however, performing it for an entire GroupWise domain might take a while.

**Post Office Overrides**

At the post office level, you can override the preferred Internet domain name, preferred address format, and allowed address formats the post office has inherited from its domain. You cannot override the Internet Agent that is assigned to handle outbound messages.

**1** In ConsoleOne, right-click a Post Office object, then click Properties.

**2** Click GroupWise > Internet Addressing.



**3** To override one of the options, select the Override box, then select the option you prefer for this post office.

If you need additional information about any of the fields, click Help.

**4** Click OK to save the changes.

If you changed the preferred address format, you are prompted to update the Internet e-mail address (General tab > Identification page > E-Mail Address field) for all affected users. The Internet e-mail address is the address returned in response to LDAP queries to eDirectory. We recommend that you allow this update; however, performing it for an entire GroupWise post office might take a while.

SAMNDCA630-07873100

**User/Resource Overrides**

At the user and resource level, you can override the preferred Internet domain, preferred address format, and allowed address formats that the user/resource has inherited from its post office. You cannot override the Internet Agent that is assigned to handle outbound messages.

**1** In ConsoleOne, right-click a User or Resource object, then click Properties.

**2** Click GroupWise > Internet Addressing.



**3** To override one of the options, select the Override box, then select the option you prefer for this user or resource.

At the user and resource level, the preferred address format can be completely overridden by explicitly defining the user portion of the address format (*user@Internet domain name*). The user portion can include any RFC-compliant characters (no spaces, commas, and so forth).

For example, if you've selected *First Name.Last Name@Internet domain name* as your system's preferred address format and you have two John Petersons, each on a different post office in your system, you would end up two users having the same address (John.Peterson@novell.com). You could use this field to differentiate them by including their middle initials in their address (John.S.Peterson@novell.com and John.A.Peterson@novell.com).

If you need additional information about any of the fields, click Help.

**4** Click OK to save the changes.

If you changed the preferred address format for a user, you are prompted to update the user's Internet e-mail address (General tab > Identification page > E-Mail Address field). The Internet e-mail address is the address returned in response to LDAP queries to eDirectory. We recommend that you allow this update.

**Nickname Overrides**

At the nickname level, you can override the preferred Internet domain, preferred address format, and allowed address formats that the user/resource has inherited from its post office. You cannot override the Internet Agent that is assigned to handle outbound messages.

SAMNDCA630-07873101

1  In the GroupWise View of ConsoleOne, select Nicknames in the GroupWise Object list.

2  Right-click a nickname, then click Properties.

3  Click GroupWise > Internet Addressing.



4  To override one of the options, select the Override box, then select the option you prefer for this nickname.

5  Click OK to save the changes.

If you changed the preferred address format for a nickname, you are prompted to update the user's Internet e-mail address (General tab > Identification page > E-Mail Address field). The Internet e-mail address is the address returned in response to LDAP queries to eDirectory. We recommend that you allow this update.

For more information about nicknames, see "Creating a Nickname for a User" on page 213.

# Addressing Rules

Addressing rules let you search for text in an address and replace it with other text. Most addressing rules are used in conjunction with GroupWise* gateways to simplify addressing syntax. For specific details, see your GroupWise gateway guide. For an example of an addressing rule used with the Internet Agent, see "Creating a Customized Addressing Rule" on page 700.

Addressing rules are created at the system level and enabled by domain.

- "Creating an Addressing Rule" on page 98
- "Enabling an Addressing Rule" on page 99

If you are using Internet-style addressing (see Chapter , "Internet-Style Addressing," on page 87), any addressing rules that include an @ in the search string and a colon (:) in the replacement string is ignored.

SAMNDCA630-07873102

## Creating an Addressing Rule

**1** In ConsoleOne®, click the Tools menu > GroupWise System Operations > Addressing Rules.



**2** Click New to display the New Addressing Rule dialog box.



**3** Fill in the following fields:

**Description:** Enter a short description for the rule. The description is what appears when the rule is listed in the Addressing Rules dialog box.

**Name:** Enter the name you want to use for the rule.

**Search String:** Enter the text string that determines which addresses the rule is applied to. You can use an asterisk as a wildcard to represent one or more characters. For example, if you want the rule to apply to all addresses with JSmith as the userID, enter jsmith.*.* (the first asterisk represents the post office and the second represents the domain).

**Replace With:** Enter the replacement text. You can use variables (%1, %2, and so forth) to reference the wildcard text used in the search string. For example, if you use two wildcards in the search string, you could use two variables (%1 and %2) to insert the matched wildcard text into the replacement string. %1 (replace string 1) replaces the first wildcard in the search string, %2 replaces the second wildcard, and so on. The replacement variables must be placed in the string according to the order required for the explicit address, not according to their numerical order (for example, %2 could come before %1).

Using the jsmith.*.* example, assume that you want to replace jsmith with jjones. You would enter jjones.%1.%2. The resulting addressing would include the same post office and domain but a different userID.

**4** If desired, you can test the rule on an address. To do so, enter an address in the Test Address dialog box (the address does not have to be real) > click Test to see the results.

SAMNDCA630-07873103

**5** Click OK to add the rule to the list.

The rule is automatically enabled, which means that it is available for use. To apply it to a domain, however, you need to enable it in the domain. For instructions, see "Enabling an Addressing Rule" on page 99.

**6** If necessary, select the rule, then use the up-arrow and down-arrow to move the rule to the position in which you want it executed.

Addressing rules are executed in the order they are listed. When an addressing rule is applied to an address, no further addressing rules are applied.

**7** When you are finished creating rules, click OK to close the Define Addressing Rules dialog box.

## Enabling an Addressing Rule

After you create an addressing rule, you need to enable it in the domains where you want it applied.

**1** In ConsoleOne, right-click the Domain object, then click Properties.



**2** Click GroupWise > Addressing Rules.

The list displays all addressing rules that have been made available in the system. However, an addressing rule does not apply to the domain until you enable it.

SAMNDCA630-07873104

DEFENDANT'S EXHIBIT NO. 324.0100



**3** Click the check box in front of an addressing rule to enable it.

**4** When you are finished enabling rules, click OK to save your changes.

# Wildcard Addressing

Wildcard addressing enables users to send items to all users in a post office, domain, GroupWise[K] system, or connected GroupWise system by inserting asterisks (*) as wildcards in e-mail addresses.

You can limit wildcard addressing to a specific level (post office, domain, system) or allow unlimited wildcard addressing. The default is to limit the wildcard addressing to post office only, meaning that a user can use wild card addressing to send to all users on his or her post office only. You can change the default for individual users, post offices, or domains.

When using wildcard addressing, the sender only sees whether the item was delivered to a domain, post office, or system (by viewing the item's properties). The properties do not show the individual usernames or additional statuses. Recipients can reply to the sender only. Reply to All is unavailable.

- "Setting Wildcard Addressing Levels" on page 100
- "Wildcard Addressing Syntax" on page 102

Wildcard addressing cannot be used for assigning shared folders or shared address books, granting proxy rights, performing busy searches, or sending routing slips.

## Setting Wildcard Addressing Levels

By default, wildcard addressing is enabled at the post office level for all users in your GroupWise system. You can change the level (post office, domain, or system) or disable wildcard addressing.

Wildcard addressing levels can be applied to a single user, to all users in a post office, or to all users in a domain.

To set wildcard addressing defaults:

SAMNDCA630-07873105

**1** In ConsoleOne[R], select a Domain, Post Office, or User object.

**2** Click the Tools menu > GroupWise Utilities > Client Options to display the GroupWise Client Options dialog box.



**3** Click Send to display the Send Options dialog box.



**4** In the Wildcard Addressing list, select from the following options:

*   **Not Allowed:** Select this option to disable wildcard addressing.

*   **Limited to Post Office (Default):** Select this option to limit wildcard addressing to the user's post office. The user can use wildcard addressing to send items to users in his or her post office only.

*   **Limited to Domain:** Select this option to limit wildcard addressing to the user's domain. The user can use wildcard addressing to send items to users in his or her domain only.

*   **Limited to System:** Select this option to limit wildcard addressing to the user's GroupWise system. The user can use wildcard addressing to send items to all users in his or her system only. This excludes external users (users from other systems) who have been added to your GroupWise address book.

*   **Unlimited:** Select this option to allow unlimited use of wildcard addressing. The user can use wildcard addressing to send to all users (including external users and non-visible users) defined in the GroupWise address book.

**5** Click OK to save the changes.

SAMNDCA630-07873106

## Wildcard Addressing Syntax

The following table shows the syntax that must be used when using wildcard addressing to send items.

| WildCard Addressing Setting | To send an item to... | Type in the To field... |
|---|---|---|
| Limited to Post Office | All users in your post office | * |
| Limited to Domain | All users in your post office | * |
| | All users in your domain | *.* |
| | All users in another post office in your domain | *.post_office |
| Limited to System | All users in your post office | * |
| | All users in your domain | *.* |
| | All users in another post office in your domain | *.post_office |
| | All users in a post office in another domain | *.post_office.domain |
| | All users in another domain | *.domain |
| | All users in your GroupWise system | *.*.* |
| Unlimited | All users in your post office | * |
| | All users in your domain | *.* |
| | All users in a different post office in your domain | *.post_office |
| | All users in a post office in another domain. You can also use this for external post offices and external domains. | *.post_office.domain |
| | All users in a another domain. You can also use this for external domains. | *.domain |
| | All users in the GroupWise address book (all users in the same system, all external users, and all non-visible users) | *.*.* |

SAMNDCA630-07873107

DEFENDANT'S EXHIBIT NO. 324.0103

# 7

# Multilingual GroupWise Systems

GroupWise[®] is a multilingual e-mail product that meets the needs of users around the world. The following sections provide guidance if your GroupWise system includes users that speak a variety of languages:

- "Client Languages" on page 103
- "Administration Languages" on page 104
- "International Character Considerations" on page 104
- "Multi-Language Workstations" on page 105

## Client Languages

You can run the GroupWise client in the following languages:

| | |
|---|---|
| Arabic | Hungarian |
| Czech | Italian |
| Chinese - Simplified | Japanese |
| Chinese - Traditional | Korean |
| Danish | Norwegian |
| Dutch | Polish |
| English | Portuguese |
| Finnish | Russian |
| French | Spanish |
| German | Swedish |
| Hebrew | |

Users can select the languages they want when they install the GroupWise client. If users have access to the GroupWise client media, they can choose from all languages. If users are installing from a software distribution directory, they can choose from the languages you installed in the software distribution directory, as described in "GroupWise Languages" in "Installing a Basic GroupWise System" in the *GroupWise 6.5 Installation Guide*. The maximum disk space required to store all the GroupWise software components for one language is approximately 500 MB.

By default, the GroupWise client starts in the language of the operating system, if it is available. If the operating system language is not available, the next default language is English. When starting the GroupWise client, you can use the /l startup switch to override the English default and select an interface language from those that have been installed.

SAMNDCA630-07873108

DEFENDANT'S EXHIBIT NO. 324.0104

The online help available in the GroupWise clients is provided in all languages into which the client software is translated. The GroupWise client user guides available from the GroupWise clients and on the GroupWise Documentation Web site are translated only into the administration languages. If you try to access a user guide from a client that is running in a language into which the user guide has not been translated, you can select any of the available languages.

# Administration Languages

You can run the GroupWise Installation program, administer your GroupWise system in ConsoleOne$^x$, and run the GroupWise agents in the following languages:

English

French

German

Spanish

Portuguese

All available administration languages are automatically installed.

When you select a language for a domain, it determines the sorting order for items in the GroupWise Address Book. This language becomes the default for post offices that belong to the domain. You can override the domain language at the post office level if necessary.

For example, if you set the domain and post office language to English-US, the Address Book items are sorted according to English-US sort order rules. This is true even if some users in the post office are running non-English-US GroupWise clients such as German or Japanese. Their client interface and Help files are in German or Japanese, but the sort order is according to English-US standards.

By default, the agents start in the language selected for the domain. If that language has not been installed, the agents start in the language used by the operating system. If that language has not been installed, the agents start in English-US.

The POA also includes language-specific files in all client languages so that information returned from the POA to the GroupWise client, such as message status and undeliverable messages, is displayed in the language of the GroupWise client rather than the language in which the POA interface is being displayed.

# International Character Considerations

GroupWise client users have complete flexibility in the characters they use in composing messages. Accented characters used by various European languages and double-byte characters used by various Asian and Middle Eastern languages are all acceptable in the GroupWise client and can even be combined in the same message text.

As an administrator, the only limitation you need to be aware of is that double-byte Asian and Middle Eastern characters should not be used in directory names and filenames within your GroupWise system. This limitation is based on operating system capabilities. You should also not use double-byte characters in passwords. You are free to use double-byte characters in GroupWise usernames, domain names, post offices names, and so on.

SAMNDCA630-07873109

DEFENDANT'S EXHIBIT NO. 324.0105

# Multi-Language Workstations

If GroupWise users receive messages in multiple languages, their workstations need to be configured to handle the character sets used by these languages.

On Windows XP:

**1** From the Control Panel, double-click Regional and Language Options, then click Languages.

**2** If you receive messages in Arabic, Hebrew, or other complex languages, select Install Files for Complex Script and Right-to-Left Languages.

**3** If you receive messages in Chinese, Japanese, or other similar languages, select Install Files for East Asian Languages

**4** Click OK to install the required language files.

On Windows 2000:

**1** From the Control Panel, double-click Regional Options.

**2** Select the languages you want to use on the workstation, then click OK to install the required language files.

On Linux and Macintosh workstations, if users see the correct characters at the operating system and desktop levels, they see the correct characters in GroupWise as well.

SAMNDCA630-07873110

DEFENDANT'S EXHIBIT NO. 324.0106

SAMNDCA630-07873111

DEFENDANT'S EXHIBIT NO. 324.0107

 **Domains**

Chapter 8, "Creating a New Domain," on page 109

Chapter 9, "Managing Domains," on page 123

Chapter 10, "Managing the Links between Domains and Post Offices," on page 131

SAMNDCA630-07873112

DEFENDANT'S EXHIBIT NO. 324.0108

SAMNDCA630-07873113

DEFENDANT'S EXHIBIT NO. 324.0109

# 8 Creating a New Domain

As your GroupWise[R] system grows, you might need to add new domains.

- "Understanding the Purpose of Domains" on page 109
- "Planning a New Domain" on page 110
- "Setting Up the New Domain" on page 118
- "What's Next" on page 121

**IMPORTANT:** If you are creating a new domain in a clustered GroupWise system, see the appropriate section of the GroupWise 6.5 Interoperability Guide before you create the domain:

- "Setting Up a Domain and Post Office in a Novell Cluster" in "Novell Cluster Services"
- "Setting Up a Domain and Post Office in a Microsoft Cluster" in "Microsoft Clustering Services"

## Understanding the Purpose of Domains

The domain functions as the main administrative unit for your GroupWise system. Each GroupWise system has one primary domain, which was created when you first installed GroupWise. All other domains that you add are secondary domains.

The domain serves as a logical grouping of one or more post offices and is used for addressing and routing messages. Each GroupWise user has a GroupWise address that consists of a user ID, the user's post office name, the GroupWise domain name, and, optionally, an Internet domain name.

The following diagram illustrates the logical organization of a GroupWise system with multiple domains and post offices. All of the objects under the domain belong to that domain. All of the objects under a post office belong to that post office.



SAMNDCA630-07873114

DEFENDANT'S EXHIBIT NO. 324.0110

Messages are moved from user to user through your GroupWise system by the GroupWise agents. As illustrated above, each domain must have a Message Transfer Agent (MTA) running for it. The MTA transfers messages between domains and between post offices in the same domain. Each post office must have at least one Post Office Agent (POA) running for it. The POA delivers messages to users' mailboxes and performs a variety of post office and mailbox maintenance activities.

When you add a new domain to your GroupWise system, links define how messages are routed from one domain to another. When you add the first secondary domain, the links between the primary and secondary domains are very simple. As the number of domains grows, the links among them can become quite complex. Links are discussed in detail in Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

Physically, a domain consists of a set of directories that house all the information stored in the domain. To view the structure of a domain directory, see "Domain Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. The domain directory does not contain mailboxes or messages, but it does contain other vital information. For an overview, see "Information Stored in the Domain" on page 558. Domain directories can be located on NetWare, Linux, and Windows servers.

# Planning a New Domain

After you have your basic GroupWise system up and running, you might need to expand it by adding one or more domains. The GroupWise architecture lets you create a simple, single domain system, or a complex system that links dozens of domains across a campus, a city, or around the world.

This section provides the information you need in order to decide when, where, and how to set up a new domain. The "Domain Worksheet" on page 122 lists all the information you need. You should print the worksheet and fill it out as you complete the tasks listed below.

- "Determining When to Add a New Domain" on page 111
- "Deciding Who Will Administer the New Domain" on page 111
- "Planning Post Offices in the New Domain" on page 112
- "Determining the Context for the Domain Object" on page 112
- "Choosing the Domain Name" on page 114
- "Deciding Where to Create the Domain Directory" on page 114
- "Deciding Where to Install the Agent Software" on page 115
- "Deciding How to Link the New Domain" on page 117
- "Selecting the Domain Language" on page 118
- "Selecting the Domain Time Zone" on page 118

After you have completed the tasks and filled out the "Domain Worksheet" on page 122, you are ready to continue with "Setting Up the New Domain" on page 118.

SAMNDCA630-07873115

DEFENDANT'S EXHIBIT NO. 324.0111

## Determining When to Add a New Domain

How do you know when you should add a domain? The answer to this depends on your administration policies and on physical and logical network organization.

Although a single domain can contain as many post offices and users as you want to add, there are some conditions that indicate the need for a new domain:

- **Administrative Convenience:** To spread out the administrative workload, you can create one or more new domains with their own administrators. Each new domain can be managed by a different administrator as long as each administrator has sufficient rights to connect to it and write to the domain directory.

- **Remote Sites:** If communication between servers is slow, or if you have remote sites, you can add a new domain to minimize mail traffic between the servers. For example, if you have locations in three separate cities, you might have an organization that represents each location. You could then create a domain in each organization. You could administer all of the domains from one location or you could assign a different administrator for each one.

- **Demand on the MTA:** Each domain has its own MTA that routes messages between post offices within its domain. If your current domain has many post offices that are placing a heavy workload on the MTA, you might want to create another domain to handle additional post offices.

- **Multiple eDirectory Trees:** All of the objects that are logically subordinate to a GroupWise domain must be in the same Novell® eDirectory™ tree as the domain. If you have users in other eDirectory trees that need GroupWise accounts, you must create secondary domains and post offices in each tree.

## Deciding Who Will Administer the New Domain

Any user who is an Admin equivalent can administer GroupWise. We recommend that whoever creates the new domain should be an Admin equivalent so that he or she has the necessary rights to create objects and directories. You can then assign a different user as a domain administrator and limit rights to other objects if necessary. For more information, see Chapter 84, "GroupWise Administrator Rights," on page 1053.

Depending upon the size, complexity, and layout of your eDirectory tree, you might choose a centralized administration model with one person administering both eDirectory and GroupWise, or you might choose a distributed administration model with the administration workload shared by two or more individuals. With a distributed administration model, each administrator obtains rights to the GroupWise objects and directory structures over which he or she has jurisdiction. If you want to restrict access to some network operations or to certain domains, you can limit access rights to domains the user should not administer.

The user assigned as the administrator must be able to create or modify objects in the domain and will receive an e-mail message whenever an agent encounters a problem. You can designate yourself, one or more other users, or a distribution list as an administrator.

---

**WORKSHEET**

Under Item 10: Domain Administrator, enter the ID of the user or distribution list that will administer this domain.

---

The items in the worksheet are listed in the order you will enter them when setting up your domain. This planning section does not follow the same order as the worksheet, but all worksheet items are covered.

SAMNDCA630-07873116

## Planning Post Offices in the New Domain

Before adding the new domain, you should plan the post offices that you want to belong to the domain. You should consider the following issues when planning post offices.

- **Physical Organization:** If your network spans several sites, you might want to create post offices (if not domains) at each physical location. This reduces the demands on long-distance network links.

- **Logical Organization:** Grouping users who frequently send messages to each other is faster and generates less network traffic than if messages travel between different post offices and domains.

- **Number of Users:** A typical post office can serve from 1000 to 2500 users, depending on its configuration. Larger post offices are possible, but grouping similar users might be preferable.

- **Demand on the POA:** Each post office has at least one POA that delivers messages to users' mailboxes and performs other post office maintenance tasks. It is possible to run multiple POAs, located on different servers, for the same post office, or you might prefer to create multiple post offices.

For more details, see "Planning a New Post Office" on page 148.

## Determining the Context for the Domain Object

When deciding where to place the new Domain object in the eDirectory tree, you should consider how you can most easily administer GroupWise and how the domain and its associated post offices fit into the logical organization of your eDirectory tree.

Domains and their associated objects, including Post Offices, Users, Resources, and Distribution Lists, must be located in the same eDirectory tree. If you have multiple trees, you must create a separate domain in each tree. The domains can all belong to the same GroupWise system.

You can place the domain in any context in an eDirectory tree. The following diagrams provide some examples of how domains can be placed in the eDirectory tree:

- "GroupWise Objects Reflect Physical Locations" on page 112
- "GroupWise Objects Reflect Company Organization" on page 113
- "GroupWise Objects Are Grouped with Servers" on page 113
- "GroupWise Objects Are Located in a Separate GroupWise Container" on page 113

---

**WORKSHEET**

Under Item 1: Tree Name, specify the name of the eDirectory tree where you plan to create the new domain.

Under Item 2: eDirectory Container, specify the name of the eDirectory container where you plan to create the new domain.

---

### GroupWise Objects Reflect Physical Locations

The GroupWise system below focuses on the physical layout of the company. Because most mail traffic is probably generated by users in the same location, the mail traffic across the WAN is minimized. An organizational unit was created for each site. A domain was created under each organizational unit, corresponding to the city. The sites can be administered centrally or at each site. Administrator rights can be assigned at the domain level.

SAMNDCA630-07873117

```
⊟ 🔏 Corporate
   ⊟ 🖳 Los Angeles
      ⊕ 🏢 LA-Dom1
      ⊞ 📬 LA-PO1-1
   ⊟ 🖳 New York
      ⊞ 📬 NY-PO1-1
      ⊕ 🏢 NY-Dom1
```

## GroupWise Objects Reflect Company Organization

The following GroupWise system focuses on departmental organization, as does the eDirectory tree. GroupWise domains and post offices parallel eDirectory organizational units, placing the domains and post offices within the organizational units containing the users that will belong to them.

```
⊟ 🔏 Corporate
   ⊟ 🖳 Accounting
      ⊕ 🏢 Acct-Dom
      ⊞ 📬 Acct-PO1
   ⊟ 🖳 Development
      ⊕ 🏢 Dev-Dom
      ⊞ 📬 Dev-PO1
   ⊞ 🖳 Manufacturing
   ⊞ 🖳 Sales
```

## GroupWise Objects Are Grouped with Servers

Because domains and post offices have directory structures on network servers, you could also choose to place the Domain and Post Office objects in the same context as the servers where the directories will reside, as shown in the following example.



```
⊟ 🔏 Corporate
      🖳 Accounting
      🖳 Development
   ⊞ 🖳 Manufacturing
   ⊞ 🖳 Sales
   ⊟ 🖳 Servers
      ⊞ 🏢 Acct-Dom
      ⊞ 📬 Acct-PO1
      ⊞ 🏢 Dev-Dom
      ⊞ 📬 Dev-PO1
         📇 PRV-GW
      ⊞ 📇 PRV-GW_MSSVOL
      ⊞ 📇 PRV-GW_SYS
```

## GroupWise Objects Are Located in a Separate GroupWise Container

Domains and post offices can also be created in their own organizational unit. Administratively, this approach makes it easier to restrict a GroupWise administrator's object and property rights to GroupWise objects only. For information about GroupWise Administrator rights, see "Deciding Who Will Administer the New Domain" on page 111.

```
⊟ 🔏 Corporate
      🖳 Accounting
      🖳 Development
   ⊟ 🖳 GroupWise
      ⊞ 🏢 Acct-Dom
      ⊞ 📬 Acct-PO1
      ⊞ 🏢 Dev-Dom
      ⊞ 📬 Dev-PO1
      🖳 Manufacturing
      🖳 Sales
```

SAMNDCA630-07873118

## Choosing the Domain Name

The domain requires a unique name. The name is used as the Domain object's name in eDirectory. It is also used for addressing and routing purposes within GroupWise, and might appear in the GroupWise Address Book.

The domain name can reflect a location, company name or branch name, or some other element that makes sense for your organization. For example, you might want the domain name to be the location (for example, Provo) while the post office name is one of the company's departments (for example, Research). Name the new domain carefully. After it is created, the name cannot be changed.

The domain name can consist of one or more words. Use underscores (_) rather than spaces as separators between words to facilitate addressing across the Internet. Do not use any of the following invalid characters in the domain name:

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

---

**WORKSHEET**

Under Item 3: Domain Name, specify the domain name.

Under Item 8: Domain Description, provide a description for the new domain.

---

## Deciding Where to Create the Domain Directory

Logically, the Domain object resides in eDirectory and is administered through ConsoleOne[R]. Physically, the domain has a directory structure for databases, message queues, and other files. The domain directory structure can be created on NetWare[R] servers (NetWare 6.x, NetWare 5.x, NetWare 4.2, or NetWare 3.12), Linux servers (SUSE Standard or Enterprise Server 8, Red Hat* Enterprise Linux 3 ES or AS), or Windows servers (Windows 2000 or Windows NT*). The server where you create the domain directory structure can be in the same tree as the Domain object or in another tree.

Many different configurations are possible. When deciding where to create the domain directory, you should consider the following.

* **Domain Directory Space Requirements:** The domain directory requires less than 10 MB of free disk space. However, this requirement could increase as your system grows.

* **Network Access by the MTA:** If the MTA is not installed on the same server with the domain directory, the MTA must have direct network access (mapped drive or file system mount) to the domain directory and, depending on link configuration, to the post office directories. This issue is discussed in detail in "Deciding Where to Install the Agent Software" on page 115.

* **Security from User Access:** Users never need access to the domain directory so you should create it in a location you can easily secure; otherwise, you could have files inadvertently moved or deleted.

SAMNDCA630-07873119

Choose an empty directory for the new domain. If you want, the directory can reflect the name of the domain, for example, res_dev for the Research and Development domain. On NetWare and Windows, use a maximum of 8 characters in the directory name. On Linux, use only lowercase characters in the directory name.

Choose the name and path carefully. After the domain directory is created, it is difficult to rename it. If the directory you specify does not exist, it will be created when you create the domain. Do not create the domain directory under another domain or post office directory.

---

**WORKSHEET**

Under Item 4: Domain Database Location, enter the full path for the domain directory.

Under Item 9: Network Type, enter the type of network in use at that location.

---

## Deciding Where to Install the Agent Software

You must run a new instance of the MTA for each new domain. To review the functions of the MTA for the domain, see "Role of the Message Transfer Agent" on page 559. For complete installation instructions and system requirements, see "Installing GroupWise Agents" in the *GroupWise 6.5 Installation Guide*.

When planning the installation of the MTA, you need to consider how the new domain links to existing domains and how the new domain will link to its post offices. For an overview of link configuration, see Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

The MTA requires direct network access to the domain directory and, depending on the link configuration, to each post office directory. Consider the following alternatives when selecting a location for the MTA relative to the domain and its post offices:

- "MTA Access to the New Domain: Local vs. Remote" on page 115
- "MTA Access to New Post Offices: Mapped and UNC Links vs. TCP/IP Links" on page 116
- "Cross-Platform Access Issues" on page 117

---

**WORKSHEET**

Under Item 11: Agent Location, indicate whether you plan to run the MTA on the same server where the domain directory is located, or on a different server.

Under Item 12: Agent Platform, enter the platform of the server where the MTA will run (NetWare, Linux, or Windows).

---

### MTA Access to the New Domain: Local vs. Remote

Running the MTA locally on the same server where the domain and post offices reside simplifies network connections (no login is required), reduces network traffic, and protects database integrity. In the following diagram, the agent software is installed on the same server where the domain and post office reside.




SAMNDCA630-07873120

Running the MTA on a remote server allows you to place the heaviest processing load on your highest performing server. In the following diagram, the agent software is installed on a different server from where the domains and post offices reside.



When you run the MTA on a different server from where its directory structures and databases are located, you need to provide adequate access.

- If the NetWare[*] MTA needs direct network access to another NetWare server, you must add the /dn switch or the /user and /password switches to the MTA startup file to provide authentication information.

- If the Linux MTA needs direct network access to another Linux server, you must mount the file system where the domain is located before you start the Linux MTA.

- If the Windows MTA needs direct network access to another Windows server, you must map a drive to the other server before you start the Windows MTA.

## MTA Access to New Post Offices: Mapped and UNC Links vs. TCP/IP Links

If the new domain will include multiple post offices, the post offices will probably reside on different servers from where the domain is located. If you plan to use mapped or UNC links between the domain and its post offices, the MTA requires the same access to the post office directories as it requires to the domain directory.



- If the NetWare MTA needs access to a post office on another NetWare server, you must add the /dn switch or the /user and /password switches to the MTA startup file to provide authentication information.

- If the Windows MTA needs access to a post office on another Windows server, you must map a drive to the other server before you start the Windows MTA.

**NOTE:** The Linux MTA requires TCP/IP links to the POA.

To avoid these direct network access requirements between the MTA and its post offices, you can use TCP/IP links between the domain and its post offices.



SAMNDCA630-07873121

DEFENDANT'S EXHIBIT NO. 324.0117

When using TCP/IP links, the MTA does not write message files into message queues in the post office directory structure. Instead, the MTA communicates the information to the POA by way of TCP/IP and then the POA uses its direct network access to write the information.

## Cross-Platform Access Issues

In most cases, it is most efficient if you match the MTA platform with the network operating system where the domain resides. For example, if you create a new domain on a NetWare server, use the NetWare MTA.

If you decide not to run the MTA on the same platform as the domain, the MTA must still have direct network access to the domain directory so that it can write to the domain database (wpdomain.db). For example, you could set up the new domain on a NetWare server and run the Windows MTA on an Windows server to service it.



However, the NetWare MTA could not service a domain located on an Windows server because Windows does not support the required cross-platform connection.

If you are using mapped or UNC links to post offices, the MTA must also have direct network access to the post office directories so that it can write messages files into the post office message queues. You could, for example, run the agents on an Windows server while domains and post offices were located on NetWare servers.



Again, the opposite combination of NetWare agents servicing domains and post offices on Windows servers is not an option because Windows does not support the required cross-platform connection.

To avoid these cross-platform access issues, use TCP/IP links between a domain and its post offices.

For more detailed information, see "Cross-Platform Issues between Domains and Post Offices" on page 561.

# Deciding How to Link the New Domain

Domain links tell the MTAs how to route messages between domains. Properly configured links optimize message flow throughout your GroupWise system. For a review of link types, see "Domain-to-Domain Links" on page 131.

SAMNDCA630-07873122

When you create the new domain, you link it to one existing domain. By default, this link is a direct link using TCP/IP as the link protocol, which means the new domain's MTA communicates with the existing domain's MTA through TCP/IP. If desired, you can configure the direct link to use a UNC path as the link protocol, which means the new domain's MTA transfers information to and from the existing domain by accessing the existing domain's directory.

---
**WORKSHEET**

Under Item 7: Link to Domain, specify the existing domain that you want to link the new domain to, then specify the link protocol (TCP/IP or UNC path).

---

After you create the new domain, you can configure links to additional domains as needed. See "Using the Link Configuration Tool" on page 136.

## Selecting the Domain Language

The domain language determines how times, dates, and numbers are displayed in the GroupWise client and determines the sorting rules for items in the GroupWise Address Book.

---
**WORKSHEET**

Under Item 5: Domain Language, specify the domain language.

---

## Selecting the Domain Time Zone

When a message is sent from a user in one time zone to a user in another time zone, GroupWise adjusts the message's time so that it is correct for the recipient's time zone. For example, if a user in New York (GMT -05:00, Eastern Time) schedules a user in Los Angeles (GMT -08:00, Pacific Time) for a conference call at 4:00 p.m. Eastern Time, the appointment is scheduled in the Los Angeles user's calendar at 1:00 p.m. Pacific Time.

The domain time zone becomes the default time zone for each post office in the domain.

---
**WORKSHEET**

Under Item 6: Domain Time Zone, enter the time zone.

---

# Setting Up the New Domain

You should have already reviewed "Planning a New Domain" on page 110 and filled out the "Domain Worksheet" on page 122. Complete the following tasks to create the new domain.

* "Creating the New Domain" on page 119
* "Configuring the MTA for the New Domain" on page 120
* "Installing and Starting the New MTA" on page 121

SAMNDCA630-07873123

DEFENDANT'S EXHIBIT NO. 324.0119

## Creating the New Domain

**1** Make sure you are logged in to the tree where you want to create the domain (worksheet item 1).

**2** In ConsoleOne, browse to and right-click the eDirectory container where you want to create the domain (worksheet item 2), then click New > Object.



**3** Double-click GroupWise Domain, then fill in the fields in the Create GroupWise Domain dialog box (worksheet items 3 through 7).



**4** Make sure the Configure Links and Define Additional Properties options are selected, then click OK to display the Link Configuration Wizard.



SAMNDCA630-07873124

**5** Follow the on-screen instructions to define how the new domain links to the existing domain (listed in the Link to Domain field). When you've finished defining the link, ConsoleOne creates the Domain object and displays the domain Identification page.



**6** Fill in the fields that have not been filled in for you (worksheet items 8 through 10).

**7** Click OK to save the domain information.

## Configuring the MTA for the New Domain

Although there are many MTA settings, the default settings are sufficient to get your domain operational. However, there are a few important settings that you can conveniently modify before you install the agent software.

**1** In ConsoleOne, double-click the new Domain object.

**2** Right-click the MTA object, then click Properties to display the MTA Identification page.



SAMNDCA630-07873125

DEFENDANT'S EXHIBIT NO. 324.0121

3 Enter a description for the MTA.

This description displays on the MTA agent console as the MTA runs.

4 Select the platform where the MTA will run (worksheet item 12).

5 If you have multiple domains in your system and want to use TCP/IP to link to the other domains (worksheet item 7), follow the instructions in "Using TCP/IP Links between Domains" on page 579.

6 If you have created the domain in a clustered environment, follow the instructions in the appropriate section of the GroupWise 6.5 Interoperability Guide:

• "Installing and Configuring the MTA and the POA in a Cluster" in "Novell Cluster Services"

• "Installing and Configuring the MTA and the POA in a Cluster" in "Microsoft Clustering Services"

7 To ensure that user information in the new domain stays synchronized with user information in eDirectory, follow the instructions in "Using eDirectory User Synchronization" on page 598.

8 For more MTA configuration options, see "Changing MTA Configuration to Meet Domain Needs" on page 130.

9 Click OK to save the MTA configuration information.

## Installing and Starting the New MTA

To install the MTA for the new domain to the location recorded under worksheet item 11, follow the instructions in "Installing GroupWise Agents" in the *GroupWise 6.5 Installation Guide*. For additional MTA-specific instructions, see Chapter 42, "Installing and Starting the MTA," on page 565.

Continue with What's Next.

# What's Next

After you have added the new domain and started its MTA, you are ready to continue to expand and enhance your GroupWise system by:

• Adding post offices to the new domain. See "Post Offices" on page 145.

• Configuring the MTA for optimal performance. See "Message Transfer Agent" on page 555.

• Setting up GroupWise Monitor to monitor the GroupWise agents. See "Monitor" on page 901.

• Connecting domains and GroupWise systems across the Internet using the GroupWise Internet Agent. See "Internet Agent" on page 659.

• Connecting domains and GroupWise systems using gateways. For a list of gateways, see GroupWise 6.x Gateways (http://www.novell.com/documentation/gw6xgate/index.html). GroupWise 5.5 gateways can be used with GroupWise 6.x.

SAMNDCA630-07873126

# Domain Worksheet

Use this worksheet as you complete the tasks described in "Planning a New Domain" on page 110.

| Item | Explanation |
|------|-------------|
| 1) Tree Name: | Specify the name of the eDirectory tree where you want to create the secondary domain. |
| | For more information, see "Determining the Context for the Domain Object" on page 112. |
| 2) eDirectory Container: | Specify the name of the eDirectory container where you want to create the new domain. |
| | For more information, see "Determining the Context for the Domain Object" on page 112. |
| 3) Domain Name: | Specify a name for the new domain. Choose the name carefully. After the domain is created, it cannot be renamed. |
| | For more information, see "Choosing the Domain Name" on page 114. |
| 4) Domain Database Location: | Specify the path for the domain directory. Choose the domain directory carefully. After it is created, it is difficult to rename. |
| | For more information, see "Deciding Where to Create the Domain Directory" on page 114. |
| 5) Domain Language: | Specify a default language for the domain. |
| | For more information, see "Selecting the Domain Language" on page 118. |
| 6) Domain Time Zone: | Specify the time zone where the domain is located. |
| | For more information, see "Selecting the Domain Time Zone" on page 118. |
| 7) Link to Domain:<br><br>Link Protocol:<br>♦ UNC path<br>♦ TCP/IP<br>  Address:<br>  Port: | Specify the existing domain that you want to link the new domain to, then specify the link protocol. If you select TCP/IP, enter the IP address or hostname of the server where the MTA will run and the port number that the MTA will listen on. |
| | For more information, see "Deciding How to Link the New Domain" on page 117. |
| 8) Domain Description: | Enter a description for the domain to help you identify its function in the system. |
| 9) Network Type: | Specify the network type in use on the server where this domain will be located. |
| | For more information, see "Deciding Where to Create the Domain Directory" on page 114. |
| 10) Domain Administrator: | Enter the ID of the user or distribution list that will administer this domain. |
| | For more information, see "Deciding Who Will Administer the New Domain" on page 111. |
| 11) Agent Location:<br>♦ MTA on the same server as the domain (local)<br>♦ MTA on a different server from the domain (remote) | Mark the location of the MTA relative to the domain.<br><br>For more information, see "Deciding Where to Install the Agent Software" on page 115. |
| 12) Agent Platform:<br>♦ NetWare MTA<br>♦ Linux MTA<br>♦ Windows MTA | Specify the platform on which you plan to run the MTA.<br><br>For more information, see "Deciding Where to Install the Agent Software" on page 115. |

SAMNDCA630-07873127

# 9

# Managing Domains

As your GroupWise[R] system grows and evolves, you might need to perform the following maintenance activities on domains:

- "Connecting to a Domain" on page 123
- "Editing Domain Properties" on page 124
- "Converting a Secondary Domain to a Primary Domain" on page 126
- "Moving a Domain" on page 127
- "Deleting a Domain" on page 128
- "Changing MTA Configuration to Meet Domain Needs" on page 130

See also Chapter 26, "Maintaining Domain and Post Office Databases," on page 345.

## Connecting to a Domain

Whenever you change domain information, it is most efficient to connect directly to the domain before you begin making modifications.

To change your domain connection:

**1** In ConsoleOne[R] in the Console View, click Tools > GroupWise System Operations, click Select Domain, browse to and select the domain directory, then click OK.

or

In the GroupWise View, right-click the Domain object, then click Connect.

The GroupWise view identifies the domain to which you are connected by adding a plug symbol to the domain icon.



The domain marked with the red underscore is the primary domain.

SAMNDCA630-07873128

# Editing Domain Properties

After creating a domain, you can change some domain properties. Other domain properties cannot be changed.

**1** In ConsoleOne, browse to and right-click a Domain object, then click Properties to display the domain Identification page.



**2** Change editable fields as needed. For information about individual fields, see "Planning a New Domain" on page 110 or use online help when editing the domain information.

**3** Click GroupWise > Post Offices to display the Post Offices page.



All post offices in the domain are listed, no matter where their Novell® eDirectory™ objects are placed in the tree. This is a convenient place to delete post offices from the domain.

**4** Click GroupWise > Address Book to display the Address Book page.

SAMNDCA630-07873129

DEFENDANT'S EXHIBIT NO. 324.0125



**5** Use this page to configure the Address Book to control how it appears to GroupWise client users in all post offices in the domain. See Chapter , "Address Book," on page 81 for more information.

**6** Click GroupWise > Addressing Rules to display the Addressing Rules page.



This page lists all addressing rules that have been set up for the domain. See Chapter , "Addressing Rules," on page 97 for more information.

**7** Click GroupWise > Internet Addressing to display the Internet Addressing page.

SAMNDCA630-07873130

DEFENDANT'S EXHIBIT NO. 324.0126



Use this page to override any Internet addressing settings established at the system level. See Chapter , "Internet-Style Addressing," on page 87 for more information.

**8** Click GroupWise > Default WebAccess to display the Default WebAccess page.



Use this page to designate the default WebAccess Agent (gateway) for the domain. See "WebAccess" on page 803 for more information.

**9** Click OK to save the new domain settings.

# Converting a Secondary Domain to a Primary Domain

You can change which domain is primary if it becomes more convenient to administer the primary domain from a different location. You can, however, have only one primary domain at a time. When you convert a secondary domain to primary, the old primary domain becomes a secondary domain.

SAMNDCA630-07873131

To convert a secondary domain to primary:

**1** In ConsoleOne, connect to the primary domain, as described in "Connecting to a Domain" on page 123.

**2** Make sure there are no pending operations for the current primary domain. See "Pending Operations" on page 51.

**3** In ConsoleOne, browse to and select the secondary domain you want to convert.

**4** Click Tools > GroupWise Utilities > System Maintenance.



**5** Click Convert Secondary to Primary.

**6** Enter the path to the secondary domain database, then click OK.

The GroupWise View in ConsoleOne displays the primary domain with a red underscore.



# Moving a Domain

You cannot use ConsoleOne to move a Domain object to a different location in the eDirectory tree because it is a container object. Only leaf objects can be moved. If you need to change the context, graft the GroupWise domain to its corresponding eDirectory object in the new container location. See "GW / eDirectory Association" on page 73 for more information about grafting objects.

You can, however, move the domain directory and the domain database (wpdomain.db) by copying the domain directory structure and all its contents to the new location.

**IMPORTANT:** Follow these instructions if you want to move a domain on a NetWare or Windows server to another directory on the same server or to a different NetWare or Windows server. If you want to move a domain located on a NetWare or Windows server onto a Linux server, see "Moving a Domain to Linux" in "Update" in the *GroupWise 6.5 Installation Guide*.

**1** Back up the domain. See Chapter 31, "Backing Up GroupWise Databases," on page 375.

SAMNDCA630-07873132

**2** In ConsoleOne, browse to and right-click the domain to move, then click Properties to display the domain Identification page.

**3** In the UNC Path field, change the UNC path to the location where you want to move the domain, then click OK to save the new location.

The location change will be propagated throughout your GroupWise system.

**4** Stop the MTA and any gateways running for the domain.

**5** Use xcopy with the /s and /e options to copy the domain directory and database to the new location. These options re-create the same directory structure even if directories are empty.

**Example:** xcopy *domain_directory* /s /e *destination*

**6** Give rights to all objects that need to access the domain database.

For example, the NetWare[8] MTA needs rights if the new location is on a different server.

**7** Edit the MTA and gateway startup files to reflect the changes, then restart the MTA and gateways.

See "Adjusting the MTA for a New Location of a Domain or Post Office" on page 587.

**8** When you are sure the domain is functioning properly in its new location, delete the original domain directory and its contents.

If you need to move the MTA along with its domain, see "Moving the MTA to a Different Server" on page 586.

## Deleting a Domain

You can delete a domain only when it no longer owns subordinate GroupWise objects. For example, you cannot delete the primary domain of your GroupWise system if it still owns secondary domains. You cannot delete a secondary domain if it still owns post offices. However, MTA and Gateway objects are automatically deleted along with the Domain object.

**1** In ConsoleOne, connect to the primary domain of your GroupWise system, as described in "Connecting to a Domain" on page 123.

**2** Browse to and right-click the Domain object you want to delete, then click Properties to display the domain Identification page.

SAMNDCA630-07873133

DEFENDANT'S EXHIBIT NO. 324.0129



**3** Verify that the current directory path displayed on the domain Identification page is correct.

**4** Click Post Offices, then move or delete any post offices that belong to this domain. See "Moving a Post Office" on page 183 and "Deleting a Post Office" on page 184.



**5** Right-click the Domain object, then click Delete to delete the Domain object from eDirectory.

**6** When prompted, click Yes to delete the corresponding domain directory structure.

**7** Stop the MTA for the domain and uninstall the MTA software if applicable.

See "Stopping the MTA" on page 609 and "Uninstalling the MTA Software" on page 573.

SAMNDCA630-07873134

DEFENDANT'S EXHIBIT NO. 324.0130

# Changing MTA Configuration to Meet Domain Needs

Because the MTA transfers messages between domains and between post offices in the same domain, its functioning affects the domain itself, local users in post offices belonging to the domain, and users who exchanges messages with local users in the domain. Proper MTA configuration is essential for a smoothly running GroupWise system. Complete details about the MTA are provided in "Message Transfer Agent" on page 555. As you create and manage domains, you should keep in mind the following aspects of MTA configuration:

- "Enhancing Domain Security with SSL Connections to the MTA" on page 589
- "Restricting Message Size between Domains" on page 588
- "Scheduling Direct Domain Links" on page 593
- "Optimizing TCP/IP Links" on page 635

SAMNDCA630-07873135

DEFENDANT'S EXHIBIT NO. 324.0131

# 10 Managing the Links between Domains and Post Offices

When you create a new secondary domain in your GroupWise[R] system or a new post office in a domain, you configure one direct link to connect the new domain or post office to a domain in your GroupWise system. For simple configurations, this initial link might be adequate. For more complex configurations, you must modify link types and protocols to achieve optimum message flow throughout your GroupWise system.

The following topics help you manage links between domains and post offices:

- "Understanding Link Configuration" on page 131
- "Using the Link Configuration Tool" on page 136
- "Interpreting Link Symbols" on page 143
- "Modifying Links" on page 144

## Understanding Link Configuration

In GroupWise, a link is defined as the information required to route messages between domains, post offices, and gateways in a GroupWise system. Initial links are created when domains, post offices, and gateways are created. The following topics help you understand link configuration:

- "Domain-to-Domain Links" on page 131
- "Domain-to-Post Office Links" on page 134
- "Link Protocols for Direct Links" on page 134

### Domain-to-Domain Links

The primary role of the MTA is to route messages from one domain to another. Domain links tell the MTA how to route messages between domains. Domain links are stored in the domain database (wpdomain.db). There are three types of links between source and destination domains:

- "Direct Links" on page 132
- "Indirect Links" on page 132
- "Gateway Links" on page 134

As an alternative to configuring individual links between individual domains throughout your GroupWise system, you can establish a system of one or more routing domains. See "Using Routing Domains" on page 591.

SAMNDCA630-07873136

DEFENDANT'S EXHIBIT NO. 324.0132

**Direct Links**

In a direct link between domains, the source domain's MTA communicates directly with the destination domain's MTA. If it is using a TCP/IP link, the source domain MTA communicates messages to the destination domain MTA by way of TCP/IP, which does not require disk access by the source MTA in the destination domain. If it is using a mapped or UNC link, the source domain MTA writes message files into the destination domain MTA input queue, which does require disk access by the source MTA in the destination domain. For additional details about the configuration options for direct links, see "Link Protocols for Direct Links" on page 134.



Direct links can be used between all domains. This is a very efficient configuration but might not be practical in a large system.



**Indirect Links**

In an indirect link between domains, the source domain's MTA routes messages through one or more intermediate MTAs in other domains to reach the destination domain's MTA. In other words, an indirect link is a series of two or more direct links. In large systems, direct links between each pair of domains might be impractical, so indirect links can be common. A variety of indirect link configurations are possible, including:

- "Simple Indirect Links" on page 133
- "Star Configuration" on page 133
- "Two-Way Ring Configuration" on page 133
- "Combination Configuration" on page 134

Properly configured links optimize message flow throughout your GroupWise system.

SAMNDCA630-07873137

DEFENDANT'S EXHIBIT NO. 324.0133

**Simple Indirect Links**

In simplest form, an indirect link can be used to pass messages between two domains that are not directly linked.



**Star Configuration**

In a star configuration, one central domain is linked directly to all other domains in the system. All other domains are indirectly linked to each other through the central domain.



If you have more than ten domains, you might want to designate the central domain as a routing domain. The sole function of a routing domain is to transfer messages between other domains; it has no post offices of its own. See "Using Routing Domains" on page 591.

The major drawback of the star configuration is that the central domain is a single point of failure.

**Two-Way Ring Configuration**

In a two-way ring configuration, each domain is directly linked to the next and previous domains in the ring and indirectly linked to all other domains in the system.



SAMNDCA630-07873138

DEFENDANT'S EXHIBIT NO. 324.0134

An advantage of the two-way ring configuration is that it has no single point of failure. A disadvantage is that, depending on the size of the system, a message might go through several domains before arriving at its destination. A two-way ring works well in a system with five domains or less because transferring a message never requires more than two hops.

**Combination Configuration**

These three basic link configurations can be combined in any way to meet the needs of your GroupWise system.

## Gateway Links

In a gateway link between domains, the sending domain's MTA must route the message through a gateway to reach its destination. Gateways can be used to:

- Link domains within your GroupWise system. See "Using Gateway Links between Domains" on page 583.

- Link your GroupWise system to another GroupWise system through an external domain. See "Using Direct Links" in "Connecting to GroupWise 5.x and 6.x Systems" in the *GroupWise 6.5 Multi-System Administration Guide*.

- Link your GroupWise system to a different e-mail system through a non-GroupWise domain. See "Connecting to Non-GroupWise Messaging Systems" in the *GroupWise 6.5 Multi-System Administration Guide*.

A variety of GroupWise gateways are available. For a list of gateways, see GroupWise 6.x Gateways (http://www.novell.com/documentation/gw6xgate/index.html). GroupWise 5.5 gateways can be used with GroupWise 6.x.

You cannot locate a post office across a gateway link from its domain. This would preclude locating a post office across a modem connection.

# Domain-to-Post Office Links

Between a domain and its post offices, all links must be direct links. There are no alternative link types between a domain and its post offices.

# Link Protocols for Direct Links

The link protocol of a direct link between domains determines how the MTAs for the domains communicate with each other across the link. When you create a new domain, you must link it to an existing domain. This creates the initial domain-to-domain link.

Between a domain and a post office, the link protocol determines how the MTA transfers messages to the post office. Messages do not flow directly from one post office to another within a domain. Instead, they are routed through the domain. When you create a new post office, you must specify which domain it belongs to. This creates the initial domain-to-post office link.

There are three link protocols for direct links between domains and between a domain and its post offices:

- "TCP/IP Links" on page 135
- "Mapped Links" on page 135
- "UNC Links" on page 135

**NOTE:** On Linux, TCP/IP links are required.

SAMNDCA630-07873139

DEFENDANT'S EXHIBIT NO. 324.0135

## TCP/IP Links

### Domain-to-Domain TCP/IP Links

In a TCP/IP link between domains, the source MTA and the destination MTA communicate by way of TCP/IP rather than by writing message files. The source MTA establishes a TCP/IP link with the destination MTA and transmits whatever messages need to go to that domain. The destination MTA receives the messages and routes them on to local post offices or to other domains as needed. During the process, message files are created in the gwinprog directory for backup purposes and are deleted when the TCP/IP communication process is completed.

### Domain-to-Post Office TCP/IP Links

In a TCP/IP link between a domain and a post office, you must configure both the POA and the MTA for TCP/IP. The source MTA establishes a TCP/IP link with the destination POA and transmits whatever messages need to go to that post office. The destination POA receives the messages and delivers them into mailboxes in the post office. During this process, message files are created in the POA input queue for backup purposes and are deleted when delivery is completed.

## Mapped Links

### Domain-to-Domain Mapped Links

In a mapped link between domains, the location of the destination domain is specified in the following format:

    drive:\domain_directory

The source MTA writes message files into its output queue at the location:

    drive:\domain_directory\wpcsin

as input for the destination domain's MTA. Because drive mappings are changeable, you could move the domain directory structure, map its new location to the original drive letter, and the domain-to-domain link would still be intact.

### Domain-to-Post Office Mapped Links

In a mapped link between a domain and a post office, the location of the post office is specified in the following format:

    drive:\post_office_directory

The MTA writes message files into its output queue at the location:

    drive:\post_office_directory\wpcsout

as input for the post office's POA. Because drive mappings are changeable, you could move the post office directory structure, map its new location to the original drive letter, and the domain-to-post office link would still be intact.

## UNC Links

### Domain-to-Domain UNC Links

In a UNC link between domains, the location of the destination domain is specified in the following format:

SAMNDCA630-07873140

`\\server\volume\domain_directory`

The source MTA writes message files into its output queue at the location:

`\\server\volume\domain_directory\wpcsin`

as input for the destination domain's MTA. Because UNC paths represent absolute locations on your network, if you move the domain to a new location, you would need to edit the link to match.

**Domain-to-Post Office UNC Links**

In a UNC link between a domain and a post office, the location of the post office is specified in the following format:

`\\server\volume\post_office_directory`

The MTA writes message files into its output queue at the location:

`\\server\volume\post_office_directory\wpcsout`

as input for the post office's POA. Because UNC paths represent absolute locations in your network, if you move the post office to a new location, you would need to edit the link to match.

# Using the Link Configuration Tool

The Link Configuration tool helps you manage the links between the domains and post offices in your GroupWise system. The following topics help you perform basic link management tasks:

* "Starting the Link Configuration Tool" on page 136
* "Editing a Domain Link" on page 138
* "Editing Multiple Domain Links" on page 139
* "Editing a Post Office Link" on page 140
* "Viewing the Path of an Indirect Link between Domains" on page 141
* "Viewing the Indirect Links Passing through a Domain" on page 141
* "Viewing the Gateway Links Passing through a Gateway" on page 142
* "Saving and Synchronizing Link Configuration Information" on page 143

## Starting the Link Configuration Tool

The Link Configuration tool is provided to help you change from default links to whatever link configuration best suits your GroupWise system.

**1** In ConsoleOne[R], select the Domain object whose links you want to modify.

**2** Click Tools > GroupWise Utilities > Link Configuration to display the Link Configuration Tool window.

SAMNDCA630-07873141



The most frequently used features of the Link Configuration tool are available on the toolbar:

| Button | Menu Equivalent | Function |
|---|---|---|
| | File > Open | Open a different domain database (wpdomain.db) to modify links in a different domain |
| | File > Save | Save the current link configuration information to the domain database |
| | Edit > Undo | Undo your changes to the link configuration (since the last save) |
| | Help > Help | Display online Help for the Link Configuration tool |
| | Search > Find | Search for a specified domain |
| | Double-click object | Display details of the selected object |
| | View > Domain Links | View domain links for the selected domain |
| | View > Post Office Links | View post office links for the selected domain |

**3** Continue with a specific link management task:

- "Editing a Domain Link" on page 138
- "Editing Multiple Domain Links" on page 139
- "Editing a Post Office Link" on page 140
- "Viewing the Path of an Indirect Link between Domains" on page 141
- "Viewing the Indirect Links Passing through a Domain" on page 141
- "Viewing the Gateway Links Passing through a Gateway" on page 142

SAMNDCA630-07873142

## Editing a Domain Link

After starting the Link Configuration tool:

**1** From the drop-down list, select the domain whose links you want to edit.

**2** Click View > Domain Links to display domain links.

Outbound and inbound links for the selected domain are listed.



**3** Double-click a domain in the Outbound Links list to edit the link to that domain from the selected domain.

or

Double-click a domain in the Inbound Links list to edit the link from that domain to the selected domain.



**TIP:** You can also open the Edit Domain Link dialog box by dragging a domain from one link type to another.

**4** Select the link type.

- "Direct Links" on page 132
- "Indirect Links" on page 132
- "Gateway Links" on page 134

SAMNDCA630-07873143

DEFENDANT'S EXHIBIT NO. 324.0139

**5** For a direct link, select the link protocol.

- "Mapped Links" on page 135
- "UNC Links" on page 135
- "TCP/IP Links" on page 135

**6** Provide the location of the domain in the format appropriate to the selected protocol.

**7** Click OK.

**8** Repeat Step 1 through Step 7 for whatever links you need to modify.

As a time-saving measure, you can make a new domain's links the same as an existing domain's links. Click Edit > Default Links, then click the domain whose links you want to use as a pattern for the new domain. Select Outbound and/or Inbound as needed, then click OK.

To look at the same link information from different points of view, you can start the Link Configuration tool multiple times to open multiple Link Configuration Tool windows.

**9** To exit the Link Configuration Tool and save your changes, click File > Exit > Yes.

## Editing Multiple Domain Links

When your GroupWise system includes indirect links, it is not unusual for several domains to link to the same domain. As a time-saving measure, you can create links from multiple domains to the same domain in one operation.

After starting the Link Configuration tool:

**1** Click Edit > Multiple Link Edits.



**2** In the Domains to Be Linked column, select the source domains whose outgoing links you want to modify.

**3** In the Indirect Link Through column, select the intermediate domain through which you want the indirect links to pass.

**4** In the Link To column, select one or more destination domains.

**5** Click OK.

SAMNDCA630-07873144

**6** Fill in the fields in the Edit Domain Link dialog box for each direct link between a source domain and the intermediate domain, as described in "Editing a Domain Link" on page 138, then click OK.



The Edit Domain Link dialog box continues to appear until you have defined all the direct links between the source domains and the intermediate domain.

**IMPORTANT:** After defining links from the source domains to the intermediate domain, make sure the links from the intermediate domain to other domains are set up correctly.

## Editing a Post Office Link

After starting the Link Configuration tool:

**1** From the drop-down list, select the domain whose post office link you want to edit.

**2** Click View > Post Office Links to display post office links.



**3** Double-click a post office to edit the link from the domain to the post office.



**4** Select the link protocol for the direct link.

- "Mapped Links" on page 135
- "UNC Links" on page 135
- "TCP/IP Links" on page 135

SAMNDCA630-07873145

**5** Provide the location of the post office in the format appropriate to the selected protocol.

**6** For a TCP/IP link, provide the message transfer port number where you want the POA to listen for incoming messages from the MTA.

The default message transfer port for the POA is 7101.

**7** Click OK.

**8** To exit the Link Configuration tool and save your changes, click File > Exit > Yes.

## Viewing the Path of an Indirect Link between Domains

The more hops between two indirectly linked domains, the longer it takes a message to travel between them. To make sure the number of hops between two indirectly linked domains is as small as possible, you can list the route a message would take from one domain to the other in ConsoleOne.

After starting the Link Configuration tool:

**1** Select a domain from the drop-down list.

**2** Select a domain in the Indirect links list.

**3** Click View > Link Path to see a list of the hops between the two domains.



You can also use GroupWise Monitor to trace the path a message would take between two domains. See "Link Trace Report" on page 931 and "Tracing a Link at the Monitor Web Console" on page 950.

## Viewing the Indirect Links Passing through a Domain

If a domain serves as a hop in an indirect link, making changes to that domain could affect all indirect links passing through that domain. You can list all the indirect links that pass through a domain in ConsoleOne.

After starting the Link Configuration tool:

**1** Click View > Link Hop to list all domains in your system.



**2** Double-click a domain to list the indirect links passing through it.

SAMNDCA630-07873146

DEFENDANT'S EXHIBIT NO. 324.0142



**3** If you need to reroute a link, right-click the link, then click Edit to open the Edit Domain Link dialog box and make changes as needed.

You can also use GroupWise Monitor to check the links passing through a selected domain. See "Link Configuration Report" on page 932 and "Checking Links Configuration at the Monitor Web Console" on page 950. However, you cannot change link information using Monitor.

## Viewing the Gateway Links Passing through a Gateway

Before making changes to a gateway, you can list all the links that pass through the gateway.

After starting the Link Configuration tool:

**1** Click View > Gateway Hop to list all gateways in your system.



**2** Double-click a gateway to list the domains linked through that gateway.



**3** If you need to reroute a link, right-click the link, then Edit to open the Edit Domain Link dialog box and make changes as needed.

SAMNDCA630-07873147

DEFENDANT'S EXHIBIT NO. 324.0143

## Saving and Synchronizing Link Configuration Information

Whenever you modify link configuration information, a cautionary symbol (see "Link Status Symbols" on page 143) appears next to the modified link until you save the current link configuration by clicking Edit > Save. If you are making extensive changes to link configuration information, you should save regularly. When you save, the information is written out to the domain database (wpdomain.db) for the domain to which you are currently connected. You can change to a different domain database without exiting the Link Configuration tool by clicking File > Open.

The MTA routinely synchronizes the information in the domain databases throughout your GroupWise system. If you are making extensive changes to link configuration information, you can synchronize the information immediately by clicking Edit > Synchronize.

# Interpreting Link Symbols

As you modify links, you see symbols that represent the various link types. Along with the link type symbols, you sometimes see link status symbols.

- "Link Type Symbols" on page 143
- "Link Status Symbols" on page 143

## Link Type Symbols

| Link Type Symbol | Meaning |
|---|---|
|  | Direct link |
|  | Indirect link |
|  | Gateway link |
|  | TCP/IP link to domain |
|  | TCP/IP link to post office |
|  | Undefined link |

## Link Status Symbols

| Link Status Symbol | Meaning |
|---|---|
|  | Link modification not yet saved |
|  | Link modification not yet synchronized |
|  | Insufficient rights to modify link |
|  | Rights not yet checked |

Managing the Links between Domains and Post Offices **143**

SAMNDCA630-07873148

# Modifying Links

In "Post Office Agent" on page 415 and "Message Transfer Agent" on page 555, detailed instructions for changing link types are provided as outlined below:

### Changing the Link Protocol between the Post Office and the Domain

- "Using TCP/IP Links between the Post Office and the Domain" on page 443
- "Using Mapped or UNC Links between the Post Office and the Domain" on page 444

### Changing the Link Protocol between Domains

- "Using TCP/IP Links between Domains" on page 579
- "Using Mapped or UNC Links between Domains" on page 582
- "Using Gateway Links between Domains" on page 583

### Customizing Link Configuration

- "Using Routing Domains" on page 591
- "Scheduling Direct Domain Links" on page 593
- "Using a Transfer Pull Configuration" on page 596

SAMNDCA630-07873149

DEFENDANT'S EXHIBIT NO. 324.0145



# Post Offices

Chapter 11, "Creating a New Post Office," on page 147
Chapter 12, "Managing Post Offices," on page 165

SAMNDCA630-07873150

DEFENDANT'S EXHIBIT NO. 324.0146

SAMNDCA630-07873151

DEFENDANT'S EXHIBIT NO. 324.0147

# 11 Creating a New Post Office

As your GroupWise[R] system grows, you typically need to add new post offices.

- "Understanding the Purpose of Post Offices" on page 147
- "Planning a New Post Office" on page 148
- "Setting Up the New Post Office" on page 158
- "What's Next" on page 162

**IMPORTANT:** If you are creating a new post office in a clustered GroupWise system, see the appropriate section of the GroupWise 6.5 Interoperability Guide before you create the post office:

- "Setting Up a Domain and Post Office in a Novell Cluster" in "Novell Cluster Services"
- "Setting Up a Domain and Post Office in a Microsoft Cluster" in "Microsoft Clustering Services"

## Understanding the Purpose of Post Offices

The post office serves as an administrative unit for a group of users and is used for addressing messages. Each GroupWise user has an address that consists of a user ID, the user's post office name, the GroupWise domain name, and, optionally, an Internet domain name.

The following diagram illustrates the logical organization of a GroupWise domain with multiple post offices. The two post offices belong to the domain. All of the objects under each post office belong to that post office.



As illustrated above, each post office must have at least one Post Office Agent (POA) running for it. The POA delivers messages to users' mailboxes and performs a variety of post office and mailbox maintenance activities.

SAMNDCA630-07873152

DEFENDANT'S EXHIBIT NO. 324.0148

When you add a new post office, you must link it to a domain. The link defines how messages travel between the post office and its domain. Links are discussed in detail in Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

Physically, a post office consists of a set of directories that house all the information stored in the post office. To view the structure of the post office directory, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. The post office directory contains users' mailboxes and messages, as well as other vital information. For an overview, see "Information Stored in the Post Office" on page 418.

# Planning a New Post Office

This section provides the information you need in order to decide when, where, and how to create a new post office. The "Post Office Worksheet" on page 163 lists all the information you need as you set up your post office. You should print the worksheet and fill it out as you complete the tasks listed below.

- "Determining When to Add a Post Office" on page 148
- "Selecting the Domain That the Post Office Will Belong To" on page 149
- "Determining the Context for the Post Office Object" on page 150
- "Choosing the Post Office Name" on page 151
- "Deciding Where to Create the Post Office Directory" on page 152
- "Deciding Where to Install the Agent Software" on page 153
- "Deciding How to Link the New Post Office" on page 156
- "Selecting the Post Office Language" on page 156
- "Selecting the Post Office Time Zone" on page 156
- "Selecting a Software Distribution Directory" on page 156
- "Selecting a Post Office Security Level" on page 157
- "Deciding if You Want to Create a Library for the New Post Office" on page 157

After you have completed the tasks and filled out the "Post Office Worksheet" on page 163, you are ready to continue with "Setting Up the New Post Office" on page 158.

## Determining When to Add a Post Office

After you have your basic GroupWise system up and running, you might need to expand it. How do you know when you should add a post office? The answer to this depends on your company organization, the number of users on your network, and the physical limitations of your network servers.

- "Physical Organization" on page 149
- "Logical Organization" on page 149
- "Number of Users" on page 149
- "Demand on the POA" on page 149

SAMNDCA630-07873153

DEFENDANT'S EXHIBIT NO. 324.0149

**Physical Organization**

If your network spans several sites, you might want to create post offices (if not domains) at each physical location. This reduces the demands on long distance network links.

**Logical Organization**

Processing messages within a post office is faster and typically generates less network traffic than messages traveling between different post offices. As you expand GroupWise, you might find it useful to add post offices in order to group users who frequently send mail to each other.

Grouping users into post offices, based upon company organization or job function, makes administrative tasks, such as creating distribution lists, limiting Address Book visibility, and distributing shared folders, easier. For example, some employees might work in corporate functions like accounting and human resources. Other employees might be involved in sales and marketing and frequently attend meetings together, requiring frequent busy searches. Some areas, for example the production floor, might not need a workstation or user account for each individual.

**Number of Users**

Although a GroupWise post office can support more than 10,000 users, you should consider adding a post office when an existing post office has more than about 1000 to 2500 users and you expect it to keep growing. There are several reasons for this:

+ It minimizes the impact if you have a problem with a server.
+ It keeps the time required to perform post office and mailbox maintenance activities including backups from becoming excessive.
+ It allows room to grow while maintaining best performance.

Therefore, a good post office size is about 1000 to 2500 users and include all of the resources (such as equipment, company cars, and conference rooms) and distribution lists they might need.

**Demand on the POA**

The POA is a very flexible component of your GroupWise system. Many aspects of its functioning are configurable, to meet the particular needs of the post office it services, no matter what the size. In addition, you can choose to run multiple POAs for the same post office, in order to specialize its functioning, as described in:

+ "Configuring a Dedicated Client/Server POA" on page 510
+ "Configuring a Dedicated Message File Processing POA" on page 513
+ "Configuring a Dedicated Indexing POA" on page 516
+ "Configuring a Dedicated Database Maintenance POA" on page 518

As a result, the choice is up to you whether you prefer a single, large post office, perhaps with multiple POAs, or multiple smaller post offices, each with its own POA.

## Selecting the Domain That the Post Office Will Belong To

A post office is associated with a specific domain, even though it might reside in a different organizational unit in the Novell® eDirectory™ tree. If you have just one domain, the new post office will belong to it. If you want to create a new domain as well as a new post office, see Chapter 8, "Creating a New Domain," on page 109.

SAMNDCA630-07873154

DEFENDANT'S EXHIBIT NO. 324.0150

In a multiple post office system, the domain organizes post offices into a logical grouping for addressing and routing purposes. Each user in the domain has a GroupWise address that consists of the user's GroupWise ID, the post office name, the GroupWise domain name, and optionally, an Internet domain name.

Domains function as the main administration units for the GroupWise system. Post office information is stored in the domain database, as well as in the post office database. Changes are distributed to each post office database from the domain.

---
**WORKSHEET**

---
Under Item 3: GroupWise Domain, specify the GroupWise domain that the new post office will belong to.

---

The items in the worksheet are listed in the order you enter them when setting up your post office. This planning section does not follow the same order as the worksheet, but all worksheet items are covered.

## Determining the Context for the Post Office Object

The eDirectory context of the Post Office object determines how you administer the post office. The post office can be created in any organization or organizational unit as long as it is in the same tree as the domain. The following diagrams provide some examples of how domains can be placed in the eDirectory tree:

* "GroupWise Objects Reflect Physical Locations" on page 150
* "GroupWise Objects Reflect Company Organization" on page 151
* "GroupWise Objects Are Grouped with Servers" on page 151
* "GroupWise Objects Are Located in a Separate GroupWise Container" on page 151

---
**WORKSHEET**

---
Under Item 1: eDirectory Container, specify the name of the eDirectory container where you want to create the new post office.

---

### GroupWise Objects Reflect Physical Locations

The GroupWise system below focuses on the physical layout of the company. Because most mail traffic is generated by users in the same location, the mail traffic across the WAN is minimized. An organizational unit was created for each site. A domain and post office were created under each organizational unit, corresponding to the city. The sites can be administered centrally or at each site. Administrator rights can be assigned at the domain level.



SAMNDCA630-07873155

### GroupWise Objects Reflect Company Organization

The following GroupWise system focuses on departmental organization, as does the eDirectory tree. GroupWise domains and post offices parallel eDirectory organizational units, placing the domains and post offices within the organizational units containing the users that belong to them.

```
Corporate
  Accounting
    Acct-Dom
    Acct-PO1
  Development
    Dev-Dom
    Dev-PO1
  Manufacturing
  Sales
```

### GroupWise Objects Are Grouped with Servers

Because domains and post offices have directory structures on network servers, you could also choose to place the Domain and Post Office objects in the same context as the servers where the directories reside, as shown in the following example.

```
Corporate
  Accounting
  Development
  Manufacturing
  Sales
  Servers
    Acct-Dom
    Acct-PO1
    Dev-Dom
    Dev-PO1
    PRV-GW
    PRV-GW_NSSVOL
    PRV-GW_SYS
```

### GroupWise Objects Are Located in a Separate GroupWise Container

Domains and post offices can also be created in their own organizational unit. Administratively, this approach makes it easier to restrict a GroupWise administrator's object and property rights to GroupWise objects only.



```
Corporate
  Accounting
  Development
  GroupWise
    Acct-Dom
    Acct-PO1
    Dev-Dom
    Dev-PO1
  Manufacturing
  Sales
```

## Choosing the Post Office Name

The post office must be given a unique name. The name is used for addressing and routing purposes within GroupWise, and might appear in the GroupWise Address Book.

The post office name can reflect a location, organization, department, and so on. For example, you might want the domain name to be the location (for example, Provo) while the post office name is one of the company's departments (for example, Research). Name the new post office carefully. After it is created, the name cannot be changed.

SAMNDCA630-07873156

The post office name can consist of one or more words. Use underscores (_) rather than spaces as separators between words to facilitate addressing across the Internet. Do not use any of the following invalid characters in the post office name:

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

---

**WORKSHEET**

Under Item 2: Post Office Name, specify the post office name.

Under Item 9: Post Office Description, provide a description for the post office to help you identify its function in the system.

---

## Deciding Where to Create the Post Office Directory

Logically, the Post Office object resides in eDirectory and is administered through ConsoleOne[R]. Physically, the post office has a directory structure for databases, message queues, and other files. The post office directory structure can be created on NetWare[R] servers (NetWare 6.x, NetWare 5.x, NetWare 4.2, or NetWare 3.12), Linux servers (SUSE Standard or Enterprise Server 8, Red Hat* Enterprise Linux 3 ES or AS), or Windows servers (Windows 2000 or Windows NT). The server where you create the post office directory structure can be in the same tree as the Post Office object or in another tree.

Databases and directories in the post office are updated as messages are sent. Because the POA typically makes these updates, we recommend that you place the post office directory on a server that can be easily accessed by the POA and, depending on configuration, the MTA. Users typically need a TCP/IP connection to the POA in order to access their mailboxes.

When you are planning the post office directory location and which users will belong to the post office, consider the following:

- **Post Office Directory Space Requirements:** You need a minimum of 50 MB for each user. Because the message store can require considerable disk space, we recommend you allow each user at least 200 MB of storage space. You should also take into consideration the size of attachments, and your archive and delete policies. If message attachments are large and you are not planning to require users to archive or delete old messages, allow more storage. If you are creating libraries you need even more, depending on the size and number of documents. For details about managing post office disk space, see "Managing Disk Space Usage in the Post Office" on page 171.

- **Network Access by the POA:** The POA must have direct network access (mapped drive or file system mount) to the post office directory. This issue is discussed in detail in "Deciding Where to Install the Agent Software" on page 153.

- **Security from User Access:** Users typically access their mailboxes through a TCP/IP connection to the POA. Therefore, users do not need access to the post office directory. You should create it in a location you can easily secure; otherwise, you could have files inadvertently moved or deleted.

SAMNDCA630-07873157

DEFENDANT'S EXHIBIT NO. 324.0153

Choose an empty directory for the new post office. If you want, the directory can reflect the name of the post office, for example research for the Research post office. On NetWare, use a maximum of 8 characters in the directory name. On Linux, use only lowercase characters in the directory name.

Choose the name and path carefully. After the post office directory is created, it is difficult to rename it. If the directory you specify does not exist, it is created when you create the post office. Do not create the post office directory under another domain or post office directory.

---

**WORKSHEET**

Under Item 4: Post Office Database Location, specify the full path for the post office directory.

Under Item 10: Network Type, record the network type in use at that location.

---

# Deciding Where to Install the Agent Software

You must run a new instance of the POA for each new post office. To review the functions of the POA for the post office, see "Role of the Post Office Agent" on page 423. For complete installation instructions and system requirements, see "Installing GroupWise Agents" in the *GroupWise 6.5 Installation Guide*.

When planning the installation of the POA, you need to consider how the new post office links to its domain. For an overview of link configuration, see Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

The POA requires direct network access (mapped drive or file system mount) to the post office directory. Consider the following alternatives when selecting a location for the POA:

- "POA Access to the New Post Office: Local vs. Remote" on page 153
- "MTA Access to the New Post Office: Mapped and UNC Links vs. TCP/IP Links" on page 154
- "Cross-Platform Issues" on page 155

---

**WORKSHEET**

Under Item 12: Agent Location, indicate whether you plan to run the POA on the same server where the post office directory is located, or on a different server.

Under Item 13: Agent Platform, specify the platform where the POA will run (NetWare, Linux, or Windows).

---

## POA Access to the New Post Office: Local vs. Remote

Running the POA locally on the same server where the post office resides simplifies network connections (no login is required), reduces network traffic, and protects database integrity. In the following diagram, the agent software is installed on the same server where the domain and post office reside.




SAMNDCA630-07873158

Running the POA on a remote server allows you to place the heaviest processing load on your highest performing server. In the following diagram, the agent software is installed on a different server from where the domains and post offices reside.



When you run the POA on a different server from where its directory structure and databases are located, you need to provide adequate access.

- If the NetWare[R] POA needs direct network access to another NetWare server where the post office is located, you must add the /dn switch or the /user and /password switches to the POA startup file to provide authentication information. Username and password information can also be provided in the Remote File Server Settings box of the Post Office Settings page in ConsoleOne.

- If the Linux POA needs direct network access to another Linux server, you must mount the file system where the post office is located before you start the Linux POA.

- If the Windows POA needs direct network access to another Windows server where the post office is located, you must map a drive to the other server before you start the Windows POA.

### MTA Access to the New Post Office: Mapped and UNC Links vs. TCP/IP Links

If a domain includes multiple post offices, the new post office will probably reside on different server from where the domain is located. If you plan to use mapped or UNC links between the domain and the new post office, the MTA requires the same access to the post office directory as it requires to the domain directory.



- If the NetWare MTA needs direct network access to a new post office on another NetWare server, you must add the /dn switch or the /user and /password switches to the MTA startup file to provide authentication information.

- If the Windows MTA needs direct network access to a new post office on another Windows server, you must map a drive to the post office directory before you start the MTA.

**NOTE:** The Linux MTA requires TCP/IP links to the POA.

To avoid these direct network access requirements between the MTA and a new post office, you can use TCP/IP links between the domain and the new post office.

SAMNDCA630-07873159



When using TCP/IP links, the MTA does not write message files into message queues in the post office directory structure. Instead, the MTA communicates the information to the POA by way of TCP/IP and then the POA uses its direct network access to write the information.

## Cross-Platform Issues

In most cases, it is most efficient if you match the POA platform with the network operating system where the post office resides. For example, if you create a new post office on a NetWare server, use the NetWare POA.

If you decide not to run the POA on the same platform as the post office, the POA must still have direct network access to the post office directory so that it can write to user databases (user*xxx*.db) and message databases (msg*nn*.db). For example, you could set up the new post office on a NetWare server and run the Windows POA on an Windows server to service it.



However, the NetWare POA could not service a post office located on an Windows server because Windows does not support the required cross-platform connection.

If you are using mapped or UNC links to the new post office, the MTA must also have direct network access to the post office directory so that it can write message files into the post office message queues. You could, for example, run the agents on an Windows server while domains and post offices were located on NetWare servers.



Again, the opposite combination of NetWare agents servicing domains and post offices on Windows servers is not an option because Windows does not support the required cross-platform connection.

To avoid these cross-platform access issues, use TCP/IP links between a domain and its post offices.

For more detailed information, see "Cross-Platform Issues between Domains and Post Offices" on page 561.

SAMNDCA630-07873160

## Deciding How to Link the New Post Office

When you create a new post office, you have the opportunity to choose the type of link to use between the new post office and its domain. Based on issues discussed in the preceding section, you might decide to set up a TCP/IP link between the new post office and its domain.

---
**WORKSHEET**

---
Under Item 14: Link to Domain, indicate the type of link you plan to set up between the new post office and its domain.

---

## Selecting the Post Office Language

The post office language determines how times, dates, and numbers are displayed in the GroupWise client and determines the sorting rules for items in the GroupWise Address Book.

The post office defaults to the same language as its domain unless you specify otherwise. For example, if you set the domain and post office language to English-US, all time, date, and numbers are formatted according to English-US standards, and the Address Book items are sorted according to English-US sort order rules. This is true even if some users on the post office are running non-English GroupWise clients such as German or Japanese. Their client interface and Help files would be in German or Japanese, but the Address Book sort order would be according to English-US standards. Time, date, and number formats for the non-English clients defaults to the workstation language. Status tracking information depends on the language of the POA for the post office.

---
**WORKSHEET**

---
Under Item 5: Post Office Language, specify the post office language.

---

## Selecting the Post Office Time Zone

When a message is sent from a user in one time zone to a user in another time zone, GroupWise adjusts the message's time so that it is correct for the recipient's time zone. For example, if a user in New York (GMT -05:00, Eastern Time) schedules a user in Los Angeles (GMT -08:00, Pacific Time) for a conference call at 4:00 p.m. Eastern Time, the appointment is scheduled in the Los Angeles user's calendar at 1:00 p.m. Pacific Time.

The domain time zone becomes the default time zone for each post office in the domain.

---
**WORKSHEET**

---
Under Item 6: Time Zone, specify the time zone for the new post office.

---

## Selecting a Software Distribution Directory

A software distribution directory was created when your GroupWise system was initially set up. The software distribution directory contains files that users need in order to set up the GroupWise Windows or Cross-Platform client on their workstations. Additional software distribution directories might have been created since that time to accommodate users in various locations.

You can select the most convenient software distribution directory for the new post office.

SAMNDCA630-07873161

---

**WORKSHEET**

---

Under Item 7: Software Distribution Directory, specify the name of the software distribution directory from which users in the new post office will install the GroupWise client software on their Windows, Linux, or Macintosh workstations.

---

## Selecting a Post Office Security Level

Post office security settings affect two types of GroupWise users:

- Users who do not set passwords on their mailboxes
- Users who use LDAP passwords instead of GroupWise passwords to access their mailboxes

After a user sets a GroupWise password on his or her mailbox, the post office security level no longer applies. The user is always prompted for the password unless the administrator has set certain client options in ConsoleOne to prevent the password prompt, as described in "Managing GroupWise Passwords" on page 1034.

In the absence of passwords on users' mailboxes, the post office security level takes effect. By default, a new post office is created with low security. In a low security post office, mailboxes are completely unprotected. Without a password, any user's mailbox could be accessed by another user who knows how to use the `/@u-userID` startup switch.

By increasing the post office security level to high, you provide protection to GroupWise mailboxes through other types of passwords. In a high security post office, you can choose between eDirectory authentication and LDAP authentication:

- **eDirectory Authentication:** If you use eDirectory authentication for a post office, users must be logged in to eDirectory in order to access their GroupWise mailboxes. Users cannot access other users' mailboxes unless they know the other users' network passwords.

- **LDAP Authentication:** If you use LDAP authentication for a post office, users must be successfully authenticated to an LDAP server before they can access their GroupWise mailboxes.

---

**WORKSHEET**

---

Under Item 11: Post Office Security Level, mark the security level for the post office. If you choose high security, indicate the type of authentication you plan to use.

---

## Deciding if You Want to Create a Library for the New Post Office

If you anticipate that users on this post office will require document management services, you can create a library at the same time you create the post office. The library will be created with all of the default library options including Store Documents at Post Office. Using a document storage area is preferable to storing documents at the post office because a document storage area can be moved. You should appropriately configure the library immediately after it is created, before users begin to store documents there. See "Libraries and Documents" on page 261.

---

**WORKSHEET**

---

Under Item 8: Create Library, indicate whether or not you want to immediately create a library for the new post office. You can always add a library to the post office at a later time.

---

SAMNDCA630-07873162

# Setting Up the New Post Office

You should have already reviewed "Planning a New Post Office" on page 148 and filled out the "Post Office Worksheet" on page 163. Complete the following tasks to create a new post office.

* "Creating the New Post Office" on page 158
* "Configuring the POA for the New Post Office" on page 161
* "Installing and Starting the New POA" on page 161
* "Setting Up User Access to the New Post Office" on page 162
* "What's Next" on page 162

## Creating the New Post Office

**1** Make sure you are logged in to the tree where you want to create the post office.

This must be the same tree as the domain that the post office belongs to (worksheet item 3).

**2** In ConsoleOne, browse to and right-click the eDirectory container where you want to create the post office (worksheet item 1), then click New > Object.



**3** Double-click GroupWise Post Office, then fill in the fields in the Create GroupWise Post Office dialog box (worksheet items 2 through 8).



**4** Make sure the Configure Links and Define Additional Properties options are selected, then click OK to display the Link Configuration Wizard.

SAMNDCA630-07873163



**5** Follow the on-screen instructions to define how the post office links to its domain. When you've finished defining the link, ConsoleOne creates the Post Office object and displays the post office Identification page.



**6** Fill in the Description field (worksheet item 9).

**7** Click GroupWise > Post Office Settings to display the Post Office Settings page.

SAMNDCA630-07873164

DEFENDANT'S EXHIBIT NO. 324.0160



**8** Provide the network type for the post office location (worksheet item 10).

**9** Select the software distribution directory for the post office (worksheet item 7).

**10** If the POA will run on a different server from where the post office directory, a library, or a document storage area is located, provide a username and password that enables the POA to access the remote location (worksheet item 12).

**11** Click GroupWise > Security to display the Security page.



**12** Provide the post office security level and authentication type for the post office (worksheet item 11). For additional LDAP instructions, see "Providing LDAP Authentication for GroupWise Users" on page 461.

**13** Click OK to save the post office information.

SAMNDCA630-07873165

## Configuring the POA for the New Post Office

Although there are many POA settings, the default settings are sufficient to get your post office operational. However, there are a few important settings that you can conveniently modify before you install the agent software.

**1** In ConsoleOne, double-click the new Post Office object.

**2** Right-click the POA object, then click Properties to display the POA Identification page.



**3** Enter a description for the POA.

The description displays on the POA agent console as the POA runs.

**4** Select the platform where the POA will run (worksheet item 12).

**5** If you have created the post office in a clustered environment, follow the instructions in the appropriate section of the GroupWise 6.5 Interoperability Guide:

• "Installing and Configuring the MTA and the POA in a Cluster" in "Novell Cluster Services"

• "Installing and Configuring the MTA and the POA in a Cluster" in "Microsoft Clustering Services"

**6** For more POA configuration options, see "Changing POA Configuration to Meet Post Office Needs" on page 185.

**7** Click OK to save the POA configuration information.

## Installing and Starting the New POA

To install the POA for the new post office to the location recorded under worksheet item 11, follow the instructions in "Installing GroupWise Agents" in the *GroupWise 6.5 Installation Guide*.

SAMNDCA630-07873166

## Setting Up User Access to the New Post Office

The post office access mode determines how GroupWise client users access their mailboxes. By default, the GroupWise Windows and Cross-Platform clients use client/server access to the post office. Client/server access provides the following benefits:

- Client/server access provides the greatest level of security. Users do not need rights to the post office directory because the GroupWise client does not write directly to databases in the post office. All database updates are performed by the POA.

- Client/server access eliminates the need for separate network logins and passwords. This avoids problems with login restrictions, changing passwords, and insufficient network rights.

- Client/server access allows the GroupWise client to maintain multiple simultaneous connections to the post office.

- With client/server access mode, proxy rights can be granted to any user visible in the Address Book.

Historical Note: In GroupWise 5.x, the GroupWise client allowed the user to enter a path to the post office directory to facilitate direct access mode. The GroupWise 6.x client no longer offers the user that option. However, you can force the GroupWise 6.x client to use direct access mode by starting it with the /ps switch and providing the path to the post office directory. For information about alternatives to client/server access mode, see the *GroupWise 5.5 Agent Setup Guide* (http://www.novell.com/documentation/gw55/index.html).

Continue with "What's Next" on page 162.

# What's Next

After you have created the new post office and started its POA, you are ready to expand the post office by:

- Adding users to the post office. See "Users" on page 187.

- Defining groups of users (distribution lists) that GroupWise users can select when addressing messages. See "Distribution Lists, Groups, and Organizational Roles" on page 235.

- Defining resources (for example, conference rooms or company cars) that users can schedule. See "Resources" on page 221.

- Defining libraries and setting up Document Management Services. See "Libraries and Documents" on page 261.

- Setting up the GroupWise Windows or Cross-Platform client software so that GroupWise users can run the client from Windows, Linux, or Macintosh workstations. See "Client" on page 963.

- Configuring the POA for optimal performance. See "Post Office Agent" on page 415.

SAMNDCA630-07873167

DEFENDANT'S EXHIBIT NO. 324.0163

# Post Office Worksheet

Use this worksheet as you complete the tasks in "Planning a New Post Office" on page 148.

| Item | Explanation |
|------|-------------|
| 1) eDirectory Container | Specify the name of the eDirectory container where you plan to create the new post office. |
| | For more information, see "Determining the Context for the Post Office Object" on page 150. |
| 2) Post Office Name | Specify a name for the new post office. Choose the name carefully. After the post office is created, it cannot be renamed. |
| | For more information, see "Choosing the Post Office Name" on page 151. |
| 3) GroupWise Domain | Specify the domain this post office will belong to. |
| | For more information, see "Selecting the Domain That the Post Office Will Belong To" on page 149. |
| 4) Post Office Database Location | Specify the path for the post office directory. Choose the post office directory carefully. After it is created, it is difficult to rename. |
| | For more information, see "Deciding Where to Create the Post Office Directory" on page 152. |
| 5) Post Office Language | Specify the post office language if it is different from the domain language. |
| | For more information, see "Selecting the Post Office Language" on page 156. |
| 6) Post Office Time Zone | Specify the time zone for the post office if it is different from the domain time zone. |
| | For more information, see See "Selecting the Post Office Time Zone" on page 156. |
| 7) Software Distribution Directory: | Specify the name of the software distribution directory for the new post office. |
| | For more information, see "Selecting a Software Distribution Directory" on page 156. |
| 8) Create Library:<br>• Yes<br>• No | Mark whether or not you want to create a library for the new post office at the same time you create the new post office.<br><br>For more information, see "Deciding if You Want to Create a Library for the New Post Office" on page 157. |
| 9) Post Office Description | Enter a description for the new post office to help you identify its function in the system. |
| 10) Network Type | Specify the network type in use on the server where the new post office will be located. |
| | For more information, see "Deciding Where to Create the Post Office Directory" on page 152. |
| 11) Post Office Security Level:<br>• Low<br>• High<br> - eDirectory authentication<br> - LDAP authentication | Mark the security level for the post offices. For high security, mark the type of authentication you plan to use.<br><br>For more information, see "Selecting a Post Office Security Level" on page 157. |

SAMNDCA630-07873168

| Item | Explanation |
|---|---|
| 12) Agent Location | Mark the location of the POA relative to the post office. |
| • POA on the same server as the post office (local) | If the POA will run on a different server from where the post office, a library, or a document storage area is located, provide a username and password to enable the POA to access the remote location. |
| • POA on a different server from the post office (remote) | |
| - Username | For more information, see "Deciding Where to Install the Agent Software" on page 153. |
| - Password | |
| 13) Agent Platform | Specify the platform where you plan to run the POA. |
| • NetWare POA | For more information, see "Deciding Where to Install the Agent Software" on page 153. |
| • Linux POA | |
| • Windows POA | |
| 14) Link to Domain | Mark how you plan to link the new post office to its domain. |
| • TCP/IP | For more information, see "Deciding How to Link the New Post Office" on page 156. |
| • Mapped | |
| • UNC | |

SAMNDCA630-07873169

DEFENDANT'S EXHIBIT NO. 324.0165

# 12 Managing Post Offices

As your GroupWise[x] system grows and evolves, you might need to perform the following maintenance activities on post offices:

- "Connecting to the Domain That Owns a Post Office" on page 165
- "Editing Post Office Properties" on page 166
- "Managing Disk Space Usage in the Post Office" on page 171
- "Auditing Mailbox License Usage in the Post Office" on page 180
- "Tracking and Restricting Client Access to the Post Office" on page 181
- "Disabling a Post Office" on page 183
- "Moving a Post Office" on page 183
- "Deleting a Post Office" on page 184
- "Changing POA Configuration to Meet Post Office Needs" on page 185

See also "Maintaining Domain and Post Office Databases" on page 345 and "Backing Up GroupWise Databases" on page 375. Proper database maintenance and backups allow recovery from accidental deletions, as described in "Restoring Deleted Mailbox Items" on page 381 and "Recovering Deleted GroupWise Accounts" on page 384.

## Connecting to the Domain That Owns a Post Office

Whenever you change post office information, it is most efficient to connect directly to the domain that the post office belongs to before you begin making modifications. Performing administrative tasks on a post office while not connected to the post office's domain increases the amount of administrative message traffic sent between domains.

To change your domain connection:

**1** In ConsoleOne[x] in the Console View, click Tools > GroupWise System Operations. Click Select Domain, browse to and select the domain directory, then click OK.

or

In the GroupWise View, right-click the Domain object, then click Connect.

The GroupWise view identifies the domain that you are connected to by adding a plug symbol to the domain icon.



The domain marked with the red underscore is the primary domain.

SAMNDCA630-07873170

DEFENDANT'S EXHIBIT NO. 324.0166

# Editing Post Office Properties

After creating a post office, you can change some post office properties. Other post office properties cannot be changed.

**1** In ConsoleOne, browse to and right-click the Post Office object, then click Properties to display the post office Identification page.



**2** Change editable fields as needed.

For information about individual fields, see "Setting Up the New Post Office" on page 158 or use online help when editing the post office.

**3** Click GroupWise > Post Office Settings to display the Post Office Settings page.



These post office settings are discussed in the following sections:

SAMNDCA630-07873171

- • "Selecting a Software Distribution Directory" on page 156
- • "Setting Up User Access to the New Post Office" on page 162

**4** Click GroupWise > Client Access Settings to display the Client Access Settings page.



The client access settings are discussed in the following sections:

- • "Tracking and Restricting Client Access to the Post Office" on page 181
- • "Disabling a Post Office" on page 183
- • "Enabling Intruder Detection" on page 465

**5** Click GroupWise > Membership to display the Membership page.



All users in the post office are listed, no matter where their Novell® eDirectory™ objects are located in the tree. Here you can add, delete, and move users in the post office. See "Users" on page 187.

SAMNDCA630-07873172

DEFENDANT'S EXHIBIT NO. 324.0168

**6** Click GroupWise > Resources to display the Resources page.



All resources in the post office are listed, no matter where their eDirectory objects are located in the tree. This is a convenient place to delete resources from the post office. See "Resources" on page 221

**7** Click GroupWise > Distribution Lists to display the Distribution Lists page.



All distribution lists in the post office are listed, no matter where their eDirectory objects are located in the tree. This is a convenient place to delete distribution lists from the post office. See "Distribution Lists, Groups, and Organizational Roles" on page 235.

**8** Click GroupWise > Libraries to display the Libraries page.

SAMNDCA630-07873173

DEFENDANT'S EXHIBIT NO. 324.0169



All libraries belonging to the post office are listed, no matter where their eDirectory objects are located in the tree. This is a convenient place to delete libraries. See "Libraries and Documents" on page 261.

**9** Click GroupWise > Aliases to display the Aliases page.



You need to set up aliases for a post office only if you are using GroupWise gateways. For a list of gateways, see GroupWise 6.x Gateways (http://www.novell.com/documentation/gw6xgate/index.html). GroupWise 5.5 gateways can be used with GroupWise 6.5.

**10** Click GroupWise > Internet Addressing to display the Internet Addressing page.

SAMNDCA630-07873174



Here you provide information used to determine the Internet addressing settings for the post office. See "Internet-Style Addressing" on page 87 for more information.

**11** Click GroupWise > Security to display the Security page.



For instructions on setting the security level for the post office, see "Selecting a Post Office Security Level" on page 157.

**12** Click GroupWise > Default WebAccess to display the Default WebAccess page.

SAMNDCA630-07873175

DEFENDANT'S EXHIBIT NO. 324.0171



Use this page to designate the default WebAccess gateway for the post office. See "WebAccess" on page 803 for more information.

**13** Click OK to save changes to the post office properties.

# Managing Disk Space Usage in the Post Office

Many users are prone to save every message and attachment they ever receive. You can moderate this behavior by implementing disk space management:

- "Preparing to Implement Disk Space Management" on page 171
- "Setting Mailbox Size Limits" on page 172
- "Enforcing Mailbox Size Limits" on page 174
- "Restricting the Size of Messages That Users Can Send" on page 175
- "Preventing the Post Office from Running Out of Disk Space" on page 176
- "An Alternative to Disk Space Management in the Post Office" on page 179

**NOTE:** The Cross-Platform client does not currently respect the mailbox size limits established in ConsoleOne.

## Preparing to Implement Disk Space Management

If you are implementing disk space management in an existing GroupWise system, you must begin by setting the initial size information on all users' mailboxes. If you are implementing disk space management in a new GroupWise system, skip to "Setting Mailbox Size Limits" on page 172.

To establish current mailbox size:

**1** In ConsoleOne, browse to and select a Post Office object.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873176



**3** In the GroupWise Objects field, select Post Offices.

**4** In the Action field, select Analyze/Fix Databases.

**5** As options to the action, select Contents, Fix Problems, and Reset User Disk Space Totals. Make sure all other options are deselected.

**6** On the Databases tab, select User. Make sure all other types of databases are deselected.

**7** Click Run > OK to acknowledge that the Mailbox/Library Maintenance task has been sent to the POA.

After the POA has performed the task, current mailbox size information becomes available on each user's mailbox. The information is updated regularly as the user receives and deletes messages.

**8** To generate a report of current mailbox information, follow the instructions in "Gathering Mailbox Statistics" on page 367.

**9** Repeat Step 1 through Step 8 for each post office where you want to implement disk space management.

**10** Continue with "Setting Mailbox Size Limits" on page 172.

## Setting Mailbox Size Limits

After initial size information is recorded on each user's mailbox, you can establish a limit on the amount of disk space each user's mailbox is allowed to occupy. You can set a single limit for an entire domain. You can set different limits for each post office. You can even set individual user limits if necessary.

If you are implementing disk space management in an existing GroupWise system where users are accustomed to unlimited disk space, you should warn them about the coming change. After you establish the mailbox size limits as described in this section, users whose mailboxes exceed the established limit cannot send messages until the size of their mailboxes is reduced. Users might want to manually delete and archive items in advance in order to avoid this interruption in their use of GroupWise.

SAMNDCA630-07873177

DEFENDANT'S EXHIBIT NO. 324.0173

To establish mailbox size limits:

**1** In ConsoleOne, browse to and select a Domain, Post Office, or User object.

**2** Click Tools > GroupWise Utilities > Client Options.



**3** Click Send > Disk Space Management.



**4** Select User Limits.

**5** Specify the maximum number of megabytes allowed for each user's mailbox.

Unless disk space is extremely limited, 200 MB is a comfortable mailbox size to enforce.

**6** Specify as a percentage the point where you want to warn users that their mailboxes are getting full.

After a user receives a warning message, he or she cannot send additional messages until mailbox cleanup has been performed and the mailbox size is brought below the warning percentage.

**7** Optionally, specify in kilobytes the largest message that users can send.

By restricting message size, you can influence how fast users' mailboxes fill up. However, if users have valid reasons for sending messages that exceed this limit, the limit can become a hindrance to users getting their work done.

**8** Click OK > Close to save the disk space management settings.

SAMNDCA630-07873178

**9** If you are adding disk space management to an existing GroupWise system where users' mailboxes are already over the desired size limit, continue with "Enforcing Mailbox Size Limits" on page 174.

or

If you are implementing disk space management in a new system where users have not yet begun to use their mailboxes, see "Using Mailbox Storage Size Information" in "Managing Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide* to see how setting a mailbox size limit affects users' activities in the GroupWise client.

## Enforcing Mailbox Size Limits

If existing GroupWise users are having difficulty fitting their mailboxes into the established mailbox size limits, you can assist them by reducing their mailboxes for them. Users should be warned before this action is taken.

**1** In ConsoleOne, select a Post Office object.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** In the Action field, select Expire/Reduce.

**4** Set the Expire and Reduce options as desired, making sure that Reduce Mailbox to Limited Size is selected.

**5** Click Run > OK to acknowledge that the Mailbox/Library Maintenance task has been sent to the POA.

After the POA has performed the task, users mailboxes fit within the mailbox size limit you have established.

**6** Repeat Step 1 through Step 5 for each post office where you want to reduce users' mailboxes to the established mailbox size limit.

See "Using Mailbox Storage Size Information" in "Managing Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide* to see how setting a mailbox size limit affects user's activities in the GroupWise client.

SAMNDCA630-07873179

DEFENDANT'S EXHIBIT NO. 324.0175

# Restricting the Size of Messages That Users Can Send

By restricting message size, you can influence how fast users' mailboxes fill up. However, if users have valid reasons for sending messages that exceed this limit, the limit can become a hindrance to users getting their work done.

There are three levels at which you can restrict message size:

- "Within the Post Office" on page 175
- "Between Post Offices" on page 176
- "Between Domains" on page 176
- "Between Your GroupWise System and the Internet" on page 176

**NOTE:** Although the Cross-Platform client does not respect the message size limits established in ConsoleOne using Tools > GroupWise Utilities > Client Options > Send > Disk Space Management, messages originating from the Cross-Platform client can be restricted by the POA and MTA as they pass between post offices and domains.

## Within the Post Office

You can use Client Options to restrict the size of messages that users can send within their local post office.

**1** In ConsoleOne, browse to and select a Domain, Post Office, or User object.

**2** Click Tools > GroupWise Utilities > Client Options.



**3** Click Send > Disk Space Management.



SAMNDCA630-07873180

**4** Select User Limits.

**5** Specify in kilobytes the largest message that users can send.

**6** Click OK > Close to save the maximum message size setting.

## Between Post Offices

You can configure the POA to restrict the size of messages that it allows to pass outside the local post office. See "Restricting Message Size between Post Offices" on page 455 for setup instructions.

## Between Domains

You can configure the MTA to restrict the size of messages that it allows to pass outside the local domain. See "Restricting Message Size between Domains" on page 588 for setup instructions.

## Between Your GroupWise System and the Internet

You can configure the Internet Agent to restrict the size of messages that it allows to pass outside your GroupWise system. See "Controlling User Access" on page 705 for setup instructions.

# Preventing the Post Office from Running Out of Disk Space

In spite of the best disk space management plans, it is still possible that some unforeseen situation could result in a post office running out of disk space. To prevent this occurrence, you can configure the POA to stop processing messages, so that disk space usage in the post office cannot increase until the disk space problem is resolved.

**1** In ConsoleOne, double-click a Post Office object, right-click its POA object, then click Properties.

**2** Click GroupWise > Agent Settings, then adjust the settings in the Disk Check Interval and Disk Check Delay fields as described in "Scheduling Disk Space Management" on page 469.

**3** Click GroupWise > Scheduled Events.



SAMNDCA630-07873181

**4** Click Create to create a new scheduled event to handle an unacceptably low disk space condition.



**5** Type a unique name for the new scheduled event, then select Disk Check as the event type.

**6** In the Trigger Actions At field, specify the amount of free post office disk space at which to take preventive measures.

**7** Click Create to define your own disk check actions, then give the new action a unique name.



**8** Configure the actions for the POA to take in order to relieve the low disk space condition.

Use the Results or Notification tab if you want to receive notification about the POA's response to the low disk space condition.

**9** Click OK to return to the Create Scheduled Event dialog box.

SAMNDCA630-07873182

DEFENDANT'S EXHIBIT NO. 324.0178



For additional instructions, see "Scheduling Disk Space Management" on page 469.

**10** Select the new set of actions.

**11** In the Stop Mail Processing At field, specify the amount of free post office disk space at which you want the POA to stop processing messages.

**12** Click OK to create the new disk space management event and return to the Scheduled Events page.



**13** Select the new disk space management event.

**14** Click OK to close the Scheduled Events page.

ConsoleOne then notifies the POA to restart so the new disk space management event can be put into effect.

SAMNDCA630-07873183

DEFENDANT'S EXHIBIT NO. 324.0179

## An Alternative to Disk Space Management in the Post Office

If you want to place more responsibility for disk space management onto GroupWise client users, you can require that they run the client in Caching mode, where all messages can be stored on users' workstations, or other personal locations, rather than in the post office. For an overview of Caching mode, see:

* "Using Caching Mode" in the *GroupWise 6.5 Windows Client User Guide*

* "Using Caching Mode" in the *GroupWise 6.5 Cross-Platform Client User Guide*

**IMPORTANT:** Do not force Caching mode for a post office that supports Outlook clients along with GroupWise clients.

## Forcing Caching Mode

You can force Caching mode for an entire domain. You can force Caching mode for specific post offices. You can even force Caching mode for an individual user if necessary.

When you initially force caching mode, users' Caching mailboxes are identical with their Online mailboxes. However, as you employ disk space management processes in the post office and reduce the size of users' Online mailboxes, more and more of the users' mailbox items exist only in their Caching mailboxes. Make sure that users understand their responsibilities to back up their Caching mailboxes, as described in:

* "Backing Up Your Mailbox" in "Managing Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide*

* "Backing Up Your Mailbox" in "Managing Your Mailbox" in the *GroupWise 6.5 Cross-Platform Client User Guide*

To force Caching mode:

**1** In ConsoleOne, browse to and select a Domain, Post Office, or User object.

**2** Click Tools > GroupWise Utilities > Client Options.



**3** Click Environment > General.



**4** In the Client Login Mode box, select Force Use of Caching Mode.

**5** Click OK > Close to save the Caching mode setting.

If you are helping existing users, who might have sizeable mailboxes, to start using Caching mode exclusively, you can configure the POA to respond efficiently when multiple users need to download their entire mailboxes for the first time. See "Supporting Forced Mailbox Caching" on page 454 for setup instructions.

SAMNDCA630-07873184

DEFENDANT'S EXHIBIT NO. 324.0180

# Auditing Mailbox License Usage in the Post Office

You can run an audit report on a post office to see 1) which mailboxes require full client licenses and which mailboxes require limited client licenses, and 2) which mailboxes are active (have been accessed at least one time), which ones have never been active, and which ones have been inactive for a specified period of time.

A mailbox requires a full client license (and is marked as a full client license mailbox) if it has been accessed by any of the following:

* The GroupWise Windows client (grpwise.exe)
* GroupWise Notify (notify.exe) or GroupWise Address Book (addrbook.exe)
* The GroupWise Cross-Platform client (groupwise)
* A third-party plug-in to the GroupWise client API
* The Microsoft Outlook Plug-In for GroupWise 5.5
* Microsoft Outlook with the GroupWise client for Windows installed

A mailbox requires a limited client license only (and is marked as a limited client license mailbox) if access to it has been limited to the following:

* The GroupWise WebAccess client (including wireless devices)
* A GroupWise Windows or WebAccess client via the Proxy feature
* Any GroupWise client via the Busy Search feature
* A POP or IMAP client

To generate an audit report for the post office:

**1** In ConsoleOne, browse to and select the Post Office object.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** In the Action field, select Audit Report.

SAMNDCA630-07873185

DEFENDANT'S EXHIBIT NO. 324.0181



**4** In the Show Accounts without Activity for *nn* Days field, select the number of days you want to use for the inactivity report.

Using the default setting (60 days) causes the Mailbox/Library Maintenance program to indicate the mailboxes that have not had any activity within the last 60 days.

**5** If you want write the report to a log file, click the Logging tab, then specify a name for the log file.

**6** If you want to send the results as an e-mail message to the domain's GroupWise administrator or to another individual, click the Results tab, then select the appropriate options.

**7** Click Run > OK to acknowledge that the Mailbox/Library Maintenance task has been sent to the POA.

After the POA has performed the task, the audit report is generated in the format (log file or e-mail message) you specified.

Audit reports are stored as part of the information available on Post Office and Domain objects in ConsoleOne. Right-click a Domain or Post Office object, then click Tools > GroupWise Diagnostics > Information. The information stored on the Domain object is cumulative for all post office in the domain for which audit reports have been run.

Audit reports can also be scheduled to run on a regular basis by properly configuring the POA to perform a Mailbox/Library Maintenance event. See "Scheduling Database Maintenance" on page 467.

# Tracking and Restricting Client Access to the Post Office

By default, the post office allows multiple versions of the GroupWise Windows and Cross-Platform clients to access it. Using the Web console available for the post office's POA, you can see the version number of each GroupWise client that logs in to the post office in client/server access mode (TCP/IP to the POA). This information is displayed on the POA Web console's C/S Users page. For more information, see "Using the POA Web Console" on page 489.

SAMNDCA630-07873186

**IMPORTANT:** Because the POA provides the version tracking and enforces the client lockout, this functionality applies only to GroupWise clients that are accessing the post office in client/server mode (not direct access mode).

To help you better monitor and track which versions of the GroupWise client are being used to access the post office, you can specify a preferred GroupWise client version for the post office. Any version that does not match the preferred version is highlighted on the POA Web console's C/S Users page. Older versions are shown in red, and newer versions are shown in blue.

In addition, to restrict which versions of the GroupWise client can access the post office, you can choose to lock out any GroupWise clients that are older than the preferred version. If you want to lock out all GroupWise clients (for example, to rebuild the post office database), see "Disabling a Post Office" on page 183.

To specify a preferred GroupWise client version for the post office and to enable the POA to lock out specific GroupWise client versions:

**1** In ConsoleOne, right-click the Post Office object, then click Properties.

**2** Click GroupWise > Client Access Settings to display the Client Access Settings page.



**3** Fill in the following fields:

**Minimum Client Release Version:** Enter the version to use as the post office's preferred GroupWise client version. Any version that does not match the preferred version is highlighted on the POA Web console's C/S Users page. Older versions are shown in red, and newer versions are shown in blue. The version number syntax should match what is displayed in the GroupWise client's About GroupWise dialog box. Only version 5.5 Enhancement Pack SP1 and newer are supported.

**Minimum Client Release Date:** This field is available only if you specify a release version. You can use this field to associate an expected release date with the release version. The C/S Users page would highlight any dates that do not match the one entered here.

**Lock Out Older GroupWise Clients:** Select this option for either or both of the above options to lock out any GroupWise clients (client/server mode only) that are older than the version and/or date specified in the Release Version and Release Date fields. For example, if you entered 6.0.0 in the Release Version field and April 6, 2001 12:00 AM in the Release Date

SAMNDCA630-07873187

DEFENDANT'S EXHIBIT NO. 324.0183

field and selected this option for both, any GroupWise client that is older than version 6.0 or is dated before April 6, 2001 12:00 AM would not be allowed access to the post office.

**4** Click OK to save the changes.

# Disabling a Post Office

Disabling a post office restricts users from starting the GroupWise Windows or Cross-Platform client and accessing the post office. However, users who are already running the GroupWise client can continue to access the post office; after they exit, they cannot access the post office again until the post office is enabled.

A post office must be disabled if you are rebuilding the post office database (wphost.db). You might also want to disable a post office when you are doing a complete GroupWise system backup. That ensures that all data is consistent at the time of the backup.

**1** In ConsoleOne, browse to and right-click the Post Office object, then click Properties.

**2** Click GroupWise > Client Access Settings to display the Client Access Settings page.



**3** Select Disable Logins, then click OK to disable the post office.

**4** To re-enable logins, deselect Disable Logins so that it is blank.

# Moving a Post Office

You cannot move a Post Office object in ConsoleOne because it is a container object. Only leaf objects can be moved. If you need to change the context, graft the GroupWise post office to its corresponding eDirectory object in the new container location. See "GW/eDirectory Association" on page 73 for more information on grafting objects.

You can, however, move the post office directory, the post office database (wphost.db), and the other databases that reside in the post office by copying the post office directory structure and all its contents to the new location.

**IMPORTANT:** Follow these instructions if you want to move a post office on a NetWare or Windows server to another directory on the same server or to a different NetWare or Windows server. If you want to move a post

SAMNDCA630-07873188

DEFENDANT'S EXHIBIT NO. 324.0184

office located on a NetWare or Windows server onto a Linux server, see "Moving a Post Office to Linux" in "Update" in the *GroupWise 6.5 Installation Guide*.

To move a post office directory structure and all its contents:

**1** Make sure all users are out of the post office, then disable logins to the post office. See "Disabling a Post Office" on page 183.

**2** Back up the post office. See Chapter 31, "Backing Up GroupWise Databases," on page 375.

**3** In ConsoleOne, display the Identification page of the post office to move.

**4** In the UNC Path field, change the UNC path to the location where you want to move the post office, then click OK to save the new location.

The location change is then propagated up to the domain.

**5** Stop the POA for the post office.

**6** Use xcopy with the /s and /e options to move the post office directory and its contents. These options re-create the same directory structure even if directories are empty.

**Example:** xcopy *post_office_directory* /s /e *destination*

**7** Give rights to objects that need to access the post office database.

For example, the NetWare[R] POA needs rights if the new location is on a different server.

**8** Edit the POA startup file by changing the setting of the /home switch, then restart the POA. See "Adjusting the POA for a New Post Office Location" on page 445.

**9** When you are sure the post office is functioning properly, delete the original post office directories.

If you need to move the POA along with its post office, see "Moving the POA to a Different Server" on page 445.

# Deleting a Post Office

You cannot delete a post office until you have deleted or moved all objects that belong to it.

**1** In ConsoleOne, right-click the Post Office object to delete, then click Properties.

SAMNDCA630-07873189

DEFENDANT'S EXHIBIT NO. 324.0185



**2** Click GroupWise > Resources, then delete any resources that still belong to the post office. See "Deleting a Resource" on page 230.

You must delete resources before users, because users who own resources cannot be deleted without assigning a new owner in the same post office.

**3** Click GroupWise > Membership, then delete or move any users that still belong to the post office. See "Removing GroupWise Accounts" on page 215 and "Moving GroupWise Accounts" on page 198.

**4** Click GroupWise > Distribution Lists, then delete any distribution lists that still belong to the post office. See "Deleting a Distribution List" on page 244.

**5** Click GroupWise > Libraries, delete any libraries that still belong to the post office. See "Deleting a Library" on page 299.

**6** Click OK to perform the deletions.

It is easy to perform such deletions in the GroupWise View. Select the Post Office object in the GroupWise View, then use the drop-down list of objects to display objects of each type that still belong to the post office. Delete any residual objects in the Console View.

**7** In ConsoleOne, browse to and right-click the Domain object that owns the post office to delete, then click Properties.

**8** Click GroupWise > Post Offices, select the post office to delete, then click Delete.

**9** Stop the POA for the post office and uninstall the POA software if applicable.

See "Stopping the POA" on page 480 and "Uninstalling the POA Software" on page 435.

# Changing POA Configuration to Meet Post Office Needs

Because the POA delivers messages to mailboxes, responds in real time to client/server users, and maintains all databases located in the post office, its functioning affects the post office and all users who belong to the post office. Proper POA configuration is essential for a smoothly running GroupWise system. Complete details about the POA are provided in "Post Office Agent" on page 415. As you create and manage post offices, you should keep in mind the following aspects of POA configuration:

SAMNDCA630-07873190

DEFENDANT'S EXHIBIT NO. 324.0186

- "Enhancing Post Office Security with SSL Connections to the POA" on page 458
- "Providing LDAP Authentication for GroupWise Users" on page 461
- "Enabling Intruder Detection" on page 465
- "Supporting IMAP Clients" on page 450
- "Optimizing Client/Server Processing" on page 507
- "Scheduling Database Maintenance" on page 467
- "Performing Nightly User Upkeep" on page 472
- "Restricting Message Size between Post Offices" on page 455

SAMNDCA630-07873191

**DEFENDANT'S EXHIBIT NO. 324.0187**

# IV Users

Chapter 13, "Creating GroupWise Accounts," on page 189
Chapter 14, "Managing GroupWise Accounts and Users," on page 197

SAMNDCA630-07873192

DEFENDANT'S EXHIBIT NO. 324.0188

SAMNDCA630-07873193

# 13 Creating GroupWise Accounts

For users to be able to use GroupWise[R], you must give them GroupWise accounts. A GroupWise account defines the user in the GroupWise system by providing the user with a GroupWise user ID and GroupWise mailbox.

You can give GroupWise accounts to Novell[R] eDirectory™ users during or after their creation in eDirectory. You can also give GroupWise accounts to users who do not have eDirectory accounts. Refer to the following sections for details:

- "Establishing a Default Password for All New GroupWise Accounts" on page 189
- "Creating GroupWise Accounts for eDirectory Users" on page 190
- "Creating GroupWise Accounts for Non-eDirectory Users" on page 195
- "Educating Your New Users" on page 196

## Establishing a Default Password for All New GroupWise Accounts

To save time and energy when you are creating new GroupWise accounts, you can establish a default password to use for all new accounts.

**1** In ConsoleOne[R], click Tools > GroupWise System Operations > System Preferences > Default Password.



**2** Type the password you want to use as the default, then click OK.

**3** Explain to users how to set their own passwords in the GroupWise client, as described in "Assigning Passwords to Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide*.

SAMNDCA630-07873194

DEFENDANT'S EXHIBIT NO. 324.0190

# Creating GroupWise Accounts for eDirectory Users

Depending on your needs, you can choose from the following methods to create GroupWise accounts for eDirectory users:

* Creating a Single GroupWise Account: You can create a GroupWise account for a single eDirectory user by editing the GroupWise information on his or her User object. This method lets you create the GroupWise account on any post office, select the GroupWise user ID, and configure optional GroupWise information. It provides the most flexibility in creating a user's GroupWise account.

* Creating Multiple GroupWise Accounts: You can create GroupWise accounts for multiple eDirectory users by editing the membership information on a Post Office object. This method allows you to quickly add multiple users to the same post office at one time. However, you cannot select the user's GroupWise user ID; instead, the user's eDirectory username is automatically used as his or her GroupWise user ID. In addition, to configure other optional GroupWise information for a user, you need to modify each User object.

* Creating GroupWise Accounts by Importing Users: You can import information from ASCII-delimited text files.

* Using a Template to Create GroupWise Accounts: You can create a template to apply to new eDirectory User objects you create. The template can be configured to automatically assign the user to a post office.

## Creating a Single GroupWise Account

To create a GroupWise account for an eDirectory user:

**1** In ConsoleOne, right-click the User object, then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** Fill in the following fields:

**Post Office:** Select the post office where you want the user's mailbox created.

SAMNDCA630-07873195

DEFENDANT'S EXHIBIT NO. 324.0191

**Mailbox ID:** The Mailbox ID (also referred to as the GroupWise user ID) defaults to the eDirectory username. You can change it if necessary.

**IMPORTANT:** GroupWise mailbox IDs cannot contain periods. If the eDirectory username contains one or more periods, you must provide a mailbox ID that does not contain periods.

**4** Click Apply to create the account.

You must create the account by clicking Apply (or OK) before you can modify any of the other fields, including the GroupWise password.

**5** If desired, modify any of the following optional fields:

**Visibility:** Select the level at which you want the user to be visible in the Address Book. System enables the user to be visible to all users in your GroupWise system. Domain enables the user to be visible to all users in the same domain as the user. Post Office enables the user to be visible to all users on the same post office as the user. Setting the visibility level to None means that no users will see the user in the Address Book. However, even if the user is not displayed in the Address Book, other users can send messages to the user by typing the user's ID (mailbox ID) in a message's To field.

**External Sync Override:** This option applies only if your GroupWise system links to and synchronizes with an external system.

Select the Synchronize According to Visibility setting if you want the user information to be provided to the other system only if the user's visibility is set to System.

Select the Synchronize Regardless of Visibility setting if you always want the user information provided to the other system regardless of the user's visibility level.

Select the Don't Synchronize Regardless of Visibility setting if you never want the user information provided to the other system.

**Account ID:** This option applies only if you have a GroupWise gateway that supports accounting. For more information about gateway accounting, see your GroupWise gateway documentation (http://www.novell.com/documentation/gw65/index.html).

**File ID:** This three-letter ID is randomly generated and is non-editable. It is used for various internal purposes within the GroupWise system, including ensuring that files associated with the user have unique names.

**Expiration Date:** If you want the user's GroupWise account to no longer work after a certain date, specify the expiration date. This date applies to the user's GroupWise account only; it is independent of the eDirectory account expiration date (User object > Restrictions tab > Login Restrictions page).

**Gateway Access:** This option applies only if you have GroupWise gateways that support access restrictions. For more information, see your gateway documentation (http://www.novell.com/documentation/gw6/index.html).

**Disable Logins:** Select this option to prevent the user from accessing his or her GroupWise mailbox.

**LDAP Authentication:** This option applies only if you are using LDAP to authenticate users to GroupWise (see "Providing LDAP Authentication for GroupWise Users" on page 461) and the LDAP server is not the Novell LDAP server. If this is the case, enter the user's LDAP authentication ID.

**Restore Area:** This field applies only if you are using the GroupWise backup and restore features. If so, this field indicates the location where the user's mailbox is being backed up. For details, see Chapter 32, "Restoring GroupWise Databases from Backup," on page 379.

SAMNDCA630-07873196

**Change GroupWise Password:** Click this option to assign a password to the user's GroupWise account or change the current password. The user will be prompted for this password each time he or she logs in to GroupWise.

To be able to skip this option by setting a default password, see "Establishing a Default Password for All New GroupWise Accounts" on page 189.

**Delete GroupWise Account:** Click this option to delete the user's GroupWise account. This includes the user's mailbox and all items in the mailbox. The user's eDirectory account is not affected.

**6** Click Apply to save the changes.

**7** Click GroupWise > General > Identification to display the user's current eDirectory information.

This information will appear in the GroupWise Address Book, as described in Chapter , "Address Book," on page 81. If you keep private information in the Description field of the User object, you can prevent this information from appearing the GroupWise Address Book. See "Preventing the User Description Field from Displaying in the Address Book" on page 85.

**8** Make sure that the user's eDirectory information is current, then click OK.

## Creating Multiple GroupWise Accounts

If you have multiple eDirectory users who will have GroupWise accounts on the same post office, you can use the Post Office object's Membership page to quickly add the users and create their accounts. Each user's GroupWise user ID will be the same as his or her eDirectory username.

To create GroupWise accounts for multiple eDirectory users:

**1** In ConsoleOne, right-click the Post Office object, then click Properties.

**2** Click GroupWise > Membership to display the Membership page.



**3** Click Add, select the eDirectory user you want to add to the post office, then click OK to add the user to the post office's membership list.

SAMNDCA630-07873197

By default, the user's eDirectory username is used as the GroupWise ID.

**IMPORTANT:** GroupWise IDs cannot contain periods. If the any of the eDirectory usernames contain periods, you must provide GroupWise IDs that do not contain periods on the GroupWise Account page of each User object.



**4** Repeat Step 3 to create additional GroupWise accounts in the post office.

**5** When finished, click OK to save the changes.

## Creating GroupWise Accounts by Importing Users

You can quickly create multiple GroupWise users by importing ASCII-delimited text files created by the GroupWise Export utility or by a third-party export. The text files provide the eDirectory and GroupWise attributes necessary for creating users. For information about using the GroupWise Import utility, see "Import" on page 68. For information about using the GroupWise Export utility, see "Export" on page 71.

## Using a Template to Create GroupWise Accounts

If you frequently create new users, you might want to create Template objects with the necessary GroupWise properties. This makes creating a new eDirectory user with GroupWise access a one-step process. However, you cannot use a Template object to give GroupWise properties to existing eDirectory users.

The steps to create a template with GroupWise properties include assigning the post office and setting up directory rights. Because a user can have membership in only one post office, a different template should be created for each existing post office. Further, for each post office, a template can be created for different categories of users, such as secretarial, accounting, administrative, human resources, development, sales, and manufacturing.

After one template has been created with eDirectory properties and post office directory rights, you can use it to quickly create templates for subsequent post offices.

- "Creating a Template" on page 194
- "Creating a User Account from a Template" on page 194

SAMNDCA630-07873198

## Creating a Template

**1** In ConsoleOne, right-click the Organizational Unit object where you want to create the Template object, then click New > Object to display the New Object dialog box.

Templates should be placed in the same organizational unit where they will be used because the browser first lists any templates in the current context. The template will also inherit rights from the container the template is created in, further simplifying its setup.

**2** In the Class list, select Template, then click OK to display the New Template dialog box.

**3** Enter a name that describes the purpose for which the template will be used.

**4** If you want to base the template on another Template or User object, select Use Template or User, then browse to and select the desired Template or User object.

**5** Select Define Additional Properties.

**6** Click Create to display the properties pages for the Template object.

**7** Click GroupWise > Information.

**8** Fill in the following fields:

**Post Office:** Select the post office the user will be assigned to.

**Visibility:** Select the level at which the user will be visible in the Address Book. System enables the user to be visible to all users in your GroupWise system. Domain enables the user to be visible to all users in the same domain as the user. Post Office enables the user to be visible to all users on the same post office as the user. Setting the visibility level to None means that no users will see the user in the Address Book. However, even if the user is not displayed in the Address Book, other users can send messages to the user by typing the user's ID (mailbox ID) in a message's To field.

**Account ID:** This field supports accounting for GroupWise gateways. For more information about gateway accounting, see your gateway documentation.

**Expiration Date:** Use this to set a date when the user's account will expire. The user will not be able to access the account after that date. For more information, see "Expiring a GroupWise Account" on page 217.

**Gateway Access:** This is used to grant or restrict access to some GroupWise gateways. See your gateway documentation (http://www.novell.com/documentation/gw65/index.html) to determine if this field applies.

**9** Modify information on any of the other tabs to configure the template, then click OK to save the template changes.

## Creating a User Account from a Template

**1** In ConsoleOne, right-click the container where you want to create a new eDirectory user, then click New > User.

**2** Enter a Name, Surname, and Unique ID (all three are required).

**3** Select the Use Template option, then browse to and select the template you want applied to this user.

**4** Modify any of the other options you want.

**5** Click OK to create the user's eDirectory and GroupWise accounts.

SAMNDCA630-07873199

DEFENDANT'S EXHIBIT NO. 324.0195

# Creating GroupWise Accounts for Non-eDirectory Users

If you have users who do not have eDirectory accounts, you can still assign them GroupWise accounts by defining them as GroupWise external entities in eDirectory. Defining a user as a GroupWise external entity provides the user with access to GroupWise only; it does not enable the user to log in to eDirectory. External entities have eDirectory objects, but they are not considered eDirectory users for licensing purposes.

To create a GroupWise account for a non-eDirectory user:

**1** In ConsoleOne, right-click the eDirectory container where you want to create the user's GroupWise External Entity object, then click New > Object to display the New Object dialog box.

**2** Select GroupWise External Entity, then click OK to display the Create GroupWise External Entity dialog box.



**3** Fill in the following fields:

**GroupWise Object ID:** Enter the user's GroupWise ID. The user's ID along with the user's post office and domain, provide the user with a unique name within the GroupWise system (*userID.po.domain*). The GroupWise object ID cannot include periods.

**Last Name:** Enter the user's last name.

**GroupWise Post Office:** Select the post office where you want the user's mailbox.

**External Network ID:** Enter the user's network ID for the network that he or she logs in to.

**4** Select Define Additional Properties, then click OK to display the GroupWise Identification page.

SAMNDCA630-07873200

DEFENDANT'S EXHIBIT NO. 324.0196



**5** If desired, fill in any of the fields on the Identification page.

This information will appear in the GroupWise Address Book, as described in Chapter ,
"Address Book," on page 81. If you want to keep private information in the Description field,
you can prevent this information from appearing the GroupWise Address Book. See
"Preventing the User Description Field from Displaying in the Address Book" on page 85.

**6** Click OK to save the information.

The user is given a GroupWise mailbox in the post office you selected and can access his or her
mailbox through the GroupWise client.

# Educating Your New Users

After users can log in to their GroupWise accounts, all of the GroupWise client's features are at
their fingertips, but some new users do not know how to get started. You can give your users the
following suggestions to encourage them to explore the GroupWise client:

- Click Help > Help Topics > Contents > How Do I to learn to perform common GroupWise
  tasks
- Click Help > What's New to learn about the latest new GroupWise features
- Click Help > User Guide to view the *GroupWise 6.5 Windows Client User Guide* in HTML
  format
- Print "Getting Started" in the *GroupWise 6.5 Windows Client User Guide* to keep handy by
  the workstation as a quick reference

For convenience in printing, the *GroupWise 6.5 Windows Client User Guide* is available in PDF
format at the GroupWise 6.5 Documentation Web site (http://www.novell.com/documentation/
gw65/index.html).

SAMNDCA630-07873201

DEFENDANT'S EXHIBIT NO. 324.0197

# 14 Managing GroupWise Accounts and Users

As your GroupWise[R] system grows, you will need to add users and manage their GroupWise accounts.

- "Adding a User to a Distribution List" on page 197
- "Moving GroupWise Accounts" on page 198
- "Renaming Users and Their GroupWise Accounts" on page 206
- "Managing Mailbox Passwords" on page 206
- "Managing E-Mail Addresses" on page 210
- "Checking GroupWise Account Usage" on page 214
- "Disabling and Enabling GroupWise Accounts" on page 214
- "Removing GroupWise Accounts" on page 215

See also "Maintaining Domain and Post Office Databases" on page 345, Chapter 27, "Maintaining User/Resource and Message Databases," on page 353, and "Backing Up GroupWise Databases" on page 375. Proper database maintenance and backups allow recovery from accidental deletions, as described in "Restoring Deleted Mailbox Items" on page 381 and "Recovering Deleted GroupWise Accounts" on page 384.

## Adding a User to a Distribution List

GroupWise[R] distribution lists are sets of users and resources that can be addressed as a single entity. When a GroupWise user addresses an item (message, appointment, task, or note) to a distribution list, each user or resource that is a member receives a copy of the item.

To add a user to a distribution list

1 In ConsoleOne, right-click the User object, then click Properties.

2 Click GroupWise > Distribution Lists to display the Distribution Lists page.

SAMNDCA630-07873202

DEFENDANT'S EXHIBIT NO. 324.0198



**3** Click Add, select the distribution list that you want to add the user to, then click OK.



By default, the user is added as a primary recipient (To: recipient).

**4** If you want to change the resource's recipient type, select the distribution list, click Participation, then click To, CC, or BC.

**5** Click OK to save your changes.

# Moving GroupWise Accounts

Expansion or consolidation of your GroupWise system can make it necessary for you to move GroupWise accounts from one post office to another.

When you move a GroupWise account, the user's mailbox is physically moved from one post office directory to another. The user's Novell[R] eDirectory™ object, including the GroupWise account information, remains in the same eDirectory container.

SAMNDCA630-07873203

DEFENDANT'S EXHIBIT NO. 324.0199

The following sections provide information you should know before performing a move and instructions to help you perform the move.

- "Live Move vs. File Transfer Move" on page 199
- "Moves Between GroupWise 6.x Post Offices" on page 199
- "Moves Between GroupWise 6.x and GroupWise 5.x Post Offices" on page 199
- "Preparing for a Move" on page 200
- "Moving a GroupWise Account to Another Post Office in the Same eDirectory Tree" on page 200
- "Moving a GroupWise Account to Another Post Office in a Different eDirectory Tree" on page 201
- "Monitoring User Move Status" on page 203

## Live Move vs. File Transfer Move

GroupWise 6.x supports two types of moves: a live move and a file transfer move.

A live move uses a TCP/IP connection between Post Office Agents (POAs) to move a user from one post office to another. In general, a live move is significantly faster (approximately 5 to 10 times) than a file transfer move. However, it does require that both POAs are version 6.x and that TCP/IP is functioning efficiently between the two POAs. A file transfer move uses the transfer of message files (using POAs and MTAs) rather than a TCP/IP connection between POAs. A file transfer move is required if you are moving a user to a post office that is not using a GroupWise 6.x POA or if you are moving a user across a WAN link where TCP/IP might not be efficient.

By default, when you initiate a move from a GroupWise 6.x post office, the post office's POA attempts to establish a live move session with the destination post office's POA. If it cannot, a file transfer move is used instead.

If desired, you can disable the live move capability on a GroupWise 6.x post office (Post Office object > GroupWise tab > Identification page). Any moves to or from the post office would be done by file transfer.

## Moves Between GroupWise 6.x Post Offices

When you move a user's account from one GroupWise 6.x post office to another, all items are moved correctly and all associations (proxy rights, shared folder access, and so forth) are resolved so that the move is transparent to the user. Occasionally, some client options the user has set (GroupWise client > Tools menu > Options) might be lost and must be re-created for the new mailbox.

## Moves Between GroupWise 6.x and GroupWise 5.x Post Offices

Moves that include a GroupWise 5.x post office are performed at the level supported by the 5.x post office. This means that users might experience the following:

- Rules need to be re-created.
- Folders do not appear in the same order as in the original mailbox.
- The Address Book contains more than one Frequent Contacts list or system address books.

SAMNDCA630-07873204

- Folders and personal address books shared with others will no longer be shared. They will need to be shared again.

- Shared folders and personal address books received from others will no longer be available. They will need to be shared again.

- Proxy rights to other mailboxes are lost. The rights will need to be reestablished.

- Folders' sort order and column settings are lost. They will need to be reset.

- Query folders no longer work. The query will need to be performed again.

- Replies (from other users) to items sent by the moved user before the user moved will be undeliverable.

- Messages sent to the moved user from Remote client users will be undeliverable until the Remote client users download the Address Book again.

## Preparing for a Move

Consider the following before moving a user's GroupWise account:

- Make sure the POAs for the user's current post office and destination post office are running. Make sure the Message Transfer Agent (MTA) for the user's current domain and destination domain (if different) are running.

- A user who owns a resource cannot be moved. If the user owns a resource, reassign ownership of the resource to another user who is on the same post office as the resource. You can do this beforehand (see "Changing a Resource's Owner" on page 227) or when initiating the move.

- (Optional) To reduce the number of mailbox items that must be moved, consider asking the user to clean up his or her mailbox by deleting or archiving items.

- (Optional) Have the user exit GroupWise and GroupWise Notify before you initiate the move. When the move is initiated, the user's POA first creates an inventory list of all information in the user's mailbox. This inventory list is sent to the new post office's POA so that it can verify when all items have been received. If the user remains logged in, any changes to the mailbox (received items, sent items, and so forth) after the inventory list is created will not be moved to the user's new mailbox. After the move has been initiated, the user can log in to his or her new mailbox even if the move is not complete.

## Moving a GroupWise Account to Another Post Office in the Same eDirectory Tree

The following steps apply only if the user's current post office and destination post office are located in the same eDirectory tree. If not, see "Moving a GroupWise Account to Another Post Office in a Different eDirectory Tree" on page 201.

To move a user's GroupWise account to a different post office in the same eDirectory tree:

1 In ConsoleOne®, right-click the User object or GroupWise External Entity (in the GroupWise view) > click Move to display the GroupWise Move dialog box.

   If you want to move multiple users from the same post office to another post office, select all the User objects, right-click the selected objects > click Move.

SAMNDCA630-07873205