DEFENDANT'S EXHIBIT NO. 324.0201



**2** Select the post office to which you want to move the user's account, then click OK.

If the user owns a resource, the following dialog box appears.



**3** Select a new owner for the resource, then click OK.

**4** Keep track of the user move process using the User Move utility. See "Monitoring User Move Status" on page 203

### Resolving Addressing Issues Caused By Moving an Account

The user's new address information is immediately replicated to each post office throughout your system so that the system address book contains the user's updated address. Any user who selects the moved user from the system address book will be able to successfully send messages to the user.

However, some users might have the user's old address (GroupWise user ID) in their Address Book's Frequent Contacts list. In this case, if the sender types the moved user's name in the To field rather than selecting it from the system address book, GroupWise uses the old address stored in the Frequent Contacts list instead of the new address in the system address book. This will result in the message being undeliverable. The POA automatically resolves this issue when it performs its nightly user upkeep (see "Performing Nightly User Upkeep" on page 472). During the nightly user upkeep process, the POA ensures that all addresses in a user's Frequent Contacts list are valid addresses in the system address book.

If you want to ensure that messages sent to the user's old address are delivered even before the POA cleans up the Frequent Contacts List, you can create a nickname using the old GroupWise user ID. For information about creating a nickname, see "Creating a Nickname for a User" on page 213. To have a nickname created automatically when the user is moved, see "System Preferences" on page 44.

## Moving a GroupWise Account to Another Post Office in a Different eDirectory Tree

A GroupWise system can span multiple eDirectory trees, provided that all components for a single domain (post offices, users, resources, and so forth) are all in the same eDirectory tree. For example, a user cannot be located in one tree and his or her post office in another.

If necessary, you can move a user's account from a post office in one eDirectory tree to a post office in another eDirectory tree as long as the post offices are in the same GroupWise system. This requires the user to have a User object (or GroupWise External Entity object) in the eDirectory tree to which his or her GroupWise account is being moved.

To move a user's GroupWise account to a post office in a different eDirectory tree:

SAMNDCA630-07873206

**1** Make sure the user has a User object or GroupWise External Entity object in the eDirectory tree to which his or her GroupWise account is being moved.

**2** In ConsoleOne, right-click the User object or GroupWise External Entity object (in the GroupWise View) > click Move to display the GroupWise Move dialog box.

If you want to move multiple users from the same post office to another post office, select all the User objects, right-click the selected objects > click Move.



**3** Select the post office to which you want to move the user's account, then click OK.

If the user owns a resource, the following dialog box appears.



**4** Select a new owner for the resource, then click OK.

**5** Keep track of the user move process by using the User Move utility to determine when the user has been successfully moved. See "Monitoring User Move Status" on page 203

**6** In the destination eDirectory tree, right-click the User object or GroupWise External Entity object where the GroupWise account will be assigned. This is the object referred to in Step 1.

**7** Click GroupWise > Account to display the Account page.



**8** In the Post Office field, select the post office that the user's GroupWise account was moved to.

SAMNDCA630-07873207

DEFENDANT'S EXHIBIT NO. 324.0203

**9** In the Mailbox ID field, make sure that the mailbox ID is the same as the user's mailbox ID (GroupWise user ID) on his or her original post office.

**10** Click OK.

A dialog box appears asking if you want to match the GroupWise account to this eDirectory user.

**11** Click Yes.

### Resolving Addressing Issues Caused By Moving an Account

The user's new address information is immediately replicated to each post office throughout your system so that the system address book contains the user's updated address. Any user who selects the moved user from the system address book will be able to successfully send messages to the user.

However, some users might have the moved user's old address (GroupWise user ID) in their Address Book's Frequent Contacts list. In this case, if the sender types the moved user's name in the To field instead of selecting it from the system address book, GroupWise uses the old address stored in the Frequent Contacts list instead of the new address in the system address book. This will result in the message being undeliverable. The POA automatically resolves this issue when it performs its nightly user upkeep (see "Performing Nightly User Upkeep" on page 472). During the nightly user upkeep process, the POA ensures that all addresses in a user's Frequent Contacts list are valid addresses in the system address book.

If you want to ensure that messages sent to the user's old address are delivered even before the POA cleans up the Frequent Contacts List, you can create a nickname using the old GroupWise user ID. For information about creating a nickname, see "Creating a Nickname for a User" on page 213. To have a nickname created automatically when the user is moved, see "System Preferences" on page 44.

## Monitoring User Move Status

The User Move Status utility helps you track progress as you move users and resources from one post office to another. It displays the user moves associated with the object you selected before displaying the User Move Status dialog box. For example, if you selected a Domain object, all user moves for the selected domain are displayed, but not user moves for other domains.

While a GroupWise user account is being moved, the POA in the source post office and the POA in the destination post office communicate back and forth. You can track the move process progresses through various steps and statuses:

**1** In ConsoleOne, select a Post Office or Domain object.

All moves occurring within the selected location will be listed.

**2** Click Tools > GroupWise Utilities > User Move Status.

SAMNDCA630-07873208



At the beginning of the move process, most button are dim, because it would not be safe for you to perform those actions at that point in the move process. When those actions become safe, the buttons become active.



**3** To restrict the number of users and resources in the list, type distinguishing information in any of the Filter fields, then press Enter to filter the list.

**4** During the move, click Refresh to update the status information.

**IMPORTANT:** The list does not refresh automatically.

During the move, you might observe some of the following statuses:

- **Destination post office updated:** The destination POA has updated the destination post office database with the user's account information. At this point, the user account exists in the new location and appears in the Address Book with the new location information.

- **Source post office updated:** The source POA has removed the user from the source post office database. At this point, the user can no longer access the mailbox at the old location.

- **Moving mailbox information:** The POAs have finished exchanging administrative information and are ready to move items from the old mailbox to the new mailbox.

- **Sending mailbox inventory list:** The source POA sends the destination POA a list of all the mailbox items that it should expect to receive.

- **Send item request:** The destination POA starts requesting items from the source POA and the source POA responds to the requests

- **Retry mailbox item retrieval:** The destination POA was unable to retrieve an item and is retrying. The POA continues to retry every 12 hours for 7 days, then considers the

SAMNDCA630-07873209

DEFENDANT'S EXHIBIT NO. 324.0205

move complete. To complete the move without waiting, click Force Complete. Typically, items that cannot be moved were not accessible to the user in the first place, so nothing is missed in the destination mailbox.

- **Completed retrieving items:** The destination POA has received all of the items on its mailbox inventory list.

- **Move completed:** After all of the user's mailbox items have arrived in the destination post office, the user's original account in the source post office is deleted and the user move is finished.



The User Move Status utility cannot gather status information for destination post offices that are running POAs older than GroupWise 6.5. Status information for users moving to older post offices displays as Unavailable.

**5** If something disrupts the user move process, select the problem user or resource, then click Retry/Restart.



**6** Select the option appropriate to the problem you are having, then click OK.

**Retry the Last Step of the Mailbox Move:** Select this option to retry whatever step the user move process has stopped on. This is equivalent to performing one of the POA's automatic retries manually and immediately. Ideally, the step will complete successfully on the retry and processing will continue normally.

**Skip Retry on the Current Mailbox Item:** Select this option to skip a particular mailbox item that cannot be successfully moved. The need for this action can usually be avoided by running Mailbox/Library Maintenance on the mailbox before moving the user account. Ideally, the user move processing should continue normally after skipping the problem item.

**Stop Deferred Retries:** Select this option to stop the POA from retrying to send items that have not been successfully received. This completes the user move process even though some individual items have not been moved successfully.

**Restart the Entire Mailbox Move:** Select this option if something major disrupts the user move process and you want to start over from the beginning. Because nothing is deleted from the source mailbox until everything has been received in the destination mailbox, you can safely restart a move at any time for any reason.

SAMNDCA630-07873210

DEFENDANT'S EXHIBIT NO. 324.0206

# Renaming Users and Their GroupWise Accounts

When you rename a user, the user's GroupWise user ID (mailbox ID) changes but the user remains in the same post office. All of the user's associations remain unchanged. For example, the user retains ownership of any documents and resources while other users who had proxy rights to the user's mailbox retain proxy right.

**1** Make sure the user has exited GroupWise and GroupWise Notify.

**2** Make sure the domain's MTA and post office's POA are running.

**3** In the GroupWise View, right-click the User object > click Rename to display the GroupWise Rename dialog box.



**4** Enter the GroupWise user ID.

**5** Click OK to rename the user.

### Resolving Addressing Issues Caused By Renaming a User

The user's new information is immediately replicated to each post office throughout your system so that the system address book contains the user's updated address. Any user who selects the renamed user from the system address book will be able to successfully send messages to the renamed user.

However, some users might have the user's old address (GroupWise user ID) in their Address Book's Frequent Contacts List. In this case, if the sender types the renamed user's name in the To field instead of selecting it from the system address book, GroupWise uses the old address stored in the Frequent Contacts List instead of the new address in the system address book. This will result in the message being undeliverable. The POA automatically resolves this issue when it performs its nightly user upkeep (see "Performing Nightly User Upkeep" on page 472). During the nightly user upkeep process, the POA ensures that all addresses in a user's Frequent Contacts List are valid addresses in the system address book.

If you want to ensure that messages sent to the user's old address are delivered even before the POA cleans up the Frequent Contacts List, you can create a nickname using the old GroupWise user ID. For information about creating a nickname, see "Creating a Nickname for a User" on page 213.

# Managing Mailbox Passwords

The following sections provide information to help you manage GroupWise mailbox passwords:

- "Creating or Changing a Mailbox Password" on page 207
- "Removing a Mailbox Password" on page 208
- "Bypassing the GroupWise Password" on page 208

For background information about GroupWise passwords, see Chapter 79, "GroupWise Passwords," on page 1033.

SAMNDCA630-07873211

## Creating or Changing a Mailbox Password

As administrator, you can use ConsoleOne to create a user's mailbox password or change a user's existing password. If a user can log in to GroupWise, he or she can also change the mailbox password through the Security Options dialog box (GroupWise Windows client > Tools menu > Options > Security) or on the Passwords page (GroupWise WebAccess client > Options > Password).

To create or change a user's mailbox password:

**1** In ConsoleOne, right-click the User object (or GroupWise External Entity object), then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** Click Change GroupWise Password to display the Security Options dialog box.



**4** Enter and reenter a new password.

The other options in this dialog box are explained in following sections.

**5** Click OK.

SAMNDCA630-07873212

## Removing a Mailbox Password

If you want to remove a user's mailbox password but not assign a new password, you can clear the password.

**1** In ConsoleOne, right-click the User object (or GroupWise External Entity object), then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** Click Change GroupWise Password to display the Security Options dialog box.



**4** Select the Clear User's Password option.

The other options in this dialog box are explained in following sections.

**5** Click OK.

## Bypassing the GroupWise Password

By default, if a user must enter a password when logging in to GroupWise, he or she is prompted for the password.

The GroupWise client includes several options that users can choose from to enable them to log in without providing a password. These options, located on the Security Options dialog box (GroupWise client > Tools menu > Options > Security), are described in the following table.

SAMNDCA630-07873213

DEFENDANT'S EXHIBIT NO. 324.0209

| GroupWise Client Option | Description |
|---|---|
| Remember My Password | This option is available only when running the GroupWise client on Windows 95/98. |
| | The GroupWise password is stored in the Windows password list. When GroupWise starts, it pulls the password from the list. |
| No Password Required with eDirectory | This option is available only when logged in to Novell eDirectory. |
| | When GroupWise starts, it automatically logs in to the GroupWise account associated with the user who is logged in to eDirectory at the workstation. No GroupWise password is required. |
| Use Novell Single Sign-On | This option is available only when using the Novell Single Sign-on product. |
| | When GroupWise starts, it uses the GroupWise password stored by Novell Single Sign-on. |

As shown in the table, these options will appear only if certain conditions are met, such as the user running on a Windows 95/98 workstation or having Novell Single Sign-on installed. If you don't want the option available to users even if the condition is met, you can disable the option. Doing so removes it from the GroupWise client's Password dialog box.

To disable one or more of the password options:

**1** In ConsoleOne, click a Domain object if you want to disable password options for all users in the domain.

or

Click a Post Office object if you want to disable password options for all users in the post office.

or

Click a User object or GroupWise External Entity object if you want to disable password options for the individual user.

**2** With the appropriate GroupWise object selected, click Tools menu > GroupWise Utilities > Client Options to display the GroupWise Client Options dialog box.



**3** Click Security to display the Security Options dialog box.

SAMNDCA630-07873214



**4** On the Password tab, deselect Allow Password Caching if you don't want Windows 95/98 users to be able to use the GroupWise client's Remember My Password option.

**5** Deselect Allow eDirectory Authentication Instead of Password if you don't want eDirectory users to be able to use the GroupWise client's No Password Required with eDirectory option.

**6** Deselect Allow Novell Single Sign-on if you don't want Single Sign-on users to be able to use the GroupWise client's Use Novell Single Sign-on option.

**7** Click OK to save your changes.

For more information about addressing formats, see Chapter , "Internet-Style Addressing," on page 87.

# Managing E-Mail Addresses

To ensure that user addresses meet your needs, GroupWise enables you to determine the format and visibility of addresses, as well as create additional names for users. The following sections provide details:

* "Changing a User's Internet Addressing Settings" on page 210
* "Changing a User's Visibility in the Address Book" on page 212
* "Creating a Nickname for a User" on page 213

## Changing a User's Internet Addressing Settings

By default, a user inherits his or her Internet address settings (preferred Internet address format, allowed address formats, and Internet domain name) from the user's post office, domain, or GroupWise system. If necessary, you can override these settings for individual users.

**1** In ConsoleOne, right-click the User object (or GroupWise External Entity object), then click Properties.

**2** Click GroupWise > Internet Addressing to display the Internet Addressing page.

SAMNDCA630-07873215

DEFENDANT'S EXHIBIT NO. 324.0211



**3** To override one of the settings, select the Override box, then change the setting.

**Preferred Address Format:** The preferred address format determines how the user's address will be displayed in the GroupWise Address Book and in sent messages.

At the user and resource level, the preferred address format can be completely overridden by explicitly defining the user portion of the address format (*user@Internet domain name*). The user portion can include any RFC-compliant characters (no spaces, commas, and so forth).

For example, if you've selected *First Name.Last Name@Internet domain name* as your system's preferred address format and you have two John Petersons, each on a different post office in your system, you would end up two users having the same address (John.Peterson@novell.com). You could use this field to differentiate them by including their middle initials in their addresses (John.S.Peterson@novell.com and John.A.Peterson@novell.com).

**Allowed Address Formats:** The allowed address formats determine which address formats can be used to send messages to the user. For example, using John Peterson as the user, Research as the post office, and novell.com as the Internet domain, if you select all five formats, John Peterson would receive messages sent using any of the following addresses:

jpeterson.research@novell.com

jpeterson@novell.com

john.peterson@novell.com

peterson.john@novell.com

jpeterson@novell.com

**Internet Domain Name:** The Internet domain name, along with the preferred address format, is used when constructing the e-mail address that is displayed in the GroupWise Address Book and in the To field of sent messages.

Only the Internet domain names that have been defined are displayed in the list. Internet domain names must be defined at the system level (Tools menu > GroupWise System Operations > Internet Addressing). For more information, see "Internet-Style Addressing" on page 87.

If you override the Internet domain name, the For Incoming Mail, Recipients are Known Exclusively by This Internet Domain Name becomes available. Enable this option if you only

SAMNDCA630-07873216

DEFENDANT'S EXHIBIT NO. 324.0212

want the user to be able to receive messages addressed with this Internet domain name. If you don't enable this option, the user will receive messages addressed using any of the Internet domain names assigned to your GroupWise system.

**4** Click OK to save your changes.

## Changing a User's Visibility in the Address Book

A user's visibility level determines the extent to which the user's address is visible throughout your GroupWise system. You can make the user visible in the Address Book throughout your entire GroupWise system, you can limit visibility to the user's domain or post office only, or you can make it so that no users can see the user in the Address Book.

Making a user visible in the Address Book simply makes it easier to address items to the user. However, regardless of a user's visibility, other users can send items to the user if they know the user's GroupWise user ID.

**1** In ConsoleOne, right-click the User object (or GroupWise External Entity object), then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** In the Visibility field, select the desired visibility level.

**System (Default):** All users in your GroupWise system will be able to see the user's information in the Address Book.

**Domain:** Only users in the same domain as the user will be able to see the user's information in the Address Book.

**Post Office:** Only users in the same post office as the user will be able to see the user's information in the Address Book.

**None:** No users will be able to see the user's information in the Address Book. Users will need to know the user's GroupWise user ID to send items to him or her.

**4** Click OK to save your changes.

SAMNDCA630-07873217

## Creating a Nickname for a User

Each user has a specific GroupWise address consisting of the user's ID, post office, and domain (*user_ID.post_office.domain*). You can assign one or more nicknames to a user to give the user an alternate address. Each part of the address (*user_ID*, *post_office*, and *domain*) can be different than the user's actual address.

For example, you might want to create a nickname for a user you have just moved (see "Moving GroupWise Accounts" on page 198) or renamed (see "Renaming Users and Their GroupWise Accounts" on page 206). The nickname, which would be the user's old address, would ensure that any use of the old address would result in the new address being used instead.

Nicknames are not displayed in the Address Book, which means users will need to know the nickname to use it.

To manually create a nickname for a user:

**1** In ConsoleOne, right-click the User object or GroupWise External Entity object, then click Properties.

**2** Click GroupWise > Nicknames to display the Nicknames page.



**3** Click Add to display the Create Nickname dialog box.



**4** Fill in the following fields:

SAMNDCA630-07873218

**Domain.PO:** Select the post office where you want to assign the nickname. This can be any post office in your GroupWise system; it does not have to be the user's post office.

**Object ID:** Enter the name to use as the *user ID* portion of the nickname. The nickname must be unique.

**Visibility:** This field does not apply to nicknames. Nicknames are not displayed in the Address Book. To use a nickname, a message sender must enter the nickname's address.

**Given Name:** Enter the user's given (first) name.

**Last Name:** Enter the user's last name.

**Expiration Date:** If you want the nickname to no longer work after a certain date, click Enable and then select the desired date.

**5** Click OK to add the nickname to the list.

**6** Click OK to save the changes to the User object or GroupWise External Entity object.

To have nicknames created automatically whenever you move a user, see "System Preferences" on page 44.

# Checking GroupWise Account Usage

You can identify GroupWise accounts that have been inactive for a specified period of time. See "Auditing Mailbox License Usage in the Post Office" on page 180.

You can measure message traffic from individual GroupWise mailboxes. See "User Traffic Report" on page 933.

# Disabling and Enabling GroupWise Accounts

You can disable a GroupWise account so that the user cannot access his or her mailbox until you enable the account again. This might be necessary if you need to perform database maintenance on the user's mailbox or when a user leaves the company and no longer needs access to the mailbox.

**1** In ConsoleOne, right-click the User object (or GroupWise External Entity object), then click Properties.

**2** Click GroupWise > Account to display the Account page.

SAMNDCA630-07873219

DEFENDANT'S EXHIBIT NO. 324.0215



**3** Select Disable Logins, then click OK.

**4** To enable the user's account when access is again permitted, deselect Disable Logins, then click OK.

While a user's account is disabled, other users to whom proxy rights have been granted can still access the mailbox. This is convenient for reviewing the contents of the mailbox of a departed employee and pulling out those messages that are of use to the incoming employee.

# Removing GroupWise Accounts

You can remove a user's GroupWise account by deleting or expiring it. Deleting an account removes the entire account (address, mailbox, items, and so forth) from the GroupWise system. Expiring an account deactivates the account so that it cannot be accessed, but does not remove it from the system. The following sections provide information to help you delete or expire GroupWise accounts

- "Deleting a GroupWise Account" on page 215

- "Expiring a GroupWise Account" on page 217

- "Managing Expired or Expiring GroupWise Accounts" on page 218

If you delete a GroupWise account by accident, or need to retrieve a deleted account for some other reason, see "Recovering Deleted GroupWise Accounts" on page 384.

**NOTE:** When you remove a GroupWise account, any personal databases, such as an archive, a Caching mailbox, or a Remote mailbox, that are associated with the account are unaffected by the account deletion. Such databases are not located where ConsoleOne could delete them, so they must be deleted manually.

## Deleting a GroupWise Account

When you delete a user's GroupWise account, the user's mailbox is deleted and the user is removed from the GroupWise system. If the user owns library documents, see "Ensuring that a User's Library Documents Remain Accessible" on page 216 before deleting the user. Otherwise, refer to one of the following sections:

- "Deleting an eDirectory User's GroupWise Account" on page 216

- "Deleting a Non-eDirectory User's GroupWise Account" on page 217

SAMNDCA630-07873220

**Ensuring that a User's Library Documents Remain Accessible**

When you delete a user's GroupWise account, GroupWise does not delete any library documents to which the user has Author or Creator status. These documents remain in the library as "orphaned" documents, meaning that no one can access the documents.

If you or other users need access to the documents, you have the following choices:

- Rather than deleting the user, change the user's GroupWise mailbox password so that he or she can't log in. Other users will be able to continue accessing the documents, and you can log in as the user to manage the documents. For information about changing a user's password, see "Creating or Changing a Mailbox Password" on page 207.

- Rather than deleting the user or changing the user's password, disable the user's ability to log in. This is done on the user's GroupWise Account page (User object > GroupWise tab > Accounts page > Disable Logins).

- Delete the user, then reassign the orphaned documents to another user. For information, see "Analyzing and Fixing Library and Document Information" on page 360.

**Deleting an eDirectory User's GroupWise Account**

**1** Make sure the user has exited GroupWise and GroupWise Notify.

**2** Make sure the POA (for the user's post office) is running. If the POA is not running, the user's mailbox will not be deleted until the next time the POA runs.

**3** In ConsoleOne, right-click the User object, then click Delete.

or

Select multiple User objects, right-click the selected object, then click Delete.

**4** Click Yes to display the Delete User Options dialog box.



**5** In the GroupWise Account box, select Delete.

**6** In the eDirectory Account box, deselect Delete.

**7** Click OK to delete the eDirectory user's GroupWise account.

or

If you selected multiple User objects, click OK to All to apply the same deletion options to all accounts. If you click OK rather than OK to All, you can select deletion options for each account individually as it is deleted.

**8** If a user was a resource owner, the following dialog box appears. Select a new user to be the resource's owner, then click OK.

SAMNDCA630-07873221



### Deleting a Non-eDirectory User's GroupWise Account

Non-eDirectory users are given GroupWise accounts by adding the users to eDirectory as GroupWise external entities (see "Creating GroupWise Accounts for Non-eDirectory Users" on page 195). You remove a non-eDirectory user's GroupWise account by deleting the user's GroupWise External Entity object from eDirectory. (Remember that external entities do have eDirectory objects, but they are not considered eDirectory users for licensing purposes.)

As with eDirectory users, when you remove a non-eDirectory user's GroupWise account, the user's mailbox is deleted and the user is removed from the GroupWise system.

To delete a non-eDirectory user's GroupWise account:

**1** Make sure the user has exited GroupWise and GroupWise Notify.

**2** Make sure the POA (for the user's post office) is running. If the POA is not running, the user's mailbox will not be deleted until the next time the POA runs.

**3** In ConsoleOne, right-click the user's GroupWise External Entity object, then click Delete.

**4** Click Yes to confirm the deletion.

## Expiring a GroupWise Account

Rather than delete a user's GroupWise account, you can expire the account. The account, including the user's mailbox and all items, remains in GroupWise but cannot be accessed by the user. If necessary, the user's account can be reactivated at a later date (see "Managing Expired or Expiring GroupWise Accounts" on page 218). This option is useful for providing GroupWise accounts to temporary or contract employees who come and go.

You can set a user's GroupWise account to expire immediately or at a future date and time.

**1** Make sure the user has exited GroupWise and GroupWise Notify.

**2** In ConsoleOne, right-click the User object or GroupWise External Entity object with the account you want to expire, then click Properties.

**3** Click GroupWise > Account to display the Account page.

SAMNDCA630-07873222



**4** In the Expiration Date field, select the Enable check box to turn on the option.

**5** If you want the account to expire immediately, leave the date and time set to the current date and time.

or

If you want the account to expire at a later date, select the desired date and time.

**6** Click OK.

**NOTE:** To immediately expire an account assigned to an eDirectory user, you can also right-click the User object, click Delete, select the Expire GroupWise Account option, then click OK. This method is not available for non-eDirectory (GroupWise External Entity) users.

## Managing Expired or Expiring GroupWise Accounts

Expired GroupWise accounts remain expired until you reactivate them or delete them. Refer to the following sections for information to help you manage expired accounts:

 * "Identifying Expired or Expiring Accounts" on page 218
 * "Changing an Account's Expiration Date" on page 219
 * "Reactivating an Expired Account" on page 220

### Identifying Expired or Expiring Accounts

Rather than search through all your User or GroupWise External Entity objects in eDirectory to identify which ones have expired or expiring accounts, you can use the Expired Records option to quickly list expired accounts for your entire system, a single domain, or a single post office. Depending on the date you choose, you can see expired accounts only or both expired and expiring accounts.

**1** In the GroupWise View, select the post office, domain, or GroupWise system that contains the accounts you want to view.

**2** Click Tools > GroupWise Utilities > Expired Records to display the Expired Records dialog box.

SAMNDCA630-07873223



The Expired As Of field defaults to the current date. Only accounts that have expired as of this date are displayed in the list. To see accounts that will expire in the future, you need to change the date in the Expired As Of field.

**3** To change the date in the Expired As Of field, click View Date, enter the desired date, then click OK.

For example, in the dialog box shown above, the current date is 6/6/01 (June 6, 2001). To see what accounts will expire by June 30, 2001, you would change the Expired As Of date to 6/30/01.

**4** When finished viewing expired or expiring accounts, click OK to close the Expired Accounts dialog box.

### Changing an Account's Expiration Date

**1** In ConsoleOne, right-click the User object or GroupWise External Entity object, then click Properties.

**2** Click GroupWise > click Account to display the Account page.



SAMNDCA630-07873224

**3** In the Expiration Date field, change the time and date.

**4** Click OK.

## Reactivating an Expired Account

**1** In ConsoleOne, right-click the User object or GroupWise External Entity object with the expired GroupWise account, then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** In the Expiration Date field, deselect the Enable check box to turn off the option.

**4** Click OK.

SAMNDCA630-07873225

DEFENDANT'S EXHIBIT NO. 324.0221

# V

# Resources

Chapter 15, "Creating Resources," on page 223
Chapter 16, "Managing Resources," on page 227

**SAMNDCA630-07873226**

DEFENDANT'S EXHIBIT NO. 324.0222

SAMNDCA630-07873227

DEFENDANT'S EXHIBIT NO. 324.0223

# 15 Creating Resources

A resource is an item or place, such as a computer, company vehicle, or conference room, that users can schedule or check out.

- "Understanding Resources" on page 223
- "Planning Resources" on page 224
- "Creating a New Resource" on page 224

## Understanding Resources

The following sections provide information to help you learn about GroupWise[R] resources:

- "Resource Objects" on page 223
- "Resource Types" on page 223
- "Resource Mailboxes" on page 223
- "Resource Owners" on page 224

### Resource Objects

Each resource you want to make available must be added as a Resource object in Novell[R] eDirectory™. The name that you give the Resource object becomes the name by which the resource is displayed in the GroupWise Address Book.

Resource objects can be located in any eDirectory container that is in the same tree as the resource's domain.

### Resource Types

You can identify the resource as a general resource or as a place. When a user schedules a resource that is defined as a place, the resource description is automatically added to the Place field in the appointment.

### Resource Mailboxes

Like a user, a resource must be assigned to a post office so that it can be given an account (address, mailbox, and so forth). You assign the resource to a post office when you create the Resource object.

A resource's account enables it to receive scheduling requests (sent as appointments). The owner assigned to the resource can go into the resource's mailbox to accept or decline the requests. For example, you might want to have all your conference rooms defined as resources. When sending a meeting appointment, users could schedule the conference room as well as the meeting attendees.

SAMNDCA630-07873228

The resource, just like the other users scheduled for the meeting, would receive an appointment in its mailbox which could be accepted or declined by the owner.

When scheduling a resource, users can perform a busy search to see when the resource is available.

Even though a resource is assigned to a single post office, all users in your GroupWise system can schedule the resource.

Resources can receive all item types (mail messages, phone messages, appointments, tasks, and notes). Generally, if your purpose in defining resources is to allow them to be scheduled through GroupWise, they will only receive appointments.

## Resource Owners

When you create a resource, you assign an owner to it. The owner must belong to the same post office as the resource and will be responsible for accepting or declining requests to schedule the resource. The owner can do this by proxying the resource's mailbox and physically opening the scheduling requests, or by setting up rules to manage the resource automatically.

The owner automatically receives proxy rights to the resource's mailbox. The owner can also grant proxy rights to another user to manage the resources.

For information about how owners can manage resources, see "Owning Resources" in "Managing Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide*.

# Planning Resources

Before creating a new resource, make sure that the user who will own the resource has been created and belongs to the same post office where you are planning to create the resource.

# Creating a New Resource

**1** In ConsoleOne[R], right-click the container where you want to create the Resource object > click New > Resource to display the Create GroupWise Resource dialog box.



**2** Fill in the following fields:

**Resource Name:** Enter a descriptive name. Because the name is used as part of the resource's GroupWise address, do not use any of the following invalid characters in the resource name:

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

SAMNDCA630-07873229

**GroupWise Post Office:** Select the post office where the resource will be located.

**Owner:** Select the user who will be responsible for accepting or declining requests to use the resource. The owner must have a GroupWise account on the same post office as the resource.

**3** Select Define Additional Properties, then click OK.



**4** On the Identification page, fill in the following fields:

**Description:** Enter a description that will help users identify the use of the resource. The description will be displayed if the user chooses to view information about the resource in the Address Book.

If you define the resource type as a place, the description is automatically added to the Place field in the appointment. A good description can help users locate the place more easily.

**Visibility:** Select the level at which the resource will be visible in the Address Book. System causes the resource to be visible to all users in your GroupWise system. Domain causes the resource to be visible to all users in the same domain as the resource. Post Office causes the resource to be visible to all users on the same post office as the resource. None causes the resource to not be visible at any level. However, even if the resource is not displayed in a user's Address Book, he or she can schedule the resource by typing the resource name in an appointment's To field.

**Type:** You can identify the resource as a general resource or as a place. When a user schedules a resource that is defined as a place, the resource description is automatically added to the Place field in the appointment.

**Phone:** If the resource has a telephone number associated with it, such as a conference room with a telephone number, enter the phone number.

**5** Click OK to save the resource information.

SAMNDCA630-07873230

DEFENDANT'S EXHIBIT NO. 324.0226

SAMNDCA630-07873231

DEFENDANT'S EXHIBIT NO. 324.0227

# 16 Managing Resources

The following sections provide information to help you manage the resources in your GroupWise®
system:

- "Changing a Resource's Owner" on page 227
- "Adding a Resource to a Distribution List" on page 228
- "Moving a Resource" on page 229
- "Renaming a Resource" on page 230
- "Deleting a Resource" on page 230
- "Managing E-Mail Addresses" on page 230

A resource's mailbox, just like a user's mailbox, is a combination of the information stored in its
user database and the message databases located at its post office. Occasionally, you might want
to perform maintenance tasks on the resource's mailbox to ensure the integrity of the databases.
For details about performing maintenance on a resource's mailbox, see Chapter 27, "Maintaining
User/Resource and Message Databases," on page 353.

## Changing a Resource's Owner

You can change a resource's owner whenever necessary. The owner must be a user assigned to the
same post office as the resource. If you need to give ownership of the resource to a user on a
different post office, you must move the resource to that post office. For details, see "Moving a
Resource" on page 229.

The new owner automatically receives proxy rights to the resource's mailbox. Proxy rights are
removed for the old owner.

**1** In ConsoleOne®, right-click the Resource object, then click Properties.

SAMNDCA630-07873232



**2** On the Identification page, browse to and select the new owner, then click OK to display the user's name in the Owner field.

**3** Click OK to save your changes.

# Adding a Resource to a Distribution List

Just like users, resources can be added to distribution lists.

**1** In ConsoleOne, right-click the Resource object, then click Properties.

**2** Click GroupWise > Distribution Lists to display the Distribution Lists page.



**3** Click Add, select the distribution list that you want to add the resource to, then click OK.

SAMNDCA630-07873233



By default, the resource is added as a primary recipient (To: recipient).

**4** If you want to change the resource's recipient type, select the distribution list, click Participation, then click To, CC, or BC.

**5** Click OK to save your changes.

# Moving a Resource

If necessary, you can move a resource from one post office to another. For example, you might need to move a resource if you are removing the resource's post office or if you need to reassign ownership of the resource to a user on another post office.

The resource retains the same name in the new post office as it has in the current post office. If another user, resource, or distribution list assigned to the new post office has the same name, you will need to rename one of them before you move the resource. For details, see "Renaming a Resource" on page 230.

When you move the resource, all items in its mailbox are moved to the new post office, which means that all schedules for the resource are kept intact.

To move a resource:

**1** In ConsoleOne, right-click the Resource object in the GroupWise View, then click Move to display the GroupWise Move dialog box.

**IMPORTANT:** You must select the Resource object in the GroupWise View. If you select the object in the standard ConsoleOne View, you will move the Resource object from one container to another, not the resource from one post office to another.



**2** Select the post office to which you want to move the resource, then click OK to display the Choose New Owner dialog box.

SAMNDCA630-07873234



**3** Select the user who will be the resource's owner, then click OK to move the resource.

## Renaming a Resource

Situations might arise where you need to give a resource a new name. For example, you might need to move the resource to another post office that already has a user, resource, or distribution list with the same name.

**1** In ConsoleOne, right-click the Resource object in the GroupWise View, then click Rename to display the Rename dialog box



**2** In the New Name field, enter the new name for the resource.

**3** Make sure the Save Old Name box is not checked. Saving the old name will cause duplicate resources to appear in the Address Book.

**4** Click OK to rename the resource.

## Deleting a Resource

When you delete a resource, all information is removed for the resource, including any schedules that have been established for the resource.

**1** In ConsoleOne, right-click the Resource object, then click Delete.

**2** Click Yes to confirm the deletion.

## Managing E-Mail Addresses

To ensure that resource addresses meet your needs, GroupWise enables you to determine the format and visibility of addresses, as well as create additional names for resources. The following sections provide details:

- "Changing a Resource's Internet Addressing Settings" on page 231
- "Changing a Resource's Visibility in the Address Book" on page 232
- "Creating a Nickname for a Resource" on page 233

SAMNDCA630-07873235

DEFENDANT'S EXHIBIT NO. 324.0231

## Changing a Resource's Internet Addressing Settings

By default, a resource inherits its Internet address settings (preferred Internet address format, allowed address formats, and Internet domain name) from its post office, domain, or GroupWise system. If necessary, you can override these settings.

**1** In ConsoleOne, right-click the Resource object, then click Properties.

**2** Click GroupWise, then click Internet Addressing to display the Internet Addressing page.



**3** To override one of the settings, select the Override box, then change the setting.

**Preferred Address Format:** The preferred address format determines how the resource's address will be displayed in the GroupWise Address Book and in sent messages.

At the resource level, only three preferred address formats are available. The address formats that include first name, last name, and first initial do not apply to resources, so they are not available.

You can completely override the address format by explicitly defining the user portion of the address (*user@Internet domain name*). The user portion can include any RFC-compliant characters (no spaces, commas, and so forth).

**Allowed Address Formats:** The allowed address formats determine which address formats can be used to send messages to the resource.

Only the *UserID.Post Office@Internet domain name* and *UserID@Internet domain name* formats are valid for resources. The formats that include first name, last name, and first initial are not valid.

For example, using R1 as the resource ID, Research as the post office, and novell.com as the Internet domain, if you select the two valid formats, the resource would receive messages sent using either of the following addresses:

r1.research@novell.com
r1@novell.com

SAMNDCA630-07873236

DEFENDANT'S EXHIBIT NO. 324.0232

**Internet Domain Name:** The Internet domain name, along with the preferred address format, is used when constructing the e-mail address that is displayed in the GroupWise Address Book and in the To field of sent messages.

Only the Internet domain names that have been defined are displayed in the list. Internet domain names must be defined at the system level (Tools menu > GroupWise System Operations > Internet Addressing). For more information, see "Internet-Style Addressing" on page 87.

If you override the Internet domain name, the For Incoming Mail, Recipients are Known Exclusively by This Internet Domain Name becomes available. Enable this option if you only want the resource to be able to receive messages addressed with this Internet domain name. If you don't enable this option, the resource will receive messages addressed using any of the Internet domain names assigned to your GroupWise system.

**4** Click OK to save your changes.

## Changing a Resource's Visibility in the Address Book

A resource's visibility level determines which users see the resource in their Address Books. You can control the availability of a resource by displaying it in the Address Books of all users in your GroupWise system, in the Address Books of those users in the resource's domain only, in the Address Books of those users on the resource's post office only, or in no Address Books. Even if the resource is not displayed in their Address Books, users can schedule the resource if they know the resource's name.

To change a resource's visibility:

**1** In ConsoleOne, right-click the Resource object, then click Properties.



**2** In the Visibility field, select the desired visibility level.

**System:** The resource will be displayed in the Address Books of all users in your GroupWise system.

**Domain:** The resource will be displayed in the Address Books of all users in the resource's domain.

SAMNDCA630-07873237

DEFENDANT'S EXHIBIT NO. 324.0233

**Post Office:** The resource will be displayed in the Address Books of all users on the resource's post office.

**None:** The resource will not be displayed in any Address Books. Users will need to know the resource's name to schedule it.

**3** Click OK to save your changes.

## Creating a Nickname for a Resource

Each resource has a specific GroupWise address consisting of the resource's name, post office, and domain (*resource_name.post_office.domain*). You can assign one or more nicknames to a resource to give it an alternate address. Each part of the address (*resource_name*, *post_office*, and *domain*) can be different than the resource's actual address.

For example, you might want to create a nickname for a resource you have just moved (see "Moving a Resource" on page 229) or renamed (see "Renaming a Resource" on page 230). The nickname, which would be the resource's old address, would ensure that any appointments sent to the old address would be routed to the new address.

Nicknames are not displayed in the Address Book, which means users will need to know the nickname to use it. In addition, nicknames are not valid Internet addresses. For example, Internet users cannot schedule a resource by sending a message to *nickname@host*.

To create a nickname for a resource:

**1** In ConsoleOne, right-click the Resource object, then click Properties.

**2** Click GroupWise > Nicknames to display the Nicknames page.



**3** Click Add to display the Create Nickname dialog box.

SAMNDCA630-07873238

DEFENDANT'S EXHIBIT NO. 324.0234



**4** Fill in the following fields:

**Domain.PO:** Select the post office to which you want to assign the nickname. This can be any post office in your GroupWise system; it does not need to be the resource's post office.

**Object ID:** Enter the name to use as the *resource_name* portion of the nickname.

**Visibility:** Ignore this field. It is not used for nicknames.

**Given Name:** Ignore this field. It is not used for resource nicknames.

**Last Name:** Ignore this field. It is not used for resource nicknames.

**Expiration Date:** If you want the nickname to no longer work after a certain date, click Enable and then select the desired date.

**5** Click OK to add the nickname to the list.

**6** Click OK to save the changes to the Resource object.

SAMNDCA630-07873239

DEFENDANT'S EXHIBIT NO. 324.0235



# Distribution Lists, Groups, and Organizational Roles

Chapter 17, "Understanding Distribution Lists, eDirectory Groups, and Organizational Roles," on page 237

Chapter 18, "Creating and Managing Distribution Lists," on page 239

Chapter 19, "Using eDirectory Groups as Distribution Lists," on page 251

Chapter 20, "Using Organizational Roles as GroupWise Distribution Lists," on page 255

SAMNDCA630-07873240

DEFENDANT'S EXHIBIT NO. 324.0236

SAMNDCA630-07873241

DEFENDANT'S EXHIBIT NO. 324.0237

# 17

## Understanding Distribution Lists, eDirectory Groups, and Organizational Roles

GroupWise distribution lists and Novell[K] eDirectory™ groups are sets of users and resources that can be addressed as a single entity. When a GroupWise user addresses an item (message, appointment, task, or note) to a distribution list, eDirectory group, or organization role, each user or resource that is a member receives a copy of the item.

The following sections provide information to help you learn about distribution lists, eDirectory groups, and organizational roles:

- "Public vs. Personal Address Lists" on page 237
- "Distribution Lists" on page 237
- "eDirectory Groups and Organizational Roles" on page 238

## Public vs. Personal Address Lists

Distribution lists and eDirectory groups are public address lists, meaning that they are administrator-defined lists available to all users in your GroupWise system.

If users want to create personal address lists, they can create personal groups in the GroupWise client. When a user creates personal groups, the groups are saved in his or her mailbox and are available for use only by that user. They cannot be shared by, or transferred to, other users.

If a user wants to send to all users in a particular post office or domain, he or she can use wildcard addressing, if it has been enabled. See "Wildcard Addressing" on page 100.

## Distribution Lists

A distribution list is specific to GroupWise. It is a public address list that you, as the GroupWise administrator, can create to facilitate easier addressing within your GroupWise system. Distribution lists can only contain users that have GroupWise accounts.

Each distribution list you want to create must be added as a Distribution List object in eDirectory. The name that you give the Distribution List object becomes the name by which the distribution list is displayed in the GroupWise Address Book.

Distribution list objects can be located in any eDirectory container that is in the same tree as the distribution list's domain.

Because a distribution list is an addressable entity, you must assign it to a post office when you create it. This ensures that the distribution list has a standard GroupWise address (*distribution list name.post office.domain*).

SAMNDCA630-07873242

DEFENDANT'S EXHIBIT NO. 324.0238

Regardless of the distribution list's post office, all GroupWise users can use the distribution list when addressing a message.

You can determine which users see the distribution list in the Address Book. System visibility enables all users in your GroupWise system to see the distribution list. Domain visibility enables all users in the distribution list's domain to see the distribution list. Post Office visibility enables all users in the distribution list's post office to see the distribution list. Setting the visibility level to None means that no users will see the distribution list in the Address Book.

Users who cannot see the distribution list in the Address Book can still use the distribution list by typing the distribution list name in the To field of the message.

A distribution list can contain users and resources as well as other distribution lists, groups, and organizational roles. Members do not need to be on the same post office as the distribution list's post office.

For details about distribution lists, see Chapter 18, "Creating and Managing Distribution Lists," on page 239.

# eDirectory Groups and Organizational Roles

eDirectory groups and organizational roles are general eDirectory objects that can be created to facilitate easier administration of eDirectory users who have common needs or who share a common role or responsibility.

If you have eDirectory groups or organizational roles that you want GroupWise users to be able to address messages to, you need to make them available in your GroupWise system. When doing so, you can choose the groups and roles that you want available, and choose which users they will be available to.

If a group or role contains both eDirectory users with GroupWise accounts and eDirectory users without GroupWise accounts, only those users with GroupWise accounts will receive messages addressed to the group or role.

As mentioned previously, Group and Organizational Role objects are not specific to GroupWise. For information about creating these objects, see your eDirectory documentation.

The name given to the Group object or Organizational Role object becomes the name by which the it is displayed in the GroupWise Address Book when you make it available. You make a group or role available in your GroupWise system by assigning it to a post office. This ensures that the group or role has a standard GroupWise address (*name.post office.domain*). Regardless of the post office where the group or role is assigned, all GroupWise users can use it when addressing a message.

You can determine which users see the group or role in the Address Book. System visibility enables all users in your GroupWise system to see the group or role. Domain visibility enables all users in the distribution list's domain to see the group or role. Post Office visibility enables all users in the distribution list's post office to see the group or role. Setting the visibility level to None means that no users will see the group or role in the Address Book.

Users who cannot see the group or role in the Address Book can still use it by typing the name in the To field of the message.

SAMNDCA630-07873243

DEFENDANT'S EXHIBIT NO. 324.0239

# 18 Creating and Managing Distribution Lists

A GroupWise™ distribution list can contain GroupWise users, resources, and other distribution lists. When creating the distribution list, you can determine each entry's participation in the list (primary recipient, carbon copy recipient, or blind copy recipient).

* "Creating a New Distribution List" on page 239
* "Adding Members to a Distribution List" on page 242
* "Removing Members from a Distribution List" on page 243
* "Moving a Distribution List" on page 243
* "Renaming a Distribution List" on page 244
* "Deleting a Distribution List" on page 244
* "Managing E-Mail Addresses" on page 244
* "Adding External Users to a Distribution List" on page 248

## Creating a New Distribution List

**1** In ConsoleOne™, right-click the eDirectory container where you want to create the Distribution List object, then click New > Distribution List.



**2** Fill in the following fields:

**Distribution List Name:** Enter a descriptive name. Because the name is used as part of the distribution list's GroupWise address, do not use any of the following invalid characters in the distribution list name:

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

SAMNDCA630-07873244

**GroupWise Post Office:** Select the post office the distribution list will be assigned to. The distribution list can contain members of other post offices.

**3** Select Define Additional Properties, then click OK.



**4** On the Identification page, fill in the following fields:

**Description:** Enter a description that will help you identify the purpose or members of the distribution list.

**Visibility:** Select the level at which the distribution list will be visible in the Address Book. System enables the distribution list to be visible to all users in your GroupWise system. Domain enables the distribution list to be visible to all users in the same domain as the distribution list. Post Office enables the distribution list to be visible to all users on the same post office as the distribution list. Setting the visibility level to None means that no users will see the distribution list in the Address Book. However, even if the distribution list is not displayed in a user's Address Book, he or she can use the distribution list by typing the distribution list's name in a message's To field.

**5** Click GroupWise > Membership to display the Membership page.

SAMNDCA630-07873245

DEFENDANT'S EXHIBIT NO. 324.0241



**6** Click Add, select the user, resource, distribution list, eDirectory group, or organizational role you want to add as a member, then click OK to add the member to the list.



By default, the member is added as a primary recipient (To: recipient).

**7** If you want to change the member's recipient type, select the member, click Participation, then click To, CC, or BC.

**8** Repeat Step 6 and Step 7 to add additional members.

**9** Click OK to save your changes.

SAMNDCA630-07873246

# Adding Members to a Distribution List

Distribution lists can contain users, resources, groups, organizational roles, and other distribution lists.

**1** In ConsoleOne<sup>®</sup>, right-click the Distribution List object, then click Properties.

**2** Click GroupWise > Membership to display the Membership page.



**3** Click Add, select the user, resource, distribution list, group, or organizational role you want to add as a member, then click OK to add the member to the list.

If you want to add an external user that is not listed for selection, see "Adding External Users to a Distribution List" on page 248.



By default, the selected member is added as a primary recipient (To: recipient).

SAMNDCA630-07873247

**4** If you want to change the member's recipient type, select the member, click Participation, then click To, CC, or BC.

**5** Repeat Step 3 and Step 4 to add additional members.

**6** Click OK to save your changes.

Distribution lists much be managed by an administrator in ConsoleOne. However, GroupWise client users can create shared address books and then create groups within those shared address books so that the groups are available to all users with whom the address book is been shared. The creator of the shared address book can give other users read only rights, or can choose to grant them additional rights for adding, editing, and deleting information. For more information about shared address books, see "Sharing an Address Book with Another User" in "Using the Address Book" in the GroupWise 6.5 Windows Client User Guide.

# Removing Members from a Distribution List

When you remove users' or resources' GroupWise accounts, delete groups, delete organizational roles, or delete distribution lists, they are automatically removed from any distribution lists in which they have membership.

To manually remove members from a distribution list:

**1** In ConsoleOne, right-click the Distribution List object, then click Properties.

**2** Click GroupWise > Membership to display the Membership page.

**3** Select the member you want to remove from the list, then click Delete.

# Moving a Distribution List

If necessary, you can move a distribution list from one post office to another. For example, you might need to move a distribution list from a post office you are removing.

The distribution list retains the same name on the new post office as it has on the current post office. If another user, resource, or distribution list assigned to the new post office has the same name, you will need to rename one of them before you move the distribution list. For details, see "Renaming a Distribution List" on page 244.

To move a distribution list:

**1** In ConsoleOne, right-click the Distribution List object in the GroupWise View, then click Move to display the GroupWise Move dialog box.

> **IMPORTANT:** You must select the Distribution List object in the GroupWise View. If you select the object in the standard Console View, you will move the Distribution List object from one container to another, not the distribution list from one post office to another.



**2** Select the post office to which you want to move the distribution list, then click OK to move the distribution list.

SAMNDCA630-07873248

DEFENDANT'S EXHIBIT NO. 324.0244

# Renaming a Distribution List

Situations might arise where you need to give a distribution list a new name. For example, you might need to move the distribution list to another post office that already has a user, resource, or distribution list with the same name.

To rename a distribution list:

**1** In ConsoleOne, right-click the Distribution List object in the GroupWise View, then click Rename to display the Rename dialog box.



**2** In the New Name field, enter the new name for the distribution list.

**3** Make sure the Save Old Name box is not checked. Saving the old name will cause duplicate distribution lists to appear in the Address Book.

**4** Click OK to rename the distribution list.

# Deleting a Distribution List

To delete a single distribution list:

**1** In ConsoleOne, right-click the Distribution List object, then click Delete.

**2** Click Yes to confirm the deletion.

To delete multiple distribution lists that belong to the same post office:

**1** In ConsoleOne, right-click the Post Office object, then click Properties.

**2** Click GroupWise > Distribution Lists.

**3** Select one or more distribution lists, then click Delete.

**4** Click OK to complete the deletion.

# Managing E-Mail Addresses

To ensure that distribution list addresses meet your needs, GroupWise enables you to determine the format and visibility of addresses, as well as create additional names for distribution lists. The following sections provide details:

- "Changing a Distribution List's Internet Addressing Settings" on page 245
- "Changing a Distribution List's Visibility in the Address Book" on page 246
- "Creating a Nickname for a Distribution List" on page 247

SAMNDCA630-07873249

## Changing a Distribution List's Internet Addressing Settings

By default, a distribution list inherits its Internet address settings (preferred Internet address format, allowed address formats, and Internet domain name) from its post office, domain, or GroupWise system. If necessary, you can override these settings for a distribution list.

**1** In ConsoleOne, right-click the Distribution List object, then click Properties.

**2** Click GroupWise, then click Internet Addressing to display the Internet Addressing page.



**3** To override one of the settings, select the Override box, then change the setting.

**Preferred Address Format:** The preferred address format determines how the distribution list's address will be displayed in the GroupWise Address Book and in sent messages.

At the distribution list level, only three preferred address formats are available. The address formats that include first name, last name, and first initial do not apply to distribution lists, so they are not available.

You can completely override the address format by explicitly defining the user portion of the address (*user@Internet domain name*). The user portion can include any RFC-compliant characters (no spaces, commas, and so forth).

**Allowed Address Formats:** The allowed address formats determine which address formats can be used to send messages to the distribution list.

Only the *UserID.Post Office@Internet domain name* and *UserID@Internet domain name* formats are valid for distribution lists. The formats that include first name, last name, and first initial are not valid.

For example, using DL1 as the distribution list ID, Research as the post office, and novell.com as the Internet domain, if you select the two valid formats, members of the distribution list would receive messages sent using either of the following addresses:

dl1.research@novell.com

dl1@novell.com

SAMNDCA630-07873250

DEFENDANT'S EXHIBIT NO. 324.0246

**Internet Domain Name:** The Internet domain name, along with the preferred address format, is used when constructing the e-mail address that is displayed in the GroupWise Address Book and in the To field of sent messages.

Only the Internet domain names that have been defined are displayed in the list. Internet domain names must be defined at the system level (Tools menu > GroupWise System Operations > Internet Addressing). For more information, see "Internet-Style Addressing" on page 87.

If you override the Internet domain name, the For Incoming Mail, Recipients are Known Exclusively by This Internet Domain Name becomes available. Enable this option if you only want the distribution list to be able to receive messages addressed with this Internet domain name. If you don't enable this option, the distribution list will receive messages addressed using any of the Internet domain names assigned to your GroupWise system.

**4** Click OK to save your changes.

## Changing a Distribution List's Visibility in the Address Book

A distribution list's visibility level determines which users see the distribution list in the Address Books. You can control the availability of a distribution list by displaying it in the Address Book for all users in your GroupWise system, in the Address Book for those users in the distribution list's domain only, in the Address Book for those users on the distribution list's post office only, or not displaying it at all. Even if the distribution list is not displayed in the Address Book, users can use the distribution list if they know its name.

To change a distribution list's visibility:

**1** In ConsoleOne, right-click the Distribution List object, then click Properties.



**2** In the Visibility field, select the desired visibility level.

**System:** The distribution list will be displayed in the Address Book for all users in your GroupWise system.

**Domain:** The distribution list will be displayed in the Address Book for all users in the distribution list's domain.

SAMNDCA630-07873251

DEFENDANT'S EXHIBIT NO. 324.0247

**Post Office:** The distribution list will be displayed in the Address Book for all users on the distribution list's post office.

**None:** The distribution list will not be displayed in the Address Book. Users will need to know the distribution list's name to use it.

**3** Click OK to save your changes.

## Creating a Nickname for a Distribution List

Each distribution list has a specific GroupWise address consisting of the distribution list's name, post office, and domain (*distribution list name.post office.domain*). You can assign one or more nicknames to a distribution list to give it an alternate address. Each part of the address (*distribution list name, post office*, and *domain*) can be different than the distribution list's actual address.

For example, you might want to create a nickname for a distribution list you have just moved (see "Creating a Nickname for a Distribution List" on page 247) or renamed (see "Renaming a Distribution List" on page 244). The nickname, which would be the distribution list's old address, would ensure that any use of the old address would result in the new address being used instead.

Nicknames are not displayed in the Address Book, which means users will need to know the nickname to use it. In addition, nicknames are not valid Internet addresses. For example, Internet users cannot address a message to *nickname@host*.

To create a nickname for a distribution list:

**1** In ConsoleOne, right-click the Distribution List object, then click Properties.

**2** Click GroupWise > Nicknames to display the Nicknames page.



**3** Click Add to display the Create Nickname dialog box.

SAMNDCA630-07873252



**4** Fill in the following fields:

**Domain.PO:** Select the post office where you want to assign the nickname. This can be any post office in your GroupWise system; it does not have to be the distribution list's post office.

**Object ID:** Enter the name to use as the *distribution list name* portion of the nickname.

**Visibility:** Ignore this field. Nicknames are not displayed in the Address Book.

**Given Name:** Ignore this field. It is not used for distribution list nicknames.

**Last Name:** Ignore this field. It is not used for distribution list nicknames.

**Expiration Date:** If you want the nickname to no longer work after a certain date, click Enable and then select the desired date.

**5** Click OK to add the nickname to the list.

**6** Click OK to save the changes to the Distribution List object.

# Adding External Users to a Distribution List

Members of distribution lists must have corresponding eDirectory objects. If you want to add user to a distribution list that do not belong to your GroupWise system, you must create objects to represent these external users within your GroupWise system.

* "Creating an External Domain" on page 248
* "Creating an External Post Office" on page 248
* "Creating an External User" on page 249

## Creating an External Domain

You create an external domain to represent the world outside your GroupWise system.

**1** In ConsoleOne, right-click GroupWise System, then click New > External Domain.

**2** Provide a unique name for the domain, then click OK.

## Creating an External Post Office

You create an external post office in the external domain to hold External User objects.

**1** In ConsoleOne, right-click the External Domain object, then click New > External Post Office.

**2** Provide a unique name for the post office, then click OK.

SAMNDCA630-07873253

DEFENDANT'S EXHIBIT NO. 324.0249

## Creating an External User

You create an external user so that it can be selected when adding members to a distribution list.

**1** In ConsoleOne, right-click the External Post Office object, then click New > External User.

**2** Provide a unique name for the user, then click OK.

**3** Right-click the new External User object, then click Properties.

**4** On the Identification page, fill in at least the first and last names.

**5** Click GroupWise > Internet Addressing.

**6** Select Override.

**7** Select the preferred addressing format depending on how you want e-mail to this user to be addressed.

or

Provide a custom address format.

**8** Click OK to save the user information.

**9** Follow the instructions in "Adding Members to a Distribution List" on page 242 to add the external user to a distribution list.

SAMNDCA630-07873254

DEFENDANT'S EXHIBIT NO. 324.0250

SAMNDCA630-07873255

# 19 Using eDirectory Groups as Distribution Lists

Novell® eDirectory™ groups can be configured to function as GroupWise® distribution lists.

- "Setting Up an eDirectory Group for Use in GroupWise" on page 251
- "Seeing Which Members of an eDirectory Group Have GroupWise Accounts" on page 252
- "Changing a Group's Visibility in the Address Book" on page 253
- "Moving a Group" on page 253
- "Renaming a Group" on page 254
- "Removing a Group from GroupWise" on page 254

## Setting Up an eDirectory Group for Use in GroupWise

By default, eDirectory groups are not automatically available for use as distribution lists in GroupWise. To make an eDirectory group available, you need to assign it to a GroupWise post office.

**1** In ConsoleOne®, right-click the Group object, then click Properties.

**2** Click GroupWise > Account to display the Account page.



**3** Fill in the following fields:

**Post Office:** Select the post office where you want to assign the group. You can choose any post office you want. If you plan to limit visibility of the group to users on a specific post

SAMNDCA630-07873256

office or in a specific domain, you should select that post office or a post office in the desired domain.

**Visibility:** Select the level at which the group will be visible in the Address Book. System enables the group to be visible to all users in your GroupWise system. Domain enables the group to be visible to all users in the same domain as the group. Post Office enables the group to be visible to all users on the same post office as the group. Setting the visibility to None means that the group will not be visible at any level. However, even if the group is not displayed in a user's Address Book, he or she can use the group by typing the group's name in a message's To field.

**4** Click OK to save the changes.

The group is now treated like a GroupWise distribution list and is visible in the GroupWise View when you filter on distribution lists.

When GroupWise users send messages to the group, only those group members who have GroupWise accounts will receive messages.

# Seeing Which Members of an eDirectory Group Have GroupWise Accounts

eDirectory groups can include members who have GroupWise accounts and members who do not have GroupWise accounts. When the group is used to address a message, only those members who have GroupWise accounts will receive the message.

To see which members have GroupWise accounts and which ones do not:

**1** In ConsoleOne, select the Group object, then click Tools > GroupWise Diagnostics > Display Object.



The top window displays the members who have GroupWise accounts. The bottom window displays all members.

**2** When you've finished viewing the information, click OK.

SAMNDCA630-07873257

# Changing a Group's Visibility in the Address Book

An eDirectory group's visibility level determines which users see the group in the Address Books. You can control the availability of a group by displaying it in the Address Book for all users in your GroupWise system, in the Address Book for those users in the group's domain only, in the Address Book for those users on the group's post office only, or not displaying it at all. Even if the group is not displayed in the Address Book, users can use the group if they know its name.

To change an eDirectory group's visibility in the GroupWise Address Book:

**1** In ConsoleOne, right-click the Group object, then click Properties.

**2** Click GroupWise > Account to display the Account page:



**3** In the Visibility field, select the desired visibility level.

**System:** The group will be displayed in the Address Book for all users in your GroupWise system.

**Domain:** The group will be displayed in the Address Book for all users in the group's domain.

**Post Office:** The group will be displayed in the Address Book for all users on the group's post office.

**None:** The group will not be displayed in the Address Book. Users will need to know the group's name to use it.

**4** Click OK to save your changes.

# Moving a Group

If necessary, you can move an eDirectory group from one post office to another. For example, you might need to move a group from a post office you are removing.

The group retains the same name on the new post office as it has on the current post office. If another object (user, resource, distribution list, group, or organizational role) assigned to the new post office has the same name, you will need to rename one of them before you move the group. For details, see "Renaming a Distribution List" on page 244.

SAMNDCA630-07873258

DEFENDANT'S EXHIBIT NO. 324.0254

To move an eDirectory group from one post office to another:

**1** In ConsoleOne, right-click the Group object in the GroupWise View, then click Move to display the GroupWise Move dialog box.

**IMPORTANT:** You must select the Group object in the GroupWise View. If you select the object in the standard Console View, you will move the Group object from one eDirectory container to another, not the group from one post office to another.



**2** Select the post office to which you want to move the group, then click OK to move the group.

# Renaming a Group

Situations might arise where you need to give an eDirectory group a new name. For example, you might need to move the group to another post office that already has an object (user, resource, distribution list, group, or organizational unit) with the same name.

When you rename an eDirectory group, you rename the Group object. This means that not only are you changing the name in GroupWise, but also in eDirectory.

**1** In ConsoleOne, right-click the Group object, then click Rename to display the Rename dialog box.



**2** In the New Name field, enter the new name for the group.

**3** Make sure the Save Old Name box is not checked. Saving the old name will cause duplicate groups to appear in the Address Book.

**4** Click OK to rename the group.

# Removing a Group from GroupWise

If you decide that you no longer want an eDirectory group to be a distribution list in GroupWise, you can remove its association with a GroupWise post office, so that it returns to being just an eDirectory group.

**1** In ConsoleOne, right-click the Group object, click Delete, then click Yes to confirm that you want to delete the object.

**2** In the eDirectory Account box, deselect Delete to retain the Group object in eDirectory.

The Delete option in the GroupWise Account box is selected by default and cannot be deselected.

**3** Click OK twice to complete the deletion.

SAMNDCA630-07873259

# 20 Using Organizational Roles as GroupWise Distribution Lists

Organizational roles can be configured to function as GroupWise distribution lists.

- "Setting Up an Organizational Role as a GroupWise Distribution List" on page 255
- "Seeing Which Members of an Organizational Role Have GroupWise Accounts" on page 256
- "Changing an Organizational Role's Visibility in the Address Book" on page 257
- "Moving an Organizational Role" on page 258
- "Renaming an Organizational Role" on page 258
- "Removing an Organizational Group from GroupWise" on page 259

## Setting Up an Organizational Role as a GroupWise Distribution List

By default, Novell® eDirectory™ organizational roles are not automatically available for use as distribution lists in GroupWise®. To make an organizational role available, you need to assign it to a GroupWise post office.

**1** In ConsoleOne®, right-click the Organizational Role object, then click Properties.

**2** Click the GroupWise tab to display the Identification page.



**3** Fill in the following fields:

SAMNDCA630-07873260

**Post Office:** Select the post office where you want to assign the organizational role. You can choose any post office you want. If you plan to limit visibility of the organizational role to users on a specific post office or in a specific domain, you should select that post office or a post office in the desired domain.

**Visibility:** Select the level at which the role will be visible in the Address Book. System enables the role to be visible to all users in your GroupWise system. Domain enables the role to be visible to all users in the same domain as the role. Post Office enables the role to be visible to all users on the same post office as the role. Setting the visibility to None means that the role will not be visible at any level. However, even if the role is not displayed in a user's Address Book, he or she can use the role by typing the role's name in a message's To field.

**4** Click OK to save the changes.

The organizational role is now treated like a GroupWise distribution list and is visible in the GroupWise View when you filter on distribution lists.

When GroupWise users send messages to the organization role, only those role members who have GroupWise accounts will receive messages.

# Seeing Which Members of an Organizational Role Have GroupWise Accounts

eDirectory organizational roles can include members who have GroupWise accounts and members who do not have GroupWise accounts. When the organizational role is used to address a message, only those members who have GroupWise accounts will receive the message.

To see which members have GroupWise accounts and which ones do not:

**1** In ConsoleOne, select the Organizational Role object, then click Tools > GroupWise Diagnostics > Display Object.



SAMNDCA630-07873261

DEFENDANT'S EXHIBIT NO. 324.0257

The top window displays the members who have GroupWise accounts. The bottom window displays all members.

**2** When you've finished viewing the information, click OK.

# Changing an Organizational Role's Visibility in the Address Book

An organizational role's visibility level determines which users see the role in the Address Books. You can control the availability of a role by displaying it in the Address Book for all users in your GroupWise system, in the Address Book for those users in the role's domain only, in the Address Book for those users on the role's post office only, or not displaying it at all. Even if the organizational role is not displayed in the Address Book, users can use the role if they know its name.

To change an organizational role's visibility in the GroupWise Address Book:

**1** In ConsoleOne, right-click the Organizational Role object, then click Properties.

**2** Click GroupWise > Identification to display the Identification page:



**3** In the Visibility field, select the desired visibility level.

**System:** The organizational role will be displayed in the Address Book for all users in your GroupWise system.

**Domain:** The organizational role will be displayed in the Address Book for all users in the role's domain.

**Post Office:** The organizational role will be displayed in the Address Book for all users on the role's post office.

**None:** The organizational role will not be displayed in the Address Book. Users will need to know the role's name to use it.

**4** Click OK to save your changes.

SAMNDCA630-07873262

# Moving an Organizational Role

If necessary, you can move an organizational role from one post office to another. For example, you might need to move an organizational role from a post office you are removing.

The organizational role retains the same name on the new post office as it has on the current post office. If another object (user, resource, distribution list, group, or organizational role) assigned to the new post office has the same name, you will need to rename one of them before you move the organizational role. For details, see "Renaming a Distribution List" on page 244.

To move an organizational role from one post office to another:

**1** In ConsoleOne, right-click the Organizational Role object in the GroupWise View, then click Move to display the GroupWise Move dialog box.

> **IMPORTANT:** You must select the Organizational Role object in the GroupWise View. If you select the object in the standard Console View, you will move the Organizational Role object from one eDirectory container to another, not the group from one post office to another.



**2** Select the post office to which you want to move the organizational role, then click OK to move the organizational role.

# Renaming an Organizational Role

Situations might arise where you need to give an organizational role a new name. For example, you might need to move the organizational role to another post office that already has an object (user, resource, distribution list, group, or organizational unit) with the same name.

When you rename an organizational role, you rename the Organizational Role object. This means that you are not only changing the name in GroupWise, but also in eDirectory.

To rename an organizational role:

**1** In ConsoleOne, right-click the Organizational Role object, then click Rename to display the GroupWise Rename dialog box.



**2** In the New Name field, enter the new name for the organizational role.

**3** Click OK to rename the organizational role.

SAMNDCA630-07873263

DEFENDANT'S EXHIBIT NO. 324.0259

# Removing an Organizational Group from GroupWise

If you decide that you no longer want an organizational role to be a public address list in GroupWise, you can remove its association with a GroupWise post office, so that it returns to being just an eDirectory organizational role.

**1** In ConsoleOne, right-click the Organizational Role object, click Delete, then click Yes to confirm that you want to delete the object.

**2** In the eDirectory Account box, deselect Delete to retain the Organizational Role object in eDirectory.

The Delete option in the GroupWise Account box is selected by default and cannot be deselected.

**3** Click OK twice to complete the deletion.

SAMNDCA630-07873264

DEFENDANT'S EXHIBIT NO. 324.0260

SAMNDCA630-07873265

# VII Libraries and Documents

- Chapter 21, "Document Management Services Overview," on page 263
- Chapter 22, "Creating and Managing Libraries," on page 269
- Chapter 23, "Creating and Managing Documents," on page 303
- Chapter 24, "Integrations," on page 331

SAMNDCA630-07873266

DEFENDANT'S EXHIBIT NO. 324.0262

SAMNDCA630-07873267

DEFENDANT'S EXHIBIT NO. 324.0263

# 21 Document Management Services Overview

GroupWise[R] Document Management Services (DMS) lets users create documents with integrated applications, save them, then easily locate a specific document later without knowing the application, a specific document name, or the document's physical location. Users can create, share, locate, edit, view, and check out documents that are created under the management of GroupWise DMS.

A GroupWise DMS system consists of the following components:

- "Libraries" on page 263
- "Document Storage Areas" on page 265
- "Documents" on page 265
- "Integrations" on page 268

## Libraries

A library is a set of documents and a database that allows the set of documents to be managed as a unit. A library must belong to a specific post office but can be accessed by users in other post offices. The GroupWise client enables users to store and manage their documents in the library. The GroupWise Post Office Agent (POA) transfers documents between the GroupWise client and the library.



SAMNDCA630-07873268

DEFENDANT'S EXHIBIT NO. 324.0264

In ConsoleOne®, a library can be viewed where it resides in the Novell® eDirectory™ tree.



A library can also be viewed in relationship to the post office that owns it.



In the GroupWise Windows client, users can view a list of all the libraries to which they have access by clicking Tools > Options > Documents.



**NOTE:** This feature is not available in the Cross-Platform client.

Physically, a library consists of a set of directories and databases stored in the gwdms subdirectory of the post office, as illustrated in "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

For complete information on libraries, see Chapter 22, "Creating and Managing Libraries," on page 269

SAMNDCA630-07873269

DEFENDANT'S EXHIBIT NO. 324.0265

# Document Storage Areas

Documents can be stored at the post office, as illustrated in "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. This is the simplest configuration, but it is not recommended for libraries where substantial growth is anticipated because documents stored at the post office cannot easily be moved to a different location where additional storage space is available.

Preferably, documents should be stored outside the post office, in document storage areas. Document storage areas are physical locations, such as drive volumes, optical devices, hard drives on other servers, and so on. Document storage areas can be located anywhere that the POA can access them locally or using direct network access (mapped drive or mounted file system).

A document storage area has the same internal directory structure that is used to store documents at the post office. The only difference is that a document storage area can be located anywhere in your system. Therefore, a document storage area can be moved easily, so it is easy to expand your document storage capacity if you store documents in a document storage area rather than at the post office.

For complete information on document storage areas, see "Managing Document Storage Areas" on page 290.

# Documents

Documents created using GroupWise DMS are not stored as individual files. Instead, documents are stored in database structures called binary large objects (BLOBs). A document and all of its versions are stored in the separate BLOB files. BLOBs are compressed (50% or more) to conserve storage space. BLOBs are encrypted to provide security.

Because documents are stored in a database structure, information can be associated with each document that is not part of the document itself, such as:

- "Document Properties" on page 265
- "Document Types" on page 266

For complete information on documents, see Chapter 23, "Creating and Managing Documents," on page 303.

## Document Properties

Document properties are attributes that determine what users see on the document property sheets when they create DMS documents. In the GroupWise Windows client, the default document properties for a new document appear like this:

SAMNDCA630-07873270

DEFENDANT'S EXHIBIT NO. 324.0266



**NOTE:** In the Cross-Platform client, you cannot create new documents in GroupWise.

In ConsoleOne, the default document properties for a library are defined like this:



The default document properties are often adequate, but for some libraries, additional customized document properties can be very useful. For example, the legal department might want Client and Matter fields to be required for most documents created by anyone in that department.

**NOTE:** Document properties cannot be set in ConsoleOne on Linux. However, you can use ConsoleOne on Windows to set document properties for libraries that are located on Linux.

## Document Types

The Document Type property defines how a document is disposed of when its "life" in the system has expired. It is a required field. Users select a document type each time they create a new document.

SAMNDCA630-07873271



A number of default document types are provided, as shown above. If needed, you can set up additional document types. For example, you could set up Pleading for the legal department, Spreadsheet for accounting, Correspondence for administration, RFP for marketing, White Paper for R&D, and so on.

The document type establishes the following document characteristics:

- "Maximum Versions" on page 267
- "Expiration Actions" on page 268
- "Document Life" on page 268

The following table lists some of the default document types and their default characteristics:

| Document Type | Maximum Versions | Expiration Action | Document Life |
|---|---|---|---|
| Agenda | 100 | Archive | 99 days |
| Document | 100 | Archive | 365 days |
| Memo | 1 | Delete | 99 days |
| Minutes | 100 | Archive | 99 days |
| Misc | 10 | Archive | 30 days |
| Proposal | 100 | Archive | 99 days |
| Report | 100 | Archive | 99 days |
| Template | 100 | Archive | 365 days |

### Maximum Versions

Users can create new versions of their documents when they revise them. Version numbers are automatically incremented.

Any version of a document can be designated as the official version by the user. The official version, which is not necessarily the most recently-edited version, is the one located in searches. GroupWise users have the right to designate an official version if they have Edit rights to the document.

Each document type property has a maximum number of versions (up to 50,000 per document). Most types have a default of 99 versions. A maximum of 0 (zero) versions means that documents of that type cannot have versions.

SAMNDCA630-07873272

DEFENDANT'S EXHIBIT NO. 324.0268

**Document Life**

Document life is the number of days that must pass between the time when a document is last accessed and when it is ready for archival or deletion. A document life value of 0 (zero) indicates that the document will never be available for archival or deletion.

**Expiration Actions**

When a document's life expires, its associated expiration action takes place:

**Archive:** The document will be archived when it reaches its document life date. This is useful for important documents because archived documents can be unarchived.

**Delete:** The document will be automatically deleted when its document life date is reached. This is useful for documents that are temporary in nature.

**Retain:** The document will not be deleted or archived, and will remain in the system indefinitely. This option is practical for documents that have a recurring use, such as template documents.

# Integrations

Integrations serve as the "glue" between document-producing applications and your GroupWise DMS system. Integrations provide code specifically designed to allow function calls, such as Open or Save, to be redirected to the GroupWise Windows client. This allows GroupWise dialog boxes to be displayed instead of the application's normal dialog boxes for the integrated functions. Integrations also allow GroupWise to pull documents from a library and deliver them to applications for modification. Then, integrations enable GroupWise to return modified documents to the library so that other users can access them.

**NOTE:** The Cross-Platform client does not include integrations, which is why you cannot create and edit documents from the Cross-Platform client.

For complete information on the integrations available for the Windows client, see Chapter 24, "Integrations," on page 331.

SAMNDCA630-07873273

DEFENDANT'S EXHIBIT NO. 324.0269

# 22 Creating and Managing Libraries

When you first set up a new GroupWise[R] system, a basic library is automatically created for the first post office. A basic library is adequate when:

- Document management is not a primary activity of your GroupWise users.

- The library will store documents created and used by members of the post office that owns the library, or, if you do not need one basic library per post office, by all users within a domain.

- All documents will be stored at the post office or in a single document storage area external to the post office that owns the library.

If your anticipated document management needs are more demanding than those listed above, you can set up one or more full-service libraries, where you can implement the full range of document management capabilities offered by GroupWise Document Management Services (DMS).

**NOTE:** The Linux version of ConsoleOne allows you to create libraries, but it does not allow you to set document properties as described in "Organizing Documents" on page 306. As you plan for libraries on Linux, keep in mind that the Cross-Platform client has only basic document management capabilities when compared with the Windows client, as described in "Working with Documents" in the *GroupWise 6.5 Cross-Platform Client User Guide*.

To use one or more libraries as part of your GroupWise system, perform the following tasks as needed:

- "Planning a Basic Library" on page 269
- "Setting Up a Basic Library" on page 272
- "Planning Full-Service Libraries" on page 273
- "Setting Up a Full-Service Library" on page 284
- "Managing Libraries" on page 288
- "Library Worksheets" on page 300

**IMPORTANT:** If you are creating a new library in a clustered GroupWise system, see the appropriate section of the GroupWise 6.5 Interoperability Guide before you create the library

- "Planning a New Library for a Clustered Post Office" in "Novell Cluster Services"
- "Planning a Library for a New Clustered Post Office" in "Microsoft Clustering Services"

## Planning a Basic Library

An initial basic library was created along with the first post office when you set up your GroupWise system. That initial basic library is available for immediate use. However, you might want to change the location where documents are stored, as described in "Deciding Where to Store Documents" on page 271. You can also create additional basic libraries as needed.

SAMNDCA630-07873274

DEFENDANT'S EXHIBIT NO. 324.0270

This section provides the information you need in order to set up a new basic library. The "Basic Library Worksheet" on page 300 lists all the information you need as you set up a basic library. You should print the worksheet and fill it out as you complete the tasks listed below:

- "Selecting the Post Office That the Library Will Belong To" on page 270
- "Determining the Context for the Library Object" on page 270
- "Choosing the Library Name" on page 270
- "Deciding Where to Store Documents" on page 271

After you have completed the tasks and filled out the worksheet, you are ready to continue with "Setting Up a Basic Library" on page 272.

## Selecting the Post Office That the Library Will Belong To

If you are creating a basic library for each post office in your GroupWise system, print a copy of the "Basic Library Worksheet" on page 300 for each post office.

If users in several post offices will store documents in the same basic library, you must decide which post office should own the library. A library can never be reassigned to a different post office, so you should choose the owning post office carefully. You should consider which users will use the library most frequently and where you might want to create additional libraries in the future.

**BASIC LIBRARY WORKSHEET**

Under Item 3: Post Office, specify the name of the post office that will own the new basic library.

## Determining the Context for the Library Object

Generally, you should create the Library object in the same context as its post office. You cannot move a Library object after you have created it.

**BASIC LIBRARY WORKSHEET**

Under Item 1: eDirectory Container, specify the container for the Library object.

## Choosing the Library Name

When you create the Library object, you must give the library a name. This is the name that is displayed in ConsoleOne™.

After you have specified the library's name and created the Library object, the name cannot be changed. Therefore, if you have or will have other libraries, you should pick a name that uniquely identifies the library. For example, use the name to identify the post office it is assigned to.

Do not use any of the following characters in the library's name:

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

SAMNDCA630-07873275

DEFENDANT'S EXHIBIT NO. 324.0271

By default, the library name that users see in the GroupWise client is the same as the Library object name. However, you can change the display name if you want it to be different from the Library object name.

---

**BASIC LIBRARY WORKSHEET**

---

Under Item 2: Library Name, specify the Library object name.

Under Item 7: Library Description, provide a brief description of the planned use for the library.

Under Item 8: Display Name, specify the library name you want users to see in the GroupWise client, if it is different from the Library object name.

---

## Deciding Where to Store Documents

You can store documents at the post office in the *post office*\gwdms\\*library*\docs subdirectory of the post office. You can later add document storage areas outside the post office if DMS usage grows. However, the documents stored at the post office can never be moved.

A document storage area has the same internal directory structure that is used to store documents at the post office, but it can be located anywhere in your system. Document storage areas can be moved easily, so it is easy to expand your document storage capacity when you store documents in document storage areas rather than at the post office.

You might want to set up a document storage area on the same server where the POA runs so as not to increase network traffic. The POA can index and serve documents to users most efficiently if the document storage area is located locally.

---

**BASIC LIBRARY WORKSHEET**

---

Under Item 4: Store Documents at the Post Office?, mark Yes or No. (No is recommended for permanent document storage).

---

To define a document storage area, you must know its direct access path. For example, a UNC path specifies the absolute location of the document storage directory.

**Syntax:**
\\\\*NetWare server*\\*volume*\\*storage directory*
\\\\*Windows server*\\*sharename*\\*storage directory*

**Example:**
\\nw6\gwdocs\docs
\\win2k\c$\docs

**NOTE:** On Linux, ConsoleOne interprets a UNC path so that the first item in the UNC path is the Linux server hostname, followed by a Linux path to the document storage area.

---

**BASIC LIBRARY WORKSHEET**

---

If you entered No for Item 4, specify the direct access path under Item 6: Document Storage Area Path.

Under Item 5: Document Storage Area Description, enter a useful description of the document storage area. (This description is displayed only in ConsoleOne.)

---

SAMNDCA630-07873276

DEFENDANT'S EXHIBIT NO. 324.0272

If you need to add a document storage area to the initial library that was created with the first post office in your GroupWise system, use the Storage Areas properties page of the Library object in ConsoleOne to provide the direct access path, as described in "Adding a Document Storage Area" on page 290.

# Setting Up a Basic Library

You should already have reviewed "Planning a Basic Library" on page 269 and filled out the "Basic Library Worksheet" on page 300. Complete the following tasks to set up a new basic library:

- "Creating the Basic Library" on page 272
- "Viewing a New Library in Your GroupWise System" on page 287

## Creating the Basic Library

To create a new library:

**1** Make sure the POA is running for the post office that will own the new basic library.

**2** In ConsoleOne, browse to and right-click the Novell® eDirectory™ container where you want to create the library (worksheet item 1), then click New > Object.



**3** Double-click GroupWise Library, then fill in the fields in the Create GroupWise Library dialog box (worksheet items 2 through 6).



**4** Click Define Additional Properties, then click OK to create the Library object and display the library Identification page.

SAMNDCA630-07873277

DEFENDANT'S EXHIBIT NO. 324.0273



**5** Fill in the Description field (worksheet item 7).

**6** If necessary, edit the Display Name field (worksheet item 8).

**7** Click OK to save the library information.

**8** Test the new library. See "Viewing a New Library in Your GroupWise System" on page 287.

Although there are many configuration options for libraries and documents, as described in "Planning Full-Service Libraries" on page 273, no additional setup is required for a basic library. GroupWise client users can begin to store documents in the new library at once.

# Planning Full-Service Libraries

If your document management requirements go beyond basic libraries, you can create one or more full-service libraries. You might or might not need to make use of all document management features in order to meet your DMS users' needs.

This section covers everything you should consider when you set up full-service libraries. The "Full-Service Library Worksheet" on page 301 lists all the information you need as you set up a full-service library. You should print a copy of the worksheet for each library you plan to create. Fill out the worksheet for each library as you complete the tasks listed below:

- "Deciding Which Libraries to Create" on page 274
- "Selecting the Post Offices That Will Own Libraries" on page 278
- "Determining the Contexts for Library Objects" on page 278
- "Choosing Library Names" on page 278
- "Deciding Where to Store Documents" on page 279
- "Setting Document Version Options" on page 281
- "Figuring Maximum Archive Directory Size" on page 281
- "Designating Initial Librarians" on page 282
- "Restricting Initial Public Library Rights" on page 283

SAMNDCA630-07873278

- "Determining Your Indexing Needs" on page 284
- "Determining If You Need to Set Up Integrations for DMS Users" on page 284

After you have completed the above tasks and filled out the worksheets, you are ready to continue with "Setting Up a Full-Service Library" on page 284.

## Deciding Which Libraries to Create

When designing a system of libraries for your GroupWise system, you should review the following considerations:

- "Library Access for DMS Users" on page 274
- "Centralized vs. Decentralized Library Configurations" on page 274
- "Library Specialization" on page 277

### Library Access for DMS Users

Client/server access is the preferred access mode for GroupWise client users. It is the best access mode for DMS users because it enables them to access libraries outside their own post offices.

For information about access modes, see "Post Office Access Mode" on page 422. If some GroupWise users have direct access requirements, see the *GroupWise 5.5 Document Management Services Guide* (http://www.novell.com/documentation/gw55/index.html).

### Centralized vs. Decentralized Library Configurations

Reorganizing existing libraries is not a simple process. Therefore, you should determine whether you want a centralized or decentralized library configuration before you start creating libraries.

- "Centralized Libraries" on page 274
- "Decentralized Libraries" on page 276
- "Comparative Scenarios" on page 277

#### Centralized Libraries

Centralized libraries are located in a post office that is dedicated to libraries (no users). Centralized libraries are serviced by the POA in the dedicated DMS post office, as shown in the following illustration:

SAMNDCA630-07873279

DEFENDANT'S EXHIBIT NO. 324.0275



In the illustration, notice that all libraries belong to the DMS post office, which has no users. All GroupWise client users are using client/server access mode, which is required because there are no libraries in their local post offices. Each user has access to all four libraries through TCP/IP links to the DMS POA.

The following table lists some advantages and disadvantages of centralized libraries:

SAMNDCA630-07873280

DEFENDANT'S EXHIBIT NO. 324.0276

| Advantages | Disadvantages |
|---|---|
| ♦ Administration can be consolidated, allowing one administrator to specialize in document management. | ♦ You must create and maintain a post office that is dedicated to libraries only (no users). |
| ♦ Backup can be easier with hardware dedicated to one DMS post office, such as optical drives, RAID, fast backup units, and so on. | ♦ This configuration guarantees that all document searching and accessing is back and forth between users' post offices and the libraries' post office, possibly degrading network performance. |
| ♦ If a post office server other than the one dedicated to libraries goes down, DMS access is unaffected for users in the remaining post offices. | ♦ If the post office server dedicated to libraries goes down, DMS is unusable for the whole GroupWise system. |

### Decentralized Libraries

Decentralized libraries are located along with users in different post offices. Decentralized libraries are serviced by their own local POAs as shown in the following illustration:



In the illustration, notice that each post office has its own library. Users can see each others' libraries as well as their own because of client/server access mode.

The following table lists some advantages and disadvantages of decentralized libraries

SAMNDCA630-07873281

DEFENDANT'S EXHIBIT NO. 324.0277

| Advantages | Disadvantages |
|---|---|
| • Network traffic is minimized because most document accessing are in users' local post offices.<br><br>• You do not need to maintain an extra DMS post office dedicated to libraries only.<br><br>• Users in a post office where a library resides can use direct access mode if necessary. | • Libraries and their documents are scattered over different servers, adding to your administrative workload (such as doing backups). |

## Comparative Scenarios

The following scenarios further illustrate the differences between centralized and decentralized libraries:

- Assume that you assigned your first library to the same post office your users have membership in. By initially assigning a library to the same post office as your users, you establish a decentralized configuration for future libraries. You now want a centralized library configuration. However, because you cannot reassign the library to another post office, you must do one of the following:

  - Create one or more new libraries under a DMS post office, export all of the documents from the first library and import them to the new libraries, delete the first library, and then ensure that users can locate their documents.

  - Create one or more new libraries under a DMS post office and have your librarian use mass document operations to move the documents from the first library to the other libraries, delete the first library, and then ensure that users can locate their documents.

- Assume that you assigned your first library to a DMS post office that is used only for libraries. Now you can use either the centralized or decentralized library configuration for your additional libraries. The DMS post office can be used for all future libraries to create a centralized configuration, or you could assign future libraries to other post offices and leave that first one where it is, giving you a decentralized configuration. Setting up your first library on a post office server dedicated to only libraries allows you to use either configuration option. However, this method initially requires additional hardware and administration.

## Library Specialization

You can create libraries for such user specialties as administration, accounting, development, human resources, legal, marketing, manufacturing, payroll, R&D, sales, shipping, and so on. You can also specialize libraries by such functions as general (for all users), administration (including legal and payroll), engineering and documentation development (R&D), marketing and sales, manufacturing and shipping, and so on.

You can also use specialization to provide security for sensitive libraries. You do this by setting up access restrictions for the libraries. The default is for all DMS users to have access to all libraries in the GroupWise system. For more information about restricting library access, see "Managing Library Access" on page 293.

Restricting library access can also improve users' search time. When users install the GroupWise client on their workstations, they are either automatically assigned a default library (if there is one on their post office), or they are asked to select one from the libraries they have access to. By

SAMNDCA630-07873282

DEFENDANT'S EXHIBIT NO. 324.0278

default, DMS searches are performed only on the user's default library. To search other libraries ("global" search), users can select other libraries using the Look In list in the Find dialog box. If you limit users' access to libraries (perhaps by department), their global searches would also be faster.

Another reason for creating specialized libraries could be for different library configuration needs. For example, each library could have specialized document types and document properties that would not be needed in other libraries. For a review of document types and properties, see "Documents" on page 265. For more detailed information, see "Customizing the Default Document Type Property" on page 307 and "Customizing Document Properties" on page 306.

Specialization can also facilitate library management activities, such as controlling library accessibility for individual users or groups of users, or managing different uses of document types, document properties, or field label naming schemes.

## Selecting the Post Offices That Will Own Libraries

As a result of deciding whether you want to use a centralized or decentralized configuration for your libraries and whether or not you need specialized libraries, you should have a good idea of what post offices you want to create libraries in.

If you are using a centralized configuration, create the DMS post office by following the instructions in Chapter 11, "Creating a New Post Office," on page 147, then return to this point.

---
**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 3: Post Office, specify the name of the post office that will own the new library.

---

## Determining the Contexts for Library Objects

You can create a Library object in any container in the eDirectory tree. For example, you could create the Library object in the same container as its Post Office object. Or you could create it in a special container just for Library objects.

The containers in which you place the Library objects have no bearing on whether your libraries are centralized or decentralized. Library objects can be located anywhere in the tree, no matter which post offices the libraries belong to.

---
**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 1: eDirectory Container, specify the name of the eDirectory container where you want to create the new library.

---

## Choosing Library Names

A library's name must be unique within the post office; it also must be unique within its container. You should devise a naming scheme that will help to identify all libraries in the GroupWise system. It can be useful to include within the library name an indication of which post office it belongs to.

After you have specified the library's name and created the Library object, the name cannot be changed.

Do not use any of the following characters in the library's name:

SAMNDCA630-07873283

| | |
|---|---|
| ASCII characters 0-13 | Comma , |
| Asterisk * | Double quote " |
| At sign @ | Extended characters |
| Braces { } | Parentheses ( ) |
| Colon : | Period . |

By default, the library name that users see in the GroupWise client is the same as the Library object name. However, you can change the display name if you want it to be different from the Library object name.

---

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 2: Library Name, specify the Library object name.

Under Item 7: Library Description, provide a brief description of the planned use for the library.

Under Item 10: Display Name, specify the library name you want users to see in the GroupWise client, if it is different from the Library object name.

---

# Deciding Where to Store Documents

When deciding where to store documents, you should review the following considerations:

- "Document Storage Location" on page 279
- "Disk Space Requirements" on page 279
- "Direct Access Paths to Document Storage Areas" on page 280

### Document Storage Location

Documents belonging to full-service libraries should *not* be stored at the post office. Instead, they should be stored in document storage areas. For a review, see "Document Storage Areas" on page 265.

A library can have more than one document storage area. The only requirement is that the POA that services the library must have direct network access (mapped drive or mounted file system) to each storage area.

You can set up one document storage area for each library as you create the Library object. Additional document storage areas can be set up using the Storage Areas properties page of the Library object, as described in "Adding a Document Storage Area" on page 290.

### Disk Space Requirements

You will need to know the disk space requirements for your libraries in order to choose appropriate locations for document storage areas.

If you have chosen a centralized library configuration, your document storage areas will all be serviced by the POA of the DMS post office. Therefore, you can calculate the disk space requirements for your GroupWise system as a whole. If you have chosen a decentralized configuration, document storage areas will be located throughout your GroupWise system. Therefore, disk space requirements must be calculated separately for each library.

SAMNDCA630-07873284

DEFENDANT'S EXHIBIT NO. 324.0280

If your current document storage statistics are an accurate indicator for a given library or for your system, use them for calculating your disk space requirements. Otherwise, use the following formula for determining DMS storage needs:

```
    Number of Users
x   Average Number of Documents per User
x   Average Document Size
x   Average Number of Versions per Document
--------------------------------------------
    Disk Space Required for Library
```

**Example:**

```
    250  Users
x   200  Documents per User
x    50  KB per Document
x    10  Versions per Document
-----------------------
     25  GB of Disk Space
```

Users might create a new version of a document any time they revise it. Because all versions of a document are saved in BLOB storage with the original document, disk space can be used up quickly! If you know how many versions per document your users average, use that value in the formula; otherwise, allow for an average of at least ten versions per document.

If your Average Document Size value for the formula is based on non-GroupWise documents, they will be compressed by about 50% after they have been imported into GroupWise and stored in BLOBs.

You should research your current or expected document usage before deciding where to store documents.

---
**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 7: Document Usage Estimate, enter the requested values and calculate the resulting disk space requirements.

If your values are calculated for the system (rather than per library), enter this information on only one of the worksheets.

---

## Direct Access Paths to Document Storage Areas

To define a document storage area, you will need to know its direct access path. For example, a UNC path specifies the absolute location of the document storage directory.

**Syntax:**
\\*WetWare server\volume\storage directory*
\\*Windows server\sharename\storage directory*

**Example:**
```
\\nw5\gwdocs\docs
\\win2k\c$\docs
```

**NOTE:** On Linux, ConsoleOne interprets a UNC path so that the first item in the UNC path is the Linux server hostname, followed by a Linux path to the document storage area.

SAMNDCA630-07873285

You might want to set up a document storage area on the same server where the POA runs so as not to increase network traffic. The POA can index and serve documents to users most efficiently if the document storage area is located locally.

---

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 6: Document Storage Area Path, specify the direct access path.

Under Item 5: Document Storage Area Description, provide a useful description of the document storage area. (This description is displayed only in ConsoleOne.)

---

## Setting Document Version Options

When you create a new library, you can establish how document versions are handled. For an overview of document versioning, see "Maximum Versions" on page 267.

- "Official Version" on page 281
- "Start Version Number" on page 281

Restricting the maximum number of versions should be done after the library has been created, as described in "Editing Library Properties" on page 289.

### Official Version

By default, any user can establish the official version of a document. However, you can remove that right from one or more users if needed.

---

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 11: Restrict Public Access Rights, cross out Designate Official Version if you want to eliminate that right for all users.

You can later grant the Designate Official Version to specific users or distribution lists, as described in "Managing Library Access" on page 293.

---

### Start Version Number

You must set the start number for each library to either 0 (zero) or 1. The default is 1. This number identifies the original document.

Version numbers are automatically increased from the number you select. If you select 0, the first version of a document will be 000. If you select 1, the first version will be 001.

---

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 8: Start Version Number, select 0 or 1.

---

## Figuring Maximum Archive Directory Size

Documents created with GroupWise DMS can be archived, depending on their Document Type properties. A document's type determines its disposition, such as archiving or deleting. For more information, see "Customizing the Default Document Type Property" on page 307.

SAMNDCA630-07873286

DEFENDANT'S EXHIBIT NO. 324.0282

When you archive documents, their BLOB files are moved into archive directories. Each library in a document storage area has its own set of archive directories that are automatically created as needed. They are named ar*xxxxx* (where *xxxxx* is an incremental integer with leading zeros). A document storage area has the same archive directory structure as the gwdms subdirectory in the post office, as illustrated in "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

When a document is archived, GroupWise determines if the document's BLOB file will fit in the current archive directory. If it will not fit, another archive directory is created and the BLOB is archived there.

An archive set consists of all documents in one archive directory. The Maximum Archive Size property on the Library object establishes in bytes each archive directory's size limit. You should set this to mirror the capacity of your archival medium (such as a CD). It should not be more than your archival medium's capacity.

It is usually better to keep archive sets small in comparison to the size of the backup medium. This lets you back up archive directories often enough to keep your hard disk space from being used up too quickly between backups. For example, if your backup medium has 1 GB capacity, you could limit your archive sets to a maximum archive size of 200 MB.

If your archival system only lets you back up in one pass (in other words, you cannot perform consecutive backups to the medium), the Maximum Archive Size would need to match the archival medium's capacity.

Some archival mediums require extra space for recording file storage data, such as an index of the files stored to tape. Ten percent is usually sufficient. For example, a tape system with 100 MB capacity means you should set your Maximum Archive Size to 90 MB.

Consult your archival medium documentation for information on setting up an effective backup strategy. Include in your strategy such concepts as multiple archive sets per backup medium, or allowing extra space for the medium's file storage data.

---

**ADDITIONAL LIBRARIES WORKSHEET**

Under Item 9: Maximum Archive Size, enter a number (in bytes, with no abbreviations or commas).

---

## Designating Initial Librarians

A librarian has full rights to the properties of every document in the library, and can therefore perform management tasks on all library documents. You can assign yourself as a librarian. You can also delegate these tasks by assigning responsible users in each library as librarians. Any GroupWise user who normally has access to the library can be a librarian. You can also have multiple librarians for each library.

When you first create a new library, you might want to simply designate yourself as the librarian and assign other users later. For more detailed information, see "Adding and Training Librarians" on page 295.

---

**ADDITIONAL LIBRARIES WORKSHEET**

Under Item 12: Librarians, list any users that you want to function as librarians for the new library.

---

SAMNDCA630-07873287

DEFENDANT'S EXHIBIT NO. 324.0283

# Restricting Initial Public Library Rights

The rights to documents in a library apply to the library as a whole; therefore, they are referred to as public rights. By default, all public rights are granted to all users in a new library.

You can restrict which GroupWise library features individual users or distribution lists should have by removing the public rights and then restoring them for selected users or distribution lists.

The following table summarizes the public library rights:

| Public Right | Description |
|---|---|
| Add | Allows users to add new documents to the library. |
| Change | Allows users to make changes to existing documents in the library. |
| Delete | Allows users to delete documents, regardless of who else created them or has rights to the documents. However, to be able to delete a document, users must also have rights to locate and modify the document (View and Change rights), in addition to the Delete right. |
| View | By itself, this right allows searching, viewing, or copying documents, but does not permit editing them. Copies can be edited, because a copy is saved as a separate document. Therefore, editing a copy will not affect the original document or any of its versions. |
| Designate Official Version | Allows any version of a document to be designated as the official version. The official version, which is not necessarily the most recently-edited version, is the one located in searches. |
| | The official version is usually determined by the creator or author of the document. However, the official version can be designated by the last user to edit the document (if the user has this right). A user also needs the Change right to the document to be able to designate an official version. However, you might still want to deselect this as an initial public right. |
| Reset In-Use Flag | The In-Use flag protects against data loss by preventing multiple users from concurrently opening the same document. The purpose of the Reset In-Use Flag right is to allow a user or librarian to reset a document's status when the document is in use by someone else or when it is erroneously flagged as in use. |
| | Because you can manually reset the In-Use flag to change a document's status, even if the document is currently open, you should use prudence in allowing users the public right to change the In-Use flag. You might want to deselect this as a public right. |

---

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 11: Restrict Public Access Rights, cross out any public rights you want to eliminate for all users.

You can later grant the rights to specified users or groups, as described in "Managing Library Access" on page 293.

---

Rights to individual documents in a library can be modified at any time by the user listed as the creator or author of the document. Just because users might have public rights in a library does not mean that they will have the equivalent rights to every document in the library. For additional information on rights, see "Sharing Documents" in "Creating and Working with Documents" in the *GroupWise 6.5 Windows Client User Guide*.

SAMNDCA630-07873288

## Determining Your Indexing Needs

The POA performs many tasks in the post offices, as described in "Role of the Post Office Agent" on page 423. Indexing documents is just one of its many functions.

If necessary, you can configure an extra POA on another server to handle indexing. Separating POA functions can optimize the processing load for the respective POAs, particularly if your GroupWise system will regularly search and index a large number of documents.

If you feel you might need dedicated indexing for DMS documents, see "Indexing Documents" on page 319 for in-depth information on different configurations. Then determine whether you will need dedicated indexing.

**FULL-SERVICE LIBRARY WORKSHEET**

Under Item 11: Dedicated POA for Indexing, mark whether or not you plan to set up a separate indexing POA.

## Determining If You Need to Set Up Integrations for DMS Users

For an overview of integrations, see "Integrations" on page 268. To determine if you will need to set up integrations for a given application, see Chapter 24, "Integrations," on page 331.

**NOTE:** This item does not apply if all of your users use the Cross-Platform client, where integrations are not available.

**ADDITIONAL LIBRARIES WORKSHEET**

Under Item 14: Set Up Integrations, mark whether or not you need to manually set up integrated applications for your DMS users.

# Setting Up a Full-Service Library

You should have already reviewed "Planning Full-Service Libraries" on page 273 and filled out the "Full-Service Library Worksheet" on page 301 for each new library. Before starting to create new libraries, be sure your system meets the following prerequisites:

- Make sure the eDirectory contexts exist where you will create new Library objects.
- Make sure the post offices exist that will own the new libraries. If you are using a centralized configuration, make sure you have created the DMS post office that will own all the libraries by following the instructions in Chapter 11, "Creating a New Post Office," on page 147.
- Make sure the POA is running for each post office that will own a new library.
- Make sure you have access to the physical locations where you will set up document storage areas.

After the prerequisites are met, you are ready set up one or more full-service libraries.

- "Creating the Full-Service Library" on page 285
- "Viewing a New Library in Your GroupWise System" on page 287
- "Other Things You Can Do" on page 287

SAMNDCA630-07873289

## Creating the Full-Service Library

To create a new library:

**1** Make sure you are logged in to the eDirectory tree where you want to create the library.

This must be the same tree as the post office the library will belong to (worksheet item 3).

**2** In ConsoleOne, browse to and right-click the eDirectory container where you want to create the library (worksheet item 1), then click New > Object.



**3** Double-click GroupWise Library, then fill in the fields in the New Library dialog box (worksheet items 2 through 6).



**4** Click Define Additional Properties, then click OK to create the new Library object and display the library Identification page.

SAMNDCA630-07873290

DEFENDANT'S EXHIBIT NO. 324.0286



**5** Fill in the fields (worksheet items 7 through 10).

**6** Click GroupWise > Rights to display the Rights page.



**7** In the Public Rights box, deselect any rights you want to remove from all library users (worksheet item 11).

**8** If you want to set up one or more librarians, click Add, browse to and select one or more users or distribution lists (worksheet item 12), then click OK. Select the users and distribution lists, then select Manage (Librarian) to give them rights to the properties of all documents in the library.

**9** Click OK to save the library information.

**10** Test the library. See "Viewing a New Library in Your GroupWise System" on page 287

SAMNDCA630-07873291

## Other Things You Can Do

After you have created the new library, you can expand its capabilities as needed:

- Import and manage documents. See Chapter 23, "Creating and Managing Documents," on page 303
- Set up integrated applications for DMS users (worksheet item 14). See Chapter 24, "Integrations," on page 331
- Grant library rights to specific users or distribution lists. See "Managing Library Access" on page 293.
- Assign librarians. See "Adding and Training Librarians" on page 295.
- Set up multiple document storage areas. See "Adding a Document Storage Area" on page 290.
- Set up a dedicated indexing POA (worksheet item 13). See "Indexing Documents" on page 319

# Viewing a New Library in Your GroupWise System

After you create a new library, you can see it in ConsoleOne and GroupWise client users can see it in the GroupWise client.

- "Seeing the New Library in ConsoleOne" on page 287
- "Seeing the New Library in the GroupWise Windows Client" on page 288

## Seeing the New Library in ConsoleOne

In the Console View in ConsoleOne, you can see the new Library object in the context of its eDirectory container object.



In the GroupWise View, you can see the relationship between the new library and the post office it belongs to.

To locate the library in the GroupWise view:

**1** Expand the GroupWise System object.

**2** Expand the Domain object where the owning post office resides.

**3** Select the owning post office.

**4** In the drop-down list of objects, select Libraries.

SAMNDCA630-07873292

DEFENDANT'S EXHIBIT NO. 324.0288



## Seeing the New Library in the GroupWise Windows Client

GroupWise Windows client users can see that a new library has been created. They can set it as their default library if desired.

In the GroupWise client:

**1** Click Tools > Options > Documents.



The Library Configuration tab should include the new library.

**2** Select the new library, click Set as Default, then click OK to use the new library as the default location for storing documents and searching for documents.

# Managing Libraries

As your GroupWise DMS system grows and evolves, you might need to perform the following activities:

- "Editing Library Properties" on page 289
- "Managing Document Storage Areas" on page 290
- "Managing Library Access" on page 293
- "Adding and Training Librarians" on page 295
- "Maintaining Library Databases" on page 299
- "Moving a Library" on page 299
- "Deleting a Library" on page 299

SAMNDCA630-07873293

DEFENDANT'S EXHIBIT NO. 324.0289

## Editing Library Properties

After creating a library, you can change some library properties. Other library properties cannot be changed.

**1** In ConsoleOne, browse to and right-click the Library object, then click Properties to display the library Identification page.



**2** Change editable fields as needed. For information about individual fields, click Help.

**3** Click GroupWise > Storage Areas to display the Storage Areas page.



All document storage areas associated with the library are listed, no matter where they are located. On this page, you can add, move, and delete document storage areas. See "Managing Document Storage Areas" on page 290.

**4** Click GroupWise > Rights to display the library Rights page.

SAMNDCA630-07873294

DEFENDANT'S EXHIBIT NO. 324.0290



Public library rights granted to all users are selected in the Public Rights box. The Individual and Distribution List Rights box shows any additional rights that have been granted to specific users. See "Managing Library Access" on page 293 and "Adding and Training Librarians" on page 295.

**5** Click OK to save changes to the library properties.

# Managing Document Storage Areas

For a review, see "Document Storage Areas" on page 265 and "Deciding Where to Store Documents" on page 271.

Typically, the initial document storage area for a library is set up when the library is created. Thereafter, you can create additional document storage areas as the library grows. You can move a document storage area to a location where more storage is available. You can delete a document storage area if it is no longer used.

- "Adding a Document Storage Area" on page 290
- "Moving a Document Storage Area" on page 292
- "Deleting a Document Storage Area" on page 292

### Adding a Document Storage Area

To help you plan where to create the new document storage area, see "Deciding Where to Store Documents" on page 271.

To create a new document storage area for a library:

**1** In ConsoleOne, browse to and right-click the Library object, then click Properties.

**2** Click GroupWise > Storage Areas to display the Storage Areas page.

SAMNDCA630-07873295

DEFENDANT'S EXHIBIT NO. 324.0291



Existing document storage areas are listed.

**3** Click Add to create a new document storage area.



**4** Provide a description for the document storage area.

**5** Specify the UNC path to the directory where you want to create the document storage area.

If the directory does not exist, it will be created as the document storage area is set up.

As an alternative, you can specify an AppleTalk zone to store documents on an Apple* computer, or you can specify a UNIX path to store documents on a UNIX server. On Linux, you can specify a Linux path. The POA that will service the library must have direct access to the location you specify.

**6** Click OK to create the new document storage area and add it to the list of storage areas for the library.

If you have multiple document storage areas selected in the Storage Areas list, new and modified documents could be added to any one of them.

**7** If you want to stop storing documents in the previous document storage area, deselect it in the Storage Areas list.

**8** Click OK to save the document storage area information.

SAMNDCA630-07873296

**Moving a Document Storage Area**

You might choose to move a document storage area if it is close to exceeding the available disk space at its current location and you do not want to create an additional document storage area.

To move a document storage area:

**1** Stop the POA that services the library. See "Stopping the POA" on page 480.

**2** Copy the document storage area directory and all of its contents to the desired location.

**3** Make sure that the POA will have access to the new location so that it can read and write documents in the document storage area.

**4** In ConsoleOne, browse to and right-click the Library object, then click Properties.

**5** Click GroupWise > Storage Areas to display the Storage Areas page.



Existing document storage areas are listed.

**6** Select a document storage area, then click Edit.

**7** Provide the new location for the document storage area, then click OK twice to save the new document storage information.

**8** Restart the POA. See "Starting the POA" on page 431.

**Deleting a Document Storage Area**

When you delete a document storage area, any documents in the document storage area are moved to other valid document storage areas for the library. If you want to move documents to a specific location before deleting the document storage area, see "Managing Groups of Documents" on page 305.

To delete a document storage area:

**1** In ConsoleOne, browse to and right-click the Library object that owns the document storage area, then click Properties.

**2** Click GroupWise > Storage Areas to display the Storage Areas page.

SAMNDCA630-07873297

DEFENDANT'S EXHIBIT NO. 324.0293



**3** Select a document storage area, then click Delete.

**4** Click OK to close the Storage Areas page

If the above steps are not successful in deleting a document storage area, perhaps because one or more documents were in use during the deletion process, you can use the Analyze/Fix Library action of Mailbox/Library Maintenance, with the Remove Deleted Storage Areas and Move Documents First options selected, to finish cleaning up the deleted document storage area. For more information, see Chapter 28, "Maintaining Library Databases and Documents," on page 359.

## Managing Library Access

Access to libraries is controlled by the rights users have to the Library object. By default, when a new library is created, all of the following rights are granted:

| Public Right | Description |
|---|---|
| Add | Allows users to add new documents to the library. |
| Change | Allows users to make changes to existing documents in the library. |
| Delete | Allows users to delete documents, regardless of who created them or has rights to the documents. However, to be able to delete a document, users must also have rights to locate and modify the document (View and Change rights), in addition to the Delete right. |
| View | By itself, this right allows searching, viewing, or copying documents, but does not permit editing them. Copies can be edited, because a copy is saved as a separate document. Therefore, editing a copy will not affect the original document or any of its versions. |

SAMNDCA630-07873298

| Public Right | Description |
|---|---|
| Designate Official Version | Allows any version of a document to be designated as the official version. The official version, which is not necessarily the most recently-edited version, is the one located in searches. |
| | The official version is usually determined by the creator or author of the document. However, the official version can be designated by the last user to edit the document (if the user has this right). A user also needs the Change right to the document to be able to designate an official version. |
| Reset In-Use Flag | The In-Use flag protects against data loss by preventing multiple users from concurrently opening the same document. The purpose of the Reset In-Use Flag right is to allow a user or librarian to reset a document's status when the document is in use by someone else or when it is erroneously flagged as in use. |
| | In the GroupWise client the document properties Status field displays the current In-Use flag setting for a document. The Status field is automatically set to In Use when a document is opened and reset to Available when a document is closed. There can also be other values, such as Checked Out. A document cannot be checked out when its status is In Use. |

There are a variety of reasons for which you might want to restrict certain library rights, including:

- Your libraries are specialized by department and you want to restrict access to sensitive libraries, such as a payroll library.

- Your libraries are distributed across multiple post offices and you want to restrict the scope of user searches to only the libraries they should use, thereby speeding up searches.

- Your libraries are distributed across multiple servers and you want to minimize network traffic.

- You have some users who should have more rights than other users to certain libraries.

To restrict public rights while granting individual rights:

1 In ConsoleOne, browse to and right-click the Library object, then click Properties.

2 Click GroupWise > Rights to display the Rights page.

3 In the Public Rights box, deselect the rights that you want to remove from all users.

4 Click Add, then browse to and select the users who need to have rights to the library.

  If the number is large, you might find it easier to create a distribution list for users who need rights. Then you can select one distribution list rather than multiple users. See Chapter 18, "Creating and Managing Distribution Lists," on page 239

5 In the Individual or Distribution List Rights box, select the users or distribution lists to grant rights to.

6 Below the list, select the rights that you want to grant.

SAMNDCA630-07873299



In the first example, only two users are granted the Reset In-Use Flag right.



In the second example, only members of the Engineers group are granted any rights to the Development Library.

**7** Click OK to save the updated library rights information.

## Adding and Training Librarians

When you first create a library, you might for convenience assign yourself as the initial librarian. As library activity increases you can add librarians, and if desired, remove yourself as a librarian.

- "Understanding the Role of the Librarian" on page 296
- "Setting Up a Librarian GroupWise Account (Optional)" on page 298
- "Assigning Librarians" on page 298

SAMNDCA630-07873300

**Understanding the Role of the Librarian**

Keep in mind the following when assigning librarians:

- "Librarian Identity" on page 296
- "Librarian Functions" on page 296
- "Librarian Rights" on page 297

### Librarian Identity

Any GroupWise user with access to a library can be a librarian for the library. You can have multiple librarians for a single library. You can also assign a single user as a librarian for multiple libraries. Because being a librarian entails additional functions and rights in the library, you should choose responsible users as librarians.

### Librarian Functions

A librarian can perform the following actions:

- Check out a document without a copy.
- Modify the properties of any document in the library.
- Copy documents to another library.
- Delete both documents and properties.
- Reset a document's status (change the In-Use flag).
- View all activity log records of any document in the library.
- Restore document BLOBs from backup.
- Perform mass operations, such as moving, deleting, archiving, and changing properties.
- Perform searches (but not full-text searches) on documents that are not available for searching by regular users.
- Use GroupWise third-party APIs to generate reports on all library documents.

All operations available to a normal user are also available to a librarian, as long as the security requirement discussed under "Librarian Rights" on page 297 is not compromised. The intention is that librarians will be able to modify their own documents and document properties.

All actions taken by a librarian are written to a document's activity log.

Unless the librarian's own GroupWise user ID is in the Author or Security fields, a librarian *cannot* perform the following functions:

- Open a document
- View a document
- Save a document
- Check out a document with a copy

To help new librarians get started, you should explain these librarian functions to them. You can also refer new librarians to the "librarian users" topic in the GroupWise client help.

SAMNDCA630-07873301

DEFENDANT'S EXHIBIT NO. 324.0297

## Librarian Rights

In addition to the six public rights, libraries also have a Manage right. When you grant the Manage right to a GroupWise user, you designate that user as a librarian. The Manage right gives the librarian full access to the properties of every document in the library. However, the Manage right does *not* grant the librarian direct access to the content of any document.

Because a librarian has full access to document properties, the librarian could add his or her own personal GroupWise user ID to the Author or Security field of a document, thus gaining access to the document's content. However, a high-priority e-mail notification would automatically be sent to the original person listed in the Author field informing him or her of the action by the librarian. Therefore, document privacy is maintained.

The following table lists the various librarian functions, and whether an e-mail notification is sent if the function is performed.

| Librarian Function | Notification? |
|---|---|
| Modify the Author or Security fields | High-priority e-mail to the author |
| Copy a document | High-priority e-mail to the author |
| Delete a document | High-priority e-mail to the author |
| Replace a document with a copy from backup | High-priority e-mail to the author |
| Perform a mass document operation (copy, move, delete, or archive documents; modify document properties) | Mass operation e-mails |
| Reset a document's status (In-Use flag) | None |
| Check out a document without a copy | None |
| View the activity log of any document | None |
| Generate reports on any documents (using GroupWise third-party APIs) | None |

Note that mass operation notifications do not specify what action was taken by the librarian; they only specify that an action was taken.

The following table lists the document property fields which the librarian has rights to modify, and whether an e-mail notification is sent if the field is modified.

| Property Field | Notification? |
|---|---|
| Subject | No |
| Author | Yes |
| Security (sharing list) | Yes |
| Document Type | No |
| Version Description | No |
| Custom Fields | No |

SAMNDCA630-07873302

| Property Field | Notification? |
|---|---|
| File Extension | No |
| Official Version | No |
| Current Version | No |

If you remove the Manage right from a user, you will need to manually un-check any rights that the user gained from being made a librarian that the user did not previously have.

## Setting Up a Librarian GroupWise Account (Optional)

The Manage right will always be in effect for those users who have been assigned as librarians. However, there might be times librarians will want to act on their own accord without the possibility of seeing or modifying documents that belong to other users.

To allow users assigned as librarians to act as normal GroupWise users, you could create a single librarian account for a library and have users who need to perform librarian tasks log in using the librarian GroupWise account and password instead of their own.

If users assigned as librarians log in under a librarian GroupWise account, they will not have access to any documents they would normally have access to under their own accounts, except by altering the Author or Security fields.

## Assigning Librarians

To add librarians to a library:

**1** In ConsoleOne, browse to and right-click the Library object, then click Properties.

**2** Click GroupWise > Rights to display the Rights page.

**3** Click Add, browse to and select the users that you want to assign as librarians, then click OK to return to the Rights page.



**4** In the Individual or Distribution List Rights box, select the librarian users, select Manage (Librarian), then click OK to save the library rights changes.

SAMNDCA630-07873303

DEFENDANT'S EXHIBIT NO. 324.0299

## Maintaining Library Databases

The Mailbox/Library Maintenance feature of ConsoleOne offers database maintenance features to keep your library and document databases in good condition. See Chapter 28, "Maintaining Library Databases and Documents," on page 359. It also helps you manage the disk space occupied by library and document databases and document storage areas. See "Reducing the Size of Libraries and Document Storage Areas" on page 371.

When document creators or authors are removed from your GroupWise system, orphaned documents might be left behind. See "Handling Orphaned Documents" on page 329.

To supplement your library maintenance procedures, you should back up your libraries and documents regularly. See "Backing Up a Library and Its Documents" on page 376.

## Moving a Library

You cannot move a Library object from one location to another in the eDirectory tree. To accomplish the equivalent, you would need to create a new library in the desired location, use a mass move operation in the GroupWise client to move the library's documents from the old library into the new library, and then delete the old library.

As an alternative to moving the library, you could move just its document storage areas. See "Moving a Document Storage Area" on page 292.

## Deleting a Library

You should not delete a library until you make sure that all documents still in the library are no longer needed.

**1** In ConsoleOne, browse to and right-click the Post Office object that owns the library to delete, then click Properties.

**2** Click GroupWise > Libraries to display the Libraries page.



**3** Select the library to delete, then click Delete.

All document storages areas and documents are deleted along with the library.

**4** Click OK to close the Libraries page and complete the deletion of the library.

SAMNDCA630-07873304

# Library Worksheets

- "Basic Library Worksheet" on page 300
- "Full-Service Library Worksheet" on page 301

## Basic Library Worksheet

For instructions on how to use this worksheet, see "Planning a Basic Library" on page 269.

| Item | Explanation |
|---|---|
| 1) eDirectory Container: | Specify the eDirectory container where you will create the Library object. This could be the same container as the post office that the library is assigned to. The Library object cannot later be moved to a different location. |
| | For more information, see "Determining the Context for the Library Object" on page 270. |
| 2) Library Name: | Specify a name for the new library. Choose the name carefully. After the library is created, it cannot be renamed. |
| | For more information, see "Choosing the Library Name" on page 270. |
| 3) Post Office: | Indicate which post office the library will belong to. A library cannot later be assigned to a different post office. |
| | For more information, see "Selecting the Post Office That the Library Will Belong To" on page 270. |
| 4) Store Documents at the Post Office? | Mark No unless you are absolutely certain you will never need to move the documents stored at the post office |
| • No | For more information, see "Deciding Where to Store Documents" on page 271. |
| • Yes | |
| 5) Document Storage Area Description: | Enter a brief description for the document storage area, including such information as to which post office it belongs, its current capacity in megabytes, and the types of documents that might be stored in it. |
| | For more information, see "Deciding Where to Store Documents" on page 271. |
| 6) Document Storage Area Path: | If you are not storing documents at the post office, specify the document storage area for the library. |
| | For more information, see "Deciding Where to Store Documents" on page 271. |
| 7) Library Description: | Provide a description for the library to help you identify its function in the system. |
| | For more information, see "Choosing the Library Name" on page 270. |
| 8) Display Name: | Specify the library name you want users to see in the GroupWise client, if it is different from the Library object name. |
| | For more information, see "Choosing the Library Name" on page 270. |

SAMNDCA630-07873305

DEFENDANT'S EXHIBIT NO. 324.0301

# Full-Service Library Worksheet

For instructions on how to use this worksheet, see "Planning Full-Service Libraries" on page 273.

| Item | Explanation |
|------|-------------|
| 1) eDirectory Container: | Specify the name of the eDirectory container where you will create the Library object. This could be the same container as for the post office that owns the library. The LIbrary object cannot later be moved to a different context. |
| | For more information, see "Determining the Contexts for Library Objects" on page 278. |
| 2) Library Name: | Specify a name for the new library. Choose the name carefully. After the library is created, it cannot be renamed. |
| | For more information, see "Choosing Library Names" on page 278. |
| 3) Post Office: | Specify the post office that the library will belong to. A library cannot later be assigned to a different library. |
| | If you will using a centralized library configuration and you have not yet created the DMS post office, follow the instructions in Chapter 11, "Creating a New Post Office," on page 147 before you begin creating libraries. |
| | For more information, see "Deciding Which Libraries to Create" on page 274. |
| 4) Document Usage Estimate:<br> a) Number of DMS users:<br> b) Average number of documents per user:<br> c) Average document size (bytes):<br> d) Average number of versions per document:<br> e) Total: (multiply a times b times c times d) | Calculate how much disk space the new library will need in order to help you select a location where you will store documents.<br><br>For more information, see "Deciding Where to Store Documents" on page 279. |
| 5) Document Storage Area Description: | Provide a brief description for the document storage area, including such information as which library it belongs to, its current capacity in megabytes, and the types of documents stored in it. |
| | For more information, see "Deciding Where to Store Documents" on page 279. |
| 6) Document Storage Area Path: | Specify the UNC path to the location where you want to create the initial document storage area for the post office. |
| | For more information, see "Deciding Where to Store Documents" on page 279. |
| 7) Library Description: | Provide a brief description for the new library, including what post office it belongs to, what types of documents will be stored in it, and so on. |
| | For more information, see "Deciding Which Libraries to Create" on page 274. |
| 8) Start Version Number:<br> • 0<br> • 1 | Select 0 or 1.<br><br>For more information, see "Setting Document Version Options" on page 281. |

SAMNDCA630-07873306

DEFENDANT'S EXHIBIT NO. 324.0302

| Item | Explanation |
|---|---|
| 9) Maximum Archive Size: | Specify the maximum number of bytes to allow per archive directory. Use a size that conforms with your backup strategy and backup medium requirements. |
| | For more information, see "Figuring Maximum Archive Directory Size" on page 281. |
| 10) Display Name: | Specify the library name you want users to see in the GroupWise client, if it is different from the Library object name. |
| | For more information, see "Choosing Library Names" on page 278. |
| 11) Restrict Public Library Rights: | Cross out any public library rights you do not want all users to have. |
| ◆ Add | For more information, see "Deciding Which Libraries to Create" on page 274 or "Setting Document Version Options" on page 281. |
| ◆ Change | |
| ◆ Delete | |
| ◆ View | |
| ◆ Designate Official Version | |
| ◆ Reset In-Use Flag | |
| 12) Librarians: | List any users you want to have full rights to all documents in the library. |
| | For more information, see "Designating Initial Librarians" on page 282. |
| 13) Dedicated POA for Indexing | Mark whether or not you want to configure and run a separate POA dedicated to indexing documents. |
| ◆ Yes | |
| ◆ No | For more information, see "Determining Your Indexing Needs" on page 284. |
| 14) Set Up Integrations | Mark whether or not you will need to manually set up integrations. |
| ◆ Yes | For more information, see Chapter 24, "Integrations," on page 331. |
| ◆ No | |

SAMNDCA630-07873307

DEFENDANT'S EXHIBIT NO. 324.0303

# 23 Creating and Managing Documents

GroupWise® Document Management Services (DMS) lets Windows client users create documents with integrated applications, save them, then easily locate a specific document later without knowing the application, a specific document name, or the document's physical location. Windows client users can create, share, locate, edit, view, and check out documents that are created under the management of GroupWise DMS.

- "Adding Documents to Libraries" on page 303
- "Organizing Documents" on page 306
- "Indexing Documents" on page 319
- "Managing Documents" on page 328

**NOTE:** Cross-Platform client users have only basic DMS capabilities, as described in "Working with Documents" in *GroupWise 6.5 Cross-Platform Client User Guide*.

## Adding Documents to Libraries

After you set up one or more libraries, users can add new documents to any library to which they have rights. They can also import existing documents into the GroupWise DMS system.

- "Creating New Documents in the GroupWise Windows Client" on page 303
- "Importing Existing Documents into the GroupWise DMS System" on page 304
- "Managing Groups of Documents" on page 305

### Creating New Documents in the GroupWise Windows Client

To create a new document in the GroupWise Windows client:

**1** Click File > New > Document.



**2** Select the program you want to use to create the document, select the library where you want to store the document, then click OK.

SAMNDCA630-07873308

DEFENDANT'S EXHIBIT NO. 324.0304

**3** In the New Document dialog box, type a brief description of the document.



**4** To set document properties, click Properties.



**5** Set the document properties as needed, then click OK.

The selected program starts so you can create a new document.

For more detailed information about creating documents in the GroupWise client, see "Creating Documents" in "Creating and Working with Documents" in the *GroupWise 6.5 Windows Client User Guide*. You can also look up "documents" in the GroupWise client help.

## Importing Existing Documents into the GroupWise DMS System

Some users might have existing documents that they want to manage by adding them to a GroupWise library.

To import documents using the GroupWise Windows client:

**1** Click File > Import Documents.

SAMNDCA630-07873309

DEFENDANT'S EXHIBIT NO. 324.0305



**2** Click Add Individual Documents, browse to and select the documents to add, then click OK.

or

Click Add Entire Directory, browse to and select a directory containing documents to import, then click OK.

For additional instructions about creating documents in the GroupWise client, see "Importing Documents into a GroupWise Library" in "Creating and Working with Documents" in the *GroupWise 6.5 Windows Client User Guide.* You can also look up "import documents" in the GroupWise client help.

## Managing Groups of Documents

As users add documents and your GroupWise DMS system grows, your librarians might need to assist users in managing large groups of documents. If you have not yet assigned librarians to your GroupWise libraries, see "Adding and Training Librarians" on page 295.

To manage large groups of documents in the GroupWise Windows client:

**1** Click Tools > Mass Document Operations.



**2** Select the operation to perform on the group of documents:

• Change properties

• Move

SAMNDCA630-07873310

- ◆ Delete
- ◆ Change sharing
- ◆ Copy

**3** Select the method for identifying the group of documents to perform the operation on:

- ◆ Use Find/Advanced Find to select documents
- ◆ Use Find by Example to select documents
- ◆ Use currently selected documents
- ◆ Use documents listed in a file.

For additional instructions about creating documents in the GroupWise client, see "Managing Groups of Documents" in "Creating and Working with Documents" in the *GroupWise 6.5 Windows Client User Guide*. You can also look up "mass document operations" in the GroupWise client help.

# Organizing Documents

Because documents are stored in a database structure, information can be associated with each document that is not part of the document itself. This additional information is stored as document properties.

- ◆ "Customizing Document Properties" on page 306
- ◆ "Defining Related Document Properties" on page 314

**NOTE:** Document properties cannot be set in ConsoleOne on Linux. However, you can use ConsoleOne on Windows to set document properties for libraries that are located on Linux.

## Customizing Document Properties

For a summary of document properties, see "Document Properties" on page 265. To review, the following document properties are provided by default:

Author
Creator
Current Version Number
Date Created
Document Number
Document Type
Official Version Number
Subject

The default document property types cannot be deleted. Except for the Document Type property, they cannot be modified. However, you can add custom document types as needed.

- ◆ "Customizing the Default Document Type Property" on page 307
- ◆ "Planning Custom Document Properties" on page 308
- ◆ "Adding Custom Document Properties" on page 310
- ◆ "Planning Custom Lookup Tables for Custom Document Properties" on page 312
- ◆ "Adding Custom Lookup Tables" on page 313

SAMNDCA630-07873311

DEFENDANT'S EXHIBIT NO. 324.0307

**Customizing the Default Document Type Property**

The Document Type property is the only default document property that you can modify. For a review of document types, see "Document Types" on page 266. You must have at least one document type, because it is a required document property field.

To modify the Document Type property for all libraries in a post office:

**1** In ConsoleOne[*] on Windows, browse to and select the post office that has libraries where you want to modify the Document Type property.

**2** Click Tools > GroupWise Utilities > Document Properties Maintenance.



If you expand Libraries and select each library, you will see that each library has the Document Type property. It is required.

**3** Expand Lookup Tables, then select Document Type.



The lookup table defines the list of choices offered to users when they select a document type, no matter which library in the post office they are creating the document in.

**4** To add a new document type, click Edit > Add. In the Value field, type the new document type, click Add, then click Close.



**5** To edit an existing document type, click Edit > Edit. Change the settings as needed, click Update, then click Close.

SAMNDCA630-07873312



For more details about the fields associated with the Document Type property, see "Document Types" on page 266.

**6** To delete a document type, select the document type, click Edit, then click Delete.

## Planning Custom Document Properties

When you need to add custom document properties, print the "Custom Document Properties Worksheet" on page 309. One copy of the worksheet accommodates three new document properties.

The following table describes the fields and values associated with custom document properties:

| Document Property Field | Field Values |
|---|---|
| Property Field: | The document property field is the label that GroupWise client users will see in the document Properties dialog box.<br><br>When you create a new document property, you can provide a description as well. However, the description displays only in ConsoleOne, not in the GroupWise client. |
| Read-Only? | **Yes:** The document property field will display information, but it will not be accessible to users.<br><br>**No:** Users can type in the document property field. |
| Required? | **Yes:** The user must supply a value for the document property.<br><br>**No:** The user can leave the document property field blank. |
| Hidden? | **Yes:** The document property field is not displayed in the GroupWise client interface.<br><br>**No:** The document property field is displayed in the GroupWise client interface. |
| Lookup Table: | A lookup table is required for a custom document property only when you want to offer the user a list of choices, rather than having the user type in the setting. The lookup table guarantees that the user provides a valid setting. For more information, see "Planning Custom Lookup Tables for Custom Document Properties" on page 312. |
| Related Property: | A related property is required for a custom document property only when you create a lookup table that references a related lookup table. For more information, see "Defining Related Document Properties" on page 314. |

SAMNDCA630-07873313

DEFENDANT'S EXHIBIT NO. 324.0309

| Document Property Field | Field Values |
| --- | --- |
| Data Type: | **Binary:** An Object API reads and writes this information |
| | **Date:** Displayed in the Windows format selected by the user |
| | **Number:** Numerical only |
| | **String:** Alphanumeric |
| Maximum Length: | For the String data type, you can specify the maximum number of characters allowed in the string. The longest possible string is 65535 alphanumeric characters. |
| Case: | For the String data type, you can control how the user's input is handled: |
| | **Upper:** Forces entries to display in uppercase |
| | **Lower:** Forces entries to display in lowercase |
| | **Mixed:** Allows alphabetical characters to be displayed as typed |
| Minimum Value: | For the Number data type, you can specify a minimum acceptable value. |
| Maximum Value: | For the Number data type, you can specify a maximum acceptable value. |
| Parent: | If the new document property is related to an existing document property in a parent-child relationship, you must specify the parent document property. For more information, see "Defining Related Document Properties" on page 314. |

Use copies of the "Custom Document Properties Worksheet" on page 309 to plan the custom document properties you want to add to libraries.

If you need to create one or more lookup tables for your custom document properties, follow the instructions in "Planning Custom Lookup Tables for Custom Document Properties" on page 312 and "Adding Custom Lookup Tables" on page 313. Lookup tables used by new document properties should exist before you create custom document properties.

Then continue with "Adding Custom Document Properties" on page 310.

## Custom Document Properties Worksheet

For instructions on how to use this worksheet, see "Planning Custom Document Properties" on page 308.

| Item | Custom Document Property | Custom Document Property | Custom Document Property |
| --- | --- | --- | --- |
| 1) Post Office: | | | |
| 2) Libraries: | | | |
| 3) Property Label: | | | |

SAMNDCA630-07873314

| Item | Custom Document Property | Custom Document Property | Custom Document Property |
|------|--------------------------|--------------------------|--------------------------|
| 4) Description: | | | |
| 5) Read-Only? | | | |
| • Yes | | | |
| • No | | | |
| 6) Required? | | | |
| • Yes | | | |
| • No | | | |
| 7) Hidden? | | | |
| • Yes | | | |
| • No | | | |
| 8) Lookup Table: | | | |
| 9) Data Type: | | | |
| • Binary | | | |
| • Date | | | |
| • Number | | | |
| • String | | | |
| 10) Maximum Length: | | | |
| 11) Case: | | | |
| • Mixed | | | |
| • Upper | | | |
| • Lower | | | |
| 12) Minimum Value: | | | |
| 13) Maximum Value: | | | |
| 14) Parent: | | | |

## Adding Custom Document Properties

After you have determined what new document properties will meet the needs of your DMS system, as described in "Planning Custom Document Properties" on page 308, and if necessary you have created lookup tables for your new document properties, as described in "Planning Custom Lookup Tables for Custom Document Properties" on page 312 and "Adding Custom Lookup Tables" on page 313, you are ready to add new custom document properties.

To add new custom document properties:

SAMNDCA630-07873315

DEFENDANT'S EXHIBIT NO. 324.0311

**1** In ConsoleOne on Windows, browse to and select the Post Office object that owns the library for which you are creating custom document properties (worksheet item 1).

**2** Click Tools > GroupWise Utilities > Document Properties Maintenance.



**3** Expand Libraries, then select the library for which you are creating custom document properties (worksheet item 2).



**4** Click Edit > Add to display the Document Property Definition dialog box.



Fields vary according to data type.

**5** Fill in the fields (worksheet items 3 through 14).

**6** Click OK to create the new custom document property.

In the Document Properties Maintenance window, the new document property is listed in alphabetical order. In the GroupWise client, custom document properties are listed after default document properties, in the order in which they are added to the library.

**7** Repeat Step 4 through Step 6 for each new custom document property.

When users next create documents in the library, the new custom document properties will be available to them.

SAMNDCA630-07873316

DEFENDANT'S EXHIBIT NO. 324.0312

**Planning Custom Lookup Tables for Custom Document Properties**

A lookup table is required for a custom document property only when you want to offer the user a list of choices, rather than having the user type in the setting. The lookup table guarantees that the user provides a valid setting.

Lookup tables are defined for the post office, so that multiple libraries in the post office can reference the same lookup tables.

When you need to provide lookup tables for custom document properties, print the "Custom Lookup Tables Worksheet" on page 313. One copy of the worksheet accommodates three new lookup tables.

The following table describes the fields and values associated with lookup tables:

| Look Up Table Field | Field Values |
| --- | --- |
| Lookup Table Name: | The lookup table name identifies the lookup table when you are assigning it to a property field. |
| | If the lookup table pertains to only one document property, you can name the lookup table the same as the document property. For example, the default property Document Type uses a lookup table named Document Type. |
| | However, lookup tables can be used by multiple document properties. For example, you could have a lookup table named Project used by document properties named Primary Project and Secondary Project. |
| | When you create a new lookup table, you can provide a description as well. If the lookup table name does not match a document property, you could indicate what document properties use the lookup table. |
| Related Table: | A related table is required for a lookup table only when you want to define related properties. For more information, see "Defining Related Document Properties" on page 314. |
| Data Type: | **Binary:** An Object API reads and writes this information |
| | **Date:** Displayed in the Windows format selected by the user |
| | **Number:** Numerical only |
| | **String:** Alphanumeric |
| Maximum Length: | For the String data type, you can specify the maximum number of characters allowed in the string. The longest possible string is 65535 alphanumeric characters. |
| Case: | For the String data type, you can control how the user's input is handled: |
| | **Upper:** Forces entries to display in uppercase |
| | **Lower:** Forces entries to display in lowercase |
| | **Mixed:** Allows alphabetical characters to be displayed as typed |
| Minimum Value: | For the Number data type, you can specify a minimum acceptable value. |
| Maximum Value: | For the Number data type, you can specify a maximum acceptable value. |
| Lookup Table Entries: | The lookup table entries are the settings that users will choose from when they set the custom document property. |

SAMNDCA630-07873317

Use copies of the "Custom Lookup Tables Worksheet" on page 313 to plan the lookup tables you need in order to provide values for new custom document properties. If you need to use related properties, follow the instructions in "Defining Related Document Properties" on page 314. Then continue with "Adding Custom Lookup Tables" on page 313.

### Custom Lookup Tables Worksheet

For instructions on how to use this worksheet, see "Planning Custom Lookup Tables for Custom Document Properties" on page 312.

| Item | Custom Lookup Table | Custom Lookup Table | Custom Lookup Table |
|------|---------------------|---------------------|---------------------|
| 1) Post Office: | | | |
| 2) Property Label: | | | |
| 3) Lookup Table Name: | | | |
| 4) Description: | | | |
| 5) Related Table: | | | |
| 6) Data Type:<br>• Binary<br>• Date<br>• Number<br>• String | | | |
| 7) Maximum Length: | | | |
| 8) Case:<br>• Mixed<br>• Upper<br>• Lower | | | |
| 9) Minimum Value: | | | |
| 10) Maximum Value: | | | |
| 11) Lookup Table Entries: | | | |

## Adding Custom Lookup Tables

After you have determined what new lookup tables and lookup table entries you need to accommodate your new custom document properties, as described in "Planning Custom Lookup Tables for Custom Document Properties" on page 312, you are ready to add new lookup tables.

SAMNDCA630-07873318

DEFENDANT'S EXHIBIT NO. 324.0314

1 In ConsoleOne on Windows, browse to and select the Post Office object that owns the libraries for which you are creating lookup tables (worksheet item 1).

2 Click Tools > GroupWise Utilities > Document Properties Maintenance.



3 Select Lookup Tables, then click Edit > Add to display the Lookup Table Definition dialog box.



Fields vary depending on data type.

4 Fill in the fields (worksheet items 3 through 10).

5 Click OK to create the new lookup table.

6 Select the new lookup table, then click Edit > Add to display the Lookup Entry dialog box.



7 In the Value field, type one of the document property settings you want to offer to users (worksheet item 11), then click Add.

8 Repeat Step 7 for all the lookup table entries listed on your worksheet for this lookup table, then click Close.

9 Click OK to create the custom lookup table.

## Defining Related Document Properties

When document properties are related, your choice for the first property determines the settings you are offered for the second property. For example, in the Development Library, custom document properties could be set up to indicate product and component information about every document in the library. Then, when users create new documents, Product and Component fields appear on the document Properties page.

SAMNDCA630-07873319

DEFENDANT'S EXHIBIT NO. 324.0315



The user's selection in the Product field would determine what choices were offered in the Component field.

Related document properties are set up by creating related lookup tables. Complete the following tasks to set up related document properties:

- "Planning Related Document Properties" on page 315
- "Creating Related Lookup Tables" on page 317
- "Setting Up Related Document Properties" on page 318

## Planning Related Document Properties

Related document properties use a parent-child relationship. A parent property can have multiple child properties, but a child property can belong to only one parent. The relationship can include only two levels. A parent property cannot function as a child and a child property cannot function as a parent. The default document properties cannot participate as related properties.

In the Development Library example above, the Product document property would be the parent property and the Component document property would be the child property. If the Development Library belonged to Novell[R], products would include GroupWise, NetWare[R], ZENworks[R], and so on. When users selected GroupWise as the product, listed components could include the GroupWise client, the agents, GroupWise system administration, and so on. Or you could let users type in whatever components they wanted.

When you need to set up related document properties, print the "Related Document Properties Worksheet" on page 317. One copy of the worksheet accommodates one pair of related property fields, one parent lookup table, and one child lookup table (optional).

The following table describes the document properties and lookup tables that are required in order to set up related document properties:

| Properties and Tables | Description |
| --- | --- |
| Parent Document Property | The parent document property is the user's first selection. In the Development Library example above, the parent document property is Product. |

SAMNDCA630-07873320

| Properties and Tables | Description |
|---|---|
| Child Document Property | The child document property is the user's second selection, based on the first selection. In the Development Library example above, the child document property is Component. |
| Parent Lookup Table | The entries in the parent lookup table provide the choices offered to the user in the parent document property field. In the Development Library example above, the user could select from GroupWise, NetWare, and ZENworks in the Product field. |
| Child Lookup Table | The entries in the child lookup table provide the choices offered to the user after a choice from the parent lookup table has been selected. In the Development Library example above, if the user selected GroupWise in the Product field, the child lookup table would provide choices such as Agents, Client, and Admin in the Component field. |
|  | The child lookup table is not required if you want to allow the user to type in anything they want in the child document property field. |

Use copies of the "Related Document Properties Worksheet" on page 317 to plan the related document properties you want to use. One copy of the worksheet accommodates one pair of related properties. Continuing with the Development Library example, a filled-in worksheet might look like this:

| Item | Setting | Item | Setting |
|---|---|---|---|
| 1) Parent Document Property | Property Name:<br>Product | 4) Child Document Property | Property Name:<br>Component |
| 2) Parent Lookup Table | Table Name:<br>Product | 5) Child Lookup Table | Table Name:<br>Component |
| 3) Parent Lookup Entries | (required) | 6) Child Lookup Entries | (optional) |
|  | Parent Entry:<br>GroupWise |  | Child Entries:<br>Admin<br>Agents<br>Client |
|  | Parent Entry:<br>NetWare |  | Child Entries:<br>Client<br>eDirectory<br>Servers |
|  | Parent Entry:<br>ZENworks |  | Child Entries:<br>Desktops<br>Servers |

When you have finished planning related properties and their associated lookup tables, you should print and fill in a worksheet for each for each new related property, as described in "Planning Custom Document Properties" on page 308, and for each new lookup table, as described in "Planning Custom Lookup Tables for Custom Document Properties" on page 312.

Then you are ready to continue with "Creating Related Lookup Tables" on page 317.

SAMNDCA630-07873321

DEFENDANT'S EXHIBIT NO. 324.0317

**Related Document Properties Worksheet**

For instructions on how to use this worksheet, see "Planning Related Document Properties" on page 315.

| Item | Setting | Item | Setting |
|---|---|---|---|
| 1) Parent Document Property | Name: | 4) Child Document Property | Name: |
| 2) Parent Lookup Table | Name: | 5) Child Lookup Table | Name: |
| 3) Parent Lookup Entries | (required) | 6) Child Lookup Entries | (optional) |
| | Entry: | | Entries: |
| | Entry: | | Entries: |
| | Entry: | | Entries: |

## Creating Related Lookup Tables

If you are supplying the choices for both related fields, you need both a parent lookup table and a child lookup table. If you are going to have users type information into the child property field, then you only need to create the parent lookup table. You should create lookup tables before creating the document properties that use them.

- "Creating the Parent Lookup Table" on page 317
- "Creating the Child Lookup Table (Optional)" on page 318

### Creating the Parent Lookup Table

**1** Create a new lookup table, as described in Step 1 through Step 5 in "Adding Custom Lookup Tables" on page 313. Use worksheet item 2 in the Table Name field. Leave the Related Table field set to (none).

**2** Add entries to the new lookup table, as described in Step 6 through Step 8 in "Adding Custom Lookup Tables" on page 313. Use the entries listed under worksheet item 3 in the Value field.

**3** Continue with "Creating the Child Lookup Table (Optional)" on page 318

or

SAMNDCA630-07873322

If you are going to have users type information into the child property field, rather than selecting from a predefined list, skip to "Setting Up Related Document Properties" on page 318

### Creating the Child Lookup Table (Optional)

**1** Create a new lookup table, as described in Step 1 through Step 5 in "Adding Custom Lookup Tables" on page 313. Use worksheet item 5 in the Table Name field. Use worksheet item 2 in the Related Table field to link the child table to the parent table.

**2** Select the new lookup table, click Edit, then click Add to display the Lookup Entry dialog box.



**3** Select a Parent value.

**4** In the Value field, type one of the child lookup table entries for the selected parent value (worksheet item 6), then click Add.

**5** Repeat Step 4 for each entry listed under worksheet item 6.

**6** Repeat Step 3 through Step 5 for each parent value listed under worksheet item 3.

**7** Continue with "Setting Up Related Document Properties" on page 318

## Setting Up Related Document Properties

After you have created related lookup tables, you are ready to set up the related document properties that use them. A few document property fields are required settings in the context of related properties:

* Read-Only must be set to No.

* Hidden must be set to No.

* Required must be set the same on the child property as it is on the parent property.

To set up related document properties:

**1** Create the parent document property as described in "Adding Custom Document Properties" on page 310. Use worksheet item 1 in the Property Label field. Use worksheet item 2 in the Lookup Table field. Leave the Related Property field set to (none).

**2** Create the child document property using the same procedure. Use worksheet item 4 in the Property Label field. Use worksheet item 5 in the Lookup Table field. The Related Property field should automatically display as worksheet item 1, showing that the child property is related to the parent property.

SAMNDCA630-07873323

DEFENDANT'S EXHIBIT NO. 324.0319

# Indexing Documents

Documents stored in GroupWise libraries need to be indexed so users can locate documents using the Find feature in the GroupWise Windows client. Your organization might need dedicated indexing to minimize performance degradation and network congestion. You might also need dedicated indexing so users can have prompt access to newly-created documents.

* "Understanding DMS Indexing" on page 319
* "Determining Your Indexing Needs" on page 326
* "Implementing Indexing" on page 327

## Understanding DMS Indexing

Before determining if you will need dedicated indexing, you should have a basic understanding of how indexing works in GroupWise.

* "Index Storage" on page 319
* "Index Content" on page 319
* "Indexing Performed by the POA" on page 320
* "Indexing Cycle" on page 320
* "Bandwidth Considerations" on page 320
* "Indexer Configurations" on page 321

### Index Storage

When documents are indexed, the information is stored in QuickFinder™ indexes, which are located in a library's index subdirectory. A library's QuickFinder index is partitioned into ten *.idx files. Additionally, temporary *.inc (incremental) files are created that contain each day's new index information. The *.inc files are combined once per day into the *.idx files (usually at midnight).

In a system with multiple libraries, each library has its own set of QuickFinder index files. Depending on how many libraries belong to a post office, and how many post offices with libraries are in your GroupWise system, there can be many sets of QuickFinder index files.

### Index Content

Indexing can include a document's full text (depending on its document type), and always includes the document's property sheet information (subject, author, version descriptions, and so on). Both newly-edited and newly-created documents are indexed, which means indexing volume is determined by how many existing documents are edited as well as how many new documents are created.

Newly-created documents must be indexed before users can search for them. In setting up your indexing strategy, you must know how quickly users will need access to newly-created documents.

The standard search is limited to the QuickFinder indexes in the user's default library. But users can choose to search for documents in other libraries to which they have access.

SAMNDCA630-07873324

DEFENDANT'S EXHIBIT NO. 324.0320

**Indexing Performed by the POA**

Indexing is among the many functions of the Post Office Agent (POA). To learn more about POA functions, see "Role of the Post Office Agent" on page 423.

You can configure the POA for a post office to meet basic indexing needs. See "Regulating Indexing" on page 514.

To support greater indexing needs, you can set up an additional POA that is dedicated to indexing. See "Configuring a Dedicated Indexing POA" on page 516.

Not all libraries need dedicated POAs for indexing documents because indexing needs vary widely:

* In a small GroupWise system that has only one post office and one library, indexing can easily be done by the one POA.

* In a post office with heavy DMS usage, one or more additional POAs can be dedicated to indexing the documents.

* In a large system that has a DMS post office housing all libraries in the GroupWise system, indexing can be done by the DMS post office's POAs.

A library can have more than one POA dedicated to indexing its documents. Because the library's QuickFinder index is partitioned into ten separate *.idx files, an organization that is extremely document-intensive can boost indexing performance by using up to ten POAs dedicated to indexing. These POAs will not conflict with each other in performing indexing because the *.idx and *.inc files are locked during the indexing process.

You can temporarily use multiple indexing POAs for importing documents to speed up importing time.

**Indexing Cycle**

The frequency of indexing is determined by the POA QuickFinder Interval setting. The default is once every 24 hours at 8:00 p.m. This might be often enough in an organization where document usage is minimal, or where searching for newly-created documents is not mission-critical.

You can specify the QuickFinder Interval setting in one-hour increments. For example, a setting of 1 would allow users to find documents created as recently as an hour ago. Whether you should use a dedicated indexer at this frequency would depend on the volume (per hour) of documents that get queued for indexing.

You can set the QuickFinder Interval to 0 (zero) for continuous indexing. This is recommended for organizations where document usage is intensive, or where users routinely need to find documents that have just been created. If document usage is intensive in your organization, you might need a separate indexer server dedicated to continuous indexing because the post office server's performance could become unacceptably slow if continuous indexing is performed on it.

**Bandwidth Considerations**

A primary factor in network speed is bandwidth. This is the amount of data that can be passed through the network per second. If a network's bandwidth is not sufficient for handling heavy traffic, intensive document indexing can degrade network performance.

A number of elements affect network bandwidth: cable types, transmission protocols, and hardware. Ethernet networks are susceptible to wide fluctuations in transmission speed during periods of heavy traffic. WANs can benefit from reduced network traffic.

SAMNDCA630-07873325

If you locate a post office in close proximity to its users, you will have less traffic through routers, bridges, and other network hardware. Running GroupWise in client/server access mode also reduces network traffic.

GroupWise users can add heavy messaging traffic to your existing network. DMS usage will add document indexing traffic as well. These factors could create much more network bandwidth usage than you have previously experienced.

## Indexer Configurations

Following are five basic examples of how dedicated indexers can be configured. The examples do not cover all possibilities. You can combine elements from these configurations to customize indexing for your organization.

In all configuration examples, the post office can contain multiple libraries, although the Single Server with One POA configuration is best suited to only one library. In the other configuration examples, one or more POAs can be set up for indexing documents for all libraries in the post office.

- "Single Server with One POA" on page 321
- "Single Server with Multiple POAs" on page 322
- "Dedicated Indexer Server" on page 322
- "Dedicated Indexer Server on an Isolated Network Segment" on page 324
- "Dedicated DMS Post Office" on page 325

### Single Server with One POA

One POA runs on the post office server and performs all POA functions for the post office and its libraries. This basic configuration is best suited for a small system, or a decentralized library configuration with small post offices that each have a library. For more information, see "Centralized vs. Decentralized Library Configurations" on page 274.



SAMNDCA630-07873326

DEFENDANT'S EXHIBIT NO. 324.0322

| Advantages | Disadvantages |
|---|---|
| • Default configuration; no additional setup is required.<br>• Troubleshooting is limited to a single server. | • All operations are performed on one server, which can cause performance degradation if your organization does enough DMS operations.<br>• If you increase QuickFinder intervals to lessen the load on the POA, you lengthen the time users must wait to search for new files, or find modified information through new searching keywords. |

**Single Server with Multiple POAs**

It is possible to run more than one POA for the same post office on the same server.



| Advantages | Disadvantages |
|---|---|
| None. | • Many processes running on one server can slow it down.<br>• Single point of failure can cause the server to shut down when a problem is encountered. |

There are no advantages to running multiple POAs on the same server. If you need more than one POA, run it on a separate server, as described in "Dedicated Indexer Server" on page 322.

**Dedicated Indexer Server**

You can have the post office on one server and a POA dedicated to indexing DMS documents on another server. This configuration is useful for systems of any size with heavy DMS usage.

SAMNDCA630-07873327



| Advantages | Disadvantages |
|---|---|
| • Dedicated server for quicker DMS indexing. This is useful for organizations that are document-intensive. <br> • Messaging post office is not hampered by DMS indexing. | • Network traffic can increase significantly during periods of intense indexing. <br> • Multiple server hardware is required. |

SAMNDCA630-07873328

**Dedicated Indexer Server on an Isolated Network Segment**

You can have the post office on one server and a POA dedicated to indexing documents on another server that is on an isolated network segment. This configuration minimizes bandwidth congestion for the production network segment.



| Advantages | Disadvantages |
|---|---|
| • Dedicated server for quicker DMS indexing. This is useful for organizations that are document-intensive. | • Multiple server hardware is required. |
| • Messaging post office is not hampered by DMS indexing. | • Dedicated network segment is required (including second network interface card that is directly linked to the indexer server). |
| • The large amount of information that is passed between the post office server and the indexing server does not congest the bandwidth of the production network segment. | • For multiple indexing servers, a dedicated hub might be needed. |

SAMNDCA630-07873329

DEFENDANT'S EXHIBIT NO. 324.0325

**Dedicated DMS Post Office**

You can have one post office that is dedicated to messaging and another to DMS. This configuration is useful for post offices that have heavy DMS usage. For a review of this configuration, see "Centralized Libraries" on page 274.



| Advantages | Disadvantages |
|---|---|
| ◆ Dedicated POA for quicker DMS indexing. This is useful for organizations that are document-intensive. | ◆ High-end hardware is required for DMS server. |
| ◆ Messaging post office is not hampered by DMS traffic and indexing. | ◆ Additional post office and POA to be maintained. |
| ◆ Logical separation of messaging and DMS databases. Processes such as backing up databases are easier. | ◆ Client/server is required for searching and accessing documents. |
| ◆ This configuration is ideal for creating a centralized library configuration. | ◆ Remote access is required for users who cannot use client/server mode. This ensures that the slower store-and-forward process will be used for remote searching and accessing of documents. |

SAMNDCA630-07873330

# Determining Your Indexing Needs

The following table presents some indexing considerations and suggests an indexing configuration based on how the considerations pertain to your indexing needs:

| Consideration | Single Server with One POA | Dedicated Indexer Server | Dedicated Indexer Server on an Isolated Network Segment | Dedicated DMS Post Office |
|---|---|---|---|---|
| Does the post office own multiple libraries? | No | Yes or No | Yes or No | Yes |
| What is the expected indexing volume (per hour)? | Light | Light or Moderate | Moderate or Heavy | Heavy |
| Is hardware available for a dedicated indexer server? | No | Yes | Yes | Yes |
| Could bandwidth congestion be a problem? | No | Maybe | Maybe or Yes | Yes |

Use the "Indexing Worksheet" on page 327 to estimate the indexing needs of the libraries in your GroupWise system. Each worksheet accommodates three libraries.

Identify each library (worksheet items 1 and 2). Estimate the impact of each consideration in each library (worksheet items 3 through 6). Then compare your estimates for each library to the values in the table above to determine the indexing configuration for each library (worksheet item 7).

SAMNDCA630-07873331

**Indexing Worksheet**

For instructions on how to use this worksheet, see "Determining Your Indexing Needs" on page 326.

|  | Library | Library | Library |
|---|---|---|---|
| 1) Library: | | | |
| 2) Library's Post Office: | | | |
| 3) Multiple Libraries per Post Office? | | | |
| • Yes | | | |
| • No | | | |
| 4) Expected Indexing Volume (per hour): | | | |
| • Light | | | |
| • Moderate | | | |
| • Heavy | | | |
| 5) Additional Server Available? | | | |
| • Yes | | | |
| • No | | | |
| 6) Bandwidth Congestion Possible? | | | |
| • Yes | | | |
| • Maybe | | | |
| • No | | | |
| 7) Indexer Configuration: | | | |
| • Single server with one POA | | | |
| • Dedicated indexer server | | | |
| • Dedicated indexer server on an insolated network segment | | | |
| • Dedicated DMS post office | | | |

## Implementing Indexing

For libraries where a single POA running on the post office server will provide adequate indexing support for the post office's libraries, follow the instructions in "Regulating Indexing" on page 514 to implement indexing.

For libraries where additional POAs running on separate servers are required to support the indexing needs of the post office's libraries, follow the instructions in "Configuring a Dedicated Indexing POA" on page 516 to implement indexing.

SAMNDCA630-07873332

DEFENDANT'S EXHIBIT NO. 324.0328

# Managing Documents

As more and more documents are added to your GroupWise libraries, you will need to manage the disk space occupied by libraries and respond to various changes in your GroupWise system.

* "Archiving and Deleting Documents" on page 328

* "Backing Up and Restoring Archived Documents" on page 328

* "Handling Orphaned Documents" on page 329

See also "Managing Document Storage Areas" on page 290.

## Archiving and Deleting Documents

The Document Type property determines what happens to documents whose document life in your GroupWise system has expired. For a review of the document types and document life, see "Document Types" on page 266.

You can use the Mailbox/Library Maintenance feature in ConsoleOne to archive and delete documents on demand, as described in "Reducing the Size of Libraries and Document Storage Areas" on page 371.

You can also configure the POA to archive and delete documents on a regular schedule, as described in "Scheduling Disk Space Management" on page 469.

## Backing Up and Restoring Archived Documents

When documents are archived, they are physically moved to a directory in the post office, where disk space can be limited. You should move archived documents to your backup medium regularly.

* "Moving Archived Documents to Backup" on page 328

* "Restoring Archived Documents" on page 329

### Moving Archived Documents to Backup

When documents are archived, they are placed in automatically created archive directories. Each library has a set of archive directories. For example, gwdms (GroupWise Document Management Services) is one of the post office's directories. The library directories exist under it, named lib0001-ff. Under each library directory is an archive directory, under which are the sequentially-numbered archival directories, named ar*nnnnnn* (where *nnnnnn* is an integer with leading zeros). Each ar*nnnnnn* directory is an archive set. To view the gwdms directory, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

To move archived documents to backup:

**1** Make sure you have a backup medium (such as tape or CD) operating with your system.

**2** Make sure you have already archived documents that have reached their expiration dates. Documents that have not been archived cannot be removed to a backup medium.

**3** Start the software for your backup medium.

**4** When the backup software asks for the location of your archive files, give the full path.

   **Example:** j:\*post office*\gwdms\lib0\archive\ar000001

If users need the backed-up documents in the future, see "Restoring Archived Documents" on page 329.

SAMNDCA630-07873333

**Restoring Archived Documents**

When a user tries to access a document that has been archived, one of two things will happen:

- If the document is in the post office archive set, and has not yet been physically moved from the archive location, the document opens normally. The user will not realize it was archived. The document is unarchived from the archive set at that time; that is, it is moved back to the library document directory from which it was archived. It is also given a new archive date according to the document type.

- The user will see a message indicating the document cannot be opened. In this case, the archive set containing the document has been physically moved to a backup medium. Therefore, the document cannot be automatically unarchived. In this case, the user might contact you, asking you to locate or recover the document. You can restore either the document's BLOB or the archive set that contains the BLOB. After the document is restored to its archive directory, the user will be able to open the document normally.

To restore archived documents from a backup medium:

**1** Obtain the Document Number for the document the user was trying to access.

**2** In the GroupWise Windows client, click Tools > Find.

**3** Enter the Document Number, then click OK.

**4** Right-click the document in the Find Results listing, then click Properties > Version.

**5** Note the archive directory in the path listed in the Current Location field.

The subdirectory listed after the ..\archive directory is the archive set containing the document, for example, \ar000001.

**6** If you have the ability to recover individual files from your backup medium, also note the BLOB filename listed in the Current Filename field.

**7** Determine where you backed up the archive set, then copy either the archive set or the individual BLOB file to the archive directory specified in the Current Location field that you noted earlier.

**8** You can now notify the user that the requested document is available.

**9** When you are sure the user has opened the document (causing it to be unarchived), you should delete any files remaining in that archive directory because you have already backed them up.

## Handling Orphaned Documents

If you remove public rights for a library, some documents might become inaccessible. For example, if a user who has been denied access to the library is the only user that had access to certain documents, those documents become orphaned. No other user can access or search for those orphaned documents. This is because document security is controlled by the user listed in the Author and Creator fields in the document's properties. In other words, if the author or creator no longer has access to a document, neither will anyone else.

However, orphaned documents can be reassigned to another author so that someone can access them again. This can be done in one of two ways:

- In ConsoleOne, the Analyze/Fix Library action in Mailbox/Library Maintenance can reassign orphaned documents to a specified user. Then, the new user will have access to all orphaned documents in that library. For more information, see "Analyzing and Fixing Library and Document Information" on page 360.

SAMNDCA630-07873334

- A librarian has the ability to alter the Author field of documents. Therefore, a librarian can replace the previous user's GroupWise ID with his or her own ID. In doing so, the librarian becomes the new author of the document. This can also be done as a mass operation for multiple documents with varying user IDs in the Author field. For more information, see "Adding and Training Librarians" on page 295.

SAMNDCA630-07873335

DEFENDANT'S EXHIBIT NO. 324.0331

# 24 Integrations

Document-producing applications can be integrated with GroupWise® Document Management Services (DMS) to allow GroupWise management control over files produced by the integrated applications. Integrations provide code specifically designed to allow function calls, such as Open or Save, to be redirected to the GroupWise Windows client. This allows GroupWise dialog boxes to be displayed instead of the application's normal dialog boxes for the integrated functions.

**NOTE:** The Cross-Platform client does not include integrations, which is why you cannot create and edit documents from the Cross-Platform client.

GroupWise DMS includes standard integrations for the following applications:

- Corel* Presentations* 7.x through 9.x
- Corel Quattro Pro* 7.x and 8.x
- Corel WordPerfect 6.1 through 9.x
- Lotus* Word Pro* 96 and 97
- Microsoft Binder 97
- Microsoft Excel 95 and 97
- Microsoft PowerPoint* 97
- Microsoft Word 95 and 97

Other applications can be integrated manually using the gwappint.inf file.

- "Setting Up Integrations during Windows Client Installation" on page 331
- "Setting Up Integrations Using the gwappint.inf File" on page 332
- "Controlling Integrations in the GroupWise Windows Client" on page 336

## Setting Up Integrations during Windows Client Installation

The GroupWise Windows client installation program can offer users the opportunity to integrate their document-producing applications during client installation.

SAMNDCA630-07873336



This dialog box lists the applications that can be integrated with GroupWise that are currently installed on users' workstations. Therefore, it is important to make sure that the applications to integrate are installed *before* the GroupWise client is installed. However, it does not matter whether GroupWise and the applications are installed to run from the network or from the users' workstations. The integrations work with any combination of installation choices.

After selecting applications to integrate during GroupWise client integration, users can manage their integrations in the GroupWise client, as described in "Integrating GroupWise with Your Applications" in "Creating and Working with Documents" in the *GroupWise 6.5 Windows Client User Guide*.

If users need to install and integrate applications *after* installing the GroupWise client, they can install the new applications, then reinstall the GroupWise client so that they can select the new applications during GroupWise client installation. If reinstalling the GroupWise client is not an option, you might need to assist them in setting up additional integrations, as described in "Setting Up Integrations Using the gwappint.inf File" on page 332.

# Setting Up Integrations Using the gwappint.inf File

The gwappint.inf file controls how document-producing applications are integrated with GroupWise. During GroupWise client installation, it is installed in the Windows system32 subdirectory. It is a text file that can be viewed and modified in a text editor such as Notepad. You might want to print the gwappint.inf file from a user workstation to help you understand how integrations have been set up for your users during GroupWise client installation.

- "Understanding the Three Levels of Integration" on page 332
- "Understanding the gwappint.inf File" on page 333
- "Editing the gwappint.inf File" on page 336

## Understanding the Three Levels of Integration

The gwappint.inf file provides for three different levels of integration, to meet the needs of different types of document-producing applications:

- "ODMA Integration" on page 333
- "Point-to-Point Integration" on page 333
- "No Integration" on page 333

SAMNDCA630-07873337

## ODMA Integration

The Open Document Management API (ODMA) is an industry standard for applications and document management programs to use in achieving seamless integration. ODMA is platform-independent. GroupWise DMS is 32-bit ODMA-compliant, and can automatically integrate with all 32-bit ODMA-compliant applications. Applications that are not 32-bit ODMA-compliant must have integrations created for them to be used with GroupWise DMS.

The 16-bit ODMA integration standards are not 100% compatible with the 32-bit ODMA integration in Windows 95/98/2000. Therefore, 16-bit applications that are ODMA-compliant must still have integrations created for them to be used with the GroupWise DMS.

## Point-to-Point Integration

This integration involves applications that are not 32-bit ODMA-compliant. Novell[K] has written macros for various applications, such as Microsoft Word, which allow them to be integrated with GroupWise. This provides the same functionality as for 32-bit ODMA-integrated applications. These applications can be selected for integration when the GroupWise client is installed.

Integration macros are written in the macro language of the application being integrated with GroupWise. Macro calls are made to GroupWise dialog boxes to replace access of the application's own dialog boxes (for example, Open and Save).

## No Integration

Non-integrated applications rely on Windows 95/98/2000 associations. When a reference icon is selected in GroupWise, the file's extension is examined to determine which application to use. The application is launched and the file is opened.

Functions performed in a non-integrated application are not managed by GroupWise. So, if the file is renamed or saved to a different location, the file will not be part of a GroupWise library. When the file is opened later, a message will be displayed reminding the user that the file is not under management of GroupWise. However, if you simply edit the file and re-save it without changing the name or location, GroupWise will continue to provide management of the file.

# Understanding the gwappint.inf File

The gwappint.inf file includes the following sections and lines:

- |*executable name*| sections
  - Integration= line
  - DualExe= line
  - AppName= line
  - AppKey= line
- |ODMA Application Extensions| section
- |Integration State| section
- |Non-Integrated Defaults| section
  - WaitInterval= line
  - ShowMessage= line

SAMNDCA630-07873338

**DEFENDANT'S EXHIBIT NO. 324.0334**

**[*executable_name*] Sections**

The gwappint.inf file contains one [*executable_name*] section for each integrated application. It supplies the name of the executable for the program being integrated.

**Integration= Line**

Each [*executable_name*] section must have an Integration= line, where digits identify the type of integration employed for the executable:

Integration = 0 (No Integration)
Integration = 1 (Point-to-Point Integration)
Integration = 2 (ODMA Integration)

**DualExe= Line**

Some programs, such as Lotus Word Pro, use a small startup executable that, in turn, calls the main program. Use the DualExe= line to specify the name of the main executable. You can specify the full path to the main executable, or you can specify the path relative to the startup executable.

**AppName= Line**

The AppName= line assigns the application an arbitrary name for use in the [ODMA Application Extensions] and [Integration State] sections.

**AppKey= Line**

The AppKey= line is used only with point-to-point integrations (Integration=1). It specifies a value used by GroupWise to pass information to and from the integrated application. The value must be unique among the point-to-point integrations defined in the gwappint.inf file.

**Examples Based on Standard Integrations**

The table below shows how the standard integrations are implemented in the gwappint.inf file:

| Application | Executable | Version | Comments |
|---|---|---|---|
| Corel Presentations | prwin.exe | 3 | If it is already installed on the workstation, GroupWise installation will change the Integrations= line to 0 and the application will be available for selection as a non-integrated application. |
| | | 7 | For ODMA integration, change the DualExe= line to SYSTEM\PRWIN70.EXE and the Integrations= line to 2. |
| | | 8 | For ODMA integration, change the Integrations= line to 2. |
| Corel Quattro Pro | qpw.exe | 6.1 | If it is already installed on the workstation, the GroupWise client installation will change the Integrations= line to 0 and the application will be available for selection as a non-integrated application. |
| | | 7 | For ODMA integration, change the Integrations= line to 2 |
| Corel WordPerfect | wpwin.exe | 6.1 | If it is already installed on the workstation, the GroupWise client installation will change the Integrations= line to 0 and the application will be available for selection as a non-integrated application. |
| | | 7 | For ODMA integration, change the DualExe= line to SYSTEM\WPWIN7.EXE and the Integrations= line to 2. |

**334**   GroupWise 6.5 Administration Guide

DEFENDANT'S EXHIBIT NO. 324.0335

| Application | Executable | Version | Comments |
|---|---|---|---|
| Lotus Word Pro | wordpro.exe | 96 | This application is 32-bit ODMA-compliant. Therefore, if installed before GroupWise, it will be available for selection as an ODMA-integrated application. |
| | | 97 | For ODMA integration, change the DualExe= line to SYSTEM\WORDPRO.EXE and the Integrations= line to 2. |
| Microsoft Binder | binder.exe | 97 | This application is 32-bit ODMA-compliant. Therefore, if installed before GroupWise, it will be available for selection as an ODMA-integrated application. |
| Microsoft Excel | excel.exe | 95 and 97 | The Integrations= line will be set to 1 for both versions. |
| Microsoft PowerPoint | powerpnt.exe | 97 | This application is 32-bit ODMA-compliant. Therefore, if installed before GroupWise, it will be available for selection as an ODMA-integrated application. |
| Microsoft Word | winword.exe | 95 | If it is already installed on the workstation, GroupWise installation will change the Integrations= line to 1 and the application will be available for selection for point-to-point integration. |
| | | 97 | For ODMA integration, change the Integrations= line to 2. |

## [ODMA Application Extensions] Section

The [ODMA Application Extensions] section lists the file extensions GroupWise associates with particular document-producing applications. Examples include:

| Application | File Extension |
|---|---|
| Corel WordPerfect | .wpd |
| Microsoft Excel | .xls |
| Microsoft PowerPoint | .ppt |
| Microsoft Word | .doc |

## [Integration State] Section

The [Integration State] section records whether the user has turned integrations on or off for integrated applications.

## [Non-Integrated Defaults] Section

The [Non-Integrated Defaults] section provides two configuration settings that apply to all non-integrated applications:

- WaitInterval= line
- ShowMessage= line

### WaitInterval= Line

The WaitInterval= line specifies a number of milliseconds for the GroupWise client to wait before it attempts to communicate with a non-integrated process. The wait interval allows the application to start completely before GroupWise contacts it. The default wait interval is 1000 milliseconds (one second).

SAMNDCA630-07873340

DEFENDANT'S EXHIBIT NO. 324.0336

The default setting supplied in the |Non-Integrated Defaults| section can be overridden for specific applications by including a WaitInterval= line in the application's |*executable name*| section.

### ShowMessage= Line

The ShowMessage= line indicates whether or not to display a message to the GroupWise client user if GroupWise cannot contact a non-integrated application. Use ShowMessage=1 to display the message or ShowMessage=0 to suppress the message.

The default setting supplied in the |Non-Integrated Defaults| section can be overridden for specific applications by including a ShowMessage= line in the application's |*executable name*| section.

## Editing the gwappint.inf File

The gwappint.inf file is a text file that can be modified using any text editor (Notepad, for example). By editing the gwappint.inf file, you can add integrations for applications for which Novell has not provided integrations.

# Controlling Integrations in the GroupWise Windows Client

For the convenience of GroupWise Windows client users, some settings in the gwappint.inf file can be modified from the client.

In the GroupWise client:

**1** Click Tools > Options > Documents > Integrations.



The Integrations tab of the Documents Setup dialog box lets users turn integrations on and off for the listed registered applications.

If the application that users want to integrate is does not appear in the registered applications list, users must first make sure the application is installed on their workstations. They they can either reinstall the GroupWise client or modify the gwappint.inf file as described in "Setting Up Integrations Using the gwappint.inf File" on page 332.

The users' selections on the Integrations tab are recorded in the |Integration State| section of the gwappint.inf file.

**2** Select an application to configure integration for, then click Advanced.

SAMNDCA630-07873341

DEFENDANT'S EXHIBIT NO. 324.0337



The Non-Integrated tab enables users to set values for the ShowMessage= and WaitInterval= lines in the gwappint.inf file.

**3** Click Executable.



The Executable tab enables users to set the DualExe= line in the gwappint.inf file.

**4** Click OK twice to save the updated integration information.

If users check the contents of the gwappint.inf file in the Windows system32 subdirectory, they will see their integration configuration changes reflected there.

SAMNDCA630-07873342

DEFENDANT'S EXHIBIT NO. 324.0338

SAMNDCA630-07873343

DEFENDANT'S EXHIBIT NO. 324.0339

# VIII Databases

* Chapter 25, "Understanding GroupWise Databases," on page 341
* Chapter 26, "Maintaining Domain and Post Office Databases," on page 345
* Chapter 27, "Maintaining User/Resource and Message Databases," on page 353
* Chapter 28, "Maintaining Library Databases and Documents," on page 359
* Chapter 29, "Synchronizing Database Information," on page 363
* Chapter 30, "Managing Database Disk Space," on page 367
* Chapter 31, "Backing Up GroupWise Databases," on page 375
* Chapter 32, "Restoring GroupWise Databases from Backup," on page 379
* Chapter 33, "Retaining User Messages," on page 387
* Chapter 34, "Standalone Database Maintenance Programs," on page 391

SAMNDCA630-07873344

DEFENDANT'S EXHIBIT NO. 324.0340

SAMNDCA630-07873345

DEFENDANT'S EXHIBIT NO. 324.0341

# 25 Understanding GroupWise Databases

Your GroupWise™ system includes numerous databases where vital information is stored.

- "Domain Databases" on page 341
- "Post Office Databases" on page 341
- "User Databases" on page 342
- "Message Databases" on page 342
- "Library Databases" on page 342
- "Guardian Databases" on page 343

## Domain Databases

The domain database (wpdomain.db) in each domain contains all administrative information for the domain, including:

- Address information about all GroupWise objects (such as users and resources), post offices, and gateways in the domain
- System configuration and linking information for the domain's MTA
- Address and message routing information to other domains

The first domain you create is the primary domain. In the primary domain, the wpdomain.db file contains all administrative information for your entire GroupWise system (all domains, post offices, users, and so on). Because the wpdomain.db file in the primary domain is so crucial, you should back it up regularly and keep it secure. See "Backing Up a Domain" on page 375.

You can re-create your entire GroupWise system from the primary domain wpdomain.db file; however, if the primary domain wpdomain.db file becomes unusable, you can no longer make administrative updates to your GroupWise system.

In a secondary domain, the wpdomain.db file contains administrative information about that secondary domain only.

For the location of the domain database, see "Domain Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. For additional domain information, see "Information Stored in the Domain" on page 558.

## Post Office Databases

The post office database (wphost.db) in each post office contains all administrative information for the post office, including a copy of the GroupWise Address Book. This information is necessary for users to send messages to others in the GroupWise system.

SAMNDCA630-07873346

DEFENDANT'S EXHIBIT NO. 324.0342

For the location of the post office database, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. For more post office information, see "Information Stored in the Post Office" on page 418.

# User Databases

Each member of the post office has a personal database (user*xxx*.db) which represents the user's mailbox. The user database contains the following:

- Message header information
- Pointers to messages
- Personal groups
- Personal address books
- Rules

When a member of another post office shares a folder with one or more members of the local post office, a "prime user" database (pu*xxxx*.db) is created to store the shared information. The "prime user" is the owner of the shared information.

Local user databases and prime user databases are stored in the ofuser directory in the post office.

Because resources are addressable just like users, resources also have user databases.

For the location of user databases in the post office, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. For more post office information, see "Information Stored in the Post Office" on page 418.

# Message Databases

Each member of the post office is assigned to a message database (msg*nn*.db) where the body portions of messages are stored. Many users in a post office share a single message database. There can be as many as 25 message databases in the post office. Message databases are stored in the ofmsg directory in the post office.

Outgoing messages from local senders are stored in the message database assigned to each sender. Incoming messages from users in other post offices are stored in the message database with the same name as the message database assigned to the sender in his or her own post office. In each case, only one copy of the message is stored in the post office, no matter how many members of the post office it is addressed to.

For the location of message databases in the post office, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. For more post office information, see "Information Stored in the Post Office" on page 418.

# Library Databases

A library is a collection of documents and document properties stored in a database system that can be managed and searched. You do not need to set up libraries unless you are using GroupWise Document Management Services (DMS). See "Libraries and Documents" on page 261.

The databases for managing libraries are stored in the gwdms directory and its subdirectories in the post office.

SAMNDCA630-07873347

The dmsh.db file is a database shared by all libraries in the post office. It contains information about where each library in the post office is located.

Each library has its own subdirectory in the gwdms directory. In each library directory, the dmxxnn01-FF.db files contain information specific to that library, such as document properties and what users have rights to access the library.

For the location of library databases in the post office, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*. For more post office information, see "Information Stored in the Post Office" on page 418.

The actual documents in a library are not kept in the library databases. They are kept in a document storage area, which consists of a series of directories for storing documents. Documents are encrypted and stored in BLOBs (binary large objects) to make document management easier. A document, its versions, and related objects are stored together in the same BLOB.

A document storage area might be located in the post office itself, or in some other location where more storage space is available. If it is located in the post office, the document storage area can never be moved. Therefore, storing documents in the post office directory structure is not usually recommended. If it is stored outside the post office, a document storage area can be moved when additional disk space is required.

See Chapter 22, "Creating and Managing Libraries," on page 269 and Chapter 23, "Creating and Managing Documents," on page 303 for more information about Document Management Services.

# Guardian Databases

The guardian database (ngwguard.db) serves as a reference for the following subordinate databases in the post office:

- User databases (userxxx.db)

- Message databases (msgnn.db)

- Prime user databases (puxxxx.db)

- Library databases (dmsh.db and dmxxnn01-FF.db)

The guardian database stores information that is common among all databases, thus eliminating duplication of information. The subordinate databases reference information stored in the guardian database. The benefits of the guardian database include the following:

- **Single Reference Point:** The guardian database stores information for each post office. Instead of storing the dictionary information in multiple dictionary databases, it is stored once in the guardian database.

- **Increased Performance:** When the information in the guardian database is accessed, it is written to cache memory. Each subsequent request can be handled with information already available in cache memory, which is faster than disk access.

- **Tracking Attachments and Documents:** When an attachment or document becomes orphaned (loses pointers to the message or profile), the guardian database is used to re-locate the origination of the attachment or document.

- **GroupWise Remote Management:** When a user starts GroupWise Remote, a local guardian database is created on the remote workstation to store information similar to the guardian database in the remote user's post office in the master system.

SAMNDCA630-07873348

DEFENDANT'S EXHIBIT NO. 324.0344

The guardian database is vital to GroupWise functioning. Therefore, the POA has an automated back-up and roll-forward process to protect it. The POA keeps a known good copy of the guardian database called ngwguard.fbk. Whenever it modifies the ngwguard.db file, the POA also records the transaction in the roll-forward transaction log called ngwguard.rfl. If the POA detects damage to the ngwguard.db file on startup or during a write transaction, it goes back to the ngwguard.fbk file (the "fall back" copy) and applies the transactions recorded in the ngwguard.rfl file to create a new, valid and up-to-date ngwguard.db.

In addition to the POA back-up and roll-forward process, you should still back up the ngwguard.db, ngwguard.fbk, and ngwguard.rfl files regularly to protect against media failure. Without a valid ngwguard.db file, you cannot access your e-mail. With current ngwguard.fbk and ngwguard.rfl files, you can rebuild a valid ngwguard.db file should the need arise.

The ngwguard.dc file is the structural template for building the guardian database and its subordinate databases. Also called a dictionary file, the ngwguard.dc file contains schema extension information, such as administrator-defined fields, data types, and record indexes. If this dictionary file is missing, no additional databases can be created in the post office.

SAMNDCA630-07873349

DEFENDANT'S EXHIBIT NO. 324.0345

# 26 Maintaining Domain and Post Office Databases

Occasionally, it is necessary to perform maintenance tasks on domain databases (wpdomain.db) or post office databases (wphost.db). The frequency depends on the reliability of your network and your own experience of how often problems are likely to occur. The following tasks help you maintain the integrity of your domain and post office databases:

- "Validating Domain or Post Office Databases" on page 345
- "Recovering Domain or Post Office Databases" on page 346
- "Rebuilding Domain or Post Office Databases" on page 349
- "Rebuilding Database Indexes" on page 351

**NOTE:** Unfortunately, damage to databases cannot be prevented. A power outage can occur in the middle of a write to a database. A hard drive can fail. However, the GroupWise tools for repairing damaged databases are very effective and should be able to resolve most damage to GroupWise databases.

To further protect your GroupWise[R] system against loss of domain and post office information, see Chapter 31, "Backing Up GroupWise Databases," on page 375 and Chapter 32, "Restoring GroupWise Databases from Backup," on page 379.

To ensure that the same information exists in all domain and post office databases throughout your GroupWise system, see "Synchronizing the Primary Domain from a Secondary Domain" on page 366, "Synchronizing a Secondary Domain" on page 365, and "Synchronizing a Post Office" on page 364.

## Validating Domain or Post Office Databases

You can validate the data in the domain and post office databases at any time without interrupting normal GroupWise operation. The frequency can vary depending on the size of your system and the number of changes you make to users, resources, and distribution lists.

1 Make sure you have full administrative rights to the domain and post office database directories you are validating.

2 In ConsoleOne[R], browse to and select the Domain object or Post Office object where you want to validate the database.

3 Click Tools > GroupWise Utilities > System Maintenance.

SAMNDCA630-07873350

DEFENDANT'S EXHIBIT NO. 324.0346



**4** Click Validate Database > Run.

**5** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database being validated. Click OK.

You will be notified if there are any physical problems, so you can then recover or rebuild the database.

See "Recovering Domain or Post Office Databases" on page 346 and "Rebuilding Domain or Post Office Databases" on page 349.

# Recovering Domain or Post Office Databases

The database recover process corrects physical problems in the database structure, but does not update incorrect information contained in the database.

If you receive an administrative message informing you that an internal database error has occurred, or if you detect database damage and don't want to take users out of GroupWise, you can recover the database. If no errors are reported after the recover process, you will not need to take further action.

The recover process is run against a copy of the domain database (wpdomain.db) or post office database (wphost.db). Therefore, while the recover process is being run, you can continue to access the database through ConsoleOne and you do not need to stop the MTA or the POA.

As the copy of the database is created, the recover process skips invalid records. If the number of records in the original wpdomain.db file or wphost.db file is different from the number in the new, valid copy, GroupWise will send an administrative message informing you that data has been lost. When the recover process is completed, the backup database will be deleted.

SAMNDCA630-07873351

DEFENDANT'S EXHIBIT NO. 324.0347



For convenience, the agents are configured by default to automatically recover domain and post office databases whenever a physical problem is encountered. See "Recovering the Domain Database Automatically or Immediately" on page 614 and "Recovering the Post Office Database Automatically or Immediately" on page 485.

To recover a specific database in ConsoleOne:

**1** Make sure you have network access to the domain or post office directory for the database you are recovering.

SAMNDCA630-07873352

If you have administration rights in the primary domain, you can recover the primary domain database, the post office databases in the primary domain, and any secondary domain databases.

From a secondary domain, you can recover the secondary domain database and the post office databases in the secondary domain.

**2** Make sure you have sufficient disk space for the copy of the database that is created during recovery.

**3** In ConsoleOne, browse to and select the Domain object or Post Office object where you want to recover the database.

**4** Click Tools > GroupWise Utilities > System Maintenance.

Validate Database
Recover Database
Rebuild Database
Reclaim Unused Space
Rebuild Indexes for Listing
Run
Close
Help
Description

**5** Click Recover Database > Run.

**6** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database being validated. Click OK.

If recovery is successful, the backup database is deleted, and the new domain database is renamed to wpdomain.db, or the new post office database is renamed to wphost.db.

If recovery fails for any reason, the backup database will be copied back to wpdomain.db or wphost.db. If any data was lost, you will be notified by an administrative message.

You have several options for retrieving lost data from other sources:

- If data has been lost from the primary domain, you can synchronize it with a secondary domain that is known to contain current information. See "Synchronizing the Primary Domain from a Secondary Domain" on page 366.
- If data has been lost from a secondary domain, you can synchronize it with the primary domain. See "Synchronizing a Secondary Domain" on page 365.
- You can also rebuild the database at a later time when you have exclusive access to the database where the data has been lost. See "Rebuilding Domain or Post Office Databases" on page 349.

DEFENDANT'S EXHIBIT NO. 324.0349

# Rebuilding Domain or Post Office Databases

In addition to correcting the physical problems resolved by the database recover process, the rebuild process updates user and object information in a domain database (wpdomain.db) or post office database (wphost.db). However, the process requires that no users or GroupWise agents (MTA or POA) have access to the database during the rebuild process.

You should rebuild a domain or post office database if you encounter any of the following conditions:

- Objects are not being replicated between domains.

- The agent that writes to the database went down unexpectedly.

- The server where the database resides went down unexpectedly.

- You receive an administrative message informing you that an internal database error has occurred or there is database damage and you think there might be data loss.

- You ran the recover database process and received a notification of data loss.

When you rebuild a secondary domain database, information is retrieved from the primary domain. When you rebuild a post office database, information is retrieved from the domain it belongs to.

During the rebuild process, a backup of the domain or post office database is created as well as a new wpdomain.db or wphost.db. The records from the primary domain database are copied into the new wpdomain.db. There should not be any data loss. When the rebuild process is complete, the temporary database and the backup database are deleted.

SAMNDCA630-07873354



To rebuild a database:

**1** All GroupWise agents that might access the database must be stopped during the rebuild. See "Stopping the MTA" on page 609 and "Stopping the POA" on page 480.

**2** If you are rebuilding a post office database, all users should exit and you should disable the post office before the rebuild. See "Disabling a Post Office" on page 183.

**3** Make sure you have sufficient disk space for the copy of the database that is created during the rebuild process.

**4** In ConsoleOne, browse to and select the Domain object or Post Office object where you want to rebuild the database.

**5** Click Tools > GroupWise Utilities > System Maintenance.

SAMNDCA630-07873355

DEFENDANT'S EXHIBIT NO. 324.0351



**6** Click Rebuild Database > Run.

**7** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database being rebuilt. Click OK.

## Rebuilding Database Indexes

Each domain database (wpdomain.db) and post office database (wphost.db) contains three indexes that are used to determine the order of the Address Book: the system index, the domain index, and the post office index. When you display the system Address Book, the system index is used. When you display a domain-level Address Book, the domain index is used, and when you display the Address Book for a post office, the post office index is used.

The GroupWise client uses the post office database to list users. If you are in the GroupWise client and the indexes for listing system, domain, and post office users are different than the domain database indexes, you should rebuild the post office database indexes. The most common cause of incorrect indexes in a post office is that the post office database was closed when you set up the list information.

To rebuild a database index:

**1** Make sure you have administrative rights to the database whose indexes you are rebuilding.

**2** In ConsoleOne, browse to and select the Domain object or Post Office object where you want to rebuild the database index.

**3** Click Tools > GroupWise Utilities > System Maintenance.

SAMNDCA630-07873356

DEFENDANT'S EXHIBIT NO. 324.0352



**4** Select Rebuild Indexes for Listing, then click Run.

**5** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database being whose indexes are being rebuilt. Click OK.

SAMNDCA630-07873357

DEFENDANT'S EXHIBIT NO. 324.0353

# 27 Maintaining User/Resource and Message Databases

It is sometimes necessary to perform maintenance tasks on user and resource databases (user*xxx*.db) and message databases (msg*nn*.db). The frequency depends on the reliability of your network and your own experience of how often problems are likely to occur. The following tasks help you maintain the integrity of your user and message databases.

- "Analyzing and Fixing User and Message Databases" on page 353
- "Performing a Structural Rebuild of a User Database" on page 355
- "Re-creating a User Database" on page 356

**NOTE:** Unfortunately, damage to databases cannot be prevented. A power outage can occur in the middle of a write to a database. A hard drive can fail. However, the GroupWise tools for repairing damaged databases are very effective and should be able to resolve most damage to GroupWise databases.

To further protect your GroupWise® users against loss of mailbox contents, see Chapter 31, "Backing Up GroupWise Databases," on page 375 and Chapter 32, "Restoring GroupWise Databases from Backup," on page 379.

To ensure that the same information exists for users and messages throughout your GroupWise system, see "Synchronizing Individual Users or Resources" on page 363.

## Analyzing and Fixing User and Message Databases

The Analyze/Fix option of Mailbox/Library Maintenance looks for problems and errors in user and resource databases (user*xxx*.db) and/or message databases (msg*nn*.db) and then fixes them if you select the Fix Problems option. You can analyze databases individually or you can analyze all user, resource, and/or message databases in one or more post offices.

To analyze and repair user, resource, and/or message databases:

1 In ConsoleOne®, browse to and select one or more User or Resource objects to check individual users or resources.

or

Browse to and select one or more Post Office objects to check all user and/or message databases in the post office.

2 Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873358

DEFENDANT'S EXHIBIT NO. 324.0354



**3** From the Action drop-down menu, select Analyze/Fix Databases.

**4** Select from the following options:

**Structure:** When a user experiences a problem that is related to the user, message, or library databases, you should perform a structure check. The structure check verifies the integrity of the databases and reports the amount of space that could be recovered. If there is a structural problem, the databases are rebuilt with free space reclaimed.

**Index Check:** If you select Structure, you can also select Index Check. You should run an index check if a user tries to open a message and gets a read error, or when sent items that show a delivered status in the Properties window do not appear in the recipient's mailbox. An index check can be time-consuming.

**Contents:** The user databases (located in the ofuser directory) do not contain user messages. Messages are contained in the message databases under the ofmsg directory. However, the message databases do not contain the message attachments; these are located in the offiles directory. A contents check analyzes references to other items. For example, in the user database, Mailbox/Library Maintenance verifies that any referenced messages actually exist in the message database. In the message database, it verifies that any attachments that are referenced actually exist in the attachment directories.

**Collect Statistics:** If you selected Contents, the Collect Statistics option is available to collect and display statistics about the post office, such as the number of messages and appointments in the post office and the average number per user. In addition, you can display any user mailboxes that have more than a specified number of items. This can help determine if some users are using an excessive amount of disk space. If this is a problem, you might want to encourage users to delete unneeded items or to use the Archive feature in the GroupWise client to store messages on their local drives. You can also limit the amount of disk space each user can have. See "Managing Disk Space Usage in the Post Office" on page 171.

**Fix Problems:** This option tells Mailbox/Library Maintenance to fix any problems it finds. Otherwise, Mailbox/Library Maintenance will just report the problems.

**Reset User Disk Space Totals:** Recalculates the total disk space a GroupWise user is using by reading the selected user mailboxes and updating the poll record used for disk space

SAMNDCA630-07873359

management. Because disk space is user-specific, the program calculates the amount of disk space in use by the user in the user databases, in any of the message databases, and in the attachment directory. Disk space limitations do not take into account the disk space used in document libraries. This option is usually run if the user totals are not being reflected correctly.

**5** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

"Exclude" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**6** Click Run to perform the Analyze/Fix operation.

Analyze/Fix can also be run using the standalone GroupWise Check program. See "GroupWise Check" on page 391. It can also be scheduled to run on a regular basis by properly configuring the POA. See "Scheduling Database Maintenance" on page 467.

# Performing a Structural Rebuild of a User Database

The Structural Rebuild option of Mailbox/Library Maintenance rebuilds the structure of a user or resource database (user*xxx*.db) and reclaims any free space. It does not re-create the contents of the database. If you need to recover database contents as well as structure, see "Re-creating a User Database" on page 356.

To rebuild a user database:

**1** In ConsoleOne, browse to and select one or more User or Resource objects whose database needs to be rebuilt.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873360

DEFENDANT'S EXHIBIT NO. 324.0356



**3** From the Action drop-down list, select Structural Rebuild.

**4** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**5** Click Run to perform a structural rebuild of the user database.

## Re-creating a User Database

The Re-create User Database option of Mailbox/Library Maintenance will rebuild a user or resource database (userxxx.db) and recover any information it can. Some information is lost, such as the folder assignments.

You should never need to select this option for regular database maintenance. It is designed for severe problems, such as replacing a user database that has been accidentally deleted and for which you have no backup copy. Because folder assignments are lost, all items are placed into the Cabinet folder. The user must then reorganize all the items in his or her mailbox. Use of filters and searching can facilitate this process, but it is not a desirable experience. It is, however, preferable to losing everything.

To re-create a user database:

**1** In ConsoleOne, browse to and select one or more User or Resource objects that need the user database re-created.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873361



**3** From the Action drop-down list, select Re-create User Database.

**4** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**5** Click Run to re-create the user database.

SAMNDCA630-07873362

DEFENDANT'S EXHIBIT NO. 324.0358

SAMNDCA630-07873363

DEFENDANT'S EXHIBIT NO. 324.0359

# 28 Maintaining Library Databases and Documents

GroupWise[R] Document Management Services (DMS) uses libraries as repositories for documents. For a review of library database structure, see "Library Databases" on page 342.

- "Analyzing and Fixing Databases for Libraries and Documents" on page 359
- "Analyzing and Fixing Library and Document Information" on page 360

**NOTE:** Unfortunately, damage to databases cannot be prevented. A power outage can occur in the middle of a write to a database. A hard drive can fail. However, the GroupWise tools for repairing damaged databases are very effective and should be able to resolve most damage to GroupWise databases.

## Analyzing and Fixing Databases for Libraries and Documents

For libraries, the Analyze/Fix Databases option of Mailbox/Library Maintenance looks for problems and errors in library and document databases and then fixes them if you select the Fix Problems option.

To analyze and repair library and document databases:

**1** In ConsoleOne[R], browse to and select one or more Library objects.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** From the Action drop-down menu, select Analyze/Fix Databases.

**4** Select from the following options:

SAMNDCA630-07873364

**Structure:** When a user experiences a problem that is related to the library databases, you should perform a structure check. The structure check verifies the integrity of the databases and reports the amount of space that could be recovered. If there is a structural problem, the databases are rebuilt with free space reclaimed.

**Index Check:** If you select Structure, you can also select Index Check. An index check can be time-consuming.

**Contents:** The library database (located in the gwdms directory of the post office) does not contain documents. Documents are stored in the lib0000-FF directories. A contents check analyzes references from libraries to documents.

**Collect Statistics:** If you selected Contents, the Collect Statistics option is available to collect and display statistics about the library, such as the number and size of documents.

**Fix Problems:** This option tells Mailbox/Library Maintenance to fix any problems it finds. Otherwise, Mailbox/Library Maintenance will just report the problems.

**5** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396
"Logging" on page 396
"Results" on page 396
"Misc" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**6** Click Run to perform the Analyze/Fix Databases operation on the library.

Analyze/Fix Databases can also be run using the standalone GroupWise Check program. See "GroupWise Check" on page 391. It can also be scheduled to run on a regular basis by properly configuring the POA. See "Scheduling Database Maintenance" on page 467.

# Analyzing and Fixing Library and Document Information

The Analyze/Fix Library option of Mailbox/Library Maintenance performs more library-specific functions that Analyze/Fix Databases. For all options except Verify Library, all documents in each of the selected library databases are checked. This can be a time-consuming process. Therefore, if you intend to select more than one of the Analyze/Fix Library options, you can save time by selecting each of them before clicking Run. This causes all selected options to be run against each document, which is faster than running each option individually against all documents.

To validate library databases:

**1** In ConsoleOne, browse to and select one or more Post Office objects where you want to validate libraries.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873365

DEFENDANT'S EXHIBIT NO. 324.0361



**3**  From the Action drop-down menu, select Analyze/Fix Library.

**4**  Select from the following options:

**Verify Library:** This is a post office-level check. It verifies that all libraries are on the libraries list. It also checks the schema and guarantees its integrity. If there is a problem with the schema, it resets to a default schema to reclaim any missing items. For example, if you deleted the Document Type property, you could recover it using this option.

**Fix Document/Version/Element:** This performs an integrity check to verify the following:

- Each document has one or more versions linked to it.
- Each version has one or more elements linked to it.
- All versions are linked to a document.
- All elements are linked to a version.

If there are any missing links, the missing documents or versions are created from the information contained in the existing version or element for which the link is missing. For example, if a version is found that shows no link to a document, a document is created from the information contained in the version and the link is reestablished. Of course, any information in the lost document that might have been newer than the information contained in the old version is lost.

**Verify Document Files:** This determines if the BLOB exists for a document and the document is accessible. If not, an error is logged for that document. The log message does not indicate why a file is missing or inaccessible. You can recover a file by restoring it from backup.

Possible errors that would be logged include:

- If the file system on the network becomes corrupted, this will tell you which documents cannot be opened or which BLOB files are missing.
- If a file was marked by someone as Read Only or Hidden, this option would log an error that the file is inaccessible.

Maintaining Library Databases and Documents   **361**

SAMNDCA630-07873366

DEFENDANT'S EXHIBIT NO. 324.0362

**Validate All Document Security:** This option validates document security for the Author, Creator and Security (document sharing) fields. The validation replaces the results of selecting the Validate Author/Creator Security option, and is more thorough. Therefore, you only need to select one option or the other.

**Synchronize User Name:** The Author and Creator fields display users' full names, not unique IDs. If a user's name is changed, such as for marriage, this option verifies that the user's name on document and version records is the same as the user's current display name. In other words, the Author and Creator fields in documents and versions are updated to the user's newer name.

**Remove Deleted Storage Areas:** When you delete a document storage area in the Storage Areas page of a library's details dialog box, the document storage area and the documents stored there remain on the system. Deleting the storage area from the library only means that new documents will not be stored there. The documents there will continue to be available to users.

If you want to also remove the document storage area from the system, you have two options: delete the storage area and its documents, or first move the documents and then delete the storage area. The first option is not advisable, but exists so that if you have moved all of the documents that can be moved, but some corrupted documents are left behind, you can force the document storage area to be deleted.

You should normally check the Move Documents First box so that users will continue to have access to those documents from a different document storage area. With this option, all BLOBs in the library are checked to see which documents are in the area being deleted.

**Reassign Orphaned Documents:** Documents can occasionally become orphaned (unattached to a user). For example, this can happen when a user leaves your organization and the user object is removed. All documents belonging to that user are no longer available in GroupWise searches and cannot be accessed by anyone (document security is controlled by the user listed in the Author and Creator fields). This option lets you reassign these documents to another user. You must select a new author from the browser menu after checking this option. The new author you designate will have access to all orphaned documents in this library.

**Reset Word Lists:** Documents stored in a library are indexed and inserted into a generated word list. This allows users to search for a document by keywords as well as any word contained within a document. The document library word list might become outdated and if this occurs, the word list must be regenerated. This option allows the program to regenerate the document library word list the next time an index operation is performed.

5 Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

6 Click Run to perform the Analyze/Fix Library operation.

Analyze/Fix Library can also be run using the standalone GroupWise Check program. See "GroupWise Check" on page 391. It can also be scheduled to run on a regular basis by properly configuring the POA. See "Scheduling Database Maintenance" on page 467.

SAMNDCA630-07873367

DEFENDANT'S EXHIBIT NO. 324.0363

# 29 Synchronizing Database Information

In general, synchronization of object information throughout your GroupWise[K] system occurs automatically. Whenever you add, delete, or modify a GroupWise object, the information is automatically replicated to all appropriate databases. Ideally, each domain database (wpdomain.db) in your system contains original records for all objects it owns and accurately replicated records for all objects owned by other domains. However, because unavoidable events such as power outages and hardware problems can disrupt network connectivity, information in various databases might get out of sync.

If you think you have a synchronization problem, especially soon after adding, deleting, or modifying objects, it is wise to check Pending Operations to make sure your changes have been processed. See "Pending Operations" on page 51. When waiting for replication to take place, patience is a virtue.

When information differs between the original record and a replicated record, the original record is considered correct. If you perform synchronization from the owning domain, the owning domain notifies the primary domain of the correct information, then the primary domain broadcasts the correct information to all secondary domains. Therefore, the best place to perform synchronization is from the domain that owns the object that is out of sync. The next best place to perform synchronization is from the primary domain, because the primary domain sends a request to the owning domain for the correct information, then broadcasts the correct information to all secondary domains.

Any GroupWise object can be synchronized:

- "Synchronizing Individual Users or Resources" on page 363
- "Synchronizing a Post Office" on page 364
- "Synchronizing a Secondary Domain" on page 365
- "Synchronizing the Primary Domain from a Secondary Domain" on page 366

## Synchronizing Individual Users or Resources

Most often, you will notice a synchronization problem when a user has trouble sending a message. Symptoms include:

- The sender receives a "user is undeliverable" message.
- A new user or resource created in ConsoleOne[K] does not appear in the Address Book in some or all post offices.
- User or resource information is incorrect in the Address Book but correct in ConsoleOne.
- A user or resource is listed in the Address Book as belonging to one post office but actually belongs to another.

To synchronize individual User and/or Resource objects:

SAMNDCA630-07873368

**1** In ConsoleOne, connect to the domain that owns the users and/or resources. See "Connecting to a Domain" on page 123.

or

Connect to the primary domain.

**2** Browse to and right-click one or more User or Resource objects to synchronize, then click Properties.

**3** Make sure the correct information appears on the object's Identification page, then click Cancel.

**4** Repeat Step 2 and Step 3 for each user or resource you need to synchronize.

**5** Select each User or Resource object, then click Tools > GroupWise Utilities > Synchronize.

**6** When you are asked whether to proceed, click Yes.

Current, correct information will then be replicated throughout your GroupWise system.

If many User or Resource objects are being synchronized, you can check progress by viewing pending operations. See "Pending Operations" on page 51.

After synchronization is complete, you can verify that it was successful by checking the synchronized objects in Address Books and several post offices in your GroupWise system.

If there are indications that a large number of User or Resource objects need to be synchronized, rebuilding the post office database (wphost.db) can be preferable to synchronizing individual objects. However, this process requires exclusive access to the post office database. See "Rebuilding Domain or Post Office Databases" on page 349.

Occasionally, GroupWise user information can get out of sync with Novell[R] eDirectory™ user information. This requires a different type of synchronization process. See "Using eDirectory User Synchronization" on page 598.

# Synchronizing a Post Office

If information for a particular post office does not display the same throughout your GroupWise system, you can synchronize the post office.

**1** In ConsoleOne, connect to the domain that owns the post office. See "Connecting to a Domain" on page 123.

or

Connect to the primary domain.

**2** Browse to and right-click the Post Office object to synchronize, then click Properties.

**3** Make sure the correct information appears on the post office Identification page, then click Cancel.

**4** Select the Post Office object, then click Tools > GroupWise Utilities > Synchronize.

**5** When you are asked whether to proceed, click Yes.

Current, correct post office information will then be replicated throughout your GroupWise system.

After synchronization is complete, you can verify that it was successful by checking the post office information when connected to different domains in your GroupWise system.

See also "Rebuilding Domain or Post Office Databases" on page 349.

SAMNDCA630-07873369

# Synchronizing a Library

If information for a library does not display the same throughout your GroupWise system, you can synchronize the library.

**1** In ConsoleOne, connect to the domain that owns the library. See "Connecting to a Domain" on page 123.

or

Connect to the primary domain.

**2** Browse to and right-click the Library object to synchronize, then click Properties.

**3** Make sure the correct information appears on the library Identification page, then click Cancel.

**4** Select the Library object, then click Tools > GroupWise Utilities > Synchronize.

**5** When you are asked whether to proceed, click Yes.

Current, correct library information will then be replicated throughout your GroupWise system.

After synchronization is complete, you can verify that it was successful by checking the library information when connected to different domains in your GroupWise system.

See also "Analyzing and Fixing Library and Document Information" on page 360.

# Synchronizing a Secondary Domain

If information for a particular secondary domain does not display the same throughout your GroupWise system, you can synchronize the secondary domain.

**1** In ConsoleOne, connect to the primary domain. See "Connecting to a Domain" on page 123.

**2** If there is any doubt about the correctness of that secondary domain's information as stored in the primary domain database, synchronize the primary domain with the secondary domain before proceeding. See "Synchronizing the Primary Domain from a Secondary Domain" on page 366.

**3** Browse to and right-click the Domain object to synchronize, then click Properties.

**4** Make sure the correct information appears on the domain Identification page, then click Cancel.

**5** Select the Domain object, then click Tools > GroupWise Utilities > Synchronize.

**6** When you are asked whether to proceed, click Yes.

Current, correct domain information for the secondary domain will then be replicated throughout your GroupWise system.

After synchronization is complete, you can verify that it was successful by checking the domain information when connected to different domains in your GroupWise system.

See also "Rebuilding Domain or Post Office Databases" on page 349.

SAMNDCA630-07873370

DEFENDANT'S EXHIBIT NO. 324.0366

# Synchronizing the Primary Domain from a Secondary Domain

Information about a secondary domain stored in the secondary domain database is considered more current and correct than information about that secondary domain stored in the primary domain database. If the primary domain database contains out-of-date information, you can synchronize the primary domain from the secondary domain.

When you synchronize the primary domain database from a secondary domain database, any records the secondary domain owns, such as post offices or users added to the secondary domain, are replicated from the secondary domain database to the primary domain database.

To synchronize the primary domain from a secondary domain:

**1** You must have administrative rights to the primary domain directory and the secondary domain directory from which the primary domain is being synchronized.

**2** In ConsoleOne, browse to and select the Domain object of the secondary domain whose database you want to use to synchronize the primary domain database.

**3** Click Tools > GroupWise Utilities > System Maintenance.



**4** Select Sync Primary with Secondary, then click Run.

**5** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database being validated. Click OK.

To make sure the primary domain database is totally up-to-date, repeat the procedure for each secondary domain in your system.

SAMNDCA630-07873371

DEFENDANT'S EXHIBIT NO. 324.0367

# 30 Managing Database Disk Space

One of the most common maintenance issues in a growing system is running out of disk space. In addition to sending messages, users tend to use GroupWise[*] for all sorts of communication, such as transferring large files. Library documents created with Document Management Services (DMS) can use huge amounts of disk space. Archived library documents can also quickly use up disk space assigned to the post office, where space is usually limited.

You should let your users know about the archive and auto-delete features of GroupWise mail, or set client options in ConsoleOne[*] to automatically archive or delete. See Chapter 74, "Setting Defaults for the GroupWise Client Options," on page 973.

- "Gathering Mailbox Statistics" on page 367
- "Reducing the Size of User and Message Databases" on page 369
- "Reclaiming Disk Space in Domain and Post Office Databases" on page 370
- "Reducing the Size of Libraries and Document Storage Areas" on page 371

See also "Managing Disk Space Usage in the Post Office" on page 171.

## Gathering Mailbox Statistics

If you have some users who don't like to throw anything away, you might want to monitor the size of their mailboxes and, where appropriate, suggest voluntary cleanup. You can assess e-mail retention by the number of messages, age of messages, or size of user databases.

The Mailbox Statistics option in Mailbox/Library Maintenance collects and displays statistics about the post office, such as the number of messages and appointments in the post office and the average number per user. It is valid only for user databases. In addition, you can display any user mailboxes that have more than a specified number of items. This can help determine which users might be using an excessive amount of file server disk space.

To gather mailbox statistics:

**1** In ConsoleOne, browse to and select one or more User or Resource objects or one or more Post Office objects.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

SAMNDCA630-07873372

DEFENDANT'S EXHIBIT NO. 324.0368



**3** From the Action drop-down menu, select Mailbox Statistics.

**4** Select Mailbox Statistics.

**Mailbox Statistics:** Enter a maximum number of items. You will see a report showing each user whose mailbox has more items in it than the number you specify.

or

Select Expire Statistics.

**Expire Statistics:** Select one of the following:

- **Items Older Than:** Shows how many items are older than the number of days you specify.

- **Downloaded Items Older Than:** Shows how many items have been downloaded to users' GroupWise Caching or Remote mailboxes that are older than the number of days you specify. This does not include items that have been downloaded to non-GroupWise mailboxes (for example, POP and IMAP accounts).

- **Items Larger Than:** Shows how many items are larger than the size you specify.

- **Reduce Mailbox To:** Shows how many items need to be expired before the mailbox would be reduced to the size you specify. Older, larger items are expired before newer, smaller items.

- **Reduce Mailbox to Limited Size:** Shows how many items need to be expired before the mailbox is the size specified using the Disk Space Management feature under Client Options, as described in "Setting Mailbox Size Limits" on page 172.

**5** In the Include box, select Received Items, Sent Items, Calendar Items, and/or Only Backed-Up Items to specify the types of items to gather statistics for.

**6** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

SAMNDCA630-07873373

DEFENDANT'S EXHIBIT NO. 324.0369

"Results" on page 396

"Misc" on page 397

"Exclude" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

By default, the mailbox statistics are sent to the domain administrator, as designated in "Notifying the Domain Administrator" on page 632.

**7** If you want to send the statistics to one or more other users, click Results, select Individual Users, specify the e-mail addresses in the users in the CC line, then click Message if you want to include explanatory text.

**8** Click Run to gather the mailbox statistics and e-mail the results to the specified users.

## Reducing the Size of User and Message Databases

The Expire/Reduce Messages option of Mailbox/Library Maintenance eliminates expired messages and reclaims any free space in the database. You can expire/reduce messages for one or more users or resources, or for all users and resources in one or more post offices. You should inform users before you run this process so they have a chance to archive or delete messages.

**1** In ConsoleOne, browse to and select one or more User or Resource objects to expire/reduce messages for the selected users and resources.

or

Browse to and select one or more Post Office objects to expire/reduce messages for all users and resources in each selected post office.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** From the Action drop-down menu, select Expire/Reduce Messages.

**4** Click Reduce Only to delete items that have already expired.

SAMNDCA630-07873374

or

Click Expire and Reduce.

**Expire and Reduce:** Select one or more of the following:

- **Items Older Than:** Expires items that are older than the number of days you specify.

- **Downloaded Items Older Than:** Expires items that have been downloaded to users' GroupWise Caching or Remote mailboxes that are older than the number of days you specify. It does not expire items that have been downloaded to non-GroupWise mailboxes (for example, POP and IMAP accounts).

- **Items Larger Than:** Expires items that are larger than the size you specify.

- **Trash Older Than:** Expires items in the Trash that are older than the number of days you specify.

- **Reduce Mailbox To:** Expires items until the mailbox is reduced to the size you specify. Older, larger items are expired before newer, smaller items.

- **Reduce Mailbox to Limited Size:** Expires items until the mailbox is the size specified using the Disk Space Management feature under Client Options, as described in "Setting Mailbox Size Limits" on page 172.

**5** In the Include box, select Received Items, Sent Items, Calendar Items, and/or Only Backed-Up Items. You might want to notify users of the types of items that will be deleted.

**6** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

"Exclude" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**7** Click Run to perform the Expire/Reduce Messages operation.

For additional disk space management assistance, see "Managing Disk Space Usage in the Post Office" on page 171.

# Reclaiming Disk Space in Domain and Post Office Databases

As you add information to your system, the domain databases (wpdomain.db) and post office databases (wphost.db) increase in size. If you delete information, the space created in the databases for the information is not immediately recovered. GroupWise will use the free space before requiring more disk space; however, if you have deleted a large amount of information, you might want to reclaim unused database space. If you have frequent changes to your users, especially deletions, you should occasionally reclaim disk space.

**1** In ConsoleOne, browse to and select the Domain object or Post Office object where you want to reclaim disk space.

**2** Click Tools > GroupWise Utilities > System Maintenance.

SAMNDCA630-07873375



**3** Select Reclaim Unused Space, then Run.

**4** When prompted, make sure the Path to Database is correct. If an incorrect path is displayed, browse to and select the path to the database where you want to reclaim disk space. Click OK.

# Reducing the Size of Libraries and Document Storage Areas

The amount of disk space you allow at each post office for your library databases varies according to the GroupWise features they use.

If you are using GroupWise Document Management Services, you will need to determine storage requirements for your documents. If you feel your current disk space usage by documents is not representative of your long-term requirements, you can estimate the disk space users will need for documents by multiplying an average document size by the average number of documents per user by the total number of users in the post office.

For example, the typical document size is 50 KB. Each user owns about 50 documents and there are 100 users on your post office.

**Sample Calculation:**

```
   50 KB (document size)
x  50 documents (per user)
x 100 users
-----
  2.5 GB of disk space
```

Be sure to allow your libraries room to grow.

When room to grow is no longer available, the following tasks help you make the best use of available disk space:

- "Archiving and Deleting Documents" on page 372
- "Deleting Activity Logs" on page 373

See also "Backing Up and Restoring Archived Documents" on page 328.

SAMNDCA630-07873376

## Archiving and Deleting Documents

Documents can be archived, retained indefinitely, or simply deleted. The document type property determines a document's disposition (archive, delete, or retain). The document life property determines when it can be archived or deleted. When you run the Archive/Delete Documents option of Mailbox/Library Maintenance, documents in the selected libraries that have reached their document life dates are either deleted or archived.

Documents that have reached their document life and been marked for deletion in the document type are simply deleted from the library, after which the document and its property information can no longer be found by any search. You can recover deleted documents from database backups.

When documents are archived, their BLOBs are moved to archive directories. These directories are named ar*nnnnn* (where *nnnnn* is an incremented integer with leading zeros), and are automatically created as needed. They are sometimes referred to as archive sets. The archive directories are located at *post office directory*\gwdms\lib*01-FF*\archive. When a document is archived, GroupWise determines if the document BLOB will fit in the current archive directory. If the BLOB will not fit, another archive directory is created and the BLOB is archived there.

To archive/delete documents from one library or all libraries in the selected post offices:

**1** In ConsoleOne, select one or more Library objects or Post Office objects for the documents you want to archive/delete.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** From the Action drop-down menu, select Archive/Delete Documents.

**4** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396

"Logging" on page 396

"Results" on page 396

"Misc" on page 397

SAMNDCA630-07873377

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**5** Click Run to perform the Archive/Delete Documents operation.

## Deleting Activity Logs

To free up disk space by deleting the activity logs for one or more libraries:

**1** In ConsoleOne, select one or more Library objects or Post Office object where you want to delete activity logs.

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.



**3** From the Action drop-down menu, select Delete Activity Logs.

**4** Enter the number of days in the Delete Activity Logs Older Than field. The default is 60 days.

**5** Using the tabs at the bottom of the Mailbox/Library Maintenance dialog box, set the following options:

"Databases" on page 396
"Logging" on page 396
"Results" on page 396
"Misc" on page 397

Selected options can be saved for repeated use. See "Saving Mailbox/Library Maintenance Options" on page 397.

**6** Click Run to delete unneeded activity logs.

SAMNDCA630-07873378

DEFENDANT'S EXHIBIT NO. 324.0374

SAMNDCA630-07873379

DEFENDANT'S EXHIBIT NO. 324.0375

# 31 Backing Up GroupWise Databases

You should back up GroupWise[K] databases regularly so that if a database sustains damage that cannot be repaired using the GroupWise database maintenance tools, you can still recover with minimum data loss.

- "Backing Up a Domain" on page 375
- "Backing Up a Post Office" on page 375
- "Backing Up a Library and Its Documents" on page 376
- "Backing Up Individual Databases" on page 377

## Backing Up a Domain

All critical domain-level information is stored in the domain database (wpdomain.db).

On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program or other backup software of choice to back up each domain database to a secure location. For details about how to use a Target Service Agent, see "Target Service Agents" on page 398.

On Linux and Windows, use your backup software of choice to back up each domain database to a secure location. For a list of compatible products, see the Partner Product Guide (http://www.novell.com/partnerguide). You can also use the GroupWise Database Copy utility (DBCopy) and the GroupWise Time Stamp utility (GWTMSTMP) to assist with backups. For details about how to use these utilities, see "Standalone Database Maintenance Programs" on page 391. If your backup software cannot handle open files, stop the MTA for the domain while the backup of the domain database takes place.

See also "Restoring a Domain" on page 379.

## Backing Up a Post Office

Critical post office-level information is stored in many different databases. The table below summarizes the databases and their locations:

| Database | Location |
| --- | --- |
| wphost.db | \post_office_directory |
| ngwguard.db | \post_office_directory |
| msgnn.db | \post_office_directory\ofmsg |
| userxxx.db | \post_office_directory\ofuser |
| puxxxxx.db | \post_office_directory\ofuser |

SAMNDCA630-07873380

| Database | Location |
| --- | --- |
| *.idx and *.inc | \post_office_directory\ofuser\index |
| fd0-F6 | \post_office_directory\offiles |
| dmsh.db | \post_office_directory\gwdms |
| dmxxnn01-FF.db | \post_office_directory\gwdms\lib0000-FF |
| fd0-FF | \post_office_directory\gwdms\lib0000-FF\docs |
| *.idx and *.inc | \post_office_directory\gwdms\lib0000-FF\index |

To view a post office directory structure diagram, see "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program or other backup software of choice to regularly back up all databases in each post office to a secure location. For details about how to use a Target Service Agent, see "Target Service Agents" on page 398.

On Linux and Windows, use your backup software of choice to back up each post office to a secure location. For a list of compatible products, see the Partner Product Guide (http://www.novell.com/partnerguide). You can also use the GroupWise Database Copy utility (DBCopy) and the GroupWise Time Stamp utility (GWTMSTMP) to assist with backups. For details about how to use these utilities, see "Standalone Database Maintenance Programs" on page 391.

See also "Restoring a Post Office" on page 379.

# Backing Up a Library and Its Documents

If the document storage area for a library is physically located in a post office, the library and documents are backed up along with the rest of the data in the post office. However, document storage areas are frequently located outside of the post office directory structure due to disk space considerations. Therefore, remote document storage areas must be backed up separately. A post office can have multiple libraries and each library can have multiple document storage areas, so make sure you have identified all document storage areas in your library/document backup procedure.

On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program or other backup software of choice to back up document storage areas. For details about how to use a Target Service Agent, see "Target Service Agents" on page 398.

On Linux and Windows, use your backup software of choice to back up each document storage area to a secure location. For a list of compatible products, see the Partner Product Guide (http://www.novell.com/partnerguide).

After you have initially performed a full backup of your document storage areas, you can perform incremental backups by backing up to the same location to shorten the backup process.

To ensure consistency between the backups of post office databases and document storage areas:

**1** Back up your document storage areas.

**2** Back up the post office. See "Backing Up a Post Office" on page 375.

SAMNDCA630-07873381

DEFENDANT'S EXHIBIT NO. 324.0377

**3** Perform an incremental backup of your document storage areas to pick up all new documents and document modifications that occurred while backing up the post office.

You should need to restore data in a document storage area only if files have been damaged or become inaccessible due to a hard disk failure.

See also "Restoring a Library" on page 380.

# Backing Up Individual Databases

If you need to back up individual databases separately from backing up a post office, you can use your backup software of choice.

See also "Restoring an Individual Database" on page 380.

SAMNDCA630-07873382

DEFENDANT'S EXHIBIT NO. 324.0378

SAMNDCA630-07873383

DEFENDANT'S EXHIBIT NO. 324.0379

# 32 Restoring GroupWise Databases from Backup

Database damage can usually be repaired using the database maintenance tools provided with GroupWise®. Only very occasionally should you need to restore databases from backup.

- "Restoring a Domain" on page 379
- "Restoring a Post Office" on page 379
- "Restoring a Library" on page 380
- "Restoring an Individual Database" on page 380
- "Restoring Deleted Mailbox Items" on page 381
- "Recovering Deleted GroupWise Accounts" on page 384

## Restoring a Domain

Typically, damage to the domain database (wpdomain.db) can be repaired using the database maintenance tools provided in ConsoleOne®. See Chapter 26, "Maintaining Domain and Post Office Databases," on page 345.

If damage to the domain database is so severe that rebuilding the database is not possible:

**1** Stop the MTA for the domain. See "Stopping the MTA" on page 609.

**2** On NetWare, use a Target Service Agent (GWTSA of TSAFS) with a supported backup program or your backup software of choice to restore the domain database into the domain directory. See "Target Service Agents" on page 398.

or

On Linux or Windows, use your backup software of choice to restore the domain database into the domain directory.

**3** Restart the MTA for the domain. See "Starting the MTA" on page 568.

**4** To update the restored domain database with administrative changes made since it was backed up, synchronize the restored domain database with the primary domain database. See "Synchronizing a Secondary Domain" on page 365.

If the restored domain database is for the primary domain, see "Synchronizing the Primary Domain from a Secondary Domain" on page 366.

## Restoring a Post Office

Typically, damage to databases in a post office can be repaired using the database maintenance tools provided in ConsoleOne or using GroupWise Check (GWCheck). See Chapter 26, "Maintaining Domain and Post Office Databases," on page 345, Chapter 27, "Maintaining User/Resource and Message Databases," on page 353, and "GroupWise Check" on page 391.

SAMNDCA630-07873384

DEFENDANT'S EXHIBIT NO. 324.0380

If damage to the post office was so severe that rebuilding databases is not possible:

**1** Stop the POA for the post office. See "Stopping the POA" on page 480.

**2** On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program or your backup software of choice to restore the various databases into their proper locations in the post office directory. See "Target Service Agents" on page 398.

or

On Linux or Windows, user your backup software of choice to restore the various databases into their proper locations in the post office directory.

**3** If you do not use GWTSA to restore the post office, time-stamp the restored user databases so that old items will not be automatically purged during nightly maintenance. Select the Post Office object, then click Tools > GroupWise Utilities > Backup/Restore Mailbox. On the Backup tab, select Restore, then click Yes.

**4** Restart the POA for the post office. See "Starting the POA" on page 431.

**5** To update the restored post office database (wphost.db) with the most current information stored in the domain database, rebuild the post office database. See "Rebuilding Domain or Post Office Databases" on page 349.

**6** To update other restored databases such as user databases (user*xxx*.db) and message databases (msg*nn*.db) with the most current information stored in other post offices, run Analyze/Fix Databases with Contents selected. See "Analyzing and Fixing User and Message Databases" on page 353.

## Restoring a Library

Typically, damage to library databases (dmsh.db and others) can be repaired using the database maintenance tools provided in ConsoleOne or using GroupWise Check (GWCheck). See Chapter 28, "Maintaining Library Databases and Documents," on page 359 and "GroupWise Check" on page 391.

If damage to the library is so severe that rebuilding databases is not possible:

**1** Stop the POA that services the library. See "Stopping the POA" on page 480.

**2** On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program or your backup software of choice to restore the library. See "Target Service Agents" on page 398.

or

On Linux or Windows, user your backup software of choice to restore the library.

**3** Restart the POA. See "Starting the POA" on page 431.

**4** To update the restored library databases with the most current information stored in other post offices, run Analyze/Fix Databases with Contents selected. Also run Analyze/Fix Library. See "Analyzing and Fixing Library and Document Information" on page 360.

## Restoring an Individual Database

Typically, damage to user and resource databases (user*xxx*.db) and message databases (msg*nn*.db) can be repaired using the database maintenance tools provided in ConsoleOne or using GroupWise

SAMNDCA630-07873385

DEFENDANT'S EXHIBIT NO. 324.0381

Check (GWCheck). See Chapter 27, "Maintaining User/Resource and Message Databases," on page 353 and "GroupWise Check" on page 391.

If damage to an individual database is so severe that repair is not possible:

**1** Make sure the user to whom the affected database belongs is not running the GroupWise client.

**2** Use your backup software of choice to restore the database into the proper location in the post office directory.

User databases are stored in the ofuser subdirectory in the post office. Message databases are stored in the ofmsg subdirectory.

**3** To update the restored database with the most current information available, run Analyze/Fix Databases with Contents selected. See "Analyzing and Fixing User and Message Databases" on page 353.

# Restoring Deleted Mailbox Items

With proper planning, you can assist users in retrieving accidently deleted items and items that became unavailable because of database damage.

- "Setting Up a Restore Area" on page 381
- "Restoring a User's Mailbox Items" on page 383
- "Letting Windows Client Users Restore Their Own Mailbox Items" on page 384

**NOTE:** The Cross-Platform client cannot access a restore area.

## Setting Up a Restore Area

A restore area is only as useful as the post office data that is backed up regularly. Make sure you are backing up every GroupWise post office regularly, as described in "Backing Up a Post Office" on page 375.

A restore area is a location you designate to hold a backup copy of a post office so that you or GroupWise Windows client users can access it to retrieve mailbox items that are unavailable in your live GroupWise system.

To set up a restore area:

**1** In ConsoleOne, click Tools > GroupWise System Operations > Restore Area Management.



SAMNDCA630-07873386

The Restore Area Directory Management dialog box lists any restore areas that currently exist in your GroupWise system.

**2** Click Create to set up a new restore area.



**3** On the Identification tab, specify a unique name for the new restore area. If desired, provide a lengthier description to further identify the restore area.

**4** In the UNC Path field, browse to and select an existing directory that you want to use as a restore area.

or

Specify the full path to a new directory, which will be created by the Target Service Agent that performs the restore. For more information, see "Target Service Agents" on page 398.

or

For a post office on Linux, specify the full path to an existing or new directory in the Linux Path field, so that the Linux POA can locate the restore area. The Linux POA cannot interpret a UNC path.

**5** Click Membership.



**6** Click Add, select one or more post offices or users that need access to the new restore area, then click OK to add them to the membership list.

**7** When the membership list is complete, click OK to create the new restore area.

SAMNDCA630-07873387

DEFENDANT'S EXHIBIT NO. 324.0383

If you display the Post Office Settings page for a post office that has a restore area assigned to it, you see that the Restore Area field has been filled in.

**8** On NetWare, use a Target Service Agent (GWTSA or TSAFS) with a supported backup program to restore a backup copy of the post office into the restore area. See "Target Service Agents" on page 398.

or

Use your backup software of choice to restore the backup copy.

**9** Grant the POA Read and Write rights to the restore area.

**10** If the restore area is located on a different server from where the post office directory is located, provide the POA with a username and password for logging in to the remote server.

You can provide that information using the Remote User Name and Password fields on the Post Office object's Post Office Settings page, using the /user and /password startup switches, or using the /dn startup switch.

**11** If you want users to be able to retrieve individual items themselves, grant users Read and Write rights to the restore area.

**12** Continue with "Restoring a User's Mailbox Items" on page 383 or "Letting Windows Client Users Restore Their Own Mailbox Items" on page 384 as needed.

## Restoring a User's Mailbox Items

After you have set up a restore area and placed a backup copy of a post office into it, you can restore a user's mailbox items for the user.

**1** In ConsoleOne, browse to and select a User object for which you need to restore mailbox items.

**2** Click Tools > GroupWise Utilities > Backup/Restore Mailbox.

The Restore tab is automatically selected for you, with the restore area and directory location displayed for verification.



**3** Click Yes to restore the selected user's mailbox items into his or her mailbox.

**4** Notify the user and explain the following about the restored items:

- The user might want to manually delete unwanted restored items.

- The user should file or archive the items that he or she wants within seven days. After seven days, unaccessed items will be deleted after the amount of time allowed by existing auto-delete settings, as described in "Environment Options: Cleanup" on page 983. If auto-deletion is not enabled, the restored items will remain in the mailbox indefinitely.

SAMNDCA630-07873388

DEFENDANT'S EXHIBIT NO. 324.0384

## Letting Windows Client Users Restore Their Own Mailbox Items

After you have set up a restore area and given Windows client users access to it, users can selectively restore individual items into their mailboxes. This saves you the work of restoring mailbox items for users and it also saves users the work of deleting unwanted restored items.

After a restore area has been set up:

**1** In the GroupWise Windows client, click File > Open Backup.

**2** Browse to and select the restore area directory, then click OK.

**3** In the Password field, type your GroupWise password, then click OK to access the backup copy of your mailbox.

**4** Retrieve individual items as needed.

The backup copy of your mailbox offers basic features such as Read, Search, and Undelete so that you can locate and retrieve the items you need.

**5** When you are finished restoring items to your live mailbox, click File > Open Backup again to remove the check mark from the Open Backup option and return to your live mailbox.

# Recovering Deleted GroupWise Accounts

If you have a reliable backup procedure in place, as described in Chapter 31, "Backing Up GroupWise Databases," on page 375, you can restore recently deleted GroupWise user and resource accounts.

**1** Make available a backup copy of a domain database (wpdomain.db) where the deleted GroupWise account still exists.

**2** In ConsoleOne, click Tools > GroupWise Utilities > Recover Deleted Account.



**3** Browse to and select the backup copy of the domain database.

**4** Select the user or resource that you need to recover the account for.

**5** Click Next.

SAMNDCA630-07873389

DEFENDANT'S EXHIBIT NO. 324.0385



**6** If desired, click Save to Clipboard, paste it into a file, then save or print it.

**7** Click Next.



**8** Click Finish.

At this point, you have restored the user's or resource's GroupWise account into the GroupWise system. However, this does not restore ownership of resources, nor does the account's mailbox contain any item at this point.

**9** If the restored user owned resources, manually restore the ownership. See "Changing a Resource's Owner" on page 227

**10** To restore the contents of the account's mailbox, follow the instructions in "Restoring Deleted Mailbox Items" on page 381.

SAMNDCA630-07873390

DEFENDANT'S EXHIBIT NO. 324.0386

SAMNDCA630-07873391

# 33 Retaining User Messages

GroupWise[X] enables you to retain user messages until they have been copied from message databases to another storage location. This means that a user cannot perform any action, such as emptying the mailbox Trash, that will result in a message being removed from the message database before it has been copied.

Message retention primarily consists of two activities: 1) not allowing users to remove messages until they have been retained and 2) retaining the messages by copying them from message databases to another location.

GroupWise supplies the ability to not allow users to remove messages until they've been retained. It also provides methods for message retention applications to securely access user mailboxes and copy messages. However, it does not provide the message retention application. You must develop or purchase a third-party (non-GroupWise) application that performs this service.

- "How Message Retention Works" on page 387
- "Acquiring a Message Retention Application" on page 389
- "Enabling Message Retention" on page 389

## How Message Retention Works

To understand how message retention works, you need to understand what GroupWise does and what the message retention application does, as explained in the following sections:

- "What GroupWise Does" on page 387
- "What the Message Retention Application Does" on page 388

### What GroupWise Does

During installation of the message retention application, the application uses the GroupWise Trusted Application API to create a trusted application record in the GroupWise system. The trusted application record includes a flag that designates it as a message retention application. This flag is surfaced through the trusted application's Provides Message Retention Service setting in ConsoleOne (Tools menu > GroupWise System Operations > Trusted Applications > Edit).



SAMNDCA630-07873392

DEFENDANT'S EXHIBIT NO. 324.0388

When ConsoleOne reads a trusted application record that has the Provides Message Retention Service setting turned on, it adds a Retention tab to the GroupWise Client Environment Options (Tools menu > GroupWise Utilities > Client Options > Environment).



You use this Retention tab to enable message retention at the domain, post office, or user level, meaning that you can enable it for all users in a domain, all users in a post office, or individual users.

Turning on message retention alters the GroupWise client purge behavior by preventing a user from purging any messages from his or her mailbox that have not yet been retained.

## What the Message Retention Application Does

Different message retention applications might vary slightly in their approach to retaining messages. This section provides a general approach to message retention.

To determine whether or not mailbox messages have been retained, the message retention application adds a time stamp to the mailbox. The message retention application can use the GroupWise Object API or GroupWise IMAP support to write (and read) the time stamp. In addition, you can use the GroupWise Time Stamp Utility (page 405) to manually set the time stamp.

The time stamp represents the most recent date and time that message retention was completed for the mailbox. Messages delivered after the time stamp cannot be purged until they have been retained. This requires that the message retention application retain items chronologically, oldest to newest. For example, assume a mailbox has a message retention time stamp of May 7, 2003 12:00:00. The mailbox has three folders with a total of seven messages:

SAMNDCA630-07873393

DEFENDANT'S EXHIBIT NO. 324.0389

```
⊟ 🗀 Folder 1
   ⋮  📄 Message 1    May 5, 2003 10:03:00
   ⋮  📄 Message 2    May 7, 2003 15:22:00
   ⋮  📄 Message 3    May 8, 2003 18:54:00
⊟ 🗀 Folder 2
   ⋮  📄 Message 4    May 7, 2003 8:34:00
   ⋮  📄 Message 5    May 7, 2003 16:59:00
⊟ 🗀 Folder 3
      📄 Message 6    May 6, 2003 14:23:00
   ⋮  📄 Message 7    May 9, 2003 11:31:00
```

The message retention application reads the existing time stamp (May 7, 2003 12:00:00) and selects a time between that time and the current time. For example, suppose the current time is May 9, 2003 14:00:00. The message retention application could choose May 8, 2003 12:00:00 as the new time stamp. It would then retain any messages delivered between the existing time stamp (May 7, 2003 12:00:00) and the new time stamp (May 8, 2003, 12:00:00).

In the above example, messages 1, 4, and 6 are older than the existing time stamp (May 7, 2003 12:00:00). The message retention application would not retain these messages again, assuming that they had already been safely retained. Messages 2 and 5 have dates that fall between the existing time stamp (May 7, 2003 12:00:00) and the new time stamp (May 8, 2003, 12:00:00) so they would be retained. Messages 3 and 7 have dates that fall after the new time stamp (May 8, 2003, 12:00:00) so they would not be retained until the next time the message retention application ran against the mailbox.

# Acquiring a Message Retention Application

If you do not already have a message retention application to use with GroupWise, you have two options: 1) you can purchase an application from a GroupWise partner or 2) you can develop your own application.

For information about GroupWise partners that provide message (e-mail) retention applications, see the Partner Product Guide (http://www.novell.com/partnerguide/).

For information about developing a message retention application, see the *GroupWise Object API* and *GroupWise Trusted Application API* documentation at the Novell Developer Kit Web site (http://developer.novell.com/ndk).

# Enabling Message Retention

This section assumes that you've installed a message retention application as a GroupWise trusted application and that it is configured to provide a message retention service. If not, see "Trusted Applications" on page 62.

Message retention is not enabled until you designate the users whose messages you want retained by the application. You can designate users at the domain level, post office level, or individual user level.

1 In ConsoleOne, right-click the domain, post office, or user for which you want to enable message retention, click GroupWise Utilities > Client Options to display the GroupWise Client Options dialog box.

SAMNDCA630-07873394

DEFENDANT'S EXHIBIT NO. 324.0390



**2** Click Environment to display the Environment Options dialog box, then click the Retention tab.



**3** Turn on the Enable Message Retention Service setting.

**4** If you want to lock the setting at this level, click the Lock button.

For example, if you lock the setting at the domain level, the setting cannot be changed for any post offices or users within the domain. If you lock the setting at the post office level, it cannot be changed individually for the post office's users.

This setting does not display in the GroupWise client. Therefore, there is no lock available when editing this setting for individual users.

**5** Click OK to save the changes.

SAMNDCA630-07873395

DEFENDANT'S EXHIBIT NO. 324.0391

# 34 Standalone Database Maintenance Programs

Some aspects of GroupWise™ database maintenance are performed by standalone maintenance programs that can be incorporated into batch files along with other system maintenance programs.

- "GroupWise Check" on page 391
- "Target Service Agents" on page 398
- "GroupWise Time Stamp Utility" on page 405
- "GroupWise Database Copy Utility" on page 412

## GroupWise Check

GroupWise Check (GWCheck) is a tool provided for GroupWise that will check and repair GroupWise user, message, library, and resource databases without needing ConsoleOne™. In addition to checking post office, user, and library databases, it will also check users' remote, caching, and archive databases.

- "GWCheck Functionality" on page 391
- "Starting GWCheck on a Windows Workstation" on page 393
- "Starting GWCheck on a Linux Workstation" on page 394
- "Using GWCheck on a Workstation" on page 395
- "Executing GWCheck from a Windows Batch File" on page 398
- "Executing GWCheck from a Linux Script" on page 398
- "GroupWise Check Error Codes"

**NOTE:** GWCheck is not currently available for use on Macintosh workstations.

### GWCheck Functionality

The GWCheck utility begins by comparing three databases.

| WPHOST.DB | NGWGUARD.DB | FILE SYSTEM |
|---|---|---|
| The post office database (wphost.db) is checked for the file ID (FID) of the selected user. | The guardian database (ngwguard.db) is checked to find out if this user database has been created. | The file system for this post office is checked to see if the user database (user*xxx*.db) for this user exists. |

After GWCheck makes the database comparisons, it begins processing according to the databases selected and any inconsistencies found.

SAMNDCA630-07873396

### Case 1 - Missing Entry in the Post Office Database (wphost.db)

In this example, a contents check is run either against all users on the post office or against one user, "ABC." GWCheck does not find the FID of one or more users.

| WPHOST.DB | NGWGUARD.DB | FILE SYSTEM |
|-----------|-------------|-------------|
| ? | userabc.db | userabc.db |
| No entry for this user is found in the post office database (wphost.db). | An entry is found in the guardian database (ngwguard.db), indicating that the user has been deleted. | Also, a user database (userxxx.db) for this user is found in the ofuser directory. |

GWCheck will remove the entry from ngwguard.db, delete userabc.db and systematically delete all of the user's messages from the message databases that are not still being referenced by other users. If the user has been deleted, GWCheck will clean up after that user.

**WARNING:** If a post office database becomes damaged so some users are unable to log in, GWCheck should not be run until the post office has been rebuilt. For more information, see "Rebuilding Domain or Post Office Databases" on page 349.

### Case 2 - Missing Entry in the Guardian Database (ngwguard.db)

In this example, a GWCheck is run either against all users on the post office or against one user, "ABC." A user's FID is found and the user's database is found in the post office, but the user is missing in ngwguard.db.

| WPHOST.DB | NGWGUARD.DB | FILE SYSTEM |
|-----------|-------------|-------------|
| FID abc | ? | userabc.db |
| The user appears in the post office database (wphost.db). | The guardian database (ngwguard.db) shows no user database for this user. | A user database (userxxx.db) for the user does exist in the ofuser directory. |

GWCheck will create the user in ngwguard.db, using database userabc.db. Even if ngwguard.db is damaged, it is unlikely that data will be lost.

### Case 3 - Missing User Database (userxxx.db)

In this example, a GWCheck is run either against all users on the post office or against one user, "ABC." The user's FID is found, as well as the user's record in ngwguard.db. However, the user's database is not found.

| WPHOST.DB | NGWGUARD.DB | FILE SYSTEM |
|-----------|-------------|-------------|
| FID abc | userabc.db | ? |
| The user is found in the post office database (wphost.db). | The user is found in the guardian database (ngwguard.db). | No user database (userxxx.db) is found in the ofuser directory. |

GWCheck will take actions depending on what options are selected.

SAMNDCA630-07873397

**Contents Check:** GWCheck will delete all of this user's messages from the message databases if they are not referenced by other users.

**Structural Rebuild:** GWCheck will create a blank user database for this user. Existing messages for this user will be ignored.

**Re-create User Database:** GWCheck will create a blank user database for this user and populate it with messages in the message databases that have been sent to or from this user.

**WARNING:** If a user database has been deleted, do not run a Contents Check until after a Structural Rebuild or Re-create User Database has been run for that user. For more information, see "Performing a Structural Rebuild of a User Database" on page 355 and "Re-creating a User Database" on page 356.

## Starting GWCheck on a Windows Workstation

You can use GWCheck on any Windows 98/NT/2000/XP workstation.

As an administrator, you can run GWCheck for databases in any post office accessible from the workstation where GWCheck is installed. The GWCheck program performs all database maintenance itself, rather than handing off a task to the POA as ConsoleOne would do to perform database maintenance.

Depending on how GroupWise Check is installed, users might have a Repair Mailbox item on the GroupWise Windows client Tools menu that enables them to run GWCheck from the client. If the GWCheck program is available to users, users can perform database maintenance on their Remote, Caching, and archive mailboxes, which are not accessible from ConsoleOne.

For the Repair Mailbox item to display on the GroupWise Windows client Tools menu, the following files must be installed in the GroupWise directory; by default, this is c:\novell\groupwise.

- gwcheck.exe
- gwchk*xx*.dll (Replace *xx* with your language code)
- gwchk*xx*.chm (Replace *xx* with your language code)

The GroupWise administrator can install these files by using SetupIP to install the GroupWise Windows client, and selecting to install and enable GWCheck. The default for SetupIP is to install GWCheck, but not enable GWCheck. The files are then copied to the \novell\groupwise\gwcheck directory. For additional information about SetupIP and GWCheck, see "[GWCHECK]" on page 1009.

If the client was installed from the installation program on the CD or the defaults are chosen for SetupIP, the client user needs to copy the files from the GWCheck directory (\novell\groupwise\gwcheck) to the main GroupWise directory (\novell\groupwise\).

**1** From the Start menu, click Run, then browse to and double-click gwcheck.exe.

SAMNDCA630-07873398



**2** To view online help in GWCheck, click Help.

**3** Continue with "Using GWCheck on a Workstation" on page 395.

## Starting GWCheck on a Linux Workstation

You can use GWCheck on any Linux workstation where you can run the Cross-Platform client. GWCheck is not installed along with the client, so you must install it manually.

**1** Change to the directory where the GWCheck RPM is located or copy it to a convenient location on your workstation.

The GWCheck RPM (groupwise-gwcheck-6.5.1-*mmdd*.i386.rpm) is located in the /client and /admin directories in your GroupWise software distribution directory if it is has been updated or on the *GroupWise 6.5 for Linux Administrator* CD if an updated software distribution directory is not available.

**2** Install GWCheck.

```
rpm -i groupwise-gwcheck-6.5.1-mmdd.i386.rpm
```

**3** Change to the /opt/novell/groupwise/gwcheck/bin directory.

**4** Enter `./gwcheck` to start GWCheck.

SAMNDCA630-07873399

DEFENDANT'S EXHIBIT NO. 324.0395



**5** To view online help in GWCheck, click Help.

**6** Continue with Using GWCheck on a Workstation.

## Using GWCheck on a Workstation

With only a few differences in interface functionality, as described in the online help, you can perform the same maintenance activities in GroupWise Check as you can in Mailbox/Library Maintenance in ConsoleOne:

* "Analyzing and Fixing User and Message Databases" on page 353
* "Performing a Structural Rebuild of a User Database" on page 355
* "Re-creating a User Database" on page 356
* "Analyzing and Fixing Databases for Libraries and Documents" on page 359
* "Analyzing and Fixing Library and Document Information" on page 360
* "Gathering Mailbox Statistics" on page 367
* "Reducing the Size of User and Message Databases" on page 369
* "Reclaiming Disk Space in Domain and Post Office Databases" on page 370
* "Archiving and Deleting Documents" on page 372
* "Deleting Activity Logs" on page 373
* "Using Mailbox/Library Maintenance Tab Options" on page 395
* "Reusing Library/Mailbox Maintenance Settings" on page 397

### Using Mailbox/Library Maintenance Tab Options

Both GroupWise Check and Mailbox/Library Maintenance in ConsoleOne use tab options to control the checking process.

* "Databases" on page 396
* "Logging" on page 396

SAMNDCA630-07873400

- "Results" on page 396
- "Misc" on page 397
- "Exclude" on page 397

## Databases

To select the types of database to perform the Mailbox/Library Maintenance check on, click Databases.



Depending on the object type and action already selected in the main window, some database types might be unavailable. If all the database types are unavailable, then one or more database types have been pre-selected for you.

You can perform an action on the following databases when the type is not unavailable:

- **User:** Checks the user databases.
- **Message Databases:** Checks the message databases.
- **Document:** Checks the library and document properties databases.

## Logging

To specify the name of the file where you want the results of the MailBox/Library Maintenance check to be stored, click Logging.



Specify a file name. By default, the file is created in the *post office directory*\wpcsout\ofs directory. To redirect the log file to another location, specify a full path and file name. Use a UNC path, or make sure the mapped drive path is from the perspective of the POA.

Click Verbose Logging to log detailed information. Verbose logging might produce large log files and slow execution.

This file will be sent to the users selected on the Results tab.

## Results

To select users to receive the results of the Mailbox/Library Maintenance check, click Results.



SAMNDCA630-07873401

DEFENDANT'S EXHIBIT NO. 324.0397

Select Administrator to send the results to the user defined as the GroupWise domain administrator. Select Individual Users to send each user the results that pertain to him or her. Click Message to include a message with the results file.

### Misc

If you need to run a Mailbox/Library Maintenance check with special options provided by Novell Support, click Misc.



Use the Support Options field to specify command line parameters. Support options are typically obtained from Novell Support representatives when you need assistance resolving specific database problems. Search the Novell Support Knowledgebase (http://support.novell.com/search/kb_index.jsp) for TIDs and Support Pack Readmes that list support options. Make sure that you clearly understand what the Support options do before you use them.

### Exclude

If you want to exclude certain users in the selected post office from having the Mailbox/Library Maintenance check performed on their databases, click Exclude.



Click Add, select one or more users to exclude, then click OK.

## Reusing Library/Mailbox Maintenance Settings

For convenience, you can store the options you select in Mailbox/Library Maintenance and GroupWise Check so that you can retrieve them for later use.

- "Saving Mailbox/Library Maintenance Options" on page 397
- "Retrieving Mailbox/Library Maintenance Options" on page 397

### Saving Mailbox/Library Maintenance Options

**1** After you have selected all of the options in the Mailbox/Library Maintenance dialog box, click Save.

**2** Browse to the directory where you want to save the options file if you do not want to use the default of wptools in the domain to which you're currently connected.

**3** Enter a file name if you do not want to use the default of gwcheck.opt.

**4** Click Save.

### Retrieving Mailbox/Library Maintenance Options

**1** In the Mailbox/Library Maintenance dialog box, click Retrieve.

SAMNDCA630-07873402

**2** Browse to and select your saved option file.

**3** Click Open.

## Executing GWCheck from a Windows Batch File

The GWCheck program is located in the \admin\utilities\gwcheck directory in your GroupWise software distribution directory if it has been updated or on the *GroupWise 6.5 Administrator* CD if an updated software distribution directory is not available. It might also be installed along with the GroupWise client software in the gwcheck subdirectory of the client installation directory.

**1** Use the following syntax to create a batch file to execute GWCheck:

```
gwcheck /opt=options_file /batch
```

If you want to include the path to an archive database, use the /pa switch.

**2** To create an options file, see "Saving Mailbox/Library Maintenance Options" on page 397.

## Executing GWCheck from a Linux Script

The GWCheck program is located in the /admin directory in your GroupWise software distribution directory if it has been updated or on the *GroupWise 6.5 for Linux Administrator* CD if an updated software distribution directory is not available.

**1** Make sure that GWCheck has been installed, as described in "Starting GWCheck on a Linux Workstation" on page 394

**2** Create a script to execute GWCheck using the following syntax:

```
/opt/novell/groupwise/gwcheck/bin --opt options_file --batch
```

If you want to include the path to an archive database, use the --pa switch.

**3** To create an options file, see "Saving Mailbox/Library Maintenance Options" on page 397.

# Target Service Agents

A Target Service Agent (TSA) helps generic backup software back up specialized data located on any "target." A target is a specific location where data is stored, such as a NetWare file system, an eDirectory database, or a collection of GroupWise databases. A target could also be an application that provides data to be backed up. A TSA is specialized to scan, read, and write the specific types of data available at the target. A TSA serves as an intermediary between specific data types and a general backup engine.

The GroupWise Target Service Agent (GWTSA) has long been included with GroupWise and can back up GroupWise data stored on NetWare 4.2, 5.1, and 6.x servers. It is specialized to back up specific GroupWise data types, such as domains and post offices.

The NetWare Target Service Agent for File Systems (TSAFS), available on NetWare 6.x (but not on earlier versions of NetWare), includes a startup option enabling it to handle GroupWise data. TSAFS includes file system backup enhancements that GWTSA does not provide.

For optimum backups on NetWare, select the Target Service Agent appropriate for your version of NetWare and GroupWise:

- "GroupWise Target Service Agent" on page 399
- "NetWare Target Service Agent for File Systems" on page 403

SAMNDCA630-07873403

# GroupWise Target Service Agent

The GroupWise Target Service Agent (GWTSA) provides reliable backups of a running GroupWise system on NetWare by successfully backing up open files and locked files, rather than skipping them.

- "GWTSA Functionality" on page 399
- "Running GWTSA" on page 400
- "GWTSA Startup Switches" on page 403

## GWTSA Functionality

The GroupWise Target Service Agent (GWTSA) works with other backup software on NetWare. For a complete and current list of compatible backup software, use the Partner Product Guide (http://www.novell.com/partnerguide).

GWTSA has no user interface of its own, but its presence running along with other backup software provides GroupWise options in the backup software that would not otherwise be available. As a Target Service Agent, GWTSA supports any feature that your backup software supports. So if your backup software supports full, incremental, and differential backups or working set and copy jobs, so does GWTSA.

GWTSA backs up standard GroupWise directories and files; extra directories and files that appear within a standard GroupWise directory structure are not backed up by GWTSA. The table below lists the directories and files that are backed up by GWTSA.

| GroupWise Location | Directories | Subdirectories/Files Backed Up |
|---|---|---|
| Domain | *domain_directory* | wpdomain.db<br>wpdomain.dc<br>wphost.dc<br>gwdom.dc<br>gwpo.dc<br>mtaname |
| | *domain_directory*\wpgate | async<br>gwia<br>webac60a<br>etc. |

SAMNDCA630-07873404

DEFENDANT'S EXHIBIT NO. 324.0400

| GroupWise Location | Directories | Subdirectories/Files Backed Up |
|---|---|---|
| Post Office | post_office_directory | wphost.db<br>ngwguard.db<br>ngwguard.dc<br>ngwguard.rfl<br>ngwguard.fbk<br>ngwcheck.db<br>ngwcheck.log<br>gwpo.dc |
| | post_office_directory\gwdms | dmsh.db |
| | post_office_directory\gwdms\library_directory | *.db<br>archive\*.*<br>docs\*.* |
| | post_office_directory\offiles | *.* |
| | post_office_directory\ofmsg | *.* |
| | post_office_directory\ofmsg\guardbak | ngwguard.fbk |
| | post_office_directory\ofuser | userxxx.db |
| | post_office_directory\ofuser\index | *.idx<br>*.inc |
| | post_office_directory\ofviews\win | *.vew<br>*.ini |
| Library (Document Storage Area) | library_directory | *.db<br>archive\*.*<br>docs\*.* |

To see directory structure diagrams showing where the files are located, see "Domain Directory" and "Post Office Directory" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

GWTSA automatically time-stamps all backed-up user databases (userxxx.db), so that the Allow Purge of Items Not Backed Up option described in "Modifying Environment Options" on page 977 can function to safeguard users' deleted items against being purged from your GroupWise system before they have been backed up.

**IMPORTANT:** If you decide not to use GWTSA, user databases must be time-stamped as a separate process in order for the purge control environment option to work properly. For instructions, see "GroupWise Time Stamp Utility" on page 405.

## Running GWTSA

GWTSA is available for use on NetWare 4.2, 5.1, and 6.x. The gwtsa.nlm program file is automatically installed along with the GroupWise agents (POA and MTA). If the domains and post offices to back up are located on a different server from where the agents run, you must copy GWTSA (gwtsa.nlm), along with the agent engine (gwenn4.nlm), to the server where the data resides and run it there.

SAMNDCA630-07873405