DEFENDANT'S EXHIBIT NO. 324.0601



**9** If all domains are now enabled, click OK to return to main ConsoleOne window, then continue with "Scheduling eDirectory User Synchronization" on page 602.

or

If some domains are still disabled, continue with "Assigning an eDirectory-Enabled MTA to Synchronize Other Domains" on page 601.

### Assigning an eDirectory-Enabled MTA to Synchronize Other Domains

After at least one MTA is performing eDirectory user synchronization, other MTAs not performing eDirectory user synchronization themselves can have an eDirectory-enabled MTA gather the eDirectory information for them.

In the eDirectory User Synchronization Configuration dialog box,

**1** Click a domain that still displays Disabled in the Status column.



**2** Select an agent, then click Change Assignment.

SAMNDCA630-07873606

DEFENDANT'S EXHIBIT NO. 324.0602



**3** Select the MTA you want to perform eDirectory user synchronization for the selected domain, then click Select.

The domain should now display Enabled in the Status column of the eDirectory User Synchronization Configuration dialog box.

**4** Repeat Step 1 through Step 3 until all domains in your GroupWise system are enabled for eDirectory user synchronization.

**5** Click OK to return to the main ConsoleOne window.

### Scheduling eDirectory User Synchronization

After eDirectory user synchronization is enabled, you can perform eDirectory user synchronization at any time from the NetWare MTA agent console. See "Performing eDirectory User Synchronization" on page 615. In addition, you must create one or more eDirectory user synchronization events to cause eDirectory user synchronization to be performed on a regular basis.

To schedule an eDirectory user synchronization event:

**1** In ConsoleOne, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Scheduled Events to display the Scheduled Events page.



The Scheduled Events page lists a pool of MTA events available to all MTAs in your GroupWise system if any events have already been created.

SAMNDCA630-07873607

DEFENDANT'S EXHIBIT NO. 324.0603

**3** Select an existing eDirectory user synchronization event, then click Edit.

or

Click Create, then type a name for the event.



**4** Set Type to eDirectory User Synchronization.

**5** In the Trigger box, specify when you want the eDirectory user synchronization event to take place.

You can have the synchronization event take place once a week, once a day, or at any other regular interval, at whatever time you choose.

**6** Specify the time of day when you want eDirectory user synchronization to take place.

**7** Click OK twice to close the scheduled event dialog boxes and save the eDirectory user synchronization event.

ConsoleOne then notifies the MTA to restart so the eDirectory user synchronization event can be put into effect.

## Enabling MTA Message Logging

Message logging is turned off by default, because it causes the MTA to use additional CPU and disk resources. However, gathering information about message traffic on your GroupWise system lets you perform many valuable tasks, including:

* Tracking messages

* Gathering statistics to help optimize your GroupWise system

* Billing customers for messages delivered

* Tracking messages from the MTA Web console and from GroupWise Monitor

When you enable MTA message logging, the MTA stores data about GroupWise message traffic as it processes messages. The stored data is then available for use by the MTA Web console Message Tracking feature and by the GroupWise Monitor Message Tracking Report option. In addition, third-party programs can produce customized billing, tracking, and statistical reports based on the information stored in the database.

To enable MTA message logging:

**1** In ConsoleOne, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Message Log Settings.

**3** Select a logging level to turn message logging on.

**4** Specify the full path of the file where the MTA will record the logging information.

SAMNDCA630-07873608

DEFENDANT'S EXHIBIT NO. 324.0604

**5** Specify the number of days to retain reports on disk. Reports will be automatically deleted after the specified time has passed.

**6** Click OK to save the MTA message log settings.

ConsoleOne then notifies the MTA to restart so the new settings can be put into effect.

### Corresponding Startup Switches

You could also use the /messagelogsettings, /messagelogpath, /messagelogdays, and /messagelogmaxsize switches in the MTA startup file to configure MTA message logging.

### MTA Web Console

For instructions on tracking messages after message logging is enabled, see "Tracking Messages" on page 623 and "Message Tracking Report" on page 934.

SAMNDCA630-07873609

DEFENDANT'S EXHIBIT NO. 324.0605

# 44 Monitoring the MTA

By monitoring the MTA, you can determine whether or not its current configuration is meeting the needs of your GroupWise® system. You have a variety of resources to help you monitor the operation of the MTA:

- "Using the MTA Agent Console" on page 605
- "Using the MTA Web Console" on page 617
- "Using MTA Log Files" on page 625
- "Using GroupWise Monitor" on page 626
- "Using NetWare 6.5 Remote Manager" on page 626
- "Using SNMP Monitoring Programs" on page 627
- "Notifying the Domain Administrator" on page 632
- "Using the MTA Error Message Documentation" on page 632
- "Employing MTA Troubleshooting Techniques" on page 633
- "Using Platform-Specific MTA Monitoring Tools" on page 633
- "Using MTA Message Logging" on page 633

## Using the MTA Agent Console

The following topics help you monitor and control the MTA from the MTA agent console:

- "Monitoring the MTA from the MTA Agent Console" on page 605
- "Controlling the MTA from the MTA Agent Console" on page 608

### Monitoring the MTA from the MTA Agent Console

The MTA agent console provides information, status, and message statistics about the MTA to help you assess its current functioning.

SAMNDCA630-07873610

DEFENDANT'S EXHIBIT NO. 324.0606



Linux Note: You must use the --show startup switch in order to display the Linux MTA agent console. See "Starting the Linux MTA" on page 570.

Windows Note: You can suppress the Windows MTA agent console by running the Windows MTA as a service. See "Starting the Windows MTA" on page 571.

The MTA agent console consists of several components:

- "MTA Information Box" on page 606
- "MTA Status Box" on page 607
- "MTA Statistics Box" on page 607
- "MTA Alert Box" on page 607
- "MTA Admin Thread Status Box" on page 608

Do not exit the MTA agent console unless you want to stop the MTA.

NetWare Note: At a NetWare R server console, you can use Alt+Esc to change screens. In a remote console window, you can use Alt+F1 to select a screen to view. Use these keystrokes to change screens without stopping the MTA. You can use these keystrokes to display the MTA agent console if it is not immediately visible on the NetWare console.

Linux Note: On a Linux server, you can minimize the MTA agent console, but do not close it unless you want to stop the MTA.

Windows Note: On a Windows server, you can minimize the MTA agent console window, but do not close it unless you want to stop the MTA.

## MTA Information Box

The MTA Information box identifies the MTA whose MTA agent console you are viewing, which is especially helpful when multiple MTAs are running on the same server.

**Domain:** Displays the name of the domain serviced by this MTA.

**Description:** Displays the description provided in the Description field in the MTA Information page in ConsoleOne K. If multiple administrators work at the server where the MTA runs, the description could include a note about who to contact before stopping the MTA.

**Up Time:** Displays the length of time the MTA has been running.

**MTA Web Console**
The Status page also displays this information.

SAMNDCA630-07873611

**MTA Status Box**

The MTA Status box displays the current status of the MTA and its backlog.

**Processing:** Displays a rotating bar when the MTA is running. If the bar is not rotating, the MTA has stopped. For assistance, see "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

**Domains:** Displays the total number of domains the MTA links to and the number that are currently closed.

**Post Offices:** Displays the total number of post offices in the domain and the number that are currently closed.

**Gateways:** Displays the total number of gateways in the domain and the number that are currently closed.

If you have closed domains, post offices, or gateways, see "MTA Status Box Shows a Closed Location" in "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems* for assistance.

**MTA Web Console**
The Status page also displays this information. In addition, you can display detailed information about specific queue contents.

**MTA Statistics Box**

The MTA Statistics box displays the total statistics for the current up time, and 10-minute statistics for all messages the MTA has routed.

**Routed:** Displays the number of messages successfully routed to the domains, post offices, and gateways serviced by the MTA.

**Undeliverable:** Displays the number of messages that could not be delivered to a domain, post office, or gateway. For assistance, see "MTA Statistics Box Shows Undeliverable Messages" in "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

**Errors:** Displays the number of errors the MTA encounters while processing messages in its input queues. For assistance, see "MTA Statistics Box Shows Errors" n "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

**MTA Web Console**
The Status page also displays this information.

**MTA Alert Box**

The MTA Alert box displays important messages that could require an administrator's attention.

**Informational Status Messages**

When you first start the MTA, you typically see a message informing you the MTA configuration has been loaded.

SAMNDCA630-07873612

**Error Messages**

If the MTA encounters a problem that disrupts the flow of GroupWise messages, it displays an error message in the alert box. For assistance, see "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

**MTA Web Console**

The Status page also displays this information. In addition, you can view and search MTA log files on the Log Files page.

## MTA Admin Thread Status Box

The MTA admin thread updates the domain database (wpdomain.db) when domains, post offices, users, and other types of object information are added, modified, or removed, and repairs it when damage is detected.

To display the MTA Admin Thread Status box from the MTA agent console, click Configuration > Admin Status.



The following tasks pertain specifically to the MTA admin thread:

- "Suspending/Resuming the MTA Admin Thread" on page 611
- "Displaying MTA Admin Thread Status" on page 613
- "Recovering the Domain Database Automatically or Immediately" on page 614
- "Performing eDirectory User Synchronization" on page 615

**MTA Web Console**

You can display MTA admin thread status on the Configuration page. Under the General Settings heading, click Admin Task Processing. You can also change the admin settings for the current MTA session.

## Controlling the MTA from the MTA Agent Console

You can perform the following tasks to monitor and control the MTA from the MTA agent console at the server where the MTA is running:

- "Stopping the MTA" on page 609
- "Restarting the MTA" on page 610
- "Suspending/Resuming MTA Processing for a Location" on page 610

SAMNDCA630-07873613

- ◆ "Suspending/Resuming the MTA Admin Thread" on page 611
- ◆ "Displaying the MTA Software Date" on page 611
- ◆ "Displaying the Current MTA Settings" on page 611
- ◆ "Displaying MTA Status Information" on page 612
- ◆ "Displaying MTA Admin Thread Status" on page 613
- ◆ "Recovering the Domain Database Automatically or Immediately" on page 614
- ◆ "Performing eDirectory User Synchronization" on page 615
- ◆ "Browsing the Current MTA Log File" on page 615
- ◆ "Viewing a Selected MTA Log File" on page 615
- ◆ "Cycling the MTA Log File" on page 616
- ◆ "Adjusting MTA Log Settings" on page 616
- ◆ "Editing the MTA Startup File" on page 616
- ◆ "Accessing Online Help for the MTA" on page 616

### Stopping the MTA

You might need to stop and restart the MTA for the following reasons:

- ◆ Updating the agent software
- ◆ Troubleshooting message flow problems
- ◆ Backing up the domain database
- ◆ Rebuilding the domain database

To stop the MTA from the MTA agent console:

**1** Click File > Exit > Yes to stop the MTA.

NetWare Note: Use Exit (F7). If the MTA does not respond to Exit, you can use the unload command to stop the MTA. However, this might not allow the MTA to shut down gracefully. In addition, the unload command would stop all MTAs running on the server.

Linux Note: If the Linux MTA does not respond to Exit, you can kill the MTA process, as described below, but include the -9 option.

Windows Note: If the Windows MTA does not respond to Exit, you can close the MTA agent console to stop the MTA or use the Task Manager to terminate the MTA task.

**2** Restart the MTA. See "Starting the MTA" on page 568.

To stop the MTA on Linux when it is running in the background as a daemon:

**1** Make sure you are logged in as root.

**2** If you started the Linux MTA using the grpwise script:

    **2a** Change to the /etc/init.d directory.

    **2b** Enter the following command:

```
./grpwise stop
```

    **2c** Skip to Step 4

**3** If you started the Linux MTA manually (not using the grpwise script):

SAMNDCA630-07873614

**3a** Determine the process IDs (PIDs) of the MTA:

`ps -eaf | grep gwmta`

The PIDs for all gwmta processes are listed.

You can also obtain this information from the Environment page of the MTA Web console.

**3b** Kill the first MTA process listed:

**Syntax:**
`kill PID`

**Example:**
`kill 1483`

It might take a few seconds for all MTA processes to terminate.

**4** Use the ps command to verify that the MTA has stopped.

`ps -eaf | grep gwmta`

## Restarting the MTA

Restarting the MTA from the MTA agent console causes it to reread the configuration information provided in ConsoleOne. However, the MTA does not reread its startup file when you restart it from the MTA agent console.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click File > Restart > Yes to restart the MTA.

NetWare Note: Use Restart (F6).

If you want the MTA to reread its startup file, you must stop it, then restart it.

**MTA Web Console**
You can restart the MTA from the Status page. Click Restart MTA in the upper right corner of the page.

## Suspending/Resuming MTA Processing for a Location

You can cause the MTA to stop processing messages for a location without stopping the MTA completely. For example, you could suspend message processing for a post office while backing up the post office.

To suspend the MTA for a location:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Status.

**3** Click the location (or multiple locations) to suspend, then click Suspend.

NetWare Note: Use Options (F10) > Configuration Status. Select the location, then click Suspend.

Routing of all messages to and from the location will remain suspended until you resume processing.

To resume the MTA for a location:

**1** At the server where the MTA is running, display the MTA agent console.

SAMNDCA630-07873615

**DEFENDANT'S EXHIBIT NO. 324.0611**

**2** Click Configuration > Status.

**3** Click the location (or multiple locations) to resume, then click Resume.

NetWare Note: Use Options (F10) > Configuration Status. Select the location, then click Resume.

**MTA Web Console**
You can suspend and resume processing for a specific location on the Links page. Select one or more locations, then click Suspend or Resume as needed.

## Suspending/Resuming the MTA Admin Thread

You can cause the MTA to stop updating the domain database (wpdomain.db) without stopping the MTA completely. For example, you could suspend the MTA admin thread while backing up the domain database.

To suspend the MTA admin thread:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Admin Status > Suspend.

NetWare Note: Use Options > Admin Status > Suspend.

The MTA admin thread will no longer access the domain database until you resume processing.

To resume the MTA admin thread:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Admin Status > Resume.

NetWare Note: Use Options (F10) > Admin Status > Resume.

**MTA Web Console**
You can suspend and resume the MTA admin thread from the Configuration page. Under the General Settings heading, click Admin Task Processing > Suspend or Resume > Submit.

## Displaying the MTA Software Date

It is important to keep the MTA software up-to-date. You can display the date of the MTA software from the MTA agent console.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Help > About MTA.

NetWare Note: To check the date of the MTA NLM, you can list the gwmta.nlm file in the agent installation directory (typically, the sys:\system directory) or use the `modules gwmta.nlm` command at the server console prompt.

**MTA Web Console**
You also check the MTA software date on the Environment page.

## Displaying the Current MTA Settings

You can list the current configuration settings of the MTA at the MTA agent console.

To display the current MTA settings:

**1** At the server where the MTA is running, display the MTA agent console.

SAMNDCA630-07873616

**2** Click Configuration > Agent Settings.

NetWare Note: Use View Log File (F9) to check the MTA settings recorded at the top of the log file.

For information about the MTA settings, see Chapter 46, "Using MTA Startup Switches," on page 643.

**MTA Web Console**
You check the current MTA settings on the Configuration page.

## Displaying MTA Status Information

The MTA agent console displays essential information about the functioning of the MTA. More detailed information is also available.

To display detailed MTA configuration information:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Status to display a list of the locations to which the MTA is connected.

NetWare Note: Use Options (F10) > Configuration Status.

The following information is provided:

**Location Name:** Displays the name of the location serviced by the MTA.

**Location Type:** Indicates whether the location is a domain, post office, or gateway.

**Connection Status:** Indicates whether the MTA has been successful in locating and opening the database in the location.

- **Open:** The MTA can access the database or communicate with the agent at the location.

- **Closed:** The MTA cannot access the database or communicate with the agent at the location. For assistance, see "MTA Configuration Status Isn't Open" in n "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

- **Suspended:** The MTA is not processing messages for the location because it has been suspended. See "Suspending/Resuming MTA Processing for a Location" on page 610.

- **Open Pending:** Post offices in the domain are in the process of opening and the MTA is clearing its holding queues. After this is accomplished, the MTA begins processing current messages and the status changes to Open.

**Home:** Displays the full path to the database that the MTA services in the listed location. For a TCP/IP connection, it displays the IP address of the server that the MTA connects to in order to service the database.

**3** Select a location, then click Details to display the above information plus the following additional details:

**Hold:** Displays the full path to the location of the mslocal directory structure used by the MTA to hold messages for closed locations.

**Pull:** Displays the transfer pull directory, if any. See "Using a Transfer Pull Configuration" on page 596.

**Version:** Provides the version (6.x/5.x/4.x) of the database at the location.

**Last Closed/Opened:** Provides the date and time when the location was last closed and opened.

SAMNDCA630-07873617

DEFENDANT'S EXHIBIT NO. 324.0613

**Last Closure Reason:** Indicates why a closed location is closed. To look up last closure reasons, see "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

**Messages Written/Read:** Provides statistics about throughput since the MTA was last started.

**Applications:** Displays the programs the MTA can deliver messages to. Depending on the configuration of your GroupWise system, you might see GroupWise agents or GroupWise 4.1 servers listed.

**TCP/IP:** Lists the IP port the MTA listens on.

### MTA Web Console

You can check the current MTA status on the Links page at the MTA Web console. Click a direct link to view its message queues.

## Displaying Live Remote Status

You can monitor the live remote connections the MTA is servicing for Remote client users. For information about live remote processing, see "Enabling Live Remote" on page 589.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Live Remote Status.

NetWare Note: Use Options (F10) > Live Remote Status.

The status information lists the GroupWise Remote client users who are connected to the MTA, along with the post offices and domains the MTA communicates with.

## Displaying MTA Admin Thread Status

Status information for the MTA admin thread is displayed in a separate dialog box, rather than on the main MTA agent console.

To display MTA admin thread status information:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Admin Status.

NetWare Note: Use Options (F10) > Admin Status.

The following status information is displayed:

**Admin Message Box**
The Admin Message box provides the following information about the workload of the MTA admin thread:

**Completed:** Number of administrative message successfully processed.

**Errors:** Number of administrative messages not processed due to errors.

**In Queue:** Number of administrative messages waiting in the queue to be processed.

**Send Admin Mail:** Select this option to send a message to the administrator whenever a critical error occurs. See "Notifying the Domain Administrator" on page 632.

**Admin Database Box**
The Admin Database box provides the following information about the domain database:

**Status:** Displays one of the following statuses:

SAMNDCA630-07873618

DEFENDANT'S EXHIBIT NO. 324.0614

- ◆ **Normal:** The MTA admin thread is able to access the domain database normally.

- ◆ **Recovering:** The MTA admin thread is recovering the domain database.

- ◆ **DB Error:** The MTA admin thread has detected a critical database error. The domain database (wpdomain.db) cannot be recovered. Rebuild the domain database in ConsoleOne. See "Rebuilding Domain or Post Office Databases" on page 349.

  The MTA admin thread will not process any more administrative messages until the database status has returned to Normal.

- ◆ **Unknown:** The MTA admin thread cannot determine the status of the domain database. Exit the MTA, then restart it, checking for errors on startup.

**DB Sort Language:** Displays the language code for the language that determines the sort order of lists displayed in ConsoleOne and the GroupWise system Address Book.

**Recovery Count:** Displays the number of recoveries performed on the domain database for the current MTA session.

### Admin Thread Box

The Admin Thread box provides the following information about the MTA admin thread:

**Status:** Displays one of the following statuses:

- • **Running:** The MTA admin thread is active.

- • **Suspended:** The MTA admin thread is not processing administrative messages.

- • **Starting:** The MTA admin thread is initializing.

- • **Terminated:** The MTA admin thread is not running.

### MTA Web Console

You can display MTA admin thread status from the Configuration page. Under the General Settings heading, click Admin Task Processing.

## Recovering the Domain Database Automatically or Immediately

The MTA admin thread can recover the domain database (wpdomain.db) when it detects a problem.

To enable/disable automatic domain database recovery:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Admin Status > Automatic Recovery to toggle this feature on or off for the current MTA session.

NetWare Note: Use Options (F10) > Admin Status > Automatic Recovery.

To recover the domain database immediately:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Admin Status > Perform DB Recovery.

NetWare Note: Use Options (F10) > Admin Status > Perform DB Recovery.

For additional database repair procedures, see Chapter 26, "Maintaining Domain and Post Office Databases," on page 345.

SAMNDCA630-07873619

DEFENDANT'S EXHIBIT NO. 324.0615

**MTA Web Console**
You can recover the post office database from the Configuration page. Under the General Settings heading, click Admin Task Processing. Select Automatic Recovery or Perform DB Recovery as needed.

## Performing eDirectory User Synchronization

You can configure the MTA to perform Novell[K] eDirectory™ user synchronization at regular intervals. See "Using eDirectory User Synchronization" on page 598. You can also start eDirectory user synchronization manually from the NetWare MTA agent console.

To start eDirectory user synchronization immediately:

**1** At the server where the NetWare MTA is running, display the MTA agent console.

**2** Press F4.

**MTA Web Console**
You can see when the next eDirectory user synchronization even will occur at the bottom of the Configuration page.

## Browsing the Current MTA Log File

The MTA displays only the most urgent messages in the alert box. Additional information is written to the MTA log file. The amount of information depends on the current log settings for the MTA. See "Using MTA Log Files" on page 625.

The information automatically scrolls up the screen as additional information is written. You can stop the automatic scrolling so you can manually scroll back through earlier information.

To browse the current MTA log file and control scrolling:

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Log > Active Log.

NetWare Note: Use View Log File (F9).

**3** Deselect Automatic Scrolling to manually scroll back through parts of the log that have already scrolled out of the box.

**4** Click Freeze to stop the MTA from logging information to the active log box.

**5** Click Thaw when you want the MTA to resume logging information to the active log box.

For explanations of messages in the MTA log file, see "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

**MTA Web Console**
You can browse and search MTA log files on the Log Files page.

## Viewing a Selected MTA Log File

Reviewing log files is an important way to monitor the functioning of the MTA.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Log > View Log Files.

**3** Select a log file, then click View.

NetWare Note: Use Options (F10) > View Log Files.

SAMNDCA630-07873620

For explanations of messages in the MTA log file, see "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

**MTA Web Console**
You can view and search MTA log files on the Log Files page.

## Cycling the MTA Log File

You can have the MTA start a new log file as needed.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Log > Cycle Log.

NetWare Note: Use Options (F10) > Cycle Log File.

## Adjusting MTA Log Settings

Default log settings are established when you start the MTA. However, they can be adjusted for the current MTA session from the MTA agent console.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Log > Log Settings.

NetWare Note: Use Options (F10) > Log Settings.

**3** Adjust the values as needed for the current MTA session.

See "Using MTA Log Files" on page 625.

**MTA Web Console**
You can adjust MTA log settings from the Configuration page. Click the Event Log Settings heading.

## Editing the MTA Startup File

You can change the configuration of the MTA by editing the MTA startup file from the MTA agent console.

**1** At the server where the MTA is running, display the MTA agent console.

**2** Click Configuration > Edit Startup File.

NetWare Note: Use Options > Actions > Edit Startup File.

**3** Make the necessary changes, then save and exit the startup file.

**4** Stop and restart the MTA.

## Accessing Online Help for the MTA

Click Help on the menu bar for information about the MTA agent console. Click the Help button in any dialog box for additional information.

NetWare Note: Press F1 for information in any dialog box or menu.

SAMNDCA630-07873621

# Using the MTA Web Console

The MTA Web console enables you to monitor the MTA from any location where you have access to a Web browser and the Internet. This provides substantially more flexible access than the MTA agent console, which can only be accessed from the server where the MTA is running.

- "Setting Up the MTA Web Console" on page 617
- "Accessing the MTA Web Console" on page 619
- "Monitoring the MTA from the MTA Web Console" on page 619

## Setting Up the MTA Web Console

The default HTTP port for the MTA Web console is established during MTA installation. You can change the port number and increase security after installation in ConsoleOne.

**1** In ConsoleOne, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Network Address to display the Network Address page.



If you configured the MTA for TCP/IP links during installation, the TCP/IP Address field should display the MTA server's network address. If it does not, follow the instructions in "Using TCP/IP Links between Domains" on page 579. The MTA must be configured for TCP/IP in order to provide the MTA Web console.

**3** Make a note of the IP address or DNS hostname in the TCP/IP Address field. You will need this information to access the MTA Web console.

The HTTP Port field displays the default port number of 7180.

**4** If the default HTTP port number is already in use on the MTA server, specify a unique port number.

**5** Make a note of the HTTP port number. You will need this information to access the POA Web console.

**6** If you want to use an SSL connection for the MTA Web console, select Enabled in the HTTP SSL drop-down list.

SAMNDCA630-07873622

For additional instructions about using SSL connections, see Chapter 80, "Encryption and Certificates," on page 1039.

**7** Click Apply to save your changes on the Network Address page.

If you want to limit access to the MTA Web console, you can provide a username and password.

**8** Click GroupWise > Agent Settings to display the Agent Settings age.



**9** In the HTTP Settings box:

**9a** In the HTTP User Name field, specify a unique username.

**9b** Click Set Password.

**9c** Type the password twice for verification.

**9d** Click Set Password.

Unless you are using an SSL connection, do not use an eDirectory username and password because the information passes over the insecure connection between your Web browser and the MTA.

For convenience, use the same username and password for all agents that you plan to monitor from GroupWise Monitor. This saves you from having to provide the username and password information as Monitor accesses each agent.

**10** Click OK to save the MTA Web console settings.

ConsoleOne then notifies the MTA to restart so the new settings can be put into effect.

**Corresponding Startup Switches**

You could also use the /httpport, /httpuser, and /httppassword startup switches in the MTA startup file to enable the MTA Web console. In addition, you can use the /httprefresh switch to control how often the MTA refreshes the information provided to your Web browser.

SAMNDCA630-07873623

DEFENDANT'S EXHIBIT NO. 324.0619

## Accessing the MTA Web Console

To monitor the MTA from your Web browser, view the MTA Web console by supplying the network address and port number as provided in ConsoleOne. For example:

http://123.456.78.90:7100
http://123.456.78.90:7180
http://server1:7100
https://server2:7180

When viewing the MTA Web console, you can specify either the message transfer port or the HTTP port.



## Monitoring the MTA from the MTA Web Console

The MTA Web console provides several pages of information to help you monitor the performance of the MTA. The bar at the top of the MTA Web console displays the name of the MTA and its domain. Below this bar appears the MTA Web console menu that lists the pages of information available in the MTA Web console. Online help throughout the MTA Web console helps you interpret the information being displayed and use the links provided.

### Monitoring MTA Status

When you first access the MTA Web console, the Status page is displayed. Online help throughout the MTA Web console helps you interpret the information being displayed and use the links provided.

SAMNDCA630-07873624



Click the Router link to display details about the MTA routing queue (gwinprog). You can quickly determine how many messages are awaiting processing, how large they are, and how long they have been waiting in the routing queue.

Click a closed location to display is holding queue to see how many messages are waiting for transfer.

### Checking the MTA Operating System Environment

On the MTA Web console menu, click Environment to display information about the operating system where the MTA is running. On a NetWare server, the following information is displayed:



On a Linux server, the following information is displayed:

SAMNDCA630-07873625



On a Windows server, the following information is displayed:



## Viewing and Searching MTA Log Files

On the MTA Web console menu, click Log Files to display and search MTA log files.



To view a particular log file, select the log file, then click View Events.

To search all log files for a particular string, type the string in the Events Containing field, select Select All, then click View Events. You can also manually select multiple log files to search.

In the Message type list, you can select one or more types of MTA processing to search for:

**Message Logging (MLG):** The message logging threads write information into the message log file if message logging has been turned on. See "Enabling MTA Message Logging" on page 603.

**Event Logging (LOG):** The event logging thread writes information into the event log files that you can search on this page. See "Using MTA Log Files" on page 625.

SAMNDCA630-07873626

**Dispatcher (DIS):** The dispatcher thread starts other MTA threads as needed to meet the demands being put on the MTA at any given time.

**Message Transfer (MTP):** The message transfer threads communicate with other MTAs and with POAs in the local domain to transfer messages to domains and post offices to which the local MTA is linked by way of TCP/IP. See "Using TCP/IP Links between Domains" on page 579 and "Using TCP/IP Links between a Domain and its Post Offices" on page 583.

**Router (RTR):** The router threads process messages in the routing queue and prepare them for transfer to the next hop in the link path to their destinations. See "Optimizing the Routing Queue" on page 639.

**Admin (ADM):** The admin thread updates the domain database (wpdomain.db) whenever administrative information changes. See "MTA Admin Thread Status Box" on page 608.

**Scanner (SCA):** The scanner threads check for incoming messages when UNC or mapped links are in use. See "Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices" on page 638.

The results of the search are displayed on a separate page which can be printed.

## Monitoring the Routing Queue

On the MTA Web console menu, click Status, then click Router to display the contents of the routing queue. Typically, no message files are waiting unless the MTA is down or backlogged.



You can click any queue to view the message files it contains.

## Monitoring Links

On the MTA Web console menu, click Links to monitor the direct links between the MTA and other locations.



SAMNDCA630-07873627

Click a location to view its holding queue. Click View Link Configuration to determine the address of each location and access the agent Web consoles of other domains and of post offices that belong to the local domain. Click View TCP/IP Connections to view incoming and outgoing TCP/IP links. Click View Gateways to restrict the list to just gateways.

## Tracking Messages

Before you can track messages at the MTA Web console, you must enable message logging for MTAs throughout your system. See "Enabling MTA Message Logging" on page 603. When you enable MTA message logging, the MTA stores data about GroupWise message traffic as it processes messages. The stored data is then available for use from the MTA Web console.

To track a specific message, have the sender check the Sent Item Properties for the message in the GroupWise client. The Mail Envelope Properties field displays the message ID of the message; for example, 3AD5EDEB.31D : 3 : 12763. To track all messages sent by a particular user, make a note of the user's GroupWise user ID.

On the MTA Web console menu, click Message Tracking.



Fill in *one* of the fields, depending on what you want to track, then click Submit. The results of the search are displayed on a separate page which can be printed.

# Controlling the MTA from the MTA Web Console

At the MTA Web console, you can change some MTA log settings for the current MTA session. You can also stop and start some specific MTA threads.

- "Changing MTA Configuration Settings" on page 623
- "Controlling the MTA Admin Thread" on page 624
- "Controlling Links to Other Locations" on page 624

## Changing MTA Configuration Settings

On the MTA Web console menu, click Configuration. Online help on the Configuration page helps you interpret the configuration information being displayed.

SAMNDCA630-07873628

DEFENDANT'S EXHIBIT NO. 324.0624



Click the Event Log Settings heading to change the MTA log settings for the current MTA session.

## Controlling the MTA Admin Thread

On the Configuration page, click Admin Task Processing.



Modify the functioning of the MTA admin thread as needed, then click Submit. The changes remain in effect for the current MTA session.

## Controlling Links to Other Locations

On the MTA Web console menu, click Links.

SAMNDCA630-07873629



Select one or more locations, then click Suspend or Resume as needed.

# Using MTA Log Files

Error messages and other information about MTA functioning are written to log files as well as displaying on the MTA agent console. Log files can provide a wealth of information for resolving problems with MTA functioning or message flow. This section covers the following subjects to help you get the most from MTA log files:

- "Configuring MTA Log Settings and Switches" on page 625

- "Viewing MTA Log Files" on page 626

- "Interpreting MTA Log File Information" on page 626

## Configuring MTA Log Settings and Switches

The following aspects of logging are configurable:

- Log File Path (/log)

- Disk Logging (/logdiskoff)

- Logging Level (/loglevel)

- Maximum Log File Age (/logdays)

- Maximum Log File Size (/logmax)

You can configure the log settings in the following ways:

- Using ConsoleOne to establish defaults (see "Adjusting the MTA Logging Level and Other Log Settings" on page 588)

- Using startup switches to override ConsoleOne settings (see "Using MTA Startup Switches" on page 643)

- Using the MTA agent console to override other MTA settings for the current session (see "Adjusting MTA Log Settings" on page 616

- Using the MTA Web console to override other MTA settings for the current MTA session (see "Controlling the MTA from the MTA Web Console" on page 623)

SAMNDCA630-07873630

## Viewing MTA Log Files

You can view the contents of the MTA log file from the MTA agent console and Web console. See the following tasks:

- "Browsing the Current MTA Log File" on page 615
- "Viewing a Selected MTA Log File" on page 615
- "Cycling the MTA Log File" on page 616
- "Viewing and Searching MTA Log Files" on page 621

## Interpreting MTA Log File Information

On startup, the MTA records the MTA settings currently in effect. Thereafter, it logs events that take place, including errors. To look up error messages that appear in MTA log files, see "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

Because the MTA consists of multiple threads, you might find it useful to retrieve the log file into an editor and sort it on the thread ID that follows the date and time information. Sorting will group all messages together for the same MTA thread. At the MTA Web console, you can search through multiple log files. See "Viewing and Searching MTA Log Files" on page 621. You can also use the search capability of the MTA Web console to gather information about a specific MTA thread. See "Viewing and Searching MTA Log Files" on page 621.

# Using GroupWise Monitor

GroupWise Monitor is a monitoring and management tool that allows you to monitor GroupWise agents and gateways from any location where you are connected to the Internet and have access to a Web browser. The MTA Web console can be accessed from GroupWise Monitor, enabling you to monitor all MTAs in your GroupWise system from one convenient location. In addition, GroupWise Monitor can notify you when agent problems arise.



For installation and setup instructions, see "Installing GroupWise Monitor" in the *GroupWise 6.5 Installation Guide*. For usage instructions, see "Monitor" on page 901.

# Using NetWare 6.5 Remote Manager

If the MTA is running on a NetWare 6.5 server, you can use the IP Address Management feature in NetWare Remote Manager (NetWare Remote Manager > Manage Server > IP Address Management) to view the IP address and port configuration for the MTA. This is also true for other GroupWise agents (POA, Internet Agent, and WebAccess Agent) running on NetWare 6.5 servers.

SAMNDCA630-07873631

**IMPORTANT:** If the MTA is running in protected mode, it will not display in NetWare Remote Manager.

You access NetWare Remote Manager by entering the following URL in a Web browser:

```
http://server address:8008
```

For example:

```
http://137.65.123.11:8008
```

For more information about using NetWare Remote Manager, see the NetWare 6.5 documentation (http://www.novell.com/documentation/nw65).

# Using SNMP Monitoring Programs

You can monitor the MTA from the Management and Monitoring component of Novell ZENworks[K] for Servers, ManageWise[R], or another SNMP management and monitoring program. When properly configured, the MTA sends SNMP traps to network management consoles for display along with other SNMP monitored programs.

Although the MTA is SNMP-enabled by default, the server where the MTA is installed must be properly configured to support SNMP, and the MTA object in eDirectory must be properly configured as well. To set up SNMP services for your server, complete the following tasks:

- "Setting Up SNMP Services for the MTA" on page 627
- "Copying and Compiling the MTA MIB File" on page 630
- "Customizing Your ManageWise Installation to Monitor the MTA" on page 631
- "Configuring the MTA for SNMP Monitoring" on page 631

## Setting Up SNMP Services for the MTA

Select the instructions for the platform where the MTA runs:

- "Setting Up SNMP Services for the NetWare MTA" on page 627
- "Setting Up SNMP Services for the Linux MTA" on page 628
- "Setting Up SNMP Services for the Windows MTA" on page 628

### Setting Up SNMP Services for the NetWare MTA

The NetWare MTA supports SNMP through the SNMP services loaded on the NetWare server. SNMP services are provided through the SNMP NLM. The SNMP NLM initiates and responds to requests for monitoring information and generates trap messages.

If the SNMP NLM is not loaded before the NetWare MTA, the MTA still loads and functions normally, but SNMP support is disabled. The MTA does not attempt to auto-load snmp.nlm.

To load the SNMP NLM manually:

**1** Go to the console of each NetWare server where you want to implement SNMP services.

These servers should already have the GroupWise agents installed.

**2** Type the command to load the SNMP NLM:

**Syntax:**
```
load snmp v control=x monitor=y trap=z
```

SAMNDCA630-07873632

DEFENDANT'S EXHIBIT NO. 324.0628

where *v* represents Verbose, meaning to display informational messages, and *x*, *y* and *z* are replaced with your system SNMP community strings for SNMP SETs, GETs and TRAPs).

**Example:**
```
load snmp v control=private monitor=public      trap=all
```

The configuration for the SNMP NLM is found in snmp.cfg and traptarg.cfg in the sys:\etc directory. View the contents of these files for more information.

The TCP/IP NLM automatically loads snmp.nlm, using default values for the community strings. If your system uses different community string values, load snmp.nlm before tcpip.nlm.

**3** If the SNMP NLM is already loaded, you can add the control and trap parameters by typing the following at the console prompt:

```
snmp control= trap=
```

To automatically load these commands, include them in the autoexec.ncf file.

For more information about implementing SNMP services, see your NetWare documentation.

**4** Skip to "Copying and Compiling the MTA MIB File" on page 630.

### Setting Up SNMP Services for the Linux MTA

The Linux MTA is compatible with NET-SNMP. An older version of SNMP called UCD-SNMP cannot be used with the Linux MTA. NET-SNMP comes standard with the versions of Red Hat Linux supported for GroupWise 6.5 for Linux, but it does not come standard with the supported versions of SUSE Linux. If you are using SUSE Linux, you must update to NET-SNMP in order to use SNMP to monitor the Linux MTA.

**1** Make sure you are logged in as root.

**2** If NET-SNMP is not already set up on your Linux server, use the following command to configure SNMP:

```
snmpconf -g basic_setup
```

The snmpconf command creates the snmpd.conf file in one of the following directories, depending on your version of Linux:

/usr/share/snmp
/usr/local/share/snmp
~/.snmp

**3** Locate the snmpd.conf file on your Linux server.

**4** In a text editor, open the snmpd.conf file and add the following line:

dlmod Gwsnmp /opt/novell/gw/agents/lib/libgwsnmp.so

**5** Save the snmpd.conf file and exit the text editor.

**6** Restart the SNMP daemon (snmpd) to put the changes into effect.

**7** Skip to "Copying and Compiling the MTA MIB File" on page 630.

### Setting Up SNMP Services for the Windows MTA

SNMP support is provided for up to eight Windows MTAs on the same Windows server. Upon startup, each instance of the MTA is dynamically assigned a row in its SNMP table. View the contents of the MTA MIB for a description of the SNMP variables in the table.

SAMNDCA630-07873633

To set up SNMP services for the Windows MTA, complete the following tasks:

- "Installing Windows SNMP Support" on page 629
- "Installing GroupWise Agent SNMP Support" on page 629

### Installing Windows SNMP Support

For Windows NT 3.51 and 4.0 and for Windows 2000, the SNMP service is usually not included during the initial operating system installation. The SNMP service can be easily added at any time. To add or configure the SNMP service, you must be logged in as a member of the Administrator group.

To add the SNMP service to a Windows NT server:

**1** From the Control Panel, double-click Network.

**2** For Windows NT 4.0, click Services > Add, then select SNMP Service.

or

For Windows NT 3.51, click Add Software, select TCP/IP Protocol and Related Components, then select SNMP Service.

**3** Follow the on-screen prompts. You will need your original Windows NT disk.

You are given the opportunity to configure the SNMP service. The only required information for GroupWise is the Trap Destination and Community Name.

**4** After the installation is complete, reboot the server.

For more information about configuring the SNMP service, see your Windows NT documentation.

To add the SNMP service to a Windows 2000 server:

**1** From the Control Panel, double-click Add/Remove Programs.

**2** Click Add/Remove Windows Components.

**3** Select Management and Monitoring Tools.

**4** Click Details, then select Simple Network Management Protocol.

Continue with "Installing GroupWise Agent SNMP Support" on page 629.

### Installing GroupWise Agent SNMP Support

The GroupWise Agent Installation program includes an option for installing SNMP support. However, if the server where you installed the agents did not yet have SNMP set up, that installation option was not available. Now that you have set up SNMP, you can install GroupWise agent SNMP support.

At the Windows server where you want to install the GroupWise agent SNMP support:

**1** Run setup.exe at the root of the *GroupWise 6.5 Administrator* CD, then click Install Products > GroupWise Agents > Install GroupWise Agents.

or

Run install.exe from the agents subdirectory on the *GroupWise 6.5 Administrator* CD or in your software distribution directory if you have updated it with the latest GroupWise software.

**2** In the Installation Path dialog box, browse to and select the path where the agent software is installed, then select Install and Configure SNMP for GroupWise Agents.

SAMNDCA630-07873634

DEFENDANT'S EXHIBIT NO. 324.0630

**3** To shorten the install time, deselect Install GroupWise Agent Software.

**4** Continue through the rest of the installation process as prompted by the Agent Installation program.

The Agent Installation program copies the SNMP support files to the agent installation directory, makes the appropriate Windows registry entries, and restarts the Windows SNMP service.

**5** Continue with "Copying and Compiling the MTA MIB File" on page 630.

## Copying and Compiling the MTA MIB File

An SNMP-enabled MTA returns information contained in a Management Information Base (MIB). The MIB is an ASCII data structure that defines the information gathered. It also defines the properties that can be monitored and managed on the SNMP-enabled MTA.

Before you can monitor an SNMP-enabled MTA, you must compile the gwmta.mib file using your SNMP management program. For NetWare or Windows, the GroupWise MIBs are located on the *GroupWise 6.5 Administrator* CD in the \agents\snmp directory or in the *software distribution directory*\agents\snmp directory if you have updated it with the latest GroupWise software. For Linux, the GroupWise MIBS are located on the *GroupWise 6.5 for Linux Administrator* CD in the /agents/snmp directory.

**1** Copy the gwmta.mib file from the \agents\snmp directory to the location required by your SNMP management program.

For example, ManageWise users would copy the gwmta.mib file to the \mw\nms\snmpmibs\current directory. ZENworks Server Management users can access the gwmta.mib file in the software distribution directory.

**2** Compile or import the gwmta.mib file as required by your SNMP management program.

For example, to compile the gwmta.mib file for ZENworks Server Management:

**2a** In ConsoleOne, right-click the Site Server object, then click Properties > MIB Pool.

**2b** Click Modify Pool > Add.

**2c** Browse to and select the gwmta.mib file, then click OK.

**2d** Click Compile.

**2e** Make sure that the server where the MTA is running is configured to send SNMP traps to the ZENworks Server Management Site Server.

   ♦ On a NetWare server, add the IP address or hostname of the ZENworks Server Management Site Server to the traptarg.cfg file in the sys:\etc directory.

   ♦ On a Windows server, add the IP address or hostname of the ZENworks Server Management Site Server to the list of trap destinations.

   From the Windows NT Control Panel, double-click Network, or, from the Windows 2000 Control Panel, double-click Administrative Tools. Then click Services > SNMP Service > Properties > Traps.

Refer to your SNMP management program documentation for further instructions.

SAMNDCA630-07873635

3 If you are using Novell ManageWise, continue with "Customizing Your ManageWise Installation to Monitor the MTA" on page 631.

or

If you are not using ManageWise, skip to "Configuring the MTA for SNMP Monitoring" on page 631.

## Customizing Your ManageWise Installation to Monitor the MTA

The GroupWise agent installation includes files that help ManageWise monitor the GroupWise agents more effectively:

- "GroupWise MIB Files" on page 631
- "GroupWise Agent Alarm Help File" on page 631

These capabilities are available only with ManageWise, not with ZENworks Server Management.

**GroupWise MIB Files**

The GroupWise MIB files include the standard SNMP management information. In addition, the files include annotations that enhance the Alert functions of ManageWise.

For example, the Summary provides more detailed information than the Description does in other SNMP management programs. The ManageWise annotations are embedded in comments; therefore, they have no affect on other SNMP management programs.

**GroupWise Agent Alarm Help File**

When GroupWise alarms appear in ManageWise, you can double-click the alarm to display the alarm information contained in the Agent Alarm help file. To enable this feature, copy the gwalarm.hlp file from the \agents\snmp directory to the \mw\nms\help directory on your ManageWise station. This help file explains the alarms each agent might produce by giving a description, cause, and action for each alarm.

## Configuring the MTA for SNMP Monitoring

In order for SNMP monitoring programs to monitor the MTA, the MTA must be configured with a network address and SNMP community string.

1 In ConsoleOne, browse to and right-click the MTA object, then click Properties.

2 Click GroupWise > Network Address to display the Network Address page.

3 Click the pencil icon to provide the TCP/IP address or IPX™/SPX™ address of the server where the MTA runs, then click Apply.

4 Click GroupWise > Agent Settings.

5 Provide your system SNMP community GET string, then click OK.

ConsoleOne then notifies the POA to restart so the new settings can be put into effect.

The MTA should now be visible to your SNMP monitoring program.

SAMNDCA630-07873636

DEFENDANT'S EXHIBIT NO. 324.0632

# Notifying the Domain Administrator

If you want to be notified with an e-mail message whenever the MTA encounters a critical error, you can designate yourself as an administrator of the domain for which the MTA is running.

**1** In ConsoleOne, browse to and right-click the Domain object, then click Properties to display the Identification page.



**2** In the Administrator field, browse to and select your GroupWise user ID.

A domain can have a single administrator, or you can create a group to function as administrators.

**3** Click OK to save the administrator information.

The selected user or group will then begin receiving e-mail messages whenever the MTA for the domain encounters a critical error.

**Corresponding Startup Switches**
By default, the MTA will generate error mail if an administrator has been assigned for the domain. Error mail can be turned off using the /noerrormail switch.

**POA Web Console**
Another way to receive e-mail notification of POA problems is to use GroupWise Monitor to access the POA Web console. See "Configuring E-Mail Notification" on page 918.

# Using the MTA Error Message Documentation

MTA error messages are documented with the source and explanation of the error, possible causes of the error, and actions to take to resolve the error. See "Message Transfer Agent Error Messages" in *GroupWise 6.5 Troubleshooting 1: Error Messages*.

SAMNDCA630-07873637

# Employing MTA Troubleshooting Techniques

If you are having a problem with the MTA but not receiving a specific error message, or if the suggested actions for the specific error did not resolve the problem, you can review more general troubleshooting strategies for dealing with MTA problems. See "Message Transfer Agent Problems" in "Strategies for Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

You can also use GroupWise Monitor to troubleshoot message transfer problems. See "Monitor" on page 901.

# Using Platform-Specific MTA Monitoring Tools

Each operating system where the MTA runs provides tools for monitoring programs.

- "NetWare Monitoring Tools" on page 633
- "Linux Monitoring Tools" on page 633
- "Windows Monitoring Tools" on page 633

## NetWare Monitoring Tools

If you are running the MTA on NetWare servers, you can use the NetWare Monitor NLM to monitor the effects of the MTA on the NetWare server. NetWare 6.x provides monitoring tools that you can use from your Web browser. Processor, resource, and memory utilization can be compared to other non-GroupWise NLM programs to determine if the MTA NLM program is monopolizing resources. See your NetWare documentation for additional monitoring suggestions.

## Linux Monitoring Tools

If you are running the MTA on Linux servers, you can use SNMP tools like snmpget and snmpwalk that allow you to retrieve the data about all the services registered with the SNMP service. These tools are part of the NET-SNMP package. See your Linux documentation for additional monitoring suggestions.

## Windows Monitoring Tools

If you are running the MTA on Windows servers, you can use the Performance Monitor in Windows Administrator Tools to gather similar information. See your Windows documentation for additional monitoring suggestions.

# Using MTA Message Logging

For extremely detailed monitoring of message flow, you can configure the MTA to gather a variety of statistics. See "Enabling MTA Message Logging" on page 603.

SAMNDCA630-07873638

DEFENDANT'S EXHIBIT NO. 324.0634

SAMNDCA630-07873639

DEFENDANT'S EXHIBIT NO. 324.0635

# 45 Optimizing the MTA

You can adjust how the MTA functions to optimize its performance. Before attempting optimization, you should run the MTA long enough to observe its efficiency and its impact on other network applications running on the same server. See Chapter 44, "Monitoring the MTA," on page 605.

Also, remember that optimizing your network hardware and operating system can make a difference in MTA performance.

The following topics help you optimize the MTA:

- "Optimizing TCP/IP Links" on page 635
- "Optimizing Mapped/UNC Links" on page 636
- "Optimizing the Routing Queue" on page 639
- "Adjusting MTA Polling of Closed Locations" on page 640

## Optimizing TCP/IP Links

Using startup switches in the MTA startup file, you can fine-tune the performance of TCP/IP links.

- "Adjusting the Number of MTA TCP/IP Connections" on page 635
- "Adjusting the MTA Wait Intervals for Slow TCP/IP Connections" on page 636

### Adjusting the Number of MTA TCP/IP Connections

When using TCP/IP links between domains, you can control the number of inbound connections the MTA can establish for receiving messages.

Use the /tcpinbound switch in the MTA startup file to increase the maximum number of inbound connections the MTA can establish from the default of 40 to whatever setting meets the needs of your system. There is no maximum setting.

If the MTA is receiving more requests than it can accept, the sending MTAs must wait until a connection becomes available, which slows down message transfer. Each connection requires only about 20 KB. For example, if you configure the MTA to accept 600 connections, it would require approximately 12 MB of RAM. Although there is no maximum setting for inbound connections, this setting is adequate to handle very heavy usage. Use lower settings to conserve RAM or for lighter usage.

**MTA Web Console**
You can check the maximum number of TCP/IP connections that the MTA can start on the Configuration page under the TCP/IP Settings heading.

SAMNDCA630-07873640

## Adjusting the MTA Wait Intervals for Slow TCP/IP Connections

When using TCP/IP links, you can control how long the MTA waits for responses.

By default, the MTA waits 5 seconds for a response when trying to contact another MTA or a POA across a TCP/IP link. If no response is received from the other MTA or the POA, the sending MTA tries again three more times. If all four attempts fail, the MTA reports an error, then waits 10 minutes before it tries again.

When the MTA attempts to send messages to another MTA or a POA across a TCP/IP link, the sending MTA tries for 20 seconds before reporting an error.

On some networks, these wait intervals might not be sufficient, and the MTA might report an error when, by waiting longer, the needed connection or data transfer would be able to take place.

Use the /tcpwaitconnect switch in the MTA startup file to increase the number of seconds the MTA waits for a response from another MTA or a POA across a TCP/IP link.

Use the /tcpwaitdata switch in the MTA startup file to increase the number of seconds the MTA attempts to send messages to another MTA or a POA across a TCP/IP link.

**MTA Web Console**
You can check the current wait intervals on the Configuration page under the TCP/IP Settings heading.

# Optimizing Mapped/UNC Links

If you must use mapped or UNC links, you can fine-tune how the MTA polls its input queues.

- "Using TCP/IP Links between Locations" on page 636
- "Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways" on page 636
- "Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices" on page 638

**NOTE:** The Linux MTA does not use mapped or UNC links.

## Using TCP/IP Links between Locations

TCP/IP links between domains or between a domain and its post offices are faster than mapped or UNC links because the MTA is immediately notified whenever a new message arrives. This eliminates the latency involved in scanning input directories for messages to process. To change from mapped or UNC links to TCP/IP links, see "Using TCP/IP Links between Domains" on page 579 and "Using TCP/IP Links between a Domain and its Post Offices" on page 583

## Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways

When using mapped or UNC links between the local domain and its post offices and other domains, the MTA can create a lot of network traffic just scanning its input queues, especially if the message load is light. This can be minimized by setting the scan cycle to a higher number. On the other hand, if the scan cycle is set too high, important messages might have to wait in the input queues to be picked up by the MTA. The MTA's scan cycle settings also control how often it communicates with gateways installed in the domain.

SAMNDCA630-07873641

By default, when using mapped or UNC links, the MTA scans its high priority queues every 5 seconds and its regular and low priority queues every 15 seconds. You can adjust the scan cycle settings to meet the needs of your GroupWise® system.

**1** In ConsoleOne®, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Agent Settings to display the Agent Settings page.



**3** Decrease the number of seconds in the Scan Cycle field if you want the MTA to scan the regular and low priority queues (2-7) more often.

or

Increase the number of seconds in Scan Cycle field if you want the MTA to scan the regular and low priority queues (2-7) less often.

**4** Decrease the number of seconds in the Scan High field if you want the MTA to scan the high priority queues (0-1) more often.

or

Increase the number of seconds in the Scan High field if you want the MTA to scan high priority queues (0-1) less often.

For the locations and specific uses of the MTA input queues, see "Message Transfer/Storage Directories" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

**5** Click OK to save the new scan cycle settings.

ConsoleOne then notifies the MTA to restart so the new settings can be put into effect.

**Corresponding Startup Switches**
You could also use the /cylo and /cyhi switches in the MTA startup file to adjust the MTA scan cycle.

**MTA Web Console**
You can check the current MTA scan cycle on the Configuration page under the Performance Settings heading.

SAMNDCA630-07873642

## Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices

When using mapped or UNC links, the MTA automatically starts one high priority scanner thread for the priority 0 and 1 subdirectories of its input queues. It also starts a second scanner thread for the priority 2-7 subdirectories. This default configuration can create a bottleneck under some circumstances:

- The priority 0 subdirectory is used for Busy Search requests from GroupWise client users. The priority 1 subdirectory is used by GroupWise Remote users. If your GroupWise system serves a large number of very active GroupWise Remote users, the MTA can stay busy processing requests from Remote users, causing other users to experience a delay in response to a Busy Search request.

- The priority 2 subdirectory is used for administrative messages and high priority user messages. Priority 3-7 subdirectories are used for regular and low priority messages and status messages. Certain administrative activities, such as moving a large number of users or purging trash, can create numerous administrative messages in the priority 2 subdirectory, causing users to experience a delay in receiving high priority as well as regular messages.

For the locations of the MTA input queues, see "Message Transfer/Storage Directories" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

You can configure the MTA so that it starts separate scanner threads to service the priority 1 and 2 subdirectories and/or separate scanner threads for the 2-3 and 4-7 subdirectories.

**IMPORTANT:** Do not try to run more than one MTA for the same domain.

**1** In ConsoleOne, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Agent Settings to display the Agent Settings page.



**3** Select Use 2nd High Priority Scanner to provide separate MTA scanner threads for Busy Searches and GroupWise Remote users.

**4** Select Use 2nd Mail Priority Scanner to provide separate MTA scanner threads for administrative messages and high priority user messages vs. regular and low priority messages.

SAMNDCA630-07873643

These settings can be used separately (creating three MTA scanner threads) or together (creating four MTA scanner threads).

| Primary Use | Priority Directory | Default Operation | 2nd High Priority Scanner | 2nd Mail Priority Scanner | Both Second Priority Scanners |
|---|---|---|---|---|---|
| Busy searches | wpcsin\0 | High priority scanner thread | High priority scanner thread one | High priority scanner thread | High priority scanner thread one |
| GroupWise Remote user requests | wpcsin\1 | | High priority scanner thread two | | High priority scanner thread two |
| Administrative requests and high priority messages | wpcsin\2 | Mail priority scanner thread | Mail priority scanner thread | Mail priority scanner thread one | Mail priority scanner thread one |
| High priority statuses | wpcsin\3 | | | | |
| Normal priority messages | wpcsin\4 | | | Mail priority scanner thread two | Mail priority scanner thread two |
| Normal priority statuses | wpcsin\5 | | | | |
| Low priority messages | wpcsin\6 | | | | |
| Low priority statuses | wpcsin\7 | | | | |
| **Total Scanner Threads in Use:** | | 2 | 3 | 3 | 4 |

**5** Click OK to save the new scanner thread settings.

ConsoleOne then notifies the MTA to restart so the new setting can be put into effect.

**Corresponding Startup Switches**
You could also use the /fast0 and /fast4 switches in the MTA startup file to adjust the allocation of MTA scanner threads.

**MTA Web Console**
You can check the current MTA scan cycle on the Configuration page under the Performance Settings heading.

# Optimizing the Routing Queue

Using startup switches in the MTA startup file, you can fine-turn MTA processing in of the routing queue. When the MTA starts, it starts one or more router threads to process its routing queue (gwinprog). As messages arrive in the routing queue, it starts additional routers as needed, within parameters you can set.

- "Adjusting the Maximum Number of Active Router Threads" on page 640
- "Adjusting the Maximum Number of Idle Router Threads" on page 640

SAMNDCA630-07873644

**MTA Web Console**

You can view the current contents of the routing queue from the Configuration page. Click Router under the Queue Information heading.

## Adjusting the Maximum Number of Active Router Threads

By default, the MTA will continue to start additional router threads to processes messages in the routing queue as long as message traffic demands it, until as many as 16 router threads are running. Use the /maxrouters switch in the MTA startup file to control the number of router threads the MTA can start.

Set /maxrouters to a lower number to conserve resources and keep the MTA from starting more than the specified maximum number of router threads.

## Adjusting the Maximum Number of Idle Router Threads

By default, after the MTA starts a router thread, it keeps it running, up to the maximum number specified by the /maxrouters switch. In a system where short bursts of heavy message traffic are followed by extended lulls, idle router threads could be consuming resources that would be better used by other processes. Use the /maxidlerouters switch in the MTA startup file to determine how many idle router threads are allowed to remain running. The default is 16 idle router threads.

Set /maxidlerouters to a lower number if you want the MTA to terminate idle router threads more quickly. Set /maxidlerouters to a higher number if you want the MTA to keep more idle router threads ready to process incoming message traffic.

# Adjusting MTA Polling of Closed Locations

When a location becomes closed (unavailable), the MTA waits before attempting to recontact that location. If the MTA waits only a short period of time, the MTA can waste time and create network traffic by trying to reestablish a connection with a closed location. On the other hand, you do not want the MTA to ignore an available location by waiting too long.

By default, the MTA waits 600 seconds (10 minutes) between its attempts to contact a closed location. You can adjust the time interval the MTA waits to meet the needs of your GroupWise system.

**1** In ConsoleOne, browse to and right-click the MTA object, then click Properties.

**2** Click GroupWise > Agent Settings to display the Agent Settings page.

SAMNDCA630-07873645

DEFENDANT'S EXHIBIT NO.   324.0641



**3** Decrease the number of seconds in the Attach Retry field if you want the MTA to try to contact closed locations more often.

or

Increase the number of seconds in Attach Retry field if you want the MTA to try to contact closed locations less often.

**4** Click OK to save the new Attach Retry setting.

ConsoleOne then notifies the MTA to restart so the new setting can be put into effect.

For a TCP/IP link, a location is considered open if the MTA receives a response from the receiving agent within the currently configured wait intervals. See "Adjusting the MTA Wait Intervals for Slow TCP/IP Connections" on page 636. Otherwise, the location is considered closed.

For a mapped or UNC link, a location is considered open if the MTA can perform the following actions:

- Create a temporary directory in the MTA input queue (*domain*\wpcsin and *post office*\wpcsin directories)

- Create a temporary file in that new directory

- Delete the temporary file

- Delete the temporary directory

For more information about the MTA input queues, see "Message Transfer/Storage Directories" in *GroupWise 6.5 Troubleshooting 3: Message Flow and Directory Structure*.

SAMNDCA630-07873646

DEFENDANT'S EXHIBIT NO. 324.0642

SAMNDCA630-07873647

# 46 Using MTA Startup Switches

You can override settings provided in ConsoleOne[K] by using startup switches. You can override startup switches provided in the startup file by using startup switches on the command line. For more information about starting the MTA, see "Starting the MTA" on page 568.

The table below summarizes MTA startup switches for all platforms and how they correspond to configuration settings in ConsoleOne.

| NetWare MTA | Linux MTA | Windows MTA | ConsoleOne Settings |
|---|---|---|---|
| @*filename* | @*filename* | @*filename* | N/A |
| N/A | --activelog | /activelog | N/A |
| /certfile | --certfile | /certfile | Certificate File |
| /cyhi | --cyhi | /cyhi | Scan High |
| /cylo | --cylo | /cylo | Scan Cycle |
| /defaultroutingdomain | --defaultroutingdomain | /defaultroutingdomain | Default Routing Domain |
| /dn | N/A | N/A | N/A |
| /fast0 | --fast0 | /fast0 | Use 2nd High Priority Scanner |
| /fast4 | --fast4 | /fast4 | Use 2nd Mail Priority Scanner |
| /help | --help | /help | N/A |
| /home | --home | /home | N/A |
| /httppassword | --httppassword | /httppassword | HTTP Password |
| /httpport | --httpport | /httpport | HTTP Port |
| /httprefresh | --httprefresh | /httprefresh | N/A |
| /httpssl | --httpssl | /httpssl | HTTP |
| /httpuser | --httpuser | /httpuser | HTTP User Name |
| /keyfile | --keyfile | /keyfile | SSL Key File |
| /keypassword | --keypassword | /keypassword | SSL Key File Password |
| /language | --language | /language | N/A |
| /liveremote | --liveremote | /liveremote | N/A |

SAMNDCA630-07873648

| NetWare MTA | Linux MTA | Windows MTA | ConsoleOne Settings |
|---|---|---|---|
| /log | —log | /log | Log File Path |
| /logdays | --logdays | /logdays | Max Log File Age |
| /logdiskoff | —logdiskoff | /logdiskoff | Logging Level |
| /loglevel | --loglevel | /loglevel | Logging Level |
| /logmax | —logmax | /logmax | Max Log Disk Space |
| /lrconn | --lrconn | /lrconn | N/A |
| /lrwaitdata | —lrwaitdata | /lrwaitdata | N/A |
| /maxidlerouters | --maxidlerouters | /maxidlerouters | N/A |
| /maxrouters | --maxrouters | /maxrouters | N/A |
| /messagelogdays | —messagelogdays | /messagelogdays | Delete Reports After |
| /messagelogmaxsize | --messagelogmaxsize | /messagelogmaxsize | N/A |
| /messagelogpath | --messagelogpath | /messagelogpath | Message Log File Path |
| /messagelogsettings | --messagelogsettings | /messagelogsettings | Message Logging Level |
| /msgtranssl | --msgtranssl | /msgtranssl | Message Transfer SSL |
| /noada | —noada | /noada | N/A |
| /nodns | —nodns | /nodns | N/A |
| /noerrormail | --noerrormail | /noerrormail | N/A |
| /nondssync | --nondssync | /nondssync | N/A |
| /norecover | --norecover | /norecover | N/A |
| /nosnmp | —nosnmp | /nosnmp | N/A |
| /password | N/A | N/A | N/A |
| /tcpinbound | --tcpinbound | /tcpinbound | N/A |
| /tcpport | --tcpport | /tcpport | Network Address |
| /tcpwaitconnect | --tcpwaitconnect | /tcpwaitconnect | N/A |
| /tcpwaitdata | --tcpwaitdata | /tcpwaitdata | N/A |
| /tracelogin | N/A | N/A | N/A |
| /user | N/A | N/A | N/A |
| /work | --work | /work | N/A |

SAMNDCA630-07873649

# @*filename*

Specifies the location of the MTA startup file. On NetWare and Windows, the full path must be included if the file does not reside in the same directory with the MTA program. On Linux, the startup file always resides in the /opt/novell/groupwise/agents/share directory. The startup file must reside on the same server where the MTA is installed. For more information about the MTA startup file, see "Starting the MTA" on page 568.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | @[*vol:*][\*dir*\]*file* @\\*svr*\*vol*\*dir*\*file* | @[/*dir*/]*file* | @[*drive:*][\*dir*\]*file* @\\*svr*\*sharename*\*dir*\*file* |
| Example: | load gwmta @provo2.mta load gwmta @sys:\agt\provo2.mta load gwmta @\\s2\sys\agt\provo2.mta | ./gwmta @../share/lnxdom.mta | gwmta.exe @provo2.mta gwmta.exe @d:\agt\provo2.mta gwmta.exe @\\s2\c\agt\provo2.mta |

# /activelog

Displays the active log window rather than the alert box when the MTA starts. See "Monitoring the MTA from the MTA Agent Console" on page 605.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | N/A | --activelog | /activelog |

# /certfile

Specifies the full path to the public certificate file used to provide secure SSL communication between the MTA and other programs. See "Enhancing Domain Security with SSL Connections to the MTA" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /certfile-[*svr*\][*vol:*]\*dir*\*file* /certfile-\\*svr*\*vol*\*dir*\*file* | —certfile-/*dir*/*file* | /certfile-[*drive:*]\*dir*\*file* /certfile-\\*svr*\*sharename*\*dir*\*file* |
| Example: | /certfile-\ssl\gw.crt /certfile-server2\sys:\ssl\gw.crt /certfile-\\server2\sys\ssl\gw.crt | —certfile /certs/gw.crt | /certfile-\ssl\gw.crt /certfile-m:\ssl\gw.crt /certfile-\\server2\c\ssl\gw.crt |

See also /keyfile and /keypassword.

# /cyhi

Sets the number of seconds in the scan cycle that the MTA uses to scan its priority 0-1 input queues. The default is 5 seconds. See "Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways" on page 636.

SAMNDCA630-07873650

DEFENDANT'S EXHIBIT NO. 324.0646

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /cyhi-seconds | —cyhi-seconds | /cyhi-seconds |
| **Example:** | /cyhi-3 | --cyhi 3 | /cyhi-3 |

See also /cylo.

## /cylo

Sets the number of seconds in the scan cycle that the MTA uses to scan its priority 2-7 input queues. The default is 15 seconds. See "Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways" on page 636.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /cylo-seconds | --cylo-seconds | /cylo-seconds |
| **Example:** | /cylo-10 | --cylo 10 | /cylo-10 |

See also /cyhi.

## /defaultroutingdomain

Identifies the domain name in your GroupWise* system to which all MTAs should send messages when they cannot resolve the available routing information to a specific *user.post_office.domain* GroupWise address. See "Using Routing Domains" on page 591.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /defaultroutingdomain-*domain* | —defaultroutingdomain *domain* | /defaultroutingdomain-*domain* |
| **Example:** | /defaultroutingdomain-inethub | —defaultroutingdomain inethub | /defaultroutingdomain-inethub |

## /dn

Specifies the Novell® eDirectory™ distinguished name of the NetWare® MTA object to facilitate logging into remote servers and authenticating to eDirectory. It can be used instead of the /user and /password switches.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /dn-*distinguished_name* | N/A | N/A |
| **Example:** | /dn-MTA.provo2.GroupWise | N/A | N/A |

SAMNDCA630-07873651

## /fast0

Causes the MTA to monitor and process the priority 0 and 1 subdirectories independently with separate scanner threads, rather than in sequence with the same scanner thread. See "Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices" on page 638.

|         | NetWare MTA | Linux MTA | Windows MTA |
|---------|-------------|-----------|-------------|
| Syntax: | /fast0      | --fast0   | /fast0      |

See also /fast4.

## /fast4

Causes the MTA to monitor and process the priority 2 and 3 subdirectories with a separate scanner thread from the priority 4 through 7 subdirectories. See "Adjusting the Number of MTA Scanner Threads for the Domain and Post Offices" on page 638.

|         | NetWare MTA | Linux MTA | Windows MTA |
|---------|-------------|-----------|-------------|
| Syntax: | /fast4      | --fast4   | /fast4      |

See also /fast0.

## /help

Displays the MTA startup switch Help information. When this switch is used, the MTA does not start.

|          | NetWare MTA        | Linux MTA          | Windows MTA     |
|----------|--------------------|--------------------|-----------------|
| Syntax:  | /help or /?        | --help or --?      | /help or /?     |
| Example: | load gwmta.nlm /help | ./gwmta.exe --help | gwmta.exe /help |

## /home

Specifies the domain directory, where the MTA can access the domain database (wpdomain.db). There is no default location. You must use this switch in order to start the MTA. See "Starting the MTA" on page 568.

|          | NetWare MTA | Linux MTA | Windows MTA |
|----------|-------------|-----------|-------------|
| Syntax:  | /home-[*svr\*][*vol:*]\*dir*<br>/home-\\*svr\vol\dir* | --home /*dir* | /home-[*drive:*]\*dir*<br>/home-\\*svr\sharename\dir* |
| Example: | /home-\provo2<br>/home-mail:\provo2<br>/home-server2\mail:\provo2<br>/home-\\server2\mail\provo2 | --home /gwsystem/provo2 | /home-\provo2<br>/home-m:\provo2<br>/home-\\server2\c\mail\provo2 |

SAMNDCA630-07873652

DEFENDANT'S EXHIBIT NO. 324.0648

# /httppassword

Specifies the password for the MTA to prompt for before allowing MTA status information to be displayed in your Web browser. Do not use an existing eDirectory password because the information passes over the insecure connection between your Web browser and the MTA. See "Using the MTA Web Console" on page 617.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /httppassword-*unique_password* | --httppassword *unique_password* | /httppassword-*unique_password* |
| **Example:** | /httppassword-AgentWatch | --httppassword AgentWatch | /httppassword-AgentWatch |

See also /httpuser, /httpport, /httprefresh, and /httpssl.

# /httpport

Sets the HTTP port number used for the MTA to communicate with your Web browser. The default is 7180; the setting must be unique. See "Using the MTA Web Console" on page 617.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /httpport-*port_number* | --httpport *port_number* | /httpport-*port_number* |
| **Example:** | /httpport-3801 | --httpport 3802 | /httpport-3803 |

See also /httpuser, /httppassword, /httprefresh, and /httpssl.

# /httprefresh

Specifies the rate at which the MTA refreshes the status information in your Web browser. The default is 60 seconds. See "Using the MTA Web Console" on page 617.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /httprefresh-*seconds* | --httprefresh *seconds* | /httprefresh-*seconds* |
| **Example:** | /httprefresh-30 | --httprefresh 90 | /httprefresh-120 |

See also /httpuser, /httppassword, /httpport, and /httpssl.

# /httpssl

Enables secure SSL communication between the MTA and the MTA Web console displayed in your Web browser. See "Enhancing Domain Security with SSL Connections to the MTA" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /httpssl | --httpssl | /httpssl |

See also /certfile, /keyfile, and /keypassword.

SAMNDCA630-07873653

DEFENDANT'S EXHIBIT NO. 324.0649

# /httpuser

Specifies the username for the MTA to prompt for before allowing MTA status information to be displayed in your Web browser. Providing a username is optional. Do not use an existing eDirectory username because the information passes over the insecure connection between your Web browser and the MTA. See "Using the MTA Web Console" on page 617.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /httpuser-*unique_name* | –httpuser *unique_name* | /httpuser-*unique_name* |
| **Example:** | /httpuser-GWWebCon | –httpuser GWWebCon | /httpuser-GWWebCon |

See also /httppassword, /httpport, and /httprefresh.

# /keyfile

Specifies the full path to the private file used to provide secure SSL communication between the MTA and other programs. See "Enhancing Domain Security with SSL Connections to the MTA" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /keyfile-[*svr\*][*vol:*]\*dir\file*<br>/keyfile-\\*svr\vol\dir\file* | –keyfile /*dir\file* | /keyfile-[*drive:*]\*dir\file*<br>/keyfile-\\*svr\sharename\dir\file* |
| **Example:** | /keyfile-\ssl\gw.key<br>/keyfile-server2\sys:\ssl\gw.key<br>/keyfile-\\server2\sys\ssl\gw.key | –keyfile /ssl/gw.key | /keyfile-\ssl\gw.key<br>/keyfile-m:\ssl\gw.key<br>/keyfile-\\server2\c\ssl\gw.key |

See also /certfile and /keypassword.

# /keypassword

Specifies the password used to encrypt the private SSL key file when it was created. See "Enhancing Domain Security with SSL Connections to the MTA" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /keypassword-*password* | --keypassword *password* | /keypassword-*password* |
| **Example:** | /keypassword-gwssl | --keypassword gwssl | /keypassword-gwssl |

See also /certfile and /keyfile.

# /language

Specifies the language to run the MTA in, using a two-letter language code as listed below. You must install the MTA in the selected language in order for the MTA to display in the selected language.

SAMNDCA630-07873654

DEFENDANT'S EXHIBIT NO. 324.0650

The initial default is the language used in the domain. If that language has not been installed, the next default is the language used by the operating system. If that language has not been installed, the final default is English. You only need to use this switch if you need to override these defaults.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /language-*code* | --language *code* | /language-*code* |
| **Example:** | /language-es | --language de | /language-fr |

The table below lists the valid language codes. Contact your local Novell sales office for information about language availability.

| Language | Language Code | Language | Language Code |
|---|---|---|---|
| Arabic | AR | Hungarian | MA |
| Czechoslovakian | CS | Italian | IT |
| Chinese-Simplified | CS | Japanese | NI |
| Chinese-Traditional | CT | Korean | KR |
| Danish | DK | Norwegian | NO |
| Dutch | NL | Polish | PL |
| English-United States | US | Portuguese-Brazil | BR |
| Finnish | SU | Russian | RU |
| French-France | FR | Spanish | ES |
| German-Germany | DE | Swedish | SV |
| Hebrew | HE | Turkish | TR |

# /liveremote

Turns on re-direction of Remote client requests and provides the TCP port on which the MTA listens for Remote client requests. See "Enabling Live Remote" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /liveremote-*port_number* | /liveremote-*port_number* | /liveremote-*port_number* |
| **Example:** | /liveremote-7111 | /liveremote-7112 | /liveremote-7112 |

See also /lrconn and /lrwaitdata.

SAMNDCA630-07873655

DEFENDANT'S EXHIBIT NO. 324.0651

# /log

Specifies the directory where the MTA will store its log files. On NetWare and Windows, the default location is the mslocal directory in the directory specified by the /work switch. On Linux, the default location is the /var/log/novell/groupwise/*domain_name*.mta directory. See "Using MTA Log Files" on page 625.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /log-[svr\][vol:]\dir<br>/log-\\svr\vol\dir | —log /dir | /log-[drive:]\dir<br>/log-\\svr\sharename\dir |
| **Example:** | /log-\agt\log<br>/log-server2\mail:\agt\log<br>/log-\\server2\mail\agt\log | —log /gwsystem/logs | /log-\agt\log<br>/log-m:\agt\log<br>/log-\\server2\c\mail\agt\log |

Typically you would find multiple log files in the specified directory. The first 4 characters represent the date. The next 3 characters identify the agent. A three-digit extension allows for multiple log files created on the same day. For example, a log file named 0518mta.001 would indicate that it is an MTA log file, created on May 18. If you restarted the MTA on the same day, a new log file would be started, named 0518mta.002.

See also /loglevel, /logdiskoff, /logdays, and /logmax.

# /logdays

Sets the number of days you want MTA log files to remain on disk before being automatically deleted. The default log file age is 7 days. See "Using MTA Log Files" on page 625.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /logdays-*days* | —logdays *days* | /logdays-*days* |
| **Example:** | /logdays-5 | --logdays 10 | /logdays-14 |

See also /log, /loglevel, /logdiskoff, and /logmax.

# /logdiskoff

Turns off disk logging for the MTA so no information about the functioning of the MTA is stored on disk. The default is for logging to be turned on. See "Using MTA Log Files" on page 625.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /logdiskoff | --logdiskoff | /logdiskoff |

See also /loglevel.

SAMNDCA630-07873656

DEFENDANT'S EXHIBIT NO. 324.0652

# /loglevel

Controls the amount of information logged by the MTA. Logged information is displayed in the log message box and written to the MTA log file during the current agent session. The default is Normal, which displays only the essential information suitable for a smoothly running MTA. Use Verbose to display the essential information, plus additional information helpful for troubleshooting. Verbose logging does not degrade MTA performance, but log files saved to disk consume more disk space when verbose logging is in use. See "Using MTA Log Files" on page 625.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /loglevel-*level* | --loglevel *level* | /loglevel-*level* |
| **Example:** | /loglevel-verbose | --loglevel verbose | /loglevel-verbose |

See also /log, /logdiskoff, /logdays, and /logmax.

# /logmax

Sets the maximum amount of disk space for all MTA log files. When the specified disk space is consumed, the MTA deletes existing log files, starting with the oldest. The default is 65536 KB of disk space for all MTA log files. See "Using MTA Log Files" on page 625.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /logmax-*kilobytes* | --logmax *kilobytes* | /logmax-*kilobytes* |
| **Example:** | /logmax-32000 | --logmax 130000 | /logmax-160000 |

See also /log, /loglevel, /logdiskoff, and /logdays.

# /lrconn

Specifies the maximum number of simultaneously connected Remote client users the MTA can accept. The default is 25. See "Enabling Live Remote" on page 589.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /lrconn-*number* | --lrconn *number* | /lrconn-*number* |
| **Example:** | /lrconn-50 | --lrconn 75 | /lrconn-100 |

See also /liveremote and /lrwaitdata.

# /lrwaitdata

Specifies the number of seconds you want the MTA to wait for a response from the PO before timing out for users in Remote mode. The default is 5 minutes. See "Enabling Live Remote" on page 589.

SAMNDCA630-07873657

DEFENDANT'S EXHIBIT NO. 324.0653

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /lrwaitdata-*number* | --lrwaitdata *number* | /lrwaitdata-*number* |
| Example: | /lrwaitdata-7 | --lrwaitdata-10 | /lrwaitdata-12 |

See also /liveremote and /lrconn.

## /maxidlerouters

Specifies the maximum number of idle router threads the MTA can keep running. The default is 16; valid values range from 1 to 16. See "Optimizing the Routing Queue" on page 639.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /maxidlerouters-*threads* | --maxidlerouters *threads* | /maxidlerouters-*threads* |
| Example: | /maxidlerouters-5 | --maxidlerouters 10 | /maxidlerouters-12 |

See also /maxrouters.

## /maxrouters

Specifies the maximum number of router threads the MTA can start. The default is 16; valid values range from 1 to 16. See "Optimizing the Routing Queue" on page 639.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /maxrouters-*threads* | --maxrouters *threads* | /maxrouters-*threads* |
| Example: | /maxrouters-10 | --maxrouters 12 | /maxrouters-14 |

See also /maxidlerouters.

## /messagelogdays

Sets the number of days you want MTA message log files to remain on disk before being automatically deleted. The default is 7 days. See "Enabling MTA Message Logging" on page 603.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /messagelogdays-*days* | --messagelogdays *days* | /messagelogdays-*days* |
| Example: | /messagelogdays-5 | --messagelogdays 10 | /messagelogdays-14 |

See also /messagelogsettings, /messagelogpath, and /messagelogmaxsize.

SAMNDCA630-07873658

DEFENDANT'S EXHIBIT NO. 324.0654

## /messagelogmaxsize

Sets the maximum size for MTA message log files. The default is 65536 KB. See "Enabling MTA Message Logging" on page 603.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /messagelogmaxsize-*kilobytes* | --messagelogmaxsize *kilobytes* | /messagelogmaxsize-*kilobytes* |
| Example: | /messagelogmaxsize-32000 | --messagelogmaxsize 130000 | /messagelogmaxsize-160000 |

See also /messagelogsettings, /messagelogpath, and /messagelogdays.

## /messagelogpath

Specifies the directory for the MTA message log. See "Enabling MTA Message Logging" on page 603.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /messagelogpath-[svr\][vol:]\dir<br>/messagelogpath-\\svr\vol\dir | --messagelogpath /dir | /messagelogpath-[drive:]\dir<br>/messagelogpath-\\svr\sharename\dir |
| Example: | /messagelogpath-\mta\log<br>/messagelogpath-svr2\mail:\mta\log<br>/messagelogpath-\\svr2\mail\mta\log | —messagelogpath /gwsys/logs | /messagelogpath-\mta\log<br>/messagelogpath-m:\mta\log<br>/messagelogpath-\\svr\c\mail\mta\log |

See also /messagelogsettings, /messagelogdays, and /messagelogmaxsize.

## /messagelogsettings

Enables MTA message logging. See "Enabling MTA Message Logging" on page 603.

| | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /messagelogsettings-*codes* | —messagelogsettings *codes* | /messagelogsettings-*codes* |
| Example: | /messagelogsettings-e | --messagelogsettings e | /messagelogsettings-e |

One code or any combination of codes can be used.

| Code | Description |
|---|---|
| e | Enabled; all messages are logged by default |
| v | Verbose logging; all information is logged |
| r | Log message delivery/non-delivery reports |
| s | Log message statuses |
| o | Log other message types, such as administrative messages for database updates |
| c | Correlate reports with messages |

See also /messagelogpath, /messagelogdays, and /messagelogmaxsize.

SAMNDCA630-07873659

DEFENDANT'S EXHIBIT NO. 324.0655

## /msgtranssl

Enables secure SSL communication between the MTA and the POAs in its domain. See "Enhancing Domain Security with SSL Connections to the MTA" on page 589.

|         | NetWare MTA | Linux MTA   | Windows MTA |
|---------|-------------|-------------|-------------|
| Syntax: | /msgtranssl | --msgtranssl | /msgtranssl |

See also /certfile, /keyfile, and /keypassword.

## /noada

Disables the MTA admin thread. For an explanation of the MTA admin thread, see "MTA Admin Thread Status Box" on page 608.

|         | NetWare MTA | Linux MTA | Windows MTA |
|---------|-------------|-----------|-------------|
| Syntax: | /noada      | --noada   | /noada      |

Historical Note: In GroupWise 5.2 and earlier, a separate agent, the Administration Agent (ADA), handled the functions now consolidated into the MTA admin thread. Hence the switch name, /noada.

## /nodns

Disables DNS lookups for the MTA. See "Using Dynamic Internet Links" in "Connecting to GroupWise 5.x and 6.x Systems" in the *GroupWise 6.5 Multi-System Administration Guide*.

|         | NetWare MTA | Linux MTA | Windows MTA |
|---------|-------------|-----------|-------------|
| Syntax: | /nodns      | --nodns   | /nodns      |

## /noerrormail

Prevents error files from being sent to the GroupWise administrator. The default is for error mail to be sent to the administrator. See "Notifying the Domain Administrator" on page 632.

|         | NetWare MTA | Linux MTA   | Windows MTA |
|---------|-------------|-------------|-------------|
| Syntax: | /noerrormail | --noerrormail | /noerrormail |

SAMNDCA630-07873660

DEFENDANT'S EXHIBIT NO. 324.0656

# /nondssync

Disables eDirectory user synchronization. See "Using eDirectory User Synchronization" on page 598.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /nondssync | --nondssync | N/A |

# /norecover

Disables automatic database recovery. The default is for automatic database recovery to be turned on. If the MTA detects a problem with the domain database (wpdomain.db) when automatic database recovery has been turned off, the MTA will notify the administrator, but it will not recover the problem database. See Chapter 26, "Maintaining Domain and Post Office Databases," on page 345.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /norecover | --norecover | /norecover |

# /nosnmp

Disables SNMP for the MTA. The default is to have SNMP enabled. See "Using SNMP Monitoring Programs" on page 627.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /nosnmp | --nosnmp | /nosnmp |

# /password

Provides the password for the NetWare MTA to use when accessing domains and post offices on remote servers. See "Starting the MTA" on page 568.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| Syntax: | /password-*NetWare_password* | N/A | N/A |
| Example: | /password-GWise | N/A | N/A |

See also /user and /dn.

# /tcpinbound

Sets the maximum number of inbound TCP/IP connections for the MTA. The default is 40. There is no maximum number of outbound connections. The only limit on the MTA for outbound connections is available resources. See "Adjusting the Number of MTA TCP/IP Connections" on page 635.

SAMNDCA630-07873661

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /tcpinbound-*number* | --tcpinbound *number* | /tcpinbound-*number* |
| **Example:** | /tcpinbound-50 | --tcpinbound 60 | /tcpinbound-70 |

## /tcpport

Sets the TCP port number on which the MTA listens for incoming messages. The default is 7100. See "Using TCP/IP Links between Domains" on page 579.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /tcpport-*port_number* | --tcpport *port_number* | /tcpport-*port_number* |
| **Example:** | /tcpport-7200 | --tcpport 7200 | /tcpport-7200 |

## /tcpwaitconnect

Sets the maximum number of seconds the MTA waits for a connection to another MTA. The default is 5. See "Adjusting the MTA Wait Intervals for Slow TCP/IP Connections" on page 636.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /tcpwaitconnect-*seconds* | --tcpwaitconnect *seconds* | /tcpwaitconnect-*seconds* |
| **Example:** | /tcpwaitconnect-10 | --tcpwaitconnect 10 | /tcpwaitconnect-10 |

See also /tcpwaitdata.

## /tcpwaitdata

Sets the maximum number of seconds the MTA attempts to send data over a TCP/IP connection to another MTA. The default is 20. See "Adjusting the MTA Wait Intervals for Slow TCP/IP Connections" on page 636.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /tcpwaitdata-*seconds* | --tcpwaitdata *seconds* | /tcpwaitdata-*seconds* |
| **Example:** | /tcpwaitdata-30 | --tcpwaitdata 30 | /tcpwaitdata-30 |

See also /tcpwaitconnect.

SAMNDCA630-07873662

# /tracelogin

Displays NetWare MTA login messages on the NetWare[R] server console to help determine problems the MTA is having when logging in to a remote server.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /tracelogin-code | N/A | N/A |
| **Example:** | /tracelogin-1 | N/A | N/A |

| Code | Description |
|---|---|
| 1 | Display login problems |
| 2 | Display all login messages |

# /user

Provides the NetWare user ID for the NetWare MTA to use when accessing domains and post offices on remote servers. See "Creating a NetWare Account for Agent Access (Optional)" in the *GroupWise 6.5 Installation Guide.*

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /user-NetWare_user_ID | N/A | N/A |
| **Example:** | /user-GWAgents | N/A | N/A |

See also /password and /dn.

# /work

Specifies the directory where the MTA creates its local working directory (mslocal). The default is the domain directory. However, if the domain is located on a different server from where the MTA will run, use a local directory so the MTA cannot lose its connection to its mslocal directory.

|  | NetWare MTA | Linux MTA | Windows MTA |
|---|---|---|---|
| **Syntax:** | /work-[svr\][vol:]\dir<br>/work-\\svr\vol\dir | --work /dir | /work-[drive:]\dir<br>/work-\\svr\sharename\dir |
| **Example:** | /work-\gwmta<br>/work-mail:gwmta<br>/work-server2\mail:\gwmta<br>/work-\\server2\mail\gwmta | --work /gwmta | /work-\gwmta<br>/work-m:\gwmta<br>/work-\\server2\c\mail\gwmta |

SAMNDCA630-07873663

DEFENDANT'S EXHIBIT NO. 324.0659



# Internet Agent

Chapter 47, "Configuring Internet Agent Services," on page 661

Chapter 48, "Configuring Simplified Addressing," on page 691

Chapter 49, "Controlling User Access," on page 705

Chapter 50, "Setting Up Accounting," on page 715

Chapter 51, "Blocking Unwanted E-Mail," on page 719

Chapter 52, "Optimizing Speed and Reliability," on page 725

Chapter 53, "Monitoring Internet Agent Operations," on page 731

Chapter 54, "Securing Internet Agent Connections Via SSL," on page 753

Chapter 55, "Connecting GroupWise Systems and Domains Using the Internet Agent," on page 757

Chapter 56, "Using Internet Agent Startup Switches," on page 765

SAMNDCA630-07873664

DEFENDANT'S EXHIBIT NO. 324.0660

SAMNDCA630-07873665

# 47 Configuring Internet Agent Services

The Internet Agent offers several useful services that you can configure to meet the needs of your GroupWise system.

- "Configuring SMTP/MIME Services" on page 661
- "Configuring LDAP Services" on page 682
- "Configuring POP3/IMAP4 Services" on page 684
- "Configuring Paging Services" on page 688

## Configuring SMTP/MIME Services

SMTP and MIME are standard protocols that the GroupWise[R] Internet Agent uses to send and receive e-mail messages over the Internet. SMTP, or Simple Mail Transfer Protocol, is the message transmission protocol. MIME, or Multipurpose Internet Mail Extension, is the message format protocol. Choose from the following topics for information about how to enable SMTP/MIME services and configure various SMTP/MIME settings:

- "Configuring Basic SMTP/MIME Settings" on page 661
- "Using Extended SMTP (ESMTP) Options" on page 663
- "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664
- "Determining Format Options for Messages" on page 667
- "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668
- "Configuring the SMTP Timeout Settings" on page 669
- "Determining What to Do with Undeliverable Messages" on page 670
- "Configuring SMTP Dial-Up Services" on page 671
- "Enabling SMTP Relaying" on page 674
- "Configuring SMTP Host Authentication" on page 676
- "Using a Route Configuration File" on page 676
- "Customizing Delivery Status Notifications" on page 677
- "Managing MIME Messages" on page 678

## Configuring Basic SMTP/MIME Settings

**1** In ConsoleOne[R], right-click the Internet Agent object, then click Properties.

**2** If the SMTP/MIME Settings page is not the default page, click SMTP/MIME > Settings.

SAMNDCA630-07873666



**3** Fill in the fields:

**Enable SMTP Service:** SMTP service is on by default. This setting allows SMTP Internet messaging. This setting corresponds with the Internet Agent's /smtp switch.

**Number of SMTP Send Threads:** The SMTP send threads setting lets you specify the number of threads that will process SMTP send requests. The default is 8 threads. This setting corresponds with the Internet Agent's /sd switch.

**Number of SMTP Receive Threads:** The SMTP receive threads setting lets you specify the number of threads that will process SMTP receive requests. The default is 16 threads. This setting corresponds with the Internet Agent's /rd switch.

**Hostname/DNS "A Record" Name:** The Hostname/DNS "A Record" name setting lets you identify the hostname of the server where the Internet Agent resides, or in other words the A Record in your DNS table that associates a hostname with the server's IP address (for example, gwia.novell.com). This setting corresponds with the Internet Agent's /hn switch.

If the Reject Mail if Sender's Identity Cannot be Verified setting is turned on (SMTP/MIME tab > Security Settings page), you are required to fill in the Hostname/DNS A Record Name setting. When a TCP/IP communication begins, the two servers involved exchange greetings. Part of the greeting is the recipient server identifying itself. The other part of the greeting is the sending server identifying itself with the SMTP HELO command. The Internet Agent verifies the authenticity of the greetings. If the greeting string does not match the actual Hostname/DNS A Record, the Internet Agent will either pass a warning and continue the communication or terminate the connection.

If you leave this field blank, the Internet Agent uses the fully qualified hostname obtained from your Internet service provider (such as gwia.novell.com), which you should have entered in the Foreign ID field on the Identification page (GroupWise tab).

**Relay Host for Outbound Messages:** The Relay host setting can be used if you want to use a relay host to route all outbound Internet e-mail. Enter the IP address or DNS hostname of the relay host. The relay host can be part of your network or can reside at the Internet service provider's site. This setting corresponds with the Internet Agent's /mh switch.

If you want to use a relay host, but you want some outbound messages sent directly to the destination host rather than to the relay host, you can use a route configuration file (route.cfg). Whenever a message is addressed to a user at a host that is included in the route.cfg file, the

**SAMNDCA630-07873667**

Internet Agent sends the message directly to the host rather than to the relay host. For information about creating a route.cfg file, see "Using a Route Configuration File" on page 676.

**Scan Cycle for Send Directory:** The Scan cycle setting specifies how often the Internet Agent polls for outgoing messages. The default is 10 seconds. This setting corresponds with the Internet Agent's /p switch.

**Bind to TCP/IP Address at Connection Time:** Select this option if you want the Internet Agent to bind to the TCP/IP address that has been defined as the Internet Agent's network address (GroupWise tab > Network Address page). When this occurs, the Internet Agent will only use this TCP/IP address when sending outbound messages. This applies to outbound messages only; for inbound messages, it will still listen on all IP addresses assigned to the Internet Agent's server.

This option is useful if the Internet Agent's server has multiple IP addresses and you want to force it to always use the same IP address when sending messages. It is also useful if the Internet Agent is running in a clustered environment (through the use of Novell® Cluster Services™ or Microsoft* Clustering Services) and you want to bind the Internet Agent to the server's secondary IP address.

**Use 7 Bit Encoding for All Outbound Messages:** By default, the Internet Agent uses 8-bit MIME encoding for any outbound messages that are HTML-formatted or that contain 8-bit characters. If, after connecting with the receiving SMTP host, the Internet Agent discovers that the receiving SMTP host cannot handle 8-bit MIME encoded messages, the Internet Agent converts the messages to 7-bit encoding.

With this option selected, the Internet Agent will automatically use 7-bit encoding and not attempt to use 8-bit MIME encoding. You should use this option if you are using a relay host that does not support 8-bit MIME encoding. This setting corresponds with the Internet Agent's /force7bitout switch.

**Maximum Number of Hours to Retry a Deferred Message:** Specify the number of hours after which the Internet Agent will stop trying to send deferred messages. The default is 96 hours, or four days. A deferred message is any message that couldn't be sent because of a temporary problem (host down, MX record not found, and so forth).

For the first hour of the specified time, the Internet Agent will try resending the message every 20 minutes. After the first hour, it will try resending the message every four hours. For example, if you specify 10 hours, the Internet Agent will try resending the message at 20 minutes, 40 minutes, 1 hour, 5 hours, and 9 hours. After the 10 hours has expired, it will return an undeliverable status to the sender. This setting corresponds with the Internet Agent's /maxdeferhours switch.

**4** Click OK to save the changes.

## Using Extended SMTP (ESMTP) Options

The Internet Agent supports several Extended SMTP (ESMTP) settings. These are settings which might or might not be supported by another SMTP system.

The following ESMTP extensions are supported:

- **SIZE** For more information, see RFC 1870 (http://www.ietf.org/rfc/rfc1870.txt).

- **AUTH** For more information, see RFC 2554 (http://www.ietf.org/rfc/rfc2554.txt).

- **DSN** For more information, see RFC 3464 (http://www.ietf.org/rfc/rfc3464.txt) and RFC 3461 (http://www.ietf.org/rfc/rfc3461.txt).

SAMNDCA630-07873668

- **8BITMIME** For more information, see RFC 1652 (http://www.ietf.org/rfc/rfc1652.txt).
- **STARTTLS** For more information, see RFC 3207 (http://www.ietf.org/rfc/rfc3207.txt).

To configure ESMTP settings:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > ESMTP Settings.



**3** Fill in the fields:

**Enable Delivery Status Notification:** Turn on this option to allow the Internet Agent to request status notifications for outgoing messages and to supply status notifications for incoming messages. This requires the external e-mail system to also support Delivery Status Notification. Currently, notification consists of two delivery statuses: successful or unsuccessful.

If you enable the Delivery Status Notification option, you need to select the number of days that you want the Internet Agent to retain information about the external sender so that status updates can be delivered to him or her. For example, the default hold age causes the sender information to be retained for 4 days. If the Internet Agent does not receive delivery status notification from the GroupWise recipient's Post Office Agent (POA) within that time period, it deletes the sender information and the sender does not receive any delivery status notification.

**4** Click OK to save the changes.

## Configuring How the Internet Agent Handles E-Mail Addresses

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Address Handling.

SAMNDCA630-07873669



**3** Fill in the fields:

**Ignore GroupWise Internet Addressing:** GroupWise supports both Internet-style addressing (*user@host*) and GroupWise proprietary addressing (*user_ID.post_office.domain*). By default, the Internet Agent uses Internet-style addressing.

If you do not want the Internet Agent to use standard Internet-style addressing (*user@host*), turn on the Ignore GroupWise Internet Addressing option. With this option turned on, messages use the mail domain name in the Foreign ID field (GroupWise tab > Identification page) for the domain portion of a user's Internet address. If you've included multiple mail domain names in the Foreign ID field or the frgnames.cfg file, as described in "Listing Foreign Domain Names" on page 666, the first mail domain name listed will be the one used in addresses.

The Internet Agent will support user and post office aliases in either mode. This setting corresponds with the Internet Agent's /dia switch.

**Expand Groups on Incoming Messages:** Turn on this option to have incoming Internet messages addressed to public groups sent to all members of the groups. This setting corresponds with the Internet Agent's /group switch.

**Non-GroupWise Domain for RFC-822 Replies:** This setting can be used only if 1) you created a non-GroupWise domain to represent all or part of the Internet, and 2) you defined the non-GroupWise domain's outgoing conversion format as RFC-822 when you linked the Internet Agent to the domain.

Enter the name of the non-GroupWise domain associated with the RFC-822 conversion format. When a GroupWise user replies to a message that was originally received by the Internet Agent in RFC-822 format, the reply is sent to the specified non-GroupWise domain and converted to RFC-822 format so that it is in the same format as the original message.

This setting corresponds with the Internet Agent's /fd822 switch.

**Non-GroupWise Domain for MIME Replies:** This setting can be used only if 1) you've created a non-GroupWise domain that represents all or part of the Internet, and 2) you defined the non-GroupWise domain's outgoing conversion format as MIME when you linked the Internet Agent to the domain.

SAMNDCA630-07873670

Enter the name of the non-GroupWise domain associated with the MIME conversion format. When a GroupWise user replies to a message that was originally received by the Internet Agent in MIME format, the reply is sent to the specified non-GroupWise domain and converted to MIME format so that it is in the same format as the original message.

This setting corresponds with the Internet Agent's /fdmime switch.

**Sender's Address Format:** This setting applies only if you have not enabled GroupWise Internet addressing (in other words, you've selected the Ignore GroupWise Internet Addressing option). If GroupWise Internet addressing is enabled, the Internet Agent ignores this setting and uses the preferred address format established for outbound messages (Tools menu > GroupWise System Operations > Internet Addressing).

The Sender's Address Format setting lets you specify which GroupWise address components (*domain.post office.user ID*) will be included as the user portion of the address on outbound messages. You can choose from the following options:

* **Domain, Post Office, User, and Hostname:** Uses the *domain.post office.user ID@host* syntax.

* **Post Office, User, and Hostname:** Uses the *post office.user ID@host* syntax.

* **User and Hostname:** Uses the *user ID@host* syntax.

* **Auto (default):** Uses the GroupWise addressing components required to make the address unique within the user's GroupWise system. If a user ID is unique in a GroupWise system, the outbound address will use only the user ID. If the post office or domain.post office components are required to make the address unique, these components will also be included in the outbound address.

The Sender's Address Format setting corresponds with the Internet Agent's /aql switch.

**Place Domain and Post Office Qualifiers:** If the sender's address format must include the domain and/or post office portions to be unique, you can use this option to determine where the domain and post office portions are located within the address.

* **On Left of Address (default):** Leaves the domain and post office portions on the left side of the @ sign (for example, *domain.post office.user ID@host*.

* **On Right of Address:** Moves the domain and post office portions to the right side of the @ sign, making the domain and post office part of the host portion of the address (for example, *user ID@post office.domain.host*. If you choose this option, you must ensure that your DNS server can resolve each *post office.domain.host* portion of the address. This setting corresponds with the Internet Agent's /aqor switch.

**4** Click OK to save the changes.

## Listing Foreign Domain Names

The Foreign ID field (ConsoleOne > Internet Agent object > GroupWise tab > Identification page) identifies the Internet domain names for which the Internet Agent will accept messages. The field should always include your mail domain name (for example, novell.com). You can include additional domain names by separating them with a space, as in the following example:

```
novell.com gw.novell.com gwia.novell.com
```

When you list multiple Internet domain names, the Internet Agent accepts messages for a GroupWise user provided any of the Internet domain names are used (for example, jsmith@novell.com, jsmith@gw.novell.com, or jsmith@gwia.novell.com).

SAMNDCA630-07873671

The field limit is 255 characters. If you need to exceed that limit, you can create a frgnames.cfg text file in the *domain*\wpgate\*gwia* directory. Include each Internet domain name, separated by a space, just like you would in the Foreign ID field.

## Determining Format Options for Messages

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Message Formatting.



**3** Fill in the fields:

**Number of Inbound Conversion Threads:** The inbound conversion threads setting lets you specify the number of threads that will convert inbound messages from MIME or RFC-822 format to the GroupWise message format. The default setting is 4. This setting corresponds with the Internet Agent's /rt switch.

**GroupWise View Name for Incoming Messages:** The GroupWise view setting lets you specify a mail view attachment for all inbound Internet messages. A view is the screen that a user sees when a message is opened. This switch helps users identify Internet messages. If you do not specify a view, or if the view has not been configured, the default view (Internet) will be used. This setting corresponds with the Internet Agent's /mv switch.

**Number of Outbound Conversion Threads:** The outbound conversion threads setting lets you specify the number of threads that will convert outbound messages from the GroupWise message format to MIME or RFC-822 format. The default setting is 4. This setting corresponds with the Internet Agent's /st switch.

**Default Message Encoding:** The default message encoding setting lets you select the encoding method for your outbound Internet messages. You can select either Basic RFC-822 formatting or MIME formatting. MIME is the default message format. This setting corresponds with the Internet Agent's /mime switch.

If you select the Basic RFC-822 option, you can decide whether or not to have the Internet Agent UUEncode all ASCII text attachments to RFC-822 formatted messages. By default, this option is turned off, which means ASCII text attachments will be included as part of the

SAMNDCA630-07873672

message body. By default, the setting is off. This setting corresponds with the Internet Agent's /uucaa switch.

**Message Text Line Wrapping:** The Quoted Printable text line wrapping setting lets you select the Quoted Printable MIME standard for line wrapping. By default this setting is turned on. If you turn the setting off, MIME messages will go out as plain text and will wrap text according to the number of characters specified in the line wrap length setting. This setting corresponds with the Internet Agent's /nqpmt switch.

The Line Wrap Length for Message Text on Outbound Mail setting lets you specify the line length for outgoing messages. This is useful if the recipient's e-mail system requires a certain line length. The default line length is 72 characters. This setting corresponds with the Internet Agent's /wrap switch.

**4** Click OK to save the changes.

## Protecting Against Unidentified Hosts and Mailbombs (Spam)

Multiple unsolicited messages (sometimes called a *mailbomb* or *spam*) from the Internet can potentially harm your GroupWise messaging environment. You can use the settings on the SMTP Security page to help protect your GroupWise system from malicious or accidental attacks.

To configure the SMTP security settings:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Security Settings.



**3** Fill in the fields:

**Reject Mail if Sender's Identity Cannot be Verified:** This setting lets you prevent messages if the sender's host is not authentic.

When this setting is turned on, the Internet Agent will refuse messages from a smart host if a DNS reverse lookup shows that a "PTR" record does not exist for the IP address of the sender's host.

When this setting is turned off, the Internet Agent will accept messages from any host, but display a warning if the initiating host is not authentic.

This setting corresponds with the Internet Agent's /rejbs switch.

SAMNDCA630-07873673

DEFENDANT'S EXHIBIT NO. 324.0669

**Enable Mailbomb Protection:** Mailbomb protection is turned off by default. You can turn it on by clicking the check box.

**Mailbomb Threshold:** When you enable Mailbomb protection, default values are defined in the threshold settings. The default settings are 30 messages received within 10 seconds. You can change the settings to establish an acceptable security level.

Any group of messages that exceeds the specified threshold settings will be entirely discarded. If you want to prevent future mailbombs from the mailbomb sender, identify the sender's IP address (by looking at the Internet Agent's console) and then modify the appropriate class of service to prevent mail being received from that IP address (Access Control tab > Settings page).

The time setting corresponds with the Internet Agent's /mbtime switch. The message count setting corresponds with the /mbcount switch.

**4** Click OK to save the changes.

## Configuring the SMTP Timeout Settings

The SMTP Timeout settings specify how long the Internet Agent's SMTP service will wait to receive data that it can process. After the allocated time expires, the Internet Agent might give a TCP read/write error.

To configure the SMTP timeout settings:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Timeouts.



**3** Fill in the fields:

**Commands:** The Commands setting lets you specify how long the Internet Agent will wait for an SMTP command. The default is 5 minutes. This setting corresponds with the Internet Agent's /tc switch.

**Data:** The Data setting lets you specify how long the Internet Agent will wait for data from the receiving host. The default is 3 minutes. This setting corresponds with the Internet Agent's /td switch.

SAMNDCA630-07873674

**Connection Establishment:** The Connection Establishment setting lets you specify how long the Internet Agent will wait for the receiving host to establish a connection. The default is 2 minutes. This setting corresponds with the Internet Agent's /tc switch.

**Initial Greeting:** The Initial Greeting setting lets you specify how long the Internet Agent will wait for the initial greeting from the receiving host. The default is 5 minutes. This setting corresponds with the Internet Agent's /tg switch.

**TCP Read:** The TCP Read setting lets you specify how long the Internet Agent will wait for a TCP read. The default is 5 minutes. This setting corresponds with the Internet Agent's /tr switch.

**Connection Termination:** The Connection Termination setting lets you specify how long the Internet Agent will wait for the receiving host to terminate the connection. The default is 10 minutes. This setting corresponds with the Internet Agent's /tt switch.

**4** Click OK to save the changes.

## Determining What to Do with Undeliverable Messages

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Undeliverables.



**3** Fill in the fields:

**Amount of Original Message to Return to Sender When Message is Undeliverable:** This setting lets you specify how much of the original message is sent back to the sender when a message is deemed undeliverable. By default, only 2 KB of the original message will be sent back. This setting corresponds with the Internet Agent's /mudas switch.

**Forward Undeliverable Inbound Messages to Host:** This setting lets you specify a host that will be forwarded undeliverable messages. This may be useful if you use UNIX sendmail aliases.

When an IP address is specified rather than a DNS hostname, the IP address must be surrounded by square brackets [ ]. For example, [151.155.134.246].

This setting corresponds with the Internet Agent's /fut switch.

SAMNDCA630-07873675

**Undeliverable or Problem Messages:** This setting lets you specify what you want the Internet Agent to do with problem messages. A problem message is an inbound or outbound message that the Internet Agent cannot convert properly. By default, problem messages are discarded. If you want to save problem messages, specify whether to move the messages to the problem directory (gwprob), send them to the postmaster, or do both. This setting corresponds with the Internet Agent's /badmsg switch.

**IMPORTANT:** Despite the field name (Undeliverable or Problem Messages), this setting does not apply to undeliverable messages.

4  Click OK to save the changes.

## Configuring SMTP Dial-Up Services

SMTP dial-up services can be used when you don't require a permanent connection to the Internet and want to periodically check for mail messages queued for processing. Perform the following tasks in order to use SMTP dial-up services:

- "Setting up Internet Dial-Up Software" on page 671
- "Enabling Dial-Up Services" on page 671
- "Creating a Dial-Up Schedule" on page 672

### Setting up Internet Dial-Up Software

The Internet Agent requires routing software to make the dial-up connection to the Internet. The Internet Agent cannot make this connection itself; it simply creates packets to hand off to the routing software.

For information about configuring the Internet Agent's dial-up feature with routing software, see Novell Technical Information Document 10007366 (http://support.novell.com/cgi-bin/search/searchtid.cgi?/10007366.htm).

### Enabling Dial-Up Services

After you have the appropriate routing software in place, you can enable and configure the Internet Agent's dial-up services.

1  In ConsoleOne, right-click the Internet Agent object, then click Properties.

2  Click SMTP/MIME > Dial-Up Settings.

SAMNDCA630-07873676

DEFENDANT'S EXHIBIT NO. 324.0672



**3** Fill in the fields:

**Enable Dial-Up:** Turn on this option to allow the Internet Agent to support SMTP dial-up service. This option is off by default. This setting corresponds with the Internet Agent's /usedialup switch.

**ETRN Host:** Specify the IP address, or DNS hostname, of the mail server (where your mail account resides) at your Internet Service Provider. You should obtain this address from your Internet Service Provider. This setting corresponds with the Internet Agent's /etrnhost switch.

**ETRN Queue:** Specify your e-mail domain as provided by your Internet Service Provider (for example, novell.com). This setting corresponds with the Internet Agent's /etrnqueue switch.

**Username:** The Username setting applies only if you are using a Windows NT Remote Access Server (RAS) and the Internet Agent is not running on the same server as the RAS.

Specify the RAS Security username. This setting corresponds with the Internet Agent's /dialuser switch.

**Password:** The Password setting applies only if you are using a Windows NT Remote Access Server (RAS) and the Internet Agent is not running on the same server as the RAS.

Specify the RAS Security user's password. This setting corresponds with the Internet Agent's /dialpass switch.

**4** Click OK to save the changes.

## Creating a Dial-Up Schedule

After you've enabled the Internet Agent to use a dial-up connection, you need to schedule the times when the Internet Agent will initiate a connection.

**NOTE:** When the Internet Agent initiates a connection, it simply passes TCP/IP packets to the routing service that makes the Internet connection. The routing software, not the Internet Agent, is responsible for the actual dial-up or timeout.

The Internet Agent uses profiles to enable you to assign different dial-up criteria to different times. For example, the default profile instructs the Internet Agent to initiate a dial-up connection whenever an outgoing message is placed in its send queue. However, during the night, you may want the Internet Agent to initiate a connection only after 30 outgoing messages have been queued.

SAMNDCA630-07873677

In this case, you could create a profile that requires 30 messages to be queued and then apply the profile between the hours of 11 p.m. and 7 a.m. each day.

To create a dial-up schedule:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Scheduling.



**3** To apply a profile to a block of time, skip to "Applying a Profile" on page 673.

or

To create a profile, skip to "Creating a Profile" on page 673.

or

To edit a profile, skip to "Editing a Profile" on page 674.

or

To delete a profile, skip to "Deleting a Profile" on page 674

### Applying a Profile

**1** Select the profile in the Profiles list.

**2** Click the desired hour.

or

Drag to select multiple hours.

**3** Click Apply to save the changes or click OK to save the changes and close the page.

### Creating a Profile

**1** Click Create to display the Create Profile dialog box.

**2** Fill in the fields:

**Name:** Enter a unique name for the profile. It must be different than any other name in the Profile list.

SAMNDCA630-07873678

DEFENDANT'S EXHIBIT NO. 324.0674

**Description:** If desired, enter a description for the profile.

**Queue Thresholds:** The queue thresholds determine the criteria for the Internet Agent to initiate a dial-up connection to send messages. The settings do not apply to receiving messages (see Dial Parameters below).

You can base the criteria on the number of messages in the send queue, the total size of the messages in the send queue, or the number of minutes to wait between connections. If necessary, you can use a combination of the three criteria.

For example, if you set Messages to 20, Kilobytes to 100, and Minutes to 60, the Internet Agent will instruct the routing service to initiate a dial-up connection when 20 messages have accumulated in the queue, when the total size of the messages in the queue reaches 100K, or when 60 minutes have passed since the last connection.

**Dial Parameters:** The dial parameters serve two purposes: 1) the Internet Agent passes the Redial Interval and Idle Time Before Hangup parameters to the routing service to use when initiating a connection to send outbound messages, and 2) the Internet Agent uses the Polling Interval parameter to determine how often the routing service should initiate a connection to check for inbound messages. The Polling Interval parameter is required.

Specify the interval between redials (default is 30 seconds), the amount of time to wait before hanging up when there are no messages to process (default is 60 seconds), and the interval between polling for inbound messages (default is 0 minutes).

**3** Click OK to add the profile to the Profiles list.

**4** To apply the profile to a block of time, see "Applying a Profile" on page 673.

### Editing a Profile

**1** Select the profile you want to edit, then click Edit to display the Edit Profile dialog box.

**2** Modify the desired fields. For information about each of the fields, click the Help button in the Edit Profile dialog box or see "Creating a Profile" on page 673.

**3** Click Apply to save the changes or click OK to save the changes and close the page.

### Deleting a Profile

**1** Select the profile you want to remove from the list, then click Delete.

**2** Click Apply to save the changes or click OK to save the changes and close the page.

## Enabling SMTP Relaying

You can enable the Internet Agent to function as a relay host for Internet messages. The Internet Agent can relay messages received from all Internet hosts, or you can select specific hosts for which you will allow it to relay.

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click Access Control > SMTP Relay Settings.

SAMNDCA630-07873679



**3** Under SMTP Relay Defaults, select whether you want to allow or prevent message relaying.

If you prevent message relaying, you can define exceptions that will allow message relaying for specific Internet hosts. This can also be done if you allow message relaying. We suggest that you select the option that enables you to define the fewest exceptions.

**4** To prevent relaying of messages larger than a specific size (regardless of the SMTP Relay Defaults setting), enable the Prevent Messages Larger Than option and specify the size limitation.

**5** To define an exception, click Create to display the New Internet Address dialog box.



**6** Fill in the following fields:

**From:** Enter the Internet address that must be in the message's From field for the exception to be applied.

**To:** Enter the Internet address that must be in the message's To field for the exception to be applied. This is also the address that the message will be relayed to (in the case of an Allow exception).

In both the From and To fields, you can use either an IP address or a DNS hostname, as shown in the following examples:

```
novell.com
10.1.1.10
```

You can enter a specific address, as shown above, or you can use wildcards and IP address ranges to specify multiple addresses, as follows:

```
*.novell.com
10.1.1.*
10.1.1.10-15
```

SAMNDCA630-07873680

**7** Click OK to add the exception to the list.

**8** When finished defining exceptions, click OK to save your changes.

# Configuring SMTP Host Authentication

The Internet Agent supports SMTP host authentication for both outbound and inbound message traffic.

### Outbound Authentication

For outbound authentication to other SMTP hosts, the Internet Agent requires that the remote SMTP hosts support the AUTH LOGIN authentication method. To set up outbound authentication:

**1** Include the remote SMTP host's domain name an authentication credentials in the gwauth.cfg file, located in the *domain*\wpgate\*gwia* directory. The format is:

    domain name   authuser   authpassword

For example:

    smtp.novell.com   remotehost   novell

**2** If you have multiple SMTP hosts that require authentication before they will accept messages from your system, create an entry for each host. Make sure to include a hard return after the last entry.

**3** If you want to allow the Internet Agent to send messages only to SMTP hosts listed in the gwauth.cfg file, use the following startup switch:

    /forceoutboundauth

With this option enabled, if a message is sent to an SMTP host not listed in the gwauth.cfg file, the sender will receive an Undeliverable message.

### Inbound Authentication

For inbound authentication from other SMTP hosts, you can use the /forceinboundauth startup switch to ensure that the Internet Agent accepts messages only from SMTP hosts that use the AUTH LOGIN authentication method to provide a valid GroupWise user ID and password. The remote SMTP hosts can use any valid GroupWise user ID and password. However, for security reasons, we recommend that you create a dedicated GroupWise user account for remote SMTP host authentication.

# Using a Route Configuration File

The Internet Agent supports the use of a route configuration file (route.cfg) to specify destination SMTP hosts. This can be useful in situations such as the following:

* You are using a relay host for outbound messages. However, you want some outbound messages sent directly to the destination host rather than the relay host. Whenever a message is addressed to a user at a host that is included in the route.cfg file, the Internet Agent will send the message directly to the destination host rather than the relay host.

* You need to send messages to SMTP hosts that are unknown to the public Domain Name Servers. The route.cfg file acts much like a hosts file to enable the Internet Agent to resolve addresses not listed in DNS.

* You want to route messages through an SMTP host that checks for viruses (or performs some other task) before routing them to the destination host.

SAMNDCA630-07873681

To set up a route.cfg file:

**1** Create the route.cfg file as a text file in the *domain*\wpgate\\*gwia* directory.

**2** Add an entry for each SMTP host you want to send to directly. The entry format is:

```
hostname  address
```

where *address* is either an alternative hostname or an IP address. For example:

```
novell.com gwia.novell.com
unixbox [123.1.2.3]
```

Make sure to include a hard return after the last entry. In addition, if you use an IP address, it must be included in square brackets, as shown in the second example.

**3** Save the route.cfg file.

## Customizing Delivery Status Notifications

The Internet Agent returns status messages for all outbound messages. For example, if a GroupWise user sends a message that the Internet Agent cannot deliver, the Internet Agent returns an undeliverable message to the GroupWise user.

By default, the Internet Agent uses internal status messages. However, you can override the internal status messages by using a status.xml file that includes the status messages you want to use.

**1** Open the appropriate status*xx*.xml file, located in the *domain*\wpgate\\*gwia* directory.

The *domain*\wpgate\\*gwia* directory includes a status*xx*.xml file for each language included on your *GroupWise 6.5 Administrator* CD (for example, statusus.xml, statusde.xml, and statusfr.xml).

**2** Make the modifications you want.

The following sample code shows the elements and default text of the Undeliverable Message status:

```
<STATUS MESSAGE type="undeliverableMessage" xml:lang="en-US">
<SUBJECT>Message status - undeliverable</SUBJECT>
<MESSAGE BODY>
<TEXT>\r\nThe attached file had the following undeliverable
recipient(s):\r\n</TEXT>
<RECIPIENT LIST format="\t%s\r\n"
<SESSION TRANSCRIPT>
<TEXT>\r\nTranscript of session follows:\r\n<TEXT>
</SESSION TRANSCRIPT>
<ATTACH ORIGINAL MSG></ATTACH ORIGINAL MSG>
</MESSAGE BODY>
</STATUS MESSAGE>
```

You can modify text in the <SUBJECT> tag or in the <TEXT> tags.

You can add additional <TEXT> tags in the <MESSAGE_BODY>.

You can remove tags to keep an element from being displayed. For example, you could remove the <ATTACH_ORIGINAL_MSG></ATTACH_ORIGINAL_MSG> tags to keep the original message from displaying.

You can use the following format characters and variables:

• \t: tab

SAMNDCA630-07873682

- ◆ \r: carriage return
- ◆ \n: line feed
- ◆ %s: recipient name variable

**3** Save the file, renaming it from status*xx*.xml to status.xml.

**4** Restart the Internet Agent.

The Internet Agent will now use the status messages defined in the status.xml file rather than its internal status messages.

## Managing MIME Messages

Multipurpose Internet Mail Extensions, or MIME, provides a means to interchange text in languages with different character sets. Multimedia e-mail can be sent between different computer systems that use the SMTP protocol. MIME allows you to send and receive e-mail messages containing:

- ◆ Images
- ◆ Sounds
- ◆ UNIX Tar Files
- ◆ PostScript*
- ◆ FTP-able File Pointers
- ◆ Non-ASCII Character Sets
- ◆ Enriched Text
- ◆ Nearly any other file

Because MIME handles such a variety of file types, you might need to customize aspects of MIME for your users.

- ◆ "Customizing MIME Preamble Text" on page 678
- ◆ "Customizing MIME Content-Type Mappings" on page 679

### Customizing MIME Preamble Text

An ASCII file called preamble.txt is installed in the Internet Agent gateway directory (*domain*\wpgate\gwia). This file, which is included with any MIME multipart message, is displayed when the message recipient lacks a MIME-compliant mail reader.

The content of the preamble.txt file is a warning, in English, that the file is being sent in MIME format. If the recipient cannot read the message, he or she will need to either use a MIME-compliant mail reader or reply to the sender and request the message not be sent in MIME format.

It is recommended that you use the preamble.txt file so that those who read MIME messages coming from your GroupWise system and who lack MIME-compliant mail readers will understand why they cannot read the message and will be able to take corrective action.

If you choose to modify the preamble.txt file, be aware of the following considerations:

- ◆ The maximum file size is 1024 bytes (1 KB)
- ◆ This file is read by the Internet Agent when the Internet Agent starts, so if you change the file, you will need to restart the Internet Agent.

SAMNDCA630-07873683

DEFENDANT'S EXHIBIT NO. 324.0679

The Internet Agent's gateway directory also contains a preamble.all file. The preamble.all file includes the text of preamble.txt translated into several languages. If you anticipate that your users will be sending mail to non-English speaking users, you may want to copy the appropriate language sections from the preamble.all file to the preamble.txt file.

The 1024-byte limit on the size of the preamble.txt file still applies, so make sure that the file does not exceed 1024 bytes.

## Customizing MIME Content-Type Mappings

By default, the GroupWise client determines the MIME content-type and encoding for message attachments. If, for some reason, the GroupWise client cannot determine the appropriate MIME content-type and encoding for an attachment, the Internet Agent must determine the content-type and encoding.

The Internet Agent uses a mimetype.cfg file to map attachments to the appropriate MIME content types. Based on an attachment's content type, the Internet Agent encodes the attachment using quoted-printable, Base64, or BinHex. Generally, quoted-printable is used for text-based files, Base64 for application files, and BinHex for Macintosh files.

The mimetype.cfg file includes mappings for many standard files. If necessary, you can modify the file to include additional mappings. If an attachment is sent which does not have a mapping in the file, the Internet Agent will choose quoted-printable, BinHex or Base64 encoding.

The mimetype.cfg file is also used for RFC-822 attachments, but UUencode or BinHex encoding will be used regardless of the mapped content type.

The mimetype.cfg file is located in the *domain*\wpgate\gwia directory. The following section provide information you will need to know to modify the file:

- "Mapping Format" on page 679
- "File Organization" on page 680

### Mapping Format

Each mapping entry in the file uses the following format:

```
content-type .ext|dtk-code|mac-ttttcccc [/parms] ["comment"]
```

| Element | Description |
| --- | --- |
| content-type | The MIME content type to which the file type is being mapped (for example, text/plain). You can omit the content-type only if you use the /parms element to explicitly define the encoding scheme for the file type. |

SAMNDCA630-07873684

DEFENDANT'S EXHIBIT NO. 324.0680

| Element | Description |
|---|---|
| .ext\|dtk-*code*\|mac-*ttttcccc* | The .ext element, dtk-*code* element, and mac-*ttttcccc* element are mutually exclusive. Each entry will contain only one of the elements. |
| | ♦ **.ext:** The file type extension being mapped to the content type (for example, .txt). |
| | ♦ **dtk-*code*:** The detect code being mapped to the content type (for example, dtk-1126). GroupWise assigns a detect code to each attachment type. |
| | ♦ **mac-*ttttcccc*:** The Macintosh file type and creator application being mapped to the content type (for example, mac-textmswd). The first four characters (*tttt*) are used for the file type. The last four characters (*cccc*) are used for the creator application. You can use ???? for the creator portion (mac-text????) to indicate a certain file type created by any application. You can use ???? in both portions (mac-????????) to match any file type created by any application. |
| /parms | Optional parameters that can be used to override the default encoding assigned to the MIME content type. Possible parameters are: |
| | ♦ /alternate |
| | ♦ /parallel |
| | ♦ /base64 |
| | ♦ /quoted-printable |
| | ♦ /quoted-printable-safe |
| | ♦ /uuencode |
| | ♦ /plain |
| | ♦ /binhex |
| | ♦ /nofixeol |
| | ♦ /force-ext |
| | ♦ /noconvert |
| | ♦ /apple-single |
| | ♦ /apple-double |
| "comment" | Optional content description |

**File Organization**

The mimetype.cfg file contains the following four sections:

- |Parameter-Override|
- |Mac-Mappings|
- |Detect-Mappings|
- |Extension-Mappings|

SAMNDCA630-07873685

**[Parameter-Override]**

The [Parameter-override] section take priority over other sections. You can use this section to force the encoding scheme for certain file types. This section also contains defaults for sending various kinds of multipart messages. This is how the Internet Agent knows to put attachments into MIME Alternate/Parallel multiparts.

**[Mac-Mappings]**

The [Mac-mappings] section defines mappings for Macintosh file attachments. The following is a sample entry:

```
application/msword mac-wdbnmswd "Word for Macintosh"
```

Macintosh files have a type and creator associated with them. The first four characters are used for the type and the last four characters are used for the creator application.

In the above example, the type is wdbn and the creator application is mswd. When a user attaches a Macintosh file to a message, the Internet Agent uses the appropriate entry in the [Map-mappings] section to map the file to a MIME content type and then encode the file according to the assigned encoding scheme. Unless otherwise specified by the /parms element, BinHex 4.0 will be used for the encoding. The following example shows how you can use the /parms element to change the encoding from the default (BinHex) to Base64:

```
application/msword mac-wdbnmswd /base64 "Word for Macintosh"
```

If necessary, you can use ???? for the creator portion (mac-text????) to indicate a certain file type created by any application. Or, you can use ???? in both portions (mac-????????) to match any file type created by any application. For example:

```
application/octet-stream mac-???????? /base64 "Mac Files"
```

This causes all Macintosh files to be encoded using Base64 rather than BinHex.

**[Detect-Mappings]**

GroupWise attempts to assign each attachment a detect code based on the attachment's file type. The [Detect-mappings] section defines the mappings based on these detect codes. The following is a sample entry:

```
application/msword dtk-1000 "Microsoft Word 4"
```

The Internet Agent will use the detect code to map to a MIME content type and then encode the file according to the assigned encoding scheme. If there is no mapping specified or if the file type cannot be determined, one of the other mapping methods, such as Extension-Mappings, will be used. The detect codes associated with attachments are GroupWise internal codes and cannot be changed.

**[Extension-Mappings]**

If a mapping could not be made based on the entries in the [Mac-mappings] and [Detect-mappings] section, the Internet Agent uses the [Extension-mappings] section. The [Extension-mappings] section defines mappings based on the attachment's file extension. The following is a sample entry:

```
application/pdf .pdf
```

SAMNDCA630-07873686

# Configuring LDAP Services

The Internet Agent supports the Lightweight Directory Access Protocol (LDAP) standard. With LDAP enabled, the GroupWise® Internet Agent functions as an LDAP server, allowing LDAP queries for GroupWise user information contained in the Novell® eDirectory™. You can also configure which GroupWise fields (Given Name, Last Name, Phone, and E-Mail) are visible to an LDAP query.

- "Enabling LDAP Services" on page 682
- "Configuring Public Access" on page 683

**IMPORTANT:** For users to perform LDAP searches for GroupWise user information, they need to define the GroupWise Address Book as a directory in their e-mail client. When doing so, they will use the Internet Agent's DNS hostname or IP address for the LDAP server address

## Enabling LDAP Services

To enable and configure LDAP services for mail client access:

**1** In ConsoleOne®, right-click the Internet Agent object, then click Properties.

**2** Click LDAP > Settings to display the LDAP Settings page.



**3** Fill in the fields:

**Enable LDAP Service:** Turn on this option to allow LDAP queries. LDAP service is on by default. This setting corresponds to the Internet Agent's /ldap switch.

**Number of LDAP Threads:** The LDAP Threads setting lets you specify the maximum number of threads that will process LDAP queries. The default is 10 threads. This setting corresponds with the Internet Agent's /ldapthrd switch.

**LDAP Context:** Use this option to limit the directory context in which the LDAP server will search. For example, if you want to limit LDAP searches to the Novell organization container located under the United States country container, enter O=Novell,C=US. This setting corresponds with the Internet Agent's /ldapcntxt switch.

SAMNDCA630-07873687

If you enter an LDAP context, you must make sure that users, when defining the directory in their e-mail client, enter the same context (using the identical text you did) in the Search Base or Search Root field.

You can leave the settings empty in both locations.

**LDAP Referral URL:** Use this option to define a secondary LDAP server to which you can refer an LDAP query if the query fails to find a user or address in your GroupWise system. For this option to work, the requesting Web browser must be able to track referral URLs. This setting corresponds with the Internet Agent's /ldaprefurl switch.

**4** Continue with the next section, Configuring Public Access.

## Configuring Public Access

After you've enabled LDAP services, you can configure which GroupWise fields will be visible to LDAP searches and also set search restrictions. By default, no fields are visible.

**1** If the Internet Agent object's property page is not open, right-click the Internet Agent object, then click Properties.

**2** Click Access Control > LDAP Public Settings.



**3** Fill in the fields:

**LDAP Defaults:** Select one of the following defaults for public access: Allow Access or Prevent Access. If you select Allow Access, the GroupWise fields (in the Visible Fields lists) will default to Visible for an LDAP search. If you select Prevent Access, the GroupWise fields will default to Not Visible.

**Visible Fields:** You can override the default visibility for a GroupWise field (Given Name, Last Name, Phone, and E-Mail) by selecting the field and then clicking the appropriate visibility button (Visible or Not Visible). For example, if you've selected Allow Access as the LDAP default, but you don't want users' telephone numbers to be visible, you can mark the Phone field as Not Visible.

**Number of Entries to Return:** Select the maximum number of entries to return. The default is 100.

SAMNDCA630-07873688

DEFENDANT'S EXHIBIT NO. 324.0684

**How Many Seconds to Search:** Select the maximum amount of time (in seconds) you want the Internet Agent to spend searching. The default is 120 seconds.

**Idle Minutes before Timeout:** Specify the number of minutes to allow the search to continue without finding a matching address entry. The default is 5 minutes.

**4** Click OK to save the changes.

# Configuring POP3/IMAP4 Services

The Post Office Protocol 3 (POP3) and the Internet Message Access Protocol 4 (IMAP4) are standard messaging protocols for the Internet. The GroupWise® Internet Agent can function as a POP3 or an IMAP server, allowing access to the GroupWise domain database and message store. With POP3 or IMAP server functionality enabled, GroupWise users can download their messages from GroupWise to any POP3/IMAP4-compliant Internet e-mail client. To send messages, POP3/IMAP4 clients can identify the Internet Agent as their SMTP server.

Complete the instructions in the following sections to set up POP3/IMAP4 service:

- "Enabling POP3/IMAP4 Services" on page 684
- "Configuring Post Office Links" on page 685
- "Giving POP3 or IMAP4 Access Rights to Users" on page 686
- "Setting Up an E-Mail Client for POP3/IMAP4 Services" on page 686

**NOTE:** Internal IMAP clients can connect directly to the POA, rather than connecting through the Internet Agent, as described in "Supporting IMAP Clients" on page 450. Direct connection provides faster access for internal IMAP clients.

## Enabling POP3/IMAP4 Services

By default, POP3 service and IMAP 4 service are enabled. To verify that the services are enabled and configured appropriately:

**1** In ConsoleOne®, right-click the Internet Agent object, then click Properties.

**2** Click POP3/IMAP4 > Settings to display the POP3/IMAP 4 Settings page.



SAMNDCA630-07873689

**3** Fill in the fields:

**Enable POP3 Service:** POP3 service is on by default. This setting allows POP3 downloads from a GroupWise mailbox. It corresponds with the Internet Agent's /pop3 switch.

**Number of Threads for POP3 Connections:** The POP3 threads setting lets you specify the number of connections for POP3 download requests. The default is 10 threads. This setting corresponds with the Internet Agent's /pt switch.

**Enable IMAP4 Service:** IMAP4 service is on by default. This setting allows IMAP4 downloads and management of GroupWise messages. It corresponds with the Internet Agent's /imap4

**Number of Threads for IMAP4 Connections:** The IMAP4 threads setting lets you specify the number of connections for IMAP4 requests. The default is 10 threads. This setting corresponds with the Internet Agent's /it switch.

**4** Click OK to save the changes.

## Configuring Post Office Links

To function as a POP3/IMAP4 server, the Internet Agent requires access to each post office that contains mailboxes that will be accessed by a POP3/IMAP4 client. The Internet Agent can connect directly to the post office directory through a UNC path or mapped drive, or it can use a TCP/IP connection to the Post Office Agent (POA). By default, the Internet Agent will use the access mode that has been defined for the post office (Post Office object > GroupWise tab > Post Office Settings page). If necessary, you can change the way the Internet Agent links to a post office.

To change a post office link:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click Post Office Links > Settings.

The Post Office list displays all post offices in your GroupWise system and how the Internet Agent connects to them



**3** In the Post Offices list, select the post office whose link information you want to change, then click Edit Link to display the Edit Post Office Link dialog box.

SAMNDCA630-07873690



**4** Define the following properties:

**Access Mode:** The access mode determines whether the Internet Agent will use client/server access, direct access, or both client/server and direct access to connect to the post office. With client/server and direct, the Internet Agent first tries client/server access; if client/server access fails, it then tries direct access. You can also choose to use the same access mode currently defined for the post office (on the Post Office object's Post Office Settings page). The current access mode is displayed in the Current Post Office Access field.

**Direct Access:** When connecting to the post office in direct mode, the Internet Agent can use the post office's UNC path (as defined on the Post Office object's Identification page) or a mapped path that you enter.

**Client/Server Access:** When connecting to the post office in client/server mode, the Internet Agent must know the hostname (or IP address) and port number of the Post Office Agent running against the post office.

**5** Click OK.

**6** Repeat Step 3 through Step 5 for each post office whose link you want to change.

## Giving POP3 or IMAP4 Access Rights to Users

Access to POP3/IMAP4 services is determined by the class of service in which they are a member. By default, all users are members of the default class of service, which gives them POP3 and IMAP4 access.

If you have changed the default class of service to exclude POP3 or IMAP4 access rights, or if you've defined additional classes of services that do not provide POP3 or IMAP4 access rights, you might want to evaluate your currently defined classes of service to ensure that they provide the appropriate POP3 or IMAP4 access. For details, see Chapter 49, "Controlling User Access," on page 705.

## Setting Up an E-Mail Client for POP3/IMAP4 Services

With the Internet Agent set up as a POP3 and/or IMAP4 server, you can configure users' e-mail clients to download messages from GroupWise mailboxes.

Most e-mail clients are configured differently. However, all Internet clients will need to know the following information:

- **POP3/IMAP4 Server:** This is the DNS hostname or IP address of the Internet Agent.

- **Login Name:** This is the user's GroupWise user ID. For POP3 clients, there are several user ID login options you can use to control how the Internet Agent handles the user's messages.

SAMNDCA630-07873691

DEFENDANT'S EXHIBIT NO. 324.0687

For example, you can limit how many messages are downloaded each session. For more information, see "User ID Login Options" on page 687.

- **Password:** This is the user's existing GroupWise mailbox password. POP3/IMAP4 services requires users to have passwords assigned to their mailboxes.

## User ID Login Options

With POP3 clients, users can add the options listed in the table below to the login name (GroupWise user ID) to control management of their mailbox messages. If used, these options override the POP3 settings assigned through the user's class of service (see "Creating a Class of Service" on page 706).

Login options are appended to the user ID name with a colon character (:) between the user ID name and the switches:

**Syntax:** *user ID:switch*

**Example:** User1:v=1

You can combine options by stringing them together after the user ID and the colon without any spaces between the options:

**Syntax:** *user ID:switch1switch2*

**Example:** User1:v=1sd1=10

The syntax for the user ID options is not case sensitive. Please note that login options are not required. If you do not want to include any login options, just enter the user ID name in the text box, or following the USER command if you are using a Telnet application as your POP3 client.

| Option | Explanation | Example |
|---|---|---|
| v=*number between 1-31* | The v option defines the POP3 client's view number. If multiple POP3 clients access the same GroupWise mailbox, each client must use a different view number in order to see a fresh mailbox.<br><br>For example, if two POP3 clients access a mailbox and the first client downloads the unread messages, the second client will not be able to download the messages unless it is using a different view number than the first client.<br><br>If this option is not used, the default value is 1. | User_ID:v=1 |
| d | The d option deletes the messages from the GroupWise mailbox after they have been downloaded to the POP3 client. | User_ID:d |
| p | The p option purges the messages from the GroupWise mailbox after they have been downloaded to the POP3 client. | User_ID:p |
| t=*1-1000* | The t option defines the download period, starting with the current day. For example, if you specify 14, then only messages that are 14 days old or newer will be downloaded. If this option is not used, the default value is 30 days. | User_ID:t=14 |

SAMNDCA630-07873692

| Option | Explanation | Example |
|--------|-------------|---------|
| n | The n option downloads messages in RFC-822 format rather than the default MIME format. | User_ID:N |
| m | The m option downloads messages in MIME format. This is the default. | User_ID:M |
| s | The s option presets the file size when the STAT command is executed. If the users' mailbox contains a lot of messages or large messages, it can take a long time to calculate the file size. With this option, the STAT command will always report an artificial file size of 1, which can save time. | User_ID:S |
| l=1-1000 | The l option limits the number of messages to download for each POP3 session. For example, if you want to limit the number of messages to 10, you would enter l=10. If this option is not used, the default value is 100 messages. | User_ID:L=10 |

# Configuring Paging Services

The GroupWise[x] Internet Agent includes the ability to send a GroupWise message to a pager through an Internet paging service provider. The Internet Agent's paging service includes the following features:

* **Smart forwarding:** If a message has been replied to or forwarded before being sent to a pager, the Internet Agent identifies the original message and sends it only.

* **Easy to read originator information:** The Internet Agent sends the original From, Subject, and Message information to the pager, rather than cryptic Header information.

* **User block control:** By using the /l=*length* and /b=*number* switches on the message's To line, the sender can control the block length and number of blocks to send to the pager. By default, the Internet Agent sends 255 bytes per block (/l=255 /b=1).

To set up and use paging services, complete the tasks in the following sections:

* "Setting Up Paging" on page 688
* "Using Paging" on page 689

## Setting Up Paging

To set up the Internet Agent's paging service, you need to create a non-GroupWise domain to represent the paging service and then use your Internet Agent to link your system to the non-GroupWise domain. The non-GroupWise domain enables GroupWise to correctly identify pager messages and route messages to the Internet Agent, which can then send the messages to the Internet.

* "Creating a Non-GroupWise Domain" on page 688
* "Linking the Internet Agent to the Non-GroupWise Domain" on page 689

### Creating a Non-GroupWise Domain

**1** In ConsoleOne[x], right-click the GroupWise System object, click New, then click Non-GroupWise Domain to display the Create Non-GroupWise Domain dialog box.

SAMNDCA630-07873693

DEFENDANT'S EXHIBIT NO. 324.0689



**2** Fill in the following information:

**Domain Name:** Provide the domain with a name such as Page. Users will need to know the name when addressing pager messages.

**Time Zone:** Select the time zone in which the Internet Agent is located.

**Link to Domain:** Select the domain in which the Internet Agent is located.

**3** Click OK to create the domain.

### Linking the Internet Agent to the Non-GroupWise Domain

**1** In ConsoleOne, click the Tools menu > GroupWise Utilities > Link Configuration to display the GroupWise Link Configuration tool.

**2** In the drop-down list, select the domain that owns the Internet Agent that you are using for this paging service.

**3** In the Outbound Links box, right-click the non-GroupWise domain, then click Edit to display the Edit Domain Link dialog box.

**4** Click Yes to accept the domain path as the mapped path and display the Edit Domain Link dialog box.

**5** In the Link Type field, select Gateway.

**6** In the Gateway Link field, select the Internet Agent.

**7** In the Gateway Access String field, type **-page**.

**8** Click OK to save the information.

**9** Click the File menu > Exit > Yes to save your changes and exit the Link Configuration tool.

**10** Restart the Internet Agent.

## Using Paging

To use paging, GroupWise users must address messages to the non-GroupWise domain, specifying the PIN number of the pager and the hostname of the paging service in the following format:

*domain:pin@paging service provider*

For example,

page:123456789@skytel.com

page:123456789@epage.arch.com

By using the /l=*length* and /b=*number* switches on the message's To line, the sender can control the block length and number of blocks to send to the pager. For example,

page:123456789@epage.arch.com/l=128/b=4

By default, the Internet Agent sends 255 bytes per block (/l=255/b=1).

SAMNDCA630-07873694

DEFENDANT'S EXHIBIT NO. 324.0690

SAMNDCA630-07873695

# 48 Configuring Simplified Addressing

How outbound and inbound messages need to be addressed for your GroupWise[*] system to properly deliver them depends largely on how you configure your GroupWise system.

The following sections show the basic addressing syntax required if you don't configure your GroupWise system for simplified addressing and provide instructions for configuring your system for simplified addressing.

- "Basic Addressing Syntax" on page 691
- "Simplifying Addressing" on page 692

## Basic Addressing Syntax

The following sections provide information about the address syntax required for GroupWise users to send and receive Internet messages.

- "Sending Messages" on page 691
- "Receiving Messages" on page 692
- "Receiving Replies to Sent Messages" on page 692

The syntax assumes that you have not configured your GroupWise system to simplify addressing. If, after reviewing the information below, you decide that you want to simplify addressing, you have the following options:

- Enable your GroupWise system to use an Internet-style address format (*user@host*) rather than the standard GroupWise address format (*user ID.post office.domain*). This is the recommended configuration. For details, see Chapter , "Internet-Style Addressing," on page 87.

- Add specific Internet sites (hostnames) and/or Internet users to your GroupWise system, or define addressing rules that enable the GroupWise system to recognize Internet-style addresses and route them to the Internet Agent. This can require much work on your part and is not the recommended configuration. For details, see "Simplifying Addressing" on page 692.

### Sending Messages

GroupWise users can send Internet messages using the following syntax:

```
internet agent:"user@host"
```

For example:

```
gwia:"rcollins@novell.com"
```

This addressing syntax requires you to provide GroupWise users with the name of the Internet Agent (in this example, gwia). Users must also place quotation marks around the *user@host* portion of the address.

SAMNDCA630-07873696

## Receiving Messages

For a GroupWise user to receive an Internet message, the message address must include the GroupWise addressing elements (*user ID.post office.domain*) that will make the address unique within the GroupWise system.

**UserID is Unique:** If a GroupWise user ID is unique within your GroupWise system, the user's Internet address can include only the user ID (*user ID@host*). For example, jsmith@novell.com.

**Post Office is Unique:** If the GroupWise user ID does not create a unique address, the address must also include the user's post office (*user ID.post office@host*). For example, jsmith.research@novell.com.

**Domain is Unique:** If the GroupWise user ID and post office do not create a unique address, the address must also include the user's domain (*user ID.post office.domain@host*). For example, jsmith.research.provo@novell.com.

## Receiving Replies to Sent Messages

When sending messages, the Internet Agent automatically adds the addressing elements necessary for the user's address to be unique in your GroupWise system. This ensures that the message's From line contains the address required to send a message back to the GroupWise user.

You can also specify the exact elements (*user ID, user ID.post office* or *user ID.post office.domain*) that will be included in the address. How you do so depends on whether or not your GroupWise system is configured for Internet-style addressing:

- **Internet-style addressing enabled:** The user's address is determined by the preferred address format assigned to him or her. For information, see "Enabling Internet Addressing" on page 92.
- **Internet-style addressing disabled:** The Sender's Address Format field (Internet Agent object > GroupWise tab > Address Handling page > Sender's Address Format) determines the address format. For more information, see "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664. The /aql startup switch can also be used for this same purpose.

# Simplifying Addressing

The recommended way to simplify addressing is to enable your GroupWise system to use Internet-style addressing as its primary addressing format rather than the standard GroupWise addressing format. For information about enabling Internet-style addressing, see Chapter , "Internet-Style Addressing," on page 87.

If you choose not to enable Internet-style addressing, you can complete the tasks in the following section to simplify the Internet addressing syntax. You should review each section before deciding which method you want to use.

- "Creating a Non-GroupWise Domain Structure" on page 692
- "Creating a Customized Addressing Rule" on page 700

## Creating a Non-GroupWise Domain Structure

A non-GroupWise domain structure includes a GroupWise domain that represents the Internet, post offices that represent Internet sites (hosts), and users that represent users located at those Internet sites.

SAMNDCA630-07873697

Defining the Internet as a non-GroupWise domain enables GroupWise users to use the following syntax to send messages to Internet users:

`domain:user@host` (internet:jsmith@novell.com)

Adding Internet sites (hosts) as post offices in the domain enables GroupWise users to use the following syntax when sending messages to users at those Internet sites:

`user@post office` (jsmith@novell)

Adding an Internet site's users to the post office enables GroupWise users to select the users from the GroupWise Address Book or use the following syntax when sending messages to those users:

`user` (jsmith)

You can create as much of the structure as is necessary to provide the desired addressing level. The following sections provide instructions:

- "Simplifying Syntax to domain:user@host" on page 693
- "Simplifying Syntax to user@postoffice" on page 696
- "Simplifying Syntax to User" on page 699

## Simplifying Syntax to *domain:user@host*

By performing the following tasks, you can configure your GroupWise system so that users can send Internet messages using the *domain:user@host* syntax.

- "Creating a Non-GroupWise Domain" on page 693
- "Linking to the Non-GroupWise Domain" on page 694

### Creating a Non-GroupWise Domain

The non-GroupWise domain represents the Internet and allows GroupWise to route Internet-bound messages to the Internet Agent. If you create a domain called "internet," GroupWise users would use the following syntax to send Internet messages:

`internet:user@host`

Messages sent from GroupWise to the Internet must be converted from GroupWise format to MIME or RFC-822 format. By default, the Internet Agent converts messages to MIME format. If your GroupWise users need to send messages in both MIME format and RFC-822 format, you may want to create two non-GroupWise domains, one to handle messages that need to be sent in MIME format and one to handle messages that need to be sent in RFC-822 format.

For example, if you define the domain "mime" and configure the Internet Agent to convert all messages sent to that domain to MIME format, GroupWise users can use the following syntax to send MIME-formatted messages:

`mime:user@host`

If you define the domain "rfc822" and configure the Internet Agent to convert all messages sent to that domain to RFC-822 format, GroupWise users can use the following syntax to send RFC-822 formatted messages:

`rfc822:user@host`

To create a non-GroupWise domain:

**1** In ConsoleOne*, right-click GroupWise System (in the left pane), click New, then click Non-GroupWise Domain.

SAMNDCA630-07873698

DEFENDANT'S EXHIBIT NO. 324.0694

**2** Fill in the fields:

**Domain Name:** Enter a name that has not been used for another domain in your system (for example, Internet).

**Time Zone:** This should match the time zone for the Internet Agent. If it does not, select the correct time zone.

**Link to Domain:** Select the domain in which the Internet Agent is located.

**3** Click OK to create the non-GroupWise domain.

The domain will appear under GroupWise System in the left pane.

### Linking to the Non-GroupWise Domain

After you have created the non-GroupWise domain, you must link the Internet Agent's domain to the non-GroupWise domain. This enables the GroupWise system to route all Internet messages to the Message Transfer Agent (MTA) located in the Internet Agent's domain. The MTA can then route the messages to the Internet Agent, which will send them to the Internet.

To link to the non-GroupWise domain:

**1** In ConsoleOne, click the Tools menu > GroupWise Utilities > Link Configuration to display the Link Configuration tool.

By default, the Link Configuration tool displays the links for the domain that you are currently connected to.



**2** If the Internet Agent's domain is not the currently displayed domain, select it from the list of domains on the toolbar.

The non-GroupWise domain should be displayed in the Direct column. In the screen displayed under step 1, Internet is the non-GroupWise domain.

**3** Double-click the non-GroupWise domain to display the Edit Domain Link dialog box.

**NOTE:** If you are prompted that the mapped path is empty, click Yes to dismiss the prompt and display the Edit Domain Link dialog box.

SAMNDCA630-07873699



**4** In the Link Type field, select Gateway.

After you select Gateway, the dialog boxes changes to display the settings required for a gateway link.



**5** Fill in the following fields:

**Gateway Link:** Select the Internet Agent.

**Gateway Access String:** If you want to specify the conversion format (RFC-822 or MIME) for messages sent to the domain, include one of the following parameters: -rfc822 or -mime. If you do not use either of these parameters, the Internet Agent will convert messages to the format specified in its startup file. The default is for MIME conversion (as specified by the Internet Agent's /mime startup switch).

**Return Link:** Leave this field as is. It does not apply to the Internet Agent.

**Maximum Send Message Size:** If you want to limit the size of messages that the Message Transfer Agent (MTA) in the Internet Agent's domain will pass to the Internet Agent, specify the maximum size. This will be applied to all messages. If you want to limit the size of messages sent by specific users or groups of users, you can also use the Access Control feature. For details, see Chapter 49, "Controlling User Access," on page 705.

**Delay Message Size:** If you want the MTA to delay routing of large-sized messages to the Internet Agent, specify the message size. Any messages that exceed the message size will be assigned a lower priority by the MTA and will be processed after the higher priority messages.

**6** Click OK to save the changes.

SAMNDCA630-07873700

The non-GroupWise domain is moved from the Direct column to the Gateway column. For a description of the link symbols in front of the domain names, see the Help in the Link Configuration tool.



**7** Click the File menu, click Exit, then click Yes to exit the Link Configuration tool and save your changes.

At this point, users can exchange e-mail with other Internet users using the syntax *domain:user@host*. Make sure you distribute the name of the domain to your users.

## Simplifying Syntax to *user@postoffice*

This section assumes that you have already created a non-GroupWise domain. If you have not, see "Creating a Non-GroupWise Domain" on page 693.

After you've created a non-GroupWise domain to represent the Internet, you can add post offices to the domain to represent different Internet hosts. For example, if your GroupWise users frequently send messages to users at XYZ.COM, you can define XYZ.COM as a post office. GroupWise users would then use the following syntax to send messages to those users:

*user@postoffice*

To simplify the addressing syntax to this level, complete the following tasks:

* "Creating a Post Office to Represent a Internet Host" on page 696
* "Adding the Hostname As an Alias" on page 697

### Creating a Post Office to Represent a Internet Host

When creating a post office to represent an Internet host, the post office name cannot be identical to the hostname because the period that separates the hostname components (for example, novell.com) is not a valid character for post office names. GroupWise reserves the period for its addressing syntax of *user ID.post office.domain*. Therefore, you should choose a name that is closely related to the hostname.

To create the post office:

**1** In ConsoleOne, right-click the non-GroupWise domain that represents the Internet, click New, then click External Post Office.

SAMNDCA630-07873701

DEFENDANT'S EXHIBIT NO. 324.0697



**2** Fill in the following fields:

**Post Office Name:** Enter a name that will associate the post office with the Internet host. Do not use the fully-qualified hostname.

**Time Zone:** Select the time zone in which the Internet host is located.

**3** Click OK to create the post office.

The post office is added under the non-GroupWise domain.

### Adding the Hostname As an Alias

When a GroupWise user sends a message to a user at the Internet host, he or she will use the post office name in the address:

`user@post_office`

For the Internet Agent to send the message, you need to associate the Internet hostname with the post office. You do this by defining the hostname as an alias for the post office.

To create a post office alias:

**1** In ConsoleOne, right-click the Internet Agent object, click Properties.

**2** Click GroupWise > Identification to display the Identification page.



**3** In the Gateway Alias Type field, enter an alias type.

This can be any name you want, including the same name as the Internet Agent. It will be used to associate the post office alias with the Internet Agent.

**4** Click OK to save the gateway alias type information.

SAMNDCA630-07873702

**5** Right-click the post office you created for the Internet host, then click Properties.

**6** Click GroupWise > Gateway Aliases to display the Gateway Aliases page.



**7** Click Add to display the Create Alias dialog box.



**8** Fill in the following fields:

**Gateway Alias Type:** Select the gateway alias type you assigned to the Internet Agent.

**Gateway Alias:** Enter the Internet hostname (for example, novell.com).

**9** Click OK to add the alias to the Gateway Alias list.

SAMNDCA630-07873703



**10** Click OK.

With these steps completed, GroupWise users can send a message to a user at the Internet host with the following syntax:

```
user@post office
```

Users are not restricted to using *user@post office* addressing. They can still use *domain:user@host* addressing to send messages to other users.

### Simplifying Syntax to *User*

This section assumes that you have already completed the tasks in "Simplifying Syntax to domain:user@host" on page 693 and "Simplifying Syntax to user@postoffice" on page 696.

To configure your GroupWise system for *user* syntax, you need to add Internet users to the post offices you created to represent their Internet hosts. This not only enables the *user* syntax, but also adds the Internet users to the GroupWise Address Book.

To add an Internet user to a post office:

**1** In ConsoleOne, right-click the post office that represents the user's Internet host, click New, then click External User.



**2** In the User Name field, enter the exact user portion of the user's Internet address. If the address is jsmith@novell.com, the portion you would enter is jsmith.

**3** Click OK to create the external user.

**4** Because the user will be displayed in the GroupWise Address Book, you might want to define the user's given name and last name. To do so, right-click the user's object, fill in the desired fields on the Identification page, then click OK to save the information.

SAMNDCA630-07873704

DEFENDANT'S EXHIBIT NO. 324.0700

To send a message to an Internet user who you've added, your GroupWise users can use the Address Book or enter the following syntax:

*user*

For example,

jsmith

*User* addressing does not restrict users from addressing messages to other Internet users who are not included in the GroupWise Address Book. Users can also use *domain:user@host* addressing, which lets them communicate with Internet users who are not yet part of your system's non-GroupWise domain structure.

## Creating a Customized Addressing Rule

You can use addressing rules to determine how addresses with specific syntax elements are handled. For example, you could establish an addressing rule that enables GroupWise users to enter an Internet address (*user@host*) and then resolves it to the syntax (*internet_agent:"user@host"*) required by the Internet Agent.

An addressing rule is not a macro; you cannot embed one rule within another rule. The addressing rule simply searches for a string pattern and replaces it with the syntax defined in the rule.

Each addressing rule you create is available for your entire GroupWise system. However, you can enable or disable a rule at the domain level.

The following sections provide information about creating and managing addressing rules:

- "Creating an Addressing Rule" on page 700
- "Enabling and Disabling Addressing Rules" on page 702
- "Changing the Addressing Rule Order" on page 703

### Creating an Addressing Rule

GroupWise uses *user_ID@domain.post_office* syntax internally. Because of this, it is important the addressing rule you create includes an Internet domain identifier such as .com or .edu. You may need to include Internet domain identifiers for all the Internet addresses you will use. For example, if you want to send to jsmith@novell.com, bharris@college.edu, and tstemes@marketing.net, you should create a rule for each domain identifier (.com, .edu, and .net).

To create an addressing rule:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Addressing Rules.

SAMNDCA630-07873705



**2** Click New to display the New Addressing Rule dialog box.



**3** Fill in the following fields:

**Description:** Enter a short description for the rule. The description is what appears when the rule is listed in the Addressing Rules dialog box.

**Name:** Enter the name you want to use for the rule (for example, Internet Addresses).

**Search String:** Enter a string of characters (including any wildcards for variable elements) that represents the addressing syntax you expect for an Internet message. The syntax must have at least one unique character that will identify it for your rule as an Internet address. The rule can then plug in the required, missing elements of the explicit address. For example, if you want GroupWise users to enter *user@host* when addressing Internet messages, you could define the search string as `*@*.com`.

**Replace With:** Enter the symbol for the variable string (information typed in by the user) that you want to replace for the wildcard characters. In addition to the variable symbol, you can also add any additional static elements required in the explicit address. A good replacement string is internet:"%1%2.com.". When the message is sent, the rule refers to the wildcards in search string order. That is, %1 (replace string 1) replaces the first wildcard in the search string, %2 replaces the second wildcard, and so on. The replacement variables do not have to be positioned in numerical order in the replacement string; instead, they must be placed in the string according to the order required for the explicit address.

For example, one of your GroupWise users sends a message using the following address: jsmith@sales.novell.com.

Address syntax (entered by user): `jsmith@sales.novell.com`

Search string: `*@*.com`

SAMNDCA630-07873706

DEFENDANT'S EXHIBIT NO. 324.0702

Replacement string: `internet"%1@%2.com`

Results: `internet"jsmith@sales.novell.com"`

**4** Type an address in the Test Address field just as you would expect a GroupWise user to type an address in the GroupWise client.

**5** Click Test to determine if your search and replace strings result in an accurately resolved explicit address.

**6** Click OK to save the addressing rule.

## Enabling and Disabling Addressing Rules

Addressing rules are not automatically enabled. You need to enable them in each domain to which you want them applied

To enable or disable addressing rules:

**1** Right-click a Domain object, then click Properties.

**2** Click GroupWise > Addressing Rules to display the Addressing Rules page.



**3** Click the check box to enable the addressing rule you want in this domain.

**4** To ensure that the rule is being applied correctly in the domain, click Test to display the Run Addressing Rules dialog box.



**5** Enter an address as if you were a user sending a message, then click Test.

The Results field displays the resolved address. If this is not the address you were expecting, check the other rules that precede the rule in the list. Addresses are evaluated against the rules

SAMNDCA630-07873707

DEFENDANT'S EXHIBIT NO. 324.0703

in the order the rules are listed. It may be necessary to change the order of the rules (see "Changing the Addressing Rule Order" on page 703).

**6** Click Close to close the Run Addressing Rule dialog box, then click OK.

### Changing the Addressing Rule Order

Addressing rules are applied in the order they are encountered. If a rule is applied to an address string, the search for a rule ends.

To change the order of addressing rules:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > Addressing Rules.

**2** Select a rule, then click the up-arrow to move it up in the list.

or

Select a rule, then click the down-arrow to move it down in the list.

SAMNDCA630-07873708

DEFENDANT'S EXHIBIT NO. 324.0704

SAMNDCA630-07873709

# 49 Controlling User Access

You can use the GroupWise[®] Internet Agent's Access Control feature to configure a user's ability to send and receive SMTP/MIME messages to and from Internet recipients and to access his or her mailbox from POP3 or IMAP4 e-mail clients. In addition to enabling or disabling a user's access to features, you can configure specific settings for the features. For example, for outgoing SMTP/MIME messages, you can limit the size of the messages or the sites to which they can be sent.

Access Control can be implemented at a user, distribution list, post office, or domain level.

Choose from the following information to learn how to set up and use Access Control.

- "Classes of Service" on page 705
- "Creating a Class of Service" on page 706
- "Testing Access Control Settings" on page 711
- "Maintaining the Access Control Database" on page 712

## Classes of Service

A class of service is a specifically defined configuration of Internet Agent privileges. A class of service controls the following types of access activities:

- Whether or not SMTP/MIME messages are allowed to transfer to and from the Internet
- Whether or not SMTP/MIME messages are allowed to transfer to and from specific domains on the Internet
- The maximum size of SMTP/MIME messages that can transfer to and from the Internet
- Whether or not SMTP/MIME messages generated by GroupWise rules are allowed to transfer to the Internet
- Whether or not IMAP4 clients are allowed to access the GroupWise system
- Whether or not POP3 clients are allowed to access the GroupWise system, and if allowed, how messages to and from POP3 clients are managed by the GroupWise system

The default class of service, which all users belong to, allows incoming and outgoing SMTP/MIME messages, and allows POP3 and IMAP4 access. You can control user access, at an individual, distribution list, post office, or domain level, by creating different classes of service and adding the appropriate members to the classes. For example, you could create a class of service that would limit the size of SMTP/MIME messages for a selected individual, distribution list, post office, or domain.

Because you can assign membership at the user, distribution list, post office, and domain level, it is possible that a single user can be a member of multiple classes of service. This conflict is resolved hierarchically, as shown in the following table.

SAMNDCA630-07873710

| Membership assigned to a user through a... | Overrides membership assigned to the user through the... |
|---|---|
| domain | • default class of service |
| post office | • default class of service<br>• domain |
| distribution list | • default class of service<br>• domain<br>• post office |
| user | • default class of service<br>• domain<br>• post office |

If a user's membership in two classes of service is based upon the same level of membership (for example, both through individual user membership), the class that applies is the one that allows the most privileges.

**IMPORTANT:** The Internet Agent uses the message size limit set for the default class of service as the maximum incoming message size for your GroupWise system. Therefore, you should set the message size for the default class of service to accommodate the largest message that you want to allow into your GroupWise system. As needed, you can then create other classes of service with smaller message size limits to restrict the size of incoming messages for selected users, distribution lists, post offices, or domain. Methods for restricting message size inside your GroupWise system are described in "Restricting the Size of Messages That Users Can Send" on page 175.

## Creating a Class of Service

1 In ConsoleOne®, right-click the Internet Agent object, then click Properties.

2 Click Access Control > Settings to display the Access Control Settings page.



SAMNDCA630-07873711

**3** Click Create to display the Create New Class of Service dialog box.



**4** Type a name for the class, then click OK to display the Edit Class of Service dialog box.



**5** On the SMTP Incoming tab, choose from the following options:

**Inherit Access:** Select this option if you want members of this class of service to inherit their SMTP Incoming access from a class of service assigned at a higher level. For example, a post office would inherit the domain's access. If the domain was not a member of a class of service, the post office would inherit the default class of service.

**Allow Incoming Messages:** Select this option to allow members of the class of service to receive e-mail messages through the Internet Agent. You can use the Exceptions option to prevent messages from specific Internet sites.

**Prevent Incoming Messages:** Select this option to prevent e-mail messages coming from the Internet. You can use the Exceptions option to allow messages from specific Internet sites.

**Prevent Messages Larger Than:** This option is available only if you chose Allow Incoming Messages or Prevent Incoming Messages. In the case of Prevent Incoming Messages, this option only applies to messages received from Internet sites listed in the Allow Message From list.

If you want to set a size limit on incoming messages, select the limit.

**Exceptions:** This option is available only if you chose Allow Incoming Messages or Prevent Incoming Messages.

**Prevent Messages From:** If you've chosen to allow incoming messages but you want to prevent messages from specific Internet sites (IP addresses or DNS hostnames), add the sites to the Prevent Messages From list.

SAMNDCA630-07873712

DEFENDANT'S EXHIBIT NO. 324.0708

**Allow Messages From:** Conversely, if you've chosen to prevent incoming messages but you want to allow messages from specific Internet sites (IP addresses or DNS hostnames), add the sites to the Allow Messages From list.

If you want to allow messages where the username is blank, add Blank-Sender-User-ID to the Allow Message From list.

**6** Click the SMTP Outgoing tab, then choose from the following options:

**Inherit Access:** Select this option if you want members of this class of service to inherit their SMTP Outgoing access from a class of service assigned at a higher level. For example, a post office would inherit the domain's access. If the domain was not a member of a class of service, the post office would inherit the default class of service.

**Allow Outgoing Messages:** Select this option to allow members of the class of service to send e-mail messages over the Internet. You can use the Exceptions option to prevent messages from being sent to specific Internet sites.

**Prevent Outgoing Messages:** Select this option to prevent members of the class of service from sending e-mail messages over the Internet. You can use the Exceptions option to allow messages to be sent to specific Internet sites.

**Prevent Messages Larger Than:** This option is available only if you chose Allow Outgoing Messages or Prevent Outgoing Messages.

If you want to set a size limit on outgoing messages, specify the limit.

If a user tries to send an Internet message that exceeds the specified size, the sender receives an e-mail message indicating that the message is undeliverable and including the following explanation:

```
Message exceeds maximum allowed size
```

**Allow Rule-Generated Messages:** This option is available only if you chose Allow Outgoing Messages or Prevent Outgoing Messages.

Turn on this option to allow the Internet Agent to send messages that were generated by a GroupWise rule.

**Exceptions:** This option is available only if you chose Allow Outgoing Messages or Prevent Outgoing Messages.

If you've chosen to allow outgoing messages but you want to prevent messages from being sent to specific Internet sites (IP addresses or DNS hostnames), add the sites to the Prevent Messages To list.

Conversely, if you've chosen to prevent outgoing messages but you want to allow messages to be sent to specific Internet sites (IP addresses or DNS hostnames), add the sites to the Allow Messages To list.

**7** Click the IMAP4 tab, then choose from the following options:

**Inherit Access:** Select this option if you want members of this class of service to inherit their IMAP4 access from a class of service assigned at a higher level. For example, a post office would inherit the domain's access. If the domain was not a member of a class of service, the post office would inherit the default class of service.

**Allow Access:** Select this option to allow members of the class to send and receive messages with an IMAP4 client.

**Prevent Access:** Select this option to prevent members of the class from sending and receiving messages with an IMAP4 client.

**8** Click the POP3 tab, then choose from the following options:

SAMNDCA630-07873713

**Inherit Access:** Select this option if you want members of this class of service to inherit their POP3 access from a class of service assigned at a higher level. For example, a post office would inherit the domain's access. If the domain was not a member of a class of service, the post office would inherit the default class of service.

**Allow Access:** Select this option to allow members of the class to download their GroupWise messages to a POP3 client.

**Prevent Access:** Select this option to prevent downloading GroupWise messages to a POP3 client.

**Delete Messages from GroupWise Mailbox after Download:** This option applies only if you've selected Allow Access.

If you turn on this option, messages downloaded from a GroupWise Mailbox to a POP3 client will be moved to the Trash folder in the GroupWise Mailbox.

POP3 client users can enable this option by using the *userID*:d login option when initiating their POP session. For more information, see "User ID Login Options" on page 687.

**Purge Messages from GroupWise Mailbox after Download:** This option applies only if you've selected Allow Access.

If you turn on this option, messages downloaded from a GroupWise Mailbox will be moved to the Mailbox's Trash folder and then emptied, completely removing the messages from the Mailbox.

POP3 client users can enable this option by using the *userID*:p login option when initiating their POP session. For more information, see "User ID Login Options" on page 687.

**Convert Messages to MIME Format When Downloading:** This option applies only if you've selected Allow Access.

If you turn on this option, messages downloaded to a POP3 client will be converted to the MIME format.

POP3 client users can enable this option by using the *userID*:m login option when initiating their POP session. The can disable it by using the *userID*:n login option; this converts messages to RFC-822 format. For more information, see "User ID Login Options" on page 687.

**High Performance on File Size Calculations:** This option applies only if you've selected Allow Access.

POP3 clients calculate the size of each message file before downloading it. Turn on this option if you want to assign a size of 1 KB to each message file. This eliminates the time associated with calculating a file's actual size.

POP3 client users can enable this option by using the *userID*:s login option when initiating their POP session. For more information, see "User ID Login Options" on page 687.

**Number of Days Prior to Today to Get Messages From:** This option applies only if you've selected Allow Access.

Select the number of days to go back to look for GroupWise Mailbox messages to download to the POP3 client. The default is 30 days.

POP3 client users can override this option by using the *userID*:t=*x* login option when initiating their POP session. For more information, see "User ID Login Options" on page 687.

**Maximum Number of Messages to Download:** This option applies only if you've selected Allow Access.

Controlling User Access   **709**

DEFENDANT'S EXHIBIT NO. 324.0710

Select the maximum number of messages a user can download at one time from a GroupWise Mailbox to a POP3 client. The default is 100 messages.

POP3 client users can override this option by using the *userID:l=x* login option when initiating their POP session. For more information, see "User ID Login Options" on page 687.

**9** Click OK to display the Select GroupWise Object dialog box.



**10** Click Domains, Post Offices, Distribution Lists, or Users to display the list you want.

**11** In the list, select the domain, post office, distribution list, or user you want, then click Add to add the object as a member in the class. You can Control+click or Shift+click to select multiple users.



**12** To add additional domains, post offices, distribution lists or users as members of the class of service, select the class of server, then click Add to display the Select GroupWise Object dialog box.

**13** Click OK (on the Settings page) when finished adding members.

SAMNDCA630-07873715

DEFENDANT'S EXHIBIT NO. 324.0711

# Testing Access Control Settings

If you've created multiple classes of service, you might not know exactly which settings are being applied to a specific object (domain, post office, distribution list, or user) and which class of service the setting is coming from. To discover an object's settings, you can test the object's access.

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click Access Control > Settings to display the Access Control Settings page.



**3** Click Test to display the Select GroupWise Object dialog box.



You use this dialog box to select the object (domain, post office, distribution list, or user) whose access you want to test.

**4** Click Domains, Post Offices, Distribution Lists, or Users to display the list you want. For example, if you want to see what access an individual user has, click Users.

**5** In the list, select the object you want to view, then click View Access.

The tabbed pages show the access control settings for SMTP Incoming, SMTP Outgoing, IMAP4, and POP3 as they are applied to that user, distribution list, post office, or domain.

SAMNDCA630-07873716

DEFENDANT'S EXHIBIT NO. 324.0712



**6** To view the source for a specific setting, select the setting in the Setting box

The Setting Source fields display the class of service being applied to the object. It also displays the Member ID through which the class is being applied.



**7** When finished, click OK.

# Maintaining the Access Control Database

The Access Control database stores the information for the various classes of service you have created. If any problems occur with a class of service, you can validate the database to check for errors with the records and indexes contained in the database. If errors are found, you can recover the database.

The Access database, gwac.db, is located in the *domain*\wpgate\*gwia* directory.

* "Validating the Database" on page 713
* "Recovering the Database" on page 713

SAMNDCA630-07873717

DEFENDANT'S EXHIBIT NO. 324.0713

## Validating the Database

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click Access Control > Database Management to display the Database Management page.



**3** Click Validate Now.

**4** After the database has been validated, click OK.

**5** If errors were found, see Recovering the Database below.

## Recovering the Database

If you encountered errors when validating the database, you must recover the database. During the recovery process a new database is created and all intact records are copied to the new database. Some records might not be intact, so you should check the classes of services to see if any information was lost.

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click Access Control > Database Management to display the Database Management page.

SAMNDCA630-07873718



**3** Click Recover Now.

**4** Click OK.

**5** Check your class of service list to make sure that it is complete.

SAMNDCA630-07873719

# 50 Setting Up Accounting

The Internet Agent can supply accounting information for all messages, including information such as the message's source, priority, size, and destination.

The accounting file is an ASCII-delimited text file that records the source, priority, message type, destination, and other information about each message sent through the gateway. The file, which is updated daily at midnight (and each time the Internet Agent restarts, is called acct and is located in the *xxx*.prc directory. If no accountant is specified for the gateway in ConsoleOne[R], the file is deleted and re-created each day. Follow the steps below to set up accounting.

- "Selecting an Accountant" on page 715
- "Enabling Accounting" on page 716
- "Understanding the Accounting File's Fields" on page 717

## Selecting an Accountant

You can select one or more GroupWise[R] users to be accountants. Every day at midnight, each accountant receives an accounting file (acct) that contains information about the messages the gateway sent that day.

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click GroupWise > Gateway Administrators to display the Gateway Administrators page.



**3** Click Add, browse for and select the user you want to add, then click OK to add the user to the list of administrators.

SAMNDCA630-07873720

**4** Select the user in the list of administrators, then click Accountant.



**5** Click OK to save the changes.

# Enabling Accounting

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click GroupWise > Optional Gateway Settings to display the Optional Gateway Settings page.



**3** Set Accounting to Yes.

**4** Set Correlation Enabled to Yes.

**5** Click OK.

SAMNDCA630-07873721

DEFENDANT'S EXHIBIT NO. 324.0717

# Understanding the Accounting File's Fields

The following is an Accounting file entry for a single event. Each field in the entry is described below.

```
O,11/25/2002,21:58:39,3DE29CD2.14E:7:6953,
Mail,2,Provo,Research,jsmith,48909,Meeting
Agenda,Provo,GWIA,sde23a9f.001,MIME,hjones@novell.com,1,2,11388,0
```

| Field | Example | Description |
|---|---|---|
| Inbound/Outbound | O | Displays I for inbound messages and O for outbound messages |
| Date | 11/25/2004 | The date the message was processed. |
| Time | 21:58:39 | The time the message was processed. |
| GroupWise message ID | 3DE29CD2.14E:7:6953 | The unique GroupWise ID assigned to the message. |
| GroupWise message type | Mail | Mail message, appointment, task, note, or phone message for outbound messages. Unknown for inbound messages. |
| GroupWise message priority | 2 | High priority = 1 Normal priority = 2 Low priority = 3 |
| GroupWise user's domain | Provo | The domain in which the GroupWise user resides. |
| GroupWise user's post office | Research | The post office where the GroupWise user's mailbox resides. |
| GroupWise user's ID | jsmith | The GroupWise user's ID. For outbound messages, the GroupWise user is the message sender. For inbound messages, the GroupWise user is the message recipient. |
| GroupWise user's account ID | 48909 | The GroupWise user's account ID. The account ID is assigned on the user's GroupWise Account page (ConsoleOne > User object > GroupWise tab > Account page). |
| Message subject | Meeting Agenda | The message's Subject line. Only the first 32 characters are displayed. |
| Gateway domain | Provo | The domain where the Internet Agent resides. |
| Gateway name | GWIA | The Internet Agent's name. |
| Foreign message ID | sde23a9f.001 | A unique ID for outbound messages. The identifier before the period (sde23a9f) uniquely identifies a message. The identifier after the period (001) is incremented by one for each message sent. |
| Foreign message type | MIME | The message type (MIME, etc.) |

SAMNDCA630-07873722

| Field | Example | Description |
|---|---|---|
| Foreign user's address | hjones@novell.com | The foreign user's e-mail address. For inbound messages, the foreign user is the message sender. For outbound messages, the foreign user is the message recipient. |
| Recipient count | 1 | The number of recipients. |
| Attachment count | 2 | The number of attached files. The total count includes the message. |
| Message size | 11388 | The total size, in bytes, of the message and its attachments. |
| Other | 0 | Not used. |

SAMNDCA630-07873723

DEFENDANT'S EXHIBIT NO. 324.0719

# 51  Blocking Unwanted E-Mail

The GroupWise[*] Internet Agent includes the following features to help you protect your GroupWise system and users from unwanted e-mail:

- "Real-Time Blacklists" on page 719
- "Access Control Lists" on page 721
- "Blocked.txt File" on page 721
- "Mailbomb (Spam) Protection" on page 722
- "SMTP Host Authentication" on page 723
- "Unidentified Host Rejection" on page 723

## Real-Time Blacklists

Many organizations, such as Mail Abuse Prevention System (MAPS*), Open Relay DataBase (ORDB), and SpamCop*, provide lists of IP addresses that are known to be open relay hosts or spam hosts. If you want to use free blacklist services such as these, or if you subscribe to fee-based services, you can define the blacklist addresses for these services. The Internet Agent will then use the defined services to ensure that no messages are received from blacklisted hosts. The following sections provide information to help you define blacklist addresses and, if necessary, override a host address included in a blacklist.

- "Defining a Blacklist Address" on page 719
- "Overriding a Blacklist" on page 721

## Defining a Blacklist Address

**1** In ConsoleOne[*], right-click the Internet Agent object, then click Properties.

**2** Click Access Control > Blacklists to display the Blacklists page.

SAMNDCA630-07873724



The Blacklist Addresses list displays the addresses of all blacklists that the Internet Agent will check when it receives a message from another SMTP host. The Internet Agent checks the first blacklist and continues checking lists until the sending SMTP host's IP address is found or all lists have been checked. If the sending SMTP host's IP address is included on any of the blacklists, the message is rejected. If you have the Internet Agent's logging level set to Verbose, the log file includes information about the rejected message and the referring blacklist.

This list corresponds with the Internet Agent's /rbl switch.

**3** Click Add to display the New Blacklist Address dialog box.



The following list provides the names, Web sites, and blacklist addresses for several services that were free at the time of this release:

| Service | Site | Address |
| --- | --- | --- |
| Mail Abuse Prevention System (MAPS) | www.mail-abuse.org | blackholes.mail-abuse.org |
| Open Relay DataBase (ORDB) | www.ordb.org | relays.ordb.org |
| SpamCop | www.spamcop.net | bl.spamcop.net |

**4** Type the blacklist address in the Address box, then click OK to add the address Blacklist Addresses list.

**5** If you have multiple blacklists in the Blacklist Addresses list, use the up-arrow and down-arrow to position the blacklists in the order you want them checked. The Internet Agent checks the blacklists in the order they are listed, from top to bottom.

**6** Click OK to save your changes.

SAMNDCA630-07873725

## Overriding a Blacklist

In some cases, a blacklist might contain a host from which you still want to receive messages. For example, goodhost.com has been accidentally added to a blacklist but you still want to receive messages from that host.

You can use the SMTP Incoming Exceptions list on a class of service to override a blacklist. For information about editing or creating a class of service, see "Creating a Class of Service" on page 706.

# Access Control Lists

If you want to block specific hosts yourself rather than use a blacklist (in other words, create your own blacklist), you can configure a class of service that prevents messages from those hosts. You do this on the Internet Agent object's Access Control Settings page by editing the desired class of service to add the hosts to the Prevent Messages From exception list on the SMTP Incoming tab. For example, if you wanted to block all messages from badhost.com, you could edit the default class of service to add badhost.com to the list of prevented hosts.

For information about editing or creating a class of service, see "Creating a Class of Service" on page 706.

# Blocked.txt File

ConsoleOne creates a blocked.txt file that includes all the hosts that have been added to the Prevent Messages From exceptions list for the default class of service (see Chapter 49, "Controlling User Access," on page 705).

You can manually edit the blocked.txt file to add or remove hosts. To maintain consistency for your system, you can also copy the list to other Internet Agent installations.

To manually edit the blocked.txt file:

**1** Open the blocked.txt file in a text editor.

**2** Add the host addresses.

The entry format is:

```
address1
address2
address3
```

where *address* is either a hostname or an IP address. You can block on any octet. For example:

| IP Address | Blocks |
|---|---|
| *.*.*.34 | Any IP address ending with 34 |
| 172.16.*.34 | Any IP address starting with 172.16 and ending with 34 |
| 172.16.10-34.* | Any IP address starting with 172.16 and any octet from 10 to 34 |

You can block on any segment of the hostname. For example:

SAMNDCA630-07873726

| Hostname | Blocks |
|---|---|
| provo*.novell.com | provo.novell.com<br>provo1.novell.com<br>provo2.novell.com |
| *.novell.com | gw.novell.com (but not novell.com itself) |

There is no limit to the number of IP addresses and hostnames that you can block in the blocked.txt file

**3** Save the file as blocked.txt.

# Mailbomb (Spam) Protection

You can protect your system against mailbombs (spam). With mailbomb protection enabled, if the Internet Agent receives a certain number of messages (the default is 30) from the same host or IP address within a specific time interval (the default is 10 seconds), it discards the messages.

To enable mailbomb protection or configure the mailbomb settings:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Security Settings to display the Security Settings page.



**3** Turn on the Enable Mailbox Protection option.

**4** In the Mailbomb Threshold fields, select the message number and time interval to be used.

Any group of messages that exceeds the specified threshold settings will be entirely discarded. If you want to prevent future mailbombs from the mailbomb sender, identify the sender's IP address (by looking at the Internet Agent's console), then modify the appropriate class of service to prevent mail being received from that IP address. For more information, see "Creating a Class of Service" on page 706.

SAMNDCA630-07873727

The time setting corresponds to the Internet Agent's /mbtime switch. The message count setting corresponds to the /mbcount switch.

**5** Click OK to save your changes.

# SMTP Host Authentication

The Internet Agent supports SMTP host authentication for both outbound and inbound message traffic.

- "Outbound Authentication" on page 723
- "Inbound Authentication" on page 723

## Outbound Authentication

For outbound authentication to other SMTP hosts, the Internet Agent requires that the remote SMTP hosts support the AUTH LOGIN authentication method. To set up outbound authentication:

**1** Include the remote SMTP host's domain name an authentication credentials in the gwauth.cfg file, located in the *domain*\wpgate\gwia directory. The format is:

```
domain name     authuser     authpassword
```

For example:

```
smtp.novell.com   remotehost   novell
```

**2** If you have multiple SMTP hosts that require authentication before they will accept messages from your system, create an entry for each host. Make sure to include a hard return after the last entry.

**3** If you want to allow the Internet Agent to send messages only to SMTP hosts listed in the gwauth.cfg file, use the following startup switch:

```
/forceoutboundauth
```

With the /forceoutboundauth switch enabled, if a message is sent to an SMTP host not listed in the gwauth.cfg file, the sender will receive an Undeliverable message.

## Inbound Authentication

For inbound authentication from other SMTP hosts, you can use the /forceinboundauth startup switch to ensure that the Internet Agent accepts messages only from SMTP hosts that use the AUTH LOGIN authentication method to provide a valid GroupWise user ID and password. The remote SMTP hosts can use any valid GroupWise user ID and password. However, for security reasons, we recommend that you create a dedicated GroupWise user account for remote SMTP host authentication.

# Unidentified Host Rejection

You can have the Internet Agent reject messages from unidentified sources. The Internet Agent will refuse messages from a host if a DNS reverse lookup shows that a "PTR" record does not exist for the IP address of the sender's host.

If you choose not to have the Internet Agent reject messages from unidentified hosts, it will accept messages from any host, but it will display a warning if the sender's host is not authentic.

SAMNDCA630-07873728

DEFENDANT'S EXHIBIT NO. 324.0724

To configure the Internet Agent to reject messages from unidentified hosts:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click SMTP/MIME > Security Settings to display the Security Settings page.



**3** Turn on the Reject Mail if Sender's Identity Cannot Be Verified option.

This setting corresponds with the Internet Agent's /rejbs switch.

**4** Click OK to save your changes.

SAMNDCA630-07873729

DEFENDANT'S EXHIBIT NO. 324.0725

# 52 Optimizing Speed and Reliability

The following sections provide information about some of the methods you can use to optimize the speed and reliability of the GroupWise[R] Internet Agent:

- "Relocating the Internet Agent's Processing Directories" on page 725
- "Increasing Internet Agent Speed" on page 726
- "Automating Reattachment to NetWare Servers" on page 728

## Relocating the Internet Agent's Processing Directories

The Internet Agent uses several directories to process message files. By default, when you install the Internet Agent to a NetWare[R] server, these directories are created under the Internet Agent's gateway directory (*domain*\wpgate\gwia). To increase performance, you can relocate these directories to the same server as the NetWare Internet Agent.

To define the location of the Internet Agent's directories:

**1** In ConsoleOne[R], right-click the Internet Agent object, then click Properties.

**2** Click Server Directories > Settings to display the Server Directories Settings page.



**3** Fill in the fields:

**Conversion Directory:** Select the directory where the Internet Agent will store temporary files for message conversion. The default directory is the 000.prc\gwwork directory, located

SAMNDCA630-07873730

under the *domain*\wpgate\gwia directory when using the NetWare or Linux Internet Agent, or the *c:\grpwise\gwia* directory when using the Windows Internet Agent.

If you type a path to a Windows drive (rather than using the Browse button to select the directory), you must use UNC path syntax.

This setting corresponds with the Internet Agent's /work switch.

**SMTP Queues Directory:** Select the directory where the Internet Agent will store messages being routed to and from the Internet. The default directory when using the NetWare or Linux Internet Agent is *domain*\wpgate\gwia. The default directory when using the Windows Internet Agent is the Internet Agent directory on the Windows server (by default, c:\grpwise\gwia). Four subdirectories are created under the SMTP queues directory: defer, send, receive, and result.

This setting corresponds with the Internet Agent's /dhome switch.

**4** Click the Advanced button.



**5** Fill in the field:

**SMTP Service Queues Directory:** If you want, specify a secondary SMTP queues directory for outbound messages. This secondary directory can be helpful for troubleshooting by providing a way to trap messages before they are routed to the Internet. You can also use the secondary directory to run third-party utilities such as a virus scanner on Internet-bound messages.

The Internet Agent will place all outbound messages in this secondary directory. The messages must then be moved manually (or by another application) to the primary SMTP queues' send directory (see Step 3) before the Internet Agent will route them to the Internet.

This setting corresponds with the /smtphome switch.

If you type a directory path rather than using the Browse button to select a directory, make sure you use UNC path syntax.

**6** Click OK to close the dialog box.

**7** Click OK to save the changes to the directory locations.

# Increasing Internet Agent Speed

You can implement the following procedures to help enhance the Internet Agent's processing speed:

- "Sending and Receiving Threads" on page 727
- "Changing the Maximum Packet Received Buffers" on page 727
- "Increasing Polling Time" on page 727
- "Decreasing the Timeout Cycles" on page 728

SAMNDCA630-07873731

## Sending and Receiving Threads

The Internet Agent uses sending and receiving threads to process incoming and outgoing messages. The more threads you make available, the more messages the Internet Agent can process concurrently. However, threads place a demand on the station's resources. Too many threads can monopolize memory and CPU utilization.

Make sure you balance your processing speed requirements with the other applications running on the same server as the Internet Agent.

For information about adjusting the SMTP sending and receiving threads, see "Configuring Basic SMTP/MIME Settings" on page 661.

## Changing the Maximum Packet Received Buffers

This option is available only for the NetWare version. If you leave the send and receive threads at their default settings, you probably will not need to change the Maximum Packet Received Buffers parameter. However, if you significantly increase the number of send and receive threads, you should increase the default Maximum Packet Received Buffers parameter to better accommodate the SMTP processes. You must change this parameter at the server.

## Increasing Polling Time

Incoming and outgoing messages are stored in priority queues. The Internet Agent polls these queues and then forwards the messages for distribution. The Time option lets you control how often the Internet Agent polls these queuing directories. Make sure you balance polling time requirements with the other applications running on the same server as the Internet Agent.

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click GroupWise > Gateway Time Settings to display the Gateway Time Settings page.



**3** Modify the following settings:

**Idle Sleep Duration:** Select the time, in seconds, you want the Internet Agent to idle after it has processed its queues. A low setting, such as 5 seconds, speeds up processing but requires

SAMNDCA630-07873732

more resources. A higher setting slows down the Internet Agent but requires fewer resources by reducing the number of network polling scans.

**Snap Shot Interval:** The Snap Shot Interval is a sliding interval you can use to monitor Internet Agent activity. For example, if the Snap Shot Interval remains at the default (10 minutes), the Snap Shot columns in the console display only the previous 10 minutes of activity.

4 Click OK to save the changes.

## Decreasing the Timeout Cycles

The Internet Agent has a series of switches that control its timeout settings. By decreasing the default time of the timeout cycles you may be able to slightly increase the Internet Agent speed. However, the timeout cycles do not place an extremely significant burden on the overall performance of the Internet Agent so the effect may be minimal. You should consider this option only after you have tried everything else.

For information about configuring the timout settings in ConsoleOne, see "Configuring the SMTP Timeout Settings" on page 669. For information about configuring the settings using startup switches, see "Timeouts" on page 786.

# Automating Reattachment to NetWare Servers

You can specify the reattach information for the Windows Internet Agent in ConsoleOne. Whenever the Windows Internet Agent loses its connection to a post office that is on a NetWare server, it will read the reattach information from the domain database and attempt to reattach to the NetWare server.

The NetWare Internet Agent does not use this information. To reattach to NetWare servers where users' post offices reside, the NetWare Internet Agent uses the user ID and password specified during installation. This user ID and password are entered in the gwia.cfg file. For more information, see "Required Switches" on page 771.

To specify the reattachment information for the Windows Internet Agent:

1 In ConsoleOne, right-click the Internet Agent object, then click Properties.

2 Click Reattach > Settings to display the Reattach Settings page.

SAMNDCA630-07873733



**3** Define the following properties:

**Tree:** Enter the Novell eDirectory™ tree that the Internet Agent logs in to. If the Internet Agent does not use an eDirectory user account, leave this field blank.

**Context:** Enter the eDirectory context of the Internet Agent's user account. If the Internet Agent does not use an eDirectory user account, leave this field blank.

**User ID:** Enter the name of the user account.

**Password:** Enter the password for the user account.

**4** Click OK.

SAMNDCA630-07873734

SAMNDCA630-07873735

DEFENDANT'S EXHIBIT NO. 324.0731

# 53 Monitoring Internet Agent Operations

You can monitor the operation of the GroupWise[K] Internet Agent by using several different diagnostic tools. Each provides important and helpful information about the status of the Internet Agent and how it is currently functioning. Choose from the titles listed below to learn more about how to monitor the operations of the Internet Agent.

- "Monitoring the Internet Agent through the Server Console" on page 731
- "Monitoring the Internet Agent through the Web Console" on page 742
- "Monitoring the Internet Agent through NetWare 6.5 Remote Manager" on page 744
- "Monitoring the Internet Agent through an SNMP Management Console" on page 745
- "Assigning Operators to Receive Warning and Error Messages" on page 745
- "Using Internet Agent Log Files" on page 746
- "Shutting Down the Internet Agent" on page 751

## Monitoring the Internet Agent through the Server Console

The Internet Agent console is displayed on the NetWare[K] server, the Windows server, or Linux where the Internet Agent is running. If the Internet Agent is running as a Windows service under the Local System User, it is displayed on the desktop only if the Allow Service to Interact with Desktop option was selected during installation or has been configured on the Internet Agent service's General property page.

The Internet Agent console on a Windows server is shown below. The console on a NetWare or Linux server displays the same information.



SAMNDCA630-07873736

DEFENDANT'S EXHIBIT NO. 324.0732

Refer to the following sections for information about the specific sections and functionality included in the console:

- "Description" on page 732
- "Status" on page 732
- "Statistics" on page 733
- "Logging" on page 739
- "Menu Functions" on page 740

## Description

The description section of the console, shown below, identifies the Internet Agent and displays how long its has been running.



**Domain.Gateway:** Displays the domain and Internet Agent names.

**Up Time:** Displays the total length of time the Internet Agent has been running. If the Internet Agent terminates unexpectedly (such as in a power outage), the Up Time display will not reset to 0. It will show the total time elapsed since the Internet Agent was last loaded after a proper termination.

**Description:** Displays any descriptive information provided on the Internet Agent object's Identification page (Internet Agent object > GroupWise tab > Identification page).

## Status

The Status section of the console, shown below, provides a quick look at the Internet Agent's current message processing activity, network connectivity, and information logging level.

SAMNDCA630-07873737



**Processing:** Displays a rotating bar if the Internet Agent is running. If there is no bar, or if the bar is stationary for more than one minute, the Internet Agent is not running.

**GroupWise:** Displays whether the Internet Agent's network connection is OPEN or CLOSED. This network connection is the Internet Agent's only link to GroupWise. The status indicates whether or not the Internet Agent can write to the wpcsin directory and access the wpcsout directory. The Internet Agent does a scan each cycle to see if these directories exist. If the status is CLOSED, the Internet Agent will attempt to reattach to the network.

It is normal for this field to display the word CLOSED for a minute or so after you start the Internet Agent. However, if the connection remains CLOSED, look for the wpcsin and wpcsout directories. If they are not created yet, start the Message Transfer Agent.

**Other Link:** This field does not apply to the Internet Agent. It will always say OPEN.

**Program:** Displays the processing cycle. You can use the Gateway Time Settings page (Internet Agent object > GroupWise tab > Gateway Time Settings page) to adjust the processing cycle.

**Log Level:** Displays the logging level the Internet Agent is currently using. The logging level determines how much data is displayed on the message portion of this screen and written to the log file. You can use the console menu options to override the default setting for the current session. For information, see "Logging" on page 739

## Statistics

The Statistics section of the console can display five different sets of information:

- "Message Statistics" on page 733
- "SMTP Service Statistics" on page 734
- "POP Service Statistics" on page 736
- "IMAP Service Statistics" on page 737
- "LDAP Service Statistics" on page 739

### Message Statistics

The Message Statistics section of the console, shown below, is the default statistics section displayed by the Internet Agent console.

SAMNDCA630-07873738



The Message Statistics shows the number of inbound and outbound messages processed by the Internet Agent. The Out and In columns display the cumulative message totals while the 10 Minutes columns display snap shot totals for the last ten minutes. You change the time interval of the 10 Minutes column in ConsoleOne. For instructions, see "Increasing Polling Time" on page 727.

**Normal:** Displays the number of inbound and outbound messages processed by the Internet Agent.

**Status:** Displays the number of inbound and outbound status messages processed by the Internet Agent. The amount of status message traffic depends on the Outbound Status level (ConsoleOne > Internet Agent object > GroupWise tab > Optional Gateway Settings page). If the Outbound Status level is set to Full, more status messages are generated. If the Outbound Status level is set to Undelivered, fewer status messages are generated.

**Passthrough:** Displays the number of inbound and outbound passthrough messages the Internet Agent has processed.

**Convert Errors:** Outbound messages are converted from GroupWise® format to MIME or RFC-822 format. Inbound messages are converted to GroupWise format. This field displays the number of inbound and outbound messages that the Internet Agent could not convert.

**Communication:** Displays the number of communication errors encountered by the Internet Agent.

**Total Bytes:** Displays the total number of bytes of inbound and outbound messages processed by the Internet Agent.

## SMTP Service Statistics

The SMTP Service Statistics section, shown below, includes only the information for messages processed by the Internet Agent's SMTP daemon.

In the NetWare Internet Agent's console, press F10-Options, then F9-Stats to switch to the SMTP Service Statistics.

In the Windows Internet Agent's console, select the Statistics menu, then click SMTP Service.

SAMNDCA630-07873739

DEFENDANT'S EXHIBIT NO. 324.0735



**Messages Sent:** Displays the total number of SMTP messages sent by the Internet Agent during its current up time.

**Send Threads:** The first number displays the number of threads currently being used to send SMTP messages. The second number displays the number of threads still available to the Internet Agent for sending SMTP messages. This will be the total number of assigned send threads (by default, 8) minus the currently used threads. You can change the total number of assigned SMTP send threads in ConsoleOne (Internet Agent object > SMTP/MIME tab > Settings page). For more information, see "Configuring Basic SMTP/MIME Settings" on page 661.

**Messages Received:** Displays the total number of SMTP messages received by the Internet Agent during its current up time.

**Receive Threads:** The first number is the number of threads currently being used to receive SMTP messages. The second number is the number of threads still available to the Internet Agent for receiving SMTP messages. This will be the total number of assigned receive threads (by default, 16) minus the currently used threads. You can change the total number of assigned SMTP receive threads in ConsoleOne (Internet Agent object > SMTP/MIME tab > Settings page). For more information, see "Configuring Basic SMTP/MIME Settings" on page 661.

**MX Lookup Errors:** To resolve hostnames to IP addresses, the Internet Agent performs MX record lookups in DNS. This field displays the number of MX record lookups that failed.

**Unknown Hosts:** Displays the number of SMTP hosts that the Internet Agent could not establish a connection with because the hostname could not be resolved to an IP address.

**TCP/IP Read Errors:** Displays the number of TCP read errors encountered by the Internet Agent. A TCP read error occurs if the Internet Agent connects successfully to another SMTP host but is unable to process a TCP read command during the message transfer.

**TCP/IP Write Errors:** Displays the number of TCP write errors encountered by the Internet Agent. A TCP write error occurs if the Internet Agent connects successfully to another SMTP host but is unable to process a TCP write command during the message transfer.

**Hosts Down:** Displays the number of SMTP hosts that the Internet Agent could not establish a connection with in order to send or receive messages. The Internet Agent was able to resolve the hostname to an IP address, but the connection could not be established.

**Connections Denied:** Displays the number of connections denied by the Internet Agent. A connection will be denied if the host is blocked through:

SAMNDCA630-07873740

DEFENDANT'S EXHIBIT NO. 324.0736

- A Class of Service (ConsoleOne > Internet Agent object > Access Control tab > Settings page). For more information, see Chapter 49, "Controlling User Access," on page 705.

- A blacklist (ConsoleOne > Internet Agent object > Access Control tab > Blacklists page). For more information, see Chapter 51, "Blocking Unwanted E-Mail," on page 719.

- The Reject Mail if Sender's Identity Cannot Be Verified setting (ConsoleOne > Internet Agent object > SMTP/MIME tab > Security Settings page), if it is enabled and the sender's identity can not be verified. For more information, see "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668.

**Message Size Denied:** Displays the number of SMTP messages that the Internet Agent would not send or receive because they exceeded the maximum message size. You can change the maximum message size in ConsoleOne (Internet Agent object > Access Control tab > Settings page > edit class of service > SMTP Incoming tab or SMTP Outgoing tab). For more information, see Chapter 49, "Controlling User Access," on page 705.

**Relaying Denied:** Displays the number of relay messages denied by the Internet Agent. A relay message will be denied for the following reasons:

- The Internet Agent is not enabled as a relay host (ConsoleOne > Internet Agent object > Access Control tab > SMTP Relay Settings). For more information, see "Enabling SMTP Relaying" on page 674.

- The relay message could not be authenticated.

## POP Service Statistics

The POP Service Statistics section, shown below, provides information about the POP activity handled by the Internet Agent.

In the NetWare Internet Agent's console, press F10-Options, then F9-Stats to switch to the POP Service Statistics.

In the Windows Internet Agent's console, select the Statistics menu, then click POP Service.



**Total Sessions:** Displays the total number of POP3 sessions processed by the Internet Agent during its current up time.

**Active Sessions:** Displays the number of currently active POP3 sessions.

SAMNDCA630-07873741

DEFENDANT'S EXHIBIT NO. 324.0737

**Sessions Available:** Displays the number of threads still available to the Internet Agent for POP3 sessions. This will be the total number of assigned POP3 threads (by default, 10) minus the active sessions. You can change the total number of assigned POP3 threads in ConsoleOne (Internet Agent object > POP3/IMAP4 tab > Settings page). For more information, see Chapter , "Configuring POP3/IMAP4 Services," on page 684.

**Messages Sent:** Displays the total number of GroupWise mailbox messages retrieved through POP3 sessions.

**Retrieve Errors:** Displays the number of errors generated because the Internet Agent could not transfer messages to the POP3 client.

**Conversion Errors:** Displays the number of errors generated because the Internet Agent could not convert retrieved GroupWise messages to MIME format.

**Store Login Errors:** Displays the number of GroupWise user logins that failed because the users' GroupWise mailboxes were unavailable (for example, the post office is down or the Internet Agent link to the post office is down).

**Authentication Errors:** Displays the number of GroupWise user logins that failed because the user supplied an incorrect password.

**Unknown Users:** Displays the number of user logins that failed because the user does not exist in the GroupWise system.

**Denied Access Count:** Displays the number of POP3 sessions that were denied because the user does not have POP3 access. POP3 access is controlled through the user's Class of Service assignment (ConsoleOne > Internet Agent object > Access Control tab > Settings page). For more information, see Chapter 49, "Controlling User Access," on page 705.

**TCP/IP Read Errors:** Displays the number of TCP read errors encountered by the Internet Agent. A TCP read error occurs if the Internet Agent successfully opens a POP3 session but is unable to process a TCP read command during the session.

**TCP/IP Write Errors:** Displays the number of TCP write errors encountered by the Internet Agent. A TCP write error occurs if the Internet Agent successfully opens a POP3 session but is unable to process a TCP write command during the session.

## IMAP Service Statistics

The IMAP Service Statistics section, shown below, provides information about the IMAP activity handled by the Internet Agent.

In the NetWare Internet Agent's console, press F10-Options, then F9-Stats to switch to the IMAP Service Statistics.

In the Windows Internet Agent's console, select the Statistics menu, then click IMAP Service.

SAMNDCA630-07873742



**Total Sessions:** Displays the total number of IMAP4 sessions processed by the Internet Agent during its current up time.

**Active Sessions:** Displays the number of currently active IMAP4 sessions.

**Sessions Available:** Displays the number of threads still available to the Internet Agent for IMAP4 sessions. This will be the total number of assigned IMAP4 threads (by default, 10) minus the active sessions. You can change the total number of assigned IMAP4 threads in ConsoleOne (Internet Agent object > POP3/IMAP4 tab > Settings page). For more information, see Chapter , "Configuring POP3/IMAP4 Services," on page 684.

**Messages Sent:** Displays the total number of GroupWise mailbox messages retrieved through IMAP4 sessions.

**Retrieve Errors:** Displays the number of errors generated because the Internet Agent could not transfer messages to the IMAP4 client.

**Conversion Errors:** Displays the number of errors generated because the Internet Agent could not convert retrieved GroupWise messages to MIME format.

**Store Login Errors:** Displays the number of GroupWise user logins that failed because the users' GroupWise mailboxes were unavailable (for example, the post office is down or the Internet Agent link to the post office is down).

**Authentication Errors:** Displays the number of GroupWise user logins that failed because the user supplied an incorrect password.

**Unknown Users:** Displays the number of user logins that failed because the user does not exist in the GroupWise system.

**Denied Access Count:** Displays the number of IMAP4 sessions that were denied because the user does not have IMAP4 access. IMAP4 access is controlled through the user's Class of Service assignment (ConsoleOne > Internet Agent object > Access Control tab > Settings page). For more information, see Chapter 49, "Controlling User Access," on page 705.

**TCP/IP Read Errors:** Displays the number of TCP read errors encountered by the Internet Agent. A TCP read error occurs if the Internet Agent successfully opens a IMAP4 session but is unable to process a TCP read command during the session.

**TCP/IP Write Errors:** Displays the number of TCP write errors encountered by the Internet Agent. A TCP write error occurs if the Internet Agent successfully opens an IMAP4 session but is unable to process a TCP write command during the session.

SAMNDCA630-07873743

**LDAP Service Statistics**

The LDAP Service Statistics section, shown below, provides information about the LDAP activity handled by the Internet Agent.

In the NetWare Internet Agent's console, press F10-Options, then F9-Stats to switch to the LDAP Service Statistics.

In the Windows Internet Agent's console, select the Statistics menu, then click LDAP Service.



**Public Sessions:** Displays the total number of LDAP sessions handled by the Internet Agent.

**Authenticated Sessions:** This field is not used.

**Sessions Active:** Displays the total number of LDAP sessions currently being processed by the Internet Agent.

**Sessions Available:** Displays the number of threads still available to the Internet Agent for LDAP sessions. This will be the total number of assigned LDAP threads (by default, 10) minus the active sessions. You can change the total number of assigned LDAP threads in ConsoleOne (Internet Agent object > LDAP tab > Settings page). For more information, see Chapter , "Configuring LDAP Services," on page 682.

**Search Requests:** Displays the total number of LDAP queries against the GroupWise Address Book.

**Entries Returned:** Displays the total number of Address Book entries returned for the search requests. For example, a single search request might return 25 entries.

## Logging

The Logging section of the console, shown below, displays Internet Agent activity. The number and detail of these messages depend on the logging level you select. See Chapter , "Using Internet Agent Log Files," on page 746 for more information.

SAMNDCA630-07873744



## Menu Functions

The following sections explain the menu options available in the Internet Agent console:

- "NetWare Internet Agent Console" on page 740
- "Windows Internet Agent Console" on page 741

### NetWare Internet Agent Console

The menu functions on the NetWare Internet Agent console provide you with the following options.

**F6-Restart:** Select this option to restart the Internet Agent. The Internet Agent will reread all of its configuration files (gwia.cfg, blocked.txt, gwauth.cfg, route.cfg, and so forth).

**F7-Exit:** Select this option to terminate the Internet Agent and return to the system prompt.

**F8-Info:** Select this option to display the Internet Agent configuration information in the Logging section of the console and in the log file.

**F9-Browse Log File:** Select this option to browse the log file. The following browse options are displayed:

- **F1-Cancel Browse:** Select this option to exit browse mode and to return to the console.
- **F2-Search Log:** Select this option to search for a text string within the log file.
- **Up-arrow, Down-arrow:** Press the Up-arrow and Down-arrow keys to scroll one line at a time.
- **PgUp, PgDn:** Press the Page Up and Page Down keys to scroll one screen at a time.
- **H, H, Up-Arrow:** Press Home, Home, and the Up-arrow to move to the top of the log file.
- **H, H, Down-Arrow:** Press Home, Home, and the Down-arrow to move to the bottom of the log file.

**F-10 Options:** Select this option to display the options menu. The following options are displayed:

- **F1-Exit Options:** Select this option to return to the main Internet Agent console screen.

SAMNDCA630-07873745

- **F2-Log Level:** Select this option to toggle between log levels. This option overrides the default log level set in the Log Settings page (Internet Agent object > GroupWise tab > Log Settings page) or the /loglevel switch in the startup file for the current session.

- **F6-Colors:** Select this option to scroll through the several color options. This option is useful if the Internet Agent station has a monochrome monitor. You can also use this option to help you quickly identify an Internet Agent if more than one is running.

- **F8-Zero Stats:** Select this option to reset the values in the Statistics section of the screen.

- **F9-Stats:** Select this option to scroll through the SMTP service statistics, POP service statistics, IMAP service statistics, and LDAP service statistics.

## Windows Internet Agent Console

The menu functions on the Windows Internet Agent console provide you with the following options.

**File > Restart (F6):** Select this option to restart the Internet Agent. The Internet Agent will reread all of its configuration files (gwia.cfg, blocked.txt, gwauth.cfg, route.cfg and so forth).

**File > Exit (F7):** Select this option to terminate the Internet Agent and return to the system prompt.

**Configuration > Agent Settings (F5):** Select this option to display the Internet Agent configuration information.

**Configuration > Edit Startup File:** Select this option to open the gwia.cfg file in the default text editor.

**Log > Cycle Log:** Select this option to close the current log file and start a new one.

**Log > View Log:** Select this option to view the log files.

**Log > Log Settings:** Select this option to set the logging level, turn on or off disk logging, and configure the maximum log file size and disk space. These changes apply only to the current session.

**Statistics > Message:** Select this option to display the Message statistics. For information about the Message statistics, see "Message Statistics" on page 733.

**Statistics > SMTP Service:** Select this option to display the SMTP Service statistics. For information about the SMTP Service statistics, see "SMTP Service Statistics" on page 734.

**Statistics > POP Service:** Select this option to display the POP Service statistics. For information about the POP Service statistics, see "POP Service Statistics" on page 736.

**Statistics > IMAP Service:** Select this option to display the IMAP Service statistics. For information about the IMAP Service statistics, see "IMAP Service Statistics" on page 737.

**Statistics > LDAP Service:** Select this option to display the LDAP Service statistics. For information about the LDAP Service statistics, see "LDAP Service Statistics" on page 739.

**Statistics > Zero Statistics (F8):** Select this option to reset the Message, SMTP, POP, IMAP, and LDAP statistics.

SAMNDCA630-07873746

# Monitoring the Internet Agent through the Web Console

You can use a Web browser interface, referred to as the Web console, to monitor the Internet Agent. You cannot use the Internet Agent Web console to change any of the Internet Agent's settings. Changes must be made through ConsoleOne, the server console, or the startup file.

- "Enabling the Web Console" on page 742
- "Monitoring the Internet Agent" on page 743

## Enabling the Web Console

If, during installation, you enabled the Web console, you can skip this section and continue with the next section, Monitoring the Internet Agent. If you did not, you need to complete the steps in one of the following sections to enable the Web console.

- "Using ConsoleOne" on page 742
- "Using Startup Switches" on page 743

### Using ConsoleOne

1 In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

2 Click GroupWise > Network Address to display the Network Address page.



3 In the HTTP Port field, enter a port number. We recommend that you use port 9850 if it is not already in use on the Internet Agent's server.

Assigning a port number enables the Web console; assigning 0 as the port number disables the Web console.

Any user who knows the Internet Agent's IP address (or hostname) and the HTTP port number will be able to use the Web console. If you want to restrict Web console access, you can assign a username and password. To do so:

4 Click the GroupWise tab, then click Optional Gateway Settings to display the Optional Gateway Settings page.

SAMNDCA630-07873747



**5** In the HTTP User Name field, enter an arbitrary username (for example, gwia).

**6** Click Set Password to assign a password (for example, monitor).

**7** Click OK to save your changes.

### Using Startup Switches

You can use the following startup switch in the gwia.cfg file to enable the Web console:

```
/httpport-number
```

We recommend that you use port 9850 if it is not already in use on the Internet Agent's server. For example:

```
/httpport-9850
```

If you want to restrict Web console access to the Internet Agent, you can use the following startup switches to designate a username and password:

```
/httpuser=username /httppassword=password
```

where *username* is an arbitrary name and *password* is any password. For example, you could use "gwia" for the username and "monitor" for the password.

If, during installation, you enabled the Web console, these startup switches were automatically added to the Internet Agent's gwia.cfg file. If the Web console was not enabled during installation, you need to edit the gwia.cfg file and add the switches.

For more information about startup switches, see Appendix 56, "Using Internet Agent Startup Switches," on page 765.

## Monitoring the Internet Agent

**1** In a Web browser, enter the following:

```
http://IP_address:agent_port (non-secure server)
```

or

```
https://IP_address:agent_port (secure server)
```

SAMNDCA630-07873748

where *IP address* is the IP address or hostname of the server where the Internet Agent is running, and *agent port* is the port number assigned to the agent. If you used the default port during installation, the port number is 9850.

**2** If prompted, enter the Web console username and password.

The Internet Agent Web console is displayed.



The Web console has four pages (Status, Configuration, Environment, and Log Files). You can click Help on any page for information about the page.

# Monitoring the Internet Agent through NetWare 6.5 Remote Manager

If the Internet Agent is running on a NetWare 6.5 server, you can use the IP Address Management feature in NetWare Remote Manager (NetWare Remote Manager > Manage Server > IP Address Management) to view the IP address and port configuration for the Internet Agent. This is also true for other GroupWise agents (MTA, POA, and WebAccess Agent) running on NetWare 6.5 servers.

**IMPORTANT:** If the Internet Agent is running in protected mode, it will not display in NetWare Remote Manager.

You access NetWare Remote Manager by entering the following URL in a Web browser:

`http://server address:8008`

For example:

`http://137.65.123.11:8008`

For more information about using NetWare Remote Manager, see the NetWare 6.5 documentation (http://www.novell.com/documentation/nw65).

SAMNDCA630-07873749

# Monitoring the Internet Agent through an SNMP Management Console

The Internet Agent can be monitored through an SNMP management console, such as the one provide with Novell[R] ZENworks[R] Server Management.

Before you can monitor the Internet Agent through an SNMP management console, you must compile the Internet Agent's MIB (Management Information Base) file. The Internet Agent's MIB file, named gwia.mib, is located in the agents\snmp directory on the *GroupWise 6.5 Administrator* CD or in the GroupWise[R] software distribution directory.

The MIB file contains all the Trap, Set, and Get variables used for communication between the Internet Agent and management console. The Trap variables provide warnings that point to current and potential problems. The Set variables allow you to configure portions of the application while it is still running. The Get variables display the current status of different processes of the application.

To compile the MIB file:

**1** Copy the Internet Agent MIB (gwia.mib) to the SNMP management console's MIB directory.

**2** Compile the MIB file.

**3** Create a profile that uses the Internet Agent MIB, then select that profile.

# Assigning Operators to Receive Warning and Error Messages

You can select GroupWise users to receive warning and error messages issued by the Internet Agent. Whenever the agent issues a warning or error, these users, called operators, receive a message in their mailboxes. You can specify one or more operators.

An operator can also shut down the Internet Agent by sending a mail message addressed as follows:

gwia:shutdown

where *gwia* is your Internet Agent's name.

To assign an operator:

**1** In ConsoleOne, right-click the Internet Agent object, then click Properties.

**2** Click GroupWise > Gateway Administrators to display the Gateway Administrators page.

SAMNDCA630-07873750



**3** Click Add, select a user, then click OK to add the user to the Gateway Administrators list.



**4** Make sure Operator is selected as the Administrator Role.

**5** If desired, add additional operators.

**6** Click OK.

# Using Internet Agent Log Files

You can use the Internet Agent logging options to help you monitor its operation. By default, the Internet Agent logs information to its server console, Web console, and to a log file on disk. You can control the following logging features:

♦ The type of information to log.

♦ Disabling disk logging (Windows Internet Agent only).

SAMNDCA630-07873751

- How long to retain log files.
- The maximum amount of disk space to use for log files.
- Where to store log files.

You can control logging through ConsoleOne[*], Internet Agent startup switches, and the Internet Agent console. The following table shows which logging options you can control from each location.

| | ConsoleOne | Startup Switches | NetWare Console | Windows Console |
|---|---|---|---|---|
| **Logging Level** | Yes | Yes | Yes | Yes |
| **Disk Logging** | No | No | No | Yes |
| **Maximum Log File Age** | Yes | Yes | No | Yes |
| **Maximum Disk Space** | Yes | Yes | No | Yes |
| **Log File Location** | Yes | Yes | No | No |

The log settings in ConsoleOne are used as the default settings. Startup switches override the ConsoleOne log settings, and console settings override startup switches. For information about modifying log settings through ConsoleOne, startup switches, or the Internet Agent console, see the following sections:

- "Modifying Log Settings in ConsoleOne" on page 747
- "Modifying Log Settings through Startup Switches" on page 749
- "Modifying Log Settings through the NetWare Internet Agent Console" on page 749
- "Modifying Log Settings through the Windows or Linux Internet Agent Console" on page 749

The following section explains how to view log files created by the Internet Agent:

- "Viewing Log Files" on page 750

## Modifying Log Settings in ConsoleOne

Through ConsoleOne, you can configure the following log settings:

- Log file location
- Logging level (applies to both console logging and disk logging)
- Maximum age for log files
- Maximum disk spaced used for log files

The ConsoleOne settings are the default settings. The Internet Agent will use these settings unless you override them in the gwia.cfg startup file (see "Modifying Log Settings through Startup Switches" on page 749) or the server console (see "Modifying Log Settings through the NetWare Internet Agent Console" on page 749 and "Modifying Log Settings through the Windows or Linux Internet Agent Console" on page 749).

To configure the default log settings in ConsoleOne:

**1** Right-click the Internet Agent object, then click Properties.

SAMNDCA630-07873752

**2** Click GroupWise > Log Settings to display the Log Settings page.



**3** Modify any of the following properties:

**Log File Path:** The Internet Agent creates a new log file each day and each time it is started. The log file is named *mmddgwia.nnn*, where *mm* is the month, *dd* is the day, and *nnn* is a sequenced number (001 for the first log file of the day, 002 for the second, and so forth).

By default, the log files will be saved to the *domain*\wpgate\gwia\000.prc directory for the NetWare* Internet Agent, c:\grpwise\gwia for the Windows Internet Agent, or /var/log/novell/groupwise/*domain_name*.gwia for Linux. If you want to specify a different location, enter the directory path or browse to and select the directory.

**Logging Level:** There are four logging levels:

* **Off:** Disables the logging function.

* **Normal:** Displays warnings and error messages. This is the preferred logging level.

* **Verbose:** Displays information about traffic, including non-delivery reports, in addition to warnings and error messages. Information includes the filename, path, message ID, and size of the message being processed; the IP address of any inbound SMTP connections; the Internet Agent-specific MSG number; and SMTP connection messages such as "Connect to novell.com" and "Accepted connection from 172.16.5.18 novell.com".

* **Diagnostic:** Displays detailed function calls made by the Internet Agent. This level is not useful for most troubleshooting. Verbose is better for standard troubleshooting.

The verbose and diagnostic logging levels do not degrade Internet Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Max Log File Age:** Specify the number of days you want the Internet Agent to retain old log files. The Internet Agent will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Max Log Disk Space:** Specify the maximum amount of disk space you want to use for log files. If the disk space limit is exceeded, the Internet Agent will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 65536 KB.

**4** Click OK to save the log settings.

SAMNDCA630-07873753

## Modifying Log Settings through Startup Switches

You can use startup switches to override any log settings you configured in ConsoleOne. See "Modifying Log Settings in ConsoleOne" on page 747.

To use a switch, you can:

* Add the switch to the command line. For example:

```
load gwia.nlm /ph-j:\domain\wpgate\gwia /loglevel-verbose
```

* Include the switch in the gwia.cfg file. The gwia.cfg file is located in the same directory as the Internet Agent program (typically sys:\system, c:\grpwise\gwia, or \domain\wpgate\gwia).

For information about the startup switches that can be used to modify log settings, see "Log File Switches" on page 800.

## Modifying Log Settings through the NetWare Internet Agent Console

You can use the NetWare Internet Agent console to set the logging level for the current session.

Changes you make to logging level at the console apply only to the current session. When you restart the Internet Agent, the logging level is reset to the settings specified in ConsoleOne or the startup switches. See "Modifying Log Settings in ConsoleOne" on page 747 and "Modifying Log Settings through Startup Switches" on page 749.

To modify the logging level:

1 At the NetWare Internet Agent's console, press F10-Options, then press F2-Log Level repeatedly to toggle among the available log levels:

* **Off:** Disables the logging function.

* **Normal:** Displays warnings and error messages. This is the preferred logging level.

* **Verbose:** Displays information about traffic, including non-delivery reports, in addition to warnings and error messages. Information includes the filename, path, message ID, and size of the message being processed; the IP address of any inbound SMTP connections; the Internet Agent-specific MSG number; and SMTP connection messages such as "Connect to novell.com" and "Accepted connection from 172.16.5.18 novell.com".

* **Diag:** Displays detailed function calls made by the Internet Agent. This level is not useful for most troubleshooting. Verbose is better for standard troubleshooting.

2 Press F1-Exit Options to return to the main console screen.

## Modifying Log Settings through the Windows or Linux Internet Agent Console

You can use the Windows Internet Agent console to override the following log settings for the current sessions:

* Disk logging on/off

* Log file location

* Logging level (applies to both console logging and disk logging)

* Maximum age for log files

* Maximum disk spaced used for log files

SAMNDCA630-07873754

DEFENDANT'S EXHIBIT NO. 324.0750

Changes you make to the log settings at the console apply only to the current session. When you restart the Internet Agent, the log level is reset to the level specified in ConsoleOne or the startup switches. See "Modifying Log Settings in ConsoleOne" on page 747 and "Modifying Log Settings through Startup Switches" on page 749.

To modify the log settings:

**1** In the Windows Internet Agent console, click the Log menu > Log Settings to display the Log Settings dialog box.



**2** Change the desired settings:

- **Log Level:** Select Normal to display warnings and error messages; this is the preferred logging level. Select Verbose to display information about traffic, including non-delivery reports, in addition to warnings and error messages. Information includes the filename, path, message ID, and size of the message being processed; the IP address of any inbound SMTP connections; the Internet Agent-specific MSG number; and SMTP connection messages such as "Connect to novell.com" and "Accepted connection from 172.16.5.18 novell.com".

- **Disk Logging:** Select On or Off to enable or disable logging of information to log files.

- **Maximum Log File Age:** Specify the number of days you want the Internet Agent to retain old log files. The Internet Agent will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

- **Maximum Log Disk Space:** Specify the maximum amount of disk space you want to use for log files. If the disk space limit is exceeded, the Internet Agent will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 65536 KB.

## Viewing Log Files

You can view the log file for the current session, or you can view archived log files. The current log file is viewable only through the Internet Agent console or Internet Agent Web console; archived files are viewable through the consoles or an ASCII text editor.

### Current Log File

The current log file is displayed in the Logging window of the Internet Agent console, with only the most current operations visible. The log file is complete, and includes the gateway startup and configuration information and ongoing operations logged by time, including the shutdown operation. You can browse the file from top to bottom or perform a search for any text string you want. You can also view the current log file from the Internet Agent Web console.

SAMNDCA630-07873755

**Archived Log Files**

The Internet Agent creates a new log file every day at midnight or every time it restarts. Older log files are not deleted for at least one day unless you have not allowed sufficient disk space for them to be archived.

Log files are named according to the date they were created. If the Internet Agent was restarted during the day, the file extension will indicate which session is logged (for example 0317log.003 indicates the third session logged for March 17).

Archived log files are saved in ASCII. You can use any text editor to open a file or to print it. You can also view the log files from the Internet Agent console or the Internet Agent Web console.

# Shutting Down the Internet Agent

The following sections describe the various methods you can use to shut down the Internet Agent:

- "Using the Console" on page 751
- "Using a Mail Message" on page 751
- "Using a Shutdown File" on page 751

## Using the Console

To shut down the Internet Agent while at the server console:

**1** In the NetWare Agent console, press F7-Exit, then select Yes.

or

In the Windows Agent, click the File menu > Exit.

## Using a Mail Message

The Internet Agent can be shut down by sending a shutdown message to the Internet Agent. In order to shut down the program with a message, the user sending the message must be defined as an operator for the Internet Agent. This prevents unauthorized users from shutting down the Internet Agent. For information about defining a user as an operator, see "Assigning Operators to Receive Warning and Error Messages" on page 745.

The message to shut down the Internet Agent must be addressed to the Internet Agent, not a non-GroupWise domain. The syntax for the To line is:

*gwia*:shutdown

where *gwia* is the name of the Internet Agent object.

## Using a Shutdown File

The Internet Agent can also be unloaded by placing a file named shutdown in the *domain*\wpgate\gwia\000.prc directory. When the Internet Agent sees this file, it will delete the file and shut down.

SAMNDCA630-07873756

SAMNDCA630-07873757

DEFENDANT'S EXHIBIT NO. 324.0753

# 54 Securing Internet Agent Connections Via SSL

The Internet Agent can use the SSL (Secure Socket Layer) protocol to enable secure connections to other SMTP hosts, POP/IMAP clients, and the Internet Agent Web console. For the Internet Agent to do so, you must ensure that it has access to a server certificate file and that you've configured which connection types (SMTP, POP, IMAP, HTTP) you want secured through SSL. The following sections provide instructions:

- "Defining the Certificate File" on page 753
- "Defining Which Connections Will Use SSL" on page 754

## Defining the Certificate File

To use SSL, the Internet Agent requires access to a server certificate file and key file. The Internet Agent can use any Base64/PEM or PFX formatted certificate file located on its server. If the Internet Agent's server does not have a server certificate file, you can use the GroupWise Generate CSR utility to help you obtain one. For information, see "GroupWise Generate CSR Utility (GWCSRGEN)" on page 79.

To define the certificate file and key file that the Internet Agent will use:

**1** In ConsoleOne[R], right-click the Internet Agent object, then click Properties.

**2** Click GroupWise > SSL Settings to display the SSL Settings page.



**3** Fill in the Certificate File, SSL Key File, and Set Password fields:

SAMNDCA630-07873758

**Certificate File:** Specify the server certificate file that the Internet Agent will use. The certificate file must be in Base64/PEM or PFX format. If you type the filename rather than using the Browse button to select it, use the full path if the file is not in the same directory as the Internet Agent program. This setting corresponds to the Internet Agent's /certfile switch.

**SSL Key File:** Specify the key file associated with the certificate. If the private key is included in the certificate file rather than in a separate key file, leave this field blank. If you type the filename rather than using the Browse button to select it, use the full path if the file is not in the same directory as the Internet Agent program. This setting corresponds to the Internet Agent's /keyfile switch.

**Set Password:** Click Set Password to specify the password for the key. If the key does not require a password, do not use this option. This setting corresponds to the /keypasswd switch.

4 If you want to define which connections (HTTP, SMTP, POP3, or IMAP4) will use SSL, click Apply to save your changes, then continue with the next section, "Defining Which Connections Will Use SSL" on page 754.

or

Click OK to save your changes.

# Defining Which Connections Will Use SSL

After you've defined the Internet Agent's certificate and key file (see "Defining the Certificate File" on page 753), you can configure which connections you want to use SSL. You can enable SSL connections to other SMTP hosts and the Internet Agent Web console, which means that an SSL connection will be used if the other SMTP host or the Web browser (running the Web console) supports SSL. You can also enable or require SSL connections to POP3 and IMAP4 clients. If SSL is enabled, an SSL connection is used if the client supports SSL; if SSL is required, only SSL connections will be accepted.

To configure connections to use SSL:

1 In ConsoleOne, if the Internet Agent object's property pages are not already displayed, right-click the Internet Agent object, then click Properties.

2 Click GroupWise > Network Address to display the Network Address page.



SAMNDCA630-07873759

DEFENDANT'S EXHIBIT NO. 324.0755

**3** Configure the SSL settings for the following connections:

**HTTP:** Select Enabled to enable the Internet Agent to use a secure connection when passing information to the Internet Agent Web console. The Web browser must also be enabled to use SSL; if it is not, a non-secure connection will be used.

**SMTP:** Select Enabled to enable the Internet Agent to use a secure connection to other SMTP hosts. The SMTP host must also be enabled to use SSL or TLS (Transport Layer Security); if it is not, a non-secure connection will be used.

**POP:** Select from the following options to configure the Internet Agent's use of secure connections to POP clients:

- **Disabled:** The Internet Agent will not support SSL connections. All connections will be non-SSL through port 110.

- **Enabled:** The POP client determines whether an SSL connection or non-SSL connection is used. The Internet Agent will listen for SSL connections on port 995 and non-SSL connections on port 110.

- **Required:** The Internet Agent will force SSL connections on port 995 and port 110. Non-SSL connections will be denied.

**IMAP:** Select from the following options to configure the Internet Agent's use of secure connections to IMAP clients:

- **Disabled:** The Internet Agent will not support SSL connections. All connections will be non-SSL through port 143.

- **Enabled:** The IMAP client determines whether an SSL connection or non-SSL connection is used. The Internet Agent will listen for SSL connections on port 993 and non-SSL connections on port 143.

- **Required:** The Internet Agent will force SSL connections on port 993 and port 143. Non-SSL connections will be denied.

SAMNDCA630-07873760

DEFENDANT'S EXHIBIT NO. 324.0756

SAMNDCA630-07873761

DEFENDANT'S EXHIBIT NO. 324.0757

# 55 Connecting GroupWise Systems and Domains Using the Internet Agent

The Internet Agent can be used as a link between GroupWise systems and between domains in the same GroupWise system.

- "Connecting GroupWise Systems" on page 757
- "Linking Domains" on page 762

## Connecting GroupWise Systems

If you have two independent GroupWise systems, you can use the Internet Agent to connect the two systems. This requires each GroupWise system to have the Internet Agent installed.

After the systems are connected, you can synchronize information between the two systems so that users from both systems appear in the GroupWise Address Book.

The following sections provide instructions:

- "Overview" on page 757
- "Creating an External Domain" on page 758
- "Linking to the External Domain" on page 759
- "Checking the Link Status of the External Domain" on page 761
- "Sending Messages Between Systems" on page 762
- "Exchanging Information Between Systems" on page 762

### Overview

For the purpose of the following discussion, GWSys1 and GWSys2 represent two separate GroupWise systems.

When you connect the two systems, you connect the two domains where the Internet Agents are located. To do so, you will:

- In GWSys1, define the GWSys2 Internet Agent domain as an external domain. Configure a domain link from the GWSys1 Internet Agent domain to the external domain, defining the link type as a gateway link that uses the Internet Agent. This allows GWSys1 to deliver messages to GWSys2.
- In GWSys2, define the GWSys1 Internet Agent domain as an external domain. Configure a domain link from the GWSys2 Internet Agent domain to the external domain, defining the link type as a gateway link that uses the Internet Agent. This allows GWSys2 to deliver messages to GWSys1.

SAMNDCA630-07873762

DEFENDANT'S EXHIBIT NO. 324.0758

After you've connected the two systems, users can send messages between the two systems by entering the recipients' full addresses (*userID.post office.domain* or *user a host*).

If desired, you can simplify addressing by exchanging information between systems, which causes user information to be displayed in the Address Book. The easiest way to exchange information is to enable the External System Synchronization feature in both systems. When enabled, this synchronization constantly updates the Address Books in both systems so that local users can more easily address messages to and access information about the users in the external system. If you don't want to enable the External System Synchronization feature, you can manually exchange information.

## Creating an External Domain

The first step in connecting two GroupWise systems via Internet Agents is to create an external domain in each GroupWise system. The external domain represents the Internet Agent domain in the other GroupWise system and provides the medium through which you define the link to the other system.

To create an external domain:

**1** In ConsoleOne[R], right-click GroupWise System (in the left pane), click New > External Domain to display the Create External GroupWise Domain dialog box.



**2** Fill in the following fields:

**Domain Name:** Enter the name of the Internet Agent domain as it is defined in the external GroupWise system.

**Domain Database Location (Optional):** Leave this field empty.

**Time Zone:** Select the time zone where the domain is physically located.

**Version:** Select the external domain's GroupWise version. The domain's version is determined by its MTA version. The options are 4.X, 5.X, and 6.

**Link to Domain:** Select the domain in your system that you want to link to the external domain. This must be your system's Internet Agent domain. By default, all messages sent to the external GroupWise system will be routed to this domain. The domain's MTA will then route the messages to the Internet Agent, which will connect to the Internet Agent in the other system.

**3** Click OK to create the external domain.

The external domain is added to your GroupWise system and is visible in the GroupWise View. In the following example, Cambridge is the external domain.

SAMNDCA630-07873763

DEFENDANT'S EXHIBIT NO. 324.0759



**4** Repeat Step 1 through Step 3 to define an external domain in the second GroupWise system. If you do not have administrative rights to that system, you will need to coordinate with that GroupWise system's administrator.



**5** Continue with the next section, Linking to the External Domain.

## Linking to the External Domain

After you define a domain from the other GroupWise system as an external domain in your system, you need to make sure that your system's domains have the appropriate links to the external domain.

The Internet Agent domain in your system needs to have a gateway link to the external domain. All other domains in your system will have indirect links (through the Internet Agent domain) to the external domain. These links are configured automatically when the external domain was created.

To configure the gateway link for your Internet Agent domain:

**1** In ConsoleOne, right-click the Internet Agent domain, click GroupWise Utilities > Link Configuration to display the Link Configuration utility.

SAMNDCA630-07873764



**2** In the Outbound Links list, double-click the external domain to display the Edit Domain Link dialog box.



**3** Modify the following fields:

**Link Type:** Select Gateway.

**Gateway Link:** Select the name of your Internet Agent.

**Gateway Access String:** Enter the hostname (Internet Agent object > SMTP/MIME tab > Settings page) or foreign ID (Internet Agent object > GroupWise tab > Identification page) assigned to the external domain's Internet Agent (for example, gwia.ctp.com).

**Return Link:** Leave this set to your Internet Agent domain.

**4** Click OK to save your changes.

The external domain is displayed in the Gateway column of the Outbound Links list to show that the current domain is using a gateway link to the external domain. The ⚡ symbol indicates a gateway link. The ⚡ symbol indicates that the link configuration is not yet saved. To save the configuration information, click the Edit menu > Save.

SAMNDCA630-07873765

DEFENDANT'S EXHIBIT NO. 324.0761



By default, the rest of the domains in your system should have an indirect link to the external domain. To verify this for a domain:

**5** In the list of domains on the Link Configuration utility's toolbar, select the domain whose link you want to check, then verify that the external domain is displayed in the Indirect column of the Outbound Links list.

The ⁂ symbol indicates an indirect link. If the 𝔅 symbol is displayed, the link modification has not yet been propagated to the domain.



**6** After verifying your domain links, repeat Step 1 through Step 5 in the second GroupWise system to establish the links to the first GroupWise system. If you do not have administrative rights to that system, you will need to coordinate with that GroupWise system's administrator.

**7** Continue with the next section, Checking the Link Status of the External Domain.

## Checking the Link Status of the External Domain

The GroupWise MTA has monitoring capabilities that let you determine whether the domains in your system are properly linked to the external domain. When you look at the MTA's operation screen, you should see the external domain added to the domain count in the Status box.

If the link to the external domain is closed, the MTA should be logging and displaying the reasons under its Configuration Status function.

For more information about link protocols, see Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

SAMNDCA630-07873766

DEFENDANT'S EXHIBIT NO. 324.0762

## Sending Messages Between Systems

After you've established links between the Internet Agent domains in the two GroupWise systems, users in one system can send message to recipients in the other system by including the recipients' fully-qualified GroupWise addresses:

```
userID.post office.domain or user@host
```

To simplify addressing for your GroupWise users, you can exchange information between the two systems. This enables users in your GroupWise system to use the Address Book when selecting recipients from the other system. For information, see the next section, Exchanging Information Between Systems.

## Exchanging Information Between Systems

Exchanging information between two GroupWise systems enables users in either system to use the Address Book when addressing messages to users in the other system. To exchange information, you can choose from the following methods:

**External System Synchronization:** You can use the External System Synchronization feature to automatically exchange domain, post office, user, resource, and distribution list information between the two systems. After the initial exchange of information, any information that changes in one system is automatically propagated to the other system in order to synchronize the information in that system. This is the recommended method for exchanging information between two systems. For information about setting up synchronization between two external systems, see "External System Synchronization" on page 55.

**Manual Creation of Information:** You can manually create the other systems' objects (domains, post offices, users, resources, and distribution lists) as external objects in your GroupWise system. When doing so, the names of your external objects need to exactly match the names of the objects as defined in their system. Domains in your system will link to the external domains indirectly through the first external domain you created (this is the external domain that one of your system's domains has a direct link to). The advantage to this method is that you can choose which of the other system's domains, post offices, users, resources, and distribution lists you want included in your system. The disadvantage is that there is a great amount of administrative overhead involved in creating all the objects and, after the objects are created, no automatic synchronization takes place so updates must be made manually.

# Linking Domains

If you have domains that cannot be linked via a mapped or TCP/IP connection, you can connect them via gateway links, with the Internet Agent defined as the gateway. Both domains being linked must have an Internet Agent installed.

For purposes of reducing confusion in the following steps, the two domains being connected are referred to as Provo and Cambridge. You will need to substitute your domains appropriately.

To configure gateway links between two domains:

**1** In ConsoleOne, right-click the Provo domain, click GroupWise Utilities > Link Configuration to display the Link Configuration utility.

SAMNDCA630-07873767

DEFENDANT'S EXHIBIT NO. 324.0763



**2** In the Outbound Links list, double-click the Cambridge domain to display the Edit Domain Link dialog box.



**3** Modify the following fields:

**Link Type:** Select Gateway.

**Gateway Link:** Select the name of the Provo domain's Internet Agent.

**Gateway Access String:** Enter the hostname (Internet Agent object > SMTP/MIME tab > Settings page) or foreign ID (Internet Agent object > GroupWise tab > Identification page) of the Cambridge domain's Internet Agent (for example, gwia.ctp.com).

**Return Link:** Leave this set to the Provo domain.

**4** Click OK to save your changes.

The Cambridge domain is displayed in the Gateway column of the Outbound Links list to show that the Provo domain is using a gateway link to it. The ⤳ symbol indicates a gateway link. The ↑ symbol indicates that the link configuration is not yet saved. To save the configuration information, click the Edit menu > Save.

SAMNDCA630-07873768



By default, any domains that are already linked to your Provo domain should have an indirect link to the Cambridge domain through the Provo domain. To verify this for a domain:

**5** In the list of domains on the Link Configuration utility's toolbar, select the domain whose link you want to check, then verify that the Cambridge domain is displayed in the Indirect column of the Outbound Links list.

The symbol indicates an indirect link. If the symbol is displayed, the link modification has not yet been propagated to the domain.



**6** After verifying your domain links, repeat Step 1 through Step 5 in the second GroupWise system to establish the links to the first GroupWise system. If you do not have administrative rights to that system, you will need to coordinate with that GroupWise system's administrator.

The GroupWise MTA has monitoring capabilities that let you determine whether the domains in your system are properly linked. When you look at the MTA's operation screen, you should see all domains, regardless of link type, included in the domain count in the Status box.

If the link to a domain is closed, the MTA should be logging and displaying the reasons under its Configuration Status function.

For more information about link protocols, see Chapter 10, "Managing the Links between Domains and Post Offices," on page 131.

SAMNDCA630-07873769

DEFENDANT'S EXHIBIT NO. 324.0765

# 56 Using Internet Agent Startup Switches

Startup switches let you modify the way the GroupWise® Internet Agent works. Properly using startup switches can help you fine-tune the Internet Agent for your specific messaging environment.

Choose from the following list to find out how to use Internet Agent startup switches, and for an explanation of the purpose for each of the switches. The switches are grouped into sections according to the features and functionality that they affect. For an alphabetical list of switches, see "Alphabetical List of Switches" on page 767.

- "How to Use Startup Switches" on page 765
- "Required Switches" on page 771
- "Console Switches" on page 772
- "Environment Switches" on page 773
- "SMTP/MIME Switches" on page 775
- "POP3 Switches" on page 792
- "IMAP4 Switches" on page 793
- "HTTP (Web Console) Switches" on page 795
- "SSL Switches" on page 796
- "LDAP Switches" on page 798
- "Log File Switches" on page 800

## How to Use Startup Switches

The Internet Agent's primary configuration file is gwia.cfg. At startup or restart, the Internet Agent reads this file for its configuration information. Most Internet Agent startup switches also have corresponding settings in ConsoleOne®.

- "Changing Internet Agent Settings in ConsoleOne" on page 765
- "Modifying the Gwia.cfg File" on page 766
- "Editing Guidelines" on page 766

### Changing Internet Agent Settings in ConsoleOne

We recommend that you modify the ConsoleOne setting rather than the gwia.cfg startup switch. If you do modify a gwia.cfg switch, you need to be aware that the switch not only overrides the corresponding ConsoleOne setting but also replaces it.

SAMNDCA630-07873770

## Modifying the Gwia.cfg File

If you need to change the Internet Agent's configuration and do not have access to ConsoleOne, you can manually edit the gwia.cfg file. Any changes you make to the gwia.cfg file are reflected in ConsoleOne.

The location of the gwia.cfg file used by the Internet Agent depends on the Internet Agent's platform:

* **NetWare:** The gwia.cfg file used by the NetWare[R] Internet Agent is located in the same directory as the agent (typically sys:\system). Do not edit the gwia.cfg file located in the *domain*\wpgate\\*gwia* directory; if you do, the changes will not affect the Internet Agent.

* **Linux:** The gwia.cfg file used by the Linux Internet Agent is located in the /opt/novell/groupwise/agents/share directory.

* **Windows:** The gwia.cfg file used by the Windows Internet Agent is located in the *domain*\wpgate\\*gwia* directory. Do not edit the gwia.cfg file located in the same directory as the Internet Agent program. This gwia.cfg file is only used to redirect the Internet Agent to the gwia.cfg file in the *domain*\wpgate\\*gwia* directory.

## Editing Guidelines

If you decide to manually edit the gwia.cfg file, keep the following guidelines in mind when making modifications:

* Archive a copy of the file in case you need to return to the original switch settings.

* Use a text editor to edit the file.

* The comment characters include the semicolon (;), pound sign (#), and asterisk (*), and are used to disable a switch or to add comments. The Internet Agent ignores any line that begins with a comment character.

* Changes made to the configuration file do not take effect until you restart the Internet Agent.

* Switches used in the configuration file must begin with one of the following switch delimiters: / (forward slash) or - (dash). For example, you can use /sd or -sd.

* You can use either a dash (-) or an equals sign (=) to separate a switch from its value. For example, you can use /sd-12 or /sd=12. If you use a dash rather than a forward slash as the switch delimiter, you must use an equal sign (for example, -sd=12).

* None of the switches or switch values are case sensitive. For example, /sd-12 is the same as /SD-12.

* If a switch is specified more than once in the configuration file or on the command line, and if it has a value (such as /ll=normal), only the last instance of the switch will be used.

* The gwia.cfg configuration file is used by default. However, you can also specify another configuration file or use startup switches on the command line when starting the Internet Agent program. If no other configuration file is specified on the command line (using the gwia *a filename* syntax), the default gwia.cfg configuration file will be read and processed before, and in addition to, any command line switches.

* If a configuration file other than gwia.cfg is specified on the command line, the default gwia.cfg configuration file will not be read.

SAMNDCA630-07873771

DEFENDANT'S EXHIBIT NO. 324.0767

# Alphabetical List of Switches

| NetWare Internet Agent | Linux Internet Agent | Windows Internet Agent | ConsoleOne Settings |
|---|---|---|---|
| /aql | --aql | /aql | SMTP/MIME > Address Handling > Sender's Address Format |
| /aqor | --aqor | /aqor | SMTP/MIME > Address Handling > Place Domain and Post Office Qualifiers on Right of Address |
| /ari | --ari | /ari | N/A |
| /attachmsg | --attachmsg | /attachmsg | N/A |
| /badmsg | --badmsg | /badmsg | SMTP/MIME > Undeliverables > Undeliverable or Problem Message |
| /certfile | --certfile | /certfile | GroupWise > SSL Settings > Certificate File |
| /cluster | N/A | N/A | N/A |
| /color | N/A | N/A | N/A |
| /dbchar822 | --dbchar822 | /dbchar822 | N/A |
| /dhome | --dhome | /dhome | Server Directories > Settings > SMTP Queues Directory |
| /defaultcharset | --defaultcharset | /defaultcharset | N/A |
| /dia | --dia | /dia | SMTP/MIME > Address Handling > Ignore GroupWise Internet Addressing |
| N/A | N/A | /dialpass | SMTP/MIME > Dial-Up Settings > Password |
| N/A | N/A | /dialuser | SMTP/MIME > Dial-Up Settings > Username |
| /displaylastfirst | --displaylastfirst | /displaylastfirst | N/A |
| /dsn | --dsn | /dsn | SMTP/MIME > ESMTP Settings > Enable Delivery Status Notification (DSN) |
| /dsnage | --dsnage | /dsnage | SMTP/MIME > ESMTP Settings > DSN Hold Age |
| /etrnhost | --etrnhost | /etrnhost | SMTP/MIME > Dial-Up Settings > ETRN Host |
| /etrnqueue | --etrnqueue | /etrnqueue | SMTP/MIME > Dial-Up Settings > ETRN Queue |
| /fd822 | --fd822 | /fd822 | SMTP/MIME > Address Handling > Non-GroupWise Domain for RFC-822 Replies |
| /fdmime | --fdmime | /fdmime | SMTP/MIME > Address Handling > Non-GroupWise Domain for MIME Replies |
| /flatfwd | --flatfwd | /flatfwd | N/A |
| /force7bitout | --force7bitout | /force7bitout | SMTP/MIME > Settings > Use 7 Bit Encoding for All Outbound Messages |
| /forceinboundauth | --forceinboundauth | /forceinboundauth | N/A |

SAMNDCA630-07873772

| NetWare Internet Agent | Linux Internet Agent | Windows Internet Agent | ConsoleOne Settings |
|---|---|---|---|
| /forceoutboundauth | --forceoutboundauth | /forceoutboundauth | N/A |
| /fut | --fut | /fut | SMTP/MIME > Undeliverables > Forward Undeliverable Inbound Messages |
| /group | --group | /group | SMTP/MIME > Address Handling > Expand Groups on Incoming Messages |
| /help | --help | /help | N/A |
| /hn | --hn | /hn | N/A |
| /home | --home | /home | N/A |
| /httppassword | --httppassword | /httppassword | GroupWise > Optional Gateway Settings > HTTP Password |
| /httpport | --httpport | /httpport | GroupWise > Network Address > HTTP Port |
| /httprefresh | --httprefresh | /httprefresh | N/A |
| /httpssl | --httpssl | /httpssl | GroupWise > Network Address > HTTP SSL |
| /httpuser | --httpuser | /httpuser | GroupWise > Optional Gateway Settings > HTTP User Name |
| /imap4 | --imap4 | /imap4 | POP3/IMAP4 > Settings > Enable IMAP4 Service |
| /imapport | --imapport | /imapport | N/A |
| /imapsport | --imapsport | /imapsport | N/A |
| /imapssl | --imapssl | /imapssl | GroupWise > Network Address > IMAP SSL |
| /ipa | --ipa | /ipa | GroupWise > Network Address > TCP/IP Address Post Office Links tab > Settings |
| /iso88591is | --iso88591is | /iso88591is | N/A |
| /it | --it | /it | POP3/IMAP4 > Settings > Number of Threads for IMAP4 Connections |
| /keyfile | --keyfile | /keyfile | GroupWise > SSL Settings > SSL Key File |
| /keypasswd | --keypasswd | /keypasswd | GroupWise > SSL Settings > Password |
| /killthreads | --killthreads | /killthreads | N/A |
| /koi8 | --koi8 | /koi8 | N/A |
| /ldap | --ldap | /ldap | LDAP > Settings > Enable LDAP Service |
| /ldapcntxt | --ldapcntxt | /ldapcntxt | LDAP > Settings > LDAP Context |
| /ldapipaddr | --ldapipaddr | /ldapipaddr | N/A |
| /ldapport | --ldapport | /ldapport | N/A |
| /ldappwd | --ldappwd | /ldappwd | N/A |

SAMNDCA630-07873773

DEFENDANT'S EXHIBIT NO. 324.0769

| NetWare Internet Agent | Linux Internet Agent | Windows Internet Agent | ConsoleOne Settings |
|---|---|---|---|
| /ldaprefcntxt | --ldaprefcntxt | /ldaprefcntxt | N/A |
| /ldaprefurl | --ldaprefurl | /ldaprefurl | LDAP > Settings > LDAP REferral URL |
| N/A | --ldapserverport | N/A | N/A |
| /ldapssl | --ldapssl | /ldapssl | N/A |
| /ldapthrd | --ldapthrd | /ldapthrd | LDAP > Settings > Number of LDAP Threads |
| /ldapuser | --ldapuser | /ldapuser | N/A |
| /log | --log | /log | GroupWise > Log Settings > Log File Path |
| /logdays | --logdays | /logdays | GroupWise > Log Settings > Max Log File Age |
| /loglevel | --loglevel | /loglevel | GroupWise > Log Settings > Log Level |
| /logmax | --logmax | /logmax | GroupWise > Log Settings > Max Log Disk Space |
| /maxdeferhours | --maxdeferhours | /maxdeferhours | SMTP/MIME > Settings > Maximum Number of Hours to Retry a Deferred Message |
| /mbcount | --mbcount | /mbcount | SMTP/IME > Security Settings > Enable Mailbomb Protection and Mailbomb Threshold |
| /mbtime | --mbtime | /mbtime | SMTP/IME > Security Settings > Enable Mailbomb Protection and Mailbomb Threshold |
| /mh | --mh | /mh | SMTP/MIME > Settings > Relay Host for Outbound Messages |
| /mime | --mime | /mime | SMTP/MIME > Message Formatting > Default Message Encoding: MIME |
| /mono | N/A | N/A | N/A |
| /mudas | --mudas | /mudas | SMTP/MIME > Undeliverables > Amount of Original Message to Return to Sender When Message Is Undeliverable |
| /mv | --mv | /mv | SMTP/MIME > Message Formatting |
| /nasoq | --nasoq | /nasoq | N/A |
| /noesmtp | --noesmtp | /noesmtp | N/A |
| /noiso2022 | --noiso2022 | /noiso2022 | N/A |
| /nomappriority | --nomappriority | /nomappriority | N/A |
| /nosmp | N/A | N/A | N/A |
| /notfamiliar | --notfamiliar | /notfamiliar | N/A |
| /nqpmt | --nqpmt | /nqpmt | SMTP/MIME > Message Formatting > Enable Quoted Printed Message Text Line Wrapping |
| /p | --p | /p | SMTP/MIME > Settings > Scan Cycle for Send Directory |

Using Internet Agent Startup Switches   **769**

SAMNDCA630-07873774

DEFENDANT'S EXHIBIT NO. 324.0770

| NetWare Internet Agent | Linux Internet Agent | Windows Internet Agent | ConsoleOne Settings |
|---|---|---|---|
| /password | N/A | N/A | N/A |
| /pid | --pid | /pid | N/A |
| /pop3 | --pop3 | /pop3 | POP3/IMAP4 > Settings > Enable POP3 Service |
| /popintruderdetect | --popintruderdetect | /popintruderdetect | N/A |
| /popport | --popport | /popport | N/A |
| /popsport | --popsport | /popsport | N/A |
| /popssl | --popssl | /popssl | GroupWise > Network Address > POP SSL |
| /pt | --pt | --pt | POP3/IMAP4 > Settings > Number of Threads for POP3 |
| /rbl | --rbl | /rbl | Access Control > Blacklists > Blacklist Addresses |
| /rd | --rd | /rd | SMTP/MIME > Settings > Number of SMTP Receive Threads |
| /realmailfrom | --realmailfrom | /realmailfrom | N/A |
| /recv | --recv | /recv | N/A |
| /rejbs | --rejbs | /rejbs | SMTP/MIME > Security Settings > Reject Mail If Sender's Identity Cannot Be Verified |
| /rt | --rt | /rt | SMTP/MIME > Message Formatting > Number of Inbound Conversion Threads |
| /sd | --sd | /sd | SMTP/MIME > Settings > Number of SMTP Send Threads |
| /send | --send | /send | N/A |
| N/A | --show | N/A | N/A |
| /single | --single | /single | N/A |
| /smp | N/A | N/A | N/A |
| /smtp | --smtp | /smtp | SMTP-MIME > Settings > Enable SMTP |
| /smtphome | --smtphome | /smtphome | Server Directories > Settings > Advanced > SMTP Service Queues Directory |
| N/A | --smtpport | N/A | N/A |
| /smtpssl | --smtpssl | /smtpssl | GroupWise > Network Address > SMTP SSL |
| /st | --st | /st | SMTP/MIME > Message Formatting > Number of Outbound Conversion Threads |
| /tc | --tc | /tc | SMTP/MIME > Timeouts > Commands |
| /td | --td | /td | SMTP/MIME > Timeouts > Data |

SAMNDCA630-07873775

DEFENDANT'S EXHIBIT NO. 324.0771

| NetWare Internet Agent | Linux Internet Agent | Windows Internet Agent | ConsoleOne Settings |
|---|---|---|---|
| /te | --te | /te | SMTP/MIME > Timeouts > Connection Establishment |
| /tg | --tg | /tg | SMTP/MIME > Timeouts > Greeting |
| /tr | --tr | /tr | SMTP/MIME > Timeouts > TCP Reset |
| /tt | --tt | /tt | SMTP/MIME > Timeouts > Connection Termination |
| /usedialup | --usedialup | /usedialup | SMTP/MIME > Dial-Up Settings > Enable Dial-Up |
| /user | N/A | N/A | N/A |
| /uueaa | --uueaa | /uueaa | SMTP/MIME > Message Formatting > UUEncode All Message Attachments |
| /work | --work | /work | Server Directories > Settings > Conversion Directory |
| /wrap | --wrap | /wrap | SMTP/MIME > Message Formatting > Line Wrap Length for Message Text on Outbound Mail |
| /xspam | --xspam | /xspam | N/A |

## Required Switches

The following switches point the Internet Agent to the Internet Agent's directory. They are assigned their initial value during installation. If you move the Internet Agent to another location, you must update these switches.

/dhome
/hn
/home

The following switches are only for the NetWare version of the GroupWise Internet Agent, and are only required if the Internet Agent is running in remote mode, meaning that it does not reside on the same server as the GroupWise domain directory.

/user
/password

## /dhome

Points to the SMTP service work area. This is normally the Internet Agent's gateway directory under the *domain*\wpgate directory. See "Relocating the Internet Agent's Processing Directories" on page 725.

**Syntax:** /dhome=*pathname*

**NetWare Example:** /dhome=sys:\headq\wpgate\gwia

**Linux Example:** -dhome /gwsystem/provo1/gwia

**Windows Example:** /dhome=c:\gwia

SAMNDCA630-07873776

Case 5:12-cv-00630-LHK   Document 2121-12   Filed 12/22/14   Page 172 of 200

DEFENDANT'S EXHIBIT NO. 324.0772

## /hn

Specifies the hostname that is displayed when someone connects to your Internet Agent via a Telnet session. You should enter the hostname assigned to you by your Internet service provider.

**Syntax:** /hn=*host_name*

**Example:** /hn=gwia.novell.com

This switch is required only under certain circumstances. Normally, the Internet Agent gets the information from another source and does not need this switch. If you receive a message that the /hn switch is required, you must use the switch. For the NetWare version, the /hn switch is required only if you don't use the hosts file in the sys:\etc directory to indicate the IP address and name of the Internet Agent server. If either of these options (the IP address or the name of the server) is not available, the program cannot start.

## /home

Points the Internet Agent to the Internet Agent's gateway directory. This is always a subdirectory of wpgate in the domain directory structure.

**Syntax:** /home=*gateway_directory*

**NetWare Example:** /home=sys:\headq\wpgate\gwia

**Linux Example:** -home /gwsystem/provo1/gwia

**Windows Example:** /home=j:\headq\wpgate\gwia

## /user (NetWare Only)

Sets the login ID that the NetWare Internet Agent must use to log into a remote file server to access the domain database and Internet Agent directories.

**Syntax:** /user-*login_ID*

## /password (NetWare Only)

Sets the password that the NetWare Internet Agent must use to log into a remote file server to access the domain database and Internet Agent directories.

**Syntax:** /password-*password*

# Console Switches

The following switches apply to the Internet Agent console:

/color
/help
/mono
--show

SAMNDCA630-07873777

## /color

Sets the default color of the Internet Agent console. The values range from 0-7.

**Syntax:** `color-0|1|2|3|4|5|6|7`

**Example:** `/color-3`

You can also change the color of the screen for an Internet Agent session. From the menu on the bottom of the console, select Options, then press the key for Colors.

## /help

Displays the Help screen for the startup switches.

**Syntax:** /help

**Short Syntax:** /h

## /mono

Runs the Internet Agent for a computer with a monochrome monitor.

**Syntax:** /mono

**Short Syntax:** /mon

## --show (Linux Only)

Starts the Linux Internet Agent with an agent console interface similar to that provided for the NetWare and Windows Internet Agent. This user interface requires that the X Window System and OpenMotif be running on the Linux server.

**Syntax:** --show

# Environment Switches

The following switches configure Internet Agent environment settings such as working directories, NetWare clustering support, and NetWare symmetric multi-processing (SMP).

/ipa
/cluster
/pid
/smp
/nosmp
/smtphome
/work

## /ipa

Specifies the IP address (or hostname) of a GroupWise POA that the Internet Agent can use to resolve IP addresses of other post offices in the system. This replaces the need to configure post office links for the Internet Agent in ConsoleOne (Internet Agent object > Post Office Links > Settings).

SAMNDCA630-07873778

If you have established a GroupWise name server (ngwnameserver), you can use it. See "Simplifying Client/Server Access with a GroupWise Name Server" on page 449.

**Syntax:** /ipa-*address*

**Example:** /ipa-ngwnameserver

## /cluster (NetWare Only)

Informs the Internet Agent that it is running in a Novell Cluster Services environment. For detailed information about running the Internet Agent in a clustering environment, see "Implementing the Internet Agent in a Novell Cluster" in "Novell Cluster Services" in the *GroupWise 6.5 Interoperability Guide*.

**Syntax:** /cluster

## /pid

Specifies the process ID for this instance of the Internet Agent. You can use the /pid switch to have multiple instances of the Internet Agent running on the same server. The first process is 001. You can use any numbers between 002 and 999 for additional processes.

**Syntax:** /pid-*number*

**Example:** /pid-002

## /smp (NetWare Only)

Enables the NetWare Internet Agent to use the symmetric multi-processing capability.

**Syntax:** /smp

## /nosmp (NetWare Only)

Disables the NetWare Internet Agent's symmetric multi-processing (SMP) capability.

**Syntax:** /nosmp

## /smtphome

Specifies a secondary SMTP queues directory for outbound messages. This secondary directory can be helpful for troubleshooting by providing a way to trap messages before they are routed to the Internet. You can also use the secondary directory to run third-party utilities such as a virus scanner on Internet-bound messages. See "Relocating the Internet Agent's Processing Directories" on page 725.

The Internet Agent places all outbound messages in this secondary directory. The messages must then be moved manually (or by another application) to the primary SMTP queue's send directory (/dhome switch) before the Internet Agent will route them to the Internet.

**Syntax:** /smtphome

SAMNDCA630-07873779

## /work

Sets the directory where the Internet Agent stores its temporary files. On NetWare and Linux, the default work directory is located in the domain, in wpgate\*gwia*\000.prc\gwwork directory. On Windows, the default work directory *c:\grpwise\gwia* directory, which is not in the domain directory.

**Syntax:** /work-*pathname*

**Short Syntax:** /gw-*pathname*

**NetWare Example:** /work-sys:\tmp\work

**Linux Example:** -work /opt/novell/groupwise/tmp

**Windows Example:** /work-j:\tmp\work

## /nasoq

By default, the Internet Agent sends the accounting file (acct) to users specified as accountants in ConsoleOne (Internet Agent object > GroupWise > Gateway Administrators). The file is sent daily at midnight and any time the Internet Agent shuts down.

This switch instructs the Internet Agent to send the acct file once daily at midnight, not each time the Internet Agent quits or is shut down.

**Syntax:** /nasoq

# SMTP/MIME Switches

The following sections categorize and describe the switches that you can use to configure the Internet Agent's SMTP/MIME settings:

- "SMTP Enabled (/smtp Switch)" on page 775
- "Address Handling" on page 776
- "Message Formatting and Encoding" on page 780
- "Extended SMTP" on page 784
- "Send/Receive Cycle and Threads" on page 784
- "Dial-Up Connections" on page 785
- "Timeouts" on page 786
- "Relay Host" on page 788
- "Host Authentication" on page 788
- "Undeliverable Message Handling" on page 790
- "Mailbomb and Spam Security" on page 790
- "/rbl" on page 791

## SMTP Enabled (/smtp Switch)

Enables the Internet Agent to process SMTP messages. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /smtp

SAMNDCA630-07873780

# Address Handling

The following switches determine how the Internet Agent handles e-mail addresses:

/aql
/aqor
/ari
/dia
/displaylastfirst
/dontreplaceunderscore
/fd822
/fdmime
/group
/keepsendgroups
/killthreads
/msstu
/nomappriority
/notfamiliar
/realmailfrom

## /aql

Allows you to determine the address qualification level. It specifies which GroupWise address components (domain.post_office.user) must be included as the user portion of a GroupWise user's outbound Internet address (userhost). Valid options are auto, userid, po, and domain.

This switch is valid only if your system is not configured to use Internet-style addressing, as described in "Internet-Style Addressing" on page 87, or you've configured the Internet Agent to ignore Internet-style addressing, as described in "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664.

**Syntax:** /aql-option

**Example:** /aql-po

| Option | Description |
|--------|-------------|
| auto | This option causes the gateway to include the addressing components required to make the user's address unique. If a user ID is unique in a GroupWise system, the outbound address uses only the *user_ID*. If the *post_office* or *domain.post_office* components are required to make the address unique, these components are also included in the outbound address. The auto option is the default. |
| userid | This option requires the gateway to include only the *user_ID* in the outbound Internet address, even if the user ID is not unique in the system. If a recipient replies to a user whose user ID is not unique and no other qualifying information is provided, that reply cannot be delivered. |
| po | This option requires the gateway to include *post_office.user_ID* in every outbound address, regardless of the uniqueness or non-uniqueness of the user ID. |
| domain | This option requires the gateway to include the fully-qualified GroupWise address (*domain.post office.user_ID*) in every outbound address, regardless of the uniqueness or non-uniqueness of the user ID. This option guarantees the uniqueness of every outbound Internet address, and ensures that any replies are delivered. |

SAMNDCA630-07873781

**/aqor**

The user part of a GroupWise user's outbound Internet address (*user@host*) can and sometimes must include the full GroupWise address (*domain.post_office.user_ID@host*) in order to be unique. The /aqor switch instructs the Internet Agent to move any GroupWise address components, except the *user_ID* component, to the right side of the address following the at sign (*@*). In this way, GroupWise addressing components become part of the host portion of the outbound Internet address. The /aql switch specifies which components are included.

For example, if the /aqor switch is used (in conjunction with the /aql-domain switch), Bob Thompson's fully qualified Internet address (headquarters.advertising.bob@novell.com) would be resolved to bob@advertising.headquarters.novell.com for all outbound messages.

If the /aqor switch is used with the /aql-po switch, Bob's Internet address would be resolved to bob@advertising.novell.com for all outbound messages.

If you use the /aqor switch to move GroupWise domain or post office names to be part of the host portion on the right side of the address, you must provide a way for the DNS server to identify the GroupWise names. You must either explicitly name all GroupWise post offices and domains in your system as individual MX Records, or you can create an MX Record with wildcard characters to represent all GroupWise post offices and domains. For information about creating MX Records, see details found in RFC #974.

For details about this setting, see "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664.

**/ari**

Enables or disables additional routing information that is put in the SMTP return address to facilitate replies. This switch might be needed in large systems with external GroupWise domains in which the external GroupWise users have not been configured in your local domain. Options include Never and Always. Most sites do not need to use this switch.

**Syntax:** `/ari-never|always`

**Example:** `/ari-never`

**/dia**

GroupWise supports both Internet-style addressing (*user@host*) and GroupWise proprietary addressing (*user_ID.post_office.domain*). By default, the Internet Agent uses Internet-style addressing. See "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664.

You can use this switch to disable Internet-style addressing. With Internet-style addressing disabled, messages use the mail domain name in the Foreign ID field in ConsoleOne (Internet Agent object > GroupWise > Identification) for the domain portion of a user's Internet address. The Internet Agent continues to support user and post office aliases in either mode.

**Syntax:** `/dia`

**/displaylastfirst**

By default, users' display names are First Name Last Name. If you want users' display names to be Last Name First Name, you can use the /displaylastfirst switch. This forces the display name format to be Last Name First Name, regardless of the preferred address format.

**Syntax:** `/displaylastfirst`

SAMNDCA630-07873782

DEFENDANT'S EXHIBIT NO. 324.0778

**/dontreplaceunderscore**

By default, the Internet Agent accepts addresses of the format:

*firstname_lastname@a.internet_domain_name*

even though this is not an address format included in the Allowed Address Formats list in ConsoleOne for configuring Internet addressing, as described in "Allowed Address Formats" on page 91. Use this switch to prevent this address format from being accepted by the Internet Agent.

**Syntax:** /dontreplaceunderscore

**/fd822**

Specifies a return address for GroupWise replies. A message that has been received by a GroupWise user through the Internet Agent and is replied to has this return address form. These switches cause the Internet Agent to produce a return address of the form *foreign domain.type:"user host."* *Foreign domain* can be any foreign domain you have configured and linked to the Internet Agent.

You can use the same foreign domain name for both the /fd822 switch and the /fdmime switch. You can specify multiple foreign domain and kind pairs by placing them in quotes. If multiple foreign domain and kind pairs are used, the first domain/kind pair is the return address for replies to messages received through the Internet Agent. The second domain/kind pair is checked to see what message format is used for old replies in the system. Up to four pairs can be specified with an 80-character limit.

This switch lets you change your foreign domain names in your GroupWise system and still have replies work. For example, if your foreign domain had been called *faraway* and you added a foreign domain called Internet, you could use /fd822-"internet.nonmime smtp.nonmime." This would cause replies to have a return address of internet.nonmime.:"*user@host.*" The Internet Agent would also recognize *faraway.* This switch also lets you migrate from one foreign domain to another.

Most administrators do not need to use this switch.

**Syntax:** /fd822-*foreign_domain.type*

**Example:** /fd822-Internet.nonmime

**/fdmime**

Specifies a return address for GroupWise replies. A message that has been received by a GroupWise user through the Internet Agent and is replied to has this return address form. These switches cause the Internet Agent to produce a return address of the form *foreign_domain.type:"user host."* *Foreign_domain* can be any foreign domain you have configured and linked to the Internet Agent. *Type* can be either mime or nonmime.

You can use the same foreign domain name for both the /fd822 switch and the /fdmime switch.

You can specify multiple foreign domain and kind pairs by placing them in quotes. If multiple foreign domain and kind pairs are used, the first domain/kind pair is the return address for replies to messages received through the Internet Agent. The second domain/kind pair is checked to see what message format is used for old replies in the system. Up to four pairs can be specified with an 80-character limit.

This switch lets you change your foreign domain names in your GroupWise system and still have replies work. For example, if your foreign domain had been called SMTP and you added a foreign

SAMNDCA630-07873783

domain called Internet, you could use /fdmime-"internet.mime smtp.mime." This would cause replies to have a return address of internet.mime:"*user@host*." The Internet Agent would also recognize SMTP. This switch also lets you migrate from one foreign domain to another.

Most administrators do not need to use this switch.

**Syntax:** `/fdmime-foreign_domain.type`

**Example:** `/fdmime-Internet.mime`

## /group

Turns on group expansion. The default startup file has this switch commented out. If it is enabled, an incoming Internet message addressed to a public group is sent to members of that group. See "Configuring How the Internet Agent Handles E-Mail Addresses" on page 664.

**Syntax:** `/group`

## /keepsendgroups

Prevents the Internet Agent from expanding distribution lists on messages going to external Internet users so that the SMTP header does not become too large.

**Syntax:** `/keepsendgroups`

## /killthreads

Instructs the Internet Agent to immediately terminate any active send/receive threads when it restarts.

**Syntax:** `/killthreads`

## /msstu

Instructs the Internet Agent to map spaces to underscores in user addresses for outbound messages. For example, john smith becomes john_smith.

**Syntax:** `/msstu`

## /nomappriority

Disables the function of mapping an x-priority MIME field to a GW priority message.

**Syntax:** `/nomappriority`

## /notfamiliar

Instructs the Internet Agent to not include the user's familiar name, or display name, in the FROM field of the message's MIME header. In other words, the From field will be *address* rather than "*familiar name*" *address*.

**Syntax:** `/notfamiliar`

## /realmailfrom

Instructs the Internet Agent to use the real user in the Mail From field instead of having auto-forwards come from Postmaster and auto-replies come from Mailer-Daemon.

**Syntax:** `/realmailfrom`

SAMNDCA630-07873784

DEFENDANT'S EXHIBIT NO. 324.0780

# Message Formatting and Encoding

The following switches determine how the Internet Agent formats and encodes inbound and outbound e-mail messages:

/attachmsg
/dbchar822
/defaultcharset
/force7bitout
/iso88591is
/koi8
/mime
/mv
/noiso2022
/noqpmt
/rt
/st
/uucaa
/wrap

## /attachmsg

Instructs the Internet Agent to maintain the original format of any file type attachment.

**Syntax:** /attachmsg

## /dbchar822

Instructs the Internet Agent to map inbound non-MIME messages to another character set that you specify. The mapped character set must be an Asian (double-byte) character set.

**Syntax:** /dbchar822-*charset*

**Example:** /dbchar822-shift_js

## /defaultcharset

Specifies what character set to use if no character set is specified in an incoming message.

**Syntax:** /defaultcharset-*charset*

**Example:** /defaultcharset-iso-8859-1

For readability when the character set name includes hyphens (-), you can use an equal sign (=) as the delimiter between the switch and its setting.

**Example:** /defaultcharset=iso-8859-1

## /force7bitout

By default, the Internet Agent uses 8-bit MIME encoding for any outbound messages that are HTML-formatted or that contain 8-bit characters. If, after connecting with the receiving SMTP host, the Internet Agent discovers that the receiving SMTP host cannot handle 8-bit MIME encoded messages, the Internet Agent converts the messages to 7-bit encoding.

SAMNDCA630-07873785

You can use the /force7bitout switch to force the Internet Agent to use 7-bit encoding and not attempt to use 8 bit MIME encoding. You should use this option if you are using a relay host that does not support 8-bit MIME encoding. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** `/force7bitout`

## /iso88591is

Instructs the Internet Agent to map inbound MIME ISO-8859-1 messages to another character set that you specify.

**Syntax:** `/iso88591is-charset`

**Example:** `/iso88591is-big5`

## /koi8

Instructs the Internet Agent to map all outbound MIME messages to the KOI8 (Russian) character set.

**Syntax:** `/koi8`

## /mime

Instructs the Internet Agent to send outbound messages in MIME format rather than in RFC-822 format. If you've defined an RFC-822 non-GroupWise domain, as described in "Creating a Non-GroupWise Domain" on page 693, users can still send RFC-822 formatted messages by using the RFC-822 domain in the address string when sending messages. Removing the switch corresponds to enabling the Default Message Encoding: Basic RFC-822 switch in ConsoleOne. See "Determining Format Options for Messages" on page 667.

**Syntax:** `/mime`

## /mv

Specifies a mail view attachment for all inbound Internet messages. A view is the screen that a user sees when a message is opened. This switch helps users identify Internet messages. If you do not specify a view, or if the view has not been configured, the default view is used. See "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668.

**Syntax:** `/mv-viewname`

**Example:** `/mv-Internet`

**IMPORTANT:** Quotes must surround a mail view name that contains a space (for example, /mv-"Expanded Mail").

### How the /mv Switch Works

When the Internet Agent receives an Internet message, it writes the view name you have chosen into a special field of the message. When a user opens that message, the GroupWise client searches the of views.ini file for the specified view name. If the client finds the view name and the corresponding view file, it displays the message with that view.

To configure your GroupWise system to use an existing mail view, you must know what the view is named so that you can include it with the /mv switch.

SAMNDCA630-07873786

**Locating a View**

You can identify view files by their .vew extension (for example, usml_1.vew, which is the default). Views are located in the *post_office*\ofviews\win directory. Only views located in this directory are available to users on the post office.

**Finding a View's Name**

View names are defined in the [Mail] section of the ofviews.ini (and/or ofviewxx.ini) file in the *postoffice*\ofviews\win directory. The ofviews.ini file is an ASCII text file that you can open with any text editor.

The gwia.cfg file that ships with the gateway contains an active /mv-Internet line. If you already have added a system view called Internet, messages that come from the Internet are immediately received with the Internet view you added. Otherwise, use the /mv switch to specify the name of the view you want used.

**/noiso2022**

Instructs the Internet Agent to not use ISO-2022 character sets. ISO-2022 character sets provide 7-bit encoding for Asian character sets.

**Syntax:** /noiso2022

**/nqpmt**

Disables quoted printable message text for outbound messages. If this switch is turned on, messages are sent with the Base64 MIME encoding. If you use this switch you need to review the setting for the /wrap switch to ensure that message text wraps correctly. See "Determining Format Options for Messages" on page 667.

**Syntax:** /nqpmt

**/rt**

Specifies the maximum number of threads that the Internet Agent uses when converting inbound messages from MIME or RFC-822 format to the GroupWise message format. The default setting is 4. See "Determining Format Options for Messages" on page 667.

Multiple threading allows for more than one receive process to be running concurrently. A receive request is assigned to a single thread and is processed by that thread. If you anticipate heavy inbound message traffic, you can increase the number of threads to enhance the speed and performance of the Internet Agent. The number of threads is limited only by the memory resources of your server.

**Syntax:** /rt

**/st**

Specifies the maximum number of threads that the Internet Agent uses when converting outbound messages from GroupWise message format to MIME or RFC-822 format. The default setting is 4. See "Determining Format Options for Messages" on page 667.

Multiple threading allows for more than one send process to be running concurrently. A send request is assigned to a single thread and is processed by that thread. If you anticipate heavy outbound message traffic, you can increase the number of threads to enhance the speed and

SAMNDCA630-07873787

performance of the Internet Agent. The number of threads is limited only by the memory resources of your server.

**Syntax:** /st

## /uueaa

Forces the Internet Agent to UUencode any ASCII text files attached to outbound RFC-822 formatted messages. This switch applies only if the /mime switch is not used. Without this switch, the Internet Agent includes the text as part of the message body. See "Determining Format Options for Messages" on page 667.

**Syntax:** /uueaa

## /wrap

Sets the line length for outbound messages. This is important if the recipient's e-mail system requires a certain line length. See "Determining Format Options for Messages" on page 667.

**Syntax:** /wrap-line_length

**Example:** /wrap-72

# Forwarded and Deferred Messages

The following switches configure how the Internet Agent handles forwarded and deferred messages:

/flatfwd
/maxdeferhours

## /flatfwd

Automatically strips out the empty message that is created when a message is forwarded without adding text, and retains the original sender of the message, rather than showing the user who forwarded it. This facilitates users forwarding messages from GroupWise to other e-mail accounts. Messages arrive in the other accounts showing the original senders, not the users who forwarded the messages from GroupWise.

**Syntax:** /flatfwd

## /maxdeferhours

Specifies the number of hours after which the Internet Agent stops trying to send deferred messages. The default is 96 hours, or four days. A deferred message is any message that couldn't be sent because of a temporary problem (host down, MX record not found, and so forth).

For the first hour of the specified time, the Internet Agent tries resending the message every 20 minutes. After the first hour, it tries resending the message every four hours. For example, if you specify 10 hours, the Internet Agent tries resending the message at 20 minutes, 40 minutes, 1 hour, 5 hours, and 9 hours. After the 10 hours has expired, it will return an undeliverable status to the sender. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /maxdeferhours

SAMNDCA630-07873788

# Extended SMTP

The following switches configure the Internet Agent's Extended SMTP (ESMTP) settings:

/noesmtp
/dsn
/dsnage

## /noesmtp

Disables ESMTP support in the Internet Agent.

**Syntax:** /noesmtp

## /dsn

Enables Delivery Status Notification (DSN). The Internet Agent will request status notifications for outgoing messages and will supply status notifications for incoming messages. This requires the external e-mail system to also support Delivery Status Notification. Currently, notification consists of two delivery statuses: successful and unsuccessful. See "Using Extended SMTP (ESMTP) Options" on page 663.

**Syntax:** /dsn

## /dsnage

The /dsnage switch specifies the number of days that the Internet Agent will retain information about the external sender so that status updates can be delivered to him or her. For example, the default DSN age causes the sender information to be retained for 4 days. If the Internet Agent does not receive delivery status notification from the GroupWise recipient's Post Office Agent (POA) within that time period, it deletes the sender information and the sender does not receive any delivery status notification. See "Using Extended SMTP (ESMTP) Options" on page 663.

**Syntax:** /dsnage

# Send/Receive Cycle and Threads

The following switches configure the Internet Agent's SMTP send/receive cycle and threads:

/p
/rd
/sd
/recv
/send
/single
/smtpport

## /p

Specifies how often, in seconds, the Internet Agent polls for outbound messages. The default, 10 seconds, causes the Internet Agent to poll the outbound message directory every 10 seconds, see "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /p-seconds

**Example:** /p-5

SAMNDCA630-07873789

**/rd**

Specifies the maximum number of threads used for processing SMTP receive requests (inbound messages). The default is 16 threads. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /rd-*number_of_threads*

**Example:** /rd-20

**/sd**

Specifies the maximum number of threads used for processing SMTP send requests (outbound messages). The default is 8 threads. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /sd-*number_of_threads*

**Example:** /sd-12

**/recv**

Places the Internet Agent in receive-only mode. If this switch is enabled, the Internet Agent does not send any messages. Use this switch only for troubleshooting.

**Syntax:** /recv

**Short Syntax:** /r

**/send**

Places the Internet Agent in send-only mode. If you enable this switch, the Internet Agent does not receive any messages. Use this switch only for troubleshooting.

**Syntax:** /send

**Short Syntax:** /s

**/single**

Instructs the Internet Agent to run one send and receive cycle, then terminate the session. Use this switch only for troubleshooting.

**Syntax:** /single

**Short Syntax:** /sc

**--smtpport (Linux only)**

Changes the SMTP listen port from the default of 25. Use this switch only if the Internet Agent is receiving messages only from SMTP hosts that can be configured to connect to Internet Agent on a specified port.

## Dial-Up Connections

SMTP dial-up services can be used when you don't require a permanent connection to the Internet and want to periodically check for mail messages queued for processing. The following switches can be used when configuring dial-up services. For more information about dial-up services, see "Configuring SMTP Dial-Up Services" on page 671.

SAMNDCA630-07873790

/usedialup
/etrnhost
/etrnqueue
/dialuser
/dialpass

### /usedialup

Enables SMTP dial-up services. See "Enabling Dial-Up Services" on page 671.

**Syntax:** /usedialup

### /etrnhost

Specifies the IP address or DNS hostname of the mail server (where your mail account resides) at your Internet Service Provider. You should obtain this address from your Internet Service Provider. See "Enabling Dial-Up Services" on page 671.

**Syntax:** /etrnhost-*address*

**Example:** /etrnhost-172.16.5.18

### /etrnqueue

Specifies your e-mail domain as provided by your Internet Service Provider. See "Enabling Dial-Up Services" on page 671.

**Syntax:** /etrnqueue-*email_domain*

**Example:** /etrnqueue-novell.com

### /dialuser (Windows Only)

Specifies the RAS Security user if you are using a Windows NT Remote Access Server (RAS) and the Internet Agent is not running on the same server as the RAS.

**Syntax:** /dialuser-*username*

**Example:** /dialuser-rasuser

### /dialpass (Windows Only)

Specifies the RAS Security user's password if you are using a Windows NT Remote Access Server (RAS) and the Internet Agent is not running on the same server as the RAS.

**Syntax:** /dialpass-*password*

**Example:** /dialpass-raspassword

## Timeouts

The following switches specify how long SMTP services waits to receive data that it can process. After the time expires, the Internet Agent might give a TCP read/write error. Leave these switches at the default setting unless you are experiencing a problem with communication.

/tc
/td

SAMNDCA630-07873791

/tc
/tg
/tr
/tt

**/tc**

Specifies how long the program waits for an SMTP command. The default is 2 minutes.

**Syntax:** /tc-*minutes*

**Example:** /tc-3

**/td**

Specifies how long the program waits for data from the receiving host. The default is 5 minutes.

**Syntax:** /td-*minutes*

**Example:** /td-2

**/te**

Specifies how long the program waits for the receiving host to establish a connection. The default is 5 minutes.

**Syntax:** /te-*minutes*

**Example:** /te-2

**/tg**

Specifies how long the program waits for the initial greeting from the receiving host. The default is 3 minutes.

**Syntax:** /tg-*minutes*

**Example:** /tg-2

**/tr**

Specifies how long the program waits for a TCP read. The default is 10 minutes.

**Syntax:** /tr-*minutes*

**Example:** /tr-2

**/tt**

Specifies how long the program waits for the receiving host to terminate the connection. The default is 5 minutes.

**Syntax:** /tt-*minutes*

**Example:** /tt-2

SAMNDCA630-07873792

## Relay Host

The following switch configures whether or not the Internet Agent uses a relay host.

/mh

### /mh

Specifies the IP address or DNS hostname of a relay host that you want the Internet Agent to use for outbound messages. The relay host can be part of your network or can reside at the Internet service provider's site. This switch is typically used in firewall integration if you want one server, the specified relay host, to route all mail. See "Configuring Basic SMTP/MIME Settings" on page 661.

**Syntax:** /mh-*address*

**Example:** /mh-151.155.111.11

## Host Authentication

The Internet Agent supports SMTP host authentication for both inbound and outbound message traffic. The following switches are used with inbound and outbound authentication:

/forceinboundauth
/forceoutboundauth

### /forceinboundauth

Ensures that the Internet Agent accepts messages only from remote SMTP hosts that use the AUTH LOGIN authentication method to provide a valid GroupWise user ID and password. The remote SMTP hosts can use any valid GroupWise user ID and password. However, for security reasons, we recommend that you create a dedicated GroupWise user account for remote SMTP host authentication.

**Syntax:** /forceinboundauth

### /forceoutboundauth

Ensures that the Internet Agent sends messages only to remote SMTP hosts that are included in a gwauth.cfg text file. The remote SMTP hosts must support the AUTH LOGIN authentication method.

The gwauth.cfg file must reside in the *domain*\wpgate\*gwia* directory and use the following format:

*domain name authuser authpassword*

For example:

smtp.novell.com remotehost novell

You can define multiple hosts in the file. Make sure you include a hard return after the last entry.

If you use this switch, you need to include your Internet Agent as an entry in the gwauth.cfg file to enable status messages to be returned to GroupWise users. You can use any GroupWise user ID and password for your Internet Agent's authentication credentials. However, for security reasons, we recommend that you create a dedicated GroupWise user account for your Internet Agent.

SAMNDCA630-07873793

**Syntax:** /forceoutboundauth

SAMNDCA630-07873794

# Undeliverable Message Handling

The following switches determine how the Internet Agent handles undeliverable messages:

/badmsg
/fut
/mudas

## /badmsg

Specifies where to send problem messages. Problem messages can be placed in the Internet Agent problem directory (gwprob), they can be sent to the postmaster, or they can be sent to both or neither. The values for this switch are move, send, both, and neither.

The move option specifies to place problem messages in the gwprob directory for the Internet Agent. The send option specifies to send the message as an attachment to the Internet Agent postmaster defined in ConsoleOne (Internet Agent object > GroupWise > Gateway Administrators). The both option specifies to move the message to gwprob and send it to the postmaster. The neither option specifies to discard problem messages. The default when no switch is specified is move. See "Determining What to Do with Undeliverable Messages" on page 670.

**Syntax:** /badmsg-move|send|both|neither

**Example:** /badmsg-both

## /fut

Forwards undeliverable messages to the host specified. This can be useful if you use UNIX sendmail aliases. See "Determining What to Do with Undeliverable Messages" on page 670.

**Syntax:** /fut-host

**Example:** /fut-novell.com

## /mudas

Controls how much of the original message is sent back when a message is undeliverable. By default, only 2 KB of the original message are sent back. The value is specified in KB (8=8KB). See "Determining What to Do with Undeliverable Messages" on page 670.

**Syntax:** /mudas-KB

**Example:** /mudas-16

# Mailbomb and Spam Security

Multiple unsolicited messages (sometimes called a *mailbomb* or *spam*) from the Internet can potentially harm your GroupWise messaging environment. At the least, it can be annoying to your users. You can use the following switches to help protect your GroupWise system from malicious, accidental, and annoying attacks:

/mbcount
/mbtime
/rejbs
/xspam
/rbl

SAMNDCA630-07873795

## /mbcount

Sets the number of messages that can be received from a single IP address in a given number of seconds before the Internet Agent denies access to its GroupWise system. It provides a form of system security to protect your system from mailbombs.

For example, with /mbcount set to 25 and /mbtime set to 60 seconds, if these limits are exceeded the sender's IP address are blocked from sending any more messages. The IP address of the sender is also displayed in the Internet Agent console. You can permanently restrict access to your system by that IP address through settings on the Access Control page in ConsoleOne (Internet Agent object > Access Control). By default, the mailbomb feature is turned off. To enable this feature, you must specify a value for mailbomb count and mailbomb time. See "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668.

**Syntax:** /mbcount-*number*

**Example:** /mbcount-25

## /mbtime

Specifies the mailbomb time limit in seconds. This switch works with the /mbcount switch to block access to your GroupWise system from unsolicited inundations of e-mail. The default value is 10 seconds. See "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668.

**Syntax:** /mbtime-*seconds*

**Example:** /mbtime-60

## /rejbs

Prevents delivery of messages if the sender's host is not authentic. When this switch is used, the Internet Agent refuses messages from a host if a DNS reverse lookup shows that a PTR record does not exist for the IP address of the sender's host. See "Protecting Against Unidentified Hosts and Mailbombs (Spam)" on page 668.

If this switch is not used, the Internet Agent accepts messages from any host, but displays a warning if the initiating host is not authentic.

**Syntax:** /rejbs

## /xspam

Flags messages to be handled by the client Junk Mail Handling feature if they contain an x-spamflag=yes in the MIME header.

## /rbl

Lets you define the addresses of blacklist sites (free or fee-based) you want the Internet Agent to check for blacklisted hosts. If a host is included in a site's blacklist, the Internet Agent does not accept messages from it.

**Syntax:** /rbl-blackholes.mail-abuse.org,relays.ordb.org,bl.spamcop.net

This switch corresponds to the Blacklist Addresses list (Internet Agent object > Access Control tab > Blacklists page). For details about this setting, see "Real-Time Blacklists" on page 719.

SAMNDCA630-07873796

# POP3 Switches

There are five optional startup switches that can be used to configure the Internet Agent's POP3 service:

/pop3
/popintruderdetect
/popport
/popsport
/popssl
/pt

## /pop3

Enables POP3 client access to GroupWise mailboxes through the Internet Agent. See "Enabling POP3/IMAP4 Services" on page 684.

**Syntax:** /pop3

## /popintruderdetect

Instructs the Internet Agent to log POP e-mail clients in through the POA so that the POA's intruder detection can take effect, if intruder has been configured in ConsoleOne (POA object > Client Access Settings > Intruder Detection). This switch cannot be used with older POAs that do not support intruder detection.

**Syntax:** /popintruderdetect

## /popport

By default, the Internet Agent listens for POP connections on port 110. This switch allows you to change the POP3 listen port.

**Syntax:** /popport-*port_number*

**Example:** /popport-111

## /popsport

By default, the Internet Agent listens for secure (SSL) POP3 connections on port 995. This switch allows you to change the POP3 SSL listen port.

**Syntax:** /popsport-*port_number*

**Example:** /popsport-996

## /popssl

Disables, enables, or requires secure (SSL) connections between POP3 clients and the Internet Agent. See "Securing Internet Agent Connections Via SSL" on page 753.

**Syntax:** /popssl-*enabled|disabled|required*

**Example:** /popssl-required

SAMNDCA630-07873797

| Option | Description |
|--------|-------------|
| enabled | The POP3 client determines whether an SSL connection or non-SSL connection is used. By default, the Internet Agent listens for SSL connections on port 995 and non-SSL connections on port 110. You can use the /popsport and /popport switches to change these ports. |
| required | The Internet Agent forces SSL connections on port 995 and port 110. Non-SSL connections are denied. You can use the /popsport and /popport switches to change these ports. |
| disabled | The Internet Agent listens for connections only on port 110, and the connections are not secure. You can use the /popport switch to change this port. |

### /pt

Specifies the maximum number of threads to be used for POP3 connections. The default number is 10. You are limited only by the memory resources of your server. See "Enabling POP3/IMAP4 Services" on page 684.

**Syntax:** /pt-*number_of_threads*

**Example:** /pt-15

## IMAP4 Switches

There are five optional startup switches that can be used to configure the Internet Agent's IMAP4 service:

/imap4
/imapport
/imapreadlimit
/imapsport
/imapssl
/it

### /imap4

Enables IMAP4 client access to GroupWise mailboxes through the Internet Agent. See "Enabling POP3/IMAP4 Services" on page 684.

**Syntax:** /imap4

### /imapport

By default, the Internet Agent listens for IMAP4 connections on port 143. This switch allows you to change the IMAP4 listen port.

**Syntax:** /imapport-*port_number*

**Example:** /imapport-144

SAMNDCA630-07873798

## /imapreadlimit

By default, the Internet Agent downloads a maximum of 5,000 items at a time. This switch allows you to specify, in thousands, the maximum number of items you want the Internet Agent to download. For example, specifying 10 indicates 10,000.

**Syntax:** /imapreadlimit

**Example:** /imapreadlimit-20

## /imapsport

By default, the Internet Agent listens for secure (SSL) IMAP4 connections on port 993. This switch allows you to change the IMAP4 SSL listen port.

**Syntax:** /imapsport-*port_number*

**Example:** /imapsport-994

## /imapssl

Disables, enables, or requires secure (SSL) connections between IMAP4 clients and the Internet Agent. See "Securing Internet Agent Connections Via SSL" on page 753.

**Syntax:** /IMAP4ssl-*enabled*|*disabled*|*required*

**Example:** /popssl-required

| Option | Description |
|--------|-------------|
| enabled | The IMAP4 client determines whether an SSL connection or non-SSL connection is used. By default, the Internet Agent listens for SSL connections on port 993 and non-SSL connections on port 143. You can use the /imapsport and /imapport switches to change these ports. |
| required | The Internet Agent forces SSL connections on port 993 and port 143. Non-SSL connections are denied. You can use the /imapsport and /imapport switches to change these ports. |
| disabled | The Internet Agent listens for connections only on port 143, and the connections are not secure. You can use the /imapport switch to change this port. |

## /it

Specifies the maximum number of threads to be used for IMAP4 connections. The default number is 10. You are limited only by the memory resources of your server. See "Enabling POP3/IMAP4 Services" on page 684.

**Syntax:** /it-*number_of_threads*

**Example:** /it-15

SAMNDCA630-07873799

DEFENDANT'S EXHIBIT NO. 324.0795

# HTTP (Web Console) Switches

The following switches enable the HTTP Web console and control its configuration settings. The Web console enables you to monitor the Internet Agent through a Web browser. For more information, see "Monitoring the Internet Agent through the Web Console" on page 742.

/httpport
/httpuser
/httppassword
/httprefresh
/httpssl

## /httpport

Specifies the port where the Internet Agent listens for the Web console. The default port established during installation is 9850.

**Syntax:** `/httpport-port_number`

**Example:** `/httpport-9851`

## /httpuser

By default, any user who knows the Internet Agent's address and port (/httpport) can use the Web console. This switch adds security to the Web console by forcing users to log into the Web console using the specified username. The /httppassword switch must also be used to establish the user password.

**Syntax:** `/httpuser-username`

**Example:** `/httpuser-gwia`

The *username* can be any arbitrary name.

## /httppassword

Specifies the password that must be supplied along with the username provided by /httpuser.

**Syntax:** `/httppassword-password`

**Example:** `/httppassword-monitor`

## /httprefresh

By default, the Internet Agent refreshes the Web console information every 60 seconds. You can use this switch to override the default refresh interval.

**Syntax:** `/httprefresh-seconds`

**Example:** `/httprefresh-120`

SAMNDCA630-07873800

**DEFENDANT'S EXHIBIT NO. 324.0796**

## /httpssl

Enables the Internet Agent to use a secure connection to a Web browser being used to display the Internet Agent Web console. The Web browser must also be enabled to use SSL; if it is not, a non-secure connection is used. See "Securing Internet Agent Connections Via SSL" on page 753.

**Syntax:** /httpssl

# SSL Switches

The Internet Agent can use SSL to enable secure SMTP, POP, IMAP, and HTTP connections. The following switches can be used to 1) specify the server certificate file, key file, and key file password required for SSL and 2) enable or disable SSL for SMTP, POP, IMAP, and HTTP connections. See "Securing Internet Agent Connections Via SSL" on page 753.

/certfile
/keyfile
/keypasswd
/smtpssl
/httpssl
/popssl
/imapssl
/ldapssl

## /certfile

Specifies the server certificate file to use. The file must be in Base64/PEM or PFX format. If the file is not in the same directory as the Internet Agent program, specify the full path.

**Syntax:** /certfile-*filename*

**Example:** /certfile-\\server1\sys\server1.crt

## /keyfile

Specifies the private key file to use. The key file is required if the certificate file does not contain the key. If the certificate file contains the key, do not use this switch. When specifying a filename, use the full path if the file is not in the same directory as the Internet Agent program.

**Syntax:** /keyfile-*filename*

**Example:** /keyfile-\\server1\sys\server1.key

## /keypasswd

Specifies the private key password. If the key does not require a password, do not use this switch.

**Syntax:** /keypasswd-*password*

**Example:** /keypasswd-novell

SAMNDCA630-07873801

DEFENDANT'S EXHIBIT NO. 324-0797

## /smtppssl

Enables the Internet Agent to use a secure connection to other SMTP hosts. The SMTP host must also be enabled to use SSL or TLS (Transport Layer Security); if it is not, a non-secure connection is used.

**Syntax:** /smtppssl

## /httpssl

Enables the Internet Agent to use a secure connection to a Web browser being used to display the Internet Agent Web console. The Web browser must also be enabled to use SSL; if it is not, a non-secure connection is used.

**Syntax:** /httpssl

## /popssl

Disables, enables, or requires secure (SSL) connections between POP3 clients and the Internet Agent.

**Syntax:** /popssl-enabled|disabled|required

**Example:** /popssl-required

| Option | Description |
|--------|-------------|
| enabled | The POP3 client determines whether an SSL connection or non-SSL connection is used. By default, the Internet Agent listens for SSL connections on port 995 and non-SSL connections on port 110. You can use the /popsport and /popport switches to change these ports. |
| required | The Internet Agent forces SSL connections on port 995 and port 110. Non-SSL connections are denied. You can use the /popsport and /popport switches to change these ports. |
| disabled | The Internet Agent listens for connections only on port 110, and the connections are not secure. You can use the /popport switch to change this port. |

## /imapssl

Disables, enables, or requires secure (SSL) connections between IMAP4 clients and the Internet Agent.

**Syntax:** /IMAP4ssl-enabled|disabled|required

**Example:** /popssl-required

| Option | Description |
|--------|-------------|
| enabled | The IMAP4 client determines whether an SSL connection or non-SSL connection is used. By default, the Internet Agent listens for SSL connections on port 993 and non-SSL connections on port 143. You can use the /imapsport and /imapport switches to change these ports. |

SAMNDCA630-07873802

| Option | Description |
|--------|-------------|
| required | The Internet Agent forces SSL connections on port 993 and port 143. Non-SSL connections are denied. You can use the /imapsport and /imapport switches to change these ports. |
| disabled | The Internet Agent listens for connections only on port 143, and the connections are not secure. You can use the /imapport switch to change this port. |

## /ldapssl

Instructs the Internet Agent to use a secure (SSL) connection with an LDAP server. For more information about why the Internet Agent would need to connect to an LDAP server, see "LDAP Switches" on page 798

**Syntax:** /ldapssl

# LDAP Switches

The Internet Agent can perform GroupWise authentication of POP3/IMAP4 clients through an LDAP server and can also perform LDAP queries for GroupWise information. see "Enabling LDAP Services" on page 682.

The following sections describe the switches required to configure this functionality:

* "GroupWise Authentication Switches" on page 798
* "LDAP Query Switches" on page 799

## GroupWise Authentication Switches

When a POP3/IMAP4 user attempts to access a GroupWise mailbox on a post office that has been configured for LDAP authentication, the Internet Agent connects to the post office's POA, which then connects to the LDAP server so that the LDAP server can authenticate the user.

This process works automatically provided that the Internet Agent's link to the post office is client/ server (meaning that it communicates through TCP/IP to the post office's POA). If the Internet Agent is using a direct link to the post office directory rather than a client/server link to the post office's POA, the Internet Agent must communicate directly with the LDAP server rather communicate through the POA.

The following switches are used to provide the Internet Agent with the required LDAP server information:

/ldapipaddr
/ldapport
/ldapssl
/ldapuser
/ldappwd

### /ldapipaddr

Specifies the IP address of the LDAP server through which GroupWise authentication takes place.

**Syntax:** /ldapipaddr-address

SAMNDCA630-07873803

**Example:** /ldapipaddr-123.456.78.90

**/ldapport**

Specifies the port number being used by the LDAP server. The standard non-SSL LDAP port number is 389. The standard SSL LDAP port number is 636.

**Syntax:** /ldapport-*number*

**Example:** /ldapport-389

**/ldapssl**

Instructs the Internet Agent to use a secure (SSL) connection with the LDAP server.

**Syntax:** /ldapssl

**/ldapuser**

Specifies a user that has rights to the LDAP directory. The user must have at least Read rights.

**Syntax:** /ldapuser-*username*

**Example:** /ldapuser-ldap

**/ldappwd**

Specifies the password of the user specified by the /ldapuser switch.

**Syntax:** /ldapuser-*username*

**Example:** /ldapuser-ldap

## LDAP Query Switches

The Internet Agent can function as an LDAP server, allowing LDAP queries for GroupWise user information contained in the directory. The following switches configure the Internet Agent as an LDAP server.

/ldap
/ldapthrd
/ldapcntxt
/ldaprefurl
/ldaprefcntxt
/ldapserverport

**/ldap**

Enables the Internet Agent as an LDAP server.

**Syntax:** /ldap

**/ldapthrd**

Specifies the maximum number of threads the Internet Agent can use for processing LDAP queries. The default is 10.

SAMNDCA630-07873804

**Syntax:** /ldapthrd-*number*

**Example:** /ldapthrd-5

**/ldapcntxt**

Limits the directory context in which the LDAP server searches. For example, you could limit LDAP searches to a single Novell organization container located under the United States country container.

If you restrict the LDAP context, you must make sure that users, when defining the directory in their e-mail client, enter the same context (using the identical text you did) in the Search Base or Search Root field.

**Syntax:** /ldapcntxt-"*context*"

**Example:** /ldapcntxt-"O=Novell,C=US"

**/ldaprefurl**

Defines a secondary LDAP server to which you can refer an LDAP query if the query fails to find a user or address in your GroupWise system. For this option to work, the requesting Web browser must be able to track referral URLs.

**Syntax:** /ldaprefurl-*url*

**Example:** /ldapurl-ldap://ldap.provider.com

**/ldaprefcntxt**

Limits the directory context in which the secondary (referral) LDAP server searches.

**Syntax:** /ldaprefcntxt-"*context*"

**Example:** /ldaprefcntxt-"O=Novell,C=US"

**--ldapserverport (Linux Only)**

Used to change the LDAP listen port from the default of 389.

# Log File Switches

The following switches control how the Internet Agent uses the log file. The log file keeps a record of all Internet Agent activity. See "Using Internet Agent Log Files" on page 746.

/log
/logdays
/loglevel
/logmax

**/log**

On NetWare and Windows, the log files are stored in the *domain*\wpgate\gwia\000.prc directory by default. On Linux, they are stored in /var/log/novell/groupwise/*domain_name*.gwia by default. The log files are named after the month, day, and log number for that date (*mmdd*gwia.*nn*). You can use the /log switch to redirect the log files to a different location.

SAMNDCA630-07873805