DEFENDANT'S EXHIBIT NO. 324.0801

**Syntax:** `/log-log_file_directory`

**Short Syntax:** `/pl-log_file_directory`

**NetWare Example:** `/log-sys:\log\gwia`

**Linux Example:** `--log /opt/novell/groupwise/agents/log`

**Windows Example:** `/log-c:\log\gwia`

## /logdays

By default, log files are deleted after 7 days. This switch overrides the default setting. The range is from 1 to 360 days.

**Syntax:** `/logdays-days`

**Short Syntax:** `/lt-days`

**Example:** `/logdays-5`

## /loglevel

Defines the amount of information to record in log files.

The values are:

- Diag
- Verbose
- Normal (Default)
- Off

**Syntax:** `/loglevel-level`

**Short Syntax:** `/ll-level`

**Example:** `/loglevel-verbose`

## /logmax

Controls the maximum amount of disk space for all log files. The amount of disk space each log file consumes is added together to determine the total amount of disk space used. When the limit is reached, the Internet Agent overwrites the existing log files, starting with the oldest one. The default is 1 MB. The range is from 256 KB to unlimited size. Use 0 for unlimited disk space.

**Syntax:** `/logmax-KB`

**Short Syntax:** `/ls-KB`

**Example:** `/logmax-512`

SAMNDCA630-07873806

DEFENDANT'S EXHIBIT NO. 324.0802

SAMNDCA630-07873807

DEFENDANT'S EXHIBIT NO. 324.0803

# XII WebAccess

Chapter 57, "Scaling WebAccess," on page 805

Chapter 58, "Controlling User Access," on page 819

Chapter 59, "Configuring WebAccess Components," on page 829

Chapter 60, "Customizing the WebAccess Interface," on page 873

Chapter 61, "Monitoring WebAccess Operations," on page 875

Chapter 62, "Securing WebAccess Agent Connections Via SSL," on page 889

Chapter 63, "Creating a PQA File for the WebAccess Client," on page 893

Chapter 64, "Using WebAccess Agent Startup Switches," on page 895

SAMNDCA630-07873808

DEFENDANT'S EXHIBIT NO. 324.0804

SAMNDCA630-07873809

DEFENDANT'S EXHIBIT NO. 324.0805

# 57 Scaling WebAccess

If your GroupWise[K] system is relatively small (one domain and a few post offices) and all post offices reside in the same location, a basic installation of GroupWise WebAccess might very well meet your needs. However, if your GroupWise system is large, spans multiple locations, or requires failover support, you might need to scale your GroupWise WebAccess installation to better meet the reliability, performance, and availability needs of your users.

The following sections provide information about the various configurations you can implement and instructions to help you create the configuration you choose:

- "WebAccess Configurations" on page 805
- "Installing Additional WebAccess Components" on page 807
- "Configuring Redirection and Failover Support" on page 810

For information about creating a basic GroupWise WebAccess installation, see "Installing GroupWise WebAccess" in the *GroupWise 6.5 Installation Guide.*

## WebAccess Configurations

A basic installation of GroupWise WebAccess requires the WebAccess Agent and the WebAccess Application, as shown in the following diagram. The WebPublisher Application is also required if you plan to use GroupWise WebPublisher.



Depending on your needs, it might be necessary for you to add additional WebAccess Agents or to have multiple Web servers running the WebAccess Application and WebPublisher Application.

- "Multiple WebAccess Agents" on page 805
- "Multiple WebAccess and WebPublisher Applications" on page 806

## Multiple WebAccess Agents

GroupWise WebAccess is designed to allow one installation of the WebAccess Application and WebPublisher Application to support multiple WebAccess Agents, as shown in the following diagram.

SAMNDCA630-07873810

DEFENDANT'S EXHIBIT NO. 324.0806



There are various reasons why you might want to add additional WebAccess Agents, including:

* **Improving reliability:** One WebAccess Agent might provide sufficient access and performance, but you want to protect against downtime that would occur if the WebAccess Agent became unavailable due to server failure or some other reason. Installing more than one WebAccess Agent enables you to set up failover support to make your system more reliable.

* **Improving performance:** The WebAccess Agent is designed to be close to the GroupWise databases. It requires direct access to a domain database and either direct access to post office databases or TCP/IP access to the Post Office Agents. For best performance, you should ensure that the WebAccess Agent is on the same local area network as the domain and post offices it needs access to. For example, in most cases you would not want a WebAccess Agent in Los Angeles accessing a post office in London.

* **Improving availability:** The WebAccess Agent has 12 threads assigned to process user requests, which means that it can process only 12 requests at one time regardless of the number of users logged in. If necessary, you can increase the number of threads allocated to the WebAccess Agent, but each thread requires additional server memory. If you reach a point where WebAccess is unavailable to users because thread utilization is at a peak and all server memory is being used, you might need to have several WebAccess Agents, installed on different network servers, servicing your post offices. For information about changing the number of allocated threads, see "Configuring the WebAccess Agent" on page 829.

## Multiple WebAccess and WebPublisher Applications

As with the WebAccess Agent, you can also install the WebAccess Application and WebPublisher Application to multiple Web servers, as shown in the following diagram.

SAMNDCA630-07873811



Some reasons for wanting to use this type of configuration include:

* Enabling WebAccess users on an intranet to access GroupWise through an internal Web server and WebAccess users on the Internet to access GroupWise through an exposed Web server.

* Increasing Web server performance by balancing the workload among several Web servers, especially if you are using the Web server for other purposes in addition to GroupWise WebAccess.

* Hosting WebAccess (the WebAccess Application) on one Web server for your GroupWise users and WebPublisher (the WebPublisher Application) on another Web server for public Internet use.

If necessary, you can use multiple WebAccess Agents in this configuration, as shown below.



# Installing Additional WebAccess Components

The following sections assume that you have installed at least one WebAccess Agent and one WebAccess Application (or WebPublisher Application) and now need to install additional agents or applications.

* "Installing Additional Components on NetWare or Windows" on page 808

* "Installing Additional Components on Linux" on page 809

SAMNDCA630-07873812

DEFENDANT'S EXHIBIT NO. 324.0808

## Installing Additional Components on NetWare or Windows

- ♦ "Installing a NetWare or Windows WebAccess Agent" on page 808

- ♦ "Installing a NetWare or Windows WebAccess or WebPublisher Application" on page 808

For more information, see "Setting Up GroupWise WebAccess on NetWare or Windows" in the *GroupWise 6.5 Installation Guide*.

### Installing a NetWare or Windows WebAccess Agent

**1** Insert the *GroupWise 6.5 Administrator* CD into the CD drive to start the Installation program, click Install Products, click GroupWise WebAccess, then click Install GroupWise WebAccess. If the Installation program does not start automatically, run setup.exe from the root of the CD.

or

If you've already copied the GroupWise WebAccess software to a software distribution directory, run setup.exe from the internet\webacces directory.

**2** Click Yes to accept the license agreement and display the Select Components dialog box.

**3** Deselect all components except the GroupWise WebAccess Agent, then click Next.

**4** Follow the prompts to create the WebAccess Agent's gateway directory, install the WebAccess Agent software, and create the WebAccess Agent's object in Novell[K] eDirectory™.

If you are installing to a domain where another WebAccess Agent already exists, you must use a different directory and object name than the one used for the existing WebAccess Agent.

**5** When installation is complete, you will need to configure your system so that the WebAccess and WebPublisher Applications know about the WebAccess Agent and can direct the appropriate user requests to it. For information, see "Configuring Redirection and Failover Support" on page 810.

### Installing a NetWare or Windows WebAccess or WebPublisher Application

To install a WebAccess Application or a WebPublisher Application to a web server:

**1** Insert the *GroupWise Administrator* CD into the CD drive to start the installation program, click Install Products, click Groupwise WebAccess, then click Install GroupWise WebAccess. If the installation program does not start automatically, run setup.exe from the root of the CD.

or

If you've already copied the Groupwise WebAccess software to a software distribution directory, run setup.exe from the internet\webacces directory.

**2** Click Yes to accept the license agreement and display the Select Components dialog box.

**3** Deselect all components except the GroupWise WebAccess application and/or the Groupwise WebPublisher Application, then click Next.

The WebAccess Application and WebPublisher Application must be associated with a WebAccess Agent. For information on configuring a WebAccess or WebPublisher Application to connect to other WebAccess Agents, see "Configuring Redirection and Failover Support" on page 810.

**4** Enter the path for the WebAccess Agent's gateway directory.

**5** Follow the prompts to install the files to the web server. Restart the Web server.

SAMNDCA630-07873813

DEFENDANT'S EXHIBIT NO. 324.0809

# Installing Additional Components on Linux

- "Installing a Linux WebAccess Agent" on page 809
- "Installing a Linux WebAccess and WebPublisher Application" on page 809

For more information, see "Setting Up GroupWise WebAccess on Linux" in the *GroupWise 6.5 Installation Guide*.

## Installing a Linux WebAccess Agent

**1** Make sure that LDAP is running on your eDirectory server and that it is configured to accept login from the WebAccess Agent Installation program.

**2** Open a new terminal window, then enter the following command:

```
xhost + localhost
```

**3** In the same window, become root by entering **su** and the root password.

**4** Change to the root of the *GroupWise 6.5 for Linux Administrator* CD.

**5** Enter **./install**.

**6** Select the language in which you want to run the Installation Advisor and install the WebAccess software, then click Next.

**7** In the Installation Advisor, click Install Products > GroupWise WebAccess > Install WebAccess Agent.

**8** When the installation is complete, click OK.

**9** Click Configure WebAccess Agent.

**10** Follow the prompts to configure the Linux WebAccess Agent.

**11** When installation and configuration is complete, you need to configure your GroupWise system so that the WebAccess and WebPublisher Applications know about this instance of the WebAccess Agent and can direct the appropriate user requests to it. For instructions, see "Configuring Redirection and Failover Support" on page 810.

## Installing a Linux WebAccess and WebPublisher Application

To install a WebAccess Application and a WebPublisher Application to a Web server:

**1** After installing and configuring the WebAccess Agent, click Install GroupWise WebAccess Application with Apache and Tomcat if you want to create a new installation of Apache and Tomcat for this instance of the WebAccess Application.

or

If you want to use an existing Apache and Tomcat installations, click Install GroupWise WebAccess Application.

**2** When the installation is complete, click OK.

**3** Click Configure WebAccess Application.

**4** Follow the prompts to configure the Linux WebAccess Application.

**5** When the installation and configuration is complete, start or restart the Web server.

SAMNDCA630-07873814

DEFENDANT'S EXHIBIT NO. 324.0810

# Configuring Redirection and Failover Support

Redirection enables the WebAccess Application to direct user requests to specific WebAccess Agents. For example, you might want WebAccess Agent 1 to process all requests from users on Post Office 1 and WebAccess Agent 2 to process all requests from users on Post Office 2.

Failover support enables the WebAccess Application to contact a second WebAccess Agent if the first WebAccess Agent is unavailable. For example, if the WebAccess Application receives a user request that should be processed by WebAccess Agent 1 but it is unavailable, the WebAccess Application can route the user request to WebAccess Agent 2 instead.

The following sections provide information to help you successfully configure redirection and failover support:

- "How the WebAccess Application Knows Which WebAccess Agents to Use" on page 810
- "Synchronizing the Encryption Key" on page 812
- "Specifying a WebAccess Agent in the WebAccess URL" on page 813
- "Assigning a Default WebAccess Agent to a Post Office" on page 815
- "Assigning a Default WebAccess Agent to a Domain" on page 816
- "Adding WebAccess Agents to the GroupWise Service Provider's List" on page 817

## How the WebAccess Application Knows Which WebAccess Agents to Use

To redirect user requests or to fail over to a second WebAccess Agent, the WebAccess Application needs to know which WebAccess Agents you want it to use. This might be all of the WebAccess Agents in your system, or only specific WebAccess Agents.

Each time a user logs in, the WebAccess Application compiles a list, referred to as a redirection/failover list, of the WebAccess Agents defined in the locations listed below.

- **The WebAccess URL.** The standard URL does not contain a WebAccess Agent, but you can modify the URL to point to a specific agent.
- **The user's Post Office object.** You can assign a default WebAccess Agent to the post office to handle requests from the post office's users.
- **The user's Domain object.** You can assign a default WebAccess Agent to the domain to handle requests from the domain's users.
- **The GroupWiseProvider object.** This is the service provider used by the WebAccess Application to connect to WebAccess Agents.
- **The commgr.cfg file.** This file located in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux).

By default, only the GroupWise Provider object and the commgr.cfg file include a WebAccess Agent definition, as shown in the following table:

| Location | WebAccess Agent |
|---|---|
| WebAccess URL | No agent defined |
| Post office | No agent defined |
| Domain | No agent defined |

SAMNDCA630-07873815

DEFENDANT'S EXHIBIT NO. 324.0811

| Location | WebAccess Agent |
|---|---|
| GroupWise service provider | Agent 1 |
| Commgr.cfg | Agent 1 |

If no other WebAccess Agents are defined (as is the case by default), the WebAccess Application will direct all user requests to the WebAccess Agent (Agent 1) listed in the commgr.cfg file. This file is located in the WebAccess Application's home directory on the Web server. The commgr.cfg file contains the IP address and encryption key for the WebAccess Agent that was associated with the WebAccess Application during the application's installation.

If Agent 1 is not available, the user will receive an error message and will be unable to log in.

## Redirection/Failover List: Example 1

Assume that the WebAccess Agents are defined as follows:

| Location | WebAccess Agent |
|---|---|
| WebAccess URL | No agent defined |
| Post office | Agent 1 |
| Domain | Agent 4 |
| GroupWise service provider | Agent 2<br>Agent 3 |
| Commgr.cfg | Agent 4 |

Using this information, the WebAccess Application would create the following redirection/failover list:

| List Entry | Taken From |
|---|---|
| Agent 1 | Post office |
| Agent 4 | Domain |
| Agent 2 | GroupWise service provider |
| Agent 3 | GroupWise service provider |

Because there is no WebAccess Agent defined in the WebAccess URL, the WebAccess Application will redirect the user's request to the default WebAccess Agent (Agent 1) assigned to the user's post office. If Agent 1 is unavailable, the WebAccess Application will fail over to the domain's default WebAccess Agent (Agent 4). If Agent 4 is unavailable, the WebAccess Application will fail over to Agent 2 and then Agent 3, both of which are defined in the GroupWise service provider's list.

SAMNDCA630-07873816

DEFENDANT'S EXHIBIT NO. 324.0812

**Redirection/Failover List: Example 2**

Assume that the WebAccess Agents are defined as follows:

| Location | WebAccess Agent |
|---|---|
| WebAccess URL | No agent defined |
| Post office | No agent defined |
| Domain | No agent defined |
| GroupWise service provider | Agent 1<br>Agent 2<br>Agent 3 |
| Commgr.cfg | Agent 2 |

Using this information, the WebAccess Application would create the following redirection/failover list:

| List Entry | Taken From |
|---|---|
| Agent 1 | GroupWise service provider |
| Agent 2 | GroupWise service provider |
| Agent 3 | GroupWise service provider |

Because there is no WebAccess Agent defined in the WebAccess URL, user's post office, or user's domain, the WebAccess Application will redirect the user's request to the first WebAccess Agent (Agent 1) in the GroupWise service provider's list. If Agent 1 is unavailable, the WebAccess Application will fail over to Agent 2 and then Agent 3.

# Synchronizing the Encryption Key

Every WebAccess Agent has an encryption key. In order to communicate with a WebAccess Agent, the WebAccess Application must know the agent's encryption key. The encryption key is randomly generated when the WebAccess Agent object is created in eDirectory, which means that every WebAccess Agent has a unique encryption key.

If a WebAccess Application will communicate with more than one WebAccess Agent, all the WebAccess Agents must use the same encryption key.

To modify a WebAccess Agents encryption key:

1 In ConsoleOne[R], right-click the WebAccess Agent object, then click Properties.

2 If necessary, click the WebAccess tab to display the WebAccess Settings page.

SAMNDCA630-07873817



**3** Make the encryption key the same as the key for any other WebAccess Agents with which the WebAccess Application communicates.

**4** Click OK to save the changes.

## Specifying a WebAccess Agent in the WebAccess URL

To have the WebAccess Application connect to a WebAccess Agent other than the one specified in the commgr.cfg file, you can add the WebAccess Agent's IP address and port number to the URL that calls the WebAccess Application. For example, the default WebAccess Application URL is:

NetWare and Windows: http://*web server ip address*/servlet/webacc
Linux: http://*web server ip address*/gw/webacc

This URL causes the WebAccess Application to use the IP address and port number that is listed in the commgr.cfg file. To redirect the WebAccess Application to another WebAccess Agent, you would use the following URLs:

NetWare and Windows: http://*web server ip address*/servlet/webacc
        ?GWAP.ip=*agent ip address*&GWAP.port=*port number*
Linux: http://*web server ip address*/gw/webacc
        ?GWAP.ip=*agent ip address*&GWAP.port=*port number*

For example:

NetWare and Windows: http://151.155.123.45/servlet/webacc
        ?GWAP.ip=151.155.789.10&GWAP.port=7204
Linux: http://151.155.123.45/gw/webacc
        ?GWAP.ip=151.155.789.10&GWAP.port=7204

In this example, the WebAccess Application will redirect its requests to the WebAccess Agent at IP address 151.155.789.10 and port number 7204. If the WebAccess Agent is using the same port number that is listed in the commgr.cfg file, you do not need to include the GWAP.port parameter. Or, if the WebAccess Agent is using the same IP address that is listed in the commgr.cfg file, you do not need to include the GWAP.ip parameter.

SAMNDCA630-07873818

If you want, you can use the WebAccess Agent's DNS hostname in the URL rather than its IP address.

You can also specify the user interface language by adding the &User.lang option. This allows you to bypass the initial WebAccess language page. For example:

NetWare and Windows: http://151.155.123.45/servlet/webpub
          ?GWAP.ip=151.155.789.10&GWAP.port=7204&User.lang=en
Linux: http://151.155.123.45/gw/webpub
          ?GWAP.ip=151.155.789.10&GWAP.port=7204&User.lang=en

You can use the language codes listed below with the &User.lang parameter in the WebAccess URL.

| Language | Code | Language | Code |
|---|---|---|---|
| Arabic | ar | Hebrew | iw |
| Brazilian Portuguese | pt | Hungarian | hu |
| Chinese Simplified | cs | Italian | it |
| Chinese Traditional | ct | Japanese | jp |
| Czechoslovakian | cz | Korean | kr |
| Danish | da | Norwegian | no |
| Dutch | nl | Polish | pl |
| English | us | Russian | ru |
| Finnish | su | Spanish | es |
| French | fr | Swedish | sv |
| German | de | | |

You can add the URL to any Web page. For example, if you are using the Web Services page as your initial WebAccess page, you could add the URL to that page. You will need to add one URL for each WebAccess Agent.

For example, suppose you had offices in three different locations and installed a WebAccess Agent at each location to service the post offices at those locations. To enable the WebAccess Application to redirect requests to the WebAccess Agent at the appropriate location, you could modify the Web Services page to display a list of the locations. The modified page would include the following HTML code (if WebAccess is running on NetWare or Windows):

```
<UL>

<LI><A HREF="http://151.155.123.45/servlet/
webacc?GWAP.ip=151.155.789.10&GWAP.port=7204>San Francisco
</A></LI>

<LI><A HREF="http://151.155.123.45/servlet/
webacc?GWAP.ip=151.155.456.12>New York
</A></LI>

<LI><A HREF="http://151.155.123.45/servlet/
```

SAMNDCA630-07873819

DEFENDANT'S EXHIBIT NO. 324.0815

```
webacc?GWAP.ip=151.155.654.33&GWAP.port=7203>London
</A></LI>

</UL>
```

In the preceding example, in Linux, the directory "servlet" is replaced by "gw".

The displayed HTML page would contain the following list of locations:

- San Francisco
- New York
- London

When a user selects a location, the WebAccess Application will route all requests to the WebAccess Agent at the selected location.

## Assigning a Default WebAccess Agent to a Post Office

The WebAccess Application uses the post office's default WebAccess Agent if no WebAccess Agent has been specified in the WebAccess URL (see "Specifying a WebAccess Agent in the WebAccess URL" on page 813) or if that WebAccess Agent is unavailable. This applies only if you have multiple WebAccess Agents installed in your GroupWise system. If you have only one WebAccess Agent, it services all post offices.

To assign a default WebAccess Agent to a post office:

**1** In ConsoleOne, right-click the Post Office object, then click Properties.

**2** Click GroupWise > Default WebAccess to display the Default WebAccess page.



**3** Select the Override box to turn on the option.

**4** In the Default WebAccess Gateway box, browse for and select the WebAccess Agent that you want to assign as the default agent.

When you have multiple WebAccess Agents and a user logs in to GroupWise WebAccess, the GroupWise Application running on the Web server checks to see if a default WebAccess Agent has been assigned to the user's post office. If so, the WebAccess Application connects

SAMNDCA630-07873820

to the assigned WebAccess Agent. If not, it connects to the default WebAccess Agent assigned to the post office's domain, as described in "Assigning a Default WebAccess Agent to a Domain" on page 816 or to one of the WebAccess Agents in its service provider list, as described in "Adding WebAccess Agents to the GroupWise Service Provider's List" on page 817. If possible, select a WebAccess Agent that has good access to the post office to ensure the best performance.

**5** Click OK to save the changes.

## Assigning a Default WebAccess Agent to a Domain

The WebAccess Application uses the domain's default WebAccess Agent if 1) no WebAccess Agent has been specified in the WebAccess URL (see "Specifying a WebAccess Agent in the WebAccess URL" on page 813), 2) no default WebAccess Agent has been defined for the user's post office, or 3) neither of those WebAccess Agents are available. This applies only if you have multiple WebAccess Agents installed in your GroupWise system. If you have only one WebAccess Agent, it services users in all domains.

To assign a default WebAccess Agent to a domain:

**1** In ConsoleOne, right-click the Domain object, then click Properties.

**2** Click GroupWise > Default WebAccess to display the Default WebAccess page.



**3** Select the Override box to turn on the option.

**4** In the Default WebAccess Gateway box, browse for and select the WebAccess Agent that you want to assign as the default agent.

When you have multiple WebAccess Agents and a user logs in to GroupWise WebAccess, the GroupWise Application running on the Web server checks to see if a default WebAccess Agent has been assigned to the user's post office, as described in "Assigning a Default WebAccess Agent to a Post Office" on page 815. If so, the WebAccess Application connects to the assigned WebAccess Agent. If not, it connects to the default WebAccess Agent assigned to the post office's domain or to one of the WebAccess Agents in its service provider list, as described in "Adding WebAccess Agents to the GroupWise Service Provider's List" on page 817. If possible, you should select a WebAccess Agent that has good access to the

SAMNDCA630-07873821

domain's post offices to ensure the best performance. Each post office uses the domain's default WebAccess Agent unless you override the default at the post office level.

**5** Click OK to save the changes.

## Adding WebAccess Agents to the GroupWise Service Provider's List

**1** In ConsoleOne, right-click the GroupWise service provider object (GroupWiseProvider), then click Properties.

**2** If necessary, click the Provider tab to display the Environment page.



The GroupWise WebAccess Agents list displays the WebAccess Agents the GroupWise service provider can communicate with when attempting to complete a request. By default, the list includes the WebAccess Agent that is defined in the commgr.cfg file (listed in the Configuration File field). If the first WebAccess Agent is unavailable, the GroupWise service provider will attempt to use the second, third, fourth, and so on until it is successful.

**3** Click Add, select the WebAccess Agent you want to add to the list, then click OK.

**4** Repeat Step 3 for each WebAccess Agent you want to add to the list, then click OK to save the changes.

SAMNDCA630-07873822

DEFENDANT'S EXHIBIT NO. 324.0818

SAMNDCA630-07873823

DEFENDANT'S EXHIBIT NO. 324.0819

# 58 Controlling User Access

To control users' access to their mailboxes through GroupWise® WebAccess, you can do the following:

- Prevent users from logging in to their mailboxes through GroupWise WebAccess. By default, all GroupWise users can use WebAccess. See "Controlling User Access to Mailboxes" on page 819.

- Determine how long WebAccess users can remain inactive (no requests) before they are automatically logged out. The default is 20 minutes. See "Setting the Timeout Interval for Inactive Sessions" on page 825.

- Determine which WebAccess features (spell checking, LDAP directory searches, password modification, an so forth) are available to users. When WebAccess runs on NetWare or Windows, all features are available by default. When WebAccess runs on Linux, all features except opening attachments and LDAP directory searches are available by default. See "Configuring User Access to WebAccess Features" on page 826.

## Controlling User Access to Mailboxes

You control which users have access to their mailboxes by creating classes of service and assigning users membership in a class. For example, if you don't want users on a particular post office to have access to their mailboxes through WebAccess, you can create a class of service that prevents access and then assign the entire post office membership in that class.

The following sections provide information to help you create and manage classes of service:

- "Class Membership" on page 819
- "Creating a Class of Service" on page 820
- "Adding Users to a Class of Service" on page 822
- "Maintaining the Access Database" on page 823

## Class Membership

When you create a class of service, you assign membership in the class at a domain level, post office level, distribution list (group) level, or individual user level, which means that a user could be assigned membership in multiple classes. For example, a user might be a member in one class because his or her domain is a member; at the same time, the user is a member in another class because his or her post office is a member of that class. Because each user can have only one class of service, membership conflicts are resolved hierarchically, as shown below:

SAMNDCA630-07873824

| Membership assigned to a user through a... | Overrides membership assigned to the user through the... |
|---|---|
| domain | • default class of service |
| post office | • default class of service<br>• domain |
| distribution list | • default class of service<br>• domain<br>• post office |
| user | • default class of service<br>• domain<br>• post office |

If a user's membership in two classes of service is based upon the same level of membership (for example, both through individual user membership), the class that applies is the one that allows the most privileges. For example, if the user belongs to one class of service that allows access to WebAccess and another class that prevents access, the class that allows access applies to the user.

## Creating a Class of Service

1 In ConsoleOne<sup>R</sup>, right-click the WebAccess Agent object, then click Properties.

2 Click Access Control > Settings to display the Access Control Settings page.



3 Click Create to display the Create New Class of Service dialog box.

SAMNDCA630-07873825



**4** Type a name for the class, then click OK to display the Edit Class of Service dialog box.



**5** Select one of the following options:

**Inherit Access:** Select this option if you want members of this class of service to inherit their access from the default class of service or another class of service that they have membership in.

**Allow Access:** Select this option to enable members of the class to use WebAccess.

If you select Allow Access, you must also set a timeout interval. The timeout interval determines how long the WebAccess Agent keeps open a dedicated connection to the post office on behalf of the user. If the agent does not receive a user request within the specified interval, it closes the user's connection to the post office in order to free up its resources and the Post Office Agent's resources for other uses.

When the WebAccess Agent closes a user's connection to the post office, the user is not logged out of WebAccess. The user can continue to use WebAccess. As soon as the agent receives a request from the user, it opens the user's connection again. In general, you will want to leave the timeout interval set to the default 20 minutes.

You can also have users automatically logged out of WebAccess after a specified period of activity. WebAccess logout is handled by the WebAccess Application running on the Web server, not by the WebAccess Agent. For information, see "Setting the Timeout Interval for Inactive Sessions" on page 825.

**Prevent Access:** Select this option to prevent members of the class from using WebAccess.

**6** Click OK to display the Select GroupWise Object dialog box.

SAMNDCA630-07873826

DEFENDANT'S EXHIBIT NO. 324.0822



**7** Click Domains, Post Offices, Distribution Lists, or Users to display the list you want.

**8** In the list, select the domain, post office, distribution list, or user you want, then click Add to add the object as a member in the class. You can Control-click or Shift-click to select multiple users.



**9** To add additional domains, post offices, distribution lists or users as members of the class of service, select the class of server, then click Add to display the Select GroupWise Object dialog box.

**10** Click OK (on the Settings page) when finished adding members.

## Adding Users to a Class of Service

The following steps help you add users to an existing class of service. For information about adding new classes of service, see "Creating a Class of Service" on page 820.

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click Access Control > Settings to display the Access Control Settings page.

SAMNDCA630-07873827

DEFENDANT'S EXHIBIT NO. 324.0823



**3** In the Class of Service list, select the class you want to add members to, then click Add to display the Select GroupWise Object dialog box.



**4** Click Domains, Post Offices, Distribution Lists, or Users to display the list you want.

**5** In the list, select the domain, post office, distribution list, or user you want, then click Add to add the object as a member in the class.

**6** Repeat Step 3 through Step 5 for each object you want to add.

## Maintaining the Access Database

The Access database stores the information for the classes of service you have set up to control user access to GroupWise WebAccess. When problems occur, you can validate the database to check for physical inconsistencies with the database's records and indexes. If inconsistencies are found, you can recover the database.

The Access database, gwac.db, is located in the *domain*\wpgate\*webac65a* directory.

This section includes the following information:

- "Validating the Access Database" on page 824
- "Recovering the Access Database" on page 824

SAMNDCA630-07873828

## Validating the Access Database

Validating the Access database checks for physical inconsistencies with the database's records and indexes.

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click Access Control > Database Management to display the Database Management page.



**3** Click Validate Now.

**4** After the database has been validated, click OK.

If inconsistencies were found, see "Recovering the Access Database" on page 824.

## Recovering the Access Database

When you recover the Access database, a new database is created and all salvageable records are copied to the new database. Because some records might not be salvageable, after the recovery you will want to check the classes of services you have defined to see if any information was lost.

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click Access Control > Database Management to display the Database Management page.

SAMNDCA630-07873829

DEFENDANT'S EXHIBIT NO. 324.0825



**3** Click Recover Now.

**4** After the database has been recovered, click OK.

# Setting the Timeout Interval for Inactive Sessions

By default, users will be logged out of GroupWise WebAccess after 20 minutes if they have not performed any actions that generate requests. Actions such as opening or sending a message generate requests. Other actions, such as scrolling through the Item List, composing a mail message without sending it, and reading Help topics, do not generate requests.

The timeout interval provides security for WebAccess users who forget to log out. It also helps the performance of the Web server by freeing the resources dedicated to that user's connection.

The WebAccess Application on the Web server controls the timeout. At the time the user is logged out, the WebAccess Application saves the user's current session to a directory on the Web server, where it is stored for 24 hours. If the logged-out user attempts to continue the session, he or she will be prompted to log in again, after which the WebAccess Application will renew the session. For example, suppose a user is composing a message when the timeout interval expires and then attempts to send the message. The user will be prompted to log in again, after which the message will be sent. No information is lost.

**IMPORTANT:** This timeout interval is different than the one you can establish when creating a class of service (see "Creating a Class of Service" on page 820). That timeout interval determines how long the WebAccess Agent will keep open a session with an inactive user, and this timeout interval determines how long the WebAccess Application will maintain an inactive session. In general, if the WebAccess Agent session times out, users will not notice; the next time they make a request, the WebAccess Agent will open a new session. However, if the WebAccess Application session times out, users will be prompted to log in again.

To modify the timeout interval:

**1** In ConsoleOne, right-click the WebAccess Application object, click Properties, then click Application > Security to display the Security page.

SAMNDCA630-07873830

DEFENDANT'S EXHIBIT NO. 324.0826



**2** In the Timeout for Inactive Sessions box, select the number of minutes for the timeout interval.

**3** In the Path for Inactive Sessions box, select the path for the directory where you want inactive sessions stored.

**4** Click OK.

The timeout interval applies to all users who log in through the Web server where the WebAccess Application is running. You cannot set individual user timeout intervals. However, if you have multiple Web servers, you can set different timeout intervals for the Web servers by completing the above steps for each server's WebAccess Application.

# Configuring User Access to WebAccess Features

By default, WebAccess users can:

- Spell check messages
- Search LDAP directories (must be manually enabled on Linux)
- Change their GroupWise mailbox passwords
- Use Document Management Services
- Open attachments in native format (must be manually enabled on Linux)
- Open documents in native format (must be manually enabled on Linux)
- View attachments in HTML format
- View documents in HTML format

Access to these features is controlled by the WebAccess Application on the Web server. All users who log in through the Web server will have the same feature access. You cannot configure individual user settings. However, if you have multiple Web servers, you can establish different settings for the Web servers by completing the following steps for each server's WebAccess Application.

To configure the WebAccess feature settings:

SAMNDCA630-07873831

DEFENDANT'S EXHIBIT NO. 324.0827

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Settings to display the Application Settings page.



**3** Configure the following settings:

**Spell Check Items:** Enable this option if you want users to be able to use the Novell™ Speller to spell check an item's text before sending the item. Disable this option to remove all Spell Check features from the user interface.

**Search LDAP Directories:** Enable this option if you have an LDAP server and you want users to be able to search any LDAP address books you have defined. Disable this option to remove all LDAP features from the user interface.

**Change Passwords:** Enable this option if you want users to be able to change their Mailbox passwords. Disable this option to remove all Password features from the user interface.

**Access Document Management:** Enable this option if you want users to be able to use the Document Management features. Disable this option to remove all Document Management features from the user interface.

**Open Attachments in Native Format:** By default, the Save As option enables users to save message attachments to their local drives and then open them in their native applications. You can turn on this option to enable the Open option. The Open option enables users to open message attachments directly in their native applications without first saving the files to the local drive.

This option requires that 1) each user's Web browser knows the correct application or plug-in to associate with the attachment, according to its file extension or MIME type, and 2) the application or plug-in is available to the user. Otherwise, the user will be prompted to save the file to disk or specify the application to open it.

This option and the View Attachments in HTML Format option can both be enabled at the same time. Doing so gives users both the Open option and the View option, which means they have the choice of opening an attachment in its native application or viewing it as HTML.

**Open Documents in Native Format:** By default, the Save As option enables user to save library documents to their local drives and then open them in their native applications. You can turn on this option to enable the Open option. The Open option enables users to open documents directly in their native applications without first saving the files to the local drive.

SAMNDCA630-07873832

DEFENDANT'S EXHIBIT NO. 324.0828

This option requires that 1) each user's Web browser knows the correct application or plug-in to associate with the document, according to its file extension or MIME type, and 2) the application or plug-in is available to the user. Otherwise, the user will be prompted to save the file to disk or specify the application to open it.

This option and the View Documents in Native Format option can both be enabled at the same time. Doing so gives users both the Open option and the View option, which means they have the choice of opening a document in its native application or viewing it as HTML.

If you want only certain file types to be have the Open option, enter the file types in the Include Only Files With These Extensions field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The Open option will not be available for any file types not entered in this field.

**View Attachments in HTML Format:** Enable this option if you want users to be able to view any type of attachments in HTML format. Disable this option to require users to save an attachment to a local drive and view it in its native application. WebAccess uses Stellent* Outside In* HTML Export to convert files to HTML format.

For a list of the supported file format conversions, download the following document from the Stellent Web site:

OutSide In Supported Platforms and File Formats (http://www.stellent.com/stellent3/groups/mkt/documents/nativepage/outside_in_supported_platforms.pdf)

This option and the Open Attachments in Native Format option can both be enabled at the same time. Doing so gives users both the View option and the Open option, which means they have the choice of viewing an attachment as HTML or opening it in its native application.

**View Documents in HTML Format:** Enable this option if you want users to be able to view library documents in HTML format. Disable this option to require users to save a document to a local drive and view it in its native application. WebAccess uses Stellent Outside In HTML Export to convert files to HTML format.

For a list of the supported file format conversions, download the following document from the Stellent Web site:

OutSide In Supported Platforms and File Formats (http://www.stellent.com/stellent3/groups/mkt/documents/nativepage/outside_in_supported_platforms.pdf)

This option and the Open Documents in Native Format option can both be enabled at the same time. Doing so gives users both the View option and the Open option, which means they have the choice of viewing a document as HTML or opening it in its native application.

If you want to exclude certain file types from having the View option, enter the file types in the Exclude Files With These Extensions field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The View option will be available for any file types not entered in this field.

**4** Click OK.

SAMNDCA630-07873833

DEFENDANT'S EXHIBIT NO. 324.0829

# 59 Configuring WebAccess Components

WebAccess consists of a number of components that can be configured to meet the specific needs of your GroupWise system:

- "Configuring the WebAccess Agent" on page 829
- "Configuring the WebAccess Application" on page 841
- "Configuring the Novell Speller Application" on page 854
- "Configuring the WebPublisher Application" on page 857
- "Configuring the GroupWise Service Provider" on page 867
- "Configuring the LDAP Service Provider" on page 868
- "Configuring the GroupWise Document Service Provider" on page 869

## Configuring the WebAccess Agent

During installation, the GroupWise® WebAccess Agent is set up with a default configuration. On Linux, this happens during the configuration step. However, you can use the information in the following sections to optimize the WebAccess Agent for your environment:

- "Modifying WebAccess Settings" on page 829
- "Modifying WebPublisher Settings" on page 830
- "Controlling WebAccess Agent Logging" on page 832
- "Managing Access to Post Offices" on page 837
- "Changing the WebAccess Agent's Network Address or Port Numbers" on page 840

## Modifying WebAccess Settings

Using ConsoleOne®, you can configure the following GroupWise WebAccess settings for the WebAccess Agent:

- The maximum number of threads the agent will use to process WebAccess messages
- The key used to encrypt information sent between the agent and the WebAccess Application

To modify the configuration information:

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** If necessary, click WebAccess > Settings to display the WebAccess Settings page.

SAMNDCA630-07873834



**3** Modify any of the following fields:

**Maximum Threads:** This is the maximum number of threads the agent will use at one time to process requests. The default (12) enables the agent to process 12 requests at one time, which is usually sufficient. If the agent regularly receives more requests than it has threads, you might want to increase the maximum number of threads. Increasing the threads increases the amount of server memory used by the agent.

To determine the maximum number of threads that have been in use at one time (for example, 8 of the 12 threads), you can view the server console screen for the NetWare* WebAccess Agent or view the status information displayed through the Web console. See "Monitoring the WebAccess Agent" on page 875.

**Encryption Key:** The encryption key is used to encrypt and decrypt the information sent between the WebAccess Agent and the WebAccess Application. If you do not want to use the default encryption key, you can type your own key. The encryption key must be identical to the encryption keys of any other WebAccess Agents that the WebAccess Application communicates with. For more information, see "Configuring Redirection and Failover Support" on page 810.

**4** Click OK to save the changes.

## Modifying WebPublisher Settings

Using ConsoleOne, you can configure the following WebPublisher settings for the WebAccess Agent:

* The GroupWise account used by the WebAccess Agent to retrieve documents for WebPublisher users

* The GroupWise libraries where the WebAccess Agent will look for documents that have been shared with GroupWise WebPublisher users

* The maximum amount of disk space to use when caching documents that have been converted to HTML for viewing by GroupWise WebPublisher users

* How often to synchronize the cached documents with the original documents in the GroupWise libraries

* The location where the files will be cached

SAMNDCA630-07873835

DEFENDANT'S EXHIBIT NO. 324.0831

To modify the configuration information:

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click WebPublisher > Settings to display the WebPublisher Settings page.



**3** Modify any of the following fields:

**GroupWise Mailbox ID:** The WebPublisher proxy user serves two purposes: 1) GroupWise users make documents available to GroupWise WebPublisher users by sharing the documents with the WebPublisher proxy user and 2) the WebAccess Agent logs in to GroupWise through the WebPublisher proxy user. This enables the WebAccess Agent to search for and retrieve documents that have been shared with the WebPublisher proxy user. Specify the ID for the GroupWise mailbox you want to use.

**Password:** Click Set Password to specify the mailbox password.

**Allow Access to These Libraries:** This list displays the libraries that the WebAccess Agent has access to. If a library is not in the list, WebPublisher users cannot see the library's documents. If a library is listed, WebPublisher users can view any of the library's documents that have been shared (by the document owner) with the WebPublisher proxy user.

To add a library to the list, click Add, then browse for and select the library.

To change the display name or description for the library, select the library, then click Properties. By default, the library's Novell[8] eDirectory™ object name is used for the display name.

To remove a library from the list, select the library, then click Remove.

**Assign General User Access to WebPublisher Users:** When sharing documents with GroupWise users, a document's owner can assign individual access rights and general access rights (through the General User Access option). The General User Access rights determine the access for all GroupWise users who do not receive individual access rights. For example, if a document's owner sets the General User Access to View, all GroupWise users with access to that library can view the document.

This option lets you determine whether or not you, as the GroupWise system administrator, want to give General User Access rights to WebPublisher users. For example, with this option enabled, WebPublisher users can view any documents that have General User Access set to View.

SAMNDCA630-07873836

**Disk Cache Size:** When a GroupWise WebPublisher user requests a document from a GroupWise library, the WebAccess Agent retrieves the document, renders it to HTML, displays it to the GroupWise WebPublisher user, and then saves it to a disk cache. If the document is requested again, the cached version is used.

The disk cache size determines the maximum amount of disk space to be used for the cache. The default is 100 MB. If there is not room in the cache for a newly rendered document, the least recently requested document is removed from the cache to make room for the new document.

If GroupWise users are publishing large numbers of documents, you might want to increase the cache size. The advantage of a large cache is that cached documents are displayed more quickly to GroupWise WebPublisher users because the WebAccess Agent does not have to first render them to HTML. The disadvantage of a large cache is the disk space used and the amount of time required by the WebAccess Agent to keep the cached documents synchronized with the original documents.

**Cache Synchronization Interval:** The cache synchronization interval determines how often the WebAccess Agent checks for differences between the cached documents and the original documents in the library. Based on the default interval, the WebAccess Agent checks for differences every one hour (3600 seconds). If differences exist, the WebAccess Agent replaces the cached document with a newly rendered version of the original document.

**Disk Cache Path:** The disk cache path indicates the directory where documents are stored. By default, this is a directory on the WebAccess Agent's server (c:\groupwise\cache for Windows or sys:\system\cache for NetWare^K or /opt/novell/groupwise/webpublisher/cache for Linux). If necessary, you can change the path to specify a new location.

To increase speed and reduce network traffic, we recommend that you keep the cache directory on the WebAccess Agent's server.

**4** Click OK to save the changes.

# Controlling WebAccess Agent Logging

The WebAccess Agent provides logging options to help you monitor the operation of the agent.

The following sections explain the how to control logging:

- "Controlling the Agent's Logging" on page 832
- "Assigning Operators to Receive Warning and Error Messages" on page 836

## Controlling the Agent's Logging

The WebAccess Agent logs information to the console and to a log file on disk (by default, disk logging is turned off). You can control the following logging features:

- The type of information to log.
- Whether disk logging is on or off.
- How long to retain log files.
- The maximum amount of disk space to use for log files.
- Where to store log files.

SAMNDCA630-07873837

You can control logging through ConsoleOne, WebAccess Agent startup switches, and the WebAccess Agent console. The following table shows which logging options you can control from each location.

| | ConsoleOne | Startup Switches | NetWare Console | NetWare Console | Linux Console |
|---|---|---|---|---|---|
| Logging Level | Yes | Yes | Yes | Yes | No |
| Disk Logging | Yes | Yes | Yes | No | No |
| Maximum Log File Age | Yes | Yes | Yes | No | No |
| Maximum Disk Space | Yes | Yes | Yes | No | No |
| Log File Location | Yes | Yes | No | Yes | No |

The log settings in ConsoleOne are used as the default settings. Startup switches override the ConsoleOne log settings, and agent console settings override startup switches and ConsoleOne settings for the current agent session. For information about modifying log settings through ConsoleOne, startup switches, or the WebAccess Agent console, see the following sections:

- "Modifying Log Settings in ConsoleOne" on page 833
- "Modifying Log Settings through Startup Switches" on page 834
- "Modifying Log Settings through the NetWare Agent's Console" on page 835
- "Modifying Log Settings through the Windows Agent's Console" on page 836
- "Modifying Log Settings on Linux" on page 836

**Modifying Log Settings in ConsoleOne**

Through ConsoleOne, you can select the following log settings:

- Log file location
- Logging level
- Maximum age for log files
- Maximum disk spaced used for log files

By default, the WebAccess Agent does not log information to a file on disk on NetWare and Windows. (However, on Linux, it does.) To turn disk logging on, you can use the /logdiskon startup switch. See "Modifying Log Settings through Startup Switches" on page 834. If you are using the NetWare WebAccess Agent, you can turn disk logging on through the agent's console. See "Modifying Log Settings through the NetWare Agent's Console" on page 835.

The WebAccess Agent creates a new log file each day and each time it is started. The log file is named *mmdd*web.*nnn*, where *mm* is the month, *dd* is the day, and *nnn* is a sequenced number (001 for the first log file of the day, 002 for the second, and so forth). On NetWare and Windows, the default location for the log files is the *domain*\wpgate\webac65a\000.prc directory. On Linux, the location is /var/log/novell/groupwise/*domain_name.gateway_name*/000.prc.

To modify log settings in ConsoleOne:

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click GroupWise > Log Settings to display the Log Settings page.

DEFENDANT'S EXHIBIT NO. 324.0834



**3** Modify any of the following properties:

**Log File Path:** By default, this field is empty. If you have turned on disk logging by using the /logdiskon startup switch (see "Modifying Log Settings through Startup Switches" on page 834), the log files will be saved to the default directory or to the directory specified by the /log startup switch. If you want to specify a different location, enter the directory path or browse to and select the directory.

If you have not used the /logdiskon startup switch to turn on logging, entering a log file path will activate disk logging (after you restart the WebAccess Agent).

**Logging Level:** There are four logging levels: Off, Normal, Verbose, and Diagnostic. Off turns logging off; Normal displays initial statistics, user logins, warnings, and errors; Verbose displays normal logging plus user requests; and Diagnostic displays Verbose logging plus thread information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with WebAccess.

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Max Log File Age:** Specify the number of days you want the WebAccess Agent to retain old log files. The WebAccess Agent will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Max Log Disk Space:** Specify the maximum amount of disk space you want to use for log files. If the disk space limit is exceeded, the WebAccess Agent will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 1024 KB.

**4** Click OK to save the log settings.

## Modifying Log Settings through Startup Switches

Startup switches override any log settings you specified through ConsoleOne. See "Modifying Log Settings in ConsoleOne" on page 833.

To use a switch, you can:

- Add the switch to the command line. For example, load gwinter.nlm /ph-j:\domain\wpgate\webac65a.

SAMNDCA630-07873839

DEFENDANT'S EXHIBIT NO. 324.0835

- On NetWare, include the switch in the WebAccess NetWare configuration file (strtweb.ncf), typically located in sys:\system.

- On Linux, include the switch in the WebAccess startup script (*gateway_name*.waa) located in /opt/novell/groupwise/agents/bin.

- On Windows, include the switch in the WebAccess startup batch file (strtweb.bat), typically located in c:\webacc.

For information about startup switches that can be used to modify log settings, see "Using WebAccess Agent Startup Switches" on page 895.

### Modifying Log Settings through the NetWare Agent's Console

You can use the NetWare WebAccess Agent's console to modify the following log settings:

- Logging level

- Disk logging on or off

- Maximum age for log files

- Maximum disk space used for log files

Changes you make to log settings at the console apply only to the current session. When you restart the WebAccess Agent, the log settings are reset to the settings specified in ConsoleOne or the startup switches. See "Modifying Log Settings in ConsoleOne" on page 833 and "Modifying Log Settings through Startup Switches" on page 834.

To modify the log settings:

**1** At the NetWare WebAccess Agent's console, press F10, select Logging Options, then modify any of the following settings:

**Logging Level:** Off turns logging off. Normal displays initial statistics, user logins, warnings, and errors; Verbose displays normal logging plus user requests; and Diagnostic displays Verbose logging plus thread information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with GroupWise WebAccess.

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**File Logging:** Turns disk logging on or off. When disk logging is turned on, the WebAccess Agent creates a new log file each day and each time it is restarted. The log file is named *mmdd*web.*nnn*, where *mm* is the month, *dd* is the day, and *nnn* is a sequenced number (001 for the first log file of the day, 002 for the second, and so forth). On NetWare and Windows, the default location for the log files is the *domain*\wpgate\*webac65a*\000.prc directory. On Linux, the default location is /var/log/novell/groupwise/*domain.webac65a*/000.prc.

**Max Log File Age:** Specifies the number of days you want the WebAccess Agent to retain old log files. The WebAccess Agent will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Max Log Disk Space:** Specifies the maximum amount of disk space you want to use for log files. If the disk space limit is exceeded, the WebAccess Agent will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 65536 KB.

**2** Press Esc to save the information.

SAMNDCA630-07873840

**Modifying Log Settings through the Windows Agent's Console**

You can use the Windows WebAccess Agent's console to modify the logging level. All other log settings must be modified through ConsoleOne or startup switches. See "Modifying Log Settings in ConsoleOne" on page 833 and "Modifying Log Settings through Startup Switches" on page 834.

Changes you make to the log level at the console apply only to the current session. When you restart the WebAccess Agent, the log level is reset to the level specified in ConsoleOne or the startup switches.

To modify the logging level:

1 In the NetWare WebAccess Agent's console (the DOS window), press F2 to cycle the log level between Normal, Verbose, and Diagnostic. Each level is described below:

**Normal:** Normal displays initial statistics, user logins, warnings, and errors. This is the default level.

**Verbose:** Verbose displays Normal logging plus user requests.

**Diagnostic:** Diagnostic displays Verbose logging plus thread information. Use Diagnostic only if you are troubleshooting a problem with GroupWise WebAccess.

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Modifying Log Settings on Linux**

On Linux, these settings must be modified through ConsoleOne. See "Modifying Log Settings in ConsoleOne" on page 833.

**Assigning Operators to Receive Warning and Error Messages**

You can select GroupWise users to receive warning and error messages issued by the WebAccess Agent. Whenever the agent issues a warning or error, these users, called operators, receive a message in their mailboxes. You can specify one or more operators.

To assign an operator:

1 In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

2 Click GroupWise > Gateway Administrators to display the Gateway Administrators page.

SAMNDCA630-07873841

DEFENDANT'S EXHIBIT NO. 324.0837



**3** Click Add, select a user, then click OK to add the user to the Gateway Administrators list.



**4** Make sure Operator is selected as the Administrator Role.

**5** If desired, add additional operators.

**6** Click OK.

## Managing Access to Post Offices

The WebAccess Agent requires access to all post offices where WebAccess users' mailboxes or GroupWise libraries reside. The agent can access a post office using client/server mode, direct mode, or both. By default, it uses whichever mode is defined on the Post Office object's Post Office Settings page (located on the GroupWise tab).

- ◆ "Modifying Links to Post Offices" on page 838 explains how to set the access mode to client/server, direct, or both.

- ◆ "Automating Reattachment to NetWare Servers" on page 839 explains how to configure the agent to automatically reconnect to post offices on NetWare servers.

SAMNDCA630-07873842

**Modifying Links to Post Offices**

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click Post Office Links > Settings.



**3** In the Post Offices list, select the post office whose link information you want to change, then click Edit Link to display the Edit Post Office Link dialog box.



**4** Define the following properties:

**Access Mode:** The access mode determines whether the WebAccess Agent will use client/server access, direct access, or both client/server and direct access to connect to the post office. With client/server and direct, the WebAccess Agent first tries client/server access; if client/server access fails, it then tries direct access. You can also choose to use the same access mode currently defined for the post office (on the Post Office object's Post Office Settings page). The current access mode is displayed in the Current Post Office Access field.

**Direct Access:** When connecting to the post office in direct mode, the WebAccess Agent can use the post office's UNC path (as defined on the Post Office object's Identification page) or a mapped path that you enter.

**Client/Server Access:** When connecting to the post office in client/server mode, the WebAccess Agent must know the hostname (or IP address) and port number of the Post Office Agent running against the post office.

SAMNDCA630-07873843

DEFENDANT'S EXHIBIT NO. 324.0839

**5** Click OK.

**6** Repeat Step 3 through Step 5 for each post office whose link you want to change.

## Automating Reattachment to NetWare Servers

You can specify the reattach information for the Windows WebAccess Agent in ConsoleOne. Whenever the Windows WebAccess Agent loses its connection to a post office that is on a NetWare server, it will read the reattach information from the domain database and attempt to reattach to the NetWare server.

The NetWare WebAccess Agent does not use this information. To reattach to NetWare servers where users' post offices reside, the NetWare WebAccess Agent uses the user ID and password specified during installation. This user ID and password are entered in the strtweb.ncf file

To specify the reattachment information for the NetWare WebAccess Agent:

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click Reattach > Settings.



**3** Define the following properties:

**Tree:** Enter the eDirectory tree that the WebAccess Agent logs in to. If the WebAccess Agent does not use an eDirectory user account, leave this field blank.

**Context:** Enter the eDirectory context of the WebAccess Agent's user account. If the WebAccess Agent does not use an eDirectory user account, leave this field blank.

**User ID:** Enter the name of the user account.

**Password:** Enter the password for the user account.

**4** Click OK.

SAMNDCA630-07873844

## Changing the WebAccess Agent's Network Address or Port Numbers

If you change the network address (IP address or DNS hostname) of the WebAccess Agent's server or move the WebAccess Agent to a new server, you will need to change the network address in ConsoleOne. You can also change the port numbers used by the WebAccess Agent.

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

**2** Click GroupWise > Network Address to display the Network Address page.



**3** To change the WebAccess Agent's IP address, click the Edit button next to the TCP/IP Address field to display the Edit Network Address dialog box.



**4** Change the IP address or DNS hostname as necessary, then click OK to return to the Network Address page.

**5** To change the port numbers used by the WebAccess Agent, enter the new port number in the appropriate field.

**HTTP Port:** This is the port used to listen for requests from its Web console. The default port number is 7211.

**TCP Port:** This is the port used to listen for requests from the WebAccess Application and WebPublisher Application. The default port is 7205.

**6** Click OK to save the changes.

SAMNDCA630-07873845

# Configuring the WebAccess Application

During installation, the WebAccess Application is set up with a default configuration. However, you can use the information in the following sections to optimize the WebAccess Application configuration:

- "Modifying the WebAccess Application Environment Settings" on page 841
- "Controlling WebAccess Application Logging" on page 842
- "Adding or Removing Service Providers" on page 844
- "Modifying WebAccess Application Template Settings" on page 845
- "Securing WebAccess Application Sessions" on page 850
- "Controlling Availability of WebAccess Features" on page 852

## Modifying the WebAccess Application Environment Settings

Using ConsoleOne®, you can modify the WebAccess Application's environment settings. The environment settings determine such things as the location where ConsoleOne stores the WebAccess Application's configuration file and how long the WebAccess Application will maintain an open session with an inactive user.

To modify the environment settings:

**1** In ConsoleOne, right-click the WebAccess Application object (GroupWiseWebAccess), then click Properties.

**NOTE:** The WebAccess Application object is not available in the GroupWise View. To locate the WebAccess Application object, you must use the Console View.

**2** If necessary, click Applications > Environment to display the Environment page.



**3** Modify any of the following fields:

**Configuration File:** The WebAccess Application does not have access to Novell® eDirectory™ or the GroupWise® domain database. Therefore, ConsoleOne writes the application's configuration information to the file specified in this field. By default, this is the

SAMNDCA630-07873846

DEFENDANT'S EXHIBIT NO. 324.0842

webacc.cfg file located in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux).

In general, you should avoid changing the location of the file. If you do, you need to make sure to modify the webacc.cfg path in the Java* servlet engine's property file or (web.xml for Tomcat or servlets.properties for the Novell Servlet Gateway). If you do not, the WebAccess Application will continue to look for its configuration information in the old location.

**File Upload Path:** When a user attaches a file to an item, the file is uploaded to the directory displayed in this field. By uploading the file before the item is sent, less time is required to send the item when the user clicks the Send button. After the user sends the item (or cancels it), the WebAccess Application deletes the file from the directory.

Specify the upload directory you want to use. The default path is to the temp directory, located in the WebAccess Application's home directory (by default, novell\webaccess\temp on the Web server or /opt/novell/groupwise/webaccess/temp on Linux).

**Logout URL:** By default, users who log out of GroupWise WebAccess are returned to the login page. If desired, you can enter the URL for a different page.

The logout URL can be defined in this location and two additional locations. These locations are listed below, in the order that the WebAccess Application will check them.

* Trusted server logout URL (configured on the Security page)
* Template-specific logout URL (configured on the Templates page)
* General logout URL (configured on the Environment page)

For example, you define a general logout URL (WebAccess Application object > Environment page) and a Standard HTML template logout URL (WebAccess Application object > Templates page). You are not using trusted servers, so you do not set any trusted server logout URLs.

When a Standard HTML template user logs out of WebAccess, the Standard HTML template logout URL is used. However, when a Basic HTML template user logs out, the general logout URL is used.

If none of these locations include a logout URL, the WebAccess Application defaults to the standard login page.

4 Click OK to save the changes.

## Controlling WebAccess Application Logging

The WebAccess Application logs information to log files on disk. You can control the following logging features:

* The type of information to log
* How long to retain log files
* The maximum amount of disk space to use for log files
* Where to store log files

The WebAccess Application creates a new log file each day and each time it is restarted (as part of the Web server startup). The log file is named *mmdd*was.*nnn*, where *mm* is the month, *dd* is the year, and *nnn* is a sequenced log file number (001 for the first log file of the day, 002 for the second, and so forth).

To modify the log settings:

SAMNDCA630-07873847

DEFENDANT'S EXHIBIT NO. 324.0843

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Log Settings to display the Log Settings page.



**3** Modify any of the following properties:

**Log File Path:** Specify the path to the directory where you want to store the log files.

On NetWare and Windows, the log files are stored in the novell\webaccess\logs directory on the Web server by default. On Linux, they are stored in /opt/novell/groupwise/webaccess/logs.

**Maximum Log File Age:** Specify the number of days you want to retain the log files. The WebAccess Application will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Maximum Log Disk Space:** Specify the maximum amount of disk space you want to use for the log files. If the disk space limit is exceeded, the WebAccess Application will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 1024 KB.

**Logging Level:** There are four logging levels: None, Normal, Verbose, and Diagnostic. None turns logging off; Normal displays warnings and errors; Verbose displays Normal logging plus information messages and user requests; and Diagnostic displays all possible information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with WebAccess.

The verbose and diagnostic logging levels do not degrade WebAccess Application performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Log Language:** Select the language in which you want information written to the log files. The list contains many languages, some of which the WebAccess Application might not support. If you select an unsupported language, the information will be written in English.

**Log Time Format:** Choose from the following formats to use when the WebAccess Application records dates and times in the log files: HH:mm:ss:SS, MM/dd: H:mm:ss.SS, or dd/MM: H:mm:ss.SS. H and HH represent hours, mm represents minutes, ss and SS represent seconds, MM represents months, and dd represents days.

**4** Click OK to save the log settings.

SAMNDCA630-07873848

DEFENDANT'S EXHIBIT NO. 324.0844

## Adding or Removing Service Providers

The WebAccess Application receives requests from users and then passes the requests to the appropriate service provider. The service provider fills the requests and returns the required information to the WebAccess Application. The WebAccess Application merges the information into the appropriate template and displays it to the user.

To function properly, the WebAccess Application must know which service providers are available. On NetWare and Windows, WebAccess includes two service providers: a GroupWise service provider (GroupWiseProvider) and an LDAP service provider (LDAPProvider). On Linux, there is also a separate GroupWiseDocumentProvider for WebPublisher. The GroupWise provider communicates with the WebAccess Agent to fill GroupWise requests. The LDAP provider communicates with LDAP servers to fill LDAP requests, such as LDAP directory searches initiated through the GroupWise Address Book.

Both the GroupWise service provider and the LDAP service provider are installed and configured at the same time as the WebAccess Application. You can disable the GroupWise service or LDAP service by removing the GroupWise service provider or LDAP service provider. On Linux, the GroupWiseDocumentProvider is also created by default. If you've created new service providers to expose additional services through GroupWise WebAccess, you must define those service providers so that the WebAccess Application knows about them.

To define service providers:

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Services to display the Services page.

The Provider List displays all service providers that the WebAccess Application is configured to use.



**3** Choose from the following options:

**Add:** To add a service provider to the list, click Add, browse for and select the service provider's object, then click OK.

**Edit:** To edit a service provider's information, select the provider in the list, then click Edit. For information about the modifications you can make, see Chapter , "Configuring the

SAMNDCA630-07873849

GroupWise Service Provider," on page 867 and Chapter , "Configuring the LDAP Service Provider," on page 868.

**Delete:** To remove a service provider from the list, select the provider, then click Delete.

4  Click OK to save the changes.

## Modifying WebAccess Application Template Settings

When the WebAccess Application receives information from a service provider, it merges the information into the appropriate WebAccess template before displaying the information to the user. Using ConsoleOne, you can modify the WebAccess Application's template settings. The template settings determine such things as the location of the templates, the maximum amount of server memory to use for caching the templates, and the default template language.

1  In ConsoleOne, right-click the WebAccess Application object, then click Properties.

2  Click Application > Templates to display the Templates page.



3  Modify any of the following fields:

**Template Path:** Select the location of the template base directory. The template base directory contains the subdirectories (simple, frames, hdml, and wml) for each of the templates provided with GroupWise WebAccess. If you create your own templates, you need to place the templates in a new subdirectory in the template base directory.

On a NetWare® server with the Novell Servlet Gateway, the default installation directory is java\servlets\com\novell\webaccess\templates.

On a Windows server with the Novell Servlet Gateway, the default installation directory is novell\java\servlets\com\novell\webaccess\templates.

On a NetWare or Windows server with Tomcat, the default installation directory is *tomcat_dir*\webapps\ROOT\web-inf\classes\com\novell\webaccess\templates.

On a Linux server with Tomcat, the default installation directory is /var/opt/novell/tomcat/webapps/gw/WEB-INF/classes/com/novell/webaccess/templates.

SAMNDCA630-07873850

DEFENDANT'S EXHIBIT NO. 324.0846

**Java Package:** Specify the Java package that contains the template resources used by the WebAccess Application. The default package is com.novell.webaccess.templates.

**Images URL:** Specify the URL for the GroupWise WebAccess image files. These images are merged into the templates along with the GroupWise information. This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is /com/novell/webaccess/images. On Linux, the default relative URL is /gw/com/novell/webaccess/images.

**Applets URL:** In some instances (Address Book and Month Calendar, for example), applets can be used instead of the standard templates. Specify the URL for the GroupWise WebAccess applets (Address Book, Month Calendar, and so forth). This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is /com/novell/webaccess/applets. On Linux, the default relative URL is /gw/com/novell/webaccess/applets.

**Help URL:** Specify the URL for the GroupWise WebAccess Help files. This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is /com/novell/webaccess/help. On Linux, the default relative URL is /gw/com/novell/webaccess/help.

**Enable Template Caching:** To speed up access to the template files, the WebAccess Application can cache the files to the server's memory. Select this option to turn on template caching.

**Cache Size:** Select the maximum amount of memory, in kilobytes, you want to use when caching the templates. The default cache size, 2500 KB, is sufficient to cache all templates shipped with GroupWise WebAccess. If you modify or add templates, you can turn on Verbose logging (WebAccess Application object > Application tab > Log Settings page) to view the size of the template files. Using this information, you can then change the cache size appropriately.

**Default Language:** If you have more than one language installed, select the language to use when displaying the initial GroupWise WebAccess page. If users want the GroupWise WebAccess interface (templates) displayed in a different language, they can change it on the initial page.

**Define User Interfaces:** GroupWise WebAccess supports Web browsers on many different devices (for example, computers and wireless telephones). Each device supports specific content types such as HTML, HDML, and WML. When returning information to a device's Web browser, the WebAccess Application must merge the information into a set of templates to create an interface that supports the content type required by the Web browser.

GroupWise WebAccess ships with five predefined user interfaces (Standard HTML, Basic HTML, Handheld Device Markup Language, Wireless Markup Language, and Web Clipping). These interfaces support Web browsers that require HTML, HDML, and WML content types. Click the User Interface button to view, add, modify, or delete user interfaces. For more information, see Defining User Interfaces below.

**4** Click OK to save the changes.

### Defining User Interfaces

**1** From the WebAccess Application object's Templates page, click Define User Interfaces to display the Define User Interfaces dialog box.

SAMNDCA630-07873851

DEFENDANT'S EXHIBIT NO. 324.0847



The dialog box includes three tabs:

- **User Interfaces:** The User Interfaces tab lets you add, modify, and remove user interfaces, as well as determine whether or not GroupWise data added to an interface should be cached on proxy servers. Each interface consists of template files that support a specific content type. For example, the predefined Standard HTML interface uses frame-based HTML templates, located in the frames directory, that support the text/html content type.

- **Browser User Agents:** The Browser User Agents tab lets you associate a user interface with a Web browser. The association is based on the browser's User Agent information (signature, platform, version, and so forth). For example, if a browser's User Agent information includes "Windows CE" (one of the predefined entries), the WebAccess Application will use the Basic HTML interface (no-frames interface).

- **Browser Accept Types:** The Browser Accept Types tab lets you associate a user interface with a Web browser. The association is based on the content type the browser will accept. For example, if a browser accepts text/html (one of the predefined entries), the WebAccess Application will use the Standard HTML interface (frames-based interface).

**2** To add, remove, or modify user interfaces, click the User Interfaces tab.



The User Interface list displays all available user interfaces. The list includes the following information:

SAMNDCA630-07873852

◆ **User Interface:** This column displays the name assigned to the user interface (for example, Standard HTML or Wireless Markup Language).

◆ **Template:** This column displays the directory in which the template files are located. Only the directory name is shown. You can append this directory name to the template path shown on the Templates page to see the full template directory path.

◆ **Content Type:** This column displays the content type required by the templates (for example, text/html, text/x-hdml, or text/vnd.wap.wml).

◆ **Logout URL:** By default, when a user logs out, he or she is returned to the standard login page. When adding or editing the user interface, you can use the logout URL to define a different page. If you do so, this column displays the URL. This URL overrides the logout URL specified on the WebAccess Application object's Environment page (see "Modifying the WebAccess Application Environment Settings" on page 841). It is overridden by the logout URL specified for a trusted server on the WebAccess Application object's Security page (see "Securing WebAccess Application Sessions" on page 850).

Choose from the following options to manage the user interfaces:

● **Add:** Click Add to add a user interface to the list.

● **Edit:** Select a user interface in the list, then click Edit to edit the interface's name, template directory, content type, or proxy caching setting.

● **Default:** Select a user interface in the list, then click Default to make that interface the default interface. The WebAccess Application will use the default interface only if it can't determine the appropriate interface based on the browser's User Agent (Browser User Agent tab) or the browser's accepted content types (Browser Accept Types tab).

● **Delete:** Select a user interface in the list, then click Delete to remove the interface. This only removes the entry from the list. It does not delete the template files from the template directory.

**3** To associate a user interface with a Web browser based on the browser's User Agent information, click the Browser User Agents tab.



The Browser User Agents tab lets you associate a user interface with a Web browser. The association is based on the browser's User Agent information (signature, platform, version, and so forth). For example, if a browser's User Agent information includes "Windows CE" (one of the predefined entries), the WebAccess Application will use the Basic HTML interface (no-frames interface).

SAMNDCA630-07873853

If a browser's User Agent information matches more than one entry in the list, the application uses the first entry. If the browser's User Agent information does not match any entries in the list, the WebAccess Application tries to select an interface based on the content types the browser will accept (Browser Accept Types tab). If no match is made based on the Accept Types information, the WebAccess Application uses the default user interface listed on the User Interfaces tab.

Choose from the following options to manage the associations:

- **Add:** Click Add to add an entry to the list.

- **Edit:** Select an entry from the list, then click Edit to edit the entry's information.

- **Up:** Select an entry from the list, then click Up to move it up in the list. If two entries match the information in a browser's User Agent header, the WebAccess Application uses the interface associated with the first entry listed.

- **Down:** Select an entry from the list, then click Down to move it down in the list.

- **Delete:** Select an entry from the list, then click Delete to remove the entry.

**4** To associate a user interface with a Web browser based on the content type that the browser will accept, click the Browser Accept Types tab.



The Browser Accept Types tab lets you associate a user interface with a Web browser. The association is based on the content type the browser will accept. For example, if a browser accepts text/html (one of the predefined entries), the WebAccess Application will use the Standard HTML interface (frames-based interface).

Many browsers accept more than one content type (for example, both text/html and text/plain). If the list contains more than one acceptable content type, the WebAccess Application uses the browser's preferred content type, which is the type that is listed first in the browser's Accept Type header.

If no interface can be determined based on the entries in the list, the WebAccess Application uses the default user interface listed on the User Interfaces tab.

Choose from the following options to manage the associations:

- **Add:** Click Add to add an entry to the list.

- **Edit:** Select an entry from the list, then click Edit to edit the entry's information.

- **Delete:** Select an entry from the list, then click Delete to remove the entry.

**5** Click OK to save your changes and return to the WebAccess Application object's Templates page.

SAMNDCA630-07873854

## Securing WebAccess Application Sessions

The WebAccess Application includes several settings to help you ensure that users' information is secure. You can:

◆ Specify a period of time after which inactive sessions will be closed. The default is 20 minutes.

◆ Secure sessions through the use of client IP binding or browser session cookies.

◆ Disable information caching by proxy servers and Web browsers.

◆ Enable GroupWise authentication through a trusted server.

To modify the security settings:

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Security to display the Security page.



**3** Modify any of the following fields:

**Timeout for Inactive Sessions:** When a user logs in, the WebAccess Application opens a session with the user. This option lets you specify a period of time after which the WebAccess Application will close a session that has become inactive. A session becomes inactive when the user does not perform any actions, such as opening a message, that generate calls to the WebAccess Application. Having a timeout period not only provides security for users' e-mail but also ensures that GroupWise WebAccess runs efficiently.

Select how long the WebAccess Application should wait before ending an inactive session. If the user attempts to perform an action after the session has timed out, he or she will be prompted to log in again.

**Path for Inactive Sessions:** Browse for and select the folder where you want the WebAccess Application to save information about inactive sessions. This allows the WebAccess Application to return the user to the exact state he or she was in when the session timed out. Inactive sessions are automatically deleted after a period of time.

The default path is to the users directory, located in the WebAccess Application's home directory (by default, novell\webaccess\users on the Web server, or /opt/novell/groupwise/webaccess/users on Linux).

SAMNDCA630-07873855

DEFENDANT'S EXHIBIT NO. 324.0851

**Use Client IP in Securing Sessions:** Select this option if you want the WebAccess Application to bind the client IP address to the session. For that session, the WebAccess Application will accept requests from the bound IP address only. If you are using a proxy server that masks the client IP address, you should use the Use Cookies option instead.

**User Interface/Use Cookies/Disable Caching:** You can increase security by using session cookies and disabling caching of WebAccess information. Session cookies and caching are configurable on a per-user interface (template basis). For example, you could use session cookies and disable caching for the Standard HTML interface and not use session cookies or disable caching for the Wireless Markup Language interface.

*   **Use Cookies:** Select this option if you want the WebAccess Application to use a session cookie to secure the user's session. The session cookie, which is created when the user opens the session, ties the session to the browser and ensures that the WebAccess Application will accept session requests from that browser only. The session cookie is held in memory and exists only as long as the user is logged in.

    By default, session cookies are enabled for all interfaces, with the exception of the Web Clippings interface, which does not support session cookies.

*   **Disable Caching:** This option affects both Web browser caching and proxy server caching. Because the WebAccess Application sends sensitive mailbox information (such as message text and passwords) to users, caching of files by Web browsers and proxy servers can pose an information security risk.

    If you select the Disable Caching option, the WebAccess Application includes a "disable caching" request in the header of each file that it sends. By default, Web browsers honor this request and will not cache files that include the request. Proxy servers, on the other hand, might or might not honor the request, depending on how they are configured. If the proxy server honors the request, the file will not be cached; if it does not honor the request, the file will be cached, regardless of this setting.

**Single Sign-On:** The WebAccess Application supports authentication to GroupWise using Base64 authentication header credentials generated by a trusted server (for example, a Novell ® iChain ® Authentication Server). The authentication header generated by the trusted server must contain the username and password required to log the user into GroupWise. For this to occur, one of the following conditions must be met:

*   The regular GroupWise username and password must match the credentials passed from the trusted server.

    or

*   The LDAP authentication credentials used by each POA (if LDAP has been enabled) must match the credentials passed from the trusted server (ConsoleOne > Post Office object > GroupWise tab > Security page).

If the credentials passed from the trusted server match the credentials being used by the GroupWise system, then the GroupWise WebAccess login page is bypassed and the user has immediate access to the requested mailbox.

To specify a trusted server whose authentication header credentials will be accepted by the WebAccess Application, click Add to display the Add Trusted Server Information dialog box, then enter the server's IP address or DNS hostname. For more information about the fields in the Add Trusted Server Information dialog box, click the dialog box's Help button.

SAMNDCA630-07873856

## Controlling Availability of WebAccess Features

By default, WebAccess users can:

* Spell check messages
* Search LDAP directories (must be manually enabled on Linux)
* Change their GroupWise mailbox passwords
* Use Document Management Services
* Open attachments in native format (must be manually enabled on Linux)
* Open documents in native format (must be manually enabled on Linux)
* View attachments in HTML format
* View documents in HTML format

All users who log in through a single Web server will have the same feature access. You cannot configure individual user settings. However, if you have multiple Web servers, you can establish different settings for the Web servers by completing the following steps for each server's WebAccess Application.

To configure the WebAccess Application's user settings:

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Settings to display the Settings page.



**3** Configure the following settings:

**Spell Check Items:** Enable this option if you want users to be able to use the Novell Speller to spell check an item's text before sending the item. Disable this option to remove all Spell Check features from the user interface.

**Search LDAP Directories:** Enable this option if you have an LDAP server and you want users to be able to search any LDAP address books you have defined. Disable this option to remove all LDAP features from the user interface.

SAMNDCA630-07873857

DEFENDANT'S EXHIBIT NO. 324.0853

**Change Passwords:** Enable this option if you want users to be able to change their Mailbox passwords. Disable this option to remove all Password features from the user interface.

**Access Document Management:** Enable this option if you want users to be able to use the Document Management features. Disable this option to remove all Document Management features from the user interface.

**Open Attachments in Native Format:** By default, the Save As option enables users to save message attachments to their local drives and then open them in their native applications. You can turn on this option to enable the Open option. The Open option enables users to open message attachments directly in their native applications without first saving the files to the local drive.

This option requires that 1) each user's Web browser knows the correct application or plug-in to associate with the attachment, according to its file extension or MIME type, and 2) the application or plug-in is available to the user. Otherwise, the user will be prompted to save the file to disk or specify the application to open it.

This option and the View Attachments in HTML Format option can both be enabled at the same time. Doing so gives users both the Open option and the View option, which means they have the choice of opening an attachment in its native application or viewing it as HTML.

**Open Documents in Native Format:** By default, the Save As option enables user to save library documents to their local drives and then open them in their native applications. You can turn on this option to enable the Open option. The Open option enables users to open documents directly in their native applications without first saving the files to the local drive.

This option requires that 1) each user's Web browser knows the correct application or plug-in to associate with the document, according to its file extension or MIME type, and 2) the application or plug-in is available to the user. Otherwise, the user will be prompted to save the file to disk or specify the application to open it.

This option and the View Documents in Native Format option can both be enabled at the same time. Doing so gives users both the Open option and the View option, which means they have the choice of opening a document in its native application or viewing it as HTML.

- **Include Only Files With These Extensions:** If you want only certain file types to be have the Open option, enter the file types in the Include Only Files With These Extensions field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The Open option will not be available for any file types not entered in this field. This setting applies when opening either library documents or attachments.

**View Attachments in HTML Format:** Enable this option if you want users to be able to view any type of attachments in HTML format. Disable this option to require users to save an attachment to a local drive and view it in its native application. WebAccess uses Stellent Outside In HTML Export to convert files to HTML format.

For a list of the supported file format conversions, download the following document from the Stellent Web site:

OutSide In Supported Platforms and File Formats (http://www.stellent.com/stellent3/groups/mkt/documents/nativepage/outside_in_supported_platforms.pdf)

This option and the Open Attachments in Native Format option can both be enabled at the same time. Doing so gives users both the View option and the Open option, which means they have the choice of viewing an attachment as HTML or opening it in its native application.

**View Documents in HTML Format:** Enable this option if you want users to be able to view library documents in HTML format. Disable this option to require users to save a document

SAMNDCA630-07873858

DEFENDANT'S EXHIBIT NO. 324.0854

to a local drive and view it in its native application. WebAccess uses Stellent Outside In HTML Export to convert files to HTML format.

For a list of the supported file format conversions, download the following document from the Stellent Web site:

OutSide In Supported Platforms and File Formats (http://www.stellent.com/stellent3/groups/mkt/documents/nativepage/outside_in_supported_platforms.pdf)

This option and the Open Documents in Native Format option can both be enabled at the same time. Doing so gives users both the View option and the Open option, which means they have the choice of viewing a document as HTML or opening it in its native application.

- **Exclude Files With These Extensions:** If you want to exclude certain file types from having the View option, enter the file types in the Exclude Files With These Extensions field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The View option will be available for any file types not entered in this field. This setting applies when viewing either library documents or attachments.

- **Maximum Document View Size:** Specify the maximum size file that can be viewed in HTML format. If a file exceeds the maximum size, it must be opened in native format (if allowed) rather than viewed in HTML format. The default maximum size is 1024 KB. This setting applies when viewing either library documents or attachments.

**4** Click OK.

# Configuring the Novell Speller Application

The Novell[R] Speller Application enables users to spell check their messages. The Speller Application is installed automatically with the WebAccess Application. During installation, the Speller Application is set up with a default configuration. However, you can use the information in the following sections to optimize the Speller Application configuration:

- "Modifying the Speller Application Environment Settings" on page 854
- "Controlling Speller Application Logging" on page 855

## Modifying the Speller Application Environment Settings

Using ConsoleOne[R], you can modify the Speller Application's environment settings. The environment settings determine such things as the location where ConsoleOne stores the Speller Application's configuration file.

To modify the environment settings:

**1** In ConsoleOne, right-click the Speller Application object (NovellSpeller), then click Properties.

**NOTE:** The Speller Application object is not available in the GroupWise View. To locate the Speller Application object, you must use the Console View.

**2** If necessary, click Application > Environment to display the Environment page.

SAMNDCA630-07873859



**3** Modify any of the following fields:

**Configuration File:** The Speller Application does not have access to Novell eDirectory™ or the GroupWise® domain database. Therefore, ConsoleOne writes the application's configuration information to the file specified in this field. By default, this is the spellchk.cfg file located in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux).

In general, you should avoid changing the location of the file. If you do change the location of the file, you need to make sure to modify the spellchk.cfg path in the Java servlet engine's properties file. If you do not, the Speller Application will continue to look for its configuration information in the old location.

**Dictionary Path:** Displays the path to the dictionary files used by the Speller Application.

On a NetWare® server with the Novell Servlet Gateway, the default installation directory is java\servlets\com\novell\collexion\morphology\data.

On a Windows server with the Novell Servlet Gateway, the default installation directory is novell\java\servlets\com\novell\collexion\morphology\data.

On a NetWare or Windows server with Tomcat, the default installation directory is *tomcat_dir*\webapps\ROOT\web-inf\classes\com\novell\collexion\morphology\data.

On Linux with Tomcat, the default installation directory is /var/opt/novell/tomcat/webapps/gw/WEB-INF/classes/com/novell/collexion/morphology/data.

**Maximum Suggestions:** Select the maximum number of suggestions the Speller Application will return for misspelled words. The default is 10.

**Customize Settings in XML:** Click this button to launch the XML editor. You can use the editor to add, modify, or delete settings.

**4** Click OK to save the changes.

## Controlling Speller Application Logging

The Speller Application can log information to a log file on disk. By default, logging is turned off. You can control the following logging features:

SAMNDCA630-07873860

- Enable or disable logging
- Where to store the log file
- The type of information to log
- The language to use for the log file

To modify the log settings:

**1** In ConsoleOne, right-click the Speller Application object, then click Properties.

**2** Click Application > Log Settings to display the Log Settings page.



**3** Modify any of the following properties:

**Enable Logging:** By default, logging is disabled. Select this option to enable it.

**Log File Path:** Specify the path and filename for the log file.

The log file is named spellchk.log by default. On NetWare and Windows, the log file is stored in the novell\webaccess\logs directory on the Web server by default. On Linux, the log file is stored in /opt/novell/groupwise/webaccess/logs.

**Logging Level:** There are four logging levels: None, Normal, Verbose, and Diagnostic. None turns logging off; Normal displays warnings and errors; Verbose displays Normal logging plus information messages and user requests; and Diagnostic displays all possible information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with WebAccess.

The verbose and diagnostic logging levels do not degrade Speller Application performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Log Language:** Select the language in which you want information written to the log files. The list contains many languages, some of which the Speller Application might not support. If you select an unsupported language, the information will be written in English.

**4** Click OK to save the log settings.

SAMNDCA630-07873861

# Configuring the WebPublisher Application

During installation, the WebPublisher Application is set up with a default configuration. However, you can use the information in the following sections to optimize the WebPublisher Application configuration:

- "Modifying the WebPublisher Application Environment Settings" on page 857

- "Controlling WebPublisher Application Logging" on page 858

- "Adding or Removing Service Providers" on page 859

- "Modifying WebPublisher Application Template Settings" on page 860

- "Controlling Availability of WebPublisher Features" on page 865

## Modifying the WebPublisher Application Environment Settings

Using ConsoleOne[K], you can modify the WebPublisher Application's environment settings. The environment settings determine such things as the location where ConsoleOne stores the WebPublisher Application's configuration file.

To modify the environment settings:

**1** In ConsoleOne, right-click the WebPublisher Application object (GroupWiseWebPublisher), click Properties.

**NOTE:** The WebPublisher Application object is not available in the GroupWise View. To locate the WebPublisher Application object, you must use the Console View.

**2** If necessary, click Application > Environment to display the Environment page.



**3** Modify any of the following fields:

**Configuration File:** The WebPublisher Application does not have access to Novell[R] eDirectory™ or the GroupWise[R] domain database. Therefore, ConsoleOne writes the application's configuration information to the file specified in this field. By default, this is the webpub.cfg file located in the WebPublisher Application's home directory (novell\webpublisher on the Web server or /opt/novell/groupwise/webpublisher on Linux).

SAMNDCA630-07873862

In general, you should avoid changing the location of the file. If you do change the location of the file, you need to make sure to modify the webpub.cfg path in the Java servlet engine's properties file. If you do not, the WebPublisher Application will continue to look for its configuration information in the old location.

**4** Click OK to save the changes.

## Controlling WebPublisher Application Logging

The WebPublisher Application logs information to log files on disk. You can control the following logging features:

* The type of information to log

* How long to retain log files

* The maximum amount of disk space to use for log files

* Where to store log files

The WebPublisher Application creates a new log file each day and each time it is restarted (as part of the Web server startup). The log file is named *mmdd*wps.*nnn*, where *mm* is the month, *dd* is the year, and *nnn* is a sequenced log file number (001 for the first log file of the day, 002 for the second, and so forth).

To modify the log settings:

**1** In ConsoleOne, right-click the WebPublisher Application object, then click Properties.

**2** Click Application > Log Settings to display the Log Settings page.



**3** Modify any of the following properties:

**Log File Path:** Specify the path to the directory where you want to store the log files.

On NetWare and Windows, the log files are stored in the novell\webpublisher\logs directory on the Web server by default. On Linux, the log files are stored in /opt/novell/groupwise/webpublisher/logs.

SAMNDCA630-07873863

DEFENDANT'S EXHIBIT NO. 324.0859

**Maximum Log File Age:** Specify the number of days you want to retain the log files. The WebPublisher Application will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Maximum Log Disk Space:** Specify the maximum amount of disk space you want to use for the log files. If the disk space limit is exceeded, the WebPublisher Application will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 1024 KB.

**Logging Level:** There are four logging levels: None, Normal, Verbose, and Diagnostic. None turns logging off; Normal displays warnings and errors; Verbose displays Normal logging plus information messages and user requests; and Diagnostic displays all possible information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with WebPublisher.

The verbose and diagnostic logging levels do not degrade WebPublisher Application performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Log Language:** Select the language in which you want information written to the log files. The list contains many languages, some of which the WebPublisher Application might not support. If you select an unsupported language, the information will be written in English.

**Log Time Format:** Choose from the following formats to use when the WebPublisher Application records dates and times in the log files: HH:mm:ss.SS, MM/dd: H:mm:ss.SS, or dd/MM: H:mm:ss.SS. H and HH represent hours, mm represents minutes, ss and SS represent seconds, MM represents months, and dd represents days.

**4** Click OK to save the log settings.

## Adding or Removing Service Providers

The WebPublisher Application receives requests from users and then passes the requests to the appropriate service provider. The service provider fills the requests and returns the required information to the WebPublisher Application. The WebPublisher Application merges the information into the appropriate template and displays it to the user.

To function properly, the WebPublisher Application must know which service providers are available. By default, WebPublisher includes one service provider, the GroupWise Document service provider (GroupWiseDocumentProvider). The GroupWise Document service provider communicates with the WebAccess Agent to fill WebPublisher requests.

The GroupWise Document service provider is installed and configured at the same time as the WebPublisher Application. You can disable the GroupWise Document service by removing the GroupWise Document service provider. If you've created new service providers to expose additional services through GroupWise WebPublisher, you must define those service providers so that the WebPublisher Application knows about them.

To define service providers:

**1** In ConsoleOne, right-click the WebPublisher Application object, then click Properties.

**2** Click Application > Services to display the Services page.

The Provider List displays all service providers that the WebPublisher Application is configured to use.

SAMNDCA630-07873864



**3** Choose from the following options:

**Add:** To add a service provider to the list, click Add, browse for and select the service provider's object, then click OK.

**Edit:** To edit a service provider's information, select the provider in the list, then click Edit. For information about the modifications you can make, see Chapter , "Configuring the GroupWise Document Service Provider," on page 869.

**Delete:** To remove a service provider from the list, select the provider > click Delete.

**4** Click OK to save the changes.

## Modifying WebPublisher Application Template Settings

When the WebPublisher Application receives information from a service provider, it merges the information into the appropriate WebPublisher template before displaying the information to the user. Using ConsoleOne, you can modify the WebPublisher Application's template settings. The template settings determine such things as the location of the templates, the maximum amount of server memory to use for caching the templates, and the default template language.

**1** In ConsoleOne, right-click the WebPublisher Application object, then click Properties.

**2** Click Application > Templates to display the Templates page.

SAMNDCA630-07873865



**3** Modify any of the following fields:

**Template Path:** Select the location of the template base directory. The template base directory contains the subdirectories for each of the templates provided with GroupWise WebAccess. Currently, only one template is provided for WebPublisher. This is an HTML template that uses frames; the template files are stored in the FRAMES subdirectory. If you create your own templates, you need to place the templates in a new subdirectory in the template base directory.

On a NetWare[x] server with the Novell Servlet Gateway, the default installation directory is java\servlets\com\novell\webpublisher\templates.

On a Windows server with the Novell Servlet Gateway, the default installation directory is novell\java\servlets\com\novell\webpublisher\templates.

On a NetWare or Windows server with Tomcat, the default installation directory is *tomcat_dir*\webapps\ROOT\web-inf\classes\com\novell\webpublisher\templates.

On a Linux server with Tomcat, the default installation directory is /var/opt/tomcat/webapps/gw/WEB-INF/classes/com/novell/webpublisher/templates.

**Java Package:** Specify the Java package that contains the template resources used by the WebPublisher Application. The default package is com.novell.webpublisher.templates.

**Images URL:** Specify the URL for the GroupWise WebPublisher image files. These images are merged into the templates along with the GroupWise document information. This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is /com/novell/webpublisher/images. On Linux, the default relative URL is /gw/com/novell/webpublisher/images.

**Applets URL:** GroupWise WebPublisher does not include any applets. If you create GroupWise WebPublisher applets, you need to specify the URL for the applets. To mirror the storage location of the GroupWise WebAccess applets, you can store the applets in a com\novell\webpublisher\applets directory under the Web server's document root directory. The applets URL would then be relative to the Web server's document root directory (for example, /com/novell/webpublisher/applets on NetWare or Windows, and /gw/com/novell/webpublisher/applets on Linux).

SAMNDCA630-07873866

**Help URL:** Specify the URL for the GroupWise WebPublisher Help files. This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is /com/novell/webpublisher/help. On Linux, the default relative URL is /gw/com/novell/webpublisher/help.

**Enable Template Caching:** To speed up access to the template files, the WebPublisher Application can cache the files to the server's memory. Select this option to turn on template caching.

**Cache Size:** Select the maximum amount of memory, in kilobytes, you want to use when caching the templates. The default cache size, 1024 KB, is sufficient to cache all templates shipped with GroupWise WebPublisher. If you modify or add templates, you can turn on Verbose logging (WebPublisher Application object > Application tab > Log Settings page) to view the size of the template files. Using this information, you can then change the cache size appropriately.

**Default Language:** Select the language to use when displaying the initial GroupWise WebPublisher page. If users want the GroupWise WebPublisher interface (templates) displayed in a different language, they can change it on the initial page.

**4** Click OK to save the changes.

## Defining User Interfaces

**1** From the WebPublisher Application object's Templates page, click Define User Interfaces to display the Define User Interfaces dialog box.



The dialog box includes three tabs:

- **User Interfaces:** The User Interfaces tab lets you add, modify, and remove user interfaces, as well as determine whether or not GroupWise data added to an interface should be cached on proxy servers. Each interface consists of template files that support a specific content type. For example, the predefined Standard HTML interface uses frame-based HTML templates, located in the frames directory, that support the text/html content type.

- **Browser User Agents:** The Browser User Agents tab lets you associate a user interface with a Web browser. The association is based on the browser's User Agent information (signature, platform, version, and so forth).

- **Browser Accept Types:** The Browser Accept Types tab lets you associate a user interface with a Web browser. The association is based on the content type the browser will accept.

SAMNDCA630-07873867

DEFENDANT'S EXHIBIT NO. 324.0863

**2** To add, remove, or modify user interfaces, click the User Interfaces tab.



The User Interface list displays all available user interfaces. The list includes the following information:

- **User Interface:** This column displays the name assigned to the user interface (for example, Standard HTML).

- **Template:** This column displays the directory in which the template files are located. Only the directory name is shown. You can append this directory name to the template path shown on the Templates page to see the full template directory path.

- **Content Type:** This column displays the content type required by the templates (for example, text/html, text/x-hdml, or text/vnd.wap.wml).

- **Logout URL:** By default, when a user logs out, he or she is returned to the standard login page. When adding or editing the user interface, you can use the logout URL to define a different page. If you do so, this column displays the URL. This URL overrides the logout URL specified on the WebPublisher Application object's Environment page (see "Modifying the Speller Application Environment Settings" on page 854).

Choose from the following options to manage the user interfaces:

- **Add:** Click Add to add a user interface to the list.

- **Edit:** Select a user interface in the list, then click Edit to edit the interface's name, template directory, content type, or proxy caching setting.

- **Default:** Select a user interface in the list, then click Default to make that interface the default interface. The WebPublisher Application will use the default interface only if it can't determine the appropriate interface based on the browser's User Agent (Browser User Agent tab) or the browser's accepted content types (Browser Accept Types tab).

- **Delete:** Select a user interface in the list, then click Delete to remove the interface. This only removes the entry from the list. It does not delete the template files from the template directory.

**3** To associate a user interface with a Web browser based on the browser's User Agent information, click the Browser User Agents tab.

SAMNDCA630-07873868



The Browser User Agents tab lets you associate a user interface with a Web browser. The association is based on the browser's User Agent information (signature, platform, version, and so forth). For example, if a browser's User Agent information includes "Windows CE" and you've created a specialized Windows CE user interface (templates), you could associate the User Agent and user interface so that Windows CE users would see your specialized Windows CE user interface.

If a browser's User Agent information matches more than one entry in the list, the application uses the first entry. If the browser's User Agent information does not match any entries in the list, the WebPublisher Application tries to select an interface based on the content types the browser will accept (Browser Accept Types tab). If no match is made based on the Accept Types information, the WebPublisher Application uses the default user interface listed on the User Interfaces tab.

Choose from the following options to manage the associations:

- **Add:** Click Add to add an entry to the list.

- **Edit:** Select an entry from the list, then click Edit to edit the entry's information.

- **Up:** Select an entry from the list, then click Up to move it up in the list. If two entries match the information in a browser's User Agent header, the WebPublisher Application uses the interface associated with the first entry listed.

- **Down:** Select an entry from the list, then click Down to move it down in the list.

- **Delete:** Select an entry from the list, then click Delete to remove the entry.

**4** To associate a user interface with a Web browser based on the content type that the browser will accept, click the Browser Accept Types tab.

SAMNDCA630-07873869

DEFENDANT'S EXHIBIT NO. 324.0865



The Browser Accept Types tab lets you associate a user interface with a Web browser. The association is based on the content type the browser will accept.

Many browsers accept more than one content type (for example, both text/html and text/plain). If the list contains more than one acceptable content type, the WebPublisher Application uses the browser's preferred content type, which is the type that is listed first in the browser's Accept Type header.

If no interface can be determined based on the entries in the list, the WebPublisher Application uses the default user interface listed on the User Interfaces tab.

Choose from the following options to manage the associations:

* **Add:** Click Add to add an entry to the list.
* **Edit:** Select an entry from the list, then click Edit to edit the entry's information.
* **Delete:** Select an entry from the list, then click Delete to remove the entry.

**5** Click OK to save your changes and return to the WebPublisher Application object's Templates page.

## Controlling Availability of WebPublisher Features

WebPublisher users can:

* View documents in HTML format.
* Open documents in native format.

All users who access WebPublisher through a single Web server will have the same feature access. You cannot configure individual user settings. However, if you have multiple Web servers, you can establish different settings for the Web servers by completing the following steps for each server's WebPublisher Application.

To configure the WebPublisher Application's user settings:

**1** In ConsoleOne, right-click the WebAccess Application object, then click Properties.

**2** Click Application > Settings to display the Settings page.

SAMNDCA630-07873870

DEFENDANT'S EXHIBIT NO. 324.0866



**3** Configure the following settings:

**Open Documents in Native Format:** By default, the Save As option enables user to save library documents to their local drives and then open them in their native applications. You can turn on this option to enable the Open option. The Open option enables users to open documents directly in their native applications without first saving the files to the local drive.

This option requires that 1) each user's Web browser knows the correct application or plug-in to associate with the document, according to its file extension or MIME type, and 2) the application or plug-in is available to the user. Otherwise, the user will be prompted to save the file to disk or specify the application to open it.

This option and the View Documents in Native Format option can both be enabled at the same time. Doing so gives users both the Open option and the View option, which means they have the choice of opening a document in its native application or viewing it as HTML.

- **Include Only Files With These Extensions:** If you want only certain file types to be have the Open option, enter the file types in the Include Only Files With These Extensions field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The Open option will not be available for any file types not entered in this field.

**View Documents in HTML Format:** Enable this option if you want users to be able to view library documents in HTML format. Disable this option to require users to save a document to a local drive and view it in its native application. WebAccess uses Stellent Outside In HTML Export to convert files to HTML format.

For a list of the supported file format conversions, download the following document from the Stellent Web site:

OutSide In Supported Platforms and File Formats (http://www.stellent.com/stellent3/groups/mkt/documents/nativepage/outside_in_supported_platforms.pdf)

This option and the Open Documents in Native Format option can both be enabled at the same time. Doing so gives users both the View option and the Open option, which means they have the choice of viewing a document as HTML or opening it in its native application.

- **Exclude Files With These Extensions:** If you want to exclude certain file types from having the View option, enter the file types in the Exclude Files With These Extensions

SAMNDCA630-07873871

field. Include only the extension and separate each extension with a comma (for example, doc, xls, ppt). The View option will be available for any file types not entered in this field.

- **Maximum Document View Size:** Specify the maximum size file that can be viewed in HTML format. If a file exceeds the maximum size, it must be opened in native format (if allowed) rather than viewed in HTML format. The default maximum size is 1024 KB.

4 Click OK.

# Configuring the GroupWise Service Provider

The GroupWise[*] service provider is installed and configured when you install the WebAccess Application to a Web server. The GroupWise service provider receives GroupWise requests from the WebAccess Application and communicates with the WebAccess Agent to fill the requests.

The WebAccess installation program creates a Novell[*] eDirectory™ object for the GroupWise service provider in the same context as the WebAccess Application. The object is named GroupWiseProvider. Using ConsoleOne[*], you can modify the GroupWiseProvider object to:

- Change how long the service provider will wait for the WebAccess Agent to return information for a Busy Search. Users can perform Busy Searches when scheduling appointments to ensure that the appointment's recipients will be available at the scheduled time. The default timeout interval is 1 minute.

- Define the WebAccess Agents that the service provider will contact to fill GroupWise requests. If your GroupWise system includes more than one WebAccess Agent, you can use this feature to provide failover support.

To modify the GroupWise service provider's configuration:

1 In ConsoleOne, right-click the GroupWise service provider object (GroupWiseProvider), then click Properties.

   **NOTE:** The GroupWise service provider object is not available in the GroupWise View. To locate the GroupWise service provider object, you must use the Console View.

2 If necessary, click Provider > Environment to display the Environment page.



SAMNDCA630-07873872

**3** Choose from the following options:

**Timeout for Busy Search:** Select how long you want the GroupWise service provider to wait for the WebAccess Agent to return information when a user performs a Busy Search.

**Configuration File:** The WebAccess Agent's configuration file (commgr.cfg) contains the agent's IP address and the encryption key required by the GroupWise service provider to communicate with the WebAccess Agent. By default, the commgr.cfg file is stored in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux).

In general, you should not need to change this setting. However, if you have multiple WebAccess Agents in your GroupWise system and you are optimizing WebAccess to provide greater scalability and availability, you might need to change the setting. For information, see "Configuring Redirection and Failover Support" on page 810.

**GroupWise WebAccess Agents:** This list displays the WebAccess Agents the GroupWise service provider can communicate with when attempting to complete a request. If the first one listed is unavailable, the GroupWise service provider will attempt to use the second, third, fourth, and so on until it is successful. This provides failover support and ensures greater availability for your WebAccess users. For more information about optimizing availability, see "Configuring Redirection and Failover Support" on page 810.

The list must include at least one WebAccess Agent.

To add a WebAccess Agent to the list, click Add to browse for and select the WebAccess Agent object, then click OK.

To edit a WebAccess Agent's information, select the WebAccess Agent in the list, then click Edit.

To remove a WebAccess Agent from the list, select the WebAccess Agent in the list, then click Delete.

**Customize Settings in XML:** Click this button to launch the XML editor. You can use the editor to add, modify, or delete GroupWise service provider settings.

**4** Click OK to save the changes.

# Configuring the LDAP Service Provider

The LDAP service provider is installed and configured when you install the WebAccess Application to a Web server. The LDAP service provider receives LDAP directory requests from the WebAccess Application and communicates with LDAP services to fill the requests.

The GroupWise[R] WebAccess installation program creates a Novell[R] eDirectory™ object for the LDAP service provider in the same context as the WebAccess Application. The object is named LDAPProvider. Using ConsoleOne[R], you can modify the LDAPProvider object to define the LDAP services that the service provider can contact.

To modify the LDAP service provider's configuration:

**1** In ConsoleOne, right-click the LDAP service provider object (LDAPProvider), then click Properties.

**NOTE:** The LDAP service provider object is not available in the GroupWise View. To locate the LDAP service provider object, you must use the Console View.

**2** If necessary, click Provider > Environment to display the Environment page.

SAMNDCA630-07873873

DEFENDANT'S EXHIBIT NO. 324.0869



**3** Choose from the following options:

**Configuration File:** The LDAP service provider's configuration file (ldap.cfg) contains the information for the LDAP services defined in the LDAP servers list. Because the LDAP service provider cannot access eDirectory or the GroupWise databases for this information, ConsoleOne writes the information to the ldap.cfg file.

By default, the ldap.cfg file is stored in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux). You should avoid changing the location of the file. If you do change the location of the file, you need to make sure to modify the ldap.cfg path in the Java servlet engine's properties file. If you do not, the LDAP service provider will continue to look for its configuration information in the old location.

**LDAP Servers:** This list displays the LDAP services the LDAP service provider can communicate with. The GroupWise WebAccess Address Book will list all LDAP services shown in the list.

To add an LDAP service to the list, click Add to display the Add LDAP Server dialog box, fill in the required information, then click OK. For information about each of the fields, click Help in the Add LDAP Server dialog box.

To edit an LDAP service's information, select the LDAP service in the list, then click Edit.

To remove an LDAP service from the list, select the LDAP service in the list, then click Delete.

**Customize Settings in XML:** Click this button to launch the XML editor. You can use the editor to add, modify, or delete LDAP service provider settings.

**4** Click OK to save the changes.

# Configuring the GroupWise Document Service Provider

The GroupWise® Document service provider is installed and configured when you install the WebPublisher Application to a Web server. The GroupWise Document service provider receives GroupWise document requests from the WebPublisher Application and communicates with the WebAccess Agent to fill the requests.

SAMNDCA630-07873874

The WebAccess installation program creates a Novell[R] eDirectory™ object for the GroupWise Document service provider in the same context as the WebPublisher Application. The object is named GroupWiseDocumentProvider. Using ConsoleOne[R], you can modify the GroupWiseDocumentProvider object to define the WebAccess Agents that the service provider will contact to fill GroupWise document requests. If your GroupWise system includes more than one WebAccess Agent, you can use this feature to provide failover support.

To modify the GroupWise Document service provider's configuration:

**1** In ConsoleOne, right-click the GroupWise Document service provider object (GroupWiseDocumentProvider), then click Properties.

**NOTE:** The GroupWise Document service provider object is not available in the GroupWise View. To locate the GroupWise Document service provider object, you must use the Console View.

**2** If necessary, click Provider > Environment to display the Environment page.



**3** Choose from the following options:

**Configuration File:** The WebAccess Agent's configuration file (commgr.cfg) contains the agent's IP address and the encryption key required by the GroupWise Document service provider to communicate with the WebAccess Agent. By default, the commgr.cfg file is stored in the WebPublisher Application's home directory (novell\webpublisher on the Web server or /opt/novell/groupwise/webpublisher on Linux).

In general, you should not need to change this setting. However, if you have multiple WebAccess Agents in your GroupWise system and you are optimizing WebPublisher to provide greater scalability and availability, you might need to change the setting. For information, see "Configuring Redirection and Failover Support" on page 810.

**GroupWise WebAccess Agents:** This list displays the WebAccess Agents the GroupWise Document service provider can communicate with when attempting to complete a request. If the first one listed is unavailable, the GroupWise Document service provider will attempt to use the second, third, fourth, and so on until it is successful. This provides failover support and ensures greater availability for your WebPublisher users. For more information about optimizing availability, see "Configuring Redirection and Failover Support" on page 810.

The list must include at least one WebAccess Agent.

SAMNDCA630-07873875

DEFENDANT'S EXHIBIT NO. 324.0871

To add a WebAccess Agent to the list, click Add to browse for and select the WebAccess Agent object, then click OK.

To edit a WebAccess Agent's information, select the WebAccess Agent in the list, then click Edit.

To remove a WebAccess Agent from the list, select the WebAccess Agent in the list, then click Delete.

**Customize Settings in XML:** Click this button to launch the XML editor. You can use the editor to add, modify, or delete GroupWise Document service provider settings.

4 Click OK to save the changes.

SAMNDCA630-07873876

DEFENDANT'S EXHIBIT NO. 324.0872

SAMNDCA630-07873877

DEFENDANT'S EXHIBIT NO. 324.0873

# 60 Customizing the WebAccess Interface

GroupWise[x] WebAccess enables you to change the default Novell[x] logo and colors used in the WebAccess interface. For example, you can add your company logo to the main WebAccess window and change the colors to match your company colors.

You use the customization.properties file to change the logo and colors.

**1** Open the customization.properties file with a text editor.

The file is located in the following directory:

NetWare and Windows: *tomcat  dir*\webapps\ROOT\WEB-INF\classes\
com\novell\webaccess\templates

Linux: *tomcat  dir*\webapps/gw/WEB-INF/classes/com/novell/webaccess/templates

**2** If you want to change the logo image:

   **2a** Locate the CUSTOMIZABLE IMAGE FOR GROUPWISE WEBACCESS section at the beginning of the file.

   **2b** To turn on customization for the logo image, set the WebAccess.Customize.Image.enable property to TRUE:

```
WebAccess.Customize.Image.enable=true
```

   **2c** Modify the image properties as desired. The customization.properties file contains descriptions of each property.

**3** If you want to change the WebAccess colors:

   **3a** Locate the CUSTOMIZABLE COLORS SCHEME FOR GROUPWISE WEBACCESS section in the file.

   **3b** To turn on customization of the colors, set the WebAccess.Customize.Color.enable setting to TRUE:

```
WebAccess.Customize.Color.enable=true
```

   **3c** Modify the color properties as desired. The customization.properties file contains descriptions of each property.

**4** Save the customization.properties file.

**5** Restart the Web server.

**6** In a Web browser, clear the browser cache, then log in to GroupWise WebAccess.

SAMNDCA630-07873878

DEFENDANT'S EXHIBIT NO. 324.0874

SAMNDCA630-07873879

# 61 Monitoring WebAccess Operations

The WebAccess Agent can be monitored at the server where it runs and also in your Web browser. The WebAccess Application can be monitored in your Web browser.

- "Monitoring the WebAccess Agent" on page 875
- "Monitoring the WebAccess Application" on page 882

## Monitoring the WebAccess Agent

The following sections explain the various methods you can use to monitor the GroupWise[R] WebAccess Agent to ensure that it is operating properly.

- "Monitoring the NetWare WebAccess Agent" on page 875
- "Monitoring the Windows WebAccess Agent" on page 877
- "Monitoring the Linux WebAccess Agent" on page 878
- "Monitoring the WebAccess Agent through the Web Console" on page 879
- "Monitoring the WebAccess Agent through NetWare 6.5 Remote Manager" on page 881

### Monitoring the NetWare WebAccess Agent

The NetWare[R] WebAccess Agent console, shown below, lets you monitor the operation of the agent, view the agent's log information, and change the log settings while at the server.



The console and its options are described below.

SAMNDCA630-07873880

DEFENDANT'S EXHIBIT NO. 324.0876

**Up Time**

The Up Time field displays how long it has been since the WebAccess Agent was started.

**Threads**

The default of 12 threads enables the WebAccess Agent to service 12 user requests at one time. The Busy field displays the number of threads that are currently servicing user requests. The Total field displays the total number of threads available to service requests (by default, 12). The Peak field displays the most threads used at one time to service requests. If all threads are busy much of the time, you can increase the number of threads available for use. See "Modifying WebAccess Settings" on page 829.

**Users In**

The Users In field displays the number of users who currently are logged in. During startup, if you have enabled WebPublisher, the WebAccess Agent logs in one time for each available thread; these logins are reflected in the Users In fields. The Total field displays the total number of users who have logged in during the current up time. The Peak field displays the most users who have been logged in at one time.

By default, a maximum of 250 users can be logged in at one time. You can use the /maxusers startup switch to change the default. See "Using WebAccess Agent Startup Switches" on page 895.

**Requests**

The Total field displays the total number of requests the WebAccess Agent has processed during its current up time. The Errors field lists the number of requests that could not be processed because of errors.

**Logging Box**

The Logging box displays the logged information. The current log level determines the amount of information that is displayed (see "F10 = Options" on page 876). For each line, the first item is the number of the thread that processed the user's request, the second item is the time of the request, and the third item is the information associated with the request.

**F7 = Exit**

Press F7 to shut down the WebAccess Agent.

**F9 = Browse Logfile**

Press F9 to view the log file. If disk logging is turned on, the current log file is displayed. If disk logging is turned off, a list of old log files is displayed (if any exist). You can then choose which log file you want to view.

**F10 = Options**

Press F10, then select View Log Files or Logging Options. Using the logging options, you can specify the logging level, turn disk logging on or off, specify the number of days to keep old log files, and specify the maximum amount of disk space to use for log files.

SAMNDCA630-07873881

DEFENDANT'S EXHIBIT NO. 324.0877

Any changes you make to the logging options apply only to the current session. When you restart the WebAccess Agent, the logging level is reset to the level specified in ConsoleOne[*] or in the startup file (strtweb.ncf).

**Log Level:** Off turns logging off; Normal displays initial statistics, user logins, warnings, and errors; Verbose displays Normal logging plus user requests; and Diagnostic displays Verbose logging plus thread information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with WebAccess.

**File Logging:** Turns disk logging on or off. When disk logging is turned on, the WebAccess Agent creates a new log file each day and each time it is restarted. The log file is named *mmdd*web.*nnn*, where *mm* is the month, *dd* is the day, and *nnn* is a sequenced number (001 for the first log file of the day, 002 for the second, and so forth). The default location for the log files is the *domain*\wpgate\*webac65a*\*xxx*.prc directory.

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Max Log File Age:** Specifies the number of days you want the WebAccess Agent to retain old log files. The WebAccess Agent will retain the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Max Log Disk Space:** Specifies the maximum amount of disk space you want to use for log files. If the disk space limit is exceeded, the WebAccess Agent will delete log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 65536 KB.

# Monitoring the Windows WebAccess Agent

The Windows WebAccess Agent console lets you monitor the operation of the agent. The console, shown below, is displayed in a DOS window.



The console and its options are described below.

## Logging Window

The current logging level determines the amount of information that is displayed. You can specify the logging level through ConsoleOne, through startup switches, or by using the F2 function key. See "Modifying Log Settings in ConsoleOne" on page 833, "Modifying Log Settings through Startup Switches" on page 834, and "F2" on page 878.

SAMNDCA630-07873882

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

For each line, the first item is the number of the thread that processed the user's request, the second item is the time of the request, and the third item is the information associated with the request.

**F1 or F7**

Shuts down and exits the agent.

**F2**

Cycles the logging level between Normal, Verbose, and Diagnostic. Normal displays initial statistics, user logins, warnings, and errors; Verbose displays Normal logging plus user requests; and Diagnostic displays Verbose logging plus thread information. The default is Normal logging. Use Verbose only if you are troubleshooting a problem with WebAccess.

The verbose and diagnostic logging levels do not degrade WebAccess Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

Any changes you make to the logging level using F2 apply only to the current session. When you restart the WebAccess Agent, the logging level is reset to the level specified in ConsoleOne or in the startup file (strtweb.bat).

## Monitoring the Linux WebAccess Agent

By default, the Linux Agent runs as a daemon with no user interface. To display information on the server where the WebAccess Agent runs, you must start the WebAccess Agent with the --show startup switch. The console is displayed in a terminal window.

SAMNDCA630-07873883

## Monitoring the WebAccess Agent through the Web Console

You can use a Web browser interface, referred to as the Web console, to monitor the WebAccess Agent.



Through the Web console you can view the following information:

- **Status:** Displays how long the WebAccess Agent has been up; the number of client/server users who have logged in, the number of threads dedicated to handling requests, and the number of successful and failed requests; and the amount of memory on the server and the percent of processor utilization.

- **Configuration:** Displays the gateway home directory being used by the WebAccess Agent, the current log settings, the performance settings (processing threads and maximum users), and the client/server settings (IP address, TCP port, and so forth).

- **Environment:** Displays server information such as name, operating system date, memory, processor utilization, and loaded modules.

- **Log Files:** Lets you view the contents of the WebAccess Agent's log files and the current log settings.

For detailed information about each field on the Status, Configuration, Environment, or Log Files page, select the page, then click Help.

You cannot use the Web console to change any of the WebAccess Agent's settings. Changes must be made through ConsoleOne, the WebAccess Agent console, or the startup file.

Refer to the following sections for information about enabling and using the Web console:

- "Enabling the WebAccess Agent Web Console" on page 879
- "Using the WebAccess Agent Web Console" on page 881

### Enabling the WebAccess Agent Web Console

If, during installation, you enabled the Web console, skip to Using the WebAccess Agent Web Console. On Linux, the Web Console is enabled by default. Skip to Using the WebAccess Agent Web Console.

If you want to enable the Web console, you need to complete the following steps.

**1** In ConsoleOne, right-click the WebAccess Agent object, then click Properties.

SAMNDCA630-07873884

DEFENDANT'S EXHIBIT NO. 324.0880

**2** Click GroupWise > Network Address to display the Network Address page.



**3** In the HTTP Port field, enter a port number. We recommend that you use port 7211 if it is not already in use on the WebAccess Agent's server.

Assigning a port number enables the Web console; assigning 0 as the port number disables the Web console.

Any user who knows the WebAccess Agent's IP address (or hostname) and the HTTP port number will be able to use the Web console. If you want to restrict Web console access, you can assign a username and password. To do so:

**4** Click the GroupWise tab, then click Optional Gateway Settings to display the Optional Gateway Settings page.



**5** In the HTTP User Name field, enter an arbitrary username (for example, webcon).

**6** Click Set Password to assign a password (for example, monitor).

SAMNDCA630-07873885

**7** Click OK to save your changes.

The Web console can only be enabled or disabled through the Network Address page (see Step 2 above). However, you can use the /httpuser and /httppassword startup switches to override the assigned username and password. For more information, see Appendix 64, "Using WebAccess Agent Startup Switches," on page 895.

### Using the WebAccess Agent Web Console

**1** In a Web browser, enter the following:

```
http://IP_address:agent_port
```

or

```
https://IP_address:agent_port
```

where *IP address* is the IP address of the server where the WebAccess Agent is running, and *agent port* is the port number assigned to the agent. If you used the default port during installation, the port number is 7211.

**2** If prompted, enter the Web console username and password.



**3** Select Status, Configuration, Environment, or Log Files to view the desired information.

For detailed information about each field on the Status, Configuration, Environment, or Log Files page, select the page, then click Help.

## Monitoring the WebAccess Agent through NetWare 6.5 Remote Manager

If the WebAccess Agent is running on a NetWare 6.5 server, you can use the IP Address Management feature in NetWare Remote Manager (NetWare Remote Manager > Manage Server > IP Address Management) to view the IP address and port configuration for the WebAccess Agent. This is also true for other GroupWise agents (MTA, POA, and Internet Agent) running on NetWare 6.5 servers.

**IMPORTANT:** If the WebAccess Agent is running in protected mode, it will not display in NetWare Remote Manager.

You access NetWare Remote Manager by entering the following URL in a Web browser:

```
http://server address:8008
```

For example:

SAMNDCA630-07873886

DEFENDANT'S EXHIBIT NO. 324.0882

```
http://137.65.123.11:8008
```

For more information about using NetWare Remote Manager, see the NetWare 6.5 documentation (http://www.novell.com/documentation/nw65).

# Monitoring the WebAccess Application

The WebAccess Application includes a Web console, similar to the WebAccess Agent's Web console, that you can use to monitor it. The Web console lets you see information about logged in users, such as their IP address, their GroupWise and Web browser versions, and the WebAccess Agent providing mailbox access. In addition, you can view the WebAccess Application's log files and configuration files, and view Java information such as the version and classpath settings.

The following sections provide information to help you use the Web console:

* "Enabling the WebAccess Application Web Console" on page 882
* "Using the WebAccess Application Web Console" on page 882
* "Understanding the WebAccess Application Web Console Information" on page 883

## Enabling the WebAccess Application Web Console

1 Open the webacc.cfg file, located in the WebAccess Application's home directory (novell\webaccess on the Web server or /opt/novell/groupwise/webaccess on Linux).

2 Locate the following lines in the file:

```
Admin.WebConsole.enable=false
Admin.WebConsole.username=admin
Admin.WebConsole.password=admin
```

3 Enable the Web console by changing the FALSE entry to TRUE:

```
Admin.WebConsole.enable=true
```

4 If desired, change the default username and password. A username and password is required.

5 Save the file.

6 Restart the Java servlet engine.

## Using the WebAccess Application Web Console

1 In a Web browser, enter the following URL:

NetWare or Windows: http://*server address*/servlet/webacc?action=Admin.Open
Linux: http://*server address*/gw/webacc?action=Admin.Open

where *server address* is the Web server's IP address or DNS hostname.

2 When prompted, enter the username and password.

The Web console is displayed.

SAMNDCA630-07873887

DEFENDANT'S EXHIBIT NO. 324.0883



## Understanding the WebAccess Application Web Console Information

The Web console information is organized into three main pages:

- "Status" on page 883
- "Configuration" on page 885
- "Log Files" on page 887

**Status**

The Status page, shown below, is the initial page that is displayed when you log in to the Web console. It provides information about the users who are currently logged in to GroupWise WebAccess.

SAMNDCA630-07873888

DEFENDANT'S EXHIBIT NO. 324.0884



**Refresh:** Click the Refresh option to refresh the status information.

**Up Time:** Displays the number of days, hours, and minutes since the WebAccess Application started.

**User Information:** Displays information for the users currently logged in to GroupWise WebAccess. Each column is described below. Click a column heading to sort on that column.

- Logged In: Displays the date and time the user logged in.

- Last Access: Displays the date and time the user last performed a WebAccess operation that generated a request for the WebAccess Application.

- Client IP: Displays the IP address for the user's session. If you are using a proxy server, the proxy server's IP address is displayed.

- User ID: Displays the user's name, post office, and domain (userID.po.domain). You can click a user's ID to display expanded information about the user. This information is described in Expanded User Information below.

- Agent: Displays the IP address of the WebAccess Agent that is providing the user's mailbox access. You can click the agent's address to log into the agent's Web console.

- Version: Displays the version of the WebAccess Agent that is providing the user's mailbox access.

- Browser: Displays the user's Web browser version.

### Expanded User Information

When you click a user's address in the User ID column, the following expanded User Information page is displayed.

SAMNDCA630-07873889

DEFENDANT'S EXHIBIT NO. 324.0885



The User ID, Logged In, Last Access, Client IP, and Browser fields contain the same information that is displayed on the Status page. The following fields contain additional information not provided on the Status page.

**Language:** Displays the WebAccess language used.

**Source:** Displays the WebAccess templates used.

**WebAccess Agents:** Displays the WebAccess Agents available to the user and each agent's status.

* Using: An asterisk (*) indicates that the WebAccess Agent is being used to provide access to the user's mailbox.

* Address: Displays the WebAccess Agent's address. You can click the agent's address to log into the agent's Web console.

* Version: Displays the WebAccess Agent's version.

* Where Agent Is Defined: Displays the location where the agent is defined. There are four possible locations: the user's post office, the user's domain, the GroupWiseWebAccess Provider, and the WebAccess commgr.cfg. For more information about where agents are defined and the order in which they are used, see "Configuring Redirection and Failover Support" on page 810.

* State at Login: Displays the state (UP or DOWN) that the WebAccess Agent was in when the user logged in to GroupWise WebAccess.

* Time Agent Was Detected Down: If the WebAccess Agent's state is DOWN, displays the time that the DOWN state was detected.

## Configuration

The Configuration page, shown below, displays the WebAccess Application's version and Java information and lets you view the WebAccess Application configuration files.

SAMNDCA630-07873890

DEFENDANT'S EXHIBIT NO. 324.0886



**General Information:** Displays the WebAccess Application's version number and date.

**Java Information:** Displays the Java vendor, version, and classpath information. You can click the link in the Java Configuration File field to open the configuration file for viewing. This is a view only option; you cannot make changes to the file.

**Novell GroupWise WebAccess Application Configuration Information:** Displays the configuration files used by the WebAccess Application. You can click the link for a file to open it for viewing. This is a view only option; you cannot make changes to the file.

SAMNDCA630-07873891

DEFENDANT'S EXHIBIT NO. 324.0887

**Log Files**

The Log Files page, shown below, lists the WebAccess Application's log files. To view a log file, select the file in the list, then click View Log.



SAMNDCA630-07873892

DEFENDANT'S EXHIBIT NO. 324.0888

SAMNDCA630-07873893

DEFENDANT'S EXHIBIT NO. 324.0889

# 62 Securing WebAccess Agent Connections Via SSL

The GroupWise* WebAccess Agent can use the SSL (Secure Socket Layer) protocol to enable secure connections to Post Office Agents (POAs) and the WebAccess Agent Web console. For it to do so, you must ensure that the WebAccess Agent has access to a server certificate file and that you've specified which connections types you want secured through SSL. The following sections provide instructions:

- "Defining the Certificate File" on page 889
- "Defining Which Connections Will Use SSL" on page 890

## Defining the Certificate File

To use SSL, the WebAccess Agent requires access to a server certificate file and key file. The WebAccess Agent can use any Base64/PEM or PFX formatted certificate file located on its server. If the WebAccess Agent's server does not have a server certificate file, you can use the GroupWise Generate CSR utility to help you obtain one. For information, see "GroupWise Generate CSR Utility (GWCSRGEN)" on page 79.

To define the certificate file and key file that the WebAccess Agent will use:

**1** In ConsoleOne*, right-click the WebAccess Agent object, then click Properties.

**2** Click GroupWise > SSL Settings to display the SSL Settings page.



**3** Fill in the Certificate File, SSL Key File, and Set Password fields:

SAMNDCA630-07873894

**Certificate File:** Select the server certificate file that the WebAccess Agent will use. The certificate file must be in Base64/PEM or PFX format. If you type the filename rather than using the Browse button to select it, use the full path if the file is not in the same directory as the WebAccess Agent program.

**SSL Key File:** Select the key file associated with the certificate. If the private key is included in the certificate file rather than in a separate key file, leave this field blank. If you type the filename rather than using the Browse button to select it, use the full path if the file is not in the same directory as the WebAccess Agent program.

**Set Password:** Click Set Password to specify the password for the key. If the key does not require a password, do not use this option.

**4** If you want to define which connections will use SSL, click Apply to save your changes, then continue with the next section, Defining Which Connections Will Use SSL.

or

Click OK to save your changes.

# Defining Which Connections Will Use SSL

After you've defined the WebAccess Agent's certificate and key file (see "Defining the Certificate File" on page 889), you can configure which connections you want to use SSL.

**1** In ConsoleOne, if the WebAccess Agent object's property pages are not already displayed, right-click the WebAccess Agent object, then click Properties.

**2** Click GroupWise > Network Address to display the Network Address page.



**3** Configure the SSL settings for the following connections:

**HTTP:** Select Enabled to enable the WebAccess Agent to use a secure connection when passing information to the WebAccess Agent Web console. The Web browser must also be enabled to use SSL; if it is not, a non-secure connection will be used.

**Client/Server:** Select from the following options to configure the WebAccess Agent's use of secure connections to POAs:

SAMNDCA630-07873895

**DEFENDANT'S EXHIBIT NO. 324.0891**

- Disabled: The WebAccess Agent will not support SSL connections. All connections will be non-SSL.

- Enabled: The POA determines whether an SSL connection or non-SSL connection is used.

- Required: The WebAccess Agent will force SSL connections. Non-SSL connections will be denied.

SAMNDCA630-07873896

DEFENDANT'S EXHIBIT NO. 324.0892

SAMNDCA630-07873897

DEFENDANT'S EXHIBIT NO. 324.0893

# 63 Creating a PQA File for the WebAccess Client

You can use the GroupWise® WebAccess Installation program on Windows to create a Web Clipping Application (PQA), also referred to as a Palm Query Application, to enable Palm OS* device users to access their mailboxes through WebAccess.

The Web Clipping Application, named groupwise.pqa, includes the URL required to connect to your GroupWise WebAccess installation, a Login page, an About Novell GroupWise page, and the images used when displaying GroupWise WebAccess on the Palm OS device.

To create a groupwise.pqa file:

**1** If you've already created another groupwise.pqa file that you want to keep, make sure it is not in the Web server's *doc_root_directory*\com\novell\webaccess\palm\en directory. The Installation program overwrites any groupwise.pqa file in the directory.

**2** At a Windows workstation, run setup.exe /pqa from the \internet\webaccess directory on the *GroupWise 6.5 Administrator* CD or the GroupWise software distribution directory.

**3** Select the language for the Installation program, then accept the License Agreement to display the following dialog box.



**4** Select the type of Web server where WebAccess is installed, make sure the path to the Web server's root directory is correct, then click Next.

SAMNDCA630-07873898

DEFENDANT'S EXHIBIT NO. 324.0894



**5** Specify the URL you want included in the .pqa file. For example:

```
http://groupwise.novell.com
```

The Installation program will automatically append /servlet/webacc to the URL so that users will be directed to the WebAccess login page. For example, using the URL above, the Installation program would create the following URL in the groupwise.pqa file:

```
http://groupwise.novell.com/servlet/webacc
```

As you determine the URL, keep in mind the following:

*   If the Web server uses SSL, you should change http to https.

*   If you are using a proxy server, you need to enter the proxy server's address.

*   The Web clipping proxy server (gateway) does not currently support challenge and response authentication. Therefore, you need to ensure that the Web server is not configured to require basic challenge and response authentication, or at least is configured not to require this authentication for the URL defined in the groupwise.pqa file.

**6** Click Next to create the .pqa file, then click Finish.

The groupwise.pqa file is created in the Web server's
*doc root directory*\com\novell\webacces\palm\en directory. You can distribute it to your Palm OS device users just as you would any other .pqa file.

SAMNDCA630-07873899

DEFENDANT'S EXHIBIT NO. 324.0895

# 64 Using WebAccess Agent Startup Switches

You can use the switches listed below when starting the GroupWise® WebAccess Agent. The switches override any configuration settings you specified through ConsoleOne®.

To use a switch, you can:

* Add the switch to the command line. For example, load gwinter.nlm /ph-j:\domain\wpgate\webac65a.

* Include the switch in the strtweb.ncf or the strtweb.bat file. The strtweb.ncf file is located in the same directory as the NetWare® WebAccess Agent (typically sys:system) and the strtweb.bat file is located in the same directory as the Windows WebAccess Agent (by default, c:\webacc).

* Include the switch in a startup file and then reference the file when starting the WebAccess Agent. For example:

```
load sys:system\gwinter @webac65a.waa
```

During installation of the WebAccess Agent, the installation program creates a default startup file, *agent_name*.waa, where *agent_name* is the name assigned to the WebAccess Agent (for example, webac65a.waa). The startup file is referenced from the strtweb.ncf and strtweb.bat files and is created in the same directory as the WebAccess Agent.

The following switches are available:

| NetWare WebAccess Agent | Linux WebAccess Agent | Windows WebAccess Agent | ConsoleOne Settings |
|---|---|---|---|
| @filename | @filename | @filename | N/A |
| /cluster | N/A | N/A | N/A |
| /help | —help | /help | N/A |
| /home | —home | /home | N/A |
| /http | --http | /http | GroupWise > Network Address |
| /httpuser | --httpuser | /httpuser | GroupWise > Optional Gateway Settings > HTTP User Name |
| /httppassword | —httppassword | /httppassword | GroupWise > Optional Gateway Settings > HTTP Password |
| /ip | --ip | /ip | GroupWise > Network Address |
| /log | —log | /log | GroupWise > Log Files > Log File Path |
| /logdays | —logdays | /logdays | GroupWise > Log Files > Max Log File Age |

SAMNDCA630-07873900

DEFENDANT'S EXHIBIT NO. 324.0896

| NetWare WebAccess Agent | Linux WebAccess Agent | Windows WebAccess Agent | ConsoleOne Settings |
|---|---|---|---|
| /logdiskon | --logdiskon | /logdiskon | N/A |
| /loglevel | --loglevel | /loglevel | GroupWise > Log Settings > Logging Level |
| /logmax | --logmax | /logmax | GroupWise > Log Settings > Max Log Disk Space |
| /maxusers | --maxusers | /maxusers | N/A |
| /password | N/A | N/A | N/A |
| /port | --port | /port | GroupWise > Network Address |
| N/A | --show | N/A | N/A |
| /threads | --threads | /threads | WebAccess > Settings > Maximum Threads |
| /user | N/A | N/A | N/A |
| /work | --work | /work | |

## @filename

Specifies a startup file to use. You can add any of the WebAccess Agent startup switches to the startup file and then reference the file when starting the WebAccess Agent. For example:

```
load sys:system\gwinter @webac65a.waa
```

During installation of the WebAccess Agent, the Installation program creates a default startup file, *agent_name*.waa, where *agent_name* is the name assigned to the WebAccess Agent (for example, webac65a.waa). On NetWare and Windows, the *agent_name*.waa file is created in the same directory as the WebAccess Agent program. On Linux, it is created in the /opt/novell/groupwise/agents/share directory

The startup file is referenced from the strtweb.ncf file on NetWare, the grpwise-wa script on Linux, and the strtweb.bat file on Windows, which enables you to run strtweb.ncf, grpwise-wa, or strtweb.bat to start the WebAccess Agent.

## /cluster

Enables the WebAccess Agent to run in a clustered environment (using Novell[R] Cluster Services™).

For detailed information about running the WebAccess Agent in a clustered environment, see "Implementing WebAccess in a Novell Cluster" in "Novell Cluster Services" in the *GroupWise 6.5 Interoperability Guide*.

## /help

Displays a listing and description of the startup switches.

SAMNDCA630-07873901

DEFENDANT'S EXHIBIT NO. 324.0897

# /home (Required)

Specifies the path to the WebAccess Agent's gateway directory under the domain directory. If you use the default WebAccess Agent gateway directory name, the path is *x:\domain\wpgate\webac65a*. This switch is required.

# /http

If the WebAccess Agent's Web console is disabled in ConsoleOne, this switch enables the Web console and assigns the port you specify. The default port is 7211.

# /httpuser

Specifies the username that must be entered when logging in to the WebAccess Agent's Web console.

# /httppassword

Specifies the password that must be entered when logging in to the WebAccess Agent's Web console.

# /ip

Specifies the IP address of the WebAccess Agent's server.

# /log

Specifies the path to the log file directory. On NetWare and Windows, the default log file directory is the *domain\wpgate\webac65a\000.prc* directory. On Linux, the default directory is /var/log/novell/groupwise/*domain.gateway*/000.prc.

Log files are named *mmdd.nnn*, where *mm* is the month, *dd* is the day, and *nnn* is a sequenced number starting with 001. For example, the first log file used on March 28 is named 0328.001, and the second log file used is named 0328.002.

For more information about the WebAccess Agent's logging, see "Controlling the Agent's Logging" on page 832.

# /logdays

Specifies the maximum number of days to keep log files. This setting works in combination with the /logmax setting. Log files are deleted when the maximum number of days or disk space size is reached, whichever comes first. The default is 7 days.

For more information about the WebAccess Agent's logging, see "Controlling the Agent's Logging" on page 832.

SAMNDCA630-07873902

# /logdiskon

Turns disk logging on. By default, the log file is not written to disk on NetWare and Windows. On Linux, the log file is written to disk by default.

For more information about the WebAccess Agent's logging, see "Controlling the Agent's Logging" on page 832.

# /loglevel

Specifies the level of information to write to the screen and to disk. There are three levels: Normal, Verbose, and Diagnostic. The default level is Normal. You can use Verbose to receive more information. You should use Diagnostic only if you are having problems with the WebAccess Agent. The verbose and diagnostic logging levels do not degrade Internet Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use. For more information about the logging levels, see "Controlling the Agent's Logging" on page 832.

# /logmax

Specifies the maximum disk space to use for logging. This setting works in combination with the /logdays setting. Log files are deleted when the maximum disk space or number of days is reached, whichever comes first. The default is 1024 KB.

For more information about the WebAccess Agent's logging, see "Controlling the Agent's Logging" on page 832.

# /maxusers

Specifies the maximum number of users that the WebAccess Agent will allow to log in at one time. The default is 250.

# /password (NetWare Only)

Used by the NetWare WebAccess Agent only. Specifies the Novell eDirectory™ password to use to access the network servers where the GroupWise domain directory and post office directories reside. Must be used with "/user (NetWare Only)" on page 899.

# /port-*number*

Specifies the port number the WebAccess Agent listens to. The default is 7205.

# --show

Used by the Linux WebAccess Agent only. Running the WebAccess Agent with this option disabled (the default) causes the WebAccess Agent to run as a daemon without a user interface. Enabling this option causes the logging UI to appear in a terminal window.

**SAMNDCA630-07873903**

DEFENDANT'S EXHIBIT NO. 324.0899

# /threads-*number*

Specifies the number of threads the WebAccess Agent uses to process user requests. The default is 12, which means the WebAccess Agent can process 12 user requests at one time. For more information, see "Configuring the WebAccess Agent" on page 829.

# /user (NetWare Only)

Used by the NetWare WebAccess Agent only. Specifies the eDirectory username to use to access the network servers where the GroupWise domain directory and post office directories reside. Must be used with /password.

# /work

Specifies the path to the WebAccess Agent's work directory. By default, the work directory is the same as the WebAccess Agent's gateway directory (*x:\domain\wpgate\webac65a*).

SAMNDCA630-07873904

DEFENDANT'S EXHIBIT NO. 324.0900

SAMNDCA630-07873905

DEFENDANT'S EXHIBIT NO. 324.0901

# XIII Monitor



Chapter 65, "Starting the Monitor Agent," on page 903
Chapter 66, "Configuring the Monitor Agent," on page 909
Chapter 67, "Using the Monitor Agent Console," on page 927
Chapter 68, "Configuring the Monitor Application," on page 941
Chapter 69, "Using the Monitor Web Console," on page 947
Chapter 70, "Comparing the Monitor Agent Consoles," on page 953
Chapter 71, "Creating a PQA File for the Monitor Web Console," on page 955
Chapter 72, "Using Monitor Agent Switches," on page 957

**SAMNDCA630-07873906**

DEFENDANT'S EXHIBIT NO. 324.0902

SAMNDCA630-07873907

# 65 Starting the Monitor Agent

Detailed instructions for installing and starting the GroupWise[k] Monitor Agent for the first time are provided in "Installing GroupWise Monitor" in the *GroupWise 6.5 Installation Guide*. This section presents some additional Monitor Agent startup information.

- "Starting the Linux Monitor Agent" on page 903
- "Starting the Windows Monitor Agent" on page 905

## Starting the Linux Monitor Agent

- "Starting the Linux Monitor Agent Manually" on page 903
- "Starting the Linux Monitor Agent Automatically" on page 904
- "Stopping the Linux Monitor Agent" on page 904

### Starting the Linux Monitor Agent Manually

You do not need to be logged in as root to start the Monitor Agent.

**1** Make sure you are logged in as root.

**2** Make sure you know the path to a domain directory where a domain database (wpdomain.db) is located or the IP address of a server where the MTA is running.

**3** Change to the GroupWise agent bin directory.

```
cd /opt/novell/groupwise/agents/bin
```

**4** Use one of the following commands to start the Monitor Agent:

```
./gwmon --home /domain_directory &
./gwmon --ipa IP_address --ipp port_number &
```

A message indicates that the Monitor Agent is polling the domain you specified. The Monitor Agent does not have a --show switch to provide a user interface.

You can also start the Monitor Agent using its startup script (/etc/initd/grpwise-ma).

**5** View the following URL to verify that the Monitor Agent is running:

http://localhost:8200

SAMNDCA630-07873908



Status information for the agents in your GroupWise system is displayed.

## Starting the Linux Monitor Agent Automatically

If you selected Launch Monitor Agent on System Startup in the Monitor Agent Installation program, your system was configured so that the Monitor Agent would start automatically. The Monitor Installation program always creates a grpwise-ma startup script in /etc/init.d for starting the Monitor Agent. To enable automatic startup, the Monitor Installation program creates symbolic links named S99grpwise-ma in the rc3.d and rc5.d directories so that the Monitor Agent can load on startup into runlevel 3 or 5, depending on the configuration of your Linux system.

When the grpwise-ma script runs and starts the Monitor Agent, it reads the Monitor Agent configuration file (monitor.xml) in /opt/novell/groupwise/agents/share to check for configuration information.

## Stopping the Linux Monitor Agent

**NOTE:** If you started the Monitor Agent as root, then you must be logged in as root in order to stop it.

When you start the Monitor Agent with the grpwise-ma startup script, you can also use the script to stop it.

**1** Change to the /etc/init.d directory.

**2** To stop the Monitor Agent, enter the following command:

`./grpwise-ma stop`

**3** To confirm that the Monitor Agent has stopped, enter the following command:

`./grpwise-ma status`

When you start the Monitor Agent manually (without using the grpwise-ma script), use the standard Linux kill command to stop it.

**1** Determine the process ID of the Monitor Agent.

`ps -eaf | grep gwmon`

The PIDs for all gwmon processes are listed.

**2** Kill the first gwmon process in the list.

`kill first_process_ID`

It might take a few seconds for all gwmon processes to terminate.

**3** Repeat the ps command to verify that the Monitor Agent stopped.

SAMNDCA630-07873909

# Starting the Windows Monitor Agent

- "Starting the Windows Monitor Agent Manually" on page 905
- "Starting the Windows Monitor Agent Automatically" on page 905
- "Stopping the Windows Monitor Agent" on page 906

## Starting the Windows Monitor Agent Manually

In Windows, click Start > Programs > GroupWise Monitor > GroupWise Monitor. You might also want to create a desktop icon for it.

The Monitor Agent console appears.



If the Monitor Agent console does not appear, see "Monitor Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

## Starting the Windows Monitor Agent Automatically

To start the Monitor Agent automatically whenever you restart the Windows server, you can add the Monitor Agent program to the Windows Startup group.

**1** In Windows NT, click Start > Settings > Taskbar > Start Menu Programs > Add.

or

In Windows 2000, click Start > Settings > Taskbar & Start Menu > Advanced > Add.

**2** Browse to the directory where you installed the Monitor Agent.

**3** Double-click gwmon.exe.

**4** Click Next.

**5** Select the Startup folder, provide a name for the shortcut, then click Finish.

**6** If possible, restart the server to verify that the Monitor Agent starts when you log in.

SAMNDCA630-07873910

DEFENDANT'S EXHIBIT NO. 324.0906

## Stopping the Windows Monitor Agent

At the Monitor Agent console:

**1** Click File > Exit.

or

Close the window where the Monitor Agent is running.

# Understanding the Monitor Agent Consoles

The Monitor Agent offers three consoles:

* "Monitor Agent Console" on page 906
* "Monitor Agent Web Console" on page 906
* "Monitor Web Console" on page 907

For a comparison of the capabilities of the three consoles, see Chapter 70, "Comparing the Monitor Agent Consoles," on page 953

## Monitor Agent Console

The Monitor Agent console is available for the Windows Monitor Agent but not for the Linux Monitor Agent.



All agent configuration tasks can be performed at the Monitor Agent console, but some reports are not available.

## Monitor Agent Web Console

The Monitor Agent Web console is platform-independent and can be viewed at the following URL:

http://*Web server address*:8200

SAMNDCA630-07873911



To create the Monitor Agent Web console display, your Web server communicates directly with the Monitor Agent to obtain agent status information. You must be behind your firewall to use the Monitor Agent Web console. Because the Linux Monitor Agent does not have a console on the server where it runs, you use the Monitor Agent Web console in its place on Linux.

Several Monitor features are available at the Monitor Agent Web console that are not available at the Monitor Agent server console or the Monitor Web console. These are summarized in Chapter 70, "Comparing the Monitor Agent Consoles," on page 953.

## Monitor Web Console

The Monitor Web console is also platform-independent and can be viewed at the following URLs:

Linux: http://*network_address*/gwmon/gwmonitor
Windows: https://*network_address*/servlet/gwmonitor



To create the Monitor Web console display, your Web server communicates with the Monitor Application (a component of your Web server), which then communicates with the Monitor Agent to obtain agent status information. This enables the Monitor Web console to be available outside your firewall, while the Monitor Agent Web console can be used only inside your firewall.

The Monitor Web console is divided into the Agent Groups window on the left and the Agent Status window on the right. Using the Agents Groups window, you can create and manage agent groups the same as you can at the Monitor Agent server console.

The Monitor Web console does not include some features that are available at the Monitor Agent server console and the Monitor Agent Web console. These are summarized in Chapter 70, "Comparing the Monitor Agent Consoles," on page 953.

SAMNDCA630-07873912

DEFENDANT'S EXHIBIT NO. 324.0908

SAMNDCA630-07873913

DEFENDANT'S EXHIBIT NO. 324.0909

# 66 Configuring the Monitor Agent

The default configuration of the GroupWise® Monitor Agent is adequate to begin monitoring existing GroupWise agents (POAs, MTAs, Internet Agents, and WebAccess Agents). You can also customize the configuration to meet your specific monitoring needs.

On Windows, you configure the Monitor Agent at the Monitor Agent console on the Windows server where the Monitor Agent is running.



On Linux, similar functionality is available in your Web browser at http://localhost:8200.



The following topics help you customize the Monitor Agent for your specific needs:

- "Selecting Agents to Monitor" on page 910
- "Creating and Managing Agent Groups" on page 912
- "Configuring Monitoring Protocols" on page 914
- "Configuring Polling of Monitored Agents" on page 917
- "Configuring E-Mail Notification of Agent Problems" on page 918
- "Configuring Audible Notification of Agent Problems" on page 922

SAMNDCA630-07873914

- "Configuring SNMP Trap Notification of Agent Problems" on page 923
- "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924
- "Configuring Proxy Service Support for the Monitor Web Console" on page 925
- "Configuring Monitor Agent Log Settings" on page 925

# Selecting Agents to Monitor

By default, the Monitor Agent starts monitoring all GroupWise agents (POAs, MTAs, Internet Agents, and WebAccess Agents) in your GroupWise system, based on the information from a domain database (wpdomain.db). You might not want to continue monitoring all agents. And as your GroupWise system grows, you might want to monitor additional agents.

- "Filtering the Agent List" on page 910
- "Adding All Agents on a Server" on page 911
- "Adding All Agents on a Subnet" on page 911
- "Adding an Individual Agent" on page 911
- "Removing Added Agents" on page 912

## Filtering the Agent List

You can configure the Monitor Agent to stop and start monitoring selected agents as needed.

At the Windows Monitor Agent console:

1 Click Configuration > Filter.

or

On Linux, click Preferences > Filter.



The Filtered Out list displays all agents that are not currently being monitored.

2 Select one or more agents in the Monitored list, then click Remove to move them to the Filtered Out list.

3 Click OK.

Agents in the Filtered Out list are not monitored and do not appear at the Monitor Agent console nor at the Monitor Web console. To start monitoring a filtered-out agent, move it back to the Monitored list.

SAMNDCA630-07873915

## Adding All Agents on a Server

If you add a new server to your GroupWise system or want to monitor agents in a different GroupWise system, you can easily start monitoring all the agents running on that server.

At the Windows Monitor Agent console:

**1** Click Configuration > Add from Server.

or

On Linux, click Preferences > Add Agents.



**2** Type the IP address of the new server, then click OK.

All GroupWise agents on the new server are added to the list of monitored agents.

If the server is part of your local GroupWise system, you can simply restart the Monitor Agent and it picks up all new agents in your system.

## Adding All Agents on a Subnet

If you add several new servers to your GroupWise system or want to monitor agents in a different GroupWise system, you can easily start monitoring all the agents running on the same subnet.

At the Windows Monitor Agent console:

**1** Click Configuration > Add from Network.

or

On Linux, click Preferences > Add Agents.



**2** Type the subnet portion of the IP addresses of the new servers, then click OK.

All GroupWise agents on the subnet are added to the list of monitored agents.

If the servers are part of your local GroupWise system, you can simply restart the Monitor Agent and it picks up all new agents in your system.

## Adding an Individual Agent

You can start monitoring an individual agent anywhere in your GroupWise system or another GroupWise system.

At the Windows Monitor Agent console:

**1** Click Configuration > Add Agent.

SAMNDCA630-07873916

DEFENDANT'S EXHIBIT NO. 324.0912

or

On Linux, click Preferences > Add Agents.



**2** Type the IP address of the server where the agent runs.

**3** Type the port number the agent listens on.

**4** Click OK.

The agent is added to the list of monitored agents.

## Removing Added Agents

To stop monitoring agents that you have manually added to the Monitor Agent's configuration:

At the Windows Monitor Agent console:

**1** Click Configuration > Remove Agents.

or

On Linux, click Preferences > Remove Agents.

**2** Select the agents you want to remove, then click Remove.

**3** Click OK.

# Creating and Managing Agent Groups

You might find it convenient to group related agents together for monitoring purposes. Initially, all agents are in a single group with the same name as your GroupWise system.

Agent groups are displayed on the left side of the Monitor Agent console. When you select an agent group, the monitored agents in the group and their status information are listed on the right side of the Monitor Agent console.



SAMNDCA630-07873917

You can create additional groups and subgroups as needed to make monitoring similar agents easier. You might want to create agent groups based on geographical areas, on administrative responsibilities, or on agent configuration similarities. The number of agents in the group is displayed to the right of the group name in the agent groups window.



In addition, by creating agent groups, you can provide configuration settings for monitoring just once for all agents in each group, rather than having to provide them individually for each agent in your GroupWise system.

- "Creating an Agent Group" on page 913
- "Managing Agent Groups" on page 913
- "Viewing Your Agent Group Hierarchy" on page 914
- "Configuring an Agent Group" on page 914

**NOTE:** On Linux, perform these tasks in the Monitor Web console.

# Creating an Agent Group

At the Windows Monitor Agent console:

**1** Right-click the folder where you want to create the agent group, then click Create.

**2** Type a name for the group, then click OK to create a new folder for the agent group.

The group name must be unique within its parent group.

**3** Click a folder containing agents that you want to add to the new group.

**4** Drag and drop agents into the new group as needed.

**5** Click the new group to view its contents.

You can nest groups within groups as needed.

# Managing Agent Groups

Managing agent groups is easy:

- To rename an agent group, right-click the agent group, click Rename, type the new name, then press Enter.
- To move an agent group, drag and drop it to its new location.

SAMNDCA630-07873918

- To delete an agent group, right-click the agent group, then click Delete. A group must be empty before you can delete it.

## Viewing Your Agent Group Hierarchy

When you create nested groups, you can choose how much of the hierarchy you want displayed:

- You can open and close groups manually by clicking the plus and minus icons beside each folder.

- To expand your entire group hierarchy, click View > Expand Tree.

- To collapse your entire group hierarchy, click View > Collapse Tree.

You can also decide, when viewing the agents in a group, whether you want to view just the agents in the currently selected group or the agents in subgroups as well. By default, only the agents in the selected folder are listed in the agent window. Right-click an agent group, then click Show Subgroup Agents to display the contents of nested groups along with the selected group.



Numbers in brackets beside each group indicate the number of agents in the selected group and the total number displayed.

## Configuring an Agent Group

Configuration settings for monitoring can be set for each monitored agent individually, for each agent group, or for all monitored agents collectively. You can establish default configuration settings for all agents by setting them on the root agent group that is named the same as your GroupWise system. Those default settings can be inherited by each subgroup that you create thereafter if you select Apply Options to Subgroups. Those default settings can be overridden by establishing different settings for an agent group or for an individual agent if you deselect Use Parent Options.

# Configuring Monitoring Protocols

By default, the Monitor Agent uses HTTP to communicate with the agents it monitors, whenever HTTP is available. If HTTP is not available, the Monitor Agent changes automatically to SNMP.

GroupWise 6.x agents and gateways as well as the GroupWise agents provided with the GroupWise 5.5 Enhancement Pack can be monitored using HTTP. Agents dating from GroupWise 5.5 and earlier, as well as 5.5-level GroupWise gateways, must be monitored using SNMP.

SAMNDCA630-07873919

* "Configuring the Monitor Agent for HTTP" on page 915
* "Configuring the Monitor Agent for SNMP" on page 916

## Configuring the Monitor Agent for HTTP

You can customize how the Monitor Agent communicates with your Web browser.

At the Windows Monitor Agent console:

**1** Click Configuration > HTTP.

or

On Linux, click Preferences > Setup, then scroll down to the HTTP Settings section.



**2** Modify the HTTP settings as needed:

**HTTP Refresh:** Specify the number of seconds after which the Monitor Agent sends updated information to the Monitor Web console. The default is 300 seconds (5 minutes).

**HTTP Port:** Specify the port number for the Monitor Agent to listen on for requests for information from the Web console. The default port number is 8200.

**Open a New Window When Viewing Agents:** Select this option to open a new Web browser window whenever you display an agent Web console. This enables you to view the Monitor Web console and an agent Web console at the same time, or to view two agent Web consoles at the same time for comparison.

**3** Click OK to put the new HTTP settings into effect.

**4** Click Configuration > Poll Settings.

or

On Linux, click Preferences > Setup, then scroll down to the HTTP Settings section.

SAMNDCA630-07873920



**5** Fill in the following fields:

**Poll Cycle:** Specify the number of seconds after which the Monitor Agent polls all monitored GroupWise agents for updated information.

By default, the Monitor Agent starts 20 threads to poll monitored agents. You can use the /pollthreads startup switch to adjust the number of threads.

By default, the Monitor Agent communicates with other GroupWise agents by way of XML. However, if XML is unavailable, the Monitor Agent automatically uses SNMP instead. Prior to the GroupWise 5.5 Enhancement Pack, GroupWise agents did not support XML, so the Monitor Agent must use SNMP to monitor these older agents. If you need to monitor older agents, see "Configuring the Monitor Agent for SNMP" on page 916.

If all monitored agents in the group require the same username and password in order to communicate with the Monitor Agent, you can provide that information as part of the Monitor Agent's configuration.

**HTTP User Name:** Provide the username for the Monitor Agent to use when contacting monitored agents in the group for status information.

**HTTP Password:** Provide the password, if any, associated with the username specified in the field above.

**NOTE:** On Linux, the HTTP User Name and HTTP Password fields are not available. However, you can use the --httpagentuser and --httpagentpassword startup switches on the command line when you start the Monitor Agent to achieve the same functionality.

If the monitored agents use different usernames and passwords, you are prompted to supply them when the Monitor Agent needs to communicate with the monitored agents.

**6** Click Apply Options to Subgroups if you want subgroups to inherit these settings.

**7** Click OK to put the specified poll cycle into effect.

## Configuring the Monitor Agent for SNMP

The Monitor Agent must use SNMP to communicate with GroupWise agents that date from earlier than the GroupWise 5.5 Enhancement Pack. You can customize how the Monitor Agent communicates with such older agents and how it communicates with SNMP monitoring and management programs.

At the Windows Monitor Agent console:

SAMNDCA630-07873921

DEFENDANT'S EXHIBIT NO. 324.0917

**1** Click Configuration > Polling.

or

On Linux, click Preferences > Setup, then scroll down to the SNMP Settings section.



**2** Specify the number of seconds after which the Monitor Agent polls all monitored GroupWise agents for updated information using SNMP.

**3** In the SNMP box, modify the SNMP settings as needed:

**Time Out:** Specify the number of seconds the Monitor Agent should wait for a response from servers where GroupWise agents run.

**Number of Retries:** Specify how often the Monitor Agent should try to contact the servers where GroupWise agents run.

**SNMP Community Strings:** Provide a comma-delimited list of community strings required to access the servers where GroupWise agents run.

**Force Polling through SNMP:** Select this option to use SNMP polling instead of the default of XML polling when contacting servers where agents in the group run.

**4** Click Apply Options to Subgroups if you want subgroups to inherit these settings.

**5** Click OK to put the new SNMP settings into effect.

**6** Make sure the GroupWise agents you want to monitor using SNMP are enabled for SNMP. See "Setting Up SNMP Services for the POA" on page 499 and "Setting Up SNMP Services for the MTA" on page 627. The same instructions can be followed for all GroupWise 5.x and 6.x agents.

# Configuring Polling of Monitored Agents

By default, the Monitor Agent polls all monitored agents every five minutes. You can adjust the poll cycle as needed.

At the Windows Monitor Agent console:

**1** Select the root agent group to set the poll cycle default for all monitored agents.

or

Select any agent group to set the poll cycle for the agents in the selected group.

SAMNDCA630-07873922

or

Select any agent to set the poll cycle for that individual agent.

**2** Click Configuration > Poll Settings.

or

On Linux, click Preferences > Setup, then scroll down to the HTTP Settings section.



Unless you selected the root agent group, Use Parent Notification Options is selected and all options are dimmed. Deselect Use Parent Notification Options to set up e-mail notification for an agent group.

**3** Increase or decrease the poll cycle as needed, then click OK.

# Configuring E-Mail Notification of Agent Problems

The Monitor Agent can notify you by e-mail when agent problems arise.

 • "Configuring E-Mail Notification" on page 918
 • "Customizing Notification Thresholds" on page 920

## Configuring E-Mail Notification

You can configure the Monitor Agent to notify one or more users by e-mail if an agent goes down. You can also receive e-mail confirmation messages showing that the Monitor Agent itself is still running normally.

At the Windows Monitor Agent console:

**1** Select the root agent group to set up e-mail notification defaults for all monitored agents.

or

Select any agent group to set up e-mail notification for the agents in the selected group.

or

Select any agent to set up e-mail notification for that individual agent.

**2** Click Configuration > Notification.

SAMNDCA630-07873923

DEFENDANT'S EXHIBIT NO. 324.0919

or

On Linux, click Preferences > Setup to display the Notify settings.



Unless you selected the root agent group, Use Parent Notification Options is selected and all options are dimmed. Deselect Use Parent Notification Options to set up e-mail notification for an agent group or an individual agent.

**3**  Specify one or more e-mail addresses or pager addresses to send notifications to.

**4**  Specify the Internet domain name of your GroupWise system.

**5**  If the mail system to which e-mail notification is being sent performs reverse DNS lookups, specify the IP address or hostname of a server to relay the notification messages through.

The Monitor Agent should relay e-mail notifications through a server that has a published DNS address.

**6**  Click Test Notify to determine if the Monitor Agent can successfully send to the addresses specified in the Notification List field.

A message informs you of the results of the test. If the test is successful, a test message arrives shortly at each address. If the test is unsuccessful, double-check the information you provided in the Notification List, Mail Domain Name, and Relay Address fields.

**7**  Select the events that you want to trigger e-mail notification messages.

- Agent down

- Server down

- Threshold exceeded

- State returns to normal

If you want to be notified of more specific states, see "Customizing Notification Thresholds" on page 920.

**8**  Select the amount of time that you want to elapse before repeat e-mail notifications are sent.

SAMNDCA630-07873924

**9** To monitor the Monitor Agent and assure it is functioning normally, select Periodic Monitor Confirmation, select the number of minutes between Monitor Agent e-mail confirmation messages.

**10** Click OK to save the e-mail notification settings.

## Customizing Notification Thresholds

To refine the types of events that trigger e-mail notification messages, you can create your own thresholds that describe very specific states. Using thresholds, you can configure the Monitor Agent to notify you of problem situations peculiar to your GroupWise system.

At the Windows Monitor Agent console:

**1** Click Configuration > Notification.

**2** Make sure that notification has been properly set up as described in "Configuring E-Mail Notification" on page 918.

**3** Click Thresholds.

or

On Linux, click Preferences > Thresholds.



The tabs at the top of the dialog box enable you to create a separate threshold for each type of GroupWise agent.

**4** Select the type of agent to create a threshold for.

**5** In the Expression field, select a MIB variable.

GroupWise agent MIB files are located in the \agents\snmp directory of your GroupWise software distribution directory or *GroupWise 6.5 Administrator* CD. The MIB files list the meanings of the MIB variables and what type of values they represent. The meaning of the MIB variable selected in the Expression field is displayed above the field.

**6** Select an operator from the drop-down list.

**7** Type the value to test for.

**8** In the State field, select an existing state.

SAMNDCA630-07873925

DEFENDANT'S EXHIBIT NO. 324.0921

| Icon | State |
|------|-------|
| ☺ | Unknown |
| ✔ | Normal |
| ❶ | Informational |
| ⚠ | Marginal |
| ⬦ | Warning |
| ⚑ | Minor |
| ⚑ | Major |
| ✖ | Critical |

or

Create a new state:

**8a**  Click Define State

    or

    On Linux, click Preferences > States.

**8b**  Type a name for the new state.

**8c**  Select a severity level.

**8d**  Provide instructions about how to handle the new state.

**8e**  Click Close to save the new state.



**9**  Click OK to create the new threshold.

**10**  Repeat Step 3 through Step 9 for each type of agent that you want to create a customized state for.

**11**  Make sure Threshold Exceeded is selected in the Notification Events box.

**12**  Click OK to save the new notification settings.

Configuring the Monitor Agent   **921**

SAMNDCA630-07873926

DEFENDANT'S EXHIBIT NO. 324.0922

# Configuring Audible Notification of Agent Problems

If the server where the Monitor Agent runs is located where someone can respond immediately to a GroupWise agent problem, you can configure the Monitor Agent to produce a different sound according to the nature of the problem.

**NOTE:** Audible notification is not available on Linux.

At the Windows Monitor Agent console:

**1** Select the root agent group to set up audible notification defaults for all monitored agents.

or

Select any agent group to set up audible notification for the agents in the selected group.

or

Select any agent to set up audible notification for that individual agent.

**2** Click Configuration > Notification.



Unless you selected the root agent group, Use Parent Notification Options is selected and all options are dimmed. Deselect Use Parent Notification Options to set up notification for an agent group or individual agent.

**3** Select Play Sound, then click Sounds.



SAMNDCA630-07873927

**4** For each event, browse to and select a sound file to provide auditory notification for each type of event for the selected agent group.

The Monitor Agent launches the default media player for whatever type of sound file you select. Basic sound files are available in the c:\winnt\media directory.

**5** Click OK to return to the Notification dialog box.

**6** Select notification events and other notification settings as described in "Configuring E-Mail Notification of Agent Problems" on page 918.

**7** Click OK to save the audible notification settings.

# Configuring SNMP Trap Notification of Agent Problems

The Monitor Agent can throw SNMP traps for use by the Management and Monitoring component of Novell[R] ZENworks[R] for Servers, ManageWise[R], or any other SNMP management and monitoring program.

At the Windows Monitor Agent console:

**1** Select the root agent group to set up SNMP trap notification defaults for all monitored agents.

or

Select any agent group to set up SNMP trap notification for the agents in the selected group.

or

Select any agent to set up SNMP trap notification for that individual agent.

**2** Click Configuration > Notification.

or

On Linux, click Preferences > Setup to display the Notify settings.



Unless you selected the root agent group, Use Parent Notification Options is selected and all options are dimmed. Deselect Use Parent Notification Options to set up notification for an agent group or individual agent.

SAMNDCA630-07873928

**3** Select Send SNMP Traps, then click OK.

**4** Make sure that the Monitor Agent is properly configured for SNMP, as described in "Configuring the Monitor Agent for SNMP" on page 916.

# Configuring Authentication and Intruder Lockout for the Monitor Web Console

Accessing GroupWise agent status information from your Web browser is very convenient. However, you might want to limit access to that information. You can configure the Monitor Agent to request a username and password before allowing users to access the Monitor Web console. In addition, you can configure the Monitor Agent to detect break-in attempts in the form of repeated unsuccessful logins.

**NOTE:** To limit access on Linux, use the --httpmonuser and --httpmonpassword startup switches on the command line when you start the Monitor Agent. The intruder lockout functionality is not available on Linux.

At the Windows Monitor Agent console:

**1** Click Configuration > HTTP.



**2** In the Authentication box, select Require Authentication to browse GW Monitor.

**3** Fill in the fields:

**User Name:** Provide a username for the Monitor Agent to prompt for when a user attempts to access the Monitor Web console.

**Password:** Provide a password for the Monitor Agent to prompt for when a user attempts access. Repeat the password in the Password Confirm field.

To provide additional security for the Monitor Web console, use the /httpssl and /httpcertfile startup switches when starting the Monitor Agent.

**Intruder Lockout Count:** Specify the number of failed attempts the Monitor Agent should allow before it stops prompting the potentially unauthorized user for a valid username and password.

**Intruder Lockout Period:** Specify the number of minutes that must elapse before the user can again attempt to access the Monitor Web console.

SAMNDCA630-07873929

DEFENDANT'S EXHIBIT NO. 324.0925

If a valid user gets locked out of the Monitor Web console, you can use Clear Lockout to grant access before the intruder lockout period has elapsed.

**4** Click OK to put the authentication settings into effect.

# Configuring Proxy Service Support for the Monitor Web Console

By default, the Monitor Agent and Monitor Web console are not configured to support browser-based access to the Monitor Agent through a firewall. If you require this functionality, you need to enable the Monitor Agent and Monitor Web console to support proxy service.

**1** In a text editor, open the Monitor Application configuration file (gwmonitor.cfg)

On Linux, the default location is /opt/novell/groupwise/agents/gwmonitor. On Windows, the default location is c:\novell\gwmonitor

**2** Locate the following line:

    Provider.GWMP.Agent.Http.level=basic

**3** Change it to:

    Provider.GWMP.Agent.Http.level=full

The BASIC setting restricts use of the Monitor Web console to within a firewall, while the FULL setting allows use of the Web console both inside and outside a firewall. A third setting, NONE, disables use of the Web console.

**4** Save and exit the Monitor Application configuration file.

**5** Start the Monitor Agent with the /proxy startup switch.

The /proxy switch must be used on the command line or in a script or batch file. The Monitor Agent does not use a startup file for switches.

Without proxy service support enabled, the Monitor Web console, after it gets a GroupWise agent's address from the Monitor Agent, communicates directly with the GroupWise agent. This process, however, does not work when communicating through a firewall.

With proxy service support enabled, all communication is routed through the Monitor Agent and Monitor Application (on the Web server). As long as the Web server can be accessed through the firewall, the Monitor Web console can receive information about all GroupWise agents that the Monitor Agent knows about.

# Configuring Monitor Agent Log Settings

The Monitor Agent writes to two different types of log files. Event log files record error messages, status messages, and other types of event-related messages. History log files record dumps of all MIB values gathered during each poll cycle. Log files can provide a wealth of information for resolving problems with Monitor Agent functioning or agent monitoring.

At the Windows Monitor Agent console:

**1** Click Log > Log Settings.

or

On Linux, click Log.

SAMNDCA630-07873930



**2** Fill in the fields:

**Log File Path:** Specify the full path of the directory where the Monitor Agent writes its log files. On Linux, the default directory is /var/log/novell/groupwise/gwmon. On Windows, the default is the GroupWise Monitor installation directory (typically c:\gwmon).

**Maximum Event Log File Age:** Specify the number of days you want Monitor Agent event log files to remain on disk before being automatically deleted. The default event log file age is 7 days.

**Maximum Event Log Disk Space:** Specify the maximum amount of disk space for all Monitor event log files. When the specified disk space is used, the Monitor Agent overwrites existing Monitor Agent event log files, starting with the oldest. The default is 1024 KB of disk space for all Monitor Agent event log files.

**Maximum History Log File Age:** Specify the number of days you want Monitor Agent history log files to remain on disk before being automatically deleted. The default history log file age is 7 days.

**Maximum History Log Disk Space:** Specify the maximum amount of disk space for all Monitor history log files. When the specified disk space is used, the Monitor Agent overwrites existing Monitor Agent history log files, starting with the oldest. The default is 1024 KB of disk space for all Monitor Agent history log files.

**3** Click OK to put the new log settings into effect.

**4** To view existing event logs, click View > View Log Files.

**5** To view existing history log files, click Log > View History Files.

SAMNDCA630-07873931

DEFENDANT'S EXHIBIT NO. 324.0927

# 67

## Using the Monitor Agent Console

The GroupWise[*] Windows Monitor Agent console displays GroupWise agent status on the server where the Monitor Agent runs. On Linux, similar information can be displayed in a Web browser.

- "Monitoring Agents at the Monitor Agent Console" on page 927
- "Generating Reports" on page 931
- "Measuring Agent Performance" on page 935

## Monitoring Agents at the Monitor Agent Console

Initially, the Monitor Agent console lists all monitored GroupWise agents, along with their statuses.

**NOTE:** On Windows, agents and agent groups are displayed at the Monitor Agent console. On Linux, agents groups are displayed only at the Monitor Web console.



After you create agent groups, as described in "Creating and Managing Agent Groups" on page 912, the agents in each group are displayed when you select a group.

SAMNDCA630-07873932

DEFENDANT'S EXHIBIT NO. 324.0928



You can display many types of monitoring information at the Monitor Agent console.

- "Viewing All Agents" on page 928
- "Viewing Problem Agents" on page 928
- "Viewing an Agent Console" on page 929
- "Viewing an Agent Web Console" on page 930
- "Polling the Agents for Updated Status Information" on page 930

## Viewing All Agents

After you have separated your agents into groups, you can still view all agents in your GroupWise system in a single list.

At the Windows Monitor Agent console:

**1** Right-click the root agent group, then click Show Agent Subgroups.



You can use the Show Agent Subgroups feature on any group that contains nested subgroups.

## Viewing Problem Agents

In a single agent group or in a group with subgroups shown, you can filter the list to show only those agents whose status is not Normal.

SAMNDCA630-07873933

At the Windows Monitor Agent console:

**1** Click View > Problem Agents.

or

On Linux, click Problems.



Only problem agents are now displayed. If you leave the Monitor Agent with only problem agents displayed, many groups might appear empty because all agents have a status of Normal.

**2** To view all monitored agents again, click View > All Agents.

or

On Linux, click System.

## Viewing an Agent Console

An active agent console displays on each server where a GroupWise agent is running. You can display a similar agent console from the Windows Monitor Agent console.

**NOTE:** This feature is not available on Linux.

**1** Right-click an agent, then click Agent Console.



You cannot control the agent from the Monitor Agent like you can at the actual agent console, but you can gather status information about the monitored agent.

SAMNDCA630-07873934

DEFENDANT'S EXHIBIT NO. 324.0930

## Viewing an Agent Web Console

An agent Web console can be displayed anywhere you have access to a Web browser and the Internet. You can launch an agent Web console from the Windows Monitor Agent console.

**1** Right-click an agent, then click Agent Web Console.

or

On Linux, click the domain or post office link.



For information about the agent Web consoles, see the GroupWise agent documentation:

- "Using the POA Web Console" on page 489
- "Using the MTA Web Console" on page 617
- "Monitoring the Internet Agent through the Web Console" on page 742
- "Monitoring the WebAccess Agent through the Web Console" on page 879

## Polling the Agents for Updated Status Information

By default, the Monitor Agent polls the monitored agents every five minutes. You can change the default poll cycle, as described in "Configuring Polling of Monitored Agents" on page 917 The time remaining until the next poll cycle is displayed in the lower left corner of the Monitor Agent console.

You can also manually poll monitored agents:

- To poll all agents, click Action > Poll All Agents.

  or

  On Linux, click Poll.
- To poll a specific agent, right-click the agent, then click Poll Agent.

SAMNDCA630-07873935

  ◆ To stop polling a specific agent (for example, because the server it runs on is awaiting repairs), right-click the agent, then click Suspend Polling. You can specify a time interval for the agent to be suspended, after which polling resumes automatically. By suspending polling, you prevent repeat notifications for a problem that is already being addressed.

  The suspended agent's status is listed as Suspended, accompanied by the same icon used for the Unknown status ②.

  ◆ To restart regular polling of an agent for which polling was suspended, right-click the agent, then click Resume Polling.

# Generating Reports

You can generate reports on demand at the Monitor Agent console to help you manage message flow throughout your GroupWise system.

  ◆ "Link Trace Report" on page 931

  ◆ "Link Configuration Report" on page 932

  ◆ "Environment Report" on page 933

  ◆ "User Traffic Report" on page 933

  ◆ "Link Traffic Report" on page 934

  ◆ "Message Tracking Report" on page 934

  ◆ "Performance Tracking Report" on page 935

## Link Trace Report

A link trace report enables you to follow the path a message would take between two GroupWise domains. A link trace report includes a list of all the domains through which a message would need to pass, along with their current status, link type, address, and number of messages currently queued in each domain. If any domain along the link path is closed, an error message is displayed.

If a message fails to arrive at its destination, this report can help you pinpoint its current location, so you can resolve the problem and get messages flowing smoothly again.

At the Windows Monitor Agent console:

  **1** Click Reports > Link Trace.

   or

   On Linux, click Link Trace.

  **2** Select a starting domain and a target domain.

  **3** If you want to trace the path back, which is the route status messages will take, select Trace Return Path.

  **4** Click Trace.

SAMNDCA630-07873936



If any domain in the path is closed, an error message displays so you know where the problem is occurring.

**5** When you are finished tracing links, click Close.

## Link Configuration Report

A link configuration report enables you to list the links from one or more GroupWise domains to all other domains in your GroupWise system. This helps you identify inefficient link paths, loops, and unreachable domains. All domains must be open to obtain an accurate link map of your GroupWise system.

At the Windows Monitor Agent console:

**1** Make sure all domains in your GroupWise system are open.

You cannot obtain an accurate link map of your GroupWise system if any domains are closed. For assistance with closed domains, see "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

**2** Click Reports > Link Configuration

or

On Linux, click Link Configuration

**3** Select All Agents

or

Select a specific agent from the drop-down list.

**4** Click Run

SAMNDCA630-07873937

DEFENDANT'S EXHIBIT NO. 324.0933



The list shows what domains a message would pass through to travel from the domain in the Source column to the domain in the Destination column. If a domain displays as closed, it means that the Monitor Agent could not contact the MTA for the domain or that a loop was detected in the link configuration.

**5** When you are finished checking links, click Close.

## Environment Report

An environment report lists all monitored agents, along with each agent's location, version, IP address, port number, and operating system information. For NetWare[R] agents, the server name, CLIB version, TCP/IP version, Novell eDirectory™ version, and the number of packet receive buffers are also listed.

At the Monitor Agent console:

**1** Click Reports > Environment.

**2** Scroll through the displayed information for your own use.

or

Click Send, type your e-mail address, type one or more e-mail addresses to send the environment report to, then click Send.

**3** Click OK to close the Environment Report dialog box.

## User Traffic Report

A user traffic report enables you to determine how many messages a user has sent outside his or her post office. The user traffic report lists all messages sent by a specified user during a specified date/time range, along with date, time, and size information for each message. You can also generate a user traffic report for all users whose messages pass through a selected domain.

In order for the information to be available to generate a user traffic report, you must configure the MTA to perform message logging. See "Enabling MTA Message Logging" on page 603.

At the Monitor Agent console:

**1** Click Reports > User Traffic.

**2** Select the user's domain or the domain you want to generate a user traffic report for.

**3** Type the GroupWise user ID that you want to create a report for.

SAMNDCA630-07873938

or

Leave the field blank to create a report for all users whose messages pass through the selected domain.

**4** If you want to restrict the report to a particular time interval, specify start and end dates and times.

**5** Click Run.

**6** After the results are displayed, click Save, provide a filename for the report, select the format for the report, then click OK.

Reports can be saved in comma-separated or tab-separated format to meet the needs of the program you plan to use to display and print the report. For example, you could bring the data into a spreadsheet program. If needed, you can include column headings to create an initial line in the output file that labels the contents of each column.

**7** When you are finished generating user traffic reports, click Close.

## Link Traffic Report

A link traffic report enables you to determine how many messages are passing from a selected GroupWise domain across a specified link. The link traffic report lists the total number and total size of all messages passing through the link during each hour or half hour of operation.

In order for the information to be available to generate a link traffic report, you must configure the MTA to perform message logging. See "Enabling MTA Message Logging" on page 603.

At the Monitor Agent console:

**1** Click Reports > Link Traffic.

**2** Select the source domain of the link.

The list includes all domains that the Monitor Agent uses XML to communicate with. If the Monitor Agent must use SNMP to communicate with a domain, that domain is not included in the list.

**3** Select the other end of the link, which could be another domain, a post office, or a gateway.

**4** If you want to restrict the report to a particular time interval, specify start and end dates and times.

**5** Click Run.

**6** After the results are displayed, click Save, provide a file name for the report, select the format for the report, then click OK.

Reports can be saved in comma-separated or tab-separated format to meet the needs of the program you plan to use to display and print the report. For example, you could bring the data into a spreadsheet program. If needed, you can include column headings to create an initial line in the output file that labels the contents of each column.

**7** When you are finished generating link traffic reports, click Close.

## Message Tracking Report

A message tracking report enables you to track an individual message through your GroupWise system. The message tracking report provides information about when a message was sent, what

SAMNDCA630-07873939

queues the message has passed through, and how long it spent in each message queue. If the message has not been delivered, the message tracking report shows where it is.

In order for the information to be available to generate a message tracking report, you must configure the MTAs in your GroupWise system to perform message logging. See "Enabling MTA Message Logging" on page 603.

In addition, you need to determine the message ID of the message. Have the sender check the Sent Item Properties of the message in the GroupWise client. The Mail Envelope Properties field displays the message ID of the message, for example, 3AD5EDEB.31D : 3 : 12763.

At the Monitor Agent console:

**1** Click Reports > Message Tracking.

**2** Type the message ID of the message to track.

   You can obtain the message file ID in the GroupWise client. Open the Sent Items folder, right-click the message, click Properties, then check the Mail Envelope Properties field for the message file ID; for example, 3A75BAB9.FF1 : 8 : 31642.

**3** Select the domain where you want to start tracking.

**4** Click Track.

**5** When you are finished generating message tracking reports, click Close.

## Performance Tracking Report

Before you can run a performance tracking report, you must configuration the Monitor Agent for performance tracking. See "Measuring Agent Performance" on page 935.

# Measuring Agent Performance

To test the performance of the agents in your GroupWise system, you can send performance test messages from a specially configured Monitor domain to target domains anywhere in your GroupWise system. The Monitor Agent measures the amount of time it takes for replies to return from the target domains, which lets you ascertain the speed at which messages flow through your GroupWise system.

Perform the following steps to set up agent performance testing:

- "Setting Up an External Monitor Domain" on page 935
- "Selecting an MTA to Communicate with the Monitor Agent" on page 936
- "Configuring the Monitor Agent for Agent Performance Testing" on page 937
- "Viewing Agent Performance Data" on page 938
- "Viewing an Agent Performance Report" on page 938
- "Receiving Notification of Agent Performance Problems" on page 938

## Setting Up an External Monitor Domain

Before you can use the GroupWise Performance Testing dialog box to configure and enable GroupWise performance testing, you must create a specially configured Monitor domain and

SAMNDCA630-07873940

DEFENDANT'S EXHIBIT NO. 324.0936

select an MTA to receive performance test messages from the Monitor Agent. The Monitor Agent uses an external GroupWise domain as part of measuring performance.

In ConsoleOne[R]:

1 Create an external GroupWise domain.

For information about external GroupWise domains, see "Creating an External Domain" in "Connecting to GroupWise 5.x and 6.x Systems" in the *GroupWise 6.5 Multi-System Administration Guide*. By creating an external domain, you enable the Monitor Agent to approximate the round-trip time for e-mail messages to travel to recipients and for status messages to travel back to senders.



2 Name the external domain to reflect its role in your GroupWise system.

For example, you could name it GW Performance Tester. It does not matter which domain you link the external domain to.

3 Continue with "Selecting an MTA to Communicate with the Monitor Agent" on page 936.

## Selecting an MTA to Communicate with the Monitor Agent

The Monitor Agent needs to send its performance testing messages to a specific MTA in your GroupWise system. It does not matter which MTA you decide to use. It could be the MTA for the domain to which the external Monitor domain is linked.

In the Link Configuration Tool in ConsoleOne:

1 Configure the outbound link from the selected MTA to the external Monitor domain to be a TCP/IP link.



2 Click the pencil icon to provide the IP address of the server where the Monitor Agent runs.

SAMNDCA630-07873941

3  Specify a unique port number for the MTA to use to communicate with the Monitor Agent.

   Click OK twice to finish modifying the link.

4  Exit the Link Configuration Tool to save the new link configuration information.

5  Continue with "Configuring the Monitor Agent for Agent Performance Testing" on page 937.

## Configuring the Monitor Agent for Agent Performance Testing

After you have created an external Monitor domain and configured a link from it to an MTA, you are ready to configure the Monitor Agent for performance testing.

At the Windows Monitor Agent console:

1  Click Configuration > Performance Testing.

   or

   On Linux, click Preferences > Setup, then scroll down to the Performance Testing section.



2  Fill in the fields:

   **Domain Name for GroupWise Monitor:** Select the external Monitor domain that you configured for system performance testing.

   You might need to restart the Monitor Agent in order to see the new Monitor domain in the drop-down list.

   **TCP/IP Listen Port for Monitor:** Specify the port number where you configured the MTA to communicate with the Monitor Agent.

   **Domain to Send Messages To:** Select the domain where the specially configured MTA is running.

   The Monitor Agent directs all performance test messages to the selected domain. From there, the MTA transfers the performance test messages to the agents whose performance is being measured.

   **Send Performance Messages Every:** Specify in minutes the time interval for the Monitor Agent to send performance test messages.

   **Enable GroupWise Performance Testing:** Select this option to turn on performance testing. Deselect this option when you have finished your performance testing.

   **Send Performance Messages To:** Select All Agents to send performance test messages to all domains in your GroupWise system. Select Filtered Agents to send performance test messages only to the agents currently listed at the Monitor Agent console.

3  Click OK to put the performance testing settings into effect.

SAMNDCA630-07873942

4 Continue with "Viewing Agent Performance Data" on page 938.

or

Continue with "Receiving Notification of Agent Performance Problems" on page 938.

## Viewing Agent Performance Data

The information gathered by the Monitor Agent through performance test messages is recorded in the Monitor history log.

At the Monitor Agent console:

1 Click Log > View History Files.

2 Select a history log file > click View.

## Viewing an Agent Performance Report

A performance testing report enables you to measure how long it takes messages to travel through your GroupWise system. The performance testing report lists each domain that a performance test message was sent to, when it was sent by the Monitor Agent, and the number of seconds between when it was sent and when the Monitor Agent received a response from the tested agent.

At the Monitor Agent Console:

1 Click Reports > Performance Testing.

2 Select All Domains to generate a performance testing report for all domains in your GroupWise system.

or

Select one domain to generate a performance testing report for it.

3 Click Run to generate the performance testing report.

## Receiving Notification of Agent Performance Problems

If you want the Monitor Agent to notify you if system performance drops to an unacceptable level, you can create a threshold to check the mtaLastResponseTime and mtaAvgResponseTime MIB variables. The average response time is a daily average that is reset at midnight. See "Customizing Notification Thresholds" on page 920 for setup instructions.

# Assigning Responsibility for Specific Agents

If multiple GroupWise administrators manage the agents throughout your GroupWise system, you can assign a contact for each agent. Or, in a helpdesk environment, a person can be assigned to an agent when a problem occurs. The person assigned to the agent can record notes about the functioning of the agent which are then available to other administrators.

At the Windows Monitor Agent console:

1 Right-click an agent in the agent status window, then click Agent Details.

or

On Linux, click the agent status link.

SAMNDCA630-07873943



**2** In the Assign To field, type the name of the GroupWise administrator who is responsible for this agent.

The name is displayed to the right of the agent status in the status window of the Monitor Agent console and the Monitor Web console.

**3** In the Notes box, type any comments you might have about the agent.

If a problem with the agent occurs, the Thresholds box and the Suggestions box displays helpful information about the problem if you have set up customized thresholds, as described in "Customizing Notification Thresholds" on page 920.

**4** Click OK to save the information about who is assigned to the agent.

SAMNDCA630-07873944

DEFENDANT'S EXHIBIT NO. 324.0940

SAMNDCA630-07873945

DEFENDANT'S EXHIBIT NO. 324.0941

# 68 Configuring the Monitor Application

During installation, the GroupWise$^K$ Monitor Application is set up with a default configuration. However, you can use the information in the following sections to optimize the Monitor Application configuration:

- "Modifying Monitor Application Environment Settings" on page 941
- "Modifying Monitor Application Log Settings" on page 942
- "Adding or Removing Service Providers" on page 944
- "Modifying Monitor Application Template Settings" on page 945

## Modifying Monitor Application Environment Settings

Using ConsoleOne$^K$, you can modify the Monitor Application's environment settings. The environment settings determine such things as the location where ConsoleOne stores the Monitor Application's configuration file and how long the Monitor Application maintains an open session with an inactive user.

**1** In ConsoleOne, use the Console View to browse to the Monitor Application object (named GroupWiseMonitor).



The Monitor Application object is not available in the GroupWise View.

**2** Right-click the Monitor Application object, then click Properties to display the Environment page.

SAMNDCA630-07873946



**3** Modify the fields as needed:

**Configuration File:** The Monitor Application does not have access to Novell® eDirectory® or the GroupWise domain database (wpdomain.db). Therefore, ConsoleOne writes the application's configuration information to the file specified in this field. By default, this is the gwmonitor.cfg file located in the Monitor Application's home directory (novell\gwmonitor at the root of the Web server). On Linux, the gwmonitor.cfg file is located in the /opt/novell/groupwise/gwmonitor directory.

In general, you should avoid changing the location of the file. If you do change the location of the file, you need to make sure to modify the gwmonitor.cfg path in the servlets.properties file, located in the novell\servletgateway\servlets directory on a Windows server or the Java servlet directory on a NetWare® or UNIX server. If you do not, the Monitor Application continues to look for its configuration information in the old location. On Linux, do not change the location of the gwmonitor.cfg file.

**Logout URL:** By default, if users are required to log in to the Monitor Web console, they are returned to the login page when they log out. If desired, you can enter the URL for a different page.

**4** Click OK to save the changes.

## Modifying Monitor Application Log Settings

The Monitor Application logs information to log files on disk. You can control the following logging features:

* The type of information to log

* How long to retain log files

* The maximum amount of disk space to use for log files

* Where to store log files

The Monitor Application creates a new log file each day and each time it is restarted (as part of the Web server startup). The log file is named *mmddmon.nnn*, where *mm* is the month, *dd* is the year,

SAMNDCA630-07873947

DEFENDANT'S EXHIBIT NO. 324.0943

and *nnn* is a sequenced log file number (001 for the first log file of the day, 002 for the second, and so forth).

To modify the log settings:

**1** In ConsoleOne, browse to and right-click the Monitor Application object (named GroupWiseMonitor), then click Properties.

**2** Click Application > Log Settings.



**3** Modify the log settings as needed:

**Log File Path:** Specify the path to the directory where you want to store the log files.

By default, the log files are stored in the novell\gwmonitor\logs directory at the root of the Web server. On Linux, the log files are stored in the /var/log/novell/groupwise/gwmon directory.

**Maximum Log File Age:** Specify the number of days you want to retain the log files. The Monitor Application retains the log file for the specified number of days unless the maximum disk space for the log files is exceeded. The default age is 7 days.

**Maximum Log Disk Space:** Specify the maximum amount of disk space you want to use for the log files. If the disk space limit is exceeded, the Monitor Application deletes log files, beginning with the oldest file, until the limit is no longer exceeded. The default disk space is 1024 KB.

**Logging Level:** There are four logging levels: None, Normal, Verbose, and Diagnostic. None turns logging off; Normal displays warnings and errors; Verbose displays Normal logging plus information messages and user requests; and Diagnostic displays all possible information. The default is Normal logging. Use Diagnostic only if you are troubleshooting a problem with Monitor.

The verbose and diagnostic logging levels do not degrade Monitor Agent performance, but log files saved to disk consume more disk space when verbose or diagnostic logging is in use.

**Log Language:** Select the language in which you want information written to the log files. The list contains many languages, some of which the Monitor Application might not support. If you select an unsupported language, the information is written in English.

SAMNDCA630-07873948

**Log Time Format:** Choose from the following formats to use when the Monitor Application records dates and times in the log files: *HH:mm:ss:SS*, *MM dd: H:mm:ss.SS*, or *dd MM: H:mm:ss.SS*. *H* and *HH* represent hours, *mm* represents minutes, *ss* and *SS* represent seconds. *MM* represents months, and *dd* represents days.

**4** Click OK to save the log settings.

# Adding or Removing Service Providers

The Monitor Application receives requests from Monitor Web console users and then passes the requests to the appropriate service provider. The service provider fills the requests and returns the required information to the Monitor Application. The Monitor Application merges the information into the appropriate template and displays it to the user.

To function properly, the Monitor Application must know which service providers are available. The Monitor service provider communicates with the Monitor Agent to fill Monitor Web console requests. The Monitor service provider is installed and configured at the same time as the Monitor Application.

You can disable the Monitor service by removing the Monitor service provider. If you've created new service providers to expose additional services through GroupWise Monitor, you must define those service providers so that the Monitor Application knows about them.

To define service providers:

**1** In ConsoleOne, right-click the Monitor Application object (named GroupWiseMonitor), then click Properties.

**2** Click Application > Services.

The Provider List displays all service providers that the Monitor Application is configured to use.



**3** Choose from the following options:

**Add:** To add a service provider to the list, click Add, browse to and select the service provider's object, then click OK.

SAMNDCA630-07873949

DEFENDANT'S EXHIBIT NO. 324.0945

**Edit:** To edit a service provider's information, select the provider in the list, then click Edit.

**Delete:** To remove a service provider from the list, select the provider, then click Delete.

4  Click OK to save the changes.

# Modifying Monitor Application Template Settings

When the Monitor Application receives information from a service provider, it merges the information into the appropriate Monitor template before displaying the information to the Monitor Web console user. Using ConsoleOne, you can modify the Monitor Application's template settings. The template settings determine such things as the location of the templates, the maximum amount of server memory to use for caching the templates, and the default template language.

1  In ConsoleOne, browse to and right-click the Monitor Application object (named GroupWiseMonitor), then click Properties.

2  Click Applications > Templates to display the Templates page.



3  Modify the fields as needed:

**Template Path:** Select the location of the template base directory. The template base directory contains the subdirectories (simple, frames, hdml, and wml) for each of the templates provided with GroupWise Monitor. If you create your own templates, you need to place the templates in a new subdirectory in the template base directory.

On a NetWare® server with the Novell Servlet Gateway, the default installation directory is java\servlets\com\novell\gwmonitor\templates.

On a Windows server with the Novell Servlet Gateway, the default installation directory is novell\java\servlets\com\novell\gwmonitor\templates.

On a NetWare or Windows server with Tomcat, the default installation directory is *tomcat_dir*\webapps\ROOT\web-inf\classes\com\novell\gwmonitor\templates.

On a Linux server with Tomcat, the default installation directory is /var/opt/novell/tomcat/webapps/gw/WEB-INF/classes/com/novell/gwmonitor/templates.

SAMNDCA630-07873950

**Java Package:** Specify the Java package that contains the template resources used by the Monitor Application. The default package is com.novell.gwmonitor.templates.

**Images URL:** Specify the URL for the GroupWise Monitor image files. These images are merged into the templates along with the GroupWise information. This URL must be relative to the Web server's document root directory. On NetWare and Windows, the default relative URL is com\novell\gwmonitor\images. On Linux, the default relative URL is /gw/com/novell/gwmonitor/images.

**Applets URL:** The Monitor Application does not currently use applets.

**Help URL:** Specify the URL for the GroupWise Monitor Help files. The default installation directory is the com\novell\gwmonitor\help directory under the Web server's document root directory.

**Enable Template Caching:** To speed up access to the template files, the Monitor Application can cache the files in memory. Select this option to turn on template caching.

**Cache Size:** Select the maximum amount of memory, in kilobytes, you want to use when caching the templates. The default cache size, 1024 KB, is sufficient to cache all templates shipped with GroupWise Monitor. If you modify or add templates, you can turn on Verbose logging on the Monitor Application object Log Settings page to view the size of the template files. Using this information, you can then change the cache size appropriately.

**Default Language:** Select the language to use when displaying the initial Monitor Web console page.

**Define User Interfaces:** GroupWise Monitor supports Web browsers on many different devices (for example, computers and wireless telephones). Each device supports specific content types such as HTML, HDML, and WML. When returning information to a device's Web browser, the Monitor Application must merge the information into a set of templates to create an interface that supports the content type required by the Web browser.

GroupWise Monitor ships with several predefined user interfaces. These interfaces support Web browsers that require HTML, HDML, and WML content types. Click the User Interface button to view, add, modify, or delete user interfaces.

**4** Click OK to save the new template settings.

SAMNDCA630-07873951

# 69 Using the Monitor Web Console

The Monitor Web console displays GroupWise[*] agent status anywhere a browser and a connection to the Internet are available.

- "Displaying the Monitor Web Console" on page 947
- "Monitoring Agents at the Monitor Web Console" on page 947
- "Managing Links" on page 950
- "Searching for Agents" on page 951

## Displaying the Monitor Web Console

**1** Make sure that your Web server is running.

**2** To display the Monitor Web console, enter the Monitor URL in your Web browser:

Linux: http://*network address*/gwmon/gwmonitor
Windows: https://*network address*/servlet/gwmonitor

where *network address* represents the IP address or hostname of the server where the Monitor Agent is running.



## Monitoring Agents at the Monitor Web Console

The Monitor Web console lists all GroupWise agents that the Monitor agent is polling for status information.

SAMNDCA630-07873952



Features of the Monitor Web console are available on buttons at the top of the Monitor page.

| Button | Feature |
|--------|---------|
|  | Problems |
| | Link Trace |
| | Link Configuration |
| | Global Options |
| | States |
| | Search |

Click an agent group to display all monitored agents in the group. Click the Problem button to display only those agents whose status is other than Normal in the agent group. Click the Problems icon to display all agents in your GroupWise system whose status is other than Normal.

Click the status of an agent to display agent status details.

Click an agent in the list to open its agent Web console. For information about the agent Web consoles, see "Viewing an Agent Web Console" on page 930.

Click Refresh to update the agent status information. To modify the default poll cycle, see "Configuring Polling of Monitored Agents" on page 917.

# Changing Monitor Agent Configuration Settings at the Monitor Web Console

Some Monitor Agent configuration settings can be changed at the Monitor Web console.

**1** To change settings that apply to a particular agent group, click the agent group, then click Options.

SAMNDCA630-07873953

DEFENDANT'S EXHIBIT NO. 324.0949



**2** Set the options as needed, then click Apply.

For information about the options, see the following sections that describe this functionality for the Windows Monitor Agent console:

- "Configuring E-Mail Notification of Agent Problems" on page 918
- "Configuring Polling of Monitored Agents" on page 917
- "Configuring the Monitor Agent for SNMP" on page 916

**3** To change settings that apply to the Monitor Agent itself, rather than to a group of monitored agents, click the Global Options icon.



**4** Set the global options as needed, then click Apply.

For information about the options, see the following sections that describe this functionality for the Windows Monitor Agent console:

- "Configuring E-Mail Notification of Agent Problems" on page 918
- "Configuring SNMP Trap Notification of Agent Problems" on page 923
- "Configuring the Monitor Agent for HTTP" on page 915
- "Configuring Monitor Agent Log Settings" on page 925

SAMNDCA630-07873954

# Managing Links

The Monitor Web console can help you manage links throughout your GroupWise system.

* "Tracing a Link at the Monitor Web Console" on page 950
* "Checking Links Configuration at the Monitor Web Console" on page 950

## Tracing a Link at the Monitor Web Console

When you trace a link, you follow the path a message would take when travelling between two GroupWise domains. If a message fails to arrive at its destination, this feature helps you pinpoint its current location, so you can resolve the problem and get messages flowing again.

At the Monitor Web console:

**1** Click the Link Trace icon.



**2** Select a source domain, select a destination domain, then click Trace.



If any domain in the path is closed, the link trace shows where the problem is occurring.

## Checking Links Configuration at the Monitor Web Console

When you check link configuration, you list the links from a GroupWise domain to all other domains in your GroupWise system. This helps you identify inefficient link paths, loops, and unreachable domains.

At the Monitor Web console:

**1** Make sure all domains in your GroupWise system are open.

SAMNDCA630-07873955

DEFENDANT'S EXHIBIT NO. 324.0951

You cannot obtain an accurate link map of your GroupWise system if any domains are closed. For assistance with closed domains, see "Message Transfer Agent Problems" in *GroupWise 6.5 Troubleshooting 2: Solutions to Common Problems*.

**2** Click the Link Configuration icon.



**3** Select a domain from the drop-down list.

**4** Click Run.



The list shows what domains a message would pass through to travel from the domain in the Source column to the domain in the Destination column.

# Searching for Agents

If you monitor a large number of agents, the list displayed in the Monitor Web console can become very long. You can easily search for an individual agent or for a group of related agents.

At the Monitor Web console:

**1** Click the Search icon.

SAMNDCA630-07873956

DEFENDANT'S EXHIBIT NO. 324.0952



**2** Type the name of an agent.

or

Select Problems to list all agents whose status is other than Normal.

or

Select one or more types of agent to list.

**3** Select the number of instances you want listed at one time.

**4** Click Search.

The results display on the Search page with the same functionality as is available on the regular Monitor Web console pages.

SAMNDCA630-07873957

DEFENDANT'S EXHIBIT NO. 324.0953

# 70 Comparing the Monitor Agent Consoles

Many aspects of agent monitoring are available in one or more of the Monitor Agent consoles. The table below summarizes agent monitoring features and where they are available.

| Task | Windows Monitor Agent Console | Monitor Agent Web Console | Monitor Web Console |
|------|------|------|------|
| Selecting Agents to Monitor | Yes | Yes | No |
| Creating and Managing Agent Groups | Yes | No | Yes |
| Viewing All Agents | Yes | Yes | Yes if not in groups |
| Viewing Problem Agents | Yes | Yes | Yes |
| Viewing an Agent Console | Yes | No | No |
| Viewing an Agent Web Console | Yes | Yes | Yes |
| Searching for Agents | No | No | Yes |
| Assigning Responsibility for Specific Agents | Yes | Yes | Yes |
| Configuring the Monitor Agent for HTTP | Yes | Yes | Yes |
| Configuring the Monitor Agent for SNMP | Yes | Yes | Yes |
| Configuring Polling of Monitored Agents | Yes | Yes | Yes |
| Configuring E-Mail Notification of Agent Problems | Yes | Yes | Yes |
| Configuring Audible Notification of Agent Problems | Yes | No | No |
| Configuring SNMP Trap Notification of Agent Problems | Yes | Yes | Yes |
| Configuring Authentication and Intruder Lockout for the Monitor Web Console | Yes | Authentication: Yes Intruder Lockout: No | No |
| Configuring Monitor Agent Log Settings | Yes | Yes | Yes |
| Generating Reports | Yes | Yes | Yes |
| Link Trace Report | Yes | Yes | Yes |
| Link Configuration Report | Yes | Yes | Yes |

SAMNDCA630-07873958

DEFENDANT'S EXHIBIT NO. 324.0954

| | | | |
|---|---|---|---|
| Environment Report | Yes | Yes | No |
| User Traffic Report | Yes | Yes | No |
| Link Traffic Report | Yes | Yes | No |
| Message Tracking Report | Yes | Yes | No |
| Performance Tracking Report | Yes | Yes | No |

SAMNDCA630-07873959

DEFENDANT'S EXHIBIT NO. 324.0955

# 71

## Creating a PQA File for the Monitor Web Console

You can use the GroupWise® Monitor Installation program on Windows to create a Web Clipping Application (PQA), also referred to as a Palm Query Application, to enable Palm OS device users to log in to the Monitor Web console.

The Web Clipping Application, named gwmon.pqa, includes the URL required to connect to your GroupWise Monitor installation, a Login page, an About Novell GroupWise page, and the images used when displaying the Monitor Web console on the Palm OS device.

To create a gwmon.pqa file:

**1** If you've already created another gwmon.pqa file that you want to keep, make sure it is not in the Web server's *doc_root_directory*\com\novell\gwmonitor\palm\en directory. The Installation program overwrites any gwmon.pqa file in the directory.

**2** At a Windows workstation, run setup.exe /pqa from the \admin\monitor directory on the *GroupWise 6.5 Administrator* CD or the GroupWise software distribution directory

**3** Select the language for the Installation program, then accept the License Agreement to display the following dialog box.



**4** Select the type of Web server where the Monitor Web console is installed, make sure the path to the Web server's root directory is correct, then click Next.

SAMNDCA630-07873960



**5** Specify the URL you want included in the .pqa file. For example:

```
http://groupwise.novell.com
```

The Installation program automatically appends /servlet/gwmon to the URL so that users are directed to the Monitor Web console login page. For example, using the URL above, the Installation program would create the following URL in the gwmon.pqa file:

```
http://gwroupwise.novell.com/servlet/gwmon
```

As you determine the URL, keep in mind the following:

* If the Web server uses SSL, you should change http to https.

* If you are using a proxy server, you need to enter the proxy server's address.

* The Web clipping proxy server (gateway) does not currently support challenge and response authentication. Therefore, you need to ensure that the Web server is not configured to require basic challenge and response authentication, or at least is configured not to require this authentication for the URL defined in the gwmon.pqa file.

**6** Click Next to create the .pqa file, then click Finish.

The gwmon.pqa file is created in the Web server's
*doc_root_directory*\com\novell\gwmonitor\palm\en directory. You can distribute it to your Palm OS device users just as you would any other .pqa file.

SAMNDCA630-07873961

# 72 Using Monitor Agent Switches

GroupWise[R] Monitor Agent startup switches must be used on the command line when you start the Monitor Agent, or in a script or batch file created to start the Monitor Agent. The Monitor Agent does not have a startup file for switches.

| Linux Monitor Agent | Windows Monitor Agent |
|---|---|
| --help | /help |
| --home | /home |
| --httpagentpassword | /httpagentpassword |
| --httpagentuser | /httpagentuser |
| --httpcertfile | /httpcertfile |
| --httpmonpassword | /httpmonpassword |
| --httpmonuser | /httpmonuser |
| --httpport | /httpport |
| --httpssl | /httpssl |
| --ipa | /ipa |
| --ipp | /ipp |
| --lang | /lang |
| --log | /log |
| --pollthreads | /pollthreads |
| --proxy | /proxy |

## /help

Displays the Monitor Agent startup switch Help information. When this switch is used, the Monitor Agent does not start.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| Syntax: | --help | /help |

SAMNDCA630-07873962

DEFENDANT'S EXHIBIT NO. 324.0958

## /home

Specifies a domain directory, where the Monitor Agent can access a domain database (wpdomain.db). From the domain database, the Monitor Agent can determine which agents to monitor, what usernames and passwords are necessary to access them, and so on.

|  | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | –home /directory | /home-[svr\][vol:]dir<br>/home-\\svr\vol\dir<br>/home-[drive:]dir<br>/home-\\svr\sharename\dir |
| **Example:** | --home /gwsystem/provo2 | /home-\provo2<br>/home-mail:\provo2<br>/home-server2\mail:\provo2<br>/home-\\server2\mail\provo2<br>/home-\provo2<br>/home-m:\provo2<br>/home-\\server2\c\mail\provo2 |

See also /ipa and /ipp.

## /httpagentpassword

Specifies the password for the Monitor Web console to prompt for before allowing GroupWise agent status information to be displayed in your Web browser. Do not use an existing Novell eDirectory password because the information passes over the insecure connection between your Web browser and the Monitor Agent. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

|  | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --httpagentpassword unique_password | /httpagentpassword-unique_password |
| **Example:** | –httpagentpassword AgentWatch | /httpagentpassword-AgentWatch |

See also /httpagentuser.

## /httpagentuser

Specifies the username for the Monitor Web console to prompt for before allowing GroupWise agent status information to be displayed in your Web browser. Providing a username is optional. Do not use an existing eDirectory username because the information passes over the insecure connection between your Web browser and the Monitor Agent. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

SAMNDCA630-07873963

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | —httpagentuser *unique_username* | /httpagentuser-*unique_username* |
| **Example:** | —httpagentuser MonWebConsole | /httpagentuser-MonWebConsole |

See also /httpagentpassword.

# /httpcertfile

Specifies the full path to the public certificate file used to provide secure SSL communication between the Monitor Agent and the Monitor Web console displayed in your Web browser. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | —httpcertfile */dir/file* | /httpcertfile-[*drive*:]\\*dir*\\*file*<br>/httpcertfile-\\svr\sharename\\*dir*\\*file* |
| **Example:** | —httpcertfile /certs/gw.crt | /httpcertfile-\ssl\gw.crt<br>/httpcertfile-m:\ssl\gw.crt<br>/httpcertfile-\\server2\c\ssl\gw.crt |

See also /httpssl.

# /httpmonpassword

Specifies the password for the Monitor Web console to prompt for before allowing a user to display the Monitor Web console. Do not use an existing Novell® eDirectory™ password because the information passes over the insecure connection between your Web browser and the Monitor Agent. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | —httpmonpassword *unique_password* | /httpmonpassword-*unique_password* |
| **Example:** | —httpmonpassword WatchIt | /httpmonpassword-WatchIt |

See also /httpmonuser.

# /httpmonuser

Specifies the username for the Monitor Web console to prompt for before allowing a user to display the Monitor Web console. Providing a username is optional. Do not use an existing eDirectory username because the information passes over the insecure connection between your

SAMNDCA630-07873964

Web browser and the Monitor Agent. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| Syntax: | --httpmonuser *unique_username* | /httpmonuser-*unique_username* |
| Example: | --httpmonuser MonAdmin | /httpmonuser-MonAdmin |

See also /httpmonpassword.

# /httpport

Sets the HTTP port number used for the Monitor Agent to communicate with your Web browser. The default is 8200; the setting must be unique. See "Configuring the Monitor Agent for HTTP" on page 915.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| Syntax: | --httpport *port_number* | /httpport-*port_number* |
| Example: | --httpport 8201 | /httpport-9200 |

# /httpssl

Sets the availability of secure SSL communication between the Monitor Agent and the Monitor Web console displayed in your Web browser. Valid values are enabled and disabled. See "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| Syntax: | --httpssl *setting* | /httpssl-*setting* |
| Example: | --httpssl enabled | /httpssl-enabled |

See also /httpcertfile.

# /ipa

Specifies the network address (IP address or DNS hostname) of a server where an MTA is running. The Monitor Agent can communicate with the MTA to obtain information about agents to monitor.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| Syntax: | --ipa *network_address* | /ipa-*network_address* |

SAMNDCA630-07873965

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Example:** | --ipa 172.16.5.19<br>--ipa server2 | /ipa-172.16.5.20<br>/ipa-server3 |

See also /ipp.

## /ipp

Specifies the TCP port number associated with the network address of an MTA with which the Monitor Agent can communicate to obtain information about agents to monitor. Typically, the MTA listens for service requests on port 7100.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --ipp port_number | /ipp-port_number |
| **Example:** | --ipp 7110 | /ipp-7111 |

See also /ipa.

## /lang

Specifies the language to run the Monitor Agent in, using a two-letter language code as listed below. You must install the Monitor Agent in the selected language in order for the Monitor Agent to display in the selected language.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --lang code | /lang-code |
| **Example:** | --lang de | /lang-fr |

The table below lists the valid language codes. Contact your local Novell sales office for information about language availability.

| Language | Language Code | Language | Language Code |
|---|---|---|---|
| Arabic | AR | Hungarian | MA |
| Czechoslovakian | CS | Italian | IT |
| Chinese-Simplified | CS | Japanese | NI |
| Chinese-Traditional | CT | Korean | KR |
| Danish | DK | Norwegian | NO |
| Dutch | NL | Polish | PL |

SAMNDCA630-07873966

| Language | Language Code | Language | Language Code |
|---|---|---|---|
| English-United States | US | Portuguese-Brazil | BR |
| Finnish | SU | Russian | RU |
| French-France | FR | Spanish | ES |
| German-Germany | DE | Swedish | SV |
| Hebrew | HE | Turkish | TR |

## /log

Specifies the full path of the directory where the Monitor Agent writes its log files. On Linux, the default directory is /var/log/novell/groupwise/gwmon. On Windows, the default is the GroupWise Monitor installation directory (typically c:\gwmon). See "Configuring Monitor Agent Log Settings" on page 925.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --log /dir/file | /log-[drive:]\dir\file<br>/log-\\svr\sharename\dir\file |
| **Example:** | --log /opt/novell/groupwise/agents/logs | /log-gw\logs<br>/log-m:\gw\logs<br>/log-\\server2\c\gw\logs |

## /pollthreads

Specifies the number of threads that the Monitor Agent uses for polling the agents for status information. Valid values range from 1 to 32. The default is 20. See "Configuring Polling of Monitored Agents" on page 917.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --pollthreads number | /pollthreads-number |
| **Example:** | --pollthreads 10 | /pollthreads-32 |

## /proxy

Routes all communication through the Monitor Agent and the Monitor Application (on the Web server). As long as the Web server can be accessed through the firewall, the Monitor Web console can receive information about all GroupWise agents that the Monitor Agent knows about. Without /proxy, the Monitor Web console cannot communicate with the GroupWise agents through a firewall. See "Configuring Proxy Service Support for the Monitor Web Console" on page 925.

| | Linux Monitor Agent | Windows Monitor Agent |
|---|---|---|
| **Syntax:** | --help | /help |

SAMNDCA630-07873967

# XIV Client

Chapter 73, "Setting Up GroupWise Modes and Accounts," on page 965
Chapter 74, "Setting Defaults for the GroupWise Client Options," on page 973
Chapter 75, "Distributing the GroupWise Client," on page 1003
Chapter 77, "Tools for Analyzing and Correcting GroupWise Client Problems," on page 1023
Chapter 78, "Startup Switches for the GroupWise Client," on page 1025

SAMNDCA630-07873968

DEFENDANT'S EXHIBIT NO. 324.0964

SAMNDCA630-07873969

# 73 Setting Up GroupWise Modes and Accounts

This section will familiarize you with GroupWise* modes and accounts, and help you set up users to use them.

- "GroupWise Modes" on page 965
- "Accounts" on page 972

## GroupWise Modes

GroupWise provides three different ways to run the GroupWise client: Online mode, Caching mode, and Remote mode.

- "Online Mode" on page 965
- "Caching Mode" on page 965
- "Remote Mode" on page 967

**NOTE:** Remote mode is not available in the GroupWise Cross-Platform client.

Most GroupWise features are available in all three GroupWise modes, with a few exceptions. Subscribing to other users' notifications is not available in Caching mode. Subscribing to other users' notifications and Proxy are not available in Remote mode.

### Online Mode

When users use Online mode, they are connected to their post office on the network. The user's mailbox displays the messages and information stored in the network mailbox (also called the Online Mailbox). Online mode is connected to the network mailbox continuously. In Online mode, if the Post Office Agent shuts down or users lose their network connection, they will (temporarily) lose the connection to their mailboxes.

Users should use this mode if they do not have a lot of network traffic, or if they use several different workstations and do not want to download a local mailbox to each one.

### Caching Mode

Caching mode stores a copy of a user's network mailbox, including messages and other information, on the user's local drive. This allows GroupWise to be used whether or not the network or Post Office Agent is available. Because the user is not connected to the network all the time, this mode cuts down on network traffic and has the best performance. A connection is made automatically to retrieve and send new messages. All updates are performed in the background so GroupWise work is not interrupted.

Users should use this mode if they have enough disk space on the local drive to store their mailboxes.

SAMNDCA630-07873970

Several users can set up their Caching Mailboxes on a single shared computer.

If users run Caching Mode and Remote Mode on the same computer, the same local mailbox (also called the Caching Mailbox or Remote Mailbox) can be used to minimize disk space usage.

If disk space is limited, users can restrict the items that are downloaded to the local mailbox. They can specify to get the subject line only or specify a size limit.

If users back up their Caching Mailbox, they can protect items that might be deleted if the system is set up to automatically clean up items (or if the system administrator runs an Expire and Reduce).

To use Caching mode, the client installation must be a standard installation, not a workstation installation.

## Allowing or Forcing Use of Caching Mode

The system administrator can allow or disallow the use of Caching mode, and can also force users to log in to GroupWise in Caching mode.

If the system administrator forces Caching mode on Cross-Platform client users and then restricts Online mailbox size so that users have items in their Caching mailboxes that are no longer available online, the administrator needs to make sure users understand about doing backups. See "Backing Up Your Mailbox" in "Managing Your Mailbox" in the *GroupWise 6.5 Cross-Platform Client User Guide*.

**1** In ConsoleOne®, click Tools > GroupWise Utilities > Client Options.

**2** Click Environment > Client Access.

**3** Select or deselect Allow Use of Caching Mode.

**4** Select or deselect Force Use of Caching Mode.

Specify the number of days before Caching mode will be enforced. This allows the user to continue using Online mode until the grace period has passed. The grace period begins the first time the user connects to the POA. The setting applies per user per workstation.

The Force Caching Mode setting is not enforced on a workstation that does not have enough disk space for a Caching mailbox. The following amount of disk space is required: the size of the mailbox + 20 MB + 25% of the mailbox size.

The Force Caching Mode setting is also not enforced when a user connects from a shared Windows workstation or terminal server if you configure these workstations to be excluded. You do this by setting a registry key on the Windows workstation. The registry key is in HKEY_LOCAL_MACHINE. Under Software\\Novell\\GroupWise\\Client, add a dword value named No Local Store with a value of 1. This will prevent the user from creating a Caching or Remote mailbox by using the GroupWise Windows client menus. However, the user can still create a Caching or Remote mailbox by using the startup switches /pc, /pr, or /ps.

## Downloading the System Address Book

When users prime their Caching mailboxes, they receive a copy of the system address book. After the initial priming of the Caching mailbox, users can re-download the system address book and their personal address books in Caching mode by clicking View > Retrieve System Address Book or View > Retrieve Personal Address Book while in the Address Book. Address books will also be re-downloaded in Caching mode when users click Tools > Retrieve Entire Mailbox.

SAMNDCA630-07873971

Users can also specify to download the system address book (and any rules they have created) on a regular basis. In Remote or Caching mode, click Accounts > Account Options. Right-click the GroupWise account, then click Properties > Advanced. Select Refresh Address Books and Rules Every __ Days. By default this is set to 7 days, but can be changed.

If you configure the POA to generate the system address book regularly, Caching mode users will always have a current copy to download. In ConsoleOne, right-click the POA object, then click Properties > GroupWise > Maintenance. On the Maintenance page, make sure that Generate Address Book for Remote is selected. You can choose the time when you want the generation to take place.

If you want to generate the system address book for download more often than once a day, you can delete the existing wprof50.db file from the \wpcsout\ofs subdirectory of each post office. A new downloadable system address book will be generated automatically for users on each post office.

# Remote Mode

Remote mode is familiar to GroupWise users on the road. Similar to Caching mode, a copy of the Online mailbox, or the portion of the mailbox that users specify, is stored on the local drive. Users can periodically retrieve and send messages with the type of connection they specify (modem, network, or TCP/IP). Users can restrict what is retrieved, such as only new messages or only message subject lines.

**NOTE:** Remote mode is not available in the GroupWise Cross-Platform client.

To use Remote mode, the Windows client installation must be a standard (full) installation, not a workstation installation.

As an administrator, you can allow or disallow the use of Remote mode for client users.

1 In ConsoleOne, click Tools > GroupWise Utilities > Client Options.

2 Click Environment > Client Access.

3 Select or deselect Allow Use of Remote Mode.

The following topics explain the capabilities users have when they are allowed to use Remote mode:

- "Remote Password" on page 967
- "Async Gateway and X.25 Gateway" on page 968
- "Remote Performance" on page 968
- "Hit the Road" on page 968
- "Remote Properties" on page 968
- "Remote Mode Connections" on page 969

## Remote Password

To use Remote mode, users must have a password set in Online mode. When they run in Remote mode for the first time, they can specify to use the same password in Remote mode or choose a new one.

SAMNDCA630-07873972

DEFENDANT'S EXHIBIT NO. 324.0968

**Async Gateway and X.25 Gateway**

For GroupWise to use a modem connection, the GroupWise Async Gateway or X.25 Gateway must be installed and configured in your GroupWise system. The gateway provides the means by which the client communicates with the GroupWise system.

**Remote Performance**

The system administrator can configure the MTA so that it re-directs Remote mode requests to other MTAs and POAs. The GroupWise client can establish a client/server connection to an MTA across the Internet. For more information, see "Enabling Live Remote" on page 589.

**Hit the Road**

Users can use Hit the Road on the Tools menu (or switch from Online mode to Remote mode) to create, set up, or update the Remote mailbox. A copy of the mailbox is created on the user's local drive and any current connections are detected and set up. If users have already used Caching mode, the local mailbox has already been created. Users can also use Hit the Road to create setup files on a diskette to set up their Remote mailbox on a computer that's not connected to the network. Several users can set up their Remote mailboxes on a single shared computer.

Hit the Road creates a network connection for the method (direct connection or TCP/IP) GroupWise uses to access the user's post office. GroupWise can then use this connection, when running in Remote mode, to connect to the GroupWise system. For example, a network connection lets users of docked laptops run GroupWise in Remote mode and connect to the GroupWise system through the network connection rather than a modem connection.

Hit the Road also creates modem connections for Remote Profiles in the Async Gateway or X.25 Gateway. Remote Profiles let GroupWise connect to the GroupWise system.

To use Hit the Road:

**1** In the GroupWise client, click Tools > Hit the Road.

**2** Follow the prompts to create the Remote mailbox on the computer or on a diskette.

**Installing the Remote Mailbox from Diskette**

If Hit the Road created the user's Remote mailbox on diskette, the user needs to install the Remote mailbox on the computer that will be running in Remote mode.

**1** Insert the diskette containing the Remote mailbox into the computer's disk drive.

**2** From the Windows Taskbar, click Start > Run.

**3** Type **a:\setup**, then click OK.

Follow the prompts. The setup program creates a Remote mailbox and copies the required files to the computer's hard drive.

**Remote Properties**

Users can change the way Remote mode is set up, including the connection, time zone, signature, and so forth, in Account Options on the Accounts menu. Remote is listed as an account.

By default, if an item is deleted from the Remote mailbox, the item will be deleted from the Online mailbox the next time a connection is made. Deletion options in Remote Properties can be changed so that an item deleted from the Remote mailbox will stay in the Online mailbox or vice versa.

SAMNDCA630-07873973

**Remote Mode Connections**

- "Setting Up a Modem Connection" on page 969
- "Setting Up a Network Connection" on page 970
- "Setting Up a TCP/IP Connection" on page 971

### Setting Up a Modem Connection

If you are going to connect with a modem, you must create at least one modem connection. A modem connection provides GroupWise with the information it needs to connect to the GroupWise system through the GroupWise Async Gateway or GroupWise X.25 Gateway.

To set up a modem connection:

**1** In the client, log in or change to Remote mode.

**2** Click Accounts > Send/Retrieve > GroupWise Options.

**3** Click Configure > Connect To > New.

**4** Make sure Modem is selected, then click OK.

**5** Type a descriptive name for the modem connection in the Connection Name box.

**6** Click the country code, then type the area code and phone number for the gateway to the master GroupWise system.

You can use a comma (,) to signal a one-second pause in dialing such as 9, (800) 555-5555. The 9 accesses an outside line and the comma causes a one-second pause to wait for the dial tone before dialing the number. If you enter dashes, spaces, and parentheses, they are ignored.

**7** Type the login ID for the gateway.

**8** Click Password, type the gateway password, then click OK.

**9** Retype the password, then click OK.

**10** Click the Advanced tab.

**11** If your modem requires a script, specify the path to the script in the Modem Script box, click Edit Script, then specify the necessary When Given and Respond With commands.

To save the script without changing its filename, click Save > Close.

or

To save the script with a new filename, click Save As, type a name, then click Close.

**12** Click a disconnect method.

| Method | Description |
|---|---|
| When All Updates Are Received | Disconnects after requests are sent and after all responses to the requests are received (or disconnects automatically when the time allowed by the gateway has expired). |
| Do Not Wait for Responses | Disconnects immediately after requests are sent and pending responses are received. Pending responses are responses to other requests that are waiting to be downloaded to you. |
| Manually | Lets you manually control when to disconnect (or disconnects automatically when the time allowed by the gateway has expired). |

SAMNDCA630-07873974

**13** Click Attempts, then specify the number of times to redial if the line is busy.

**14** Click Retry Interval, then specify the time interval between each redial attempt.

**15** Click OK.

**16** Select the connection you want, then click Select.

**17** Select the location you are connecting from in the Connecting From box. If none are listed, use the Default Location option.

If you need to create a new location, click the Connect From button. This is useful for laptop users who are calling into the GroupWise system from different geographic locations.

**18** Select the modem to use for dialing up the gateway in the Connect Using box. If you have not yet defined your modem, click Modem to add a modem to your system.

**19** Click OK, then click Close.

### Setting Up a Network Connection

While running in Remote mode, GroupWise can connect to the user's Online mailbox using a network connection. A network connection is useful for laptop users connecting to the network through a docking station, or for remote users connecting through a modem using remote node software.

To create a network connection:

**1** In the client, log in or change to Remote mode.

**2** Click Accounts > Send/Retrieve > GroupWise Options.

**3** Click Network > OK.

**4** Type a descriptive name for the network connection in the Connection Name box.

**5** Type the path to any post office directory in the master GroupWise system.

Users can connect to their own post offices or to any post office in the master GroupWise system to access their Online mailboxes.

**6** Click a disconnect method.

| Method | Description |
|---|---|
| When All Updates Are Received | Disconnects after requests are sent and after all responses to the requests are received (or disconnects automatically when the time allowed by the gateway has expired). |
| Do Not Wait for Responses | Disconnects immediately after requests are sent and pending responses are received. Pending responses are responses to other requests that are waiting to be downloaded to you. |
| Manually | Lets you manually control when to disconnect (or disconnects automatically when the time allowed by the gateway has expired). |

**7** Click OK.

**8** Select the connection you want, then click Select.

SAMNDCA630-07873975

9  Select the location you are connecting from in the Connecting From box. If none are listed, use the Default Location option.

If you need to create a new location, click the Connect From button. This is useful for laptop users who are calling into the GroupWise system from different geographic locations.

10  Click OK > Close.

**Setting Up a TCP/IP Connection**

A TCP/IP connection enables GroupWise, while running in Remote mode, to connect to the GroupWise system through a network connection using TCP/IP rather than a modem connection. A TCP/IP connection can be made through a network connection, such as a laptop connecting to the network through its docking station, or through a modem using remote node software.

To create a TCP/IP connection:

1  In the client, log in or change to Remote mode.

2  Click Accounts > Account Options, then double-click the Remote account.

3  Click Connection > Connect To > New > TCP/IP > OK.

4  Type a descriptive name for the TCP/IP connection.

5  Type the IP address or the DNS name.

6  Type the IP port for this address.

7  Click a disconnect method.

| Method | Description |
|---|---|
| When All Updates Are Received | Disconnects after requests are sent and after all responses to the requests are received (or disconnects automatically when the time allowed by the gateway has expired). |
| Do Not Wait for Responses | Disconnects immediately after requests are sent and pending responses are received. Pending responses are responses to other requests that are waiting to be downloaded to you. |
| Manually | Lets you manually control when to disconnect (or disconnects automatically when the time allowed by the gateway has expired). |

8  Click OK.

9  Select the connection you want, then click Select.

10  Select the location you are connecting from in the Connecting From box. If none are listed, use the Default Location option.

If you need to create a new location, click the Connect From button. This is useful for laptop users who are calling into the GroupWise system from different geographic locations.

11  Click OK > Close.

SAMNDCA630-07873976

DEFENDANT'S EXHIBIT NO. 324.0972

# Accounts

- "Accounts Menu" on page 972
- "Enabling POP3, IMAP4, and NNTP Account Access in Online Mode" on page 972

## Accounts Menu

In addition to the Remote account, users can access and configure POP3 and IMAP4 Internet e-mail accounts and NNTP News accounts from the Accounts menu. While the user is in Remote and Caching mode, POP3, IMAP4, and NNTP accounts are accessed without needing to connect to the GroupWise system. If the system administrator enables it, users can also access and configure their POP3, IMAP4, and NNTP accounts from the Accounts menu while in Online mode.

**NOTE:** The Accounts menu is not available in the GroupWise Cross-Platform client.

## Enabling POP3, IMAP4, and NNTP Account Access in Online Mode

By default, POP3, IMAP4, and NNTP accounts can be added, configured, and accessed by users in Remote and Caching mode only. Account items and information are not accessible in Online mode, nor can items and information be uploaded to the Online mailbox until the system administrator enables it.

To enable POP3, IMAP4, and NNTP account access in client users' Online mode for an entire post office:

**1** Make sure GroupWise 6.x agents have been installed. For more information, see "Message Transfer Agent" on page 555.

**2** Make sure Internet Addressing is enabled. For more information, see "Internet Addressing" on page 61.

**3** In ConsoleOne, select the post office object.

**4** Click Tools > GroupWise Utilities > Client Options.

**5** Click Environment > General.

**6** Select Allow Use of POP and IMAP Accounts in the Online Mailbox.

**7** Select Allow Use of News (NNTP) Accounts in the Online Mailbox.

**8** Click OK.

SAMNDCA630-07873977

DEFENDANT'S EXHIBIT NO. 324.0973

# 74 Setting Defaults for the GroupWise Client Options

The GroupWise® client includes options (preferences) that can be set by individual users. As a GroupWise administrator, you can determine the default settings for the options. If you don't want users to change the default settings you've established, you can lock the settings.

- "Client Options Summary" on page 973
- "Setting Client Options" on page 976
- "Resetting Client Options to Default Settings" on page 1002

## Client Options Summary

Default settings can be established at the user level, the post office level, or the domain level. User settings override post office settings, and post office settings override domain settings.

1 In ConsoleOne®, select a Domain, Post Office, or User object, then click Tools > GroupWise Utilities > Client Options.



The client options table in this section summarizes all client options and provides links to descriptions of the options. For more detailed instructions, see "Setting Client Options" on page 976.

- Environment
- Send
- Security
- Date and Time

**NOTE:** The Cross-Platform client does not recognize all of the client options that can be set in ConsoleOne. Client options that the Cross-Platform client does recognize are marked with an asterisk (*) in the table.

SAMNDCA630-07873978

| Client Options Type | Client Options Tab | Client Options |
|---|---|---|
| **Environment**<br>Click Tools ><br>GroupWise Utilities ><br>Client Options ><br>Environment | General | Refresh Interval<br>Allow Shared Folder Creation<br>Allow Shared Address Book Creation<br>Check Spelling Before Send<br>Junk Mail Handling<br>   Enable Junk Mail Handling<br>      Enable Junk Mail Using Junk Mail Lists<br>      Enable Junk Mail Using Personal Address Books<br>      Auto-Delete After __ Days<br>      Enable Blocked Mail Using Block Mail Lists<br>Allow Use of POP and IMAP Accounts in the Online<br>Mailbox<br>Allow Use of News (NNTP) Accounts in the Online Mailbox |
| | Client Access | Client Licensing<br>   Full License Mailboxes<br>   Limited License Mailboxes<br>Client Login Mode<br>   Allow Use of Remote Mode<br>   Allow Use of Caching Mode<br>      Force Caching Mode after __ Days<br>   Show Login Mode Drop-Down List on Client Toolbar |
| | Views | View Options<br>   Read Next After Accept, Decline, or Delete<br>   Open New View after Send<br>Disable HTML View |
| | File Location | Archive Directory<br>Custom Views |
| | Cleanup | Mail and Phone<br>   Manual Delete and Archive<br>   Auto-Delete After<br>   Auto-Archive After<br>Appointment, Task, and Note<br>   Manual Delete and Archive<br>   Auto-Delete After<br>   Auto-Archive After<br>Empty Trash<br>   Manual<br>   Automatic After<br>   Allow Purge of Items Not Backed Up<br>      Prompt before Purging |
| | Threshold | Operations |
| | Retention | Retention |

SAMNDCA630-07873979

| Client Options Type | Client Options Tab | Client Options |
|---|---|---|
| **Send**<br>Click Tools ><br>GroupWise Utilities ><br>Client Options ><br>Send | Send Options | Classification*<br>  Normal, Proprietary, Confidential, Secret, Top Secret,<br>    For Your Eyes Only<br>Priority*<br>  High, Standard, Low<br>Reply Requested*<br>  When Convenient, Within ___ Days<br>Allow Use of Reply to All in Rules<br>Allow Use of Internet Mail Tracking<br>Expiration Date<br>Delay Delivery<br>Wildcard Addressing<br>Notify Recipients<br>Convert Attachments<br>Allow Reply Rules to Loop |
| | Mail | Create a Sent Item to Track Information<br>  Delivered, Delivered and Opened, All Information,<br>    Auto-Delete Sent Item<br>Return Notification*<br>  When Opened/Deleted<br>    None, Mail Receipt, Notify, Notify and Mail |
| | Appointment | Create a Sent Item to Track Information<br>  Delivered, Delivered and Opened, All Information,<br>    Auto-Delete Sent Item<br>Return Notification*<br>  When Opened/Accepted/Deleted<br>    None, Mail Receipt, Notify, Notify and Mail |
| | Task | Create a Sent Item to Track Information<br>  Delivered, Delivered and Opened, All Information,<br>    Auto-Delete Sent Item<br>Return Notification*<br>  When Opened/Accepted/Completed/Deleted<br>    None, Mail Receipt, Notify, Notify and Mail |
| | Note | Create a Sent Item to Track Information<br>  Delivered, Delivered and Opened, All Information,<br>    Auto-Delete Sent Item<br>Return Notification*<br>  When Opened/Deleted<br>    None, Mail Receipt, Notify, Notify and Mail |
| | Security | Conceal Subject<br>Require Password to Complete Routed Item<br>Secure Items Options<br>  Do Not Allow Use of S/MIME*<br>  URL for Certificate Download<br>  Sign Digitally*<br>  Encrypt for Recipients<br>    Encryption Key Size |
| | Disk Space<br>Management | User Limits<br>  Mailbox Size Limit<br>  Threshold for Warning Users<br>  Maximum Send Message Size |

SAMNDCA630-07873980

| Client Options Type | Client Options Tab | Client Options |
|---|---|---|
| **Security**<br>Click Tools ><br>GroupWise Utilities ><br>Client Options ><br>Security | Password | Enter New Password*<br>Clear User Password*<br>Allow Password Caching<br>Allow eDirectory Authentication Instead of Password<br>Enable eDirectory Single Sign-On |
| | Macros | View Macro Security<br>  Always Play Received Macros<br>  Never Play Received Macros<br>  Always Prompt Before Playing a Macro |
| | Notify | Check for Mail Every |
| **Date and Time**<br>Click Tools ><br>GroupWise Utilities ><br>Client Options ><br>Date and Time | Calendar | Month Display Option<br>  First of Week<br>  Highlight Day<br>  Show Week Number<br>Appointment Options<br>  Include Myself on New Appointments<br>  Display Appointment Length As<br>    Duration, End Date and Time<br>  Default Length<br>Alarm Options<br>  Set Alarm When Accepted<br>  Default Alarm Time<br>Work Schedule<br>  Start/End Time<br>  Work Days |
| | Busy Search | Appointment Length<br>Range and Time to Search<br>Days to Search |

# Setting Client Options

Default settings can be established at the user level, the post office level, or the domain level. User settings override post office settings, and post office settings override domain settings. However, if you set a lock on an option at a higher level, the higher level then overrides the setting for the lower level.

To modify the default settings for the GroupWise client:

**1** In ConsoleOne, click a Domain object if you want to modify the settings for all users in the domain.

or

Click a Post Office object if you want to modify the settings for all users in the post office.

or

Click a User object or GroupWise External Entity object if you want to modify settings for the individual user. To change the same settings for multiple users, select multiple objects.

**2** With the appropriate GroupWise object selected, click the Tools menu > click GroupWise Utilities > click Client Options to display the GroupWise Client Options dialog box.

SAMNDCA630-07873981



**3** To set the Environment options, click Environment > continue with "Modifying Environment Options" on page 977.

or

To set the Send options, click Send > skip to "Modifying Send Options" on page 987.

or

To set the Security options, click Security > skip to "Modifying Security Options" on page 996.

or

To set the Date and Time options, click Date and Time > skip to "Modifying Date and Time Options" on page 999.

## Modifying Environment Options

**1** If the Environment Options dialog box is not displayed, follow the instructions in "Setting Defaults for the GroupWise Client Options" on page 973 to display the dialog box.



**2** Click the tab that contains the options you want to change. Refer to the following sections for information about options:

"Environment Options: General" on page 978

"Environment Options: Client Access" on page 980

"Environment Options: Views" on page 982

SAMNDCA630-07873982

"Environment Options: File Locations" on page 982

"Environment Options: Cleanup" on page 983

"Environment Options: Threshold" on page 985

**NOTE:** The Environment options are not currently recognized by the Cross-Platform client.

**3** If you want to prevent users from changing an option's setting, click the lock button next to it.

After you click it, the lock button indicates whether the setting is locked at the domain level, the post office level, or the user level.

**4** If you want to return all the options on a tab to their default settings, click Restore Default Settings.

**5** When finished, click OK to save your changes.

## Environment Options: General

The General options determine such settings as the refresh interval for new messages, whether users can create shared folders and address books, and which types of accounts can be used while in Online mode.



### Refresh Interval

This option determine how often the GroupWise client lists will be updated to reflect new message status. The default is 1 minute.

### Allow Shared Folder Creation

Select this option to enable users to share folders with other users. By default, this option is enabled.

SAMNDCA630-07873983

**Allow Shared Address Book Creation**

Select this option to enable users to share address books with other users. By default, this option is enabled.

**Check Spelling Before Send**

Select this option to have the message text of each item automatically spell checked before the item is sent. By default, this option is disabled.

**Junk Mail Handling**

Choose from the following settings to determine what Junk Mail Handling options are available to client users.

- **Enable Junk Mail Handling:** Select this option to make the Junk Mail Handling feature available for a user. This setting affects both the client and the POA. Junk Mail Handling allows users to block or "junk" unwanted Internet e-mail. When this setting is enabled, the client will display Junk Mail Handling menus and dialog boxes, and the POA will perform Junk Mail Handling if the block and junk lists are also enabled.

  When this setting is disabled, the client will not display any Junk Mail Handling menus or dialog boxes, and the POA will not perform any Junk Mail Handling for the user.

- **Enable Junk Mail Using Junk Mail Lists:** Select this option to make junking available to users. A user can junk e-mail from an Internet e-mail address or Internet domain, when the e-mail addresses and Internet domains are listed in the user's Junk List. (Initially, there are no entries in a user's junk list.) Junked items are delivered to the Junk Mail folder in the user's Mailbox.

  When this setting is enabled or disabled and not locked, the user's initial setting to use the Junk List will be enabled or disabled. Users can change the setting. When enabled and locked, a user's Enable Junk List setting is enabled and cannot be disabled. When disabled and locked, the Junk List will be unavailable to the user. Client menu options and dialogs involving the Junk List will not be displayed.

- **Enable Junk Mail Using Personal Address Book:** Select this option to allow users' personal address books to function like Junk Lists. All items from e-mail addresses not in users' Frequent Contacts address book and other personal address books will be delivered to the Junk Mail folder in the user's Mailbox.

  When this setting is enabled or disabled and not locked, the user's initial setting to use personal address books will be enabled or disabled. Users can change the setting. When enabled and locked, a user's Enable Junk Mail Using Personal Address Books setting is enabled and cannot be disabled. When disabled and locked, the personal address books option will be unavailable to the user. Client menu options and dialog boxes involving personal address books will not be displayed.

- **Auto-Delete After __ Days:** Select this option to automatically delete items from the Junk Mail folder. Specify the number of days after which items should be deleted.

- **Enable Blocked Mail Using Block Mail Lists:** Select this option to make blocking available to users. A user can block e-mail from an Internet e-mail address or Internet domain, when blocked e-mail addresses and Internet domains are listed in the user's Block List. (Initially, there are no entries in a user's Block List.) Blocked items are blocked when the POA processes delivery to the user's mailbox, and the items are never delivered to the user's mailbox. When the POA log uses Verbose mode, the log will display information about blocked items.

SAMNDCA630-07873984

When this setting is enabled or disabled and not locked, the user's initial setting to use the Block List will be enabled or disabled. Users can change the setting. When enabled and locked, a user's Block List setting is enabled and cannot be disabled. When disabled and locked, blocking will be unavailable to the user. Client menu options and dialog boxes involving the Block List will not be displayed.

### Allow Use of POP and IMAP Accounts in the Online Mailbox

Select this option to enable users to access POP and IMAP accounts while using the GroupWise client in Online mode.

By default, this option is disabled. If you enable this option, an Accounts menu is added to the GroupWise client, allowing users to add POP and IMAP accounts to GroupWise, set account properties, and send and retrieve items from their POP and IMAP accounts. In addition, users are allowed to upload POP and IMAP items from the Remote mailbox to the Online mailbox.

### Allow Use of News (NNTP) Accounts in the Online Mailbox:

Select this option to enable users to set up newsgroup (NNTP) accounts while using the GroupWise client in Online mode.

## Environment Options: Client Access

The Client Access options allow you to apply a license type (full or limited) to users' mailboxes and enable/disable the Remote and Caching modes in the GroupWise client for Windows.



### Client Licensing

GroupWise offers two types of mailbox licenses: full client mailbox licenses and limited client mailbox licenses.

A full client mailbox license has no mailbox access restrictions; the mailbox can be accessed by any GroupWise client (Windows or WebAccess) as well as any third-party plug-in or POP/IMAP client.

SAMNDCA630-07873985

A limited client mailbox license restricts mailbox access to the following:

- The GroupWise WebAccess client (including wireless devices)
- A GroupWise client (Windows or WebAccess) via the Proxy feature
- A GroupWise client (Windows or WebAccess) via the Busy Search feature
- A POP or IMAP client

Note that a limited client license mailbox does not allow access through the GroupWise client for Windows (other than via Proxy or Busy Search).

You can use this option to specify the type of client license that you want applied to users' mailboxes. This enables you to support the type of GroupWise mailbox licenses you've purchased. For example, if you've only purchased limited client license mailboxes for users on a specific post office, you can mark all mailboxes on that post office as being limited client license mailboxes.

For information about generating an audit report that shows the type of license applied to each mailbox in a post office, see "Auditing Mailbox License Usage in the Post Office" on page 180.

### Client Login Mode

Choose from the following settings to determine which login modes are available to GroupWise users when using the GroupWise client for Windows. These settings apply only if you selected Full License Mailboxes for the client licensing.

- **Allow Use of Remote Mode:** Select this option to enable users to log in with GroupWise in Remote mode. With Remote mode, the GroupWise client uses a Remote mailbox on the user's local drive. The user must initiate a connection (modem, direct, or TCP/IP) to send or retrieve items from the GroupWise system. For more information about Remote mode, see "Remote Mode" on page 967. By default, this option is enabled.

  **NOTE:** Remote Mode is not available in the Cross-Platform client.

- **Allow Use of Caching Mode:** Select this option to enable users to log in with GroupWise in Caching mode. With Caching mode, the GroupWise client uses a Caching mailbox on the user's local drive (this can be the same mailbox as the Remote mailbox). The GroupWise client periodically initiates a connection with the GroupWise system to send and receive items. For more information about Caching mode, see "Caching Mode" on page 965. By default, this option is enabled.

  Select the Force Caching Mode option (available only if the Allow Use of Caching Mode option is enabled) to force users to run in Caching mode. By default, this option is disabled. Specify the number of days before Caching mode will be enforced. This allows the user to continue using Online mode until the grace period has passed. The grace period begins the first time the user connects to the POA. The setting applies per user per workstation.

  The Force Caching Mode setting is not enforced on a workstation that does not have enough disk space for a Caching mailbox. The following amount of disk space is required: the size of the mailbox + 20 MB + 25% of the mailbox size.

  The Force Caching Mode setting is also not enforced when a user connects from a shared Windows workstation or terminal server if you configure these workstations to be excluded. You do this by setting a registry key on the Windows workstation. The registry key is in HKEY_LOCAL_MACHINE. Under Software\\Novell\\GroupWise\\Client, add a dword value named No Local Store with a value of 1. This will prevent the user from creating a Caching or Remote mailbox by using the GroupWise Windows client menus. However, the user can still create a Caching or Remote mailbox by using the startup switches /pc, /pr, or /ps.

SAMNDCA630-07873986

DEFENDANT'S EXHIBIT NO. 324.0982

- **By Default, Show Login Mode Drop-Down List on Client Toolbar:** Select this option to have the Login Mode drop-down list displayed on the client's toolbar. This enables users to change the mode themselves and is only necessary if you allow multiple modes to be used. By default, this option is enabled.

## Environment Options: Views

The Views Environment options determine when items open, and whether or not users can read and compose messages in HTML.



### View Options

Choose from the following settings to determine what occurs when the user performs an action that closes the current view.

- **Read Next after Accept, Decline, or Delete:** Select this option to have the next available received item automatically open after the user accepts, declines, or deletes an appointment, task, or note. By default, this option is enabled.

- **Open New View after Send:** Select this option to have a new send view open after a user sends a message. By default, this option is disabled.

### Disable HTML View

Turns off the ability to view or compose messages in HTML View.

## Environment Options: File Locations

The File Locations options determine the locations of users' archive directories and the custom views directory.

SAMNDCA630-07873987



## Archive Directory

Select the directory to be used for archiving items. Each user must have his or her own archive directory, so this can be a local directory (for example, c:\novell\groupwise) or a personal user directory on a network server. If you select a local drive, make sure users have the directories created. If you select a network drive, make sure users have the necessary rights to access the directories.

## Custom Views

This option applies only if you are using custom views. Select the directory where the views are located. The GroupWise product does not include the capability to design custom views, but third-party products make use of this feature to support their specialized capabilities.

## Environment Options: Cleanup

The Cleanup options determine the delete and archive settings for GroupWise items (mail messages, phone messages, appointments, tasks, and notes).

SAMNDCA630-07873988

DEFENDANT'S EXHIBIT NO. 324.0984



## Mail and Phone

Choose from the following settings to determine how mail and phone messages are deleted and archived:

* **Manual Delete and Archive:** Select this option to have mail and phone messages deleted or archived only when users manually do it. This is the default setting.

* **Auto-Delete After:** Select this option to have GroupWise automatically delete mail and phone messages that are older than the specified number of days. If you use this option, you should notify users so they know they must archive items they want to save.

* **Auto-Archive After:** Select this option to have GroupWise archive mail and phone messages that are older than the specified number of days. Users must have an archive directory specified in order for items to be archived. See "Environment Options: File Locations" on page 982 for information about setting a default archive directory location.

## Appointment, Task, and Note

Choose from the following settings to determine how appointments, tasks, and notes are deleted or archived:

* **Manual Delete and Archive:** Select this option to have appointments, tasks, and notes deleted or archived only when users manually do it. This is the default setting.

* **Auto-Delete After:** Select this option to have GroupWise automatically delete appointments, tasks, or notes that are older than the specified number of days. If you use this option, you should notify users so they know they must archive items they want to save.

* **Auto-Archive After:** Select this option to have GroupWise automatically archive appointments, tasks, and notes older than the specified number of days. Users must have an archive directory specified in order for items to be archived. See "Environment Options: File Locations" on page 982 for information about setting a default archive directory location.

SAMNDCA630-07873989

## Empty Trash

Deleted items are moved to the Trash folder. They can be retrieved from the Trash until it is emptied. Items in the Trash still take up disk space. Select from the following settings to determine how the Trash folder is emptied:

- **Manual:** Select this option to require the user to manually empty the Trash. This is the default setting.

- **Automatic:** Select this option to have GroupWise automatically empty items from the trash after they have been in it for the specified number of days.

- **Allow Purge of Items Not Backed Up:** Select this option to enable items that have not been backed up to be removed from the trash. This option is enabled by default.

  Select the Prompt Before Purging option (available only if Allow Purge of Items Not Backed Up is enabled) to prompt the user to confirm the purging of any files that have not been backed up.

## Environment Options: Threshold

The Threshold option lets you determine how much work the GroupWise client performs versus how much work it offloads to the Post Office Agent (POA).



## Operations

Set the number of operations for the GroupWise client to perform before offloading message delivery to the POA. The default is 0, which means that all message delivery will be offloaded to the POA.

The Threshold can be set only by the administrator and cannot be changed by users.

SAMNDCA630-07873990

**Environment Options: Retention**

The Retention tab is displayed only if the Provides Message Retention Service setting is turned on for a trusted application. For information, see "Trusted Applications" on page 62.

Message retention is configurable by administrators only, not by GroupWise users. The Retention options do not display in the GroupWise client.



**Enable Message Retention Service**

Select this option to enable the Message Retention Service. If you are setting client options for a domain, all user mailboxes in the domain will support message retention. Likewise, if you are setting options for a post office, all users in the post office will support message retention. Once a user's mailbox is enabled for message retention, the user can not perform any action (purging, archiving, etc.) that removes messages from the mailbox until the messages have been copied to another storage location by a trusted application that has been designed to provide the Message Retention Service.

SAMNDCA630-07873991

## Modifying Send Options

**1** If the Send Options dialog box is not displayed, follow the instructions in "Setting Defaults for the GroupWise Client Options" on page 973 to display the dialog box.



**2** Click the tab that contains the options you want to change. Refer to the following sections for information about options:

"Send Options: Send Options" on page 987

"Send Options: Mail" on page 990

"Send Options: Appointment" on page 991

"Send Options: Task" on page 992

"Send Options: Task" on page 992

"Send Options: Note" on page 993

"Send Options: Security" on page 994

"Send Options: Disk Space Management" on page 995

**NOTE:** To determine which Send options are recognized by the Cross-Platform client, refer to the client options table in "Client Options Summary" on page 973.

**3** If you want to prevent users from changing an option's setting, click the lock button next to it.

After you click it, the lock button indicates whether the setting is locked at the domain level, the post office level, or the user level.

**4** If you want to return all the options on a tab to their default settings, click Restore Default Settings.

**5** When finished, click OK to save your changes.

### Send Options: Send Options

The Send Options determine general settings that apply to all GroupWise item types (mail messages, phone messages, appointments, tasks, and notes).

SAMNDCA630-07873992

DEFENDANT'S EXHIBIT NO. 324.0988



## Classification

Select the default for the security classification label at the top of the message box. It does not provide any encryption or additional security. It is meant to alert the recipient to the relative sensitivity of the item. The options are Normal, Proprietary, Confidential, Secret, Top Secret, and For Your Eyes Only. The default is Normal.

## Priority

Select High, Standard, or Low as the default item priority. Priority determines which post office directory an item is placed in. This, in turn, determines how quickly items will be delivered. High priority items will be queued ahead of normal or low priority items.

## Reply Requested

Select the Reply Requested option to have items always include a reply request. By default, this option is disabled. If you enable the option, select whether the recipient will be asked to reply when it is convenient or within a specific number of days.

## Allow Use of Reply to All in Rules

Select this option to enable users to use the Reply to All action when creating rules. By default, this option is disabled, which means that only the Reply to Sender action is available.

## Allow Use of Internet Mail Tracking

Select this option to allow users' GroupWise clients to automatically embed information in Internet-bound items. The embedded information instructs the receiving system to send back a delivery notification message (if it is supported). By default, this option is enabled.

To make Internet Status Tracking work, users must also turn on the setting in the GroupWise client (Tools menu > Options > Send Options > Mail > Enable Delivery Confirmation). By default, the Enable Delivery Confirmation is turned off in the GroupWise client.

SAMNDCA630-07873993

DEFENDANT'S EXHIBIT NO. 324.0989

**Expiration Date**

Select this option to have unopened messages expire after the specified number of days. By default, this option is disabled.

**Delay Delivery**

Select this option to delay the delivery of messages for the specified number of days. For example, if you specify 3 days, a message will not be delivered until 3 days after the day it is sent. Messages will be delivered at 12:01 a.m. of the appropriate day. By default, this option is disabled.

**Wildcard Addressing**

Wildcard addressing enables a user to send an item to all users in a post office, domain, GroupWise system, or connected GroupWise system by inserting asterisks (*) as wildcards in e-mail addresses.

   * **Not Allowed:** Select this option to disable wildcard addressing.

   * **Limited to Post Office (Default):** Select this option to limit wildcard addressing to the user's post office. This means that a user can send an item to all users on the same post office by entering * in the item's address field.

   * **Limited to Domain:** Select this option to limit wildcard addressing to the user's domain. This means that a user can send an item to all users in the domain by entering *.* in the item's address field. A user can also send an item to all users on another post office in the domain by entering *.*post office name* in the item's address field.

   * **Limited to System:** Select this option to limit wildcard addressing to the user's GroupWise system. This means that a user can send an item to all users in the GroupWise system by entering *.*.* in the item's address field. A user can also send an item to all users in another domain by entering *.*domain name* or to all uses in another post office by entering *.*post office name*.

   * **Unlimited:** Select this option to allow unlimited use of wildcard addressing. This means that a user can send an item to all users in another GroupWise system by entering *.*post office name.domain name* or *.*domain name* in the item's address field.

**Notify Recipients**

Select this option to have recipients notified when they receive an item, provided they are using GroupWise Notify. By default, this option is enabled.

**Convert Attachments**

Select this option to allow conversion of attachments in items sent to non-GroupWise e-mail systems through a GroupWise gateway.

**Allow Reply Rules to Loop**

By default, GroupWise will not allow a rule-generated reply to be replied to by another rule-generated reply. This situation, referred to as looping, can quickly increase message traffic. To allow reply rules to loop, select this option.

SAMNDCA630-07873994

**Send Options: Mail**

The Mail options apply to mail and phone messages only.



**Create a Sent Item to Track Information**

By default, items the user sends are inserted in the user's Sent Items folder. Deselect this option if you do not want the items placed there. If items are not placed in the Sent Items folder, users cannot check the delivery status of the item. The following options are available only if this option is selected.

- **Delivered:** Select this option to track delivered status only. The user can open the Properties window of the message to view the status.

- **Delivered and Opened (Default):** Select this option to track delivered and opened status only. The user can open the Properties window of the sent message to view the status.

- **All Information:** Select this option to track all status information (delivered, opened, deleted, emptied). The user can open the Properties window of the message to view the status.

- **Auto-Delete Sent Item:** Select this option to automatically delete messages from the user's Mailbox after all the recipients have deleted the messages and emptied them from the Trash.

**Return Notification**

In addition to status tracking information, the user can receive notification when a message is opened or deleted. Choose from the following notification options:

- **None (Default):** The user will not receive notification.

- **Mail Receipt:** The user will receive a mail message stating that the recipient opened or deleted the message.

- **Notify:** The user will receive notification through GroupWise Notify when the recipient opens or deletes the message.

- **Notify and Mail:** The user will receive notification through GroupWise Notify and a mail message.

SAMNDCA630-07873995

DEFENDANT'S EXHIBIT NO. 324.0991

## Send Options: Appointment

The Appt options apply to appointments only.



### Create a Sent Item to Track Information

The setting for this option is inherited from the setting on the Mail tab; it can only be enabled or disabled on the Mail tab. If the option is enabled, you can choose from the following status tracking levels:

* **Delivered:** Select this option to track delivered status only. The user can open the Properties window of the appointment to view the status.

* **Delivered and Opened:** Select this option to track delivered and opened status only. The user can open the Properties window of the appointment to view the status.

* **All Information (Default):** Select this option to track all status information (delivered, opened, deleted, emptied). The user can open the Properties window of the appointment to view the status.

### Return Notification

In addition to status tracking information, the user can receive notification when an appointment is opened, accepted, or deleted. Choose from the following notification options:

* **None (Default):** The user will not receive notification.

* **Mail Receipt:** The user will receive a mail message stating that the recipient opened, accepted, or deleted the appointment.

* **Notify:** The user will receive notification through GroupWise Notify when the recipient opens, accepts, or deletes the appointment.

* **Notify and Mail:** The user will receive notification through GroupWise Notify and a mail message.

SAMNDCA630-07873996

## Send Options: Task

The Task options apply to tasks only.



### Create a Sent Item to Track Information

The setting for this option is inherited from the setting on the Mail tab; it can only be enabled or disabled on the Mail tab. If the option is enabled, you can choose from the following status tracking levels:

- **Delivered:** Select this option to track delivered status only. The user can open the Properties window of the task to view the status.

- **Delivered and Opened:** Select this option to track delivered and opened status only. The user can open the Properties window of the task to view the status.

- **All Information (Default):** Select this option to track all status information (delivered, opened, deleted, emptied). The user can open the Properties window of the task to view the status.

### Return Notification

In addition to status tracking information, the user can receive notification when a task is opened, accepted, completed, or deleted. Choose from the following notification options:

- **None (Default):** The user will not receive notification.

- **Mail Receipt:** The user will receive a mail message stating that the recipient opened, accepted, completed, or deleted the task.

- **Notify:** The user will receive notification through GroupWise Notify when the recipient opens, accepts, completes, or deletes the task.

- **Notify and Mail:** The user will receive notification through GroupWise Notify and a mail message.

SAMNDCA630-07873997

DEFENDANT'S EXHIBIT NO. 324.0993

**Send Options: Note**

The Note options apply to notes only.



### Create a Sent Item to Track Information

The setting for this option is inherited from the setting on the Mail tab; it can only be enabled or disabled on the Mail tab. If the option is enabled, you can choose from the following status tracking levels:

- **Delivered:** Select this option to track delivered status only. The user can open the Properties window of the note to view the status.

- **Delivered and Opened (Default):** Select this option to track delivered and opened status only. The user can open the Properties window of the note to view the status.

- **All Information:** Select this option to track all status information (delivered, opened, deleted, emptied). The user can open the Properties window of the note to view the status.

### Return Notification

In addition to status tracking information, the user can receive notification when a note is opened or deleted. Choose from the following notification options:

- **None (Default):** The user will not receive notification.

- **Mail Receipt:** The user will receive a mail message stating that the recipient opened or deleted the note.

- **Notify:** The user will receive notification through GroupWise Notify when the recipient opens or deletes the note.

- **Notify and Mail:** The user will receive notification through GroupWise Notify and a mail message.

SAMNDCA630-07873998

**Send Options: Security**

The Security options apply to all GroupWise item types (mail messages, phone messages, appointments, tasks, and notes).



**Conceal Subject**

Select this option to conceal the item's subject so the notification that appears on the recipient's screen does not include the subject. The subject of the item is also concealed in the recipient's mailbox and the sender's Sent Items folder. It is visible only when the item is being read.

**Require Password to Complete Routed Item**

Select this option to require a user to enter a password before completing a routed item.

**Secure Items Options**

If users have installed security providers on their workstations, select the options you want them to use.

- **Do Not Allow Use of S/MIME:** Select this option to disable S/MIME functionality. This disables the Encrypt and Digitally Sign buttons (and other related S/MIME functionality) in the GroupWise client. By default, this option is enabled. When enabled, you can modify the following options.

- **URL for Certificate Download:** Specify the Internet address of your preferred certification authority. If not otherwise changed in this field, the GroupWise client accesses http://www.novell.com/groupwise/certified.html, which lists several common certification authorities.

- **Sign Digitally:** Select this option to enable users to add a digital signature to their outgoing messages. Recipients of a digitally-signed item who have S/MIME-enabled e-mail products are able to verify that the item is actually from the sender. This setting will not be a useful security measure unless you lock it as the default.

SAMNDCA630-07873999

- ◆ **Encrypt for Recipients:** Select this option to enable users to encrypt an outgoing item so they can ensure that the intended recipients who have an S/MIME-enabled e-mail product are the only individuals who can read the item. This setting will not be a useful security measure unless you lock it as the default.

  If you enable the Encrypt for Recipients options, you can set the encryption algorithm and key size. The available algorithm methods (RC2, RC4, DES, 3DES) are trusted algorithms that encrypt or transform data to mask the original content. The key size sets the default size (in bits) of the encryption key that will be used with the algorithm you select. These settings will not be useful security measures unless you lock them.

## Send Options: Disk Space Management

The Disk Space Management options let you enforce disk space limitations for users on a post office.



### User Limits

Select this option if you want to impose limits on the size of users' mailboxes or the size of message they can send. By default, this option is disabled. If you enable it, modify the following options:

- ◆ **Mailbox Size Limit:** Specify the maximum amount of post office disk space available to users for storing message and attachment files. The setting uses logical disk space because attachments are shared by all recipient users on the same post office. Messages in shared folders are counted as disk space only for the owner of the shared folder. If you do not want to limit the mailbox size, set the value to zero (0).

  If users meet or exceed their mailbox size limits, they will not be able to send items until their mailboxes are under the size limit. Users can reduce the size of their mailboxes by deleting or archiving items.

- ◆ **Threshold for Warning Users:** Select the mailbox capacity (in percentage) that must be reached before the user is warned that his or her mailbox is reaching its limit. For example, if the mailbox size limit is 200 MB and the threshold is set at 75%, users will receive warnings

SAMNDCA630-07874000

when their mailboxes reach 150 MB. Set the value to 0 or 100 if you do not want users to receive a warning.

• **Maximum Send Message Size:** Specify the maximum size of a message (in kilobytes) that a user can send using the GroupWise client. If the user sends an item that exceeds this size, a message notifies the user that the item is too large to send.

You can also set message size limits at the post office level through POA configuration, at the domain level through MTA configuration, and at the GroupWise system level through Internet Agent configuration, as described in "Restricting the Size of Messages That Users Can Send" on page 175.

## Modifying Security Options

**1** If the Security Options dialog is not displayed, follow the instructions in "Setting Defaults for the GroupWise Client Options" on page 973 to display the dialog box.



**2** Click the tab that contains the options you want to change. Refer to the following sections for information about options:

"Security Options: Password" on page 997

"Security Options: Macros" on page 998

"Security Options: Notify" on page 999

**NOTE:** To determine which Security options are recognized by the Cross-Platform client, refer to the client options table in "Client Options Summary" on page 973.

**3** If you want to prevent users from changing an option's setting, click the lock button next to it.

After you click it, the lock button indicates whether the setting is locked at the domain level, the post office level, or the user level.

**4** If you want to return all the options on a tab to their default settings, click Restore Default Settings.

**5** When finished, click OK to save your changes.

SAMNDCA630-07874001

DEFENDANT'S EXHIBIT NO. 324.0997

## Security Options: Password

The Password options let you reset a user's password and enable various methods by which a user can set up the GroupWise client so that he or she doesn't have to enter a password at startup.



For background information about passwords, see Chapter 79, "GroupWise Passwords," on page 1033.

### Enter New Password

This option is available only when setting client options for an individual user. You can use this option to set or reset a user's password. You should advise the user to change the password as soon as possible.

### Retype Password

This option is available only when setting client options for an individual user. If you enter a new password, verify it by retyping it in this field.

### Clear User Password

This option is available only when setting client options for an individual user. Select the option to clear an existing password without assigning a new password.

### Allow Password Caching

Select this option to allow users to enable the Remember My Password option under Security options in the GroupWise client. The Remember My Password option stores the user's password in the workstation's Windows password list so that the user does not need to enter the password when starting GroupWise. This option is enabled by default.

The Remember My Password option applies to Windows 98 only. It will not be displayed to users running the GroupWise client on Windows NT/2000.

### Allow eDirectory Authentication Instead of Password

Select this option to allow users to select the No Password Required with eDirectory option under Security options in the GroupWise client. When selected, this option lets the user access his or her mailbox without requiring a password if he or she is already logged in to Novell® eDirectory™. Mailbox access is granted based on eDirectory authentication, not on password information.

SAMNDCA630-07874002

In versions of GroupWise prior to the GroupWise 5.5 Enhancement Pack, this option was called Allow NDS Single Sign-on. The option name has been changed to avoid confusion with the Novell Single Sign-on product.

**Enable Single Sign-On**

Select this option to allow users to select the Use Single Sign-on option under Security Options in the GroupWise client. When selected, this option lets the user access his or her mailbox without reentering the password. The GroupWise password is stored in eDirectory for the currently logged-in user.

Novell Single Sign-on must be installed on user's workstation in order for this option to take effect.

## Security Options: Macros

The Macros option determines how GroupWise handles macros that are included in received messages.



**View Macro Security**

Choose from the following settings to determine the level of macro security:

* **Always Play Received Macros:** Select this option to play attached macros when the message is opened.

* **Never Play Received Macros:** Select this option to ignore attached macros. Macros will not play.

* **Always Prompt Before Playing a Macro (Default):** Select this option to have the user prompted to play the macro.

SAMNDCA630-07874003

DEFENDANT'S EXHIBIT NO. 324.0999

**Security Options: Notify**

The Notify option determines how often GroupWise Notify checks a user's mailbox for newly received items. If new items are detected, the user is notified. The default is every minute.



# Modifying Date and Time Options

**1** If the Date and Time Options dialog box is not displayed, follow the instructions in "Setting Defaults for the GroupWise Client Options" on page 973 to display the dialog box.



**2** Click the tab that contains the options you want to change. Refer to the following sections for information about options:

"Date and Time Options: Calendar" on page 1000

"Date and Time Options: Busy Search" on page 1002

**NOTE:** The Date and Time options are not currently recognized by the Cross-Platform client.

SAMNDCA630-07874004

**3** If you want to prevent users from changing an option's setting, click the lock button next to it.

After you click it, the lock button indicates whether the setting is locked at the domain level, the post office level, or the user level.

**4** If you want to return all the options on a tab to their default settings, click Restore Default Settings.

**5** When finished, click OK to save your changes.

## Date and Time Options: Calendar

The Calendar options determine basic settings for the GroupWise Calendar.



### Month Display Option

Select from the following options to determine how the month calendar is displayed:

- **First of Week:** Select the day of the week that you want to display as the first day on the calendar.

- **Highlight Day:** Select any days you want highlighted, such as weekends and holidays.

- **Show Week Number:** Select this option to display the week number (1 through 52) at the beginning of the calendar week.

### Appointment Options

Select from the following options to determine how appointments are handled:

- **Include Myself on New Appointments:** Select this option to have the sender automatically included in the appointment's To: list. This option is enabled by default.

- **Display Appointment Length As:** When creating an appointment, the sender must specify the appointment's length. You can use this option to determine whether the sender enters a duration for the appointment or an end time for the appointment. Select the Duration setting

SAMNDCA630-07874005

to have appointments display a Duration field that the sender must fill in (for example, 30 minutes, 1 hour, or 10 hours). Select the End Date and Time setting to have appointments display End Date and Time fields that the sender must fill in (for example, June 3, 2001 and 10:00 a.m.). The default setting is Duration.

- **Default Length:** Select the default length for appointments. Users can change the length. If the appointment's length is displayed as a duration, the duration defaults to this length. If it is displayed as an end date and time, the end time defaults to the start time plus the default length (for example, if the start time is 9:00 a.m. and the default length is 1 hour, the end time will default to 10:00 a.m.).

## Alarm Options

Users can set appointment alarms so that they are notified prior to an appointment time. Select from the following options to determine the default settings for an alarms:

- **Set Alarm When Accepted:** Select this option to have an alarm automatically set when the user accepts an appointment. By default, this option is enabled.

- **Default Alarm Time:** Select the number of minutes before an appointment to notify the user. The default is 5 minutes.

## Work Schedule

The work schedule determines the user's normal work days and hours. In the calendar and during busy searches, any days or hours outside of the work schedule are represented by gray squares (Out of Office). Users can still be scheduled for appointments during non-work hours.

- **Start Time:** Select the daily start time. The default is 8:00 a.m.

- **End Time:** Select the daily end time. The default is 5:00 p.m.

- **Work Days:** Select the work days. The start time and end time will be applied to each work day.

SAMNDCA630-07874006

DEFENDANT'S EXHIBIT NO. 324.1002

**Date and Time Options: Busy Search**

The Busy Search options determine the amount of free time required for the appointment and the range of dates to search.



### Appointment Length

Set the default appointment length to search. You can set the length in 15-minute increments. The default is 15 minutes. This setting is used only when the user does a busy search through the Busy Search option on the Tools menu. Otherwise, the default appointment length defined on the Calendar tab (see "Date and Time Options: Calendar" on page 1000) is used.

### Range and Time to Search

Specify the number of days to include in the search then set the daily start and end times for the search.

### Days to Search

Select the days to search. By default, the typical work days (Monday through Friday) are selected.

## Resetting Client Options to Default Settings

You can reset client options to the defaults for one or more users using Mailbox/Library Maintenance.

**1** In ConsoleOne, select one or more User objects (or GroupWise External Entity objects).

**2** Click Tools > GroupWise Utilities > Mailbox/Library Maintenance.

**3** In the GroupWise Objects list, select Users/Resources.

**4** In the Actions list, select Reset Client Options > click Run.

SAMNDCA630-07874007

DEFENDANT'S EXHIBIT NO. 324.1003

# 75 Distributing the GroupWise Client

You can distribute the GroupWise[R] client software in various ways:

* "Using GroupWise AutoUpdate and SetupIP to Distribute the GroupWise Windows Client" on page 1003
* "Using ZENworks Desktop Management to Distribute the GroupWise Windows Client" on page 1015
* "Using Red Carpet to Distribute the GroupWise Cross-Platform Client" on page 1020

## Using GroupWise AutoUpdate and SetupIP to Distribute the GroupWise Windows Client

During installation and subsequent updates, the GroupWise[R] 6.x Windows client Setup program generally requires user intervention at the workstation to install the client software. By using a configuration file, you can cause installations and updates to occur, simplifying or eliminating the user response during installation. You can also use this configuration file to enable AutoUpdate, which forces updates to take place. This allows you to maintain current versions of the GroupWise software on the network.

* "Understanding the Configuration File" on page 1003
* "Installing with the Configuration File (setup.cfg)" on page 1004
* "Modifying the Configuration File" on page 1005
* "Adding LDAP Directory Service Accounts" on page 1010
* "Enabling AutoUpdate" on page 1011
* "Modifying the addon.cfg File" on page 1013
* "Error Log File" on page 1014
* "Startup Switches for Administrator-Defined Setup" on page 1014

**NOTE:** This section does not apply to the Cross-Platform client.

### Understanding the Configuration File

The use of a configuration file to install GroupWise is often called an administrator-defined setup. The configuration file, setup.cfg, is an ASCII text file that supports extended ASCII characters. The file contains the responses normally provided by the user during the installation of the Windows client files; for example, the path for the client files, whether to complete a workstation or standard installation, and the folder for the GroupWise icon are specified in this file. Information can be added to the configuration file to add predefined LDAP directory service accounts to the Address Book in the client during installation.

SAMNDCA630-07874008

When the GroupWise Windows client setup.exe file is executed, it looks in the same directory for a setup.cfg file. If none is found, the installation proceeds, prompting the user for the needed information. If the setup.cfg file is found, the setup program installs the software, using the information outlined in the configuration file. Depending on the entries in the configuration file, the user might or might not be prompted to provide information during the installation.

If you are going to use a configuration file to install Windows client software, users should be given Read and File Scan rights to the *software distribution directory*\client and *software distribution directory*\client\win32 directories. (This does not apply if you are running AutoUpdate over an IP connection.)

# Installing with the Configuration File (setup.cfg)

During the installation of GroupWise Administration, the GroupWise client files were copied to the software distribution directory on your server. For example, if you accepted the default z:\grpwise\software as your target, the GroupWise client software was copied to z:\grpwise\software\client\win32.

### Installing with a Configuration File (setup.cfg)

1 Make a backup copy of *software distribution directory*\client\setup.cfg. Using an ASCII text editor, edit the setup.cfg file entries with the values you want. See "Modifying the Configuration File" on page 1005 for more information.

2 If you want to add predefined LDAP directory service accounts to the Address Book, follow the procedure in "Adding LDAP Directory Service Accounts" on page 1010.

3 If you want to use AutoUpdate, follow the procedure in "Enabling AutoUpdate" on page 1011.

4 Save setup.cfg > copy the file to the *software distribution directory*\client\win32 directory.

5 If you want to install additional components on users' workstations, follow the procedure in "Modifying the addon.cfg File" on page 1013.

For information about installing GroupWise Messenger as an additional component by modifying the addon.cfg file, see "Installing the Messenger Windows Client as a GroupWise Windows Client Add-On" in "Managing Messenger Client Users" in the *Messenger 1.0 Administration Guide*.

If you use several different configuration files, you will need to save them with different names and use the config=*setup filename* startup switch. See "Startup Switches for Administrator-Defined Setup" on page 1014 for more information.

To stop setup.exe from using the setup.cfg file, delete setup.cfg from the directory where setup.exe resides.

### Setupip.fil File

In previous versions of GroupWise, all language versions of the setupip.fil file, used when running AutoUpdate over an IP connection, were not included on the CD and had to be downloaded from the Novell[8] Downloads page (http://download.novell.com).

In GroupWise 6.5 Support Pack 1, all non-localized files are included in the setupip.fil file and there is a separate setupip.*language code* file for each language (setupip.de, setupip.fr, and so on). All of these files are included in the setupip directory on the *GroupWise 6.5 Client* CD in Support Pack 1 and do not need to be downloaded separately.

SAMNDCA630-07874009

If you did not select all options for Client when you initially created your software distribution directory, you will need to copy the setupip directory from the *GroupWise 6.5 Client* CD to the software distribution directory. Copy the setupip.fil file and any language-specific setupip *language_code* files you want to the HTTP Web server that you will be using for SetupIP. If there are multiple SetupIP files on the Web server, users are prompted for which languages they want to install. For more information, see "Enabling AutoUpdate" on page 1011.

## Modifying the Configuration File

The configuration file is divided into the following sections. In the configuration file, each section head must be enclosed in brackets [ ] as shown.

- "[GroupWiseSetup]" on page 1005
- "[ShowDialogs]" on page 1006
- "[AutoUpdate]" on page 1007
- "[Startup]" on page 1008
- "[GWTIP]" on page 1008
- "[GWMAILTO]" on page 1009
- "[GWCHECK]" on page 1009
- "[IntegrationApps]" on page 1010
- "[Languages]" on page 1010

## [GroupWiseSetup]

- "Version=" on page 1005
- "StandardInstall=" on page 1005
- "Path=" on page 1005
- "Folder=" on page 1006
- "LaunchMessenger=" on page 1006
- "DefaultIPAddress=" on page 1006
- "DefaultIPPort=" on page 1006

### Version=

This must match the version being installed; otherwise, the setup program will not use setup.cfg. The default is 6.

### StandardInstall=

Specify the type of installation desired. Specify No for a workstation installation, which allows the user to run GroupWise from the network. Specify Yes for a standard installation, which allows the user to run GroupWise from the computer's hard drive. A standard installation is required to use Caching mode and Remote mode. The default is No.

### Path=

This is the path where you want GroupWise to be installed during a standard installation. The default path is c:\novell\groupwise\.

SAMNDCA630-07874010

**Folder=**

This will create and install the GroupWise icons to the specified folder. The default folder is GroupWise.

**LaunchMessenger=**

This optional entry specifies whether GroupWise Notify should be launched when GroupWise starts.

**DefaultIPAddress=**

This optional entry specifies the default IP address for the client to use the first time it is started.

**DefaultIPPort=**

This optional entry specifies the default IP port for the client to use the first time it is started.

**[ShowDialogs]**

- "HideAllDialogs=" on page 1006
- "Welcome=" on page 1006
- "SetupOptions=" on page 1006
- "DestinationDirectory=" on page 1007
- "SelectOptionalComponents=" on page 1007
- "SelectProgramFolder=" on page 1007
- "SelectStartUpFolderSoftware=" on page 1007
- "LanguageSelection=" on page 1007
- "SoftwareIntegrations=" on page 1007
- "StartCopyingFiles=" on page 1007
- "SetupComplete=" on page 1007

**HideAllDialogs=**

Specify No to display dialog boxes during the installation. Specify Yes to hide the dialog boxes. A progress indicator will be displayed to inform the user of the installation status. The default is No.

If an entry is missing from the setup.cfg file and HideAllDialogs=Yes, the setup program will select the default setting. If HideAllDialogs=No, the setup program will prompt the user for a selection.

**Welcome=**

Specify Yes to display the Welcome dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SetupOptions=**

Specify Yes to display the Setup Options dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

SAMNDCA630-07874011

DEFENDANT'S EXHIBIT NO. 324.1007

**DestinationDirectory=**

Specify Yes to display the Destination Directory dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SelectOptionalComponents=**

Specify Yes to display the Select Optional Components dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SelectProgramFolder=**

Specify Yes to display the Select Program Folder dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SelectStartUpFolderSoftware=**

Specify Yes to display the Select Startup Folder Software dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**LanguageSelection=**

Specify Yes to display the Language Selection dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SoftwareIntegrations=**

Specify Yes to display the Software Integrations dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**StartCopyingFiles=**

Specify Yes to display the Start Copying Files dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

**SetupComplete=**

Specify Yes to display the Setup Complete dialog box during the installation. Specify No to hide this dialog box. The default is Yes.

## [AutoUpdate]

When an update to the GroupWise software is available, users are prompted if they want to install the new software when they start GroupWise. For complete instructions on enabling AutoUpdate, see "Enabling AutoUpdate" on page 1011.

- "Enabled=" on page 1007
- "SetupIPEnabled=" on page 1008
- "ForceUpdate=" on page 1008
- "GraceLoginCount=" on page 1008
- "PromptUntilUpdated=" on page 1008

**Enabled=**

Specify Yes if you want users to be prompted to update their GroupWise client software as soon as a newer version is available. Specify No if you want to disable the AutoUpdate feature. The

SAMNDCA630-07874012

ForceUpdate= entry is then ignored. This can be useful if you intend to distribute the client software using a different method such as ZENworks[R] Application Launcher, or if you want to disable AutoUpdates at the post office level during a migration to a newer version of GroupWise. The default is Yes.

### SetupIPEnabled=

The default is No. Specify Yes if you want to run AutoUpdate over an IP connection to a software distribution directory that resides on an HTTP web server.

### ForceUpdate=

When this entry is set to Yes, GroupWise automatically updates the users' software. The default is No.

Users can still click Cancel to cancel out of the update; however, they cannot run the client software and access their mailboxes until they update the software.

### GraceLoginCount=

Specify the number of grace logins allowed before you will require the users to update their client software. If ForceUpdate is set to No, this entry is ignored.

### PromptUntilUpdated=

When PromptUntilUpdated= is set to Yes, the user will be prompted to update the client each time the GroupWise client starts. The user can choose not to install the new software when prompted and still run the currently installed version of the client. The AutoUpdate reminder will appear the next time the user starts the client. The default is No.

## [Startup]

### Notify=

If you specify Yes, the setup program will place Notify in the Startup folder to be started automatically when the computer starts. The default is No.

## [GWTIP]

The Tip of the Day introduces what's new in the GroupWise client, as well as displaying a variety of hints about using GroupWise. A new tip is displayed each time GroupWise is started.

- "Default=" on page 1008
- "Hide=" on page 1008
- "Workstation=" on page 1009

### Default=

If you specify No, Tip of the Day will not be installed. If you specify Yes, Tip of the Day will be installed. The default is Yes.

### Hide=

If you specify No, Tip of the Day will appear in the Select Components dialog box. The default is No.

SAMNDCA630-07874013

The Hide= entry allows the system administrator to force the user to install or not install a particular component. If Hide=Yes, then the component will not be listed in the Select Components dialog and the Default= entry will determine if the component is going to be installed. For example, if Hide=Yes and Default=Yes, then the component will always be installed. However, if Hide=Yes and Default=No, then the component will never be installed.

**Workstation=**

If you specify No, Tip of the Day will not be available for a workstation installation. If you specify Yes, Tip of the Day will be available for a workstation installation. The default is Yes.

## [GWMAILTO]

This section enables Internet Browser Mail Integration, which makes the GroupWise client the default e-mail program in the user's browser. Whenever a user clicks an e-mail link on a Web page or chooses Mail in the browser, the GroupWise client opens.

- "Default=" on page 1009
- "Hide=" on page 1009
- "Workstation=" on page 1009

**Default=**

If you specify No, Internet Browser Mail Integration will not be installed. If you specify Yes, Internet Browser Mail Integration will be installed. The default is Yes.

**Hide=**

If you specify No, Internet Browser Mail Integration will appear in the Select Components dialog box. The default is No.

The Hide= entry allows the system administrator to force the user to install or not install a particular component. If Hide=Yes, then the component will not be listed in the Select Components dialog and the Default= entry will determine if the component is going to be installed. For example, if Hide=Yes and Default=Yes, then the component will always be installed. However, if Hide=Yes and Default=No, then the component will never be installed.

**Workstation=**

If you specify No, Internet Browser Mail Integration will not be available for a workstation installation. If you specify Yes, Internet Browser Mail Integration will be available for a workstation installation. The default is Yes.

## [GWCHECK]

This section installs and enables GroupWise Check (also called GWCheck). GroupWise Check is a tool that performs maintenance and repair tasks to keep GroupWise operating efficiently. It is essentially a standalone version of the Mailbox/Library Maintenance feature available in GroupWise Administration in ConsoleOne. GWCheck will check and repair GroupWise user, message, library, and resource databases without having ConsoleOne[R] and the GroupWise snap-in loaded. In addition to checking post office, user, and library databases, it will also check remote and archive databases.

- "InstallGWCheck=" on page 1010
- "GWCheckEnabled=" on page 1010

SAMNDCA630-07874014

**InstallGWCheck=**

Specify Yes to install GWCheck files to the workstation. Specify No to not install GWCheck. The default is Yes.

**GWCheckEnabled=**

Specify Yes to install the files to the same directory as the GroupWise client, which will result in the Repair Mailbox option being enabled under the Tools menu in the client. Specify No to install the files in a GWCheck subdirectory below the GroupWise client directory, which disables the Repair Mailbox option until the files are manually copied into the GroupWise directory. The default is No.

**[IntegrationApps]**

GroupWise will install integration for the following applications, if found, unless the entry is set to No.

- Lotus Word Pro
- Microsoft Binder
- Microsoft Excel (versions higher than 7.0)
- Microsoft Excel 7.0
- Microsoft Word (versions higher than 7.0)
- Microsoft Word 7.0
- Microsoft PowerPoint
- Corel Presentations
- Corel Quattro Pro
- Corel WordPerfect 7.0
- Corel WordPerfect 8.0
- Corel WordPerfect 9.0
- Corel WordPerfect 10.0

**[Languages]**

The default language is set to English, and all other languages are set to No, meaning they will not be installed. See the setup.cfg file for a listing of the different languages. The GroupWise client might not yet be available in all listed languages.

## Adding LDAP Directory Service Accounts

LDAP directory service accounts provide users with the ability to search directory services such as Bigfoot* for names of people. Each search can check potentially millions of names. After locating a name through a directory service search, users can add those names to their personal address books.

You can add predefined LDAP directory service accounts to the Address Book by adding information to setup.cfg. This information can be added even after the initial installation. After the accounts are added, this information does not have to be removed from setup.cfg. During

SAMNDCA630-07874015

DEFENDANT'S EXHIBIT NO. 324.1011

subsequent installations, GroupWise will add any new accounts listed but will not update or duplicate existing LDAP accounts.

The user can also choose to add LDAP directory service accounts after the GroupWise client is installed.

To add an LDAP account during installation, add the following lines to the setup.cfg file, providing information that is specific to the account:

```
[LDAP Account 1]
Description=Ldap Server1
Server=ldap.server1.com
Port=389
SearchRoot=c=us
Login=TRUE
```

You can add multiple accounts:

```
[LDAP Account 2]
Description=Ldap Server2
Server=ldap.server2.com
Port=389
SearchRoot=O=widget, c=us
Login=FALSE
```

| Parameter | Description |
| --- | --- |
| Description= | The name that displays in the list of LDAP directory services in the Address Book. |
| Server= | The LDAP server name or IP address. |
| Port= | The LDAP directory service's port number. The number is usually 389. |
| SearchRoot= | The base or root of the LDAP directory service where the user will search for names. For example, the base could be a country, organization, or other type of grouping. This is not required for all LDAP directory services. If a search root is required, the LDAP directory service will provide the information. |
| Login= | TRUE means users are prompted for a username and password when they use that LDAP directory service. |

## Enabling AutoUpdate

AutoUpdate can occur whether users have a mapped drive or IP connection to the software distribution directory. If users have a mapped drive to the software distribution directory, make sure they have Read and Scan rights to the *software distribution directory*\client and *software distribution directory*\client\win32 directories.

**IMPORTANT:** To install the GroupWise client using AutoUpdate, you must first make sure GroupWise 6.x Administration and GroupWise 6.x agents have been installed, and that administration, agent, and client software has been updated.

**IMPORTANT:** If you did not select all options for Client when you initially created your software distribution directory, you will need to copy the setupip directory from the *GroupWise 6.5 Client* CD to the software distribution directory. If you are going to use AutoUpdate over an IP connection, copy setupip\setupip.fil to an HTTP web server, or copy the entire client directory to the HTTP web server.

For information about the location of setupip.fil, see "Setupip.fil File" on page 1004.

SAMNDCA630-07874016

In the following procedure, steps 1-4 apply only if you will be using an IP connection for AutoUpdate.

**1** Run *software distribution directory*\setupip\writeip.exe.

Specify an IP location for setupip.fil (or the IP location of the software distribution client subdirectory). For example, you can specify:

```
http://151.155.135.122/gw65/client
```

or

```
http://intranet.company.com/software/gw65/gwclient
```

You can include proxy and port information, for example:

```
http://name.mycompany.com/software/gw65/
client;proxy.place.mycompany:1690
```

You can specify up to five locations. During AutoUpdate, each location is checked, in order, until a connection is made.

If you select Choose IP Address at Random, the order in which the locations are checked is selected randomly when AutoUpdate occurs. This will balance the load on the web server.

**2** Specify other options, such as the location for downloading the client installation files (setupip.fil or the client subdirectory files).

You can have files downloaded to a temporary or specific directory.

If you select Allow the User to Change the Download Directory, the user is prompted for the location of the download directory and can change the default location.

**3** Click OK.

The setupip.exe file is created. The writeip.ini file is also created, which stores the options you selected in writeip.exe.

**4** Copy setupip.exe to the *software distribution directory*\client\win32 directory.

**5** Make a backup copy of *software distribution directory*\client\setup.cfg.

**6** Using an ASCII text editor, edit the setup.cfg file entries with the values you want.

**6a** Under the [AutoUpdate] heading, specify

```
Enabled=Yes
```

**6b** Specify

```
ForceUpdate=Yes
```

if you want GroupWise to automatically update the users' client software

or

```
ForceUpdate=No
```

if you want users to be prompted to update their client software.

**6c** Specify the number of grace logins you want to allow a user before forcing an AutoUpdate, for example:

```
GraceLoginCount=2
```

This entry is ignored if ForceUpdate=No.

**6d** If you will be using an IP connection for AutoUpdate, specify

```
SetupIPEnabled=Yes
```

SAMNDCA630-07874017

**7** Save the file as setup.cfg. Copy setup.cfg from *software distribution directory*\client to *software distribution directory*\client\win32.

**8** If necessary, modify addon.cfg files with the values you want. See "Modifying the addon.cfg File" on page 1013 for more information.

**9** Log in to ConsoleOne as an Admin equivalent.

**10** Click Tools > GroupWise System Operations.

**11** Double-click Software Directory Management.

**12** Click the software distribution directory > Update.

**13** Select Force Auto-Update Check by GroupWise Components.

This causes the GroupWise client to check for a new version. If a new version is found, the next time a user starts the GroupWise client, he or she is prompted to update the client software. If you have set ForceUpdate=Yes, the user will not be prompted before installation begins. If a mapped drive to the software distribution directory is found, the client software is installed from the mapped drive. If a mapped drive to the software distribution directory is not found, GroupWise looks at the IP locations you specified in writeip.ini and installs the client software.

In the event that no connection to the software distribution directory can be made, the file setupip.err is created in c:\windows of the user's workstation. This file explains why none of the connections could be made.

## Modifying the addon.cfg File

The addon.cfg file is an ASCII text file that supports extended ASCII characters. The GroupWise client setup program uses the addon.cfg file to install additional components on users' workstations. The components might include software not shipped with GroupWise. The addon.cfg is specific to each program being installed. The required program files and the associated addon.cfg file must be copied to a subdirectory under *software distribution directory* client\win32\addons.

During the client installation, the GroupWise setup program will search the subdirectories under the \addons directory for any addon.cfg files. The setup program will then execute the installation program for that component using the settings specified in the addon.cfg. If an entry is missing in the addon.cfg file, the installation program will prompt the user for the required information.

The addon.cfg files for Internet Browser Mail Integration and GroupWise Tip of the Day are included in the corresponding subdirectories under \addons, but the basic control for installing these two components is in the [GWMAILTO] and [GWCHECK] sections of setup.cfg.

For information about installing GroupWise Messenger as an additional component by modifying the addon.cfg file, see "Installing the Messenger Windows Client as a GroupWise Windows Client Add-On" in "Managing Messenger Client Users" in the *Messenger 1.0 Administration Guide*.

When creating an addon.cfg file for a different component, you must include at least the following section headings and associated entries. If the installation program requires additional information, you can include that information as additional entries. The required entries are as follows:

 * "[GroupWiseAddon]" on page 1014
 * "[Name]" on page 1014
 * "[Description]" on page 1014

SAMNDCA630-07874018

DEFENDANT'S EXHIBIT NO. 324.1014

**[GroupWiseAddon]**

This section head must be included with the following entries.

| Entry | Example |
|---|---|
| Install=*add-on's_setup_program_filename* | `Install=setup.exe` |
| Parameters=*parameters_to_be_passed_o n_to_the_add-on's_setup_program* | `Parameters=/install` |
| Silent=*parameters_to_append_to_administ rator-defined_setup* | `Silent=/s` |
| Size=*installed_size_of_add- on_in_kilobytes* | `Size=100` |

**[Name]**

Under this section head, specify the two-letter language code for the language being installed, followed by the name of the add-on. This name appears in the components listing.

**Example:** `US=GroupWise Tip of the Day`

**[Description]**

Under this section head, specify the two-letter language code followed by a short description of the add-on. This description appears in the Description field when the component is highlighted in the component listing.

**Example:** `US=GroupWise Tip of the Day introduces new features and provides tips for using the GroupWise client.`

## Error Log File

If an error occurs during the installation and ShowDialogs=No, the error message is logged in gwsetup.err in the user's \windows directory. If ErrorMessage=*error text* has been added as the last entry under the [GroupWiseSetup] section, the error text will be displayed. Otherwise, a generic error message will be displayed notifying the user to contact the system administrator. The log file is an ASCII text file.

## Startup Switches for Administrator-Defined Setup

The following startup switches can be used in conjunction with an administrator-defined setup. These switches can be used individually or in combination.

* config=setup_filename
* noconfig
* record

**config=*setup_filename***

This runs the setup program using a configuration file other than setup.cfg. The other configuration file must be located in the software distribution directory. This switch does not apply when the GroupWise Windows client setup program is executed by AutoUpdate.

SAMNDCA630-07874019

**Syntax:** config=*setup_filename*

**Example:** setup config=test.cfg

**noconfig**

This runs the setup without using the configuration file, even if one exists.

**Syntax:** noconfig

**Example:** setup noconfig

**record**

This option runs the setup program, displaying all installation dialog boxes, and records the installation responses as they are selected. No installation files are copied and no changes are made to your workstation. After setup finishes, a corresponding setup.cfg file is created in the windows directory of your workstation.

**Syntax:** record

**Example:** setup record

# Using ZENworks Desktop Management to Distribute the GroupWise Windows Client

You can use the Application Management functionality in Novell® ZENworks® Desktop Management to distribute the GroupWise Windows client to workstations. The following sections provide instructions:

* "Understanding the GroupWise Windows Client .aot Files" on page 1015
* "Creating a GroupWise Client Application Object" on page 1016

**IMPORTANT:** This information assumes that you are familiar with ZENworks Desktop Management. For background information, or for help completing the ZENworks tasks outlined in the steps below, see the ZENworks Desktop Management documentation at the Novell ZENworks documentation site (http://www.novell.com/documentation-index/index.jsp?category=ZENworks).

## Understanding the GroupWise Windows Client .aot Files

The most effective way to create a GroupWise client Application object is from an Application Object Template (.aot) file. If desired, you can use the ZENworks Desktop Management snAppShot™ utility to create a GroupWise Windows client .aot file, or you can use one of the predefined .aot files included with GroupWise:

* **us-9x.aot:** Creates an Application object you can use to install the English version of the GroupWise client to a Windows 95/98/ME workstation.

* **us-9xwms.aot:** Creates an Application object you can use to install the English version of the GroupWise client and the Windows Messaging System to a Windows 95/98/ME workstation

* **us-nt.aot:** Creates an Application object you can use to install the English version of the GroupWise client to a Windows NT/2000/XP workstation.

* **us-ntwms.aot:** Creates an Application object you can use to install the English version of the GroupWise client and the Windows Messaging System to a Windows NT/2000/XP workstation.

SAMNDCA630-07874020

- **multi19x.aot:** Creates an Application object you can use to install the English, Portuguese, French, Italian, German, Spanish, Danish, Dutch, Norwegian, Finnish, and Swedish versions of the GroupWise client to a Windows 95/98/ME workstation.

- **multi1nt.aot:** Creates an Application object you can use to install the English, Portuguese, French, Italian, German, Spanish, Danish, Dutch, Norwegian, Finnish, and Swedish versions of the GroupWise client to a Windows NT/2000/XP workstation.

- **multi29x.aot:** Creates an Application object you can use to install the English, Hungarian, Czech, Polish, and Russian versions of the GroupWise client to a Windows 95/98/ME workstation.

- **multi2nt.aot:** Creates an Application object you can use to install the English, Hungarian, Czech, Polish, and Russian versions of the GroupWise client to a Windows NT/2000/XP workstation.

- **multi39x.aot:** Creates an Application object you can use to install the English, Chinese Simplified, Chinese Traditional, Japanese, and Korean versions of the GroupWise client to a Windows 95/98/ME workstation.

- **multi3nt.aot:** Creates an Application object you can use to install the English, Chinese Simplified, Chinese Traditional, Japanese, and Korean versions of the GroupWise client to a Windows NT/2000/XP workstation.

The .aot files contain the basic information required to create GroupWise client Application objects in Novell eDirectory[™]. For example, the multi2nt.aot file can be used to create an Application object that, when associated with users, will cause the English, Czech, Hungarian, Polish, and Russian versions of the GroupWise client to be installed to a user's Windows NT/2000/XP workstation. For this to work, you must have already installed the files for these language versions to a GroupWise software distribution directory or another installation source directory.

## Creating a GroupWise Client Application Object

The following steps explain how to use ZENworks Desktop Management to create an GroupWise client Application object from one of the .aot files. Depending on your version of ZENworks Desktop Management, the steps you need to complete might be slightly different.

**1** In ConsoleOne[®], right-click the container where you want to create the GroupWise client Application object, then click New > Object to display the New Object dialog box.

**2** In the list of objects, click App:Application > OK to display the New Application dialog box.



SAMNDCA630-07874021

**3** Select the An Application that Has an .AOT/.AXT File option, then click Next to display the .AOT/.AXT file path page.



**4** In the Path to .AOT/.AXT File field, browse for and select the .aot file you want to use.

By default, the .aot files are located in the client\zen directory in the GroupWise software distribution directory or on the *GroupWise 6.5 Client* CD

For example, if you want to create an Application object that will install the English, Czech, Hungarian, Polish, and Russian versions of the GroupWise client to a Windows NT/2000/XP workstation, select the multi2nt.aot file.

**5** Click Next to display the Application object information page, then customize the object name, source path, and target path information if necessary.



**Object Name:** This is the name that will be used for the Application object in eDirectory. You might want to use a descriptive name (for example, "GroupWise ECHPR Client - Windows9x" for the English, Czech, Hungarian, Polish, and Russian versions installed to a Windows 95/98/ME workstation.

**SOURCE_PATH:** This is the directory from which the GroupWise client will be installed. Specify the full path to the client directory (for example,

SAMNDCA630-07874022

\\server1\vol1\grpwise\software\client). Unless all users will have the same drive mapping to the volume, make sure you use a UNC path.

This path is saved as the SOURCE_PATH variable. If you need to change it later, you can do so on the Application object's Macros page (Application object > Common tab > Macros page).

**TARGET_PATH:** This is the workstation directory where the GroupWise client will be installed. Specify a path relative to the user's workstation.

This path is saved as the TARGET_PATH variable. If you need to change it later, you can do so on the Application object's Macros page (Application object > Common tab > Macros page).

**6** Click Next to display the system requirements page, then modify the system requirements if necessary.



**7** Click Next to display the user associations page.



You can associate the Application object with the users and workstations you want it distributed to at this time, or you can create the associations later.

**8** After you've added the associations you want, click Next, review the information, then click Finish to create the Application object.

SAMNDCA630-07874023

**9** Right-click the newly-created GroupWise client Application object, then click Properties.

**10** Click Common > Macros to display the Macros page.



If you used one of the multix.aot files to create the Application object, the Macros list includes a DEFAULT_LANGUAGE variable. This variable specifies the interface language that the GroupWise client will default to when it is installed. If necessary, individual users can change the language when they start the GroupWise client. If you modify the default language, use the language codes listed under "/l-xx" on page 1027.

If you have users who use different language versions and you don't want them to need to change the default language, you can use the same .aot file to create multiple Application objects. For each Application object, you would need to specify a default language and then associate the Application object with the users who would want that default language.

**11** Configure any other Application object settings required to provide the performance or functionality you want.

For example, you can configure the Application object so that the GroupWise client will be installed immediately upon distribution to the user's workstation, without any intervention by the user. Or, you can change the locations where the GroupWise client's icon will be displayed. For information about Application object settings, see the ZENworks Desktop Management documentation at the Novell Documentation Web site (http://www.novell.com/documentation-index/index.jsp?category=ZENworks).

After you associate the Application objects with the users you want, Novell Application Launcher will display the Application object's icon on the users' workstations, provided the workstation meets the operating system requirements. If the Application object's icon does not appear immediately, have the user refresh Novell Application Launcher.

**12** If necessary, repeat the above steps to create additional GroupWise client Application objects from the GroupWise client .aot files.

SAMNDCA630-07874024

# Using Red Carpet to Distribute the GroupWise Cross-Platform Client

You can install the GroupWise Cross-Platform client and agents using Red Carpet™ 2.0 or later. Refer to the Red Carpet Web site (http://www.ximian.com/products/redcarpet) for additional information.

SAMNDCA630-07874025

DEFENDANT'S EXHIBIT NO. 324.1021

# 76 Supporting the GroupWise Client in Multiple Languages

The GroupWise client software is available in a broad range of languages to meet the needs of users in many countries. If your GroupWise system services users who speak more than one language, the following tasks help you meet your multilingual users' needs.

- "Providing the GroupWise Client Software in Multiple Languages" on page 1021
- "Providing Post Office Support for Multiple Languages" on page 1021

## Providing the GroupWise Client Software in Multiple Languages

**1** Make sure that you have the multilingual version of GroupWise.

Both initial releases and Support Packs are provided in an English Only version (for faster download) and a multilingual version (that includes all available languages).

**2** Install the client software in the languages you need in one or more software distribution directories, following the instructions in "Software Directory Management" on page 57.

**3** Distribute the client software to users, as described in Chapter 75, "Distributing the GroupWise Client," on page 1003.

By installing the GroupWise client software in their language of choice, users can begin using GroupWise in that language immediately. However, there are a few language-related details of GroupWise functionality that are not taken care of by the client software running on users' workstations. For a fuller multilingual implementation, continue with "Providing Post Office Support for Multiple Languages" on page 1021.

## Providing Post Office Support for Multiple Languages

A few aspects of GroupWise functionality are affected by the language in use by the POA running for the post office to which users belong. The POA returns certain text in the language in which it is running, not the language in use on users' workstations.

- The status information (Delivered, Opened, an so on) displayed in the Properties page of items
- The text of return notification mail receipts (if the user has enabled this type of notification)
- The sort order in the Address Book

In some circumstances, these issues can be resolved by grouping users who speak the same language into the same post office and then installing the POA in the same language that the users are using. The following sections of the *GroupWise 6.5 Administration Guide* help you with the tasks of setting up additional post offices and installing the POA for each one:

SAMNDCA630-07874026

**DEFENDANT'S EXHIBIT NO. 324.1022**

- "Creating a New Post Office" on page 147
- "Installing and Starting the POA" on page 427

At present, the POA is available in fewer languages than the GroupWise client, so this solution helps only those client users who are at least somewhat familiar with the language in use by the POA.

SAMNDCA630-07874027

DEFENDANT'S EXHIBIT NO. 324.1023

# 77 Tools for Analyzing and Correcting GroupWise Client Problems

The following tools can assist you in analyzing and correcting GroupWise® client problems.

- "GroupWise Exception Handler for the Windows Client" on page 1023
- "GroupWise Check" on page 1023

## GroupWise Exception Handler for the Windows Client

In the event that the GroupWise Windows client causes an exception (or "crashes"), GroupWise generates a GroupWise Exception Report. This report contains information that is useful in analyzing the problem that the client is having so that it can be solved.

The report is saved in \temp\grpwise.rpt. The \temp directory used is the one specified by the TMP environment variable, or if not defined by TMP, the one specified by the TEMP environment variable. If neither environment variable is defined, GroupWise uses the current directory specified when grpwise.exe is started (on Windows 95/98/ME) or the windows directory (on Windows NT/2000).

Each time an exception or crash occurs, a new report is appended to grpwise.rpt. If the file reaches 100K, the oldest reports (at the beginning of the file) are deleted.

The GroupWise Exception Report contains information such as the date and time the report was generated, the exception code, fault address, date of grpwise.exe, computer and username where the exception occurred, hardware and operating system information, process modules, raw stack dumps, and call stacks.

## GroupWise Check

GroupWise Check (GWCheck) is a tool that performs maintenance and repair tasks to keep GroupWise operating efficiently. It is essentially a standalone version of the Mailbox/Library Maintenance feature available in ConsoleOne®. GroupWise Check checks and repairs GroupWise user, message, library, and resource databases without having ConsoleOne and the GroupWise snap-in loaded. In addition to checking post office, user, and library databases, it also checks remote and archive databases.

- "Enabling GroupWise Check in the Windows Client" on page 1024
- "Using GroupWise Check with the Cross-Platform Client" on page 1024

SAMNDCA630-07874028

## Enabling GroupWise Check in the Windows Client

GroupWise Check can be installed with the GroupWise Windows client (unless you have specified in setup.cfg that it not be installed), and is available by clicking Tools > Repair Mailbox in the client in Caching and Remote modes after you complete the following:

1 Locate the directory named gwcheck. This is a subdirectory of the directory where the client is installed (usually c:\novell\groupwise).

2 Locate grpwise.exe. It is usually in c:\novell\groupwise.

3 Copy all the files in gwcheck to the directory where grpwise.exe is located.

You can now run GroupWise Check in Caching and Remote mode. The GroupWise Check dialog box is titled GroupWise Mailbox Maintenance. You can also use Ctrl+Shift when accessing a Caching or Remote mailbox to run GroupWise Check before opening the mailbox.

For detailed information about GroupWise Check, click Help or see "GroupWise Check" on page 391.

## Using GroupWise Check with the Cross-Platform Client

GroupWise Check is not accessible from the Cross-Platform client but can be installed on a Linux workstation if you need to repair local databases. For installation instructions, see "Starting GWCheck on a Linux Workstation" on page 394.

**NOTE:** GroupWise Check is not available on Macintosh.

SAMNDCA630-07874029

DEFENDANT'S EXHIBIT NO. 324.1025

# 78 Startup Switches for the GroupWise Client

The GroupWise[*] client has optional startup switches that you can use when you start the program. Some of these startup switches are for your convenience, while others are necessary to run GroupWise on your particular hardware. Some switches are not available in the Cross-Platform client.

| Windows Client | Cross-Platform Client |
|---|---|
| /@u-? | -@u ? |
| /@u-user_ID | -@u user_ID |
| /bl | N/A |
| /c | N/A |
| /cm | N/A |
| /iabs | N/A |
| /ipa-IP_address_or_hostname | -ipa IP_address_or_hostname |
| /ipp-port_number | -ipp port_number |
| /l-xx | -l xx |
| /la-network_ID | N/A |
| /nu | -nu |
| /ph-pathname | -ph pathname |
| /pc-path_to_caching_mailbox | -pc path_to_caching_mailbox |
| /pr-path_to_remote_mailbox | N/A |

## /@u-?

Displays a login dialog box whenever you open the GroupWise client, allowing you to supply any necessary login information.

**Syntax:** /@u-?

**Example:** grpwise.exe /@u-?

SAMNDCA630-07874030

## /@u-*user_ID*

Lets you use your GroupWise user ID to use the GroupWise client as yourself on another user's computer. The other user remains logged on to the network.

**Syntax:** /@u-*user_ID*

**Example:** grpwise.exe /@u-ltanaka

## /bl

Prevents the GroupWise client logo screen from being displayed when you start the GroupWise client.

**Syntax:** /bl

**Example:** grpwise.exe /bl

This startup switch is not available in the Cross-Platform client.

## /c

Checks for unopened items. If there are unopened items, the GroupWise client opens as usual. Otherwise, the GroupWise client does not start.

**Syntax:** /c

**Example:** grpwise.exe /c

This startup switch is not available in the Cross-Platform client.

## /cm

Checks for unopened items. If there are unopened items, the GroupWise client opens minimized and a beep sounds. Otherwise, the GroupWise client does not start.

**Syntax:** /cm

**Example:** grpwise.exe /cm

This startup switch is not available in the Cross-Platform client.

## /iabs

Initializes the Address Book when the GroupWise client starts.

**Syntax:** /iabs

**Example:** grpwise.exe /iabs

This startup switch is not available in the Cross-Platform client.

SAMNDCA630-07874031

# /ipa-*IP_address_or_hostname*

Lets you specify the IP address or the hostname when you are running in client/server mode.

**Syntax:** /ipa-*IP_address*

**Example:** grpwise.exe /ipa=127.65.45.1

# /ipp-*port_number*

Lets you specify the IP port number when you are running in client/server mode.

**Syntax:** /ipp-*port_number*

**Example:** grpwise.exe /ipp-1677

# /l-*xx*

Applies only if you have two or more language versions or language modules. This option instructs GroupWise to override the default environment language (under Environment in Options) with the language specified by the language code *xx*. The language codes are listed below. This table lists the language codes used by all Novell[R] products. GroupWise might not yet be available in some of the listed languages. For current information, contact your local reseller.

| Language | Code |
|---|---|
| Arabic | AR |
| Chinese Simplified | ZH-CN |
| Chinese Traditional | ZH-TW |
| Czech | CS |
| Danish | DK |
| Dutch | NL |
| English | US |
| Finnish | SU |
| French | FR |
| German | DE |
| Hebrew | HE |
| Hungarian | MA |
| Italian | IT |
| Japanese | JA |
| Korean | KO |
| Norwegian | NO |

SAMNDCA630-07874032

DEFENDANT'S EXHIBIT NO. 324.1028

| Language | Code |
|----------|------|
| Polish | PL |
| Portuguese | BR |
| Russian | RU |
| Spanish | ES |
| Swedish | SV |

**Syntax:** /1-*xx*

**Example:** grpwise.exe /1-ES

# /la-*network_ID*

Lets you use your network ID to use the GroupWise client as yourself on another user's computer. The other user remains logged on to the network.

**Syntax:** /la-*network_ID*

**Example:** grpwise.exe /la-jgrey

This startup switch is not available in the Cross-Platform client.

# /nu

Turns off AutoRefresh. If this option is selected, click View > Refresh whenever you want to update the display to see the items currently in your mailbox.

**Syntax:** /nu

**Example:** grpwise.exe /nu

# /ph-*pathname*

Lets you specify the path to the post office.

**Syntax:** /ph-*pathname*

**Example:** grpwise.exe /ph-j:\mail\denver1

# /pc-*path_to_caching_mailbox*

Opens GroupWise in Caching mode. GroupWise must be restarted when you change from Online to Caching.

**Syntax:** /pc-*path_to_caching_mailbox*

**Example:** grpwise.exe /pc-c:\novell\groupwise\cache

SAMNDCA630-07874033

DEFENDANT'S EXHIBIT NO. 324.1029

## /pr-*path_to_remote_mailbox*

Opens the GroupWise client in Remote mode. This startup switch can be used in the Target text box only.

**Syntax:** /pr-*path_to_remote_mailbox*

**Example:** grpwise.exe /pr-c:\novell\groupwise\remote

This startup switch is not available in the Cross-Platform client.

SAMNDCA630-07874034

DEFENDANT'S EXHIBIT NO. 324.1030

SAMNDCA630-07874035

# XV Security

Chapter 79, "GroupWise Passwords," on page 1033
Chapter 80, "Encryption and Certificates," on page 1039
Chapter 81, "LDAP Directories," on page 1047
Chapter 82, "Message Security," on page 1049
Chapter 83, "Address Book Security," on page 1051
Chapter 84, "GroupWise Administrator Rights," on page 1053
Chapter 85, "GroupWise Agent Rights," on page 1065
Chapter 86, "GroupWise User Rights," on page 1067
Chapter 87, "Spam Protection," on page 1073
Chapter 88, "Virus Protection," on page 1075

SAMNDCA630-07874036

SAMNDCA630-07874037

DEFENDANT'S EXHIBIT NO. 324.1033

# 79 GroupWise Passwords

Access to GroupWise™ mailboxes is protected by post office security settings or GroupWise passwords. Agent passwords grant access to remote servers and to Novell™ eDirectory™, and protect access to GroupWise agent status information.

- "Mailbox Passwords" on page 1033
- "Agent Passwords" on page 1036

## Mailbox Passwords

When you are setting up a new GroupWise system, you need to determine what kind of password protection you want to have on users' GroupWise mailboxes before users start running GroupWise. In ConsoleOne™, you can choose where password information is obtained when users log in to GroupWise and you can set defaults under Client Options to enforce your choices. You and GroupWise client users should keep in mind that GroupWise passwords are case sensitive.

- "Using Post Office Security Instead of GroupWise Passwords" on page 1033
- "Requiring GroupWise Passwords" on page 1034
- "Managing GroupWise Passwords" on page 1034
- "Using LDAP Passwords Instead of GroupWise Passwords" on page 1036
- "Bypassing Mailbox Passwords to Respond to Corporate Mandates" on page 1036

### Using Post Office Security Instead of GroupWise Passwords

When you create a new post office, you must select a security level for it.

If you select Low Security for the post office, users are not required to set passwords on their GroupWise mailboxes. However, passwordless mailboxes are completely unprotected from other users who know how to use the /@u-user ID startup switch.

If you select High Security for the post office, users are still not required to set passwords on their GroupWise mailboxes, but they are required to be successfully logged in to a network before they can access their own passwordless mailboxes. Users cannot access other users' passwordless mailboxes.

After you select High Security, you can further enhance post office security by requiring specific types of authentication before users can access their passwordless GroupWise mailboxes. You can require eDirectory authentication so that users must be logged into eDirectory before they can access their passwordless GroupWise mailboxes.

In spite of these passwordless solutions to GroupWise mailbox security, users are always free to set their own GroupWise passwords on their mailboxes. When they do, the post office security settings no longer apply (except for LDAP authentication as discussed below) and users will be regularly faced with both logins unless some additional password options are selected for them, as described in the following sections.

SAMNDCA630-07874038

## Requiring GroupWise Passwords

Users are required to set passwords on their GroupWise mailboxes if they want to access their GroupWise mailboxes in any of the following ways:

* Using Caching mode or Remote mode in the GroupWise Windows* client

* Using Caching mode in the GroupWise Cross-Platform client

* Using their Web browsers and the GroupWise WebAccess client

* Using an IMAP e-mail client

* Accessing a GroupWise mailbox as an external entity rather than as an eDirectory user

## Managing GroupWise Passwords

When GroupWise passwords are in use in addition to network passwords, there are a variety of things you can do to make GroupWise password management easier for your and to make the additional GroupWise password essentially transparent for your GroupWise users.

* "Establishing a Default GroupWise Password for New Accounts" on page 1034

* "Accepting eDirectory Authentication Instead of GroupWise Passwords" on page 1034

* "Using Novell SecureLogin to Handle GroupWise Passwords" on page 1035

* "Allowing Windows to Cache GroupWise Passwords" on page 1035

* "Using Intruder Detection" on page 1035

* "Resetting GroupWise Passwords" on page 1035

* "Synchronizing GroupWise Passwords and LDAP Passwords" on page 1036

**NOTE:** A GroupWise password can contain as many as 64 characters and can contain any typeable characters.

### Establishing a Default GroupWise Password for New Accounts

If you want to require users to have GroupWise passwords on their mailboxes, you can establish the initial passwords when you create the GroupWise accounts. In ConsoleOne, you can establish a default mailbox password to use automatically on all new GroupWise accounts, as described in "Establishing a Default Password for All New GroupWise Accounts" on page 189. Or you can set the password on each new GroupWise account as you create it.

Keep in mind that some situations require users to have passwords on their GroupWise mailboxes, as listed in "Requiring GroupWise Passwords" on page 1034.

### Accepting eDirectory Authentication Instead of GroupWise Passwords

When you create users in eDirectory, you typically assign them network passwords and users must provide those passwords when they log in to the network. If you want to make GroupWise mailbox access easy for client users, you can select Allow eDirectory Authentication Instead of Password (ConsoleOne > Tools menu > GroupWise Utilities > Client Options > Password). This allows users to select No Password Required with eDirectory (GroupWise client > Tools menu > Security > Password tab).

As long as users who select this option are logged into eDirectory as part of their network login, they are not prompted by GroupWise for a password when they access their GroupWise mailboxes. If they are not logged in to eDirectory, they must provide their GroupWise passwords in order to access their GroupWise mailboxes.

SAMNDCA630-07874039

DEFENDANT'S EXHIBIT NO. 324.1035

**Using Novell SecureLogin to Handle GroupWise Passwords**

If users have Novell SecureLogin installed on their workstations, you can select Enable Single Sign-On (ConsoleOne > Tools menu > GroupWise Utilities > Client Options > Password). This allows users to select Use Single Sign-On (GroupWise client > Tools menu > Security > Password tab). Users need to provide their GroupWise mailbox password only once and thereafter SecureLogin provides it for them as long as they are logged in to eDirectory.

**Allowing Windows to Cache GroupWise Passwords**

If you want to allow password information to be stored on Windows workstations, you can select Allow Password Caching (ConsoleOne > Tools menu > GroupWise Utilities > Client Options > Password). This allows users to select Remember My Password (GroupWise client > Tools menu > Security > Password tab). Users need to provide their GroupWise mailbox passwords only once and thereafter Windows provides them automatically.

**Using Intruder Detection**

Intruder detection identifies system break-in attempts in the form of repeated unsuccessful logins. If someone cannot provide a valid username and password combination fairly quickly, then that person probably does not belong in your GroupWise system.

Intruder detection for the GroupWise Windows client is performed by the POA and is configurable. You can set the number of failed login attempts before lockout, the length of the lockout, and so on. If a user becomes locked out, you can re-enable his or her account in ConsoleOne. See "Enabling Intruder Detection" on page 465.

Intruder detection for the GroupWise WebAccess client is built in and is not configurable. After five failed login attempts, the user is locked out for 10 minutes. If a user becomes locked out, the user must wait for the lockout period to end (unless you want to restart the WebAccess Agent).

**Resetting GroupWise Passwords**

In ConsoleOne, you can remove a user's password from his or her mailbox in case the password has been forgotten and needs to be reset (User object > Tools menu > GroupWise Utilities > Client Options > Security > Password tab). If necessary, you can remove the passwords from all mailboxes in a post office (Post Office object > Tools menu > Mailbox/Library Maintenance > Reset Client Options).

It is easy for users to reset their own passwords in the GroupWise Windows client (Tools menu > Options > Security > Password tab). However, if this method is used when users are in Caching or Remote mode, this changes the password on their local Caching or Remote mailboxes, but does not change the passwords on their Online mailboxes. To change their Online mailbox password while in Caching or Remote mode, users must use a method they might not be familiar with (Accounts menu > Account Options > Novell GroupWise account > Properties > Advanced > Online Mailbox Password).

It is also easy for users to reset their own passwords in the GroupWise WebAccess client (Options > Password). However, you may not want users to be able to reset their GroupWise passwords from Web browsers. In ConsoleOne, you can prevent WebAccess client users from resetting their GroupWise passwords (GroupWiseWebAccess object > Application tab > Settings page). Windows client users cannot be prevented from changing their GroupWise passwords.

SAMNDCA630-07874040

DEFENDANT'S EXHIBIT NO. 324.1036

**Synchronizing GroupWise Passwords and LDAP Passwords**

There is no automatic procedure for synchronizing GroupWise passwords and eDirectory passwords. However, if you use LDAP authentication, synchronization becomes a moot point because GroupWise users are authenticated through an LDAP directory (such as eDirectory) rather than by GroupWise itself. See "Using LDAP Passwords Instead of GroupWise Passwords" on page 1036.

## Using LDAP Passwords Instead of GroupWise Passwords

Instead of using GroupWise passwords, users' password information can be validated using an LDAP directory. In order for users to use their LDAP passwords to access their GroupWise mailboxes, you must define one or more LDAP servers in your GroupWise system and configure the POA for each post office to perform LDAP authentication, as described in "Providing LDAP Authentication for GroupWise Users" on page 461.

When LDAP authentication is enabled, you can control whether users can use the GroupWise client to change their LDAP passwords in ConsoleOne (Post Office object > GroupWise > Security). If you allow them to, users can change their passwords through the Security Options dialog box (GroupWise Windows client > Tools menu > Options > Security) or on the Passwords page (GroupWise WebAccess client > Options > Password). If you do not allow them to change their LDAP passwords in the GroupWise client, users will need to use a different application in order to change their LDAP passwords.

You and users can use some of the same methods to bypass LDAP passwords as you can use for bypassing GroupWise passwords. See "Accepting eDirectory Authentication Instead of GroupWise Passwords" on page 1034 and "Allowing Windows to Cache GroupWise Passwords" on page 1035.

For more information about LDAP passwords, see "Authenticating to GroupWise with Passwords Stored in an LDAP Directory" on page 1047.

## Bypassing Mailbox Passwords to Respond to Corporate Mandates

Sometimes it is necessary to access user mailboxes to meet corporate mandates such as virus scanning, content filtering, or e-mail auditing that might be required during litigation. These types of mailbox access are obtain using trusted applications, third-party programs that can log into Post Office Agents (POAs) in order to access GroupWise mailboxes. For more information about using trusted application to bypass mailbox passwords, see "Trusted Applications" on page 62

# Agent Passwords

Agent passwords facilitate access to remote servers where domains, post office, and document storage areas are located and access to eDirectory for synchronization of user information between GroupWise and eDirectory. They also protect GroupWise Monitor and the agent Web consoles from unauthorized access.

- "Facilitating Access to Remote Servers" on page 1037
- "Facilitating Access to eDirectory" on page 1037
- "Protecting the Agent Web Consoles" on page 1038
- "Protecting the GroupWise Monitor Web Console" on page 1038

SAMNDCA630-07874041

DEFENDANT'S EXHIBIT NO. 324.1037

# Facilitating Access to Remote Servers

If the NetWare[K] POA runs on a server other than where the post office database and directory structure are located, it needs to log in to that remote server using an existing username and password. There are several ways to provide this information:

- Fill in the Remote User Name and Remote Password fields on the Post Office Settings page of the Post Office object in ConsoleOne

- Add the /dn startup switch to the POA startup file to provide the fully distinguished name of the NetWare POA object

- Add the /user and /password startup switches to the POA startup file to provide a username and password

The Windows POA also needs username and password information if it needs to access a document storage area on a server other than the one where the post office database and directory structure are located. The three methods listed above can be used for this situation as well. The Windows POA does not need username and password information in order to access the post office directory because it should already have a drive mapped to that location.

If the NetWare MTA, Internet Agent, or WebAccess Agent runs on a server other than where the domain database and directory structure are located, it needs to log in to that remote server using an existing username and password. All three of these agents support the /user and /password switches for this purpose. The MTA also supports the /dn switch parallel to the POA. You cannot currently use ConsoleOne to specify username and password information for these agents.

Providing passwords in clear text in a startup file may seem like a security risk. However, the servers where the agents run should be kept physically secure. If an unauthorized person did gain physical access, they would not be doing so for the purpose of obtaining these particular passwords. And the passwords are encrypted as they pass over the wire between servers, so the security risk is minimal.

# Facilitating Access to eDirectory

If you have enabled eDirectory user synchronization, the MTA must be able to log in to eDirectory in order to obtain the updated user information.

If the eDirectory-enabled NetWare MTA is running on a different server from where the domain is located, you must add the /user and /password switches, or the /dn switch, to the MTA startup file so that the MTA can authenticate to eDirectory. The /dn switch is preferable, so that username and password information is not exposed in the MTA startup file. If the NetWare MTA is running on the same server where the domain is located, the MTA can look up the distinguished name in the domain database.

For the eDirectory-enabled Windows MTA, you must add the /user and /password switches to the MTA startup file in order to specify the network user account that the MTA should use to authenticate to eDirectory.

For more information, see "Using eDirectory User Synchronization" on page 598.

SAMNDCA630-07874042

## Protecting the Agent Web Consoles

When you install the POA and the MTA, they are automatically configured with an agent Web console and no password protection is provided. When you install the Internet Agent and the WebAccess Agent, you can choose whether to enable the agent Web console during installation. If you do, you can provide password protection at that time.

If you do not want agent Web console status information available to anyone who knows the agent network address and port number, you should set passwords on your agent Web console, as described in the following sections:

- "Using the POA Web Console" on page 489
- "Using the MTA Web Console" on page 617
- "Monitoring the Internet Agent through the Web Console" on page 742 "Monitoring the Internet Agent through the Web Console"
- "Monitoring the WebAccess Agent through the Web Console" on page 879

If you plan to access the agent Web consoles from GroupWise Monitor, it will be most convenient if you use the same password on all agent Web consoles. That way, you can provide the agent Web console password once in GroupWise Monitor, rather than having to provide various passwords as you view the Web consoles for various agents. For information about providing the agent Web console password in GroupWise Monitor, see "Configuring Polling of Monitored Agents" on page 917.

## Protecting the GroupWise Monitor Web Console

Along with the agent Web consoles, you can also provide password protection for the Monitor Web console itself, from which all the agent Web consoles can be accessed. For instructions, see "Configuring Authentication and Intruder Lockout for the Monitor Web Console" on page 924.

SAMNDCA630-07874043

DEFENDANT'S EXHIBIT NO. 324.1039

# 80 Encryption and Certificates

GroupWise[R] employs its own native encryption at all levels, but you can use industry-standard encryption if desired:

- "Native GroupWise Encryption" on page 1039
- "Personal Digital Certificates, Digital Signatures, and S/MIME Encryption" on page 1040
- "Server Certificates and SSL Encryption" on page 1041

## Native GroupWise Encryption

GroupWise employs proprietary encryption throughout your GroupWise system:

- Messages are encrypted when sent from the GroupWise client.
- Attachments to messages are encrypted.
- The complete contents of mailboxes (Online, Caching, and Remote, along with the mailbox archive) are encrypted.
- Mailbox passwords are encrypted.
- The GroupWise Address Book and all personal address books are encrypted.
- The complete contents of GroupWise databases (domain databases, post office databases, user databases, message databases, and so on, are encrypted.
- Documents stored in libraries are encrypted.
- All information passing between workstations and servers within your GroupWise system is encrypted at all times.
- GroupWise Messenger conversations are encrypted.

Your GroupWise system is very secure without employing addition security measures. However, additional security features can be added as needed. To enhance the security of users' messages, you can install a third-party security product so that users can employ personal certificates and S/MIME encryption of messages, as described in "Personal Digital Certificates, Digital Signatures, and S/MIME Encryption" on page 1040. To enhance the security of communication between the servers in your GroupWise system, you can obtain server certificates and enable SSL encryption, as described in "Server Certificates and SSL Encryption" on page 1041.

SAMNDCA630-07874044

# Personal Digital Certificates, Digital Signatures, and S/MIME Encryption

If desired, you can enhance native GroupWise encryption with S/MIME encryption for GroupWise client users by installing various security providers on users' workstations, including:

* Entrust* 4.0 or higher (http://www.entrust.com)

* Microsoft* Base Cryptographic Provider 1.0 or higher (included with Internet Explorer 4.0 or higher)

* Microsoft Enhanced Cryptographic Provider 1.0 or higher (http://www.microsoft.com/windows/ie/downloads/recommended/128bit/default.asp)

* Microsoft Strong Cryptographic Provider (http://www.siliconprairiesc.com/spsckb/EncryptAll/strong_cryptographic_provider.htm)

* Gemplus GemSAFE Card CSP 1.0 or higher (http://www.gemplus.com)

* Schlumberger Cryptographic Provider (http://www.slb.com)

These products enable users to digitally sign and/or encrypt their messages using S/MIME encryption. When a sender digitally signs a message, the recipient is able to verify that the item was not modified en route and that it originated from the sender specified. When a sender encrypts a message, the sender ensures that the intended recipient is the only one who can read it. Digitally signed and/or encrypted messages are protected as they travel across the Internet, whereas native GroupWise encryption is removed as messages leave your GroupWise system.

Once users have installed the S/MIME security providers on their workstations, you can configure default functionality for it in ConsoleOne[K] (Domain, Post Office, or User object > Tools menu > GroupWise Utilities > Client Options > Send > Security tab). You can specify a URL from which you want users to obtain their S/MIME certificates. You can require the use of digital signatures and/or encryption, rather than letting users decide when to use them. You can even select the encryption algorithm and encryption key size if necessary. For more information, see "Modifying Send Options" on page 987.

After you have configured S/MIME functionality in ConsoleOne, GroupWise users must select the security provider (Tools menu > Options > Security > Send Options) and then obtain a personal digital certificate. Unless you installed Entrust, users can request certificates in the GroupWise client (Tools menu > Options > Certificates > Get Certificate). If you provided a URL, users are taken to the Certificate Authority of your choice. Otherwise, certificates for use with GroupWise can be obtained from various certificate providers, including:

* Novell, Inc. (if you have installed Novell Certificate Server 2 (http://www.novell.com/products/certserver))

* VeriSign*, Inc. (http://www.verisign.com)

* Thawte Certification (http://www.thawte.com)

* GlobalSign (http://www.globalsign.com)

**NOTE:** Some certificate provides charge a fee for certificates and some do not.

After users have selected the appropriate security provider and obtained a personal digital certificate, they can protect their messages with S/MIME encryption by digitally signing them (Actions > Sign Digitally) and/or encrypting them (Actions > Encrypt). Buttons are added to the GroupWise toolbar for convenient use on individual messages, or users can configure GroupWise to always use digital signatures and/or encryption (Tools menu > Options > Security > Send Options tab). The messages they send with digital signatures and/or encryption can be read by recipients using any other S/MIME-enabled e-mail products.

SAMNDCA630-07874045

DEFENDANT'S EXHIBIT NO. 324.1041

GroupWise client users are responsible for managing their personal digital certificates. Users can have multiple personal digital certificates. In the GroupWise client, users can view their own certificates, view the certificates they have received from their contacts, access recipient certificates from LDAP directories (see "Accessing S/MIME Certificates in an LDAP Directory" on page 1048 for details), change the trust level on certificates, import and export certificates, and so on.

The certificates are stored in the local certificate store on the user's workstation. They are not stored in GroupWise. Therefore, if a user moves to a different workstation, he or she must import the personal digital certificate into the certificate store on the new workstation, even though the same GroupWise account is being accessed.

If your system includes smart card readers on users' workstations, certificates can be retrieved from this source as well, so that after composing a message, users can sign them by inserting their smart cards into their card readers. The GroupWise client picks up the digital signature and adds it to the message.

The GroupWise client verifies the user certificate to ensure that it has not been revoked. It also verifies the Certificate Authority. If a certificate has expired, the GroupWise user receives a warning message.

For complete details about using S/MIME encryption in the GroupWise Windows client, see "Sending Secure Message (S/MIME)" in the *GroupWise 6.5 Windows Client User Guide*. S/MIME encryption is not available in the WebAccess client.

Any messages that are not digitally signed or encrypted are still protected by native GroupWise encryption as long as they are within your GroupWise system.

# Server Certificates and SSL Encryption

If desired, you can enhance native GroupWise encryption with Secure Sockets Layer (SSL) communication between servers where GroupWise agents are installed. If you have not already set up SSL on your system, you must complete the following tasks:

- "Generating a Certificate Signing Request and Private Key" on page 1041
- "Submitting the Certificate Signing Request to a Certificate Authority" on page 1043
- "Creating Your Own Certificate" on page 1043
- "Installing the Certificate on the Server" on page 1044
- "Configuring the Agents to Use SSL" on page 1045

If you have already set up SSL on your system and are using it with other applications besides GroupWise, skip to "Configuring the Agents to Use SSL" on page 1045.

## Generating a Certificate Signing Request and Private Key

Before the GroupWise agents can use SSL, you must create a Certificate Signing Request (CSR) and obtain a public certificate file. The CSR includes the hostname of the server where the agents run. Therefore, you must create a CSR for every server where you want the GroupWise agents to use SSL. However, all GroupWise agents running on the same server can all use the same resulting certificate, so you do not need separate CSRs for different agents. The CSR also includes your choice of name and password for the private key file that must be used with each certificate. This information is needed when configuring the agents to use SSL.

SAMNDCA630-07874046

One way to create a CSR is to use the GWCSRGEN utility. This utility takes the information you provide and creates a .csr file from which a public certificate file can be generated.

**1** Start the GroupWise Generate CSR utility.

On Linux, the utility (gwcsrgen) is installed to the /opt/novell/groupwise/agents/bin directory. You must be logged in as root to start the utility.

On Windows, the utility (gwcsrgen.exe) is located in the \admin\utility\gwcsrgen directory either on the *GroupWise 6.5 Administrator* CD or in the GroupWise software distribution directory.



**2** Fill in the fields in the Private Key box. The private key information is used to create both the Private Key file and the Certificate Signing Request file.

**Key Filename:** Enter a name for the Private Key file (for example, server1.key). If you don't want the file stored in the same directory as the GWCSRGEN utility, specify a full path with the filename (for example, c:\server1.key or /opt/novell/groupwise/certs/server1.key).

**Key Password:** Enter the password for the private key. The password can be up to 256 characters (single-byte environments).

**Verify Password:** Enter the password again.

**3** Fill in the fields in the Certificate Signing Request box.

**CSR Filename:** Enter a name for the Certificate Signing Request file (for example, server1.csr). If you don't want the file stored in the same directory as the GWCSRGEN utility, specify a full path with the filename (for example, c:\server1.csr or /opt/novell/groupwise/certs/server1.csr).

**4** Fill in the fields in the Required Information box. This information is used to create the Certificate Signing Request file. You must fill in all fields to generate a valid CSR file.

**Country:** Enter the two-letter abbreviation for your country (for example, US).

**State/Province:** Enter the name of your state or province (for example, Utah). Enter the full name. Do not abbreviate it.

**City:** Enter the name of your city (for example, Provo).

**Organization:** Enter the name of your organization (for example, Novell, Inc.).

**Division:** Enter your organization's division that this certificate is being issued to (for example, Novell Product Development).

**Hostname of Server:** Enter the DNS hostname of the server where the server certificate will be used (for example, dev.provo.novell.com).

SAMNDCA630-07874047

DEFENDANT'S EXHIBIT NO. 324.1043

5 Click Create to generate the CSR file and Private Key file.

The CSR and Private Key files are created with the names and in the locations you specified in the Key Filename and CSR Filename fields.

## Submitting the Certificate Signing Request to a Certificate Authority

To obtain a server certificate, you can submit the Certificate Signing Request (*server_name*.csr file) to a Certificate Authority. If you have not previously used a Certificate Authority, you can use the keywords "Certificate Authority" to search the Web for Certificate Authority companies. The Certificate Authority must be able to provide the certificate in Base64/PEM or PFX format.

The process of submitting the CSR varies from company to company. Most provide online submission of the request. Please follow their instructions for submitting the request.

## Creating Your Own Certificate

The Novell[K] Certificate Server™, which runs on a NetWare[K] server with Novell eDirectory™, enables you to establish your own Certificate Authority and issue server certificates for yourself. For complete information, see the Novell Certificate Server Web site (http://www.novell.com/products/certserver).

To quickly create your own public certificate in ConsoleOne:

1 Click Help > About Snap-ins to see if the Certificate Server snap-in to ConsoleOne is installed.

If it is not installed, you can obtain it from Novell Product Downloads (http://download.novell.com/pages/PublicSearch.jsp). If you are using eDirectory on Linux, the Certificate Server snap-in is installed by default.

**NOTE:** You can create a server certificate in Novell iManager, as well as in ConsoleOne, using steps similar to those provided below.

2 Browse to and select the container where your Server object is located.

3 Click Tools > Issue Certificate.



4 Browse to and select the CSR file created by GWCSRGEN in "Generating a Certificate Signing Request and Private Key" on page 1041, then click Next.

By default, your own organizational certificate authority signs the request.

Encryption and Certificates **1043**

SAMNDCA630-07874048

DEFENDANT'S EXHIBIT NO. 324.1044

**5** Click Next.



**6** In the Type box, select Custom.

**7** In the Key Usage box, select all three usage options.

**8** Click Next.

**9** In the Validity Period field, select the length of time you want the certificate to be valid.

   You might want to change the setting to a longer period of time to best meet the needs of your organization.

**10** Click Next, view the summary information, then click Finish.



**11** Select File in Base64 Format.

**12** Specify the path and filename for the certificate.

   Limit the filename to 8 characters. Retain the .b64 extension.

**13** Click Save.

## Installing the Certificate on the Server

After processing your CSRs, the Certificate Authority returns to you a public certificate (*server name*.crt) file and a private key (*server name*.key) file for each CSR. The certificate file might have a different suffix, such as .pem or .pfx. The suffix is unimportant as long as the file format is correct.

If you used the Issue Certificate feature in ConsoleOne, the public certificate file has the .b64 extension and you use the private key file generated by GWCSRGEN in "Generating a Certificate Signing Request and Private Key" on page 1041.

Copy the files to any convenient location on each server. The location must be accessible to the GroupWise agents that run on the server.

SAMNDCA630-07874049

DEFENDANT'S EXHIBIT NO. 324-1045

## Configuring the Agents to Use SSL

To configure the agents to use SSL you must first enable them for SSL and then provide certificate and key file information. For detailed instructions, see the following sections:

- "Enhancing Post Office Security with SSL Connections to the POA" on page 458
- "Enhancing Domain Security with SSL Connections to the MTA" on page 589
- Securing Internet Agent Connections Via SSL in "Internet Agent" on page 659
- Securing WebAccess Agent Connections Via SSL in "WebAccess" on page 803

SAMNDCA630-07874050

DEFENDANT'S EXHIBIT NO. 324.1046

SAMNDCA630-07874051

# 81 LDAP Directories

LDAP (Lightweight Directory Access Protocol) is a standard Internet protocol for accessing commonly used network directories. If you are new to GroupWise* or LDAP, you might find it useful to review TID 2955731: GroupWise and LDAP (http://support.novell.com/cgi-bin/search/searchtid.cgi?/2955731.htm), which provides an overview of LDAP and explains the two address-book-related ways that GroupWise makes use of LDAP. This section briefly summarizes the address book usages of LDAP and explains how LDAP can also be used to store security information such as passwords and certificates for use with GroupWise.

+ "Accessing Public LDAP Directories from GroupWise" on page 1047
+ "Offering the GroupWise Address Book as an LDAP Directory" on page 1047
+ "Authenticating to GroupWise with Passwords Stored in an LDAP Directory" on page 1047
+ "Accessing S/MIME Certificates in an LDAP Directory" on page 1048

## Accessing Public LDAP Directories from GroupWise

The GroupWise client uses LDAP to provide access to directory services such as Bigfoot* and Switchboard*. This enables GroupWise users to select e-mail addresses from these popular directory services and add them to their personal GroupWise address books. See "Using LDAP in the Address Book" in "Using the Address Book" in the *GroupWise 6.5 Windows Client User Guide*.

## Offering the GroupWise Address Book as an LDAP Directory

The GroupWise Internet Agent uses LDAP to make the GroupWise address book available to any LDAP-enabled client. This enables users of other e-mail clients to define GroupWise address books as LDAP directories from which they can select e-mail addresses. See "Configuring LDAP Services" in "Internet Agent" in the *GroupWise 6.5 Administration Guide*. See also Chapter 83, "Address Book Security," on page 1051.

## Authenticating to GroupWise with Passwords Stored in an LDAP Directory

Enabling LDAP authentication for the POA is independent of these LDAP address book features. You need to enable LDAP authentication when you want the POA to authenticate the user's password in an LDAP directory rather than looking for a password in the user's GroupWise account information. The POA can make use of the following LDAP capabilities:

+ "Access Method" on page 1048
+ "LDAP Username" on page 1048

When you understand these LDAP capabilities, you are ready to set up LDAP authentication for your GroupWise users. See "Providing LDAP Authentication for GroupWise Users" on page 461.

SAMNDCA630-07874052

## Access Method

On a server-by-server basis (ConsoleOne > GroupWise System Operations > LDAP Servers), you can specify whether you want each LDAP server to respond to authentication requests using a bind or a compare.

- **Bind:** With a bind, the POA essentially logs in to the LDAP server. When responding to a bind request, most LDAP servers enforce password policies such as grace logins and intruder lockout, if such policies have been implemented by the LDAP directory.

- **Compare:** With a compare, the POA provides the user password to the LDAP server. When responding to a compare request, the LDAP server compares the password provided by the POA with the user's password in the LDAP directory, and returns the results of the comparison. Using a compare connection can provide faster access because there is typically less overhead involved because password policies are not being enforced.

Regardless of whether the POA is submitting bind requests or compare requests to authenticate GroupWise users, the POA can stay connected to the LDAP server as long as authentication requests continue to occur before the connection times out. This provides quick response as users are accessing their mailboxes.

## LDAP Username

On a post office-by-post office basis (ConsoleOne > Post Office object > GroupWise tab > Security page), you can decide what username you want the POA to use when accessing the LDAP server.

- **LDAP Username Login:** If you want the POA to access the LDAP server with specific rights to the LDAP directory, you can provide a username for the POA to use when logging in. The rights of the user determine what information in the LDAP directory will be available during the authentication process.

- **Public or Anonymous Login:** If you do not provide a specific LDAP username as part of the post office LDAP configuration information, then the POA accesses the LDAP directory with a public or anonymous connection. Only public information is available when using such a login.

# Accessing S/MIME Certificates in an LDAP Directory

Just as the POA can access user password information in an LDAP directory, the GroupWise client can access recipients' digital certificates in an LDAP directory. See "Searching for Recipient Encryption Certificates Using LDAP" in "Sending Secure Message (S/MIME)" in the GroupWise 6.5 Windows Client User Guide.

When a certificate is stored on an LDAP server, the GroupWise client searches the LDAP server every time the certificate is used. Certificates from LDAP servers are not downloaded into the local certificate store on the user's workstation. To facilitate this process, the user must select a default LDAP directory in the LDAP address book (LDAP Address Book > Directories > Set as Default) and enable searching (Tools > Options Security > Send > Advanced Options > Search for Recipient Encryption Certificates in the Default LDAP Directory). An advantage to this is that recipients' certificates are available no matter what workstation the GroupWise user sends the message from.

SAMNDCA630-07874053

DEFENDANT'S EXHIBIT NO. 324.1049

# 82 Message Security

The GroupWise[*] client accommodates users' preferences for security and privacy when sending messages. Users can:

- Sign a message with standardized text (Tools menu > Options > Environment > Signature).

- Sign a message with an Electronic Business Card (vCard) (Tools menu > Options > Environment > Signature).

- Digitally sign and/or encrypt a message. See "Personal Digital Certificates, Digital Signatures, and S/MIME Encryption" on page 1040.

- Give a message a security classification (Mail To > Send Options > General > Classification > Proprietary, Confidential, Secret, Top Secret, or For Your Eyes Only).

- Conceal the subject of an e-mail message (Mail To > Send Options > Security > Conceal Subject).

- Mark messages and appointments private so that proxy users cannot see them. (Actions > Mark Private).

- Attach a password-protected document to a message and have the recipient prompted to supply the password before the recipient can open the document.

- Require a password in order to mark a Routing Slip completed (Tools menu > Options > Send >Security tab > Require Password to Complete Routed Item). This can prevent a user who is proxied to the mailbox from marking the item completed, or if multiple users proxy to the mailbox, it can be used to ensure that only the user for whom the item was intended can complete it.

In addition, if the users in your GroupWise system exchange messages with users in other GroupWise systems, you can set preferences to control what types of information pass between the two systems. For example, you can prevent external GroupWise users from performing busy searches or obtaining message delivery status. See "System Preferences" on page 44.

SAMNDCA630-07874054

DEFENDANT'S EXHIBIT NO. 324.1050

SAMNDCA630-07874055

DEFENDANT'S EXHIBIT NO. 324.1051

# 83 Address Book Security

One of the purposes of the Address Book is to make user information available to all GroupWise[K] users. However, there might be types of information that you do not want to display.

- "eDirectory Information Displayed in the Address Book" on page 1051
- "Controlling GroupWise Object Visibility in the Address Book" on page 1051
- "Suppressing the Contents of the User Description Field" on page 1051

## eDirectory Information Displayed in the Address Book

The Address Book displays information stored in Novell[K] eDirectory™ for users, resources, and distribution lists in your GroupWise system. By default, the following information is displayed:

- Name
- Office phone number
- Department
- Fax number
- User ID

You can configure the Address Book to display more or less information to meet the needs of your users. See "Determining Fields, Field Order, and Sort Order for the Address Book" on page 81.

By default, all users, resources, and distribution lists that you create in eDirectory are displayed in the Address Book and are available to all GroupWise users.

## Suppressing the Contents of the User Description Field

By default, when you display details about a user in the Address Book, the information in the Description field of the User object in eDirectory is displayed. If you keep confidential information in the Description field of the User object, you can prevent this information from appearing the GroupWise Address Book. See "Preventing the User Description Field from Displaying in the Address Book".

## Controlling GroupWise Object Visibility in the Address Book

You might need to create users, resources, or distribution lists that are not available to all GroupWise users. You can accomplish this by restricting the set of users that can see such objects in the Address Book. You can make such objects visible only to the members of a domain, only to the members of a post office, or to no one at all. An object does not need to be visible to be addressable. For instructions, see "Controlling Object Visibility in the Address Book" on page 86.

SAMNDCA630-07874056

# Controlling GroupWise Object Visibility between GroupWise Systems

If you synchronize your GroupWise system with other GroupWise systems to simplify addressing for users of both systems, you can control what information from your Address Book you want to be available in the Address Books of other GroupWise systems. For instructions, see "Exchanging Information Between Systems" in "Connecting to GroupWise 5.x and 6.x Systems" in the *GroupWise 6.5 Multi-System Administration Guide*.

SAMNDCA630-07874057

DEFENDANT'S EXHIBIT NO. 324.1053

# 84 GroupWise Administrator Rights

To administer GroupWise[*], a user needs the appropriate file system rights and Novell[*] eDirectory™ rights. The following sections provide information to help you configure GroupWise administrator rights to meet the needs of your environment:

- "Setting Up a GroupWise Administrator as an Admin Equivalent" on page 1053. If security is not an issue, you can set up your GroupWise administrators as Admin equivalents. This gives them full eDirectory rights to administer GroupWise. It will also give them full file system rights to NetWare[*] servers.

- "Assigning Rights Based on Administration Responsibilities" on page 1053. If security is an issue, you can restrict GroupWise administrators' file system and eDirectory rights to only those required to administer GroupWise.

- "eDirectory Object and Properties Rights" on page 1061. This section lists all eDirectory objects and properties associated with GroupWise.

- "Granting or Removing Object and Property Rights" on page 1064. This section explains how to grant or remove a user's rights to eDirectory objects and their properties.

## Setting Up a GroupWise Administrator as an Admin Equivalent

The easiest way to ensure that a GroupWise administrator has all necessary eDirectory rights and NetWare file system rights is to make the administrator an Admin equivalent. Unless you have implemented multiple administrators who have different roles and access rights (for example, a server administrator, a printer administrator, and a GroupWise administrator), we suggest you make your GroupWise administrator an Admin equivalent.

1 In ConsoleOne[*], right-click the GroupWise administrator's User object, then click Properties.

2 Click the Memberships tab, then click Security Equal To to display the Security Equal To page.

3 Click Add to display the Select Objects dialog box.

4 Browse for and select the Admin object, then click OK.

The Admin object should now be displayed in the Security Equal To list.

5 Click OK.

## Assigning Rights Based on Administration Responsibilities

Making a GroupWise administrator an Admin equivalent gives the GroupWise administrator all eDirectory rights required to administer GroupWise. It will also give him or her full file system rights to NetWare servers. To increase security or to support a distributed administration model,

SAMNDCA630-07874058

you can assign rights to your GroupWise administrators based on their administration responsibilities. For example,

- If you have only one GroupWise administrator (a centralized GroupWise administration model), you can give the administrator rights only to the eDirectory objects and file systems that are used for GroupWise.

- If you have multiple administrators who are each responsible for a domain (a distributed GroupWise administration model), you can restrict their rights to only those eDirectory objects and file systems associated with their GroupWise domain.

- If you have one administrator whom you want to control all links between domains, you can assign rights to the eDirectory objects and file systems associated with domains links.

The following two sections, "File System Rights" on page 1054 and "eDirectory Rights" on page 1054, provide general information about the file system rights and eDirectory object and property rights needed to perform GroupWise administration tasks.

The final section, "Common Types of GroupWise Administrators" on page 1058, lists some common types of GroupWise administrators (for example, Domain administrator and Post Office administrator) and the specific file system and eDirectory rights they need.

## File System Rights

A GroupWise administrator must have an account (or security equivalence) that provides the following rights to the directories listed below:

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| sys:\public (for ConsoleOne and GroupWise Administrator snap-ins) | Read<br>File Scan | Not applicable |
| Any GroupWise system directory the administrator is responsible for. This includes:<br>• domain directories<br>• post office directories<br>• software distribution directories<br>• library storage area directories | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |
| Any directory in which the GroupWise agents are installed.<br>For NetWare, the default directory is sys:\system.<br>For Windows NT*/2000, the default directory is c:\grpwise (for the MTA, POA, and Internet Agent) and c:\webacc (for the WebAccess Agent). | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |

## eDirectory Rights

The eDirectory object and property rights an administrator requires depend on the administrative tasks he or she needs to perform. In GroupWise administration, there are five basic tasks an administrator can perform:

- Create and delete objects (for example, domains, post offices, gateways, agents, libraries, resources, external entities, and distribution lists).

SAMNDCA630-07874059

- Modify object properties (for example, moving a GroupWise user from one post office to another or deleting a GroupWise user from a distribution list).

- Modify link information (for example, defining whether Domain 1 links directly to Domain 3 or indirectly to Domain 3 through Domain 2).

- Perform system operations (for example, managing software distribution directories, creating administrator-defined fields, and setting up eDirectory user synchronization).

- Perform maintenance operations (for example, rebuilding domain and post office databases, analyzing and fixing user and message databases, and changing a user's client options).

## Creating and Deleting Objects

The following rules apply to creating or deleting a GroupWise object (for example, domain, post office, gateway, agent, library, resource, external entity, or distribution list):

- To create a GroupWise object, the administrator must have Create object rights in the container where he or she is creating the object. To delete a GroupWise object, the administrator must have Delete object rights to the GroupWise object's container.

- If creating or deleting the object requires modification of a second object's properties, the administrator must have Read and Write rights to the second object's NGW: GroupWise ID property and all other affected properties. For example, when you create a distribution list, the list is assigned to a post office. Therefore, the administrator needs Read and Write rights to the post office object's NGW: GroupWise ID property and NGW: Distribution List Member property.

For information about giving a user rights to an object or an object's properties or restricting a user's rights to an object or an object's properties, see "Granting or Removing Object and Property Rights" on page 1064.

## Modifying Object Properties

Each eDirectory object has certain properties that hold information about the object. For example, a User object includes Full Name, Given Name, Last Name, Network Address, and Title properties. The following rules apply to modifying an object's properties:

- Each object has an NGW: GroupWise ID property. The administrator must always have Read and Write rights to the NGW: GroupWise ID property for the object being modified. Without rights to the NGW: GroupWise ID property, no modifications can be made to any of the object's GroupWise properties.

- The administrator must have Read and Write rights to the property being modified. For example, to change a user's visibility within the GroupWise system, the administrator requires Read and Write rights to the user object's NGW: GroupWise ID property and NGW: Visibility property.

- If the modification affects a second object's properties, the administrator must have Read and Write rights to the second object's affected properties. For example, when you move a user from one post office to another, the move affects properties for 1) the User object, 2) the Post Office object from which you are moving the user (the source post office) and 3) the Post Office object to which you are moving the user (the target post office). Therefore, the administrator must have 1) Read and Write rights for the User object's NGW: GroupWise ID property and NGW: Post Office property, 2) Read and Write rights for the source post office object's NGW: GroupWise ID property and Members property, and 3) Read and Write rights for the target post office object's NGW: GroupWise ID property and Members property.

SAMNDCA630-07874060

Modifications to an object can fail for the following reasons:

♦ The administrator does not have the appropriate rights to the object's properties. For example, to restrict an administrator from moving a user from one post office to another, you could 1) not give the administrator Read and Write rights to the source or target post office object's NGW: Members property or 2) not give the administrator Read and Write rights to the user object's NGW: Post Office property.

♦ The administrator, in addition to modifying properties he or she has rights to, attempts to modify a property he or she does not have rights to modify. For example, if an administrator has rights to modify a user's mailbox ID and visibility but does not have rights to modify the mailbox expiration date, any modifications made to the mailbox ID and visibility will fail if the administrator tries to modify the mailbox expiration date at the same time.

In general, a GroupWise administrator should have Read and Write rights to all GroupWise properties for the objects he or she needs to administer. This ensures that the administrator will be able to modify all GroupWise information for the objects. In addition, an administrator should also have Read and Write rights to other eDirectory properties used by GroupWise. For example, Full Name is an eDirectory User object property used by GroupWise. For a list of GroupWise objects, GroupWise object properties, associated eDirectory object properties, see "eDirectory Object and Properties Rights" on page 1061.

For information about giving a user rights to modify an object's properties or restricting a user's rights to modify an object's properties, see "Granting or Removing Object and Property Rights" on page 1064.

### Modifying Link Information

By default, when an administrator creates a domain or post office, the links to other domains or post offices are automatically created. Because there are many different ways you can configure your domain and post office links, you can use the Link Configuration utility to modify how domains and post offices are linked together. You can also use object and property rights to determine which administrators have the ability to modify link information. The following rules apply to modifying link information:

♦ To modify the links for post offices within a domain, the administrator must have Read and Write rights to the NGW: GroupWise ID property for the Domain object and the Post Office objects. In addition, the administrator must have Write rights to the NGW: Link Configuration property for the Domain object.

♦ To modify the links between domains, the administrator must have Read and Write rights to the NGW: GroupWise ID property for each Domain object, and Write rights to the NGW: Link Configuration property for each Domain object.

Because correct domain and post office links are essential to the proper functioning of your GroupWise system, you might want to assign link configuration tasks to a single administrator and restrict other administrators' abilities to modify link information. Or, if you have a multiple-domain system with multiple administrators, you could have one administrator responsible for all domain links and the other administrators responsible for the post office links for their domains. For information about giving a user rights to an object's properties (or restricting a user's rights to an object's properties), see "Granting or Removing Object and Property Rights" on page 1064.

SAMNDCA630-07874061

**Performing System Operations**

The system operations that a GroupWise administrator can perform in ConsoleOne are listed on the Tools > GroupWise System Operations menu.



The Select Domain, Pending Operations, and Restore Area Management operations are always available to GroupWise administrators. To perform any of the other system operations, an administrator must have Read and Write rights to the NGW: GroupWise ID property for the primary Domain object. In GroupWise systems that span multiple eDirectory trees, the administrator's current tree must be the tree in which the primary Domain object is located.

You can restrict the ability to perform system operations (other than Select Domain, Pending Operations, and Restore Area Management) to only those GroupWise administrators who connect to the primary domain database. To do so, you use the Restrict System Operations to Primary Domain option (Tools menu > GroupWise System Operations > System Preferences > Admin Lockout). Administrators connected to secondary domain databases would see the GroupWise System Operations menu with only the Select Domain, Pending Operations, and Restore Area Management options available.



For information about giving a user rights to an object's properties or restricting a user's rights to an object's properties, see "Granting or Removing Object and Property Rights" on page 1064.

SAMNDCA630-07874062

## Performing Maintenance Operations

To perform maintenance operations such as validating, recovering, or rebuilding domain databases; fixing user, resource, or post office databases; or changing a user's client options, an administrator must have Read and Write rights to the NGW: GroupWise ID property for the object being modified. For example, to rebuild a domain database, an administrator requires Read and Write rights to the NGW: GroupWise ID property for the Domain object. Or, to change a user's client options, an administrator requires Read and Write rights to the NGW: GroupWise ID property for the User object.

For information about giving a user rights to an object's properties or restricting a user's rights to an object's properties, see "Granting or Removing Object and Property Rights" on page 1064.

# Common Types of GroupWise Administrators

The following sections provide information about assigning directory, object, and property rights to some common types of GroupWise administrators:

* "Domain Administrator" on page 1058
* "Post Office Administrator" on page 1059
* "Link Configuration Administrator" on page 1060

## Domain Administrator

A Domain administrator is a GroupWise administrator who has all file system and eDirectory rights needed to create and maintain a single GroupWise domain.

### File System Rights

A Domain administrator requires the file system rights listed in the following table.

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| sys:\public (for ConsoleOne and GroupWise Administrator snap-ins) | Read<br>File Scan | Not applicable |
| Any GroupWise system directory the administrator is responsible for. This includes:<br><br>• domain directories<br>• post office directories<br>• software distribution directories<br>• library storage area directories<br><br>If the domain is not yet created, it will be necessary to give the administrator rights to the directories where it will be created. | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |
| The GroupWise agent directories.<br><br>For NetWare, the default directory is sys:\system.<br><br>For Windows, the default directory is c:\grpwise. | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |

SAMNDCA630-07874063

DEFENDANT'S EXHIBIT NO. 324.1059

### eDirectory Rights

A Domain administrator requires Read and Write rights to properties for the objects listed below.

- **Domain object:** Only the domain the administrator is responsible for unless he or she will also configure domain links. If so, the administrator also needs rights to the NGW: GroupWise ID and NGW: Link Configuration properties for the other Domain objects.

- **Post Office objects:** All post offices in the domain.

- **Gateway objects:** All gateways in the domain.

- **User objects:** All users in the domain.

- **Resource objects:** All resources in the domain.

- **Distribution List objects:** All distribution lists in the domain.

- **Library objects:** All libraries in the domain.

- **Agent objects:** All MTAs and POAs in the domain.

- **External Entity objects:** All resources in the domain.

In most cases, the administrator does not need rights to all of the object properties. After reviewing the list of objects, if you want to restrict an administrator's rights to only the required properties, see "eDirectory Object and Properties Rights" on page 1061.

In addition, the administrator must have Create and Delete rights in any container in which one of the objects listed above will be created or deleted.

For a listing of the explicit object properties to which the administrator requires rights, see "eDirectory Object and Properties Rights" on page 1061.

## Post Office Administrator

A Post Office administrator is a GroupWise administrator who has all file system and eDirectory rights needed to create and maintain a single GroupWise post office.

### File System Rights

A Post Office administrator requires the file system rights listed in the following table.

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| sys:\public (for ConsoleOne and GroupWise Administrator snap-ins) | Read<br>File Scan | Not applicable |
| The domain directory | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |

SAMNDCA630-07874064

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| The following directories:<br><br>• post office directory<br><br>• library storage area directories for libraries assigned to the post office | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |
| The directory for the Post Office Agent.<br><br>For NetWare, the default directory is sys:\system.<br><br>For Windows, the default directory is c:\grpwise. | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan<br>Access Control | Full Control |

### eDirectory Rights

A Post Office administrator requires Read and Write rights to properties for the objects listed below.

In most cases, the administrator does not need rights to all of the object properties. After reviewing the list of objects, if you want to restrict an administrator's rights to only the required properties, see "eDirectory Object and Properties Rights" on page 1061.

• **Post Office object:** Only the post office that the administrator is responsible for.

• **User objects:** All users with accounts on the post office.

• **Resource objects:** All resources assigned to the post office.

• **Distribution List objects:** All distribution lists assigned to the post office.

• **Library objects:** All libraries assigned to the post office.

• **Agent objects:** Only the post office's POA.

• **External Entity objects:** All external entities with accounts on the post office.

In addition, the administrator must have Create and Delete rights in any container in which one of the objects listed above will be created or deleted.

## Link Configuration Administrator

A Link Configuration administrator has all file system and eDirectory rights needed to create and maintain the links between GroupWise domains.

### File System Rights

A Link Configuration administrator requires the file system rights listed in the following table.

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| sys:\public (for ConsoleOne and GroupWise Administrator snap-ins) | Read<br>File Scan | Not applicable |

SAMNDCA630-07874065

DEFENDANT'S EXHIBIT NO. 324.1061

| Directory | NetWare Rights | Windows Permissions |
|---|---|---|
| Domain directory | Read<br>Write<br>Create<br>Erase<br>Modify<br>File Scan | Full Control |

### eDirectory Rights

A Post Office administrator requires Read and Write rights to the properties for the objects listed below.

| Object | Property |
|---|---|
| Domain (all domains) | NGW: GroupWise ID<br>NGW: Link Configuration |

# eDirectory Object and Properties Rights

The table below lists the GroupWise objects and their properties.

Some properties are specific only to GroupWise. GroupWise-specific properties begin with NGW or ngw. Other properties are common eDirectory properties used by GroupWise objects. Common eDirectory properties do not begin with NGW or ngw.

| Object | Property |
|---|---|
| Domain | NGW: File ID<br>NGW: GroupWise ID<br>NGW: Language<br>NGW: Link Configuration<br>NGW: Location<br>NGW: Network Type<br>NGW: Time Zone ID<br>NGW: Type<br>NGW: Version<br>ngwDefaultWebAccess<br>CN<br>Description<br>Member |

SAMNDCA630-07874066

| Object | Property |
|--------|----------|
| Post Office | NDA: Port |
| | NGW: Access Mode |
| | NGW: Distribution List Member |
| | NGW: Domain |
| | NGW: File ID |
| | NGW: GroupWise ID |
| | NGW: Language |
| | NGW: Library Member |
| | NGW: Location |
| | NGW: Network Type |
| | NGW: Resource Member |
| | NGW: Time Zone ID |
| | NGW: Version |
| | ngwDefaultWebAccess |
| | ngwLDAPServerAddress |
| | CN |
| | Description |
| | Member |
| Gateway | NGW: Domain |
| | NGW: File ID |
| | NGW: GroupWise ID |
| | NGW: Language |
| | NGW: Location |
| | NGW: Platform |
| | NGW: Time Zone ID |
| | NGW: Type |
| | ngwProviderComm |
| | ndaReferenceList |
| | ndaServiceList |
| | ndaXISSettings |
| | CN |
| | Description |
| User | NGW: Account |
| | NGW: File ID |
| | NGW: Gateway Access |
| | NGW: GroupWise ID |
| | NGW: Mailbox Expiration Date |
| | NGW: Object ID |
| | NGW: Post Office |
| | NGW: Visibility |
| | ngwNLSInfo |
| | Department |
| | Description |
| | EMail Address |
| | Fax Number |
| | Given Name |
| | Internet EMail Address |
| | Last Name |
| | Telephone |
| | Title |

SAMNDCA630-07874067

| Object | Property |
|--------|----------|
| Resource | NGW: File ID<br>NGW: GroupWise ID<br>NGW: Owner<br>NGW: Post Office<br>NGW: Type<br>NGW: Visibility<br>CN<br>Description |
| Distribution List | NGW: Blind Copy Member<br>NGW: Carbon Copy Member<br>NGW: GroupWise ID<br>NGW: Post Office<br>NGW: Visibility<br>CN<br>Description<br>Member |
| Library | NGW: Archive Max Size<br>NGW: Document Area Size<br>NGW: File ID<br>NGW: GroupWise ID<br>NGW: Library Display Name<br>NGW: Post Office<br>NGW: Starting Version Number<br>CN<br>Description<br>Member |
| Agent | NGW: File ID<br>NGW: GroupWise ID<br>NGW: Platform<br>NGW: Type<br>ngwProxyServerAddress<br>ndaServiceList<br>ndaXISSettings<br>CN<br>Description<br>Network Address |
| External Entity | NGW: Account ID<br>NGW: External Net ID<br>NGW: File ID<br>NGW: GroupWise ID<br>NGW: Mailbox Expiration Time<br>NGW: Object ID<br>NGW: Post Office<br>NGW: Visibility<br>Department<br>Description<br>EMail Address<br>Fax Number<br>Given Name<br>Internet EMail Address<br>Last Name<br>Telephone<br>Title |

SAMNDCA630-07874068

# Granting or Removing Object and Property Rights

You can use trustee assignments to grant or restrict rights to an object and its properties. The following steps provide one way to grant or remove a user's rights to an object or its properties. For additional methods, see your eDirectory documentation.

**1** Right-click the object in the eDirectory tree, then click Trustees of this Object.

**2** Click Add Trustee to display the Select Object dialog box.

**3** Browse for and select the User object, then click OK to display the Rights Assigned to Selected Objects dialog box.

**4** Set the object and property rights you want. If necessary, add additional properties. Click Help for additional information.

**5** Click OK when finished.

SAMNDCA630-07874069

DEFENDANT'S EXHIBIT NO. 324.1065

# 85

## GroupWise Agent Rights

When you create domains and post offices, ConsoleOne[R] creates the directory structures and Agent objects with all the required rights to enable the agents to function properly, regardless of link type between locations and including requirements for Novell[R] eDirectory™ user synchronization. No manual adjustment of agent rights is necessary in GroupWise 6.*x*.

You can check the POA's rights to the post office directory by starting it using the /rights switch in the POA startup file.

SAMNDCA630-07874070

DEFENDANT'S EXHIBIT NO. 324.1066

SAMNDCA630-07874071

DEFENDANT'S EXHIBIT NO. 324.1067

# 86 GroupWise User Rights

GroupWise[R] users require specific Novell[R] eDirectory™ rights and, in some cases, specific file system rights in order for the GroupWise client to function properly. The following sections provide information about the required rights and how to supply them.

- "eDirectory Rights" on page 1067
- "File System Rights" on page 1069

## eDirectory Rights

By default, ConsoleOne[R] is configured to automatically provide a GroupWise user's required eDirectory rights when you add the user to a post office. You can, however, configure GroupWise Administrator to not assign rights automatically, in which case you would need to manually assign eDirectory rights.

The following sections provide information about how to configure ConsoleOne to automatically set GroupWise users' eDirectory rights and how to manually set these rights:

- "Configuring ConsoleOne to Automatically Set eDirectory Rights When Creating User Accounts" on page 1067
- "Manually Granting eDirectory Rights" on page 1068

### Configuring ConsoleOne to Automatically Set eDirectory Rights When Creating User Accounts

By default, the GroupWise Administrator snap-in for ConsoleOne is configured to automatically set the eDirectory rights required by a GroupWise user. This is done when you create the user's GroupWise account.

For GroupWise Administrator to be able to set these rights, you must have sufficient administrative rights to eDirectory. If you don't have sufficient rights to manually set the user's access rights, GroupWise Administrator will not have sufficient rights to set them automatically. In general, we recommend that you be an Admin equivalent. For more information, see Chapter 84, "GroupWise Administrator Rights," on page 1053.

If you choose not to grant eDirectory rights automatically, you will want to manually set the rights to ensure that users have appropriate access. For instructions, see "Manually Granting eDirectory Rights" on page 1068.

To configure whether or not GroupWise Administrator automatically assigns rights to users when you create GroupWise accounts:

**1** In ConsoleOne, click the Tools menu > GroupWise System Operations > System Preferences to display the GroupWise System Preferences dialog box.

SAMNDCA630-07874072



**2** To have GroupWise Administrator automatically set access rights, select the Set Access Rights Automatically When Creating a GroupWise User option.

or

To turn off this option, deselect the Set Access Rights Automatically When Creating a GroupWise User option.

**3** Click OK to save your changes.

## Manually Granting eDirectory Rights

At startup, the GroupWise client must know the following:

- The post office where the user has an account.
- Whether to connect to the user's post office in direct access mode or client/server access mode.

The user can supply this information in the GroupWise Startup dialog box that appears or use the /ph-*path to post office*, /ipa-*IP address*, /ipp-*TCP port*, and /@u-*userID* startup options.

If you do not want users to have to supply this information, you can give users rights to the eDirectory objects shown below. When a user has rights to the objects, the GroupWise client can read the object's information in eDirectory to determine the user's post office and access mode. This requires users to be logged in to eDirectory.

| Object and Properties | Rights |
|---|---|
| User object | Browse |
| NGW:Post Office | Read |
| Post Office object | Browse |
| NGW:Location | Read |
| NGW:Access Mode | Read |
| POA object | Browse |
| NGW:Type | Read |
| Network Address | Read |

### GroupWise Name Server (NGWNAMESERVER)

The following information applies to users running the GroupWise client in client/server access mode.

If you do not want to provide eDirectory rights to GroupWise users as explained above, or if you have GroupWise users who don't log in to eDirectory, you can set up a GroupWise name server.

SAMNDCA630-07874073

DEFENDANT'S EXHIBIT NO. 324.1069

A GroupWise name server enables users to access their post office without knowing the IP address and port number of the POA.

The GroupWise name server is a DNS host entry for one of the POAs in your GroupWise system. At startup, the GroupWise client automatically looks for the GroupWise name server. When a user reaches the POA designated as the GroupWise name server, the POA redirects the user to the IP address and port number of the POA that services the user's post office.

The primary GroupWise name server must be named ngwnameserver. You can set up one backup GroupWise name server and name it ngwnameserver2. Both POAs must use the default TCP port of 1677.

To set up a GroupWise name server:

1 Use your tool of choice for modifying DNS.

2 Create an entry for the IP address of the POA you want to designate as the primary GroupWise name server, then give it the hostname ngwnameserver.

3 Create an entry for the IP address of the POA you want to designate as the backup GroupWise name server, then give it the hostname ngwnameserver2.

# File System Rights

Listed below are the locations you need to consider when assigning file system rights to GroupWise users:

- **Domain Directory:** Users do not require file system access to the domain directory.

- **Post Office Directory:** The recommended post office access mode for the GroupWise client is client/server (TCP/IP), which means that the user does not require file system access to the post office. Therefore, ConsoleOne does not assign any file system rights when you add a user to a post office.

  If you want to use direct access mode (mapped drive or UNC path), you will need to manually assign users the required file system rights to their post office directories. For instructions, see "Granting File System Rights to the Post Office Directory" on page 1069.

- **GroupWise Software Distribution Directory:** If you want users to have file system rights to a GroupWise software distribution directory to install or run the GroupWise client, you will need to manually assign rights. For instructions, see "Granting File System Rights to the Software Distribution Directory" on page 1071.

- **Mailbox Backup Directory:** For users to restore their mailbox from a network backup directory, they need the appropriate file system rights to the directory. For more information, see "Granting File System Rights to the Mailbox Backup Directory" on page 1071.

## Granting File System Rights to the Post Office Directory

The following information applies only to users who are running the GroupWise client in direct access mode. Users who are running in client/server access mode do not require rights to the post office directories.

To increase security in your post office directories, you should restrict rights as shown in the following table.

SAMNDCA630-07874074

DEFENDANT'S EXHIBIT NO. 324.1070

| Directories | NetWare Rights | Windows NT Permissions |
|---|---|---|
| *post office* | RWC—F | Change |
| agents | —— | No Access |
| nlm | ------ | No Access |
| language | ------ | No Access |
| nt | —— | No Access |
| language | —— | No Access |
| gwdms | RW—-F | Change |
| lib*x* | RW—-F | Change |
| index | RW—-F | Change |
| archive | RW—-F | Change |
| ar*xx* | RW—F | Change |
| docs | RWCEMF | Full Control |
| fd*x* | RWCEMF | Full Control |
| offiles | R----F | Change |
| fd*x* | RWCEMF | Full Control |
| ofmsg | RWCEMF | Full Control |
| ofuser | RWCEMF | Full Control |
| index | RW—-F | Change |
| ofviews | ------ | No Access |
| win | R—-F | Read |
| ofwork | R—F | Read |
| ofdirect | RWCEMF | Full Control |
| wpcsin | RWCEMF | Full Control |
| 0-7 | -WC-M- | Change |
| problem | -WC-M- | Change |
| wpcsout | —— | No Access |
| ads | ------ | No Access |
| 0-7 | ----- | No Access |
| chk | RWCEMF | Full Control |
| 0-3 | -WC-M- | Change |

SAMNDCA630-07874075

| Directories | NetWare Rights | Windows NT Permissions |
|---|---|---|
| defer | -WC-M- | Change |
| ofs | RWC-MF | Full Control |
| 0-7 | RWC-MF | Full Control |
| problem | -WC-M- | Change |

## Granting File System Rights to the Software Distribution Directory

The software distribution directory contains the GroupWise client for Windows. To set up and run the GroupWise client, users require the directory rights listed in the table below.

| Directories | NetWare Rights | Windows Permissions |
|---|---|---|
| *software distribution directory* | R---F | Read |
| admin | ------ | No Access |
| agents | ------ | No Access |
| client | R----F | Read |
| ofviews | R----F | Read |
| win32 | R---F | Read |
| internet | ------ | No Access |
| domain | ------ | No Access |
| po | ------ | No Access |

**IMPORTANT:** Users require rights only to the client directory and subdirectories. The other directories (admin, agents, domain, internet, and po) are administration directories that users should not have access to.

## Granting File System Rights to the Mailbox Backup Directory

If you've backed up a user's network mailbox, or a user has backed up his or her local mailbox, to a network location, the user requires Read and Write file system rights to the backup directory in order to restore his or her mailbox.

SAMNDCA630-07874076

DEFENDANT'S EXHIBIT NO. 324.1072

SAMNDCA630-07874077

DEFENDANT'S EXHIBIT NO. 324.1073

# 87 Spam Protection

Unwanted Internet e-mail messages (spam) can be a distracting nuisance to GroupWise® client users. Your first line of defense against spam is the Internet Agent. Your second line of defence is the Junk Mail Handling feature of the GroupWise Windows client.

- "Configuring the Internet Agent for Spam Protection" on page 1073
- "Configuring the GroupWise Client for Spam Protection" on page 1073

## Configuring the Internet Agent for Spam Protection

In ConsoleOne®, you can configure the Internet Agent to reject messages in certain situations:

- Messages are received from known open relay hosts or spam hosts (Internet Agent object > Access Control tab > Blacklists page).

- Messages are received from any hosts that you specifically do not want to receive messages from (Internet Agent object > Access Control tab > edit the default class of service > set Allow Incoming Messages, prevent Incoming Messages, and Exceptions as needed).

- Thirty messages are received within 10 seconds from the same sending host (Internet Agent object > SMTP/MIME Settings tab > Security Settings page). The number of message and the time interval can be modified to identify whatever you consider to be a potential mailbomb.

- Messages are received from SMTP hosts that are not using the AUTH LOGIN host authentication method (/forceinboundauth startup switch).

- The sender's identify cannot be verified (Internet Agent object > SMTP/MIME Settings tab > Security Settings page).

For detailed setup instructions on these anti-spam security measures, see Chapter 51, "Blocking Unwanted E-Mail," on page 719.

Messages that are identified as spam by the Internet Agent are not accepted into your GroupWise system.

## Configuring the GroupWise Client for Spam Protection

The Junk Mail Handling feature in the GroupWise client is enabled by default, although you can control its functionality in ConsoleOne (Domain, Post Office, or User object > Tools menu > GroupWise Utilities > Client Options > Environment > General tab).

The Junk Mail Handling feature provides users with the following options for dealing with unwanted messages that have not been stopped by the Internet Agent:

- Individual e-mail addresses or entire Internet domains can be placed on the user's Block List. Messages from blocked addresses never arrive in the user's mailbox.

SAMNDCA630-07874078

- Individual e-mail addresses or entire Internet Domains can be placed on the user's Junk List. Messages from these addresses are automatically delivered to the Junk Mail folder in the user's mailbox. The user can configure automatic deletion of items in the Junk Mail folder and can also create rules to act on items placed in the Junk Mail folder.

- Messages from users whose addresses are not in the user's personal address books can be automatically delivered to the Junk Mail folder.

For detailed usage instructions for the Junk Mail Handling feature in the GroupWise client, see "Handling Unwanted Mail" in "Working with Items in Your Mailbox" in the *GroupWise 6.5 Windows Client User Guide*.

The Junk Mail Handling feature is not available in the GroupWise WebAccess client.

SAMNDCA630-07874079

# 88 Virus Protection

Virus protection for your GroupWise$^{K}$ system is provided by third-party products, including:

- GWAVA* by Beginfinite*

- RAV* AntiVirus* by GeCAD Software*

- IronMail* by CipherTrust*

- GWGuardian* by The Messaging Architects*

For information about these security products for use with your GroupWise system, see the Partner Product Guide (http://www.novell.com/partnerguide/).

SAMNDCA630-07874080

DEFENDANT'S EXHIBIT NO. 324.1076

SAMNDCA630-07874081

# XVI Documentation Updates

This section lists updates to the *GroupWise 6.5 Administration Guide* that have been made since the initial release of GroupWise™ 6.5. The information will help you to keep current on documentation updates and, in some cases, software updates (such as a Support Pack release).

The information is grouped according to the date when the *GroupWise 6.5 Administration Guide* was republished. Within each dated section, the updates are listed by the names of the main table of contents sections.

The *GroupWise 6.5 Administration Guide* has been updated on the following dates:

- "February 6, 2006 (GroupWise 6.5 SP6)" on page 1077
- "October 31, 2005" on page 1079
- "September 19, 2005 (GroupWise 6.5 SP5)" on page 1079
- "February 28, 2005 (GroupWise 6.5 SP4)" on page 1081
- "November 30, 2004 (GroupWise 6.5 SP3)" on page 1083
- "September 30, 2004" on page 1084
- "June 25, 2004 (GroupWise 6.5 SP2 and GroupWise 6.5 for Linux SP2)" on page 1085
- "May 3, 2004 (GroupWise 6.5 for Linux)" on page 1086
- "October 31, 2003" on page 1092
- "July 16, 2003 (GroupWise 6.5 SP1)" on page 1094

## February 6, 2006 (GroupWise 6.5 SP6)

| Location | Change |
|---|---|
| **System** | |
| "Client Languages" on page 103 | Explained that the GroupWise client user guides are not translated into all of the languages into which the software is translated and linked to a list of languages in which the client user guides are available. |
| **Post Offices** | |
| "Restricting the Size of Messages That Users Can Send" on page 175 | Added information about message size restrictions between your GroupWise system and the Internet. |
| **Databases** | |

SAMNDCA630-07874082

| Location | Change |
|---|---|
| "Starting GWCheck on a Linux Workstation" on page 394 | Indicated that the GWCheck RPM is available in the /client subdirectory as well as the /admin subdirectory of your software distribution directory. |
| **Post Office Agent** | |
| "Restricting Message Size between Post Offices" on page 455 | Explained what happens if the message exceeds the limit; added a link to other methods of message size restriction. |
| **Message Transfer Agent** | |
| "Restricting Message Size between Domains" on page 588 | Explained what happens if the message exceeds the limit; added a link to other methods of message size restriction. |
| "Adjusting MTA Polling of Input Queues in the Domain, Post Offices, and Gateways" on page 636 | Indicated that gateways are also affected by the MTA scan cycle settings. |
| **Internet Agent** | |
| "Creating a Class of Service" on page 706 | Explained what happens if the message exceeds the limit; added a link to other methods of message size restriction. |
| "/defaultcharset" on page 780 | Included examples where the character set name includes hyphens (-). |
| **WebAccess Agent** | |
| "Assigning a Default WebAccess Agent to a Post Office" on page 815 | Added information about how this setting is used to select an appropriate default WebAccess Agent for a post office. |
| "Assigning a Default WebAccess Agent to a Domain" on page 816 | Added information about how this setting is used to select an appropriate default WebAccess Agent for a domain. |
| "/http" on page 897 | Updated the syntax for the /http startup switch. Prior to Support Pack 5, this switch enabled HTTP using 7211 as the default port number. Starting in Support Pack 5, you must specify the port number. |
| **Client** | |
| "Send Options: Disk Space Management" on page 995 | Added a link to other methods of message size restriction. |
| **Security** | |
| "Manually Granting eDirectory Rights" on page 1068 | Made corrections to the rights table to list the properties associated with the POA object. |

SAMNDCA630-07874083

DEFENDANT'S EXHIBIT NO. 324.1079

# October 31, 2005

| Location | Change |
|---|---|
| **System** | |
| "Import" on page 68 and "Export" on page 71 | Updated the location where you can download the Import/Export utility. |
| **Users** | |
| "Disabling and Enabling GroupWise Accounts" on page 214 | Explained that, after a GroupWise account has been disabled, proxy users can still access it. |
| **Databases** | |
| "Using DBCopy on Linux Servers" on page 412 | Corrected the path to the dbcopy executable; added the -I switch. |
| **Internet Agent** | |
| "Configuring POP3/IMAP4 Services" on page 684 | Compared POP3 capabilities of the Internet and the POA. |
| "Using Paging" on page 689 | Corrected the pager e-mail address so that the /l and /b switches follow the address. |
| **Client** | |
| "Setting Client Options" on page 976 | Clarified that setting a lock on an option setting at a higher level such as a post office overrides that option setting at a lower level such as a user. |

# September 19, 2005 (GroupWise 6.5 SP5)

| Location | Change |
|---|---|
| **System** | |
| Chapter 1, "GroupWise System Administration," on page 33 | Added an overview of GroupWise administration. |
| Chapter 2, "ConsoleOne Administration Tool," on page 35 | Added an overview of ConsoleOne®, including how to install and start it on Windows and Linux. |
| Chapter 6, "GroupWise Addressing," on page 81 | Consolidated sections related to addressing into a single section. |
| "Nickname Overrides" on page 96 | Explained how you can now configure Internet addressing on nicknames. |

SAMNDCA630-07874084

| Location | Change |
|---|---|
| Chapter 7, "Multilingual GroupWise Systems," on page 103 | Added a new section for non-English GroupWise administrators. |
| **Domains** | |
| "Converting a Secondary Domain to a Primary Domain" on page 126 | Added a step for connecting to the primary domain before performing the conversion. |
| "Deleting a Domain" on page 128 | Added a step for connecting to the primary domain before deleting the domain. Added a step for stopping the MTA and uninstalling the agent software if applicable. |
| **Post Offices** | |
| "Deleting a Post Office" on page 184 | Added a step for stopping the POA and uninstalling the agent software if applicable. |
| **Users** | |
| "Creating a Nickname for a User" on page 213 | Removed the incorrect information that nicknames are not valid Internet addresses. Internet users can address a message to *nickname@host*. |
| **Distribution Lists, Groups, and Organizational Roles** | |
| "Deleting a Distribution List" on page 244 | Provided steps for deleting multiple distribution lists in the same post office. |
| "Removing a Group from GroupWise" on page 254 | Corrected the instructions. It is possible to remove a group from GroupWise without deleting it from eDirectory™. |
| "Removing an Organizational Group from GroupWise" on page 259 | Corrected the instructions. It is possible to remove an organization group from GroupWise without deleting it from eDirectory. |
| **Databases** | |
| Chapter 31, "Backing Up GroupWise Databases," on page 375 | Improved backup instructions for Linux and Windows users. |
| "GroupWise Check" on page 391 | Added a link to GroupWise Check error codes. |
| "Starting GWCheck on a Windows Workstation" on page 393 | Explained how to get the Repair Mailbox item to appear on the Tools menu in the GroupWise Windows client. |
| "Executing GWCheck from a Windows Batch File" on page 398 | Added the /pa switch. |
| "Executing GWCheck from a Linux Script" on page 398 | Added the —pa switch. |

SAMNDCA630-07874085

| Location | Change |
|---|---|
| "GWTSA Functionality" on page 399 | Added the ofmsg directory to the list of directories that the GWTSA backs up. |
| **Post Office Agent** | |
| "Enhancing Post Office Security with SSL Connections to the POA" on page 458 | Specified the default location for SSL certificate files and key files. |
| "Providing LDAP Server Configuration Information" on page 461 | Corrected the information about using SSL connections between the POA and LDAP servers. |
| **Internet Agent** | |
| "Setting Up Paging" on page 688 | Added two missing steps. |
| /flatfwd | Improved the explanation of the switch. |
| **Monitor** | |
| Chapter 65, "Starting the Monitor Agent," on page 903 | Noted that you do not need to be logged in as root to start the Monitor Agent on Linux. Added instructions for stopping the Monitor Agent on Linux and Windows. |
| "Understanding the Monitor Agent Consoles" on page 906 | Added a general comparison of the Monitor Agent consoles. |
| Chapter 70, "Comparing the Monitor Agent Consoles," on page 953 | Added more detail to the Monitor Agent console comparison table. |
| **Client** | |
| "LaunchMessenger=" on page 1006 | Added a section to the setup.cfg file configuration on how to launch GroupWise Messenger. |
| **Security** | |
| "Bypassing Mailbox Passwords to Respond to Corporate Mandates" on page 1036 | Tied in information about trusted applications. |

# February 28, 2005 (GroupWise 6.5 SP4)

| Location | Change |
|---|---|
| **System** | |
| "System Operations" on page 43 | Explained what you would see when connected to a secondary domain if Restrict System Operations to Primary Domain is selected under System Preferences. |

| Location | Change |
|---|---|
| **Post Offices** | |
| "Auditing Mailbox License Usage in the Post Office" on page 180 | Indicated that the process of auditing mailbox license usage can be added to a POA scheduled event. |
| **Users** | |
| "Moves Between GroupWise 6.x Post Offices" on page 199 | Clarified that client option settings are typically not lost when a user's mailbox is moved from one post office to another. |
| "Removing GroupWise Accounts" on page 215 | Noted that when a GroupWise account is deleted, the user's personal databases (such as an archive, a Caching mailbox, or a Remote mailbox) are not affected. |
| **Databases** | |
| "Maintaining Domain and Post Office Databases" on page 345, "Maintaining User/ Resource and Message Databases" on page 353, and "Maintaining Library Databases and Documents" on page 359 | Explained that damage to databases cannot be prevented but generally can be repaired by the GroupWise database maintenance tools. |
| "Setting Up a Restore Area" on page 381 | Clarified that, if you specify a new directory as a restore area, ConsoleOne does not create the directory when it creates the Restore Area object. It is the Target Service Agent that performs the restore that creates the new directory. |
| **Post Office Agent** | |
| "Scheduling Database Maintenance" on page 467 and "Scheduling Disk Space Management" on page 469 | Explained that you cannot create or edit a POA scheduled event if you are connected to a secondary domain and Restrict System Operations to Primary Domain is selected under System Preferences. |
| **Message Transfer Agent** | |
| "Using MTA Startup Switches" on page 643 | Removed the /queuethreshold startup switch. |
| **Internet Agent** | |
| "Classes of Service" on page 705 | Improved the explanation of the default class of service and emphasized that the message size limit set in the default class of service is treated as the GroupWise system message size limit for incoming messages from the Internet. |
| "Blocked.txt File" on page 721 | Clarified that wildcard characters can be used in hostnames as well as IP addresses in the blocked.txt file. There is no size limit on the blocked.txt file. |
| /dontreplaceunderscore, | Clarified the usage of the /dontreplaceunderscore startup switch. |
| **Monitor** | |

SAMNDCA630-07874087

| Location | Change |
|---|---|
| "Using Monitor Agent Switches" on page 957 | Added some switches that were missing from the list. |
| **Client** | |
| "Distributing the GroupWise Client" on page 1003 | Moved the SetupIP information out of its own section and into this section, along with the other client software distribution methods, to make it easier to find. |
| "Supporting the GroupWise Client in Multiple Languages" on page 1021 | Added instructions for supporting GroupWise in a multilingual environment. |
| **Security** | |
| "Generating a Certificate Signing Request and Private Key" on page 1041 | Added examples of Linux paths with certificate and key filenames. |
| "Creating Your Own Certificate" on page 1043 | Indicated that on Linux, the Certificate Server snap-in to ConsoleOne is installed by default. Noted that you can use iManager as well as ConsoleOne to create server certificates. |

## November 30, 2004 (GroupWise 6.5 SP3)

| Location | Change |
|---|---|
| **Databases** | |
| "Running GWTSA" on page 400 | Clarified the GWTSA command with improved examples. |
| "NetWare Target Service Agent for File Systems" on page 403 | Introduced the improved capabilities of the NetWare Target Service Agent for File Systems (TSAFS) for backing up GroupWise. |
| "GroupWise Time Stamp Utility" on page 405 | Noted that the Time Stamp (GWTMSTMP) utility is not needed when using TSAFS to back up a GroupWise 6.5 system where Support Pack 3 has been installed. |
| **Post Office Agent** | |
| "Controlling Client Redirection Inside and Outside Your Firewall" on page 458 | Added instructions for controlling client redirection. |
| "/imapreadlimit" on page 533 | Added a new startup switch. |
| "/ip" on page 535 | Clarified that the IP address specified by the /ip switch is associated with all POA ports (HTTP, IMAP, and so on). |
| **Internet Agent** | |
| "Creating a Class of Service" on page 706 | Explained how to create an entry in the Allow Messages From list for messages where the username is blank. |

SAMNDCA630-07874088

| Location | Change |
|----------|--------|
| "Using Internet Agent Log Files" on page 746 and "Log File Switches" on page 800 | Changed the log file naming convention from *mmdd*log.*nnn* to *mmdd*gwia.*nnn*, which distinguishes Internet Agent log files from other agent log files. |
| "/dontreplaceunderscore" on page 778, "/keepsendgroups" on page 779, and "/imapreadlimit" on page 794 | Added new startup switches. |
| **Security** | |
| "Requiring GroupWise Passwords" on page 1034 | Added Caching mode in the Cross-Platform client to the list of circumstances where a GroupWise password is required. |

# September 30, 2004

| Location | Change |
|----------|--------|
| **System** | |
| "Trusted Applications" on page 62 | Pointed out that trusted applications rely on the MTA for message transfer. |
| "Override Options" on page 91 | Clarified how to handle e-mail addresses that are not being processed correctly in the selected address format. |
| **Users** | |
| "Monitoring User Move Status" on page 203 | Added the Retry Mailbox Item Retrieval status. |
| "Creating a Nickname for a User" on page 213 | Emphasize that a nickname must be unique. |
| **Distribution Lists** | |
| "Adding Members to a Distribution List" on page 242 | Explained the difference between distribution lists and shared groups in the client. |
| "Adding External Users to a Distribution List" on page 248 | Explained how to add external users to a distribution list. |
| **Databases** | |
| "Gathering Mailbox Statistics" on page 367 | Explained how to sent mailbox statistics to users in addition to the administrator. |
| "GWTSA Functionality" on page 399 | Clarified that the GWTSA supports whatever backup capabilities are available in the backup software with which it is used. |
| **Post Office Agent** | |

SAMNDCA630-07874089

DEFENDANT'S EXHIBIT NO. 324.1085

| Location | Change |
|---|---|
| "Adjusting the POA Logging Level and Other Log Settings" on page 446 and "/loglevel" on page 542 | Clarified the verbose logging does not degrade POA performance. |
| **Message Transfer Agent** | |
| "Adjusting the MTA Logging Level and Other Log Settings" on page 588 and "/loglevel" on page 652 | Clarified the verbose logging does not degrade MTA performance. |
| **Internet Agent** | |
| "Using Internet Agent Log Files" on page 746 | Clarified the verbose and diagnostic logging does not degrade Internet Agent performance. |
| "Alphabetical List of Switches" on page 767 | Corrected the spelling of the /noesmtp switch. |
| **WebAccess Agent** | |
| "Blocked.txt File" on page 721 | Added examples of IP address ranges for use in the blocked.txt file |
| "Controlling WebAccess Agent Logging" on page 832 and "/loglevel" on page 898 | Clarified the verbose and diagnostic logging does not degrade WebAccess Agent performance |
| **Monitor** | |
| "Configuring Proxy Service Support for the Monitor Web Console" on page 925 | Added instructions for configuring the Monitor Agent and Monitor Web console to support proxy service through a firewall. |
| "Configuring Monitor Agent Log Settings" on page 925 | Clarified the verbose and diagnostic logging does not degrade Monitor Agent performance |
| **Client** | |
| "Custom Views" on page 983 | Noted that custom views cannot be created in GroupWise but are used by third-party products. |
| **Security** | |
| "Creating Your Own Certificate" on page 1043 | Added instructions for generating a public certificate in ConsoleOne. |

# June 25, 2004 (GroupWise 6.5 SP2 and GroupWise 6.5 for Linux SP2)

| Location | Change |
|---|---|
| **Databases** | |

SAMNDCA630-07874090

| Location | Change |
|---|---|
| "GroupWise Database Copy Utility" on page 412 | Indicated that DBCopy can now copy domains as well as post offices. |
| **Message Transfer Agent** | |
| "/lrwaitdata" on page 652 | Added a new startup switch. |
| **Internet Agent** | |
| /defaultcharset /popintruderdetect /realmailfrom | Added some new startup switches. |
| **WebAccess** | |
| "Configuring User Access to WebAccess Features" on page 826 | Updated the URL for information about Stellent viewers. |

# May 3, 2004 (GroupWise 6.5 for Linux)

| Location | Change |
|---|---|
| **System** | |
| Chapter 3, "GroupWise View," on page 37 | Mentioned that the screen shots in the *GroupWise 6.5 Administration Guide* are from the Windows version of ConsoleOne, but the Linux version offers the same functionality. |
| "System Preferences" on page 44 | Explained the new Linux Settings tab in the GroupWise System Preferences dialog box in ConsoleOne. |
| "Select Domain" on page 43 | Explained that, in the Linux version of ConsoleOne, UNC paths are interpreted with the first item in the path being the Linux server and subsequent items being directories in the path. |
| "System Preferences" on page 44 | Explained the mount directory system preference available in the Linux version of ConsoleOne. |
| "Import" on page 68 and "Export" on page 71 | Indicated that the Import/Export utility is not available on Linux. |
| "Check eDirectory Schema (Linux Only)" on page 73 | Added the Check eDirectory Schema utility available in the Linux version of GroupWise. |
| **Domains** | |
| "Choosing the Domain Name" on page 114 | Clarified that domain names cannot contain asterisks (*). |
| "Deciding Where to Create the Domain Directory" on page 114 | Pointed out that domains can now be located on Linux servers and that domain directory names must consist of lowercase letters. |

SAMNDCA630-07874091

| Location | Change |
|---|---|
| "MTA Access to New Post Offices: Mapped and UNC Links vs. TCP/IP Links" on page 116 | Mentioned that the Linux MTA requires TCP/IP links to the POA. |
| **Post Offices** | |
| "Choosing the Post Office Name" on page 151 | Clarified that post office names cannot contain asterisks (*). |
| "Deciding Where to Create the Post Office Directory" on page 152 | Pointed out that post offices can now be located on Linux servers and that post office directory names must consist of lowercase letters. |
| "Managing Disk Space Usage in the Post Office" on page 171 | Explained that the Cross-Platform client does not currently respect mailbox size limits set in ConsoleOne. |
| "Auditing Mailbox License Usage in the Post Office" on page 180 | Added the Cross-Platform client to the list of programs that require a full client license. |
| **Resources** | |
| "Creating a New Resource" on page 224 | Clarified that resource names cannot contain asterisks (*). |
| **Distribution Lists and Groups** | |
| "Creating a New Distribution List" on page 239 | Clarified that distribution list names cannot contain asterisks (*). |
| **Libraries and Documents** | |
| "Libraries" on page 263 | Pointed out that you cannot list libraries or select a default library in the Cross-Platform client. |
| "Document Properties" on page 265 | Pointed out that document properties cannot be displayed in the Cross-Platform client. |
| "Document Properties" on page 265 | Pointed out that you cannot create new documents in the Cross-Platform client. |
| "Document Properties" on page 265 | Pointed out that you cannot configure document properties in ConsoleOne on Linux. However, you can use the Windows version of ConsoleOne to configure document properties for libraries located on Linux. |
| "Choosing the Library Name" on page 270 | Clarified that library names cannot contain asterisks (*). |
| **Databases** | |
| "Backing Up a Post Office" on page 375 | Recommended using the GroupWise Database Copy utility (DBCopy) to assist with backing up post offices on Linux. |
| "Restoring Deleted Mailbox Items" on page 381 | Pointed out that the Cross-Platform client cannot access a restore area. |

SAMNDCA630-07874092

| Location | Change |
|---|---|
| "Starting GWCheck on a Linux Workstation" on page 394 and "Executing GWCheck from a Linux Script" on page 398 | Explained how to use GWCheck on Linux. |
| "GroupWise Time Stamp Utility" on page 405 | Pointed out that GWTMSTMP is not available on Linux. |
| "GroupWise Database Copy Utility" on page 412 | Explained how to use DBCopy on Linux. |
| **Post Office Agent** | |
| "Post Office Access Mode" on page 422 | Mentioned that the Cross-Platform client requires a TCP/IP connection to the POA. |
| "Client/Server Processing" on page 423 | Pointed out that Remote mode is not available in the Cross-Platform client. |
| "Cross-Platform Issues in the Post Office" on page 425 | Added Linux and Macintosh to the list of platform alternatives. |
| "POA/Post Office Platform Dependencies Because of Direct Access Requirements" on page 426 | Updated the cross-platform matrix with Linux information. |
| "Starting the Linux POA" on page 433 | Added information about starting the Linux POA. |
| "Uninstalling the Linux POA" on page 436 | Added information about uninstalling the Linux POA. |
| "Adjusting the POA for a New Post Office Location" on page 445 | Added information about the Linux POA startup file. |
| "Using Client/Server Access to the Post Office" on page 447 | Updated the information about the default number of physical and application connections. |
| "Simplifying Client/Server Access with a GroupWise Name Server" on page 449 | Added information about modifying DNS on Linux servers. |
| "Configuring Trusted Application Support" on page 466 | Added information about configuring the POA to support trusted applications. |
| "Monitoring the POA from the POA Agent Console" on page 475 | Explained that the --show switch is required in order to display the Linux POA agent console. |
| "Stopping the POA" on page 480 | Added information about stopping the Linux POA when it is running in the background as a daemon. |

SAMNDCA630-07874093

| Location | Change |
|---|---|
| "Checking the POA Operating System Environment" on page 493 | Added information about the Linux POA Web console Environment page. |
| "Setting Up SNMP Services for the Linux POA" on page 500 | Added steps for setting up SNMP on Linux. |
| "Copying and Compiling the POA MIB File" on page 502 | Explained where to find the POA MIB file. |
| "Using Platform-Specific POA Monitoring Tools" on page 505 | Added Linux monitoring tools. |
| "Adjusting the Number of POA Threads for Client/ Server Processing" on page 507 | Updated the information about adjusting the number of POA TCP handler threads. |
| "Adjusting the Number of Connections for Client/ Server Processing" on page 508 | Updated the information about adjusting the number of physical and application connections. |
| Chapter 40, "Using POA Startup Switches," on page 523 | Added Linux switches to the list of POA startup switches. |
| "@filename" on page 526 | Added information about the Linux POA startup file. |
| "/log" on page 541 | Added information about the Linux POA log file. |
| **Message Transfer Agent** | |
| "Cross-Platform Issues between Domains and Post Offices" on page 561 | Added Linux to the list of platform alternatives. |
| "MTA Platform Dependencies Because of Direct Access Requirements to Post Offices" on page 562 | Updated the domain to post office cross-platform matrix with Linux information. |
| "MTA Platform Dependencies Because of Direct Access Requirements to the Domain" on page 562 | Updated the domain to domain cross-platform matrix with Linux information. |
| "Starting the Linux MTA" on page 570 | Added information about starting the Linux MTA. |
| "Uninstalling the Linux MTA" on page 573 | Added information about uninstalling the Linux MTA. |

SAMNDCA630-07874094

| Location | Change |
|----------|--------|
| "Changing the Link Protocol between Domains" on page 579 and "Changing the Link Protocol between a Domain and Its Post Offices" on page 583 | Pointed out that TCP/IP links are required between domains and post offices on Linux. |
| "Adjusting the MTA for a New Location of a Domain or Post Office" on page 587 | Added information about the Linux MTA startup file. |
| "Enabling eDirectory User Synchronization" on page 599 | Added steps for setting up eDirectory user synchronization for the Linux MTA |
| "Monitoring the MTA from the MTA Agent Console" on page 605 | Explained that the --show switch is required in order to display the Linux MTA agent console. |
| "Stopping the MTA" on page 609 | Added information about stopping the Linux MTA when it is running in the background as a daemon. |
| "Checking the MTA Operating System Environment" on page 620 | Added information about the Linux MTA Web console Environment page. |
| "Setting Up SNMP Services for the Linux MTA" on page 628 | Added steps for setting up SNMP on Linux. |
| "Copying and Compiling the MTA MIB File" on page 630 | Explained where to find the MTA MIB file. |
| "Using Platform-Specific MTA Monitoring Tools" on page 633 | Added Linux monitoring tools. |
| Chapter 46, "Using MTA Startup Switches," on page 643 | Added Linux switches to the list of MTA startup switches. |
| "@filename" on page 645 | Added information about the Linux MTA startup file. |
| "/log" on page 651 | Added information about the Linux MTA log file. |
| **Internet Agent** | |
| "Modifying Log Settings in ConsoleOne" on page 747 | Added the location for Internet Agent log files on Linux. |
| "How to Use Startup Switches" on page 765 | Added the location for the Internet Agent configuration files (gwia.cfg) on Linux. |
| /nomappriority /killthreads /ldapserverport /smtpport /xspam | Added new Internet Agent startup switches. |

SAMNDCA630-07874095

DEFENDANT'S EXHIBIT NO. 324.1091

| Location | Change |
|---|---|
| **WebAccess** | |
| "Installing Additional Components on Linux" on page 809 | Added WebAccess installation instructions for Linux. |
| "Specifying a WebAccess Agent in the WebAccess URL" on page 813 | Added the WebAccess URL for Linux. |
| "Modifying WebAccess Settings" on page 829 | Added the WebAccess default disk cache path for Linux. |
| "Controlling the Agent's Logging" on page 832 | Added Linux to the table of WebAccess logging information. |
| "Modifying Log Settings in ConsoleOne" on page 833 | Added the default location for WebAccess Agent log files on Linux. |
| "Modifying Log Settings through Startup Switches" on page 834 | Added the location of the WebAccess Agent startup file for Linux. |
| "Automating Reattachment to NetWare Servers" on page 839 | Added the location of the default WebAccess temporary directory on Linux. |
| "Adding or Removing Service Providers" on page 844 | Mentioned that, on Linux, WebAccess includes a third service provider, the WebAccessDocumentProvider. |
| **Monitor** | |
| "Starting the Linux Monitor Agent" on page 903 | Added instructions for starting the Linux Monitor Agent. |
| Chapter 66, "Configuring the Monitor Agent," on page 909 and Chapter 67, "Using the Monitor Agent Console," on page 927 | Clarified that the Monitor Agent console is available only on Windows, not on Linux. |
| "Displaying the Monitor Web Console" on page 947 | Added the URL for displaying the Monitor Web console on Linux. |
| Chapter 71, "Creating a PQA File for the Monitor Web Console," on page 955 | Clarified that a PQA file for the Monitor Web console can be created on Windows, but not on Linux. |
| Chapter 72, "Using Monitor Agent Switches," on page 957 | Added information about the Linux Monitor Agent configuration file and startup switches. |
| **Client** | |
| "GroupWise Modes" on page 965 | Noted that Remote mode is not available in the Cross-Platform client. |

SAMNDCA630-07874096

DEFENDANT'S EXHIBIT NO. 324.1092

| Location | Change |
|----------|--------|
| "Allowing or Forcing Use of Caching Mode" on page 966 | Emphasized the need for manual backups if the administrator forces Caching mode on Cross-Platform client users. |
| "Accounts Menu" on page 972 | Noted that the Accounts menu where you set up POP3, IMAP4, and NNTP accounts is not available in the Cross-Platform client. |
| "Client Options Summary" on page 973 | Indicated which client options are recognized by the Cross-Platform client. |
| "Using GroupWise AutoUpdate and SetupIP to Distribute the GroupWise Windows Client" on page 1003 | Noted that SetupIP and AutoUpdate do not apply to the Cross-Platform client. |
| "Using Red Carpet to Distribute the GroupWise Cross-Platform Client" on page 1020 | Pointed out that Red Carpet can be used to distribute the Cross-Platform client software. |
| "Using GroupWise Check with the Cross-Platform Client" on page 1024 | Explained how Cross-Platform client users can use GroupWise Check on Linux and noted that GroupWise Check is not available on Macintosh. |
| Chapter 78, "Startup Switches for the GroupWise Client," on page 1025 | Marked which startup switches are not available in Cross-Platform client. |
| **Security** | |
| "Generating a Certificate Signing Request and Private Key" on page 1041 | Explained how to start the GroupWise Generate CSR utility (gwcsrgen) on Linux. |

## October 31, 2003

| Location | Change |
|----------|--------|
| **Users** | |
| "Checking GroupWise Account Usage" on page 214 | Added links to information about identifying unused GroupWise accounts and measuring message traffic from individual GroupWise mailboxes. |
| **Databases** | |
| "Gathering Mailbox Statistics" on page 367 | Updated the Expire Statistics options. |
| "Reducing the Size of User and Message Databases" on page 369 | Updated the Expire/Reduce options. |
| Chapter 32, "Restoring GroupWise Databases from Backup," on page 379 | Updated the bulleted list with the last item, which had been missing |

SAMNDCA630-07874097

| Location | Change |
|---|---|
| **Post Office Agent** | |
| "Scheduling Disk Space Management" on page 469 | Updated the Expire/Reduce options. |
| **Internet Agent** | |
| "Using Extended SMTP (ESMTP) Options" on page 663 | Added information about supported ESMTP extensions. |
| "Customizing MIME Preamble Text" on page 678 | Made a correction to give the file size in bytes, not kilobytes. |
| **Client** | |
| "Setting Client Options" on page 976 | Indicated that user settings override post office settings, and post office settings override domain settings. |
| "Enabling AutoUpdate" on page 1011 | Added information about the setupip directory being on the *GroupWise 6.5 Client* CD. |
| "Setupip.fil File" on page 1004 | Added information about the setupip directory being on the *GroupWise 6.5 Client* CD. |
| **Security** | |
| "Requiring GroupWise Passwords" on page 1034 | Added external entities as a situation where GroupWise passwords are required. |
| "Synchronizing GroupWise Passwords and LDAP Passwords" on page 1036 | Explained that the equivalent of password synchronization between GroupWise and eDirectory™ can be accomplished using LDAP authentication. |
| "Using LDAP Passwords Instead of GroupWise Passwords" on page 1036 | Clarified that GroupWise passwords are sometimes required even when LDAP authentication is enabled, and provided steps for changing both GroupWise passwords and LDAP passwords in the GroupWise client. |

SAMNDCA630-07874098

DEFENDANT'S EXHIBIT NO. 324.1094

# July 16, 2003 (GroupWise 6.5 SP1)

| Location | Change |
|---|---|
| **System** | |
| "Editing a Trusted Application" on page 62 | Added information about the new Provides Message Retention Service setting that is required if a trusted application is used to retain user messages (for example, by copying them from GroupWise databases to a storage medium). |
| "System Preferences" on page 44 | Under Admin Preferences (step 2), documented the new Display DirXML Warnings setting. |
| | Under Admin Lockout Settings (step 7), documented the new Lock Out Older GroupWise Administration Snap-Ins settings. |
| "Wildcard Addressing Syntax" on page 102 | Clarified information about the addressing syntax available for each of the wildcard addressing settings (Limit to Post Office, Limit to Domain, Limit to System, and Unlimited). |
| **Domains** | |
| "Deciding Where to Create the Domain Directory" on page 114 | Clarified that you can create domains on NetWare® 4.2 and NetWare 3.12 servers, although you cannot run the agents on these versions of NetWare. |
| Chapter 8, "Creating a New Domain," on page 109 | Provided links for instructions about creating domains in a Novell® cluster and a Microsoft cluster. |
| **Post Offices** | |
| "Deciding Where to Create the Post Office Directory" on page 152 | Clarified that you can create post offices on NetWare 4.2 and NetWare 3.12 servers, although you cannot run the agents on these versions of NetWare. |
| Chapter 11, "Creating a New Post Office," on page 147 | Provided links for instructions about creating post offices in a Novell cluster and a Microsoft cluster. |
| **Users** | |
| "Creating a Single GroupWise Account" on page 190 | Documented that GroupWise mailbox IDs cannot contain periods. |
| "Educating Your New Users" on page 196 | Included suggestions for helping new users get started with GroupWise. |
| **Databases** | |
| "Re-creating a User Database" on page 356 | Clarified a limitation of using the Recreate User Database action of Mailbox/Library Maintenance, specifically that all folder assignments are lost, so that the user must completely reorganize his or her re-created mailbox. |
| "Recovering Deleted GroupWise Accounts" on page 384 | Removed instructions for manually distribution list membership for a recovered GroupWise account. The Recover Deleted Account now handles this automatically. |

SAMNDCA630-07874099

DEFENDANT'S EXHIBIT NO. 324.1095

| Location | Change |
|---|---|
| Chapter 33, "Retaining User Messages," on page 387 | Documented GroupWise support for trusted applications that perform message retention services. When you enable message retention services for a user, the user is unable to purge or archive mailbox items until after the trusted application has copied the items from the user's mailbox to another storage location. |
| "GWTSA Startup Switches" on page 403 | Clarified that the /log switch turns on logging and displays a logging screen. The log file is created in the sys:\system\tsa directory. |
| "GroupWise Time Stamp Utility" on page 405 | Added information about how to use the GroupWise Time Stamp utility to manually add backup, restore, and retention time stamps to user databases. |
| **Post Office Agent** | |
| Chapter 36, "Installing and Starting the POA," on page 427 | Provided links for instructions about installing the POA in a Novell cluster and a Microsoft cluster. |
| "Supporting CAP Clients" on page 451 | Documented that you can configure the POA so that users of CAP clients can connect to their GroupWise mailboxes. |
| "Securing Client/Server Access through a Proxy Server" on page 456 | Documented that you can now specify different numbers for the local intranet client/server port and the Internet proxy client/server port.<br><br>Documented that the POA Web console now lists proxy server addresses and ports along with POA server addresses and ports. |
| "Performing Nightly User Upkeep" on page 472 | Explained how to generate the downloadable system Address Book for Remote client users between the regular once-daily cycles. |
| "Using NetWare 6.5 Remote Manager" on page 498 | Added information about using NetWare Remote Manager to view the IP address and port numbers assigned to a POA running on a NetWare 6.5 server. |
| **Message Transfer Agent** | |
| Chapter 42, "Installing and Starting the MTA," on page 565 | Provided links for instructions about installing the MTA in a Novell cluster and a Microsoft cluster. |
| "Using NetWare 6.5 Remote Manager" on page 626 | Added information about using NetWare Remote Manager to view the IP address and port numbers assigned to a MTA running on a NetWare 6.5 server. |
| **Internet Agent** | |
| "Understanding the Accounting File's Fields" on page 717 | Added information about the accounting file. |
| "Monitoring the Internet Agent through NetWare 6.5 Remote Manager" on page 744 | Added information about using NetWare Remote Manager to view the IP address and port numbers assigned to an Internet Agent running on a NetWare 6.5 server. |
| **WebAccess** | |

SAMNDCA630-07874100

DEFENDANT'S EXHIBIT NO. 324.1096

| Location | Change |
|---|---|
| "Defining User Interfaces" on page 846 | Documented the new Logout URL setting that enables you to define template-specific logout URLs for WebAccess in ConsoleOne rather than in the webacc.cfg file. |
| "Securing WebAccess Application Sessions" on page 850 | Disable Caching: Documented the moving of the Disable Caching feature from the WebAccess Application object's Templates page to the Security page. Also documented that the feature now controls Web browser caching in addition to proxy server caching. |
| | Single Sign-On: Clarified information about the password and username that must be included in a trusted server's authentication header in order for single sign-on to work properly. |
| "Controlling Availability of WebAccess Features" on page 852 | Added information about the new Maximum Document View Size feature. |
| "Defining User Interfaces" on page 862 | Documented the new Logout URL setting that enables you to define template-specific logout URLs for WebPublisher in ConsoleOne rather than in the webpub.cfg file. |
| "Controlling Availability of WebPublisher Features" on page 865 | Added information about the new Maximum Document View Size feature. |
| Chapter 60, "Customizing the WebAccess Interface," on page 873 | Documented the new customization.properties file that enables you to change the default logo and colors used in the WebAccess interface. |
| "Monitoring the WebAccess Agent through NetWare 6.5 Remote Manager" on page 881 | Added information about using NetWare Remote Manager to view the IP address and port numbers assigned to a WebAccess Agent running on a NetWare 6.5 server. |
| Chapter , "Monitoring the WebAccess Application," on page 882 | Documented the new Web console for the WebAccess Application. The Web console enables you to use a Web browser to view information about the users currently logged in to WebAccess, view log file information, and view configuration information. |
| "/http" on page 897 | Documented the /http switch that can be used to enable the WebAccess Agent's Web console if it is not already enabled in ConsoleOne. |
| **Client** | |
| "Setting Client Options" on page 976 | Added instructions for setting client options on multiple User objects at once. |
| "Environment Options: Retention" on page 986 | Documented the new Retention option that was added as a GroupWise client Environment option. |

SAMNDCA630-07874101