# Plaisant + Neonode



SDX2693