DEFENDANT'S EXHIBIT
NO. 313.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

| | |
|---|---|
| **From:** | Ulrich Pfeifer <pfeifer@bastet.informatik.uni-dortmund.de> |
| **Sent:** | Friday, March 14, 1997 12:59 AM |
| **To:** | fhur@bastet.informatik.uni-dortmund.de; goevert@bastet.informatik.uni-dortmund.de; pfeifer@bastet.informatik.uni-dortmund.de |
| **Subject:** | freeWAIS-sf (hosts) |

```
US Educational      337
US Commercial       272
Germany             250
France              229
Japan               191
US Government       144
Network             113
United Kingdom       97
Canada               87
Non-Profit           82
Italy                68
Netherlands          53
Sweden               41
Spain                36
Australia            33
Finland              30
United States        28
Switzerland          28
Belgium              19
Mexico               18
US Military          17
Soviet Union         17
Russian Federation   17
Poland               14
Austria              14
Norway               13
Korea (South)        13
Czech Republic       10
China                 9
Hong Kong             8
Singapore             7
Taiwan                7
Ukraine               7
Argentina             6
Denmark               6
Malaysia              5
Estonia               5
Portugal              5
Romania               4
Israel                4
```

1



| | |
|---|---|
| Greece | 4 |
| Brazil | 4 |
| Chile | 3 |
| Lithuania | 3 |
| Indonesia | 3 |
| South Africa | 3 |
| Slovenia | 3 |
| New Zealand | 2 |
| Turkey | 2 |
| Hungary | 2 |
| Luxembourg | 2 |
| Iceland | 1 |
| India | 1 |
| Thailand | 1 |
| Unresolved | 389 |
| Local | 17 |
| = total = | 2784 |

2

Confidential

PFEIFERNDCA630-00004626