DEFENDANT'S EXHIBIT
NO. 321.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

<u>Summary of SUSE Linux 10.0 Press Releases</u>

**"Novell Announces Availability of SUSE Linux 10.0; Latest Edition is the First to Include Input from the Recently Launched openSUSE Project"**
*M2 Presswire, M2 Communications Ltd.*, **September 7, 2005**
**SAMNDCA630-07673915 through SAMNDCA630-07673917**

Novell today announced SUSE$^{TM}$ Linux 10.0 will be available in retail and online stores in early October 2005. SUSE Linux 10.0 is uniquely designed among Linux* distributions to create an easy, user-friendly experience, delivering everything that enthusiasts and home users need to get started with Linux. In addition to a full featured desktop, SUSE Linux 10.0 includes more than 1,500 open source Linux applications and packages that can be optionally installed for advanced Web hosting, application development and home networking. The retail version comes with installation support and comprehensive manuals to help users get the most out of Linux at a very low cost. As a result, both home users and developers who want to leverage the power, security and reliability of Linux can tap SUSE Linux 10.0 as a cost-effective choice for their core computing needs.

SUSE Linux 10.0 is created by the openSUSE project, a recently launched community initiative sponsored by Novell that promotes the use of Linux everywhere. A first for Novell, SUSE Linux 10.0 will include code changes and bug fixes initiated with developer input from across the worldwide Linux community. Thanks to active developer involvement and interest in the beta versions, SUSE Linux 10.0 will establish new benchmarks for ease of installation, configuration and use.

The full featured desktop delivered in SUSE Linux 10.0 includes the newest version of the popular Firefox Web browser; the latest version of the Windows-compatible OpenOffice.org 2.0 office suite; email and instant messaging clients; graphics creation, editing, and management applications; plus important security tools like spam blockers, anti-virus software and an integrated firewall. Among the numerous new and updated features are the Beagle desktop search engine and Amarok with MP3 support out of the box.

"As this release of SUSE Linux 10.0 shows, Novell continues to extend its vision for its business and retail products," said Chris Ingle, group consultant at IDC. "SUSE Linux has always had one of the fullest feature sets of any distribution. While these features are valued by customers, Novell's focus on ease of use aims to make the distribution accessible to a wider user base. Key to Novell's success with future product releases will be building a community at openSUSE.org which works well with the existing Linux community and drives wider adoption of open source products." . . .

Availability and Pricing

Available in October, SUSE Linux 10.0 will be offered globally via all major retail channels at the suggested retail price of $59/Euros (€) 59, a 44 percent price improvement over earlier versions. For a list of resellers and distributors, please

DEFENDANT'S EXHIBIT NO. 321.002

visit: http://www.novell.com/products/linuxprofessional/resellers/index.html. For more information on the openSUSE project, please visithttp://www.opensuse.org.

About Novell

Novell, Inc. (Nasdaq: NOVL) is a leading provider of infrastructure software and services to over 50,000 customers in 43 countries. With more than 20 years of experience in data center, workgroup and desktop solutions, Novell's 6,000 employees, 5,000 partners and support centers around the world are meeting customer requirements for identity-driven computing and Linux solutions. By providing enterprise-class software and support for commercial and open source software, Novell delivers increased operating flexibility and choice at a lower total cost of ownership. More information about Novell can be found athttp://www.novell.com.
Novell is a registered trademark and SUSE is a trademark of Novell, Inc. in the United States and other countries. . . .

LOAD-DATE: September 7, 2005


**"Novell Launches the Better Desktop Initiative for the Open Source Community; Extensive Usability Research, Including Video Trials, is Now Available to Developers Worldwide at betterdesktop.openSUSE.org"**
*M2 Presswire, M2 Communications Ltd.*, **October 11, 2005**
**SAMNDCA630-07673918 through SAMNDCA630-07673919**

WALTHAM, Mass. Novell today announced the launch of the Better Desktop initiative, a new component of the openSUSE project that provides open source developers with usability testing data and resources they can use to improve the quality of the Linux* desktop. . . .

openSUSE.org Momentum

The Better Desktop initiative is the latest addition to the fast-growing openSUSE project. Sponsored by Novell, openSUSE.org is a communtity-based effort that involves developers worldwide in the review, testing and development of SUSE Linux with the goal of making it accessible to end users, not just developers. In the first eight weeks alone, more than 4 million page views have been logged at the project site, 7,000 Linux users have registered and beta editions of SUSE Linux 10.0 have been installed more than 30,000 times. With the shipment of SUSE Linux 10.0 last week and the release of the Alpha 1 version of SUSE Linux 10.1, the momentum around the openSUSE project continues to build. . . .

LOAD-DATE: October 11, 2005