# U.S. Patent No. 5,859,636 to Pandit



DX-333

**Fig. 1d**

SDX2558