# Libraries


