# Hyppönen Discloses Every Element of Claim 8



Figure 2(c)

SDX2707