# Auto-correct



SDX2744