# EXHIBIT A

# Unredacted Version of Document Sought to be Sealed

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | Case No. 12-cv-00630-LHK |

**EXPERT REPORT OF JEFFREY CHASE, PH.D**
**REGARDING THE INVALIDITY OF THE ASSERTED CLAIMS OF**
**U.S. PATENT NO. 7,761,414**

ATTORNEYS' EYES ONLY – CONTAINS SOURCE CODE

237. My testing and observation of the Thunderbird software and its functionality is consistent with analysis of source code for Thunderbird, produced by Samsung at production number SAMNDCA630-00791742. I understand that counsel for Samsung collected this source code from Mozilla's publicly available FTP site, and that the source code corresponds to version 1.0.6 of Thunderbird, which was released in July 2005. (*See* Declaration of Mozilla Corp.)

238. ***Windows Mobile with ActiveSync.*** To test the Windows Mobile system, I directed and observed the testing of Windows Mobile 5 software running on two HP iPAQ RX 1950 devices, which I understand were purchased by counsel for Samsung and made available for inspection in this case. To test synchronization of email, address book, and calendar data between the Windows Mobile client and a Microsoft Exchange Server, I oversaw and directed the installation of the Windows Server operating system and Microsoft Exchange Server 2003 software on a third IBM ThinkPad T43 laptop as described above. I understand that counsel for Samsung purchased the Windows Server operating system and Exchange Server software boxed and sealed and produced disk images for the software at production numbers SAMNDCA630-07589148 (Exchange Server 2003) and SAMNDCA630-07589151 (Windows Server 2003). After installation of the Windows Server and Exchange Server software, I directed the installation of an Outlook client, which was included among the Exchange Server Software and produced at SAMNDCA630-0759150SAMNDCA630-07589148-151, on the same laptop in order to access and display email, contacts, and calendar data from the Exchange server. Then I directed the configuration of a wireless network between the laptop running the Exchange Server and the Windows Mobile 5 client device, using a standard wireless router. Through this wireless network I tested and directed the testing of data synchronization between the Windows Mobile client and the Exchange server for email, contacts, and calendar data.

239. In preparation of my opinion concerning the Windows Mobile prior art, I have reviewed extensive source code produced by Microsoft in this case. Based on my analysis of the Windows Mobile 5 source code, I understand how the Windows Mobile 5 software operates. I personally used and inspected the Windows Mobile 5 software running on the HP iPAQ devices, and the functionality I observed was consistent with my analysis of the Windows Mobile 5 source code produced by Microsoft. I further investigated the Windows Mobile 5 software running on the HP iPAQ devices by having former Microsoft employee and Windows Mobile 5 software engineer Robert Levy inspect the HP iPAQ devices and confirm they are running Windows Mobile 5 software. My conversations with Mr. Levy confirm my conclusion that the software on these HP iPAQ devices is in fact Windows Mobile 5 software. In preparation of this report, I also inspected a Palm Treo 700w device running Windows Mobile 5, which I understand was marked as Exhibit 20 to Mr. Levy's deposition in this case. Though I reserve the right to rely on these devices to explain my opinions concerning the Windows Mobile 5 software, my opinions are not specific to these devices and I further reserve the right to rely on any other devices running Windows Mobile 5 software, including any devices produced by parties or third parties in this case.

### B. Evolution Anticipates the Asserted Claims.

240. Evolution is open-source client software for managing email, contacts, address book and calendar information, and for synchronizing that information with various remote servers, such as the Novell GroupWise server and Microsoft's Exchange Server. (*See generally* Novell Evolution 2.4 User Guide, SAMNDCA630-0094438-555; Novell Evolution 2.0 User Guide, SAMNDCA630-07872908-3005.) Evolution was originally developed in the 1999-2000 timeframe as part of the Helix Code project, later named Ximian. (de Icaza Dep. Tr. at 81:1-

Date: August 12, 2013

_____
Jeffrey S. Chase