# EXHIBIT F
# Unredacted Version of Document Sought to be Sealed

CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D. REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME I**

viewable video frames output from an analog video source such as a video camera or VCR, whereas no video yet exists when the image sensor and microphone capture photons and sound waves. These differences are substantial, as shown by the fact that the '239 patent itself discloses both a video camera and the video and audio capture cards: there would be no need to disclose both if they performed the same or equivalent function.

547.  Moreover, for the reasons just discussed in the previous section, the accused components do not perform any function in substantially the same way as the audio and video capture cards or achieve substantially the same result.

548.  In addition, Samsung is estopped from asserting the doctrine of equivalents with respect to FaceTime. As discussed above in Section VI.D.2, during prosecution, the examiner rejected claim 1 as obvious light of Gattis, Dykes, and Guillou. Gattis discloses "[a] teleconferencing system include[ing] desktop computers, external cameras and [p]eripheral apparatus to allow interconnection of two or more terminals to engage in teleconferencing via digital data networks." U.S. Patent No. 5,062,136 ("Gattis") at Abstract. The "video signal" received by the computer in Gattis is digitized, compressed and transmitted in "a continuous fixed rate binary digital data stream" without creating a data file. *Id*. at 3:33-44, 5:36-37. The applicants argued that:

> The Gattis et al ('136) patent lacks a significant element contained within Applicants' independent claims 1 and 12 which is not supplied by Dykes or Guillou. . . . .
>
> Gattis does not contemplate the creation of full-motion composite signal video information into *digitized files which can be stored, transmitted, played or replayed*. This is a *very significant difference*. . . . Thus, Gattis does not disclose the creation of a data file as required by Applicants' claims. . . . [I]n Applicants' inventions, full motion composite signal *is captured into digitized files* and transmitted over narrow (slow) and/or intermittent band

292

installed and used most of these components in the computers I have used over the years both personally and in my research.

### 2. Video Cards and Video Cards with Capture Modules

584. The use of multimedia (such as audio or video) on personal computers was popular with computer users for many years prior to the alleged invention of the '239 patent. Access to multimedia on personal computers became simpler with introduction of lower-cost video cards, both with and without capture modules, in the early 1990s. One example of a video card with a video capture module (which I will occasionally refer to as a "video capture card") is the ActionMedia II Delivery Board with Capture Module ("ActionMedia II") marketed by Intel/IBM. *See*, *e.g.*, ActionMedia Product Delivery Brief [SAMNDCA630-00831231]; ActionMedia II Product Brief [SAMNDCA630-00830181] at SAMNDCA630-00830186-187. The inventors themselves used the ActionMedia II video capture card in their FirstLook Video product embodying the claimed invention. Transcript of Mitchael C. Freeman Deposition ("M.C. Freeman Tr.") at 56:8-13 (referring to Avtex Product Quote to Mitch Freeman [SAMNDCA630-00830180]); *see also* '239 patent at 4:40-41 (describing a video capture card "available commercially from Intel/IBM" that performs video capture, digitization, and compression). Another similar video capture card used by the named inventors was Intel's RT Video Developer's Kit. *See* RT Video Developer's Kit Product Brief [SAMNDCA630-00831185] at SAMNDCA630-00831193; *see also* M.C. Freeman Tr. at 44:13-45:13.

585. Even short videos can be quite large in size when uncompressed, and at the time of the alleged '239 invention, the storage capacity of the hard disk drives on computers and other media was relatively limited, making storage of uncompressed full-motion videos impractical. *See, e.g.*, DVI Article [SAMNDCA630-00830339] at 5 ("Quantifying and storing complex

304

analog information with any degree of fidelity quickly snowballs into a Herculean ordeal. Digitizing a mere 30 seconds of video, for example, piles up more than 600 megabytes of digital information – more than most computer hard drives can store.")  Moreover, transmission of a larger data file required a much longer transmission time, which was exacerbated by the low bandwidths of the frequencies and modem speeds available at the time.  *See, e.g.*, '239 patent at 5:47-51; Sasson 7/31/13 Tr. at 93:17-94:18.  Thus, compression of video was critical.  Video signals generated by external recording devices such as video cameras were also analog, whereas a computer generally only handled digital data.  For this reason, importing video to a computer required digitization of the video.

586. Video capture cards were used for both of these tasks.  A user could attach a standard cable between the computer and a video input device, such as a video camera or VCR, to provide a composite signal to his or her computer.  Then, using available software compatible with the video capture card, the user could operate the computer to capture a video from the external input device and then digitize and compress it into a video data file, which is then stored on the computer's hard disk.  I have used video capture cards similar to those discussed in this report to perform video capture in my research.  *See, e.g.*, '239 patent at 4:28-6:35.  The video data file can then be edited or decompressed and played back by the cards.  *See, e.g.*, '239 patent at 12:28-42.  One example of third-party software used to accomplish these tasks is Microsoft's Video For Windows software application, which is mentioned in the '239 patent for this purpose.  *See, e.g., id*. at 4:41-45; *see also* Video for Windows Manual [APL630DEF-WH-A0000004783].  Popular video data file formats at that time included AVI, MPEG, and QuickTime.  Both the ActionMedia II and the RT Video video capture cards used Video for Windows for capturing and compressing video from an external video camera or VCR.  *See, e.g.*, Intel Indeo Video

Brochure [SAMNDCA630-00831209] at SAMNDCA630-00831213-15; RT Video [SAMNDCA630-00831185] at SAMNDCA630-00831193.

587. This combination of video capture card and Video for Windows could capture and compress video in "real time" – in other words, as the video is captured and digitized, it is immediately compressed without being stored between the two steps. *See, e.g.*, Product Brochures [SAMNDCA630-00831185] at SAMNDCA630-00831193 ("[T]he RT Video Developer's Kit compresses full-motion video at 30 frames-per-second (fps) in real-time – while it is being captured. No additional compression and storage step is required."), SAMNDCA630-00831229-35 (ActionMedia II), SAMNDCA630-00831213 (Indeo Video component of Video for Windows). Previous technology required a two-step process in which the computer would capture and store an uncompressed video data file, and then would compress the stored video data file into smaller size. Due to the small size of standard hard disks at that time, the computer would be limited in how much video it could capture by the size of the uncompressed video data file. Single-step capture and compression avoided the bottle neck caused by the uncompressed video and allowed the computer to more effectively use storage space.

588. These cards were also used for video playback. *See*, *e.g.*, ActionMedia Product Delivery Brief [SAMNDCA630-00831185] at SAMNDCA630-00831205 ("The ActionMedia II Delivery Board is used in both development and playback systems, and may be used alone if audio and video capture are not required as part of the application."). For playback, the card would decompress the digitized, compressed video data, convert it to an analog signal, and play the video on the computer's monitor. *See id*. ("The i750 Video Processor [on the board] performs compression and decompression, manipulates digital video data, and handles screen control functions, all in real time."). A user who wanted to playback video but did not need the

306

ability to capture video could purchase the card without the video capture module. *Id.* (describing the capture module as optional).

589.  The composite signals captured by video capture cards were well-known to persons of ordinary skill in the art.  Composite signals are analog amplitude-time representations of the signal produced by a television camera, the camera-control unit, the sync generator, and for color operation, the color encoder.  *See* Television Engineering Handbook [APL630DEF-WH-A0000036679] at APL630DEF-WH-A0000036689.  The composite signal therefore includes information related to the image and synchronization information that is used to determine the start and stop of a frame.  Therefore, a composite signal is full-motion analog video information that includes audio.  A well-known example of a composite signal cited in the '239 patent is an NTSC (National Television System Committee) signal.  *See, e.g.*, '239 patent at Abstract, 4:31-33, 12:51-60.  NTSC is a long-standing standard for television broadcast signals.  Video cameras and VCRs could output NTSC signals.  *See* Experimental Evaluation of a Video Capture Board (2/93) [APL630DEF-WH-A0000032228] at 7, n.2 ("A[n] NTSC video output is available from any commercial video camera or VCR.").

590.  Video capture cards generally include hardware blocks designed to capture, digitize, and compress composite signals.  As shown below, a typical video capture card has the following basic blocks: an analog-to-digital converter (ADC), buffering, logic to control sampling and synchronization, a bus or network interface, compression.

CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Figure 1: Video Board Block Diagram

*Id.* at 6, Figure 1. The sampling and synchronization logic reads the synchronization information in the composite signal to determine when to sample the signal. *Id.* at 8-9.

591. By the time of the alleged '239 invention, compression methods for images, video, and audio were known. For example, the first JPEG standard was published in 1992. That standard, which is based on the Discrete Cosine Transform ("DCT") algorithm, had been in development and was known years before its publication. In fact, the Kodak SV9600 (described more fully below) used DCT in the 1980s, and the description of the compression algorithm in the 1989 Hadley article (also described below) about the SV9600 essentially describes JPEG and would be easily recognized as such by one of ordinary skill in the art at the time. The basic idea of DCT followed by quantization follow by the zig-zag followed by run-length / Huffman coding was the most prominent approach in the late 1980s to early 1990s. ActionMedia II used JPEG and other video compression algorithms, and could be used to create AVI video files. *See, e.g.*,

**CONTAINS INFORMATION DESIGNATED AS
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

ActionMedia II SDK Product Brief [SAMNDCA630-00831233] at SAMNDCA630-00831235 ("Multiple video compression algorithms:  PLV 2.0, RTV 2.0, JPEG, PIC 2.0"); ]; Microsoft Video For Windows Manual [APL630DEF-WH-A000004783] at 3-43 (specifying Indeo compressor for use with ActionMedia II), 3-48 (files saved in AVI format); Indeo Brochure [SAMNDCA630-00831209] at SAMNDCA630-00831213 ("Uses standard AVI file format). ActionMedia II also used PCM and ADPCM to compress audio and stored the audio with the video in the AVI file.  *See, e.g.,* ActionMedia II SDK Product Brief [SAMNDCA630-00831233] at SAMNDCA630-00831235 ("Multiple audio algorithms:  PCM (stereo and mono), ADPCM").

592.     Video cards with capture modules were widely available in the early 1990s, and persons of ordinary skill in the art were well aware of their existence.  For example, in addition to the articles cited above, the article "Microsoft Goes Hollywood with Video for Windows" describes the Video for Windows software package and discloses the use of the ActionMedia II board to "accept and capture an analog video signal from a camcorder, VCR, or laserdisk player."  Microsoft Goes Hollywood (Jan. 12, 1993) [APL630DEF-WH-A0000020896] at 38.  The article states that the ActionMedia II card with capture module allows a user to "capture video in real time."  *Id.*  Another article, "ShareView Transforms Phones," describes a video telephony system that "operates over analog telephone lines."  ShareView Transforms Phones (Feb. 1, 1993) [APL630DEF-WH-A0000020907] at APL630DEF-WH-A0000020908.  The ShareView system described in the article includes a "video capture and video codec card, and an audio and data communications card."  *Id*.  Many other video capture cards were available on the market.  For instance, the Video Blaster by Creative Labs provided users the ability to connect a VCR or camcorder to a personal computer, and save the captured video to the hard drive.  *See, e.g.*, Multimedia PC (Feb. 1993) [APL630DEF-WH-A0000032199] at 94.

309

VideoSpigot—another video capture card—offered similar capabilities as the Video Blaster and ActionMedia II cards. VideoSpigot allowed users to "capture digital motion video" by "hook[ing] up to a VCR, laserdisc player, or camcorder." VideoSpigot Pours Full-Motion Video Into Your PC (January 26, 1993) [APL630DEF-WH-A0000032317] at 50. Numerous other video capture cards were available in the early 1990s. *See* Multimedia Madness (1994) [APL630DEF-WH-A00000032371] at APL630DEF-WH-A00000032410-17 (describing various video capture cards), APL630DEF-WH-A00000032457-483 (same).

593. I understand that the inventors' own files included multiple examples of publicly available video capture cards in addition to ActionMedia II, including VideoLinx: NTSC Video Display and Capture Card [SAMNDCA630-00829683–84], M&M Pro [SAMNDCA630-00829773], Ventek Model VIP 630C Color Video Image Processor [SAMNDCA630-00829896–97], SuperVIA [SAMNDCA630-00829903], SNAPPlus Video Capture Card [SAMNDCA630-00831388], Pro Movie Spectrum Video Capture Card [SAMNDCA630-00831474–79], D/VISION DVI Capture System [SAMNDCA630-00831505-16], D/VISION PRO Capture System [SAMNDCA630-00831578], Intel Smart Video Recorder [SAMNDCA630-00832153–59, SAMNDCA630-00831775–76], MegaMotion Video Capture Card [SAMNDCA630-00831864], and QuickVia Digital Video Recorder [SAMNDCA630-00832131–32].

### 3. JPEG Compression

594. Digital images may be represented by an array of "picture elements," or "pixels." Pictures taken by a digital camera may store images with millions of pixels. In the mid-1990s when digital cameras first started having significant consumer use, it was typical to acquire images on the order of a digital VGA resolution of 480 x 640 pixels, 3 bytes per pixel (for each

**CONTAINS INFORMATION DESIGNATED AS**
**THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION**

of the colors red, green, blue in a raw "RGB" representation), for a total of 307,200 pixels, using a total of 921,600 bytes.

595. In a monochrome digital image (e.g., a black and white photo), each pixel is a number representing the amount of light, called "luminance," in the corresponding position of the image (the smaller the number the darker the pixel, the larger the number the lighter the pixel). It is common to store a pixel of a monochrome image with a byte (8 bits) that is 0 for black, 255 for white, and values between 0 and 255 correspond to different shades of gray; such an image is often called a gray-scale image.

596. In a color digital image, each pixel is stored as three numbers. For example, for standard RGB color, the three numbers for a particular pixel are the amount of red, green, and blue that can be combined to create the actual color in that position. If all of the red values of the pixels of an image are combined, all of the green values are combined, and all of the blue values are combined, the result is three monochrome images which are combined to form the original image. These three monochrome images are referred to as the color planes of the color image.

597. RGB is one standard way of representing color. Another approach is a color component representation, where the black and white version of the image is stored along with two color component images, which when added to the black and white image form the color image. Two common variations of this idea are the YUV and YCC formats, where the "Y" refers to the black and white image, and the "CC" or "UV" refer to two color component images.

598. Because it has been well known that the human eye is more sensitive to the green portion of the color spectrum, often before applying an image compression algorithm, the color image is converted from RGB to a color component representation like YUV or YCC and then the two color component images are subsampled to form two smaller versions of them.