# EXHIBIT G

# Unredacted Version of Document Sought to be Sealed

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
                    Plaintiff,
7
    vs.                                    NO. 12-CV-00630-LHK
8
    SAMSUNG ELECTRONICS CO., LTD.,
9   a Korean corporation; SAMSUNG
    ELECTRONICS AMERICA, INC., a
10  New York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC,
11  a Delaware limited liability company,
12
                    Defendants.
13  _____/
14
15       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
16       VIDEOTAPED 30(b)(6) DEPOSITION OF TIM MILLET
17                PALO ALTO, CALIFORNIA
18               WEDNESDAY, JUNE 26, 2013
19
20
21  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
22       CSR LICENSE NO. 9830
23       JOB NO. 62891
24
25

1       A    No.
2       Q    Okay.  Are you familiar with bills of
3   materials for Apple products?
4       A    I'm familiar with bills of materials in
5   general.  I -- for Apple products, I can probably
6   guess what they are.
7       Q    Have you ever reviewed a bill of materials
8   for the iPhone 5?
9       A    Probably not.
10      Q    Do you recall reviewing a bill of materials
11  for any Apple product since you joined Apple?
12      A    Yes.
13      Q    Okay.  Which is the one that you recall most
14  recently?
15      A    I'm trying to remember what the product was.
16  I don't believe it was an i -- I think it was a -- an
17  iPod Touch --
18      Q    Okay.
19      A    -- I believe.
20      Q    Do you recall which generation?
21      A    No.
22      Q    Why were you viewing the bill of materials
23  for an iPhone Touch?
24      A    iPod Touch.
25      Q    iPod Touch.  Sorry.