JOINT TRIAL EXHIBIT
NO. 43.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

# JX 43

# Apple iPad 4
# (All Models)