PLAINTIFF'S EXHIBIT NO. 248
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____



Product Briefs

ActionMedia® II
Delivery Board and Capture Module

©INTEL CORPORATION 1992

Intel Corporation makes no warranty for the use of its products and assumes no responsibility for any errors which may appear in this document nor does it make a commitment to update the information contained herein.

Intel retains the right to make changes to these specifications at any time, without notice.

Contact your local sales office to obtain the latest specifications before placing your order.

> DVI, i750 and ActionMedia are registered trademarks of Intel Corporation
>
> Intel386 is a trademark of Intel Corporation
> OS/2 is a registered trademark of IBM Corporation
> Windows is a registered trademark of Microsoft Corporation

Additional copies of this or other Intel literature may be obtained by calling the Intel Literature Department at:

1-800-548-4725.

161DOC000325
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 2 of 11

 ActionMedia® II Delivery Board Product Brief



The ActionMedia II Delivery Board (inset) is designed to share a single expansion slot with the ActionMedia II Capture Module.

## Overview

### Full Multimedia on the Personal Computer

The ActionMedia® II Delivery Board and Capture Module provide application developers with the power to incorporate digital full motion video and audio, stills and graphics into their applications. ActionMedia II products are upwardly compatible with Intel's first generation ActionMedia 750 products. Lower cost and improved video quality are two key improvements to the ActionMedia II boards.

The delivery board is based on Intel's i750® VideoProcessor and can perform still and motion video (with audio) compression, decompression, and video manipulation. This complete multimedia playback solution is available as a single-slot add-in board at a price/performance level unmatched by other products.

The ActionMedia II Delivery Board is used in both development and playback (end-user) systems. For application development and for those applications which require capture of video or audio, a daughter module can be added to digitize video and audio information from an analog video source, such as a VCR, laserdisc player, video camera, etc.

161DOC000326
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 3 of 11

## Features

- **High Performance i750B VideoProcessor**
    - High quality motion video at low data rates
    - Up to 16.8 million color display
    - RTV (Real Time Video) or PLV (Production Level Video) compression algorithms

- **Multimedia Co-Processor Architecture**
    - Low reliance on host CPU
    - Allows real time multi-tasking under DOS, Windows® and OS-2®

- **Powerful Multi-Standard Multi-Format Capture Architecture (optional)**
    - Improved RTV (Real Time Video) Capture
    - Full NTSC and PAL support
    - Capture in one standard, playback in another
    - Capture operates independently from display

- **Programmable Audio DSP**
    - Two channel, high fidelity audio
    - ADPCM support
    - PCM support

- **CD-ROM Interface (SCSI - ISA Board Only)**
    - No separate controller needed for CD-ROM drive

- **Flexible Memory Configurations**
    - Micro Channel Bus version - 2 MB VRAM
    - ISA Bus version - 2 MB VRAM

- **Compatible with VGA or XGA Graphics Systems**

- **Multiple Monitor Configurations Supported**
    - Merged graphics and DVI® video output on the same VGA or XGA screen (XGA requires optional RGB Overlay Cable)
    - Two monitors for separate system graphics and DVI video output

- **Full Diagnostics and On-Board Power-On-Self-Test (POST)**

- **One-Year Limited Warranty**

- **Additional Options**
    - ActionMedia II Capture Module (AM0920)
        - RGB Overlay Cable (AMRGBCBL)
        - Software Products:
            ActionMedia II DOS Libraries (AVSS-ISA Only)
            ActionMedia II Windows SDK
            ActionMedia II OS/2 SDK
    - Third party development tools

## Product Highlights

### Full-Motion Video

The ActionMedia II Delivery Board plays digital full-screen full-motion video and audio for maximum impact in multimedia applications. The i750 video processor performs real-time compression, decompression and manipulation of digital video data and screen control.

Capabilities for motion video playback include:

- Full-color, 30 frame-per-second (fps) video playback from CD-ROM, hard disk, RAM or digital network.

- Real-time, 30 fps motion video compression (when used with the ActionMedia II Capture Module).

- Low data rate allows one hour of full-screen motion video playback from CD-ROM (proportionately more playback capability for smaller windows).

- Presentation quality motion video

- Simultaneous playback of video streams with VGA graphics, text overlays, and accompanying audio.

### True Color Stills

The ActionMedia II Delivery Board can display high-resolution, true color still images at a variety of user-selectable resolutions and pixel formats. Up to 16.8 million colors can be displayed simultaneously, providing the smooth color gradations essential to displaying natural imagery.

161DOC000327
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 4 of 11



ActionMedia II Delivery Board Product Brief

**Pixel Formats**

  9-bit
  16-bit

**Display modes supported:**

  VGA
  XGA

Still images are compressed and stored on CD-ROM or hard disk or transmitted across networks. Compression is controlled by the application developer to meet file size and image quality requirements. For example, depending on compression factor and image resolution, over 40,000 stills can be stored on a single CD-ROM.

**High-Speed Image Manipulation and Graphics**

The on-board 82750PB Pixel Processor provides 25 million pixel operations per second. This performance capability allows Action-Media II systems to decompress and manipulate motion video sequences in real time at CD-ROM and network data rates, and to integrate high-speed graphic and animation functions. While the Pixel Processor draws and manipulates bitmaps in VRAM, the Display Processor (82750DB) draws images on the screen from bitmaps that contain completed images.

**VGA/XGA Merge Capability**

VGA or XGA system text and graphics can be merged with DVI video onto a single monitor.

Single monitor playback applications can be easily designed to display a DVI video window within a screen of VGA or XGA text and graphics.

The system graphics controller can be linked to the ActionMedia II Delivery Board in the following ways:

**VGA-ISA Systems with Feature Connectors:**
  Cables included with the ISA bus ActionMedia II
  Delivery Board can connect the VESA standard
  feature connector on the VGA board or motherboard
  to the ActionMedia II Delivery Board.

**VGA-Micro Channel Systems with Video Bus Extension:**
  The ActionMedia II Delivery Board in a Video Bus
  Extension slot accesses system graphics directly.

**XGA / Non Feature Connector Equipped Systems:**
  The optional RGB overlay cable allows the
  ActionMedia II board to switch between the system and
  DVI video signals.

**High-Fidelity Audio**

High-fidelity mono or stereo, decompression, and playback is provided through a separate on-board digital signal processor (DSP). The ActionMedia II Delivery Board supports up to four streams of audio, dynamically mixed down to two output channels. Sampling rates, up to 125 Kb per second, are software controlled for a maximum frequency response of 16 kHz over an 84 dB dynamic range. Audio playback can be adjusted by varying the sampling rate and filtering levels.

The Delivery Board performs audio compression using PCM and ADPCM software algorithms. Compressed audio data can be interleaved with video data on the same media. Capture of audio is accomplished through the optional ActionMedia II Capture Module.

**CD-ROM Interface**

SCSI support allows connection to specified internal or external CD-ROM drives directly from the ISA Bus Delivery Board. These devices can be added to the host computer without requiring a separate SCSI controller board.

The ISA bus delivery board comes with interface cables and installation documentation.

161DOC000328
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 5 of 11

### Specifications

Form factor:
    For the ISA bus: 13.4" x 4.2" (340mm x 107mm)

    For the Micro Channel bus: 12.0" x 3.5" (305mm x 89mm)

System requirements:
    Intel386™ DX 25MHz microprocessor or better

Board interface connections:

| | |
|---|---|
| RGB video output connector | DB-15 for VGA or multi-sync monitor. XGA requires optional RGB Cable |
| Internal CD-ROM connector | 50-pin SCSI (ISA Bus Only) MCA bus - IBM CD-ROM only |
| VGA feature connector | ISA bus only VESA Standard |
| Video Bus Extensions | Micro Channel bus only |
| Capture connector | For use when optional capture module is attached |
| Audio output | 3.5mm phono jack: 2V max. peak-to-peak output impedance - 600 ohms signal/noise ratio - 70dB channel separation 50dB over 15 Hz to 15 kHz bandwidth |

Cable attachments (supplied with product):

| | |
|---|---|
| Feature connector cables* | VESA Standard 26-Pin: 1 - header connector 1 - edge card connector |
| Internal SCSI CD-ROM cable* | 50-Pin internal SCSI cable |

### Optional cable attachment:

| | |
|---|---|
| AMRGBCBL | Y-monitor cable for external (analog) keying of ActionMedia II output with system graphics |

Power Consumption:

| | Nominal |
|---|---|
| +5V | .7A |
| +12V | .175A |
| -12V | .05A |

Environmental Requirements

| | |
|---|---|
| Operating Temperature | 60 to 90 degrees F (15.6°C to 32.2°C) |
| Relative Humidity | 8% to 80% (non-condensing) |
| Wet Bulb | 73 degrees F (22.8 degrees C) |
| Equipment Approvals | FCC Class B |

\* ISA Boards only

4



ActionMedia II Delivery Board Product Brief

## Ordering Information

| Order Code | Product |
|---|---|
| AM1222IS | ActionMedia II Delivery Board for the ISA bus (2 MB VRAM) |
| AM2222MC | ActionMedia II Delivery Board for the Micro Channel bus (2 MB VRAM) |

ActionMedia II board products are developed jointly between IBM Corporation and Intel Corporation.

161DOC000330
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 7 of 11



The ActionMedia II Capture Module's daughter card design (inset) allows it to share a single slot with the ActionMedia II Delivery Board.

## Overview

### Audio/Video Capture for the Personal Computer

The ActionMedia II Capture Module digitizes analog audio and video analog signals. The module "captures" audio, high-resolution still images, and motion video from live or recorded sources and transfers the information to the ActionMedia II Delivery Board for compression, decompression, storage, or display.

Together, the ActionMedia II Capture Module and Delivery Board transform a PC into a powerful, interactive authoring platform or end-user system (The delivery board may be used alone as a complete playback system if audio and video capture is not required as part of the application).

For application development, third-party software is available including authoring tools and paint packages.

7

| Features | Product Highlights |
|---|---|
| | |

**Features**

- Simultaneous Audio and Video Digitizing

- Multi-Standard, Multi-Format Video Input Capabilities:
  RGB (NTSC or PAL)
  S-VHS (NTSC or PAL)
  Composite (NTSC or PAL)

- Real-Time Full Motion Video Capture using RTV 2.0

- Two Channel Audio Capture
  Line or mic. level supported

- Flexible Cropping and Scaling of Video Independent of Display

- Capture Module Works with ISA or Micro Channel Delivery Boards

- Daughter Card Design Allows Delivery Board and Capture Module to Share a Single Slot

- Digitize input at Resolutions up to 612 x 576

- Includes All Cables Required for RGB, S-Video or Composite Video Input

- Full Diagnostics and Power-On-Self-Test (POST)

- One-Year Limited Warranty

**Product Highlights**

**Real-Time Video Capture**

The ActionMedia II Capture Module and RTV (Real-Time Video) software (available seperately) make real-time compression of full-motion video at the desktop possible. The Capture Module converts analog video and audio signals into digital information which the Delivery Board can compress. This unique capability makes applications such as video store-and-forward on a network or remote viewing possible.

Audio can be captured and compressed as well, and synchronized with video. The compressed video/audio sequences can be stored on hard disk or transmitted across a network.

**Still Image Capture**

The ActionMedia II Capture Module accepts input from a video camera or video playback equipment and sends it to the delivery board to generate crisp, jitter-free, true color still images at up to 512 x 480 pixel display resolution. Digitized images are filtered and stored in VRAM on the delivery board and then can be manipulated.

**Audio Capture**

Audio input digitizing at 14 bits per sample, together with software-controlled digital attenuation and filtering, provides high-fidelity digital audio input to applications based on ActionMedia II products. The capture module allows sampling rates to be varied for a frequency response of up to 16 kHz over an 84 dB dynamic range.

The Capture Module includes cables and installation documentation.

161DOC000332
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 9 of 11



ActionMedia II Capture Module Product Brief

## Specifications

| | | |
|---|---|---|
| Form factors: | 7.9" x 3.2" (200mm x 80mm) | |

**Board Interface Connections**
  Input connector to capture module is on the delivery board
  Audio input impedance - 10K OHM (3.5 mm jack)

**Cable attachments (supplied with capture module)**

| | |
|---|---|
| Capture cable | Plugs into delivery board (8-pin DIN). Other end of cable has four-BNC Female connectors (video) and two Phono (RCA) female connectors (audio) |
| S-video adapter | S-video female to 2-BNC male connectors |
| Composite video adapters | RCA female to BNC male (quantity = 2) |

**Power consumption**

| | | Nominal |
|---|---|---|
| | +5V | .5A |
| | +12V | .175A |
| | -12V | .04A |

**Environmental requirements**

| | |
|---|---|
| Operating temperature | 60 to 90 degrees F (15.6°C to 32.2°C) |
| Relative humidity | 8% to 80% (non-condensing) |
| Wet bulb | 73 degrees F (22.8 degrees C) |
| Equipment approvals (with delivery board): | FCC Class B |

## Ordering Information

| Order Code | Product |
|---|---|
| AM0920 | ActionMedia II Capture Module |

ActionMedia II board products are developed jointly between IBM Corporation. and Intel Corporation.



UNITED STATES
Intel Corporation
2200 Mission College Drive
Santa Clara, CA  95052-8119

JAPAN
Intel Japan K.K.
5-6 Tokodai, Tsukuba-shi
Ibaraki, 300-26

FRANCE
Intel Corporation S.A.R.L.
1, Rue Edison, BP 303
78054 Saint-Quentin-en-Yvelines Cedex

UNITED KINGDOM
Intel Corporation (U.K.) Ltd.
Pipers Way
Swindon
Wiltshire, England SN3 1RJ

WEST GERMANY
Intel GmbH
Dornacher Strasse 1
8016 Feldkirchen bei Muenchen

HONG KONG
Intel Semiconductor Ltd.
10/F East Tower
Bond Center
Queensway, Central

CANADA
Intel Semiconductor of Canada, Ltd.
190 Attwell Drive, Suite 500
Rexdale, Ontario  M9W 6H8



Order Number 240869-003
Printed in the U.S.A./10K/0692/PRMK MLM

1997, 3440

161DOC000334
INTEL CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFF'S EXHIBIT NO. 248, Page 11 of 11