# A/TEX

# CUSTOM QUOTATION

| | | |
|---|---|---|
| **CLIENT:** | Mitch Freeman | |
| **COMPANY:** | PC Designs | |
| **QUOTE #:** | 121492-A2 | |
| **PREPARED BY:** | Laura Phillips | |
| **Date Prepared:** | 12/14/92 | |
| **HOW TO SHIP:** | UPS, DHL, Fed Ex or Airborne | |

**Payment Terms:** C.O.D., Credit Card or approved comapny PO

**BILL TO:**

**ATTN:** Mitch Freeman
**PHONE#:** 918-251-5550 ext. 217
**FAX#:** 918-251-7057

PLAINTIFF'S EXHIBIT NO. 253
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple Inc. v. Samsung Elecs.*
Date Admitted:_____ By:_____

| QTY | SKU# | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 10022 | IBM ActionMedia II DVI Capture Board (NMS) | $495.00 | |
| 1 | 10500 | IBM ActionMedia II DVI Display Adapter (ISA) | $1,395.00 | |
| 1 | 10548 | Intel RT Video Board | $995.00 | |
| 1 | 10547 | Microsoft Video For Windows | $142.50 | |

**Microsoft Consulting**

* THIS QUOTATION IS VALID FOR 30-DAYS.
* SHIPPING IS EXTRA AND IS BASED ON WEIGHT AND MODE.
* IN ADDITION TO THE MANUFACTURERS WARRANTIES, ALL OF OUR PRODUCTS ARE BACKED BY THE AVTEX 90-DAY GUARANTEE.
* SYSTEM PURCHASES INCLUDES ASSEMBLY AND TESTING OF ALL HARDWARE.
* PURCHASE ORDERS TERMS ARE NET 15
* FEDERAL TAX ID NUMBER: 77-0098083

**SUBTOTAL:**
**TAX:**
**INSURANCE:**
**HANDLING:**
**SHIPPING:**
**TOTAL:**

Highly Confidential - Attorneys' Eyes Only       SAMNDCA630-00830180



The ActionMedia II Delivery Board (inset) is designed to share a single expansion slot with the ActionMedia II Capture Module.

## Overview

### Full Multimedia on the Personal Computer

ActionMedia™ II Delivery and Capture products provide application developers with the power to incorporate digital full motion video and audio, stills and graphics into their applications. ActionMedia II is upwardly compatible with Intel's first generation ActionMedia 750 products. Lower cost and greatly improved video quality are two key improvements in ActionMedia II.

The delivery board is based on Intel's i750®Video Processor and can perform still and motion video (with audio) compression, decompression, video manipulation and graphics functions. This complete multimedia playback solution is available as a single add-in board at a price/performance level unmatched by any other offering.

The ActionMedia II Delivery Board is used in both development and playback (end-user) systems. For application development and for those applications which require capture of video or audio, a daughter module can be added to digitize video and audio information from a VCR, camera or scanner.

1

Highly Confidential - Attorneys' Eyes Only     SAMNDCA630-00830181

PLAINTIFF'S EXHIBIT NO. 253, Page 2 of 12

## Features

- High Performance i750 B Series Video Processor
    - High quality motion video at low data rates
    - Up to 16.8 million color display
    - RTV (Real Time Video) or PLV (Production Level Video) compression algorithms

- Multimedia Co-Processor Architecture
    - Low reliance on host CPU
    - Allows real time multi-tasking under DOS, Windows and OS-2

- Powerful Multi-Standard Multi-Format Capture Architecture (optional)
    - Improved RTV (Real Time Video) Capture
    - Full NTSC and PAL support
    - Capture in one standard, playback in another
    - Capture operates independently from display

- Programmable Audio DSP
    - Two channel, high fidelity audio
    - ADPCM support
    - PCM support

- CD-ROM Interface (SCSI - ISA Board Only)
    - No separate controller needed for CD-ROM drive

- ISA (PC AT) Or MicroChannel Full-Length Versions Available

- Flexible / Expandable Memory Configurations
    - MicroChannel Bus version - 1 or 2 MB VRAM
    - ISA Bus version - 1, 2, 3, or 4 MB VRAM

- Compatible with VGA or XGA Graphics Systems

- Multiple Monitor Configurations Supported
    - Merged graphics and DVI output on the same VGA or XGA screen (XGA requires optional RGB Overlay Cable)
    - Two monitors for separate system graphics and DVI video output

- S-VHS (Y-C) Video Output For NTSC or PAL VCRs or TVs
    - Displays DVI video output only (no VGA/XGA)

- Full Diagnostics and On-Board Power-On-Self-Test (POST)

- One-Year Limited Warranty

- Additional Options
    - ActionMedia II Capture Module (AM0920)
    - RGB Overlay Cable (AMRGBCBL)
    - Software Products:
        ActionMedia II DOS Libraries
        (AVSS-ISA Only)
        ActionMedia II Windows™ SDK
        ActionMedia II OS/2™ SDK
    - Third party development tools

## Product Highlights

**Full-Motion Video**

The ActionMedia II Delivery Board plays digital full-screen full-motion video and audio for maximum impact in multimedia applications. The i750 video processor performs real-time compression, decompression and manipulation of digital video data and screen control.

Capabilities for motion video playback include:

- Full-color, 30 frame-per-second (fps) video playback from CD-ROM, hard disk, RAM or digital network.

- Real-time, 30 fps motion video compression (when used with the ActionMedia II Capture Module).

- Low data rate allows one hour of full-screen motion video playback from CD-ROM (proportionately more playback capability for smaller windows).

- Presentation quality motion video

- Programmable, real-time video manipulation capability on a per-frame basis enabling special effects: skewing, video foregrounds, dissolves, etc.

- Simultaneous playback of video streams with graphics, text overlays and accompanying audio.

Highly Confidential - Attorneys' Eyes Only         SAMNDCA630-00830182

PLAINTIFF'S EXHIBIT NO. 253, Page 3 of 12

True Color Stills

The ActionMedia II Delivery Board can display high-resolution, true color still images at a variety of user-selectable resolutions and pixel formats. Up to 16.8 million colors can be displayed simultaneously, providing the smooth color gradations essential to displaying natural imagery.

Pixel Formats

   9-bit
   16-bit

Display modes supported:

   VGA
   XGA
   NTSC
   PAL

Still images are compressed and stored on CD-ROM or hard disk or transmitted across networks. Compression is controlled by the application developer to meet file size and image quality requirements. For example, depending on compression factor and image resolution, over 40,000 stills can be stored on a single CD-ROM.

High-Speed Image Manipulation and Graphics

The on-board 82750PB Pixel Processor provides 25 million pixel operations per second. This performance capability allows ActionMedia II systems to decompress and manipulate motion video sequences in real time at CD-ROM and network data rates, and to integrate high-speed graphic and animation functions. While the Pixel Processor draws and manipulates bitmaps in VRAM, the Display Processor (82750DB) drives images on the screen from bitmaps that contain completed images.

VGA/XGA Merge Capability

VGA or XGA system text and graphics can be merged with DVI video onto a single monitor.

Single monitor playback applications can be easily designed to display a DVI video window within a screen of VGA or XGA text and graphics.

The System Graphics Controller can be linked to the ActionMedia II board in the following ways:

VGA-ISA Systems with Feature Connectors:
   Cables included with the ISA bus ActionMedia II Delivery Board can connect the VESA standard feature connector on the VGA board or motherboard to the ActionMedia II Delivery Board.

VGA-MicroChannel Systems with Video Bus Extension:
   The ActionMedia II Delivery Board in a Video Bus Extension slot accesses system graphics directly.

XGA / Non Feature Connector Equipped Systems:
   The optional RGB overlay cable allows the ActionMedia II board to switch between the system and DVI video signals.

High-Fidelity Audio

High-fidelity mono or stereo, decompression, and playback is provided through a separate on-board digital signal processor (DSP). The ActionMedia II Delivery Board supports up to four streams of audio, dynamically mixed down to two output channels. Sampling rates, up to 125 Kb per second, are software controlled for a maximum frequency response of 16 kHz over an 84 dB dynamic range. Audio playback can be adjusted by varying the sampling rate and filtering levels.

The Delivery Board performs audio compression using ADPCM software algorithms. Compressed audio data can be interleaved with video data on the same media. Capture of audio is accomplished through the optional ActionMedia II Capture Module.

CD-ROM Interface

SCSI support allows connection to specified internal CD-ROM drives directly from the ISA Bus Delivery Board. These devices can be added to the host computer without requiring a separate SCSI controller board.

The ISA Bus Delivery Board comes with a CD-ROM test disk, interface cables, and installation documentation.

Highly Confidential - Attorneys' Eyes Only            SAMNDCA630-00830183

PLAINTIFF'S EXHIBIT NO. 253, Page 4 of 12

## Specifications

**Form factor:**
   For the ISA bus:     13.4" x 4.2"
                             (340mm x 107mm)

   For the MicroChannel bus:   12.0" x 3.5"
                             (305mm x 89mm)

**System requirements:**
   Intel386SX 16MHz Processor or better

**Board interface connections:**

| | |
|---|---|
| RGB video output connector | DB-15 for VGA or multi-sync monitor. XGA requires optional RGB Cable |
| Internal CD-ROM connector | 50-pin SCSI (ISA Bus Only) |
| VGA feature connector | ISA bus only<br>VESA Standard |
| Video Bus Extensions | MicroChannel bus only |
| S-VHS video output | NTSC or PAL |
| Capture connector | For use when optional capture module is attached |
| Audio output | 3.5mm phono jack:<br>2 V. max peak-to-peak<br>output impedance -- 600 ohms<br>signal/noise ratio -- 70dB<br>channel separation 50dB over<br>15 Hz to 15 kHz bandwidth |

**Cable attachments (supplied with product):**

| | |
|---|---|
| Feature connector cables* | VESA Standard 26-Pin:<br>1 - header connector<br>1 - edge card connector |
| Internal SCSI CD-ROM cable* | 50-Pin internal SCSI cable |

**Optional cable attachment:**

| | |
|---|---|
| AMRGBCBL | Y-monitor cable for external (analog) keying of ActionMedia II output with system graphics |

**Power Consumption (with 2 MB VRAM)**

| | Nominal |
|---|---|
| +5V | .7A |
| +12V | .175A |
| -12V | .05A |

**Environmental Requirements**

| | |
|---|---|
| Operating Temperature | 60 to 90 degrees F<br>(15.6°C to 32.2°C) |
| Relative Humidity | 8% to 80% (non-condensing) |
| Wet Bulb | 73 degrees F<br>(22.8 degrees C) |
| Equipment Approvals | FCC Class A<br>FCC Class B applied for |

\* ISA Boards only

Highly Confidential - Attorneys' Eyes Only         SAMNDCA630-00830184

PLAINTIFF'S EXHIBIT NO. 253, Page 5 of 12

intel® ActionMedia™ II Capture Module Product Brief



The ActionMedia II Capture Module's daughter card design (inset) allows it to share a single slot with the ActionMedia II Display Board.

## Overview

### Audio/Video Capture for the Personal Computer

The ActionMedia II™ Capture Module digitizes analog audio and video analog signals. The module "captures" audio, high-resolution still images, and motion video from live or recorded sources and transfers the information to the ActionMedia II Delivery Board for compression, storage or display.

Together, the ActionMedia II Capture Module and Delivery Board transform a PC into a powerful, interactive authoring platform or end-user system  (The Delivery Board may be used alone as a complete playback system if audio and video capture is not required as part of the application).

For application development, software is available including authoring tools, paint packages and C run-time libraries.

Highly Confidential - Attorneys' Eyes Only            SAMNDCA630-00830185

PLAINTIFF'S EXHIBIT NO. 253, Page 6 of 12

| Features | Product Highlights |
|---|---|
| - Simultaneous Audio and Video Digitizing<br><br>- Multi-Standard, Multi-Format Video Input Capabilities:<br>    RGB (NTSC or PAL)<br>    S-VHS (NTSC or PAL)<br>    Composite (NTSC or PAL)<br><br>- Real-Time Full Motion Video Capture using RTV 2.0<br><br>- 2-Channel Audio Capture<br>    Line or mic. level supported<br><br>- Flexible Cropping and Scaling of Video Independent of Display<br><br>- Capture Module Works with ISA or Micro Channel Delivery Boards<br><br>- Daughter Card Design Allows Delivery Board and Capture Module to Share One Slot<br><br>- Digitize at Resolutions up to 612 x 576<br><br>- Includes All Cables Required for RGB, S-Video or Composite Video Input<br><br>- Full Diagnostics and Power-On-Self-Test (POST)<br><br>- One-Year Limited Warranty | **Real-Time Video Capture**<br><br>The ActionMedia II Capture Module and Real-Time Video (RTV) software make real-time compression of full-motion video at the desktop possible. The Capture Module converts analog video and audio signals into digital information which the Delivery Board can compress. This unique capability makes applications such as video store-and-forward on a network or remote viewing possible.<br><br>Audio can be captured and compressed as well, and synchronized with video. The compressed video/audio sequences can be stored on hard disk or transmitted across a network.<br><br>**Still Image Capture**<br><br>The ActionMedia II Capture Module accepts input from a live camera or video recording equipment and sends it to the Delivery Board to generate crisp, jitter-free, true color still images at up to 512 x 480 pixel resolution. Digitized images are filtered and stored in VRAM on the Delivery Board and then can be manipulated.<br><br>**Audio Capture**<br><br>Audio digitizing at 14 bits per sample, together with software-controlled digital attenuation and filtering, provides high-fidelity digital audio input to applications based on the ActionMedia II hardware. The Capture Module allows sampling rates to be varied for a frequency response of up to 16 kHz over an 84 dB dynamic range.<br><br>The Capture Module comes with cables and installation documentation. |

Highly Confidential - Attorneys' Eyes Only          SAMNDCA630-00830186

PLAINTIFF'S EXHIBIT NO. 253, Page 7 of 12

## Specifications

Form factors:      7.9" x 3.2"
(200mm x 80mm)

Board Interface Connections
  Input connector to capture module is on the delivery board
  Audio input impedance - 10K OHM (3.5 mm jack)

Cable attachments (supplied with capture module)

| | |
|---|---|
| Capture cable | Plugs into delivery board (8-pin DIN). Other end of |
| cable | has four-BNC Female connectors (video) and two Phono (RCA) female connectors (audio) |
| S-video adapter | S-video female to 2-BNC male connectors |
| Composite video adapters | RCA female to BNC male (quantity = 2) |

Power consumption

| | Nominal |
|---|---|
| +5V | .5A |
| +12V | .175A |
| -12V | .04A |

Environmental requirements

| | |
|---|---|
| Operating temperature | 60 to 90 degrees F (15.6°C to 32.2°C) |
| Relative humidity | 8% to 80% (non-condensing) |
| Wet bulb | 73 degrees F (22.8 degrees C) |
| Equipment approvals (with delivery board): | FCC Class B |

## Ordering Information

| Order Code | Product |
|---|---|
| AM0920 | ActionMedia II Capture Module |

DVI MultiMedia Products are jointly developed by Intel Corp. and IBM Corp.

Highly Confidential - Attorneys' Eyes Only      SAMNDCA630-00830187



# Quick Configuration Guide

**What Is Indeo™ video technology ?**

Indeo video is Intel's video compression/decompression software technology. It allows video playback (or decompression) on any i486™ processor based PC. It also enables simple desktop recording of video on a personal computer with additional capture and compression hardware.

Indeo video allows user to do "software only" playback of Indeo video files. With the addition of Intel i750™ processor hardware, Indeo video allows users to create video files in real-time in only one step. Real-time means that while Indeo video is recording, it also compresses and stores the data on disk. Single step capture and compression makes Indeo video easy to use when creating video. Included in the new Indeo file is all the information necessary to playback a clip at full screen and full motion.

But not all PCs are made the same. Since the graphics, disk and microprocessor in any given PC may vary greatly, it is important that the video file is able to adapt itself *best* to the current hardware environment. Indeo video does just that! Indeo technology is *smart* in its ability to select performance commensurate with available system capability. For example on an Intel i486™ processor based system, an Indeo file will playback at 1/4 screen around 24 fps, but when any i750 video accelerator is available, Indeo video will playback at full screen with full motion(30 fps).

Indeo technology with real-time, single step capture, transparent playback on a variety of systems, and the highest quality i486 video playback available, delivers the promise of digital video computing today!

| Video Capability | System Requirements | Software |
|---|---|---|
| ~ 1/10 Screen<br>~ Standard Playback 15fps<br>~ Standard Audio | ~ Intel i386™ DX-33 processor minimum<br><br>~ Standard System | ~ Video for Windows* with Indeo Video<br><br>~ System Software |
| ~ 1/4 Screen<br>~ Standard Playback 24fps<br>~ Standard Audio | ~ Intel i486 processor minimum<br><br>~ Standard System | ~ Video for Windows with Indeo Video<br><br>~ System Software |
| ~ Full Screen<br>~ Enhanced Playback 30fps<br>~ Standard Audio | ~ Intel i386DX-33 processor minimum<br>~ Any i750 accelerator<br>~ Standard System | ~ Video for Windows with Indeo Video<br><br>~ System Software |
| ~ Full Screen<br>~ Enhanced Playback 30fps<br>~ Real time capture<br>~ Standard Audio | ~ Intel i486 processor minimum<br>~ Any i750 accelerator<br>~Video camera<br>~ Standard System | ~ Video for Windows with Indeo Video<br><br>~ System Software |

| Standard System Configuration | ~ 14" VGA Monitor<br>~ VGA Graphics<br>~ >4MB RAM<br>~120 MB IDE Hard Drive | ~ Keyboard<br>~ Mouse<br>~ Audio Capability<br>~ Speakers |
|---|---|---|
| System Software | ~ DOS 5.0 | ~ Windows 3.1 |

Windows, Dos and Video for Windows are trademarks of Microsoft Corporation. Intel, i386, i486, indeo and the Indeo logo are trademarks of Intel Corporation.

Highly Confidential - Attorneys' Eyes Only          SAMNDCA630-00830188

**PLAINTIFF'S EXHIBIT NO. 253, Page 9 of 12**

## Getting Started With Indeo™ Video

Intel's Indeo video technology makes it easy to play video files on the PC. Should users require capture or audio capability, additional hardware is required. For capturing video, a camera or VCR and a compression board such as the ActionMedia* II card is also needed. For audio playback, add any PC sound card to your system. Edit and capture tools, which are supported by Indeo video, are available as part of Microsoft's Video for Windows product.

To get started with Indeo video on your PC, contact a local retailer for products such as Microsoft's Video for Windows.

## System Requirements

- *Software for video capture and playback*
  MS-DOS 5.0
  Windows* 3.1
  Microsoft* Video for Windows* with Indeo™ Video.
- *System Hardware — playback only*
  Intel386™ or Intel486™ microprocessor
- *Optional Hardware — capture and compression*
  i750* video processor-based products

## Ordering Information

Intel's Indeo video technology comes standard with Microsoft's Video for Windows and is available from Microsoft through local distributors.

i750 video processor-based Capture and Delivery Boards are available from IBM* Corporation and other major hardware manufacturers.

* = i486 50MHz (whatever the benchmark system is)
** = ActionMedia board of RTVideo Developer's Kit

ActionMedia is a registered trademark of Intel Corporation.
IBM is a registered trademark of International Business Machines Corporation.
Intel and i750 are registered trademarks of Intel Corporation.
Indeo, Intel386 and Intel486 are trademarks of Intel Corporation.
Microsoft is a registered trademark of Microsoft Corporation.
Soundblaster is a trademark of Creative Labs.

© INTEL CORPORATION 1992

ORDER NUMBER 281438-001

**intel.**

Highly Confidential - Attorneys' Eyes Only          SAMNDCA630-00830189

## Product Highlights

### Software Playback

Indeo video files allow users with no additional hardware to playback their video files to the fullest capability of their current microprocessor. In addition, Indeo video allows users to accelerate and improve their video images as they upgrade or add additional system resources. Indeo video software playback supports standard 160 × 120 resolution at 15fps. Of course, the frame rate and resolution will vary depending on existing system resources. For example, with an Intel 486 33MHz DX microprocessor, a frame rate of 24fps can be achieved giving a smoother and overall improved picture quality. The Indeo video format will allow users the most flexibility in order to take advantage of future hardware upgrades.

### Hardware Enhanced Playback

Users can enhance Indeo video playback performance with an add-in board to their PC. The additional hardware in the system allows for a guaranteed playback frame rate of 30fps independent of the current microprocessor speed. In addition, users will also be able to playback Indeo video at full screen while maintaining the full motion, 30fps.

In summary, Indeo video that is captured and compressed at 30 fps can be played back through the host CPU with 160 × 120 resolution at 15 + fps. With the addition of an i750 video processor-based board, the same file can be played back with 320 × 240 resolution at 30fps.





### PC Capture and Compression

To capture and compress Indeo video in real-time (30fps) requires a RT Video board (or any other i750 video processor-based capture board) to provide digitizing capabilities from inputs such as a VCR, Video Camera, or laserdisk.**

Real-time capture and compression gives the user an enormous advantage over standard capture environments which use the off-line method of compression in that it saves both time and disk space.

## Features

### Software Playback
- Software playback at 160 pixel × 120 pixel resolution: 15 + frames per second (fps)*
- Supports real-time capture ability: digitizer/compression card required for input
- Uses standard AVI file format, *VidCap* and *AVIEdit* tools from Microsoft's Video for Windows
- Supports uncompressed data capture and off-line, software-only compression

### Hardware Playback/Capture
- Captures and compresses video in real-time (30fps) using products based on the Intel i750™ video processor
- Allows for higher quality, accelerated video of up to 320 × 240 resolution at 30 fps using products based on the Intel i750 video processor



Highly Confidential - Attorneys' Eyes Only        SAMNDCA630-00830190

PLAINTIFF'S EXHIBIT NO. 253, Page 11 of 12

# Indeo™ Video
## *Intel Video Technology*





*Indeo™ video technology is a key ingredient in video software products, enhancing communications in a variety of business applications.*

Indeo™ video is the newest member of Intel's video technology family. It is the software ingredient which enables video playback on personal computers. Indeo technology offers several benefits. First, Indeo video allows any Intel486™ microprocessor-based computer to play Indeo files without additional hardware. That means users can take advantage of Indeo technology today without upgrading their existing system. When users are ready to upgrade with either a faster microprocessor or an Intel i750* video processor-based add-in board, Indeo technology will transparently adapt the quality, speed, and resolution of the picture to take advantage of the more powerful hardware. More important, the user makes no adjustments to existing files. Finally, Indeo video is easy and fast to use in creation of video files because Indeo technology supports "single step" capture. This means that using any Intel i750 video processor-based capture board, Indeo video can be captured and compressed in real-time (30fps) in a single step.

Users can find Indeo video inside major video software products like Microsoft's* Video for Windows.* The combination of Indeo video and products such as Video for Windows provides the user with a complete video solution.



Highly Confidential - Attorneys' Eyes Only         SAMNDCA630-00830191

PLAINTIFF'S EXHIBIT NO. 253, Page 12 of 12