PLAINTIFF'S EXHIBIT NO. 477
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

## iPhone 5 Teardown and Photos



1

**PLAINTIFF'S EXHIBIT NO. 255, Page 1 of 9**



2

**PLAINTIFF'S EXHIBIT NO. 255, Page 2 of 9**



**PLAINTIFF'S EXHIBIT NO. 255, Page 3 of 9**



**PLAINTIFF'S EXHIBIT NO. 255, Page 4 of 9**



5

**PLAINTIFF'S EXHIBIT NO. 255, Page 5 of 9**



PLAINTIFF'S EXHIBIT NO. 255, Page 6 of 9



**PLAINTIFF'S EXHIBIT NO. 255, Page 7 of 9**



8

**PLAINTIFF'S EXHIBIT NO. 255, Page 8 of 9**



9

**PLAINTIFF'S EXHIBIT NO. 255, Page 9 of 9**