


SDX3705