

SDX3706