# Relative Value Scores: iPod Touch 4/5G

| Feature | Score |
|---|---|
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | 180.83 |
| Use FaceTime to make or receive video-calls over a cellular connection | 168.16 |
| Take video and transmit it to another device by e-mail over a Wi-Fi connection | 177.44 |
| Take video and transmit it to another device by e-mail over a cellular connection | 144.95 |
| Take video and transmit it to another device by text message | 168.49 |
| Take video and upload it to YouTube over a cellular connection | 94.05* |
| Take video and upload it to YouTube over a Wi-Fi connection | 113.99 |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer) | 200.65 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch, or any computer) | 161.29 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer) | 207.74 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers (e.g. iPhone, iPad/iPad Mini, iPod Touch or any computer) | 197.55 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices (e.g. iPhone, iPad/iPad Mini or iPod Touch) | 226.59 |
| See the number of photos or videos in an album next to the album name in the Photos application | 169.07 |
| Have twice the memory capacity compared to what my iPod Touch currently has | 263.54 |

SDX3912