# '449 Patent, Figure 7

