# Samsung's Innovation

- In 2013, Samsung was granted the 2nd most patents in the world

| RANK | GRANTS | COMPANY NAME | COUNTRY |
| --- | --- | --- | --- |
| 1 | 6809 | International Business Machines Corp | United States |
| **2** | **4767** | **Samsung Electronics Co Ltd KR** | **Korea** |
| 3 | 3825 | Canon K K JP | Japan |
| 4 | 3098 | Sony Corp JP | Japan |
| 5 | 2660 | Microsoft Corp | United States |
| 6 | 2601 | Panasonic Corp JP | Japan |
| 7 | 2416 | Toshiba Corp JP | Japan |
| 8 | 2279 | Hon Hai Precision Industry Co Ltd TW | Taiwan |
| 9 | 2103 | Qualcomm Incorporated | United States |
| 10 | 1947 | LG Electronics Inc | Korea |