```
                                                                1
 1              UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 3    - - - - - - - - - - - - - - - - - x

 4   APPLE INC., a California            :

 5   Corporation,                        :

 6             Plaintiff,                :

 7      -v-                              :

 8   SAMSUNG ELECTRONICS CO., LTD., a    :

 9   Korean corporation; SAMSUNG         : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New    : 12-CV-00630-LHK

11   York corporation and SAMSUNG        :

12   TELECOMMUNICATIONS AMERICA, LLC,    :

13   a Delaware limited liability        :

14   Company,                            :

15             Defendants.               :

16    - - - - - - - - - - - - - - - - - x

17   (Caption continued on next page.)

18        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19         Videotaped Deposition of SAMSUNG Parties,

20     By and through their Designated Representative,

21                   JONG PIL (JP) HONG

22              and in his Individual Capacity

23                    Seoul, South Korea

24            Thursday, July 4, 2013, 9:08 a.m.

25   Job No.: 39172   Pages: 1 - 173 Reported by: Robert V. Short
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JONG PIL (JP) HONG
CONDUCTED ON THURSDAY, JULY 4, 2013

47

| | | |
|---|---|---|
| 1 | to our products?  Is this technology that's going | 09:49:38 |
| 2 | to be advancing our user interface, you know, | 09:49:43 |
| 3 | experience for our users?  And so that's some of | 09:49:46 |
| 4 | the criteria we look at.  And obviously another | 09:49:50 |
| 5 | factor will be what, you know, the seller is asking | 09:49:53 |
| 6 | for. | 09:49:56 |
| 7 | BY MR. WALDEN: | 09:49:57 |
| 8 |     Q   Who at Samsung was involved in the | 09:49:57 |
| 9 | purchase of the '239 patent? | 09:50:00 |
| 10 |     A   You mean -- the day-to-day and | 09:50:02 |
| 11 | negotiation was done by Julie Shin and Bongryeol | 09:50:04 |
| 12 | Lee. | 09:50:11 |
| 13 |     Q   Anybody else? | 09:50:11 |
| 14 |     A   The supervising role probably was done -- | 09:50:14 |
| 15 | at very high level was probably Hosik Jang. | 09:50:18 |
| 16 |     Q   Anybody else? | 09:50:25 |
| 17 |     A   No. | 09:50:27 |
| 18 |     Q   Okay.  Why did Samsung purchase the '239 | 09:50:27 |
| 19 | patent? | 09:50:31 |
| 20 |     MR. FLORANCE:  Objection, I caution you | 09:50:32 |
| 21 | not to reveal attorney-client communications. | 09:50:35 |
| 22 |     THE DEPONENT:  You know, like I said, you | 09:50:38 |
| 23 | know, when we see patents and when we think it's | 09:50:41 |
| 24 | good technology -- good important technology for | 09:50:44 |
| 25 | us, we buy patents. | 09:50:46 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

74

| | | |
|---|---|---|
| 1 | time that Samsung purchased the patent, did it plan | 10:40:36 |
| 2 | to assert that patent against Apple? | 10:40:39 |
| 3 |       MR. FLORANCE:  Again, objection, beyond | 10:40:42 |
| 4 | the scope.  And I caution you not to reveal | 10:40:44 |
| 5 | attorney-client communications.  If you can't | 10:40:47 |
| 6 | answer it without revealing attorney-client | 10:41:04 |
| 7 | communications, just say so. | 10:41:06 |
| 8 |       THE DEPONENT:  Generally, again, we | 10:41:08 |
| 9 | purchase patents that relates to important | 10:41:10 |
| 10 | patents -- important technologies. | 10:41:12 |
| 11 | BY MR. WALDEN: | 10:41:14 |
| 12 |    Q   All right.  That's -- that's not, though, | 10:41:14 |
| 13 | an answer to my question.  My question is specific | 10:41:17 |
| 14 | about Apple. | 10:41:20 |
| 15 |       And so the question is:  At the time that | 10:41:22 |
| 16 | Samsung purchased the patent, did it intend to | 10:41:26 |
| 17 | assert the patent against Apple? | 10:41:28 |
| 18 |    A   I don't know if I can answer that | 10:41:30 |
| 19 | question. | 10:41:32 |
| 20 |    Q   And so are you -- are you saying that | 10:41:34 |
| 21 | based on attorney-client privilege? | 10:41:36 |
| 22 |    A   Based on attorney-client privilege. | 10:41:39 |
| 23 |    Q   Did -- strike that. | 10:41:41 |
| 24 |       Did Samsung discuss with -- strike that. | 10:41:57 |
| 25 |       During the discussions relating to the | 10:42:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA