**DEFENDANT'S EXHIBIT NO. 306.001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

# INFORMATION RETRIEVAL
## Algorithms and Heuristics

David A. Grossman
Ophir Frieder

KLUWER ACADEMIC PUBLISHERS



KAP

SAMNDCA630-00936965

DEFENDANT'S EXHIBIT NO. 306.002

# INFORMATION RETRIEVAL:
# ALGORITHMS AND HEURISTICS

DEFENDANT'S EXHIBIT NO. 306.003

# THE KLUWER INTERNATIONAL SERIES IN ENGINEERING AND COMPUTER SCIENCE

SAMNDCA630-00936967

DEFENDANT'S EXHIBIT NO. 306.004

# INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

## DAVID A. GROSSMAN
Office of Research and Development

## OPHIR FRIEDER
Illinois Institute of Technology



**Kluwer Academic Publishers**
Boston/Dordrecht/London

SAMNDCA630-00936968

**Distributors for North, Central and South America:**
Kluwer Academic Publishers
101 Philip Drive
Assinippi Park
Norwell, Massachusetts 02061 USA
Tel: 781-871-6600
Fax: 781-871-6528
E-mail: kluwer@wkap.com

**Distributors for all other countries:**
Kluwer Academic Publishers Group
Distribution Centre
Post Office Box 322
3300 AH Dordrecht, THE NETHERLANDS
Tel:      31 78 6392 392
Fax:      31 78 6546 474
E-mail: orderdept@wkap.nl

Electronic Services: http://www.wkap.nl



**Library of Congress Cataloging-in-Publication Data**

Grossman, David A., 1965-
    Information retrieval : algorithms and heuristics / David A.
  Grossman, Ophir Frieder.
        p.    cm. -- (Kluwer international series in engineering and
  computer science ;   SECS 461)
    Includes bibliographical references and index.
    ISBN: 0-7923-8271-4
    1. Information storage and retrieval systems.    I. Frieder, Ophir.
  II. Title.    III. Series.
  Z667.G76  1998
  005.74--dc21                                    98-30435
                                                    CIP

Copyright © 1998 by Kluwer Academic Publishers. Second Printing 2000

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher, Kluwer Academic Publishers, 101 Philip Drive, Assinippi Park, Norwell, Massachusetts 02061

*Printed on acid-free paper.*

Printed in the United States of America

SAMNDCA630-00936969

DEFENDANT'S EXHIBIT NO. 306.006

# Contents

List of Figures                                             vii
Preface                                                      ix
Acknowledgments                                              xv

1. INTRODUCTION                                               1

2. RETRIEVAL STRATEGIES                                      11
   2.1  Vector Space Model                                   13
   2.2  Probabilistic Retrieval Strategies                   22
   2.3  Inference Networks                                   48
   2.4  Extended Boolean Retrieval                           58
   2.5  Latent Semantic Indexing                             60
   2.6  Neural Networks                                      64
   2.7  Genetic Algorithms                                   70
   2.8  Fuzzy Set Retrieval                                  74
   2.9  Summary                                              80
   2.10 Exercises                                            81

3. RETRIEVAL UTILITIES                                       83
   3.1  Relevance Feedback                                   84
   3.2  Clustering                                           94
   3.3  Passage-based Retrieval                             100
   3.4  N-grams                                             102
   3.5  Regression Analysis                                 106
   3.6  Thesauri                                            108
   3.7  Semantic Networks                                   118
   3.8  Parsing                                             125
   3.9  Summary                                             131
   3.10 Exercises                                           131

4. EFFICIENCY ISSUES PERTAINING TO SEQUENTIAL IR SYSTEMS    133
   4.1  Inverted Index                                      134

SAMNDCA630-00936970

DEFENDANT'S EXHIBIT NO. 306.007

vi    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

| 4.2 | Query Processing | 142 |
|---|---|---|
| 4.3 | Signature Files | 146 |
| 4.4 | Summary | 149 |
| 4.5 | Exercises | 150 |

**5. INTEGRATING STRUCTURED DATA AND TEXT** — 153

| 5.1 | Review of the Relational Model | 157 |
|---|---|---|
| 5.2 | A Historical Progression | 163 |
| 5.3 | Information Retrieval Functionality Using the Relational Model | 168 |
| 5.4 | Boolean Retrieval | 176 |
| 5.5 | Proximity Searches | 179 |
| 5.6 | Computing Relevance Using Unchanged SQL | 181 |
| 5.7 | Relevance Feedback in the Relational Model | 183 |
| 5.8 | Summary | 184 |
| 5.9 | Exercises | 184 |

**6. PARALLEL INFORMATION RETRIEVAL SYSTEMS** — 185

| 6.1 | Parallel Text Scanning | 186 |
|---|---|---|
| 6.2 | Parallel Indexing | 191 |
| 6.3 | Parallel Implementation of Clustering and Classification | 198 |
| 6.4 | Summary | 198 |
| 6.5 | Exercises | 199 |

**7. DISTRIBUTED INFORMATION RETRIEVAL** — 201

| 7.1 | A Theoretical Model of Distributed IR | 202 |
|---|---|---|
| 7.2 | Replication in Distributed IR Systems | 206 |
| 7.3 | Implementation Issues of a Distributed IR System | 209 |
| 7.4 | Improving Performance of Web-based IR Systems | 212 |
| 7.5 | Web Search Engines | 214 |
| 7.6 | Summary | 217 |
| 7.7 | Exercises | 219 |

**8. THE TEXT RETRIEVAL CONFERENCE (TREC)** — 221

**9. FUTURE DIRECTIONS** — 227

References — 231

Index — 253

## List of Figures

| | | |
|---|---|---|
| 1.1 | Document Retrieval | 2 |
| 1.2 | Document Routing | 3 |
| 1.3 | Result Set: Relevant Retrieved, Relevant, and Retrieved | 4 |
| 1.4 | Example of Precision and Two Points of Recall | 5 |
| 1.5 | Typical and Optimal Precision/Recall Graph | 6 |
| 2.1 | Vector Space Model | 14 |
| 2.2 | Example: Vector Space Model with a 2 Term Vocabulary | 15 |
| 2.3 | Example: Inverted Index | 19 |
| 2.4 | Training Data for Probabilistic Retrieval | 26 |
| 2.5 | Simple Inference Network | 50 |
| 2.6 | Document-Term-Query Inference Network | 54 |
| 2.7 | Inference Network Example | 55 |
| 2.8 | Neural Network with Feedback | 67 |
| 3.1 | Relevance Feedback Process | 85 |
| 3.2 | Document Clustering | 95 |
| 3.3 | Overlapping vs Non-Overlapping Passages | 102 |
| 3.4 | Using a Thesaurus to Expand a Query | 109 |
| 4.1 | Inverted Index | 135 |
| 4.2 | Signature File | 146 |
| 5.1 | IR as an Application of a RDBMS | 155 |
| 6.1 | Partitioning an Inverted Index | 192 |
| 7.1 | Distributed Document Retrieval | 202 |
| 8.1 | Sample TREC document | 223 |
| 8.2 | Sample TREC query | 224 |

DEFENDANT'S EXHIBIT NO. 1396.009

Preface

This book focuses on the technology of information retrieval: a user enters a query that describes a request for information, and an information retrieval system responds by identifying documents that are relevant to the query. Of course, the computer cannot understand documents and queries the way a human can, so methods other than full natural language understanding of the text must be employed. We cover the various techniques used to quickly find relevant documents, with the necessary introduction, technical details, and examples to illustrate the approach.

The advent of the World Wide Web has increased the importance of information retrieval. Instead of going to the local library to find something, people search the Web. Thus, the relative number of manual versus computer-assisted searches for information has shifted dramatically in the past few years. This has increased the need for automated information retrieval for extremely large document collections.

It is estimated that the Web now contains more than twenty million different *content areas*, presented on more than 320 million web pages, and one million web servers—and it is doubling every nine months [Kahle, 1998, Lawrence and Giles, 1998]. This book describes the techniques that can be used to try and find the needle that a user is seeking in the enormous haystack that is the Web, as well as and other large information collections. These techniques are found in numerous research papers, described by many different authors, and presented with many different examples. This book consolidates the most commonly used information retrieval algorithms and heuristics.

The problem of finding relevant information is not new. Early systems tried to classify knowledge into a set of known fixed categories. The first of these was completed in 1668 by the English philosopher John Wilkins [Subbiondo, 1992]. The problem with this approach is that categorizers commonly do not place documents into the categories where searchers expect to find them. No matter what categories a user thinks of—they will not match what someone who is searching will find. For example, users of e-mail systems place mail in folders or categories—only to spend countless hours trying to find the same documents

SAMNDCA630-00936973

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 10 of 132

because they cannot remember what category they used, or the category they are sure they used does not contain the relevant document.  Effective and efficient search techniques are needed to help users quickly find the information they are looking for.

Another approach is to try to *understand* the content of the documents. Ideally, documents would be loaded into the computer, the computer would read and understand them, and then, users would simply ask questions and be given direct answers. The field of Natural Language Processing works on this approach—but suffice to say that this approach is extremely difficult, and we currently lack systems that can build good knowledge structures for even the simplest of texts.

If we rule out hand-categorization and natural language processing, that leaves us with Information Retrieval (IR). With this approach, no real attempt is made to have the computer understand the document—instead techniques that use pattern matching, statistical sampling, machine learning, and probability theory are used to guess which documents are relevant. These systems are not perfect, but they offer users the opportunity to sift through large volumes of text.

The key problem is that simply matching on query words is not sufficient to satisfy user requests. A query about "Abraham Lincoln" can bring back documents about "a man named Abraham went to the dealership to purchase a Lincoln." The most obvious techniques have not been shown to work well. Many researchers suspect that an *automated thesaurus* will dramatically improve the accuracy of document retrieval—to date, little success has been demonstrated with such a technique.  For every good word you add—you end up adding something that degrades the results. For our same query, a thesaurus might add the word "president" to the query but then the user might be treated to documents describing presidents of large companies that have nothing to do with the query.

Our objective is to describe the techniques or algorithms and heuristics used to find documents that are relevant to the user request and to find them quickly. Academic research since the late 1950s has focused on this problem. To really attack the problem requires expertise in the fields of library science, computational linguistics, natural language processing, probability theory, and of course, computer science.  We have tried to give the necessary introduction to each topic, and to give the details and examples needed to understand work that has been done on each topic. The field is moving quickly—the advent of the Web has brought new focus to the problem and many new algorithms have been developed.  When the first Text REtrieval Conference (TREC) met in 1992 to evaluate text retrieval—there were essentially four retrieval strategies to find relevant documents—vector space retrieval, extended boolean retrieval, probabilistic retrieval, and inference networks.  Only six years later, we describe eight strategies in Chapter 2. Many of these are recent, and we try to give solid coverage to each one.

SAMNDCA630-00936974

We are still at the tip of the iceberg in terms of really succeeding at solving the information retrieval problem. Measurements from TREC that include a standard set of queries run against a two gigabyte document collection with around half a million documents show that just about any technique or combinations of techniques results in an answer set that contains about twenty to thirty percent of relevant documents. If we suspect most users look at the top ten documents, systems are fortunate to get about three to four of these ten documents correct. Users then waste time looking at more non-relevant documents than relevant documents. Other studies have shown that when information retrieval systems are evaluated, they are found to miss numerous relevant documents [Blair and Maron, 1985]. Moreover, users have become complacent in what they expect of information retrieval systems [Gordon, 1997]. It is this relatively poor performance that drives more research in the area of effectiveness. It is our goal to describe the algorithms and heuristics that were tried so that researchers who wish to improve on past performance do not unnecessarily repeat work that has already been completed.

Finding relevant documents is not enough. This book describes the current techniques used to find *relevant* documents *quickly*. Some excellent information retrieval texts are currently available on the market. Many of them, however, do not treat both aspects of information retrieval, namely, *retrieval effectiveness* in terms of accuracy and *retrieval efficiency* in terms of resource utilization. We provide an algorithm-directed presentation for both orientations of interest. We survey recent algorithms on effectiveness and efficiency. Certainly, new papers are constantly being published, but we have focused on key algorithms that must be understood before new papers can be digested.

Detailed examples are provided wherever possible since many books and papers do not provide these examples. We assume the reader has a reasonable understanding of data structures and algorithms, but we do not assume much mathematical background. Whenever appropriate, a brief review to the needed background concepts is provided prior to describing the information retrieval material.

A recent collection *Readings in Information Retrieval* was published that covers several key papers. Unfortunately, this collection excludes papers that focus predominantly on efficiency. Furthermore, this collection is just that, a collection of seminal papers. It is not organized as a text. Thus, it is difficult to use this collection as a class text. It is, however, an excellent supplement to this book.

This book is primarily intended as a textbook for an undergraduate or graduate level course in Information Retrieval. It has been used in a graduate course, and we have incorporated student feedback in developing a set of overheads that assist instruction using our text. The set of Powerpoint slides, including speaker notes, are available at **http://www.csam.iit.edu/~ophir/slides**.

Additionally, practitioners who build IR systems or applications that use IR systems will find the information in this book useful when deciding on which retrieval strategies and utilities to deploy in production applications. Note that

SAMNDCA630-00936975

the focus of the book is on algorithms, not on commercial products, but, to our knowledge, the basic strategies used by the majority of commercial products are described in the book. Our intent is that a practitioner may find that a commercial product is using a given strategy and can then use this book as a reference for more information on what is known about the techniques used by the product. Other information that is of use to practitioners is found in our chapter that focuses on use of unchanged SQL to integrate structured data and text.

Finally, we note that the information retrieval field changes daily. For the most up to date coverage of the field, the best sources are publications such as the *ACM Transactions on Information Systems*, the *Journal of the American Society for Information Science*, *Information Processing and Management*, and *Information Retrieval*. Other relevant papers are found in the various information retrieval conferences such as ACM SIGIR and NIST TREC, and to a lesser degree ACM CIKM and the annual NLP conference.

Any comments, suggestions, or corrections regarding either the text or the overheads are greatly welcomed and would be sincerely appreciated.

Hope to hear from you soon.

Ophir Frieder
IITRI Professor of Computer Science
Illinois Institute of Technology
ophir@csam.iit.edu


David Grossman
Staff Scientist
Office of Research and Development
dagr@jnpcs.com

SAMNDCA630-00936976

DEFENDANT'S EXHIBIT NO. 306.013

From David:
For my parents:
Roberta "Mickey" and Joshua Grossman.


From Ophir:
In honor of my grandmother:
Hadasa Bogler
and in memory of my grandparents:
Yehoshua Bogler and
Ruzena and Armin Frieder

SAMNDCA630-00936977

DEFENDANT'S EXHIBIT NO. 306.014

# Acknowledgments

We are indebted to many, many people, and we shudder at the thought of leaving out someone whose contributions have improved the quality of the book. Just in case we did, however, our sincere apologies on the oversight and a heartful thanks for the contributions.

We are deeply indebted to Paul Kantor and Don Kraft for their insightful comments during some of the early stages of the development of the book. We also greatly thank Steve Robertson, K.L. Kwok, and Jamie Callan for critically reviewing the sections describing their efforts, and Warren Greiff whose extreme patience taught and retaught us the details of inference networks.

General critical feedback came from multiple individuals. Readability for classroom use was enhanced by feedback given from the students participating in Ophir's CSE6000 class that read each draft copy multiple times. Although comments from all students are greatly appreciated, Salim Mounir Alaoui truly went beyond the call of duty, and his assistance is acknowledged by name. Also Matt Mahoney is recognized and thanked for his initial draft of the course presentation overheads and Nazli Goharian for her technical review and enhancements of them. David Roberts provided several specific suggestions that dramatically improved the introduction and focus of the book. John Juilfs spent countless hours working out all of the examples and checking our math (we take full responsibility for any remaining errors, but he saved us from lots of them). David Holmes has been an instrumental part of our TREC group, and his willingness to spend plenty of time and resources running experiments for us was critical to the development of the integration of structured data and text chapter. Special thanks go to Bill Bercik and Prachya Chalermwat for their work on all of the figures used in the text. Abdur Chowdhury provided valuable assistance with the content of the book and was a great help during the construction of the index.

We are indebted to Steve Kirsch at Infoseek and Graham Spencer, Doug Cutting, and Jack Xu at Excite for their assistance with the material found on the section describing implementation details of web search engines.

SAMNDCA630-00936978

DEFENDANT'S EXHIBIT NO. 306.015

We thank many people who reviewed repeated iterations of the book including Mary Catherine McCabe, Jean-Michel Pomarede, Muralidhar Medidi, and Amit Jain, whom we thank for their technical comments and Deborah Benigni, Wendy Grossman and Karen Sweeney for the great deal of copy editing that they provided. We also thank all others who read the book and provided excellent feedback, and our colleagues at work who provided moral support.

Finally, we would not have ever finished the book without constant moral support from our families and close friends. Special thanks go to Sandy Halin-Adams and Nazli Goharian who made countless sacrifices of their time and gave us constant encouragement and support. Parents, siblings, in-laws, grandparents, aunts, uncles, and close friends, all helped with comments like "So, how is the book going?" or "Is the book out yet?". In spite of knowing that they were actually trying to cheer us on to finish, nothing was a better motivator to push ahead than such remarks.

From the both of us to all of you, THANKS.

SAMNDCA630-00936979

DEFENDANT'S EXHIBIT NO. 306.016

# 1 INTRODUCTION

Since the near beginnings of human civilization, human beings have focused on written communication. From cave drawings to scroll writings, from printing presses to electronic libraries—communicating has been of primary concern to our existence. Today, with the emergence of digital libraries and electronic information exchange there is clear need for improved techniques to organize these large quantities of information. Applied and theoretical research and development in the areas of information authorship, processing, storage, and retrieval is of interest to all sectors of the community. In this book, we overview recent research efforts that focus on the electronic searching and retrieving of documents.

Our focus is strictly on the retrieval of information in response to user queries. That is, we discuss algorithms and approaches for ad hoc information retrieval, or simply, information retrieval. Figure 1.1 illustrates the basic process of ad hoc information retrieval. A static or relatively static document collection is indexed prior to any user query. A query is issued and a set of documents that are deemed relevant to the query are ranked based on their computed similarity to the query and presented to the user. Numerous techniques exist to identify how these documents are ranked, and that is a key focus of this book (effectiveness). Other techniques also exist to rank documents quickly, and these are also discussed (efficiency).

Information Retrieval (IR) is devoted to finding "relevant" documents, not finding simple matches to patterns. Yet, often when information retrieval sys-

SAMNDCA630-00936980

DEFENDANT'S EXHIBIT NO. 306.017

2   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

**Figure 1.1.**   Document Retrieval



tems are evaluated, they are found to miss numerous relevant documents [Blair and Maron, 1985]. Moreover, users have become complacent in their expectation of accuracy of information retrieval systems [Gordon, 1997].

A related problem is that of document routing or filtering. Here, the queries are static and the document collection constantly changes. An environment where corporate e-mail is routed based on predefined queries to different parts of the organization (i.e., e-mail about sales is routed to the sales department, marketing e-mail goes to marketing, etc.) is an example of an application of document routing. Figure 1.2 illustrates document routing. Document routing algorithms and approaches also widely appear in the literature, but are not addressed in this book.

In Figure 1.3, we illustrate the critical document categories that correspond to any issued query. Namely, in the collection there are documents which are retrieved, and there are those documents that are relevant. In a perfect system, these two sets would be equivalent—we would only retrieve relevant documents. In reality, systems retrieve many non-relevant documents. To

SAMNDCA630-00936981

DEFENDANT'S EXHIBIT NO. 306.018

Figure 1.2.    Document Routing



measure effectiveness, two ratios are used: *precision* and *recall*. Precision is the ratio of the number of relevant documents retrieved to the total number retrieved. Precision provides an indication of the quality of the answer set. However, this does not consider the total number of relevant documents. A system might have good precision by retrieving ten documents and finding that nine are relevant (a 0.9 precision), but the total number of relevant documents also matters. If there were only nine relevant documents, the system would be a huge success—however if millions of documents were relevant and desired, this would not be a good result set.

Recall considers the total number of relevant documents—it is the ratio of number of relevant documents retrieved to the total number of documents in the collection that are believed to be relevant. When the total number of relevant documents in the collection is unknown, an approximation of the number is obtained. A good survey of effectiveness measures as well as a brief overview of information retrieval is found in [Kantor, 1994].

DEFENDANT'S EXHIBIT NO. 306.019

4    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Figure 1.3.**    Result Set: Relevant Retrieved, Relevant, and Retrieved



Precision may be computed at various points of recall. Consider the example in Figure 1.4. Ten documents are retrieved, but only two documents (documents two and five) are relevant to the query. Consider the document retrieval performance represented by the sloped line. Fifty percent *recall* (finding one of the two relevant documents) results when two documents are retrieved. At this point, *precision* is fifty percent as we have retrieved two documents and one of them is relevant. To reach one hundred percent recall, we must continue to retrieve documents until both relevant documents are retrieved. For our example, it is necessary to retrieve five documents to find both relevant documents. At this point, precision is forty percent because two out of five retrieved documents are relevant. Hence, for any desired level of recall it is possible to compute precision. Graphing precision at various points of recall is referred to as a *precision/recall curve.*

A typical precision/recall curve is shown in Figure 1.5. Typically, as higher recall is desired, more documents must be retrieved to obtain the desired level of recall. In a perfect system, only relevant documents are retrieved. This means

DEFENDANT'S EXHIBIT NO. 306.020

**Figure 1.4.**    Example of Precision and Two Points of Recall



that at any level of recall, precision would be 1.0. The optimal precision/recall line is shown in Figure 1.5.

Average precision refers to an average of precision at various points of recall. Many systems today, when run on a standard document collection, report an average precision of between 0.2 and 0.3. Certainly, there is some element of fuzziness here because relevance is not a clearly defined concept, but it is clear that there is significant room for improvement in the area of effectiveness.

Finding relevant documents is not enough. Finding relevant documents within an acceptable response time is the goal. This book describes the current strategies used to find relevant documents *quickly*. The quest to find efficient and effective information retrieval continues.

We explain each algorithm in detail, and for each topic, include examples for the most crucial algorithms. We then switch gears into survey mode and provide references to related and follow-on work. We explain the key aspects of the algorithms and then provide references for those interested in further

SAMNDCA630-00936984

**Figure 1.5.**   Typical and Optimal Precision/Recall Graph



details.  A collection of key information retrieval research papers is found in [Sparck Jones and Willett, 1997].

Recent algorithms designed to search large bodies of information are discussed throughout this book.  Many research publications describe these algorithms in detail, but they are spread across numerous journals and written in a variety of different styles.  Also, they have differing expectations of their reader's background.  We provide a relatively brief, but sufficiently detailed overview of the field.

As earlier stated, a sophisticated mathematical background is not required. Whenever detailed mathematical constructs are used, we provide a quick refresher of the key points needed to understand the algorithms and detailed examples.

We believe this book is valuable to a variety of readers.  Readers familiar with the core of computer science and interested in learning more about information retrieval algorithms should benefit from this text.  We provide explanations of

SAMNDCA630-00936985

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 22 of 132
DEFENDANT'S EXHIBIT NO. 306.022

the fundamental problems that exist, and how people have addressed them in the past.

This book also has value for anyone who currently uses and supports a Relational Database Management System (RDBMS). Chapter 5 gives detailed algorithms that treat text retrieval as an application of a RDBMS. This makes it possible to integrate both structured data and text.

To guide the reader through the key issues in ad hoc information retrieval, we partitioned our book into separate but inter-linked processing avenues. In the first section, covered in Chapters 2 and 3, we overview retrieval processing strategies and utilities. All of these strategies and utilities focus on one and only one critical issue, namely, the improvement of retrieval accuracy. In Chapter 2, we describe eight models that were either developed for or adapted to information retrieval specifically for the purpose of enhancing the evaluation or ranking of documents retrieved in response to user queries. Chapter 3 describes utilities that could be applied to enhance any strategy described in Chapter 2.

In Chapter 3, under the "Retrieval Utilities" heading, we focus on techniques that are applicable to either all or most of the models. Several of those utilities described are language dependent, e.g., parsing and thesauri, others focus specifically at being language independent, namely, N-gram processing. We note in Chapter 3, that some of the described utilities were proposed as individual processing strategies. In reality, however, it is the combination of these techniques that yields the best improvements. An approach to precisely determine the optimal mix of techniques, the order to execute them, and the underlying models to operate them so as to yield the optimal processing strategy is still unknown.

After describing models and utilities that address accuracy demands, we turn our attention towards processing efficiency. In Chapter 4, we describe various document access schemes. That is, we describe both the constructs and usage of inverted indices as well as other representation schemes such as signature files. Each of these access schemes has advantages and disadvantages. The tradeoffs lie in terms of storage overhead and maintainability versus search and retrieval processing times. After describing the various access methods, we overview several compression schemes.

Chapters 2 through 4 cover the basics in terms of traditional information retrieval models, utilities, and processing strategies. In Chapters 5, 6, and 7, we focus our attention on special topics in information retrieval. The three topics addressed, namely data integration, parallel, and distributed information retrieval systems, were selected based on where the commercial sector is focusing.

Traditionally, there was a clear separation between structured data, typically stored and accessed via relational database management systems, and semi-structured data such as text, typically stored and accessed via information retrieval systems. Each processing system supported its own data storage files and access methods. Today, the distinction between structured and semi-structured data is quickly vanishing. In fact, we no longer are concerned with

SAMNDCA630-00936986

8    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

just structured and semi-structured data, but often we include unstructured data, such as images, in the same storage repository. Our focus does not include image processing, although in the future one needs to do so.

To address the integration of structured and unstructured data, commercial enterprises such as Oracle, IBM, and Informix have integrated information retrieval functionality with their traditional relational database engines. Furthermore, text retrieval companies such as Verity, have added relational processing components. In all of these cases, however, additional functionality came at the expense of requiring additional, separate, processing units. In Chapter 5, we discuss the issues related to adding processing units and suggest an alternative method that involves implementing information retrieval processing capability as an application of relational databases. Using such an approach, the traditional benefits of relational database processing (i.e., portability, concurrency, recovery, etc.) are made available without requiring additional software development. Since all traditional relational database vendors provide parallel implementations of their database software, implementing an information retrieval system as a relational database application further provides for a parallel instantiation of an information retrieval system.

Having recognized the need for a parallel information retrieval capability, we also overview recent developments in this area. In Chapter 6, we initially describe the earlier parallel processing efforts in information retrieval. These approaches predominantly focus on the use of Single Instruction Multiple Data (SIMD) multiprocessors to efficiently scan the text. However, as the understanding of parallel processing techniques in information retrieval grew, inverted index-based approaches were developed to reduce the unnecessarily high I/O demands commonly associated with text scanning schemes. We discuss several of these approaches and finally, conclude Chapter 6 with some recent work in parallel information retrieval focusing on the parallelization of classical clustering and classification algorithms.

In the information processing world of today, no treatment of the field is complete without addressing the most frequently used retrieval paradigm—the World Wide Web. Thus, in Chapter 7, we describe the encompassing topic of the web, namely, distributed information retrieval systems. We overview some of the early theoretical foundations and culminate with a discussion of the web.

The problem of searching document collections and finding relevant documents has been addressed for over forty years. However, until the advent of the Text REtrieval Conference (TREC) in 1990 (which is hosted by the National Institute of Standards and Technology), there was no standard test-bed to judge information retrieval algorithms. Without the existence of a standard test data collection and a standard set of queries, there was no effective mechanism by which to objectively compare the algorithms. Many of these algorithms were run against only a few megabytes of text. It was hoped that the performance of these would scale to larger document collections. A seminal paper showed that some approaches that perform well on small document collections did not perform as well on large collections [Blair and Maron, 1985].

DEFENDANT'S EXHIBIT NO. 306.024

In Chapter 8, we present a brief discussion of the TREC activities. Given all of the models, utilities, and performance enhancements proposed over the years, clearly measures and procedures to evaluate their effectiveness in terms of accuracy and processing times are needed. Indeed, that was part of the motivation behind the creation of the benchmark data and query sets and evaluation forum called TREC. Today, TREC serves as the de facto forum for comparison across systems and approaches. Unfortunately, only accuracy evaluations are currently supported. Hopefully, in the future, processing efficiency will also be evaluated.

Finally, we conclude our book with a discussion of the current limitations of information retrieval systems. We overview our successes and project future needs. Areas for further study are described. It is our hope that after reading this text, you the reader, will be interested in furthering the field of information retrieval and that in our future editions, we can overview your contributions as part of our text.

SAMNDCA630-00936988

DEFENDANT'S EXHIBIT NO. 306.025

# 2  RETRIEVAL STRATEGIES

Retrieval strategies assign a measure of similarity between a query and a document. These strategies are based on the common notion that the more often terms are found in both the document and the query, the more "relevant" the document is deemed to be to the query. Some of these strategies employ counter measures to alleviate problems that occur due to the ambiguities inherent in language—the reality that the same concept can often be described with many different terms (e.g., *new york* and *the big apple* can refer to the same concept). Additionally, the same term can have numerous semantic definitions (terms like *bark* and *duck* have very different meanings in their noun and verb forms).

A retrieval strategy is an algorithm that takes a query Q and a set of documents $D_1, D_2, \ldots, D_n$ and identifies the Similarity Coefficient SC(Q,$D_i$) for each of the documents $1 \leq i \leq n$. (Note: SC is short for Similarity Coefficient, sometimes it is written RSV for Retrieval Status Value).

The retrieval strategies identified are—

1. Vector Space Model—Both the query and each document are represented as vectors in the term space. A measure of the similarity between the two vectors is computed.

2. Probabilistic Retrieval—A probability based on the likelihood that a term will appear in a relevant document is computed for each term in the collection. For terms that match between a query and a document, the similarity

SAMNDCA630-00936989

DEFENDANT'S EXHIBIT NO. 306.026

12     INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

measure is computed as the combination of the probabilities of each of the matching terms.

3. Inference Networks—A Bayesian network is used to infer the relevance of a document to a query. This is based on the "evidence" in a document that allows an inference to be made about the relevance of the document. The strength of this inference is used as the similarity coefficient.

4. Boolean Indexing—A score is assigned such that an initial Boolean query results in a ranking. This is done by associating a weight with each query term so that this weight is used to compute the similarity coefficient.

5. Latent Semantic Indexing—The occurrence of terms in documents is represented with a term-document matrix. The matrix is reduced via Singular Value Decomposition (SVD) to filter out the noise found in a document so that two documents which have the same semantics are located close to one another in a multi-dimensional space.

6. Neural Networks—A sequence of "neurons," or nodes in a network, that fire when activated by a query triggering links to documents. The strength of each link in the network is transmitted to the document and collected to form a similarity coefficient between the query and the document. Networks are "trained" by adjusting the weights on links in response to predetermined relevant and irrelevant documents.

7. Genetic Algorithms—An optimal query to find relevant documents can be generated by evolution. An initial query is used with either random or estimated term weights. New queries are generated by modifying these weights. A new query survives by being close to known relevant documents and queries with less "fitness" are removed from subsequent generations.

8. Fuzzy Set Retrieval—A document is mapped to a fuzzy set (a set that contains not only the elements but a number associated with each element that indicates the strength of membership). Boolean queries are mapped into fuzzy set intersection, union, and complement operations that result in a strength of membership associated with each document that is relevant to the query. This strength is used as a similarity coefficient.

For a given retrieval strategy, many different utilities are employed to improve the results of the retrieval strategy. These are described in Chapter 3. Note that some strategies and utilities are based on very different mathematical constructs. For example, a probabilistic retrieval strategy should theoretically not be used in conjunction with a thesaurus based on the vector space model. However, it may be the case that such a combination could improve effectiveness. We merely note that care should be taken when mixing and matching strategies and utilities that are based on very different mathematical models.

   Attempting to refine the query, most of these utilities add or remove terms from the initial query. Others simply refine the focus of the query (using

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 27 of 132

DEFENDANT'S EXHIBIT NO. 306.027

subdocuments or passages instead of whole documents). The key is that each of these utilities (although rarely presented as such) are plug-and-play utilities that should work with an arbitrary retrieval strategy.

## 2.1   Vector Space Model

The vector space model computes a measure of similarity by defining a vector that represents each document, and a vector that represents the query [Salton et al., 1975]. The model is based on the idea that, in some rough sense, the meaning of a document is conveyed by the words used. If one can represent the words in the document by a vector, it is possible to compare documents with queries to determine how similar their content is. If a query is considered to be like a document, a similarity coefficient (SC) that measures the similarity between a document and a query can be computed. Documents whose content, as measured by the terms in the document, correspond most closely to the content of the query are judged to be the most relevant. Figure 2.1 illustrates the basic notion of the vector space model in which vectors that represent a query and three documents are illustrated.

This model involves constructing a vector which represents the terms in the document and choosing a method of measuring the closeness of any two vectors. One could look at the magnitude of the difference vector between two vectors, but this would tend to make any large document appear to be not relevant to most queries, which typically are short. The traditional method of determining closeness of two vectors is to use the size of the angle between them. This angle is computed by the use of the inner product (or dot product). However, it is not necessary to use the actual angle. Any monotonic function of the angle suffices. Often the expression "similarity coefficient" is used instead of an angle. Computing this number is done in a variety of ways, but the inner product generally plays a prominent role. Underlying this whole discussion is the idea that a document and a query are similar to the extent that their associated vectors point in the same general direction.

There is one component in these vectors for every distinct term or concept that occurs in the document collection. Consider a document collection with only two distinct terms, $\alpha$ and $\beta$. All vectors contain only two components, the first component represents occurrences of $\alpha$, and the second represents occurrences of $\beta$. The simplest means of constructing a vector is to place a one in the corresponding vector component if the term appears, and a zero, if the term does not appear. Consider a document, $D_1$, that contains two occurrences of term $\alpha$ and zero occurrences of term $\beta$. The vector, $< 1, 0 >$, represents this document using a binary representation. This binary representation can be used to produce a similarity coefficient, but it does not take into account the frequency of a term within a document. By extending the representation to include a count of the number of occurrences of the terms in each component, the frequency of the terms can be considered. In this example, the vector would now appear as $< 2, 0 >$.

DEFENDANT'S EXHIBIT NO. 306.028

14    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Figure 2.1.**    Vector Space Model



A simple example is given in Figure 2.2.  A component of each vector is required for each distinct term in the collection.  Using the almost humorous example of a language with a two word vocabulary (only A and I are valid terms), all queries and documents can be represented in two dimensional space. A query and three documents are given along with their corresponding vectors and a graph of these vectors.  The similarity coefficient between the query and the documents can be computed as the distance from the query to the two vectors.  In this example, it can be seen that document one is represented by the same vector as the query so it will have the highest rank in the result set.

Instead of simply specifying a list of terms in the query, a user is often given the opportunity to indicate that one term is more important than another. This was done initially with manually assigned term weights selected by users. Another approach uses automatically assigned weights—typically based on the frequency of a term as it occurs across the entire document collection.  The idea was that a term that occurs infrequently should be given a higher weight than a term that occurs frequently.  Similarity coefficients that employed automat-

SAMNDCA630-00936992

DEFENDANT'S EXHIBIT NO. 306.029

**Figure 2.2.**    Example: Vector Space Model with a 2 Term Vocabulary



ically assigned weights were compared to manually assigned weights [Salton, 1969, Salton, 1970]. It was shown that automatically assigned weights perform at least as well as manually assigned weights [Salton, 1969, Salton, 1970]. Unfortunately, these results did not include the relative weight of the term across the entire collection.

The value of a collection weight was studied in the 1970s. The conclusion was that relevance rankings improved if collection-wide weights were included. Although relatively small document collections were used to conduct the experiments, the authors still concluded that, "in so far as anything can be called a solid result in information retrieval research, this is one" [Robertson and Sparck Jones, 1976].

This more formal definition, and slightly larger example, illustrates the use of weights based on the collection frequency. Weight is computed using the *Inverse Document Frequency (IDF)* corresponding to a given term.

SAMNDCA630-00936993

DEFENDANT'S EXHIBIT NO. 306.030

16    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

To construct a vector that corresponds to each document, consider the following definitions:

$n$ = number of distinct terms in the document collection
$tf_{ij}$ = number of occurrences of term $t_j$ in document $D_i$ [term frequency]
$df_j$ = number of documents which contain $t_j$
$idf_j = \log(\frac{d}{df_j})$ where $d$ is the total number of documents [inverse document frequency]

The vector for each document has $n$ components and contains an entry for each distinct term in the entire document collection. The components in the vector are filled with weights computed for each term in the document collection. The terms in each document are automatically assigned weights based on how frequently they occur in the entire document collection and how often a term appears in a particular document. The weight of a term in a document increases the more often the term appears in one document and decreases the more often it appears in all other documents.

A weight computed for a term in a document vector is non-zero only if the term appears in the document. For a large document collection consisting of numerous small documents, the document vectors are likely to contain mostly zeros. For example, a document collection with 10,000 distinct terms results in a 10,000-dimensional vector for each document. A given document that has only 100 distinct terms will have a document vector that contains 9,900 zero-valued components.

Calculation of the weighting factor ($d$) for a term in a document is defined as a combination of term frequency ($tf$), and inverse document frequency ($idf$). To compute the value of the $j$th entry in the vector corresponding to document $i$, the following equation is used:

$$d_{ij} = tf_{ij} \times idf_j$$

The two important factors used in computing this coefficient are term frequency and inverse document frequency. Consider a document collection that contains a document, $D_1$, with ten occurrences of the term *green* and a document, $D_2$, with only five occurrences of the term *green*. If *green* is the only term found in the query, then document $D_1$ is ranked higher than $D_2$.

When a document retrieval system is used to query a collection of documents with $t$ terms, the system computes a vector D $(d_{i1}, d_{i2}, \ldots, d_{it})$ of size $t$ for each document. The vectors are filled with term weights as described above. Similarly, a vector Q $(w_{q1}, w_{q2}, \ldots, w_{qt})$ is constructed for the terms found in the query.

A simple similarity coefficient (SC) between a query Q and a document $D_i$ is defined by the product of the two vectors. Since a query vector is similar in length to a document vector, this same measure is often used to compute the

similarity between two documents. We discuss this application of an SC as it applies to document clustering in Section 3.2.

$$SC(Q, D_i) = \sum_{j=1}^{t} w_{qj} \times d_{ij}$$

### 2.1.1   Example of Similarity Coefficient

Consider a case insensitive query and document collection with a query Q and a document collection consisting of the following three documents:

Q:   "gold silver truck"
$D_1$:   "Shipment of gold damaged in a fire"
$D_2$:   "Delivery of silver arrived in a silver truck"
$D_3$:   "Shipment of gold arrived in a truck"

In this collection, there are three documents, so $n = 3$. If a term appears in only one of the three documents, its $idf$ is $\log \frac{n}{df_i} = \log \frac{3}{1} = 0.477$. Similarly, if a term appears in two of the three documents its $idf$ is $\log \frac{3}{2} = 0.176$, and a term which appears in all three documents has an $idf$ of $\log \frac{3}{3} = 0$.

The $idf$ for the terms in the three documents is given below:

$idf_a = 0$
$idf_{arrived} = 0.176$
$idf_{damaged} = 0.477$
$idf_{delivery} = 0.477$
$idf_{fire} = 0.477$
$idf_{gold} = 0.176$
$idf_{in} = 0$
$idf_{of} = 0$
$idf_{silver} = 0.477$
$idf_{shipment} = 0.176$
$idf_{truck} = 0.176$

Document vectors can now be constructed. Since eleven terms appear in the document collection, an eleven-dimensional document vector is constructed. The alphabetical ordering given above is used to construct the document vector so that $t_1$ corresponds to term number one which is $a$ and $t_2$ is $arrived$, etc. The weight for term $i$ in vector $j$ is computed as the $idf_i \times tf_{ij}$
The document vectors are:

$$SC(Q, D_1) = (0)(0) + (0)(0) + (0)(0.477) + (0)(0)$$
$$+ (0)(0.477) + (0.176)(0.176) + (0)(0) + (0)(0)$$

18   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

| docid | $t_1$ | $t_2$ | $t_3$ | $t_4$ | $t_5$ | $t_6$ | $t_7$ | $t_8$ | $t_9$ | $t_{10}$ | $t_{11}$ |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|----------|----------|
| $D_1$ | 0 | 0 | .477 | 0 | .477 | .176 | 0 | 0 | 0 | .176 | 0 |
| $D_2$ | 0 | .176 | 0 | .477 | 0 | 0 | 0 | 0 | .954 | 0 | .176 |
| $D_3$ | 0 | .176 | 0 | 0 | 0 | .176 | 0 | 0 | 0 | .176 | .176 |
| Q | 0 | 0 | 0 | 0 | 0 | .176 | 0 | 0 | .477 | 0 | .176 |

$$+ (0.477)(0) + (0)(0.176) + (0.176)(0)$$
$$= (0.176)^2 \approx 0.031$$

Similarly,

$$SC(Q, D_2) = (0.954)(0.477) + (0.176)^2 \approx 0.486$$

$$SC(Q, D_3) = (0.176)^2 + (0.176)^2 \approx 0.062$$

Hence, the ranking would be $D_2$, $D_3$, $D_1$.

Implementations of the vector space model and other retrieval strategies typically use an inverted index to avoid a lengthy sequential scan through every document to find the terms in the query. Instead, an inverted index is generated prior to the user issuing any queries. Figure 2.3 illustrates the structure of the inverted index. An entry for each of the $n$ terms is stored in a structure called the *index*. For each term, a pointer references a linked list called the *posting list*. The posting list contains an entry for each unique document that contains the term. In the figure below, the posting list contains both a document identifier and the term frequency. The posting list in the figure indicates that term $t_1$ appears once in document one and twice in document ten. An entry for an arbitrary term $t_i$ indicates that it occurs $tf$ times in document $j$. Details of inverted index construction and use are provided in Chapter 4, but it is useful to know that inverted indexes are commonly used to improve run-time performance of various retrieval strategies.

Although first proposed in 1975, the vector space model is still a popular means of computing a measure of similarity between a query and a document [Salton, 1991]. The measure is important as it is used by a retrieval system to identify which documents are displayed to the user. Typically, the user requests the top $n$ documents, and these are displayed in order of the similarity coefficient.

In 1988, several experiments were done to improve on the basic combination of *tf-idf* weights [Salton and Buckley, 1988]. Many variations were studied, and the following weight for term $j$ in document $i$ was identified as a good performer:

$$w_{ij} = \frac{(\log tf_{ij} + 1.0) * idf_j}{\sum_{j=1}^{t}[(\log tf_{ij} + 1.0) * idf_j]^2}$$

The motivation for this weight is that a single matching term with a high term frequency can skew the effect of remaining matches between a query and

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 33 of 132

Figure 2.3.    Example: Inverted Index



a given document. To avoid this, the $\ln(tf) + 1$ is used reduce the range of term frequencies. A variation on the basic theme is to use weight terms in the query differently than terms in the document.

One term weighting scheme, referred to as *lnc.ltc*, has been found to be effective. It uses a document weight of $(1 + \ln(tf))(idf)$ and query weight of $(1 + \ln(tf))$. The label *lnc.ltc* is of the form: *qqq.ddd* where *qqq* refers to query weights and *ddd* refers to document weights. The three letters: *qqq* or *ddd* are of the form *xyz*.

The first letter, $x$, is either $n$, $l$, or $a$. $n$ indicates the "natural" term frequency or just $tf$ is used. $l$ indicates that the logarithm is used to scale down the weight so $1 + \log(tf)$ is used. $a$ indicates that an augmented weight was used where the weight is $0.5 \times 0.5 \times \frac{tf}{tf_{max}}$.

The second letter, $y$, indicates whether or not the *idf* was used. A value of $n$ indicates that no *idf* was used while a value of $t$ indicates that the *idf* was used.

SAMNDCA630-00936997

20   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

The third letter, $z$, indicates whether or not document length normalization was used. A value of $n$ indicates no normalization was used, a value of $c$ indicates the standard cosine normalization was used, and a value of $u$ indicates Singhal length normalization was used [Singhal, 1997].

### 2.1.2 Similarity Measures

Several different means of comparing a query vector with a document vector have been implemented. These are well documented and are presented here simply as a quick review. The most common of these is the cosine measure where the cosine of the angle between the query and document vector is given:

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{\sqrt{\sum_{j=1}^{t} (d_{ij})^2 \sum_{j=1}^{t} (w_{qj})^2}}$$

Since the $\sqrt{\sum_{j=1}^{t}(w_{qj}^2)}$ appears in the computation for every document, the cosine coefficient should give the same relevance results as dividing the inner product by the magnitude of the document vector. Note that the cosine measure "normalizes" the result by considering the length of the document. With the inner product measure, a longer document may result in a higher score simply because it is longer, and thus, has a higher chance of containing terms that match the query—not necessarily because it is relevant.

The Dice coefficient is defined as:

$$SC(Q, D_i) = \frac{2 \sum_{j=1}^{t} w_{qj} d_{ij}}{\sum_{j=1}^{t} (d_{ij})^2 \sum_{j=1}^{t} (w_{qj})^2}$$

The Jaccard coefficient is defined as:

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{\sum_{j=1}^{t} (d_{ij})^2 + \sum_{j=1}^{t} (w_{qj})^2 - \sum_{j=1}^{t} w_{qj} d_{ij}}$$

The cosine measure levels the playing field by dividing the computation by the length of the document vector. A recent Ph.D. thesis has described modifications to this basic means of document normalization [Singhal, 1997]. The assumption used in the cosine measure is that document length has no impact on relevance. Without a normalization factor, longer documents are more likely to be found relevant simply because they have more terms which increases the likelihood of a match. Dividing by the document vector removes the size of the document from consideration.

It turns out that (at least for the TREC data), this basic assumption is not correct. Taking all of the relevant documents found for a set of fifty TREC queries, Singhal found that more documents judged to be relevant actually were found in longer documents. The reason for this may be that a longer document simply has more opportunity to have some components that are relevant to a given query.

To identify a means of adjusting the normalization factor, Singhal compared the likelihood of relevance with the likelihood of retrieval in a collection where the documents relevant to a set of queries was known. Ideally, if the probability of retrieval and the probability of relevance are both plotted against the length of the document, the two curves should be roughly the same. Since this is not the case (the two curves actually cross), there must be a document length in which the probability of relevance equals the probability of retrieval. Before this point (referred to as the *pivot*), a document is more likely to be retrieved than relevant. After this point, the reverse is true. Once the pivot is found, a "correction factor" can be used to adjust the normalization. The "correction factor" is computed from a linear equation whose value at *pivot* is equal to *pivot* and whose slope is selected to increase the normalization for shorter documents so that their probability of selection is equal to their probability of relevance. Thus, the similarity coefficient is:

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{(1.0 - s)p + (s)\sqrt{\sum_{j=1}^{t} (d_{ij})^2}}$$

This scheme has two variables: $s$ and $p$ for the slope and pivot, respectively. However, it is possible to express the slope as a function of pivot. Singhal selects as pivot the average normalization factor taken over the entire collection prior to any correction and adjusts the slope accordingly. At the same time the normalization factor is divided by $(1.0 - s)p$. The resulting equation for the similarity coefficient:

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{(1.0 - s) + (s)\frac{\sqrt{\sum_{j=1}^{t} (d_{ij})^2}}{avgn}}$$

where $avgn$ is the average document normalization factor before any correction is made.

The pivoted scheme works fairly well for short and moderately long documents, but extremely long documents tend to be more favored than those without any normalization. To remedy this, the number of unique terms in a document, $|d_i|$ is proposed as the normalization function prior to any adjustment.

A final adjustment is made to account for extremely high term frequencies that occur in very large documents. First, a weight of $(1 + \log tf)$ is used to scale the frequency. To account for longer documents, an individual term weight is divided by the weight given to the average term frequency.

The new weight, $d_{ij}$, is computed as—

$$d_{ij} = \frac{1 + \log tf}{1 + \log(atf)}$$

SAMNDCA630-00936999

DEFENDANT'S EXHIBIT NO. 306.036

22    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Using this new weight, and dividing it by the correction factor gives the following equation:

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{((1.0 - s)p + (s)(|d_i|))}$$

The modified normalization factor makes it more likely to retrieve longer documents and consistently shows about a ten percent improvement for TREC queries.

It should also be noted that the vector space model assumes terms are independent. One approach to alleviating the question of term independence in the vector space model is to change the basis. Although changing the basis does not totally eliminate the problem, it can reduce it. The idea is to pick a basis vector for each combination of terms that exist in a document (regardless of the number of occurrences of the term). The new basis vectors can be made mutually orthogonal and can be scaled to be unit vectors. The documents and the query can be expressed in terms of the new basis vectors. Using the procedure in conjunction with other (possibly probabilistic) methods avoids independence assumptions, but in practice, it has not been shown to significantly improve effectiveness.

## 2.2   Probabilistic Retrieval Strategies

The probabilistic model computes the similarity coefficient (SC) between a query and a document as the probability that the document will be relevant to the query. This reduces the relevance ranking problem to an application of probability theory. A survey on probabilistic methods is given in [Fuhr, 1992].

Probability theory can be used to compute a measure of relevance between a query and a document. Two fundamentally different approaches have been proposed. The first relies on usage patterns to predict relevance [Maron and Kuhns, 1960], the second uses each term in the query as clues as to whether or not a document is relevant [Robertson and Sparck Jones, 1976].

The original work on the use of probability theory to retrieve documents can be traced to Maron and Kuhns. Their work developed an area of research where the probability that a document will be relevant given a particular term is estimated.

All of the more recent work on probabilistic retrieval stems from the concept of estimating a term's weight based on how often the term appears or does not appear in relevant documents and non-relevant documents, respectively. Section 2.2.1 describes the simple term weight model, a non-binary independence model is discussed in Section 2.2.2, and Sections 2.2.3 and 2.2.4 describe the Poisson and component-based models which have both performed well on the TREC collection. Finally, Section 2.2.5 focuses on two large issues with the model—parameter estimation and independence assumptions.

DEFENDANT'S EXHIBIT NO. 306.037

### 2.2.1  Simple Term Weights

The use of term weights is based on the probability ranking principle (PRP), which assumes that optimal effectiveness occurs when documents are ranked based on an estimate of the probability of their relevance to a query [Robertson, 1977].

The key is to assign probabilities to components of the query and then use each of these as evidence in computing the final probability that a document is relevant to the query.

The terms in the query are assigned weights which correspond to the probability that a particular term, in a match with a given query, will retrieve a relevant document. The weights for each term in the query are combined to obtain a final measure of relevance.

Most of the papers in this area incorporate probability theory and describe the validity of independence assumptions, so a brief review of probability theory is in order.

Suppose we are trying to predict whether or not a softball team called the Salamanders will win one of its games. We might observe, based on past experience, that they usually win on sunny days when their best shortstop plays. This means that two pieces of evidence, outdoor-conditions and presence of good-shortstop, might be used. For any given game, there is a seventy five percent chance that the team will win if the weather is sunny and a sixty percent chance that the team will win if the shortstop plays. Therefore, we write—

p(win | sunny) = 0.75
p(win | good-shortstop) = 0.6

The conditional probability that the team will win given both situations is written as p(win | sunny, good-shortstop). This is read "the probability that the team will win given that there is a sunny day and the good-shortstop plays." We have two pieces of evidence indicating that the Salamanders will win. Intuition says that together the two pieces should be stronger than either alone. This method of combining them is to "look at the odds." A seventy-five percent chance of winning is a twenty-five percent chance of losing, and a sixty percent chance of winning is a forty percent chance of losing. Let us assume the independence of the pieces of evidence.

p(win | sunny, good-shortstop) = $\alpha$
p(win | sunny) = $\beta$
p(win | good-shortstop) = $\gamma$

By Bayes' Theorem—

$$\alpha = \frac{P(win, sunny, good\text{-}shortstop)}{P(sunny, good\text{-}shortstop)} = \frac{P(sunny, good\text{-}shortstop | win) P(win)}{P(sunny, good\text{-}shortstop)}$$

SAMNDCA630-00937001

Therefore—

$$\frac{\alpha}{1-\alpha} = \frac{P(sunny, good\text{-}shortstop|win)P(win)}{P(sunny, good\text{-}shortstop|lose)P(lose)}$$

Solving for the first term (because of the independence assumptions)—

$$\frac{P(sunny, good\text{-}shortstop|win)}{P(sunny, good\text{-}shortstop|lose)} = \frac{P(sunny|win)P(good\text{-}shortstop|win)}{P(sunny|lose)P(good\text{-}shortstop|lose)}$$

Similarly,

$$\frac{\beta}{1-\beta} = \frac{P(sunny|win)P(win)}{P(sunny|lose)P(lose)}$$

$$\frac{\gamma}{1-\gamma} = \frac{P(good\text{-}shortstop|win)P(win)}{P(good\text{-}shortstop|lose)P(lose)}$$

Making all of the appropriate substitutions, we obtain—

$$\frac{\alpha}{1-\alpha} = \left(\frac{\beta}{1-\beta}\right)\left(\frac{P(lose)}{P(win)}\right)\left(\frac{\gamma}{1-\gamma}\right)\left(\frac{P(lose)}{P(win)}\right)\left(\frac{P(win)}{P(lose)}\right)$$

Simplifying—

$$\frac{\alpha}{1-\alpha} = \left(\frac{\beta}{1-\beta}\right)\left(\frac{\gamma}{1-\gamma}\right)\left(\frac{P(lose)}{P(win)}\right)$$

Assume the Salamanders are a 0.500 ball club (that is they win as often as they lose) and assume numeric values for $\beta$ and $\gamma$ of 0.6 and 0.75, respectively. We then obtain—

$$\frac{\alpha}{1-\alpha} = \left(\frac{0.6}{0.4}\right)\left(\frac{0.75}{0.25}\right)\left(\frac{0.500}{0.500}\right) = (1.5)(3.0)(1.0) = 4.5$$

Solving for $\alpha$ gives a value of $\frac{9}{11} = 0.818$.

Note the combined effect of having both sunny weather and the good-shortstop results in a higher probability of success than either individual condition.

The key is the independence assumptions. The likelihood of the weather being nice and the good-shortstop showing up are completely independent. The chance the shortstop will show up is not changed by the weather. Similarly, the weather is not affected by the presence or absence of the good-shortstop. If the independence assumptions are violated—suppose the shortstop prefers sunny weather— special consideration for the dependencies is required. The independence assumptions also require that the weather and the appearance of the good-shortstop are independent given either a win or a loss.

For an information retrieval query, the terms in the query may be viewed as indicators that a given document is relevant. The presence or absence of query

SAMNDCA630-00937002

DEFENDANT'S EXHIBIT NO. 306.039

term A can be used to predict whether or not a document is relevant. Hence, after a period of observation, it is found that when term A is in the query and the document, there is an $x$ percent chance the document is relevant. We then assign a probability to term A. Assuming independence of terms, this may be done for each of the terms in the query. Ultimately, the product of all the weights may be used to compute the probability of relevance.

We know that independence assumptions are really not a good model of reality. Some research has investigated why systems with these assumptions have performed reasonably well, despite their theoretical problems [Cooper, 1991]. For example, a relevant document that has the term *apple* in response to a query for *apple pie* probably has a better chance of having the term *pie* than some other randomly selected term. Hence, the key independence assumption is violated.

Most work in the probabilistic model assumes independence of terms because handling dependencies involves substantial computation. It is unclear whether or not effectiveness is improved when dependencies are considered. We note that relatively little work has been done implementing these approaches. They are computationally expensive, but more importantly they are difficult to estimate. It is necessary to obtain sufficient training data about term co-occurence in both relevant and non-relevant documents. Typically, it is very difficult to obtain sufficient training data to estimate these parameters.

Figure 2.4 illustrates the need for training data with most probabilistic models. A query with two terms, $q_1$ and $q_2$, is executed. Five documents are returned and an assessment is made that documents two and four are relevant. From this assessment, the probability that a document is relevant (or non-relevant) given that it contains term $q_1$ is computed. Likewise, the same probabilities are computed for term $q_2$. Clearly these probabilities are estimates based on training data. The idea is that sufficient training data can be obtained so that when a user issues a query, a good estimate of which documents are relevant to the query can be obtained.

Consider a document, $d_i$, consisting of terms $(w_1, w_2, \ldots, w_t)$, where $w_i$ is the estimate that term $i$ will result in this document being relevant. The weight or "odds" that document $d_i$ is relevant is based on the probability of relevance for each term in the document. For a given term in a document, its contribution to the estimate of relevance for the entire document is computed as—

$$\frac{P(w_i|rel)}{P(w_i|nonrel)}$$

The question is then, how do we combine the odds of relevance for each term into an estimate for the entire document? Given our independence assumptions, we can multiply the odds for each term in a document to obtain the odds that the document is relevant. Taking the log of the product yields—

$$\log\left(\prod_{i=1}^{t} \frac{P(w_i|\ rel)}{P(w_i|\ nonrel)}\right) = \sum_{i=1}^{t} \log\left(\frac{P(w_i|rel)}{P(w_i|nonrel)}\right)$$

DEFENDANT'S EXHIBIT NO. 306.040

26    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

**Figure 2.4.**    Training Data for Probabilistic Retrieval



We note that these values are computed based on the assumption that terms will occur independently in relevant and non-relevant documents. The assumption is also made that if one term appears in a document, then it has no impact on whether or not another term will appear in the same document.

Now that we have described how the individual term estimates can be combined into a total estimate of relevance for the document, it is necessary to describe a means of estimating the individual term weights. Several different means of computing the probability of relevance and non-relevance for a given term have been studied since the introduction of the probabilistic retrieval model. In their 1976 paper, Robertson and Sparck Jones considered several methods [Robertson and Sparck Jones, 1976]. They began by presenting two mutually exclusive independence assumptions—

**I1:** The distribution of terms in relevant documents is independent and their distribution in all documents is independent.

SAMNDCA630-00937004

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 41 of 132

**I2:** The distribution of terms in relevant documents is independent and their distribution in non-relevant documents is independent.

They also presented two methods, referred to as ordering principles, for presenting the result set—

**O1:** Probable relevance is based only on the presence of search terms in the documents.

**O2:** Probable relevance is based on both the presence of search terms in documents and their absence from documents.

I1 indicates that terms occur randomly within a document—that is, the presence of one term in a document in no way impacts the presence of another term in the same document. This is analogous to our example in which the presence of the good-shortstop had no impact on the weather given a win. This also states that the distribution of terms across all documents is independent unconditionally for all documents—that is, the presence of one term in a document in no way impacts the presence of the same term in other documents. This is analogous to saying that the presence of a good-shortstop in one game has no impact on whether or not a good-shortstop will play in any other game. Similarly, the presence of good-shortstop in one game has no impact on the weather for any other game.

I2 indicates that terms in relevant documents are independent—that is, they satisfy I1 and terms in non-relevant documents also satisfy I1. Returning to our example, this is analogous to saying that the independence of a good-shortstop and sunny weather holds regardless of whether the team wins or loses.

O1 indicates that documents should be highly ranked only if they contain matching terms in the query (i.e. the only evidence used is which query terms are actually present in the document). We note that this ordering assumption is not commonly held today because it is also important to consider when query terms are not found in the document. This is inconvenient in practice. Most systems use an inverted index that identifies for each term, all occurences of that term in a given document. If absence from a document is required, the index would have to identify all terms *not* in a document (for a detailed discussion of inverted indexes see Section 4.1. To avoid the need to track the absence of a term in a document, the estimate makes the zero point correspond to the probability of relevance of a document lacking all the query terms—as opposed to the probability of relevance of a random document. The zero point does not mean that we do not know anything— it simply means that we have some evidence for non-relevance. This has the effect of converting the O2 based weights to presence-only weights.

O2 takes O1 a little further and says that we should consider both the *presence* and the *absence* of search terms in the query. Hence, for a query that asks for term $t_1$ and term $t_2$—a document with just one of these terms should be ranked lower than a document with both terms.

SAMNDCA630-00937005

DEFENDANT'S EXHIBIT NO. 306.042

28    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

Four weights are then derived based on different combinations of these ordering prinicples and independence assumptions. Given a term, $t$, consider the following quantities—

$$N = \text{number of documents in the collection}$$
$$R = \text{number of relevant documents for a given query } q$$
$$n = \text{number of documents that contain term } t$$
$$r = \text{number of relevant documents that contain term } t$$

Choosing I1 and O1 yields the following weight—

$$w_1 = \log\left(\frac{\frac{r}{R}}{\frac{n}{N}}\right)$$

Choosing I2 and O1 yields the following weight—

$$w_2 = \log\left(\frac{\frac{r}{R}}{\frac{n-r}{N-R}}\right)$$

Choosing I1 and O2 yields the following weight—

$$w_3 = \log\left(\frac{\frac{r}{R-r}}{\frac{n}{N-n}}\right)$$

Choosing I2 and O2 yields the following weight—

$$w_4 = \log\left(\frac{\frac{r}{R-r}}{\frac{n-r}{(N-n)-(R-r)}}\right)$$

Robertson and Sparck Jones argue that O2 is correct and that I2 is more likely than I1 to describe what actually occurs. Hence, $w_4$ is most likely to yield the best results. They then present results that indicate that $w_4$ and $w_3$ performed better than $w_1$ and $w_2$. Most subsequent work starts with $w_4$ and extends it to contain other important components such as the within-document frequency of the term and the relative length of a document. We describe these extensions to $w_4$ in Section 2.2.3.

When incomplete relevance information is available, 0.5 is added to the weights to account for the uncertainty involved in estimating relevance. Robertson and Sparck Jones suggest that, "This procedure may seem somewhat arbitrary, but it does in fact have some statistical justification." The modified weighting function appears as—

$$w = \log\left(\frac{\frac{r+0.5}{(R-r)+0.5}}{\frac{(n-r)+0.5}{(N-n)-(R-r)+0.5}}\right)$$

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 43 of 132
DEFENDANT'S EXHIBIT NO. 306.043

The claimed advantage to the probabilistic model is that it is entirely based on probability theory. The implication is that other models have a certain arbitrary characteristic. They may perform well experimentally, but they lack a sound theoretical basis because the parameters are not easy to estimate. Either complete training data are required, or an inaccurate estimate must be made.

This debate is similar to one that occurs when comparing a relational to an object-oriented database management system (DBMS). Object-oriented DBMS are sometimes said to model "real world" data, but lack sound theoretical basis. Relational DBMS, on the other hand, have very solid set-theoretic underpinnings, but sometimes have problems modeling real data.

**2.2.1.1   Example.**   Using the same example we used previously with the vector space model, we now show how the four different weights can be used for relevance ranking.

Again, the documents and the query are—

$Q$ :   "gold silver truck"
$D_1$:   "Shipment of gold damaged in a fire."
$D_2$:   "Delivery of silver arrived in a silver truck."
$D_3$:   "Shipment of gold arrived in a truck."

Since training data are needed for the probabilistic model, we assume that these three documents are the training data and we deem documents $D_2$ and $D_3$ as relevant to the query.

To compute the similarity coefficient, we assign term weights to each term in the query. We then sum the weights of matching terms. There are four quantities we are interested in:

$N$   =   number of documents in the collection
$n$   =   number of documents indexed by a given term
$R$   =   number of relevant documents for the query
$r$   =   number of relevant documents indexed by the given term

These values are given in the table below for each term in the query.

| variable | gold | silver | truck |
|----------|------|--------|-------|
| N | 3 | 3 | 3 |
| n | 2 | 1 | 2 |
| R | 2 | 2 | 2 |
| r | 1 | 1 | 2 |

SAMNDCA630-00937007

DEFENDANT'S EXHIBIT NO. 306.044

30    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

As we stated previously, Robertson and Sparck Jones described the following four different weighting equations to estimate, for a given term, the likelihood that a document which contains the query term is relevant.

$$w_1 = \log \left[ \frac{\frac{r}{R}}{\frac{n}{N}} \right]$$

$$w_2 = \log \left[ \frac{\frac{r}{R}}{\frac{(n-r)}{(N-R)}} \right]$$

$$w_3 = \log \left[ \frac{\frac{r}{(R-r)}}{\frac{n}{(N-n)}} \right]$$

$$w_4 = \log \left[ \frac{\frac{r}{(R-r)}}{\frac{(n-r)}{(N-n)-(R-r)}} \right]$$

Note that with our collection, the weight for *silver* is infinite, since $(n - r) = 0$. This is because "silver" only appears in relevant documents. Since we are using this procedure in a predictive manner, Robertson and Sparck Jones recommended adding constants to each quantity [Robertson and Sparck Jones, 1976]. The new weights are given below:

$$w_1 = \log \left[ \frac{\frac{(r+0.5)}{(R+1)}}{\frac{(n+1)}{(N+2)}} \right]$$

$$w_2 = \log \left[ \frac{\frac{(r+0.5)}{(R+1)}}{\frac{(n-r+0.5)}{(N-R+1)}} \right]$$

$$w_3 = \log \left[ \frac{\frac{(r+0.5)}{(R-r+0.5)}}{\frac{(n+1)}{(N-n+1)}} \right]$$

$$w_4 = \log \left[ \frac{\frac{(r+0.5)}{(R-r+0.5)}}{\frac{(n-r+0.5)}{(N-n-(R-r)+0.5)}} \right]$$

SAMNDCA630-00937008

Using these equations, we derive the following weights:

**gold**

$$w_1 = \log\left[\frac{\frac{(1+0.5)}{(2+1)}}{\frac{(2+1)}{(3+2)}}\right] = \log\frac{0.5}{0.6} = -0.079$$

**silver**

$$w_1 = \log\left[\frac{\frac{(1+0.5)}{(2+1)}}{\frac{(1+1)}{(3+2)}}\right] = \log\frac{0.5}{0.4} = 0.097$$

**truck**

$$w_1 = \log\left[\frac{\frac{(2+0.5)}{(2+1)}}{\frac{(2+1)}{(3+2)}}\right] = \log\frac{0.833}{0.6} = 0.143$$

**gold**

$$w_2 = \log\left[\frac{\frac{(1+0.5)}{(2+1)}}{\frac{(2-1+0.5)}{(3-2+1)}}\right] = \log\frac{0.5}{0.75} = -0.176$$

**silver**

$$w_2 = \log\left[\frac{\frac{(1+0.5)}{(2+1)}}{\frac{(1-1+0.5)}{3-2+1}}\right] = \log\frac{0.5}{0.25} = 0.301$$

**truck**

$$w_2 = \log\left[\frac{\frac{(2+0.5)}{(2+1)}}{\frac{(2-2+0.5)}{3-2+1}}\right] = \log\frac{.833}{0.25} = 0.523$$

**gold**

$$w_3 = \log\left[\frac{\frac{(1+0.5)}{(2-1+0.5)}}{\frac{(2+1)}{(3-2+1)}}\right] = \log\frac{1.0}{1.5} = -0.176$$

**silver**

$$w_3 = \log\left[\frac{\frac{(1+0.5)}{(2-1+0.5)}}{\frac{(1+1)}{(3-1+1)}}\right] = \log\frac{1.0}{.667} = 0.176$$

**truck**

$$w_3 = \log\left[\frac{\frac{(2+0.5)}{(2-2+0.5)}}{\frac{(2+1)}{(3-2+1)}}\right] = \log\frac{5}{1.5} = 0.523$$

**gold**

$$w_4 = \log\left[\frac{\frac{(1+0.5)}{(2-1+0.5)}}{\frac{(2-1+0.5)}{(3-2-2+1+0.5)}}\right] = \log\frac{1}{3} = -0.477$$

SAMNDCA630-00937009

DEFENDANT'S EXHIBIT NO. 306.046

**32**   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**silver**

$$w_4 = \log \left[ \frac{\frac{(1+0.5)}{(2-1+0.5)}}{\frac{(1-1+0.5)}{(3-1-2+1+0.5)}} \right] = \log \frac{1}{0.333} = 0.477$$

**truck**

$$w_4 = \log \left[ \frac{\frac{(2+0.5)}{(2-2+0.5)}}{\frac{(2-2+0.5)}{(3-2-2+2+0.5)}} \right] = \log \left( \frac{5}{0.333} \right) = 1.176$$

The results are summarized in Table 2.1:

Table 2.1.   Example: Term Weights

| term | $w_1$ | $w_2$ | $w_3$ | $w_4$ |
|---|---|---|---|---|
| gold | -0.079 | -0.176 | -0.176 | -0.477 |
| silver | 0.097 | 0.301 | 0.176 | 0.477 |
| truck | 0.143 | 0.523 | 0.523 | 1.176 |

Table 2.2.   Example: Document Weights

| document | $w_1$ | $w_2$ | $w_3$ | $w_4$ |
|---|---|---|---|---|
| $D_1$ | -0.079 | -0.176 | -0.176 | -0.477 |
| $D_2$ | 0.240 | 0.824 | 0.699 | 1.653 |
| $D_3$ | 0.064 | 0.347 | 0.347 | 0.699 |

The similarity coefficient for a given document is obtained by summing the weights of the terms present. Table 2.2 gives the similarity coefficients for each of the four different weighting schemes. For $D_1$, *gold* is the only term to appear so the weight for $D_1$ is just the weight for *gold*, which is -0.079. For $D_2$, *silver* and *truck* appear so the weight for $D_2$ is the sum of the weights for *silver* and *truck*, which is $0.097 + 0.143 = 0.240$. For $D_3$, *gold* and *truck* appear so the weight for $D_3$ is the sum for *gold* and *truck*, which is $-0.079 + 0.143 = 0.064$. The terms may be summed as the need to combine them (multiply) is removed since their definition takes the logarithm of the weight.

**2.2.1.2   Results.** Initial tests of the four weights were done on the 1,400 document Cranfield collection. These showed that the third and fourth weights performed somewhat comparably, but were superior to the first and second weights. An additional study against the 27,361 document UKCIS collection measured the difference in the first weight and the fourth weight [Sparck Jones, 1979a]. Again a significant improvement was found in use of the fourth weight.

SAMNDCA630-00937010

Case 5:12-cv-00630-LHK Document 2121-51 Filed 12/22/14 Page 47 of 132
DEFENDANT'S EXHIBIT NO. 306.047

Two other baseline tests were run. The first simply ranked documents based on the number of term matches, the second test used inverse document frequency as an estimated weight. Both of these approaches were inferior to any of the four weights, but the use of the *idf* was better than simply counting term matches. In all cases, the ranking of the documents was D2, D3, D1—the same ranking that was obtained with the vector space model in Section 2.1.

The number of times a term appears in a given document is not used, as the weighting functions are based on whether or not the term appears in lots of relevant documents. Thus, if term $t$ appears 50 times over the span of 10 relevant documents and term $u$ appears only 10 times in the same relevant documents, they are given the same weight.

**2.2.1.3   Incorporating Term Frequency.**   Term frequency was not used in the original probabilistic model. Croft and Harper incorporate term frequency weights in [Croft and Harper, 1979]. Relevance is estimated by including the probability that a term will appear in a given document, rather than the simple presence or absence of a term in a document. The term frequency is used to derive an estimate of how likely it is for the term to appear in a document. This new coefficient is given below.

$$SC(Q, D_j) = C \sum_{i=1}^{t} q_i d_{ij} + \sum_{i=1}^{t} P(d_{ij}) q_i d_{ij} \log \left( \frac{N - n_i}{n_i} \right)$$

The $P(d_{ij})$ indicates the probability that term $i$ appears in document $j$, and can be estimated simply as the term frequency of term $i$ in document $j$. Unfortunately, this frequency is not a realistic probability so another estimate, *normalized term frequency* is used. The normalized term frequency is computed as—

$$ntf_{ij} = \frac{tf_{ij}}{max(tf_{1j}, tf_{2j}, \ldots, tf_{tj})}$$

Normalized term frequency is the ratio of the term frequency of a given term to the maximum term frequency of any term in the document. If term $i$ appears ten times in the document, and the highest term frequency of any other term in the document is 100, the $ntf_{ij}$ is 0.1.

Croft and Harper compared the use of the normalized term frequency, the unnormalized term frequency, and a baseline without any use of term frequency for the Cranfield collection and the 11,429 document NPL collection. The results were statistically significant in that the normalized term frequency outperformed the baseline. In many cases, the unnormalized term frequency performed worse than the baseline.

### 2.2.2   Non-Binary Independence Model

The non-binary independence model developed by Yu, Meng, and Park incorporates term frequency and document length, somewhat naturally, into the

SAMNDCA630-00937011

DEFENDANT'S EXHIBIT NO. 306.048

34   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

calculation of term weights [Yu et al., 1989]. Once the term weights are computed, the vector space model (see Section 2.1) is used to compute an inner product for obtaining a final similarity coefficient.

The simple term weight approach estimates a term's weight based on whether or not the term appears in a relevant document. Instead of estimating the probability that a given term will identify a relevant document, the probability that a *term which appears if times* will appear in a relevant document is estimated. For example, consider a ten document collection in which document one contains the term *blue* one time and document two contains ten occurrences of the term *blue*. Assume both documents one and two are relevant and the eight other documents are not relevant. With the simple term weight model, we would compute the p(Rel | blue) = 0.2 because *blue* occurs in two out of ten relevant documents.

With the non-binary independence model, we calculate a separate probability for each term frequency. Hence, we compute the probability that *blue* will occur one time P(1 | R) = 0.1, because it did occur one time in document one. The probability that *blue* will occur ten times is P(10 | R) = 0.1, because it did occur ten times in one out of ten documents.

To incorporate document length, the weights are normalized based on the size of the document. Hence, if document one contains five terms and document two contains ten terms, we recompute the probability that *blue* occurs one time and is relevant to the probability that *blue* occurs 0.5 times and is relevant.

The probability that a term will result in a non-relevant document is also used. The final weight is computed as the ratio of the probability that that a term will occur *tf* times in relevant documents to the probability that the term will occur *tf* times in non-relevant documents.

More formally—

$$\log \frac{P(d_i|R)}{P(d_i|N)}$$

where $P(d_i|R)$ is the probability that a relevant document will contain $d_i$ occurrences of the *ith* term, and $P(d_i|N)$ is the probability that a non-relevant document has $d_i$ occurrences of the *ith* term.

**2.2.2.1   Example.**  Returning to our example, the documents and the query are:

$Q :$   "gold silver truck"
$D_1:$   "Shipment of gold damaged in a fire."
$D_2:$   "Delivery of silver arrived in a silver truck."
$D_3:$   "Shipment of gold arrived in a truck."

Thus, we have three documents with eleven terms and a single query. We order the terms alphabetically so that $t_1$ corresponds to term number one which is *a* and $t_2$ is *arrived*, etc. This is summarized below—

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 49 of 132
DEFENDANT'S EXHIBIT NO. 306.049

| docid | $t_1$ | $t_2$ | $t_3$ | $t_4$ | $t_5$ | $t_6$ | $t_7$ | $t_8$ | $t_9$ | $t_{10}$ | $t_{11}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $D_1$ | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| $D_2$ | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 2 | 0 | 1 |
| $D_3$ | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| $Q$ | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 |

The training data includes both relevant and non-relevant documents. We assume that document two and three are relevant and document one is not relevant (we are free to do this as relevance is, after all, in the eyes of the beholder). Normalizing by document length gives—

| docid | $t_1$ | $t_2$ | $t_3$ | $t_4$ | $t_5$ | $t_6$ | $t_7$ | $t_8$ | $t_9$ | $t_{10}$ | $t_{11}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $D_1$ | $\frac{1}{7}$ | 0 | $\frac{1}{7}$ | 0 | $\frac{1}{7}$ | $\frac{1}{7}$ | $\frac{1}{7}$ | $\frac{1}{7}$ | 0 | $\frac{1}{7}$ | 0 |
| $D_2$ | $\frac{1}{8}$ | $\frac{1}{8}$ | 0 | $\frac{1}{8}$ | 0 | 0 | $\frac{1}{8}$ | $\frac{1}{8}$ | $\frac{1}{4}$ | 0 | $\frac{1}{8}$ |
| $D_3$ | $\frac{1}{7}$ | $\frac{1}{7}$ | 0 | 0 | 0 | $\frac{1}{7}$ | $\frac{1}{7}$ | $\frac{1}{7}$ | 0 | $\frac{1}{7}$ | $\frac{1}{7}$ |

We do not normalize the query. The terms present in the query are *gold*, *silver*, and *truck*. For $D_1$ the weight of *gold* is

$$\log\left[\frac{P(\frac{1}{7}|R)}{P(\frac{1}{7}|N)}\right] = \log\frac{\frac{1}{2}}{1} = -0.3010.$$

Of the two relevant documents, one has a frequency of $\frac{1}{7}$ and one does not, so $P(\frac{1}{7}|R) = \frac{1}{2}$. However, the only non-relevant document has *gold* with a frequency of $\frac{1}{7}$, so $P(\frac{1}{7}|N) = 1$.

For *silver* in $D_1$ we obtain:

$$\log\left[\frac{P(0|R)}{P(0|N)}\right] = \log\frac{1}{2} = -0.3010.$$

Weights for each term and a given term frequency can be computed in this way for each term in a document. Vectors can then be constructed and a similarity coefficient can be computed between a query and each document.

With our example, there are only a few frequencies to consider, but a normal collection would have a large number of frequencies, especially if document length normalization is used. To alleviate this problem, it is possible to aggregate all of the frequencies into classes. Thus, all of the documents with zero frequency would be in one class, but for terms with positive term frequency, intervals $(0, f_1], (f_1, f_2], \ldots, (f_n, \infty)$ would be selected such that the intervals contain approximately equal numbers of terms. To obtain the weights, $P(d_i|R)$ and $P(d_i|N)$ are replaced by $P(d_i \in I_j|R)$ and $P(d_i \in I_j|N)$, respectively. $I_j$ is the $j$th interval $(f_{j-2}, f_{j-1})$. The weight becomes:

$$\log\left[\frac{P(d_i \in I_j|R)}{P(d_i \in I_j|N)}\right]$$

SAMNDCA630-00937013

36   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

### 2.2.3  Poisson Model

Robertson and Walker have developed a probabilistic model which uses a Poisson distribution to estimate probabilities of relevance and incorporate term frequency and document length [Robertson and Walker, 1994]. In the standard probabilistic model, the weighting is given by—

$$w = \log \frac{p(1-q)}{q(1-p)}$$

where $p$ is the probability that the term is present given that a document is relevant, and $q$ is the probability that the term is present given that a document is not relevant.

To incorporate the term frequencies, $p_{tf}$ is used. This indicates the probability that the term is present with frequency $tf$, given relevance and $q_{tf}$ is the corresponding probability for non-relevance. The subscript 0 denotes the absence of a term. The weighting then becomes—

$$w = \log \frac{(p_{tf})(q_0)}{(q_{tf})(p_0)}$$

The assumption is made that terms randomly occur within the document according to the Poisson distribution.

$$p(tf) = e^{-m} \frac{m^{tf}}{tf!}$$

The parameter $m$ differs according to whether or not the document is *about* the concepts represented by the query terms. This leads to the weighting—

$$w = \log \frac{(p' + (1-p')(\frac{\mu}{\lambda})^{tf} e^j)(q' e^{(-j)} + (1-q'))}{(q' + (1-q')(\frac{\mu}{\lambda})^{tf} e^j)(p' e^{(-j)} + (1-p'))}$$

where $\lambda$ is the Poisson mean for documents which are about the term $t$,
$\mu$ is the Poisson mean for documents which are not about the term $t$,
$j$ is the difference: $\lambda - \mu$,
$p'$ is the probability that a document is about $t$ given that it is relevant, and
$q'$ is the probability that a document is about $t$ given that it is not relevant.

The difficulty with this weight is in its application; it is unlikely that there will be direct evidence for any of the four parameters: $p', q', \lambda, \mu$. The shape of the curve is used, and simpler functions are found, based on the more readily observable quantities: term frequency and document length, that have similar shape. To incorporate term frequency, we use the function—

$$w' = w \frac{tf}{k_1 + tf}$$

SAMNDCA630-00937014

where $w$ is the standard probabilistic weight, and $k_1$ is an unknown constant whose value depends on the collection and must be determined experimentally.

Document length is also taken into account. The simplest means to account for document length is to modify the equation given above for $w'$ by substituting:

$$k_1 = \frac{(k_1)(d)}{\Delta}$$

$$d = documentlength$$
$$\Delta = averagedocumentlength$$

The new equation for $w'$ is—

$$w' = w\left(\frac{tf}{\frac{(k_1)(d)}{\Delta} + tf}\right)$$

The symmetry between documents and queries is used to incorporate the query term frequency in a fashion similar to document frequency. A tuning parameter $k_1$ is used to scale the effect of document term frequency. Similarly, another parameter $k_3$ is used to scale the query term frequency ($qtf$). Finally, a closer match to the 2-Poisson estimate can be attempted with an additional term possessing a scaling factor of $k_2$. This term is—

$$k_2\left(|Q|\left(\frac{(\Delta - d)}{(\Delta + d)}\right)\right)$$

where $k_2$ is a constant that is experimentally determined, and $|Q|$ is the number of query terms. This term enables a high value of $k_2$ to give additional emphasis to documents that are shorter than average. These modifications result in the following similarity coefficient—

$$SC(Q, D_i) = \sum_{j=1}^{t}\log\left(\frac{\frac{r}{(R-r)}}{\frac{(n-r)}{(N-n)-(R-r)}}\right)\left(\frac{tf_{ij}}{\frac{(k_1 dl_i)+tf_{ij}}{\Delta}}\right)\left(\frac{qtf_j}{k_3 + qtf_j}\right) + \left((k_2)|Q|\left(\frac{(\Delta - dl_i)}{(\Delta + dl_i)}\right)\right)$$

where—

$$N = \text{number of documents in the collection}$$

SAMNDCA630-00937015

DEFENDANT'S EXHIBIT NO. 306.052

38    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

$$
\begin{aligned}
n &= \text{number of documents indexed by a given term} \\
R &= \text{number of relevant documents for the query} \\
r &= \text{number of relevant documents indexed by the given term} \\
tf_{ij} &= \text{term frequency of term } j \text{ in document } i \\
qtf_j &= \text{term frequency of term } j \text{ in query Q} \\
dl_i &= \text{number of terms in document } i \\
|Q| &= \text{number of terms in the query} \\
\Delta &= \text{average document length} \\
k_1, k_2, k_3 &= \text{tuning parameters}
\end{aligned}
$$

Small values for $k_1$ and $k_3$ have the effect of reducing the impact of term frequency and query term frequency. If either is zero, the effect is to eliminate that quantity. Large values of $k_1$ and $k_3$ result in significantly reducing the size of the first term.

Including a factor of $(k_1 + 1)$ and $(k_3 + 1)$ in the numerator does not affect the overall ranking because these factors apply equally to all documents. However, it does allow for the use of large values of $k_1$ or $k_3$ without reducing the magnitude of the first term. Additionally, this normalizes the impact of the tuning parameters. The idea is that when the term frequency is one, there is no need to change the original weights.

To normalize for document length, the similarity measure also includes a denominator of $\Delta$ in the first term. This makes good sense if the only reason a document is long is because it is simply giving more detail about the topic. In this case, long documents should not be weighted any more than short documents. However, it could be that a document is long because it is discussing several unrelated topics. In this case, long documents should be penalized. A new tuning parameter, $b$, allows for tuning a query based on the nature of the document collection. This parameter is incorporated by substituting $K$ for $k_1$ in the factor involving $tf_{ij}$, where—

$$
K = k_1 \left( (1 - b) + b \left( \frac{dl_i}{\Delta} \right) \right)
$$

Incorporating the tuning parameter $b$ and placing $(k_1 + 1)$ and $(k_3 + 1)$ in the numerator yields—

$$
SC(Q, D_i) = \sum_{j=1}^{t} \log \left( \frac{\frac{r}{(R-r)}}{\frac{(n-r)}{(N-n)-(R-r)}} \right) \left( \frac{(k_1+1)tf_{ij}}{K + tf_{ij}} \right) \left( \frac{(k_3+1)qtf_j}{k_3 + qtf_j} \right) + \left( (k_2)|Q| \frac{\Delta - dl}{\Delta + dl_i} \right)
$$

For the experiments conducted as part of TREC-4, these values were taken as $(k_1 = 1, k_2 = 0, k_3 = 8, b = 0.6)$ [Robertson et al., 1995].

SAMNDCA630-00937016

**2.2.3.1   Example.**  Using the same documents and query as before, we previously computed $w_4$ as—

gold = -0.477
silver = 0.477
truck = 1.176
avgdl = $\frac{22}{3}$ = 7.33

Using the same parameters for $k_1, k_2, k_3, b$ as given in the TREC-4 calibrations, we compute values for $dl_i$:

$dl_1 = 7$
$dl_2 = 8$
$dl_3 = 7$

For $D_1$ the only match with the query is "gold" which appears with a $tf = 1$; so, the SC for $D_1$ is just the value for "gold" (Note the length of $dl$ for $D_1$ is seven).

$$K = 1\left((1 - 0.6) + \frac{(0.6)(7)}{7.33}\right) = 0.973$$

Now that we have the value of K, it is possible to compute the similarity coefficient for $D_1$. The coefficient is a summation for all terms, but only one term "gold" will have a non-zero value. We start with the value of $w_4 = -1.099$ which was obtained in Section 2.2.1.1.

$$SC(Q, D_1) = -0.477\left(\frac{(1+1)(1)}{0.973 + 1}\right)\left(\frac{8+1}{8+1}\right) = -0.477\left(\frac{2}{1.973}\right) = -0.484$$

For $D_2$ the terms that match the query "silver" and "truck", result in non-zero values in the summation.

$$K = 1\left(0.4 + \frac{(0.6)(8)}{7.33}\right) = 1.055$$

For "silver", $tf_{12} = 2$—

$$w_4 = -0.477\left(\frac{(1+1)(2)}{1.055 + 2}\right)\left(\frac{(8+1)(2)}{8+2}\right) = 1.124$$

For "truck", $tf_{22} = 1$—

$$w_4 = 1.176\left(\frac{(1+1)(1)}{1.055 + 1}\right)\left(\frac{(8+1)(1)}{8+1}\right) = 1.145$$

SAMNDCA630-00937017

DEFENDANT'S EXHIBIT NO. 306.054

40   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

$$SC(Q, D_2) = 1.124 + 1.145 = 2.269$$

For $D_3$, $dl = 7$ so K $= 0.973$ (as in the case of $D_1$). We have two terms "gold" and "truck" that both appear once.
For "gold", $tf_{13} = 1$:

$$w_4 = -0.477 \left( \frac{(1+1)(1)}{0.973+1} \right) \left( \frac{(8+1)(1)}{8+1} \right) = -0.484$$

For "truck", $tf_{23} = 1$:

$$w_4 = 1.176 \left( \frac{(1+1)(1)}{0.973+1} \right) \left( \frac{(8+1)(1)}{8+1} \right) = 1.192$$

$$SC(Q, D_3) = -0.484 + 1.192 = 0.708$$

Comparing the SC, with the term frequency, to the base SC, without the term frequency we see—

| Document | No $tf$ | $tf$ |
|---|---|---|
| $D_1$ | -0.477 | -0.484 |
| $D_2$ | 1.653 | 2.269 |
| $D_3$ | 0.699 | 0.708 |

Overall, the document ranking is the same, but the use of term frequency produced a more pronounced difference between the top ranked document $D_2$ and the remaining relevant document $D_3$.

### 2.2.4   Term Components

A variation on the standard probabilistic model is given in [Kwok, 1990]. The premise of the algorithm is to rank documents based on the components of the document. For example, a document can be partitioned into multiple paragraphs and a similarity coefficient can be computed for each paragraph. Once this is done, a measure is needed to combine the component similarity coefficients to develop a ranking for the entire document. Kwok proposes the use of a geometric mean (for $n$ numbers, the $n$th root of their product) to effectively average the individual components.

The algorithm used to rank a given component certainly can vary, and the size of a component can also vary. If the whole document is used as a component, then we are back at traditional probabilistic information retrieval.

The basic weight for a given component is defined as the ratio of the probability of the component being relevant to the probability that it is not relevant. This is—

SAMNDCA630-00937018

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 55 of 132

$$w_{ak} = \ln\left(\frac{r_{ak}}{(1 - r_{ak})}\right) + \ln\left(\frac{(1 - s_{ak})}{s_{ak}}\right)$$

$r_{ak}$ and $s_{ak}$ are weights that can be estimated in one of three different ways—

▫ Initial estimate using self-relevance. A component which is relevant to itself, results in—

$$r_{ak} = \frac{q_{ak}}{L_a}$$

$$s_{ak} = \frac{F_k}{N_w}$$

where $L_a$ is the number of components in the document, and $F_k$ is the number of occurrences of term $k$ in the collection. $N_w$ is the number of distinct components in the collection.

▫ Inverse collection term frequency (ICTF). Used as an initial estimate with relevance feedback. Assume the estimate of $s$ above is good because there are probably more non-relevant than relevant documents. Hence, a term that is infrequent in the entire collection has a low value of $s_{ak}$. Assume the initial estimate of $r_{ak}$ is poor and just use a constant $p$. Using $r_{ak}$ as a constant results in the whole weight being equivalent to $s_{ak}$. Using $p$ in our weight computation yields the following weight which is very close to the *idf*.

$$w_{ik} = \ln\left[\frac{p}{1 - p}\right] + \ln\left[\frac{1 - s_{ik}}{s_{ik}}\right]$$

▫ Essentially, weights are computed based on the use of feedback from the user. (Use of relevance feedback will be discussed in more detail in Section 3.1). Once the estimates are obtained, all that remains is to combine the component weights—in either query focused means, a document focused measure, or a combined measure. Using the query as focus, the query is given, and all the weights are computed as related to the query. The geometric mean is then computed for each of the components. This reduces to—

$$\sum_{i=1}^{k} \left(\frac{d_{ik}}{L_i}\right) w_{ak}$$

A document focused measure computes the components of the query and then averages them in relation to a given document. This reduces to—

SAMNDCA630-00937019

42    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

$$\sum_{i=1}^{k} \left( \frac{q_{ak}}{L_i} \right) w_{ik}$$

The combined measure can then be obtained. This combined measure is simply the sum of the query focused and the document focused measures given as—

$$\sum_{i=1}^{k} \left( \frac{d_{ik}}{L_i} \right) w_{ak} + \sum_{i=1}^{k} \left( \frac{q_{ik}}{L_i} \right) w_{ak}$$

The component theory was shown to be comparable to term-based retrieval, and superior for retrieval in the presence of relevance feedback. The combination of query focused and document focused retrieval was almost always shown to be superior than just query focused or just document focused retrieval.

We now use Kwok's measure to compute a similarity coefficient for the documents in our example. We note this is applicable when only single terms are chosen as term components.

$Q$ :    "gold silver truck"
$D_1$:    "Shipment of gold damaged in a fire."
$D_2$:    "Delivery of silver arrived in a silver truck."
$D_3$:    "Shipment of gold arrived in a truck."

| docid | $t_1$ | $t_2$ | $t_3$ | $t_4$ | $t_5$ | $t_6$ | $t_7$ | $t_8$ | $t_9$ | $t_{10}$ | $t_{11}$ | Length |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|----------|----------|--------|
| $D_1$ | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 7 |
| $D_2$ | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 2 | 0 | 1 | 8 |
| $D_3$ | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 7 |
| Sum | 3 | 2 | 1 | 1 | 1 | 2 | 3 | 3 | 2 | 2 | 2 | 22 |
| Q | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 |

We now need to compute a query focused similarity coefficient $W_{i/q}$ and a document focused coefficient, $W_{i/d}$. The query focused coefficient is computed as—

$$W_{i/q} = \sum_{i=1}^{k} (w_{ak})(w_{ki}) = \sum_{i=1}^{k} (w_{ak}) \frac{d_{ik}}{L_i}$$

where $w_{ak}$ is the weight of the $k$th term of the query, $t_k$, and $d_{ik}$ is the frequency of $t_k$ in document $d_i$. $L_i$ is the length of $d_i$ or the total number of components of $d_i$. (In this example, components are terms).

$$w_{ak} = \ln \left( \frac{r_{ak}}{1 - r_{ak}} \right) + \ln \left( \frac{1 - s_{ak}}{s_{ak}} \right)$$

SAMNDCA630-00937020

$r_{ak}$ is the probability that $t_k$ is present given that the document is relevant. It is estimated by $\frac{q_{ak}}{L_a}$, where $q_{ak}$ is the frequency of term $t_k$ in the query, and $L_a$ is the length of the query. $s_{ak}$ is the probability that $t_k$ is present given that the document is not relevant. It is estimated by $\frac{F_k}{N_w}$ where $F_k$ is the collection term frequency of $t_k$ and $N_w$ is the total number of terms in the collection. Substituting from our example gives $W_{i/d}$ for $D_1$ and $q_{ak} = 1$ for $k = 1, 2, 3$, and $L_a = 3$, since each term in the query occurs once, and each term appears only one time.

Since we take the query as being relevant to itself, the total relevance for each term in the query is 1. $r_{ak} = \frac{1}{3}$ for $k = 1, 2, 3$ and $s_{ak} = \frac{2}{22}$ for $k = 1, 2, 3$, since each term in the query occurs twice in the collection and the whole collection has twenty-two terms.

$$w_{a1} = \ln \frac{\frac{1}{3}}{\left(1 - \frac{1}{3}\right)} + \ln \left( \frac{1 - \frac{2}{22}}{\frac{2}{22}} \right)$$

$$= \ln \frac{1}{2} + \ln \frac{20}{2} = -0.693 + 2.303 = 1.609$$

$w_{a2}$ and $w_{a3}$ will have the same values since the values for $r_{ak}$ and $s_{ak}$ are equal for $k = 1, 2, 3$.

Knowing the result of $w_{ai}$ for all three terms is 1.609, we multiply each term by $\frac{d_{ik}}{L_i}$, which is a measure of term importance as compared to other terms in the query. We now can compute the query focused measure for each of the three documents—

$$W_{1q} = (1.609)\frac{1}{7} + (1.609)\frac{0}{7} + (1.609)\frac{0}{7} = 0.230$$

$$W_{2q} = (1.609)\frac{0}{8} + (1.609)\frac{2}{8} + (1.609)\frac{1}{8} = 0.603$$

$$W_{3q} = (1.609)\frac{1}{7} + (1.609)\frac{0}{7} + (1.609)\frac{1}{7} = 0.460$$

Now the document focused measure is computed. The computation is the same, the difference is that we have a different estimate for $r_{ik}$ and $s_{ik}$. For the document focused measure, we assume each document considered is relevant to the query. Hence, the estimate for $r_{ik}$ is—

$$r_{ik} = \frac{d_{ik}}{L_i}$$

This uses the number of terms, $d_{ik}$, that match the assumed "relevant document." $s_{ik}$ is estimated similarly since the size of the one relevant document is removed from the estimates that use the whole collection.

44    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

$$s_{ik} = \left( \frac{F_k - d_{ik}}{N_w - L_i} \right)$$

Substituting we have—

$$r_{11} = \frac{1}{7}$$

$$r_{12} = \frac{0}{7} = 0$$

$$r_{13} = \frac{0}{7} = 0$$

$$s_{11} = \frac{2-1}{22-7} = \frac{1}{15}$$

$$s_{12} = \frac{2-0}{22-7} = \frac{2}{15}$$

$$s_{13} = \frac{2-0}{22-7} = \frac{2}{15}$$

To compute the weight of *gold* in $D_1$ we have—

$$w_{11} = \ln \left( \frac{\frac{1}{7}}{(1 - \frac{1}{7})} \right) + \ln \left( \frac{1 - \frac{1}{15}}{\frac{1}{15}} \right) = \ln \frac{1}{6} + \ln 14 = -1.792 + 2.639 = 0.847$$

Since *silver* and *truck* do not appear in $D_1$ the values of $w_{ki}$ are equal to zero. The document focused measure is now computed as—

$$w_{1d} = \frac{0.847}{3} = 0.282$$

Estimates for $r$ and $s$ are now given for documents $D_2$ and $D_3$.

$$s_{21} = \frac{2}{22-8} = \frac{1}{8}$$

$$s_{22} = 0$$

$$s_{23} = \frac{1}{14}$$

$$r_{21} = 0$$

$$r_{22} = \frac{2}{8}$$

$$r_{23} = \frac{1}{8}$$

$$r_{31} = \frac{1}{7} = 0.143$$

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 59 of 132
DEFENDANT'S EXHIBIT NO. 306.059

$$r_{32} = \frac{0}{7} = 0$$

$$r_{33} = \frac{1}{7} = 0.143$$

$$s_{31} = \frac{2-1}{22-7} = \frac{1}{15}$$

$$s_{32} = \frac{2-0}{22-7} = \frac{2}{15}$$

$$s_{33} = \frac{2-0}{22-7} = \frac{2}{15}$$

$$w_{23} = \ln\left(\frac{\frac{1}{8}}{(1-\frac{1}{8})}\right) + \ln\left(\frac{1-\frac{1}{14}}{\frac{1}{14}}\right) = \ln\frac{1}{7} + \ln 13 = -1.946 + 2.565 = 0.619$$

$$w_{2d} = (0.619)\frac{1}{3} = 0.206$$

$$w_{31} = \ln\frac{1}{6} + \ln 14 = -0.1792 + 2.639 = 0.847$$

$w_{32}$ will not be used as $r_{32}$ equals zero.

$$w_{33} = \ln\frac{1}{16} + \ln 14 = -0.134$$

$$w_{3d} = \frac{0.847}{3} + \frac{-0.134}{3} = 0.238$$

We now have query-focused and document-focused measure for each document. Summing these results in a similarity coefficient, we find—

$D_1 = 0.230 + 0.282 = 0.512$
$D_2 = 0.603 + 0.206 = 0.809$
$D_3 = 0.460 + 0.238 = 0.698$

### 2.2.5  Key Concerns with Probabilistic Models

Typically probabilistic models have to work around two fundamental problems. The first is parameter estimation. This refers to the problem that accurate probabilistic computations are based on the need to estimate relevance. Without a good training data set, it is often difficult to accurately estimate parameters. The second problem is the use of independence assumptions. It is clear that the presence of the term *new* increases the likelihood of the presence of the term *york* but many probabilistic models require this assumption even though it is not a realistic assumption.

SAMNDCA630-00937023

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 60 of 132

### 2.2.5.1 Parameter Estimation.

The need for good parameter estimation was clearly documented in the 1970s. Initial experiments with simple term weights partitioned the document collection into an *even* and an *odd* component. The even component was used as training data and, after relevance information was obtained, used to retrieve data in the odd component. For many applications, the *a priori* relevance information is not known in advance. A follow-up paper by Sparck Jones [Sparck Jones, 1979b] used reduced relevance information. The effect of using only the best one or two most relevant documents as training data, instead of using all relevant documents was measured. For the small Cranfield collection, results of using fewer relevant documents were comparable to using all relevant documents. Unfortunately, when the test was run on the larger UKCIS, the results with only two relevant documents were inferior to results using all relevant documents.

The initial model did not indicate how the process should start. Once relevance information is available (via a training set), it is possible to conduct new searches. In an on-line system where it is not possible to guess which queries will be asked in advance, it is not possible to use the weighting functions given above. They all require values for $r$ and $R$ which can only be obtained by running a query and examining the relevant documents. Certainly, it is possible to use another technique for the initial search, and then ask users for relevance information on the results of the initial search. This information can then be used for subsequent searches. This technique is called *relevance feedback* and is discussed in more detail in Section 3.1.

Using the probabilistic weights as a means of implementing relevance feedback relegates the probabilistic model to an interesting utility that can be applied to an arbitrary retrieval strategy. A cosine measure can be used to identify an initial ranking, and then the probabilistic weights can be used for relevance feedback.

The problem of using the probabilistic model without any *a priori* relevance information is addressed in [Croft and Harper, 1979]. In doing so, it becomes clear that the probabilistic model is a retrieval strategy that is capable of ranking documents without any other assistance. By assuming that without any relevance information, the probability that a given term will induce relevance is equal for each term. Thus, the following similarity coefficient is obtained—

$$SC(Q, D_j) = C \sum_{i=1}^{t} q_i d_{ij} + \sum_{i=1}^{t} q_i d_{ij} \log \frac{N - n_i}{n_i}$$

$$
\begin{aligned}
N &= \text{number of documents in the collection} \\
n &= \text{number of documents indexed by a given term} \\
d_{ij} &= 1, \text{ if term } i \text{ appears in document } j \\
d_{ij} &= 0, \text{ if term } i \text{ does not appear in document } j \\
q_i &= 1, \text{ if term } i \text{ appears in the query} \\
q_i &= 0, \text{ if term } i \text{ does not appear in the query}
\end{aligned}
$$

SAMNDCA630-00937024

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 61 of 132
DEFENDANT'S EXHIBIT NO. 306.061

$C$ is a constant that may be varied to "tune" the retrieval. The term weight of $\frac{N-n_i}{n_i}$ is very close to the inverse document frequency of $\frac{N}{n_i}$ for large document collections (large values of N). Hence, the whole expression is very close to the *tf-idf* that was used in the vector space model.

The authors tested this SC against the cosine coefficient and a coefficient obtained by simply summing the *idf's* of each term. The new SC performed slightly better, but it is important to remember the tests were run on the small Cranfield collection.

Recently, Croft and Harper's work on the problem of computing relevance weights with little or no relevance information was improved [Robertson and Walker, 1997]. They note that the weighting scheme of Croft and Harper can, under some circumstances, lead to negative weights.

In the original model by Robertson and Sparck Jones, two probabilities were used to determine the weighting. The first value, $p$, estimates for a given term the probability that a document containing the term will be relevant. The probability $q$ estimates the probability that a document containing the term will not be relevant. In previous models, $p$ and $q$ are assumed to be constant, but Robertson and Walker allow $p$ to vary as a function of known evidence of relevance.

Specifically a weighting function that is developed with no information gives an inverse collection frequency weight (or some slight variation). At the other extreme, with a large amount of relevance information, the weighting function is determined by the relevance information. The equation from Croft and Harper can take on negative weights (when a term appears in over half of the document collection). Robertson and Walker developed new equations that are tunable and that estimate the weights of $p$ and $q$ independently. That is, information about relevance only influences the weight due to $p$ and information about non-relevance only influences the weight due to $q$.

The new weight is given by—

$$w = \frac{k_5}{k_5 + R}\left(k_4 + \log\frac{N}{N-n}\right) + \frac{R}{k_5 + R}\log\left(\frac{r + 0.5}{R - r + 0.5}\right)$$
$$-\frac{k_6}{k_6 + S}\log\left(\frac{n}{N-n}\right) - \frac{S}{k_6 + S}\log\left(\frac{(s + 0.5)}{(S - s + 0.5)}\right)$$

where

| | | |
|---|---|---|
| $R$ | = | number of relevant documents |
| $r$ | = | number of relevant documents indexed by the given term |
| $S$ | = | number of non-relevant documents |
| $s$ | = | number of non-relevant documents which contain the term |
| $k_4, k_5, k_6$ | | are tuning constants— |
| | | ($k_4$ must be non-negative to avoid any negative weights) |

48    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

The first two terms give the component of the weight due to relevance information, and the last two terms give the weight due to non-relevance information. (Note that if there is no knowledge (R=S=0), then the equations reduce to $k_4 + \log \frac{N}{n}$). $k_4$ measures how good the query term should be, while $k_5$ and $k_6$ measure the sensitivity to relevance and non-relevance respectively. A statistically-based argument can be made that, instead of using R and S to scale the terms in the equation, the square roots of R and S should be used.

**2.2.5.2   Independence Assumptions.** The key assumption that provides for a simple combination of term weights to compute the probability of relevance is the assumption that the terms appear independent of one another. Because this assumption is false, it has been suggested that the entire model is derived from a "faulty theory" [Cooper, 1991]. In fact, the inference network strategy and the logistic regression utility are both designed to work around the problem of independence assumptions. These are discussed in Sections 2.3 and 3.5, respectively.

Papers in the late 1970s and early 1980s start to address the failure of the independence assumption [Rijsbergen, 1977, Yu et al., 1983], but they all require co-occurrence information which is very computationally expensive to obtain. Van Rijsbergen suggests that related terms should be grouped together by using simple clustering algorithms and then the dependencies between groups can be obtained [Rijsbergen, 1977].

With increased computational speed, these approaches may soon be more tractable. To our knowledge, none of these modifications have been tried on a large test collection.

## 2.3   Inference Networks

Inference networks use evidential reasoning to estimate the probability that a document will be relevant to a query. They model the probabilistic retrieval strategy discussed in Section 2.2 and enhance that model to include additional evidence that a document may be relevant to a query.

In this section we first give a basic overview of what an inference network is, and then describe how they are used for relevance ranking.

### 2.3.1   Background

The essence of an inference network is to take known relationships and use them to "infer" other relationships. This dramatically reduces the computational requirements needed to estimate the probability that an event will occur.

A binary inference network uses events where the event will have either a value of *true* or *false*. A prior probability indicates the likelihood of the event. Assume we know events A, B, C, D and E all occur with respective probabilities $p(A = true) = a$, $p(B = true) = b$, $p(C = true) = c$, $p(D = true) = d$ and $p(E = true) = e$. These events are independent—that is, the probability that

SAMNDCA630-00937026

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 63 of 132

DEFENDANT'S EXHIBIT NO. 306.063

all events will still occur is the same regardless of whether or not any of the other events occur. More formally, for all possible combinations of $b, c, d$ and $e$ then $p(A|b, c, d, e) = p(a)$. Assume we know that event F depends on events A, B, C, D and E, and we want to compute the probability that F occurs given the probability that A, B, C, D and E occur. Figure 2.5 illustrates this example inference network.

To do this without an inference network, the computation is exponential and requires consideration of all $2^5$ combinations for the events A, B, C, D and E. Using notation given in [Greiff, 1996], let R be the set of all $2^5$ possible subsets of 1, 2, 3, 4, 5. Let $p_i$ indicate the probability that the $i$th event is true—in our example events 1, 2, 3, 4 and 5 correspond to A, B, C, D and E. Let $P_i$ indicate the state value (either true or false) of the $i$th event—that is $P_1$ indicates whether or not A is true, $P_2$ indicates whether or not B is true, etc. Finally, the mere existence of an event or combination of events A, B, C, D or E changes the likelihood that F is true. This probability is called $\alpha_R$ and is defined as:

$$
\begin{aligned}
\alpha_R \;=\;\; & p(F = \texttt{true}|P_1, \ldots, P_5) \\
& \texttt{where } i \in R \to P_i \texttt{ is true,} \\
& i \notin R \to P_i \texttt{ is false}
\end{aligned}
$$

To compute $p(F = true)$, assuming, A, B, C, D and E are independent, the following equation is used:

$$
p(F = true) = \sum_{R \subseteq \{1,\ldots,5\}} \alpha_R \prod_{i \in R} p_i \prod_{i \in \overline{R}} (1 - p_i)
$$

For a simple problem with only five values, we end up with a 32-element computation. The exponential nature of this problem is addressed by inference networks with naturally occurring intermediaries. This enables the use of partial inferences to obtain a final inference.

Assume we know that events A, B, and C cause event X, and events D and E cause event Y. We can now use X and Y to infer F. The figure below illustrates this simple inference network.

Consider an example where we are trying to predict whether or not the Salamanders will win a softball game. Assume this depends on which coaches are present and which umpires are present. At the top layer of the network might be nodes that correspond to a given coach or umpire being present. The Scott, David, and Catherine nodes (nodes A, B, and C) all correspond to coaches and the Jim and Manny nodes (nodes D and E) correspond to umpires. Now the event "good coach is present" (node X) depends on the Scott, David, and Catherine nodes and the event "good umpire is present" (node Y) depends on the Jim and Manny nodes. The event "Salamanders win" (node F) clearly depends on nodes X and Y.

In our example, the presence of an umpire in no way determines whether or not another umpire attends, but it certainly impacts whether or not the

SAMNDCA630-00937027

DEFENDANT'S EXHIBIT NO. 306.064

50    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Figure 2.5.**    Simple Inference Network



umpires are "friendly" to the Salamanders. Similarly, the presence of a given coach does not impact the presence of other coaches, but it does impact whether or not the whole coaching staff is present. Also, the presence or absence of a coach has no impact on whether or not the umpires will be favorable.

To compute F, the 32-element equation given above can be used, or we can use an inference network to take advantage of the logical groupings inherent in the events X and Y. First, we compute $p(X = true)$ using the three parents— A,B,and C— this requires $2^3$ computations. The impact of the parent nodes on the child node with the variable $\alpha$ and a binary subscript that indicates the likelihood that the child node is true, given various combinations of parent nodes being true. For example, $\alpha_{111}$ indicates the probability that the child node is true given that all three parents are true. Computing $p(X = true)$ we obtain—

$$p(X = true) = \alpha_{111}abc + \alpha_{110}ab(1 - c) + \alpha_{101}a(1 - b)c + \\ \alpha_{100}a(1 - b)(1 - c) + \alpha_{011}(1 - a)bc + \alpha_{010}(1 - a)b(1 - c) + \\ \alpha_{001}(1 - a)(1 - b)c + \alpha_{000}(1 - a)(1 - b)(1 - c)$$

and now we compute $p(Y = true)$ using the two parents D, E—

SAMNDCA630-00937028

DEFENDANT'S EXHIBIT NO. 306.065

$$p(Y = true) = \alpha_{11}de + \alpha_{10}d(1-e) + \alpha_{01}(1-d)e + \alpha_{00}(1-d)(1-e)$$

Once the prior probabilities for X and Y are known, we compute the probability that F is true as:

$$p(F = true) = \alpha_{11}xy + \alpha_{10}x(1-y) + \alpha_{01}y(1-x) + \alpha_{00}(1-x)(1-y)$$

To compute F it took eight additions for X, four for Y, and finally four for F. Therefore, we now require only sixteen instead of the thirty-two required without the inference network. The key is that F is independent of A, B, C, D and E given X, Y or:

$$p(F = true|a, b, c, d, e, x, y) = p(F = true|x, y)$$

Once the initial values of the top layer of the inference network are assigned (these are referred to as prior probabilities), a node on the network is *instantiated* and all of its links are followed to nodes farther down the network. These nodes are then activated. At this point, the node that is activated is able to compute the *belief* that the node is true or false. The belief is computed based on the belief that all of its parent nodes are true or false. At this point, we have assumed that all parents contributed equally to the belief that a node was present. Link matrices indicate the strength by which parents (either by themselves or in conjunction with other parents) affect children in the inference network.

### 2.3.2  Link Matrices

Another capability provided by the inference network is the ability to include the dependence of a child on the parents. Suppose we know that a particular umpire, Manny, is much more friendly to the Salamanders than any other umpire. Hence, the contribution of D, E to the value of X may not be equal.

The link matrix contains an entry for each of the $2^n$ combinations of parents and (for a binary inference network in which nodes are either true or false) will contain only two rows.

In our example, the link matrix for the node Y that represents the impact of umpires D and E on X is given as:

|         | DE  | $D\overline{E}$ | $\overline{D}E$ | $\overline{D}\overline{E}$ |
|---------|-----|-----|-----|------|
| Y true  | 0.9 | 0.8 | 0.2 | 0.05 |
| Y false | 0.1 | 0.2 | 0.8 | 0.95 |

This matrix indicates that the presence of the friendly umpire Manny (D) coupled with the absence of Jim ($\overline{E}$) results in an eighty percent contribution to the belief that we have friendly umpires for the game. We use the notation $L_i(Y)$ to indicate the value of the $ith$ entry in the link matrix to identify whether or not Y is true and $\overline{L_i(Y)}$ to indicate the value to determine whether or not Y is false.

SAMNDCA630-00937029

DEFENDANT'S EXHIBIT NO. 306.066

52   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

The link matrix entries are included as an additional element in the computation given above. The new equation to compute the belief that a given node N with $n$ parents using the previously used set R becomes:

$$p(N = true) = \sum_{R \subseteq \{1,\ldots,n\}} L_i(N) \prod_{i \in R} p_i \prod_{i \notin R} (1 - p_i)$$

The link matrix for $p$ parents contains $2^p$ entries. Again, the link matrix measures the contribution of individual parents to a given inference. The link matrix can be selected such that a closed form computation is possible. The simplest matrix, the $L_{AND}$ for an arbitrary node N is of the form [Turtle, 1991]:

| | $P_{000}$ | $P_{001}$ | $P_{010}$ | $P_{011}$ | $P_{100}$ | $P_{101}$ | $P_{110}$ | $P_{111}$ |
|---|---|---|---|---|---|---|---|---|
| N true | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

The entries are given in binary such that a 1 or 0 is given for each of the possible $p$ parents ($p=3$ in this case). The computation results in zero's for all combinations of parents except when all $p$ parents exist. The value of $p(N=true)$ will be $(p_1)(p_2)(p_3)$ where $p_i$ indicates the probability that the parent $p_i$ is true. Only a single element must be summed to obtain the final result instead of the worst case of $2^N$. Other closed form link matrices exist that essentially average the prior probabilities of parents.

To give an example with our existing inference network, assume there is a seventy percent chance A will attend, and a sixty percent chance B and C will attend ($p(A) = 0.7$, $p(B) = 0.6$, $p(C) = 0.6$). For umpires, assume $p(D) = 0.8$ and $p(E) = 0.4$. The links from A, B, C, D, and E are followed and the probability that X and Y are true can now be computed. To compute $p(X = true)$, we need the link matrix for X. Let's assume the link matrix results in a closed form average of all parent probabilities

$$\frac{\sum_i^n p_i}{n}$$

$$p(X = true) = \frac{0.7 + 0.6 + 0.6}{3} = 0.63$$

Now to compute the probability for Y, the link matrix given above is used to obtain:

$$p(Y = true) = L_{11}(Y)de + L_{10}(Y)d(1-e) + L_{01}(Y)(1-d)e + L_{00}(Y)(1-d)(1-e)$$

$$p(Y = true) = (0.9)(0.8)(0.4) + (0.8)(0.8)(0.6) + (0.2)(0.2)(0.4) + (0.05)(0.2)(0.6)$$

$$p(Y = true) = 0.288 + 0.384 + 0.008 + 0.016 = 0.694$$

SAMNDCA630-00937030

DEFENDANT'S EXHIBIT NO. 306.067

Now we have the belief that X and Y are true, assume we use the unweighted sum link matrix. This is a closed form link matrix that results in a simple average of the parent probabilities to compute the belief in F. The final value for F is:

$$p(F = true) = \frac{0.694 + 0.630}{2} = 0.662$$

In this case, we had only three elements to sum to compute X, four to compute Y, and two to compute F. If we did not have a closed form link matrix we would have had $2^3$ for X, $2^2$ for Y, and $2^2$ for F or 16 elements—substantially less than the $2^5$ required without an inference network.

### 2.3.3 Relevance Ranking with Inference Networks

Turtle's Ph.D. thesis is the seminal work on the use of inference networks for information retrieval [Turtle, 1991]. The documents are represented as nodes on the inference network, and a link exists from each document to each term in the document. When a document is instantiated, all of the term nodes linked to the document are instantiated. A simple three-layered approach then connects the term nodes directly to query nodes. This three-layered network is illustrated in Figure 2.6. A link exists between a term node and a query node for each term in the query. Note that this is the most simplistic form of inference network for IR. The three-layered approach consists of a document layer, a term layer, and a query layer. Note that the basic algorithm will work if a layer that contains generalizations of terms or *concepts* exists. This layer could sit between the term layer and the query layer. Links from a term to a concept could exist based on semantic processing or the use of a thesaurus (see Sections 3.7 and 3.6). Using a concept layer gives the inference network resilience to the matching problem because terms in the query do not have to directly match terms in the document; only the *concepts* have to match.

An example of an inference network with actual nodes and links is given in Figure 2.7. A query and three documents are given along with the corresponding network. Links exist from the document layer to the term layer for each occurrence of a term in a document.

For our discussion, we focus on a three-layered inference network. Processing begins when a document is instantiated. By doing this we are indicating that we believe document one ($D_1$) has been observed. This instantiates all term nodes in $D_1$. We only instantiate the network with a single document at a time. Hence, the closed form for the link matrix for this layer will equal the weight for which a term might exist in a document. Typically, some close variant on $tf - idf$ is used for this weight.

Subsequently, the process continues throughout the network. All links emanate from the term nodes just activated, and are instantiated, and a query node is activated. The query node then computes the belief in the query given $D_1$. This is used as the similarity coefficient for $D_1$. The process continues until all documents are instantiated.

DEFENDANT'S EXHIBIT NO. 306.068

**Figure 2.6.**    Document-Term-Query Inference Network



### 2.3.4   Example

We now use an inference network to compute a similarity coefficient for the documents in our example:

$Q$ :    "gold silver truck"
$D_1$:    "Shipment of gold damaged in a fire."
$D_2$:    "Delivery of silver arrived in a silver truck."
$D_3$:    "Shipment of gold arrived in a truck."

SAMNDCA630-00937032

**Figure 2.7.**    Inference Network Example



We need to evaluate our belief in the query given the evidence of a document, $D_i$. Assuming that our belief is proportional to the frequency within the document and inversely proportional to the frequency within the collection leads us to consider the term frequency, $tf$, and inverse document frequency, $idf$. However, both are normalized to the interval $[0,1]$ by dividing $tf$ by the maximum term frequency for the document, and $idf$ by the maximum possible $idf$. Using our same alphabetic term ordering which assigns term $a$ to $t_1$, *arrived* to $t_2$, we obtain—

|        | $t_1$ | $t_2$ | $t_3$ | $t_4$ | $t_5$ | $t_6$ | $t_7$ | $t_8$ | $t_9$ | $t_{10}$ | $t_{11}$ |
|--------|------|------|------|------|------|------|------|------|------|---------|---------|
| $idf$  | 0    | 0.41 | 1.10 | 1.10 | 1.10 | 0.41 | 0    | 0    | 0.41 | 0.41    | 0.41    |
| $nidf$ | 0    | 0.37 | 1    | 1    | 1    | 0.37 | 0    | 0    | 0.37 | 0.37    | 0.37    |
| $D_1$  | 1    | 0    | 1    | 0    | 1    | 1    | 1    | 1    | 0    | 1       | 0       |
| $D_2$  | 0.5  | 0.5  | 0    | 0.5  | 0    | 0    | 0.5  | 0.5  | 1    | 0       | 0.5     |
| $D_3$  | 1    | 1    | 0    | 0    | 0    | 1    | 1    | 1    | 0    | 1       | 1       |

In our three document collection, each term appears 1, 2 or 3 times. The total size of the collection is 3, so for—

SAMNDCA630-00937033

tf $= 1$, $idf = \log \frac{3}{1} = 1.10$

tf $= 2$, $idf = \log \frac{3}{2} = 0.41$

tf $= 3$, $idf = \log \frac{3}{3} = 0$

Each term appears in a document either once or not at all, with the single exception of *silver* which appears twice in $D_2$. For each combination of term and document, we evaluate $P_{ij} = P(r_i = true | d_j = true)$. Turtle used the formula $P_{ij} = 0.5 + 0.5(ntf_{ij})(nidf_i)$ to compute the belief in a given term given a document. Instantiating a document provides equal support for all members of the assigned term nodes. Any node for which there is no support (no documents instantiated) has belief equal to zero.

For each term, a link matrix is constructed that describes the support by its parent nodes. For the concepts in the query, the link matrices are given below: The link matrix for *gold* is:

|       | $\overline{D_1}\overline{D_3}$ | $\overline{D_1}D_3$ | $D_1\overline{D_3}$ |
|-------|-------|-------|-------|
| False | 1     | 0.315 | 0.315 |
| True  | 0     | 0.685 | 0.685 |

The matrix indicates the belief of falsehood (first row) or truth (second row) given the conditions described in the column. When we instantiate a document, it is taken as true. Only one document is instantiated at a time. The number in the table is the value for $P_{ij}$, or the belief that term $i$ is true given document $j$ has been instantiated.

If $D_3$ is assigned a value of *true*, the belief is computed as:

$$P_{ij} = 0.5 + 0.5(ntf_{ij})(nidf_i) = 0.5 + 0.5(0.369)(1) = 0.685$$

This is found in the link matrix when $D_3$ is true. In this case, the link matrix has a closed form. Hence, it need not be stored or computed in advance. The matrix only accounts for three possibilities: both documents are false, $D_1$ is assigned a value of *true* and not $D_3$, $D_3$ is assigned a value of *true* and not $D_1$. Since *gold* does not appear in document two, there is no need to consider the belief when $D_2$ is assigned a value of *true* as there is no link from $D_2$ to the node that represents the term *gold*. Also, since documents are assigned a value of *true* one at a time, there is never a need to consider a case when $D_1$ and $D_3$ are true at the same time.

Similarly, the link matrix for *silver* can be constructed. *Silver* only appears in document $D_2$ so the only case to consider is whether or not $D_2$ is assigned a value of *true*. The link matrix computes:

$$P_{ij} = 0.5 + 0.5(ntf_{ij})(nidf_i) = 0.5 + 0.5(0.369)(1) = 0.685$$

SAMNDCA630-00937034

DEFENDANT'S EXHIBIT NO. 306.071

Similarly, the link matrix for *truck* is constructed. *Truck* has two parents $D_2$ and $D_3$.

|       | $\overline{D_2 D_3}$ | $\overline{D_2} D_3$ | $D_2 \overline{D_3}$ |
|-------|------|-------|-------|
| False | 1    | 0.315 | 0.408 |
| True  | 0    | 0.685 | 0.592 |

For $D_2$ true and $D_3$ false, we have—

$$P_{ij} = 0.5 + 0.5(ntf_{ij})(nidf_i) = 0.5 + 0.5(0.5)(0.369) = 0.592$$

We have now described all of the link matrices that are used to compute the belief in a term given the instantiation of a document. Now a link matrix for a query node must be developed.

There is quite a bit of freedom in choosing this matrix. The user interface may allow users to indicate that some terms are more important than others. If that is the case, the link matrix for the query node can be weighted accordingly. One simple matrix is given in Turtle's thesis [Turtle, 1991]. Using $g$, $s$, and $t$ to represent the terms *gold*, *silver*, and *truck*, it is of the form—

|       | $\overline{gst}$ | g   | s   | gs  | t   | gt  | st  | gst |
|-------|------|-----|-----|-----|-----|-----|-----|-----|
| False | 0.9  | 0.7 | 0.7 | 0.5 | 0.5 | 0.3 | 0.3 | 0.1 |
| True  | 0.1  | 0.3 | 0.3 | 0.5 | 0.5 | 0.7 | 0.7 | 0.9 |

The rationale for this matrix is that *gold* and *silver* are equal in value and *truck* is more important. Also, even if no terms are present, there is *some* small belief (0.1) that the document is relevant. Similarly, if all terms are present, there is some doubt (0.1). Finally, belief values are included for the presence of multiple terms.

We now instantiate $D_1$ which means bel(gold)—the belief that *gold* is true given document $D_1$—is 0.685, bel(truck) = 0.5, and bel(silver)=0.5. Note "bel($x$)" represents "the belief in $x$" for this example.

At this point, all term nodes have been instantiated so the query node can now be instantiated.

$$\begin{aligned}
\text{Bel}(Q \mid D_1) = {} & 0.1(0.315)(1)(1) + 0.3(0.685)(1)(1) + 0.3(0.315)(0)(1) + \\
& 0.5(0.685)(0)(1) + 0.5(0.315)(1)(0) + 0.7(0.685)(1)(0) + \\
& 0.7(0.315)(0)(0) + 0.9(0.685)(0)(0) = 0.031 + 0.206 = 0.237.
\end{aligned}$$

This directly follows from the equation given in our prior examples using the link matrix entries $L_i(Q)$.

Instantiating $D_2$ gives bel(gold) = 0, bel(silver) = 0.685, and bel(truck) = 0.592. The belief in $D_2$ is computed as—

SAMNDCA630-00937035

DEFENDANT'S EXHIBIT NO. 306.072

58   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

$$\begin{aligned}
\text{Bel}(Q \mid D_2) = {} & (0.1)(1)(0.315)(0.408) + (0.3)(0)(0.315)(0.408) + \\
& (0.3)(1)(0.315)(0.408) + (0.5)(0)(0.685)(0.408) + \\
& (0.5)(1)(0.315)(0.592) + (0.7)(0)(0.315)(0.592) + \\
& (0.7)(1)(0.685)(0.592) + (0.9)(0)(0.685)(0.592) = \\
& 0.129 + 0.084 + 0.093 + 0.283 = 0.589.
\end{aligned}$$

Assigning $D_3$ a value of *true* gives bel(gold) = 0.685, bel(silver) = 0, bel(truck) = 0.685. The belief in $D_3$ is computed as—

$$\begin{aligned}
\text{Bel}(Q \mid D_3) = {} & (0.1)(0.315)(1)(0.315) + (0.3)(0.685)(1)(0.315) + \\
& (0.3)(0.315)(0)(0.315) + (0.5)(0.685)(0)(0.315) + \\
& (0.5)(0.315)(1)(0.685) + (0.7)(0.685)(1)(0.685) + \\
& (0.7)(0.315)(0)(0.685) + (0.9)(0.685)(0)(0.685) = \\
& 0.01 + 0.065 + 0.108 + 0.328 = 0.511.
\end{aligned}$$

The link matrices we have used in this example assume each parent has an equal contribution to the child probability. The assumption is that if two parents exist, regardless of *which parents*, the child probability is greater. Recent work has described the potential to generate closed forms for link matrices in which the presence or absence of each parent is not equal [Greiff et al., 1997]. Only the surface has been scratched with regard to the topology of inference networks for relevance ranking. Potential exists to group common subdocuments in the inference network or to group sets of documents or clusters within the inference network. Also, different representations for the same document can be used. To our knowledge, very little has been done in this area.

## 2.4   Extended Boolean Retrieval

Conventional Boolean retrieval does not lend itself well to relevance ranking because documents either satisfy the Boolean request or do not satisfy the Boolean request. All documents that satisfy the request are retrieved (typically in chronological order), but no estimate as to their relevance to the query is computed.

An approach to extend Boolean retrieval to allow for relevance ranking is given in [Fox, 1983a] and a thorough description of the foundation for this approach is given in [Salton, 1989]. The basic idea is to assign term weights to each of the terms in the query and to the terms in the document. Instead of simply finding a set of terms, the weights of the terms are incorporated into a document ranking. Consider a query that requests ($t_1$ OR $t_2$) that is matched with a document that contains $t_1$ with a weight of $w_1$ and $t_2$ with a weight of $w_2$.

If both $w_1$ and $w_2$ were equal to one, a document that contained both of these terms would be given the highest possible ranking. A document that contained neither of the terms would be given the lowest possible ranking. A simple means of computing a measure of relevance is to compute the Euclidean

SAMNDCA630-00937036

distance from the point $(w_1, w_2)$ to the origin. Hence, for a document that contains terms $t_1$ and $t_2$ with weights $w_1$ and $w_2$, the similarity coefficient could be computed as:

$$SC(Q, d_i) = \sqrt{(w_1)^2 + (w_2)^2}$$

For weights of 0.5 and 0.5, the SC would be:

$$SC(Q, d_i) = \sqrt{0.5^2 + 0.5^2} = \sqrt{0.5} = 0.707$$

The highest value of SC occurs when $w_1$ and $w_2$ are each equal to one. In this case we obtain $SC(Q, D_i) = \sqrt{2} = 1.414$. If we want the similarity coefficient to scale between 0 and 1, a normalization of $\sqrt{2}$ is added. The SC becomes:

$$SC(Q_{t_1 \bigvee t_2}, d_i) = \frac{\sqrt{(w_1)^2 + (w_2)^2}}{\sqrt{2}}$$

This coefficient assumes we are starting with a query that contains the Boolean OR: $(t_1 \bigvee t_2)$. It is straightforward to extend the computation to include an AND. Instead of measuring the distance to the origin, the distance to the point $(1,1)$ is measured. The closer a query is to the point $(1,1)$ the more likely it will be to satisfy the AND request. More formally—

$$SC(Q_{t_1 \bigwedge t_2}, d_i) = 1 - \frac{\sqrt{(1 - w_1)^2 + (1 - w_2)^2}}{\sqrt{2}}$$

### 2.4.1   Extensions to Include Query Weights

Consider again the same document that contains query terms $t_1$ and $t_2$ with weights $w_1$ and $w_2$. Previously, we assumed the query was simply a Boolean request of the form $(t_1 \text{ OR } t_2)$ or $(t_1 \text{ AND } t_2)$. We now add the weights $q_1$ and $q_2$ to the query. The new similarity coefficient that includes these weights is computed as:

$$SC(Q_{q_1 \bigvee q_2}, d_i) = \frac{\sqrt{q_1^2 w_1^2 + q_2^2 w_2^2}}{\sqrt{q_1^2 + q_2^2}}$$

$$SC(Q_{q_1 \bigwedge q_2}, d_i) = 1 - \left( \frac{\sqrt{q_1^2 (1 - w_1)^2 + q_2^2 (1 - w_2)^2}}{\sqrt{q_1^2 + q_2^2}} \right)$$

### 2.4.2   Extending for arbitrary numbers of terms

For Euclidean distances in two-dimensional space, a 2-norm is used. To compute the distance from the origin in multi-dimensional space, an $L_p$ vector norm is used. The parameter, $p$, allows for variations on the amount of importance the weights hold in evaluating the measure of relevance. The new similarity

SAMNDCA630-00937037

DEFENDANT'S EXHIBIT NO. 306.074

60     INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

coefficient for a query Q with terms $t_i$ and $t_j$ with weights $q_i$ and $q_j$ and a document $D_i$ with the same terms having weights of $w_i$ and $w_j$ is defined as:

$$SC(D, Q_{(q_i \bigvee q_j)}) = \left[ \frac{q_i^p w_i^p + q_j^p w_j^p}{q_i^p + q_j^p} \right]^{\frac{1}{p}}$$

$$sim(D, Q_{(q_i \bigwedge q_j)}) = 1 - \left[ \frac{q_i^p(1 - w_i^p) + q_j^p(1 - w_j^p)}{q_i^p + q_j^p} \right]^{\frac{1}{p}}$$

At $p$ equal to one, this is equivalent to a vector space dot product. At $p$ equal to infinity, this reduces to a normal Boolean system where term weights are not included. Initial tests found some improvement with the extended Boolean indexing over vector space (i.e., $p = 2$), but these tests were only done for small data collections and were computationally more expensive than the vector space model.

### 2.4.3   Automatic Insertion of Boolean Logic

Each of the retrieval strategies we have addressed do not require users to iden-tify complex Boolean requests. Hence, with the use of OR, a query consisting only of terms can be used. Weights can be automatically assigned (using some-thing like *tf-idf*) and documents can then be ranked by inserting OR's between each of the terms. The conventional vector space model, implicitly computes a ranking that is essentially an OR of the document terms. Any document that contains at least one of the terms in the query is ranked with a score greater than 0.

Conversely, a more sophisticated algorithm takes a sequence of terms and automatically generate ANDs and ORs to place between the terms [Fox, 1983a]. The algorithm estimates the size of a retrieval set based on a worst-case sum of the document frequencies. If term $t_1$ appears in 50 documents and term $t_2$ appears in 100 documents, we estimate that the query will retrieve 150 documents. This will only happen if $t_1$ and $t_2$ never co-occur in a document.

Using the worst-case sum, the terms in the query are ranked by document frequency. The term with the highest frequency is placed into a REMOVED set. This is done for the two highest frequency terms. Terms from the REMOVED set are then combined into pairs, and the pair with the lowest estimated retrieval set is added. The process continues until the size of the retrieval set is below the requested threshold.

## 2.5   Latent Semantic Indexing

Matrix computation is used as a basis for information retrieval in the retrieval strategy called Latent Semantic Indexing [Deerwester et al., 1990]. The premise is that more conventional retrieval strategies (i.e., vector space, probabilistic and extended Boolean) all have problems because they match directly on key-words. Since the same concept can be described using many different keywords,

SAMNDCA630-00937038

this type of matching is prone to failure. The authors cite a study in which two people used the same word for the same concept only twenty percent of the time.

Searching for something that is closer to representing the underlying semantics of a document is not a new goal. Canonical forms have been proposed for natural language processing since the early 1970s [Winograd, 1983, Schank, 1975]. Applied here the idea is not to find a canonical knowledge representation, but to use matrix computation, in particular Singular Value Decomposition (SVD). This filters out the noise found in a document, such that two documents that have the same semantics (whether or not they have matching terms) will be located close to one another in a multi-dimensional space.

The process is relatively straightforward. A term-document matrix A is constructed such that location $(i, j)$ indicates the number of times term $i$ appears in document $j$. A SVD of this matrix results in matrices $U \sum V^T$ such that $\sum$ is a diagonal matrix. $A$ is a matrix that represents each term in a row. Each column of $A$ represents documents. The values in $\sum$ are referred to as the singular values. The singular values may then be sorted by magnitude and the top $k$ values are selected as a means of developing a "latent semantic" representation of the $A$ matrix. The remaining singular values are then set to 0. Only the first $k$ columns are kept in $U_k$; only the first $k$ rows are recorded in $V_k^T$. After setting the results to 0, a new $A'$ matrix is generated to approximate $A = U \sum V^T$.

Comparison of two terms is done via an inner product of the two corresponding rows in $U_k$. Comparison of two documents is done as an inner product of two corresponding rows in $V_k^T$.

A query-document similarity coefficient treats the query as a document and computes the SVD. However, the SVD is computationally expensive; so, it is not recommended that this be done as a solution. Techniques that approximate $\Sigma$ and avoid the overhead of the SVD exist. For an infrequently updated document collection, it may be pragmatic to periodically compute the SVD.

### 2.5.1   Example

To demonstrate Latent Semantic Indexing we will use our previous query and document example:

$Q$:     "gold silver truck"
$D_1$    "Shipment of gold damaged in a fire."
$D_2$:   "Delivery of silver arrived in a silver truck."
$D_3$:   "Shipment of gold arrived in a truck."

The $A$ matrix is obtained from the numeric columns in the term-document table given below:

DEFENDANT'S EXHIBIT NO. 306.076

62     INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

| term | $D_1$ | $D_2$ | $D_3$ |
|------|-------|-------|-------|
| a | 1 | 1 | 1 |
| arrived | 0 | 1 | 1 |
| damaged | 1 | 0 | 0 |
| delivery | 0 | 1 | 0 |
| fire | 1 | 0 | 0 |
| gold | 1 | 0 | 1 |
| in | 1 | 1 | 1 |
| of | 1 | 1 | 1 |
| shipment | 1 | 0 | 1 |
| silver | 0 | 2 | 0 |
| truck | 0 | 1 | 1 |

This step computes the singular value decompositions (SVD) on $A$. This results in an expression of $A$ as the product of $U \sum V^T$. In our example, $A$ is equal to the product of—

$$\begin{bmatrix} -0.4201 & 0.0748 & -0.0460 \\ -0.2995 & -0.2001 & 0.4078 \\ -0.1206 & 0.2749 & -0.4538 \\ -0.1576 & -0.3046 & -0.2006 \\ -0.1206 & 0.2749 & -0.4538 \\ -0.2626 & 0.3794 & 0.1547 \\ -0.4201 & 0.0748 & -0.0460 \\ -0.4201 & 0.0748 & -0.0460 \\ -0.2626 & 0.3794 & 0.1547 \\ -0.3151 & -0.6093 & -0.4013 \\ -0.2995 & -0.2001 & 0.4078 \end{bmatrix} \begin{bmatrix} 4.0989 & 0 & 0 \\ 0 & 2.3616 & 0 \\ 0 & 0 & 1.2737 \end{bmatrix} \begin{bmatrix} -0.4945 & -0.6458 & -0.5817 \\ 0.6492 & -0.7194 & -0.2469 \\ -0.5780 & -0.2556 & 0.7750 \end{bmatrix}$$

However, it is not the intent to reproduce $A$ exactly. What is desired, is to find the best rank $k$ approximation of $A$. We only want the largest $k$ singular values ($k < 3$). The choice of $k$ and the number of singular values in $\Sigma$ to use is somewhat arbitrary. For our example, we choose $k = 2$. We now have $A_2 = U_2 \sum_2 V_2^T$. Essentially, we take only the first two columns of $U$ and the first two rows of $\sum$ and $V^T$.

This new product is given below—

$$\begin{bmatrix} -0.4201 & 0.0748 \\ -0.2995 & -0.2001 \\ -0.1206 & 0.2749 \\ -0.1576 & -0.3046 \\ -0.1206 & 0.2749 \\ -0.2626 & 0.3794 \\ -0.4201 & 0.0748 \\ -0.4201 & 0.0748 \\ -0.2626 & 0.3794 \\ -0.3151 & -0.6093 \\ -0.2995 & -0.2001 \end{bmatrix} \begin{bmatrix} 4.0989 & 0 \\ 0 & 2.3616 \end{bmatrix} \begin{bmatrix} -0.4945 & -0.6458 & -0.5817 \\ 0.6492 & -0.7194 & -0.2469 \end{bmatrix}$$

To obtain a $k \times 1$ dimensional array, we now incorporate the query. The query vector $q^T$ is constructed in the same manner as the original $A$ matrix. The query vector is now mapped into a 2-space by the transformation $q^T U_2 \sum_2^{-1}$. This is given below—

$$\begin{bmatrix} 0 \\ 0 \\ 0 \\ 0 \\ 0 \\ 1 \\ 0 \\ 0 \\ 0 \\ 1 \\ 1 \end{bmatrix} \begin{bmatrix} -0.4201 & 0.0748 \\ -0.2995 & -0.2001 \\ -0.1206 & 0.2749 \\ -0.1576 & -0.3046 \\ -0.1206 & 0.2749 \\ -0.2626 & 0.3794 \\ -0.4201 & 0.0748 \\ -0.4201 & 0.0748 \\ -0.2626 & 0.3794 \\ -0.3151 & -0.6093 \\ -0.2995 & -0.2001 \end{bmatrix} \begin{bmatrix} 0.2440 & 0 \\ 0 & 0.4234 \end{bmatrix} = \begin{bmatrix} -0.2140 & -0.1821 \end{bmatrix}$$

We could use the same transformation to map our document vectors into 2-space, but the rows of $V_2$ contain the co-ordinates of the documents. Therefore—

$D_1 = (-0.4945 \qquad 0.6492)$
$D_2 = (-0.6458 \qquad -0.7194)$
$D_3 = (-0.5817 \qquad -0.2469)$

Finally, we are ready to compute our relevance value using the cosine similarity coefficient. This yields the following—

$$D_1 = \frac{(-0.2140)(-0.4945) + (-0.1821)(0.6492)}{\sqrt{(-0.2140)^2 + (-0.1821)^2}\sqrt{(-0.4945)^2 + (-0.6492)^2}} = -0.0541$$

$$D_2 = \frac{(-0.2140)(-0.6458) + (-0.1821)(-0.7194)}{\sqrt{(-0.2140)^2 + (-0.1821)^2}\sqrt{(-0.6458)^2 + (-0.7194)^2}} = 0.9910$$

$$D_3 = \frac{(-0.2140)(-0.5817) + (-0.1821)(-0.2469)}{\sqrt{(-0.2140)^2 + (-0.1821)^2}\sqrt{(-0.5817)^2 + (-0.2469)^2}} = 0.9543$$

### 2.5.2   Choosing a Good Value of $k$

The value $k$ is the number of columns kept after the SVD and it is determined via experimentation. Using the MED database of only 1,033 documents and thirty queries, the average precision over nine levels of recall was plotted for different values of $k$. Starting at twenty, the precision increases dramatically up to values of around 100, and then it starts to level off.

### 2.5.3   Comparison to Other Retrieval Strategies

A comparison is given between Latent Semantic Indexing (LSI) with a factor of 100 to both the basic *tf-idf* vector space retrieval strategy and the extended Boolean retrieval strategy. For the MED collection, LSI had thirteen percent

DEFENDANT'S EXHIBIT NO. 306.078

higher average precision than both strategies. For the CISI collection of sci-
entific abstracts, LSI did not have higher precision. Upon review, the authors
found that the term selection for the LSI and *tf-idf* experiments was very dif-
ferent. The LSI approach did not use stemming or stop words. When the same
terms were used for both methods, LSI was comparable to *tf-idf*. More recent
work has been done with LSI on the TIPSTER collection [Dumais, 1994]. In
this work, LSI was shown to perform slightly better than the conventional vec-
tor space model, a 0.24 average precision as compared to 0.22 average precision.

### 2.5.4   Potential Extensions

LSI is relatively straightforward because few variations have been described
in the literature. It is the only retrieval strategy to make extensive use of
matrix computation. LSI focuses on the need for a semantic representation of
documents that is resilient to the fact that many terms in a query can describe
a relevant document, but not actually be present in the document.

### 2.5.5   Run-Time Performance

Run-time performance of the LSI approach is clearly a serious concern. With
the vector space or probabilistic retrieval strategy, an inverted index is used
to quickly compute the similarity coefficient. Each document in the collection
does not need to be examined (unless a term in the query appears in every
document). With LSI, an inverted index is not possible as the query is rep-
resented as just another document and must, therefore, be compared with all
other documents.

   Also, the SVD itself is computationally expensive. We note that several
parallel algorithms have been developed specifically for the computation of the
SVD given here [Berry, 1992]. For a document collection with $N$ documents
and a singular value matrix $\sum$ of rank $k$, an $O(N^2 k^3)$ algorithm is available.
A detailed comparison of several parallel implementations for information re-
trieval using LSI is given in [Letsche and Berry, 1997].

## 2.6   Neural Networks

Neural networks consist of nodes and links. Essentially, nodes are composed
of output values and input values. The output values, when activated, are
then passed along links to other nodes. The links are weighted, because the
value passed along the link is the product of the sending nodes output and the
link weight. An input value of a node is computed as the sum of all incoming
weights. Neural networks can be constructed in layers such that all the data
the network receives is activated in phases, and where an entire layer sends
data to the next layer in a single phase. Algorithms that attempt to learn
based on a training set, modify the weights of the links in response to training
data. Initial work with neural networks to implement information retrieval was

SAMNDCA630-00937042

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 79 of 132

done in [Belew, 1989]. This work used only bibliographic citations, but it did illustrate the basic layered approach used by later efforts.

For ad hoc query retrieval, neural nets have been used to implement vector space retrieval and probabilistic retrieval. Additionally, relevance feedback may be implemented with neural networks.

Using a neural network to implement vector space retrieval can at first appear to be of limited interest because the model can be implemented more easily without the use of neural networks. However, neural networks provide a learning capability in which the network can be changed based on relevance information. In this regard, the network adapts or learns about user preferences during a session with an end-user.

Section 2.6.1 describes a vector space implementation with a neural network. Section 2.6.2 describes implementation of relevance feedback. Section 2.6.3 describes a learning algorithm that can be used with a neural network for information retrieval. Subsequently, we describe a probabilistic implementation in Section 2.6.4. Section 2.6.5 describes how term components may be used within neural networks. Section 2.6.6 uses weights derived from those used for vector space and probabilistic models.

### 2.6.1   Vector Space with Neural Networks

Using a neural network to implement the vector space model is done by setting up a network of three types of nodes: QUERY, TERM, and DOCUMENT [Crouch et al., 1994]. The links between the nodes are defined as query-term links and document-term links. A link between a query and a term indicates the term appears in the query. The weight of the link is computed as *tf-idf* for the term. Document-term links appear for each term that occurs in a given document. Again, a tf-idf weight can be used.

A feed-forward network works by activating a given node. A node is active when its output exceeds a given threshold. To begin, a query node is activated by setting its output value to one. All of its links are activated and subsequently new input weights for the TERM nodes are obtained. The link sends a value of $(tf)(idf)(1)$ since it transmits the product of the link weight with the value sent by the transmitting node (a one in this case). The weight, *tf-idf* in this case, is received by the term node. A receiving node computes its weight as the sum of all incoming links. For a term node with only one activated query, one link will be activated. The TERM node's output value will be a tf-idf weight. In the next phase, the TERM nodes are activated and all of the links that connect to a document node are activated. The DOCUMENT node contains the sum of all of the weights associated with each term in the document. For a collection with $t$ terms, the DOCUMENT node associated with document $j$ will now have the value:

$$DOC_j = \sum_{i=1}^{t}(tf_{ij})(idf_j)$$

SAMNDCA630-00937043

DEFENDANT'S EXHIBIT NO. 306.080

The DOCUMENT node now has a weight associated with it that measures the relevance of the document to a given query. It can easily be seen that this weight is equivalent to a simple dot product similarity coefficient as given in Section 2.1.

### 2.6.2   Relevance Feedback with Neural Nets

To implement relevance feedback, a new set of links are added to the network. The new links connect DOCUMENT nodes back to TERM nodes. The document-term link is activated after the initial retrieval. Figure 2.8 illustrates this process along with a sample query and three documents. Links are fed into a newly defined input site on the TERM node, and their input is added to the value found in the existing query site of the TERM node. Without relevance feedback, the network operates in two phases. The first phase sends information from the QUERY nodes to the TERM nodes. The second phase sends information from the TERM nodes to the DOCUMENT nodes.

If relevance feedback is used, processing continues. The third phase sends information from the DOCUMENT nodes to the TERM nodes for the documents that are deemed relevant. The relevant documents are identified manually or the top $n$ documents may be deemed relevant. Finally, in the fourth phase, the TERM nodes are activated, if they exceed a threshold parameter. The TERM-DOCUMENT links are used to send the newly defined weights obtained during the relevance feedback phase to the DOCUMENT nodes. At this point, the DOCUMENT nodes are scored with a value that indicates the effect of a single iteration of relevance feedback.

Initial experiments with the MEDLARS and CACM collection found an improvement of up to fifteen percent in average precision for MEDLARS and a degradation of eleven percent for CACM. As mentioned before, these collections are very small. Using a residual evaluation, in which documents found before relevance feedback are no longer considered, the average precision for CACM reached twenty-one percent and MEDLARS was as high as sixty percent.

### 2.6.3   Learning Modifications to the Neural Network

The links between the terms and documents can be modified so that future queries can take advantage of relevance information. Typical vector space relevance feedback uses relevance information to adjust the score of an individual query. A subsequent query is viewed as a brand new event, and no knowledge from any prior relevance assessments is incorporated.

To incorporate relevance information into subsequent queries, the document nodes add a new signal called the learning signal. This is set to one if the user judges the document as relevant, zero if it is not judged, and negative one if it is judged as non-relevant. Term-document links are then adjusted based on the difference between the user assessment and the existing document weight. Documents with high weights that are deemed relevant do not result in much change to the network. A document weighted 0.95 will have a $\delta$ of

SAMNDCA630-00937044

Figure 2.8.    Neural Network with Feedback



$1 - 0.95 = 0.05$, so each of its term-document links will be increased by only five percent. A document with a low weight that is deemed relevant will result in a much higher adjustment to the network.

Results of incorporating the learning weight were not substantially different than simple relevance feedback, but the potential for using results of feedback sets this approach apart from traditional vector space relevance ranking.

### 2.6.4   Neural Networks for Probabilistic Retrieval

Standard probabilistic retrieval based on neural networks is described in [Crestani, 1994]. The standard term weight given in Sparck Jones and described in more detail in Section 2.2.1 is used. This weight is:

SAMNDCA630-00937045

DEFENDANT'S EXHIBIT NO. 306.082

$$\log \frac{r_i(N - n_i - R + r_i)}{(R - r_i)(n_i - r_i)}$$

where—

$N$   =   number of documents

$R$   =   relevant documents

$r_i$   =   number of relevant documents that contain term $i$

$n_i$   =   number of documents (relevant or non-relevant) that contain term $i$

The weight is a ratio of how often a term appears in relevant documents to the number of times it occurs in the whole collection. A term that is infrequent in the collection, but appears in most of the relevant documents is given a high weight. These weights are used as the weight of the query-term links, the term-document links, and essentially replaces the *tf-idf* weights used in the vector space model. The sum operation to combine links takes place as before, and results in a value that is very similar to the weight computed by the standard probabilistic retrieval model.

The training data are used, and a standard back propagation learning algorithm is used to re-compute the weights. Once training is complete, the top ten terms are computed using the neural network and the query is modified to include these terms.

Using the Cranfield collection, the neural network-based algorithm performed consistently worse than the *News Retrieval Tool*, an existing probabilistic relevance feedback system [Sanderson and Rijsbergen, 1991]. The authors cite the relative lack of training data as one problem. Also, the authors note that the large number of links in the neural network makes the network cumbersome and consumes a substantial computational resource.

### 2.6.5   Component Based Probabilistic Retrieval with Neural Nets

A component-based retrieval model using neural networks is given in [Kwok, 1989]. A three-layered network is used as before, but the weights are different. Query-term links for query $a$ are assigned a weight of $w_{ka} = \frac{q_{ak}}{L_q}$. Document term links for document $i$ are assigned $w_{ki} = \frac{d_{ik}}{L_i}$, where $q_{ik}$ indicates the term frequency of term $k$ in query $i$. Similarly, $d_{ik}$ is the term frequency of term $k$ in document $i$. $L$ indicates the number of components in a document or query. Term-query links are weighted $w_{ak}$ and document-term links are weighted $w_{ik}$. Definitions for $w_{ak}$ and $w_{ik}$ are found in Section 2.2.4.  The query-focused measure is obtained by activating document nodes and feeding forward to the query.  The document-focused measure is obtained by activating the query nodes and feeding forward to the documents.

Kwok extends his initial work with neural networks in a recent paper [Kwok, 1995].  The basic approach is given along with new learning algorithms that

SAMNDCA630-00937046

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 83 of 132

make it possible to modify the weights inside of the neural network based on a training collection. Learning algorithms that added new terms to the query based on relevance feedback were given. Other algorithms did not require any additional query terms and simply modified the weights. The algorithms were tested on a larger corpus using over three hundred megabytes of the *Wall Street Journal* portion of the TIPSTER collection. Kwok goes on to give learning algorithms based on no training collections, training based on relevance information and query expansion.

Without a training collection some initial data estimates can be made that are constant as described in Section 2.2.4. Training with relevance information proceeds using document-term links and term-document links as described in Section 2.6.2.

### 2.6.6  Neural Networks Using Combined Weights

A similar input-term-document-output layered neural network was used for TREC-6 [Boughanem and Soulé-Depuy, 1997]. To our knowledge, this is the first report of the use of a neural network on a reasonably large document collection.

The key weight, which is used to represent the occurrence of a term in a document, is based on the pivoted document length normalization developed for the vector space model and the document length normalization developed for the probabilistic model (See Section 2.1.2 and Section 2.2.3).

The weight of the link from term $t_i$ to document $D_j$ is:

$$w_{ij} = \frac{(1 + \log(tf_{ij})) * (h_1 + h_2 * \log\frac{N}{df_i}))}{h_3 + h_4 * \frac{d_j}{\Delta}}$$

where—

$$
\begin{aligned}
tf_{ij} &= \text{weight of term } i \text{ in document } j \\
df_i &= \text{number of documents that contains term } i \\
d_j &= \text{length in terms (not included stop terms) of document } j \\
\Delta &= \text{average document length}
\end{aligned}
$$

Tuning parameters, $h_1$, $h_2$, $h_3$, and $h_4$, were obtained by training on the TREC-5 collection. Relevance feedback was also incorporated with the top twelve documents being assumed relevant and used to supply additional terms. Documents 500—1000 were assumed non-relevant. An average precision of 0.1772 was observed on the TREC-6 data, placing this effort among the top performers at TREC-6.

### 2.6.7  Neural Networks for Document Clustering

A neural network algorithm for document clustering is given in [Macleod and Robertson, 1991]. The algorithm performs comparably to sequential clustering

SAMNDCA630-00937047

DEFENDANT'S EXHIBIT NO. 306.084

70   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

algorithms that are all hierarchical in nature. On a parallel machine the neural algorithm may perform substantially faster since the hierarchical algorithms are all inherently sequential.

The algorithm works by first associating a node in the network for each cluster. Each node then computes (in parallel) a measure of similarity between the existing document and the centroid that represents the cluster associated with the node. First, a similarity coefficient is computed between the incoming document X and the existing cluster centroids. The input nodes of the neural network correspond to each cluster. If the similarity coefficient, $s_1$, is higher than a threshold, $s_{1avg}$, the input node is activated. It then loops back to itself after a small recalculation to participate in a competition to add X to the cluster. Nodes that are not close enough to the incoming document are deactivated.

A new pass then occurs for all of the nodes that won the first round and the similarity coefficient is computed again. The process continues until only one cluster passes the threshold. At this point, a different similarity coefficient is computed, $s_2$, to ensure the winning cluster is reasonably close to the incoming document. If it is close enough, it is added to the cluster and the centroid for the cluster is updated. Otherwise, a new cluster is formed with the incoming document.

The algorithm performed comparably to the single linkage, complete linkage, group average, and Ward's method which are described in Section 3.2. Given that this algorithm is non-hierarchical and can be implemented in parallel, it can be more practical than its computationally expensive hierarchical counterparts.

## 2.7   Genetic Algorithms

Genetic algorithms are based on principles of evolution and heredity. A recent overview of genetic algorithms used for information retrieval is given in [Chen, 1995]. Chen overviews the following steps for genetic algorithms—

1. Initialize Population

2. Loop

    - Evaluation
    - Selection
    - Reproduction
    - Crossover
    - Mutation

3. Convergence

The initial population consists of possible solutions to the problem, and a fitness function that measures the relative "fitness" of a given solution. Note that

SAMNDCA630-00937048

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 85 of 132

the similarity coefficient is a good fitness function for the problem of finding relevant documents to a given query. Some solutions are selected (preferably the ones that are most fit) to survive, and go on to the next generation. The solutions correspond to chromosomes and each component of a solution is referred to as a gene.

The next generation is formed by selecting the surviving chromosomes. This is done based on the fitness function. A value $F$ is computed as the sum of the individual fitness functions—

$$F = \sum_{i=1}^{population} fitness(V_i)$$

where *population* is the number of initial solutions. Consider a case where the initial population has a fitness function as follows:

| i | fitness(i) |
|---|---|
| 1 | 5 |
| 2 | 10 |
| 3 | 25 |
| 4 | 50 |
| 5 | 10 |

The aggregate sum of the fitness function, $F$, is 100, and the population size is five. To form the next generation, five values are chosen randomly, with a bias based on their corresponding portion of $F$.

The table below gives the proportions of the total for each entry in the population.

| i | fitness(i) | $\frac{fitness(i)}{F}$ | Selection Interval |
|---|---|---|---|
| 1 | 5 | 0.05 | [0,0.05) |
| 2 | 10 | 0.10 | [0.05,0.15) |
| 3 | 25 | 0.25 | [0.15,0.40) |
| 4 | 50 | 0.50 | [0.40,0.90) |
| 5 | 10 | 0.10 | [0.90,1.0] |

To form a new generation of size five, five random values are selected from between zero and one. The selection interval used for each member of the population is based on its portion of the fitness function. If the random number is 0.50 it falls within the (0.40, 0.90] interval, and member four is selected. The magnitude of the fitness for a given member plays a substantial role in determining whether or not that member survives to the next generation. In our case, member four's fitness function is one half of the fitness function. There is a $1 - (\frac{1}{2})^5 = \frac{31}{32}$ chance of selecting this member into the next round.

Two types of changes can occur to the survivors—a crossover or a mutation. A crossover occurs between two survivors and is obtained by swapping

SAMNDCA630-00937049

DEFENDANT'S EXHIBIT NO. 306.086

components of the two survivors. Consider a case where the first survivor is represented as 11111 and the second is 00000. A random point is then selected, (e.g., three). After the crossover the two new children are: 11100 and 00011. This first child is derived from the first three one's from the first parent and the last two zero's of the second parent. The second child is derived from the first three zero's of the second parent with the last two one's of the first parent.

Subsequently, mutations occur by randomly examining each gene of each survivor. The probability of mutation is a parameter to the genetic algorithm. In implementations of genetic algorithms for information retrieval, the genes are represented as bits and a mutation results in a single bit changing its value. In our example, a random mutation in the second bit of the second child results in the second child changing its value from zero to one giving 01011.

The process continues until the fitness function for a new generation or sequence of generations is no better than it was for a preceding generation. This is referred to as *convergence*. Some algorithms do not attain convergence and are stopped after a predetermined number of generations.

### 2.7.1   *Forming Document Representations Using a Genetic Algorithm*

An initial foray into the use of genetic algorithms for information retrieval is given in [Gordon, 1988]. The premise being that a key problem in information retrieval is finding a good representation for a document. Hence, the initial population consists of multiple representations for each document in the collection. Each representation is a vector that maps to a term or phrase that is most likely selected by some users. A fixed set of queries is then identified, and a genetic algorithm is used to form the best representation for each document.

The query representation stays fixed, but the document representation is evaluated and modified using the genetic algorithm. The Jaccard similarity coefficient is used to measure the fitness of a given representation. The total fitness for a given representation is computed as the average of the similarity coefficient for each of the training queries against a given document representation. Document representations then "evolve" as described above by crossover transformations and mutations. Overall, the average similarity coefficient of all queries and all document representations should increase. Gordon showed an increase of nearly ten percent after forty generations.

First, a set of queries for which it was known that the documents were relevant were processed. The algorithm was then modified to include processing of queries that were non-relevant. Each generation of the algorithm did two sets of computations. One was done for the relevant queries and another for the non-relevant queries, against each representation. Survivors were then selected based those that maximized the increase of the average Jaccard score to the relevant queries and maximized a decrease of the average Jaccard score for the non-relevant queries. After forty generations, the average increase was nearly twenty percent and the average decrease was twenty-four percent. Scalability of the approach can not be determined since the queries and the documents came from an eighteen document collection with each document having eighteen

SAMNDCA630-00937050

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 87 of 132
DEFENDANT'S EXHIBIT NO. 306.087

different description collections. These results must be viewed as somewhat inconclusive—particularly for modern day collections.

It should be noted, however, that although we have referred to this as a document indexing algorithm, it is directly applicable to document retrieval. Different automatically generated representations, such as only terms, only phrases, different stemming algorithms, etc., could be used. After some training and evolution, a pattern could emerge that indicates the best means of representing documents. Additionally, we note that this strategy may be more applicable for document routing applications than for ad hoc query processing.

### 2.7.2  Automatic Generation of Query Weights

A genetic algorithm that derives query weights is given in [Yang and Korfhage, 1994]. It was tested on the small Cranfield collection. Tests using the DOE portion of the TIPSTER collection (and associated modifications that were necessary to scale to a larger collection) are given in [Yang and Korfhage, 1993]. Essentially, the original query is taken without any weights. The initial population is simply composed of randomly generating ten sets of weights for the terms in the original query. In effect, ten queries then exist in the population.

The genetic algorithm subsequently implements each of the queries and identifies a fitness function. First, the distance from the query to each document is computed, and the top $x$ documents are retrieved for the query ($x$ is determined based on a distance threshold used to determine when to stop retrieving documents, with an upper limit of forty documents). The fitness function is based on a relevance assessment of the top $x$ documents retrieved:

$$\text{fitness(i)} \quad = \quad 10R_r - R_n - N_r$$

where—

$$\begin{aligned} R_r &= \text{number of relevant retrieved} \\ R_n &= \text{number of non-relevant retrieved} \\ N_r &= \text{number of relevant not retrieved} \end{aligned}$$

Basically, a good fitness value is given for finding relevant documents. Since it is difficult to retrieve any relevant documents for larger collections, a constant of ten is used to give extra weight to the identification of relevant documents. Selection is based on choosing only those individuals whose fitness is higher than the average. Subsequently, reproduction takes place using the weighted application of the fitness value such that individuals with a high fitness value are most likely to reproduce. Mutations are then applied with some randomly changed weights. Crossover changes occur in which portions of one query vector are swapped with another. The process continues until all relevant documents are identified. The premise is that the original queries will find some relevant documents and, based on user feedback, other relevant documents will be found.

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 88 of 132
DEFENDANT'S EXHIBIT NO. 306.088

Tests on the Cranfield collection showed improved average precision, after feedback, to be twenty percent higher than previous relevance feedback approaches. In the follow-up paper using the DOE collection, the authors indicate that the genetic algorithm continues to find new relevant documents in each pass. This is interesting because the only thing that is changing in the query are the query weights. No new terms are added or removed from the query. Yang and Korfhage did use a relatively large collection (the DOE portion of the TIPSTER document collection) but only tested two queries.

### 2.7.3   Automatic Generation of Weighted Boolean Queries

Genetic algorithms to build queries are given in [Kraft et al., 1994, Petry et al., 1993]. The idea is that the perfect query for a given request can be evolved from a set of single query terms. Given a set of documents known to be relevant to the query, all of the terms in those documents can be used as the initial population for a genetic algorithm. Each term is then a query, and its fitness can be measured with a similarity coefficient (Kraft et al., used the Jaccard coefficient). Mutations of the query terms resulted in weighted Boolean combinations of the query terms. Three different fitness functions were proposed. The first is simple recall—

$$E_1 = \frac{r}{R}$$

where $r$ is the number of relevant retrieved and $R$ is the number of known relevant.

The second combines recall and precision as:

$$E_2 = \alpha(recall) + \beta(precision)$$

where $\alpha$ and $\beta$ are arbitrary weights.

The results showed that either of $E_1$ or $E_2$ fitness functions were able to generate queries that found all of the relevant documents (after fifty generations). Since $E_2$ incorporated precision, the number of non-relevant documents found decreased from an average of thirty-three (three different runs were implemented for each test) to an average of nine.

This work showed that genetic algorithms could be implemented to generate weighted Boolean queries. Unfortunately, it was only done for two queries on a small document collection (CACM collection with 483 documents), so it is not clear if this algorithm scales to a larger document collection.

## 2.8   Fuzzy Set Retrieval

Fuzzy sets were first described in [Zadeh, 1965]. Instead of assuming that an element is a member in a set, a membership function is applied to identify the degree of membership in a set. For information retrieval, fuzzy sets are useful because they can describe what a document is "about."

A set of elements where each element describes what the document is about is inherently fuzzy. A document may be about "medicine" with some oblique

SAMNDCA630-00937052

DEFENDANT'S EXHIBIT NO. 306.089

references to lawsuits, so maybe it is slightly about "medical malpractice." Placing "medical malpractice" as an element of the set is not really accurate, but eliminating it is also inaccurate. A fuzzy set is a membership in which the strength of membership of each element is inherently more accurate. In our example, the set of concepts that describe the document appears as:

$$C = \{(medicine,\ 1.0),\ (malpractice,\ 0.5)\}$$

The set C is a fuzzy set since it has degrees of membership associated with each member. More formally, a fuzzy set including the concepts in $C = \{c_1,\ c_2, \ldots, c_n\}$ is represented as:

$$A = (c_1,\ f_{A(c_1)}),\ (c_2,\ f_{A(c_2)}), \ldots,\ (c_n,\ f_{A(c_n)})$$

where $f_A : C \rightarrow [0,1]$ is a membership function that indicates the degree of membership of an element in the set.

For finite sets, the fuzzy set A is expressed as:

$$A = \left\{ \frac{f_{A(c_1)}}{c_1}, \frac{f_{A(c_2)}}{c_2}, \ldots, \frac{f_{A(c_n)}}{c_n} \right\}$$

Basic operations of intersection and union on fuzzy sets are given below. Essentially, the intersection uses the minimum of the two membership functions for the same element, and union uses the maximum of the two membership functions for the same element.

The following definitions are used to obtain intersection, union, and complement.

$$f_{A \bigcap B}(c_i) = Min(f_{A(c_i)}, f_{B(c_i)}), \forall c_i \in C.$$

$$f_{A \bigcup B}(c_i) = Max(f_{A(c_i)}, f_{B(c_i)}), \forall c_i \in C.$$

$$f_{A'}(c_i) = 1 - f_{A(c_i)}, \forall c_i \in C.$$

### 2.8.1  Fuzzy Set Boolean Retrieval

Fuzzy set extensions to Boolean retrieval were developed in the late 1970s and are summarized well in [Salton, 1989]. A Boolean similarity coefficient can be computed by treating the terms in a document as fuzzy because their membership is based on how often they occur in the document.

Consider a set D that consists of all documents in the collection. A fuzzy set $D_t$ can be computed as the set D that describes all documents that contain the term t. This set appears as— $D_t = \{(d_1, 0.8), (d_2, 0.5)\}$. This indicates that $d_1$ contains element t with a strength of 0.8 and $d_2$ contains t with a strength of 0.5.

DEFENDANT'S EXHIBIT NO. 306.090

76   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Similarly, a set $D_s$ can be defined as the set of all documents that contain term $s$. This set might appear as— $D_s = \{(d_1, 0.5), (d_2, 0.4)\}$

Computing $(s \bigvee t)$ requires $D_s \bigcup D_t$ and $(s \bigwedge t)$ $D_s \bigcap D_t$. These can be computed using the maximum value for union and the minimum for intersection. Hence—

$$(s \bigvee t) = D_s \bigcup D_t = \{(d_1, 0.8), (d_2, 0.5)\}$$

$$(s \bigwedge t) = D_s \bigcap D_t = \{(d_1, 0.5), (d_2, 0.4)\}$$

More complex Boolean expressions are constructed by applying the results of these operations to new expressions. Ultimately, a single set that contains the documents and their similarity coefficient is obtained.

One problem with this approach is that the model does not allow for the weight of query terms. This can be incorporated into the model by multiplying the query term weight by the existing membership strength for each element in the set. Another problem is that terms with very low weight dominate the similarity coefficient. Terms that have a very low membership function are ultimately the only factor in the similarity coefficient. Consider a case where document one contains term $s$ with a membership value of 0.0001 and term $t$ with a membership value of 0.5. In a query asking for $s \bigwedge t$, the score for document one will be 0.0001. Should the query have many more terms, this one term dominates the weight of the entire similarity coefficient. A remedy for this is to define a threshold $x$ in which the membership function becomes zero if it falls below $x$.

**2.8.1.1   Example.**   We now apply fuzzy set Boolean retrieval to our example. Our query "gold silver truck" is inadequate as it is designed for a relevance ranking, so we change it to the Boolean request: "gold OR silver OR truck." We take each document as a fuzzy set. To get a strength of membership for each term, we take the ratio of the term frequency within the document to the document length. Hence, our collection of documents becomes a collection of fuzzy sets:

$D_1 = \{$(a, 0.143), (damaged, 0.143), (fire, 0.143), (gold, 0.143),
     (in, 0.143), (of, 0.143), (shipment, 0.143)$\}$

$D_2 = \{$(a, 0.125), (arrived, 0.125), (delivery, 0.125), (in, 0.125),
     (of, 0.125), (silver, 0.25), (truck, 0.125)$\}$

$D_3 = \{$(a, 0.143), (arrived, 0.143), (gold, 0.143), (in, 0.143),
     (of, 0.143), (shipment, 0.143), (truck, 0.143)$\}$

To compute $Q(gold \bigvee silver \bigvee truck)$, we look at the documents which contain each of those terms. *Gold* is in $D_1$ and $D_3$ with a strength of membership of 0.143. *Silver* is only in $D_2$ with a strength of membership of 0.25. Similarly,

SAMNDCA630-00937054

*truck* is in $D_2$ with a membership of 0.125 and $D_3$ with 0.143. Applying the maximum set membership to implement the fuzzy OR, we obtain:

$$Q(gold \bigvee silver \bigvee truck) = \{(D_1, 0.143), (D_2, 0.25), (D_3, 0.143)\}$$

The documents would then be ranked, $D_2$, $D_1$, $D_3$ based on strength of membership for each document. As another example, consider the query: (*truck* $\bigwedge$ (*gold* $\bigvee$ *silver*)). For this query, we determine D(*truck*) and D(*gold* $\bigvee$ *silver*)—we will refer to these two sets as set A and set B.

$$A = D(truck) = \{(D_2, 0.125), (D_3, 0.143)\}$$

For D(*gold* $\bigvee$ *silver*) we proceed as before, taking the maximum value of each degree of membership for each document in which either term appears. From our previous computation, we determine:

$$B = D(gold \bigvee silver) = \{(D_1, 0.143), (D_2, 0.25), (D_3, 0.143)\}$$

Taking the fuzzy intersection of set A with set B we use the minimum strength of membership. This yields:

$$A \bigcap B = D(truck \bigvee (gold \bigwedge silver)) = \{(D_2, 0.125), (D_3, 0.143)\}$$

At this point, we have not incorporated any query weights. We now modify the example to multiply each strength of membership by the *idf* for each query term. We use the following query term weights—

$$gold = \log \frac{3}{2} = 0.176$$

$$silver = \log \frac{3}{1} = 0.477$$

$$truck = \log \frac{3}{2} = 0.176$$

We now compute D(*gold* $\bigvee$ *silver* $\bigvee$ *truck*). $D_1$ includes only *gold* with a strength of 0.143. *Gold* has a query term weight of 0.176 so $D_1$ has a weighted strength of membership of $(0.143)(0.176) = 0.025$.

*Silver* and *truck* are found in $D_2$. *Silver* has a strength of membership of 0.25 and a weight of 0.477 so the weighted strength of $(0.25)(0.477) = 0.119$. Similarly, for *truck*, the weighted strength is $(0.125)(0.176) = 0.022$. Since we are taking the union, we take the maximum value so $D_2$ will have a strength of membership of 0.119.

For $D_3$, both *gold* and *truck* are present with a strength of 0.143 and both terms are weighted by 0.176. Hence, the weighted strength is $(0.143)(0.176) = 0.025$. The fuzzy set D(*gold* $\bigvee$ *silver* $\bigvee$ *truck*) = $\{(D_1, 0.025), (D_2, 0.119), (D_3, 0.025)\}$

DEFENDANT'S EXHIBIT NO. 306.092

78   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

For the query, $D(truck \wedge (gold \vee silver))$ we must again determine $D(gold \wedge silver)$ and $D(truck)$. Using the weighted strength of membership yields:

$A = D(truck) = \{(D_2, 0.022), (D_3, 0.025)\}$
$B = D(gold \wedge silver) = \{(D_1, 0.025), (D_2, 0.119), (D_3, 0.025)\}$.

Again, taking the minimum strength of membership to compute the intersection, we obtain:

$A \bigcap B = D(truck \wedge (gold \vee silver)) = \{(D_2, 0.022), (D_3, 0.025)\}$

### 2.8.2   Using a Concept Hierarchy and Fuzzy Sets

An approach using fuzzy logical inference with a concept hierarchy is given in 1991 in a paper that describes the FIRST system (Fuzzy Information Retrieval SysTem) [Lucarella and Morara, 1991].

A concept network is used to represent concepts found in documents and queries and to represent the relationships between these concepts. A concept network is a graph with each vertex representing a concept and a directed edge between two vertices representing the strength of the association of the two concepts. A document can then be represented as a fuzzy set of concepts:

$$d_1 = \{(C_1, w_1), (C_2, w_2), \ldots, (C_3, w_3)\}$$

This indicates that document one contains the concepts $(C_1, C_2, C_3)$ and the strength of each concept is given by $(w_1, w_2, w_3)$. The link relationships are defined as *fuzzy transitive* so that if $C_i$ is linked to $C_j$, and $C_j$ is linked to $C_k$, and the strength of $C_i$ to $C_k$ is defined as—

$$F(C_i, C_k) = Min(F(C_i, C_j), F(C_j, C_k))$$

To compute the strength between two concepts, take the minimum value of all edges along the path, then add query Q at the root of the concept hierarchy. For each concept linked to the query, it is possible to obtain the strength of that concept for a given document. To do so, find all paths through the concept graph from the concept to the document and take the minimum of all edges that connect the source concept to the document. Each of these paths results in a single value. An aggregation rule is then applied to compute the strength of the source concept as the maximum of the value returned by each distinct path. A detailed example is given in [Lucarella and Morara, 1991]. Note for queries involving more than one initial concept, the appropriate fuzzy operations are applied to each pair of arguments in a Boolean operator.

SAMNDCA630-00937056

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 93 of 132

A comparison of the vector space model to this approach was done. A 300 document Italian test collection was used with a handbuilt concept graph that contained 175 concepts. Ten queries were chosen, and FIRST had comparable precision to vector space and had higher recall.

### 2.8.3 Allowing Intervals and Improving Efficiency

In [Chen and Wang, 1995], Lucarella's model was extended through the use of intervals rather than real values as concept weights. Additionally, an efficiency improvement was added in that a concept matrix was developed.

The concept matrix is a C x C matrix that is represented such that $M(C_i, C_j)$ indicates the strength of the relationships between $C_i$ and $C_j$. The strength is defined as a single value or an interval such that the strength occurs somewhere inside of the interval. The transitive closure T of M is computed via successive matrix multiplications of M. Once the T matrix is computed, an entry $T(C_i, C_j)$ indicates the strength of the relationship of $C_i$ to $C_j$, where the strength is computed as the maximum of all paths from $C_i$ to $C_j$.

Although the initial computation of T is expensive for a concept network with a high number of concepts, T efficiently computes a similarity coefficient. First, a new matrix of size $D \times C$ maps all of the documents to concepts. An entry, $t_{ij}$, in this matrix indicates the strength of the relationship between document $i$ and concept $j$. Values for $t_{ij}$ are obtained either directly, if the concept appears in the given document, or indirectly, if the concept does not appear in the given document—in this case the T matrix is used to obtain the weight for that concept.

Given a document, $D_i$, with concepts $(c_{i1}, c_{i2}, \ldots, c_{in})$ and a query Q with concepts $(x_1, x_2, \ldots, x_n)$, a similarity coefficient is computed for all concepts that exist in the query (a concept that does not exist in the query has the value of "-"):

$$SC(Q, D_i) = \sum_{q(j) \neq ``-'' \wedge j=1}^{n} T(t_{ij}, x_j)$$

where $T(x,y) = 1 - |x - y|$.

The function T measures the difference between the strength of the concept found in the document and the user input strength of the concept found in the query. The document strength is computed as the minimum of the strengths found on the path from the document to the concept. A small difference results in a high value of T, and the similarity coefficient simply sums these differences for each concept given in the query.

For intervals, a new function, S, computes the average of the distance between the high and low ends of the interval. For example, an interval of [3, 5] compared with an interval of [2, 6] results in a distance of $\frac{|3-2|+|5-6|}{2} = 1$. These differences are then summed for a similarity coefficient based on intervals.

SAMNDCA630-00937057

80   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

## 2.9   Summary

We have described eight different strategies used to rank documents in response to a query. The probabilistic model, vector space model, and inference networks all make use of statistical measures that essentially rely upon matching terms between a query and a document. The probabilistic model uses basic probability theory with some key assumptions to estimate the probability of relevance. It is often criticized as requiring pre-existing relevance information to perform well. We have described various means of circumventing this problem—including Kwok's novel idea of using self-relevance to obtain an initial estimate.

The vector space model represents documents and queries as vectors. Similarity among documents, and between documents and queries is defined in terms of the distance between two vectors. For example, one of the common similarity measures is the cosine similarity that treats the difference between two documents or a document and a query as the cosine of the angle between these two vectors.

Using *evidence*, inference networks use Bayesian inference to infer the probability that a document is relevant. Since inference networks are capable of modeling both vector space and probabilistic models, they may be seen as a more powerful model. In fact, different inference network topologies have yet to be fully explored.

Latent semantic indexing is the only strategy we have presented that directly addresses the problem that relevant documents to a query, at times, contain numerous terms that are identical in meaning to the query but do not share the same syntax. By estimating the "latent semantic" characteristics of a term-term matrix, LSI is able to accurately score a document as relevant to the query even though the term-mismatch problem is present.

Neural networks and genetic algorithms are both used commonly for machine learning applications and have only initially been used in document ranking. Computational resource limitations have prevented their widespread use—but the potential for these strategies to retrieve very different documents than the other strategies is intriguing.

The fuzzy set and extended boolean are older strategies that extend the widespread use of Boolean requests into relevance ranks. Other strategies require users to submit a list of terms—instead of a Boolean request—and a ranking is then obtained. In some applications, users prefer Boolean requests. This is particularly true for those users who have relied on Boolean requests for years.

So which strategy is best? This is still an area for debate, and therefore, for further investigation. To our knowledge, no head-to-head comparison of all of these strategies has been implemented. The TREC (Text REtrieval Conference) has been used to compare the effects of complete IR systems, but a system includes a strategy and a set of utilities, as well as, a variety of other implementation details. Thus far, no decisive conclusion can be deduced. Additional thoughts and comments related to these strategies are described in [Kowalski,

SAMNDCA630-00937058

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 95 of 132

DEFENDANT'S EXHIBIT NO. 306.095

1997, Salton, 1989], and some of the original papers describing these efforts were reprinted in [Sparck Jones and Willett, 1997].

## 2.10  Exercises

1. Show how inference networks can be used to model either the vector space model or the probabilistic model.

2. Download *Alice in Wonderland* from the internet. Write some code to identify the *idf* of each term. Identify how closely this work matches the Zipfian distribution.

3. Devise a new strategy that allows users to implement a Boolean retrieval request. The results should be ranked in order of the similarity to the query. Compare your new strategy with the extended Boolean retrieval strategy.

4. Describe the effect of adding new or changing existing documents to the vector space strategy. What values must be recomputed? How can the strategy be slightly modified so that it is more resilient to the addition of new documents?

5. It has been suggested that one or more strategies could be merged to form an improved result set. Give two general heuristics to merge results from two arbitrary retrieval strategies. Describe the advantages and disadvantages inherent in your approach.

SAMNDCA630-00937059

DEFENDANT'S EXHIBIT NO. 306.096

# 3   RETRIEVAL UTILITIES

Many different utilities improve the results of a retrieval strategy. Most utilities add or remove terms from the initial query in an attempt to refine the query. Others simply refine the focus of the query (use subdocuments or passages instead of whole documents). The key is that each of these utilities (although rarely presented as such) are plug-and-play utilities that operate with any arbitrary retrieval strategy.

The utilities identified are—

1. Relevance Feedback—The top documents found by an initial query are identified as relevant. These documents are then examined. They may be deemed relevant either by manual intervention or by an assumption that the top $n$ documents are relevant. Various techniques are used to rank the terms. The top $t$ terms from these documents are then added back to the original query.

2. Clustering—Documents or terms are clustered into groups either automatically or manually. The query is only matched against clusters that are deemed to contain relevant information. This limits the search space. The goal is to avoid non-relevant documents before the search even begins.

3. Passage-based Retrieval—The premise is that most relevant documents have a non-relevant portion and the relevant passage is somewhat concentrated. Hence, queries are matched to passages (either overlapping or

Case 5:12-cv-00630-LHK Document 2121-51 Filed 12/22/14 Page 97 of 132
DEFENDANT'S EXHIBIT NO. 306.097

non-overlapping) of documents, and the results for each passage are then combined into a single similarity coefficient. The size of each passage is either fixed or varied based on the passage finding algorithm. Other approaches simply rank each sentence, paragraph, or other naturally occurring subdivision of a document.

4. Parsing (noun phrase processing, stemming, etc.)— Simply matching terms does not always yield good results. The identification and use of phrases is computationally much easier than proximity operators. Parsing rules and/or lists of known phrases are used to identify valid phrases like "New York." These phrases are then treated as single terms. Other parsing techniques avoid common prefixes or suffixes to allow for matches between query and document terms that share a common root but have different prefixes or suffixes.

5. N-grams—The query is partitioned into n-grams (overlapping or non-overlapping sequences of $n$ characters). These are used to match queries with the document. The goal is to obtain a "fuzzier" match that would be resilient to misspellings or optical character recognition (OCR) errors. Also, n-grams are language independent.

6. Thesauri—Thesauri are generated from text or by manual methods. The key is not only to generate the thesaurus, but to use it to expand either queries or documents to improve retrieval.

7. Semantic Networks—Concept hierarchies exist in which individual concepts are linked to other related concepts. The strength of the relationship is associated with the link. One such network is Wordnet [Beckwith and Miller, 1990], but others exist. Attempts to automatically construct such a network have been pursued. The challenge is to use the network to expand queries or documents to contain more terms describing the contents of the query.

8. Regression Analysis— Statistical techniques are used to identify parameters that describe characteristics of a match to a relevant document. These can then be used with a regression analysis to identify the exact parameters that refine the similarity measure.

## 3.1  Relevance Feedback

A popular IR utility is relevance feedback. The basic premise is to implement retrieval in multiple passes. The user refines the query in each pass based on results of previous queries. Typically, the user indicates which of the documents presented in response to an initial query are relevant, and new terms are added to the query based on this selection. Additionally, existing terms in the query can be re-weighted based on user feedback. This process is illustrated in Figure 3.1.

An alternative is to avoid asking the user anything at all and to simply assume the top ranked documents are relevant. Using either manual (where the

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 98 of 132
DEFENDANT'S EXHIBIT NO. 306.098

**Figure 3.1.**    Relevance Feedback Process



user is asked) or automatic (where it is assumed the top documents are relevant)
feedback, the initial query is modified, and the new query is re-executed.

For example, an initial query "find information surrounding the various con-
spiracy theories about the assassination of John F. Kennedy" has both useful
keywords and noise. The most useful keywords are probably *assassination* and
*John F. Kennedy*. Like many queries (in terms of retrieval) there is some mean-
ingless information. Terms such as *various* and *information* are probably not
stop words (i.e., frequently used words that are typically ignored by an IR sys-
tem such as *a, an, and, the*), but they are more than likely not going to help
retrieve relevant documents. The idea is to use all terms in the initial query
and ask the user if the top ranked documents are relevant. The hope is that the
terms in the top ranked documents that are said to be relevant will be "good"
terms to use in a subsequent query.

Assume a highly ranked document contains the term *Oswald*. It is reasonable
to expect that adding the term *Oswald* to the initial query would improve both
precision and recall. Similarly, if a top ranked document that is deemed relevant
by the user contains many occurrences of the term *assassination*, the weight
used in the initial query for this term should be increased.

With the vector space model, the addition of new terms to the original
query, the deletion of terms from the query, and the modification of existing
term weights has been done. With the probabilistic model, relevance feedback
initially was only able to reweight existing terms and there was no accepted
means of adding terms to the original query. The exact means by which rel-
evance feedback is implemented is fairly dependent on the retrieval strategy
being employed. However, the basic concept of relevance feedback (i.e., run a

DEFENDANT'S EXHIBIT NO. 306.099

86   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

query, gather information from the user, enhance the query, and repeat) can be employed with any arbitrary retrieval strategy.

Section 3.1.1 discusses the initial use of the vector space model to implement relevance feedback. Section 3.1.2 discusses the probabilistic means by which relevance feedback is added.

Relevance feedback has been fertile ground for research, as many tuning parameters are immediately apparent. Most feedback algorithms start with the premise that within the top $x$ ranked documents, the top $t$ terms will be used. Finding correct values for $x$ and $t$, as well as examining the number of iterations required to obtain good results, has been the subject of a fair amount of research.

### 3.1.1   Relevance Feedback in the Vector Space Model

Rocchio, in his initial paper, started the discussion of relevance feedback [Rocchio, 1971]. Interestingly, his basic approach has remained fundamentally unchanged.

Rocchio's approach used the vector space model to rank documents. The query is represented by a vector $Q$, each document is represented by a vector $D_i$, and a measure of relevance between the query and the document vector is computed as $SC(Q, D_i)$, where SC is the similarity coefficient. As discussed in Section 2.1, the SC is computed as an inner product of the document and query vector or the cosine of the angle between the two vectors. The basic assumption is that the user has issued a query $Q$ and retrieved a set of documents. The user is then asked whether or not the documents are relevant. After the user responds, the set R contains the $n_1$ relevant document vectors, and the set S contains the $n_2$ non-relevant document vectors. Rocchio builds the new query $Q'$ from the old query $Q$ using the equation given below:

$$Q' = Q + \frac{1}{n_1} \sum_{i=1}^{n_1} R_i - \frac{1}{n_2} \sum_{i=1}^{n_2} S_i$$

$R_i$ and $S_i$ are individual components of R and S, respectively.

The document vectors from the relevant documents are added to the initial query vector, and the vectors from the non-relevant documents are subtracted. If all documents are relevant, the third term does not appear. To ensure that the new information does not completely override the original query, all vector modifications are normalized by the number of relevant and non-relevant documents. The process can be repeated such that $Q_{i+1}$ is derived from $Q_i$ for as many iterations as desired.

The idea is that the relevant documents have terms matching those in the original query. The weights corresponding to these terms are increased by adding the relevant document vector. Terms in the query that are in the non-relevant documents have their weights decreased. Also, terms that are not in the original query (had an initial component value of zero) are now added to the original query.

In addition to using values $n_1$ and $n_2$, it is possible to use arbitrary weights. The equation now becomes—

$$Q' = \alpha Q + \beta \sum_{i=1}^{n_1} \frac{R_i}{n_1} - \gamma \sum_{i=1}^{n_2} \frac{S_i}{n_2}$$

Not all of the relevant or non-relevant documents must be used. Adding thresholds $n_a$ and $n_b$ to indicate the thresholds for relevant and non-relevant vectors results in—

$$Q' = \alpha Q + \beta \sum_{i=1}^{min(n_a, n_1)} \frac{R_i}{n_1} - \gamma \sum_{i=1}^{min(n_b, n_2)} \frac{S_i}{n_2}$$

The weights $\alpha$, $\beta$, and $\gamma$ are referred to as Rocchio weights and are frequently mentioned in the annual proceedings of TREC. The optimal values were experimentally obtained, but it is considered common today to drop the use of non-relevant documents (assign zero to $\gamma$) and only use the relevant documents. This basic theme was used by Ide in follow-up research to Rocchio where the following equation was defined:

$$Q' = \alpha Q + \beta \sum_{i=1}^{n_1} R_i - S_1$$

Only the top ranked non-relevant document is used, instead of the sum of all non-relevant documents. Ide refers to this as the *Dec-Hi* (decrease using highest ranking non-relevant document) approach. Also, a more simplistic weight is described in which the normalization, based on the number of document vectors—is removed, and $\alpha$, $\beta$, and $\gamma$ are set to 1 [Salton, 1971a]. This new equation is—

$$Q' = Q + \sum_{i=1}^{n_1} R_i - \sum_{i=1}^{n_2} S_i$$

An interesting case occurs when the original query retrieves only non-relevant documents. Kelly addresses this case in [Salton, 1971b]. The approach suggests that an arbitrary weight should be added to the most frequently occurring *concept* in the document collection. This can be generalized to increase the component with the highest weight. The hope is that the term was important, but it was drowned out by all of the surrounding noise. By increasing the weight, the term now rings true and yields some relevant documents. Note that this approach is applied only in manual relevance feedback approaches. It is not applicable to automatic feedback as the top $n$ documents are assumed, by definition, to be relevant.

### 3.1.2   Relevance Feedback in the Probabilistic Model

We described the basic probabilistic model in Section 2.2. Essentially, the terms in the document are treated as evidence that a document is relevant to a query.

SAMNDCA630-00937064

DEFENDANT'S EXHIBIT NO. 306.101

Given the assumption of term independence, the probability that a document is relevant is computed as a product of the probabilities of each term in the document matching a term in the query.

The probabilistic model is well suited for relevance feedback because it is necessary to know how many relevant documents exist for a query to compute the term weights. Typically, the native probabilistic model requires some training data for which relevance information is known. Once the term weights are computed they are applied to another collection.

Relevance feedback does not require training data. Viewed as simply a utility instead of a retrieval strategy, probabilistic relevance feedback "plugs in" to any existing retrieval strategy. The initial query is executed using an arbitrary retrieval strategy and then the relevance information obtained during the feedback stage is incorporated.

For example the basic weight used in the probabilistic retrieval strategy is—

$$w_i = \log \frac{\frac{r_i}{R-r_i}}{\frac{n-r_i}{(N-n_i)-(R-r_i)}}$$

where—

| | | |
|---|---|---|
| $w_i$ | $=$ | weight of term $i$ in a particular query |
| $R$ | $=$ | number of documents that are relevant to the query |
| $N$ | $=$ | number of documents in the collection |
| $r_i$ | $=$ | number of relevant documents that contain term $i$ |
| $n_i$ | $=$ | number of documents that contain term $i$ |

$R$ and $r$ cannot be known at the time of the initial query unless training data with relevance information is available. Realistically, the presence of domain-independent training data is unlikely. Some other retrieval strategy such as the vector space model could be used for the initial pass, and the top $n$ documents could be observed. At this point, $R$ can be estimated as the total relevant documents found in the top $n$ documents and $r$ is the number of occurrences in these documents. The problem of requiring training data before the probabilistic retrieval strategy can be used is eradicated with the use of relevance feedback.

### 3.1.2.1   Initial Estimates.

The initial estimates for the use of relevance feedback using the probabilistic model have varied widely. Some approaches simply sum the *idf* as an initial first estimate. Wu and Salton proposed an interesting extension which requires the use of training data. For a given term $t$, it is necessary to know how many documents are relevant to term $t$ for other queries. The following equation estimates the value of $r_i$ prior to doing a retrieval:

$$r_i = a + b \log f$$

where $f$ is the frequency of the term across the entire document collection.

SAMNDCA630-00937065

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 102 of 132

This equation results in a curve that maps frequency to an estimated number of relevant documents. Frequency is an indicator of the number of relevant documents that will occur because of a given term. After obtaining a few sample points, values for $a$ and $b$ can be obtained by a least squares curve fitting process. Once this is done, the value for $r_i$ can be estimated given a value of $f$, and using the value of $r_i$, an estimate for an initial weight (IW) is obtained. The initial weights are then combined to compute a similarity coefficient. In the paper [Wu and Salton, 1981] it was concluded (using very small collections) that $idf$ was far less computationally expensive, and that the IW resulted in slightly worse precision and recall. However, we are unaware of work done with IW on the TREC collection.

### 3.1.2.2  Computing New Query Weights.

Some variations on the basic weighting strategy for use with relevance feedback were proposed in [Robertson and Sparck Jones, 1976]. The potential for using relevance feedback with the probabilistic model was first explored in [Wu and Salton, 1981]. Essentially, Wu and Salton applied Sparck Jones' equation for relevance information. They modified the approach by using the similarity coefficient found in the equation below. Given a vector $Q$ representing the query and a vector $D_i$ representing the documents with a collection of $t$ terms, the following equation computes the similarity coefficient. The components of $d_i$ are assumed to be binary. A one indicates the term is present, and a zero indicates the term is absent, and K is a constant.

$$SC(Q, D_i) = \sum_{i=1}^{t} d_i \log \frac{p_i(1 - u_i)}{u_i(1 - p_i)} + K$$

Using this equation requires estimates for $p_i$ and $u_i$. The simplest estimate uses $p_i = \frac{r_i + 0.5}{R + 1}$ and $u_i = \frac{n_i - r_i + 0.5}{N - R + 1}$. That is, the ratio of the number of relevant documents retrieved that contain term $i$ to the number of relevant documents is a good estimate of the evidence that a term $i$ results in relevance. The 0.5 is simply an adjustment factor. Similarly, the ratio of the number of documents that contain term $i$ that were not retrieved to the number of documents that are not relevant is an estimate of $u_i$. Substituting these probabilities into the equation yields one of the conventional Sparck Jones weights, $w_2$ we described in Section 2.2.1.1:

$$\frac{\frac{r_i + 0.5}{R + 1}}{\frac{n_i - r_i + 0.5}{N - R + 1}}$$

Using relevance feedback, a query is initially submitted and some relevant documents may be found in the initial answer set. The top documents are now examined by the user and values for $r_i$ and $R$ can be more accurately estimated (the values for $n_i$ and $N$ are known prior to any retrieval). Once this is done, new weights may be computed and the query is executed again. Wu and Salton tested four variations of composing the new query:

SAMNDCA630-00937066

90    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

1. Generate the new query based solely on the weights computed after the first retrieval.

2. Generate the new query, but combine the old weights with the new. Wu suggested that the weights could be combined as—

$$Q' = \frac{1-\beta}{Q} + (1-\beta)(T)$$

where $Q$ contains the old weights and $T$ contains the weights computed by using the initial first pass. $\beta$ is a scaling factor that indicates the importance of the initial weights. The ratio of relevant documents retrieved to relevant documents available collection-wide is used for this value ($\beta = \frac{r_i}{R}$). A query that retrieves many relevant documents should use the new weights more heavily than a query that retrieves only a few relevant documents.

3. Expand the query by combining all the terms in the original query with all the terms found in the relevant documents. The weights for the new query are used as in step one for all of the old terms (those that existed in the original query and in the relevant documents). For terms that occurred in the original query, but not in any documents retrieved in the initial phase, their weights are not changed. This is a fundamental difference from the work done by Sparck Jones because it allows for expansion as well as reweighting. Before this proposal, work in probabilistic retrieval relied upon the reweighting of old terms, but it did not allow for the addition of new new terms.

4. Expand the query using a combination of the initial weight and the new weight. This is similar to variation number two above. Assuming $q_1$ to $q_m$ are the weights found in the $m$ components of the original query, and $m - n$ new terms are found after the initial pass, we have the following—

$$Q' = \frac{1-\beta}{Q}(q_1, q_2, \ldots, q_m, 0, 0, \ldots, 0) + \beta(q_1, q_2, \ldots, q_m, q_{m+1}, \ldots, q_{m+n})$$

Additionally, a modified estimate for $p_i$ and $u_i$ was computed. These new values are given below:

$$p_i = \frac{r_i + \frac{n_i}{N}}{R+1}$$

$$u_i = \frac{n_i - r_i + \frac{n_i}{N}}{N - R + 1}$$

Here the key element of the $idf$ is used as the adjustment factor instead of the crude 0.5 assumption.

Wu and Salton found the fourth variation, which combines results of reweighting and term expansion, to be the most effective. Relatively little difference was observed with the modified $p_i$ and $q_i$.

SAMNDCA630-00937067

Salton and Buckley give an excellent overview of relevance feedback. Twelve variations on relevance feedback were attempted, which included: stemmed Rocchio, Ide, conventional Sparck Jones probabilistic equation (see Section 2.2.1), and the extended probabilistic given in Wu and Salton [Salton and Buckley, 1990]. All twelve were tested against six small collections (CACM, CISI, CRAN, INSPEC, MED, and NPL). All of these collections were commonly used by many researchers prior to the development of the larger TIPSTER collection. Different parameters for the variations were tried, such that there were seventy-two different feedback methods in all. Overall Ide Dec-Hi (decrease using the highest ranking elements) performed the best—having a ranking of one in three of the six collections and a ranking of two and six in the others.

### 3.1.2.3 Partial Query Expansion.

The initial work done by Wu and Salton in 1981 either used the original query and reweighted it or added *all* of the terms in the initial result set to the query and computed the weights for them [Wu and Salton, 1981]. The idea of using only a selection of the terms found in the top documents was presented in [Harman, 1988]. In this paper, the top ten documents were retrieved and, of those some documents were manually identified as relevant. The question then arises as to which terms from these documents should be used to expand the initial query. Harman sorted the terms based on six different sort orders and, once the terms were sorted, chose the top twenty terms. The sort order had a large impact on effectiveness. Six different sort orders were tested on the small Cranfield collection.

In many of the sort orders a noise measure, $n$, is used. This measure is computed as—

$$n_k = \sum_{i=1}^{N} \frac{tf_{ik}}{f_k} \log_2 f_k tf_{ik}$$

where—

$$tf_{ik} \quad = \quad \text{number of occurrences of term } i \text{ in document } k$$
$$f_k \quad = \quad \text{number of occurrences of term } k \text{ in the collection}$$
$$N \quad = \quad \text{number of terms in the collection}$$

This noise value increases for terms that occur infrequently in many documents, but frequently across the collection. A small value for noise occurs if a term occurs frequently in the collection. It is similar to the *idf*, but the frequency within individual documents is incorporated.

Additional variables used for sort orders are—

$$p_k \quad = \quad \text{number of documents in the relevant set that contain term } k$$
$$rtf_k \quad = \quad \text{number of occurrences of term } k \text{ in the relevant set}$$

92    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

A modified noise measure, $rn_k$, is defined as the noise within the relevant set. This is computed as—

$$rn_k = \sum_{i=1} p_k \frac{tf_{ik}}{f_k} \log_2 f_k tf_{ik}$$

Various combinations of $rn_k$, $n_k$, and $p_k$ were used to sort the top terms. The six sort orders tested were—

1. $n_k$

2. $p_k$

3. $rn_k$

4. $n_k \times rtf_k$

5. $n_k \times rtf_k \times p_k$

6. $n_k \times rtf_k$

Sort five above, $n_k \times f_k \times p_k$, resulted in the highest improvement in average precision (9.4%). This is very similar to $p_k \times idf$ which is a reasonable measure given that $p_k$ is an intuitively good value to use (i.e., a term that appears frequently in the relevant set is probably a good term to add to the query). However, this will not be the case for noise terms that occur frequently across the collection. This explains why the $p_k$ value did not perform as well as when it was combined with $n_k$.

Six additional sort orders were tested in a follow-up paper [Harman, 1992]. The sorts tested were—

1. $\frac{(RT_j)(df_i)}{N}$ where $RT_j$ is the total number of documents retrieved for query $j$, $df_i$ is the document frequency or number of documents in the collection that contain term $i$, and N is the number of documents in the collection. This gives additional weight to terms that appear in multiple documents of the initial answer set.

2. $\frac{r_{ij}}{R} - \frac{df_i}{N}$ where $r_{ij}$ is the number of retrieved relevant documents for query $j$ that have term $i$. $R_j$ is the number of retrieved relevant documents for query $j$. This gives additional weight to terms that occur in many relevant documents and which occur infrequently across the entire document collection.

3. $W_{ij} = \log_2 \frac{p_{ij}(1-q_{ij})}{(1-p_{ij})q_{ij}}$ where $W_{ij}$ is the term weight for term $i$ in query $j$. This is based on Sparck Jones probabilistic weights given in Section 2.2.1. The probability that term $i$ is assigned within the set of relevant documents to query $j$ is $p_{ij}$. The probability that term $i$ is assigned within the set of non-relevant documents for query $j$ is $q_{ij}$. These are computed as—

$$p_{ij} = \frac{r_{ij} + 0.5}{R_j + 1.0} \qquad q_{ij} = \frac{df_i - r_i + 0.5}{N - R_j + 1.0}$$

SAMNDCA630-00937069

4. $idf_j(p_{ij} - q_{ij})$ where the theoretical foundation is based on the presumption that the term $i$'s importance is computed as the amount that it will increase the difference between the average score (SC) of a relevant document and the average score of a nonrelevant document. The means of identifying a term weight are not specified in this work so for this sort order $idf_j$ is used. Additional details are given in [Robertson, 1990].

5. $W_{ij}(p_{ij} - q_{ij})$ where the term weight is computed as given above.

6. $\log(RTF_i + 1)(p_{ij} - q_{ij})$ where $RTF_i$ is the number of occurrences of term $i$ in the retrieved relevant documents.

Essentially sort three was found to be superior to sort four, five, and six, but there was little difference in the use of the various sort techniques. Sorts one and two were not as effective.

Once the sort order was identified, the number of terms to add to the new query was studied. A peak at twenty terms was identified. At TREC, similar differences have been observed in which some groups engaged in "massive query expansion" in which all terms in the first phase are added to the query, while other groups use only a subset of those terms [Buckley et al., 1994, Salton and Buckley, 1990]. Some groups at TREC have used fifty terms and twenty phrases and obtained good results.

More recent work in [Lundquist et al., 1997] has explored additional sort techniques using the TIPSTER collection and found $p_k \times nidf$ to be a good performer. The variable, $nidf$, is a normalized $idf$ using Singhal's document length normalization—see Section 2.1.2). Additionally, it was shown that the use of the top ten items (either terms or phrases) resulted in a thirty-one percent improvement in average precision over the use of the top fifty terms and twenty phrases.

### 3.1.2.4   Number of Feedback Iterations.

The number of iterations needed for successful relevance feedback was initially tested in 1971 by Salton [Salton, 1971d]. His 1990 work with 72 variations on relevance feedback assumed that only one iteration of relevance feedback was used. Harman investigated the effect of using multiple iterations of relevance feedback in [Harman, 1992].

In her work, the top ten documents were initially retrieved. A count of the number of relevant documents was obtained, and a new set of ten documents was then retrieved. The process continued for six iterations. Searching terminates if zero relevant documents are found in a given iteration. Three variations of updating term weights across iterations were used based on whether or not the counting of relevant documents found was static or cumulative. Each iteration used the basic strategy of retrieving the top ten documents, identifying the top 20 terms, and reweighting the terms.

The three variations tested were—

1. Cumulative count—counts relevant documents and term frequencies within relevant documents. It accumulates across iterations

94    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

2. Reset count—resets the number of relevant documents and term frequencies within relevant documents are reset after each iteration

3. Reset count, single iteration term—counts are reset and the query is reset such that it only contains terms from the current iteration

In each case, the number of new relevant documents found increased with each iteration. However, most relevant documents were found in the first two iterations. On average, iterations 3, 4, 5, and 6 routinely found less than one new relevant document per query. All three variations of implementing relevance feedback across iterations performed comparably.

**3.1.2.5   User Interaction.**   As earlier stated, the initial work in relevance feedback assumed the user would be asked to determine which documents were relevant to the query. Subsequent work assumes the top $n$ documents are relevant and simply uses these documents. An interesting user study, done by Spink, looked at the question of using the top documents to suggest terms for query expansion, but giving the user the ability to pick and choose which terms to add [Spink, 1994, Spink, 1995]. Users were also studied to determine how much relevance feedback is used to add terms as compared to other sources. The alternative sources for query terms were—

- Original written query

- User interaction—discussions with an expert research user or "intermediary" prior to the search to identify good terms for the query

- Intermediary—suggestion by expert users during the search

- Thesaurus

- Relevance feedback—selection of terms could be selected by either the user or the expert intermediary

Users chose forty-eight terms (eleven percent) of their search terms (over forty queries) from relevance feedback. Of these, the end-user chose fifteen and the expert chose thirty-three. This indicates a more advanced user is more likely to take advantage of the opportunity to use relevance feedback.

Additionally, the study identified which section of documents users found terms for relevance feedback. Some eighty-five percent of the relevance feedback terms came from the title or the descriptor fields in the documents, and only two terms came from the abstract of the document. This study concluded that new systems should focus on using only the title and descriptor elements of documents for sources of terms during the relevance feedback stages.

## 3.2   Clustering

Document clustering attempts to group documents by content to reduce the search space required to respond to a query. For example, a document collection

Case 5:12-cv-00630-LHK  Document 2121-51  Filed 12/22/14  Page 108 of 132

DEFENDANT'S EXHIBIT NO. 306.108

that contains both medical and legal documents might be clustered such that all medical documents are placed into one cluster, and all legal documents are assigned to a legal cluster (see Figure 3.2). A query over legal material might then be directed (either automatically or manually) to the legal document cluster.

**Figure 3.2.**    Document Clustering



Several clustering algorithms have been proposed. In many cases, the evaluation of clustering algorithms has been challenging because it is difficult to automatically point a query at a document cluster. Viewing document clustering as a utility to assist in ad hoc document retrieval, we now focus on clustering algorithms and examine the potential uses of these algorithms in improving precision and recall of ad hoc and manual query processing.

Another factor that limits the widespread use of clustering algorithms is their computational complexity. Many algorithms begin with a matrix that contains the similarity of each document with every other document. For a 1,000,000 document collection this matrix has $\frac{1,000,000^2}{2}$ different elements. Typically, this matrix is usually very sparse (many terms appear in a single document—only a single entry in a row of the matrix is non-zero for these terms).

Recent proposals use clustering as a utility to assist relevance feedback [Lu et al., 1996]. In those cases only the *results* of a query are clustered (a much smaller document set), and relevance feedback proceeds by obtaining only new terms from large clusters. This may be an area where clustering will be computationally feasible enough to implement on a large scale. Also, initial work on a Digital Array Processor (DAP) was done to improve run-time performance of clustering algorithms by using parallel processing [Rasmussen and Willett, 1989]. More recently, these algorithms were implemented on a parallel machine with a torus interconnection network [Ruocco and Frieder, 1997].

SAMNDCA630-00937072

96    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

A detailed review of clustering algorithms is given in [Salton, 1989]. Clusters are formed with either a top-down or bottom-up process. In a top-down approach, the entire collection is viewed as a single cluster and is partitioned into smaller and smaller clusters. The bottom-up approach starts with each document being placed into a separate cluster of size one and these clusters are then glued to one another to form larger and larger clusters. The bottom up approach is referred to as hierarchical agglomerative because the result of the clustering is a hierarchy (as clusters are pieced together, a hierarchy emerges).

### 3.2.1   Hierarchical Agglomerative Clustering

First the N x N document similarity matrix is formed. Each document is placed into its own cluster. The following two steps are repeated until only one cluster exists.

▫ The two clusters that have the highest similarity are found.

▫ These two clusters are combined and the similarity between the newly formed cluster and the remaining clusters recomputed.

As the larger cluster is formed, the clusters that merged together are tracked and form a hierarchy.

Assume documents A, B, C, D, and E exist and a document-document similarity matrix exists. At this point, each document is in a cluster by itself:

$$\{\{A\} \{B\} \{C\} \{D\} \{E\}\}$$

We now assume the highest similarity is between document A and document B. So the contents of the clusters become—

$$\{\{A,B\} \{C\} \{D\} \{E\}\}$$

After repeated iterations of this algorithm, eventually there will only be a single cluster that consists of {A,B,C,D,E}. However, the history of the formation of this cluster will be known. The node {AB} will be a parent of nodes {A} and {B} in the hierarchy that is formed by clustering since both A and B were merged to form the cluster {AB}.

Hierarchical agglomerative algorithms differ based on how {A} is combined with {B} in the first step. Once it is combined, a new similarity measure is computed that indicates the similarity of a document to the newly formed cluster {AB}.

### 3.2.1.1   Single Link Clustering.   The similarity between two clusters is computed as the maximum similarity between any two documents in the two clusters, each initially from a separate cluster. Hence, if eight documents are in cluster A and ten are in cluster B, we compute the similarity of A to B as the maximum similarity between any of the eight documents in A and the ten documents in B.

SAMNDCA630-00937073

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 110 of 132

**3.2.1.2   Complete Linkage.**   Inter-cluster similarity is computed as the minimum of the similarity between any documents in the two clusters such that one document is from each cluster.

**3.2.1.3   Group Average.**   Each cluster member has a greater average similarity to the remaining members of that cluster, than to any other cluster.

**3.2.1.4   Ward's Method.**   Clusters are joined so that their merger minimizes the increase in the sum of the distances from each individual document to the centroid of the cluster containing it [El-Hamdouchi and Willett, 1986]. The centroid is defined as the average vector in the vector space. If a vector represents the *ith* document, $D_i = <t_1, t_2, \ldots, t_n>$, the centroid C is written as $C = <c_1, c_2, \ldots, c_n>$. The *jth* element of the centroid vector is computed as the average of all of the *jth* elements of the document vectors:

$$c_j = \frac{\sum_{i=1}^{n} t_{ij}}{n}$$

Hence, if cluster A merged with either cluster B or cluster C, the centroids for the potential cluster AB and AC are computed as well as the maximum distance of any document to the centroid. The cluster with the lowest maximum is used.

**3.2.1.5   Analysis of Hierarchical Clustering Algorithms.**   A paper that describes the implementation of all of these algorithms found that Ward's method typically took the longest to implement, with single link and complete linkage being somewhat similar in run-time [El-Hamdouchi and Willett, 1989].

A recent summary of several different studies on clustering is given in [Burgin, 1995]. In most studies, clusters found in single link clustering tend to be fairly broad in nature and tend to provide lower effectiveness than the others. Choosing the best cluster as the source of relevant documents resulted in very close effectiveness results for complete link, Ward's, and group average clustering. A consistent drop in effectiveness for single link clustering was noted.

### 3.2.2   Clustering Without a Precomputed DOC-DOC Similarity Matrix

Other approaches exist in which the $N \times N$ similarity matrix indicates that the similarity between each document and every other document is not required. These approaches are dependent upon the order in which the input text is received, and do not produce the same result for the same set of input files.

**3.2.2.1   One-Pass Clustering.**   One approach uses a single pass through the document collection. The first document is assumed to be in a cluster of size one. A new document is read as input and the similarity between the new document and all existing clusters is computed. The similarity is computed as the distance between the new document and the centroid of the existing clusters. The document is then placed into the closest cluster, as long as it

SAMNDCA630-00937074

DEFENDANT'S EXHIBIT NO. 306.111

98   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

exceeds some threshold of closeness. This approach is very dependent on the order of the input. An input sequence of documents $1, 2, \ldots, 10$ can result in very different clusters than any other of the $(10! - 1)$ possible orderings.

Since resulting clusters can be too large, it may be necessary to split them into smaller clusters. Also, clusters that are too small may be merged into larger clusters.

### 3.2.2.2   Rocchio Clustering.

Rocchio developed a clustering algorithm in 1966 [Rocchio, 1966], in which all documents are scanned and defined as either clustered or loose. An unclustered document is tested as a potential center of a cluster by examining the *density* of the document and thereby requiring that $n_1$ documents have a similarity coefficient of at least $p_1$ and at least $n_2$ documents have a correlation of $p_2$. The similarity coefficient Rocchio most typically used was the cosine coefficient. If this is the case, the new document is viewed as the center of the cluster and the old documents in the cluster are checked to ensure they are close enough to this new center to stay in the cluster. The new document is then marked as *clustered*.

If a document is outside of the threshold, its status may change from *clustered* to *loose*. After processing all documents, some remain loose. These are added to the cluster whose centroid the document is closest to (revert to the single pass approach).

Several parameters for this algorithm were described in 1971 by Grauer and Messier [Grauer and Messier, 1971]. These included—

▫ Minimum and maximum documents per cluster

▫ Lower bound on the correlation between an item and a cluster below which an item will not be placed in the cluster. This is a threshold that would be used in the final cleanup phase of unclustered items.

▫ Density test parameters $(n_1, n_2, p_1, p_2)$

▫ Similarity coefficient

### 3.2.2.3   Buckshot Clustering.

Buckshot clustering is a fast clustering algorithm that runs in $O(kn)$ time where $k$ is the number of clusters that are generated and $n$ is the number of documents. For applications where the number of desired clusters is small, the clustering time is close to $O(n)$ which is a clear improvement over the $O(n^2)$ alternatives that require a document-document similarity matrix.

Buckshot clustering works by choosing a random sample of $\sqrt{kn}$ documents. These $\sqrt{kn}$ documents are then clustered by a hierarchical clustering algorithm (any one will do). Using this approach, $k$ clusters may be identified from the cluster hierarchy. The hierarchical clustering algorithms all require a DOC-DOC similarity matrix, so this step will require $O(\sqrt{kn}^2) = O(kn)$ time. Once the $k$ centers are found, the remaining documents are then scanned and assigned to one of the $k$ centers based on the similarity coefficient between the incoming

SAMNDCA630-00937075

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 112 of 132

document and each of the $k$ centers. The entire algorithm requires on the order of $O(kn)$ time, as $O(kn)$ is required to obtain the centers and $O(kn)$ is required to scan the document collection and assign each document to one of the centers. Note that buckshot clustering can result in different clusters with each running because a different random set of documents may be chosen to find the initial $k$ centers. Details of the buckshot clustering algorithm and its analysis are given in [Cutting et al., 1992].

### 3.2.3   Querying Hierarchically Clustered Document Collections

Once the hierarchy is generated, it is necessary to determine which portion of the hierarchy should be searched. A top-down search starts at the root of the tree and compares the query vector to the centroid for each subtree. The subtree with the greatest similarity is then searched. The process continues until a leaf is found or the cluster size is smaller than a predetermined threshold.

A bottom-up search starts with the leaves and moves upwards. Early work showed that starting with leaves, which contained small clusters, was better than starting with large clusters. Subsequently three different bottom-up procedures were studied [Willett, 1988]:

- Assume a relevant document is available and start with the cluster that contains that document.

- Assume no relevant document is available. Implement a standard vector-space query and assume the top-ranked document is relevant. Start with the cluster that contains the top-ranked document.

- Start with the bottom level cluster whose centroid is closest to the query.

Once the leaf or bottom-level cluster is identified, all of its parent clusters are added to the answer set until some threshold for the size of the answer set is obtained.

These three bottom-up procedures were compared to a simpler approach in which only the bottom is used. The bottom-level cluster centroids are compared to the query and the answer set is obtained by expanding the top $n$ clusters.

### 3.2.4   Efficiency Issues

Although the focus of this chapter is on effectiveness, the limited use of clustering algorithms compels us to briefly mention efficiency concerns. Many algorithms begin with a matrix that contains the similarity of each document with every other document. For a 1,000,000 document collection, this matrix has $\frac{1,000,000^2}{2}$ elements. Algorithms designed to improve the efficiency of clustering are given in [Voorhees, 1986], but at present, no TREC participant has clustered the entire document collection.

### 3.2.4.1   Parallel Document Clustering.   Another means of improving run-time performance of clustering algorithms is to implement them on a paral-

SAMNDCA630-00937076

DEFENDANT'S EXHIBIT NO. 306.113

100    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

lel processor (see Chapter 6). Initial work on a Digital Array Processor (DAP) was done to improve the run-time of clustering algorithms by using parallel processing [Rasmussen and Willett, 1989]. Recently, these algorithms were implemented on a parallel machine with a torus interconnection network [Ruocco and Frieder, 1997].

Recent proposals use clustering as a utility to assist relevance feedback [Lu et al., 1996]. Only the *results* of a query are clustered (a much smaller document set), and relevance feedback proceeds by only obtaining new terms from large clusters.

### 3.2.4.2  Clustering with Truncated Document Vectors.

The most expensive step in the clustering process occurs when the distance between the new document and all existing clusters is computed. This is typically done by computing the centroid of each cluster and measuring the cosine of the angle between the new document vector and the centroid of each cluster. More recently, it has been shown that clustering may be done with vectors that use only a few representative terms from a document [Schutze and Silverstein, 1997].

One means of reducing the size of the document vector is to use Latent Semantic Indexing (see Section 2.5) to identify the most important components. Another means is to simply truncate the vector by removing those terms with a weight below a given threshold. No significant difference in effectiveness was found for a baseline of no truncation, or using latent semantic indexing with twenty, fifty, and one hundred and fifty terms or simple truncation with fifty terms.

Although very recent, it appears that this result is a breakthrough in document clustering because effective clustering may be implemented with substantially smaller document vectors than previously attempted.

### 3.3  Passage-based Retrieval

Passage-based retrieval [Callan, 1994], is based on the premise that only a small portion of each relevant document (i.e., the relevant passage within the document) contains the information that is relevant to the query. By computing metrics that compare the entire document to the query, the noisy parts of the document (the sections that are nonrelevant) potentially mask the relevant segment of the document.

For instance, consider this book. This section is the only section that contains relevant information in response to a query that searches for *passage-based retrieval*. If the entire book was viewed as a single document, this section might contribute very little to the overall similarity coefficient between the book and the passage.

Since documents often are naturally segmented into chapters, sections, and subsections, it is reasonable to use each of these author-determined boundaries and simply rank the passages to the original query. A similarity coefficient must then merge the passage-based results and obtain a final coefficient.

DEFENDANT'S EXHIBIT NO. 306.114

Consider a document $D_1$ with sections A, B, C, and D. Further assume section C is the only section that mentions anything about the query. A similarity coefficient $SC(Q, D_1)$ could result in a coefficient that is heavily biased towards nonrelevance because sections A, B, and D have many terms that do not match with terms in the query. The similarity coefficient reflects this and given the length of the document and the relatively small proportion of matching terms, or even terms that are semantically related, the document would have a low similarity coefficient. With passage-based retrieval, four separate coefficients are computed: SC(Q,A), SC(Q,B), SC(Q,C), and SC(Q,D). The four different similarity coefficients would then be merged. Several different techniques for merging these components are presented.

Passage-based research focuses on the decision of how to identify the delimiters of a passage and how to combine the input of each passage into a single similarity coefficient. The following sections discuss each of these problems and demonstrate some initial work in each area.

### 3.3.1   Marker-based Passages

Marker-based passages use section headers or paragraph indentation and vertical space as a means of partitioning passages. SGML tags found in long Federal Register documents were used in [Zobel et al., 1995].

In similar work, paragraph markers were used. To avoid very long or short paragraphs, long paragraphs were partitioned based on size and short paragraphs were glued together. The passages were bounded such that no passage contained fewer than fifty terms or was larger than 200 terms [Callan, 1994]. In [Zobel et al., 1995] passages were glued together until a size of $p$ was exceeded. In both papers, some modest improvement occurred, but results given with the Federal Register should be viewed with care as there are comparatively few relevant documents in this particular collection. The reason given for the limited success of this intuitively appealing approach is that the paragraph markers and section markers are prone to error on the part of the author and may not have resulted in a good semantic partitioning (i.e., one passage might have described numerous concepts).

### 3.3.2   Dynamic Passage Partitioning

Different approaches have been used to automatically find good partitions. These approaches attempt to partition documents differently based on the particular query [Callan, 1994]. One means of doing this is to find a term that matches the query and then build a passage around this match. If a term matches at position $n$, passage A will begin at position $n$ and continue until position $n + p$ where $p$ is a variable passage size. The next passage, B, will overlap with A and start at position $n + \frac{p}{2}$. Figure 3.3 illustrates the difference between overlapping and non-overlapping passages. For a term that matches at position ten, a small passage length of fifty results in passages around the terms [10, 60], [35, 85], [60, 110], etc. where [i, j] indicates the passage starts

SAMNDCA630-00937078

102   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

at position $i$ and continues to $j$. Overlapping passages are intended to avoid splitting sections of relevant text.

**Figure 3.3.**   Overlapping vs Non-Overlapping Passages



### 3.3.3   *Merging Passage-based Similarity Measures*

Passages contribute to the similarity coefficient in a number of different ways. One study tested twenty different methods of merging passage-based contributions [Wilkinson, 1994]. These methods ranged from simply taking the highest ranked passage as the similarity coefficient to combining document level contributions with passage level contributions. The work done in [Callan, 1994] also used a combination score with the document and the passage level evidence to obtain their best results. Similar results also occurred in [Wilkinson, 1994].

### 3.4   N-grams

Term-based search techniques typically use an inverted index or a scan of text (details surrounding inverted index construction and search are given in Chapter 4). Additionally, queries that are based on exact matches with terms in document perform poorly against corrupted documents. This occurs regardless of the source of the errors—either OCR (optical character recognition) errors or those due to misspelling. To provide resilience to noise, n-grams have been proposed. The premise is to decompose terms into word fragments of

SAMNDCA630-00937079

size $n$, then design matching algorithms that use these fragments to determine whether or not a match exists.

N-grams have also been used for detection and correction of spelling errors [Pollock and Zamora, 1984, Thorelli, 1962, Zamora et al., 1981] and text compression [Yannakoudakis et al., 1982]. A survey of automatic correction techniques is found in [Kukich, 1992]. Most recently, n-grams have been used to determine the authorship of documents [Kjell et al., 1994]. Traditional information retrieval algorithms based on n-grams are described in [D'Amore and Mah, 1985, Damashek, 1995, Pearce and Nicholas, 1993, Teufil, 1988, Cavnar and Vayda, 1993].

### 3.4.1 D'Amore and Mah

Initial information retrieval research focused on n-grams as presented in [D'Amore and Mah, 1985]. The motivation behind their work was the fact that it is difficult to develop mathematical models for terms since the potential for a term that has not been seen before is infinite. With n-grams, only a fixed number of n-grams can exist for a given value of $n$. A mathematical model was developed to estimate the noise in indexing and to determine appropriate document similarity measures.

D'Amore and Mah's method replaces terms with n-grams in the vector space model. The only remaining issue is computing the weights for each n-gram. Instead of simply using n-gram frequencies, a scaling method is used to normalize the length of the document. D'Amore and Mah's contention was that a large document contains more n-grams than a small document, so it should be scaled based on its length.

To compute the weights for a given n-gram, D'Amore and Mah estimated the number of occurrences of an n-gram in a document. The first simplifying assumption was that n-grams occur with equal likelihood and follow a binomial distribution. Hence, it was no more likely for n-gram "ABC" to occur than "DEF." The Zipfian distribution that is widely accepted for terms is not true for n-grams. D'Amore and Mah noted that n-grams are not equally likely to occur, but the removal of frequently occurring terms from the document collection resulted in n-grams that follow a more binomial distribution than the terms.

D'Amore and Mah computed the expected number of occurrences of an n-gram in a particular document. This is the product of the number of n-grams in the document (the document length) and the probability that the n-gram occurs. The n-gram's probability of occurrence is computed as the ratio of its number of occurrences to the total number of n-grams in the document. D'Amore and Mah continued their application of the binomial distribution to derive an expected variance and, subsequently, a standard deviation for n-gram occurrences. The final weight for n-gram $i$ in document $j$ is—

$$w_{ij} = \frac{f_{ij} - e_{ij}}{\sigma_{ij}}$$

SAMNDCA630-00937080

where—

$$f_{ij} = \text{frequency of an n-gram } i \text{ in document } j$$
$$e_{ij} = \text{expected number of occurrences of an n-gram } i \text{ in document } j$$
$$\sigma_{ij} = \text{standard deviation}$$

The n-gram weight designates the number of standard deviations away from the expected value. The goal is to give a high weight to an n-gram that has occurred far more than expected and a low weight to an n-gram that has occurred only as often as expected.

D'Amore and Mah did several experiments to validate that the binomial model was appropriate for n-grams. Unfortunately, they were not able to test their approach against a term-based one on a large standardized corpus.

### 3.4.2   Damashek

Damashek expanded on D'Amore and Mah's work by implementing a five-gram-based measure of relevance [Damashek, 1995]. Damashek's algorithm relies upon the vector space model, but computes relevance in a different fashion. Instead of using stop words and stemming to normalize the expected occurrence of n-grams, a centroid vector is used to eliminate noise. To compute the similarity between a query and a document, the following cosine measure is used—

$$SC(Q, D) = \frac{(Q - \mu_q)(D - \mu_d)}{\sqrt{(Q - \mu_q)^2 (D - \mu_d)^2)}}$$

Here $\mu_q$ and $\mu_d$ represent centroid vectors that are used to characterize the query language and the document language. The centroid value for each n-gram is computed as the ratio of the total number of occurrences of the n-gram to the total number of n-grams. This is the same value used by D'Amore and Mah. It is not used as an expected probability for the n-grams, but merely as a characterization of the n-gram's frequency across the document collection. The weight of a specific n-gram in a document vector is the ratio of the number of occurrences of the n-gram in the document to the total number of all of the n-grams in the document. This "within document frequency" is used to normalize based on the length of a document, and the centroid vectors are used to incorporate the frequency of the n-grams across the entire document collection.

By eliminating the need to remove stop words and to support stemming, (the theory is that the stop words are characterized by the centroid so there was no need to eliminate them), the algorithm simply scans through the document and grabs n-grams without any parsing. This makes the algorithm language independent. Additionally, the use of the centroid vector provides a means of filtering out common n-grams in a document. The remaining n-grams are reverse engineered back into terms and used as automatically assigned keywords to describe a document. A description of this reverse engineering process is

SAMNDCA630-00937081

given in [Cohen, 1995]. Proof of language independence is given with tests covering English, German, Spanish, Georgian, Russian, and Japanese.

### 3.4.3  Pearce and Nicholas

An expansion of Damashek's work uses n-grams to generate hypertext links [Pearce and Nicholas, 1993]. The links are obtained by computing similarity measures between a selected body of text and the remainder of the document. After a user selects a body of text, the five-grams are identified, and a vector representing this selected text is constructed. Subsequently, a cosine similarity measure is computed, and the top rated documents are then displayed to the user as dynamically defined hypertext links. The user interface issues surrounding hypertext is the principal enhancement over Damashek's work. The basic idea of constructing a vector and using a centroid to eliminate noise remains intact.

### 3.4.4  Teufel

Teufel also uses n-grams to compute a measure of similarity using the vector space model [Teuful, 1988]. Stop words and stemming algorithms are used and advocated as a good means of reducing noise in the set of n-grams. However, his work varies from the others in that he used a measure of relevance that is intended to enforce similarity over similar documents. The premise was that if document A is similar to B, and B is similar to C, then A should be roughly similar to C. Typical coefficients, such as inner product, Dice, or Jaccard (see Section 2.1.2), are non-transitive. Teufel uses a new coefficient, $H$, where—

$$H = X + Y - (XY)$$

and $X$ is a direct similarity coefficient (in this case Dice was used, but Jaccard, cosine, or inner product could also have been used) and $Y$ is an "indirect" measure that enforces transitivity. With the indirect measure, document A is identified as similar to document C. A more detailed description of the indirect similarity measure is given in [Teuful, 1991].

Good precision and recall was reported for the INSPEC document collection. Language independence was claimed in spite of reliance upon stemming and stop words.

### 3.4.5  Cavnar and Vayda

N-grams were also proposed in [Cavnar, 1993, Cavnar and Vayda, 1993]. Most of this work involves using n-grams to recognize postal addresses. N-grams were used due to their resilience to errors in the address. A simple scanning algorithm that counts the number of n-gram matches that occur between a query and a single line of text in a document was used. No weighting of any kind was used, but, by using a single text line, there is no need to normalize for the length of a document. The premise is that the relevant portion of a document appears in a single line of text.

SAMNDCA630-00937082

106   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

Cavnar's solution was the only documented approach that has been tested on a large standardized corpus. For the entire TIPSTER document collection, average precision of between 0.06 and 0.15 was reported. It should be noted that for the AP portion of the collection an average precision of 0.35 was obtained. These results on the AP documents caused Cavnar to avoid further tuning. Unfortunately, results on the entire collection exhibited relatively poor performance. Regarding these results, the authors claimed that "It is unclear why there should be such variation between the retrievability of the AP documents and the other document collections."

## 3.5   Regression Analysis

Another approach to estimating the probability of relevance is to develop variables that describe the characteristics of a match to a relevant document. Regression analysis is then used to identify the exact parameters that match the training data. For example, if trying to determine an equation that predicts a person's blood pressure given their age—

| Age | Blood Pressure |
|-----|----------------|
| 45  | 200            |
| 50  | 220            |
| 70  | 220            |

A simple least squares polynomial regression could be implemented, that would identify the correct values of $\alpha$ and $\beta$ to predict blood pressure (BP) based on age (A):

$$BP = \alpha A + \beta$$

For a given age, it is possible to find the related blood pressure. Now, if we wish to predict the likelihood of a person having heart disease, we might obtain the following data:

| Age | Blood Pressure | Heart Disease |
|-----|----------------|---------------|
| 45  | 200            | yes           |
| 50  | 220            | no            |
| 70  | 220            | yes           |

The issue now is to fit a curve to the data points such that if a new person shows up and asks for the chance of their having heart disease, the point on the curve that corresponds to their age and blood pressure could be examined. This second example is more analogous to document retrieval because, we are trying to identify characteristics in a query-document match that indicate whether or

SAMNDCA630-00937083

DEFENDANT'S EXHIBIT NO. 306.120

not the document is relevant. The problem is that relevance is typically given a binary (1 or 0) for training data—it is rare that we have human assessments that the document is "kind of" relevant. Note that there is a basic independence assumption that says age will not be related to blood pressure (an assumption we implied was false in our preceding example). Logistic regression is typically used to estimate dichotomous variables—those that only have a small set of values, (i.e., gender, heart disease present, and relevant documents).

Focusing on information retrieval, the problem is to find the set of variables that provide some indication that the document is relevant.

| Matching Terms | Size of Query | Size of Document | Relevant? |
|---|---|---|---|
| 5 | 10 | 30 | yes |
| 8 | 20 | 45 | no |

Six variables used recently [Fontaine, 1995] are given below—

1. The mean of the total number of matching terms in the query.

2. The square root of the number of terms in the query.

3. The mean of the total number of matching terms in the document.

4. The square root of the number of terms in the document.

5. The average *idf* of the matching terms.

6. The total number of matching terms in the query.

A brief overview of polynomial regression and the initial use of logistic regression is given in [Cooper et al., 1992]. However, the use of logistic regression requires the variables used for the analysis to be independent. Hence, the logistic regression is given in two stages. Composite clues which are composed of independent variables are first estimated. Assume clues 1–3 above are found in one composite clue and 4–6 are in the second composite clue. The two stages proceed as follows—

**Stage 1:**
A logistic regression is done for each composite clue.

$$logO(R|C_1) = c_0 + c_1 X_1 + c_2 X_2 + c_3 X_3$$
$$logO(R|C_2) = d_0 + d_1 X_4 + d_2 X_5 + d_3 X_6$$

At this point the coefficients $c_0, c_1, c_2, c_3$ are computed to estimate the relevance for the composite clue $C_1$. Similarly, $d_0, d_1, d_2, d_3$ estimate the relevance of $C_2$.

SAMNDCA630-00937084

**Stage 2:**

The second stage of the staged logistic regression attempts to correct for errors induced by the number of composite clues. As the number of composite clues grows, the likelihood of error increases. For $N$ composite clues, the following logistic regression is computed:

$$logO(R|C_1, C_2, \ldots, C_N) \;\; = \;\; e_0 + e_1 Z + e_2 N$$

where Z is computed as the sum of the composite clues or—

$$Z = \sum_{i=1}^{N} \log O(R|C_i)$$

The results of the first stage regression are applied to the second stage. It should be noted that further stages are possible.

Once the initial regression is completed, the actual computation of similarity coefficients proceeds quickly. Composite clues are only dependent on the presence or absence of terms in the document and can be precomputed. Computations based on the number of matches found in the query and the document are done at query time, but involve combining the coefficients computed in the logistic regression with the precomputed segments of the query. Further implementation details are found in [Fontaine, 1995].

The question is whether or not the coefficients can be computed in a generic fashion that is resilient to changes in the document collection. The appealing aspects of this approach are that experimentation can be done to identify the best clues, and the basic independence assumptions are avoided. Additionally, the approach corrects for errors incurred by the initial logistic regression.

## 3.6   Thesauri

One of the most intuitive ideas for enhancing effectiveness of an information retrieval system is to include the use of a thesaurus. Almost from the dawn of the first information retrieval systems in the early 1960s, researchers focused on incorporating a thesaurus to improve precision and recall. The process of using a thesaurus to expand a query is illustrated in Figure 3.4.

A thesaurus, at first glance, might appear to assist with a key problem—two people very rarely describe the same concepts with the same terms (i.e., one person will say that they went to a *party* while another person might call it a *gathering*). This problem makes statistical measures that rely on the number of matches between a query term and the document terms somewhat brittle when confronted with semantically equivalent terms that happen to be syntactically distinct. A query that asks for information about *dogs* is probably also interested in documents about *canines*.

A document relevant to a query might not match any of the terms in the query. A thesaurus can be used either to assign a common term for all synonyms

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 122 of 132

Figure 3.4.    Using a Thesaurus to Expand a Query



of a term, or to expand a query to include all synonymous terms. Intuitively this should work fine, but unfortunately, results have not been promising. This section describes the use of hand-built thesauri, a very labor intensive means of building a thesaurus, as well as the quest for a sort of holy grail of information retrieval, an automatically generated thesaurus.

### 3.6.1   Automatically Constructed Thesauri

A hand-built thesaurus might cover general terms, but it lacks domain-specific terms. A medical document collection has many terms that do not occur in a general purpose thesaurus. To avoid the need for numerous hand-built domain-specific thesauri, automatic construction methods have been implemented.

### 3.6.1.1   Term Co-occurrence.
An early discussion of automatic thesaurus generation is found in [Salton, 1971c]. The key to this approach is to represent each term as a vector. The terms are then compared using a similarity

SAMNDCA630-00937086

110    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

coefficient that measures the Euclidean distance, or angle, between the two vectors.

To form a thesaurus for a given term $t$, related terms for $t$ are all those terms $u$ such that $SC(t, u)$ is above a given threshold. Note, this is an $O(t^2)$ process so it is often common to limit the terms for which a related term list is built. This is done by using only those terms that are not so frequent that they become stop terms, but not so infrequent that there is little chance they have many synonyms.

Consider the following example——

$D_1$: "a dog will bark at a cat in a tree"
$D_2$: "ants eat the bark of a tree "

This results in the term-document occurrence matrix found in Table 3.1.

Table 3.1.    Term-Document Matrix

| term | $D_1$ | $D_2$ |
|------|-------|-------|
| a    | 3     | 1     |
| ants | 0     | 1     |
| at   | 1     | 0     |
| bark | 1     | 1     |
| cat  | 1     | 0     |
| dog  | 1     | 0     |
| eat  | 0     | 1     |
| in   | 1     | 0     |
| of   | 0     | 1     |
| the  | 0     | 1     |
| tree | 1     | 1     |
| will | 1     | 0     |

To compute the similarity of term $i$ with term $j$, a vector of size $N$, where $N$ is the number of documents, is obtained for each term. The vector corresponds to a row in the following table. A dot product similarity between "bark" and "tree" is computed as—

$$SC(bark, tree) = <1\ 1> \circ <1\ 1> = 2$$

The corresponding term-term similarity matrix is given in Table 3.2.

The matrix is symmetric as $SC(t_1, t_2)$ is equivalent to $SC(t_2, t_1)$.  The premise is that words are similar or related to the company they keep. Consider "tree" and "bark", in our example, these terms co-occur twice in two documents. Hence, this pair has the highest similarity coefficient. Other simple extensions to this approach are the use of word stems instead of whole terms

SAMNDCA630-00937087

Case 5:12-cv-00630-LHK  Document 2121-51  Filed 12/22/14  Page 124 of 132

Table 3.2.    Example Term-Term Similarity Matrix

| term | a | ants | at | bark | cat | dog | eat | in | of | the | tree | will |
|------|---|------|----|----|-----|-----|-----|----|----|-----|------|------|
| a    | 0 | 1    | 3  | 4    | 3   | 3   | 1   | 3  | 1  | 1   | 4    | 3    |
| ants | 1 | 0    | 0  | 1    | 0   | 0   | 1   | 0  | 1  | 1   | 1    | 0    |
| at   | 3 | 0    | 0  | 1    | 1   | 1   | 0   | 1  | 0  | 0   | 1    | 0    |
| bark | 4 | 1    | 1  | 0    | 1   | 1   | 1   | 1  | 1  | 1   | 2    | 1    |
| cat  | 3 | 0    | 1  | 1    | 0   | 1   | 0   | 1  | 0  | 0   | 1    | 1    |
| dog  | 3 | 0    | 1  | 1    | 1   | 0   | 0   | 1  | 0  | 1   | 1    | 1    |
| eat  | 1 | 1    | 0  | 1    | 0   | 0   | 0   | 0  | 1  | 0   | 1    | 0    |
| in   | 3 | 0    | 1  | 1    | 1   | 1   | 0   | 0  | 0  | 0   | 1    | 1    |
| of   | 1 | 1    | 0  | 1    | 0   | 0   | 1   | 0  | 0  | 1   | 1    | 0    |
| the  | 1 | 1    | 0  | 1    | 0   | 0   | 1   | 0  | 1  | 0   | 1    | 0    |
| tree | 4 | 1    | 1  | 2    | 1   | 1   | 1   | 1  | 1  | 1   | 0    | 1    |
| will | 3 | 0    | 1  | 1    | 1   | 1   | 0   | 1  | 0  | 0   | 1    | 0    |

(for more on stemming see Section 3.8.1). The use of stemming is important here so that the term *cat* will have no real difference than *cats*. The *tf-idf* measure can be used in the term-term similarity matrix to give more weight to co-occurrences between relatively infrequent terms.

Early work done with the term-term similarity matrix was given in [Minker et al., 1972]. This paper summarizes much of the work done in the 1960s using term clustering, and provides some additional experiments [Salton, 1971c, Sparck Jones and Jackson, 1968, Sparck Jones and Barber, 1971]. The common theme of these papers is that the term-term similarity matrix can be constructed, and then various clustering algorithms can be used to build clusters of related terms.

Once the clusters are built, they are used to expand the query. Each term in the original query is found in a cluster that was included in some portion or all (depending on a threshold) elements of its cluster. Much of the related work done during this time focused on different clustering algorithms and different thresholds to identify the number of terms added to the cluster. The conclusion was that the augmentation of a query using term clustering did not improve on simple queries that used weighted terms.

More recent work with term-term similarity matrices is presented in [Chen and Ng, 1995]. A domain-specific thesaurus was constructed on information about the *Caenorhabditis elegans* worm in support of molecular biologists [Chen et al., 1995]. A term-term similarity measure was built with phrases and terms. A weight that used *tf-idf* but also included another factor $p_i$, was used where $p_i$ indicated the number of terms in phrase $i$. Hence, a two-term phrase was weighted double that of a single term. The new weight was—

$$w_{ij} = tf_{ij} \times \log \left( \frac{N}{df_i} \times p_i \right)$$

DEFENDANT'S EXHIBIT NO. 306.125

112   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

Using this new weight, an asymmetric similarity coefficient was also developed. The premise was that the symmetric coefficients are not as useful for ranking because a measurement between $t_i, t_j$ can become very skewed if either $t_i$ or $t_j$ occurs frequently. The asymmetric coefficient allows for a ranking of an arbitrary term $t_i$, frequent or not, with all other terms. Applying a threshold to the list means that for each term, a list of other related terms is generated—and this can be done for all terms.

The measurement for $SC(t_i, t_j)$ is given as—

$$SC(t_i, t_j) = \left( \frac{\sum_{k=1}^{n} min(tf_{ik}, tf_{jk}) \log \left( \frac{N}{df_{ij}} \times p_j \right)}{\sum_{k=1}^{n} w_{ik}} \right) \times W_j$$

where $df_{ij}$ is the number of co-occurrences of term $i$ with term $j$. Two additional weights make this measure asymmetric: $p_j$ and $W_j$. As we have said $p_j$ is a small weight included to measure the size of term $j$. With all other weights being equal, the measure: $SC(food, apple\ pie) > SC(food, apple)$ since phrases are weighted higher than terms. The weighting factor, $W_j$, gives additional preference to terms that occur infrequently without skewing the relationship between term $i$ and term $j$. The weight $W_j$ is given as—

$$W_j = \left( \frac{\log \left( \frac{N}{df_j} \right)}{\log N} \right)$$

Consider the term *york* and its relationship to the terms *new* and *castle*. Assume *new* occurs more frequently than *castle*. With all other weights being equal, the new weight, $W_j$, causes the following to occur:

$$SC(york, castle) > SC(york, new)$$

This is done without regard for the frequency of the term *york*. The key is that we are trying to come up with a thesaurus, or a list of related terms, for a given term (i.e., *york*). When we are deriving the list of terms for *new* we might find that *york* occurs less frequently than *castle* so we would have:

$$SC(new, york) > SC(new, castle)$$

Note that we were able to consider the relative frequencies of *york* and *castle* with this approach. In this case—

$$SC(new, york) = SC(york, new)$$

The high frequency of the term *new* drowns out any real difference between *york* and *castle*—or at least that is the premise of this approach. We note in our example, that *new york* would probably be recognized as a phrase, but that is not really pertinent to this example.

SAMNDCA630-00937089

DEFENDANT'S EXHIBIT NO. 306.126

Hence, at this point, we have defined $SC(t_i, t_j)$. Since the coefficient is asymmetric we now give the definition of $SC(t_j, t_i)$:

$$SC(t_j, t_i) = \left( \frac{\sum_{k=1}^{n} min(tf_{ik}, tf_{jk}) \log \left( \frac{N}{df_{ij}} \times p_i \right)}{\sum_{k=1}^{n} w_{jk}} \right) \times W_i$$

A threshold was applied so that only the top one hundred terms were used for a given term. These were presented to a user and, for relatively small document collections, users found that the thesaurus assisted their recall. No testing of generic precision and recall for automatic retrieval was measured.

**3.6.1.2   Term Context.**   Instead of relying on term co-occurrence, recent work uses the context (surrounding terms) of each term to construct the vectors that represent each term [Gauch and Wang, 1996]. The problem with the vectors given above is that they do not differentiate the senses of the words. A thesaurus relates words to different senses. In the example given below, "bark" has two entirely different senses. A typical thesaurus lists "bark" as—

bark—surface of tree (noun)
bark—dog sound (verb)

Ideally an automatically generated thesaurus would have separate lists of synonyms. The term-term matrix does not specifically identify synonyms, and Gauch and Wang do not attempt this either. Instead, the *relative position* of nearby terms is included in the vector used to represent a term [Gauch and Wang, 1996].

The key to similarity is not that two terms happen to occur in the same document; it is that the two terms appear in the same *context*—that is they have very similar neighboring terms.

*Bark*, in the sense of a sound emanating from a dog, appears in different contexts than *bark*, in the sense of a tree surface. Consider the following three sentences:

$S_1$: "The dog yelped at the cat."
$S_2$: "The dog barked at the cat."
$S_3$: "The bark fell from the tree to the ground."

In sentences $S_1$ and $S_2$, *yelped* is a synonym for *barked*, and the two terms occur in exactly the same context. It is unlikely that another sense of *bark* would appear in the same context. "Bark" as a *surface of tree* more commonly would have articles at one position to the left instead of two positions to the left, etc.

To capture the term's *context*, it is necessary to identify a set of *context terms*. The presence or absence of these terms around a given *target term* will determine the content of the vector for the target term. In [Gauch and

DEFENDANT'S EXHIBIT NO. 306.127

**114**   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Wang, 1996], the authors assume the highest frequency terms are the best context terms, so the 200 most frequent terms (including stop terms) are used as context terms. A window of size seven was used. This window includes the three terms to the left of the target term and the three terms to the right of the target term. The new vector that represents target term $i$ will be of the general form—

$$T_i = < v_{-3} v_{-2} v_{-1} v_1 v_2 v_3 >$$

where each vector, $v_i$, and $i = -3, -2, -1, 1, 2,$ and 3 corresponds to a 200 element vector that represents the context of the target term for a given position. The vector $v_{-3}$ contains a component for each of the 200 context terms that occur three terms to the left of the target term. Similarly, the vector $v_3$ contains a component for each of the 200 context terms that occur three terms to the right of the target.

The $v_i$ vectors are all concatenated to form the entire $T_i$ vector for the term. For a simple example, we build the context vectors for the terms *bark* and *yelp* based on the document collection $S_1$, $S_2$, and $S_3$. To simplify the example, we assume that stemming is done to normalize *bark* and *barked* and that *the* and *at* are the only two context terms occupying components one and two, respectively, of the context vectors.

$$T_{bark} = [< 00 >< 10 >< 10 >< 01 >< 10 >< 10 >]$$

$$T_{yelp} = [< 00 >< 10 >< 00 >< 01 >< 10 >< 00 >]$$

The matching of $S_1$ and $S_2$ is the driving force between the two vectors being very similar. The only differences occur because of the additional word sense that occurs in $S_3$.

This example uses the frequency of occurrence of a context term as the component of the context vectors. In [Gauch and Wang, 1996], the authors use a measure that attempts to place more weight on context terms that occur less frequently than might be expected. The actual component value of the $jth$ component of vector $v_i$, is a mutual information measure. Let—

$$df_{ij} \quad = \quad \text{frequency of co-occurrence of context term } j \text{ with target term } i$$

$$tf_i \quad = \quad \text{total occurrences of context term } i \text{ in the collection}$$

$$tf_j \quad = \quad \text{the total occurrences of context term } j \text{ in the collection}$$

$$v_{ij} \quad = \quad \log\left( \frac{N t f_{ij}}{(tf_i)(tf_j)} + 1 \right)$$

SAMNDCA630-00937091

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 128 of 132

This gives a higher weight to a context term that appears more frequently with a given target term than predicted by the overall frequencies of the two terms.

Gauch and Wang use the top 200 terms, with a seven term window size, so each term vector is of size 1200. The vectors are then compared with a standard cosine measure, and all terms with a similarity above a threshold are used. The choice of which target words to choose is difficult, and after some experimentation 4,000 target words were chosen from the frequency list.

Queries were then expanded using only the top $n$ terms that fell above a certain threshold. Unfortunately, average precision for the expanded query was not significantly higher than without the expansion.

Analysis of the repeated failure of automatically generated thesauri built from term-term similarity matrices is given in [Peat and Willett, 1991]. They noted a key problem with using term co-occurrence to generate a thesaurus is that relatively frequent terms co-occur with other frequent terms. The result is a thesaurus in which one relatively general term is found to be related to another general term (e.g., *hairy* might be found to be related to *furry*). Although these terms are related, they do not improve precision and recall because, due to their relatively high frequency, they are not good discriminators.

Interestingly, an early paper showed that randomly selecting terms for expansion was sometimes more effective than using those generated by a term-term similarity matrix [Smeaton and Rijsbergen, 1983]. Given a Zipfian distribution [Zipf, 1949] most terms appear infrequently (over half occur only once), so there is a good chance that the randomly selected terms were low frequency, and hence, did not do as much damage as a high frequency non-discriminating term.

### 3.6.1.3   Clustering with Singular Value Decomposition.

Schutze and Pedersen use term clustering and a singular value decomposition (SVD) to generate a thesaurus [Schutze and Pedersen, 1997]. First a matrix, A, is computed for terms that occur 2000–5000 times. The matrix contains the number of times these terms co-occur with a term window of size $k$ ($k$ is 40 in this work). Subsequently, these terms are clustered into 200 A-classes (group average agglomerative clustering is used—see Section 3.2.1.3). For example, one A-class, $g_{A1}$, might have terms $(t_1, t_2, t_3)$ and another, $g_{A2}$, would have $(t_4, t_5)$.

Subsequently, a new matrix, B, is generated for the 20,000 most frequent terms based on their co-occurrence between clusters found in the matrix. For example, if term $t_j$ co-occurs with term $t_1$ ten times, term $t_2$ five times, and term $t_4$ six times, $B[1, j] = 15$ and $B[2, j] = 6$. Note the use of clusters has reduced the size of the B matrix and provides substantially more training information. The rows of B correspond to classes in A, and the columns correspond to terms. The B matrix is of size 200 x 20,000. The 20,000 columns are then clustered into 200 B-classes using the buckshot clustering algorithm (see Section 3.2.2.3).

Finally, a matrix, C, is formed for all terms in the collection. An entry C[i,j] indicates the number of times term $j$ co-occurs with the B-classes. Once this is done, the C matrix is decomposed and singular values are computed to

SAMNDCA630-00937092

DEFENDANT'S EXHIBIT NO. 306.129

116   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

represent the matrix. This is similar to the technique used for latent semantic indexing (see Section 2.5). The SVD is more tractable at this point since only 200 columns exist.

A document is represented by a vector that is the sum of the context vectors (vectors that correspond to each column in the SVD). The context vector is used to match a query.

Another technique that uses the context vector matrix, is to cluster the query based on its context vectors. This is referred to as *word factorization*. The queries were partitioned into three separate clusters. A query is then run for each of the word factors and a given document is given the highest rank of the three. This requires a document to be ranked high by all three factors to receive an overall high rank. The premise is that queries are generally *about* two or three concepts and that a relevant document has information relevant to all of the concepts.

Overall, this approach seems very promising. It was run on a reasonably good-sized collection (the Category B portion of TIPSTER using term factorization, average precision improved from 0.27 to 0.32—an 18.5% overall improvement).

### 3.6.1.4   Using only Document Clustering to Generate a Thesaurus.

Another approach to automatically build a thesaurus is described in [Crouch, 1989, Crouch, 1990]. First, a document clustering algorithm is implemented to partition the document collection into related clusters. A document-document similarity coefficient is used. Complete link clustering is used here, but other clustering algorithms could be used (for more details on clustering algorithms see Section 3.2).

The terms found in each cluster are then obtained. Since they occur in different documents within the cluster, different operators are used to obtain the set of terms that correspond to a given cluster. Consider documents with the following terms—

$$
\begin{aligned}
D_1 &= t_1, t_2, t_3, t_4 \\
D_2 &= t_2, t_4 \\
D_3 &= t_1, t_2
\end{aligned}
$$

The cluster may be represented by the union of all the terms $\{t_1, t_2, t_3, t_4\}$, the intersection $\{t_2\}$, or some other operation that considers the number of documents in the cluster that contain the term. Crouch found that simple clustering worked the best. The terms that represented the cluster now appear as a *thesaurus class*, in that they form the automatically generated thesaurus. The class is first reduced to obtain only the *good* terms. This is done by using a term discriminating function that is based on document frequency. (see Section 2.1 for more details on document frequency).

SAMNDCA630-00937093

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 130 of 132
DEFENDANT'S EXHIBIT NO. 306.130

Queries are expanded based on the thesaurus class. Any term that occurs in the query that matches a term in the thesaurus class results in all terms in the class being added to the query. Average precision was shown to improve ten percent for the small ADI collection and fifteen percent for the Medlars collection. Unfortunately, both of these results were for small collections, and the document clustering is computationally expensive, requiring $O(N^2)$ time, where N is the number of documents in the collection.

### 3.6.2   Use of Manually Generated Thesaurus

Although a manually generated thesaurus is far more time consuming to build, several researchers have explored the use of such a thesaurus to improve precision and recall.

### 3.6.2.1   Extended Relevance Ranking with Manual Thesaurus.

A system developed in 1971 used computers to assist with the manual construction of a thesaurus at the Columbia University School of Library Service. The algorithm was essentially equivalent to a simple thesaurus editor [Hines and Harris, 1971].

Manual thesaurus construction is typically used for domain-specific thesauri. A group of experts is convened, and they are asked to identify the relationship between domain-specific terms. Ghose and Dhawle note that manual generation of these thesauri can be more difficult to build for social sciences than natural sciences given that there is more disagreement about the meaning of domain-specific terms in the social sciences [Ghose and Dhawle, 1977].

A series of handbuilt thesauri (each one was constructed by students) was described in [Wang et al., 1985]. These thesauri were generated by the relationships between two terms—such as *dog* is-a *animal*. Ultimately the thesauri were combined into one that contained seven groups of relations. These groups were—

- antonyms

- all relations but antonyms

- all relations

- part-whole and set relations

- colocation relations

- taxonomy and synonymy relations

- paradigmatic relations

The antonym relation identified terms that were opposites of one another (e.g., *night, day*) and is-part-of identifies entities that are involved in a bill-of-materials relationship (e.g., *tire, automobile*). Co-location contains relations

SAMNDCA630-00937094

118   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

between words that frequently co-occur in the same phrase or sentence. Taxonomy and synonym represent synonyms. Paradigmatic relations relate different forms of words that contain the same semantic core such as canine and dog. Experiments in adding each or all of the terms from these relations were done on a small document collection with relevance judgments obtained by the researchers conducting the study. Use of all relations, with the exception of antonyms, delivered the best average precision and recall, but there was little overall improvement.

A study done in 1993 used a thesaurus containing five different relations: equivalence (synonym), hierarchical (is-a), and associative relationships [Kristensen, 1993]. Recall of a fairly large (227,000) document collection composed of Finnish newspaper articles was shown to increase from 47 percent to 100 percent while precision only decreased from 62.5 percent to 51 percent. Fortunately, the work was done on a large collection, however, the thesaurus was hand-built for the test and contained only 1,011 concepts and a total of 1,573 terms. Only thirty queries were used and the high results are clearly due to "good" terms found in the thesaurus.

Given the nature of the highly specific thesaurus, this result might be very similar in nature to the manual track of the TREC conference where participants are allowed to hand-modify the original query to include more discriminating terms. The synonym, narrower term, and related term searches all showed a 10 to 20% increase in recall from a 50% baseline. The union search (using all values) showed a rather high fifty percent increase in average precision. This work does represent one of the few studies outside of the TIPSTER collection that is run on a sizable collection. It is not clear, however, how applicable the results are to a more general collection that uses a more general thesaurus.

### 3.6.2.2   Extending Boolean Retrieval With a Hand Built Thesaurus.

All work described attempts to improve relevance ranking using a thesaurus. Lee et al., describe the extensions to the extended Boolean retrieval model as a means of including thesaurus information in a Boolean request [Lee et al., 1994]. A description of the extended Boolean model is found in Section 2.4. Values for $p$ were attempted, and a value of six (value suggested for standard extended Boolean retrieval by Salton in [Salton, 1989]) was found to perform the best. Results of this approach were found to show slightly higher effectiveness.

## 3.7   Semantic Networks

Semantic networks are based on the idea that knowledge can be represented by *concepts* which are linked together by various relationships. A semantic network is simply a set of nodes and arcs. The arcs are labeled for the type of relationship they represent. Factual information about a given node, such as its individual characteristic, (color, size, etc.) are often stored in a data structure called a *frame*. The individual entries in a frame are called *slots* [Minsky, 1975].

A frame for a rose may take the form—

Case 5:12-cv-00630-LHK   Document 2121-51   Filed 12/22/14   Page 132 of 132
DEFENDANT'S EXHIBIT NO. 306.132

```
(rose
    (has-color red)
    (height 2 feet)
    (is-a flower)
)
```

Here the frame *rose* is a single node in a semantic network containing an *is-a* link to the node *flower*. The slots *has-color* and *height* store individual properties of the rose.

Natural language understanding systems have been developed to read human text and build semantic networks representing the knowledge stored in the text [Schank, 1975, Schank and Lehnert, 1977, Gomez and Segami, 1989, Gomez and Segami, 1991]. It turns out that there are many concepts that are not easily represented (the hardest ones are usually those that involve temporal or spatial reasoning). Storing information in the sentence "A rose is a flower." is easy to do as well as to store, "A rose is red", but semantic nets have difficulty with storing the information that, "The rose grew three feet last Wednesday and was taller than anything else in the garden." Storing information about the size of the rose on different dates, as well as, the relative location of the rose is often quite difficult in a semantic network. For a detailed discussion see the section on "Representational Thorns" about the large-scale knowledge representation project called *Cyc* (a project in which a large portion of common sense reasoning is being hand-crafted) [Lenat and Guha, 1989].

Despite some of the problems with storing complex knowledge in a semantic network, research has been done in which semantic networks have been used to improve information retrieval. This work yielded limited results and is highly language specific, however, the potential for improvement still exists.

Semantic networks attempt to resolve the *mismatch* problem in which the terms in a query do not match those found in a document, even though the document is relevant to the query. Instead of matching characters in the query terms with characters in the documents, the *semantic distance* between the terms is measured (by various measures) and incorporated into a semantic network. The premise behind this is that terms which share the same meaning appear relatively close together in a semantic network. *Spreading activation* is one means of identifying the distance between two terms in a semantic network.

There is a close relationship between a thesaurus and a semantic network. From the standpoint of an IR system, a thesaurus attempts to solve the same mismatch problem by expanding a user query with related terms and hoping that the related terms will match the document. A semantic network subsumes a thesaurus by incorporating links that indicate "is-a-synonym-of" or "is-related-to," but a semantic network can represent more complex information such as an is-a hierarchy which is not found in a thesaurus.

One semantic network used as a tool for information retrieval research is WordNet [Beckwith and Miller, 1990]. WordNet is publicly available and contains frames specifically designed for words (some semantic networks might con-