Case 5:12-cv-00630-LHK Document 2121-52 Filed 12/22/14 Page 1 of 131

tains frames for more detailed concepts such as *big-and-hairy-person*). WordNet can be found on the World Wide Web at: **www.cogsci.princeton.edu/~wn.**

WordNet contains different entries for the various semantic meanings of a term. Additionally, various term relationships are stored including: *synonyms*, *antonyms* (roughly the opposite of a word), *hyponyms* (lexical relations such as *is-a*), and *meronyms* (is a *part-of*). Most nouns in WordNet are placed in the *is-a* hierarchy while antonyms more commonly relate adjectives.

Interestingly, less commonly known relations of *entailment* and *troponyms* are used to relate verbs. Two verbs are related by entailment when the first verb entails the second verb. For example, to *buy* something entails that you will *pay* for it. Hence, *buy* and *pay* are related by entailment. A troponym relation occurs when the two activities related by entailment must occur at the same time (temporally co-extensive) such as the pair *(limp, walk)*. Software used to search WordNet is further described in [Beckwith and Miller, 1990].

It is reasonable to assume that WordNet would help effectivness by expanding query terms with synsets found in WordNet. Surprisingly, there is no known result that has shown this to be the case. Work done by Voorhees [Voorhees, 1993] showed that even with manual selection of synsets, effectiveness was not improved when queries were expanded. A key obstacle was that terms in queries were not often found in WordNet due to their specificity—terms such as *National Rifle Association* are not in WordNet. Also, the addition of terms that have multiple meanings or word senses significantly degrade effectiveness.

Semantic networks have been used to augment Boolean retrieval and automatic relevance ranking. We describe these approaches in the remainder of this section.

### 3.7.1  Distance Measures

To compute the distance between a single node in a semantic network and another node, a spreading activation algorithm is used. A pointer starts at each of the two original nodes and links are followed until an intersection occurs between the two points. The shortest path between the two nodes is used to compute the distance. Note that the simple shortest path algorithm does not apply here because there may be several links that exist between the same two nodes. The distance between nodes $a$ and $b$ is:

Distance$(a,b)$ = minimum number of edges separating $a$ and $b$

**3.7.1.1  R-distance.** The problem of measuring the distance between two *sets* of nodes is more complex. Ideally the two sets line up, for example "large rose" and "tall flower" is one such example where "large" can be compared with "tall" and "rose" can be compared with "flower." The problem is that it is difficult to align the concepts such that related concepts will be compared. Hence, the R-distance defined in [Rada et al., 1987] takes all of the individual entries in each set and averages the distance between all the possible combinations of the two sets.

SAMNDCA630-00937097

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 2 of 131

If a document is viewed as a set of terms that are "AND"ed together, and a query is represented as a Boolean expression in disjunctive normal form, then the R-distance identifies a measure of distance between the Boolean query and the document. Also, a NOT applied to a concept yields the distance that is furthest from the concept. Hence, for a query Q for terms ((a AND b AND c) OR (e AND f)) and Document D with terms $(t_1 \text{ AND } t_2)$, the similarity is computed below.

$$c_1 = \frac{d(a,t_1) + d(a,t_2) + d(b,t_1) + d(b,t_2) + d(c,t_1) + d(c,t_2)}{6}$$

$$c_2 = \frac{d(e,t_1) + d(e,t_2) + d(f,t_1) + d(f,t_2)}{4}$$

SC(Q,D) is computed now as the $MIN(c_1, c_2)$. Essentially each concept represented in the query is compared to the whole document and the similarity measure is computed as the distance between the document and the closest query concept.

Formally, the R-distance of a disjunctive normal form query Q, and a document D with terms $(t_1, t_2, \ldots, t_n)$ and $c_{ij}$, indicates the $j$th term in concept $i$ is defined as:

$$SC(Q,D) = min\left(SC_1(c_1, D), SC_1(c_2, D), \ldots, SC_1(c_m, D)\right)$$

$$SC_1(c_i, D) = \frac{1}{mn} \sum_{i=1}^{n} \sum_{j=1}^{m} d(t_i, c_{ij})$$

$$SC(Q,D) = 0, \text{ if } Q = D$$

**3.7.1.2   K-distance.**   A subsequent distance measure referred to as the K-distance was developed in [Kim and Kim, 1990]. This measure incorporates weighted edges in the semantic network. The distance defined between two nodes is obtained by finding the shortest path between the two nodes (again by using spreading activation) and then summing the edges along the path. More formally the distance between terms $t_i$ and $t_j$ is obtained by:

$$d_{ij} = w_{t_i,x_1} + w_{x_1,x_2} + \ldots + w_{x_n,t_j}$$

where the shortest path from $t_i$ to $t_j$ is: $t_i, x_1, x_2, \ldots, t_j$.

The authors treat NOT as a special case. Details are given in [Kim and Kim, 1990] but the basic idea is to dramatically increase the weights of the arcs that connect the node that is being referenced with a NOT (referred to as separation edges). Once this is done, any paths that include this node are much longer than any other path that includes other terms not referenced by a NOT.

SAMNDCA630-00937098

122    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

To obtain the distance between two sets, A and B, of nodes with weighted arcs, the K-distance measure computes the minimum of the distances between each node in set A and set B. These minimum distances are then averaged. Since the weights on the arcs may not be equivalent in both directions, the distance measure from A to B is averaged with the distance from B to A. For our same query Q—

($(a$ AND $b$ AND $c)$ OR ($e$ AND $f$))

Assume document D has only two terms: ($t_1$ AND $t_2$), the similarity is computed below.

$$c_1 = \frac{min(d(a,t_1), d(a,t_2)) + min(d(b,t_1), d(b,t_2)) + min(d(c,t_1), d(c,t_2))}{3}$$

$$c_2 = \frac{min(d(e,t_1), d(e,t_2)) + min(d(f,t_1), d(f,t_2))}{2}$$

SC(Q,D) is still the $min(c_1, c_2)$. The value of SC(D,Q) would then be obtained, and the two coefficients are then averaged to obtain the final similarity measure.

The K-distance of a disjunctive normal form query Q and a document D with terms ($t_1, t_2, \ldots, t_n$) is defined as:

$$SC(Q,D) = \frac{SC_1(Q,D) + SC_1(D,Q)}{2}$$

$$SC_1(Q,D) = min\left(SC_2(c_1, D), SC_2(c_2, D), \ldots, SC_2(c_m, D)\right)$$

$$SC_2(c_i, D) = \frac{1}{n}\left(\sum_{j=1}^{n} min\left(d(c_{ij}, t_j)\right)\right)$$

$$SC(Q,D) = 0, \text{ if } Q = D$$

The R-distance satisfies the triangular inequality such that r-dist(a,c) is less than or equal to r-dist(a,b) + r-dist(b,c). The K-distance does not satisfy this inequality but it does make use of weights along the edges of the semantic network.

### 3.7.1.3   KB-EBM: Incorporating Distance Into Extended Boolean Retrieval.
Lee, et al., incorporated a distance measure using a semantic network into the Extended Boolean Retrieval model and called it—KB-EBM for Knowledge Base—Extended Boolean Model [Lee et al., 1993]. The idea was to take the existing Extended Boolean Retrieval model described in Section

SAMNDCA630-00937099

DEFENDANT'S EXHIBIT NO. 306.136

2.4 and modify the weights used to include a distance between two nodes in a semantic network.

The Extended Boolean model uses a function **F** that indicates the weight of a term in a document. In our earlier description we simply called it $w_i$, but technically it could be represented as $\mathbf{F}(d, t_i)$. Lee, et al., modified this weight by using a semantic network and then used the rest of the Extended Boolean model without any other changes. This cleanly handled the case of NOT.

The primitive distance function, $d(t_i, t_j)$, returns the length of the shortest path between two nodes. This indicates the conceptual closeness of the two terms. What is needed here is the conceptual distance, which is inversely proportional to the primitive distance function. Hence, the new $F$ function uses—

$$distance^{-1}(t_i, t_j) = \frac{\lambda}{\lambda + distance(t_i, t_j)}$$

First, the function **F** is given for a document with unweighted terms. The new function, $\mathbf{F}(d, t_i)$, computes the weight of term $t_i$ in the document as the average distance of $t_i$ to all other nodes in the document. The new function $F$ is then—

$$F(d, t) = \frac{\sum_{i=1}^{n} distance^{-1}(t_i, t)}{1 + \frac{\lambda}{\lambda+1}(n - 1)}$$

For existing weights for a term in a document, F is modified to include weights $w_i$. This is the weight of the $i$th term in document $d$.

$$F(d, t) = \frac{\sum_{i=1}^{n} distance^{-1}(t_i, t) w_i}{1 + \frac{\lambda}{\lambda+1}(n - 1)}$$

**3.7.1.4   Evaluation of Distance Measures.**   All three distance measures were evaluated on four collections with nine, six, seven, and seven documents, respectively. Precision and recall were not measured, so evaluations were done using comparisons of the rankings produced by each distance. In some cases MESH was used—a medical semantic network—in other cases, the Computing Reviews Classification Scheme (CRCS) was used. Overall, the small size of the test collections and the lack of precision and recall measurements made it difficult to evaluate these measures. They are presented here due to their ability to use semantic networks. Most work done today is not focused on Boolean requests. However, all of these distance measures are applicable if the natural language request is viewed as a Boolean OR of the terms in the query. It would be interesting to test them against a larger collection with a general semantic network such as WordNet.

*3.7.2   Developing Query Term Based on "Concepts"*

Instead of computing the distance between query terms and document terms in a semantic network and incorporating that distance into the metric, the semantic network can be used as a thesaurus to simply replace terms in the query

124    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

with "nearby" terms in the semantic network. Vectors of "concepts" can then be generated to represent the query, instead of term-based vectors. This was described in the early 1970s. In 1988, an algorithm was given that described a means of using this approach to improve an existing Boolean retrieval system [Giger, 1988]. Terms in the original Boolean system were replaced with "concepts". These concepts were found in a semantic network that contained links to the original terms. The paper referred to the network as a thesaurus, but the different relationships existing between terms meet our definition of a semantic network.

The system described in [Chen and Lynch, 1992, Chen et al., 1993] used an automatically generated semantic network. The network was developed using two different clustering algorithms. The first was the standard cosine algorithm (see Section 3.2), while the second was developed by the authors and yields asymmetric links between nodes in the semantic net. Users were then able to manually traverse the semantic network to obtain good terms for the query, while the semantic nets were also used to find suitable terms to manually index new documents.

### 3.7.3  Ranking Based on Constrained Spreading Activation

Two interesting papers appeared in 1987 that are frequently referenced in discussions of knowledge-based information retrieval [Cohen and Kjeldsen, 1987, Kjeldsen and Cohen, 1987]. These papers describe the GRANT system in which potential funding agencies are identified based on areas of research interest. A manually built semantic network with 4,500 nodes and 700 funding agencies was constructed with links that connect agencies and areas of interest based on the topics agencies are interested in.

Given a topic, the links emanating from the topic are activated and spreading activation begins. Activation stops when a funding agency is found. At each step, activation is constrained. After following the first link, three constraints are used. The first is *distance*. If the path exceeds a length of four, it is no longer followed. The second is *fan-out*, if a path reaches a node that has more than four links emanating from it, it is not followed. This is because the node that has been reached is too general to be of much use and it will cause the search to proceed in many directions that are of little use. The third type of constraint is a rule that results in a score for the link. The score is considered an *endorsement*. Ultimately, the results are ranked based on the accumulation of these scores. An example of one such endorsement occurs if a researcher's area of interest is a subtopic or specialization of a general topic funded by the agency it gets a positive endorsement. An agency that funds research on *database systems* will fund research in *temporal database systems*. More formally—

request-funds-for-topic(x) and IS-A(x,y) → request-funds-for-topic(y)

A negative endorsement rule exists when the area of research interest is a generalization of a funding agency's areas of research. An agency that funds

SAMNDCA630-00937101

*database systems* will probably not be interested in funding generic interest in *computer science.*

A best-first search is used such that high-scoring endorsements are followed first. The search ends when a certain *threshold* number of funding agencies are identified. The GRANT system was tested operationally, and found to be superior to a simple keyword matching system that was in use. Searches that previously took hours could be done in minutes. More formal testing was done with a small set of twenty-three queries. However, the semantic network and the document collection were both relatively small so it is difficult to generalize from these results. Overall, the GRANT system is very interesting in that it uses a semantic network, but the network was constrained based on domain-specific rules.

We are unaware of work done using constrained spreading activation for domain-specific text retrieval, but this could be an interesting algorithm to use with WordNet (assuming reasonable constraints could be developed).

## 3.8   Parsing

The ability to identify a set of tokens to represent a body of text is an essential feature of every information retrieval system. Simply using every token encountered leaves a system vulnerable to fundamental semantic mismatches between a query and a document. For instance, a query that asks for information about *computer chips* matches documents that describe *potato chips.* Simple single-token approaches, both manual and automatic, are described in Section 3.8.1. Although these approaches seem crude and ultimately treat text as a bag of words, they generally are easy to implement, efficient, and often result in as good or better effectiveness than many sophisticated approaches measured at the Text REtrieval Conference (TREC). A detailed discussion of TREC is provided in Chapter 8.

A step up from single-term approaches is the use of phrases in document retrieval. Phrases capture some of the *meaning* behind the bag of words and result in two-term pairs (or multi-term phrases, in the general case) so that a query that requires information about *New York* will not find information about the *new Prince of York.* Section 3.8.2 describes simple approaches to phrase identification.

More sophisticated approaches to phrase identification are given in Section 3.8.3. These are based on algorithms commonly used for natural language processing (NLP). These include part-of-speech taggers, syntax parsers, and information extraction heuristics. We provide a brief overview of the heuristics that are available and pay particular attention only to those that have been directly incorporated into information retrieval systems. An entire book could be written on this section as the entire field of natural language processing is relevant.

Overall, it should be noted that parsing is critical to the performance of a system. For complex NLP approaches, parsing is discussed in great detail, but to date, these approaches have typically performed with no significant difference

DEFENDANT'S EXHIBIT NO. 306.139

in performance than simplistic approaches. A review of the recent work done to integrate NLP into information retrieval systems is given in [Lewis and Sparck Jones, 1996].

### 3.8.1   Single Terms

The simplest approach to search documents is to require manual intervention and to assign names of terms to each document. The problem is that it is not always easy to assign keywords that distinctly represent a document. Also, when categorizations are employed—like the Library of Congress subject headings—it is difficult to stay current within a domain. Needless to say, the manual effort used to categorize documents is extremely high. Therefore, it was learned early in the process that manually assigned tokens did not perform significantly better than automatically assigned tokens [Salton, 1971d].

Once scanning was deemed to be a good idea in the early 1960s, the next step was to try to normalize text to avoid simple mismatches due to differing prefixes, suffixes, or capitalization. Today, most information retrieval systems convert all text to a single case so that terms that simply start a sentence do not result in a mismatch with a query simply because they are capitalized.

*Stemming* refers to the normalization of terms by removing suffixes or prefixes. The idea is that a user who includes the term "throw" in the query might also wish to match on "throwing", "throws", etc. Stemming algorithms have been developed for more than twenty years. The Porter and Lovins algorithms are most commonly used [Porter, 1980, Lovins, 1968]. These algorithms simply remove common suffixes and prefixes. A problem is that two very different terms might have the same stem. A stemmer that removes *-ing* and *-ed* results in a stem of *r* for terms *red* and *ring*. KSTEM uses dictionaries to ensure that any generated stem will be a valid word [Krovetz and Croft, 1989, Krovetz, 1993]. A more recent approach uses corpus-based statistics (essentially based on term co-occurrence) to identify stems in a language-independent fashion [Croft and Xu, 1994]. These stemmers were shown to result in improved relevance ranking over more traditional stemmers.

Stop words are terms deemed relatively meaningless in terms of document relevance and are not stored in the index. These terms represent approximately forty percent of the document collection [Francis and Kucera, 1982]. Removing these terms reduces index construction, time and storage cost, may also reduce the ability to respond to some queries. A counterexample to the use of stop word removal occurs when a query requests a phrase that only contains stop words (e.g., "to be or not to be"). Nevertheless, stop word lists are frequently used, and some research has been directed solely at determining a good stop word list [Fox, 1990].

Finally, we find that other parsing rules are employed to handle special characters. Questions arise such as what to do with special characters like hyphens, apostrophes, commas, etc. Some initial rules for these questions are given in [Adams, 1991], but the effect on precision and recall is not discussed. Many TREC papers talk about *cleaning up their Parser* and the authors confess to

SAMNDCA630-00937103

having seen their own precision and recall results improved by very simple parsing changes. However, we are unaware of a detailed study on single-term parsing and the treatment of special characters, and its related effect on precision and recall.

### 3.8.2 Simple Phrases

Many TREC systems identify phrases as any pair of terms that are not separated by a stop term. Subsequently, infrequently occurring phrases are not stored. In many TREC systems, phrases occurring fewer than 25 times are removed. This dramatically reduces the number of phrases and thereby reduces memory requirements found in the inverted index [Ballerini et al., 1996].

Once phrases are employed, the question as to how they should be incorporated into the relevance ranking arises. Some systems simply add them to the query, while others add them to the query, but do not include them in the computation of the document length normalization [Buckley et al., 1995]. The reason for this is that the terms have already been considered. Tests using just phrases or terms were performed on many systems. It was found that phrases should be used to augment, not replace the terms. Hence, a query for *New York* should be modified to search for *new, york*, and *New York*. Phrases used in this fashion are generally accepted to yield about a ten percent improvement in precision and recall over simple terms.

### 3.8.3 Complex Phrases

The quest to employ NLP to answer a user query has been undertaken since the early 1960s. In fact, NLP systems were often seen as diametrically opposed to IR systems because the NLP systems were trying to *understand* a document by building a canonical structure that represents the document. The goal behind the canonical structure is to reduce the inherent ambiguity found in language. A query that asks for information about *walking* should match documents that describe people who *are moving slowly by gradually placing one foot in front of the other.*

A NLP system stores information about *walking* and *moving slowly* with the exact same canonical structure—it does this by first parsing the document syntactically—identifying the key elements of the document (subject, verb, object, etc.) and then building a single structure for the document. Simple primitives that encompass large categories of verbs have been proposed [Schank, 1975] such as PTRANS (physically transport), in which *John drove to work* and *John used his car to get to work* both result in the same simple structure *John PTRANS work.*

Progress in NLP has occurred, but the reality is that many problems in knowledge representation make it extremely difficult to actually build the necessary canonical structures. The CYC project has spent the last ten years hand-building a knowledge base and has encountered substantial difficulty in

DEFENDANT'S EXHIBIT NO. 306.141

128    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

identifying the exact means of representing the knowledge found in text [Lenat and Guha, 1989].

A side effect of full-scale NLP systems is that many tools that do not work perfectly for full language understanding are becoming quite usable for IR systems. We may not be able to build a perfect knowledge representation of a document, but by using the same part-of-speech tagger and syntactic parser that might be used by an NLP system, we can develop several algorithms to identify key phrases in documents.

**3.8.3.1   Use of POS and Word Sense Tagging.**   The most recent part-of-speech taggers are based on either statistical or rule-based methods.  The goal is take a section of text and identify the parts of speech for each token. One approach incorporates a pretagged corpus to identify two measures: the frequency a given term is assigned a particular tag and the frequency with which different tag sequences occur [Church, 1988]. For example, *duck* might appear as a noun (creature that swims in ponds) eighty percent of a time and a verb (to get out of the way of a ball thrown at your head) twenty percent of the time. Additionally, "noun noun verb" may occur ten percent of the time while "noun noun noun" may occur thirty percent of the time. Using these two lists (generated based on a pretagged training corpus) a dynamic programming algorithm can be obtained to optimize the assignment of a tag to a token for a given step. DeRose improved on Church's initial tagger in [DeRose, 1988]. Rule-based taggers in which tags are assigned based on the firing of sequences of rules are described in [Brill, 1992].

Part-of-speech taggers can be used to identify phrases. One use is to identify all sequences of nouns such as *Virginia Beach* or sequences of adjectives followed by nouns such as *big red truck* [Allan et al., 1995, Broglio et al., 1994]. Another use of a tagger is to modify processing such that a match of a term in the query only occurs if it matches the same part-of-speech found in the document. In this fashion, *duck* as a verb does not match a reference to *duck* as a noun. Although this seems sensible, it has not been shown to be particularly effective. One reason is that words such as *bark* have many different *senses* within a part of speech. In the sentences *A dog's bark is often stronger than its bite* and *Here is a nice piece of tree bark*, *bark* is a noun in both cases with very different word senses. Some initial development of *word sense taggers* has begun [Krovetz, 1993]. This work identifies word senses by using a dictionary-based stemmer.

**3.8.3.2   Syntactic Parsing.**   As we move along the continuum of increasingly more complex NLP tools, we now discuss syntactic parsing. These tools attempt to identify the key syntactic components of a sentence, such as subject, verb, object, etc. For simple sentences the problem is not so hard. *Whales eat fish* has the simple subject of *Whales*, the verb of *eat*, and the object of *fish*. Typically, parsers work by first invoking a part-of-speech tagger.

Subsequently, a couple of different approaches are employed. One method is to apply a grammar. The first attempt at parsers used augmented transition

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 10 of 131

networks (ATNs) that were essentially non-deterministic finite state automata in which: subject-verb-object would be a sequence of states. The problem is, that for complex sentences, many different paths occur through the automata. Also, some sentences recursively start the whole finite state automata (FSA), in that they contain structures that have all the individual components of a sentence. Relative clauses that occur in sentences such as *Mary, who is a nice girl that plays on the tennis team, likes seafood*. Here, the main structure of *Mary likes seafood* also has a substructure of *Mary plays tennis*. After ATNs, rule-based approaches that attempt to parse based on firing rules, were attempted.

Other parsing algorithms, such as the Word Usage Parser (WUP) by Gomez, use a dictionary lookup for each word, and each word generates a specialized sequence of states [Gomez, 1988]. In other words, the ATN is dynamically generated based on individual word occurrences. Although this is much faster than an ATN, it requires substantial manual intervention to build the dictionary of word usages. More recent parsers such as the Apple Pie Parser, are based on *light* parsing in which rules are followed to quickly scan for key elements of a sentence, but more complex sentences are not fully parsed.

Once the parse has been obtained, an information retrieval system makes use of the component structures. A simple use of a parser is to use the various component phrases such as SUBJECT or OBJECT as the only components of a query and match them against the document. Phrases generated in this fashion match many variations found in English. A query with *American President* will match phrases that include *President of America, president who is in charge of America*, etc. Recent work that identifies head-modifier pairs (e.g., "America+president") was evaluated against a patent collection and demonstrated as much as a sixteen percent improvement in average precision [Osborn et al., 1997]. On the TREC-5 dataset, separate indexes based on stems, simple phrases (essentially adjective-noun pairs or noun-noun pairs), head-modifier pairs, and people name's were all separately indexed [Strzalkowski et al., 1997]. These streams were then combined and a twenty percent improvement in average precision was observed.

To date, this work has not resulted in substantial improvements in effectiveness, although it dramatically increases the run-time performance of the system.

**3.8.3.3  Information Extraction.** The Message Understanding Conference (MUC) focuses on information extraction—the problem of finding various structured data within an unstructured document. Identification of people's names, places, amounts, etc. is the essential problem found in MUC and numerous algorithms to attempt to solve this problem exist. Again, these are either rule-based or statistical algorithms. The first step in many of these algorithms is to generate a syntactic parse of the sentence, or at the very least, generate a part-of-speech tag. Details of these algorithms are found in the MUC Conference Proceedings.

DEFENDANT'S EXHIBIT NO. 306.143

Current extractors identify people names, organizations, and locations. We present a brief example that we created with a rule-based extractor from BBN Corporation to obtain this new document. This extractor works by using hundreds of hand-crafted rules that use surrounding terms to identify when a term should be extracted. First, we show the pre-extracted text—a paragraph about the guitarist Allen Collins.

```
<TEXT>
Collins began his rise to success as the lightning-fingered
guitarist for the Jacksonville band formed in 1966 by a group
of high school students. The band enjoyed national fame in
the 1970s with such hits as "Free Bird," "Gimme Three Steps,"
"Saturday Night Special" and Ronnie Van Zant's
feisty "Sweet Home Alabama."
</TEXT>
```

The following output is generated by the extractor. Tags such as PERSON and LOCATION are now marked.

```
<TEXT>
<ENAMEX TYPE="PERSON">Collins</ENAMEX> began his rise to success
as the lightning-fingered guitarist for the <ENAMEX
TYPE="LOCATION">Jacksonville</ENAMEX> band formed in <TIMEX
TYPE="DATE">1966</TIMEX> by a group of high school students. The
band enjoyed national fame in the <TIMEX TYPE="DATE">1970s
</TIMEX> with such hits as "Free <ENAMEX TYPE="PERSON"> Bird
</ENAMEX>," "Gimme Three Steps," "Saturday Night Special" and
<ENAMEX TYPE="PERSON">Ronnie Van Zant</ENAMEX>'s feisty "Sweet
Home <ENAMEX TYPE="LOCATION">Alabama</ENAMEX>."
</TEXT>
```

In this example, and in many we have hand-checked, the extractor performs well. Many extractors are now performing at much higher levels of precision and recall than those of the early 1990s [Sundheim, 1995]. However, they are not perfect. Notice the label of PERSON being assigned to the term "Bird" in the phrase "Free Bird."

Using extracted data makes it possible for a user to be shown a list of all person names, locations, and organizations that appear in the document collection. These could be used as suggested query terms for a user.

Extractors are still very slow. We recently ran one extractor from BBN, and it took nearly a week on a SUN SPARC 20 to process half a gigabyte of text. The simplest use of an extractor is to recognize key phrases in the documents. An information retrieval system could incorporate extraction by increasing term weights for extracted terms. Given that extractors are only recently running fast enough to even consider using for large volumes of text, research in the area of using extractors for IR systems is in its infancy.

### 3.9  Summary

We described eight utilities, emphasizing that each of these utilities, both independently and in combination with each other can be integrated with any strategy. Most of these utilities address the term-mismatch problem, namely, a document can be highly relevant without having many terms that syntactically match those terms specified in the query. The relevance feedback, thesaurus, and semantic network strategies directly address this problem as they attempt to find related terms that do *match* the document and the query. Parsing and N-grams avoid mismatches by using fragments of terms instead of the actual terms. Fragmentation can avoid mismatches that may occur due to spelling errors or the loss or addition of a common prefix or suffix.

Passages attempt to focus on only the relevant part of a document. Thus, mismatching terms from spurious parts of the document are ignored and do not significantly reduce the similarity coefficient. Clustering algorithms also attempt to focus a user search onto only a relevant cluster of documents, thereby avoiding irrelevant documents.

Regression analysis estimates coefficients for a similarity measure based on a history of relevant documents. Although this does require prior relevance information, it offers an opportunity to fine tune different retrieval strategies.

Which utility is most important? Perhaps a more interesting question is, which utility or combination of utilities work best with a given strategy? The answer to either of these questions is unclear. Relevance feedback is an accepted part of most systems participating in the TREC activities. Document clustering has exceeded most computational resources, and thus, has not been used widely. Thesauri and semantic networks have yet to show dramatic improvements over a baseline comparison. Parsing plays a critical role in all information retrieval systems with much work done on various stemmers. N-grams are not as commonly used because they require substantial growth in an inverted index, but they do offer resilience to spelling errors.

The bottom line is that more testing is needed to identify which utility works best with a given strategy, and which measurements are needed to identify the extent to which a given utility improves effectiveness.

### 3.10  Exercises

1. Using the text from *Alice in Wonderland*, write some code that will use a trivial strategy for ranking documents. For a query with $i$ matching terms, assign a similarity measure of $i$ for a given document (for simplicity define a document as ten lines of the book). Implement automatic relevance feedback using this strategy to suggest ten new terms for a given query. Use *idf* as your new term sort order.

   (a) Identify a query where five out of the ten terms are "good" in that they directly relate to the query.

   (b) Identify a query where five of the terms are "bad".

DEFENDANT'S EXHIBIT NO. 306.145

**132**    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

2. Develop an example with a retrieval strategy of your choice and show how a modification to the parser will result in fundamentally different results (the document ranking will be different).

3. Implement an automatic thesaurus generation algorithm for the term *teacup* in the book. Give the top three terms most related to this term.

4. Give ten examples where stemming will do what a user would like it to do. Give ten terms where stemming will not do that a user would like.

5. One idea to improve effectiveness of an IR system is to match on both the term and the *sense* of the term. The idea is that for a query of the term *duck* as noun, a document containing "She tried to duck to avoid the ball thrown at her." would not match. Implement five queries with your favorite web search engine, and for each query identify a document that could have been avoided using this heuristic.

SAMNDCA630-00937109

DEFENDANT'S EXHIBIT NO. 306.146

# 4   EFFICIENCY ISSUES PERTAINING TO SEQUENTIAL IR SYSTEMS

Thus far, we have discussed the algorithms used to improve the effectiveness of query processing in terms of precision and recall. Retrieval strategies and utilities all focus on finding the relevant documents for a query. They are not concerned with how long it takes to find them.

However, users of production systems clearly are concerned with run-time performance. A system that takes too long to find relevant documents is not as useful as one that finds relevant documents quickly. The bulk of information retrieval research has focused on improvements to precision and recall since the hope has been that machines would continue to speed up. Also, there is valid concern that there is little merit in speeding up a heuristic if it is not retrieving relevant documents.

Sequential information retrieval algorithms are difficult to analyze in detail as their performance is often based on the selectivity of an information retrieval query. Most algorithms are on the order of $O(q(tf_{max}))$ where $q$ is the number of terms in the query and $tf_{max}$ is the maximum selectivity of any of the query terms. This is, in fact, a high estimate for query response time as many terms appear infrequently (about half are *hapax legomena*, or those that occur once according to Zipf's law [Zipf, 1949]).

We are not aware of a standard analytical model that can effectively be used to estimate query performance. Given this, sequential information retrieval algorithms are all measured empirically with experiments that require large volumes of data and are somewhat time consuming in nature.

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 15 of 131

DEFENDANT'S EXHIBIT NO. 306.147

The good news is that given larger and larger document collections, more work is appearing on improvements to run-time performance. We describe that work in this chapter. Additional research has been done to speed up information retrieval algorithms by employing multiple processors. That work is covered in Chapter 6. However, in any study of parallel algorithms, it is important that work be compared with the best sequential algorithm. Hence, this chapter describes the best sequential algorithms that we are aware of for information retrieval.

We also note that most of the algorithms described in this chapter are directed at the vector space model. These algorithms are also directly applicable to the probabilistic model. Clearly, similar work is needed to improve performance for other retrieval strategies and utilities.

Early information retrieval systems simply scanned very small document collections. Subsequently, inverted indexes were used to speed query processing at the expense of storage and time to build the index. Signature files were also proposed. These are typically smaller and faster, but support less retrieval functionality than an inverted index.

More recent work compressed inverted indexes to speed up query processing. Additionally, partial document rankings that are much faster than full rankings can be done at relatively low cost. In some cases precision and recall are comparable to doing a full ranking [Lee and Ren, 1996].

In Section 4.1, we first overview inverted indexing and then describe methods used to compress an inverted index. In Section 4.2, we describe algorithms that improve run-time of query processing, and in Section 4.3, we review signature files.

## 4.1  Inverted Index

Since many document collections are reasonably static, it is feasible to build an inverted index to quickly find terms in the document collection. Inverted indexes were used in both early information retrieval and database management systems in the 1960s [Bleir, 1967]. Instead of scanning the entire collection, the text is preprocessed and all unique terms are identified. This list of unique terms is referred to as the *index*. For each term a list of documents that contain the term is also stored. This list is referred to as a *posting list*. Figure 4.1 llustrates an inverted index.

An entry in the list of documents can also contain the location of the term in the document (e.g., word, sentence, paragraph) to facilitate proximity searching. Additionally, an entry can contain a manually or automatically assigned weight for the term in the document. This weight is frequently used in computations that generate a measure of relevance to the query. Once this measure is computed, the document retrieval algorithm identifies all the documents that are "relevant" to the query by sorting the coefficient and presenting a ranked list to the user.

Indexing requires additional overhead since the entire collection is scanned and substantial I/O is required to generate an efficiently represented inverted

SAMNDCA630-00937111

DEFENDANT'S EXHIBIT NO. 306.148

**Figure 4.1.**   Inverted Index



index for use in secondary storage. Indexing has been shown to dramatically reduce the amount of I/O required to satisfy an ad hoc query [Stone, 1987]. Upon receiving a query, the index is consulted, the corresponding posting lists are retrieved, and the algorithm ranks the documents based on the contents of the posting lists.

The size of the index is another concern. Many indexes can be equal to the size of the original text. This means that storage requirements are doubled due to the index. However, compression of the index typically results in a space requirement of less than ten percent of the original text [Witten et al., 1994]. The terms or phrases stored in the index depend on the parsing algorithms that are employed (see Section 3.8).

The size of posting lists in the inverted index can be approximated by the Zipfian distribution—Zipf proposed that the term frequency distribution in a natural language is such that if all terms were ordered and assigned a rank, the product of their frequency and their rank would be constant [Zipf, 1949]. The following table illustrates the Zipfian distribution when this constant is equal to one.

DEFENDANT'S EXHIBIT NO. 306.149

136   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

| Rank | Frequency | Constant |
|------|-----------|----------|
| 1 | 1.00 | 1 |
| 2 | 0.50 | 1 |
| 3 | 0.33 | 1 |
| 4 | 0.25 | 1 |
| 5 | 0.20 | 1 |

Using $\frac{C}{r}$, where $r$ is the rank and C is the value of the constant, an estimate can be made for the number of occurrences of a given term. The constant, C, is domain-specific and equals the number of occurrences of the most frequent term.

### 4.1.1   Building an Inverted Index

An inverted index consists of two components, a list of each distinct term referred to as the *index* and a set of lists referred to as *posting lists.* To compute relevance ranking, the term frequency or weight must be maintained. Thus, a posting list contains a set of tuples for each distinct term in the collection. The set of tuples is of the form <*doc_id, tf*> for each distinct term in the collection. A typical uncompressed index spends four bytes on the document identifier and two bytes on the term frequency, since a long document can have a term that appears more than 255 times.

Consider a document collection in which document one contains two occurrences of *sales* and one occurrence of *vehicle.* Document two contains one occurrence of *vehicle.* The index would contain the entries *vehicle* and *sales.* The posting list is simply a linked list that is associated with each of these terms. For this example, we would have—

$$sales \rightarrow (1, 2)$$
$$vehicle \rightarrow (1, 1)\ (2, 1)$$

The entries in the posting lists are stored in ascending order by document number. Clearly, the construction of this inverted index is expensive, but once built, queries can be efficiently implemented. The algorithms underlying the implementation of the query processing and the construction of the inverted index are now described.

A possible approach to index creation is as follows: An inverted index is constructed by stepping through the entire document collection, one term at a time. The output of the index construction algorithm is a set of files written to disk. These files are—

▪ **Index file.** Contains the actual posting list for each distinct term in the collection. A term, $t$ that occurs in $i$ different documents will have a posting list of the form:

$$t \rightarrow (d_1, tf_{1j}), (d_2, tf_{2j}), \ldots, (d_i, tf_{ij})$$

SAMNDCA630-00937113

DEFENDANT'S EXHIBIT NO. 306.150

where $d_i$ indicates the document identifier of document $i$ and $tf_{ij}$ indicates the number of times term $j$ occurs in document $i$.

▣ **Document file.** Contains information about each distinct document—document identifier, long document name, date published, etc.

▣ **Weight file.** Contains the weight for each document. This is the denominator for the cosine coefficient—defined as the cosine of the angle between the query and document vector (see Section 2.1).

The construction of the inverted index is implemented by scanning the entire collection, one term at a time. When a term is encountered, a check is made to see if this term is a stop word (if stop word removal is used) or if it is a previously identified term. A hash function is used to quickly locate the term in an array. Collisions caused by the hash function are resolved via a linear linked list. Different hashing functions and their relative performance are given in [McKenzie et al., 1990]. Once the posting list corresponding to this term is identified, the first entry of the list is checked to see if its document identifier matches the current document. If it does, the term frequency is merely incremented. Otherwise, this is the first occurrence of this term in the document, so a new posting list entry is added to the start of the list.

The posting list is stored entirely in memory. Memory is allocated dynamically for each new posting list entry. With each memory allocation, a check is made to determine if the memory reserved for indexing has been exceeded. If it has, processing halts while all posting lists resident in memory are written to disk. Once processing continues, new posting lists are written. With each output to disk, posting list entries for the same term are chained together.

Processing is completed when all of the terms have been processed. At this point, the inverse document frequency for each term is computed by scanning the entire list of unique terms. Once the inverse document frequency is computed, it is possible to compute the document weight (the denominator for the cosine coefficient). This is done by scanning the entire posting list for each term.

### 4.1.2  Compressing an Inverted Index

A key objective in the development of inverted index files is to develop algorithms that reduce I/O and storage overhead. The size of the index file determines the storage overhead imposed. Furthermore, since large index files demand greater I/O to read them, the size also directly affects the processing times.

Although compression of text has been extensively studied [Bell et al., 1990, Gutmann and Bell, 1994, Gupte and Frieder, 1995], relatively little work has been done in the area of inverted index compression. However, in work by Moffat and Zobel, an index was generated that was relatively easy to decompress. It comprised less than ten percent of the original document collection, and, more impressively, *included stop terms*.

138    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

Two primary areas in which an inverted index might be compressed are compression of the index and compression of the posting lists. Given relatively inexpensive memory costs, we do not focus on compression of indexes, although some work is described in [Witten et al., 1994]. The King James Bible (about five megabytes) contains 9,020 distinct terms and the TREC collection (slightly over two gigabytes) contains 538,244 distinct terms [Witten et al., 1994]. The number of new terms always slightly increases as new domains are encountered, but it is reasonable to expect that it will stabilize at around one or two million terms. With an average term length of six, a four byte document frequency counter, and a four byte pointer to the first entry in the posting list, fourteen bytes are required for each term. For the conservative estimate of two million terms, the uncompressed index is likely to fit comfortably within 32 MB.

Given the relatively small size of an index and the ease with which it should fit in memory, we do not describe a detailed discussion of techniques used to compress the index. We note that stemming reduces this requirement and Huffman encoding can be used in a relatively straightforward fashion [Witten et al., 1994]. Also, the use of phrases improves precision and recall (see Section 3.8.2). Storage of phrases in the index may well require compression (depending upon how phrases are identified and restricted most systems eliminate phrases that occur infrequently).

To overview index compression algorithms, we first describe a relatively straightforward one that is referred to as the Byte Aligned (BA) index compression [Grossman, 1995]. BA compression is done within byte boundaries to improve run-time at a slight cost to the compression ratio. This algorithm is easy to implement and provides good compression (about fifteen percent of the size of an uncompressed inverted index when stop words are used). Much better compression is given by [Witten et al., 1994], but variable length encoding is used so it is more complex to implement.

**4.1.2.1   Fixed Length Index Compression.**  As discussed in the previous section, the entries in a posting list are in descending order by document identifier. This list is always in descending order as new entries are added to the start of the list. Hence, run-length encoding is applicable for document identifiers. For any document identifier, only the offset between the current identifier and the identifier immediately preceding it are computed. For the case when no other document identifier exists, a compressed version of the document identifier is stored. Using this technique a high proportion of relatively low values is assured.

This scheme effectively reduces the domain of the identifiers, allowing their storage in a more concise format. Subsequently, the following method is applied to compress the data. For a given input value, the two left-most bits are reserved to store a count for the number of bytes that are used in storing the value. There are four possible combinations of two bit representations; thus a two bit length indicator is used for all document identifiers. Integers are stored in either 6, 14, 22, or 30 bits. Optimally, a reduction of each individual data

record size by a factor of four is obtained by this method, since, in the best case, all values are less than $2^6 = 64$ and can be stored in a single byte. Without compression, four bytes are used for all document identifiers.

For each value to be compressed, a minimum number of bytes required to store this value is computed. The table below indicates the range of values that can be stored, as well as the length indicator for one, two, three, and four bytes. For document collections exceeding $2^{30}$ documents, this scheme can be extended to include a three bit length indicator which extends the range to $2^{61} - 1$.

| Length | Number of Bytes Required |
|---|---|
| $0 \leq x < 64$ | 1 |
| $64 \leq x < 16,384$ | 2 |
| $16,384 \leq x < 4,194,304$ | 3 |
| $4,194,304 \leq x < 1,073,741,824$ | 4 |

For term frequencies, there is no concept of using an offset between the successive values as each frequency is independent of the preceding value. However, the same encoding scheme can be used. Since we do not expect a document to contain a term more than $2^{15} = 32,768$ times, either one or two bytes are used to store the value with one bit used as the length indicator.

**4.1.2.2   Example.**   Consider an entry for an arbitrary term, $t_1$, that indicates $t_1$ occurs in documents 1, 3, 7, 70, and 250.

$$t_1 \rightarrow 1, 3, 7, 70, 250$$

Byte-aligned (BA) compression uses the leading two high order bits to indicate the number of bytes used to represent the value. For the first four values, only one byte is required; for the final value, 180, two bytes are required.

| Value | Compressed Bit String |
|---|---|
| 1 | 00 000001 |
| 2 | 00 000010 |
| 4 | 00 000100 |
| 63 | 00 111111 |
| 180 | 01 000000 10110100 |

Using no compression, the five entries in the posting list require four bytes each for a total of twenty bytes.

| Value | Compressed Bit String |
|---|---|
| 1 | 00000000 00000000 00000000 00000001 |
| 3 | 00000000 00000000 00000000 00000011 |
| 7 | 00000000 00000000 00000000 00000111 |
| 70 | 00000000 00000000 00000000 01000110 |
| 250 | 00000000 00000000 00000000 11111010 |

DEFENDANT'S EXHIBIT NO. 306.153

140    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

In this example, uncompressed data requires 160 bits, while BA compression requires only 48 bits.

### 4.1.3  Variable Length Index Compression

Moffat and Zobel improve on work done by Linoff and Stanfill in which compression is not byte aligned and numbers are represented as sequences of blocks of $n$ bits terminated by a sequence of $s$ stop bits. The tuning of $n$ and $s$ is possible for various collections. More details appear in [Linoff and Stanfill, 1993].

Moffat and Zobel also use the differences in the posting list. They capitalize on the fact that for most long posting lists, the difference between two entries is relatively small. They first mention that patterns can be seen in these differences and that Huffman encoding provides the best compression. In this method, the frequency distribution of all of the offsets is obtained through an initial pass over the text, a compression scheme is developed based on the frequency distribution, and a second pass uses the new compression scheme. For example, if it was found that an offset of one has the highest frequency throughout the entire index, the scheme would use a single bit to represent the offset of one.

Moffat and Zobel use a family of universal codes described in [Elias, 1975]. This code represents an integer $x$ with $2\lfloor log_2 x \rfloor + 1$ bits. The first $\lfloor log_2 x \rfloor$ bits are the unary representation of $\lfloor log_2 x \rfloor$. (Unary representation is a base one representation of integers using only the digit one. The number $5_{10}$ is represented as $11111_1$.) After the leading unary representation, the next bit is a single stop bit of zero. At this point, the highest power of two that does not exceed $x$ has been represented. The next $\lfloor log_2 x \rfloor$ bits represent the remainder of $x - 2^{\lfloor log_2 x \rfloor}$ in binary.

As an example, consider the compression of the decimal 14. First, $\lfloor log_2 x \rfloor = 3$ is represented in unary as 111. Next, the stop bit is used. Subsequently, the remainder of $x - 2^{\lfloor log_2 x \rfloor} = 14 - 8 = 6$ is stored in binary using $\lfloor log_2 14 \rfloor = 3$ bits as 110. Hence, the compressed code for $14_{10}$ is 1110110.

Decompression is done in one pass, because it is known that for a number with $n$ bits prior to the stop bit, there will be $n$ bits after the stop bit. The first eight integers using the Elias $\gamma$ encoding are given below:

| x | $\gamma$ |
|---|---|
| 1 | 0 |
| 2 | 10 0 |
| 3 | 10 1 |
| 4 | 110 00 |
| 5 | 110 01 |
| 6 | 110 10 |
| 7 | 110 11 |
| 8 | 1110 000 |

SAMNDCA630-00937117

DEFENDANT'S EXHIBIT NO. 306.154

EFFICIENCY ISSUES PERTAINING TO SEQUENTIAL IR SYSTEMS    141

**4.1.3.1  Example.** For our same example, the differences of 1, 2, 4, 63, and 180 are stored as:

| Value | Compressed Bit String |
|------|-----------------------|
| 1 | 0 |
| 2 | 10 0 |
| 4 | 110 00 |
| 63 | 111110 11111 |
| 180 | 11111110 0110100 |

This requires only 35 bits, thirteen less than the simple BA compression. Also, our example contained an even distribution of relatively large offsets to small ones. The real gain can be seen in that very small offsets require only a 1 or a 0. Moffat and Zobel use the $\gamma$ code to compress the term frequency in a posting list, but use a more complex coding scheme for the posting list entries.

*4.1.4  Varying Compression Based on Posting List Size*

The *gamma* scheme can be generalized as a coding paradigm based on the vector V with positive integers $i$ where $\sum v_i \geq N$. To code integer $x \geq 1$ relative to V, find $k$ such that—

$$\sum_{j=1}^{k-1} v_j < x \leq \sum_{j=1}^{k} v_j$$

In other words, find the first component of V such that the sum of all preceding components is greater than or equal to the value, $x$, to be encoded. For our example of 7, using a vector V of $<1, 2, 4, 8, 16, 32>$ we find the first three components that are needed (1, 2, 4) to equal or exceed 7 so $k$ is equal to three. Now $k$ can be encoded in some representation (unary is typically used) followed by the difference:

$$d = x - \sum_{j=1}^{k-1} v_j - 1$$

Using this sum we have: $d = 7 - (1 + 2) - 1 = 3$ which is now coded in $\lceil \log_2 v_k \rceil = \lceil \log_2 4 \rceil = 2$ binary bits. With this generalization, the $\gamma$ scheme can be seen as using the vector V composed of powers of 2 $<1, 2, 4, 8, \ldots, >$ and coding $k$ in binary.

Clearly, V can be changed to give different compression characteristics. Low values in $v$ optimize compression for low numbers, while higher values in $v$ provide more resilience for high numbers. A clever solution given by [Zobel et al., 1992] was to vary V for each posting list such that V = $<b, 2b, 4b, 8b, 16b, 32b, 64b>$ where $b$ is the median offset given in the posting list.

DEFENDANT'S EXHIBIT NO. 306.155

142    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

**4.1.4.1    Example.**  Using our example of 1, 2, 4, 63, 180, the median, $b$, has four results in the vector $V = < 4, 8, 16, 32, 64, 128, 256>$.

| Value | Compressed Bit String |
|---|---:|
| 1 | 0 00 |
| 2 | 0 01 |
| 4 | 0 11 |
| 63 | 11110 000100 |
| 180 | 1111110 01001100 |

This requires thirty-five bits as well and we can see that, for this example, the use of the median was not such a good choice as there was wide skew in the numbers. A more typical posting list in which numbers were uniformly closer to the median could result in better compression.

## 4.2    Query Processing

Recent work has focused on improving query run-time. Moffat and Zobel have shown that query performance can be improved by modifying the inverted index to support fast scanning of a posting list [Moffat and Zobel, 1996, Moffat and Zobel, 1994]. Other work has shown that reasonable precision and recall can be obtained by retrieving fewer terms in the query [Grossman et al., 1997]. A recent study showed that the computation can be reduced even further by eliminating some of the complexity found in the vector space model [Lee and Ren, 1996].

### 4.2.1    *Inverted Index Modifications*

Moffat and Zobel show how an inverted index can be segmented so as to allow for a quick search of a posting list to see if a particular document is found [Witten et al., 1994]. The typical ranking algorithm scans the entire posting list for each term in the query. An array of document scores is updated for each entry in the posting list. Moffat and Zobel suggest the least frequent terms should be processed first.

The premise is that less frequent terms carry the most meaning and probably have the most significant contribution to a high-ranking documents. The entire posting lists for these terms are processed. Some algorithms suggest that processing should stop after $d$ documents are assigned a non-zero score. The premise is that at this point, the high-frequency terms in the query will simply be generating scores for documents that will not end up in the final top $t$ documents, where $t$ is the number of documents that are displayed to the user.

A suggested improvement to this is to continue processing all the terms in the query, but only update the weights found in the $d$ documents. In other words, after some threshold of $d$ scores has been reached, the remaining query terms become part of an AND (they only increment documents who contain another term in the query) instead of the usual vector space OR. At this point,

SAMNDCA630-00937119

DEFENDANT'S EXHIBIT NO. 306.156

it is cheaper to reverse the order of the nested loop that is used to increment scores. Prior to reaching $d$ scores, the basic algorithm is—

For each term $t$ in the query Q
      Obtain the posting list entries for $t$
      For each posting list entry that indicates $t$ is in doc $i$
            Update score for document $i$

For query terms with small posting lists, the outer loop is small; however, when terms that are very frequent are examined, extremely long posting lists are prevalent. Also, after $d$ documents are accessed, there is no need to update the score for every document, it is only necessary to update the score for those documents that have a non-zero score.

To avoid scanning very long posting lists, the algorithm is modified to be—

For each term $t$ in the query Q
      Obtain posting list, $p$, for documents that contain $t$
      For each document $x$ in the reserved list of $d$ documents
            Scan posting list $p$ for $x$
            if $x$ exists
                  update score for document $x$

The key here is that the inverted index must be changed to allow quick access to a posting list entry. It is assumed that the entries in the posting list are sorted by a document identifier. As a new document is encountered, its entry can be appended to the existing posting list. Moffat and Zobel propose to change the posting list by partitioning it and adding pointers to each partition. The posting list can quickly be scanned by checking the first partition pointer (which contains the document identifier of the highest document in the partition and a pointer to the next partition). This check indicates whether or not a jump should be made to the next partition or if the current partition should be scanned. The process continues until the partition is found and the document we are looking for is matched against the elements of the partition. A small size, $d$, of about 1,000 resulted in the best CPU time for a set of TREC queries against the TREC data [Moffat and Zobel, 1996].

### 4.2.2  Partial Result Set Retrieval

Another way to improve run-time performance is to stop processing after some threshold of computational resources has been expended. One approach has been to count disk I/O and stop after a threshold of disk I/O has been reached [Yee et al., 1993]. The key to this approach is to sort the terms in the query based on some indicator of term *goodness* and process the terms in this order. By doing this, query processing stops after the important terms have been processed. Sorting the terms is really analogous to sorting their posting lists. Three measures used to characterize a posting list are now described.

SAMNDCA630-00937120

DEFENDANT'S EXHIBIT NO. 306.157

144   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

**4.2.2.1   Cutoff Based on Document Frequency.**   The simplest measure of term quality is to rely on document frequency. This was described in [Grossman et al., 1997, Grossman et al., 1994] which showed that using between twenty-five to seventy-five percent of the query terms after they were sorted by document frequency resulted in almost no degradation in precision and recall for the TREC-4 document collection. In some cases, precision and recall improves with fewer terms because lower ranked terms are sometimes noise terms such as *good, nice, useful, etc.* These terms have long posting lists that result in scoring thousands of documents and do little to improve the quality of the result. Using term frequency is a means of implementing a dynamic stop word list in which high-frequency terms are eliminated without using a static set of stop words.

**4.2.2.2   Cutoff Based on Maximum Estimated Weight.**   Two other measures of sorting the query terms are described in [Yee et al., 1993]. The first computes the maximum term frequency of a given query term as $tf_{max}$ and uses the following as a means of sorting the query.

$$tf_{max} \times idf$$

The idea is that a term that appears frequently in all the documents in which it appears, is probably of more importance than a term that appears infrequently in the documents that it appears in. The assumption is that the maximum value is a good indicator of how often the term appears in a document.

**4.2.2.3   Cutoff Based on the Weight of a Disk Page in the Posting List.**   The cutoffs based on term weights can be used to characterize posting lists and choose which posting list to process first. The problem is that a posting list can be quite long and may have substantial skew. To avoid this problem, a new measure sorts disk pages within a posting list instead of the entire posting list. At index creation time, the posting lists are sorted in decreasing order by term frequency and instead of just a pointer that points to the first entry in the posting list, the index contains an entry for each page of the posting list. The entry indicates the maximum term frequency on a given page. The posting list pages are then sorted by—

$$tf_{max} \times idf \times f(I)$$

where $f(I)$ is a function that indicates the number of entries on a page. This is necessary since some pages will not be full and a normalization is needed such that they are not sorted in exactly the same way as a full page. One value that is used for $f(I)$ is $i^e$ where $0 < e < 1$.

Unfortunately, this measure requires an entry in the index for each page in the posting list. However, results show (for a variety of query sizes) that only about forty percent of the disk pages need to be retrieved to obtain eighty percent of the documents that would be found if all one hundred percent of the

EFFICIENCY ISSUES PERTAINING TO SEQUENTIAL IR SYSTEMS     145

pages were accessed. All of these tests were performed using small document collections.

### 4.2.3  Vector Space Simplifications

Recent work has shown, in many cases, that simplifications to the vector space model can be made with only limited degradation in precision and recall [Lee et al., 1997]. In this work, five variations to the basic cosine measure (see Section 2.1) were tested on five small collections and 10,000 articles from the *Wall Street Journal* portion of the TREC collection. To review, the baseline cosine coefficient is—

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{\sqrt{\sum_{j=1}^{t} (d_{ij})^2 \sum_{j=1}^{t} (w_{qj})^2}}$$

The first variation was to replace the document length normalization that is based on weight with the square root of the number of terms in $D_i$. The second variation was to simply remove the document length normalization (simple dot product coefficient) given by—

$$SC(Q, D_i) = \sum_{j=1}^{t} w_{qj} d_{ij}$$

The third measure drops the *idf*. This eliminates one entry in the index for each term.

$$SC(Q, D_i) = \sum_{j=1}^{t} tf_{qj} tf_{ij}$$

The fourth measure drops the *tf* but retains the *idf*. This eliminates the need to store the *tf* in each entry of the posting list—a significant computational savings.

$$SC(Q, D_i) = \sum_{j=1}^{t} w_{qj} w_{ij}$$

The weight, $w_{qj}$, is one if term $j$ is in the query and zero if otherwise. The weight, $w_{ij}$ is equal to $idf_j$ if term $j$ is in the document and zero otherwise.

The fifth and final method simply counts matches between the query and the terms. That is—

$$SC(Q, D_i) = \sum_{j=1}^{t} w_{qj} w_{ij}$$

where $w_{qj}$ is one if term $j$ is in the query and zero otherwise, and $w_{ij}$ is equal to one if term $j$ is in the document and zero otherwise.

SAMNDCA630-00937122

146    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

For the TREC subset, two tests were done. The first was with the TREC narratives (long queries) and the second was with the TREC concepts (short queries). With the narratives, the baseline cosine measure performed the best with the square root document length normalization doing slightly better. The concept queries had the interesting result that the fourth and fifth (no *idf* and simple match counting) methods had a higher precision than the baseline. The only explanation to this somewhat surprising result is that the concept queries are very specific in nature so the effect of additional weights did not have much impact on the result.

## 4.3   Signature Files

The use of signature files lies between a sequential scan of the original text and the construction of an inverted index. A signature is an encoding of a document. The idea is to encode all documents as relatively small signatures (often the goal is to represent a signature in only a few bits). Once this is done, the signatures can be scanned instead of the entire documents. Typically, signatures do not uniquely represent a document (i.e., a signature represents multiple documents) so it is usually necessary to implement a retrieval in two phases. The first phase scans all of the signatures and identifies possible hits, and the second phase scans the original text of the documents in the possible hit list to ensure that they are correct matches. Hence, signature files are combined with pattern matching. Figure 4.2 illustrates the mapping of documents onto the signatures.

**Figure 4.2.**    Signature File



Construction of a signature is often done with different hashing functions. One or more hashing functions are applied to each word in the document.

SAMNDCA630-00937123

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 28 of 131
DEFENDANT'S EXHIBIT NO. 306.160

Often, the hashing function is used to set a bit in the signature. For example, if the terms *information* and *retrieval* were in a document and *h(information)* and *h(retrieval)* equaled to one and four respectively, a four bit binary signature for this document might appear as 1001.

A false match occurs when a word, that is not in the list of $w$ signatures, has the same bitmap as one of these signatures. For example, consider a term $t_1$ that sets bits one and three in the signature and another term $t_2$ that sets bits two and four in the signature. A third term $t_3$ might correspond to bits one and two and thereby be deemed a *match* with the signature, even though it is not equal to $t_1$ or $t_2$. The following table gives the three terms just discussed and their corresponding hash values:

| term | h(term) |
|------|---------|
| $t_1$ | 0101 |
| $t_2$ | 1010 |
| $t_3$ | 0011 |

Consider document $d_1$ that contains $t_1$, document $d_2$ contains $t_1$ and $t_3$ and document $d_3$ contains $t_1$ and $t_2$. The signatures for the three documents are given below:

| Document | Signature |
|----------|-----------|
| $d_1$ | 0101 |
| $d_2$ | 0111 |
| $d_3$ | 1111 |

Hence, a query that is searching for term $t_3$ will obtain a false match on document $d_3$ even though it does not contain $t_3$.

By lengthening the signature to 1,024 bits and keeping the number of words stored in a signature small, the chance of a false match can be shown to be less than three percent [Stanfill and Thau, 1991].

To implement document retrieval, a signature is constructed for the query. A Boolean AND is executed between the query signature and each document signature. If the AND returns TRUE, the document is added to the possible hit list. Similarly, a Boolean OR can be executed if it is only necessary for any word in the query to be in the document. To minimize false positives, multiple hashing functions are applied to the same word [Stanfill and Kahle, 1986].

A Boolean signature cannot store proximity information or information about the weight of a term as it appears in a document. Most measures of relevance determine that a document that contains a query term multiple times will be ranked higher than a document that contains the same term only once. With Boolean signatures, it is not possible to represent the number of times a term appears in a document; therefore, these measures of relevance cannot be implemented.

Signatures are useful if they can fit into memory. Also, it is easier to add or delete documents in a signature file than to an inverted index, and the order

DEFENDANT'S EXHIBIT NO. 306.161

148    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

of an entry in the signature file does not matter.  This somewhat orderless processing is amenable to parallel processing (see Section 6.1.2). However, there is always a need to check for false matches, and the basic definition does not support ranked queries. One recent modification to allow support for document ranking is to partition a signature into groups where each term frequency is associated with a group [Lee and Ren, 1996].

### 4.3.1  *Scanning to Remove False Positives*

Once a signature has found a match, scanning algorithms are employed to verify whether or not the match is a false positive due to collisions. We do not cover these in detail as a lengthy survey surrounding the implementation of many text scanning algorithms is given in [Lecroq, 1994]. Signature algorithms can be employed without scanning for false drops (if a long enough signature is used) and no significant degradation in precision and recall occurs [Lee and Ren, 1996]. However, for completeness, we do provide a brief summary of text scanning algorithms.

Pattern matching algorithms are related to the use of scanning in information retrieval since they strive to find a pattern in a string of text characters. Typically, pattern matching is defined as finding all positions in the input text that contain the start of a given pattern. If the pattern is of size $p$ and the text is of size $s$, the naive nested loop pattern match requires $O(ps)$ comparisons.

Aho and Corasick's algorithms implement deterministic finite state automata to identify matches in the text [Aho and Corasick, 1975]. Knuth, Morris, and Pratt (KMP) also describe an algorithm that runs in $O(s)$ time that scans forward along the text, but uses preprocessing of the pattern to determine appropriate skips in the string that can be safely taken [Knuth et al., 1977].

The Boyer-Moore algorithm is another approach that preprocesses the pattern, but starts at the last character of the pattern and works backwards towards the beginning of the string. Two preprocessed functions of the pattern are developed to skip parts of the pattern when repetition in the pattern occurs and to skip text that simply cannot match the pattern. These functions use knowledge gleaned from the present search point [Boyer and Moore, 1977]. The algorithm was improved to run in linear time even when multiple occurrences of the pattern are present [Galil, 1979].

Later, in the 1980s, a pattern matching algorithm that works by applying a hash function to the pattern and the next $p$ characters in the text was given in [Karp and Rabin, 1987]. If a match in the hash function occurs (i.e., a collision between $h(pattern)$ and $h(text)$), the contents of the pattern and text are examined. The goal is to reduce false collisions. By using large prime numbers, collisions occur extremely rarely, if at all. Finally, a recent and practical pattern matching algorithm, presented in [Frakes and Baeza-Yates, 1993], has a set of bit strings representing Boolean states that are constantly updated as the pattern is streamed through the text.

The best of these algorithms runs in a time of $O(\alpha s)$ where $\alpha$ is some constant $0 \leq \alpha \leq 1$. The goal is to lower the constant. In the worst case, $s$ comparisons

SAMNDCA630-00937125

DEFENDANT'S EXHIBIT NO. 306.162

must be done, but the average case for these algorithms is often sublinear. An effort is made in these algorithms to avoid having to look backward in the text. The scan continues to move forward with each comparison to facilitate a physically contiguous scan of a disk. The KMP algorithm builds a finite state automata for many patterns so it is directly applicable. A more recent algorithm by Uratani and Takeda combines the FSA approach by Aho and Corasick with the Boyer-Moore idea of avoiding much of the search space. Essentially, the FSA is built by using some of the search space reductions given by Boyer-Moore. The FSA scans text from right to left, as done in Boyer-Moore. Note this is done for a query that contains multiple terms [Uratani and Takeda, 1993]. In a direct comparison with repeated use of the Boyer-Moore algorithm, the Uratani and Tekeda algorithm is shown to execute ten times fewer probes for a query of 100 patterns. For only two patterns, the average probe ratio (the ratio of the number of references in the text and the length of the text) of Boyer-Moore is 0.236 while Uratani-Takeda is 0.178.

## 4.4  Summary

Performance evaluation considerations of information retrieval systems involve both effectiveness (accuracy) and efficiency (run-time and storage overhead) measures. In this chapter, we focused on the efficiency considerations.

Initially we described the concept of and motivation for the use of an inverted index. An inverted index is a many to many mapping of terms onto documents. Using an inverted index, only documents that contain the specified query terms are accessed, thus significantly reducing the I/O requirements as compared to other search processing structures. Having described the concept of an inverted index, we continued by illustrating a method to implement an inverted index. We also outlined various techniques for compressing the index. Two compression techniques were reviewed. The first, fixed length compression, has the advantage of simplicity and slightly more efficient query processing times as compared to the second, variable length compression. Variable length compression, however, does result in a slightly better compression ratio.

We concluded the chapter with an overview of signature files. Signature files contain a set of document signatures, one signature per document. A document signature is an encoding of each document. Key terms contained in the document are hashed onto a vector; the existence of a term $j$ in the document $i$ is denoted by a one in the $j$th bit of document signature $i$. To determine which documents are relevant to a particular query, only the signature file must be examined. Since term hashing can result in false positive indications, a two pass search strategy is necessary. In the first pass, involving the examination of the signature file, all potential candidates are determined. In the second phase, a full text scan of the potential candidates determined in the first pass is performed.

Although greater attention has traditionally been placed on the effectiveness of information retrieval systems, efficiency issues are critical. Failure to

SAMNDCA630-00937126

150    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

optimize the efficiency of an information retrieval system can result in a highly accurate system that has prohibitive execution or storage performance. As storage technology continues to improve and reduce in cost, storage constraints are becoming less critical. However, with the continued exponential growth of online data, storage constraints are still a concern and run-time performance considerations are of tantamount importance. Parallel processing techniques used to improve the overall run-time performance are described in Chapter 6.

## 4.5   Exercises

1. Write a utility called *index* that builds an inverted index of *Alice in Wonderland*. Assume ten lines of input is a separate document. Assume you have enough memory to store all of the posting lists in memory while you are building the inverted index. Identify how much space your index requires and how long it takes to build it. Store the *idf* for each term in the index. Each posting list entry should contain the term frequency in the document. Use the 100 most frequent terms as stop terms. Test your index by computing a vector space *tf-idf* similarity measure for the following five queries.

   (a)  *rabbit watch*

   (b)  *looking glass*

   (c)  *tea party*

   (d)  *cheshire cat*

   (e)  *queen of hearts*

2. Now modify the code you just wrote to use an inverted index compression technique. Pick one in this chapter. Measure query performance for the same five queries, storage overhead, and the time to build the index.

3. Pick a query that contains ten terms. Execute it and retrieve the top documents choosing ten that are relevant. Now, sort the query terms by their term frequency across the collection. Re-execute the query with one term—the least frequently occurring term in the collection. Identify the number of relevant documents found with just this term. Repeat this process, adding a single term to the query each time. Are all ten terms needed to find the relevant documents you found with the original query? Talk about what you have learned with this exercise and how this technique could be used to improve run-time without a corresponding loss in accuracy.

4. Develop a signature-based index where you build a signature for each "document" in the book. Use a 24-bit signature for each document. Now implement the ten queries used in the previous exercises as a simple Boolean OR. Compare run-time performance of the use of signatures to the inverted index. Describe the loss in functionality inherent in the use of signatures. Identify a heuristic in which signatures could be used as a "first-pass filter"

SAMNDCA630-00937127

DEFENDANT'S EXHIBIT NO. 306.164

for a very large collection and then describe how an inverted index could be used for detailed analysis.

DEFENDANT'S EXHIBIT NO. 306.165

# 5 INTEGRATING STRUCTURED DATA AND TEXT

Essential problems associated with searching and retrieving relevant documents were discussed in the preceding chapters. However, simply searching massive quantities of unstructured data is not sufficient.

Terabytes of structured data currently exist. NCR recently demonstrated the use of its database system on a 14 terabyte database [Holmes, 1998]. It is reasonable to expect databases to grow into the hundreds of terabytes in the near future. The study of database management systems (DBMS) focuses on the algorithms necessary to support thousands of concurrent users adding, deleting, updating, and retrieving structured data.

It is difficult to formally characterize *structured data*. Structured data are data that have a certain repetitive nature to them—data that fit within an easily recognizable datatype. Examples of structured data include *name, address, phone number, and salary.* Each occurrence of a structured data item is recognizable, sometimes it is possible to list only a few valid values for a structured data element (i.e., gender has only two valid values—*male* or *female*).

Airline reservation systems, automated teller machines, credit card validation are all systems that pervade everyday life. Each are fraught with structured data. One large production structured database is 11TB and is held by Wal-Mart. It contains details of every purchase made at every store. In this fashion, there is no need to ever compute an *average* store. Specific inventory requirements can be managed on a store-by-store basis. This system has given

SAMNDCA630-00937129

154   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

Wal-Mart a tremendous competitive advantage, and it is reasonable to expect that the database will continue to grow.

There is clearly a need to integrate both structured data and text. Most production systems implemented with a relational database management system (RDBMS) have some text—such as a *comment* field—which allows users to enter a free text comment about a particular order. Commercial database systems allow users to store these unstructured fields in Binary Large OBject (BLOB) or Character Large OBjects (CLOB) datatypes that allow 32K or larger sets of unstructured data [Loney, 1997, Kirkwood, 1997]. The problem is that these unstructured fields cannot be efficiently accessed. Access methods such as inverted indexes found in information retrieval systems are lacking, and when they do exist, they are implemented in a non-standard fashion.

Similarly, information retrieval systems typically have large quantities of structured information, (i.e., author of a document, publication date, etc.) and usually have the ability to store data in *zoned* fields. These fields have a particular start and stop delimiter that identifies a *zone* in a document. The problem is that these structured fields cannot be efficiently accessed. Access methods for structured data (e.g., B-trees) and query optimization techniques that determine the best access method to the data are not usually found in IR systems.

A database management system (DBMS) and an information retrieval system are analogous to a martial artist who is trained to attack and defend against others who are trained in the same art. A Tai Kwon Do master is capable of defending against other Tai Kwon Do masters. An information retrieval system is capable of efficiently handling unstructured data. A Judo master is capable of defending against other Judo masters. A database management system is capable of efficiently handling structured data. The problem is when the Tai Kwon Do master faces a Judo master. This is analogous to accessing unstructured data in a structured database system.

The approach described in the remainder of this chapter is to build some unstructured data handling techniques on top of an existing relational database management system. This is analogous to teaching the Judo master some Tai Kwon Do techniques, but doing so in a way that still relies upon Judo.

So it is possible to start with a database system and extend it to handle unstructured data or to start with an unstructured system and extend it to handle structured data. The approach taken in this chapter is to extend the database system. Information retrieval is then treated as an application of the database system (see Figure 5.1). The reason for this is that relational database systems, over the years, have developed substantially more infrastructure than information retrieval systems. Hence, to solve the integration problem, a straightforward approach is to start with an existing database system and add the necessary information retrieval functionality. In addition to providing integration, two additional benefits are obtained: parallel processing and dynamic updates.

DEFENDANT'S EXHIBIT NO. 306.167

Figure 5.1.    IR as an Application of a RDBMS



Parallel processing takes advantage of multiple processors to improve run-time performance. In Chapter 6, several parallel information retrieval algorithms are described. Although these algorithms do improve performance, none of them have shown particularly good speedup, that is, when additional processors are added they are not fully used. However, most major database vendors (i.e., IBM, Sybase, Oracle, Informix) all have parallel solutions. Some database vendors specialize in special-purpose parallel hardware that implements a proprietary database system (the NCR Teradata and the DataCache). Relational, set-theoretic operators are intrinsically unordered, and it is this lack of order that makes it easier to implement parallel operations. Treating information retrieval as a database application is intrinsically a parallel information retrieval algorithm because the underlying DBMS may be parallelized.

A second advantage of treating information retrieval as an application of a relational database management system (RDBMS) is that document data can be easily updated. Most information retrieval systems have a lengthy preprocessing phase in which the inverted index is constructed. To add, modify, or delete an existing document usually requires a process in which the inverted index is modified. Most information retrieval systems do not support on-line modifications to a document. A RDBMS has substantial infrastructure (concurrency control and recovery management) to ensure that updates may be done in real-time, and if an error occurs in the middle of an update, pieces of the update are not partially stored in the database systems.

Two questions remain—which database model to use and how should the information retrieval functionality be added? Database system models include the inverted list, hierarchical, network, relational, and object-oriented models [Date, 1994]. Most current commercial systems rely upon the relational model. Although it is interesting to contemplate whether or not another model would be better suited for unstructured data, pragmatic reasons force the use of the relational model. At present, the relational DBMS market for LANs is over seven billion dollars per year. The mainframe DB2 market using IBM's technology is not publicly documented, but it is known that over 10,000 installations currently run DB2. Using a different data model to obtain integration would mean that countless sites would have to convert their existing DBMS to a new model. The cost for this would be astronomical.

156   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

To gauge how long relational systems will dominate the market, it is useful to look at their predecessors. IMS, a hierarchical system, and IDMS, a network system, dominated the market in the 1970s. By 1980, both were well established. At that time, Oracle, the first relational vendor was founded. Relational systems had been advocated heavily in the research community during the mid-1970s with substantial work having been done with a full-fledged prototype named System R.

IBM introduced its first commercial relational system, SQL/DS, in 1984 and DB2 in 1986. Relational systems did not gain significant market share until the early 1990s, a full ten years after Oracle was founded. At present, some object-oriented vendors exist and have existed since the early 1990s. Using the ten year estimate given above, it is reasonable to expect that object-oriented systems *may* gain market share by the year 2000. However, many other factors exist to slow them down. The relational vendors are all adding some object-oriented functionality into their base systems—these extended relational systems will probably compete well against full-fledged or pure object-oriented systems. The massive complexity of building a DBMS engine works against the pure object-oriented vendors.

Given that there probably are five to ten years of remaining relational dominance, this book uses the relational model. The final question as to *how* to use the relational model remains. Two choices exist: extend the relational engine or treat information retrieval as an application of an RDBMS.

Section 5.2 reviews prior attempts to extend the relational model. The main problem with these attempts is that they are all non-standard. Portability is lost because each relational extension is somewhat different, and users are not able to move applications from one system to another. Other problems are that query optimization must be modified to support any additions to the engine. Additionally, adding new functionality to the engine makes an already complex engine even more complex. Some additions allow users to add functions to the engine. This makes integrity an issue as a malicious or negligent user may intentionally or unintentionally introduce bugs into the database engine. Finally, parallel algorithms must be developed for each addition.

By treating information retrieval as an application of a RDBMS, these problems are eliminated. The key concern is to develop efficient unchanged Structured Query Language (SQL) algorithms that adhere to the ANSI SQL-92 standard [Date, 1997] for each type of information retrieval functionality. This chapter describes relational approaches for the following information retrieval functionality:

- Boolean keyword search

- Proximity search

- Relevance ranking with terms

- Relevance feedback

SAMNDCA630-00937132

Relevance ranking with Spanish, phrases, passages, n-grams, and relevance feedback have all been implemented as an application of a relational DBMS with standard, unchanged SQL by using straightforward modifications to the approaches described in this chapter. Details are found in [Lundquist et al., 1997, Grossman et al., 1997].

Section 5.1 briefly reviews the relational model and SQL. The remaining portions of this section describe the algorithms used to treat each of the afore-mentioned information retrieval functions and implement them as an applica-tion of a relational system. Run-time performance and accuracy evaluations of this approach for the TREC-4 data conclude this section.

## 5.1   Review of the Relational Model

The relational model was initially described by Codd [Codd, 1970]. Prior data models were navigational, in that application developers had to indicate the means by which the database should be traversed. They specifically described how to find the data. The relational model stores data in relations and enables the developer to simply describe *what* data are required, not *how* to obtain the data. During the early 1970s, relational systems were not developed as they in-cur additional computational overhead. Over the years, algorithms to improve query optimization were developed. These algorithms reduce the amount of overhead expended when using a relational system.

Over time, the benefits of the relational model have outmatched the costs, and the relational model is the centerpiece of most production database sys-tems. For some extremely high-performance applications, navigational systems are used, but relational systems have prevailed.

### 5.1.1   Relational Database, Primitives and Nomenclature

A relational database system stores data in set-theoretic relations. An attribute within a relation is any symbol from a finite set $\mathcal{L} = \{A_0, A_1, A_2, \ldots, A_n\}$. A relation $\mathcal{R}$ on the set $\mathcal{L}$ is a subset of the Cartesian product $\text{dom}(A_0) \times \text{dom}(A_1) \times \text{dom}(A_2) \times \ldots \text{dom}(A_n)$ where $\text{dom}(A_i)$ is the domain of $A_i$. $R[A_0 A_1 A_2 \ldots A_n]$ represents $\mathcal{R}$ on the set $\{A_0, A_1, A_2, \ldots, A_n\}$ and is referred to as the schema of $\mathcal{R}$. In $R[A_0 A_1 A_2 \ldots A_n]$, each column $A_i$ is called an *attribute* of R, and is denoted as $R.A_i$.

Simply stated, each attribute contains values, preferably a singular value, chosen from a given domain of values. An attribute *color* can have a domain of *red, green, black, etc.* A relation is then a collection of attributes. A row, or *tuple*, in the relation has a value for each attribute such that the value comes from the domain for that attribute.

Each tuple of R is designated by $< a_0, a_1, a_2, \ldots, a_n >$, where $a_i \in \text{dom}(A_i)$. The value of attribute $A_i$ of tuple $x \in R$ is denoted as $x[A_i]$. Similarly, if tuple $x \in R$, then $x[W]$ is the value of the attributes of attribute set W in tuple x. Consider the relations EMP and EMP-PROJ. Relation EMP has four attributes (*emp_no, emp_name, age, salary*) while the EMP-PROJ relation has two at-

SAMNDCA630-00937133

DEFENDANT'S EXHIBIT NO. 306.170

158   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

**Table 5.1.**   Employee (EMP)

| emp_no | emp_name | age | salary |
|--------|----------|-----|--------|
| 100 | Hank | 35 | $10,000 |
| 200 | Fred | 40 | $20,000 |
| 300 | Mary | 25 | $30,000 |
| 400 | Sue | 23 | $40,000 |
| 500 | Mike | 30 | $50,000 |

**Table 5.2.**   Employee-Project (EMP_PROJ)

| emp_no | project |
|--------|---------|
| 100 | A |
| 100 | B |
| 100 | C |
| 200 | B |
| 300 | A |
| 300 | C |
| 400 | A |

tributes (*emp_no, project*). The EMP relation contains a tuple for each employee in the organization indicating the employee's unique identification number, name, age, and salary. An employee may also be assigned to an arbitrary number of projects. Simply adding a *project* attribute to the EMP relation would not work since it would only hold a single value. Another solution—adding *project1, project2, project3* attributes is also inadequate because an employee may have worked on more than three projects. In this case, there would be no place to store the 4th to *n*th project.

Data models primarily differ in how they handle this type of *multi-valued relationship*. This is referred to as a MANY-MANY relationship in that one employee may be assigned to many projects while a project may be assigned to many employees. In a navigational model, a pointer points from the EMP master record with all single-valued occurrences to a list that contains the multi-valued occurrences. A user who wishes to see which projects an employee is assigned to issues a request to traverse the link from the master record to the multi-valued list.

Additional relations are developed for the relational solution. In our case, a single relation EMP-PROJ may be added to store the multi-valued information. Notice that EMP-PROJ has an attribute *emp_no* that matches values in the EMP relation. Hence, employee number 100 works on projects A, B, and C. The key point is that no *a priori* link between EMP and EMP_PROJ exists. At query time, a user may request that all tuples having matching values in the two relations be obtained. In this fashion, the user has only specified *what* is required not *how* to obtain the data.

This is important since requests for data may occur on an ad hoc basis long after the database has been created and populated with data. The relational model is well-suited to ad hoc requests because work is not required to redefine relationships between the data. Additionally, data independence is intended to reduce application development time because developers are not forced to learn all of the intricacies of retrieving data from multi-valued relationships. The database optimizer makes decisions and chooses the best access path to the data.

A problem exists if it is necessary to track single-valued information about a project such as the delivery date for the completed project or the budget for the project. If the EMP-PROJ relation is modified to include these additional attributes, needless repetition occurs.

**Table 5.3.**     Employee-Project (EMP_PROJ)

| emp_no | project | delivery_date | budget |
|--------|---------|---------------|--------|
| 100 | A | 06/30/1997 | $90,000,000 |
| 100 | B | 09/15/1997 | $25,000,000 |
| 100 | C | 03/31/1998 | $60,000,000 |
| 200 | B | 09/15/1997 | $25,000,000 |
| 300 | A | 06/30/1997 | $90,000,000 |
| 300 | C | 03/31/1997 | $60,000,000 |
| 400 | A | 06/30/1997 | $90,000,000 |

Notice the attributes *delivery_date* and *budget* are single-valued descriptors of a project (all dates are assumed to be represented as Julian dates, and hence, are single-valued descriptors). These are repeated for each employee who is working on a project. Employees 100, 300, and 400 all work on Project A, and the *delivery_date* and *budget* are replicated for each of these tuples. If an update was required (i.e., the budget increased), it would be necessary to update each occurrence. To avoid these problems, a third relation is typically used to store the single-valued data for PROJECT. It would appear as given below—

**Table 5.4.**     Project

| project | delivery_date | Budget |
|---------|---------------|--------|
| A | 06/30/1997 | $90,000,000 |
| B | 09/15/1997 | $25,000,000 |
| C | 03/31/1998 | $60,000,000 |

At this point three relations exist, one to represent the EMP entity, one to represent the PROJECT entity, and one to represent the relation EMP_PROJ that exists between the two relations. It should be clear that an update to single-valued information about a project only involves a single tuple.

Peter Chen, in a seminal paper, described the entity-relationship (ER) diagram in which entities and relationships are defined first, and the actual un-

SAMNDCA630-00937135

**160**   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

derlying relations are subsequently defined [Chen, 1976]. Typically, for large
relational systems, an ER diagram is developed to ensure the developers under-
stand all of the relationships between the data. Once complete, a normalized
database design is implemented.

Normalization is the process of ensuring the database design satisfies very
specific rules developed to reinforce the consistency and integrity of the data.
1st normal form (1NF) simply indicates that data are stored in single-valued
attributes. Our example relation, EMP, is in 1NF. However, if the *name* at-
tribute were expanded to allow the employee's full first and last name in the
same attribute, this entity would no longer be in 1NF because the *name* at-
tribute would permit the values for both the first and last names to coexist in
a single data element.

A relation is in 2nd normal form (2NF) if all attributes are fully dependent
on the primary key of the relation. Our example of the modified EMP_PROJ
relation is not in 2NF because the attributes of the relation *delivery_date* and
*budget* are not fully dependent on the composite primary key of *emp_number* and
*project*. Instead, *delivery_date* and *budget* are dependent solely on the *project*
attribute. An entity is in 3rd normal form (3NF) if all attributes of the entity
are dependent on the primary key of the relation and are not also dependent on
another key. The *primary key* is one or more attributes that uniquely identifies
a tuple in a relation. A database should satisfy at least 3NF.

It should be clear that no *a priori* linkages exist between any of the relation-
ships, and any linking of relations is done at query processing time rather than
data definition time.

Since the relations are based on set theory, all typical set-theoretic oper-
ations: Cartesian product, union, intersection, and set difference are imple-
mented in the relational model. Additional operations include—

**Select**—The selection on R[XYZ], denoted as $\sigma_{A=a}(R)$, is defined by:

$$\sigma_{A=a}(R) = \{x|x[A] = a, x \in R\}$$

where A is an attribute of R.

**Project**— The projection on R[XYZ], denoted as $\pi_A(R)$, is defined by:

$$\pi_A(R) = \{x[A]|x \in R\}$$

where A is a set of attributes of R.

**Join**— The join of two relations R[XYZ] and S[VWX] (sharing the common
attribute X) is denoted as:

R[XYZ] ⋈ S[VWX] = {x| x[VWX] ∈ S and x[XYZ] ∈ R}

where V, W, X, Y, and Z are a disjoint set of attributes. If no common attribute
exists, the join of R and S is the Cartesian product of R and S.

When the relational model was first proposed nearly thirty years ago, re-
lational algebra and calculus were used to compute data manipulation. The
select, project, and join operators form a part of relational algebra. Since

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 41 of 131

DEFENDANT'S EXHIBIT NO. 306.173

INTEGRATING STRUCTURED DATA AND TEXT     161

this was not very user friendly, two different query languages QUEL and SQL (originally derived from SEQUEL) were developed. SQL became popular with IBM's adoption in its commercial database system, SQL/DS, in 1982 and with ANSI's adoption of the first SQL standard in 1985. Today, SQL is one of the few standards that is agreed upon by industry, academia, and various international standards committees. SQL 92 has been recently adopted and SQL 3, which will include object oriented extensions, is currently under construction.

A good overview of SQL can be found in [Date, 1994]. A SQL query has the structure—

SELECT <list of attributes>
    FROM <list of relations>
[ WHERE <list of conditions> ]
[ ORDER BY <list of attributes> ]
[ GROUP BY <list of attributes> ]
[ HAVING <list of conditions> ]

A list of attributes is specified after the SELECT keyword. The FROM clause indicates the relations that are used. The WHERE clause describes conditions that must be satisfied for a tuple to be returned. Hence, the entire query is actually a *specification of a result*.
The following query indicates that only the employee numbers from the EMP table should be retrieved. It does not, in any form, indicate how the employee numbers should be retrieved. Another form includes the addition of a WHERE clause.

SELECT emp_no
    FROM EMP

The following query indicates that only tuples with an *emp_no* of 400 are to be retrieved. Nothing is indicated as to how to find this tuple. If the system has a B-tree index on the *emp_no* attribute, an $O(\log n)$ algorithm traverses the tree and finds all such tuples, otherwise, a linear scan is used. In any event, the author of the query does not specify the algorithm to use to retrieve these data.

SELECT emp_no
    FROM EMP
    WHERE emp_no = 400

GROUP BY is used to partition the result set into groups and apply an aggregate function to the group. Aggregate functions in the SQL standard include COUNT (size of the partition), SUM (the total of an attribute in the partition), MIN (the smallest value in the partition), MAX (highest value in the partition), and AVG (average of all values in the partition). If a GROUP BY is not present, these operators work on the entire result set.

SAMNDCA630-00937137

DEFENDANT'S EXHIBIT NO. 306.174

162   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Consider a request to develop a report that contains each employee's number and the total number of projects to which they have been assigned. The following query obtains this information:

```
SELECT emp_no, COUNT(*)
   FROM EMP_PROJ
   GROUP BY emp_no
```

Grouping by the employee number partitions the EMP_PROJ relation into a partition for each employee. COUNT returns zero if no tuples are found. If a WHERE clause existed it would specify that the partitions should consider only the tuples identified by the WHERE clause.

HAVING restricts groups, typically based on an aggregate. The following query finds all employees who worked on at least 4 projects:

```
SELECT emp_no, COUNT(*)
   FROM EMP_PROJ
   GROUP BY emp_no
   HAVING COUNT(*) > 3
```

ORDER BY is used to sort the tuples in the order of the attributes specified in the ORDER BY clause. Since sets do not have any inherent ordering, the result set of a query may be obtained in an arbitrary order unless the ORDER BY clause is used. Executing this query results in a list comprising all employee numbers in ascending order (the DESC option must be used to obtain descending order).

```
SELECT emp_no
   FROM EMP_PROJ
   ORDER BY emp_no
```

A JOIN is implemented by first specifying multiple relations in the FROM clause and then adding the JOIN condition in the WHERE clause. The following query implements a join to find the age of all employees who worked on project A.

```
SELECT a.emp_no, a.age
   FROM EMP a, EMP_PROJ b
   WHERE a.emp_no = b.emp_no AND
          b.project = 'A'
```

This query joins the two relations. Again nothing is said about the join order or the order in which the WHERE clause is executed.

SAMNDCA630-00937138

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 43 of 131

## 5.2   A Historical Progression

Previous work can be partitioned into systems that combine information retrieval and DBMS together, or systems that extend relational DBMS to include information retrieval functionality. We now describe each of these approaches in detail.

### 5.2.1   Combining Separate Systems

Several researchers proposed integrated solutions which consist of writing a central layer of software to send requests to underlying DBMS and information retrieval systems [Schek and Pistor, 1982]. Queries are parsed and the structured portions are submitted as a query to the DBMS, while text search portions of the query are submitted to an information retrieval system. The results are combined and presented to the user. It does not take long to build this software, and since information retrieval systems and DBMS are readily available, this is often seen as an attractive solution.

The key advantage of this approach is that the DBMS and information retrieval system are commercial products that are continuously improved upon by vendors. Additionally, software development costs are minimized. The disadvantages include poor data integrity, portability, and run-time performance.

**5.2.1.1   Data Integrity.**   Data integrity is sacrificed because the DBMS transaction log and the information retrieval transaction log are not coordinated. Should a failure occur in the middle of an update transaction, the DBMS will end in a state where the entire transaction is either completed or it is entirely undone. It is not possible to complete half of an update.

The information retrieval log (if present) would not know about the DBMS log. Hence, the umbrella application that coordinates work between the two systems must handle all recovery. Recovery done within an application is typically error prone and, in many cases, applications simply ignore this coding. Hence, if a failure should occur in the information retrieval system, the DBMS will not know about it. An update that must take place in both systems may succeed in the DBMS, but fail in the information retrieval system. A partial update is clearly possible, but is logically flawed.

**5.2.1.2   Portability.**   Portability is sacrificed because the query language is not standard. Presently, a standard information retrieval query language does not exist. However, some work is being done to develop standard information retrieval query languages. If one existed, it would be many years before widespread commercial acceptance. The problem is that developers must be retrained each time a new DBMS and information retrieval system is brought in. Additionally, system administration is far more difficult with multiple systems.

**5.2.1.3   Performance.**   Run-time performance suffers because of the lack of parallel processing and query optimization. Although most commercial DBMS have parallel implementations, most information retrieval systems do not.

Query optimization exists in every relational DBMS. The optimizer's goal is to choose the appropriate access path to the data. A rule-based optimizer uses pre-defined rules, while a cost-based optimizer estimates the cost of using different access paths and chooses the cheapest one. In either case, no rules exist for the unstructured portion of the query and no cost estimates could be obtained because the optimizer would be unaware of the access paths that may be chosen by the information retrieval system. So any optimization that included both structured and unstructured data would have to be done by the umbrella application. This would be a complex process. The difficulties with such optimization were discussed by the authors who suggested this approach [Lynch and Stonebraker, 1988]. Hence, run-time performance would suffer due to a lack of parallel algorithms and limited global query optimization.

**5.2.1.4   Extensions to SQL.**   Blair, in an unpublished paper in 1975, proposed that SQL (actually a precursor named SEQUEL) could be modified to support text [Blair, 1974]. Subsequently, a series of papers between 1978 and 1981 were written that described several extensions to SQL [Macleod, 1978, Macleod, 1979, Crawford, 1981]. The SMART information retrieval prototype initially developed in the 1980s used the INGRES relational database system to store its data [Fox, 1983b].

These papers described extensions to support relevance ranking as well as Boolean searches. The authors focused on the problem of efficiently searching text in a RDBMS. They went on to indicate that the RDBMS would store the inverted index in another table thereby making it possible to easily view the contents of the index. An information retrieval system typically hides the inverted index as simply an access structure that is used to obtain data. By storing the index as a relation, the author's pointed out that users could easily view the contents of the index and make changes if necessary. The authors mentioned extensions, such as RELEVANCE(*), that would compute the relevance of a document to a query using some pre-defined relevance function.

More recently, a language called SQLX was used to access documents in a multimedia database [Ozkarahan, 1995]. SQLX assumes that an initial cluster-based search has been performed based on keywords (see Section 3.2 for a description of document clustering). SQLX extensions allow for a search of the results with special connector attributes that obviate the need to explicitly specify joins.

### 5.2.2   User-defined Operators

User-defined operators that allow users to modify SQL by adding their own functions to the DBMS engine were described as early as [Stonebraker et al., 1983]. Commercialization of this idea has given birth to several products including the Teradata Multimedia Object Manager, Informix Data Blades, as well as

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 45 of 131

new features in Oracle and Sybase [Connell et al., 1996, McNally, 1997, Loney, 1997]. An example query that uses the user-defined area function is given below. Area must be defined as a function that accepts a single argument. The datatype of the argument is given as rectangle. Hence, this example uses both a user-defined function and a user-defined datatype.

Ex: 1     SELECT MAX(AREA(Rectangle))
              FROM SHAPE

In the information retrieval domain, an operator such as *proximity()* could be defined to compute the result set for a proximity search. In this fashion the "spartan simplicity of SQL" is preserved, but users may add whatever functionality is needed. A few years later user-defined operators were defined to implement information retrieval [Lynch and Stonebraker, 1988].

The following query obtains all documents that contain the terms *term1*, *term2*, and *term3*:

Ex: 2     SELECT Doc_Id
              FROM DOC
              WHERE SEARCH-TERM(Text, *Term1, Term2, Term3*)

This query can take advantage of an inverted index to rapidly identify the terms. To do this, the optimizer would need to be made aware of the new access method. Hence, user-defined functions also may require user-defined access methods.

The following query uses the proximity function to ensure that the three query terms are found within a window of five terms.

Ex: 3     SELECT Doc_Id
              FROM DOC
              WHERE PROXIMITY(Text, 5, *Term1, Term2, Term3*)

The advantages of user-defined operators are that this does not just solve the problem for text, it solves it for spatial data, image processing, etc. Users may add whatever functionality is required. The key problems with user-defined operators again are integrity, portability, and run-time performance.

**5.2.2.1   Integrity.**   User-defined operators allow application developers to add functionality to the DBMS rather than the application that uses the DBMS. This unfortunately opens the door for application developers to circumvent the integrity of the DBMS. For user-defined operators to be efficient, they must be linked into the same module as the entire DBMS, giving them access to the entire address space of the DBMS. Data that resides in memory or on disk files that are currently opened, can be accessed by the user-defined operator. It is possible that the user-defined operator could corrupt these data.

SAMNDCA630-00937141

DEFENDANT'S EXHIBIT NO. 306.178

To protect the DBMS from a faulty user-defined operator, a remote procedure call (RPC) may be used to invoke the user-defined operator. This ensures the operator has access only to its address space, not the entire DBMS address space. Unfortunately, the RPC incurs substantial overhead, so this is not a solution for applications that require high performance.

**5.2.2.2  Portability.**  A user-defined operator implemented at SITE A may not be present at SITE B. Worse, the operator may appear to exist, but it may perform an entirely different function. Without user-defined operators, anyone with an RDBMS may write an application and expect it to run at any site that runs that RDBMS. With user-defined operators, this perspective changes as the application is limited to only those sites with the user-defined operator.

**5.2.2.3  Performance.**  Query optimization, by default, does not know much about the specific user-defined operators. Optimization is often based on substantial information about the query. A query with an EQUAL operator can be expected to retrieve fewer rows than a LESS THAN operator. This knowledge assists the optimizer in choosing an access path.

Without knowing the semantics of a user-defined operator, the optimizer is unable to efficiently use it. Some user-defined operators might require a completely different access structure like an inverted index. Unless the optimizer knows that an inverted index is present and should be included in path selection, this path is not chosen.

Lynch's work discussed information that must be stored with each user-defined operator to assist with query optimization. For user-defined operators to gain widespread acceptance, some means of providing information about them to the optimizer is needed.

Additionally, parallel processing of a user-defined operator would be something that must be defined inside of the user-defined operator. The remainder of the DBMS would have no knowledge of the user-defined operator, and as such, would not know how to parallelize the operator.

### 5.2.3   Non-first Normal Form Approaches

Non-first normal form (NFN) approaches have also been proposed [Desai et al., 1987, Schek and Pistor, 1982, Niemi and Jarvelin, 1995]. The idea is that many-many relationships are stored in a cumbersome fashion when 3NF (third normal form) is used. Typically, two relations are used to store the entities that share the relationship, and a separate relation is used to store the relationship between the two entities.

For an inverted index, a many-many relationship exists between documents and terms. One term may appear in many documents, while one document may have many terms. This, as will be shown later, may be modeled with a DOC relation to store data about documents, a TERM relation to store data about individual terms, and an INDEX relation to track an occurrence of a term in a document.

SAMNDCA630-00937142

Instead of three relations, a single NFN relation could store information about a document and a nested relation would indicate which terms appeared in that document.

Although this is clearly advantageous from a run-time performance standpoint, portability is a key issue. No standards currently exist for NFN collections. Additionally, NFN makes it more difficult to implement ad hoc queries.

Since both user-defined operators and NFN approaches have deficiencies, we describe an approach using the unchanged, standard relational model to implement a variety of information retrieval functionality. This approach has been shown to support integrity and portability while still yielding acceptable run-time performance [Grossman et al., 1997].

Some applications, such as image processing or CAD/CAM may require user-defined operators, as their processing is fundamentally not set-oriented and is difficult to implement with standard SQL.

### 5.2.4  Bibliographic Search with Unchanged SQL

Blair explored the potential of relational systems to provide typical information retrieval functionality [Blair, 1988]. Blair's work included queries using structured data (e.g., affiliation of an author) with unstructured data (e.g., text found in the title of a document). The following relations model the document collection.

- DIRECTORY(*name*, *institution*)—identifies the author's name and the institution the author is affiliated with.

- AUTHOR(*name, DocId*)—indicates who wrote a particular document.

- INDEX(*term, DocId*)—identifies terms used to index a particular document

The following query ranks institutions based on the number of publications that contain *input_term* in the document.

**Ex: 4**   SELECT UNIQUE institution, COUNT(UNIQUE name)
        FROM DIRECTORY
        WHERE name IN
            (SELECT name
                FROM AUTHOR
                WHERE DocId IN
                    SELECT DocId
                        FROM INDEX
                        WHERE term = *input_term*
                        ORDER BY 2 DESCENDING

Blair cites several benefits for using the relational model as a foundation for document retrieval. These benefits are the basis for providing typical information retrieval functionality in the relational model, so we will list some of them here.

168    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

1. Recovery routines

2. Performance measurement facilities

3. Database reorganization routines

4. Data migration routines

5. Concurrency control

6. Elaborate authorization mechanisms

7. Logical and physical data independence

8. Data compression and encoding routines

9. Automatic enforcement of integrity constraints

10. Flexible definition of transaction boundaries (e.g., commit and rollback)

11. Ability to embed the query language in a sequential applications language

## 5.3  Information Retrieval Functionality Using the Relational Model

Work with extensions to SQL started first in an unpublished paper [Blair, 1974] and continued with several papers by Macleod and Crawford between 1978 and 1981 [Macleod, 1978, Crawford, 1981].

Initial extensions described by Macleod are based on the use of a QUERY (*term*) relation that stores the terms in the query, and an INDEX (*DocId, term*) relation that indicates which terms appear in which documents. The following query lists all the identifiers of documents that contain at least one term in QUERY:

**Ex: 5**    SELECT DISTINCT(i.DocId)
              FROM INDEX i, QUERY q
              WHERE i.term = q.term

Frequently used terms or stop terms are typically eliminated from the document collection. Therefore, a STOP_TERM relation may be used to store the frequently used terms. The STOP_TERM relation contains a single attribute (*term*). A query to identify documents that contain any of the terms in the query except those in the STOP_TERM relation is given below:

**Ex: 6**    SELECT DISTINCT(i.DocId)
              FROM INDEX i, QUERY q, STOP_TERM s
              WHERE i.term = q.term AND
                    i.term ≠ s.term

Finally, to implement a logical AND of the terms *InputTerm1, InputTerm2,* and *InputTerm3*, Macleod and Crawford proposed the following query:

DEFENDANT'S EXHIBIT NO. 306.181

Ex: 7   SELECT DocId
           FROM INDEX
           WHERE term = *InputTerm1*
         INTERSECT
           SELECT DocId
           FROM INDEX
           WHERE term = *InputTerm2*
         INTERSECT
           SELECT DocId
           FROM INDEX
           WHERE term = *InputTerm3*

The query consists of three components. Each component results in a set of documents that contain a single term in the query. The INTERSECT keyword is used to find the intersection of the three sets. After processing, an AND is implemented.

Macleod and Crawford went on to present extensions for relevance ranking. The key extension was a *corr()* function—a built-in function to determine the similarity of a document to a query.

The SEQUEL (a precursor to SQL) example that was given was—

Ex: 8   SELECT DocId
           FROM INDEX i, QUERY q
           WHERE i.term = q.term
         GROUP BY DocId
         HAVING CORR() > 60

Other extensions, such as the ability to obtain the first $n$ tuples in the answer set, were given. Macleod and Crawford gave detailed design examples as to how a document retrieval system should be treated as a database application.

We now describe more recent work that relies on the unchanged relational model to implement information retrieval functionality with standard SQL [Grossman et al., 1997]. First, a discussion of preprocessing text into files for loading into a relational DBMS is required.

### 5.3.1 Preprocessing

Input text is originally stored in source files either at remote sites or locally on CD-ROM. For purposes of this discussion, it is assumed that the data files are in ASCII or can be easily converted to ASCII with SGML markers. SGML markers are a standard means by which different portions of the document are marked [Goldfarb, 1990]. The markers in the working example are found in the TIPSTER collection which is used as the standard dataset for TREC. These markers begin with a < and end with a > (e.g., <TAG>).

A preprocessor that reads the input file and outputs separate flat files is used. Each term is read and checked against a list of SGML markers. The main

DEFENDANT'S EXHIBIT NO. 306.182

170    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

algorithm for the preprocessor simply parses terms and then applies a hash
function to hash them into a small hash table. If the term has not occurred for
this document, a new entry is added to the hash table. Collisions are handled by
a single linked list associated with the hash table. If the term already exists, its
term frequency is updated. When an end-of-document marker is encountered,
the hash table is scanned and, for each entry in the hash table a record is
output. The record contains the document identifier for the current document,
the term, and its term frequency. Once the hash table is output, the contents
are set to NULL and the process repeats for the next document. A variety of
experiments designed to identify the most efficient means of implementing the
preprocessor are given in [Pulley, 1994].

After processing, two output files are stored on disk. The output files are
then bulk-loaded into a relational database. Each file corresponds to a rela-
tion. The first relation, DOC, contains information about each document. The
second relation, INDEX, models the inverted index and indicates which term
appears in which document and how often the term has appeared.

The relations are—

INDEX(*DocId, Term, TermFrequency*)

DOC(*DocId, DocName, PubDate, Dateline*).

These two relations are built by the preprocessor. A third TERM relation
tracks statistics for each term based on its number of occurrences across the
document collection. At a minimum, this relation contains the document fre-
quency ($df$) and the inverse document frequency ($idf$). These were described
in Section 2.1. The term relation is of the form—

TERM(*Term, Idf*).

It is possible to use an application programming interface (API) so that the
preprocessor stores data directly into the database. However, for some appli-
cations, the INDEX relation has one hundred million tuples or more. This
requires one hundred million separate calls to the DBMS INSERT function.
With each insert, a transaction log is updated. All relational DBMS provide
some type of bulk-load facility in which a large flat file may be quickly mi-
grated to a relation without significant overhead. Logging is often turned off
(something not typically possible via an on-line API) and most vendors pro-
vide efficient load implementations. For parallel implementations, flat files are
loaded using multiple processors. This is much faster than anything that can
be done with the API.

SAMNDCA630-00937146

For all examples in this chapter, assume the relations were initially populated via an execution of the preprocessor, followed by a bulk load. Notice that the DOC and INDEX tables are output by the preprocessor. The TERM relation is not output. In the initial testing of the preprocessor, it was found that this table was easier to build using the DBMS than within the preprocessor. To compute the TERM relation once the INDEX relation is created, the following SQL statement is used:

Ex: 9    INSERT INTO TERM
                    SELECT Term, log($N$ / COUNT(*))
                        FROM INDEX
                        GROUP BY Term

$N$ is the total number of documents in the collection, and it is usually known prior to executing this query. However, if it is not known then SELECT COUNT(*) FROM DOC will obtain this value. This statement partitions the INDEX relation by each term, and COUNT(*) obtains the number of documents represented in each partition (i.e., the document frequency). The *idf* is computed by dividing $N$ by the document frequency.

Consider the following working example. Input text is provided, and the preprocessor creates two files which are then loaded into the relational DBMS to form DOC and INDEX. Subsequently, SQL is used to populate the TERM relation.

*5.3.2  A Working Example*

Throughout this chapter, the following working example is used. Two documents are taken from the TIPSTER collection and modeled using relations. The documents contain both structured and unstructured data and are given below.

```
<DOC>
<DOCNO> WSJ870323-0180 </DOCNO>
<HL> Italy's Commercial Vehicle Sales </HL>
<DD> 03/23/87 </DD>
<DATELINE> TURIN, Italy </DATELINE>
<TEXT>
Commercial-vehicle sales in Italy rose 11.4% in February from a year earlier, to 8,848
units, according to provisional figures from the Italian Association of Auto Makers.
</TEXT>
</DOC>


<DOC>
<DOCNO> WSJ870323-0161 </DOCNO>
<HL> Who's News: Du Pont Co. </HL>
<DD> 03/23/87 </DD>
<DATELINE> Du Pont Company, Wilmington, DE </DATELINE>
```

172    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

<TEXT>
John A. Krol was named group vice president, Agriculture Products department, of
this diversified chemicals company, succeeding Dale E. Wolf, who will retire May 1.
Mr. Krol was formerly vice president in the Agricultural Products department.
</TEXT>
</DOC>

The preprocessor accepts these two documents as input and creates the two
files that are then loaded into the relational DBMS. The corresponding DOC
and INDEX relations are given below:

Table 5.5.    DOC

| DocId | DocName | PubDate | Dateline |
|---|---|---|---|
| 1 | WSJ870323-0180 | 3/23/87 | TURIN, Italy |
| 2 | WSJ870323-0161 | 3/23/87 | Du Pont Company, Wilmington, DE |

Table 5.6.    INDEX

| DocId | Term | TermFrequency |
|---|---|---|
| 1 | commercial | 1 |
| 1 | vehicle | 1 |
| 1 | sales | 1 |
| 1 | italy | 1 |
| 1 | february | 1 |
| 1 | year | 1 |
| 1 | according | 1 |
| ... | ... | ... |
| 2 | krol | 2 |
| 2 | president | 2 |
| 2 | diversified | 1 |
| 2 | company | 1 |
| 2 | succeeding | 1 |
| 2 | dale | 1 |
| 2 | products | 2 |
| ... | ... | ... |

INDEX models an inverted index by storing the occurrences of a term in a
document. This relation is the key to this approach.
Without this relation, it is not possible to obtain high performance text
search within the relational model. Simply storing the entire document in a
Binary Large OBject (BLOB) removes the storage problem, but most searching
operations on BLOB's are limited, in that BLOB's typically cannot be indexed.

SAMNDCA630-00937148

DEFENDANT'S EXHIBIT NO. 306.185

Hence, any search of a BLOB involves a linear scan, which is significantly slower than the $O(logn)$ nature of an inverted index.

In a typical information retrieval system, a lengthy preprocessing phase occurs in which parsing is done and all stored terms are identified. A posting list that indicates, for each term, which documents contain that term is identified (see Section 4.1 for a brief overview of inverted indexes). A pointer from the term to the posting list is implemented. In this fashion, a hashing function may be used to quickly jump to the term, and the pointer can be followed to the posting list. This inverted file technique is so effective that it was used in some of the earliest structured systems in the mid-1960s such as TDBMS [Bleir, 1967].

The fact that one term can appear in many documents and one document contains many terms indicates that a many-many relationship exists between terms and documents. To model this, *document* and *term* may be thought of as entities (analogous to *employee* and *project*), and a linking relation that describes the relationship EMP_PROJ must be modeled. The INDEX relation described below models the relationship. A tuple in the INDEX relation is equivalent to an assertion that a given term appears in a given document.

Note that the term frequency (*tf*) or number of occurrences of a term within a document, is a specific characteristic of the APPEARS-IN relationship; thus, it is stored in this table. The primary key for this relation is (*DocId, Term*), hence, term frequency is entirely dependent upon this key.

For proximity searches such as "Find all documents in which the phrase *vice president* exists," an additional *offset* attribute is required. Without this, the INDEX relation indicates that *vice* and *president* co-occur in the same document, but no information as to their location is given. To indicate that *vice* is adjacent to *president*, the offset attribute identifies the current term offset in the document. The first term is given an offset of zero, the second an offset of one, and, in general, the $n$th is given an offset of $n - 1$. The INDEX_PROX relation given below contains the necessary *offset* attribute required to implement proximity searches.

Several observations about the INDEX_PROX relation should be noted. Since stop words are not included, offsets are not contiguously numbered. An offset is required for each occurrence of a term. Thus, terms are listed multiple times instead of only once, as was the case in the original INDEX relation. To obtain the INDEX relation from INDEX_PROX, the following statement may be used:

Ex: 10   INSERT INTO INDEX
              SELECT DocId, Term, COUNT(*)
                  FROM INDEX_PROX
                  GROUP BY DocId, Term

Finally, single-valued information about terms is required. The TERM relation contains the *idf* for a given term. To review, a term that occurs frequently has a low *idf* and is assumed to be relatively unimportant. A term that occurs

SAMNDCA630-00937149

DEFENDANT'S EXHIBIT NO. 306.186

174    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

Table 5.7.    INDEX_PROX

| DocId | Term | Offset |
|-------|------|--------|
| 1 | commercial | 0 |
| 1 | vehicle | 1 |
| 1 | sales | 2 |
| 1 | italy | 4 |
| 1 | rose | 5 |
| 1 | february | 8 |
| 1 | year | 11 |
| 1 | earlier | 12 |
| 1 | units | 15 |
| 1 | according | 16 |
| 1 | provisional | 18 |
| 1 | figures | 19 |
| 1 | italian | 22 |
| 1 | association | 23 |
| 1 | auto | 25 |
| 1 | makers | 26 |
| ... | ... | ... |
| 2 | krol | 2 |
| ... | ... | ... |

infrequently is assumed very important. Since each term has only one *idf*, this is a single-valued relationship which is stored in a collection-wide single TERM relation.

To maintain a syntactically fixed set of SQL queries for information retrieval processing, and to reduce the syntactic complexities of the queries themselves, a QUERY relation is used. The QUERY relation contains a single tuple for each query term. Queries are simplified because the QUERY relation may be joined to INDEX to see if any of the terms in QUERY are found in INDEX. Without QUERY, a lengthy WHERE clause is required to specifically request each term in the query.

Finally, STOP_TERM is used to indicate all of the terms that are omitted during the parsing phase. This relation is not used in this chapter, but illustrates that the relational model can store internal structures that are used during data definition and population.

The following query illustrates the potential of this approach. The SQL satisfies the request to "Find all documents that describe *vehicles* and *sales* written on 3/23/87." The keyword search covers unstructured data, while the publication date is an element of structured data.

This example is given to quickly show how to integrate both structured data and text. Most information retrieval systems support this kind of search by

INTEGRATING STRUCTURED DATA AND TEXT    175

Table 5.8.    TERM

| Term | Idf |
|------|-----|
| according | 0.9031 |
| commercial | 1.3802 |
| company | 0.6021 |
| dale | 2.3856 |
| diversified | 2.5798 |
| february | 1.4472 |
| italy | 1.9231 |
| krol | 4.2768 |
| president | 0.6990 |
| products | 0.9542 |
| ... | ... |
| ... | ... |
| sales | 1.0000 |
| succeeding | 2.6107 |
| vehicle | 1.8808 |
| year | 0.4771 |
| ... | ... |

Table 5.9.    QUERY

| Term | tf |
|------|-----|
| vehicle | 1 |
| sales | 1 |

Table 5.10.    STOP_TERM

| Term |
|------|
| a |
| an |
| and |
| ... |
| the |
| ... |

making DATE a "zoned field"—a portion of text that is marked and always
occurs in a particular section or *zone* of a document. These fields can then be
parsed and stored in a relational structure. Section 5.1.1 illustrates a sequence
of queries that use much more complicated unstructured data, which could not
easily be queried with an information retrieval system.

176    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Ex: 11**   SELECT d.DocId
            FROM DOC d, INDEX i
            WHERE i.Term IN ("vehicle","sales") AND
                  d.PubDate = "3/23/87" AND
                  d.DocId = i.DocId

## 5.4   Boolean Retrieval

A Boolean query is given with the usual operators—AND, OR, and NOT. The result set must contain all documents that satisfy the Boolean condition.

For small bibliographic systems (e.g., card catalog systems), Boolean queries are useful. They quickly allow users to specify their information need and return all matches. For large document collections, they are less useful because the result set is unordered, and a query can result in thousands of matches. The user is then forced to tune the Boolean conditions and retry the query until the result is obtained. Relevance ranking avoids this problem by ranking documents based on a measure of relevance between the documents and the query. The user then looks at the top-ranked documents and determines whether or not they fill the information need.

We start with the use of SQL to implement Boolean retrieval. We then show how a proximity search can be implemented with unchanged SQL, and finally, a relevance ranking implementation with SQL is described.

The following SQL query returns all documents that contain an arbitrary term, *InputTerm*.

**Ex: 12**   SELECT DISTINCT(i.DocId)
            FROM INDEX i
            WHERE i.Term = *InputTerm*

Obtaining the actual text of the document can now be performed in an application specific fashion. The text is found in a single large attribute that contains a BLOB or CLOB (binary or character large object), possibly divided into separate components (i.e., paragraphs, lines, sentences, phrases, etc.). If the text is found in a single large attribute (in this example we call it *Text*), the query can be extended to execute a subquery to obtain the document identifiers. Then then the identifiers can be used to find the appropriate text in DOC.

**Ex: 13**   SELECT d.Text
            FROM DOC d
            WHERE d.DocId IN
                        (SELECT DISTINCT(i.DocId)
                         FROM INDEX i
                         WHERE i.Term = *InputTerm*)

SAMNDCA630-00937152

For the remainder of the section, we are only concerned with obtaining the document identifiers found in the answer set. Either a separate query may be executed using the document identifiers in an application specific fashion or the queries can be extended in the form given in Example 13.

It is natural to attempt to extend the query in Example 12 to allow for $n$ terms. If the Boolean request is an OR, the extension is straightforward and does not increase the number of joins found in the query.

**Ex: 14**   SELECT DISTINCT(i.DocId)
          FROM INDEX i
          WHERE i.Term = *InputTerm1* OR
                i.Term = *InputTerm2* OR
                i.Term = *InputTerm3* OR
                   ...
                i.Term = *InputTermN*

Unfortunately, a Boolean AND results in a dramatically more complex query. For a query containing $n$ input terms, the INDEX relation must be joined $n$ times. This results in the following query.

**Ex: 15**   SELECT a.DocId
          FROM INDEX a, INDEX b, INDEX c, ... INDEX $n - 1$, INDEX $n$
          WHERE a.Term = $InputTerm_1$ AND
                b.Term = $InputTerm_2$ AND
                c.Term = $InputTerm_3$ AND
                   ...
                n.Term = $InputTerm_n$ AND
                a.DocId = b.DocId AND
                b.DocId = c.DocId AND
                   ...
                $n - 1.\text{DocId} = n.\text{DocId}$

Multiple joins are expensive. The order that the joins are computed affects performance, so a cost-based optimizer will compute costs for many of the orderings [Elmasri and Navathe, 1994]. Pruning the list is discussed in [Selinger, 1979], but it is still expensive.

In addition to performance concerns, the reality is that commercial systems are unable to implement more than a fixed number of joins. Although it is theoretically possible to execute a join of $n$ terms, most implementations impose limits on the number of joins (around sixteen is common) [White and Date, 1989, McNally, 1997]. It is the complexity of this simple Boolean AND that has led many researchers to develop extensions to SQL or user-defined operators to allow for a more simplistic SQL query.

An approach that requires a fixed number of joins regardless of the number of terms found in the input query is given in [Grossman et al., 1997]. This reduces the number of conditions found in the query. However, an additional

SAMNDCA630-00937153

DEFENDANT'S EXHIBIT NO. 306.190

178   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

sort is needed (due to a GROUP BY) in the query where one previously did not exist.

The following query computes a Boolean AND using standard syntactically fixed SQL:

**Ex: 16**   SELECT i.DocId
          FROM INDEX i, QUERY q
          WHERE i.Term = q.Term
          GROUP BY i.DocId
          HAVING COUNT(i.Term) =
                  (SELECT COUNT(*) FROM QUERY)

The WHERE clause ensures that only the terms in the query relation that match those in INDEX are included in the result set. The GROUP BY specifies that the result set is partitioned into groups of terms for each document. The HAVING ensures that the only groups in the result set will be those whose cardinality is equivalent to that of the query relation.

For a query with $k$ terms $(t_1, t_2, \ldots, t_k)$ the following set of tuples are generated for document $d_i$ containing all $k$ terms.

Table 5.11.    Result Set

| DocId | term |
|-------|------|
| $d_i$ | $t_1$ |
| $d_i$ | $t_2$ |
| ... | ... |
| $d_i$ | $t_k$ |

The GROUP BY clause causes the cardinality, $k$, of this document to be computed. At this point, the HAVING clause determines if the $k$ terms in this group matches the number of terms in the query. If so, a tuple $d_i$ appears in the final result set.

Until this point, we assumed that the INDEX relation contains only one occurrence of a given term for each document. This is consistent with our example where a term frequency is used to record the number of occurrences of a term within a document. In proximity searches, a term is stored multiple times in the INDEX relation for a single document. Hence, the query must be modified because a single term in a document might occur $k$ times which results in $d_i$ being placed in the final result set, even when it does not contain the remaining $k - 1$ terms.

The query below uses the DISTINCT keyword to ensure that only the distinct terms in the document are considered. This query is used on INDEX relations in which term repetition in a document results in term repetition in the INDEX relation.

SAMNDCA630-00937154

**Ex: 17**   SELECT i.DocId
         FROM INDEX i, QUERY q
         WHERE i.Term = q.Term
         GROUP BY i.DocId
         HAVING COUNT(DISTINCT(i.Term))
               = (SELECT COUNT(*) FROM QUERY)

This query executes whether or not duplicates are present, but if it is known
that duplicate terms within a document do not occur, this query is somewhat
less efficient than its predecessor. The DISTINCT keyword typically requires
a sort.

Using a set-oriented approach to Boolean keyword searches results in the
fortunate side-effect that a threshold AND (TAND) is easily implemented. A
partial AND is one in which the condition is true if $k$ subconditions are true.
It is not required that all of the subconditions must be true. The following
query returns all documents who have $k$ or more terms matching those found
in the query.

**Ex: 18**   SELECT i.DocId
         FROM INDEX i,QUERY q
         WHERE i.Term = q.Term
         GROUP BY i.DocId
         HAVING COUNT(DISTINCT(i.Term)) $\geq k$

## 5.5   Proximity Searches

To briefly review, proximity searches are used in IR systems to ensure that
the terms in the query are found in a particular sequence or at least within a
particular window of the document. Most users searching for a query of "vice
president" do not wish to retrieve documents that contain the sentence "His
primary vice was to yearn to be president of the company."

To implement proximity searches the INDEX_PROX given in our working
example is used. The *offset* attribute indicates the relative position of each
term in the document.

The following query, albeit a little complicated at first glance, uses un-
changed SQL to identify all documents that contain all of the terms in QUERY
within a term window of *width* terms. For the query given in our working ex-
ample "vice" and "president" occur in positions seven and eight, respectively.
Document two would be retrieved if a window of two or larger were used.

DEFENDANT'S EXHIBIT NO. 306.192

**Ex: 19**   SELECT a.DocId
          FROM INDEX_PROX a, INDEX_PROX b
          WHERE a.Term IN (SELECT q.Term FROM QUERY q) AND
               b.Term IN (SELECT q.Term FROM QUERY q) AND
               a.DocId = b.DocId AND
               (b.Offset - a.Offset) BETWEEN 0 AND $(width - 1)$
          GROUP BY a.DocId, a.Term, a.Offset
          HAVING COUNT(DISTINCT(b.Term)) =
          (SELECT COUNT(*) FROM QUERY)

The INDEX_PROX table must be joined to itself since the distance between each term and every other term in the document must be evaluated. For a document $d_i$ that contains $k$ terms $(t_1, t_2, \ldots, t_k)$ in the corresponding term offsets of $(o_1, o_2, \ldots, o_k)$, the first two conditions ensure that we are only examining offsets for terms in the document that match those in the query. The third condition ensures that the offsets we are comparing do not span across documents. The following tuples make the first three conditions evaluate to TRUE.

The table below is given to assist in understanding the logic of the query. Drawing out the first step of the join of INDEX_PROX to itself for an arbitrary document $d_i$ yields tuples in which each term in INDEX_TERM is matched with all other terms. This table shows only those terms within document $d_i$ that matched with other terms in document $d_i$. This is because only these tuples evaluate to TRUE when the condition "a.DocId = b.DocId" is applied. We also assume that the terms in the table below match those found in the query, thereby satisfying the condition "b.term IN (SELECT q.term FROM QUERY)."

**Table 5.12.**    Result of self-join of INDEX_PROX

| a.DocId | a.Term | a.Offset | b.DocId | b.Term | b.Offset |
|---------|--------|----------|---------|--------|----------|
| $d_i$ | $t_1$ | $o_1$ | $d_i$ | $t_1$ | $o_1$ |
| $d_i$ | $t_1$ | $o_1$ | $d_i$ | $t_2$ | $o_2$ |
| $d_i$ | $t_1$ | $o_1$ | $d_i$ | $t_k$ | $o_k$ |
| $d_i$ | $t_2$ | $o_2$ | $d_i$ | $t_1$ | $o_1$ |
| $d_i$ | $t_2$ | $o_2$ | $d_i$ | $t_2$ | $o_2$ |
| $d_i$ | $t_2$ | $o_2$ | $d_i$ | $t_k$ | $o_k$ |
| $d_i$ | $t_k$ | $o_k$ | $d_i$ | $t_1$ | $o_1$ |
| $d_i$ | $t_k$ | $o_k$ | $d_i$ | $t_2$ | $o_2$ |
| $d_i$ | $t_k$ | $o_k$ | $d_i$ | $t_k$ | $o_k$ |

The fourth condition examines the offsets and returns TRUE only if the terms exist within the specified window. The GROUP BY clause partitions each particular offset within a document. The HAVING clause ensures that the size of this partition is equal to the size of the query. If this is the case, the document has all of terms in QUERY within a window of size *offset*. Thus, document $d_i$ is included in the final result set.

For an example query with "vehicle" and "sales" within a two term window, all four conditions of the WHERE clause evaluate to TRUE for the following tuples. The first three have eliminated those terms that were not in the query, and the fourth eliminated those terms that were outside of the term window. The GROUP BY clause results in a partition in which "vehicle", at offset one, is in one partition and "sales", at offset two, is in the other partition. The first partition has two terms which match the size of the query, so document one is included in the final result set.

**Table 5.13.**   Result after all four conditions of the WHERE clause have been evaluated

| a.DocId | a.Term | a.Offset | b.DocId | b.Term | b.Offset |
|---------|--------|----------|---------|--------|----------|
| 1 | vehicle | 1 | 1 | vehicle | 1 |
| 1 | vehicle | 1 | 1 | sales | 2 |
| 1 | sales | 2 | 1 | sales | 2 |

## 5.6   Computing Relevance Using Unchanged SQL

Relevance ranking is critical for large document collections as a Boolean query frequently returns many thousands of documents. Recent World Wide Web search engines such as Alta Vista and Yahoo!, as well as commercial information retrieval systems such as Excalibur's *RetrievalWare* and Verity's *Topic*, all implement relevance ranking. Numerous algorithms exist to compute a measure of similarity between a query and a document. We have discussed many of these variations in Chapter 2.

The vector-space model has been heavily discussed in the literature, and systems using this model have repeatedly performed well at the Text REtrieval and Evaluation Conference (TREC). Hence, the SQL-based system was built using this model. The model works by representing each document and each query by a vector of size $t$, where $t$ is the number of distinct terms in the document collection. The distance between the query vector Q and the document vector $D_i$ is used to rank documents. The following dot product measure computes this distance:

$$SC(Q, D_i) = \sum_{j=1}^{t} q_j \times d_{ij}$$

where $q_j$ is the $j$th term in the query, and $d_{ij}$ is the $j$th term in the $i$th document.

In the simplest case, each component of the vector is either zero or one (one indicates that the term corresponding to this component exists). Numerous weighting schemes are described in [Salton and Buckley, 1988], but one commonly used weight is *tf-idf* in which the term frequency is combined with the

SAMNDCA630-00937157

182    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

inverse document frequency (see Section 2.2.1). The following SQL implements
a dot product query with the *tf-idf* weight.

**Ex: 20**   SELECT i.DocId, SUM(q.tf * t.idf * i.tf * t.idf)
      FROM QUERY q, INDEX i, TERM t
      WHERE q.Term = t.Term AND
            i.Term = t.Term
      GROUP BY i.DocId
      ORDER BY 2 DESC

The WHERE clause ensures that only terms found in QUERY are included
in the computation. Since all terms not found in the query are given a zero
weight in the query vector, they do not contribute to the summation. The *idf*
is obtained from the TERM relation and is used to compute the *tf-idf* weight
in the select-list. The ORDER BY clause ensures that the result is sorted by
the similarity coefficient.

At this point we have used a simple similarity coefficient. Many variations of
this coefficient are found in the literature [Salton, 1989]. Unchanged SQL can
be used to implement these coefficients as well. Typically, the cosine coefficient
or its variants is commonly used. The cosine coefficient is defined as—

$$SC(Q, D_i) = \frac{\sum_{j=1}^{t} w_{qj} d_{ij}}{\sqrt{\sum_{j=1}^{t} (d_{ij})^2 \sum_{j=1}^{t} (w_{qj})^2}}$$

The numerator is the same as the dot product, but the denominator requires
a normalization which uses the size of the document vector and the size of
the query vector. Each of these normalization factors could be computed at
query time, but the syntax of the query becomes overly complex. To simplify
the SQL, two separate relations are created: DOC_WT (*DocId, Weight*) and
QUERY_WT (*Weight*). DOC_WT stores the size of the document vector for
each document and QUERY_WT contains a single tuple that indicates the size
of the query vector. These relations may be populated with the following SQL:

**Ex: 21**   INSERT INTO DOC_WT
      SELECT DocId, SQRT(SUM(i.tf * t.idf * i.tf * t.idf))
        FROM INDEX i, TERM t
      WHERE i.Term = t.Term
      GROUP BY DocId

**Ex: 22**   INSERT INTO QRY_WT
      SELECT SQRT(SUM(q.tf * t.idf * q.tf * t.idf))
        FROM QUERY q, TERM t
      WHERE q.Term = t.Term

For each of these INSERT-SELECT statements, the weights for the vector are
computed, squared, and then summed to obtain a total vector weight. The
following query computes the cosine.

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 63 of 131

**Ex: 23**  SELECT i.DocId, SUM(q.tf * t.idf * i.tf * t.idf) /
                      (dw.Weight * qw.Weight)
          FROM QUERY q, INDEX i, TERM t, DOC_WT dw, QRY_WT qw
          WHERE q.Term = t.Term AND
                  i.Term = t.Term AND
                  i.DocId = dw.DocId
          GROUP BY i.DocId, dw.Weight, qw.Weight
          ORDER BY 2 DESC

The inner product is modified to use the normalized weights by joining the two
new relations, DOC_WT and QRY_WT. An additional condition is added to
the WHERE clause in order to obtain the weight for each document.

To implement this coefficient, it is necessary to use the built-in square root
function which is often present in many SQL implementations. We note that
these queries can all be implemented without the non-standard square root
function simply by squaring the entire coefficient. This modification does not
affect the document ranking as $a \leq b \Rightarrow a^2 \leq b^2$ for $a, b \geq 0$. For simplicity
of presentation, we used a built-in *sqrt* function (which is present in many
commercial SQL implementations) to compute the square root of an argument.

### 5.7   Relevance Feedback in the Relational Model

Recent work has shown that relevance feedback may be incorporated into the
relational model [Lundquist et al., 1997]. Relevance feedback is the process of
adding new terms to a query based on documents presumed to be relevant in
an initial running of the query (see Section 3.1). In this work, separate SQL
statements were used for each of the following steps:

**Step 1:** Run the initial query. This is done using the SQL we
          have just described.

**Step 2:** Obtain the terms in the top $n$ documents. A query of the
          INDEX relation given a list of document identifiers (these
          could be stored in a temporary relation generated by Step 1
          will result in a distinct list of terms in the top
          $n$ documents. This query will run significantly
          faster if the DBMS has the ability to limit the number of
          tuples returned by a single query (many commercial systems
          have this capability). An INSERT-SELECT can be used to
          insert the terms obtained in this query into the QUERY relation.

**Step 3:** Run the modified query. The SQL remains the same as used in
          Step 1.

184    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

## 5.8   Summary

We discussed several approaches focused on the integration of structured and
text data. To aid the reader, we initially provided a limited review of the rela-
tional database model and continued with a historical progression of the data
integration field. We discussed the key concerns involved in data integration—
namely data integrity, portability, and performance—and noted that maintain-
ing and coordinating two separate systems was difficult and expensive to do.

Having motivated the integration of traditional relational database manage-
ment features with traditional information retrieval functionality, we described
early efforts that extended relational database management systems with user-
defined operators. These extensions provided information retrieval function-
ality, but also potentially incurred performance and portability penalties. We
concluded the chapter with a detailed illustration of the integration of both
information retrieval and relation database functionality using standard, un-
changed SQL. As of the time of the writing of this book, two major database
vendors are considering integrating this standard SQL information retrieval
functionality into their text processing efforts.

## 5.9   Exercises

1. Using *Alice in Wonderland* develop a utility to output a file that is suitable
   for populating the INDEX relation described in this chapter.

2. Load the output obtained in the preceding exercise into the relational DBMS
   of your choice.

3. Implement a simple dot product SQL query to query the data you have just
   loaded. Implement ten different queries.

4. Notice that the term *Alice* is replicated numerous times. Implement a Huff-
   man encoding compression algorithm to reduce the space stored for each
   term. Reload the INDEX relation and compute the amount of storage over-
   head.

5. Show how the probabilistic approach developed by Robertson and Sparck
   Jones described in Section 2.2.1 can be implemented as an application of a
   relational database system. Repeat this exercise for the approach developed
   by Kwok described in section 2.2.4.

SAMNDCA630-00937160

DEFENDANT'S EXHIBIT NO. 306.197

# 6 PARALLEL INFORMATION RETRIEVAL SYSTEMS

Parallel architectures are often described based on the number of instruction and data streams, namely single and multiple data and instruction streams. A complete taxonomy of different combinations of instruction streams and data was given in [Flynn, 1972]. To evaluate the performance delivered by these architectures on a given computation, *speedup* is defined as $\frac{T_s}{T_p}$, where $T_s$ is the time taken by the *best* sequential algorithm, and $T_p$ is the time taken by the parallel algorithm under consideration. The higher the speedup, the better the performance. The motivation for measuring speedup is that it indicates whether or not an algorithm scales. An algorithm that has near linear speedup on sixteen processors may not exhibit similar speedup on hundreds of processors. However, an algorithm that delivers very little or no speedup on only two processors will certainly not scale to large numbers of processors.

Multiple instruction multiple data (MIMD) implies that each processing element is potentially executing a different instruction stream. This is the case in most of the modern parallel engines such as the Intel Paragon and IBM SP2, as well as some of the earlier machines such as the Intel iPSC and the NCUBE/10. Synchronization is more difficult with this approach, as compared to a single instruction multiple data (SIMD) system, because one processor can still be running some code while another is waiting for a message.

In SIMD architectures, all processors execute the same instruction concurrently. A controlling master processor sends an instruction to a collection of slave processors, and they all execute it at the same time on different sequences

SAMNDCA630-00937161

DEFENDANT'S EXHIBIT NO. 306.198

186    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

of data. SIMD systems are effective when all processors work on different pieces of data with the same instruction. In such cases, large speedups using SIMD engines are possible. Some image processing applications, where each pixel or set of pixels are assigned to a processor, are solved efficiently by SIMD solutions. The Connection Machine (CM) and CM-2, the various MASPAR architectures, and the DAP are all SIMD machines.

In this chapter, we include only algorithms written for a parallel processor. We distinguish these algorithms from distributed algorithms since they are fundamentally different. A distributed information retrieval algorithm is designed to satisfy the need to store data in many physically different locations. The most known example of a distributed information retrieval system is the World Wide Web (WWW). We will discuss this and other distributed information retrieval systems in Chapter 7. However, with parallel systems, the processing elements are close to one another—often on the same board.

## 6.1   Parallel Text Scanning

In parallel pattern match, the text collection consisting of $n$ documents is partitioned into $p$ partitions ($p$ is typically the number of available processors) [Evans and Ghanemi, 1988]. Each available processor receives a partition of the text and a copy of the query. A sequential algorithm executes on each $\left\lceil \frac{n}{p} \right\rceil$ sized portion of text. Once this is done, all of the hits are returned to the controlling processor. Since it is possible for a pattern to span across two or more partitions, an additional step is required to check for matches that span partitions. This extra checking results in additional overhead for the parallel algorithm.

Parallel string matching is a simpler case of parallel text scanning, in that string matching assumes that the text to be searched is completely memory resident. A survey of parallel string matching algorithms is found in [Breslauer and Galil, 1991]. This survey describes several different parallel algorithms that search a text string of size $l$ for a pattern of size $k$.

The parallel pattern matching algorithm has a key flaw in that patterns which span partitions result in considerable overhead. For some cases, the parallel algorithm yields no speedup at all. The parallel signature file approach yields linear speedup over the sequential file, but run time for this algorithm is not better than the time required to implement a sequential indexing algorithm. This fact was pointed out by Salton when he implemented this algorithm on a Connection Machine and a SUN3 [Salton, 1988]. Additionally, Stone used an analytical model to compute that a sequential machine will outperform a parallel machine with 32K processors. This occurs if an inverted index is used for the sequential matching and the file scan is used on the 32K processor machine [Stone, 1987]. Another repetition of the theme that information retrieval does not require enough processing to enable good parallel processing algorithms is given in [Cockshott, 1989].

SAMNDCA630-00937162

DEFENDANT'S EXHIBIT NO. 306.199

Generally, parallel algorithms start with the best sequential algorithm. Comparing a parallel scanner to a sequential scanner is not an accurate measure of speedup, as it is well known that the best sequential algorithms use an inverted index.

### 6.1.1 Scanning Hardware

Numerous special purpose hardware machines have been built to scan text. A survey of these is found in [Hurson et al., 1990]. We briefly review two of these as they serve to illustrate the need for this portion of our taxonomy.

**6.1.1.1   Utah Retrieval System.**   The Utah Retrieval System (URS) is implemented as a non-deterministic finite state automata (FSA) with a series of special purpose comparators [Hollaar and Haskins, 1984, Hollaar and Haskins, 1991]. The FSA is constructed so that many non-deterministic paths are explored at the same time, therefore it never requires a backward look. The URS is essentially a smart disk controller, as the hardware is placed close to the disk controller so that only data that match the retrieval criteria are returned to the calling processor. As always, the motivation behind the special purpose algorithm is run-time performance. While proximity searching can be done, it is not clear that the URS can be used to store weights of terms in a document. Hence, this approach has some of the same problems as a signature-based approach.

More recent work with the URS employs an index and a simplified posting list. This posting list does not contain proximity information so the index is used simply to identify which documents should be scanned. The FSA is used to scan the documents to obtain the required response to the query. This scanning step is needed to determine the locations of terms within the document.

**6.1.1.2   A Data Parallel Pattern Matching Approach.**   To avoid precomputation of a FSA and to search large blocks of text simultaneously a data parallel pattern matching (DPPM) algorithm was developed [Mak et al., 1991]. In the DPPM algorithm, a block of data is compared against a sequential serial portion of the pattern. Sequentially, one character at a time of the search pattern is compared against an entire block of text. Given the high degree of mismatch between the pattern and the block of text an "early-out" mismatch detection scheme flushes out the entire block of text. This occurs once a match with the pattern is no longer possible. This early mismatch detection mechanism greatly reduces the total search processing time as redundant comparisons are avoided.

An architecture, which relied on multiple individual DPPM search engines to identify document offsets where the pattern matches were found, was outlined. Based on simple computations and the predetermined offsets, the required information retrieval operators proposed for the Utah Retrieval System were supported. A VLSI realization of the DPPM engine, and a corresponding

SAMNDCA630-00937163

188    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

analysis of the global architecture, was presented. The analysis demonstrated a potential search rate of one gigabyte of text per second.

### 6.1.2  Parallel Signature Files

**6.1.2.1   Connection Machine.**   An early algorithm developed for the Connection Machine used signature files to represent documents [Stanfill and Kahle, 1986]. Details of sequential algorithms that use text signatures are described in Section 4.3.

Several signatures are stored in each processing element. Each processing element is assigned signatures only for a single document. The reason for this is that it was assumed that a document would not expand beyond a single processing element. A query is processed by generating the bitmap for a term in the query and broadcasting it to all processors. Each processor checks the bitmap against the list of signatures. When a match occurs, the mailbox in the processing element that corresponds to the document is updated with the weight of the query term. Document weights due to repetition within a document are lost because the signature does not capture the number of occurrences of a word in a document. However, a global weight across the document collection is used.

Once all the signatures are scanned, the documents are ranked by doing a global maximum of all mailboxes. The processors whose mailboxes contain the global maximum are then zeroed, and the global maximum is repeated. This continues until the number of documents that should be retrieved is obtained.

The commercial implementation of this algorithm contained several refinements [Sherman, 1994]. The actual values for the signatures for the CM were—

$$w = \text{30 words per signature}$$
$$s = \text{1024 bits in a signature}$$
$$i = \text{10 hash functions used to code a word}$$

Fifty-five signatures were placed in a single processing element. The assumption that one processing element maps to a corresponding signature is removed. Additionally, weights are not done by document. They are computed for signature pairs. The idea being that a sixty word radius is a better document segment to rank than an entire document. Hence, a weight is maintained for each signature.

To resolve a query, the top one hundred query weights were used. The bitmap for the query was generated like before and rapid microcode was used to quickly check the corresponding $i$ bits in the signature. Whenever a query term appeared to match a signature, the corresponding weight was updated appropriately. Once the signature match was complete, the signature pairs were then combined using a proprietary scoring algorithm that averaged the weights of the two signatures. The use of signature pairs made it possible to incorporate proximity information into the relevance ranking. Some interprocessor communication occurs to obtain the single signature part that crosses

a document boundary (both above and below the processing element). However, the overhead for these two processor "sends" is low because it occurs only between adjacent processors.

The algorithm was completely memory resident, as the application queried a news wire service in which only the most recent news articles were used in retrieval. As documents aged, they were exported from the CM to make room for new documents. Several million documents could then be stored in memory and run-time performance was routinely within one to three seconds.

### 6.1.2.2   Digital Array Processor (DAP).

Signatures were used initially in the Digital Array Processor (DAP) by using a two-phased search. Many of the parallel algorithms are based on a bit serial implementation of the sequential algorithms given in [Mohan and Willett, 1985]. In this algorithm, signatures are assigned by using a term dictionary and setting a single bit in the signature for each term. The 1024 bit-long signatures are distributed to each processor (4096 processors). Hence, 4096 documents are searched in parallel. The query is broadcast to each processor. Since only one bit is set per term, the number of matching bits is used as a measure of relevance. This uses the assumption that a bit match with the query indicates a match with the term. Since several terms can map to the same bit in the signature, this is not always true.

To verify that a match really occurs, a second phase begins. In this phase a pattern matching algorithm is implemented, and the document is examined to compute the number of terms that really match. This is done sequentially and only for the documents that ranked highly during the first phase. Performance of the algorithm is claimed to be "good," but no specific results are presented [Pogue and Willett, 1987].

### 6.1.2.3   HYTERM.

A more recent approach by Lee, HYbrid TExt Retrieval Machine (HYTERM), uses a hybrid approach between special-purpose search hardware and partitioned signature files, which can be done via hardware or software [Lee, 1995]. This architecture employs a signature file using superimposed signatures to identify possible matches to a Boolean request. Once this is done, the false hits are removed either by a software scan or a special-purpose pattern match device.

The signatures are partitioned such that each partition has a certain key or portion of the signatures. This saves memory as the signatures in a given partition need not store the partition key. The key is checked quickly to determine whether or not the entire partition must be searched. The partitions are stored in memory, and are spread across the processors or, as Lee calls them signature modules, as they are filled. Initially, only one signature module is used. Once it is full, a single-bit key is used, and the signatures are partitioned across two processors. The process continues until all free processors are full, then new ones can be added and the process can continue indefinitely.

The actual text is stored across numerous small texts. Once the signature modules have identified candidate documents to be checked for false drops, the

190   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

text processing modules retrieve the document from a disk. It is noted that by spreading the documents across numerous disks, the resilience to failure improves. When a disk is down, it only means a few documents will be inaccessible. The overall query will still work, it will just have lower precision and recall than if the disk had been working. Documents are uniformly distributed to the disks, either by hashing or round-robin allocation.

**6.1.2.4   Transputers.**   Two algorithms were developed with transputers in the early 1990s [Cringean et al., 1990, Cringean et al., 1991]. The first was a term-based algorithm in which only full terms were encoded in a signature, the second algorithm uses trigrams (overlapping three character sequences—see Section 3.4) to respond to wildcard searches.

Another signature-based algorithm was implemented on a transputer network. Transputers essentially serve as building blocks to an arbitrary parallel interconnection network, and are often distributed as a chip in which *links* are present that can be connected to other transputers. For this approach, different interconnection networks were tested, but ultimately a *triple chain* network was used in which a master processor sends messages to three separate linear arrays. Using only a single linear array, data transmission requires on the order of $p$ steps, where $p$ is the number of processors.

A two-phased algorithm is again used. In this first phase, a master processor sequentially scans signatures for each document. The documents that correspond to signature matches are then distributed to the $p$ processors, and a sequential string matching algorithm is implemented on each of the $p$ processors. In this work, a modified Boyer-Moore algorithm by Horspool is used for sequential string matching [Horspool, 1983].

During one performance test, the signatures were eliminated and only string matching was done. For this test with fifteen processors, a speedup of 12.6 was obtained. Additional tests with varying signature lengths were conducted. For larger signatures, fewer false hits occur. Thus, less string matching in parallel is needed. With 512 bit signatures, fifteen processors only obtained a speedup of 1.4 because only thirteen percent of the original document collection were searched.

Additional tests were done with signatures based on trigrams instead of terms. Each trigram was hashed to a single bit. The pattern-matching algorithm implemented on each processor was modified to search for wildcards. These searches include symbols that indicate one or more characters will satisfy the search (e.g., a search for "st*" will find all strings with a prefix of "st"). Initial speedups for trigram-based signatures were only 2.1 for fifteen processors. This poor speedup was caused by the sequential signature match in the first phase of the algorithm. To alleviate this, additional transputer components were added so that two and then four processors were used to scan the signature file in parallel. With four transputers for the parallel signature match, speedup improved to 4.5 for twelve processors.

Another term-based transputer algorithm is found in [Walden and Sere, 1988]. In this work, a master processor sends the query to each of the processors where all "relevant" documents are identified and returned to the master for final ranking. "Relevant" is defined as having matched one of the terms in the query. Document signatures are used to save storage, but no work is done to avoid false hits. The interesting aspect of this work is that three different interconnection networks were investigated: ring, linear array, and tree. Speedups for a 10 megabyte document collection with a ring interconnection network were almost linear for up to fifteen processing elements, but fell to only 6.14 for sixty-three processing elements. Essentially, the test collection was too small to exploit the work of the processing elements. In a tree structure, sixty-three processing elements yielded a speedup of 7.33.

## 6.2   Parallel Indexing

Another approach is to parallelize the inverted index. The idea is to partition the index such that portions of the index are processed by different processors. Figure 6.1 illustrates an inverted index that has been partitioned between two processors. This is intrinsically more difficult, in that simply partitioning the index and sending an equal number of terms to each of the $p$ processors does not always result in equal amounts of work. Skew in posting list size poses a difficult problem. Nevertheless, parallel index algorithms were developed for the Connection Machine, the DAP, and some others. We discuss these algorithms in this section.

### 6.2.1   Parallel Indexing on a Connection Machine

The signature-based algorithm did not improve on the *best* sequential algorithm, so a new approach based on an inverted index was developed. Both an entirely memory resident index and a disk-based index were constructed [Stanfill et al., 1989]. The posting lists were sequences of document identifiers that were placed in a two dimensional array. Mapping between posting list entries, and placement within a two dimensional array was defined. The entries of the posting were allocated one at a time, starting with the first row and moving to the second row only after the first row was full. This has had the effect of allocating data to the different processors (since each column is processed by an individual processor) in a round-robin fashion.

Consider a posting list with terms $t_1$, $t_2$, and $t_3$. Assume $t_1$ occurs in documents $d_1$ and $d_2$. The posting list for this term will be stored in the first two positions of row zero, in an array stored in memory. Assume $t_2$ occurs in documents $d_1$ and $d_3$, and $t_3$ occurs in documents $d_1$, $d_2$, and $d_3$. For these three terms, the $2 \times 4$ dimensional array shown in Table 6.1 is populated. Using this approach a row of 1024 postings can be processed in a single step if all processors are used. A full row is referred to as a *stripe*. Since the terms have been scattered across the array, it is necessary to track which entries map to a given posting list. A second array is used for this purpose. It holds an entry for

SAMNDCA630-00937167

DEFENDANT'S EXHIBIT NO. 306.204

192    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Figure 6.1.**    Partitioning an Inverted Index



**Table 6.1.**    Parallel Storage of Posting Lists

| 1 | 2 | 1 | 3 |
|---|---|---|---|
| 1 | 2 | 3 |   |

the term followed by a start row, a start column, and a length for the posting
list. The start row and column indicate the first location in the posting list
that corresponds to the term. Continuing our example, the index table for the
terms 0, 1, and 2 is given in Table 6.2.

The first row of this entry indicates that term $t_1$ contains a posting list that
starts at position [0,0] and continues to position [0,1] of the two dimensional
posting list array given above. This can be inferred because the row-at-a-time
allocation scheme is used.

SAMNDCA630-00937168

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 73 of 131
DEFENDANT'S EXHIBIT NO. 306.205

A query of $n$ terms is processed in $n$ steps. Essentially, the algorithm is—

```
do i = 1 to n
    curr_row = index(i)
    for j = 1 to row_length do in parallel
        curr_doc_id = doc_id(curr_row)
        score(curr_doc_id) = score(curr_doc_id) + weight(curr_row)
    end
end
```

This is only a sketch of the algorithm. Extra work must be done to deactivate processors when an entire row is not required (a bit mask can be used to deactivate a processor). Additionally, for long posting lists, or posting lists that start at the end of a stripe, more than one row must be processed during a single iteration of the inner loop.

For each query term, a lookup in the index is done to determine which stripe of the posting list is to be processed. Each processor looks at its entry for the stripe in the *doc_id*. It is this *doc_id* whose score must be updated, as the entry in the posting list implies that the term in the query is matched by a term in this document. A one-dimensional score array (referred to as a "mailbox" in the original algorithm) is updated. This one-dimensional array is distributed as one element to each processor, so each processor corresponds to a document. For a document collection with more documents than processors a "virtual processor" must be used. (Note: there will always be no more than one update to the score element as the posting list only contains one entry for each term-doc appearance). The final ranking is done with a global maximum to find the highest-ranked element of the score array and to successively mask that element. This can be repeated until all documents have been retrieved.

This algorithm obtains good speedup when a posting list uses an entire stripe. The problem is that often a stripe is only being used for one or two entries. A posting list containing one entry results in 1023 processors doing nothing while one processor issues the update to the score array. The posting table may be partitioned by node in order [Stanfill, 1990, Stanfill and Thau, 1991]. to accommodate clusters of processors (or nodes). This facilitates the movement of data from disk into the posting array,

One node consists of thirty-two processors. The problem is that if the posting list entries are arbitrarily assigned to nodes based on a document range (i.e.,

**Table 6.2.**     Mapping of Index Terms to Posting List Entries

| Term | Start Row | Start Column | Length |
|------|-----------|--------------|--------|
| $t_1$ | 0 | 0 | 2 |
| $t_2$ | 0 | 2 | 2 |
| $t_3$ | 1 | 0 | 3 |

SAMNDCA630-00937169

DEFENDANT'S EXHIBIT NO. 306.206

node one receives postings for documents zero and two, while node two receives postings for documents one and three) it is conceivable that one node can have substantially more postings than another. To avoid this problem, the nodes are partitioned such that each partition contains a range of term identifiers. Occasionally, empty space occurs in a partition as there may be no data for a given range of terms in a particular range of documents. It can be shown that for typical document collections, eighty to ninety percent of the storage is used. This partitioned posting list yields improved speedup as the number of idle processors is reduced.

### 6.2.2   Inverted Index on the CM with Parallel Processing of Query Terms

The previous algorithm processed one query term at a time. Parallel processing was done to update the ranking, but even with optimal processor utilization (fully used stripes), the time taken for a query of $t$ terms is on the order of $O(t)$. An approach that allows logarithmic time is given in [Asokan et al., 1990]. The algorithm consists of the following steps—

**Step 1:** Partition the set of processors into clusters. Each cluster works on a single query term.

**Step 2:** Each cluster simultaneously references the index to determine the posting list that corresponds to its own cluster. Hence, cluster 1 obtains the posting list for term 1, cluster 2 obtains the posting list for term 2, etc.

**Step 3:** Use all $p$ processors to merge the $\lceil \frac{n}{p} \rceil$ posting lists, where $n$ is the number of documents. This effectively produces a sorted list of all documents that are referenced by the terms in the query. Since the posting list contains the weight, a document weight appears as well. Hence, a merged posting list might appear as— $< D1, 0.5 > < D1, 0.3 > < D2, 0.5 > < D2, 0.9 >$. This posting list occurs if document one contains two query terms with weights of 0.5 and 0.3, respectively, and document two contains two terms with weights of 0.5 and 0.9 respectively.

**Step 4:** Use all processors to eliminate duplicates from this list and generate a total score. After this step, our posting list appears as— $< D1, 0.8 > < D2, 1.4 >$

**Step 5:** Sort the posting list again based on the score assigned to each document. Our posting list will now appear as— $< D2, 1.4 > < D1, 0.8 >$

A modified bitonic sort can be done to merge the lists so the complexity of the algorithm is $O(\log_2 t)$ time. This appears superior to the O(t) time, but it should be noted that the algorithm requires $O(\lceil \frac{n}{p} \rceil)$ processors assigned to a cluster to process a single posting list for a given term. If too many terms exist, it may be necessary to overlay some of the operations.

### 6.2.3   Parallel Indexing on a Digital Array Processor (DAP)

As with the Connection Machine, an earlier scanning algorithm that uses term signatures on the DAP, was replaced with an indexing algorithm [Reddaway, 1991, Bond and Reddaway, 1993].

The key difference between the DAP algorithm and the CM algorithm is that a compressed posting list is used. Additionally, the algorithm running on the DAP is claimed to be more efficient as the DAP uses a simpler interconnection network (a mesh instead of a hypercube) and the global operations such as global maximum are substantially faster. Since no really remote "send" operations are done, the authors of the DAP approach claim that it is not necessary to have a hypercube.

The compression scheme is based on the observation that large hit lists often have the same leading bits. Consider a hit list that contains documents 8, 9, 10, 11, 12, 13, 14, and 15. The binary values all have a leading bit of 1 (1000, 1001, 1010, 1011, 1100, 1101, 1110, and 1111). By allocating one bit as a *block indicator*, the hits within the block can be stored in three bits. Hence, block 1 would contain the references (000, 001, 010, 011, 100, 101, 110, and 111). The total bits for the representation changes from $(8)(4) = 32$ to $1 + (8)(3) = 25$. Clearly, the key to this representation is the number of hits within a block. For the DAP, a 24-bit code (no compression) is used for rare terms (those that occur only once in every 50,000 documents). For terms that appear more frequently, an 8-bit block code with a 16-bit offset within the block (the block holds up to 64K) references entries in the posting list. Finally, for the most frequent terms, a 64K document block is treated as 256 separate sub-blocks. A key difference in the parallel algorithm for the DAP is that the expansion of the posting list into an uncompressed form is done in parallel. Performance of the DAP-based system is claimed to be 200 times faster than the previous sequential work. Other experiments using 4096 processors indicate the DAP 610 yields a significant (over one hundred times faster) improvement over a VAX 6000 [Manning, 1989, Reddaway, 1991].

### 6.2.4   Partitioning a Parallel Index

An analytical model for determining the best means of partitioning an inverted index in a shared nothing environment is given in [Tomasic and Garcia-Molina, 1993]. Three approaches were studied. The first, referred to as the *system* approach, partitioned the index based on terms. The entire posting list for term $a$ was placed on disk 1, the posting list for term $b$ was placed on disk 2, etc. The posting lists were assigned to disks in a round-robin fashion.

Partitioning based on documents was referred to as the *disk* strategy. In this approach, all posting list entries corresponding to document 1 are placed on disk 1, document 2 on disk 2, etc. Documents were assigned to disks in a round-robin fashion. Hence, to retrieve an entire posting list for term $a$, it is necessary to retrieve the partial posting lists from each disk for term $a$ and

196    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

merge them. Although the merge takes more time than the system entry, the retrieval can take place in parallel.

The *host* strategy partitioned posting list entries for each document and placed them on separate processors. Hence, document 1 is sent to processor 1, document 2 to processor 2, etc.

An analytical model was also developed by fitting a frequency distribution to some text (a more realistic approach than blindly following Zipf's Law). The results of the analytical simulation were that the *host* and *disk* strategy perform comparably, but the *system* strategy does not perform as well. This is because the *system* strategy requires sequential reading of potentially long posting lists and transmission of those lists. The *system* strategy becomes competitive when the communication costs were dramatically reduced.

### 6.2.5   A Parallel Inverted Index Algorithm on the CM-5

A more recent algorithm on the CM-5 is described in [Masand and Stanfill, 1994]. In this work, the documents were distributed to sixty-four different processors where a compressed inverted index was built for each of the processors. Construction of the inverted index was extremely fast. In twenty minutes, a 2.1 gigabyte document collection was indexed and the size of the index file was only twenty-four percent of the size of the raw text.

Queries are processed by sending the query to each of the processors and obtaining a relevance ranking for each processor. At this point, a global maximum is done to determine the highest ranked document among all the processors. This document is ranked first. The global maximum is repeated until the number of documents that are to be retrieved is obtained.

### 6.2.6   Computing Boolean Operations on Posting Lists in Parallel

Another area in which parallel processing is used in conjunction with an inverted index is the computation of Boolean operations on two posting lists, A and B [Bataineh et al., 1989, Bataineh et al., 1991]. The posting lists are partitioned so that the total number of elements in each partition is of equal size. The Boolean computation is obtained by computing the Boolean result for each partition. There is no need to compare values located in one partition with another because the partitions are constructed such that each partition contains values within a specific range and no other partition contains values that overlap within that range. This partitioning process can be done in parallel.

Once the partitions are identified, each one is sent to a separate processing element. Subsequently, each processing element individually computes the Boolean result for its values. Finally, the results are obtained and stored on disk. The algorithm was originally implemented on the NCUBE/4 and the Intel iPSC/2. For posting lists corresponding to term *human* and *English* of 520,316 and 115,831 postings, respectively (the MEDLINE database was used), speedups of five for an eight processor NCUBE were observed and a speedup of seven for a sixteen processor IPSC were obtained. It was noted that the

parallel algorithm began to degrade as the number of processors increased. As this happens, the amount of work per processor is reduced and communication overhead is increased.

### 6.2.7  Parallel IR As an Application of an RDBMS

One of the motivating features behind the development of an information retrieval engine as an application of the relational database model (see Chapter 5) was the availability of commercial parallel database implementations. Executing the SQL scripts that implement the information retrieval application on a parallel relational database engine results in a parallel implementation of an information retrieval system.

In [Grossman et al., 1997], the feasibility of implementing a parallel information retrieval application as a parallel relational database application was demonstrated. Using a four processor NCR DBC/1012 database engine nearly uniform processor loads and disk access rates were observed. From these findings, it was hypothesized that it was possible to develop a scaleable, parallel information retrieval system using parallel relational database technology.

To validate this hypothesis, scaling experiments were conducted using a twenty-four processor NCR DBC/1012 database engine [Lundquist et al., 1998]. The initial findings were, however, disappointing. Using the same relational table definitions described in [Grossman et al., 1997], only a forty percent processor efficiency was achieved. Further investigation revealed that the limiting factor to scalability was the non-uniform processor load on the DBC/1012.

The DBC/1012 supports automatic load balancing. The hashing scheme used to implement the load balancing is based on the index structure in the defined relational schema. In the DBC/1012 architecture used to evenly distribute the load, a uniformly distributed set of attributes must be the input to the hashing function. In the initial implementation, the hashing function was based on terms, and thus, was nonuniform. Modifying the input to the hashing function to include document identifiers, as well as terms, resulted in a uniform distribution of load to the processors. In later experimentation, a balanced processor utilization of greater than 92% was demonstrated, and a speedup of roughly twenty-two using twenty-four nodes, as compared to a comparable uniprocessor implementation, was achieved.

### 6.2.8  Summary of Parallel Indexing

Parallel processing within information retrieval is becoming more applicable as the cost of parallel I/O is reduced. Previous algorithms had problems with memory limitations and expensive communication between processors. Signature files were popular, but have not been used recently due to their unnecessarily high I/O demand and their inability to compute more sophisticated measures of relevance. Parallel inverted index algorithms are becoming more popular, and with improved compression techniques, they are becoming substantially more economical.

198    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

### 6.3   Parallel Implementation of Clustering and Classification

Recently, parallel clustering and classification implementations were developed
for the Intel Paragon [Ruocco and Frieder, 1997]. Using a production machine,
the authors developed a parallel implementation for the single-pass clustering
and single-link classification algorithms (see Section 3.2). Using the *Wall Street
Journal* portion of the TREC document collection, the authors evaluated the
efficiency of their approach and noted near-linear scalability for sixteen nodes.

To accurately compare the efficiency of the developed approaches, the results
derived from both the parallel and serial implementations must be identical.
Otherwise, an improvement in the efficiency of the algorithm (via parallelism)
could come at the expense of accuracy. 

The single-pass clustering algorithm is data, presentation, and order depen-
dent. Namely, the order in which the data are presented as input directly
affects the output produced. Thus, it was necessary to provide mechanisms
in the parallel implementation that mimicked the order of the presentation of
the documents as input to the algorithm. Guaranteeing the identical order of
document presentation resulted in the formation of identical clusters in both
the serial and parallel implementations. The authors noted that the size of the
clusters varied dramatically and suggested measures to reduce the cluster size
disparity. Since the size disparity is a consequence of the single-pass algorithm,
no modification was made.

### 6.4   Summary

As the volumes of data available on-line continued to grow, information re-
trieval solutions that were able to cope with the ever expanding collections
were needed. Towards addressing this data growth explosion, parallel solu-
tions were investigated. Initially, parallel information retrieval solutions fo-
cused on hardware-based full-text filtering. Eventually, these hardware solu-
tions gave way to software implementations that roughly mirrored the hardware
approaches. Recent parallel efforts are mostly algorithmic and architecturally
independent.

We began our review by describing parallel text scanning techniques. We
described two hardware solutions for full-text scanning, the Utah Retrieval
System and the data parallel data matching system. Both systems supported
hardware-level filtering to reduce the retrieved document sets. Although they
did demonstrate significant improvements as compared to software full-text
scanning, in general, full-text scanning introduces excessive I/O demands as all
documents must be scanned. Recently, efforts using the Utah Retrieval System
did rely on indexing, but given recent advances in parallel system technology,
in practice, special purpose solutions are quickly declining in popularity.

Later efforts developed software supported text scanning. To reduce the I/O
demands associated with full-text scanning, most efforts focused on signature
analysis. Early studies relied on SIMD architectures, namely the DAP archi-
tecture and the Connection Machine. Results demonstrated limited scalability

in terms of performance. Later signature analysis efforts were evaluated on MIMD systems such as the Inmos Transputers with somewhat better results.

The prohibitive I/O demands of text scanning approaches, both full-text and signature analysis, resulted in the development of parallel indexing approaches. The need for index-based approaches was clearly demonstrated in [Stone, 1987] where it was shown that serial computers using indexing techniques sustained faster retrieval speeds than parallel engines using a signature analysis approach. Parallel indexing approaches on both SIMD and MIMD architectures were developed, with some efforts resulting in near linear speedup.

We concluded this chapter with a brief overview of recent parallelizations of both clustering and classification algorithms. The approaches described were implemented on an Intel Paragon that was in production use. For all the algorithms studied, near linear speedup was noted.

Parallel information retrieval is a relatively unexplored area. The development of parallel scalable algorithms that efficiently support the strategies discussed in Chapter 2 and the utilities listed in Chapter 3 is needed. Currently, very few such algorithms are known, and even fewer, have been implemented and evaluated in a production environment.

A different approach to developing parallel information systems was recently addressed in [Grossman et al., 1997, Lundquist, 1997, Lundquist et al., 1998]. In these efforts, a mapping from information retrieval operators onto parallel databases primitives was defined. Parallelism was achieved without requiring new parallel algorithms to be developed. Roughly a 22-fold speedup using twenty-four nodes was achieved. Such speedup is encouraging, and especially so, since it was unnecessary to implement new software.

Given the diversity of the commercially available parallel systems and the vast types of applications that constitute the realm of information retrieval, all that is clear is that it is still an open question of how best to support the domain of parallel information retrieval.

## 6.5  Exercises

1. Develop an average-case algorithmic analysis for a sequential inverted index for a *tf-idf* vector space query with $t$ terms. Compare this to a parallel linear scan of a document collection with $p$ processors.

2. Develop an algorithm to search an inverted index in parallel with a MIMD machine that will perform as well as or better than the sequential algorithm. Analyze your algorithm and clearly describe your analysis.

3. Design a simple parallel document clustering algorithm and analyze its performance. Compare this to a sequential document clustering algorithm.

DEFENDANT'S EXHIBIT NO. 306.212

# 7 DISTRIBUTED INFORMATION RETRIEVAL

In the previous chapters, we focused on the use of a single machine to provide service to run an information retrieval. In Chapter 6, we discussed the use of a single machine with multiple processors to improve performance. Today, document collections are often scattered across many different geographical areas. Distributed Information Retrieval Systems (DIRS) provide access to data located in many different geographical areas on many different machines (see Figure 7.1). The search engines that exist on the World Wide Web (WWW) are examples of distributed information retrieval systems.

In the early 1980s, it was seen that DIRS would be necessary. First, a theoretical model was developed that described some of the key components of a DIRS. We describe this model in Section 7.1. Subsequently, in the late 1980s to early 1990s, specific algorithms to support DIRS were developed. We describe these in Section 7.2. Some implementation details of distributed IR systems are described in Section 7.3. Finally, in Section 7.4, we describe recent work on algorithms to support web-based search engines. Note that we could turn this chapter into a survey of web-based tools but that would be outside of the scope of this book. Surveys of search engines are found in [Courtois et al., 1995, Courtois, 1996, Hodges and Lehmann, 1997, Gudivada et al., 1997]. Several popular web engines include—Alta-Vista, CUI W3 Catalog, Excite, Harvest, Infoseek, Inktomi, Lycos, Open Text, WebCrawler, WWW Worm, and Yahoo!

DEFENDANT'S EXHIBIT NO. 306.213

202    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

**Figure 7.1.**    Distributed Document Retrieval



## 7.1   A Theoretical Model of Distributed IR

We first define a model for a centralized information retrieval system and then
expand that model to include a distributed information retrieval system.

### 7.1.1   Centralized Information Retrieval System

Formally, an information retrieval system is defined as a triple, $I = (D, R, \delta)$
where D is a document collection, R is the set of queries, and $\delta_j :\rightarrow 2^{D_j}$ is a
mapping assigning the *jth* query to a set of relevant documents.

Many information retrieval systems rely upon a thesaurus, in which a user
query is expanded, to include synonyms of the keywords to match synonyms
in a document. Hence, a query that contains the term *curtain* will also include
documents containing the term *drapery*.

To include the thesaurus in the model, it was proposed in [Turski, 1971] that
the triple be expanded to a quadruple as—

SAMNDCA630-00937177

DEFENDANT'S EXHIBIT NO. 306.214

$$I = (T, D, R, \delta)$$

where T is a set of distinct terms and the relation $\rho \subset T \times T$ such that $\rho(t_1, t_2)$ implies that $t_1$ is a synonym of $t_2$. Using the synonym relation, it is possible to represent documents as a set of *descriptors* and a set of *ascriptors*. Consider a document $D_1$, the set of descriptors $d$ consists of all terms in $D_1$ such that—

▢ Each descriptor is unique

▢ No descriptor is a synonym of another descriptor

An ascriptor is defined as a term that is a synonym of a descriptor. Each ascriptor must be synonymous with only one descriptor. Hence, the descriptors represent a minimal description of the document.

In addition to the thesaurus, a generalization relation over the sets of descriptors is defined as $\gamma \subset d \times d$ where $\gamma(t_1, t_2)$ implies that $t_1$ is a more general term than $t_2$. Hence, $\gamma(animal, dog)$ is an example of a valid generalization.

The generalization relation assumes that it is possible to construct a hierarchical knowledge base of all pairs of descriptors. Construction of such knowledge bases has been attempted both automatically and manually [Lenat and Guha, 1989], but many terms are difficult to define. Relationships pertaining to spatial and temporal substances, ideas, beliefs, etc. tend to be difficult to represent in this fashion. However, this model does not discuss how to construct such a knowledge base, only some interesting properties that occur if one could be constructed.

The motivation behind the use of a thesaurus is to simplify the description of a document to only those terms that are not synonymous with one another. The idea being that additional synonyms do not add to the semantic value of the document. The generalization relation is used to allow for the processing of a query that states "List all animals" to return documents that include information about dogs, cats, etc. even though the term *dog* or *cat* does not appear in the document.

The generalization can then be used to define a partial ordering of documents. Let the partial ordering be denoted by $\preceq$ and let $t(d_i)$ indicate the list of descriptors for document $d_i$. Partial ordering, $\preceq$, is defined as—

$$t(d_1) \preceq t(d_2) \Leftrightarrow (\forall t' \in t(d_1))(\exists t'' \in t(d_2))(\gamma(t', t''))$$

Hence, a document $d_1$ whose descriptors are all generalizations of the descriptors found in $d_2$ will have the ordering $d_1 \preceq d_2$. For example, a document with the terms *animal* and *person* will precede a document with terms *dog* and *John*. Note that this is a partial ordering because two documents with terms that have no relationship between any pairs of terms will be unordered.

To be *inclusive*, the documents that correspond to a general query $q_1$ must include (be a superset of) all documents that correspond to the documents that correspond to a more specific query $q_2$, where $q_1 \preceq q_2$. Formally—

SAMNDCA630-00937178

204    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

$$(q_1, q_2 \in Q) \wedge (q_1 \preceq q_2) \rightarrow (\delta(q_1) \supset \delta(q_2))$$

The model described here was proven to be inclusive in [Turski, 1971]. This means that if two queries, $q_1$ and $q_2$, are presented to a system such that $q_1$ is more general than $q_2$, it is not necessary to retrieve from the entire document collection for each query. It is only necessary to obtain the answer set for $q_1$, $\delta(q_1)$, and then iteratively search $\delta(q_1)$ to obtain the $\delta(q_2)$.

### 7.1.2  Distributed Information Retrieval System

The centralized information retrieval system can be partitioned into $n$ local information retrieval systems $S_1, S_2, \ldots, S_n$ [Mazur, 1984]. Each system $S_j$ is of the form:  $S_j = (T_j, D_j, R_j, \delta_j)$, where $T_j$ is the thesaurus; $D_j$ is the document collection; $R_j$ the set of queries; and $\delta_j : R_j \rightarrow 2^{D_j}$ maps the queries to documents.

By taking the union of the local sites, it is possible to define the distributed information retrieval system as—

$$S = (T, D, R, \delta)$$

where—

$$T = \bigcup_{j=1}^{n} T_j$$

$$s_j = s \bigcap (T_j \times T_j), R_j = R \bigcap (d_j \times d_j)$$

This states that the global thesaurus can be reconstructed from the local thesauri, and the queries at the sites $j$ will only include descriptors at site $j$. This is done so that the terms found in the query that are not descriptors will not retrieve any documents.

$$D = \bigcup_{j=1}^{n} D_j$$

The document collection, D, can be constructed by combining the document collection at each site.

$$R \supset \bigcup_{j=1}^{n} R_j, \preceq_j = \preceq \bigcap (R_j \times R_j)$$

The queries can be obtained by combining the queries at each local site. The partial ordering defined at site $j$ will only pertain to queries at site $j$.

$$(\forall r \in R)(\delta(r) = d : d \in D \wedge r \preceq t(d))$$

DISTRIBUTED INFORMATION RETRIEVAL     205

For each query in the system, the document collection for that query contains documents in the collection where the documents are at least as specific as the query.

The hierarchy represented by $\gamma$ is partitioned among the different sites. A query sent to the originating site would be sent to each local site and a local query would be performed. The local responses are sent to the originating site where they are combined into a final result set. The model allows for this methodology if the local sites satisfy the criteria of being a *subsystem* of the information retrieval system.

$S_1 = (T_1, D_1, R_1, \delta_1)$ is a subsystem of $S_2 = (T_2, D_2, R_2, \delta_2)$ if:

$$(T_1 \supset T_2) \wedge (R_1 = R_2) \bigcap (d_1 \times d_2) \wedge s_1 = s_2 \bigcap (T_1 \times T_2)$$

The thesaurus of $T_1$ is a superset of $T_2$.

$$D_1 \supset D_2$$

The document collection at site $S_1$ contains the collection $D_2$.

$$R_1 \in R_2 \wedge \preceq_1 = \preceq_2 \bigcap (R_1 \times R_2)$$

The queries at site $S_1$ contain those found in $S_2$.

$$\delta_1(r) = \delta_2(r) \bigcap D_1 \, for \; r \in R$$

The document collection returned by queries in $S_1$ will include all documents returned by queries in $S_2$. The following example illustrates that an arbitrary partition of a hierarchy may not yield valid subsystems.
Consider the people hierarchy—

$\gamma$(people, Harold), $\gamma$(people, Herbert), $\gamma$(people, Mary)

and the second animal hierarchy—

$\gamma$(animal, cat), $\gamma$(animal,dog), $\gamma$(cat,black-cat),
$\gamma$(cat, cheshire), $\gamma$(dog, doberman),
$\gamma$(dog, poodle)

Assume that the hierarchy is split into sites $S_1$ and $S_2$. The hierarchy at $S_1$ is—

206    INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

$\gamma$(people, Harold), $\gamma$(people, Mary)
$\gamma$(animal, cat), $\gamma$(animal,dog), $\gamma$(dog, doberman), $\gamma$(dog, poodle)

The hierarchy at $S_2$ is—

$\gamma$(people, Herbert), $\gamma$(people, Harold)
$\gamma$(animal, cat), $\gamma$(animal, doberman), $\gamma$(cat, cheshire), $\gamma$(cat, black-cat)

Consider a set of documents with the following descriptors—

$D_1$ = (Mary, Harold, Herbert)
$D_2$ = (Herbert, dog)
$D_3$ = (people, dog)
$D_4$ = (Mary, cheshire)
$D_5$ = (Mary, dog)
$D_6$ = (Herbert, black-cat, doberman)
$D_7$ = (Herbert, doberman)

A query of the most general terms (people, animal) should return all documents 2 through 7 (document 1 contains no animals and the query is effectively a Boolean AND). However, the hierarchy given above as $S_1$ will only retrieve documents $D_3$ and $D_5$, and $S_2$ will only retrieve documents $D_6$ and $D_7$. Hence, documents $D_2$ and $D_4$ are missing from the final result if the local results sets are simply concatenated. Since, the document collections cannot simply be concatenated, the information retrieval systems at sites $S_1$ and $S_2$ fail to meet the necessary criterion to establish a subsystem.

In practical applications, there is another problem with the use of a generalizion hierarchy. Not only are they hard to construct, but also it is non-trivial to partition them. Partitioning of the hierarchy to the different sites may have result in a valid subsystem. This distributed model has been expanded to include weighted keywords for use with relevance [Mazur, 1988].

## 7.2   Replication in Distributed IR Systems

Distributed structured DBMS algorithms were first developed in the early 1980s. These algorithms, such as the two-phase commit [Elmasri and Navathe, 1994, Date, 1994, Ceri and Pelagatti, 1984, Oszu and Valduriez, 1991], support updates to multiple sites in a single transaction. Since the premise behind information retrieval systems is that updates occur relatively infrequently, replication algorithms specific to information retrieval systems have been developed. We first describe snapshots (a technique used in DBMS replication), and then describe information retrieval specific algorithms that are descended from snapshots. The first, quasi-copies, replicates data based on various conditions. The second, a more recent algorithm by Obraczka, was developed for web-based replication [Obraczka et al., 1996].

SAMNDCA630-00937181

DEFENDANT'S EXHIBIT NO. 306.218

### 7.2.1  Snapshots

The fundamental differences in a distributed information retrieval system and
a distributed DBMS are—

▫ Modifications to existing data occur infrequently

▫ Reads occur far more frequently than writes

Replication of data from a remote site to a local site is commonly done when
users at the local site access the same data repeatedly. Instead of paying the
expensive communication cost, a copy of the data is made at the local site.
Users then read the data from the local site without any communication cost.
However, writing data requires the distributed DBMS to invoke an algorithm
that updates all copies of the replicated data. Since local writes to the data
dramatically complicate the use of replicated data, it has been proposed that
only a read of the replicated data should be permitted.

Users may read the data at a local site, but all updates to the data are made
to the site from which the data was originally copied. Periodically, after some
time $t$, the local data is refreshed from the originating site. Since the data
is refreshed at a pre-defined time, and is not refreshed at the local site every
time the original values are updated, it is essentially a *snapshot* of the original
data at time $t$. Snapshots, and a variety of algorithms to maintain them, have
been proposed to provide support for distributed DBMS in which applications
typically do more reads than writes.

### 7.2.2  Quasi-copies

Quasi-copies is an extension of snapshots specifically developed for distributed
information retrieval systems. The basic idea is to address user requirements
specific to a distributed information retrieval system. Some reasons for these
different requirements are—

▫ Public access to information retrieval systems is becoming much more com-
mon than access to distributed DBMS. Almost 125,000 of Dow Jones 160,000
customers have access to a personal computer (PC). These PCs can be used
to locally store copies of the centralized document collection.

▫ Typically, inserts to a DBMS are small (i.e., add employee). Granted there
are exceptions for scientific applications, but these do not commonly use
traditional DBMS.

▫ Information retrieval systems often have a higher communication cost. The
users of the Dow Jones system access the data over telephone lines. Hence,
communication costs dramatically exceed disk I/O.

Essentially, a quasi-copy is a copy of data item $x$ that is only updated based
on consistency criteria specified by the user. Instead of a fixed time $t$ as in
snapshots—temporal windows, version conditions, and arithmetic conditions
are defined.

208    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

### 7.2.3   Temporal Windows

Let $x(t)$ denote the value of data item $x$ at time $t$. Let the quasi-copy of $x$ be denoted by $x'$. A temporal window is defined such that $x'$ will always be *no more* than $\alpha$ temporal units younger than $x$. A snapshot representation assumes that the data are refreshed after $\alpha$ units of time. Here, the temporal window is not dictated as precisely to the system. As long as no item $x'$ is not older than $\alpha$, this constraint is satisfied. Should the system have the necessary resources, it is acceptable to refresh $x'$ prior to the deadline imposed by $\alpha$. Formally—

$$(\forall t \geq 0), \exists k, (0 \leq k \leq \alpha) \wedge (x'(t) = x(t - k))$$

### 7.2.4   Version Conditions

As data item $x$ is updated, $x'$ is no longer current. Instead of determining when to refresh $x$ based on time, the number of updates to $x$ is used. A threshold $\beta$ is assigned so that no more than $\beta$ updates to $x$ occur before $x'$ is refreshed. Let $v(x)$ indicate the version of $x$. After two updates, v(x) is equal to two. Let $x(t_0)$ indicate the initial values of $x$. Formally—

$$\forall t \geq 0, \exists k, 0 \leq k \leq \beta \wedge v(x(t)) = v(x(t_0)) + k$$

### 7.2.5   Arithmetic Conditions

The final condition allows the user to check on the magnitude of an update to data item $x$ before a refresh of $x'$ is done. Data item $x'$ is updated if an update to $x$ results in the new value of $x$ exceeding a threshold $\epsilon$. Formally—

$$\forall t \geq 0, |x'(t) - x(t)| \leq \epsilon$$

This constraint determines when a copy of $x'$ is refreshed by the current value of $x$. Once this condition is defined, it is necessary to verify its correctness. It is possible that an update to $x$ could occur, resulting in the need to refresh $x'$. However, if the central site fails after $x$ is updated, but prior to a send to $x'$, it is possible the consistency constraints will not be satisfied. Time continues to pass, but the value of $x'$ is still not updated. To ensure correctness, it is necessary to use a two-phased commit (2PC) protocol to ensure that if $x$ and $x'$ are both updated, they are updated within a single transaction.

Since 2PC requires resources to be held until the transaction completes, performance is improved if it is possible to relax the requirement that the constraints must always be satisfied. Instead, the originating site guarantees that a message is sent to all sites every $\delta$ seconds. If no refresh is required for a given site and $\delta$ seconds have elapsed, a null message is sent. Upon receipt of the null message, the local site sets a flag AVAILABLE to true, indicating that the originating site is available (as indicated by the fact that it is sending messages). If $\delta$ seconds have elapsed and the receiving site has not received

SAMNDCA630-00937183

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 88 of 131

DEFENDANT'S EXHIBIT NO. 306.220

a message from the originating site the AVAILABLE flag is set to false. The application at the local site then notifies users that constraints may not be satisfied because of a site failure.

An analytical performance model for quasi-copies is described in [Alonso et al., 1990]. It is intuitive to expect that as more data are stored locally, communication is reduced and performance improves. The cost of checking constraints is also considered. The model verifies that if too many constraints result in frequent communications, any gains in performance due to local copies are lost. However, for systems where infrequent updates occur performance is improved. This verifies the assumption that the cost of checking numerous constraints at a central site is far less than the cost of sending every update to the value $x$ at the originating site to all sites that have a copy of $x'$.

### 7.2.6   Massive Replication of Internet Archives

A recent algorithm designed to support replication of internet archives was given in [Obraczka et al., 1996]. Essentially, the algorithm estimates topological information between source nodes, replicas, and groups replicates based on their physical topology. Those that are deemed closest (lowest communication cost based on available bandwidth and propagation delay) are automatically grouped together. The source node then has to replicate only to one replica in a group and it can then be later propagated to each group member.

Individual replicas request data from a source member. Whenever a replica is transferred, the destination sends a message to members in its group indicating that it has received a replica that has a given timestamp. When a site receives this message, it checks to see if its current replica is out of date, and if so it requests a copy. Since each replica requests data, and is only sent data upon its request. It is not possible for a site to receive data from more than one place at a given time. Overhead associated with this approach is relatively small and is primarily based on the frequency with which communication costs are estimated. The key to this approach is that replicas are oriented automatically (some prior work required manual administration) and the heuristic constantly tries to send data to sites that have a low communication cost.

## 7.3   Implementation Issues of a Distributed IR System

A prototype used to investigate implementation details of a distributed information retrieval system is described in [Martin et al., 1990].

### 7.3.1   Client/Server Architecture

Macleod developed a hybrid between an actual implementation and a simulator [Macleod et al., 1987]. Information retrieval system simulators were used at local sites, but the communications between sites was actually implemented using remote operation calls, a communications protocol, and a directory system.

SAMNDCA630-00937184

**210**   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

### 7.3.2   Remote Operation Calls

Remote operation calls (ROCs) make it possible for a node at one site to invoke a procedure located at another site. The ROC may be synchronous or asynchronous. Additionally, a ROC may be sent to one site (unicast) or sent to multiple sites (multicast) whereby the code requested would be executed at all receiving sites, but the sending site would only use results obtained by the first site to receive the ROC. A unicast ROC is directed at a specific site or it may be undirected. An undirected ROC is sent to a site that contains the requested procedure according to some previously defined policy indicating the order in which sites are to be searched for the appropriate procedure. Essentially, ROCs are extensions of commonly used remote procedure calls (RPCs) [Birrell and Nelson, 1984]. A RPC is an undirected, unicast, synchronous ROC.

### 7.3.3   Directory Server

A directory server is used to store metadata about objects in the distributed database, and the sites with which that data are located. ROCs are provided to add and delete directory entries. To protect against a failure of a directory server, the server itself may be replicated. Searching the directory server is done via a ROC.

### 7.3.4   System Performance

System performance was measured for various data distribution strategies. A network consisting of only four sites was tested. The distributed data that were in the following form—

- Dictionary—contains all distinct words in the document collection
- Inverted file—list of doc_id's in which the word appears
- Text Index—structured data and a pointer to all text
- Text File—copy of the free text

The following data distribution strategies were tested—

1. Place all files (inverted index, text, directory) on a single node. This is equivalent to a centralized system.

2. Limit the dictionary, inverted file, text index, and text file to one node each. Replicate the inverted index file to one additional node. Hence, the network contains two copies of the inverted index.

3. Same as strategy number two, but the text index (smallest of all files) is replicated to every node.

4. The text file is partitioned across three nodes. The intent of this is to place local documents at each site on each of these nodes. The text file remains

DEFENDANT'S EXHIBIT NO. 306.222

at all nodes, and the text index file and the index file are replicated to two nodes.

The performance of strategy one was even worse than a centralized system because of overhead incurred by providing support for ROC's. Strategies involving replicated data (two, three, and four) showed improved performance for higher workloads in precisely the expected areas. It should be noted that the workload consisted solely of read operations. No writes to the database were attempted, so it is difficult to ensure that replicated copies would continue to provide acceptable performance. Since the premise of an information retrieval system is that reads are far more frequent, this study verifies the intuitive belief that replicated data dramatically reduce the communication cost required to access the data remotely.

### 7.3.5  Caching

Data caching was also investigated for this system [Martin et al., 1990, Martin and Russell, 1991]. However, data were assumed to be primarily read-only so quasi-copies were not used. Instead, algorithms that pre-fetched data were used. When a local site requests a block and it is not in the local cache, a request for the block and the next sequential block is made. Pre-fetching was tested both during a transaction request and during user wait time. While a user waited, disk blocks close to the most recently fetched block are obtained from the server. The performance simulation verified that this strategy results in improvements over LRU (Least Recently Used) strategies because of the "sequentiality" of the workload.

### 7.3.6  Efficient Document Allocation

In an effort to improve the efficiency of document processing in distributed information retrieval systems, a genetic algorithm for document distribution across multiple execution sites was presented in [Frieder and Siegelmann, 1991]. Given a clustered document collection, the authors developed a genetic algorithm with a modified crossover procedure that allocated documents onto a distributed information retrieval environment subject to two constraints.

The first constraint focused on a uniform processing load. Given a simplifying uniform document access assumption (i.e., all documents are, on average, equally relevant to the issued queries), the authors developed an allocation algorithm that evenly balanced the access to the documents. This was accomplished by guaranteeing that the number of documents allocated to any pair of execution sites did not differ by more than one document. If indeed the access to all documents was uniform, the derived allocation would provide a somewhat balanced processing load. Given "hotspots" in document access, however, non-uniformity in processing loads was likely to occur. However, load balancing was achieved to a degree.

The second constraint imposed was that closely related documents (assumed to be those documents found in the same cluster) were mapped close (on the

DEFENDANT'S EXHIBIT NO. 306.223

212   INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

same or neighboring nodes whenever possible) to each other. This was achieved by developing a cost function based on document location proximity that favored those mappings where closely related documents were "near" each other.

In spite of the uniform document access assumption, the greatest limitation with this approach was the lengthy computation times commonly experienced when using genetic algorithm-based solutions. Given the processing time constraints, the experimentation focused on only small collections. Nonetheless, the derived mappings were significantly better in terms of the specified cost functions than those mappings derived by other more conventional approaches such as greedy and random algorithms. In 1994, a follow-on study [Park et al., 1994], used the parallelization of this approach to support an enlarged document collection.

In parallelizing genetic algorithms, a key concern is the mating procedure. In serial implementations, genetic algorithms rely on global mating in the crossover phase. The global mating principle assumes that any member in the population can mate with any other population member with equal probability. Supporting global mating in distributed memory parallel implementations results in significant communication overhead when mating a pair of members that reside on differing execution sites.

To reduce the overhead, the implementation in [Park et al., 1994] uses predominantly local mating (an island model). In local mating, only members that reside on the same execution site are routinely mated. Mating across sites occurs infrequently. The greater the cross-site mating, the closer the parallel implementation resembles the serial implementation. Given the probabilistic nature of genetic algorithms, it is difficult to compare the average quality of the allocations derived by the serial and parallel implementations. In terms of scalability, near optimal speedup was achieved.

## 7.4   Improving Performance of Web-based IR Systems

Using a web server to implement an information retrieval system does not dramatically vary the types of algorithms that might be used. For a single machine, all of the algorithms given in Chapter 4 are relevant. Compression of the inverted index is the same, partial relevance ranking is the same, etc. However, there has been some work at improving the performance of information retrieval systems that are specific to the use of web services.

Some work is being done to apply web server performance improvements to the development of distributed information retrieval systems [Liu et al., 1996]. In those cases, the use of pre-started processes, or *cliettes*, avoids the start-up costs of starting processes from a typical common gateway interface (CGI). This was used to implement a prototype system that provides search access to eight library collections.

It is reasonable to improve accuracy of a web search engine by sending the request to a variety of different search engines and merging the results. This has been done by several web services and the issues surrounding fusion of results have been the part of a side track of the TREC since TREC-4. More recent

DEFENDANT'S EXHIBIT NO. 306.224

work following this thread can be observed in the CYBERosetta prototype system where a request is sent to multiple search servers and the results are merged into a single result [Desantis et al., 1997].

Lee describes several heuristics developed to merge search results that are obtained from multiple independent search engines [Lee, 1997]. His findings demonstrate that using his CombMNZ fusion heuristic results in higher retrieval accuracy than any of the individual search engines used. Aloui, et. al. expanded these findings and concluded that to best capitalize on result fusion techniques, as individual input search engines greatly differ in their processing strategies and utilities [Alaoui et al., 1998]. Most current web servers use a very detailed, full-text index, but if the Web continues to grow it may not be practical to use a single index.

Early work in the area of web-based distributed query processing was done by [Duda and Sheldon, 1994] in which a system that used the Wide Area Information Service (WAIS) only sent queries to certain servers based on an initial search of the content of those servers. The content was described by some specific fields in the documents that exist on each server such as *headline* of a news article or *subject* of an e-mail message. The use of a content index is the middle ground between sending the request to all of the servers, or providing a very detailed full-text index, and sending the request to only those servers that match the index.

More recent work done for the Glossary-of-Servers Server (GlOSS) builds a server that estimates the best server for a given query, based on the vector-space model [Gravano and Garcia-Molina, 1995]. The query vector is matched with a vector that characterizes each individual server. The top $n$ servers are then ranked and searched. Several means of characterizing a server are explored. The simplest is to sum the *tf-idf* weights of each term on a given server and normalize based on the number of documents on the server. This yields a centroid vector for each server. A *tf-idf* vector space coefficient (as described in Section 2.1) can then be used to rank the servers for a given query. Different similarity coefficient thresholds at which a server is considered a possible source and assumptions used to estimate which databases are likely to contain all of the terms in the query are also used. It is estimated that the index on the GlOSS server is deemed to be only two percent of the size of a full-text index.

Query processing using a full-text index on a web server can be done with any of the combination of strategies and utilities described in Chapters 2 and 3. However, an additional strategy based on the use of hypertext links found on web pages has recently been investigated [Yuwono and Lee, 1996]. In this work, a strategy referred to as *vector spreading activation* was investigated in which documents were ranked based on a match with a term in a simple query, then those documents *that contained links* to the original set of documents were also assumed to contain the query term. The weight of the documents was scaled to be less than the weight of the documents that actually contained the term. Experiments with scaling factors 0 and 0.5, and with increments of 0.1, showed that 0.2, was the best scaling factor. Vector spreading activation was shown

SAMNDCA630-00937188

to be slightly better than *tf-idf* when precision recall was measured for a small
test collection of only 2,393 web pages. Additionally, this system did not use a
full-text index. The indexer uses only HTML tokens such as terms in boldface
or italics, the first sentence of every list item, titles, all-level headings, and
anchor hypertexts.

## 7.5   Web Search Engines

No section on distributed information retrieval would be complete without some
mention of web search engines. Search tools that access web pages on the
Internet are prime examples of the implementation of many of the algorithms
and heuristics discussed in this book. These systems are, by nature, distributed
in that they access data stored on web servers around the world. Most of these
systems have a centralized index, but all of them store pointers in the form of
hypertext links to various web servers.

These systems service millions of user queries a day, and all of them have
an inverted index on the order of 50 to 200 GB. We do not describe each
search engine in vast detail because search engines change very frequently (some
vendors produce new releases or publish fixes in a week). Instead, we focus on
the distributed aspects of these systems and provide a general guide to the
type of effectiveness algorithms that they employ. In most cases, effectiveness
algorithms are somewhat crude because efficiency is paramount to the success
of these systems.

### 7.5.1   Excite

**7.5.1.1   Effectiveness.**   Excite uses the vector space model for relevance
ranking [Spencer et al., 1998]. Term weights are computed as the $\sqrt{(tf)} \times idf$,
a compromise between using the $tf$ and the $\log(tf)$. The Singhal document
length normalization, as described in Section 2.1.2, is used as the basis for how
documents are normalized.

An extended Boolean operator as we have described in Section 2.4 is used
to ensure these documents that contain more matching terms in the query are
ranked higher than those which only have a single term in the query. This
operator, which is referred to as a *coordination level*, is based on work done in
[Rose and Stevens, 1996].

Additional document length normalization is done to adjust the ranking such
that very short documents are given a relatively low weight. The premise is
that very long documents and very short documents should be adjusted for
size.

Other, more web-specific, adjustments are made to document ranking. The
number of hypertext links coming into or emanating from a document is also
considered in the ranking. A document that is heavily linked is considered
more likely to be relevant to a query than a document that has very few links.
Additionally, a manually built hierarchy of web sites is used to adjust the
ranking. This hierarchy is used for users who wish to browse the web, but who

DEFENDANT'S EXHIBIT NO. 306.226

do not have a specific query in mind. In addition to browsing, the hierarchy is used for ranking because a document that appears in the hierarchy is considered more likely to be relevant. The premise is that there are "good"sites in the hierarchy.

Excite also takes care to avoid duplicate documents. At present, a simple hash of each document is done and matched against existing documents. If the hash value (MD5 hashing is used) matches, a duplicate is identified. This requires a perfect match of the two documents. Other duplicate document detection algorithms exist in which duplicates are identified by the multiple hashing of overlapping *shingles*. Shingles are segments of text that are chosen from across several portions of a document [Broder et al., 1997]. These will be incorporated into future versions of Excite.

Manual relevance feedback, as described in Section 3.1, is used to assist users in finding documents in subsequent search iterations. After an initial search, users can choose an entry in the result set and indicate that they wish to invoke the "more like this" function. This function is implemented by treating the selected document as a query and re-running the initial query.

To additionally help users, a suggested term list is identified after a user query. This includes terms that a user may wish to add to the query in subseuqent iterations. These terms are identified from a sparse term-term co-occurence matrix as described in Section 3.6.1.1. At present, the matrix contains 100,000 terms, and an entry in the matrix is made for a given term-term pair when the term weight of each term exceeds a particular threshold. The term-term matrix must fit into memory to provide acceptable run-time. As of May 1998, the term matrix resides within one gigabyte of memory.

Much work is done on parsing (see Section 3.8). Stemming is not implemented, and a small list of 199 stop words is used. Special handling of special characters is used to treat terms such as *AT&T* and *F-16* as a single term. Also, e-mail addresses are maintained as a single term.

**7.5.1.2   Efficiency and Distributed Query Processing.**   The Excite inverted index is compressed using techniques similar to those described in Section 4.1.2. At present, a 50 GB index is used to access 50 million documents. The performance goal for all queries is to use only a single CPU second per query. Currently, ten million queries are processed in a typical day.

Excite also has a proprietary algorithm that is used to synchronize an *idf* across different sites. At present, this algorithm is patent pending so details can not be disclosed.

*7.5.2 Infoseek*

**7.5.2.1   Effectiveness.**   Infoseek uses an inference network for relevance ranking, but the weights are implemented using simple *tf-idf* weights [Kirsch, 1997a]. The ranking is analogous to that done by the vector space model (see Section 2.1 and 2.3 for relevant background).

DEFENDANT'S EXHIBIT NO. 306.227

216   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Relevance feedback (see Section 3.1) will soon be implemented by allowing users to choose a document in the result set and ask for more documents *like* the one selected. Terms from the selected document will be chosen and used as the original query.

A precomputed "directory" is obtained using document clustering. Users navigate through the directory following hypertext links instead of issuing an ad hoc query. The directory is formed by partitioning documents into domains via clustering (see Section 3.2). A cluster is generated by identifying training documents that belong to a particular cluster and computing a centroid for the cluster. Documents are then compared to the cluster centroids and are added to the cluster with the closest centroid. Clusters are then randomly checked for accuracy, and documents that do not fit in a cluster are eliminated.

Another form of document clustering is used to improve the final result set. This result list is modified such that documents that occur in a single web site are *clustered* into a single result.

Efficiency concerns drive most of these design decisions. The *tf-idf* weight is relatively simple and quick to implement. Relevance feedback with only a single document is certainly less expensive than feedback from the top $n$ documents. Finally, document clustering, as described here, can be done in $O(nk)$ time where $n$ is the number of documents and $k$ is the number of clusters. A multiple pass DOC-DOC similarity matrix is too computationally expensive.

**7.5.2.2   Distributed Processing.**   Infoseek has a patent on a distributed processing algorithm [Kirsch, 1997b]. The algorithm spreads the document collection across different either homogeneous or heterogenous search engines. All that is required by each engine is the ability to search for a set of query terms and identify the documents that contain the query terms. A query is then submitted to each site. It is then run independently on each site and a list of documents is returned along with the number of occurences of each query term ($tf$) inside of each document. The document frequency, $df$, is also identified for each site. The responses are all sent to the node that originated the query. A global $idf$ is then be computed. Given that the $tf$ for each document is sent from each site, a *tf-idf* weight may be computed, and the final result is very similar to one in which an entirely centralized index is used. Note that the result will vary if the top $x$ documents are chosen from each site. A document ranked in the $x+1$ position may be eliminated from a site when in a centralized collection, as it would have been ranked higher than any other site.

This algorithm avoids the problem that a term may have a local $idf$ very different from the global $idf$. A site devoted to baseball might have the phrase *pine tar* many more times than a typical site. A query about *baseball incidents with pine tar* might rank documents at the baseball site very low if *pine tar* has a low local $idf$ when, in reality, the global $idf$ of *pine tar* is high and these documents should in fact be ranked high. Returning the term frequencies to the originating site also avoids the need to update the local $idf$ at each site whenever a new document is added to a single site. The $df$ for the one site

must be updated, but all other *df*'s may remain the same. The algorithm guarantees that the same document in two different collections, which are each maintained by separate search engines, will still be identically scored in the final result (after the results from each search engine are merged).

The distributed algorithm does not describe the exact communication mechanism between sites. One proposal given in [Gravano et al., 1997] standardizes the exact data structures that should contain the document identifiers, term frequencies, and document frequencies required to share data between different inverted indexes. In this proposal, the sites can have very different search algorithms, but they send the basic values back to the originating site in a straightforward fashion.

## 7.6  Summary

Data are created, modified, summarized, characterized, and categorized worldwide. Institutions now consider data as one of their key assets. It is no longer possible to centralize data into one repository. Data are best managed where they are located [Shuey et al., 1997] and are an essential entity of distributed systems [Shuey, 1986]. Therefore, the information retrieval world must embrace this reality. In this chapter, we reviewed past and present efforts in the realm of distributed information retrieval.

We began by presenting a theoretical foundation for the representation and analysis of centralized information retrieval systems. Having presented a model for centralized information retrieval systems, we partitioned our global model into local partitions whose union is equivalent to the original centralized model. Properties of distributed information systems, such as replication, were defined. We highlighted issues such as distributed snapshots, quasi-copies, temporal windows, and versioning—culminating with a commentary on massive replication of data archives.

After presenting the theoretical underpinnings of distributed information retrieval systems, we addressed a diversity of associated implementation issues. Predominant in our discussion was overall system run-time performance. Towards improving run-time performance, caching strategies, system architectures, and data distribution schemes were discussed.

We concluded our discussion of distributed information retrieval with what can be argued as one of the key technological impacts on today's society, namely, the World Wide Web. Our goal was not to review in detail any of the technological, societal, or commercial aspects of the World Wide Web, but to simply place the Web in an appropriate context within the field of information retrieval.

In our daily existence, it is virtually impossible to survive without being exposed to some aspect of the World Wide Web. Advertisements, news items, stock quotes, entertainment information, and propaganda of various sorts are continuously available to each of us on the Web. Newspaper articles and television shows refer to their World Wide Web addresses. Thus, even those individuals who are not using computer technology as part of their daily activities

218   INFORMATION RETRIEVAL:   ALGORITHMS AND HEURISTICS

are still bombarded with the Web. The true societal question is—are we better off given this situation?

Clearly our intent in writing this book was not to necessarily motivate societal change, nor was it to address society's concerns. A critical concern of the Web that we must, however address, lest we be negligent, is the issue of data reliability. Data content on the Web is currently unconstrained, and with the exception of one's own level of self control, no refereeing for validity is performed on the data. By data content we are not addressing the issue of the moral nature of the information available on-line nor are we referring to censorship concerns, although these are emotionally charged and relevant issues. What we are referring to are the issues of technical correctness of the material and the permanence of the access to it.

Routinely, data are posted to the Web and indexes are set to these items. Periodically, after some duration of time, the posted items are removed and are no longer publicly available. Unfortunately, the indexes to these items are rarely deleted and both local and remote pointers continue to reference the now non-existent items. Thus, even though the original item was relevant to a user's query, and hence the index information related to it is likely to have potentially affected the relevance ranking process—the item itself is no longer available. This can result in users that would have been satisfied with having somewhat less relevant but still available items, now retrieving only pointers to non-existing references.

If one is fortunate and does retrieve relevant data, a key concern is the technical correctness of the data. It is clear that even in the past many articles that appeared in press were technologically flawed. This has always been of concern. However, today, with the broad availability of on-line electronic publishing, the degree of quality assurance has greatly decreased. Web data are typically not verified for correctness prior to publication. Thus, as long as the user is aware of the level of quality assurance of the data retrieved from the Web, the Web is a great resource. Remember, regardless of what is listed on anyone's home page, the world is still round.

A more recent phenomenon of concern to Web users is the notion of "spoofing the web search engines." Some users are now including key words and phrases as part of their documents to intentionally mislead Web search engines. Currently, the search engine community is focusing on developing heuristics to combat this situation, but no one hundred percent solutions exist.

Clearly the realm of distributed information retrieval is greatly impacting our lives. What solutions will solve the existing bandwidth overload, improve the technical accuracy of the on-line information both in terms of items available and retrieved, and still coexist with moral concerns is a question for which many books can be written. Such books can be both technical and societal in nature, and hence, we leave it for others to explore.

SAMNDCA630-00937193

DEFENDANT'S EXHIBIT NO. 306.230

## 7.7   Exercises

1. Develop a distributed IR algorithm that stores equally sized portions of an inverted index on separate machines. Compute the communications overhead required by your approach.

2. Describe the effects of document updates on a distributed IR algorithm described in this chapter.

3. Recently Web search engines are facing the problem that developers of Web pages are adding terms that are commonly queried just to draw attention to their page. A user might add *Disneyland* to a page about *kitchen plumbing.* Develop a heuristic to circumvent this problem—talk about how your approach will avoid a reduction in effectiveness for a "normal" or untampered document collection.

DEFENDANT'S EXHIBIT NO. 306.231

# 8 THE TEXT RETRIEVAL CONFERENCE (TREC)

We have already described many different search and retrieval approaches, most of which primarily focused on improving the accuracy of the information retrieval engines. Unlike other search and retrieval domains, e.g., traditional relational databases, the accuracy of retrieval is not constant. That is, in the traditional relational database domain all techniques result in perfect accuracy. Hence, the main concern, in terms of performance evaluation, is the overall system throughput and the individual query performance.

In the information retrieval domain, accuracy varies as the associated precision and recall measures of all engines are both approach and data dependent. Thus, all information retrieval performance evaluation must account for both the resulting accuracy, as well as the associated processing times. In both database and IR systems performance evaluation, commonly referred to as *benchmarking*, must also take storage overhead into account. Given the continuing improvements in storage technology coupled with the ongoing reduction in their costs, relatively little attention is focused on storage overhead reduction as compared to improving computational time—and where appropriate, accuracy demands.

To assess the performance of database systems, many benchmarks were developed. Many of these benchmarks are in commercial use. Examples of such benchmarks include the TPC family of benchmarks [Kohler, 1993]. Until relatively recently, little emphasis was placed on the development of benchmarks for uniform evaluation of the performance of information retrieval approaches

DEFENDANT'S EXHIBIT NO. 306.232

or engines. The datasets used in the evaluation of information retrieval systems were small in size, often on the order of megabytes, and the mix of queries studied were limited in number, domain focus, and complexity.

In 1985, Blair and Maron [Blair and Maron, 1985] authored a seminal paper that demonstrated what was suspected earlier. Performance measurements obtained using small datasets were not indicative for larger document collections. In the early 1990s, the United States National Institute of Standards and Technology (NIST), using the text collection created by the United States Defense Advanced Research Project Agency (DARPA), initiated a conference to support the collaboration and technology transfer between academia, industry, and government in the area of text retrieval. The conference, named the Text REtrieval Conference (TREC) aims to improve evaluation methods and measures in the information retrieval domain by increasing the research in information retrieval using relatively large test collections on a variety of datasets.

TREC is an annual event with November 1998 scheduled as the seventh conference in the series. In its 1998 incarnation, TREC consists of a primary task: ad hoc retrieval of English. Numerous sub-tasks include foreign language and cross language tracks, speech processing, high-precision interactive filtering, and large corpus tracks. We focus our discussion on the mainstream task only since it occurs continuously every year.

Conference participation procedures are as follows. In early January, participation proposals are due at NIST. After evaluation, accepted participants are required to sign several copyright and other participation rule agreements and are sent the data. Strict deadlines, typically in August, are set for submission of results. For ease of processing, results are submitted in designated formats. All participants that submit final results are invited to the yearly conference.

The volume of TREC data is continuously growing with the current mainstream (main tracks) data being on the order of multiple gigabytes. Representative collection statistics are listed in Table 8.1.

TREC data are provided by NIST on CDs to all participants. The data are stored in compressed format, and are delimited by SGML markers. A sample of a typical uncompressed TREC document is presented in Figure 8.1.
Each year, 50 queries are specified for each main-stream task. Queries are available on-line from a password-protected ftp site and are also SGML delimited. A sample query is illustrated in Figure 8.1.

Currently, there are three levels of TREC participation: categories A, B, and C. All three categories adhere to the same processing rules and support the same manner of interaction. All three categories process the queries either manually (some degree of human interaction) or automatically (no degree of human interaction). The primary differences between the three involvement categories are the volume of data that must be processed, and the degree of reporting that is required from the participant. Categories A and C process the entire dataset, on the order of a few gigabytes, while category B is for resource-limited participants and consists of several hundreds of megabytes. Finally,

SAMNDCA630-00937196

DEFENDANT'S EXHIBIT NO. 396.233

Table 8.1.    Size of TREC data

| Disk | Collection | Size (MB) | Number of Documents | Median $\frac{Terms}{Doc}$ | Mean $\frac{Terms}{Doc}$ |
|---|---|---|---|---|---|
| 1 | Wall Street Journal, 1987—1989 | 267 | 98,732 | 245 | 434.0 |
| 1 | Associated Press, 1989 | 254 | 84,678 | 446 | 473.9 |
| 1 | Computer Select, Ziff-Davis | 242 | 75,180 | 200 | 473.0 |
| 1 | Federal Register, 1989 | 260 | 25,960 | 391 | 1,315.9 |
| 1 | abstracts of US DOE | 184 | 226,087 | 111 | 120.4 |
| 2 | Wall Street Journal, 1990—1992 | 242 | 74,520 | 301 | 508.4 |
| 2 | Associated Press, 1988 | 237 | 79,919 | 438 | 468.7 |
| 2 | Computer Select, Ziff-Davis | 175 | 56,920 | 182 | 451.9 |
| 2 | Federal Register, 1988 | 209 | 19,860 | 396 | 1,378.1 |
| 3 | San Jose Mercury News, 1991 | 287 | 90,257 | 379 | 453.0 |
| 3 | Associated Press, 1990 | 237 | 78,321 | 451 | 478.4 |
| 3 | Computer Select, Ziff-Davis | 345 | 161,021 | 122 | 295.4 |
| 3 | US Patents, 1993 | 243 | 6,711 | 4,425 | 5,391 |
| 4 | Financial Times, 1991—1994 | 564 | 210,158 | 316 | 412.7 |
| 4 | Federal Register, 1994 | 395 | 55,630 | 588 | 644.7 |
| 4 | Congressional Record, 1993 | 235 | 27,922 | 288 | 1,373 |

Figure 8.1.    Sample TREC document

```
<DOC>
<DOCNO>WSJ880406-0090 </DOCNO>
<HL> AT&T Unveils Services to Upgrade Phone Networks Under Global Plan
</HL>
<AUTHOR> Janet Guyon (WSJ Staff) </AUTHOR>
<DATELINE> NEW YORK </DATELINE>
<TEXT>
```
American Telephone & Telegraph Co. introduced the first of a new generation of
phone services with broad implications for computer and communications equipment
markets. AT&T said it is the first national long-distance carrier to announce prices
for specific services under world-wide standardization plan to upgrade phone net-
works. By announcing commercial services under the plan, which the industry calls
the Integrated Services Digital Network, AT&T will influence evolving communi-
cations standards to its advantage, consultants said, just as International Business
Machines Corp. has created de facto computer standards favoring its products. ...
```
</TEXT>
</DOC>
```

category A and B participants must fully document the algorithms that they
followed in their participation, while category C participants are typically from
industry and need not fully describe their process to protect proprietary secrets.

SAMNDCA630-00937197

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 102 of 131

**Figure 8.2.**   Sample TREC query

```
<top>
<num> Number: 168
<title> Topic: Financing AMTRAK

<desc> Description:
A document will address the role of the Federal Government in financing the operation
of the National Railroad Transportation Corporation (AMTRAK)
<narr> Narrative:
A relevant document must provide information on the government's responsibility to
make AMTRAK an economically viable entity. It could also discuss the privatization
of AMTRAK as an alternative to continuing government subsidies given to air and
bus transportation with those provided to AMTRAK would also be relevant.
</top>
```

Throughout its existence, interest in TREC activities has steadfastly increased. With the expanding awareness and popularity of distributed information retrieval engines, e.g., the various World Wide Web search engines, the number of academic and commercial TREC participants continues to grow. Given this increased participation, more and more techniques are being developed and evaluated. The transfer of general ideas and crude experiments from TREC participants to commercial practice from year to year demonstrates the success of TREC.

Over the years, the raw average precision numbers presented in the various TREC proceedings initially increased and then decreased. This appears to indicate that the participating systems have actually declined in their accuracy over the past several years. In actuality, the queries have increased in difficulty. When the newer, revised systems currently participating in TREC are run using the queries and data from prior years, they tend to exhibit a higher degree of accuracy as compared to their predecessors. Any perceived degradation is probably due to the relative complexity of the queries.

We do not review the performance of the individual engines participating in the yearly event since the focus of this book is on algorithms, and the details of the effects of the individual utilities and strategies are not always documented. Detailed information on each TREC conference is available in written proceedings or on-line at: *www.nlp-ir.nist.gov.*

TREC, although successful, does have its shortcomings. As noted, performance evaluation in retrieval systems involves both accuracy and performance assistance. TREC, however, only evaluates accuracy, paying little if any, significance to processing times and storage overheads. In terms of relevancy (accuracy), common TREC criticism focuses on the means of judging document-to-query relevancy.

Given the limited number of human document judgment analysts available to NIST, pooling is used to determine the relevant documents. Pooling, as now

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 103 of 131
DEFENDANT'S EXHIBIT NO. 306.235

used in TREC [Harman, 1995], is the process of selecting top-ranked documents obtained from multiple engines, merging and sorting them, and retaining the remaining unique document identifiers as relevant documents (i.e., removing the duplicate document identifiers). Although relatively effective, pooling does result in several false-negative document ratings. Hence, some of the accuracy measures are somewhat imprecise. Finally, complicating this imprecision is the lack of statistically significant differences between the results obtained among the systems, creating further grievances.

SAMNDCA630-00937199

DEFENDANT'S EXHIBIT NO. 306.236

# 9   FUTURE DIRECTIONS

In spite of all the past successful research efforts, the domain of information retrieval is still in its infancy. As recently as ten years ago, the number of retrieval strategies that were commonly noted in the literature could be counted on one hand. Most of the research literature focused on the four key retrieval strategies: the vector space, probabilistic, Boolean, and fuzzy-set. In this book alone, we described eight different strategies and have merely highlighted the more popular ones.

Until recently, distributed information retrieval was only of theoretical interest. With the insurgence of personal Internet use and the advent of the World Wide Web (WWW), distributed information retrieval, namely search and retrieval of information across the WWW, is of daily practice.

In terms of the research community, heightened interest is best demonstrated by the increased popularity of the NIST TREC activities. In its initial years, the number of participants in the TREC activities numbered less than thirty for most tasks. In the sixth NIST TREC meeting, the number of participants exceeded fifty. This increase in participation has occurred despite the fact that NIST no longer provides any financial support to the participants.

Given the growing interest, future advances are clearly on the horizon. The question is what areas still need further investigation. We project future research using the same paradigm used throughout the book. That is, first we address strategies, followed by utilities and efficiency concerns. Issues involving parallelism and distributed processing conclude our projections.

228    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

Additional data strategies are probably required. In the TREC activities, the average precision numbers rarely reach the forty percent mark for any task. Significantly improving these numbers requires new insight and potentially a new strategy. The past several years have resulted in a steady improvement in retrieval accuracy, but current results are still unacceptable. It is unlikely that even this continued improvement will result in significant strides to sufficiently improve retrieval accuracy. This is especially true when faced with vastly larger data sets. It is reasonable to suspect that simple pattern matching approaches will continue to stay at the existing plateau observed in TREC during the last two or three years. To go beyond this will more than likely require incorporation of more complex natural language processing. At present, recent work on information extraction and "light parsing" are just now becoming computationally feasible.

Additional strategies are also required to cope with the diversity of data presently available on-line. Throughout this book, we addressed only text oriented data. Given the adage a picture is worth a thousand words, one must find a way of extracting and integrating the thousands of words portrayed by an image. Currently, information retrieval models do not support this. There are efforts that address the image integration issue, for example, the IRIS (more recently adapted as the IBM ImageMiner Project) [Alshuth et al., 1998]. However, they still do not fully integrate structured, text, and image data into a cohesive environment. It is reasonable to expect that the future will require an extended corpus consisting of integrated text with images. Such a corpus will make it possible to evaluate progress of new text and image retrieval algorithms.

It is possible to represent information retrieval processing utilities on a continuum where the two extremes are simple pattern matching and full natural language text processing. Currently, the majority of the utilities fall closer to the simple pattern matching end of the continuum. For example, both passage-based and n-gram clearly focus on purely pattern matching analysis. Semantic networks and parsing techniques more closely align with natural language processing, but clearly do not support full content analysis as expected from natural language processing. It is our belief that to significantly increase the accuracy of retrieval, the connotational meaning of the text, in contrast to its denotational, or even worse—purely its character representation—must be extracted. Initial work in text extraction is ongoing, but only limited success has been demonstrated.

Parallel processing architectures are now widely available and are in daily use. They are no longer just research engines. Even our personal computers are configured as parallel processing engines. Thus, information retrieval applications must be developed to harness this parallel processing capability. In Chapter 6, we overviewed some of the ongoing parallel processing efforts. None of these efforts, however, have demonstrated scalability to the thousands of nodes. None can handle a diversity of data formats, support multi-language retrieval, efficiently support all of the described retrieval strategies and utilities, provide multi-user concurrency with on-line recovery, and support a plug

and play composition of strategies and utilities environment. Furthermore, with the diversity of the underlying models of parallel architectures, even if some solutions to the above concerns are available, they do not seamlessly port across multiple parallel architectures. Clearly, in the realm of parallelism in information retrieval, there is a wide area for further investigation.

With the continued advances in wireless technology, data are available not only on host computers, but also on mobile computing devices world wide. This distributed nature introduces several issues not previously of vast concern to the information retrieval domain. For example, due to the portable nature of the storage devices, most of the data are available only at uncertain time intervals. Furthermore, each search site has access to only limited information and this information may change rapidly. Thus, distributed information retrieval algorithms must account for these constraints. Some ongoing research efforts in the domains of distributed operating and database systems focus on related issues. An adaptation of some of the results from such efforts might be appropriate. To date, no information retrieval research efforts address these concerns.

Throughout this book, we have advocated a plug and play architecture for information retrieval. We overviewed strategies, utilities, efficiency considerations, integration paradigms, and processing topologies for information retrieval. The true research and development question for future information retrieval research is how does one reach synergy in the composition of all of these factors.

SAMNDCA630-00937202

DEFENDANT'S EXHIBIT NO. 396.239

# References

[Adams, 1991] Adams, E. (1991). *A Study of Trigrams and Their Feasibility as Index Terms in a Full Text Information Retrieval System.* PhD thesis, George Washington University, Department of Computer Science.

[Aho and Corasick, 1975] Aho, A. and Corasick, M. (1975). Efficient string matching: An aid to bibliographic search. *Communications of the ACM,* 18:333–340.

[Alaoui et al., 1998] Alaoui, M., Goharian, N., Mahoney, M., Salem, A., and Frieder, O. (1998). Fusion of information retrieval engines (FIRE). In *Proceedings of the International Conference on Parallel and Distributed Processing Techniques and Applications (PDPTA-98).*

[Allan et al., 1995] Allan, J., Ballesteros, L., Callan, J., Croft, W., and Lu, Z. (1995). Recent experiments with INQUERY. In *Proceedings of the Fourth Text REtrieval Conference (TREC-4),* pages 49–63.

[Alonso et al., 1990] Alonso, R., Barbara, D., and Garcia-Molina, H. (1990). Data caching issues in an information retrieval system. *ACM Transactions on Database Systems,* 15(3):359–384.

[Alshuth et al., 1998] Alshuth, P., Hermes, T., Herzog, O., and Voigt, L. (1998). On video retrieval: Content analysis by Imageminer. In *Proceedings of the IS&T/SPIE Symposium on Electronic Imaging 98, Science and Technology, Multimedia Processing and Applications, Storage and Retrieval for Image and Video Databases,* volume 3312, pages 236–247.

[Asokan et al., 1990] Asokan, N., Ranka, S., and Frieder, O. (1990). A parallel free text search system with indexing. In *Proceedings of the International Conference on Databases, Parallel Architectures, and their Applications (PARBASE-90),* pages 519–534.

[Ballerini et al., 1996] Ballerini, J., Buchel, M., Domenig, R., Knaus, D., Mateev, B., Mittendorf, E., Schauble, P., Sheridan, P., and Wechsler, M. (1996).

SAMNDCA630-00937203

DEFENDANT'S EXHIBIT NO. 396.240

SPIDER retrieval system at TREC-5. In *Proceedings of the Fifth Text REtrieval Conference (TREC-5)*, pages 217–228.

[Bataineh et al., 1991] Bataineh, A., Ozguner, F., and Sarwal, A. (1991). Parallel boolean operations for information retrieval. *Information Processing Letters*, 39:99–108.

[Bataineh et al., 1989] Bataineh, A., Sarwal, A., Ozguner, F., and Dick, R. (1989). Parallel boolean operations for information retrieval. In *Conference on Hypercubes, Concurrent Computers, and Applications*, pages 445–448.

[Beckwith and Miller, 1990] Beckwith, R. and Miller, G. (1990). Implementing a lexical network. *International Journal of Lexicography*, 3(4):302–312.

[Belew, 1989] Belew, R. (1989). Adaptive information retrieval. In *Proceedings of the Twelfth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 11–20.

[Bell et al., 1990] Bell, T., Cleary, J., and Witten, I. (1990). *Text Compression*. Prentice Hall, Englewood Cliffs, NJ.

[Berry, 1992] Berry, M. W. (1992). Large-scale sparse singular computations. *The International Journal of Supercomputer Applications*, 6(1):13–49.

[Birrell and Nelson, 1984] Birrell, A. and Nelson, B. (1984). Implementing remote procedure calls. *ACM Transactions on Computer Systems*, 2(1):39–59.

[Blair, 1974] Blair, D. (1974). SQUARE (Specifying QUeries as Relational Expressions) as a document retrieval language. Unpublished working paper, University of California, Berkeley.

[Blair, 1988] Blair, D. (1988). An extended relational document retrieval model. *Information Processing and Management*, 24(3):349–371.

[Blair and Maron, 1985] Blair, D. and Maron, M. (1985). An evaluation of retrieval effectiveness for a full-text document-retrieval system. *Communications of the ACM*, 28(3):289–299.

[Bleir, 1967] Bleir, R. (1967). Treating hierarchical data structures in the SDC time-shared data management system (TDMS). In *Proceedings, 22nd ACM National Conference*, pages 41–49.

[Bond and Reddaway, 1993] Bond, N. and Reddaway, S. (1993). A massively parallel indexing engine using DAP. *Cambridge Parallel Processing. Technical Report*.

[Boughanem and Soulé-Depuy, 1997] Boughanem, M. and Soulé-Depuy, C. (1997). Mercure at TREC-6. In *Proceedings of the Sixth Text REtrieval Conference (TREC-6)*, pages 187–193.

SAMNDCA630-00937204

[Boyer and Moore, 1977] Boyer, R. and Moore, J. (1977). A fast string searching algorithm. *Communications of the ACM*, 20(10):762–772.

[Breslauer and Galil, 1991] Breslauer, D. and Galil, Z. (1991). Parallel string matching algorithms. *Carnegie-Mellon. Technical Report: CUCS-002-92.*

[Brill, 1992] Brill, E. (1992). A simple rule-based part of speech tagger. *Proceedings of the Third Conference on Applied Computational Linguistics*, pages 152–155.

[Broder et al., 1997] Broder, A., Glassman, S., Manasse, M., and Zweig, G. (1997). Syntactic clustering of the web. Technical Report 1997-015, Digital Equipment Corporation, Systems Research Center (SRC).

[Broglio et al., 1994] Broglio, J., Callan, J., Croft, W., and Nachbar, D. (1994). Document retrieval and routing using the INQUERY system. In *Proceedings of the Third Text REtrieval Conference (TREC-3)*, pages 29–38.

[Buckley et al., 1994] Buckley, C., Salton, G., Allan, J., and Singhal, A. (1994). Automatic query expansion using SMART: TREC-3. In *Proceedings of the Third Text REtrieval Conference (TREC-3)*, pages 69–80.

[Buckley et al., 1995] Buckley, C., Singhal, A., Mitra, M., and (G. Salton) (1995). New retrieval approaches using SMART: TREC-4. In *Proceedings of the Fourth Text REtrieval Conference (TREC-4)*, pages 25–48.

[Burgin, 1995] Burgin (1995). The retrieval effectiveness of five clustering algorithms as a function of indexing exhaustivity. *Journal of the American Society for Information Science*, 46(8):562–572.

[Callan, 1994] Callan, J. (1994). Passage-level evidence in document retrieval. In *Proceedings of the Seventeenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 302–310.

[Cavnar, 1993] Cavnar, W. (1993). N-gram based text filtering for TREC-2. In *Proceedings of the Second Text REtrieval Conference (TREC-2)*, pages 171–179.

[Cavnar and Vayda, 1993] Cavnar, W. and Vayda, A. (1993). N-gram based matching for multifield database access in postal applications. In *Proceedings of the Second Annual Symposium on Document Analysis and Information Retrieval*, pages 287–297.

[Ceri and Pelagatti, 1984] Ceri, S. and Pelagatti, G. (1984). *Distributed Databases: Principles and Systems*. McGraw-Hill.

[Chen, 1995] Chen, H. (1995). Machine learning for information retrieval: Neural networks, symbolic learning, and genetic algorithms. *Journal of the American Society for Information Science*, 46(3):194–216.

[Chen and Lynch, 1992] Chen, H. and Lynch, K. J. (1992).  Automatic construction of networks of concepts characterizing document databases. *IEEE Transactions on Systems, Man, and Cybernetics*, 22(5):885–902.

[Chen et al., 1993] Chen, H., Lynch, K. J., Basu, K., and Ng, T. (1993). Generating, integrating, and activating thesauri for concept-based document retrieval. *IEEE Expert*, 8(2):25–34.

[Chen and Ng, 1995] Chen, H. and Ng, T. (1995). An algorithmic approach to concept exploration in a large knowledge network (automatic thesaurus consultation): Symbolic branch and bound search versus connectionist hopfield net activation. *Journal of the American Society for Information Science*, 46(5):348–369.

[Chen et al., 1995] Chen, H., Yim, T., and Frye, D. (1995). Automatic thesaurus generation for an electronic community system. *Journal of the American Society for Information Science*, 46(3):175–193.

[Chen, 1976] Chen, P. (1976). The entity relationship model—toward a unified view of data. *ACM Transactions on Database Systems*, 1(1):9–36.

[Chen and Wang, 1995] Chen, S. and Wang, J.-Y. (1995). Document retrieval using knowledge-based fuzzy information retrieval techniques. *IEEE Transactions on Systems, Man, and Cybernetics*, 25(5):793–803.

[Church, 1988] Church, K. (1988). A stochastic parts program and noun phrase parser for unrestricted text. In *Proceedings of the Second Conference on Applied Natural Language Processing*, pages 136–143.

[Cockshott, 1989] Cockshott, P. (1989). Disadvantages of parallelism in text retrieval. In *Proceedings of the IEE Colloquium on Parallel Techniques for Information Retrieval Digest*, pages 377–387.

[Codd, 1970] Codd, E. (1970). A relational model for large shared data banks. *Communications of the ACM*, 13(6):377–387.

[Cohen, 1995] Cohen, J. (1995).  Highlights: Language and domain-independent automatic indexing terms for abstracting. *Journal of American Society for Information Science*, 46(3):162–174.

[Cohen and Kjeldsen, 1987] Cohen, P. and Kjeldsen, R. (1987). Information retrieval by constrained spreading activation in semantic networks. *Information Processing and Management*, 23(4):255–268.

[Connell et al., 1996] Connell, W. O., Ieong, I., Schrader, D., Watson, C., Biliris, A., Choo, S., Colin, P., Linderman, G., Panagos, E., Wang, J., and Walter, T. (1996). A teradata content-based multimedia object manager for massively parallel architectures. In *Proceedings of the 1996 ACM Special Interest Group on the Management of Data (SIGMOD)*, pages 68–78.

[Cooper, 1991] Cooper, W. (1991). Some inconsistencies and misnomers in probabilistic information retrieval. In *Proceedings of the Fourteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 57–62.

[Cooper et al., 1992] Cooper, W., Gey, F., and Dabney, D. (1992). Probabilistic retrieval based on staged logistic regression. In *Proceedings of the Fifteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 198–210.

[Courtois, 1996] Courtois, M. (1996). Cool tools for web seaching: An update. *Online*, 20(3):29–36.

[Courtois et al., 1995] Courtois, M., Baer, W., and Stark, M. (1995). Cool tools for searching the web. *Online*, 19(6):15–31.

[Crawford, 1981] Crawford, R. (1981). The relational model in information retrieval. *Journal of the American Society for Information Science*, pages 51–64.

[Crestani, 1994] Crestani, F. (1994). Comparing neural and probabilistic relevance feedback in an interactive information retrieval system. In *Proceedings of the IEEE International Conference on Neural Networks*, pages 3226–3230.

[Cringean et al., 1990] Cringean, J., England, R., Manson, G., and Willett, P. (1990). Parallel text searching in serial files using a processor farm. In *Proceedings of the Thirteenth Annual ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 429–445.

[Cringean et al., 1991] Cringean, J., England, R., Manson, G., and Willett, P. (1991). Nearest-neighbour searching in files of text signatures using transputer networks. *Electronic Publishing–Origination, Dissemination, and Design*, 4(1):185–202.

[Croft and Harper, 1979] Croft, W. and Harper, D. (1979). Using probabilistic models of document retrieval without relevance information. *Journal of Documentation*, 35(4):282–295.

[Croft and Xu, 1994] Croft, W. and Xu, J. (1994). Corpus-specific stemming using word form co-occurence. In *Proceedings for the Fourth Annual Symposium on Document Analysis Information Retrieval*, pages 147–159.

[Crouch, 1989] Crouch, C. (1989). A cluster-based approach to thesaurus construction. In *Eleventh International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 309–320.

[Crouch, 1990] Crouch, C. (1990). An approach to the automatic construction of global thesauri. *Information Processing and Management*, 26(5):629–640.

[Crouch et al., 1994] Crouch, C., Crouch, D., and Nareddy, K. (1994). Associative and adaptive retrieval in a connectionist system. *International Journal of Expert Systems*, 7(2):193–202.

[Cutting et al., 1992] Cutting, D., Karger, D., Pedersen, J., and Tukey, J. (1992). Scatter/gather: A cluster-based approach to browsing large document collections. In *Proceedings of the Fifteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 318–329.

[Damashek, 1995] Damashek, M. (1995). Gauging similarity via n-grams: Language independent categorization of text. *Science*, 267(5199):843–848.

[D'Amore and Mah, 1985] D'Amore, R. and Mah, C. (1985). One-time complete indexing of text: Theory and practice. *Eighth Annual ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 155–164.

[Date, 1994] Date, C. (1994). *An Introduction to Database Systems*. Addison-Wesley.

[Date, 1997] Date, C. (1997). *A Guide to the SQL Standard: A User's Guide to the Standard Relational Language SQL*. Addison-Wesley.

[Deerwester et al., 1990] Deerwester, S., Dumais, S., Furnas, G., Landauer, T., and Harshman, R. (1990). Indexing by latent semantic analysis. *Journal of the American Society for Information Science*, 41(6):391–407.

[DeRose, 1988] DeRose, S. (1988). Grammatical category disambiguation by statistical optimization. *Computational Linguistics*, 14(1):31–39.

[Desai et al., 1987] Desai, B., Goyal, P., and Sadri, F. (1987). Non-first normal form universal relations: An application to information retrieval systems. *Information Systems*, 12(1):49–55.

[Desantis et al., 1997] Desantis, R., Frieder, O., and Moini, A. (1997). The CYBERosetta architecture. *Software Productivity Consortium, Internal Report*.

[Duda and Sheldon, 1994] Duda, A. and Sheldon, M. (1994). Content routing in a network of WAIS servers. In *Proceedings of the IEEE Fourteenth International Conference on Distributed Computing Systems*, pages 124–132.

[Dumais, 1994] Dumais, S. T. (1994). Latent semantic indexing (LSI): TREC-3 report. In *Proceedings of the Third Text REtrieval Conference (TREC-3)*, pages 219–230.

[El-Hamdouchi and Willett, 1986] El-Hamdouchi, A. and Willett, P. (1986). Hierarchic document clustering using ward's method. In *Proceedings of the*

SAMNDCA630-00937208

*Ninth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 149–156.

[El-Hamdouchi and Willett, 1989] El-Hamdouchi, A. and Willett, P. (1989). Comparison of hierarchic agglomerative clustering methods for document retrieval. *The Computer Journal*, 32(3):220–226.

[Elias, 1975] Elias, P. (1975). Universal codeword sets and representations of the integers. *IEEE Transactions on Information Theory*, IT-21(2):194–203.

[Elmasri and Navathe, 1994] Elmasri, R. and Navathe, S. (1994). *Fundamentals of Database Systems*. Addison-Wesley.

[Evans and Ghanemi, 1988] Evans, D. and Ghanemi, S. (1988). Parallel string matching algorithms. *Kybernetes*, 17(3):32–34.

[Flynn, 1972] Flynn, M. (1972). Some computer organizations and their effectiveness. *IEEE Transactions on Computers*, 21(9):948–960.

[Fontaine, 1995] Fontaine, A. (1995). Sub-element indexing and probabilistic retrieval in the POSTGRES database system. Master's thesis, University of California, Berkeley.

[Fox, 1990] Fox, C. (1990). A stop list for general text. *SIGIR Forum*, 24(1):19–35.

[Fox, 1983a] Fox, E. (1983a). *Extending the Boolean and Vector Space Models of Information Retrieval with P-Norm Queries and Multiple Concept Types*. PhD thesis, Cornell University.

[Fox, 1983b] Fox, E. (1983b). Some considerations for implementing the SMART information retrieval system under UNIX. Technical Report TR83-560, Cornell University.

[Frakes and Baeza-Yates, 1993] Frakes, W. and Baeza-Yates, R. (1993). *Information Retrieval: Data Structures and Algorithms*. Prentice-Hall, Inc.

[Francis and Kucera, 1982] Francis, W. and Kucera, H. (1982). *Frequency Analysis of English Usage. Lexicon and Grammer*. Houghton Mifflin.

[Frieder and Siegelmann, 1991] Frieder, O. and Siegelmann, H. (1991). On the allocation of documents in information retrieval systems. In *Proceedings of the Fourteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 230–239.

[Fuhr, 1992] Fuhr, N. (1992). Probabilistic models in information retrieval. *The Computer Journal*, 35(3):243–255.

[Galil, 1979] Galil, Z. (1979). On improving the worst-case running time of the Boyer-Moore string matching algorithm. *Communications of the ACM*, 22(9):505–508.

SAMNDCA630-00937209

238    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

[Gauch and Wang, 1996] Gauch, S. and Wang, J. (1996). Corpus analysis for TREC-5 query expansion. In *Proceedings of the Fifth Text REtrieval Conference (TREC-5)*, pages 537–546.

[Ghose and Dhawle, 1977] Ghose, A. and Dhawle, A. (1977). Problems of thesaurus construction. *Journal of the American Society for Information Science*, 28(4):211–217.

[Giger, 1988] Giger, H. (1988).  Concept based retrieval in classical IR systems.  In *Eleventh International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 275–289.

[Goldfarb, 1990] Goldfarb, C. (1990). *The SGML Handbook*. Oxford University Press.

[Gomez, 1988] Gomez, F. (1988).  WUP: a parser based on word usage.  In *Seventh Annual International Phoenix Conference on Computers and Communications*, pages 445–449.

[Gomez and Segami, 1989] Gomez, F. and Segami, C. (1989). The recognition and classification of concepts in understanding scientific texts. *Journal of Experimental Theoretical Artificial Intelligence*, pages 51–77.

[Gomez and Segami, 1991] Gomez, F. and Segami, C. (1991).  The recognition and classification of concepts in understanding scientific texts. *IEEE Transactions on Systems, Man and Cybernetics*, 21(3):644–659.

[Gordon, 1988] Gordon, M. (1988).  Probabilistic and genetic algorithms for document retrieval. *Communications of the ACM*, 31(10):1208–1218.

[Gordon, 1997] Gordon, M. (1997). It's 10 a.m. do you know where your documents are? The nature and scope of information retrieval problems in business. *Information Processing and Management*, 33(1):107–121.

[Grauer and Messier, 1971] Grauer, R. and Messier, M. (1971). *The SMART Retrieval System—Experiments in Automatic Document Processing*, chapter An Evaluation of Rocchio's Clustering Algorithm, pages 243–264. Prentice Hall.

[Gravano et al., 1997] Gravano, L., C, C., Garcia-Molina, H., and Paepcke, A. (1997). STARTS: Stanford Proposal for Internet Meta-Searching. In *Proceedings of the 1997 ACM Special Interest Group on the Management of Data (SIGMOD)*, pages 207–218.

[Gravano and Garcia-Molina, 1995] Gravano, L. and Garcia-Molina, H. (1995). Generalizing GlOSS to vector-space databases and broker hierarchies. In *Proceedings of the 21st International Conference on Very Large Database Conference*, pages 78–89.

SAMNDCA630-00937210

[Greiff, 1996] Greiff, W. (1996). Computationally tractable, conceptually plausible classes of link matrices for the Inquery inference network. Technical Report TR96-66, University of Massachusetts, Amherst.

[Greiff et al., 1997] Greiff, W., Croft, W., and Turtle, H. (1997). Computationally tractable probabilistic modelling of boolean operators. In *Proceedings of the 20th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 119–128.

[Grossman, 1995] Grossman, D. (1995). *Integrating Structured Data and Text: A Relational Approach*. PhD thesis, George Mason Univeristy.

[Grossman et al., 1997] Grossman, D., Frieder, O., Holmes, D., and Roberts, D. (1997). Integrating structured data and text: A relational approach. *Journal of the American Society for Information Science*, 48(2):122–132.

[Grossman et al., 1994] Grossman, D., Holmes, D., and Frieder, O. (1994). A parallel DBMS approach to IR. *The Third Text REtrieval Conference*, pages 279–288.

[Gudivada et al., 1997] Gudivada, V., Raghavan, V., Grosley, W., and Kasanagottu, R. (1997). Information retrieval on the world wide web. *IEEE Internet Computing*, 1(5):58–68.

[Gupte and Frieder, 1995] Gupte, A. and Frieder, O. (1995). Compression within a context-sensitive commercial random access domain: An industrial case study. *Information Processing and Management*, 31(4):573–591.

[Gutmann and Bell, 1994] Gutmann, P. and Bell, T. (1994). A hybrid approach to text compression. In *Proceedings of the Data Compression Conference DCC '94*, pages 225–233.

[Harman, 1988] Harman, D. (1988). Towards interactive query expansion. In *Eleventh International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 321–331.

[Harman, 1992] Harman, D. (1992). Relevance feedback revisited. In *Proceedings of the Fifteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 1–10.

[Harman, 1995] Harman, D. (1995). The TREC conferences. In *Proceedings of the Hypertext - Information Retrieval - Multimedia: Synergieeffekte Elektronischer Informationssysteme (HIM'95)*, pages 9–28.

[Hines and Harris, 1971] Hines, T. and Harris, J. L. (1971). Columbia University School of Library Service System for Thesaurus Development and Maintenance. *Information Storage and Retrieval*, 7(1):39–50.

[Hodges and Lehmann, 1997] Hodges, J. and Lehmann, E. (1997). Seek and ye shall find (maybe). *Wired*, 4(5).

SAMNDCA630-00937211

240    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

[Hollaar and Haskins, 1984] Hollaar, L. and Haskins, R. (1984). Method and system for matching encoded characters. *U.S. Patent Number 4,450,520.*

[Hollaar and Haskins, 1991] Hollaar, L. and Haskins, R. (1991). Implementation and evaluation of a parallel text searcher for very large text databases. In *Proceedings of the Twenty-Fifth International Conference on System Sciences*, volume 1, pages 300–307.

[Holmes, 1998] Holmes, D. (1998). Personal communication with David Grossman.

[Horspool, 1983] Horspool, R. (1983). Practical fast searching in strings. *Software Practice and Experience*, 10(6):501–510.

[Hurson et al., 1990] Hurson, A., Miller, L., Pakzad, S., and Cheng, J. (1990). Specialized parallel architectures for textual databases. *Advances in Computers*, 30:1–37.

[Kahle, 1998] Kahle, B. (1998). Personal communication with David Grossman.

[Kantor, 1994] Kantor, P. (1994). *Information Retrieval Techniques*, volume 29, chapter 2, pages 53–90. Learned Information, Inc.

[Karp and Rabin, 1987] Karp, R. and Rabin, M. (1987). Efficient randomized pattern-matching algorithms. *IBM Journal of Research and Development*, 31(2):249–260.

[Kim and Kim, 1990] Kim, Y. and Kim, J. (1990). A model of knowledge based information retrieval with hierarchical concept graph. *Journal of Documentation*, 46(2):113–136.

[Kirkwood, 1997] Kirkwood, J. (1997). *Official Sybase Internals: Designing and Troubleshooting for High Performance.* McGraw-Hill.

[Kirsch, 1997a] Kirsch, S. (1997a). *Personal Communication with D. Grossman.*

[Kirsch, 1997b] Kirsch, S. (1997b). Document retrieval over networks wherein ranking and relevance scores are computed at the client for multiple database documents. *U.S. Patent Number 5,659,732.*

[Kjeldsen and Cohen, 1987] Kjeldsen, R. and Cohen, P. (1987). The evolution and performance of the GRANT system. *IEEE Expert*, 2(2):73–79.

[Kjell et al., 1994] Kjell, B., Woods, W., and Frieder, O. (1994). Discrimination of authorship using visualization. *Information Processing and Management*, 30(1):141–150.

[Knuth et al., 1977] Knuth, D., Morris, J., and Pratt, V. (1977). Fast pattern matching in strings. *SIAM Journal of Computing*, 6(2):323–350.

SAMNDCA630-00937212

[Kohler, 1993] Kohler, W. (1993). TPC: Transaction Processing performance Council. *Capacity Management Review*, 21(9):5–6.

[Kowalski, 1997] Kowalski, G. (1997). *Information Retrieval Systems Theory and Implementation.* Kluwer Academic Publishers, Boston, MA.

[Kraft et al., 1994] Kraft, D., Petry, F., Buckles, B., and Sadasivan, T. (1994). The use of genetic programming to build queries for information retrieval. In *Proceedings of the IEEE Symposium on Evolutionary Computation*, pages 468–473.

[Kristensen, 1993] Kristensen, J. (1993). Expanding end-users' query statements for free text searching with a search-aid thesaurus. *Information Processing and Management*, 29(6):733–744.

[Krovetz, 1993] Krovetz, R. (1993). Viewing morphology as an inference process. In *Proceedings of the Sixteenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 191–202.

[Krovetz and Croft, 1989] Krovetz, R. and Croft, W. (1989). Word sense disambiguation using machine-readable dictionaries. In *Proceedings of the Twelfth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 127–136.

[Kukich, 1992] Kukich, K. (1992). Techniques for automatically correcting words in text. *ACM Computing Surveys*, 24(4):377–439.

[Kwok, 1989] Kwok, K. (1989). A neural network for probabilistic information retrieval. In *Proceedings of the Twelfth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 21–30.

[Kwok, 1990] Kwok, K. (1990). Experiments with a component theory of probabilistic information retrieval based on single terms as document components. *ACM Transactions on Office Information Systems*, 8(4):363–386.

[Kwok, 1995] Kwok, K. (1995). A network approach to probabilistic information retrieval. *ACM Transactions on Information Systems*, 13(3):324–353.

[Lawrence and Giles, 1998] Lawrence, S. and Giles, C. L. (1998). Searching the World Wide Web. *Science*, 280(5360):98.

[Lecroq, 1994] Lecroq, T. (1994). Experimental results on string matching. *Software Practice and Experience*, 25(7):727–765.

[Lee, 1995] Lee, D. (1995). Massive parallelism on the hybrid text-retrieval machine. *Information Processing and Management*, 31(6):815–830.

[Lee et al., 1997] Lee, D., Chuang, H., and Seamons, K. (1997). Document ranking and the vector-space model. *IEEE Software*, 14(2):67–75.

SAMNDCA630-00937213

242    INFORMATION RETRIEVAL:  ALGORITHMS AND HEURISTICS

[Lee and Ren, 1996] Lee, D. and Ren, L. (1996). Document ranking on weight-partitioned signature files. *ACM Transactions on Information Systems*, 14(2):109–137.

[Lee, 1997] Lee, J. (1997).  Analysis of multple evidence combinations.  In *Proceedings of the 20th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 267–276.

[Lee et al., 1993] Lee, J., Kim, M., and Lee, Y. (1993). Information retrieval based on conceptual distance in is-a hierarchies. *Journal of Documentation*, 49(2):188–207.

[Lee et al., 1994] Lee, J., Kim, M., and Lee, Y. (1994). Ranking documents in thesaurus-based boolean retrieval systems. *Information Processing and Management*, 30(1):79–91.

[Lenat and Guha, 1989] Lenat, D. and Guha, R. (1989).   *Building Large Knowledge-Based Systems*. Addison-Wesley.

[Letsche and Berry, 1997] Letsche, T. and Berry, M. (1997).  Large-scale information retrieval with latent semantic indexing. *Information Sciences*, 100:105–137.

[Lewis and Sparck Jones, 1996] Lewis, D. and Sparck Jones, K. (1996). Natural language processing for information retrieval. *Communications of the ACM*, 39(1):92–101.

[Linoff and Stanfill, 1993] Linoff, G. and Stanfill, C. (1993). Compression of indexes with full positional information in very large text databases. *SIGIR Forum*, 2:88–95.

[Liu et al., 1996] Liu, Y., Dantzig, P., Wu, C., Challenger, J., and Ni, L. (1996). A distributed web server and its performance analysis on multiple platforms. In *Proceedings of the Sixteenth IEEE International Conference on Distributed Computing Systems*, pages 665–672.

[Loney, 1997] Loney, K. (1997). *Oracle 8 DBA Handbook*. Osborne McGraw-Hill.

[Lovins, 1968] Lovins, J. (1968). Development of a stemming algorithm. *Mechanical Translation and Computational Linguistics*, 11:22–31.

[Lu et al., 1996] Lu, A., Ayoub, M., and Dong, J. (1996).  Ad hoc experiments using EUREKA. In *Proceedings of the Fifth Text REtrieval Conference (TREC-5)*, pages 229–239.

[Lucarella and Morara, 1991] Lucarella, D. and Morara, R. (1991).  FIRST: Fuzzy information retrieval systems.  *Journal of Information Science*, 17(2):81–91.

[Lundquist, 1997] Lundquist, C. (1997). *Relational Information Retrieval: Using Relevance Feedback and Parallelism to Improve Accuracy and Performance*. PhD thesis, George Mason University.

[Lundquist et al., 1998] Lundquist, C., Frieder, O., Holmes, D., and Grossman, D. (1998). A parallel relational database management system approach to relevance feedback in information retrieval. *to appear in Journal of the American Society for Information Science*.

[Lundquist et al., 1997] Lundquist, C., Grossman, D., and Frieder, O. (1997). Improving relevance feedback in the vector space model. In *Proceedings of the Sixth ACM Annual Conference on Information and Knowledge Management (CIKM '97)*.

[Lynch and Stonebraker, 1988] Lynch, C. and Stonebraker, M. (1988). Extended user-defined indexing with application to textual databases. In *Proceedings of the Fourteenth International Conference on Very Large Databases*, pages 306–317.

[Macleod, 1978] Macleod, I. (1978). A relational approach to modular information retrieval systems design. In *Proceedings of the ASIS Annual Meeting*, pages 83–85.

[Macleod, 1979] Macleod, I. (1979). SEQUEL as a language for document retrieval. *Journal of the American Society for Information Science*, 30(5):243–249.

[Macleod et al., 1987] Macleod, I., Martin, T., and Nordin, B. (1987). Strategies for building distributed information retrieval systems. *Information Processing and Management*, 23(6):511–528.

[Macleod and Robertson, 1991] Macleod, K. and Robertson, W. (1991). A neural algorithm for document clustering. *Information Processing and Management*, 27(4):337–346.

[Mak et al., 1991] Mak, V., Lee, K., and Frieder, O. (1991). Exploiting parallelism in pattern matching: An information retrieval application. *ACM Transactions on Information Systems*, 9(1):52–74.

[Manning, 1989] Manning, G. (1989). The use of the DAP, a massively parallel computing system, for information retrieval and processing. In *IEE Colloquium on Parallel Techniques for Information Retrieval Digest*, pages 28–32.

[Maron and Kuhns, 1960] Maron, M. and Kuhns, J. (1960). On relevance, probabilistic indexing and information retrieval. *Journal of the Association for Computing Machines*, 7:216–244.

SAMNDCA630-00937215

244    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

[Martin et al., 1990] Martin, T., Macleod, I., and Russell, J. (1990). A case study of caching strategies for a distributed full text retrieval system. *Information Processing and Management*, 26(2):227–247.

[Martin and Russell, 1991] Martin, T. and Russell, J. (1991). Data caching strategies for distributed full text retrieval systems. *Information Systems*, 16(1):1–11.

[Masand and Stanfill, 1994] Masand, B. and Stanfill, C. (1994). An information retrieval test-bed on the CM-5. In *Proceedings of the Third Text REtrieval Conference (TREC-3)*, pages 117–122.

[Mazur, 1984] Mazur, Z. (1984). On a model of distributed information retrieval systems based on thesauri. *Information Processing and Management*, 20(4):499–505.

[Mazur, 1988] Mazur, Z. (1988). Properties of a model of distributed homogeneous information retrieval based on weighted models. *Information Processing and Management*, 24(5):525–540.

[McKenzie et al., 1990] McKenzie, B., Harries, R., and Bell, T. (1990). Selecting a hashing algorithm. *Software Practice and Experience*, 20(2):209–224.

[McNally, 1997] McNally, J. (1997). *Informix Unleashed*. Sams.

[Minker et al., 1972] Minker, J., Wilson, G., and Zimmerman, B. (1972). An evaluation of query expansion by the addition of clustered terms for a document retrieval system. *Information Storage and Retrieval*, 8(6):329–348.

[Minsky, 1975] Minsky, M. (1975). *The Psychology of Computer Vision*, chapter A Framework for Representing Knowledge, pages 211–277. McGraw-Hill Book Company.

[Moffat and Zobel, 1994] Moffat, A. and Zobel, J. (1994). Fast ranking in limited space. In *Proceedings of the Tenth IEEE International Conference on Data Engineering*, pages 428–437.

[Moffat and Zobel, 1996] Moffat, A. and Zobel, J. (1996). Self-indexing inverted files for fast text retrieval. *ACM Transactions on Information Systems*, 14(4):349–379.

[Mohan and Willett, 1985] Mohan, K. and Willett, P. (1985). Nearest neighbor searching in serial files using text signatures. *Journal of Information Science Principles and Practice*, 11(1):31–39.

[Niemi and Jarvelin, 1995] Niemi, T. and Jarvelin, K. (1995). A straightforward NF2 relational interface with applications in information retrieval. *Information Processing and Management*, 31(2):215–231.

SAMNDCA630-00937216

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 121 of 131

[Obraczka et al., 1996] Obraczka, K., Danzig, P., DeLucia, D., and Tsai, E. (1996). A tool for massively replicating internet archives: Design, implementation, and experience. In *Proceedings of the Sixteenth IEEE International Conference on Distributed Computing Systems*, pages 657–664.

[Osborn et al., 1997] Osborn, M., Strzalkowski, T., and Marinescu, M. (1997). Evaluating document retrieval in patent database: A preliminary report. In *Proceedings of the Sixth ACM International Conference on Information and Knowledge Management*, pages 216–221.

[Oszu and Valduriez, 1991] Oszu, T. and Valduriez, P. (1991). *Principles of Distributed Database Systems*. Prentice-Hall.

[Ozkarahan, 1995] Ozkarahan, E. (1995). Multimedia document retrieval. *Information Processing and Management*, 31(1):113–131.

[Park et al., 1994] Park, K., Frieder, O., and Sood, A. (1994). A parallel solution for the multiprocessor document allocation problem. In *Proceedings of the International Conference on Parallel Processing*, pages 119–122, St. Charles, Illinois.

[Pearce and Nicholas, 1993] Pearce, C. and Nicholas, C. (1993). Generating a dynamic hypertext environment with n-gram analysis. In *Procedings of the Second International Conference on Information and Knowledge Management*, pages 148–153.

[Peat and Willett, 1991] Peat, H. and Willett, P. (1991). The limitations of term co-occurrence data for query expansion in document retrieval systems. *Journal of the American Society for Information Science*, 42(5):378–383.

[Petry et al., 1993] Petry, F., Buckles, B., Prabbu, D., and Kraft, D. (1993). Fuzzy information retrieval using genetic algorithms and relevance feedback. In *ASIS '93 Proceedings of the Fifty-Sixth Annual ASIS Meeting*, pages 122–125.

[Pogue and Willett, 1987] Pogue, C. and Willett, P. (1987). Use of text signatures for document retrieval in a highly parallel environment. *Parallel Computing*, 4(3):259–268.

[Pollock and Zamora, 1984] Pollock, J. and Zamora, A. (1984). Automatic spelling correction in scientific and scholarly text. *Communications of the ACM*, 27(4):358–358.

[Porter, 1980] Porter, M. (1980). An algorithm for suffix stripping. *Program*, 14(3):130–137.

[Pulley, 1994] Pulley, E. (1994). A preprocessor for integrating structured data and text. Master's thesis, George Mason University.

SAMNDCA630-00937217

DEFENDANT'S EXHIBIT NO. 306.254

246   INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

[Rada et al., 1987] Rada, R., Mili, H., Bicknell, E., and Blettner, M. (1987). Development and application of a metric on semantic nets. *IEEE Transactions on System, Man, and Cybernetics*, 19(1):17–30.

[Rasmussen and Willett, 1989] Rasmussen, E. and Willett, P. (1989). Efficiency of hierarchic agglomerative clustering using the ICL distributed array processor. *Journal of Documentation*, 45(1):1–24.

[Reddaway, 1991] Reddaway, S. (1991). High speed text retrieval from large databases on a massively parallel processor. *Information Processing and Management*, 27(4):311–316.

[Rijsbergen, 1977] Rijsbergen, C. V. (1977). A theoretical basis for the use of co-occurrence data in information retrieval. *Journal of Documentation*, 33(2):106–119.

[Robertson, 1977] Robertson, S. (1977). The probability ranking principle in IR. *Journal of Documentation*, 33(4):294–304.

[Robertson, 1990] Robertson, S. (1990). On term selection for query expansion. *Journal of Documentation*, 46(4):359–364.

[Robertson and Sparck Jones, 1976] Robertson, S. and Sparck Jones, K. (1976). Relevance weighting of search terms. *Journal of American Society for Information Science*, 27(3):129–146.

[Robertson and Walker, 1994] Robertson, S. and Walker, S. (1994). Some simple effective approximations to the 2-Poisson model for probabilistic weighted retrieval. In *Proceedings of the Seventeenth Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 232–241.

[Robertson and Walker, 1997] Robertson, S. and Walker, S. (1997). On relevance weights with little relevance information. In *Proceedings of the 20th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 16–24.

[Robertson et al., 1995] Robertson, S., Walker, S., Beaulieu, M., and Gatford, M. (1995). Okapi at TREC-4. In *Proceedings of the Fourth Text REtrieval Conference (TREC-4)*, pages 73–96.

[Rocchio, 1966] Rocchio, J. J. (1966). *Document Retrieval Systems—Optimization and Evaluation*. PhD thesis, Harvard.

[Rocchio, 1971] Rocchio, J. J. (1971). *The SMART Retrieval System Experiments in Automatic Document Processing*, chapter Relevance Feedback in Information Retrieval, pages 313–323. Prentice Hall.

[Rose and Stevens, 1996] Rose, D. and Stevens, C. (1996). V-twin: A lightweight engine for interactive use. In *Proceedings of the Fifth Text REtrieval Conference (TREC-5)*, pages 279–290.

SAMNDCA630-00937218

[Ruocco and Frieder, 1997] Ruocco, A. and Frieder, O. (1997). Clustering and classification of large document bases in a parallel environment. *Journal of the American Society for Information Science*, 48(10):932–943.

[Salton, 1969] Salton, G. (1969). A comparison between manual and automatic indexing methods. *Journal of American Documentation*, 20(1):61–71.

[Salton, 1970] Salton, G. (1970).    Automatic text analysis.    *Science*, 168(3929):335–342.

[Salton, 1971a] Salton, G. (1971a).    *The SMART Retrieval System— Experiments in Automatic Document Processing*, chapter New Experiments in Relevance Feedback, pages 337–354. Prentice Hall.

[Salton, 1971b] Salton, G. (1971b).    *The SMART Retrieval System— Experiments in Automatic Document Processing*, chapter Negative Response Relevance Feedback, pages 403–411. Prentice Hall.

[Salton, 1971c] Salton, G. (1971c).    *The SMART Retrieval System— Experiments in Automatic Document Processing*, chapter Information Analysis and Dictionary Construction, pages 115–142. Prentice Hall.

[Salton, 1971d] Salton, G. (1971d). *The SMART Retrieval System Experiments in Automatic Document Processing*, chapter Relevance feedback and the optimization of retrieval effectiveness, pages 324–336. Prentice Hall.

[Salton, 1988] Salton, G. (1988). Parallel text search methods. *Communications of the ACM*, 31(2):202–214.

[Salton, 1989] Salton, G. (1989). *Automatic Text Processing*. Addison-Wesley.

[Salton, 1991] Salton, G. (1991). Developments in automatic text retrieval. *Science*, 253(5023):974–980.

[Salton and Buckley, 1988] Salton, G. and Buckley, C. (1988). Term-weighting approaches in automatic text retrieval. *Information Processing and Management*, 24(5):513–523.

[Salton and Buckley, 1990] Salton, G. and Buckley, C. (1990). Improving retrieval performance by relevance feedback. *Journal of the American Society for Information Science*, 41(4):288–297.

[Salton et al., 1975] Salton, G., Yang, C., and Wong, A. (1975). A vector-space model for automatic indexing. *Communications of the ACM*, 18(11):613–620.

[Sanderson and Rijsbergen, 1991] Sanderson, M. and Rijsbergen, C. V. (1991). NRT: News Retrieval Tool. *Electronic Publishing*, 4(4):205–217.

[Schank, 1975] Schank, R. (1975). *Conceptual Information Processing*. Oxford, Amsterdam.

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 124 of 131

[Schank and Lehnert, 1977] Schank, R. and Lehnert, W. (1977). *Human and Artificial Intelligence*, chapter Computer Understanding of Stories, pages 135–139.

[Schek and Pistor, 1982] Schek, H. and Pistor, P. (1982). Data structures for an integrated data base management and information retrieval system. In *Proceedings of the Eighth International Conference on Very Large Data Bases*, pages 197–207.

[Schutze and Pedersen, 1997] Schutze, H. and Pedersen, J. (1997). A co-occurrence-based thesaurus and two applications to information retrieval. *Information Processing and Management*, 33(3):307–318.

[Schutze and Silverstein, 1997] Schutze, H. and Silverstein, C. (1997). Projections for efficient document clustering. In *Proceedings of the 20th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 74–81.

[Selinger, 1979] Selinger, P. (1979). Access path selection in a relational database management system. *IBM Technical Disclosure Bulletin*, 22(4):1657–1660.

[Sherman, 1994] Sherman, F. (1994). Personal communication with David Grossman.

[Shuey, 1986] Shuey, R. L. (1986). Guest editors introduction - special issue on data engineering. *IEEE Computer*, 19(1).

[Shuey et al., 1997] Shuey, R. L., Spooner, D. L., and Frieder, O. (1997). *The Architecture of Distributed Computer Systems*. Addison-Wesley Publishing Company.

[Singhal, 1997] Singhal, A. (1997). *Term Weighting Revisited*. PhD thesis, Cornell University.

[Smeaton and Rijsbergen, 1983] Smeaton, A. and Rijsbergen, C. V. (1983). The retrieval effects of query expansion on a feedback document retrieval system. *The Computer Journal*, 26(3):239–246.

[Sparck Jones, 1979a] Sparck Jones, K. (1979a). Experiments in relevance weighting of search terms. *Information Processing and Management*, 15(3):133–144.

[Sparck Jones, 1979b] Sparck Jones, K. (1979b). Search term relevance weighting given little relevance information. *Journal of Documentation*, 35(1):30–48.

[Sparck Jones and Barber, 1971] Sparck Jones, K. and Barber, E. (1971). What makes an automatic keyword classification effective? *Journal of the American Society for Information Science*, 22(3):166–175.

SAMNDCA630-00937220

[Sparck Jones and Jackson, 1968] Sparck Jones, K. and Jackson, D. (1968). Some experiments in the use of automatically obtained term clusters for retrieval. *Mechanized Information Storage, Retrieval and Dissemination*, pages 203–212.

[Sparck Jones and Willett, 1997] Sparck Jones, K. and Willett, P. (1997). *Readings in Information Retrieval*. Morgan Kaufmann Publishers, Inc.

[Spencer et al., 1998] Spencer, G., Cutting, D., and Xu, J. (1998). *Personal Communication with D. Grossman.*

[Spink, 1994] Spink, A. (1994). Term relevance feedback and query expansion: Relation to design. In *Proceedings of the Seventeenth Annual International ACM SIGIR Conference on Research and Devlopment in Information Retrieval*, pages 81–90.

[Spink, 1995] Spink, A. (1995). Term relevance feedback and mediated database searching: Implications for information retrieval practice and systems design. *Information Processing and Management*, 31(2):161–171.

[Stanfill, 1990] Stanfill, C. (1990). Partitioned posting files: A parallel inverted file structure for information retrieval. In *Proceedings of the Thirteenth Annual ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 413–428.

[Stanfill and Kahle, 1986] Stanfill, C. and Kahle, B. (1986). Parallel free-text search on the connection machine system. *Communications of the ACM*, 29(12):1229–1239.

[Stanfill and Thau, 1991] Stanfill, C. and Thau, R. (1991). Information retrieval on the connection machine: 1 to 8192 gigabytes. *Information Processing and Management*, 27(4):285–310.

[Stanfill et al., 1989] Stanfill, C., Thau, R., and Waltz, D. (1989). A parallel indexed algorithm for information retrieval. In *Proceedings of the Twelfth Annual ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 88–97.

[Stone, 1987] Stone, H. (1987). Parallel querying of large databases: A case study. *Computer*, 20(10):11–21.

[Stonebraker et al., 1983] Stonebraker, M., Stettner, H., Lynn, N., Kalash, J., and Guttman, A. (1983). Document processing in a relational database system. *ACM Transactions on Office Information Systems*, 1(2):143–158.

[Strzalkowski et al., 1997] Strzalkowski, T., Lin, F., and Perez-Carballo, J. (1997). Natural language information retrieval TREC-6 report. In *Proceedings of the Sixth Text REtrieval Conference (TREC-6)*, pages 209–228.

250     INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

[Subbiondo, 1992] Subbiondo, J. L. (1992). *John Wilkins and 17th-Century British Linguistics*. John Benjamins Publishing Company.

[Sundheim, 1995] Sundheim, B. (1995). Overview of results of the MUC-6 evaluation. In *Proceedings of the Sixth Message Understanding Conference (MUC-6)*, pages 13–32.

[Teuful, 1988] Teuful, B. (1988). Statistical n-gram indexing of natural language documents. *International Forum of Information and Documentation*, 13(4):3–10.

[Teuful, 1991] Teuful, B. (1991). Office document retrieval. *International Forum of Information and Documentation*, 16(4):15–19.

[Thorelli, 1962] Thorelli, L. E. (1962). Automatic correction of errors in text. *BIT*, 2:45–62.

[Tomasic and Garcia-Molina, 1993] Tomasic, A. and Garcia-Molina, H. (1993). Performance of inverted indices in shared-nothing distributed text document information retreival systems. In *Proceedings of the Second International Conference on Parallel and Distributed Information Systems*, pages 8–17.

[Turski, 1971] Turski, W. (1971). On a model of information retrieval systems based on thesaurus. *Information Storage and Retrieval*, 7(201):201–205.

[Turtle, 1991] Turtle, H. (1991). *Inference Networks for Document Retrieval*. PhD thesis, University of Massachusetts, Amherst.

[Uratani and Takeda, 1993] Uratani, N. and Takeda, M. (1993). A fast string-searching algorithm for multiple patterns. *Information Processing and Management*, 29(6):775–791.

[Voorhees, 1986] Voorhees, E. (1986). Implementing agglomerative hierarchic clustering algorithms for use in document retrieval. *Information Processing and Management*, 22(6):465–476.

[Voorhees, 1993] Voorhees, E. (1993). On expanding query vectors with lexically related words. In *Proceedings of the Second Text REtrieval Conference (TREC-2)*, pages 223–231.

[Walden and Sere, 1988] Walden, M. and Sere, K. (1988). Free text retrieval on transputer networks. *Microprocessors and Microsystems*, 13(3):179–187.

[Wang et al., 1985] Wang, Y., Vandendorpe, J., and Evens, M. (1985). Relational thesauri in information retrieval. *Journal of the American Society for Information Science*, 36(1):15–27.

[White and Date, 1989] White, C. and Date, C. (1989). *A Guide to SQL/DS*. Addison-Wesley.

[Wilkinson, 1994] Wilkinson, R. (1994). Effective retrieval of structured documents. In *Proceedings of the Seventeenth Annual International ACM SIGIR Conference on Research and Devlopment in Information Retrieval*, pages 311–317.

[Willett, 1988] Willett, P. (1988). Recent trends in hierarchic document clustering: A critical review. *Information Processing and Management*, 24(5):577–597.

[Winograd, 1983] Winograd, T. (1983). *Language as a Cognitive Process: Volume 1: Syntax*. Addison-Wesley.

[Witten et al., 1994] Witten, I., Moffat, A., and Bell, T. (1994). *Managing Gigabytes*. Van Nostrand Reinhold.

[Wu and Salton, 1981] Wu, H. and Salton, G. (1981). The estimation of term relevance weights using relevance feedback. *Journal of Documentation*, 37(4):194–214.

[Yang and Korfhage, 1993] Yang, J. and Korfhage, R. (1993). Effects of query term weights modification in document retrieval: A study based on a genetic algorithm. In *Proceedings of the Second Annual Symposium on Document Analysis and Information Retrieval*, pages 271–285.

[Yang and Korfhage, 1994] Yang, J. and Korfhage, R. (1994). Query modification using genetic algorithms in vector space models. *International Journal of Expert Systems*, 7(2):165–191.

[Yannakoudakis et al., 1982] Yannakoudakis, E., Goyal, P., and Huggill, J. (1982). The generation and use of text fragments for data compression. *Information Processing and Management*, 18(1):15–21.

[Yee et al., 1993] Yee, W., Wong, P., and Lee, D. (1993). Implementations of partial document ranking using inverted files. *Information Processing and Management*, 29(5):647–689.

[Yu et al., 1983] Yu, C., Buckley, C., Lam, I., and Salton, G. (1983). A generalized term dependence model in information retrieval. *Information Technology: Research and Development*, 2(4):129–154.

[Yu et al., 1989] Yu, C., W, M., and Park, S. (1989). A framework for effective retrieval. *ACM Transactions on Database Systems*, 14(2):147–167.

[Yuwono and Lee, 1996] Yuwono, B. and Lee, D. (1996). Search and ranking algorithms for locating resources on the world wide web. In *Proceedings of the Twelfth IEEE International Conference on Data Engineering*, pages 164–171.

[Zadeh, 1965] Zadeh, L. A. (1965). Fuzzy sets. *Information Control*, 8:338–353.

SAMNDCA630-00937223

DEFENDANT'S EXHIBIT NO. 306.260

252    INFORMATION RETRIEVAL: ALGORITHMS AND HEURISTICS

[Zamora et al., 1981] Zamora, E., Pollock, J., and Zamora, A. (1981). The use of trigram analysis for spelling error detection. *Information Processing and Management*, 17(6):305–316.

[Zipf, 1949] Zipf, G. (1949). *Human Behaviour and the Principle of Least Effort*. Addison-Wessley.

[Zobel et al., 1992] Zobel, J., Moffat, A., and Sacks-Davis, R. (1992). An efficient indexing technique for full-text database systems. In *Proceedings of the Eighteenth International Conference on Very Large Databases*, pages 352–362.

[Zobel et al., 1995] Zobel, J., Moffat, A., Wilkinson, R., and Sacks-Davis, R. (1995). Efficient retrieval of partial documents. *Information Processing and Management*, 31(3):361–377.

SAMNDCA630-00937224

DEFENDANT'S EXHIBIT NO. 306.261

# Index

2-Poisson, 37
Antonym, 117
B-Tree, 161
Bitonic sort, 194
Boolean query, 121, 176, 181
Boyer-Moore, 148–149, 190
Buckshot clustering, 98–99, 115
CACM, 66, 74, 91
Centroid vector, 97, 104, 213
CISI, 64, 91
Collision, 148
Compression, 7, 103, 135, 137–142, 149, 195, 197, 212
Connection machine, 186, 188, 191, 195, 198
Context term, 114–115
Cosine, 20, 46–47, 63, 80, 86, 98, 100, 104–105, 115, 124, 137, 145–146, 182
Cranfield, 32–33, 46–47, 68, 73–74, 91
CYC, 127
DAP, 186, 191, 195, 198
Data integration, 7, 184
Database management system, 7, 29, 154–155
DBMS, 7, 29, 155–157, 163–166, 169–173, 206–207
Dec-Hi, 91
Dice, 20, 105
Digital array processor, 95, 100, 189
Disjunctive normal form, 121–122
Distributed systems, 217
Document length, 20–21, 33–38, 69, 76, 93, 127, 145–146, 214
Document routing, 2, 73
DOE, 73–74
Dynamic programming, 128
Excite, 201, 214–215
Extended Boolean retrieval, 63, 118, 122
FIRST, 78–79
Fitness function, 70–73
Fuzzy set, 75–78, 80

Genetic algorithm, 72–74, 211
GRANT, 124–125
Hash function, 137, 148, 170
Hashing, 137, 146–147, 149, 173, 190, 197, 215
Inference network, 48–54, 58, 80, 215
Information extraction, 125, 228
Infoseek, 201, 215–216
Inner product, 13, 20, 34, 61, 86, 105, 183
INSPEC, 91, 105
Intel, 185, 196, 198–199
Inverted indexing, 134
Jaccard, 20, 72, 74, 105
K-distance, 121–122
KMP, 149
Knowledge base, 127, 203
KSTEM, 126
Latent semantic indexing, 60–61, 63, 80, 100, 116
Lovins, 126
LSI, 63–64, 80
MASPAR, 186
MED, 63, 91
MEDLARS, 66
MIMD, 199
MUC, 129
N-gram, 7, 103–105, 228
Natural language processing, 61, 125, 228
NCR, 153, 155, 197
Neural network, 65, 68–70
NLP, 125–128
Non-binary independence model, 22, 33–34
NPL, 33
OCR, 102
Parsing, 7, 104, 125–129, 131, 135, 173–174, 215, 228
Polynomial regression, 106–107
Porter, 126
Probabilistic retrieval, 12, 22, 26, 48, 64–65, 67–68, 88, 90

SAMNDCA630-00937225

Case 5:12-cv-00630-LHK   Document 2121-52   Filed 12/22/14   Page 130 of 131

DEFENDANT'S EXHIBIT NO. 306.262

PTRANS, 127
R-distance, 120–122
Regression analysis, 106, 131
Relevance feedback, 41–42, 46, 65–69, 74,
        84–89, 91, 93–95, 100, 131, 183,
        215–216
Relevance ranking, 22, 29, 48, 58, 67, 76,
        117–118, 120, 126–127, 136, 164, 169,
        176, 181, 188, 196, 212, 214–215, 218
Semantic network, 118–125, 131
Signature file, 147–149, 186, 189–190
SIMD, 185–186, 198–199
Similarity measure, 38, 96, 105, 111,
        121–122, 131
Singular value decomposition, 61, 115
Slots, 119
SMART, 164
Sort order, 91, 93
Spreading activation, 120, 124–125, 213
SQL, 157, 161, 164, 167–169, 171, 174,
        176–179, 182–184, 197
Staged logistic regression, 108
Stemming, 64, 73, 104–105, 111, 114, 126,
        138, 215
Stop word, 126, 137, 144
Structured data, 7–8, 129, 153–155, 164,
        167, 171, 174–175, 210
Synonym, 113, 118, 203

Target term, 113–115
Term frequency, 16, 18–19, 21, 33–38, 40–41,
        43, 55, 68, 76, 135–137, 141, 144, 148,
        170, 173, 178, 181
Term independence, 22, 88
Term weights, 14, 16, 23, 26, 29, 34, 46, 48,
        58, 60, 85, 88, 93, 130, 144, 214
Text scanning, 8, 148, 186, 198–199
Thesaurus, 12, 53, 108–113, 115–119,
        123–124, 131, 202–205
TIPSTER, 64, 69, 73–74, 91, 93, 106, 116,
        118, 169, 171
TREC, 9, 20, 22, 80, 87, 89, 93, 99, 118,
        125–127, 131, 138, 143, 145–146, 169,
        198, 212, 222, 224–225, 227–228
Trigram, 190
Troponym, 120
Vector space model, 12–13, 18, 22, 29,
        33–34, 47, 60, 64–65, 68–69, 79–80,
        85–86, 88, 103–105, 134, 142, 145,
        214–215
VLSI, 187
Wordnet, 119–120, 123, 125
World Wide Web, 8, 120, 181, 186, 201, 217,
        224, 227
WWW, 201, 227
Zipf's Law, 133
Zipfian distribution, 103, 115, 135Ω

SAMNDCA630-00937226

DEFENDANT'S EXHIBIT NO. 306.263

# INFORMATION RETRIEVAL
## Algorithms and Heuristics

by

David A. Grossman and Ophir Frieder

*INFORMATION RETRIEVAL: Algorithms and Heuristics* is a comprehensive introduction to the study of information retrieval covering both effectiveness and run-time performance. The focus of the presentation is on algorithms and heuristics used to find documents relevant to the user request and to find them fast. Through multiple examples, the most commonly used algorithms and heuristics needed are tackled. To facilitate understanding and applications, introductions to and discussions of computational linguistics, natural language processing, probability theory and library and computer science are provided. While this text focuses on algorithms and not on commercial product per se, the basic strategies used by many commercial products are described. Techniques that can be used to find information on the Web, as well as in other large information collections, are included.

This volume is an invaluable resource for researchers, practitioners, and students working in information retrieval and databases. For instructors, a set of Powerpoint slides, including speaker notes, are available online from the authors.

ISBN 0-7923-8271-4

9 780792 382713

SECS461
0-7923-8271-4

SAMNDCA630-00937227