**DEFENDANT'S EXHIBIT NO. 462.001**
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

# FRE 1006 Summary of News Articles Regarding Apple Supply Shortages in the US

**"iPhone 4 and iPad 2 to suffer further stock shortages,"** By Kate Solomon, *Tech Radar,* May 12, 2011

"Apple may be facing a shortage of iPhone 4 and iPad 2 stock because of the scarcity of both components and labour at its manufacturing plant in China."

"The unceasing demand for the iPad 2 has already led to stock shortages all over the place, but Apple's manufacturing partner, Foxconn, faces further issues."

"Rumours have long abounded that supply of components like power amplifiers and memory from Japan has been hit hard by the natural disasters in the country, while Foxconn is also having trouble filling all production lines with staff."

**"Best Buy running out of iPhone 4S, analyst says,"** by Lance Whitney, *CNet*, November 1, 2011

"Best Buy is the latest retailer selling out of the iPhone 4S, says a R.W. Baird analyst, who sees it as a litmus test that demand is outracing supply across the retail market."

"Contacting Best Buy outlets last week to gauge demand for the iPhone 4S, analyst William Power found that the phone was sold out at most of them, with many informing customers of shortages via automatic greetings."

**"Apple Prioritizing Own Stores With iPhone Supply,"** By John Paczkowski, *All Things D*, November 8, 2011

"Demand for Apple's new iPhone 4S appears to be unwavering both at home and abroad."

"Deutsche Bank's Chris Whitmore says a great majority of Apple's U.S. stores are running out of 4S supplies on a daily basis."

"So once again Apple is working hard to keep up with massive demand for its latest iPhone. And, once again, supply is likely the only factor limiting how many handsets it will sell."

**"Would-Be iPhone Customers Still Facing Weeks-Long Waits,"** by Greg Bensinger, *The Wall Street Journal,* November 17, 2011

"More than a month after the Apple iPhone 4S went on sale, the three largest U.S. wireless carriers are still struggling to keep up with customer demand for it."

"Verizon Wireless customers may have to wait more than three weeks for the device, according to the carrier's website. That compares with as much as 21 days at AT&T and up to 14 days at

Sprint Nextel. While some tech blogs have suggested Apple's manufacturing isn't keeping pace, the carriers point to unexpectedly strong demand for the handset."

**"Expect shortages of new iPad, say analysts,"** By Gregg Keizer, *Computerworld,* March 6, 2012

"Apple will not be able to meet demand for the new iPad when it goes on sale later this month, analysts have said."

"But as with the iPad 2 and the iPhone 4S last year, experts expect that supply will be out of sync with demand for at least several months after the tablet hits stores."

"Both [analysts] cited the anticipated higher-resolution screen of the iPad 3 as a major reason for the bottleneck."

**"New iPad Delays: Wait Time For Online Orders Hits 3 Weeks Due To 'Off the Charts' Demand,"** By Jason Gilbert, *The Huffington Post,* March 12, 2012

"Two to three weeks: If you buy an iPad online through Apple's website right now, that's how long you can expect to wait for your new tablet to arrive."

"An Apple spokesperson confirmed the shortage to USA Today over the weekend, boasting that demand for the new iPad was 'off the charts.'"

"Long wait times at the launch of a new product have become the norm for Apple in recent years: The iPad 2 saw delays of up to five weeks when it was released in 2011, while eager customers waited up to four weeks for their iPhone 4S back in October."

"Rumors leading up to the event anticipated this shortage of iPads, as reports from the supply chain claimed that suppliers were having difficulties producing mass quantities of the Retina display screens for the iPad."

**"Apple iPhone 5's Thin Display Drives Supply Shortfall,"** By Adam Satariano and Jun Yang, *Bloomberg News,* September 25, 2012

"Apple Inc. (AAPL)'s decision to create a smartphone that boasts a thinner, lighter touch screen contributed to the component shortfall that caused demand to outstrip supply of the iPhone on its debut weekend."

"Apple used the technology in the first major iPhone overhaul since 2010 to make the device more svelte, an attribute that helped lure a record 5 million buyers in three days. Yet producing in-cell screens is also more painstaking than earlier screen types, contributing to bottlenecks."

"Another component that may be causing challenges is the new baseband chip that helps the iPhone 5 connect to LTE, or long- term evolution, wireless networks being introduced by

mobile- phone service providers including Verizon Wireless and AT&T Inc. (T) in the U.S. and Deutsche Telekom AG (DTE) in Europe."

"Qualcomm Inc. (QCOM), the biggest maker of chips for mobile phones, has said supplies of those parts have been constrained as it moves to a new manufacturing process to build them."

**"iPhone 5 Shortage Spooks Apple Investors,"** By Nick Wingfield, *The New York Times,* October 9, 2012

"The scarcity of iPhone 5s is the main reason Apple's shares, after bursting through the $700 mark in late September, have tumbled nearly 10 percent over the last several weeks, analysts say."

"Although it's better for Apple that it appears to be suffering problems of supply rather than demand, both situations result in lost or delayed sales. Analysts who have poked around in Apple's supply chain believe that the holdup could be the result of a shortage of the new displays that Apple is using in the iPhone 5."

**"Hon Hai Explains iPhone 5 Shortage,"** By Lorraine Luk, *The Wall Street Journal,* October 17, 2012

"Apple has said its iPhone 5 sold faster initially than any other iPhone but sales have fallen short of some analysts' expectations due in part to supply shortages."

"So what's causing the supply shortage? Here is Hon Hai Precision Industry Co.'s take. The company, based in Taiwan with factories across China, uses the trade name Foxconn Technology Group, and assembles many Apple products including the new iPhone."

"'The iPhone 5 is the most difficult device that Foxconn has ever assembled. To make it light and thin, the design is very complicated,' said an official at [Foxconn] who declined to be named."

"The recent spate of labor strife at the Taiwanese contract maker has raised concerns over whether Apple will be able to keep up with strong demand for the new smartphone."

**"Apple Shares Fall Into Bear-Market Territory,"** By Steven Russolillo, *The Wall Street Journal,* November 7, 2012

"Making matters worse for shareholders was news early Wednesday of a key supplier to Apple saying it is shipping 'far fewer' iPhones than [Apple] is requesting."

"Hon Hai Precision Industry Co. Chairman Terry Gou said production of the iPhone 5 is difficult because of its design and that his contract manufacturing company still cannot meet the quality standards of its largest customer."

"Supply-chain problems have led to a long wait for the iPhone 5 since their late-September launch, analysts said. The scarcity of the phones has been weighing on Apple's share price as well."

DEFENDANT'S EXHIBIT NO. 462.004

**"iPad Mini sales likely hurt by supply problems – analyst,"** By Shara Tibken, *CNet,* December 12, 2012

"It's good to be in high demand, but not when there's not enough supply to go around. That's the case for Apple's iPad right now, Sterne Agee says."

"While the iPhone could surprise to the upside amid improving iPhone 5 supply, Sterne Agee analyst Shaw Wu said, iPad sales may prove to be a bit disappointing. That's because Apple is struggling with component shortages for the iPad Mini. And those people who can buy Minis are often doing so instead of picking up the larger version of the device."

"'iPad mini demand remains strong but shipments appear limited by supply constraints. On the other hand, build plans for iPad appear to have been reduced likely due to some cannibalization by iPad mini,' [an analyst] said."