# Neonode + Plaisant

*and importantly…*

- A Neonode guide 41 pages in Patent History

- Plaisant paper copied in full into Patent History

- **PTO ruled '721 valid**