# Dr. Mowry Changed His Opinion

**May 14, 2012**



> Thus, at any given time, the Sidekick system detects and selects only one telephone number, and chooses to present that number to the user. Sidekick Handbook, at 30 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen."). This, again, is contrary to the teachings of the '647 Patent, in which multiple structures are detected, after which a user can choose any one on which to perform an operation via the user interface.

Reply Expert Declaration of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647, ¶ 141

**Sept. 13, 2013**



> ~~Thus, at any given time, the Sidekick system detects and selects only one telephone number, and chooses to present that number to the user. Sidekick Handbook, at 30 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen.").~~ This, again, is contrary to the teachings of the '647 Patent, in which <u>a user can select one structure from among</u> multiple structures ~~are detected, after which a user~~ <u>and</u> can choose any one on which to perform an operation via the user interface.

Rebuttal Expert Report of Dr. Todd C. Mowry
Regarding Validity of U.S. Patent No. 5,946,647, ¶ 152

| 2012 | 2013 |
|---|---|

SDX4032