**Apple v. Samsung**

---

 **Maccoun, James (Vol. 01) - 08/16/2013**                    1 CLIP  (RUNNING 00:15:30.653)

04-19-14 Apple Direct

<u>MACOUNJ-0816-APPLEDIR02</u>          49 SEGMENTS  (RUNNING 00:15:30.653)          

**1. PAGE 5:08 TO 5:09  (RUNNING 00:00:02.346)**

```
08        Q.  Good morning, Mr. Maccoun.
09        A.  Good morning.
```

**2. PAGE 5:19 TO 5:22  (RUNNING 00:00:11.996)**

```
19             Who are you currently employed by?
20        A.  I'm employed by Google Inc.                   09:39
21        Q.  How long have you been employed by Google?
22        A.  Since 2011.
```

**3. PAGE 6:04 TO 6:05  (RUNNING 00:00:04.020)**

```
04        Q.  Are you an attorney?
05        A.  Yes, I am.                                    09:38
```

**4. PAGE 7:21 TO 7:24  (RUNNING 00:00:10.575)**

```
21        Q.  Do you understand that you are appearing today
22   as a corporate witness on behalf of Google to give
23   testimony in response to several of the topics in this
24   notice?
```

**5. PAGE 8:03 TO 8:04  (RUNNING 00:00:08.349)**

```
03             THE WITNESS:  I understand I'm here in response
04   to the -- this subpoena that I have in my hands.
```

**6. PAGE 13:09 TO 13:15  (RUNNING 00:00:23.367)**

```
09        Q.  I'm not sure that I understand your answer.  So
10   let me just ask you, Topic 28 asks for any agreement      09:51
11   with or request by Samsung to indemnify it for defense
12   costs and/or liability related to this litigation.  My
13   question to you is:  Is there any agreement with Samsung
14   to indemnify it for defense costs or liability related
15   to this litigation?                                       09:51
```

**7. PAGE 13:18 TO 13:21  (RUNNING 00:00:18.446)**

```
18             THE WITNESS:  There is a Mobile Applications
19   Development Agreement, and I understand that to be an
20   agreement between Google Inc. and Samsung relating to     09:52
21   indemnity and defense.
```

**8. PAGE 14:08 TO 14:11  (RUNNING 00:00:10.324)**

```
08             Pursuant to that agreement that you just
09   referred to, has Google agreed to indemnify Samsung for
10   any liability or defense costs associated with this       09:52
11   litigation?
```

**9. PAGE 14:16 TO 14:19  (RUNNING 00:00:37.614)**

```
16             THE WITNESS:  So I understand that Google is
17   defending Samsung and that this is reflected by emails.
18   The -- I think that's probably a good way to
19   characterize it.
```

## Apple v. Samsung

**10. PAGE 15:09 TO 15:10  (RUNNING 00:00:04.242)**

```
09          MR. STONE:  Would you please mark that as
10  Exhibit 2, please.                                    09:55
```

**11. PAGE 15:11 TO 15:18  (RUNNING 00:00:07.199)**

```
11          (Exhibit 2, Email string from Susan Kim to
12          Daniel.ko@samsung.com, 12/7/12,
13          GOOG-NDCAL630-00069118 - 124, marked for
14          identification.)
15  BY MR. STONE:                                         09:55
16      Q.  Mr. Maccoun, have you seen what's been marked
17  as Exhibit 2 before?
18      A.  Yes, I have.
```

**12. PAGE 17:19 TO 17:19  (RUNNING 00:00:03.457)**

```
19          MR. STONE:  Mark this as Exhibit 3, please.
```

**13. PAGE 17:20 TO 18:09  (RUNNING 00:00:38.378)**

```
20          (Exhibit 3, Letter to Andy Rubin from
21          JaeHyoung Kim, 4/5/12,
22          GOOG-NDCAL630-00065923 - 24, marked for
23          identification.)
24  BY MR. STONE:
25      Q.  Do you recognize what's been marked as.        09:59
00018:01  Exhibit 3, Mr. Maccoun?
02      A.  Yes, I do.
03      Q.  What is it?
04      A.  It's a letter from Samsung to Google.
05      Q.  And was this letter Samsung's initial request   09:59
06  to be indemnified for this litigation by Google?
07      A.  I'm not aware of any earlier request.
08      Q.  This is the first request that you're aware of;
09  is that correct?
```

**14. PAGE 18:11 TO 18:12  (RUNNING 00:00:03.441)**

```
11          THE WITNESS:  This is the first request that
12  I'm aware of, yes.
```

**15. PAGE 19:09 TO 19:13  (RUNNING 00:00:16.370)**

```
09      Q.  What is the Mobile Application Distribution
10  Agreement?  I guess you referred to it as the M-A-D-A or   10:01
11  MADA.
12      A.  It's an agreement between Google and Samsung.
13      Q.  What's the purpose of the agreement?
```

**16. PAGE 19:18 TO 19:25  (RUNNING 00:00:26.232)**

```
18          THE WITNESS:  Well, I suppose it had a variety
19  of purposes.  But one of them is to provide
20  applications -- for Google to provide applications to       10:01
21  Samsung.  But there were other purposes that are set
22  forth in the agreement.
23  BY MR. STONE:
24      Q.  And I take it one provision of the agreement
25  relates to indemnification of Samsung by Google?            10:02
```

**17. PAGE 20:03 TO 20:05  (RUNNING 00:00:06.164)**

```
03          THE WITNESS:  So I recall that the MADA does
04  have provisions relating to defense and indemnification.
05  BY MR. STONE:                                               10:02
```

**18. PAGE 20:06 TO 20:07  (RUNNING 00:00:04.166)**

```
06      Q.  And the same is true for the Strategic
07  Marketing Agreement?
```

**CONFIDENTIAL**

## Apple v. Samsung

**19. PAGE 20:10 TO 20:15  (RUNNING 00:00:20.679)**

```
10          THE WITNESS:  Well, I -- it would be helpful to     10:02
11  see it.  But in general, I seem to recall that the
12  Strategic Marketing Agreement simply incorporated the
13  provisions of the MADA -- or stated something to the
14  effect that the MADA would be similarly used.  Something
15  like that.                                                  10:02
```

**20. PAGE 20:16 TO 20:17  (RUNNING 00:00:04.251)**

```
16          MR. STONE:  Would you please mark this as
17  Exhibit 4.
```

**21. PAGE 20:18 TO 21:07  (RUNNING 00:00:48.572)**

```
18          (Exhibit 4, Letter to JaeHyoung Kim and
19          Seong-Woo Kim from Allen Lo, 5/21/12,
20          GOOG-NDCAL630-00065935 - 37, marked for
21          identification.)
22          MR. STONE:  Exhibit 3, which we were just
23  looking at, was dated April 5th.  And it was a letter of
24  JaeHyoung Kim of Samsung to Mr. Andy Rubin of Google.
25          Exhibit 4 is a letter from Allen Lo of Google,    10:03
00021:01  Deputy General Counsel Patents and Patent Litigation, to
02  JaeHyoung Kim.  And it's dated May 21, 2012.  Subject
03  is:  "Apple litigation alleged patent infringement."
04      Q.  Have you seen this exhibit before?
05      A.  Yes, I have.                                       10:04
06      Q.  Is this Google's response to Samsung's request
07  for indemnification, dated April 5th, 2012?
```

**22. PAGE 21:10 TO 21:12  (RUNNING 00:00:09.533)**

```
10          THE WITNESS:  The document does state, in the     10:04
11  first sentence, that it's a response to the letter of
12  April 5th, 2012.
```

**23. PAGE 21:14 TO 21:16  (RUNNING 00:00:09.718)**

```
14      Q.  Okay.  In this letter, did Google agree to
15  indemnify Samsung for any of the claims in the           10:04
16  litigation?
```

**24. PAGE 21:21 TO 22:01  (RUNNING 00:00:18.435)**

```
21          THE WITNESS:  So as I read it, Google's
22  essentially offering to defend Samsung to the MADA and
23  does offer to defend some -- some claims.
24  BY MR. STONE:
25      Q.  Which claims does Google offer to defend in       10:05
00022:01  this letter?
```

**25. PAGE 22:02 TO 22:04  (RUNNING 00:00:12.570)**

```
02      A.  It seems to be stated in this last full
03  paragraph of the second page that -- more or less, the
04  parameters.
```

**26. PAGE 22:05 TO 22:10  (RUNNING 00:00:30.682)**

```
05      Q.  Are you referring to the sentence that states:   10:06
06  "We believe that Apple's allegations in Apple Inc.
07  Versus Samsung Electronics Company Limited, et al., Case
08  Number 511CV00630LHK, regarding asserted U.S. Patent
09  Number" -- and then it refers to the '959 patent and the
10  '604 patent -- "may fall within this obligation"?        10:07
```

**27. PAGE 22:11 TO 22:16  (RUNNING 00:00:17.667)**

```
11      A.  Yeah, but I believe that, more or less, is the
12  essence of this.
```

**CONFIDENTIAL**

**Apple v. Samsung**

```
      13      Q.  So is it your understanding that in this
      14  letter, Google's offering to indemnify Samsung for the
      15  claims made with respect to those two patents but not to      10:07
      16  any other claims in litigation?
```

**28. PAGE 22:18 TO 22:20 (RUNNING 00:00:24.516)**

```
      18          THE WITNESS:  So I believe that there is -- in
      19  the December -- December 5th email, there may be
      20  additional claims that Google is offering to defend.          10:08
```

**29. PAGE 27:16 TO 27:20 (RUNNING 00:00:16.864)**

```
      16      Q.  So Google is offering to defend and indemnify
      17  Samsung with respect to the claims regarding the '959
      18  and '604 patents and is requesting that Samsung tender
      19  the defense of those claims to it?  Is that what you
      20  understand this letter is doing?                              10:19
```

**30. PAGE 27:22 TO 27:24 (RUNNING 00:00:21.222)**

```
      22          THE WITNESS:  So Google is asking Samsung to
      23  tender the defense so that Google can defend Samsung.
      24  And that's really what I see this sentence saying.
```

**31. PAGE 27:25 TO 28:02 (RUNNING 00:00:05.548)**

```
      25  BY MR. STONE:                                                 10:19
   00028:01      Q.  When you say "tender the defense," what does
      02  that mean, to tender the defense?
```

**32. PAGE 28:06 TO 28:07 (RUNNING 00:00:04.693)**

```
      06          THE WITNESS:  This is a requirement that's set
      07  forth in the MADA.
```

**33. PAGE 28:09 TO 28:09 (RUNNING 00:00:02.566)**

```
      09      Q.  And what is that requirement?
```

**34. PAGE 28:15 TO 28:18 (RUNNING 00:00:26.965)**

```
      15          THE WITNESS:  And so I understand it to be a          10:20
      16  legal term of art, more or less, allowing the indemnitor
      17  to control the litigation and defense.  That's more or
      18  less a summary of the idea.
```

**35. PAGE 32:18 TO 33:04 (RUNNING 00:00:52.440)**

```
      18      Q.  Mr. Maccoun, I'd like to turn back to what was
      19  previously marked as Exhibit 2 to your deposition,
      20  Exhibit 2, which is the December email.  Do you have         10:31
      21  that?
      22      A.  I do (indicating).
      23      Q.  On the second page, there is an email in the
      24  middle from Susan Kim of Google, dated December 5th,
      25  2012, re:  Google indemnification for Samsung.               10:31
   00033:01          Do you see that?
      02      A.  Yes.
      03      Q.  That's an email to Daniel Ko of Samsung; is
      04  that correct?
```

**36. PAGE 33:05 TO 33:21 (RUNNING 00:01:19.902)**

```
      05      A.  It appears to be.  It's -- I see his name in        10:32
      06  another email.
      07      Q.  Okay.
      08      A.  I see his last name in another email, which is
      09  part of a set.
      10      Q.  Okay.  And do you understand this email to set      10:32
      11  forth the terms of indemnification for Samsung for this
      12  litigation that Google has offered?
```

```
13       A.  So the -- the terms are set forth in the MADA.
14  But this is something which is Google is offering to do in
15  relationship to the MADA.                                10:33
16       Q.  In connection with the indemnification
17  provision in the MADA, in this litigation Google is
18  offering to indemnify Samsung as set forth in this
19  email; correct?
20       A.  So Google's offering to defend and indemnify,   10:33
21  as set forth in this email, pursuant to the MADA.
```

**37. PAGE 33:22 TO 34:05 (RUNNING 00:00:38.585)**

```
22       Q.  Okay.  The first paragraph of this email says,
23  "For the '959 and '604 patents, Google will indemnify
24  Samsung for Apple's allegations against the Quick Search
25  Box."
00034:01      Is that your understanding, that Google is
02  offering to indemnify Samsung for the allegations in
03  this case regarding the Quick Search Box?
04       A.  So this is an offer that Google made.  I have
05  no reason to believe that that has changed.              10:34
```

**38. PAGE 34:16 TO 34:18 (RUNNING 00:00:12.233)**

```
16       Q.  Okay.  Has Samsung tendered to Google the
17  defense of the claims against the Quick Search Box with
18  respect to the '959 and '604 patents?
```

**39. PAGE 34:20 TO 34:20 (RUNNING 00:00:04.095)**

```
20       THE WITNESS:  So far as I know, it has.            10:35
```

**40. PAGE 34:22 TO 34:25 (RUNNING 00:00:32.218)**

```
22       Q.  Well, if you turn to the next page of the
23  exhibit, the one ending in Bates Number 120, this is an
24  email, dated November 25th, 2012, from Daniel Ko at
25  Samsung to Susan Kim and Chester Day of Google; correct?  10:36
```

**41. PAGE 35:01 TO 35:06 (RUNNING 00:00:20.763)**

```
00035:01      Do you see that?
02       A.  Yes, I do.
03       Q.  And Mr. Ko of Samsung writes in this email
04  that -- he's summarizing what Samsung and Google agreed
05  so far regarding the Google's indemnification in this    10:36
06  case; is that right?
```

**42. PAGE 35:09 TO 35:11 (RUNNING 00:00:14.955)**

```
09       THE WITNESS:  So there is a sentence which
10  states:  "I summarized what Samsung and Google agreed so  10:36
11  far regarding the Google indemnification."
```

**43. PAGE 36:12 TO 36:14 (RUNNING 00:00:09.978)**

```
12       Q.  Do you understand that Google has control and
13  authority over the defense of the '959 and '604 patents
14  in this litigation?
```

**44. PAGE 36:18 TO 36:19 (RUNNING 00:00:04.187)**

```
18       THE WITNESS:  I have no reason to believe
19  that's not the case.
```

**45. PAGE 37:17 TO 37:20 (RUNNING 00:00:16.029)**

```
17       Q.  To prepare for your deposition today, did you
18  make any inquiry into whether Google has tendered the
19  defense of any of the claims in this litigation pursuant
20  to the MADA indemnification provision?                   10:41
```

**Apple v. Samsung**

**46. PAGE 37:24 TO 38:04  (RUNNING 00:00:18.154)**

```
         24         THE WITNESS:  So I believe that, generally
         25  speaking, Samsung has made a tender and that Google is      10:41
00038:01  defending with respect to those two patents.  But I
         02  don't have specific knowledge.
         03         And in answer to your question, I did not make
         04  a specific inquiry into that.
```

**47. PAGE 40:04 TO 40:14  (RUNNING 00:00:58.859)**

```
         04     Q.  Okay.  Paragraph 3 of Susan Kim's December 5,
         05  2012, email relates to the '414 patent.  It states:      10:45
         06  "Google will indemnify Samsung for Apple's allegations
         07  against Gmail pursuant to the terms of the MADAs."
         08         Is it your understanding that Google has
         09  offered to indemnify Samsung for Apple's allegations
         10  against Gmail with respect to the '414 patent?            10:45
         11     A.  So I -- I understand that this email offered
         12  that and -- basically to defend and, if necessary,
         13  indemnify.  I don't have any reason to believe that's
         14  changed.
```

**48. PAGE 46:08 TO 46:12  (RUNNING 00:00:29.015)**

```
         08     Q.  With respect to paragraphs 1, 2 and 3 in
         09  Susan Kim's December 5th email related to the '959,
         10  '604, '502, and '414 patents, each of those paragraphs   10:57
         11  states:  "Google will indemnify Samsung for certain of
         12  Apple's allegations."
```

**49. PAGE 46:15 TO 46:18  (RUNNING 00:00:28.073)**

```
         15         THE WITNESS:  So I see it as a general term        10:58
         16  relating to providing a defense against claims, and then
         17  can mean other things depending on the outcome of
         18  litigation.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:30.653)**