QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
  TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S NOTICE OF MANUAL FILING FOR CERTAIN EXHIBITS SUBJECT TO THE COURT'S NOVEMBER 20, 2014 ORDER RE: SEALING**<br>**AND NOTICE OF NON-FILING OF PHYSICAL EXHIBIT DX345** |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, pursuant to the Court's November 20, 2014 Order [Dkt.
3  No. 2064] and Civil Local Rule 79-5(f), Samsung Electronics Co., Ltd., Samsung Electronics
4  America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will
5  manually file copies of public versions of the trial exhibits listed below that were previously filed
6  under seal in connection with briefing on the parties' high priority objections.   The identified trial
7  exhibits consist of electronic files that are too voluminous to file on the Court's ECF system.

8  **Manually Filed Trial Exhibits**

9  1.   DX301 (Dkt. No. 1688-7):
10 2.   DX312 (Dkt. No. 1673-20);
11 3.   DX318 (Dkt. No. 1673-22);
12 4.   DX320 (Dkt. No. 1673-23); and
13 5.   DX339 (Dkt. No. 1740-17).

15 **PLEASE TAKE FURTHER NOTICE** that trial exhibit DX345 (slipsheet filed at Dkt.
16 No. 1673-33) is a physical device that was admitted at trial, and is already in the Court's
17 possession.   *See* Dkt. No. 1866-1 (list of admitted trial exhibits).   Accordingly, Samsung will not
18 be filing DX345.

20 The manually filed trial exhibits listed above are being maintained in the case file in the
21 Clerk's office.
22 For information on retrieving this filing directly from the court, please see the court's main
23 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
24 This filing was not e-filed for the following reason(s):
25 [X] Voluminous Document (PDF file size larger than the efiling system allows)
26 [_] Unable to Scan Documents
27 [_] Physical Object (description): _____
28 _____

02198.51990/6428884.2

-1-
SAMSUNG'S NOTICE OF MANUAL FILING AND NOTICE OF NON-FILING OF PHYSICAL EXHIBIT DX345

1  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2  [_] Item Under Seal in Criminal Case

3  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4  [_] Other (description): _____

5

6  DATED: December 22, 2014          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
7
                                     By  */s/ Michael L. Fazio*
8                                        Victoria F. Maroulis
9                                        Michael L. Fazio
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
10                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
11                                       TELECOMMUNICATIONS AMERICA, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28