# Exhibit 9

(Unredacted Version of Document to Be Sealed)

Highly Confidential Business Information
of Google Inc.

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5
 6   APPLE INC., a California
     corporation,
 7
                Plaintiff,
 8
        vs.                              Case No.
 9                                       12-cv-00630-LHK (PSG)
     SAMSUNG ELECTRONICS CO., LTD.,
10   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
11   New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
12   AMERICA, LLC, a Delaware
     limited liability company,
13
                Defendants.
14   _____
15
16
17      ** HIGHLY CONFIDENTIAL BUSINESS INFORMATION
                 OF GOOGLE INC. **
18
19
       VIDEOTAPED DEPOSITION OF JAMES W. MACCOUN, ESQ.
20             San Francisco, California
21              Friday, August 16, 2013
22
23
24   Reported by:
     LESLIE ROCKWOOD, RPR, CSR 3462
25   Job No. 64920
```

Highly Confidential Business Information
of Google Inc.

Page 15

```
1    the extent you can do so without revealing
2    attorney-client communications.
3           THE WITNESS:  There are emails which state what
4    Google intends to do pursuant to the mobile -- I'll
5    just -- if I could simplify it and just call it the        09:54
6    MADA, meaning M-A-D-A.
7    BY MR. STONE:
8        Q.  Okay.
9           MR. STONE:  Would you please mark that as
10   Exhibit 2, please.                                         09:55
11          (Exhibit 2, Email string from Susan Kim to
12          Daniel.ko@samsung.com, 12/7/12,
13          GOOG-NDCAL630-00069118 - 124, marked for
14          identification.)
15   BY MR. STONE:                                              09:55
16       Q.  Mr. Maccoun, have you seen what's been marked
17   as Exhibit 2 before?
18       A.  Yes, I have.
19       Q.  Is this -- are these the emails that you're
20   referring to regarding Samsung's -- the scope of           09:56
21   Samsung's defense of Google in this -- or Google's --
22   strike that.
23          Are these the emails you were referring to
24   setting forth the scope of Google's defense of Samsung
25   in this litigation?                                        09:56
```

Highly Confidential Business Information
of Google Inc.

Page 16

1      MR. WARREN:  Objection.  Vague.

2      Sorry.  Go ahead.

3      THE WITNESS:  Sorry.

4      So by the way, I'd like to add to something I

5  said earlier --                                          09:56

6  BY MR. STONE:

7      Q.  Okay.

8      A.  -- that may be incomplete.

9      I believe I may have met Chester Day --

10     Q.  Okay.                                            09:56

11     A.  -- as part of the preparation.

12     Q.  Who is Mr. Day?

13     A.  He is an attorney at Google.

14     Q.  Okay.

15     A.  And so there are other emails that I saw in     09:56

16 preparation for this deposition and letters, and I think

17 that -- I think that collectively -- I -- I see part of

18 this which states what Google intends to do, but I think

19 that the other documents are -- basically should be

20 considered among these to understand this particular     09:57

21 email that I'm looking at.

22     Q.  What documents are you referring to?

23     A.  The letters that I mentioned earlier, and I

24 believe there are some other emails that I saw, but

25 which may not be in this package that you just gave me.  09:57