Exhibit 3
(Submitted Under Seal)

Attorneys' Eyes Only - Pursuant to Protective Order

Page 1

1       UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3

    APPLE INC. a California,        )
4   Corporation,                    )
                                     )
5                   Plaintiff,       )
                                     )
6            vs.                     ) Case No.
                                     ) 12-CV-00630-LHK
7   SAMSUNG ELECTRONICS CO., LTD., )
    a Korean business entity;       )
8   SAMSUNG ELECTRONICS AMERICA,     )
    INC., a New York corporation;   )
9   SAMSUNG TELECOMMUNICATIONS       )
    AMERICA, LLC, a Delaware         )
10  limited liability company,      )
                                     )
11                  Defendants.      )
    -----------------------------)
12
13
14          ATTORNEYS' EYES ONLY
15      PURSUANT TO PROTECTIVE ORDER
16             VIDEOTAPED
17      DEPOSITION OF KEVIN JEFFAY
18         New York, New York
19      Tuesday, September 24, 2013
20
21
22
23
24  Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
25  JOB NO. 65990

Attorneys' Eyes Only - Pursuant to Protective Order

Page 95

1      Q.    And you provide a description of

2    the prosecution history, correct?

3      A.    I do.

4      Q.    You do that, in fact, for both

5    your opening and rebuttal reports, correct?      11:55

6      A.    Yes.

7      Q.    And when you were drafting the

8    summaries of the patent and the file history

9    that you included in your report, did you

10   endeavor to include the passages that you       11:56

11   deemed relevant to your analysis?

12     A.    Yes.

13     Q.    Was there anything that you

14   remember that was relevant to your analysis

15   that you did not include in your description     11:56

16   that you included in your expert report?

17   Expert reports?  Excuse me.

18     A.    I don't recall.

19     Q.    Okay.  So let me go back to my

20   earlier question.                               11:56

21          Is there anything other than what

22   you've mentioned in the intrinsic record that

23   you have before that you identified in your

24   expert reports that supports your

25   understanding that one of ordinary skill would   11:56

Attorneys' Eyes Only - Pursuant to Protective Order

Page 96

1  understand analyzer server to be separate from

2  a client?

3      A.    So I think you're misstating

4  what's in my expert report.  I never offered

5  the opinion that a person of ordinary skill in        11:57

6  the art would have that understanding.  That

7  opinion is never stated in these reports.

8          I think what I represented was

9  that my analysis is based on just being asked

10 to accept the constructions that were offered       11:57

11 and to do an analysis under each set of

12 constructions.

13         In addition, I did say that I

14 personally agree with Judge Posner's

15 construction of analyzer server.  But I think        11:57

16 that's the extent of it.

17     Q.    Okay.  So you would agree that one

18 of ordinary skill in the art would understand

19 the term analyzer server as it's used in claim

20 1?                                                    11:57

21     A.    I don't believe I made a statement

22 about a person of ordinary skill in the art.

23 But we can check -- so let's check so we can

24 find the language that I actually used.

25     Q.    Sure.                                       11:58

Attorneys' Eyes Only - Pursuant to Protective Order

Page 97

1       A.    Let me get organized here.

2             (Document review.)

3       A.    Well, I thought I had opined in

4  here that I agree with Judge Posner's

5  constructions.  But I'm not being able to find        12:01

6  the references so maybe -- maybe I ended up

7  deleting that statement.

8             So, in any event, I'm -- sitting

9  here today, my recollection is that I never

10  opined about the understanding of a person of       12:01

11  ordinary skill in the art.

12      Q.    Okay.  So sitting here today

13  you've reviewed -- you submitted an opening

14  expert report and you submitted a rebuttal

15  report in response to arguments raised by Dr.        12:02

16  Mowry, correct?

17      A.    Yes.

18      Q.    So sitting here today based on all

19  the information you've seen, do you have an

20  opinion as to what the proper construction of        12:02

21  analyzer server is as it appears in claim 1?

22            MR. ERWINE:  Objection.  Calls for

23      a legal conclusion.

24      A.    No.

25      Q.    Do you have an opinion as to how          12:02

Attorneys' Eyes Only - Pursuant to Protective Order

Page 98

1   one of ordinary skill at the time of the

2   invention would have understood analyzer

3   server as it's used in claim 1?

4       A.    No.

5       Q.    You understand that Dr. Mowry's          12:02

6   offered opinion as to how one of ordinary

7   skill would understand that term.  He's

8   offered that in his opening report.  Do you

9   remember seeing that?

10      A.    I remember his discussion.  I           12:02

11  don't remember with sufficient clarity to say

12  that he was offering it under the framework of

13  the understanding of a person of ordinary

14  skill in the art.  But I do remember him

15  opining on claim construction.                     12:03

16      Q.    But you have no opinion as to how

17  one of ordinary skill would understand the

18  term analyzer server as it appears in claim 1,

19  correct?

20          MR. ERWINE:  Objection.  Calls for        12:03

21      a legal conclusion.

22      A.    As I say, outside of the

23  constructions, no.  I'm just using the

24  constructions, both parties' constructions, as

25  they exist today.                                  12:03

Attorneys' Eyes Only - Pursuant to Protective Order

Page 99

1    Q.    Okay.  So I'm going to ask you to

2    try to defend a construction that you haven't

3    espoused.

4    A.    Okay.

5    Q.    Can you identify anything other        12:03

6    than what you identified so far in the

7    intrinsic record that would support the

8    construction issued in the Motorola litigation

9    that the analyzer server must be separate from

10   the client?                                    12:03

11         MR. ERWINE:   Objection.  Calls for

12    a legal conclusion.

13    A.    If you're asking me to go through

14   the claim construction exercise of formulating

15   opinions of what a person of ordinary skill in   12:03

16   the art would understand, I haven't done it.

17   I can attempt to do it now.  It would probably

18   be quite time-consuming.  So how would you

19   like to proceed?

20    Q.    Well, sitting here today, based on      12:04

21   the information you have obtained so far, you

22   don't have any opinion as to whether or not

23   there are any additional bits of the intrinsic

24   record that support that construction.  Is

25   that fair?                                       12:04

Attorneys' Eyes Only - Pursuant to Protective Order

Page 140

1          A F T E R N O O N    S E S S I O N

2          (Time noted:        1:43 p.m.)

3          THE VIDEOGRAPHER:   The time is

4      1:43 p.m.  We're back on the record.

5                  * * *

6    K E V I N   J E F F A Y,    resumed and

7        testified as follows:

8    EXAMINATION BY (Cont'd.)

9    MR. VINCENT:

10         Q.    Welcome back.                        01:42

11         A.    Thank you.

12         Q.    I'd like to ask you regarding the

13   phrase linking actions to the detected

14   structures as that phrase appears on the

15   asserted claims.                                 01:42

16             Do you have an opinion as to

17   whether one of ordinary skill in the art would

18   understand that term to require a specified

19   connection?

20             MR. ERWINE:  Objection.                01:42

21       Causation.

22         A.    I haven't -- I mean, I recognize

23   that language as being part of Judge Posner's

24   construction.  And I haven't offered -- I've

25   just been asked to accept his construction and   01:42

Attorneys' Eyes Only - Pursuant to Protective Order

Page 141

1   I haven't offered an opinion as to the

2   appropriateness of the construction.

3        Q.   Do you have an opinion as to

4   whether one of ordinary skill would understand

5   the phrase linking actions to the detected        01:43

6   structures to require that more than one

7   action be linked to a particular detected

8   structure?

9             MR. ERWINE:  Objection.  Calls for

10       a legal conclusion.                            01:43

11       A.   I don't believe I've offered an

12   opinion as to the appropriateness of that.

13       Q.   Are you aware of any intrinsic

14   evidence that would support such a

15   construction?                                      01:43

16            MR. ERWINE:  Same objection.

17       A.   I haven't done a claim

18   construction analysis on that term so I

19   haven't gone through the intrinsic evidence

20   with that in mind.                                 01:44

21       Q.   Regarding the word "structures" as

22   that term is used in the asserted claims, in

23   your opinion would one of ordinary skill

24   understand structures to have semantic

25   significance?                                      01:44