# Exhibit 2
# (Submitted Under Seal)

SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY
CONTAINS HIGHLY CONFIDENTIAL SOURCE CODE INFORMATION

# EXPERT REPORT OF KENNETH A. PARULSKI REGARDING INFRINGEMENT OF U.S. PATENT NO. 6,226,449

Signed:   August 12, 2013

way—by executing a different compression algorithm for still images or video, to obtain the same result—compressed photo or video data that can be recorded to memory.

### 6. Claim 25 [E]: "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal"

195. In my opinion, each of the Accused Apple Products includes "a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal." Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates that each product captures photos and videos and stores them in compressed digital form. Therefore, each Accused Apple Product must contain a memory and an interface thereto "which records compressed data, said compressed data including a moving image signal, and a still image signal."

196. Section 1.2 of the H5P User's Manual is a block diagram (*see* APL630DEF-WH0001749909), a portion of which is shown below. In my opinion, this NAND Flash Interface and the DDR NAND Flash provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in the DDR NAND FLASH memory.



197. The NAND Flash Interface portion of the H5P SOC is further described in section 5.1.17 of the H5P User's Manual. (*See* APL630DEF-WH0001749980 - WH0001749986.) The H5P User's Manual states that the H5P SOC has "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████" (*See* APL630DEF-WH0001749980.) The H5P User's Manual also includes a table, a portion of which is shown below, which shows that the ████████████████████████████████████████████████████████████████████████████████ (*See* APL630DEF-WH0001749986.)



198. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ (Titi Tr. 13:7 - 15:15.)

199. The amount of NAND Flash Memory in the Accused Apple Products is provided as part of the model number. Apple engineer Tim Millet confirmed that for an iPhone 5 16 GB, the "GB" (gigabytes) refers to the amount of flash memory. (*See* Millet dep. 67:25-68:5.) Apple's website states "iPhone comes in three storage sizes: 16GB, 32GB, and 64GB. The term

83

"GB" stands for gigabytes. The more gigabytes you have, the more content you can store on your iPhone — apps, games, photos, HD videos, music, movies, and more."[23]

200. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███ See Millet dep. 68:17-20.)  This NAND flash memory and controller combination is also a recording circuit as claimed.

201. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████ (Millet Tr. 68:13-14.)

202.    The H4P SOC used in the iPhone 4 is described in the H4P User's Manual. (*See* APL630DEF-WH0001738776 - 1744368).  Section 1.2 of the H4P User's Manual includes a block diagram (*see* APL630DEF-WH0001738789), a portion of which is shown below. ███



███████████████████████████████████████████████████

███████████████████████████████████████████ In my opinion, this NAND Flash Interface and the DDR NAND Flash provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in the DDR NAND FLASH memory.

---

[23] (*See*: store.apple.com/us/buy/home/shop_iphone/family/iphone5?product=IPHONE5.)



203. High-level diagrams of the hardware and software blocks used for capturing, compressing, and recording still and video images using the H4P SOC are provided in an Apple document titled "H4 still & Video capture flows." (*See* APL630DEF-WH0004002036-38). The "H4 Video Capture" diagram, shown below, depicts how processed ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

85

204. The "H4 Still Capture" diagram, shown below (*see* APL630DEF-WH0004002038), depicts how processed still image signals are provided to a ▮



205. The H3P SOC used in the iPod Touch (4th Gen) is described in the H3P User's Manual. (*See* APL630DEF-WH0001726602 - 1732790). Section 4.3 of this document includes a block diagram (*See* APL630DEF-WH0001726634), a portion of which is shown below. ▮

In my opinion, this NAND Flash Interface and the NAND Flash provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in the DDR NAND FLASH memory.



206. The H2 SOC used in the Apple iPhone 3GS is described in the H2P User's Manual (*See* APL630DEF-WH0001708681 - 1712045). ▮▮▮▮▮▮▮▮▮▮▮▮ which is depicted in a block diagram (*See* APL630DEF-WH0001710784). In my opinion, the ▮▮▮▮▮▮▮▮▮▮▮▮ provide a recording circuit which records compressed data, including a moving image signal and a still image signal, in the NAND FLASH memory.



7. **Claim 25 [F]: "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal"**

207. In my opinion, each of the Accused Apple Products includes "a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal." Setting aside the evidence cited below, my testing of the Accused Apple Products demonstrates

87