# Exhibit 3
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE No. 12-cv-00630-LHK |

**EXPERT REPORT OF JUDITH A. CHEVALIER, PH.D.**

**SEPTEMBER 13, 2013**

company websites and press releases, and other expert reports. These materials are listed in Exhibit 3.

11. Should additional information be made available to me, I reserve the right to update my opinions accordingly.

### F. Compensation

12. I am compensated at the rate of $850 per hour for time I incur on this matter. In addition, I receive compensation based on the professional fees of Analysis Group, Inc., a financial and economic consulting firm, which has provided research support, created exhibits, and assisted in preparation of this report under my direction and supervision. My compensation is not contingent on my findings or on the outcome of this case.

## II. Background

### A. Parties at Issue

#### 1. Apple

13. Apple was incorporated in California in 1977 as a manufacturer of personal computers.[20] In October 2001, Apple expanded its product portfolio to include iPod-branded portable digital media players.[21] It launched its first phone product, the iPhone, in June 2007.[22] In its 10-K, Apple describes its current product and services offerings as including "iPhone, iPad, Mac, iPod, Apple TV, a portfolio of consumer and professional software applications, the iOS and OS X operating systems, iCloud, and a variety of accessory, service, and support offerings."[23]

---

[20] Apple Inc. Form 10-K for the fiscal year ended September 29, 2012 ("Apple 2012 10-K"), at 1.
[21] http://www.apple.com/pr/products/ipodhistory/.
[22] http://www.apple.com/pr/library/2007/01/09Apple-Reinvents-the-Phone-with-iPhone.html; http://www.apple.com/pr/library/2007/06/28iPhone-Premieres-This-Friday-Night-at-Apple-Retail-Stores.html (all viewed 9/12/2013).
[23] Apple 2012 10-K, at 1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Deposition of Stanley Ng, February 21, 2012, with Exhibits; July 2, 2013
Deposition of Stephanie Chen, with Exhibits, March 8, 2012; with Exhibits, August 2, 2013
Deposition of Steven Sinclair, April 4, 2012, with Exhibits
Deposition of Sungsik Lee, with Exhibits, March 1, 2012; with Exhibits, July 11, 2013
Deposition of Suzanne Lindbergh, with Exhibits, February 28, 2012
Deposition of Tamara Whiteside, with Exhibits, February 28, 2012
Deposition of Terry Musika, May 14, 2012, with Exhibits
Deposition of Timothy Benner, February 22, 2012, with Exhibits; March 30, 2012, with Exhibits; June 28, 2013
Deposition of Timothy Sheppard, January 24, 2012, with Exhibits; February 29, 2012, with Exhibits; March 30, 2012, with Exhibits
Deposition of Todd Pendleton, with Exhibits, March 31, 2012; with Exhibits, July 19, 2013
Deposition of Tony Blevins, April 3, 2012, with Exhibits
Deposition of Tulin Erdem, November 7, 2012, with Exhibits
Deposition of Yoram (Jerry) Wind, November 7, 2012, with Exhibits

**Declarations:**
Declaration of Andries Van Dam, Ph.D. in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and for Damages Enhancement Regarding U.S. Patent No. 7,469,381, October 18, 2012.
Declaration of Arthur Rangel, February 7, 2012, with Exhibits
Declaration of Cary Clark, April 23, 2012.
Declaration of Christopher Vellturo, Ph.D., February 8, 2012, with Exhibits
Declaration of Dianne Hackborn, April 23, 2012.
Declaration of Francis Ho in Support of Apple's Reply in Support of its Motion for a Preliminary Injunction, September 30, 2011
Declaration of John R. Hauser, May 31, 2012.
Declaration of Marylee Robinson in Support of Apple's Motion for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest (Redacted), September 21, 2012.
Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction, April 23, 2012, with Exhibit
Declaration of Sissie Twiggs in Support of Apple Inc.'s Motion for a Preliminary Injunction, June 30, 2011
Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction and Damages Enhancement, October 18, 2012
Declaration of Steven Sinclair, February 6, 2012
Declaration of Terry Musika in Support of Apple's Motion for Permanent Injunction (Redacted), August 29, 2012
Declaration of Tulin Erdem in Support of Samsung's Opposition to Apple's Motion for a Permanent Injunction, October 19, 2012
Declaration of Yoram (Jerry) Wind, October 19, 2012, and Exhibits
Reply Declaration of Arthur Rangel in Support of Apple's Motion for a Preliminary Injunction, September 30, 2011
Reply Declaration of Christopher Vellturo, Ph.D., May 14, 2012, with Exhibits
Reply Declaration of John R. Hauser in Support of Apple's Motion for a Permanent Injunction, November 9, 2012
Reply Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for Preliminary Injunction, September 30, 2011
Reply Declaration of Sanjay Sood in Support of Apple's Motion for a Preliminary Injunction, September 30, 2011
Reply Declaration of Terry L. Musika, CPA in Support of Apple's Motion for a Preliminary Injunction, September 30, 2011

**Expert Reports:**
Corrected Expert Report of Michael J. Wagner Volume I and Exhibits, April 20, 2012
Expert Report of David Reibstein, September 13, 2013.
Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, with Exhibits, August 12, 2013
Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172, September 13, 2013
Expert Report of Dr. Janusz A. Ordover, August 12, 2013.
Expert Report of Dr. Thomas E. Fuja Regarding Invalidity of U.S. Patent Nos. 7,756,087 and 7,551,596, with Exhibits, August 12, 2013
Expert Report of George Foster, September 13, 2013.
Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449, Volume I, with Exhibits August 12, 2013.
Expert Report of Jeffrey Chase, Ph.D., Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414, September 13, 2013
Expert Report of Joakim Ingers, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 6,292,179, August 12, 2013
Expert Report of John R. Hauser, with Exhibits, March 22, 2012
Expert Report of John R. Hauser, with Exhibits, August 11, 2013
Expert Report of Julie L. Davis, CPA, June 24, 2013
Expert Report of Michael J. Wagner Volume I (Redacted), April 16, 2012
Expert Report of Michael Walker Regarding Samsung's Standard-Setting Conduct, with Exhibits, August 12, 2013
Expert Report of Peter Rossi, April 16, 2012.
Expert Report of Professor Andrew Cockburn, with Exhibits, August 12, 2013
Expert Report of Professor David J. Teece and Exhibits, March 22, 2012.
Expert Report of Professor Nicolas Molfessis, with Appendices, August 12, 2013
Expert Report of R. Sukumar Regarding the Amount Samsung Customers Would Be Willing to Pay for the Features Associated with Patents Nos. U.S. 7,844,915, U.S. 7,469,381, U.S. 7,864,163, and U.S. 7,663,607, April 16, 2012.
Expert Report of Richard L. Donaldson, Esq., with Appendices, August 12, 2013
Expert Report of Richard Newton Taylor, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,577,757, with Exhibits, August 12, 2013
Expert Report of Saul Greenberg, Ph.D., Regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721, September 13, 2013
Expert Report of Terry L. Musika, CPA, with Exhibits, March 22, 2012
Expert Report of Tulin Erdem, September 13, 2013.
Expert Report of Vincent E. O'Brien and Exhibits, March 22, 2012
Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, with Exhibits, August 12, 2013
Opening Expert Report of Christopher A. Vellturo, Ph.D., with Exhibits, August 12, 2013
Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172, September 13, 2013
Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647, September 13, 2013
Rebuttal Expert Report of Martin Rinard, Ph.D., Regarding Infringement of Claims 24 and 25 of U.S. Patent No. 6,847,959, September 13, 2013
Rebuttal Expert Report of Saul Greenberg, Ph.D., Regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721, with Appendix September 13, 2013.
Rebuttal Report of Dr. David J. Teece, Ph.D., with Exhibits, April 16, 2012
Results from a Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871) and a Survey of World Clock

# EXHIBIT 3

## DOCUMENTS REVIEWED AND/OR RELIED UPON

Patented Feature Usage (Patented Feature 055), March 22, 2012.
Supplemental Expert Report of Professor David J. Teece and Exhibits, April 2, 2012.
Supplemental Expert Report of Terry L. Musika, CPA, with Exhibits, May 8, 2012

**Apple Expert Report Backup:**
'00000.xls'
'00001.xls'
'00010.xls'
'00011.xls'
'00100.xls'
'00101.xls'
'00110.xls'
'00111.xls'
'01000.xls'
'01001.xls'
'01010.xls'
'01011.xls'
'01100.xls'
'01101.xls'
'01110.xls'
'01111.xls'
'10000.xls'
'10001.xls'
'10010.xls'
'10011.xls'
'10100.xls'
'10101.xls'
'10110.xls'
'10111.xls'
'11.xlsx'
'11000.xls'
'11001.xls'
'11010.xls'
'11011.xls'
'11100.xls'
'11101.xls'
'11110.xls'
'11111.xls'
'12.xlsx'
'13, 14.xlsx'
'14C.xlsx'
'23.xlsx'
'25, 28.xlsx'
'3.xlsx'
'4, 5, 10, 15, 16, 24, 26, 27, 29, 30.xlsx'
'6.xlsx'
'7.xlsx'
'8, 9.xlsx'
'apls_APLS Counts1.xls'
'apls_APLS Simulation1.xls'
'apls_APLS.att'
'apls_APLS.cbchb'
'apls_APLS.cho'
'apls_APLS.hbu'
'apls_APLS.log'
'apls_APLS_1234.hbu'
'apls_APLS_1324.hbu'
'apls_APLS_1423.hbu'
'apls_APLS_alpha.csv'
'apls_APLS_comma.cho'
'apls_APLS_draws.csv'
'apls_APLS_fit.txt'
'apls_APLS_meanbeta.csv'
'apls_APLS_nocomma.cho'
'apls_APLS_priorcovariances.csv'
'apls_APLS_stddev.csv'
'apls_APLS_summary.txt'
'apls_APLS_utilities.csv'
'apls_APLS12.csv'
'apls_APLS12.log'
'apls_APLS4.csv'
'apls_APLS4.log'
'apls_APLS8.csv'
'apls_APLS8.log'
'aplsdat.dat'
'aplt_APLT Counts1.xls'
'aplt_APLT Simulation1.xls'