# Exhibit 4
# (Submitted Under Seal)

```
                                                              1
         UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 - - - - - - - - - - - - - - - - -

 APPLE INC., a California           :

 Corporation,                       :

            Plaintiff,              :

    -v-                             :

 SAMSUNG ELECTRONICS CO., LTD., a   :

 Korean corporation; SAMSUNG        : Civil Action No.

 ELECTRONICS AMERICA, INC., a New   : 12-CV-00630-LHK

 York corporation and SAMSUNG       :

 TELECOMMUNICATIONS AMERICA, LLC,   :

 a Delaware limited liability       :

 Company,                           :

            Defendants.             :

 - - - - - - - - - - - - - - - - - X

 (Caption continued on next page)


    Videotaped Deposition of MITCHAEL CLAIR FREEMAN

                  Tulsa, Oklahoma

               Wednesday, June 19, 2013

                     1:38 p.m.

 Job No.: 39143

 Pages: 1 - 122

 Reported by: Cheryl D. Brown, CSR, RPR
```

VIDEOTAPED DEPOSITION OF MITCHAEL CLAIR FREEMAN
CONDUCTED ON WEDNESDAY, JUNE 19, 2013

```
                                                             2
 1    (Caption continued from previous page)
 2    - - - - - - - - - - - - - - - - - - - X
 3    SAMSUNG ELECTRONICS CO., LTD, a         :
 4    Korean corporation; SAMSUNG             :
 5    ELECTRONICS AMERICA, INC., a New        :
 6    York corporation; SAMSUNG               :
 7    TELECOMMUNICATIONS AMERICA, LLC, a      :
 8    Delaware limited liability company,     :
 9              Counterclaim-Plaintiffs,      :
10      -v-                                   :
11    APPLE INC., a California corporation,   :
12              Counterclaim-Defendant.       :
13    - - - - - - - - - - - - - - - - - - - X
14
15        Videotaped deposition of MITCHAEL CLAIR FREEMAN,
16    held at the location of:
17
18              GABLE GOTWALS
19              1100 ONEOK Plaza
20              100 West Fifth Street
21              Tulsa, Oklahoma 74103
22              (918) 595-4800
23
24        Pursuant to agreement, before Cheryl D.
25    Brown in and for the State of Oklahoma.
```

VIDEOTAPED DEPOSITION OF MITCHAEL CLAIR FREEMAN
CONDUCTED ON WEDNESDAY, JUNE 19, 2013

56

1  Q. Okay. So it's -- it's the same basic board
2  as the first --
3  A. The first two.
4  Q. -- one? Or the first two? Okay.
5  The -- the second one is not a daughterboard.
6  Right? Or is it?
7  A. As I remember, it's not.
8  Q. Did Fonet incorporate any of these products
9  that are listed on the front page of Freeman 16
10 into any of its products?
11 A. I believe they did.
12 Q. Which ones?
13 A. Probably all of them at different times.
14 Q. So what was the purpose of ordering all
15 these different -- or actually let me --
16 A. Yeah. I've got this in order.
17 Q. I was just going to say. Do you recall
18 actually requesting a quotation from this -- it
19 looks like it's from AVTEX -- for these -- for
20 these particular cards?
21 A. I really don't. Yeah. I requested lots of
22 quotes and -- I remember the first one I built was
23 actually development -- development kit. I can't
24 remember exactly what it was called. And they had
25 one of these boards, and I can't remember which one

71

1  think -- yeah.
2      Q. Was that during the development of the
3  FirstLook Video product?
4      A. I can't recall if that -- that's kind of
5  ringing a bell, so maybe.
6      Q. Do you recall if any FirstLook Video
7  product incorporated an Intel Smart Recorder?
8      A. Yeah. Some version -- some version did,
9  whether it was -- yeah. I can't remember if it was
10 a sale version or the pre-version or development
11 version. I can't remember.
12     Q. So what did the Intel Smart Video Recorder
13 do?
14     A. I mean, it was a component of our system.
15     Q. What did it do?
16     A. It took analog video and digitized it. I
17 believe it compressed at the same time.
18     Q. Did it come with any software?
19     A. I'm sure it came with drivers and I can't
20 remember what else. It probably tells right here
21 if we stop and read it.
22    So, I'm sorry, is there an outstanding question?
23 Was kind of software?
24     Q. Oh, I thought you were still trying to
25 answer my question. I didn't realize you were