# Exhibit 5
# (Submitted Under Seal)

## Page 1

```
 1      UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3  - - - - - - - - - - - - - - - - -
 4  APPLE INC., a California        :
 5  Corporation,                    :
 6        Plaintiff,                :
 7   -v-                            :
 8  SAMSUNG ELECTRONICS CO., LTD., a :
 9  Korean corporation; SAMSUNG     : Civil Action No.
10  ELECTRONICS AMERICA, INC., a New : 12-CV-00630-LHK
11  York corporation and SAMSUNG    :
12  TELECOMMUNICATIONS AMERICA, LLC, :
13  a Delaware limited liability    :
14  Company,                        :
15        Defendants.               :
16  - - - - - - - - - - - - - - - - X
17  (Caption continued on next page.)
18    VIDEOTAPED DEPOSITION OF MICHAEL HAYES FREEMAN
19              Tulsa, Oklahoma
20            Thursday, June 20, 2013
21                8:06 a.m.
22
23  Job No.: 39144
24  Pages: 1 - 263
25  Reported by Cheryl D. Brown, CSR, RPR
```

## Page 2

```
 1  (Caption continued from previous page.)
 2  - - - - - - - - - - - - - - - - X
 3  SAMSUNG ELECTRONICS CO., LTD, a  :
 4  Korean corporation; SAMSUNG      :
 5  ELECTRONICS AMERICA, INC., a New :
 6  York corporation; SAMSUNG        :
 7  TELECOMMUNICATIONS AMERICA, LLC, a :
 8  Delaware limited liability company, :
 9        Counterclaim-Plaintiffs,   :
10   -v-                             :
11  APPLE INC., a California corporation, :
12        Counterclaim-Defendant.    :
13  - - - - - - - - - - - - - - - - X
14
15     Videotaped deposition of MICHAEL HAYES FREEMAN,
16  held at the location of:
17
18        GABLE GOTWALS
19        1100 ONEOK Plaza
20        100 West Fifth Street
21        Tulsa, Oklahoma 74103
22        (918) 595-4800
23
24     Pursuant to agreement, before Cheryl D.
25  Brown in and for the State of Oklahoma.
```

## Page 3

```
 1             A P P E A R A N C E S
 2  On behalf of Apple Inc.:
 3        KATHRYN ZALEWSKI, ESQUIRE
 4        WILMER CUTLER PICKERING HALE & DORR, LLP
 5        950 Page Mill Road
 6        Palo Alto, California 94304
 7        (650) 858-6000
 8
 9  On behalf of Samsung parties:
10        TODD BRIGGS, ESQUIRE
11        QUINN EMANUEL URQUHART & SULLIVAN
12        555 Twin Dolphin Dr., 5th Floor
13        Redwood Shores, California 94065
14        (650) 801-5000
15
16  On behalf of the Witness:
17        DAVID L. BRYANT, ESQUIRE
18        GABLE GOTWALS
19        1100 ONEOK Plaza
20        100 West Fifth Street
21        Tulsa, Oklahoma 74103-4217
22        (918) 595-4800
23  ALSO PRESENT:
24        Gabe Pack, Videographer
25        Richard Freeman
                Chad Boss
```

## Page 4

```
          C O N T E N T S
EXAMINATION OF MICHAEL HAYES FREEMAN    PAGE
  By Ms. Zalewski              6
  By Mr. Briggs              223
  By Ms. Zalewski            255

          E X H I B I T S
       (Attached to transcript)
FREEMAN DEPOSITION EXHIBIT           PAGE
Exhibit 21   Subpoena                  8
Exhibit 22   Deposition Transcript    14
Exhibit 23   Pleading                115
Exhibit 24   VOCI-000670             119
Exhibit 25   VOCI-001552             126
Exhibit 26   VOCI-000571             151
Exhibit 27   VOCI-CHORUSH-0002558    159
Exhibit 28   VOCI-000360             164
Exhibit 29   VOCI-CHORUSH-000436     171
Exhibit 30   VOCI-CHORUSH-000439     171
Exhibit 31   VOCI-CHORUSH-000099     176
Exhibit 32   VOCI-0001080            178
Exhibit 33   VOCI-0000420            179
Exhibit 34   VOCI-0000503            185
Exhibit 35   VOCI-CHORUSH-0001486    190
```

DEPOSITION OF MICHAEL HAYES FREEMAN
CONDUCTED ON THURSDAY, JUNE 20, 2013

2 (Pages 5 to 8)

### Page 5

```
 1        EXHIBITS CONTINUED
 2    FREEMAN DEPOSITION EXHIBIT        PAGE
 3    Exhibit 36  SAMNDCA630-00835426     193
 4    Exhibit 37  SAMNDCA630-00835386     196
 5    Exhibit 38  VOCI-0001519            197
 6    Exhibit 39  VOCI-0001522            198
 7    Exhibit 40  VOCI-0001545            198
 8    Exhibit 41  FREEMANNDCA630-10       206
 9    Exhibit 42  VOCI-000672             218
10    Exhibit 43  SAMNDCA630-00828709-21  230
11    Exhibit 44  Articles                243
12    Exhibit 45  Articles                244
13    Exhibit 46  Article                 245
14    Exhibit 47  Press Release           246
15    Exhibit 48  Hawaii Article          247
16    Exhibit 49  Patent Announcement     248
17    Exhibit 50  Article                 251
```

### Page 6

                    PROCEEDINGS
   VIDEO TECHNICIAN: Here begins tape number one in the videotape deposition of Michael Freeman in the matter of Apple versus Samsung Electronics. Today's date is June 20th, 2013, and the time on the video monitor is 8:05 a.m.
   The videographer today is Gabriel Pack representing Planet Depos.
   This video deposition is taking place at 100 West 5th Street, in Tulsa, Oklahoma.
   Would counsel please voice identify themselves and state whom they represent?
   MS. ZALEWSKI: Kathryn Zalewski of Wilmer Hale representing Apple.
   MR. BRYANT: I'm David Bryant of Gable Gotwals in Tulsa for the Witness, Mike Freeman.
   MR. BRIGGS: Todd Briggs of Quinn Emanuel for Samsung and Michael Freeman.
   VIDEO TECHNICIAN: The court reporter today is Cheryl Brown representing Planet Depos.
   Will the reporter please swear in the witness?
   THE REPORTER: Do you solemnly swear the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?
   THE WITNESS: I do.

### Page 7

            MICHAEL HAYES FREEMAN,
having been duly sworn, testifies as follows:
            DIRECT EXAMINATION
By Ms. Zalewski:
   Q. Good morning.
   **A. Good morning.**
   Q. Please state your name and address for the record?
   **A. My name is Michael Hayes Freeman. My address is 6141 South Knoxville Avenue, Tulsa, Oklahoma, 74135.**
   Q. Are you being represented by counsel here today?
   **A. Both of these gentlemen across the table, yes.**
   Q. That would be Mr. Bryant and Mr. Briggs?
   **A. Correct.**
   ████████████████████████████████████
   ████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████
   Q. Do you have any other agreements with Samsung of any kind?
   **A. Not that exist now. The patent purchase**

### Page 8

**agreement, but that was the only other one.**
   Q. You understand you're here to testify pursuant to a subpoena issued by Samsung -- I mean, by Apple?
   **A. Yes, I do.**
   Q. Okay. I'm going to have that subpoena marked as Freeman 21.
      (Whereupon, Freeman Exhibit 21 was marked for identification and made part of the record.)
   Q. (By Ms. Zalewski) Do you recognize this document?
   **A. I do.**
   Q. And that's the subpoena that was served on you by Apple?
   **A. Yes. Last summer, in July approximately.**
   Q. Put that aside for just a second.
   You understand you're here to testify under oath today?
   **A. Yes.**
   Q. And is there anything -- any reason why you couldn't give -- couldn't answer truthfully?
   **A. No.**
   Q. No medication or anything like that that would affect your ability to testify?
   **A. No.**

Page 57

```
 1   remote box and send the video over to it.  Those
 2   are a few of the differences.  They may not be all
 3   the differences, but those are the ones I can
 4   remember right now.
 5       Q. Understood.
 6   So the remote units could dial each other?
 7       A. Correct.
 8       Q. Okay.  And both could be actually mobile at
 9   the time that the --
10       A. Yes.
11       Q. -- both could be traveling in a car, for
12   example?
13       A. Yes.
14       Q. Okay.
15       A. That's -- that's a lot of the testing that
16   Dick did on this project, was somebody would be in
17   one car and Dick would be in another car and we
18   would send mobile video back and forth to each car.
19   Now, on the television dynamic, they didn't need
20   one in mobile usually.  But in later pieces of
21   equipment we had it set up where they had the
22   option to either send it to host or cancel host and
23   just dial from the phone --
24       Q. I see.
25       A. -- to other places they wanted to dial to.
```

Page 58

```
 1   So that's why there wasn't just transceivers hooked
 2   into that box; there was actually handsets on it so
 3   they could dial wherever they wanted to dial.  They
 4   didn't have to just automatically transfer it to a
 5   host.
 6       Q. Let's just take a look at that since we're
 7   talking about it.  I have to figure out which one
 8   it is.
 9           MS. ZALEWSKI:  What do you guys think
10   about taking a quick break right now?
11           MR. BRYANT:  It's fine with me.
12           VIDEO TECHNICIAN:  We're now off the
13   videotape record.  The time is 9:10 a.m.
14       (A break was taken.)
15           VIDEO TECHNICIAN:  We're now back on the
16   videotape record.  The time is 9:21 a.m.
17       Q. (By Ms. Zalewski) I'm going to show you
18   what's been previously marked as Freeman 5.  Sorry.
19       A. Got it.
20       Q. Take a look and let me know if you
21   recognize that document?
22       A. I do recognize it as a piece of marketing
23   literature from PC Designs and Fonet about the
24   FirstLook Video.
25       Q. And who drafted Freeman 5?
```

Page 59

```
 1       A. It's my memory that we all had input into
 2   it.  We actually hired a company that did trifold
 3   work.  I authored some of it.  They told me I was
 4   way too verbose and I was forbidden to try to do it
 5   because I was -- they'd need like a 16-fold for me
 6   to put it in there.  So, actually, the company that
 7   did the trifold took all of our information and
 8   sorted it down to what they thought was important.
 9       Q. Do you -- do you know when this particular
10   brochure was created?
11       A. It says 1993, so I would assume 1993, 1994.
12   I think during those times sometimes we'd put the
13   copyright based on, you know, when it originated to
14   start out with maybe.  I -- I -- we didn't
15   sometimes put copyright 1993, 1994 like they
16   probably would do today.
17       Q. Okay.
18       A. So I assume '93, but it could have been
19   '94.
20       Q. So if changes were made in '94, you might
21   not change the copyright date?
22       A. Right.
23       Q. Are you aware of any other versions of
24   the --
25       A. Yeah.  There were several versions of this
```

Page 60

```
 1   trifold.  This was not the only one.  The -- the
 2   box looked different.  There was -- there were
 3   different versions of it.  This was not the only
 4   version.  There was a version that didn't have the
 5   name on the front.  It had --
 6       Q. Okay.  But were they for the same --
 7       A. Purpose.
 8       Q. -- product name, FirstLook Video?
 9       A. Yes, they were.
10       Q. Okay.
11       A. Well, I mean, this particular one was, yes.
12       Q. Right.  But there were several different
13   versions of FirstLook Video brochures?
14       A. Yes.  Correct.
15       Q. So if you turn to the second page and take
16   a look at the picture of the -- it says FirstLook
17   remote weighs 28 pounds there?
18       A. Yes.
19       Q. Okay.  Does that picture tell you kind of
20   what -- well, tell me what -- what this picture is
21   showing and which version of the product?
22       A. This is an early two-phone version.  There
23   was also a three-phone version and four-phone
24   versions.  And I'm pretty sure that at least the
25   four-phone version was featured in one of the other
```