Exhibit 6
(Submitted Under Seal)

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6
                    Plaintiff,

7
     vs.                                NO. 12-CV-00630-LHK

8
     SAMSUNG ELECTRONICS CO., LTD.,

9    a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a

10   New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,

11   a Delaware limited liability
     company,

12
                    Defendants.

13   _____/

14

15        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

16       VIDEOTAPED 30(b)(6) DEPOSITION OF TIM MILLET

17                 PALO ALTO, CALIFORNIA

18              WEDNESDAY, JUNE 26, 2013

19

20

21   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

22        CSR LICENSE NO. 9830

23        JOB NO. 62891

24

25

1    you be more specific about what you mean.

2         MR. RODRIGUEZ:  Q.  I'm saying, for example,

3    whether Apple took the design for H2, and then made

4    modifications and improvements, and that's what became

5    H3; or the other option is starting from scratch.

6         MS. ZALEWSKI:  Objection.

7         THE WITNESS:  I mean, there were some

8    fundamental changes in H3, so there were some areas of

9    H3 that we did start from scratch.

10        MR. RODRIGUEZ:  Okay.

11        THE WITNESS:  So -- but, you know, there were

12   certainly some blocks that we carried over from H2.

13        MR. RODRIGUEZ:  Okay.

14    Q    So which aspects of H3 were you involved

15   with?

16    A    Again, my role was primarily to oversee the

17   top-level architecture of the entire SoC.  So there

18   really wasn't any part of the chip that I wasn't at

19   least at some -- at some level involved in.

20    Q    Okay.  And would -- your involvement with H4,

21   was it the same --

22        MS. ZALEWSKI:  Objection.

23        MR. RODRIGUEZ:  Q.  -- as H3?

24    A    With H4, my role for H4 was to perform the

25   same role that I performed on H3 and H2, but perhaps

1      Q    Of the application processor.

2      A    Okay.  We internally would, in the SoC group,

3  refer to that as really the -- the display pipeline or

4  the display interface.

5      Q    ████████████████████████████████████

   ████████████████████████████████

   █    ██████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ██████████████████████████████████████████

   ████████████████████████     ██████████████

   ████████████████████████████████

   ████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████

16     Q    Okay.  And that would be an interface to the

17  actual display, the screen of the device?

18     A    That is an interface to another chip that is

19  involved in the -- in connecting to the actual screen.

20     Q    Okay.

21          (Document marked Millet Exhibit 4

22           for identification.)

23          MR. RODRIGUEZ:  The court reporter will hand

24  you what has been marked as Exhibit 4, a document

25  bearing Bates APL630DEF-WH'1749889 through '1750004.

1    The title of this document is "H5P User's Manual."

2        Q    Do you see that?

3        A    Yes.

4        Q    Have you seen this document before?

5        A    Most likely, yes.

6        Q    Did you play a role in drafting this

7    document?

8        A    I believe so, yes.

9        Q    Okay.  If you'd turn to page -- the page that

10   ends in Bates '901, the table of contents.

11            Can you please point to the sections as

12   listed on the table of contents that you were involved

13   in drafting.

14       A    I believe the original revision of this

15   document was -- you know, I believe I -- it was my

16   document, so --

17       Q    The entire document?

18       A    The original draft.

19       Q    Okay.  And the -- according to the first

20   page, this is Revision 1.15.

21       A    Sorry.  I have to correct myself.

22            MS. ZALEWSKI:  Hang on.  I don't think

23   there's a question, first of all, and I don't know

24   what you're referring to on the first page.

25            THE WITNESS:  I have to correct myself with

1    regard to the sections of this document I worked on,

2    primarily because the User Manual is actually a more

3    comprehensive document than the top-level

4    microarchitecture specification, which is a subsection

5    of this document.

6          So the table of contents that -- that you

7    were pointing me to, I believe, is the table of

8    contents for the microarchitecture specification, not

9    for the complete -- the more comprehensive H5P User

10   Manual.

11         MR. RODRIGUEZ:  Okay.  I see.

12   Q    So the -- the microarchitecture specification

13   begins on Bates No. '1749900; correct?

14   A    Yes.

15   Q    Okay.  And for this document, the

16   microarchitecture specification, the revision number

17   we have is 0.9.4; do you see that?

18   A    Yes.

19   Q    Okay.  What is the current revision number?

20   A    I --

21         MS. ZALEWSKI:  Objection.

22         THE WITNESS:  -- I don't know.

23         MR. RODRIGUEZ:  Okay.

24   Q    And this one is dated April 26, 2011; do you

25   see that?

1    A    Yes.

2    Q    Are there newer versions than this?

3    A    I have to say I don't know.

4    Q    Okay.  Who would know that?

5    A    Probably the -- the technical writer involved

6  in the updating of this document over time.

7    Q    Okay.  Is the iPhone 5 a music player?

8         MS. ZALEWSKI:  Objection.

9         THE WITNESS:  I would not refer to the

10  iPhone 5 as a music player, no.

11         MR. RODRIGUEZ:  Okay.

12    Q    Is it a cell phone?

13    A    I would say that the iPhone 5 incorporates

14  the capability of a cell phone.

15    Q    Okay.  Does it incorporate the capability of

16  a music player?

17    A    With the iPhone 5 you have the ability to

18  play back and listen to digital music.  So in that

19  sense, it incorporates that capability, yes.

20    Q    Does the iPhone 5 incorporate the capability

21  of a digital camera?

22    A    According to -- sorry.  Can you be specific

23  about the definition of "digital camera," how you're

24  referring to it.

25    Q    Yes.

1          Is the iPhone 5 capable of capturing images,

2   digital?

3          MS. ZALEWSKI:  Objection.

4          THE WITNESS:  Again, I -- when you say

5   digital images, it's fairly ambiguous.

6          MR. RODRIGUEZ:  Q.  You never heard of the

7   iPhone 5 having camera functionality?

8          MS. ZALEWSKI:  Objection.

9          THE WITNESS:  Was that a question?

10         MR. RODRIGUEZ:  Yes.

11         THE WITNESS:  And what --

12         MS. ZALEWSKI:  Objection.

13         THE WITNESS:  -- can you rephrase it?

14  Because I believe what you said was "you never

15  heard."

16         MR. RODRIGUEZ:  Yes.

17     Q   I'm asking if you have ever heard of the

18  iPhone 5 being described as having the functionality

19  of a digital camera?

20     A   Camera.

21         So the iPhone 5 has some -- incorporates

22  camera features, what people refer to as camera

23  features, yes.

24     Q   So it's able to, for example, capture still

25  images; correct?

1          MS. ZALEWSKI:  Objection.

2          THE WITNESS:  We're able to record still

3    images using the combination of various components of

4    software if it were to configure those components

5    accordingly.  Yes, it can offer those features.

6          MR. RODRIGUEZ:  Okay.

7      Q   And it's also able to capture video; right?

8          MS. ZALEWSKI:  Objection.

9          THE WITNESS:  The -- the video recording

10   function is one of the capabilities that the hardware

11   in the system provides.  And I believe software can

12   enable it to do video recording, yes.

13         MR. RODRIGUEZ:  Q.  So is it fair to say that

14   the iPhone 5 incorporates the capabilities of a still

15   and video digital camera?

16     A   Again, I'd have to say it has some

17   capabilities to perform camera functions for still

18   and -- and video for recording that.

19         MS. ZALEWSKI:  Would you try to --

20         MR. RODRIGUEZ:  Sorry.

21         MS. ZALEWSKI:  -- move it a little bit

22   closer, because I'm kind of short.

23         MR. RODRIGUEZ:  I'll do that.

24         MS. ZALEWSKI:  Thanks.

25   ///

1    Q    Okay.   In preparation for this deposition,

2    did you talk to anyone or review any documents to

3    determine which image sensors are used in the

4    iPhone 5?

5    A    No.

6    Q    Okay.   Did you talk to anyone or review any

7    documents to determine which image sensors are used in

8    the iPod Touch?

9    A    No.

10   Q    Okay.   Okay.   Let's set Exhibit 6 aside, and

11   let's go back to Exhibit 4.

12        And the very first page of Exhibit 4 is

13   titled "H5P User's Manual"; right?   Correct?

14   A    Yes.

15   Q    But -- but when we flipped through a few

16   pages, we found that, as you mentioned, page '1749900,

17   it appears to be a -- a document, I believe, titled

18   "H5P Top-Level Microarchitecture Specification";

19   right?

20   A    Yes.

21   Q    Is this specification part of the H5P User's

22   Manual?

23   A    The -- I believe the way the H5P User's

24   Manual is put together is by combining multiple more

25   specific documents, one of those specific documents

1    being the Top-Level Microarchitecture Specification.

2        Q    Okay.  So -- so the H5P User's Manual is a

3    collection of documents, we could say; right?

4        A    Yes.

5        Q    Okay.  And the -- the H5P User's Manual is a

6    document that is generated in the normal course of

7    business at Apple; right?

8        A    I'm not exactly sure what you mean.

9        Q    I mean that Exhibit 4 was not created for a

10   special occasion.  This is a document that is

11   generated as part of the ordinary course of business

12   at Apple?

13       A    I believe that we have a technical writer

14   whose job it is to compile the documents associated

15   with a particular SoC so that there is one searchable

16   document for the various people who need to see it,

17   and that this user's manual, I believe, is the product

18   of that.

19            I'm not sure exactly what special event you

20   might be referring to, though.

21       Q    No.

22            So it's the technical writer's job to keep

23   and maintain the H5P User's Manual; is that fair to

24   say?

25       A    I think Apple contracts with technical

1  writers to provide that service of combining specific

2  lower-level documents, editing those documents if they

3  need be, and performing a function of collecting

4  documents together to form a larger whole.

5      Q   And Apple does that as part of its regular

6  course of business; right?

7      A   I believe that for the SoCs we've talked

8  about, Apple has contracted with technical writers to

9  perform that function for all those documents.

10       And when you say "regular part" of business,

11  I don't know what that means.

12       But I think someone decided that this would

13  be a useful thing many years ago.  I think we can --

14      Q   No, I'm not trying to trick you.

15      A   No, I'm just trying to understand what

16  "regular" means.

17      Q   I'm -- I'm only trying to establish that

18  Exhibit 4 is something that was generated as part of

19  the normal operations of Apple; is that fair to say?

20      A   We produce these documents for chips that we

21  build on a fairly regular basis, if that's what you're

22  trying to get at --

23      Q   Yes.  Thank you.

24      A   -- whenever we build a new chip.

25      Q   Okay.  Please turn to page '1749928 in

1    Exhibit 4.

8        A    Yes.

9        Q    Okay.  Can you tell me what that figure

10   represents.

11       A

20       A    This document in general is meant to provide

21   a high-level overview of the various functionalities

22   in the chip.

23           For this particular block, this would

24   potentially be interesting mostly to software people

25   who might have some interest in writing different code

Page 60

1    to these various blocks or perhaps writing --

2    understanding the performance.

3           So that's mostly software, but it's also

4    potentially useful for other people to understand how

5    to validate the -- the blocks in the system context.

6    When I say "system," I mean SoC.

7       Q    And what do you mean by "validate the

8    blocks"?

9       A    So the -- we -- when we build a chip, we have

10   individuals whose responsibility it is to run tests

11   before we commit a particular design to silicon.  So

12   it's just to verify that the way the blocks are

13   connected is actually consistent with the requirements

14   and specification of the design.

15      Q    Okay.  One of the boxes inside this figure on

16   page '1749928 is labeled "█████████████████  do

17   you see that?

18      A    Yes.

     ██     █    ████████████████████████████████

     ██    ████████████████████████████████

21      A    I believe that that is accurate.

22      Q    Okay.  And so this encoding -- should we call

23   it a block?  What's the accurate term?  Is it a --

24   should we call it an encoder?

25      A    You can call it an encoder.

1     Q    Okay.

2     A    That's fine.

3     Q    This encoder must have an input and an

4  output; right?

5     A    I'm not sure what you mean.

6     Q    I mean that there is some data coming into

7  the encoder, and then there is some data going out of

8  the encoder; is that fair?

9     A



17        A       No.

1 ███████████████████████████████████

███

███      █   ████████████████████████████

███   █████████████████████████████████████

███   ████████████████████████████████████

███   ██████████████████████████████████

7          MS. ZALEWSKI:  Objection.

8          THE WITNESS:  I'm sorry.

9          MR. RODRIGUEZ:  The -- sorry.  Did I misread

10    it?

11          MS. ZALEWSKI:  You didn't misread it.  But I

12    don't see that that arrow is actually going from that

13    █████████████████████████████████████

███   ████████████████   █████   --

15          MR. RODRIGUEZ:  Okay.

16          MS. ZALEWSKI:  -- I mean, he can testify --

17    he can -- to whatever is the question, but --

18          MR. RODRIGUEZ:  Okay.

19          MS. ZALEWSKI:  -- I'm not sure your

20    representation is accurate.

21          MR. RODRIGUEZ:  Okay.  Let me -- let me

22    restate the question.

23       Q    Regardless of the arrow, what -- what is

24    ███████████████████

███      █   ████████████████████████████



Page 65

1          MS. ZALEWSKI:  Objection.



1　████

████

████

4　　Q　And all the -- all these components that we

5　have been discussing are part of the H5P system on a

6　chip; correct?

7　　A　████

████

████

10　　Q　Is the H5P SoC a single integrated circuit?

11　　　MS. ZALEWSKI:  Objection.

12　　　THE WITNESS:  I'm not sure I understand the

13　question.

14　　　MR. RODRIGUEZ:  Okay.

15　　Q　Are you familiar with the term "integrated

16　circuit"?

17　　A　Yes.

18　　Q　Okay.  Is the H5P an integrated circuit?

19　　A　I think the -- my question is more around the

20　H5P and specifically what you're referring to.

21　　Q　I'm -- I'm not sure what part of my question

22　is not clear.

23　　A　In the context of what work we do, H5P can

24　mean various things.

25　　Q　Oh, okay.

1        So a system on a chip means that there is one

2    chip, that the H5P is one chip; is that fair to say?

3        A   We have a chip that in isolation we -- we can

4    refer to as H5P.

5        Q   Okay.  And I'm referring to that -- to that

6    chip.

7        And the question is:  Is that chip an

8    integrated circuit?

9        MS. ZALEWSKI:  Objection.

10       THE WITNESS:  I think it -- it could be

11   referred to as an integrated circuit.

12       MR. RODRIGUEZ:  Okay.

13       Q   As I -- as we discussed earlier, the iPhone

14   comes in different sizes, such as 16-gigabyte,

15   32-gigabyte; do you remember that conversation?

16       A   I remember you referring to the various

17   options a customer has when it's selecting a

18   particular iPhone.

19       Q   Okay.  What is the accurate way to refer to

20   an iPhone 5 16-gigabyte versus a 32-gigabyte?  Are

21   they different models?

22       A   I don't know that I know the -- how -- how

23   the marketing or -- you know, refers to them with

24   various model numbers.  I don't know.

25       Q   Okay.  Let's say I buy an iPhone 5 16-giga --

1    16-gigabyte.

2         Does -- does the 16-gigabyte refer to the

3    amount of flash memory?

4    A    I believe that is the -- what it's referring

5    to, yes.

6    Q    And is that flash memory controlled, in the

7    case of the iPhone 5, by the H5P processor?

8         MS. ZALEWSKI:  Objection.

9         THE WITNESS:  Not directly.

10        MR. RODRIGUEZ:  Okay.

1    Q    And what are the types of flash memory that

2  are used in the iPhone 5?

3    A    I'm not an expert on the different flavors,

4  but I do believe there are various generations.  As

5  technology proceeds, at any given time you could have

6  last year's technology or this year's technology and

7  maybe next year's technology.  NAND moves.

8    Q    So we're referring now to the memory itself

9  or to some kind of controller chip?

10    A    I'm referring to the NAND package, the

11  complete stack of the entire storage solution.

12    Q    Okay.  So different iPhone 5 units may have

13  different NAND packages?

14    A    I believe that different iPhone 5s, as you've

15  said, have different configurations, depending on how

16  the user decides to make their purchase.

17    Q    Okay.  But let's assume that I have two

18  iPhone 5s, 16-gigabyte, both of them.

19         Is it possible that the supplier of the NAND

20  package for one of the iPhone 5s is different from the

21  supplier for -- for the second iPhone 5?

22    A    I'm not an expert on -- on the -- the process

23  on which they make choices about it.  But I believe

24  that in general, there are multiple suppliers for any

25  particular product line for commodities like NAND.





22        MS. ZALEWSKI:   I'm going to object to that

23   question.









Page 76



20      A    I don't know the details of how these

21  controllers work.

22          But I can't make any assumptions about, you

23  know, what the data looks like on the flash memory

24  system and whether it's recognizable at all compared

25  to the data that --

Page 77

1      Q    Okay.

■        ■      ████████████████████████████████████

■        ■      ████████████████████████████████████

■     ████████████████████████████████████████████

■     ██████████████████████████████████████

6      A    I'm --

7           MS. ZALEWSKI:  Objection.

8           MR. RODRIGUEZ:  Yeah.

9           THE WITNESS:  -- I'm not sure what you mean

10     by "model."

11          MR. RODRIGUEZ:  I meant to say "model," but

12     let me re-ask the question anyway.

■        ■      ████████████████████████████████████

■     █████████████████████████████████████████████

■     ██████████████████████████████████████

16          MS. ZALEWSKI:  Objection.

■           ███████████████     ████     █████████████████

■     █████████████████████████████████████████████

■     █████████████████████████████████████████████

■     ████████

21          MR. RODRIGUEZ:  Okay.  We have to change the

22     tape, so --

23          MS. ZALEWSKI:  Okay.

24          THE VIDEOGRAPHER:  This marks the end of

25     Volume I, Disc 1, in the deposition of Tim Millet.

1        The time is 11:16 a.m., and we are off the

2  record.

3        (Recess taken.)

4        THE VIDEOGRAPHER:  This marks the beginning

5  of Volume I, Disc 2, in the deposition of Tim Millet.

6        The time is 11:22 a.m., and we are on the

7  record.



23        Q    Okay.  When a user uses the iPhone 5 to play

24   a movie file that was previously recorded using the

25   iPhone 5 camera, that movie is displayed on the

1    iPhone 5's screen; correct?

2        A    I'm sorry.  Can you --

3        Q    Yeah, let me break it down.

4             The iPhone 5 has a display; right?

5        A    Yes.

6        Q    Okay.  And if a user plays a movie file that

7    he or she previously recorded with the camera, that

8    movie is shown on the iPhone 5's display; right?

9        A    I believe there are modes that support that.

10   They won't necessarily display on there.

11       Q    Okay.  And the -- the user can also display a

12   photo previously recorded with the iPhone 5 camera on

13   the iPhone 5 display; right?

14       A    I believe the software running on iPhone 5

15   supports the ability for a user to do that, yes.

16            MR. RODRIGUEZ:  7.  Sorry.

17            MS. ZALEWSKI:  It's okay.

18            (Document marked Millet Exhibit 7

19             for identification.)

20            MR. RODRIGUEZ:  The court reporter has handed

21   you what has been marked as Exhibit 7.  The Bates

22   range is APL630DEF-WH'1591991 through '1592213.

23       Q    Do you recognize Exhibit 7?

24       A    No.

25       Q    Okay.  Do you know what it is?

1     A   No.

2     Q   Okay.  Are you familiar with bills of

3 materials for Apple products?

4     A   I'm familiar with bills of materials in

5 general.  I -- for Apple products, I can probably

6 guess what they are.

7     Q   Have you ever reviewed a bill of materials

8 for the iPhone 5?

9     A   Probably not.

10    Q   Do you recall reviewing a bill of materials

11 for any Apple product since you joined Apple?

12    A   Yes.

13    Q   Okay.  Which is the one that you recall most

14 recently?

15    A   I'm trying to remember what the product was.

16 I don't believe it was an i -- I think it was a -- an

17 iPod Touch --

18    Q   Okay.

19    A   -- I believe.

20    Q   Do you recall which generation?

21    A   No.

22    Q   Why were you viewing the bill of materials

23 for an iPhone Touch?

24    A   iPod Touch.

25    Q   iPod Touch.  Sorry.

1      A    I was reviewing the bill of materials earlier

2  this week in preparation for this deposition.

3      Q    Okay.  Looking at Exhibit 7, does it appear

4  to be a bill of materials?

5      A    I haven't really flipped through it, but I --

6      Q    Oh, you can go ahead and do that, yes.

7      A    Yeah, I mean, it seems to be for a white

8  iPhone 5.

9      Q    Okay.  When you reviewed that bill of

10  materials for the iPod Touch, were you looking at a

11  printout like this?

12      A    Yes.

13      Q    Okay.  And was the font small, like on

14  Exhibit 7?

15      A    I think it was smaller.

16      Q    If I wanted to determine the image sensors

17  used in the iPhone 5, is it -- can I do that using

18  Exhibit 7?

19      A    I'm not sure if you could.  Possibly.  I --

20  I -- I think -- I believe that the document for this

21  particular configuration of an iPhone 5 should

22  somewhere indicate the -- the type of -- for every

23  component, including any camera sensors that are

24  integrated.

25      Q    So "for this particular configuration."

1            So by "configuration," do you mean that it's,

2     for example, 16-gigabytes?

3        A    In this particular case, this document seems

4     to describe a 16-gigabyte device.  So I would assume

5     that this document relates specifically to that

6     configuration.

7        Q    So is it possible that, let's say, a black

8     iPhone 5 which is -- which has, you know,

9     16 gigabytes, and it's also CDMA, as shown in

10    Exhibit 7, would the image sensors on that iPhone 5 be

11    different from the ones in the white iPhone 5?

12       A    I have no idea --

13       Q    Okay.

14       A    -- one way or the other.

15       Q    Okay.  So how about if the difference is

16    between a white 16-gigabyte iPhone 5 and a white

17    32-gigabyte iPhone 5?  Would that affect which image

18    sensors are used?

19       A    I have no idea.

20       Q    Okay.  It's possible that they use different

21    image sensors in a black versus a white iPhone 5?

22       A    I don't --

23            MS. ZALEWSKI:  Objection.

24            THE WITNESS:  -- I can't speak to how, you

25    know, choices are made.  I'm not even sure how

1           MR. RODRIGUEZ:  Okay.

2      Q    Sometimes you're provided with schematic sets

3   that are larger than letter size; is that fair?

4           MS. ZALEWSKI:  Objection.

5           THE WITNESS:  It's likely, yes, that I --

6   I've seen schematics on different-sized paper.

7           MR. RODRIGUEZ:  Okay.  Okay.

8      Q    I'm going to ask you to turn back to

9   Exhibit 4, please, page '1749980.

10     A    Okay.

11     Q    █████████████████████████████

███████████████████████████████████████████

███████

████████████████████████████████

█████████████████████

████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

█████████████████████████████████████████████

███████████████

████████████████████████████████████

██████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████████

Page 117



18      Q    And when you say "look," what would you look

19  at?

20      A    I would probably look to one of the system

21  team members to refer me to or answer the question

22  directly or refer me to a document that could provide

23  me with the information.

24      Q    What type of document would have that

25  information?

1    A    I would probably let the system team guide me

2  toward which document was the most useful in that

3  regard.

4    Q    Would the schematic set contain that

5  information?

6    A    It's possible.

7    Q    Okay.  Okay.

8

13    A    Sorry.

14    Can you be specific about what memory chips

15  and in what configuration you're referring to?

16    Q

12    Q    Yes.

13    A    Yes.

14    Q    Yes; okay.

15         (Document marked Millet Exhibit 16

16          for identification.)

17         MR. RODRIGUEZ:   You have been handed

18    Exhibit 16, I believe, titled "Tristan Engineering

19    Requirements Specification" Bates range

20    Apl630DEF-WH'5214476 through '5214516.

21    Q    Have you seen this document before?

22    A    It's possible, but I don't recall now.

23    Q    Do you know what Tristan means?

24    A    No.

25    Q    Okay.  Have you seen other Apple "Engineering