# Exhibit 7
# (Submitted Under Seal)

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3    - - - - - - - - - - - - - - - - -X
 4    APPLE INC., a California            :
 5    Corporation,                        :
 6                    Plaintiff,          :
 7      -v-                               :
 8    SAMSUNG ELECTRONICS CO., LTD., a    :
 9    Korean corporation; SAMSUNG         : Civil Action No.
10    ELECTRONICS AMERICA, INC., a New    : 12-CV-00630-LHK
11    York corporation and SAMSUNG        :
12    TELECOMMUNICATIONS AMERICA, LLC,
13    a Delaware limited liability        :
14    Company,                            :
15                    Defendants.         : VOLUME 2
16    - - - - - - - - - - - - - - - - -X
17    (Caption continued on next page)
18    CONTAINS HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY PORTIONS
19                   SUBJECT TO PROTECTIVE ORDER
20              Deposition of KENNETH ALAN PARULSKI
21                      Rochester, New York
22                 Thursday, September 26, 2013
23                         9:00 a.m.
24    Job No. 44744                             Pages 1 - 244
25    Reported by JOAN M. METZGER-HUBBELL, CRR, RMR, RPR
```

HIGHLY CONFIDENTIAL DEPOSITION OF KENNETH ALAN PARULSKI, VOLUME 2 - FULL VERSION
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

```
                                                              2
 1   (Caption continued from previous page)
 2   - - - - - - - - - - - - - - - - -X
 3   SAMSUNG ELECTRONICS CO., LTD., a    :
 4   Korean corporation; SAMSUNG         :
 5   ELECTRONICS AMERICA, INC., a New    :
 6   York corporation; SAMSUNG           :
 7   TELECOMMUNICATIONS AMERICA, LLC, a  :
 8   Delaware limited liability company,:
 9            Counterclaim-Plaintiffs, :
10     -v-                               :
11   APPLE INC., a California            :
12   corporation,                        :
13            Counterclaim-Defendant.    :
14   - - - - - - - - - - - - - - - - -X
15        Deposition of KENNETH ALAN
16   PARULSKI, held at the location of:
17
18            Hyatt Regency Rochester
19            125 East Main Street
20            Rochester, New York 14604
21            (585) 546-1234
22
23
24        Pursuant to Notice, before JOAN M.
25   METZGER-HUBBELL, in and for the State of New York.
```

HIGHLY CONFIDENTIAL DEPOSITION OF KENNETH ALAN PARULSKI, VOLUME 2 - FULL VERSION
CONDUCTED ON THURSDAY, SEPTEMBER 26, 2013

181

```
 1   you relied on to form your opinion that the number
 2   of classifications feature is, quote/unquote,
 3   particularly valuable, correct?
 4        A.   That's correct.
 5        Q.   Now, have you reviewed the expert
 6   report of Dr. James Kearl in this case?
 7        A.   I reviewed a portion of his expert
 8   report.
 9        Q.   And you understand that Dr. Kearl is
10   Samsung's expert on damages issues in this case?
11        A.   Yes, I do.
12        Q.   And what portion of his report did you
13   read?
14        A.   There was a portion that dealt with --
15   I believe the report dealt with many patents, and I
16   reviewed the portion dealing with the '449 patent.
17        Q.   Have you spoken with Dr. Kearl?
18        A.   I believe I have, yes.
19        Q.   How many times?
20        A.   One time.
21        Q.   When was that?
22        A.   It was prior to submitting my initial
23   report.  I don't recall the exact date.
24        Q.   How long was that conversation?
25        A.   I don't recall.
```