# Exhibit 8
# (Submitted Under Seal)

```
                                                              1
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4    ------------------------------------x
 5    APPLE INC., a California corporation,:
 6                  Plaintiff,             :
 7          v.                             :
 8    SAMSUNG ELECTRONICS CO., LTD., a     : Civil Action No.
 9    Korean corporation, SAMSUNG          : 12-CV-00630-LHK
10    ELECTRONICS AMERICA, INC., a New     :
11    York corporation; SAMSUNG            :
12    TELECOMMUNICATIONS AMERICA, LLC, a   :
13    Delaware limited liability company,  :
14    a California corporation.            :
15                  Defendants.            :
16    ------------------------------------x
17    (Caption continued on next page.)
18                      CONFIDENTIAL
19       Videotaped Deposition of SANJAY RAO, Ph.D.
20                    Washington, DC
21               Tuesday, October 1, 2013
22                      9:02 a.m.
23    Job No.:  44747
24    Pages: 1 - 307
25    Reported by:  Rebecca Stonestreet, RPR, CRR
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF SANJAY RAO, Ph.D.
CONDUCTED ON TUESDAY, OCTOBER 1, 2013

207

| | | |
|---|---|---|
| 1 | Q    And how many conjoints have you done over | 15:09:12 |
| 2 | the years? | 15:09:17 |
| 3 | A    Hard to put a number, but I've been doing | 15:09:18 |
| 4 | it since 1985.  In fact, I was -- one of my | 15:09:21 |
| 5 | advisors for the mentor conjoint analysis, | 15:09:31 |
| 6 | Dr. Paul Green, at the Wharton School, and he was | 15:09:35 |
| 7 | also part of my advisory team in my doctorate | 15:09:40 |
| 8 | dissertation, which was also on conjoint analysis. | 15:09:44 |
| 9 | So I would say anywhere from, oh, two to | 15:09:46 |
| 10 | three per year, perhaps, 30 to 50 of these types of | 15:09:48 |
| 11 | things. | 15:09:52 |
| 12 | Q    And this is your first MaxDiff.  Correct? | 15:09:52 |
| 13 | A    No, this is the first time I've used | 15:09:55 |
| 14 | Sawtooth software to be able to do multiple paired | 15:09:58 |
| 15 | comparisons.  The underlying model, though, is | 15:10:03 |
| 16 | still the same.  The methodology is still the same. | 15:10:05 |
| 17 | This makes it a lot easier, without any loss in | 15:10:08 |
| 18 | rigor. | 15:10:11 |
| 19 | Q    Now, in the conjoints you've done, what | 15:10:12 |
| 20 | products were involved? | 15:10:16 |
| 21 | A    This majority of them have been | 15:10:17 |
| 22 | pharmaceutical products, biotechnology products, | 15:10:22 |
| 23 | although I've also done conjoints in the packaged | 15:10:27 |
| 24 | goods area, telecommunications, and early on in my | 15:10:31 |
| 25 | career with computer hardware. | 15:10:36 |