# Exhibit 9
# (Submitted Under Seal)

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

**CORRECTED EXPERT REPORT OF JAMES A. STORER, PH.D.
REGARDING NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF
U.S. PATENT NOS. 5,579,239 AND 6,226,449**

**VOLUME II**

7

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**7.  The Accused Apple Products Do Not "Display[] A List Of Said Moving Image Signal And Still Image Signal As A Search Mode"**

298.   The accused Apple products do not "display[] a list of said moving image signal and still image signal as a search mode."

*a)   Literal Infringement*

(i)   Samsung's Contentions

299.   Mr. Parulski contends that the "Camera Roll" feature of the Photos App that runs on the accused Apple products displays the claimed "list of said moving image signal and still image signal as a search mode." *See* Parulski Rep. ¶¶ 230, 232 ("The Accused Apple Products display a list of moving image signals and still image signals as a search mode when the 'Camera Roll' is displayed."). I disagree with Mr. Parulski's contentions for at least two reasons.

(ii)   Camera Roll Does Not Display "A List"

300.   First, Camera Roll does not display a "list" of images. As the '449 patent explains, a "list" includes text that provides information about each particular image and is arranged in a "top to the down" sequence. *See* '449 patent at 7:64-65. As shown in Figure 7 of the '449 patent, information about each image is arranged in a "top to … down" sequence that includes textual information regarding each image (outlined below in yellow):

161

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



'449 patent at Fig. 7 (annotation added); *see also id.* at Fig. 8.

301. The '449 patent also explains that "[t]he imaging status of the user such as the recording date and time and the data type are automatically recorded as the aforementioned information. . . . These pieces of information ***are all composed of a list represented in characters***." '449 patent at 8:6-15 (emphasis added).

302. The '449 patent describes the data list shown in Figure 7 as a "feature of the present invention":

> The display screen 700 is a screen on which a data item is to be retrieved from a data list and played back. The ***data list is a feature of the present invention***. On the screen 700, the data items recorded by the portable digital camcorder 200 may be listed using a mark 703 for representing a sort of data content of a recording start time 702, a moving image, a still image, and a speech, a classifying mark 704, and a mark 705 for protecting data from being erased by the erroneous operation.

162

'449 patent at 7:55-63 (emphasis added); *see also id.* at 5:2-4 ("The list of the recorded data displayed on the display unit 201 *is a feature of the invention*.").

303.  In contrast, Camera Roll displays thumbnail images of photos and videos in a grid format. Titi Dep. at 62:16-63:7 ("… The Camera Roll is presented to the user as a grid of photos. . . ."). The displayed images are not a "list," *i.e.*, textual information about the images (such as recording date and time) is not displayed in a list:

| '449 patent Figure 7 | Camera Roll (Parulski Rep. ¶ 232) |
|---|---|
| ![Figure 7 from '449 patent showing a list format] | ![Camera Roll screenshot showing grid of thumbnails] |

304.  Finally, Mr. Parulski provides a "grocery list" as an example of a "list" that he contends "can be displayed as a grid":

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

**C.     Background of the Technology Relevant to the '239 Patent**

370.    My initial report provides a detailed background of the technology relevant to the '239 patent. I address additional details regarding the relevant technology in response to Dr. Schonfeld's initial report below.

### 1.     Video and Audio Cards

371.    In the late 1980s, companies such as Intel began to work on new multimedia products that would allow users to integrate digital video, audio, and still images into numerous applications on their personal computers. In 1990, Intel and IBM jointly announced and shipped the ActionMedia 750 audio/video cards. Intel / IBM News Release (February 27, 1990) [161DOC000614]. The ActionMedia 750 product could compress and decompress "full-motion, full-screen digital video and audio in realtime." *Id*. at 3. The capture board would convert "analog video and audio inputs to digital data for the delivery board to process." *Id*. In 1991, Intel and IBM announced the ActionMedia II Delivery Board and Capture Board, which offered twice the processing power of the first ActionMedia product and improved compression algorithms, and only used a single slot in the computer. DVI Technology: The Digital Future of Multimedia [161DOC000919] at 2; ActionMedia II Product Brief [161DOC000324]. Other similar cards for capturing video announced in 1992 were CEI's Video Clipper and SuperMac Technology's Video Spigot. *See* New Information: CEI's Video Clipper Captures and Edits Video [161DOC000657]; New Release: VideoSpigot for Windows Delivers Fastest Video Capture [161DOC000708].

372.    These Intel video cards and others with video capture capability – also known as "video capture cards" (*see* Section VI. E.) – and audio capture cards are optional, add-on cards that a user can install in an expansion slot of a computer to provide additional functionality to the

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

computer.  Specifically, they allow a user to simultaneously "capture" both video and audio that is recorded on another device, such as a video camera, VCR or laserdisc player, or as it is being recorded, such as by a video camera.  *See* Understanding PC Video (Intel) [161DOC000570] at 4, 6 ("You can capture live action using a video camera, or you can capture existing video clips from a VCR or laserdisc player."); New Information:  CEI's Video Clipper Captures and Edits Video [161DOC000657] at 1 ("Video Clipper accepts video from a VCR, camcorder, TV tuner, or laser disk player."); ActionMedia II  Product Briefs [161DOC000324] at 3, 8.  A typical configuration is illustrated and described below:



Figure 1. PC video uses popular consumer electronics products such as VCRs, camcorders and laserdisc players as sources of input. Video capture boards and capture/editing software are readily available.

191

CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

- A video digitizing (or capture) board to convert the video analog signals to digital information.
- A hard disk with a minimum of 30 MB free hard disk space or more.
- A source of video input such as a video camera, VCR or laserdisc player which you connect to the video capture board.
- Video software (such as Video for Windows) which includes video capture, compression, playback and basic video editing utilities.

Figure 1 shows the components you'll need for video capture.

**What You'll Need For Recording PC Video**

| Component | Playback | Recording |
|---|---|---|
| **Hardware** | | |
| 486SX/25 MHz CPU (or higher) | ■ | ■ |
| 256 color VGA board (or higher) | ■ | ■ |
| Sound board | ■ | ■ |
| Speakers or headphones | ■ | ■ |
| Video digitizing (capture) board | | ■ |
| Minimum 30 MB free hard disk space (50 MB recommended) | | ▲ |
| Video camera, VCR, laserdisc or other audio/video input source | | ■ |
| **Software** | | |
| Microsoft Video for Windows | ■ | ■ |

Understanding PC Video (Intel) [161DOC000570] at 4. Audio and video capture cards also have adapters that, when the card is installed in the computer, are external to the computer and allow the video source device to be connected to the computer using cables, such as a composite video or S-video cable and RCA audio cables. *See, e.g.*, ActionMedia II Product Briefs [161DOC000324] at 9 (describing capture cable that plugs into delivery board and has 4 BNC video connectors and two RCA audio connectors on the other end); ActionMedia II Delivery Board Installation Guide [161DOC002255] at 3-38 (describing external capture cable connector); ActionMedia II Capture Module Installation Guide [161DOC0002530] at 1-2 to 1-3, 2-7 to 2-11 (illustrating connections to capture cable); Intel Smart Video Recorder Installation Guide [ZINGERMANNDCA630-00000149] at 1-4 (depicting RCA jack for audio/video input).

373. The cards "capture" by receiving a composite signal – which is an analog electrical signal in a standard format such as NTSC (National Television System Committee) or

192

PAL (Phase Alternating Line) television signal formats – from a video source device, such as a video camera, TV, VCR, and other device that can produce a viewable analog video. The capture card then digitizes and compresses those signals. The video is then stored in a data file. *See, e.g.*, Understanding PC Video (Intel) [161DOC000570] at 6 ("Video cameras, VCRs, and laserdiscs communicate video information to a television set using a standard analog format such as NTSC (North America and Japan), PAL (Western Europe) or SECAM (France and Eastern Europe). The video capture board in your PC converts this analog video signal into digital information, and records it on a hard disk file."); ActionMedia II Product Briefs [161DOC000324] at 7-9 (describing capture module as accepting NTSC or PAL; "The capture module 'captures' audio, high-resolution still images, and motion video from live or recorded sources"; "The compressed video/audio sequences can be stored on hard disk or transmitted across a network."); ActionMedia II Capture Module Installation Guide [161DOC002530] at 1-6 ("You must have these items to install the Capture Module for audio and video capture capabilities . . . A video source (NTSC or PAL) . . . Examples of such devices include S-VHS VCRs, consumer grade VCRs, RGB video cameras, and laserdisc players"); Intel Smart Video Recorder Brochure [161DOC000582] at 161DOC000584 ("Accepts NTSC analog video-composite or Y/C (S-VHS)"); Intel Smart Video Recorder Installation Guide and Video Tips [ZINGERMANNDCA630-00000149] (describing installation and use of video capture card); '239 patent at Abstract ("The audio/visual signal can either be NTSC, PAL, or Y/C video."), 4:28-33 ("A signal is input into remote unit 2 from any device having the capacity to output a video signal 1, such as a video camera, video cassette recorder/player, laser disc player, etc. The video signal received by the remote unit can be of any generally known format, such as NTSC, PAL, and Y/C video (or S video)."), 4:52-53 ("A permanent capture file is stored on the hard

disk of the remote unit . . ."); '239 File History, 2/2/96 Aff. [SAMNDCA630-00832590] ¶ 2 (describing Ex. A and FirstLook Video product in Exs. C and D as "our invention"), Ex. A (describing cellular video transmission system that "[a]ccepts any NTSC signal, ie, camera, VCR, laser disk, et cetera"), Ex. C ("Just plug the camera into the unit, and you can edit the tape frame-by-frame with a mouse."); Plaintiffs' Proposed Findings of Fact in Support of Motion for Preliminary Injunction, *Computerized Automation Technologies, Inc. et al. v. Piotrowski et al.*, Case No. 95-C322-H (N.D. Oklahoma) (Apr. 8, 1996) [APL630DEF-WH-A0000004734] ¶ 4 (inventors' description of the invention: "This invention captures live color video and audio (i.e., through a standard video camera) and: (i) instantly digitizes the data; (ii) simultaneously compresses the data so it takes less space . . . ."); RT Video Developer's Kit Product Brief [161DOC000411] at 161DOC000413 ("Accepts input from any NTSC video camera or video playback equipment"); FirstLook Video Brochure [SAMNDCA630-00828677] at 1 ("NTSC, S-Video or PAL input / output"), 2 ("Accepts any video signal (VHS, Beta, 8mm, etc)"); R. Freeman 6/18/13 Tr. at 94:20-95:19 (video capture card in the FirstLook product captured video from a camera), 97:20-98:6 (video capture card would capture from "anything that would produce video"), 153:3-20 (commercial embodiment received input from video source, such as a camera, and there would be no video without the camera); FoNet Quick Start Guide [SAMNDCA630-00832075] at SAMNDCA630-00832085 ("To play a file, position the trackball pointer on the filename desired, and double click the left trackball button."), SAMNDCA630-00832093 ("In order to capture video, connect the camera to the video capture cable, move the mouse point to the Capture button and click the left mouse button once. Once the capture software has been initialized, it will prompt the user when ready to start capturing. Position the mouse pointer on the OK button and click the left mouse button once to begin capturing."),

194

SAMNDCA630-00832093 (depicting the same capture screen as shown in Figure 2 of the '239 patent); M.C. Freeman 6/19/13 Tr. at 53:15-56:13 (discussing use of video capture cards in commercial embodiment), 62:9-63:6 (user pushes the Capture button to start capturing a video clip); Experimental Evaluation of a Video Capture Board (2/93) [APL630DEF-WH-A0000032228] at 6, Figure 1 (depicting typical hardware blocks on video capture card).

374.  At the time of the alleged invention, many cards that could provide real-time capture and compression were available. In real-time capture and compression, each frame is compressed before the next frame is received. *See* Understanding PC Video (Intel) [161DOC000570] at 6. A video card that cannot process frames fast enough must first capture the video and store it on a hard disk, and then compress the video off-line. *Id.* Both the Intel Smart Video Recorder video capture card and the ActionMedia II video capture card were capable of real-time capture. *See, e.g.*, Intel Smart Video Recorder [161DOC000582] at 161DOC000584 ("One-step capture and compression"; "On-board i750 video processor provides the power to capture at the highest possible frame rate"); ActionMedia II Product Brief [161DOC000324] at 161DOC000327 ("The i750 video processor [on the board] performs real-time compression, decompression, and manipulation of digital video data and screen control.").

375.  Dr. Schonfeld's 45-page Background of the Art section contains only two sentences about video capture cards. *See* Schonfeld Report ¶ 241. Although they are consistent with my description above, they omit many details that I have included.

376.  A Video Spigot video capture card from approximately 1993 is shown below:

195

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



377. A SoundBlaster CT 1350B audio capture card from the same period is shown below:

196

378. The ActionMedia II product with capture module is shown below:



The ActionMedia II Capture Module's daughter card design (inset) allows it to share a single slot with the ActionMedia II Delivery Board.

ActionMedia II Product Briefs [161DOC000324] at 7.

379. The Intel Smart Video Recorder is an example of a video and audio capture card from approximately 1993. The Installation Guide for that card contains several drawings that show how to install the card into the computer. The card itself is shown below:



197

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1. Intel Smart Video Recorder Installation Guide [ZINGERMANNDCA630-00000149] at 1-1. The Guide instructs the user to open the computer, find an empty slot, install the card into the slot, reassemble the computer, and then plug the camera or VCR into the back of the card.



198

CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

### c. Insert the board

Insert the board into the expansion slot. Anchor the board's mounting bracket to the computer using the screw you saved earlier.



## 3. Plug the camera or VCR into the Intel Smart Video Recorder

Use the provided RCA cable to attach your video camera or VCR to the Smart Video Recorder. Locate an RCA jack labeled "*AV out*" or "*video out*" on your camera or VCR and insert one end of the cable. Plug the other end of the cable into the RCA jack on the Intel Smart Video Recorder.

Restart your computer.



CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Intel Smart Video Recorder Installation Guide [ZINGERMANNDCA630-00000149] at 1-3 – 1-4. The Guide also explains how to use Microsoft Video for Windows to set up and test the card to capture video, including a composite signal. *Id.* at 1-10 – 1-11.

380. The photographs below show an example of how the cards appear when installed in the expansion slots of a computer and with the camera attached to the computer:



CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

381. The full apparatus is shown below. The scene on the computer monitor is being captured by the video capture card from the video camera:

201

CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



382. Video and audio cards (with or without capture capabilities) are also add-on components that provide additional functionality to a computer, namely, the ability to decompress and play back video with audio. *See, e.g.*, ActionMedia II Product Briefs [161DOC000324] at 1 ("The ActionMedia Delivery Board is used in both development and playback. . . ."), 2 ("The i750 video processor [on the board] performs real-time compression, decompression, and manipulation of digital video data and screen control.").

383. Microsoft's Video for Windows is a software package used with capture cards. *See, e.g.*, '239 patent at 4:39-46. Video for Windows requires the user to identify the capture file on the hard drive in which the captured video will be stored. Microsoft Video for Windows Manual [APL630DEF-WH-A0000004783] at 2-9. Video for Windows also allows the user to select the video source, the input format, the image dimensions, the capture rate in frames per second, and whether to capture audio: