CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

▶ To set the video-source type and component levels :

(Device type B, which supports many signal types and formats.)

1. From the Options menu, choose Video Source.
   The Video Source dialog box appears.



▶ To set the video-frame size and image depth:

1. From the Options menu, choose Video Format.

   A dialog box appears that allows you to set the image dimension and depth. The Video Format dialog box for the capture driver installed on your system might vary slightly from the following example.



CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Microsoft Video for Windows Manual [APL630DEF-WH-A0000004783] at 2-14, 2-16, 2-23-2-24 (frame rate "[s]ets the time interval that elapses between successive captured frames. The Frame Rate is defined as the number to frames captured in one second. Acceptable values for the frame rate include decimal values (such as 0.1) and integer values (such as 15).").

384. Video and audio capture cards exist today. They allow a user to watch analog TV on a personal computer, and capture video and audio signals from VCRs, DVDs, game consoles, camcorders, and other input devices. In fact, a consumer who wants to perform the functions described in the '239 patent must buy a video capture component, such as the card that captures both video and audio from a composite signal shown below:

204

*See* http://www.sabrent.com/category/tv-video-capture/TV-PCIRC/.  As can be seen above, this card has a adapters for coaxial cable (silver), composite video (yellow), S-video (black), and audio (blue and green).

385.   However, most laptops and desktops sold today do not have expansion slots that would allow the installation of cards.  For those computers, external video capture devices are available:

205

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



http://www.amazon.com/Sabrent-VD-GRBR-Capture-Display-software/dp/B0042TMFQ2/ref=sr_1_8?ie=UTF8&qid=1378930808&sr=8-8&keywords=video+capture ("Capture Video from Almost Any Video Source"; "Video Standards: NTSC/PAL").  As can be seen in the image, this video capture device has adapters for S-video (black), composite video (yellow), and audio (red and white) cables.  An example of a video capture device for Macs is shown below:

206

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



*See* http://www.elgato.com/video/video-capture.  This video capture device "[d]igitize video from a VCR, camcorder or other analogue video source for your Mac," and "handles NTSC, SECAM, PAL and PAL/60 video."  *Id*.  The digitized videos "can be synced with video capable iPads, iPods, iPhones and Apple TV."  *Id*.

386. Video capture cards do not have video cameras, cameras, or image sensors, and audio capture cards do not have a microphone.  In fact, as discussed above, capture cards capture viewable video and audio that has already been recorded (such as from a VCR) or that is being recorded by a video camera.  Moreover, unlike image sensors and microphones, capture cards cannot sense and capture light or sound or convert either into electrical signals.

387. My research activities relating to image processing and compression over the past 30 years have often involved experiments where images, audio, and video needed to be captured.  In earlier times, this was done via capture cards in workstations.  In fact, in the 1990s, I used analog TV sets and VCRs for video source material that went directly via a composite signal to a

capture card on a Macintosh workstation. I personally installed capture cards in the Macintosh and used them during this research.

388. Additional details about capture cards can be found in my Initial Report regarding invalidity of the '239 patent.

**2. Image Sensors**

389. Text Intentionally Omitted

Text Intentionally Omitted

534.    The fact that the collection of components are not audio capture cards can also be illustrated by viewing the components.  For the iPhone 5, there are at least two microphones, one of which is on the front-facing camera assembly, and the other on the back cover (outlined in green).  The other two components – the audio codec (blue) and encoder in the SOC (red) – are on opposite sides of the main logic board.



CONTAINS INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION



Only a portion of the SOC is accused. The blocks on the SOC that are accused are shown outlined in red in the diagram below:



CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

H5P User's Manual APL630DEF-WH0001749889] at APL630DEF-WH0001749090.  This collection of components and portion of the main processor is not an audio capture card.  In addition to the reasons already discussed, an audio capture card includes components for capture and playback functionality, and does not have functions unrelated to audio capture, digitization, or compression on it.  Nor does an audio capture card contain a general purpose processor, such as the SOC.  *See, e.g.*, ActionMedia II Product Brief [161DOC000324] at 1-2 (includes i750 VideoProcessor and audio digital signal processor).  Dr. Schonfeld does not even attempt to explain how these components (and subcomponents), scattered throughout the product with many components between them, form an audio capture card.

535.   Text Intentionally Omitted

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Text Intentionally Omitted

536.    The fact that the collection of components are not video capture cards can also be illustrated by viewing the components.  For example, in the iPhone 5, the front-facing camera (outlined in yellow) is attached to the cover of the iPhone 5, and attached to the main logic board with a flex cable (outlined in green).  The SOC containing the H.264 encoder block is outlined in blue.

282

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION





The rear-facing camera is connected to the other side of the main logic board, as shown below, outlined in red:



But again, only a portion of the SoC is accused – the H.264 encoder block, which is outlined in blue below:



H5P User's Manual APL630DEF-WH0001749889] at APL630DEF-WH0001749090.  This collection of components and portion of the main processor is not a video capture card.  In

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

addition to the reasons already discussed, a video capture card includes components for capture and playback functionality, and does not have components unrelated to capture, digitization, and compression on it. Nor does a video capture card contain a general purpose processor, such as the SOC. *See, e.g.*, ActionMedia II Product Brief [161DOC000324] at 1-2 (includes i750 VideoProcessor and audio digital signal processor). Dr. Schonfeld does not even attempt to explain how these components (and subcomponents), scattered throughout the product with many components between them, form a video card having a video capture module.[31]

537. For each of these reasons, the accused components are not the same structure required by claim 1, namely an audio capture card and a video card having a video capture module.

538. Text Intentionally Omitted

---

[31] [redacted]

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

Text Intentionally Omitted

540. Moreover, the accused components do not perform any function in substantially the same way as the audio and video capture cards. As already discussed, each row of photodetectors in the image sensor captures light that is immediately digitized by each analog-to-digital converter associated with each pixel column. This process occurs on a rolling basis – that is, a row may be digitizing while the next row is being captured. Each row of raw image data is then immediately sent through the image pipeline over a MIPI interface to the ISP for image processing. *See* H5P User's Manual APL630DEF-WH0001749889] at APL630DEF-WH0001749920-21 (describing camera subsystem). Once the data is processed, the frames are compressed by the H.264 encoder. The microphone captures sound, converts the sound into electrical signals, and sends them to the audio codec to be digitized. The image sensor and microphone do not capture any kind of analog electrical signal, and none of the components captures a composite signal. In contrast, the claimed composite signal is captured by connecting a computer to an external video source. The video and audio capture cards first capture and digitize a complete image (a frame) and associated audio from the analog electrical signal (the composite signal) into random access memory in the computer by the video and audio capture cards, and then compresses the frame of video. *See, e.g.*, Understanding PC Video (Intel) [161DOC000570] at 6 (describing the process). These differences are substantial, as shown by the fact that the '239 patent itself discloses both a video camera and the video and audio capture

286

CONTAINS INFORMATION DESIGNATED AS APPLE AND
THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION

1  cards: there would be no need to disclose both if they performed the same or equivalent

2  function.

        b) *The accused components do not perform the function of "capturing, digitizing, and compressing at least one composite signal"*

541. Text Intentionally Omitted

telephone, and has a different result than a cellular telephone.  Moreover, Dr. Schonfeld fails to explain how Wi-Fi components can satisfy this limitation.[53]

### 11. "An apparatus for transmission of data, comprising: a computer including a video capture module to capture and compress video in real time" (claim 15)

701. For this limitation, Dr. Schonfeld appears to be relying on the same contentions he asserted for claim 1, and in fact refers back to his opinions for claim 1.  Schonfeld Report ¶ 1463.  For example, Dr. Schonfeld asserts that "[c]apture of video signals in the Accused Devices is performed by an Omnivision or Sony camera sensor(s) (or CMOS image sensor) that includes an image array (with sample/hold circuitry) and an Analog-to-Digital Converter (ADC), as explained above," and "[c]apture and compression of video signals is performed by the application processor System-on-Chip (SoC) to encode H.264 compressed video signals." *Id*. ¶¶1465-66.[54]  I disagree with Dr. Schonfeld.

#### a) *The accused components do not satisfy this limitation*

702. The accused components – an image sensor and video encoder on the SOC of the iOS devices – are not a "video capture module."  A person of ordinary skill in the art would understand the term "video capture module" to be a module either attached to or integrated into a video card for capturing signals from an analog video device.  First, the specification only uses the term "video capture module" in conjunction with "video card."  *See, e.g., id*. at 3:51-54 ("The video card in the playback unit is similar to the video card in the remote unit with the exception that the card in the playback unit does not have a capture module."), 4:23-24 (the remote unit 2

---

[53] The inclusion of Wi-Fi components appears to be result of an erroneous copying of prior paragraphs for other claim limitations.

[54] As explained above, it is my understanding that Dr. Schonfeld is only accusing iOS devices with cellular capability of infringing claim 15.