```
                                                                      1
 1                    UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3     - - - - - - - - - - - - - - - - - x
 4     APPLE INC., a California           :
 5     Corporation,                       :
 6                 Plaintiff,              :
 7        -v-                              :
 8     SAMSUNG ELECTRONICS CO., LTD., a   :
 9     Korean corporation; SAMSUNG        : Civil Action No.
10     ELECTRONICS AMERICA, INC., a New   : 12-CV-00630-LHK
11     York corporation and SAMSUNG       :
12     TELECOMMUNICATIONS AMERICA, LLC,   :
13     a Delaware limited liability       :
14     Company,                           :
15                 Defendants.            :
16     - - - - - - - - - - - - - - - - - x
17     (Caption continued on next page.)
18          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19           Videotaped Deposition of SAMSUNG Parties,
20        By and through their Designated Representative,
21                      JONG PIL (JP) HONG
22                 and in his Individual Capacity
23                        Seoul, South Korea
24               Thursday, July 4, 2013, 9:08 a.m.
25     Job No.: 39172   Pages: 1 - 173 Reported by: Robert V. Short
```

47

| | | |
|---|---|---|
| 1 | to our products?  Is this technology that's going | 09:49:38 |
| 2 | to be advancing our user interface, you know, | 09:49:43 |
| 3 | experience for our users?  And so that's some of | 09:49:46 |
| 4 | the criteria we look at.  And obviously another | 09:49:50 |
| 5 | factor will be what, you know, the seller is asking | 09:49:53 |
| 6 | for. | 09:49:56 |
| 7 | BY MR. WALDEN: | 09:49:57 |
| 8 |     Q    Who at Samsung was involved in the | 09:49:57 |
| 9 | purchase of the '239 patent? | 09:50:00 |
| 10 |     A    You mean -- the day-to-day and | 09:50:02 |
| 11 | negotiation was done by Julie Shin and Bongryeol | 09:50:04 |
| 12 | Lee. | 09:50:11 |
| 13 |     Q    Anybody else? | 09:50:11 |
| 14 |     A    The supervising role probably was done -- | 09:50:14 |
| 15 | at very high level was probably Hosik Jang. | 09:50:18 |
| 16 |     Q    Anybody else? | 09:50:25 |
| 17 |     A    No. | 09:50:27 |
| 18 |     Q    Okay.  Why did Samsung purchase the '239 | 09:50:27 |
| 19 | patent? | 09:50:31 |
| 20 |         MR. FLORANCE:  Objection, I caution you | 09:50:32 |
| 21 | not to reveal attorney-client communications. | 09:50:35 |
| 22 |         THE DEPONENT:  You know, like I said, you | 09:50:38 |
| 23 | know, when we see patents and when we think it's | 09:50:41 |
| 24 | good technology -- good important technology for | 09:50:44 |
| 25 | us, we buy patents. | 09:50:46 |