PLAINTIFF'S EXHIBIT NO. 251
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00828677

### Equipment and Configurations

The FirstLook Video™ system consists of: (1) A Remote Unit about the size of airline carry-on luggage; (2) An automated Host Unit that plugs into two telephone lines; and (3) a Player Unit that uses simple PC adapted operations. Equipment for the Host, Player and one Remote Unit includes:

- Remote portable unit with built-in monitor
- Remote trackball mouse
- Remote cellular transceivers
- Remote power inverter and 12-volt adapter
- Host 101 enhanced keyboard
- Host SVGA 14" color monitor
- Host modems
- Player unit (outputs to NTSC)
- Player trackball mouse

The only additional equipment required is (1) a remote video source; (2) station electrical service; (3) two dedicated station telephone lines; (4) the cellular mobile service contract for up to two numbers; and (5) Master Control transmission hookup.

> "This incredible technology...adds to our remote capabilities at a mere fraction of the initial or employee cost associated with our ENG or SNG units."
> — William J. Katsafanas, Vice President
> KFOR Television, Oklahoma City

### Simple Installation and Training

In most cases, complete installation takes only a few hours and requires no special tools. Vehicle installation of the Remote Unit is simple. Other than antennas and an inverter 110 power source, the system requires no hard-mount procedures. The unit simply sits in the seat next to the operator. This "soft" installation approach allows complete flexibility when scheduling FirstLook™ Video assignments.

Installation of the Host and Player Units is comparable to the installation of two workstation computers.

Complete training is usually accomplished the same day as the installation.

### Special Features

- One Host/Player unit can support multiple Remote Units
- 24-Bit color video
- Transfer over cellular or land line telephones
- Variable 1 to 30 frames per second imaging
- Non-linear audio/visual editing capabilities; select and send video output
- Over 20 minutes video storage capacity, upgradeable
- NTSC, S-Video or PAL input/output
- Real-time compression, decompression and manipulation of digital video data
- Two-channel 16-bit audio input/output
- 25 million pixel operations per second for brilliant on-screen image processing
- Video displays up to 16.7 million colors; dithering to 65,000; 256; or 16 color
- Flexible scaling or "window" use of video

### Field Test Sample Results

Time delay video transfer over cellular of a 15-second clip at 7 frames per second — *5 minutes*.

Time delay video/audio transfer over cellular of a 15-second clip at 24 frames per second with audio — *16 minutes*.

> "FirstLook™ Video means that you get news faster than ever before."
> —Mike Jacobs, News Reporter
> WTMJ Television, Milwaukee

### FoNet™ Support and Licensing

FoNet™ offers unlimited technical support long after the system is delivered. Designed and manufactured in the U.S.A., FirstLook™ Video is covered by a one-year limited warranty on all parts and labor. Purchase includes fees for support maintenance, copyright and trademark licensing.

Copyright 1993 FoNet, Inc. All rights reserved



1ST LOOK VIDEO

FirstLook™ Video and other FoNet, Inc. products are distributed by PC Designs

For more information contact:
PC Designs
2504 N. Hemlock Circle
Broken Arrow, OK 74012
Fax 918-251-7057 phone 918-251-5550
or toll-free
**800-251-LOOK**

Video Over Cellular
Anytime!...Anywhere!

Highly Confidential - Attorneys' Eyes Only

# FirstLook™ Video — Because The *First* Pictures Are Worth *More* Than A Thousand Words

## "Powerful!"
## "High Octane!"
## "Electrifying Promotion!"

These are the comments of news directors from coast to coast. They're talking about the new, completely portable video transmission system — FirstLook™ Video.

FirstLook™ Video by FoNet, Inc. is the world's very first professional solution for the remote cellular transmission of high-resolution, full-motion video.

FirstLook™ Video captures and sends complete motion pictures and sound from a remote mobile unit via land or cellular telephone signals. Remote editing at the source provides a custom tailored audio/visual motion-picture package allowing transmission of only the most dramatic footage. A fully automated Host Unit receives the highspeed data transmission ready for archive or instant NTSC broadcast.



*FirstLook™ remote weighs 28 lbs.*

## Grab Video Pre-Recorded or in Real Time

The FirstLook™ Remote Unit accepts any video signal (VHS, Beta, 8mm, etc.) capturing and converting the segment in "real time" to a compressed video data file. FoNet™ macroplexing technology allows the file to be "split" and sent to the Host Unit "on the fly" over two or more cellular modem transceivers.

## From Camera to Broadcast in Minutes

The automated Host Unit at the station can receive files 24 hours a day! When activated, the Host automatically receives the macroplexed signals, "glues" the two files back together and transfers the reassembled footage to the Player Unit.

At the Player Unit the footage can be further edited and either archived, transferred to tape or sent directly to master control for broadcast. Video and audio can output separately. From video capture to "on-the-air" is only a matter of minutes!



*FirstLook™ Video clips are automatically identified by the first frame of each file.*

## Easy to Operate Remote

The simple Remote operation employs a trackball mouse and on-screen menus for capturing and sending functions. Editing selections allow the operator to choose (1) audio on/off, (2) video frames-per-second (1-30), and (3) video length. The system prompts the user to begin taping and permits remote review of the video clip.

The captured video is then sent to the Host Unit at the touch of a single button. All cellular/modem connections, telephone dialing and transfer operations are automatic!

## Edit in the Field

The Remote Unit stores up to twelve different clips of various lengths (fifteen to twenty seconds are standard). Upon capture, each clip is identified in the Remote menu with a still image from the first frame of each file. Once it is saved, the clip can be reviewed, shortened, or deleted. Only the most newsworthy footage is sent to the station.



### Beat the Competition with FirstLook™ Video

GET THE STORY "ON THE AIR" FIRST — FirstLook™ Video is the only technology on the market that gives you both broadcast quality video and the speed of cellular transmission times!

GO ANYWHERE, ANYTIME — FirstLook™ Video gives you complete flexibility. Transmit video any distance! No transmission schedules to keep, no setup time on location, no additional personnel required.

LOW, LOW OPERATING COST — FirstLook™ Video lets you get the story on tape at a mere fraction of the cost of other remote transmission technologies. There's no comparison!

EASY TO USE — The Remote Unit's simple three-step procedure captures and sends your news story to a Host Unit that automatically receives, formats, and stores the clip for playback. FirstLook™ Video is designed to enhance your ability to get the story, not make it more of a challenge.

INCREASE YOUR RATINGS AND BOTTOM LINE — Talk about self-promotion. Audiences perceive FirstLook™ Video for just what it is: cutting-edge technology! In addition to results that increase your impact upon your audience, FirstLook™ Video has proven to be one of the most recognized promotions ever aired!

SAMNDCA630-00828678

PLAINTIFF'S EXHIBIT NO. 251, Page 2 of 2