QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**AMENDED CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC** |

02198.51981/6443263.1

Case No. 11-cv-00630-LHK (PSG)
SAMSUNG'S AMENDED CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities: (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Samsung Electronics America, Inc. ("SEA") is a wholly-owned subsidiary of Samsung
7  Electronics Co., Ltd. ("SEC"), a publicly held corporation organized under the laws of the
8  Republic of Korea.  SEC is not owned by any parent corporation and no other publicly held
9  corporation owns 10% or more of its stock.  No other publicly held corporation owns 10% or more
10 of SEA's stock.

11 Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged
12 with and into SEA, and therefore STA no longer exists as a separate corporate entity.

14 DATED:  January 7, 2015          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

                                    By /s/ *Victoria F. Maroulis*
                                       Victoria F. Maroulis
                                       William C. Price
                                       Michael T. Zeller
                                       Michael L. Fazio

                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC. and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC