UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS AGAINST SAMSUNG** |

1   Apple filed a motion to review the Clerk's award of costs in this case.  Having considered
2   the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN
3   SHOWN, IT IS ORDERED that Apple's Motion for Review of Clerk's Taxation of Costs
4   Against Samsung is GRANTED.

Costs are taxed in the amount of $1,125,173.11 and included in the judgment.

**IT IS SO ORDERED.**

Dated: _____      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS AGAINST SAMSUNG
Case No. 5:12-cv-00630-LHK (PSG)
sf-3513197

1