1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REVIEW THE CLERK'S TAXATION OF SAMSUNG'S COSTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion To Review
3  The Clerk's Taxation Of Samsung's Costs.
4  Having considered Samsung's motion, and good cause having been shown, the Court
5  GRANTS Samsung's motion for the reasons stated therein and reverses the Clerk's disallowance
6  of $12,216.25 in fees for transcripts and $198,726.56 in fees for exemplification (*see* Dkt. 2126).
7  Accordingly, Samsung's total costs are taxed in the amount of $609,710.03.

9  [IN THE ALTERNATIVE]
10  Having considered the parties' motions to review the Clerk's costs awards, and good cause
11  having been shown, the Court hereby STAYS any further review, resolution, or enforcement of
12  the Clerk's taxation of Apple's costs (Dkt. 2125) and of Samsung's costs (Dkt. 2126) until such
13  time as the parties' merits appeal process is complete, including any further litigation that may
14  occur as a result.

16  **IT IS SO ORDERED.**

18  DATED: _____

The Honorable Lucy H. Koh
United States District Judge