1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF SAMSUNG'S COSTS** |

1  Apple filed a motion to review the Clerk's taxation of Samsung's costs.   Having considered
2 the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN
3 SHOWN, IT IS ORDERED that Apple's Motion for Review of Clerk's Taxation of Samsung's
4 Costs is GRANTED.
5  The Clerk's award of costs to Samsung is disallowed in its entirety; the Clerk's denial of
6 Samsung's requested costs is affirmed.

Dated: _____    _____
Hon. Lucy H. Koh
United States District Judge

CASE NO. 12-CV-630-LHK (PSG)           [PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF SAMSUNG'S COSTS