1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK
21 |         Plaintiff,                    | **DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF SAMSUNG'S COSTS**
22 |         vs.                           |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 |                                       |
25 |                                       |
26 |         Defendants.                   |
27
28

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").

2. I submit this Declaration in Support of Samsung's Opposition to Apple's Motion for Review of the Clerk's Taxation of Samsung's Costs. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

3. On February 27, 2015, counsel for Samsung sent an email to counsel for Apple proposing that the parties each agree to bear their own costs to avoid burdening the Court with additional briefing and argument related to costs. Apple rejected the proposal. On February 28, 2015, counsel for Samsung proposed an alternative where the parties would stipulate to having the Clerk's respective cost awards be final and reserve the parties' rights to appeal them or vacate the costs awards in the event the underlying judgment is affected on appeal. As of the time of this filing, counsel for Apple had not provided a response from Apple to this proposal.

4. Attached as Exhibit 1 is a true and correct copy of the email communications described above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2015, at Davis, California.

/s/  Brett Arnold

Brett Arnold

**Attestation**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with Civil Local Rule 5-1, I hereby attest that Brett Arnold has concurred in this filing.

*/s/ Victoria Maroulis*
Victoria Maroulis