# EXHIBIT 1

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Saturday, February 28, 2015 4:07 PM |
| **To:** | 'Sabri, Nathan B.'; Lee, William; 'Selwyn, Mark'; Krevans, Rachel |
| **Cc:** | Michael Fazio; Brett Arnold; Margret Caruso |
| **Subject:** | RE: Apple/Samsung: proposal on costs |

Thanks for the quick response.  As an alternative, would Apple agree to stipulate to having the clerk's respective cost awards be final and reserve parties' rights to appeal them and/or vacate the costs award in the event the underlying judgment is affected on appeal?  In other words, does Apple intend to proceed with the review of costs briefing before Judge Koh, or would it consider a procedural solution short of that?

**From:** Sabri, Nathan B. [mailto:NSabri@mofo.com]
**Sent:** Saturday, February 28, 2015 3:05 PM
**To:** Victoria Maroulis; Lee, William; 'Selwyn, Mark'; Krevans, Rachel
**Cc:** Michael Fazio; Brett Arnold; Margret Caruso
**Subject:** RE: Apple/Samsung: proposal on costs

Vicki,

Apple does not agree to this proposal.

Best,

Nate


**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6641 | F: +1 (415) 276.7094 | C: +1 (415) 439.9153
NSabri@mofo.com | www.mofo.com


**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, February 27, 2015 8:04 PM
**To:** Lee, William; 'Selwyn, Mark'; Krevans, Rachel; Sabri, Nathan B.
**Cc:** Michael Fazio; Brett Arnold; Margret Caruso
**Subject:** Apple/Samsung: proposal on costs

Bill, Mark, Rachel, and Nate,

In view of the Court's reductions to parties' respective applications for costs, and to avoid burdening the Court with detailed briefing and oral argument, Samsung proposes that the parties each agree to bear their own costs.  Please consult Apple and advise by early Monday afternoon.  Because Samsung's brief seeking review of costs is due on March 4, when some of us are going to be in Washington DC for the Federal Circuit argument, we would appreciate a quick response.

Thank you.

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.