1  Amy H. Candido
   amycandido@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
3  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
4  (415) 875-6600
   (415) 875-6700 facsimile
5

6  Attorneys for Non-Party Google Inc.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | CASE NO. 12-CV-00630-LHK |
| v. | **NOTICE OF WITHDRAWAL OF KRISTIN J. MADIGAN AS COUNSEL OF RECORD** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiff, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), Kristin J. Madigan of Quinn Emanuel Urquhart & Sullivan, LLP hereby withdraws her appearance as counsel of record for non-party Google Inc., and requests to be removed from the service list in the above-captioned matter. Google will continue to be represented by Quinn Emanuel. Consequently, the withdrawal of Ms. Madigan will not delay this proceeding, and no prejudice will result to any party.

DATED: July 14, 2015         QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP

                             By  */s/ Kristin J. Madigan*
                                 Kristin J. Madigan
                                 Attorneys for Non-Party Google Inc.

**[PROPOSED] ORDER**

The Court having considered the request by Kristin J. Madigan to withdraw as counsel of record for non-party Google Inc., the request is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

                             The Honorable Lucy H. Koh
                             United States District Judge