United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

        Defendants.

Case No. 5:12-CV-00630-LHK

**ORDER VACATING MOTION HEARING**

Re: Dkt. Nos. 2127, 2128, 2130, 2131

Before the Court are four motions.  Plaintiff Apple, Inc. ("Apple") moves for review of the Clerk's taxation of Apple's costs.  ECF No. 2127.  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Telecommunications America, LLC (collectively, "Samsung") have cross-moved for review of the Clerk's taxation of Apple's costs.  ECF No. 2128. Samsung also moves for review of the Clerk's taxation of Samsung's costs, ECF No. 2130, and Apple cross-moves for review of the Clerk's taxation of Samsung's costs, ECF No. 2131.

The Court finds these motions suitable for decision without oral argument under Civil Local Rule 7-1(b) and hereby VACATES the motion hearing set for August 20, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____

LUCY H. KOH
United States District Judge

1

Case No. 12-CV-00630-LHK
ORDER VACATING MOTION HEARING