# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 09/17/2015

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Each side shall bear its own costs.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: William Adams
John Bruce Campbell
Brian Cosmo Cannon
Joseph Carl Cecere Jr.
Andrew J. Danford
Mark Christopher Fleming
Lauren B. Fletcher
Patrick J. Flinn
Sarah R. Frazier
Christopher J. Glancy
John D. Haynes
Warren S. Heit
Kevin P.B. Johnson
Ryan W. Koppelman
Rachel Krevans
William F. Lee
Victoria Fishman Maroulis
Kevin McGann
Mike McKool
Richard Wells O'Neill
Erik Jeffrey Olson
James Quarles III
John B. Quinn
Christopher Robinson
Nathaniel Bryan Sabri
Matthew Schruers
Mark D. Selwyn
Kevin Alexander Smith

Thomas Gregory Sprankling
Theodore Stevenson III
Kathleen M. Sullivan
Joel Lance Thollander
Scott L. Watson
Michael Thomas Zeller

14-1802 - Apple Inc. v. Samsung Electronics Co., Ltd.
United States District Court for the Northern District of California, Case No. 5:12-cv-00630-LHK