# United States Court of Appeals for the Federal Circuit

September 17, 2015

**ERRATA**

Appeal No. 2014-1802

**APPLE INC., A CALIFORNIA CORPORATION,**

v.

**SAMSUNG ELECTRONICS CO., LTD., A KOREAN CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**

Decided:  September 17, 2015
Precedential Opinion

Please make the following change:

Page 3, line 1, change "Opinion for the court filed by *Circuit Judge* MOORE." to "Opinion for the court filed by *Circuit Judge* MOORE, in which *Circuit Judge* REYNA joins."