RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
Stanley H. Thompson, Jr., State Bar No. 198825
Email: sthompson@raklaw.com
Jacob R. Buczko, State Bar No. 269408
Email: jbuczko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
Zeroclick, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO, LTD., a Korean corporation, ET AL. | **Case No. 12-cv-00630-LHK** |
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | **Case No. 5:15-cv-04417**<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3.12(b) AND L.R. 7.11** |

1

The Court, having considered the Administrative Motion to Relate Cases pursuant to Civil Local Rules 3.12(b) and 7.11 filed by Plaintiff Zeroclick ("Zeroclick"), HEREBY ORDERS THAT:

The Administrative Motion pursuant to Civil Local Rules 3.12(b) and 7.11 is GRANTED.

**IT IS SO ORDERED.**

Dated:  September __, 2015

_____
Honorable Lucy H. Koh
United States District Court Judge