UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>   Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER DENYING MOTION TO RELATE**<br><br>Re: Dkt. No. 2151 |

Plaintiff ZeroClick, LLC ("ZeroClick") has filed a motion to relate cases pursuant to Civil Local Rule 3-12. ZeroClick seeks to relate *ZeroClick, LLC v. Apple Inc.*, Case No. 15-CV-04417, to the above-captioned case. Case No. 12-CV-00630, ECF No. 2151.

Under Civil Local Rule 3-12(a), actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Court finds that this standard is not met. The *ZeroClick* action concerns U.S. Patent 8,549,443 and U.S. Patent 7,818,691. Case No. 12-CV-00630, ECF No. 2151 at 2. Neither of these patents was asserted in the above-captioned case, and issues of validity, claim construction, and infringement of the '443 and '691 patents were not

addressed in the above-captioned case. Thus, there is no risk of "unduly burdensome duplication of labor and expense or conflicting results" if these cases are not related. Accordingly, ZeroClick's Motion to Relate is DENIED.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
LUCY H. KOH
United States District Judge