NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APPLE INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., A KOREAN CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Defendants-Appellees*

_____

2014-1802
_____

Appeal from the United States District Court for the Northern District of California in No. 5:12-cv-00630-LHK, Judge Lucy H. Koh.

_____

**ON MOTION**
_____

PER CURIAM.

## ORDER

Appellees Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC move to stay execution of the mandate until filing and disposition of Appellee's petition for writ of certiorari, and if the petition is granted, until the Supreme Court's final decision.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is denied.
2) The mandate, due December 23, 2015 pursuant to a previous order of the court, is hereby issued.

FOR THE COURT

December 28, 2015         /s/ Daniel E. O'Toole
        Date                     Daniel E. O'Toole
                                 Clerk of Court

**ISSUED AS A MANDATE**: December 28, 2015