QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE BILL OF APPELLATE COSTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] hereby bring this administrative motion for an order permitting Samsung to file under seal Samsung's Bill of Appellate Costs ("Administrative Motion").

**RELIEF REQUESTED**

Samsung requests an order granting its motion to file under seal the total amount of its supersedeas bond and its annual bond premiums included in the following documents:

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Bill of Appellate Costs | The amount of Samsung's supersedeas bond premiums, which is highlighted in the version of the document filed under seal. |
| Declaration of Carl G. Anderson in Support of Samsung's Bill of Appellate Costs | The amounts of Samsung's supersedeas bond premiums, which are highlighted in the version of the document filed under seal. |
| Exhibit B to Declaration of Carl G. Anderson in Support of Samsung's Bill of Appellate Costs | The total amount of Samsung's supersedeas bond and annual bond premiums, which are highlighted in the version of the document filed under seal. |

Samsung has established good cause to permit filing these documents under seal through the Declaration of Carl G. Anderson filed contemporaneously herewith.

**I.    THE "GOOD CAUSE" STANDARD APPLIES**

Samsung's Bill of Appellate Costs is non-dispositive and only seeks to recover costs pursuant to the Federal Circuit's opinion and judgment in appeal numbers 15-1171 and 15-1994. Therefore, documents submitted in connection with Samsung's Bill of Appellate Costs may be sealed upon a showing of "good cause." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214,

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

## II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Good cause exists to permit filing under seal.  As this Court has previously found, the total amount of Samsung's supersedeas bond may be filed under seal because in conjunction with other information made public during this litigation, the bond amount may be used to discern information about Samsung's sales.  *See* Dkt. Nos. 2089 (Order granting Samsung's Administrative Motion to Seal Samsung's Motion for Approval of Supersedeas Bond); 2098 (Order granting Samsung's Administrative Motion to Seal Samsung's Reply in Support of its Motion for Approval of Supersedeas Bond); Dkt. 2103 (Order granting Samsung's Administrative Motion to Submit its Supersedeas Bond Under Seal); *see also* Anderson Decl. ¶ 4.

The amount of Samsung's bond premiums and the implicit annual rate should be sealed because public disclosure could negatively affect Samsung's future negotiations with sureties by creating an information asymmetry that could be used to Samsung's disadvantage.  Anderson Decl. ¶ 5.  In addition, Samsung understands that non-parties Zurich American Insurance Company and Westchester Fire Insurance Company consider the information confidential. Anderson Decl. ¶ 6.  Samsung requests that non-parties be given an appropriate opportunity to file declarations in support of sealing.

The Court should thus grant Samsung's motion to seal portions of Samsung's Bill of Appellate Costs and supporting materials.

Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Motion to Seal relating to Samsung's Bill of Appellate Costs as a procedural mechanism for filing Samsung's Bill of Appellate Costs and supporting exhibits under seal.  Apple reserves the right to challenge any proposed redaction to the extent it believes those redactions improperly seal non-confidential information.

-2-  Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE  BILL OF APPELLATE COSTS UNDER SEAL

## CONCLUSION

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal.

DATED:  March 11, 2016

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC