QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF CARL G. ANDERSON  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE COSTS UNDER SEAL** |

I, Carl G. Anderson, declare:

1.      I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      I make this declaration in support of Samsung's Administrative Motion to File its Bill of Appellate Costs Under Seal ("Administrative Motion").

3.      Samsung moves to seal portions of its bill of costs for its appeals to the Federal Circuit and supporting documents.

4.      Samsung's Bill of Appellate Costs discloses the amount of the supersedeas bond, which in conjunction with other information made public during this litigation may be used to discern information about Samsung's per-unit, per-product sales data of various Samsung products.  As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers financial data, including product-specific sales data, highly confidential.  *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).  This Court has previously ordered sealed the same information.  Dkt. Nos. 2089, 2098, and Dkt. 2103.

5.      Samsung's Bill of Appellate Costs also discloses the premiums paid on its supersedeas bond, which are confidential and not public.  Upon information and belief, the premiums for Samsung's supersedeas bond were subject to an arms-length negotiation between

---

[1]   Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

Samsung and its sureties.  Public disclosure of the amount of Samsung's premiums and implicit rate could negatively impact any future negotiation over bond premiums.

6.      Additionally, upon information and belief, non-parties Zurich American Insurance Company and/or Westchester Fire Insurance Company consider the bond premiums and implicit rate confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 11, 2016, at San Francisco, California.

*/s/ Carl G. Anderson*
Carl G. Anderson

ANDERSON DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE COSTS UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Carl Anderson has concurred in the aforementioned filings.


*/s/ Victoria Maroulis*

Victoria Maroulis

Case No. 12-CV-00630-LHK (PSG)
ANDERSON DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE
COSTS UNDER SEAL