1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE BILL OF APPELLATE COSTS UNDER SEAL** |

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] has filed an Administrative Motion To Submit Its Bill of Appellate Costs Under Seal.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Bill of Appellate Costs | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung and third parties claim are confidential. |
| Declaration of Carl G. Anderson in Support of Samsung's Bill of Appellate Costs | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung and third parties claim are confidential. |
| Exhibit B to Declaration of Carl G. Anderson in Support of Samsung's Bill of Appellate Costs | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung and third parties claim are confidential. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.