UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF CHANDAR POTTER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE COSTS UNDER SEAL** |

I, Chandar Potter, declare:

1. I am an Underwriting Officer working at the Zurich American Insurance Company ("Zurich"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File its Bill of Appellate Costs Under Seal ("Administrative Motion"), filed at docket number 2160.

3. Samsung's bill of costs and supporting documents disclose the premiums Samsung pays for its supersedeas bond, which reflect the implicit rate Samsung negotiated with Zurich. The premium was negotiated at length between the parties, and it has not been disclosed to the public. Bond premiums are generally kept confidential within the industry.

4. Public disclosure of the premiums Samsung pays for its bond could negatively impact Zurich's future negotiations over bond premiums. Because premiums are generally kept confidential, public disclosure would put Zurich at a competitive disadvantage by creating information asymmetry. For this reason, Zurich supports Samsung's Administrative Motion.

5. Nothwithstanding the foregoing, Zurich reserves the right to disclose such premiums as may be directed by another court and/or as may be required by any of its attorneys, accountants and reinsurers as it may relate to any required regulatory filings or audits.

1  Additionally, although such information may have been disclosed in connection with regulatory
2  filings and/or audits, the undersigned represents on information and belief that it has not been
3  publicly disclosed beforehand.
4
5       I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.  Executed on March 15, 2016 in New York, NY.
7
8            */s/ Chandar Potter*
          Chandar Potter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-     Case No. 12-CV-00630-LHK (PSG)
POTTER DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE COSTS UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Chandar Potter has concurred in the aforementioned filings.

                                              */s/ Victoria Maroulis*
                                              Victoria Maroulis