UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF HENRY R. MINISSALE IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SUBMIT ITS BILL OF APPELLATE COSTS UNDER SEAL** |

I, Henry R. Minissale, declare:

1. I am a member of the State Bar of Pennsylvania and an attorney working at Westchester Fire Insurance Company ("Westchester"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File its Bill of Appellate Costs Under Seal ("Administrative Motion"), filed at docket number 2160.

3. Samsung's bill of costs and supporting documents disclose the premiums Samsung pays for its supersedeas bond, which reflect the implicit rate Samsung negotiated with Westchester. The premium was negotiated at length between the parties, and it has not been disclosed to the public. Bond premiums are generally kept confidential within the industry.

4. Public disclosure of the premiums Samsung pays for its bond could negatively impact Westchester's future negotiations over bond premiums. Because premiums are generally kept confidential, public disclosure would put Westchester at a competitive disadvantage by creating information asymmetry. For this reason, Westchester supports Samsung's Administrative Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 15, 2016, at Philadelphia, PA.

*/s/ Henry R. Minissale*
Henry R. Minissale

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Henry Minissale has concurred in the aforementioned filings.

                                          /s/ Victoria Maroulis
                                          Victoria Maroulis