# Exhibit B



Risk Services

## Samsung Telecommuications America, LLC

Invoice No. 100000636353

Samsung Telecommuications America, LLC
1301 East Lookout Drive
Richardson TX 75082 USA

Aon Risk Services Northeast, Inc.
New York NY Office
199 Water Street
New York NY 10038-3551
(866) 283-7122  FAX (800) 363-0105

| Client Account No. | Invoice Date | Currency | Account Executive |
|---|---|---|---|
| 570000059677 | Dec-24-2014 | US DOLLAR | Robert McDonough |

### Transaction No.   001

| Insurance Co. | Policy No. / Named Insured | Policy Term | Trans. Eff. Date | Description | | Amount |
|---|---|---|---|---|---|---|
| Zurich American Ins Co | 09173766<br><br>Samsung Telecommuications America, LLC | Dec-05-2014  - Dec-05-2015 | Dec-05-2014 | New - Court Bond | | |
| | | | | | Premium | ■■■■■■ |

**Comments**

Prin:SAMSUNG ELECTRONICS CO.,LTD;SAMSUNG ELECTRONICS AMERICA,INC.;SAMSUNG TELECOMMUNICATIONS AMERICA,LLC
Obl:APPLE, INC.
Desc:Supersedeas Bond,Case #12-CV-00630-LHK,Judgment Amount $119,625,000,United States Dist Ct,
B/A:■■■■■■

| | Transaction Total Due | ■■■■■■ |
|---|---|---|

### Transaction No.   002

| Insurance Co. | Policy No. / Named Insured | Policy Term | Trans. Eff. Date | Description | | Amount |
|---|---|---|---|---|---|---|
| Westchester Fire Insurance Company | K09169210<br><br>Samsung Telecommuications America, LLC | Dec-05-2014  - Dec-05-2015 | Dec-05-2014 | New - Court Bond | | |
| | | | | | Premium | ■■■■■■ |

**Comments**

Prin:SAMSUNG ELECTRONICS CO.,LTD;SAMSUNG ELECTRONICS AMERICA,INC.;SAMSUNG TELECOMMUNICATIONS AMERICA,LLC
Obl:APPLE, INC.
Desc:Supersedeas Bond,Case #12-CV-00630-LHK,Judgment Amount $119,625,000,United States Dist Ct,
B/A ■■■■■■

| | Transaction Total Due | ■■■■■■ |
|---|---|---|
| | **TOTAL INVOICE AMOUNT DUE** | ■■■■■■ |

**TO AVOID POTENTIAL DISRUPTION IN YOUR COVERAGE, PAYMENT IS DUE UPON RECEIPT.**
**Please Make Payable to Aon Risk Services**



Risk Services

## Samsung Telecommuications America, LLC

Invoice No. 100000687508

Samsung Telecommuications America, LLC
1301 East Lookout Drive
Richardson  TX  75082  USA

Aon Risk Services Northeast, Inc.
New York NY Office
199 Water Street
New York NY 10038-3551
(866) 283-7122  FAX (800) 363-0105

| Client Account No. | Invoice Date | Currency | Account Executive |
|---|---|---|---|
| 570000059677 | Dec-16-2015 | US DOLLAR | Robert McDonough |

### Transaction No.   001

| Insurance Co. | Policy No. / Named Insured | Policy Term | Trans. Eff. Date | Description | | Amount |
|---|---|---|---|---|---|---|
| Zurich American Ins Co | 09173766<br><br>Samsung Telecommuications America, LLC | Dec-05-2015 - Dec-05-2016 | Dec-05-2015 | Renewal - Court Bond | Premium | ▇▇▇▇ |

**Comments**

Prin:SAMSUNG ELECTRONICS CO.,LTD;SAMSUNG ELECTRONICS AMERICA,INC.;SAMSUNG TELECOMMUNICATIONS AMERICA,LLC
Obl:APPLE, INC.
Desc:Supersedeas Bond,Case #12-CV-00630-LHK,Judgment Amount $119,625,000,United States Dist Ct.
B/A ▇▇▇▇

| | Transaction Total Due | ▇▇▇▇ |
|---|---|---|

### Transaction No.   002

| Insurance Co. | Policy No. / Named Insured | Policy Term | Trans. Eff. Date | Description | | Amount |
|---|---|---|---|---|---|---|
| Westchester Fire Insurance Company | K09169210<br><br>Samsung Telecommuications America, LLC | Dec-05-2015 - Dec-05-2016 | Dec-05-2015 | Renewal - Court Bond | Premium | ▇▇▇▇ |

**Comments**

Prin:SAMSUNG ELECTRONICS CO.,LTD;SAMSUNG ELECTRONICS AMERICA,INC.;SAMSUNG TELECOMMUNICATIONS AMERICA,LLC
Obl:APPLE, INC.
Desc:Supersedeas Bond,Case #12-CV-00630-LHK,Judgment Amount $119,625,000,United States Dist Ct.
B/A ▇▇▇▇

| | Transaction Total Due | ▇▇▇▇ |
|---|---|---|
| | **TOTAL INVOICE AMOUNT DUE** | ▇▇▇▇ |

**TO AVOID POTENTIAL DISRUPTION IN YOUR COVERAGE, PAYMENT IS DUE UPON RECEIPT.**
**Please Make Payable to Aon Risk Services**