1  WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  60 State Street
   Boston, Massachusetts  02109
4  Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000
5

6  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  950 Page Mill Road
   Palo Alto, California  94304
9  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
10

11 Attorneys for Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

1  PLEASE TAKE NOTICE that Andrew L. Liao of WILMER CUTLER PICKERING
2  HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in
3  the above-captioned matter.  Additionally, the undersigned requests that he be removed from the
4  service list of Plaintiff's counsel.

6  Dated: June 10, 2016          WILMER CUTLER PICKERING HALE
                                  AND DORR LLP

8                                By: /s/ Mark D. Selwyn
                                     Mark D. Selwyn
9                                    950 Page Mill Road
                                     Palo Alto, CA  94304
10                                   Telephone:  (650) 858-6000
                                     Facsimile:   (650) 858-6100

                                 Attorney for APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 10, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn  
Mark D. Selwyn