# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2015-1171, 2015-1195, 2015-1994

**APPLE INC., a California corporation,**

*Plaintiff - Cross-Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,**

*Defendants – Appellants*

Appeals from the United States District Court for the Northern District of California in no. 5:12-cv-00630-LHK, Judge Lucy H. Koh.

## MANDATE

In accordance with the judgment of this Court, entered October 7, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court