| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. McELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **NOTICE OF WITHDRAWAL OF HAROLD J. McELHINNY AS COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 12-cv-00630-LHK
sf-3722957

1  TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned requests that Harold J. McElhinny, of Morrison & Foerster LLP, be withdrawn as counsel of record for Plaintiff Apple Inc. due to his retirement from Morrison & Foerster.  Other counsel of record will continue to represent Apple.  As such, withdrawal of Mr. McElhinny will cause no prejudice to any party.

Dated: December 20, 2016                     MORRISON & FOERSTER LLP


                                             By:  */s/ Harold J. McElhinny*
                                                   HAROLD J. MCELHINNY

                                                   Attorney for Plaintiff
                                                   APPLE INC.

---

1

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 12-cv-00630-LHK
sf-3722957