WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

1  PLEASE TAKE NOTICE that Victor F. Souto of WILMER CUTLER PICKERING
2  HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in
3  the above-captioned matter.  Additionally, the undersigned requests that he be removed from the
4  service list of Plaintiff's counsel.

6  Dated:  December  22, 2016         WILMER CUTLER PICKERING HALE
                                       AND DORR LLP

8                                     By:  /s/ Mark D. Selwyn
                                           Mark D. Selwyn
9                                          950 Page Mill Road
                                           Palo Alto, CA  94304
10                                         Telephone:  (650) 858-6000
                                           Facsimile:   (650) 858-6100

                                           Attorney for APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December      , 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn