1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER RE: APPLE'S MOTION FOR CASE MANAGEMENT CONFERENCE** |

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: APPLE'S MOTION FOR CASE MANAGEMENT CONFERENCE
Case No. 12-cv-00630-LHK (NMC)

On January 3, 2017, Apple submitted an Administrative Motion for Case Management Conference, which Samsung did not oppose.

The Court orders that a Case Management Conference shall be scheduled in this matter for February 22, 2017 at 2pm.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
Hon. Lucy H. Koh
United States District Judge