QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 2172)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**DECLARATION OF MICHAEL L. FAZIO**

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Motion for Case Management Conference (Dkt. No. 2172).

3. Samsung seeks to seal portions of three lines of Apple's Administrative Motion for Case Management Conference that reveal the calculation of prejudgment interest, Samsung's sales between the entry of the jury verdict and final judgment, and the calculation of supplemental damages and associated interest. *See Apple Mot.* at 2:4, 2:14, and 2:18.[2]

4. The data identified in paragraph three either discloses Samsung's sales or may be used in conjunction with other information made public during this litigation to discern Samsung's sales for accused products. As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers financial data, including product-specific sales data, highly confidential. *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Samsung will provide Apple, and expects that Apple will file with the Court, a highlighted version of the document that indicates the portions Samsung seeks to seal.

5. Such data is properly sealable. *Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) (compelling reasons exist to seal product-specific financial information, including sales data). This Court has previously ordered the data disclosed in Apple's submission sealed. *See* Dkt. Nos. 2089, 2098, 2103.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 6, 2017, at Los Angeles, California.

> */s/ Michael L. Fazio*
> Michael L. Fazio

1        **ATTESTATION**

2        I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio

4 has concurred in the aforementioned filings.

5

6                                                      /s/ Victoria Maroulis

7                                                     Victoria Maroulis