| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 13 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 14 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 15 | Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 |
| 16 | |
| 17 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 18 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Mark Gray of Quinn Emanuel Urquhart & Sullivan, LLP

3 hereby appears as counsel of record for Samsung Electronics Co., Ltd., and Samsung Electronics

4 America, Inc.[1]

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6 directed to:

7
>    Mark Gray (Bar No. 305251)
>    markgray@quinnemanuel.com
8
>    555 Twin Dolphin Drive, 5th Floor
>    Redwood Shores, California  94065-2139
9
>    Telephone:  (650) 801-5000
>    Facsimile:  (650) 801-5100

10

11  DATED:    January 6, 2017         QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
12

13

14                                    By   */s/ Mark Gray*
                                           Mark Gray
15                                         *Attorney for Samsung Electronics Co., Ltd. and*
                                           *Samsung Electronics America, Inc.*
16

---

[1]  Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

-1-   Case No. 12-CV-00630-LHK
NOTICE OF APPEARANCE