1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

              Plaintiff,

     v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

              Defendants.

Case No. 12-CV-00630-LHK

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 2172

Before the Court is Plaintiff's Administrative Motion to File Under Seal a simultaneously filed Administrative Motion for Case Management Conference ("CMC Motion"). *See* ECF Nos. 2172 ("Sealing Mot."), 2172-2 ("CMC Motion"). Plaintiff moves for the CMC Motion to be filed under seal because it contains information Defendants "may consider confidential." Sealing Mot. at 2. In a responsive declaration, Defendants seek to "seal portions of three lines of [the CMC Motion] that reveal the calculation of prejudgment interest, Samsung's sales between the entry of the jury verdict and final judgment, and the calculation of supplemental damages and associated interest." ECF No. 2173, Declaration of Michael Fazio ("Fazio Decl.") ¶ 3. Defendants assert that this information "either discloses Samsung's sales or may be used in conjunction with other

United States District Court
Northern District of California

1  information made public during this litigation to discern Samsung's sales for accused products."

2  *Id.* ¶ 4.  The Court has previously ordered the same data at issue here to be sealable.  *See* ECF No.

3  2089, 2098, 2103.  Plaintiff has filed a highlighted version of the CMC Motion with proposed

4  redactions of the numbers Defendants seek to file under seal.  ECF No. 2175-1.

5      In the instant motion, Defendants narrowly tailor their request to seal only numbers that

6  reflect at a minimum confidential sales numbers.  The Federal Circuit has held that confidential

7  sales numbers are sealable.  Accordingly, the Court grants the parties' sealing motions under either

8  the "good cause" or "compelling reasons" standards set forth in *Kamakana v. City & County of*

9  *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569

10 (9th Cir. 2008), and *Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1228–29 (Fed. Cir. 2013).

11 Specifically, the Court grants the parties' requests to seal the highlighted proposed redactions in

12 the CMC Motion as follows:

| Motion | ECF No. | Document (as Highlighted) | Ruling |
|--------|---------|---------------------------|--------|
| 2172 | 2175-1 (Exhibit to Motion at ECF No. 2172) | Apple Inc.'s Administrative Motion for Case Management Conference | GRANTED. |

**IT IS SO ORDERED.**

Dated: February 16, 2017

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No. 12-CV-00630-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL