| | |
|---|---|
| JAMES P. BENNETT (CA SBN 65179) | WILLIAM F. LEE (*pro hac vice*) |
| jbennett@mofo.com | william.lee@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| Morrison & Foerster LLP | |
| 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to seal the parties Joint Case Management Conference Statement ("The Statement").

The Statement contains information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in The Statement should be sealed.

Apple does not maintain a claim of confidentiality with respect to Apple's Motion. Apple does not file a proposed redacted version of the aforementioned document in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the parties Joint Case Management Conference Statement under seal.

Dated:  March 8, 2017

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:  */s/ Mark D. Selwyn*
Mark D. Selwyn
*Attorneys for Plaintiff and
Counterclaim-Defendant APPLE, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 8, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn