UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER REQUIRING SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

On March 9, 2017, the parties filed a joint case management statement ("JCMS"). ECF No. 2178-2 (JCMS). The JCMS indicates that the parties have not completed their meet and confer efforts on the numerous outstanding issues in this case. The Court therefore orders the parties to file a supplemental joint case management statement on March 14, 2017 at 2:00 p.m. In addition, the Court orders that the parties and counsel who will appear at the March 15, 2017 case management conference meet and confer in person on March 15, 2017 from 10:30 a.m. to noon in the Court's jury deliberation room. The Court will call the case at 10:30 a.m. to let the parties and counsel into the jury deliberation room. The Court further encourages the parties and counsel to have lunch together before the 2:00 p.m. case management conference.

1
Case No. 12-CV-00630-LHK
ORDER REQUIRING SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

**IT IS SO ORDERED.**

Dated: March 13, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge