QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 2178)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal the parties' Joint Case Management Conference Statement ("CMC Statement"), and Exhibit A thereto (Dkt. No. 2178).

3. Samsung seeks to seal portions of the CMC Statement that reveal the calculation of supplemental damages and associated interest, and the total amount of Samsung's December 5, 2014, bond. *See* CMC Statement at 7:4, 7:7-8, 7:19-22, and 8:18. In addition, Samsung seeks to seal portions of Exhibit A to the CMC Statement that describe the operation of Samsung's design-around source code and the calculation of supplemental damages.[2]

4. The financial data identified in paragraph three may be used in conjunction with other information made public during this litigation to discern Samsung's sales for accused products. Detailed descriptions of Samsung's source code and the development of its code could be used by competitors to re-create features found exclusively on Samsung's products, and to gain insight into Samsung's development process. As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers financial data and source code descriptions highly confidential. *See* Dkt. Nos.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Samsung will provide Apple, and expects that Apple will file with the Court, highlighted versions of the documents that indicate the portions Samsung seeks to seal.

-1-   Case No. 12-CV-00630-LHK
FAZIO DECL. ISO APPLE ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's
2  Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons
3  why various categories of Samsung-confidential information should be filed under seal).
4      5.   Such information is properly sealable. *See Apple v. Samsung*, 727 F.3d 1214, 1224-
5  26 (Fed. Cir. 2013) (compelling reasons exist to seal product-specific financial information,
6  including sales data); Dkt. Nos. 2089, 2098, 2103, 2176 (ordering financial information, including
7  some of the same data at issue here, sealed); Dkt. No. 1987 (ordering, *inter alia*, source code
8  descriptions sealed).

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct. Executed March 13, 2017, at Los Angeles, California.

13  */s/ Michael L. Fazio*
    Michael L. Fazio

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                               */s/ Victoria Maroulis*

                                               Victoria Maroulis