## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 12-CV-00630-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

The Court thanks the parties for their agreements reached in the last 24 hours and set forth in the parties' Supplemental Joint Case Management Conference Statement, ECF No. 2182-2, filed this afternoon. Accordingly, the March 15, 2017 case management conference is continued to April 19, 2017, at 2 p.m., and the parties need not meet and confer in person at the Courthouse on March 15, 2017, at 10:30 a.m.

**Overlapping Damages in *Apple v. Samsung*, Case No. 11-CV-01846**:

The parties shall continue to meet and confer regarding how much money should be deducted from the jury award, the pre-judgment interest, the post-judgment interest, and the supplemental damages to be paid to Apple because of overlap with the damages awards to Apple in *Apple v. Samsung*, Case No. 11-CV-01846. The parties shall file a joint status report on this issue with revised values for the final award to be paid to Apple on the jury award, pre-judgment interest, post-judgment interest, and supplemental damages by April 14, 2017.

**Ongoing Royalties**:

By April 7, 2017, Samsung shall produce (1) source code demonstrating each of Samsung's alleged design arounds for all products that may be subject to ongoing royalties, and (2) a chart providing a summary of each design around as well as an identification of which Samsung models implement each alleged design around. Samsung has agreed to produce representative samples of the design arounds "on or within a reasonable time after April 7, 2017."

1

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER

The parties' April 14, 2017 filing shall include an update on Samsung's production of source code, chart, and representative samples.

By May 12, 2017, the parties shall meet and confer regarding Samsung's alleged design arounds.  By May 19, 2017, the parties shall file a joint status report on ongoing royalties, which shall include (1) proposed discovery and briefing schedules on outstanding issues, if such schedules are necessary, and (2) the amount Samsung will pay on products for which Samsung has agreed to pay ongoing royalties.

**Willfulness and Enhanced Damages:**

The Court sets the following briefing schedule on willfulness and enhanced damages:

| Scheduled Event | Date |
| --- | --- |
| Samsung's Opening on Willfulness (15 pages) | April 14, 2017 |
| Apple's Opposition on Willfulness and Opening on Enhanced Damages (one brief of 20 pages) | April 28, 2017 |
| Samsung's Reply on Willfulness and Opposition Brief on Enhanced Damages (one brief of 20 pages) | May 5, 2017 |
| Apple's Reply Brief on Enhanced Damages (10 pages) | May 12, 2017 |
| Hearing | June 1, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: March 14, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER