| | |
|---|---|
| JAMES P. BENNETT (CA SBN 65179) <br> jbennett@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> Morrison & Foerster LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br><br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this
2  motion for an order to seal the parties Joint Status Report.
3  The Joint Status Update contains information that defendants Samsung Electronics Co.,
4  Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC
5  (collectively, "Samsung") may consider confidential.  Apple expects that Samsung will file the
6  required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to
7  confirm whether the information contained in the Joint Status Report should be sealed.
8  Apple does not maintain a claim of confidentiality with respect to Apple's Motion.
9  Apple does not file a proposed redacted version of the aforementioned document in accordance
10  with the Court's Order requiring the parties to meet and confer before filing public redacted
11  documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).
12  For the foregoing reasons, Apple moves to file the parties' Joint Status Report under seal.

Dated:  April 14, 2017        WILMER CUTLER PICKERING
                              HALE AND DORR LLP

                        By:   */s/ Mark D. Selwyn*
                              Mark D. Selwyn
                              *Attorneys for Plaintiff and*
                              *Counterclaim-Defendant APPLE INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 14, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn