UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>             Defendants. | Case No. 12-CV-00630-LHK<br><br>**CASE MANAGEMENT ORDER** |

On April 14, 2017, the parties filed a joint status report. ECF No. 2185-2. The joint status report indicates that the parties have not completed meeting and conferring on Samsung's production regarding design arounds. The parties shall complete their meet and confer and file a supplemental joint status report on May 5, 2017. Accordingly, the April 19, 2017 further case management conference is CONTINUED to May 10, 2017, at 2:00 p.m.

**IT IS SO ORDERED.**


Dated: April 17, 2017

                                        _____
                                        LUCY H. KOH
                                        United States District Judge

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER

1