# EXHIBIT 1
# (SEALED)

## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7135**

WRITER'S EMAIL ADDRESS
richarderwine@quinnemanuel.com

April 7, 2017

**Via Electronic Mail**

Rachel Krevans
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Re:   *Apple v. Samsung* (5:12-cv-630)

Dear Rachel:

I write concerning the March 14, 2017 Case Management Order (Dkt. 2183). Pursuant to that Order, I attach a chart identifying which Samsung models implement each design around. *See* Appendix A.

The following is a brief summary of the design arounds referenced in the chart:

- [redacted]

- [redacted]

- [redacted]

Very truly yours,

Richard W. Erwine

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

# Appendix A

| Category | Marketing Name | Model No. | DA Type | |
|---|---|---|---|---|
| | | | Browser | Messenger |
| Adjudicated Products | Samsung Galaxy S III Prepaid | SCH-I535PP | | |
| | Galaxy S3 | SCH-R530X | | |
| | Galaxy S3 | SGH-T999L | | |
| | Galaxy S3 | SPH-L710T | | |
| Unadjudicated Products | Galaxy Ace Style | SM-S765C | | |
| | Galaxy Ace Style | SM-S766C | | |
| | Galaxy Alpha | SM-G850A | | |
| | Galaxy Centura | SCH-S738 | | |
| | Galaxy Core LTE | SM-G386T | | |
| | Galaxy Mega 2 | SM-G750A | | |
| | Galaxy Mega 6.3" | SGH-I527 | | |
| | Galaxy Note Edge | SM-N915A | | |
| | Galaxy Note Edge | SM-N915P | | |
| | Galaxy Note Edge | SM-N915R | | |
| | Galaxy Note Edge | SM-N915T | | |
| | Galaxy Note Edge | SM-N915V | | |
| | Galaxy Note3 | SM-N900A | | |
| | Galaxy Note3 | SM-N900P | | |
| | Galaxy Note3 | SM-N900T | | |
| | Galaxy Note3 | SM-N900V | | |
| | Galaxy Note4 | SM-N910A | | |
| | Galaxy Note4 | SM-N910P | | |
| | Galaxy Note4 | SM-N910R | | |
| | Galaxy Note4 | SM-N910T | | |
| | Galaxy Note4 | SM-N910V | | |
| | Galaxy Note5 | SM-N920A | | |
| | Galaxy Note5 | SM-N920P | | |
| | Galaxy Note5 | SM-N920R | | |
| | Galaxy Note5 | SM-N920T | | |
| | Galaxy Note5 | SM-N920V | | |
| | Galaxy Rugby Pro | SGH-I547 | | |
| | Galaxy S3 | SCH-S968C | | |
| | Galaxy S3 Mini | SM-G730A | | |
| | Galaxy S4 | SCH-I545 | | |
| | Galaxy S4 | SCH-R970 | | |
| | Galaxy S4 | SGH-I337 | | |
| | Galaxy S4 | SGH-M919 | | |

2

| Category | Marketing Name | Model No. | DA Type ||
| --- | --- | --- | --- | --- |
| | | | Browser | Messenger |
| | Galaxy S4 | SGH-S970 | | |
| | Galaxy S4 | SM-S975L | | |
| | Galaxy S4 | SPH-L720 | | |
| | Galaxy S4 Mini | SCH-I435 | | |
| | Galaxy S4 Mini | SCH-R890 | | |
| | Galaxy S4 Mini | SGH-I257 | | |
| | Galaxy S4 Mini | SM-S890L | | |
| | Galaxy S5 | SM-G900A | | |
| | Galaxy S5 | SM-G900P | | |
| | Galaxy S5 | SM-G900R | | |
| | Galaxy S5 | SM-G900T | | |
| | Galaxy S5 | SM-G900V | | |
| | Galaxy S5 | SM-S902L | | |
| | Galaxy S5 Mini | SM-G800A | | |
| | Galaxy S5 Mini | SM-G800R | | |
| | Galaxy S6 | SM-G920A | | |
| | Galaxy S6 | SM-G920P | | |
| | Galaxy S6 | SM-G920R | | |
| | Galaxy S6 | SM-G920T | | |
| | Galaxy S6 | SM-G920V | | |
| | Galaxy S6 | SM-S906L | | |
| | Galaxy S6 Active | SM-G890A | | |
| | Galaxy S6 edge | SM-G925A | | |
| | Galaxy S6 edge | SM-G925P | | |
| | Galaxy S6 edge | SM-G925R | | |
| | Galaxy S6 edge | SM-G925T | | |
| | Galaxy S6 edge | SM-G925V | | |
| | Galaxy S6 Edge Plus | SM-G928A | | |
| | Galaxy S6 Edge Plus | SM-G928P | | |
| | Galaxy S6 Edge Plus | SM-G928R | | |
| | Galaxy S6 Edge Plus | SM-G928T | | |
| | Galaxy S6 Edge Plus | SM-G928V | | |
| | Galaxy Trend Style | SM-G310R | | |
| | Galaxy-Core-Prime | SM-G360A | | |
| | Galaxy-Core-Prime | SM-G360P | | |
| | Galaxy-Core-Prime | SM-G360R | | |
| | Galaxy-Core-Prime | SM-G360T | | |

| Category | Marketing Name | Model No. | DA Type | |
| --- | --- | --- | --- | --- |
| | | | Browser | Messenger |
| | Galaxy-Core-Prime | SM-G360V | | |
| | Galaxy-Core-Prime | SM-S820L | | |
| | Galaxy-E5 | SM-S978L | | |
| | Galaxy-Grand-Prime | SM-G530A | | |
| | Galaxy-Grand-Prime | SM-G530P | | |
| | Galaxy-Grand-Prime | SM-G530R | | |
| | Galaxy-Grand-Prime | SM-G530T | | |
| | Galaxy-Grand-Prime | SM-S920L | | |
| | Galaxy-J1 | SM-J100V | | |
| | Galaxy-J1 | SM-S777C | | |
| | Galaxy-J3 2016 | SM-J320P | | |
| | Samsung Admire | SCH-R720 | | |
| | Samsung ATIV SE | SM-W750V | | |
| | Samsung Galaxy Exhibit | SGH-T599 | | |
| | Samsung Galaxy Light | SGH-T399 | | |
| | Samsung Galaxy S5 Active | SM-G860P | | |
| | Samsung Galaxy S5 Active | SM-G870A | | |

3