[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT SCHEDULING STATEMENT** |
| Defendants. | |

In response to this Court's Case Management Order (Dkt. 2187) continuing the April 19, 2017 Case Management Conference until May 10, 2017, the parties submit this Joint Scheduling Statement to respectfully request that the Case Management Conference be further continued until after May 19, 2017.

The parties are in the process of meeting and conferring regarding Samsung's production regarding design-arounds and will file a supplemental joint status report regarding that issue on May 5, 2017, as ordered. *See* Dkt. 2187. Also pursuant to the Court's Order, the parties will "meet and confer regarding Samsung's alleged design arounds," and, by May 19, 2017, file a joint status report regarding "(1) proposed discovery and briefing schedules on outstanding issues, if such schedules are necessary, and (2) the amount Samsung will pay on products for which Samsung has agreed to pay ongoing royalties." Dkt. 2183 at 2.

The parties believe it would be a more efficient use of the Court's time to delay the Case Management Conference, currently scheduled for May 10, 2017, until after the parties have completed meeting and conferring regarding Samsung's alleged design-arounds and informed the Court of what, if any, additional discovery and briefing they believe is necessary in connection with ongoing royalties. Accordingly, the parties respectfully request the Case Management Conference be further continued until June 1, 2017, when the parties will appear before the Court for the hearing in this case regarding willfulness and enhanced damages, or another date soon after May 19, 2017 that is convenient for the Court.

Dated: April 24, 2017

By: /s/ Mark D. Selwyn

By: /s/ Victoria F. Maroulis

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Jack W. London (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

JOINT SCHEDULING STATEMENT
CASE NO. 12-CV-00630-LHK (NMC)                    2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 24, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Mark D. Selwyn*
Mark D. Selwyn