[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

Pursuant to this Court's Case Management Order (Dkt. 2187), the parties submit this Supplemental Joint Status Report regarding the status of their meeting and conferring on Samsung's production relating to its asserted design-arounds.

The parties have completed their initial meet and confer, and do not currently have any current disputes regarding the scope or process of Samsung's production of source code and representative products to report to the Court.  After the parties last reported on April 14, 2017 (Dkt. 2185-2), the following has occurred:  (1) the parties have held teleconferences to discuss the scope of Samsung's production of source code and representative products; (2) on April 25, 2017, Samsung served a supplemental "design-around chart" for the products at issue identifying the source code files containing the design-arounds (including identification of line numbers within those source files for selected products), and the claim limitations impacted by the design-arounds; (3) Samsung made additional source code available for review in response to Apple's requests, and Apple conducted a further review on April 27 and 28, 2017, with additional print-outs of source code produced this week; and (4) Samsung made an additional sample design-around cell-phone available for inspection, and Apple conducted additional inspection on April 28, 2017.  The discovery continues, and Apple may seek additional review of the source code, as well as further inspection of the representative devices.  Samsung has agreed to provide such follow-up review and inspection upon reasonable request, and has also agreed to provide additional source code for pre-design around products if Apple, after further review, so requests.

Pursuant to the Court's March 14, 2017 Order, the parties will provide a joint status report by May 19, 2017 regarding "(1) proposed discovery and briefing schedules on outstanding issues, if such schedules are necessary, and (2) the amount Samsung will pay on products for which Samsung has agreed to pay ongoing royalties." Dkt. 2183 at 2.

Dated: May 5, 2017

By: /s/ *Mark D. Selwyn*                                By: /s/ *Victoria F. Maroulis*

| | |
|---|---|
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>James P. Bennett (CA SBN 65179)<br>jbennett@mofo.com<br>Jack W. London (CA SBN 85776)<br>jlonden@mofo.com<br>Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 5, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn
