WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Apple Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE**

APPLE INC.

              Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD. ET AL

              Defendants.

Case No. 5:12-cv-00630-LHK

**NOTICE OF WITHDRAWAL
OF JAMES L. QUARLES, III**

Case No. 5:12-cv-00630-LHK      NOTICE OF WITHDRAWAL OF JAMES L. QUARLES, III

Notice is hereby given that James L. Quarles of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, will no longer represent Plaintiff Apple Inc. in the above-captioned matter, effective immediately.

Plaintiff Apple Inc. will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, as well as by the remaining attorneys of Wilmer Cutler Pickering Hale and Dorr LLP who are admitted *pro hac vice* in this matter.

DATED: May 18, 2017                              Respectfully submitted,

BY: /S/ *MARK D. SELWYN*
MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ATTORNEY FOR APPLE INC.