JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this
2  motion for an order to seal the parties Joint Status Report.
3  The Joint Status Report contains information that defendants Samsung Electronics Co.,
4  Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC
5  (collectively, "Samsung") may consider confidential.  Apple expects that Samsung will file the
6  required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to
7  confirm whether the information contained in the Joint Status Report should be sealed.
8  Apple does not maintain a claim of confidentiality with respect to Apple's Motion.
9  Apple does not file a proposed redacted version of the aforementioned document in accordance
10 with the Court's Order requiring the parties to meet and confer before filing public redacted
11 documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).
12 For the foregoing reasons, Apple moves to file the parties' Joint Status Report under seal.

Dated: May 19, 2017

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn
*Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 19, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Mark D. Selwyn*
                                              Mark D. Selwyn