UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case No. 12-CV-00630-LHK<br><br>**CASE MANAGEMENT ORDER** |

  The June 1, 2017 case management conference is continued to July 26, 2017, at 2:00 p.m. A joint case management statement shall be filed by July 19, 2017.

  **Ongoing Royalties**:
  Apple may depose Samsung's Rule 30(b)(6) witnesses and serve interrogatories on Samsung. However, Apple must limit its depositions according to its representations in the parties' May 25, 2017 Joint Case Management Statement. *See* ECF No. 2199 at 6 ("Apple has offered to confine the deposition to only a single day provided that Samsung believes no more than three separate witnesses would be necessary to provide testimony on the requested topics."). Moreover, the Court denies Apple's request for deposition testimony about the amount of time and effort Samsung spent developing its alleged design-arounds.

  The Court grants Apple's request for the requested document discovery described on pages 3 and 4 of the parties' May 25, 2017 Joint Case Management Statement. ECF No. 2199 at 3–4. Samsung must produce "all non-privileged documents responsive to Apple's requests." *Id.* at 4.

  The Court grants Apple's request for a reply expert report on ongoing royalties.

  The Court adopts the parties' discovery and briefing schedule on ongoing royalties as set forth below, but denies the parties' request for enlarged briefing:

1

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Deadline for Apple to Serve Requests for Production ("RFPs") and Interrogatories on Samsung | June 7, 2017 |
| Deadline for Samsung to Provide Objections and Responses to RFPs and Interrogatories | July 7, 2017 |
| Deadline for Samsung to Substantially Complete Document Production | July 21, 2017 |
| Apple completes Deposition(s) of Rule 30(b)(6) Witness(es) | August 18, 2017 |
| Apple's Opening Expert Report | September 1, 2017 |
| Samsung's Rebuttal Expert Report | September 29, 2017 |
| Apple's Reply Expert Report | October 9, 2017 |
| Parties Complete Expert Depositions | October 27, 2017 |
| Apple's Motion Regarding Ongoing Royalties (25 pages) | November 13, 2017 |
| Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties (25 pages) | December 6, 2017 |
| Apple's Reply in Support of Motion Regarding Ongoing Royalties (15 pages) | December 13, 2017 |
| Hearing on Ongoing Royalties | January 11, 2018, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: May 31, 2017

*Lucy H. Koh*

LUCY H. KOH
United States District Judge