Jeffrey G. Lau (State Bar No. 281629)
jlau@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. ET AL, <br><br> Defendants. | Case No. 5:12-cv-00630-LHK <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL (L.R. 11.5); [PROPOSED] ORDER** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF COURT:

PLEASE TAKE NOTICE that Jeffrey G. Lau, formerly of the law firm Gibson Dunn & Crutcher LLP, is withdrawing as counsel of record for Plaintiff Apple Inc.

Dated: June 30, 2017                    FARELLA BRAUN + MARTEL LLP

                                        By:   */s/ Jeffrey G. Lau*
                                              Jeffrey G. Lau

IT IS SO ORDERED.

Dated: _____, 2017           _____
                                        The Hon. Lucy H. Koh
                                        United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:12-cv-00630-LHK

34369\6085553.1