[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT CASE MANAGEMENT STATEMENT** |
| Defendants. | **Case Management Conference:** |

Date:    July 26, 2017
Time:   2:00 p.m.
Place:  Courtroom 8, 4th Floor
Judge:  Hon. Lucy H. Koh

Pursuant to this Court's Order (Dkt. 2201), the parties submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for July 26, 2017.

### A. Updates Since Last Case Management Statement

Discovery regarding the issue of ongoing royalties is proceeding in accordance with this Court's Order. *See* Dkt. 2201. Pursuant to that Order, Apple has served requests for production and interrogatories. Samsung has responded to those requests and interrogatories, and will substantially complete its document production by July 21, 2017. Discovery is ongoing and the parties have no further updates at this time. Accordingly, the parties respectfully request that the Case Management Conference scheduled for July 26, 2017 in this matter be canceled or continued to a date convenient for the Court. *See* 1846 Dkt. 3507.

### B. Other Developments

As Samsung previously informed the Court, in March 2017, Samsung filed a petition for a writ of certiorari in the Supreme Court (No. 16-1102), seeking review of the Federal Circuit's merits and permanent-injunction decisions. On June 26, 2017, the Supreme Court called for the views of the Solicitor General on Samsung's petition. Samsung expects that the Supreme Court will decide whether to grant certiorari later this year.

Dated: July 18, 2017

By: /s/ Mark D. Selwyn                    By: /s/ Victoria F. Maroulis

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Jack W. London (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 18, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn