1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

APPLE INC.,

13

Plaintiff,

14

v.

15

SAMSUNG ELECTRONICS CO., LTD.,
et al.,

16

17

Defendants.

Case No. 12-CV-00630-LHK

**ORDER RE: MOTIONS TO SEAL**

Re: Dkt. Nos. 2178, 2182, 2185, 2197

18

19

20

21

22

23

24

25

26

27

28

        Before the Court are Apple's Administrative Motions to File Under Seal the following

joint case management statements ("JCMS's") and exhibits to those JCMS's because they contain

information Samsung "may consider confidential."  ECF Nos. 2178, 2182, 2185, 2197.

(collectively, "Sealing Mots.").  Specifically, Apple seeks to seal the following documents: ECF

No. 2178-2 (March 9, 2017 JCMS); ECF No. 2178-3 (Exhibit to March 9, 2017 JCMS); ECF No.

2182-2 (March 14, 2017 JCMS); ECF No. 2185-3 (Exhibit to April 14, 2017 JCMS); and ECF No.

2197-2 (May 19, 2017 JCMS).

        In responsive declarations, Samsung seeks to seal only portions of these documents.  The

Court addresses each sealing motion and its responsive declaration in turn.

        The first sealing Motion, ECF No. 2178, concerns two documents: ECF No. 2178-2

1

Case No. 12-CV-00630-LHK
ORDER RE: MOTIONS TO SEAL

1    (March 9, 2017 JCMS), and ECF No. 2178-3 (Exhibit to March 9, 2017 JCMS).  "Samsung seeks

2    to seal portions of the CMC Statement that reveal the calculation of supplemental damages and

3    associated interest, and the total amount of Samsung's December 5, 2014, bond."  ECF No. 2180,

4    First Declaration of Michael Fazio ("Fazio Decl. #1") ¶ 3.  "In addition, Samsung seeks to seal

5    portions of Exhibit A to the CMC Statement that describe the operation of Samsung's

6    designaround source code and the calculation of supplemental damages."  *Id.*  Fazio states that

7    "[t]he financial data identified in paragraph three [of Fazio's first declaration] may be used in

8    conjunction with other information made public during this litigation to discern Samsung's sales

9    for accused products.  Detailed descriptions of Samsung's source code and the development of its

10   code could be used by competitors to re-create features found exclusively on Samsung's products,

11   and to gain insight into Samsung's development process."  *Id.*¶ 4

12        The parties filed a version of the March 9, 2017 JCMS and the accompanying exhibit in

13   which the parties highlighted the portions that are to be redacted.  ECF Nos. 2181-1 (March 9,

14   2017 JCMS), 2181-3 (Exhibit to March 9, 2017 JCMS).  These redactions are narrowly tailored to

15   numbers that are relevant to the calculation of supplemental damages and to descriptions of

16   Samsung's design-arounds.

17        The second sealing motion, ECF No. 2182, seeks to seal ECF No. 2182-2 (March 14, 2017

18   JCMS).  Samsung filed a declaration that seeks to seal specific portions of the March 14, 2017

19   JCMS that contain the same financial information as provided in the March 9, 2017 JCMS.  ECF

20   No. 2184, Second Declaration of Michael Fazio ("Fazio Delc. #2") ¶ 3.  The information to be

21   redacted is highlighted in the sealed March 14, 2017 JCMS, and is limited to specific numbers.

22   ECF No. 2182-2 at 2.

23        The third sealing motion, ECF No. 2185, seeks to seal ECF No. 2185-3 (Exhibit to April

24   14, 2017 JCMS).  Samsung filed a declaration that states that "Samsung seeks to seal the portions

25   of Exhibit 1 that describe the operation of Samsung's design-around source code and reveal the

26   versions of source code implemented in various Samsung products."  ECF No. 2188, Third

27   Declaration of Michael Fazio ("Fazio Delc. #3") ¶ 3.  The parties filed a version of the exhibit to

28

United States District Court
Northern District of California

2

Case No. 12-CV-00630-LHK
ORDER RE: MOTIONS TO SEAL

1    April 14, 2017 JCMS in which the parties highlighted the portions of the document to be redacted.

2    ECF No. 2189-1.

3            The fourth sealing motion, ECF No. 2197, seeks to seal ECF No. 2197-2 (May 19, 2017

4    JCMS).  Samsung filed a declaration stating that "Samsung seeks to seal portions of the [May 19,

5    2017 JCMS] that reveal the calculation of ongoing royalties and associated interest."  ECF No.

6    2198, Fourth Declaration of Michael Fazio ("Fazio Decl. #4") ¶ 3.  This financial data "may be

7    used in conjunction with other information made public during this litigation to discern Samsung's

8    sales for accused products."  *Id.* ¶ 4.  The numbers to be redacted were highlighted in a version of

9    the May 19, 2017 JCMS that was filed with the Court under seal.  ECF No. 2197-2.

10           The information that Samsung seeks to seal in the above motions, that is, financial

11   information relevant to supplemental damages and ongoing royalties, is similar to financial data

12   this Court has previously found to be sealable. *See* ECF No. 2089, 2098, 2103, 2176.  Moreover,

13   the descriptions of design-arounds involve descriptions of source code, which could be used to

14   reveal proprietary information about Samsung's products.  This Court has previously held that

15   descriptions of source code are sealable because such data could reveal confidential trade secret

16   information.  ECF No. 1987.  All of the proposed redactions are narrowly tailored to the specific

17   data that Samsung seeks to seal.  Accordingly, the Court grants the parties' sealing motions

18   because the information is sealable under either the "good cause" or "compelling reasons"

19   standards set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.

20   2006), *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008), and *Apple, Inc. v.*

21   *Samsung Elecs. Co.*, 727 F.3d 1214, 1228–29 (Fed. Cir. 2013).  Specifically, the Court grants the

22   parties' requests to seal the above-described documents as follows:

23

| Motion | ECF No. | Document to be Sealed (as highlighted) | Ruling |
|--------|---------|----------------------------------------|--------|
| 2178 | 2178-2 | March 9, 2017 JCMS (as highlighted at ECF No. 2181-1) | GRANTED. |
| 2178 | 2178-3 | Exhibit to March 9, | GRANTED. |

United States District Court
Northern District of California

3

Case No. 12-CV-00630-LHK
ORDER RE: MOTIONS TO SEAL

| | | 2017 JCMS (as highlighted at ECF No. 2181-3) | |
|---|---|---|---|
| 2182 | 2182-2 | March 14, 2017 JCMS (as highlighted at ECF No. 2182-2) | GRANTED. |
| 2185 | 2185-3 | Exhibit to April 14, 2017 JCMS (as highlight at ECF No. 2189-1) | GRANTED. |
| 2197 | 2197-2 | May 19, 2017 JCMS (as highlighted at ECF No. 2197-2) | GRANTED. |

**IT IS SO ORDERED.**

Dated: August 8, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 12-CV-00630-LHK
ORDER RE: MOTIONS TO SEAL

United States District Court
Northern District of California