1   [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
7                         **SAN JOSE DIVISION**

8

9

10   APPLE INC., a California corporation,

11               Plaintiff,
                                                    Case No. 12-cv-00630-LHK
12          vs.

13   SAMSUNG ELECTRONICS CO., LTD., a              **SUPPLEMENTAL JOINT CASE**
     Korean business entity; SAMSUNG               **MANAGEMENT CONFERENCE**
14   ELECTRONICS AMERICA, INC., a New              **STATEMENT**
     York corporation; SAMSUNG
15   TELECOMMUNICATIONS AMERICA,                   **Hearing:**
     LLC, a Delaware limited liability company,
16                                                 Date:       March 15, 2017
                 Defendants.                       Time:       2:00 p.m.
17                                                 Place:      Courtroom 8, 4th Floor
                                                   Judge:      Hon. Lucy H. Koh
18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
CASE NO. 12-CV-00630-LHK (NMC)

1    Pursuant to this Court's Order (Dkt. 2179), the parties submit this Supplemental Joint

2 Case Management Statement in connection with the Case Management Conference ("CMC")

3 scheduled for March 15, 2017.

4 **I.    UPDATES SINCE THE LAST CMC STATEMENT**

5    The parties met and conferred on March 14, 2017 to discuss narrowing the outstanding

6 disputes identified in the March 8 Statement.  The parties' current positions are summarized

7 below.  Following the further meet and confer on March 14, 2017, the parties are in agreement

8 that they have resolved the outstanding procedural disagreements.  Accordingly, while the parties

9 are of course willing to continue to meet and confer on the morning of March 15, 2017 pursuant

10 to the Court's order, the parties respectfully suggest that such a conference is no longer

11 necessary.

12 **II.    PROPOSALS FOR THE REMAINDER OF THE CASE**

13    Below is an update regarding the parties' positions on each of the specific issues

14 remaining in this case.

15    **A.    The Jury's Damages Awards and This Court's Award of Costs**

16    The jury's award to Apple ($119,625,000.00) and the costs previously awarded to Apple

17 by this Court ($1,110,639.75) have been affirmed.  The jury's award to Samsung ($158,400.00)

18 has also been affirmed.  There is no dispute regarding the amounts of these awards and costs.

19    The outstanding issue with respect to the jury's award is how much of the judgment

20 against Samsung (including for the jury's damages award, pre-judgment interest, post-judgment

21 interest, and supplemental damages) should be deducted from Samsung's payment in order to

22 avoid any double recovery.  The parties have agreed to continue to meet and confer on this issue

23 in hopes of resolving these calculations without further involvement by the Court.  The parties

24 propose reporting back to the Court regarding their progress on this issue in 30 days.  This meet

25 and confer shall include corresponding adjustments, as appropriate, to pre-judgment and post-

26 judgment and supplemental damages and associated interest that must be paid by Samsung.

27

28

1    Both parties agree to pay the judgments against them (including interest, costs, and

2  supplemental damages as applicable) within a reasonable amount of time after judgment enters.

3    **B.    Samsung's Bill of Appellate Costs**

4    There is no remaining dispute regarding Samsung's Bill of Appellate Costs (Dkt. 2160),

5  which has been withdrawn by Samsung.  *See* Dkt. 2178-2.

6    **C.    Pre-Judgment Interest on the Jury's Damages Award**

7    The parties have agreed to a calculation of $309,822 in pre-judgment interest on the

8  jury's damages award to Apple, calculated from August 2011 to November 25, 2014 (entry of

9  final judgment).  The only outstanding issue with respect to the pre-judgment interest award is

10  what amount will be deducted from Samsung's payment due to overlap between the jury's

11  damages award in this case and damages related to the 1846 case.

12    **D.    Post-Judgment Interest**

13    The parties have agreed to a calculation of post-judgment interest on the jury's damages

14  award to Apple of $394,507 from November 26, 2014, through March 31, 2017, plus $461.38 in

15  daily interest thereafter until the date of payment.  The only outstanding issue with respect to the

16  post-judgment interest award is what amount will be deducted from Samsung's payment due to

17  overlap between the jury's damages award in this case and damages related to the 1846 case.

18    **E.    Supplemental Damages and Associated Interest**

19    ties have agreed to a calculation of supplemental damages to Apple in the amount

20  of ████████   The parties have also agreed to the following calculations of pre-judgment and

21  post-judgement interest on supplemental damages:

22    Pre-judgment interest on supplemental damages: ████████

23    Post-judgment interest on supplemental damages: ████████████████

24  after March 31, 2017 until the date of payment.

25

26

27

28

The only outstanding issue with respect to supplemental damages is what amount, if any, will be deducted from Samsung's payment due to overlap between the jury's damages award in this case and damages related to the 1846 case.[1]

### F.   Ongoing Royalties

Samsung has agreed to produce to Apple by April 7, 2017, source code demonstrating each of Samsung's alleged design arounds for all products that may be subject to ongoing royalties. Samsung has also agreed to provide by this date a chart providing a brief summary of each design-around as well as an identification of which Samsung models implement each alleged design around. Samsung will endeavor to produce product samples representative of the alleged design arounds on or within a reasonable time after April 7, 2017.

The parties have agreed to meet and confer by May 12, 2017 regarding Samsung's alleged design arounds and the scope of any disputes regarding ongoing royalties. At that time, the parties will confer on a schedule for any additional discovery that may be needed and propose to the Court a schedule for discovery and briefing regarding any motion to enforce the Court's order on ongoing royalties.

Samsung has acknowledged it sold in the United States after November 25, 2014 and before the expiration of the '647 patent on February 1, 2016 some number of products that did not implement any of its alleged design arounds. Samsung has agreed to pay Apple ongoing royalties with respect to these units. The parties will meet and confer regarding the amount of these royalties.

### G.   Willfulness and Enhanced Damages

The parties agree that briefing regarding the effect of the Supreme Court's decision in *Halo Electronics, Inc. v. Pulse Electronics, Inc.*, 136 S. Ct. 1923 (2016), would be appropriate to assist the Court in its consideration of willfulness and enhanced damages with respect to the '721 patent. The parties have also agreed that the related issues of willfulness and enhanced damages can be briefed together and propose the following schedule:

---

[1]   As stated in the parties' Joint Case Management Statement filed March 8, 2017, Apple's agreement to these supplemental damages calculations is not an agreement that Samsung's alleged design-arounds in its Galaxy S III and Note II products are not infringing. Apple reserves all rights to challenge these alleged design-arounds in connection with any future proceedings, including proceedings regarding ongoing royalties in this case.

| Samsung's Opening Brief on Willfulness (20 pages) | April 14, 2017 |
|---|---|
| Apple's Opposition Brief on Willfulness and Opening Brief on Enhanced Damages (25 pages) | April 28, 2017 |
| Samsung's Reply Brief on Willfulness and Opposition Brief on Enhanced Damages (25 pages) | May 5, 2017 |
| Apple's Reply Brief on Enhanced Damages (15 pages) | May 12, 2017 |
| Hearing | Apple does not believe a hearing is necessary, but is available at the Court's convenience.<br><br>Samsung requests a hearing at the Court's convenience. |

### III.   Settlement and ADR

The parties do not have any new progress to report regarding mediation or settlement.

Dated:  March 14, 2017

By: */s/ Mark D. Selwyn*                                      By: */s/ Victoria F. Maroulis*

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Jack W. London (CA SBN 85776)
jlonden@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1

**<u>CERTIFICATE OF SERVICE</u>**

2      The undersigned hereby certifies that a true and correct copy of the above and foregoing

3  document has been served on March 14, 2017, to all counsel of record who are deemed to have

4  consented to electronic service via the Court's CM/ECF system.

5

6                                    */s/ Mark D. Selwyn*
                                   Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28