| | |
|---|---|
| JAMES P. BENNETT (CA SBN 65179) | WILLIAM F. LEE (*pro hac vice*) |
| jbennett@mofo.com | william.lee@wilmerhale.com |
| ERIK J. OLSON (CA SBN 175815) | WILMER CUTLER PICKERING |
| ejolson@mofo.com |   HALE AND DORR LLP |
| NATHAN B. SABRI (CA SBN 252216) | 60 State Street |
| nsabri@mofo.com | Boston, Massachusetts  02109 |
| Morrison & Foerster LLP | Telephone:  (617) 526-6000 |
| 425 Market Street | Facsimile:  (617) 526-5000 |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | MARK D. SELWYN (CA SBN 244180) |
| Facsimile:  (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to seal the parties Joint Case Management Conference Statement ("CMC Statement").

The CMC Statement contains information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the CMC Statement should be sealed.

Apple does not maintain a claim of confidentiality with respect to Apple's Motion. Apple does not file a proposed redacted version of the aforementioned document in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the parties' Joint Case Management Conference Statement under seal.

Dated: November 1, 2017          WILMER CUTLER PICKERING
                                 HALE AND DORR LLP

                         By:     /s/ Mark D. Selwyn
                                 Mark D. Selwyn
                                 *Attorneys for Plaintiff and
                                 Counterclaim-Defendant APPLE INC.*

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
1                                              Case No. 12-cv-00630-LHK (NMC)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn